Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiff Elon Musk*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL ALTMAN, an individual, GREGORY BROCKMAN, an individual, OPENAI, INC., a Delaware corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI, L.L.C., a Delaware limited liability company, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI OPCO, LLC, a Delaware limited liability company, OPENAI GLOBAL, LLC, a Delaware limited liability company, OAI CORPORATION, LLC, a Delaware limited liability company, OPENAI HOLDINGS, LLC, a Delaware limited liability company, OPENAI INVESTMENT LLC, a Delaware limited liability company, | Case No. 3:24-cv-04722<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

|     |     |
| --- | --- |
| 1   | OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a limited liability company, OPENAI STARTUP FUND I, L.P. a Delaware limited partnership, OPENAI STARTUP FUND SPV GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND SPV GP II, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND SPV GP III, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND SPV GP IV, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND SPV I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND SPV II, L.P., a Delaware limited partnership, OPENAI STARTUP FUND SPV III, L.P., a Delaware limited partnership, OPENAI STARTUP FUND SPV IV, L.P., a Delaware limited partnership, AESTAS MANAGEMENT COMPANY, LLC, a Delaware limited liability company, AESTAS, LLC, a Delaware limited liability company, and DOES 1-10, |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   |     |
| 9   |     |
| 10  |     |
| 11  |     |
| 12  |     |
| 13  |     |
| 14  |     |
| 15  |     |
| 16  |     |
| 17  |     |
| 18  |     |
| 19  |     |
| 20  |     |
| 21  |     |
| 22  |     |
| 23  | Defendants. |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: August 5, 2024

Respectfully Submitted,

TOBEROFF & ASSOCIATES, P.C.

By: /s/ Marc Toberoff
     Marc Toberoff

*Attorneys for Plaintiff Elon Musk*