AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ELON MUSK, an individual <br><br> *Plaintiff(s)* <br> v. <br> SAMUEL ALTMAN, an individual, et al. <br> (see Attachment 1) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-04722-SK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment 2.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marc Toberoff (S.B. #188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Tel: (310) 246-3333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: August 6, 2024

*Angel N.J.*
*Signature of Clerk or Deputy Clerk*

# **ATTACHMENT 1**

<u>Defendants:</u>

1. SAMUEL ALTMAN, an individual;
2. GREGORY BROCKMAN, an individual;
3. OPENAI, INC., a Delaware corporation;
4. OPENAI, L.P., a Delaware limited partnership;
5. OPENAI, L.L.C., a Delaware limited liability company;
6. OPENAI GP, L.L.C., a Delaware limited liability company;
7. OPENAI OPCO, LLC, a Delaware limited liability company;
8. OPENAI GLOBAL, LLC, a Delaware limited liability company;
9. OAI CORPORATION, LLC, a Delaware limited liability company;
10. OPENAI HOLDINGS, LLC, a Delaware limited liability company;
11. OPENAI INVESTMENT LLC, a Delaware limited liability company;
12. OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company;
13. OPENAI STARTUP FUND GP I, L.L.C., a limited liability company;
14. OPENAI STARTUP FUND I, L.P. a Delaware limited partnership;
15. OPENAI STARTUP FUND SPV GP I, L.L.C., a Delaware limited liability company;
16. OPENAI STARTUP FUND SPV GP II, L.L.C., a Delaware limited liability company;
17. OPENAI STARTUP FUND SPV GP III, L.L.C., a Delaware limited liability company;
18. OPENAI STARTUP FUND SPV GP IV, L.L.C., a Delaware limited liability company;
19. OPENAI STARTUP FUND SPV I, L.P., a Delaware limited partnership;
20. OPENAI STARTUP FUND SPV II, L.P., a Delaware limited partnership;
21. OPENAI STARTUP FUND SPV III, L.P., a Delaware limited partnership;
22. OPENAI STARTUP FUND SPV IV, L.P., a Delaware limited partnership;
23. AESTAS MANAGEMENT COMPANY, LLC, a Delaware limited liability company;
24. AESTAS, LLC, a Delaware limited liability company; and

# **ATTACHMENT 2**

<u>Defendants' Names and Addresses:</u>

1. SAMUEL ALTMAN, an individual
   950 Lombard St.
   San Francisco, CA 94133

2. GREGORY BROCKMAN, an individual
   c/o JORDAN ETH
   Morrison & Foerster LLP
   425 Market Street
   San Francisco, CA 94105

3. OPENAI, INC., a Delaware corporation
   c/o CSC – LAWYERS INCORPORATING SERVICE
   2710 Gateway Oaks Drive
   Sacramento, CA 95833

4. OPENAI, L.P., a Delaware limited partnership
   c/o CSC – LAWYERS INCORPORATING SERVICE
   2710 Gateway Oaks Drive
   Sacramento, CA 95833

5. OPENAI, L.L.C., a Delaware limited liability company
   c/o JING XIN
   1473 Sharon Manor Ct
   San Jose, CA 95129

6. OPENAI GP, L.L.C., a Delaware limited liability company
   c/o CSC – LAWYERS INCORPORATING SERVICE
   2710 Gateway Oaks Drive
   Sacramento, CA 95833

7. OPENAI OPCO, LLC, a Delaware limited liability company
   c/o CSC – LAWYERS INCORPORATING SERVICE
   2710 Gateway Oaks Drive
   Sacramento, CA 95833

   / / /

8. OPENAI GLOBAL, LLC, a Delaware limited liability company
   c/o CSC – LAWYERS INCORPORATING SERVICE
   2710 Gateway Oaks Drive
   Sacramento, CA 95833

9. OAI CORPORATION, LLC, a Delaware limited liability company
   c/o CORPORATION SERVICE COMPANY
   251 Little Falls Drive
   Wilmington, DE 19808

10. OPENAI HOLDINGS, LLC, a Delaware limited liability company
    c/o CSC – LAWYERS INCORPORATING SERVICE
    2710 Gateway Oaks Drive
    Sacramento, CA 95833

11. OPENAI INVESTMENT LLC, a Delaware limited liability company
    c/o CORPORATION SERVICE COMPANY
    251 Little Falls Drive
    Wilmington, DE 19808

12. OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company
    c/o CSC – LAWYERS INCORPORATING SERVICE
    2710 Gateway Oaks Drive
    Sacramento, CA 95833

13. OPENAI STARTUP FUND GP I, L.L.C., a limited liability company
    c/o CSC – LAWYERS INCORPORATING SERVICE
    2710 Gateway Oaks Drive
    Sacramento, CA 95833

14. OPENAI STARTUP FUND I, L.P. a Delaware limited partnership
    c/o CORPORATION SERVICE COMPANY
    251 Little Falls Drive
    Wilmington, DE 19808

/ / /
/ / /
/ / /

15. OPENAI STARTUP FUND SPV GP I, L.L.C., a Delaware limited liability company
    c/o CORPORATION SERVICE COMPANY
    251 Little Falls Drive
    Wilmington, DE 19808

16. OPENAI STARTUP FUND SPV GP II, L.L.C., a Delaware limited liability company
    c/o CORPORATION SERVICE COMPANY
    251 Little Falls Drive
    Wilmington, DE 19808

17. OPENAI STARTUP FUND SPV GP III, L.L.C., a Delaware limited liability company
    c/o CORPORATION SERVICE COMPANY
    251 Little Falls Drive
    Wilmington, DE 19808

18. OPENAI STARTUP FUND SPV GP IV, L.L.C., a Delaware limited liability company
    c/o CORPORATION SERVICE COMPANY
    251 Little Falls Drive
    Wilmington, DE 19808

19. OPENAI STARTUP FUND SPV I, L.P., a Delaware limited partnership
    c/o CORPORATION SERVICE COMPANY
    251 Little Falls Drive
    Wilmington, DE 19808

20. OPENAI STARTUP FUND SPV II, L.P., a Delaware limited partnership
    c/o CORPORATION SERVICE COMPANY
    251 Little Falls Drive
    Wilmington, DE 19808

21. OPENAI STARTUP FUND SPV III, L.P., a Delaware limited partnership
    c/o CORPORATION SERVICE COMPANY
    251 Little Falls Drive
    Wilmington, DE 19808

/ / /

22. OPENAI STARTUP FUND SPV IV, L.P., a Delaware limited partnership
    c/o CORPORATION SERVICE COMPANY
    251 Little Falls Drive
    Wilmington, DE 19808

23. AESTAS MANAGEMENT COMPANY, LLC, a Delaware limited liability company
    c/o CSC – LAWYERS INCORPORATING SERVICE
    2710 Gateway Oaks Drive
    Sacramento, CA 95833

24. AESTAS, LLC, a Delaware limited liability company
    c/o CSC – LAWYERS INCORPORATING SERVICE
    2710 Gateway Oaks Drive
    Sacramento, CA 95833