UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELON MUSK                          ,

        Plaintiff(s),

    v.

SAMUEL ALTMAN, et al.              ,

        Defendant(s).

Case No. 24-cv-04722-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, William Savitt , an active member in good standing of the bar of New York State , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see Exhibit A in the above-entitled action. My local co-counsel in this case is Jordan Eth , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 121617 .

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
MY ADDRESS OF RECORD

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 403-1000
MY TELEPHONE # OF RECORD

(415) 268-7000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

WDSavitt@wlrk.com
MY EMAIL ADDRESS OF RECORD

JEth@mofo.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2900058 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _9/6/2024_____                    _William Savitt_____
                                                APPLICANT
5

6  ===============================================================================

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11         IT IS HEREBY ORDERED THAT the application of _William Savitt_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                                          _____

18                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California