1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  DAVID J. WIENER (CA SBN 291659)
   DWiener@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, CA 94105
   Telephone:    (415) 268-7000
5  Facsimile:    (415) 268-7522

6  WILLIAM SAVITT (*pro hac vice* pending)
   WDSavitt@wlrk.com
7  SARAH K. EDDY (*pro hac vice* pending)
   SKEddy@wlrk.com
8  WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
9  New York, NY 10019
   Telephone:    (212) 403-1000
10 Facsimile:    (212) 403-2000

11 *Attorneys for Defendants Samuel Altman, Gregory Brockman,*
   *OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
12 *OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
   *OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
13 *OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
   *OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
14 *OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
   *OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
15 *OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
   *AESTAS Management Company, LLC, and AESTAS LLC*

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

20 ELON MUSK,                          Case No. 4:24-cv-04722-YGR

21              Plaintiff,             **CERTIFICATION OF INTERESTED
                                       ENTITIES OR PERSONS**
22       v.
                                       **(CIVIL L.R. 3-15)**
23 SAMUEL ALTMAN, et al.
                                       Action Filed:  August 5, 2024
24              Defendants.            Trial Date:    None Set

25

26

27

28

1    Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of Defendants Samuel

2    Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,

3    OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,  OpenAI Holdings, LLC,

4    OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup

5    Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,

6    OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI

7    Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P.,

8    OpenAI Startup Fund SPV IV, L.P., AESTAS Management Company, LLC, and AESTAS LLC,

9    that as of this date, there is no conflict or interest, other than the named parties, to report.

Date: September 6, 2024                    MORRISON & FOERSTER LLP

*/s/ Jordan Eth*

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

WILLIAM SAVITT (*pro hac vice* pending)
WDSavitt@wlrk.com
SARAH K. EDDY (*pro hac vice* pending)
SKEddy@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:    (212) 403-1000
Facsimile:    (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., AESTAS Management Company, LLC, and AESTAS LLC*