1   JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
2   DAVID J. WIENER (CA SBN 291659)
    DWiener@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, CA 94105
    Telephone: (415) 268-7000
5

6   WILLIAM SAVITT (admitted *pro hac vice*)
    WDSavitt@wlrk.com
    SARAH K. EDDY (admitted *pro hac vice*)
7   SKEddy@wlrk.com
    WACHTELL, LIPTON, ROSEN & KATZ
8   51 West 52nd Street
    New York, NY 10019
9   Telephone: (212) 403-1000

10   *Attorneys for Defendants Samuel Altman, Gregory Brockman,*
    *OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
11   *OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
    *OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
12   *OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
    *OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
13   *OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
    *OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
14   *OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
    *AESTAS Management Company, LLC, and AESTAS LLC*
15

    (Additional counsel listed on the next page)
16

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19

20   ELON MUSK,           Case No. 4:24-cv-04722-YGR

21         Plaintiff,        **JOINT STIPULATION AND [PROPOSED]**
                                **ORDER RE RESPONSE TO COMPLAINT**
22       v.
                              Action Filed: August 5, 2024
23   SAMUEL ALTMAN, et al.,     Trial Date:   None Set

24         Defendants.

25

26

27

28

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

*Attorneys for Plaintiff Elon Musk*

1    Plaintiff Elon Musk and Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc.,

2  OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC,

3  OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,

4  OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I,

5  L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C.,

6  OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup

7  Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,

8  AESTAS Management Company, LLC, and AESTAS LLC (collectively, the "OpenAI

9  Defendants" and together with Plaintiff, the "Parties"), by and through their counsel, hereby

10  stipulate and request as follows:

11    WHEREAS, on August 5, 2024, Plaintiff Musk filed a complaint against the OpenAI

12  Defendants (the "Complaint");

13    WHEREAS, the Parties have had discussions and have reached agreement regarding the

14  OpenAI Defendants' time to respond to the Complaint;

15    IT IS HEREBY STIPULATED AND AGREED by the Parties that:

16      1.  The OpenAI Defendants shall respond to the Complaint by October 8, 2024.

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  September10, 2024          TOBEROFF & ASSOCIATES, P.C.


By:    _____/s/ Marc Toberoff_____
       Marc Toberoff (CA SBN 188547)

       *Attorneys for Plaintiff Elon Musk*

Dated:  September 10, 2024          MORRISON & FOERSTER LLP


By:    _____/s/ Jordan Eth_____
       Jordan Eth (CA SBN 121617)

       *Attorneys for Defendants Samuel Altman,
       Gregory Brockman, OpenAI, Inc., OpenAI
       L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,
       OpenAI OpCo, LLC, OpenAI Global, LLC,
       OAI Corporation, LLC, OpenAI Holdings,
       LLC, OpenAI Startup Fund Management,
       LLC, OpenAI Startup Fund GP I, L.L.C.,
       OpenAI Startup Fund I, L.P., OpenAI Startup
       Fund SPV GP I, L.L.C., OpenAI Startup Fund
       SPV GP II, L.L.C., OpenAI Startup Fund SPV
       GP III, L.L.C., OpenAI Startup Fund SPV GP
       IV, L.L.C., OpenAI Startup Fund SPV I, L.P.,
       OpenAI Startup Fund SPV II, L.P., OpenAI
       Startup Fund SPV III, L.P., OpenAI Startup
       Fund SPV IV, L.P., AESTAS Management
       Company, LLC, and AESTAS LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>SIGNATURE ATTESTATION</u>

I hereby attest that the signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 10, 2024          *_/s/ Jordan Eth_____*

                                                        Jordan Eth (CA SBN 121617)

3

1

### [PROPOSED] ORDER

2    GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation and

3 ORDERS that:

4        1.   The OpenAI Defendants shall respond to the Complaint by October 8, 2024.

5

6 Dated: _____        _____

7                                           The Hon. Yvonne Gonzalez Rogers

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4