JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., AESTAS Management Company, LLC, and AESTAS LLC*

(Additional counsel listed on the next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL ALTMAN, et al.,<br><br>    Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT**<br><br>Action Filed: August 5, 2024<br>Trial Date:    None Set |

1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  JAYMIE PARKKINEN (CA SBN 318394)
   JParkkinen@toberoffandassociates.com
3  TOBEROFF & ASSOCIATES, P.C.
4  23823 Malibu Road, Suite 50-363
   Malibu, CA 90265
5  Telephone: (310) 246-3333

6  *Attorneys for Plaintiff Elon Musk*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Elon Musk and Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., AESTAS Management Company, LLC, and AESTAS LLC (collectively, the "OpenAI Defendants" and together with Plaintiff, the "Parties"), by and through their counsel, hereby stipulate and request as follows:

WHEREAS, on August 5, 2024, Plaintiff Musk filed a complaint against the OpenAI Defendants (the "Complaint");

WHEREAS, the Parties have had discussions and have reached agreement regarding the OpenAI Defendants' time to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by the Parties that:

1. The OpenAI Defendants shall respond to the Complaint by October 8, 2024.

| | | |
|---|---|---|
| Dated: September 10, 2024 | | TOBEROFF & ASSOCIATES, P.C. |
| | By: | */s/ Marc Toberoff* <br> Marc Toberoff (CA SBN 188547) |
| | | *Attorneys for Plaintiff Elon Musk* |
| Dated: September 10, 2024 | | MORRISON & FOERSTER LLP |
| | By: | */s/ Jordan Eth* <br> Jordan Eth (CA SBN 121617) |

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., AESTAS Management Company, LLC, and AESTAS LLC*

**SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 10, 2024                           */s/ Jordan Eth*
                                                                        Jordan Eth (CA SBN 121617)

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation and ORDERS that:

1. The OpenAI Defendants shall respond to the Complaint by October 8, 2024.

Dated: September 11, 2024

_____
The Hon. Yvonne Gonzalez Rogers