| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
|   | JEth@mofo.com |
| 2 | DAVID J. WIENER (CA SBN 291659) |
|   | DWiener@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, CA 94105 |
|   | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |
| 6 | WILLIAM SAVITT (admitted *pro hac vice*) |
|   | WDSavitt@wlrk.com |
| 7 | SARAH K. EDDY (admitted *pro hac vice*) |
|   | SKEddy@wlrk.com |
| 8 | WACHTELL, LIPTON, ROSEN & KATZ |
|   | 51 West 52nd Street |
| 9 | New York, NY 10019 |
|   | Telephone: (212) 403-1000 |
| 10 | Facsimile: (212) 403-2000 |

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, | Case No. 4:24-cv-04722-YGR |
| Plaintiff, | |
| v. | **DECLARATION OF DAVID J. WIENER IN SUPPORT OF OPENAI DEFENDANTS' MOTION TO DISMISS COMPLAINT OF PLAINTIFF ELON MUSK** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |
| | Date: November 12, 2024 |
| | Time: 2:00 p.m. |
| | Courtroom: 1 – 4th Floor |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Compl. Filed: August 5, 2024 |

I, DAVID J. WIENER, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP and counsel of record for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (the "OpenAI Defendants"). I submit this Declaration in support of the OpenAI Defendants' Motion to Dismiss the complaint of Elon Musk and its accompanying Request for Judicial Notice. I make this Declaration based on facts that I personally know, except where otherwise indicated. If called as a witness, I would testify to the facts listed below.

2. Attached as Exhibit A is a true and correct copy of the complaint filed on February 29, 2024 in the case captioned *Musk* v. *Altman, et al.*, Case No. CGC-24-612746 (S.F. Sup. Ct.).

3. Attached as Exhibit B is a true and correct copy of the motion to strike filed on March 27, 2024 in the case captioned *Musk* v. *Altman, et al.*, Case No. CGC-24-612746 (S.F. Sup. Ct.).

4. Attached as Exhibit C is a true and correct copy of the opposition to demurrer filed on April 10, 2024 in the case captioned *Musk* v. *Altman, et al.*, Case No. CGC-24-612746 (S.F. Sup. Ct.).

5. Attached as Exhibit D is a true and correct copy of the webpage, titled *OpenAI and Elon Musk*, published on March 5, 2024, and available at https://openai.com/index/openai-elon-musk.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on October 8, 2028, at San Francisco, California.

*/s/ David J. Wiener*
David J. Wiener

## ECF ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file this **DECLARATION OF DAVID J. WIENER IN SUPPORT OF OPENAI DEFENDANTS' MOTION TO DISMISS COMPLAINT OF PLAINTIFF ELON MUSK**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: October 8, 2024

*/s/ Jordan Eth*
Jordan Eth