UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK,<br>　　　　　　Plaintiff,<br>v.<br>SAMUEL ALTMAN, et al.,<br>　　　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**[PROPOSED] ORDER GRANTING OPENAI DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT OF PLAINTIFF ELON MUSK**<br><br>Date:　November 12, 2024<br>Time:　2:00 p.m.<br>Courtroom:　1 – 4th Floor<br>Judge:　Hon. Yvonne Gonzalez Rogers<br>Compl. Filed:　August 5, 2024 |

**[PROPOSED] ORDER**

Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (the "OpenAI Defendants") request that the Court take judicial notice of the following documents when ruling on the OpenAI Defendants' Motion to Dismiss, pursuant to Rule 201 of the Federal Rules of Evidence: the complaint, motion to strike, and opposition to demurrer filed in the case captioned *Musk* v. *Altman, et al.*, Case No. CGC-24-612746 (S.F. Sup. Ct.), attached as Exhibits A, B, and C to the Declaration of David J. Wiener in Support of the OpenAI Defendants' Motion to Dismiss (the "Wiener Declaration"), and a copy of a webpage, titled *OpenAI and Elon Musk*, published on OpenAI's website, attached as Exhibit D to the Wiener Declaration.

Having considered all the papers filed by the parties in connection with the OpenAI Defendants' request and the parties' arguments at the hearing on this matter, the OpenAI Defendants' request is GRANTED.

**ANALYSIS**

Under the Federal Rules of Evidence, a district court may take judicial notice of matters that are either (1) "generally known within the trial court's territorial jurisdiction" or (2) capable of accurate and ready determination by resort to "sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2).

The Court takes judicial notice of the complaint, motion to strike, and opposition to demurrer filed in *Musk* v. *Altman* (Exhibits A, B, and C), as they are publicly available court filings in a related legal proceeding. It is well established that courts "may take judicial notice of court filings" in other actions. *See, e.g.*, *Reyn's Pasta Bella, LLC* v. *Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of briefs, a hearing transcript, and "several other

pleadings, memoranda, [and] expert reports" filed in related litigation); *Burbank-Glendale-Pasadena Airport Auth.* v. *City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking "judicial notice of pleadings filed in a related state court action"). Because these prior filings are publicly available and not reasonably subject to dispute, the Court will take notice of them in considering the OpenAI Defendants' Motion to Dismiss.

The Court also takes judicial notice of the webpage titled *OpenAI and Elon Musk* (Ex. D) because it is publicly available and its contents "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Publicly accessible websites are "[p]roper subjects of judicial notice when ruling on a motion to dismiss." *Perkins* v. *LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014). The existence and authenticity of this publicly accessible webpage cannot reasonably be disputed, and the Court thus takes judicial notice of it in ruling on the OpenAI Defendants' Motion to Dismiss.

## CONCLUSION

For the reasons discussed above, the OpenAI Defendants' Request for Judicial Notice is GRANTED.

IT IS SO ORDERED this ___ day of _____, 202_

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE