**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELON MUSK**, | Case No. **4:24-CV-04722-YGR** |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT AND SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **SAMUEL ALTMAN, ET AL.**, | Re: Dkt. No. 25. |
| Defendants. | |

The Court is in receipt of defendants' motion to dismiss the complaint. (Dkt. No. 25.) In order to assist the Court with the efficient resolution of the motion, the parties shall file a Joint Statement outlining the basic elements of all claims. The statement shall contain no argument and no discussion of any claim's application to the allegations of the instant case. The parties shall cite the primary authority for each claim's elements. The Joint Statement shall be filed no later than **Wednesday, October 16, 2024** and shall not exceed 8 pages. The hearing set for Tuesday, November 12, 2024 is vacated and will be reset if necessary.

Further, the Court sets a case management conference for December 16, 2024 at 2:00 p.m. using the Zoom platform.

**IT IS SO ORDERED**.

Date: October 11, 2024

_____

**YVONNE GONZALEZ ROGERS**

**UNITED STATES DISTRICT COURT JUDGE**