1  MARC TOBEROFF (CA SBN 188547)
   mtoberoff@toberoffandassociates.com
2  JAYMIE PARKKINEN (CA SBN 318394)
3  jparkkinen@toberoffandassociates.com
   TOBEROFF & ASSOCIATES, P.C.
4  23823 Malibu Road, Suite 50-363
   Malibu, CA 90265
5  Telephone: (310) 246-3333

6  *Attorneys for Plaintiff Elon Musk*

7

8  (Additional counsel listed on the next page)

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12  ELON MUSK,                           Case No. 4:24-cv-04722-YGR

13          Plaintiff,                   **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**

14      v.

15  SAMUEL ALTMAN, et al.,
                                         Hearing Date: None Set
16          Defendants.                  Action Filed: August 5, 2024
                                         Judge: Hon. Yvonne Gonzalez Rogers

17

18

19

20

21

22

23

24

25

26

27

28

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
*OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
*OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
*OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
*AESTAS Management Company, LLC, and AESTAS LLC*

# **STIPULATION**

Pursuant to Civ. L.R. 6-1(b) and 6-2 and paragraph 3 of the Court's Standing Order in Civil Cases, Plaintiff Elon Musk and Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., AESTAS Management Company, LLC, and AESTAS LLC (collectively, the "OpenAI Defendants" and together with Plaintiff, the "Parties"), by and through their counsel, hereby stipulate and request as follows:

WHEREAS, on October 8, 2024, OpenAI Defendants filed a Motion to Dismiss Plaintiff's Complaint and a Request for Judicial Notice in support thereof (Dkt. Nos. 25 and 26, respectively; collectively, "Motion"), and set a hearing for November 12, 2024;

WHEREAS, pursuant to Civ. L.R. 7-3 Plaintiff must respond to OpenAI Defendants' Motion by October 22, 2024 and OpenAI Defendants must reply to Plaintiff's response by October 29, 2024;

WHEREAS, Commentary to Civ. L.R. 7-2 provides: "For complex motions, parties are encouraged to stipulate to or seek a Court order establishing a longer notice period with correspondingly longer period for response or reply.";

WHEREAS, on October 8, 2024, Leonard Horowitz filed a Motion to Intervene in this case (Dkt. No. 24), to which the Parties must respond by October 22, 2024;

WHEREAS, in addition, the intervening Jewish Holidays (e.g., Yom Kippur (October 11-12) and Sukkot (October 17-23)) impede Plaintiff's counsel's ability to simultaneously respond to the OpenAI Defendants' Motion and the Motion to Intervene;

WHEREAS, on October 11, 2024, the Court ordered the Parties to file a Joint Statement outlining the elements of Plaintiff's causes of action to be filed by October 16, 2024, vacated the

November 12, 2024 hearing on the Motion, and continued the Case Management Conference to December 16, 2024 (Dkt. No. 27);

WHEREAS, modifying the time for Plaintiff's response and OpenAI Defendants' reply in connection with the Motion as set forth below will not interfere with any dates set in this action; and

WHEREAS, the Parties have conferred over a proposed modification to the briefing schedule on the Motion and agree good cause exists to modify the time to respond and reply to the Motion.

IT IS HEREBY STIPULATED AND AGREED by the Parties that:

1. Plaintiff shall have until November 14, 2024 to respond to OpenAI Defendants' Motion by filing an Opposition or amending the Complaint under Fed. R. Civ. P. 15(a)(1)(B);
2. OpenAI Defendants shall have until December 9, 2024 to reply to Plaintiff's response to the Motion;
3. For the avoidance of doubt, all ADR and other deadlines attendant to the Case Management Conference are reset based on the new date of December 16, 2024; and
4. All other deadlines remain unchanged.

Dated: October 14, 2024					TOBEROFF & ASSOCIATES, P.C.

						By:	s/     *Marc Toberoff*
							Marc Toberoff (CA SBN 188547)

							*Attorneys for Plaintiff Elon Musk*

Dated: October 14, 2024					MORRISON & FOERSTER LLP

						By:	s/     *Jordan Eth*
							Jordan Eth (CA SBN 121617)

							*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., AESTAS Management Company, LLC, and AESTAS LLC*

**SIGNATURE ATTESTATION**

I hereby attest that signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 14, 2024              s/     *Marc Toberoff*
                                     Marc Toberoff (CA SBN 188547)

JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation and ORDERS that:

1. Plaintiff shall have until November 14, 2024 to respond to OpenAI Defendants' Motion or to amend the Complaint under Fed. R. Civ. P. 15(a)(1)(B);
2. OpenAI Defendants shall have until December 9, 2024 to reply to Plaintiff's response to the Motion;
3. For the avoidance of doubt, all ADR and other deadlines attendant to the Case Management Conference are reset based on the new date of December 16, 2024; and
4. All other deadlines remain unchanged.

Dated: _____          _____
                                                              The Hon. Yvonne Gonzalez Rogers