| | |
|---|---|
| MARC TOBEROFF (CA SBN 188547)<br>*MToberoff@toberoffandassociates.com*<br>JAYMIE PARKKINEN (CA SBN 318394)<br>*JParkkinen@toberoffandassociates.com*<br>TOBEROFF & ASSOCIATES, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333 | |

*Attorneys for Plaintiff Elon Musk*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMUEL ALTMAN, et al.,<br><br>        Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DECLARATION OF MARC TOBEROFF IN SUPPORT OF JOINT STIPULATION RE: BRIEFING SCHEDULE**<br><br>Hearing Date: None Set<br>Action Filed: August 5, 2024<br>Judge: Hon. Yvonne Gonzalez Rogers |

# DECLARATION

I, Marc Toberoff, declare as follows:

1. I am a member of the bar of the State of California and a principal of the law firm Toberoff & Associates, P.C., counsel of record for Plaintiff Elon Musk ("Plaintiff"). I submit this Declaration in support of the concurrently-filed Joint Stipulation Regarding Briefing Schedule on OpenAI Defendants' Motion to Dismiss Plaintiff's Complaint and Request for Judicial Notice ("Stipulation"). Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. On October 8, 2024, OpenAI Defendants filed their Motion to Dismiss Plaintiff's Complaint and Request for Judicial Notice in support thereof (Dkt. Nos. 25 and 26, respectively; collectively, "Motion").

3. On October 8, 2024, Leonard Horowitz filed a Motion to Intervene in this case (Dkt. No. 24), to which a response is due October 22, 2024. I have attempted to call and email Mr. Horowitz to discuss his motion and related scheduling, but he has not responded to any of my communications.

4. I observe the Jewish Holidays Yom Kippur (October 11-12, 2024) and Sukkot (October 17-23, 2024).

5. The combined effect of these intervening Holidays, and unanticipated Motion to Intervene impede my ability to work on Plaintiff's response to OpenAI Defendants' Motion to Dismiss, which, pursuant to Civ. L.R. 7-3, is due October 22, 2024.

6. In light of these conflicts and the Commentary to Civ. L.R. 7-2 (providing that "[f]or complex motions, parties are encouraged to stipulate to or seek a Court order establishing a longer notice period with correspondingly longer period for response or reply"), on October 9, 2024, my colleague, Jaymie Parkkinen, reached out to OpenAI Defendants' counsel to discuss an extension of time to respond to their Motion or to amend the Complaint.

7. The parties have agreed, subject to Court approval, that Plaintiff shall have until November 14, 2024 to respond to OpenAI Defendants' Motion or to amend the Complaint under Fed. R. Civ. P. 15(a)(1)(B), and OpenAI Defendants should have until December 9, 2024 to reply

in support of their Motion.

8. On October 11, 2024, the Court vacated the November 12, 2024 hearing on OpenAI Defendants' Motion to Dismiss. (Dkt. No. 27.) The Parties' requested extension will not otherwise affect the schedule for the case.

9. There has only been one previous time modification in this case. On September 11, 2024, the Court granted the Parties' stipulation wherein, at Defendants' request, Plaintiff agreed to extend OpenAI Defendants' time to respond to the Complaint to October 8, 2024.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on October 14, 2024 at Malibu, California.

/s/ *Marc Toberoff*
Marc Toberoff

*Attorneys for Plaintiff Elon Musk*