MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

*Attorneys for Plaintiff Elon Musk*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:　None Set<br>Action Filed:　August 5, 2024<br>Judge: Hon. Yvonne Gonzalez Rogers |

# CERTIFICATE OF SERVICE

I, Jaymie Parkkinen, declare:

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 23823 Malibu Road, Suite 50-363, Malibu, CA 90265. On October 22, 2024, I caused the following documents:

- **PLAINTIFF AND OPENAI DEFENDANTS' JOINT OPPOSITION TO LEONARD HOROWITZ'S MOTION TO INTERVENE**
- **[PROPOSED] ORDER DENYING LEONARD HOROWITZ'S MOTION TO INTERVENE**

to be served as follows:

[ ] **BY ELECTRONIC MAIL** - I caused the above-described document to be served by electronic mail transmission on the interested parties noted below, where an electronic mail address is indicated.

[X] **BY MAIL** – I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On October 22, 2024, I put a true and correct copy of the above-referenced document in a sealed envelope, with postage fully prepaid, and placed the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

LEONARD G. HOROWITZ
7463 Pomegranate Drive
Bokeelia, Florida 33922

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2024, at Malibu, California.

                                            */s/ Jaymie Parkkinen*
                                               Jaymie Parkkinen