Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzales Rogers |
| v. | |
| SAMUEL ALTMAN, et al., | **DECLARATION OF MARC TOBEROFF RE: VERIFIED FIRST AMENDED COMPLAINT** |
| Defendants. | |

**DECLARATION**

I, Marc Toberoff, declare as follows:

1.  I am a member of the bar of the State of California and a principal of the law firm Toberoff & Associates, P.C., counsel of record for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. ("Plaintiffs"). I submit this Declaration in connection with Plaintiffs' Verified First Amended Complaint. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of correspondence between Elon Musk and Samuel Altman dated May 25, 2015.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of correspondence between Elon Musk and Samuel Altman dated June 24, 2015.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of correspondence between Gregory Brockman, Elon Musk, and Samuel Altman dated November 22, 2015.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of correspondence between Elon Musk and Samuel Altman dated December 8, 2015.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of correspondence between Elon Musk and Samuel Altman dated December 11, 2015.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of correspondence between Elon Musk, Samuel Altman, Gregory Brockman, Ilya Sutskever, Pamela Vagata, Vicki Cheung, Diederik Kingma, Andrej Karpathy, John D. Schulman, and Trevor Blackwell dated December 11, 2015.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of correspondence between Gregory Brockman, Elon Musk, and Samuel Altman dated February 21, 2016 through February 22, 2016.

9.  Attached hereto as **Exhibit 8** is a true and correct copy of correspondence between Elon Musk, Gregory Brockman, and Samuel Teller dated March 21, 2016.

10. Attached hereto as **Exhibit 9** is a true and correct copy of correspondence between Elon Musk, Samuel Teller, and Alex Thompson dated April 27, 2016.

11. Attached hereto as **Exhibit 10** is a true and correct copy of correspondence between Elon Musk, Samuel Altman, and Samuel Teller dated September 16, 2016 through September 21, 2016.

12. Attached hereto as **Exhibit 11** is a true and correct copy of correspondence between Ilya Sutskever, Elon Musk, and Gregory Brockman dated July 20, 2017.

13. Attached hereto as **Exhibit 12** is a true and correct copy of correspondence between Elon Musk, Shivon Zilis, and Samuel Teller dated August 28, 2017.

14. Attached hereto as **Exhibit 13** is a true and correct copy of correspondence between Samuel Altman, Elon Musk, Ilya Sutskever, Gregory Brockman, Shivon Zilis, and Samuel Teller dated September 20, 2017 through September 21, 2017.

15. Attached hereto as **Exhibit 14** is a true and correct copy of correspondence between Elon Musk, Shivon Zilis, and Samuel Teller dated September 22, 2017.

16. Attached hereto as **Exhibit 15** is a true and correct copy of correspondence between Elon Musk, Samuel Altman, Gregory Brockman, Ilya Sutskever, Samuel Teller, and Shivon Zilis dated January 21, 2018.

17. Attached hereto as **Exhibit 16** is a true and correct copy of correspondence between Elon Musk, Gregory Brockman, Samuel Altman, Ilya Sutskever, Samuel Teller, Shivon Zilis, and Andrej Karpathy dated January 31, 2018 through February 1, 2018.

18. Attached hereto as **Exhibit 17** is a true and correct copy of correspondence between Elon Musk, Samuel Altman, and Shivon Zilis dated April 2, 2018.

19. Attached hereto as **Exhibit 18** is a true and correct copy of correspondence between Shivon Zilis, Elon Musk, and Samuel Teller dated March 25, 2018 through April 23, 2018.

20. Attached hereto as **Exhibit 19** is a true and correct copy of correspondence between Samuel Altman, Elon Musk, Shivon Zilis, and Samuel Teller dated March 6, 2019.

21. Attached hereto as **Exhibit 20** is a true and correct copy of correspondence between Samuel Altman and Elon Musk dated March 11, 2019.

22. Attached hereto as **Exhibit 21** is a true and correct copy of an Initial

Registration Form and associated documentation for OpenAI, Inc., received by the California Attorney General's Office, Registry of Charitable Trusts, on August 28, 2017.

23. Attached hereto as **Exhibit 22** is a true and correct copy of an Annual Registration Renewal Fee Report and associated documentation for OpenAI, Inc., received by the California Attorney General's Office, Registry of Charitable Trusts, on November 30, 2020.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an Annual Registration Renewal Fee Report and associated documentation for OpenAI, Inc., received by the California Attorney General's Office, Registry of Charitable Trusts, on November 18, 2021.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the Complaint filed on December 27, 2023 in the case captioned *The New York Times Co. v. Microsoft Corp., et al.*, No. 1:23-cv-11195-SHS (S.D.N.Y.).

26. Attached hereto as **Exhibit 25** is a true and correct copy of an October 3, 2024 *Financial Times* article entitled "OpenAI asks investors not to back rivals after raising $6.6bn in funds" by George Hammond and Stephen Morris.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a letter dated July 1, 2024 from Stephen Kohn and Kayla Svihovec to Gary Gensler, Chair of the U.S. Securities and Exchange Commission.

28. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2024, at Malibu, California.

      */s/ Marc Toberoff*
      Marc Toberoff