# EXHIBIT 1

**From:** Elon Musk
**To:** Sam Altman
**Subject:** Re: question
**Date:** Monday, May 25, 2015 11:09:22 PM

Probably worth a conversation

On May 25, 2015, at 9:10 PM, Sam Altman < Redacted for PII > wrote:

> Been thinking a lot about whether it's possible to stop humanity from developing AI.
>
> I think the answer is almost definitely not.
>
> If it's going to happen anyway, it seems like it would be good for someone other than Google to do it first.
>
> Any thoughts on whether it would be good for YC to start a Manhattan Project for AI?  My sense is we could get many of the top ~50 to work on it, and we could structure it so that the tech belongs to the world via some sort of nonprofit but the people working on it get startup-like compensation if it works.  Obviously we'd comply with/aggressively support all regulation.
>
> Sam