# EXHIBIT 3

| | |
|---|---|
| **From:** | Greg Brockman |
| **To:** | Elon Musk |
| **Cc:** | Sam Altman |
| **Subject:** | follow up from call |
| **Date:** | Sunday, November 22, 2015 6:11:13 PM |
| **Attachments:** | YCR offer letter (template).pdf |

Hey Elon,

Nice chatting earlier.

As I mentioned on the phone, here's the latest early draft of the blog post: https://quip.com/6YnqA26RJgKr. (Sam, Ilya, and I are thinking about new names; would love any input from you.)

Obviously, there's a lot of other detail to change too, but I'm curious what you think of that kind of messaging. I don't want to pull any punches, and would feel comfortable broadcasting a stronger message if it feels right. I think it's mostly important that our messaging appeals to the research community (or at least the subset we want to hire). I hope for us to enter the field as a neutral group, looking to collaborate widely and shift the dialog towards being about humanity winning rather than any particular group or company. (I think that's the best way to bootstrap ourselves into being a leading research institution.)

I've attached the offer letter template we've been using, with a salary of $175k. Here's the email template I've been sending people:

"""
Attached is your official YCR offer letter! Please sign and date the your convenience. There will be two more documents coming:

- A separate letter offering you 0.25% of each YC batch you are present for (as compensation for being an Advisor to YC).
- The At-Will Employment, Confidential Information, Invention Assignment and Arbitration Agreement

(As this is the first batch of official offers we've done, please forgive any bumpiness along the way, and please let me know if anything looks weird!)

We plan to offer the following benefits:

- Health, dental, and vision insurance
- Unlimited vacation days with a recommendation of four weeks per year
- Paid parental leave
- Paid conference attendance when you are presenting YC AI work or asked to attend by YC AI

We're also happy to provide visa support. When you're ready to talk about visa-related questions, I'm happy to put you in touch with Kirsty from YC.

Please let me know if you have any questions — I'm available to chat

any time! Looking forward to working together :).
"""

- gdb