# EXHIBIT 4

**From:** PII - Sam Altman on behalf of Sam Altman
**To:** Elon Musk
**Subject:** Re: Draft opening paragraphs
**Date:** Tuesday, December 8, 2015 10:34:59 AM

how is this?

—

OpenAI is a non-profit artificial intelligence research company with the goal of advancing digital intelligence in the way that is most likely to benefit humanity as a whole, unencumbered by an obligation to generate financial returns.

Because we don't have any financial obligations, we can focus on the maximal positive human impact and disseminating AI technology as broadly as possible. We believe AI should be an extension of individual human wills and, in the spirit of liberty, not be concentrated in the hands of the few.

The outcome of this venture is uncertain and the pay is low compared to what others will offer, but we believe the goal and the structure are right. We hope this is what matters most to the best in the field.

On Tue, Dec 8, 2015 at 9:29 AM, Elon Musk <Redacted for PII> wrote:
> It is super important to get the opening summary section right. This will be what everyone reads and what the press mostly quotes. The whole point of this release is to attract top talent. Not sure Greg totally gets that.
>
> ----
>
> OpenAI is a non-profit artificial intelligence research company with the goal of advancing digital intelligence in the way that is most likely to benefit humanity as a whole, unencumbered by an obligation to generate financial returns.
>
> The underlying philosophy of our company is to disseminate AI technology as broadly as possible as an extension of all individual human wills, ensuring, in the spirit of liberty, that the power of digital intelligence is not overly concentrated and evolves toward the future desired by the sum of humanity.
>
> The outcome of this venture is uncertain and the pay is low compared to what others will offer, but we believe the goal and the structure are right. We hope this is what matters most to the best in the field.

| | |
|---|---|
| **From:** | Elon Musk |
| **To:** | PII - Sam Altman |
| **Subject:** | Draft opening paragraphs |
| **Date:** | Tuesday, December 8, 2015 9:29:15 AM |

It is super important to get the opening summary section right. This will be what everyone reads and what the press mostly quotes. The whole point of this release is to attract top talent. Not sure Greg totally gets that.

----

OpenAI is a non-profit artificial intelligence research company with the goal of advancing digital intelligence in the way that is most likely to benefit humanity as a whole, unencumbered by an obligation to generate financial returns.

The underlying philosophy of our company is to disseminate AI technology as broadly as possible as an extension of all individual human wills, ensuring, in the spirit of liberty, that the power of digital intelligence is not overly concentrated and evolves toward the future desired by the sum of humanity.

The outcome of this venture is uncertain and the pay is low compared to what others will offer, but we believe the goal and the structure are right. We hope this is what matters most to the best in the field.