# EXHIBIT 5

**From:** Elon Musk
**To:** Sam Altman
**Subject:** Re: just got word...
**Date:** Friday, December 11, 2015 1:27:14 PM

Great

On Dec 11, 2015, at 12:35 PM, Sam Altman < Redacted for PII > wrote:

> everyone feels great, saying stuff like "bring on the deepmind offers, they unfortunately dont have 'do the right thing' on their side"
>
> news out at 130 pm pst
>
> On Fri, Dec 11, 2015 at 12:32 PM, Elon Musk < Redacted for PII > wrote:
>
>> awesome
>>
>> **From:** PII - Sam Altman [mailto: PII - Sam Altman ] **On Behalf Of** Sam Altman
>> **Sent:** Friday, December 11, 2015 12:15 PM
>> **To:** Elon Musk <          >
>> **Subject:** Re: just got word...
>>
>> yes committed committed. just gave his word.
>>
>> On Friday, December 11, 2015, Elon Musk < Redacted for PII > wrote:
>>
>>> Has Ilya come back with a solid yes?
>>>
>>> If anyone seems at all uncertain, I'm happy to call them personally too. Have told Emma this is my absolute top priority 24/7.
>>>
>>> **From:** PII - Sam Altman [mailto: PII - Sam Altman ] **On Behalf Of** Sam Altman
>>> **Sent:** Friday, December 11, 2015 11:30 AM
>>> **To:** Elon Musk < Redacted for PII >
>>> **Subject:** just got word...

that deepmind is going to give everyone in openAI massive counteroffers tomorrow to try to kill it.

do you have any objection to me proactively increasing everyone's comp by 100-200k per year?  i think they're all motivated by the mission here but it would be a good signal to everyone we are going to take care of them over time.

sounds like deepmind is planning to go to war over this, they've been literally cornering people at NIPS.