# EXHIBIT 8

**From:**       Elon Musk
**To:**         Greg Brockman
**Cc:**         Sam Teller
**Subject:**    Re: wired article
**Date:**       Monday, March 21, 2016 6:53:47 AM

---

Sounds good

> On Mar 21, 2016, at 12:53 AM, Greg Brockman < Redacted for PII > wrote:
>
> Hi Elon,
>
> I was interviewed for a Wired article on OpenAI, and the fact checker
> sent me some questions. Wanted to sync with you on two in particular
> to make sure they sound reasonable / aligned with what what you'd say:
>
>> Would it be accurate to say that OpenAI is giving away ALL of its
>> research?
>
> At any given time, we will take the action that is likely to most
> strongly benefit the world. In the short term, we believe the best
> approach is giving away our research. But longer-term, this might not
> be the best approach: for example, it might be better not to
> immediately share a potentially dangerous technology. In all cases, we
> will be giving away all the benefits of all of our research, and want
> those to accrue to the world rather than any one institution.
>
>> Does OpenAI believe that getting the most sophisticated AI possible in as
>> many hands as possible is humanity's best chance at preventing a too-smart
>> AI in private hands that could find a way to unleash itself on the world for
>> malicious ends?
>
> We believe that using AI to extend individual human wills is the most
> promising path to ensuring AI remains beneficial. This is appealing
> because if there are many agents with about the same capabilities they
> could keep any one bad actor in check. But I wouldn't claim we have
> all the answers: instead, we're building an organization that can both
> seek those answers, and take the best possible action regardless of
> what the answer turns out to be.
>
> Thanks!
>
> - gdb
>