# EXHIBIT 9

**From:** Elon Musk
**To:** Sam Teller
**Subject:** Re: Maureen Dowd
**Date:** Wednesday, April 27, 2016 12:24:37 PM

History unequivocally illustrates that a powerful technology is a double-edged sword. It would be foolish to assume that AI, arguably the most powerful of all technologies, only has a single edge.

The recent example of Microsoft's AI chatbot shows how quickly it can turn incredibly negative. The wise course of action is to approach the advent of AI with caution and ensure that its power is widely distributed and not controlled by any one company or person.

That is why we created OpenAI.

On Apr 27, 2016, at 11:03 AM, Sam Teller < Redacted for PII > wrote:

**From:** "Thompson, Alex" < Redacted for PII @nytimes.com>
**Date:** Wednesday, April 27, 2016 at 7:25 AM
**To:** Sam Teller < Redacted for PII >
**Subject:** Re: Maureen Dowd

Hi Sam,

I hope you are having a great day and I apologize for interrupting it with another question. Maureen wanted to see if Mr. Musk had any reaction to some of Mr. Zuckerberg's public comments since their interview. In particular, his labelling of Mr. Musk as "hysterical" for his A.I. fears and lectured those who "fearmonger" about the dangers of A.I.. I have included more details below of Mr. Zuckerberg's comments.

    Asked in Germany recently about Musk's forebodings, Zuckerberg called them "hysterical'' and praised A.I. breakthroughs, including one system he claims can make cancer diagnoses for skin lesions on a mobile phone with the accuracy of "the best dermatologist.''

 "Unless we really mess something up,'' he said, the machines will always be subservient, not "superhuman."

"I think we can build A.I. so it works for us and helps us...Some peoplefearmonger about how A.I. is a huge danger, but that seems far-fetched to me and much less likely than disasters due to widespread disease, violence, etc.'' Or as he put his philosophy at an April Facebook developers conference: "Choose hope over fear.''

--
Alex Thompson
The New York Times
c: Redacted for PII