# EXHIBIT 11

# EXHIBIT 11

**From:** Ilya Sutskever
**To:** Elon Musk; Greg Brockman; Elon Musk
**Subject:** biweekly update
**Date:** Thursday, July 20, 2017 1:56:41 PM

- The robot hand can now solve a Rubik's cube in simulation:
    - https://drive.google.com/a/openai.com/file/d/0B60rCy4P2FOIenlLdzN2LXdiOTQ/view?usp=sharing (needs OpenAI login)
    - Physical robot will do same in September
- 1v1 bot is no longer exploitable
    - It can no longer be beaten using "unconventional" strategies
    - On track to beat all humans in 1 month

- Athletic competitive robots:
    - https://drive.google.com/a/openai.com/file/d/0B60rCy4P2FOIZE4wNVdlbkx6U2M/view?usp=sharing (needs OpenAI login)

- Released an adversarial example that fools a camera from all angles simultaneously:
    - https://blog.openai.com/robust-adversarial-inputs/

- DeepMind's directly used one of our algorithms to produce their parkour results:
    - DeepMind's results: https://deepmind.com/blog/producing-flexible-behaviours-simulated-environments/
        - DeepMind's technical papers explicitly state they directly used our algorithms
        - Our blogpost about our algorithm: https://blog.openai.com/openai-baselines-ppo/ (DeepMind used an older version).

- Coming up:
    - Designing the for-profit structure
    - Negotiate merger terms with Cerebras
    - More due diligence with Cerebras