# EXHIBIT 15

| | |
|---|---|
| **From:** | Elon Musk |
| **To:** | Sam Altman |
| **Cc:** | Greg Brockman; Ilya Sutskever; Sam Teller; Shivon Zilis |
| **Subject:** | Re: ICO |
| **Date:** | Sunday, January 21, 2018 5:56:10 PM |

Absolutely

> On Jan 21, 2018, at 5:08 PM, Sam Altman < Redacted for PII > wrote:
>
> Elon—
>
> Heads up, spoke to some of the safety team and there were a lot of concerns about the ICO and possible unintended effects in the future.
>
> Planning to talk to the whole team tomorrow and invite input. Going to emphasize the need to keep this confidential, but I think it's really important we get buy-in and give people the chance to weigh in early.
>
> Sam