# EXHIBIT 25

# OpenAI asks investors not to back rivals after raising $6.6bn in funds

▸ ChatGPT maker valued at $150bn ▸ Effort to stifle competition ▸ Musk's xAI among challengers

Financial Times Europe
3 Oct 2024
GEORGE HAMMOND AND STEPHEN MORRIS — SAN FRANCISCO

OpenAI has asked investors to avoid backing rival start-ups such as Anthropic and Elon Musk's xAI, as it secured $6.6bn in new funding and sought to shut out challengers to its early lead in generative artificial intelligence.

The San Francisco-based group, led by chief executive Sam Altman, announced yesterday that it had completed its latest fundraising at a $150bn valuation, the highest in Silicon Valley's history.

During the negotiations, the company said it expected an exclusive funding arrangement, according to three people with knowledge of the discussions.

Seeking exclusive relationships with investors restricts rivals' access to capital and strategic partnerships. The move by the maker of ChatGPT risks inflaming tensions with competitors, especially Musk, who is suing OpenAI.

Venture firms are party to sensitive information on the companies they invest in, and close relationships with one company can make it difficult or contentious to back a rival. But exclusivity is rarely insisted on, according to venture capital firms, and many leading firms have spread their bets in certain sectors. Sequoia Capital and Andreessen Horowitz, for instance, have backed several AI start-ups, including both OpenAI and Musk's xAI.

OpenAI can command unusual terms and an outsized valuation because investors believe the company could dominate the next wave of AI innovation, which they argue will be as significant a shift in consumer behaviour as the internet or mobile technology.

"Because the round was so oversubscribed, OpenAI said to people, 'We'll give you allocation but we want you to be involved in a meaningful way in the business so you can't commit to our competitors,'" according to one person with knowledge of the deal.

A partner at one leading VC firm noted that ride-hailing app Uber had a similar policy "when they were in full world-domination mode", adding: "If a company holds all the cards, they can force people to do things unnaturally."

Thrive, a VC founded by Joshua Kushner, was leading the round and had committed $750mn from its own funds, as well as roughly $550mn from its partners, according to a person with knowledge of the terms.

Chipmaker Nvidia and Microsoft, which has already committed $13bn to OpenAI, also participated in the round.

Apple, which had been in talks with the company to invest, did not.

Other firms including early OpenAI backer Khosla Ventures, SoftBank, Tiger Global, Altimeter Capital and the California Public Employees' Retirement System have invested either directly or via special purpose vehicles, according to multiple people. Khosla's vehicle could put in a total of $500mn or more, according to two of the people.

"The new funding will allow us to double down on our leadership in frontier AI research . . . and continue building tools," OpenAI said.

Altman had held talks to hold equity in the company as part of the new fundraising, according to people familiar with the talks, having previously said he did not want to take an ownership stake.

However, at a staff town hall meeting he has dismissed as "ludicrous" reports that he would acquire an equity stake of 7 per cent in the new for-profit entity, which would be worth more than $10bn.