AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ELON MUSK, SHIVON ZILIS, and X.AI CORP. <br><br> *Plaintiff(s)* <br> v. <br> See Attachment 1 <br><br> *Defendant(s)* | Civil Action No. 4:24-cv-04722-YGR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attachment 2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marc Toberoff (S.B. #188547)
> mtoberoff@toberoffandassociates.com
> TOBEROFF & ASSOCIATES, P.C.
> 23823 Malibu Road, Suite 50-363
> Malibu, CA 90265
> Tel: (310) 246-3333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

# ATTACHMENT 1

<u>Defendants:</u>

1. SAMUEL ALTMAN, an individual;
2. GREGORY BROCKMAN, an individual;
3. OPENAI, INC., a Delaware corporation;
4. OPENAI, L.P., a Delaware limited partnership;
5. OPENAI, L.L.C., a Delaware limited liability company;
6. OPENAI GP, L.L.C., a Delaware limited liability company;
7. OPENAI OPCO, LLC, a Delaware limited liability company;
8. OPENAI GLOBAL, LLC, a Delaware limited liability company;
9. OAI CORPORATION, LLC, a Delaware limited liability company;
10. OPENAI HOLDINGS, LLC, a Delaware limited liability company;
11. OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company;
12. OPENAI STARTUP FUND GP I, L.L.C., a limited liability company;
13. OPENAI STARTUP FUND I, L.P. a Delaware limited partnership;
14. OPENAI STARTUP FUND SPV GP I, L.L.C., a Delaware limited liability company;
15. OPENAI STARTUP FUND SPV GP II, L.L.C., a Delaware limited liability company;
16. OPENAI STARTUP FUND SPV GP III, L.L.C., a Delaware limited liability company;
17. OPENAI STARTUP FUND SPV GP IV, L.L.C., a Delaware limited liability company;
18. OPENAI STARTUP FUND SPV I, L.P., a Delaware limited partnership;
19. OPENAI STARTUP FUND SPV II, L.P., a Delaware limited partnership;
20. OPENAI STARTUP FUND SPV III, L.P., a Delaware limited partnership;
21. OPENAI STARTUP FUND SPV IV, L.P., a Delaware limited partnership;
22. AESTAS MANAGEMENT COMPANY, LLC, a Delaware limited liability company;
23. AESTAS, LLC, a Delaware limited liability company;
24. DEANNAH TEMPLETON, an individual;
25. REID HOFFMAN, an individual;
26. MICROSOFT CORP., a Washington corporation; and
27. ROB BONTA, in his official capacity as Attorney General of California.

# **ATTACHMENT 2**

<u>Defendants' Names and Addresses:</u>

1. DEANNAH TEMPLETON,
   1343 6th Street
   Kirkland, WA 98033

2. REID HOFFMAN,
   650 Castro Street, Ste. 120
   Mountain View, CA 94041

3. MICROSOFT CORP.,
   CSC - Lawyers Incorporating Service
   2710 Gateway Oaks Drive, Ste. 150
   Sacramento, CA 95833

4. ROB BONTA, in his official capacity,
   Office of the Attorney General
   1300 "I" Street
   Sacramento, CA 95814-2919