Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,*
*Shivon Zilis, and X.AI Corp.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzales Rogers |
| v. | **PLAINTIFFS' SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.


DATED: November 14, 2024          TOBEROFF & ASSOCIATES, P.C.

By: */s/ Marc Toberoff*_____
          Marc Toberoff

*Attorneys for Plaintiffs Elon Musk,*
*Shivon Zilis, and X.AI Corp.*