1  Marc Toberoff (S.B. #188547)
   *mtoberoff@toberoffandassociates.com*
2  Jaymie Parkkinen (S.B. #318394)
   *jparkkinen@toberoffandassociates.com*
3  TOBEROFF & ASSOCIATES, P.C.
4  23823 Malibu Road, Suite 50-363
   Malibu, CA 90265
5  Telephone: (310) 246-3333
   Facsimile: (310) 246-3101
6
7  *Attorneys for Plaintiffs Elon Musk,
   Shivon Zilis, and X.AI Corp.*

8

9              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
10

11  ELON MUSK, et al.,                    Case No. 4:24-cv-04722-YGR

12              Plaintiffs,               Assigned to Hon. Yvonne Gonzalez
13                                        Rogers
    v.
14                                        **RULE 7.1 CORPORATE**
    SAMUEL ALTMAN, et al.,                **DISCLOSURE STATEMENT**
15
16              Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff X.AI Corp., by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: November 14, 2024          TOBEROFF & ASSOCIATES, P.C.

By: /s/ Marc Toberoff
    Marc Toberoff

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*