UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　Defendants. | Case No.24-cv-04722-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 27 |

　　You are hereby notified that Initial Case Management Conference previously set for December 16, 2024, is vacated and will be rescheduled to a later date.

Dated: November 21, 2024

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Edwin Angelo A. Cuenco, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　5106373540

*Clerk's-Notice_CRD*
*rev. June 2018*