Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> Assigned to Hon. Yvonne Gonzalez Rogers <br><br> **DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: January 7, 2025 <br> Time: 2:00 p.m. <br> Place: Courtroom 1 (4th Fl.) <br>         1301 Clay St. <br>         Oakland, CA 94612 |

**DECLARATION**

I, Marc Toberoff, declare as follows:

1. I am a member of the bar of the State of California and a principal of the law firm Toberoff & Associates, P.C., counsel of record for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. ("Plaintiffs"). I submit this Declaration in connection with Plaintiffs' Motion for a Preliminary Injunction. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a November 19, 2023 *Semafor* article titled "Reid Hoffman was privately unhappy about leaving OpenAI's board" by Reed Albergotti.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an *On With Kara Swisher* interview of Satya Nadella published by *New York Magazine* on November 21, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a January 17, 2024 *The Information* article titled "Behind OpenAI Meltdown, Valley Heavyweight Reid Hoffman Calmed Microsoft Nerves" by Natasha Mascarenhas.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a February 14, 2024 *PYMNTS* article titled "OpenAI Chairman Bret Taylor Launches AI Chatbot Startup Sierra."

6. Attached hereto as **Exhibit 5** is a true and correct copy of a March 20, 2024 *Inc.* article titled "As Inflection AI's Leadership Shakeup Raises Questions, the Company Insists It's Equipped for the Future" by Sam Blum.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a March 21, 2024 *TechCrunch* article titled "Here's how Microsoft is providing a 'good outcome' for Inflection AI VCs, as Reid Hoffman promised" by Julie Bort.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a May 18, 2024 *Vox* article titled "'I lost trust': Why the OpenAI team in charge of safeguarding humanity imploded" by Sigal Samuel.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an October 2, 2024 *Reuters* article titled "OpenAI asks investors to avoid five AI Startups including Sutskever's

SSI, sources say" by Anna Tong, Kenrick Cai, and Krystal Hu.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an October 2, 2024 *Wall Street Journal* article titled "OpenAI Nearly Doubles Valuation to $157 Billion in Funding Round" by Deepa Seetharaman, Tom Dotan, and Berber Jin.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a February 16, 2019 statement by Elon Musk, published on X.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a February 17, 2020 statement by Elon Musk, published on X.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a September 24, 2020 statement by Elon Musk, published on X.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a February 17, 2023 statement by Elon Musk, published on X.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a March 15, 2023 statement by Elon Musk, published on X.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a September 25, 2024 statement by Elon Musk, published on X.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a profile page of Dee Templeton published on Microsoft's website.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Microsoft Corporation's Form 10-K filing with the Securities and Exchange Commission for the fiscal year ended June 30, 2024.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an audio-visual recording of an interview titled "Reid Hoffman: The Future of TikTok and The Inflection AI Deal | E1163" published on June 10, 2024, and available for viewing at: https://www.youtube.com/watch?v=edYGzszdcUo. A USB drive with a copy of this audio-visual recording will be submitted in a physical copy to the Clerk of the Court and will likewise be served on opposing counsel per the Court's instructions.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a transcript of the

pertinent portion (00:21:44 – 00:25:01) of the audio-visual file attached as Exhibit 18.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an audio-visual recording of an interview titled "Reid Hoffman's thoughts on the future of OpenAI" published on February 29, 2024, and available for viewing at: https://www.youtube.com/watch?v=LIKBaAhBkDU. A USB drive with a copy of this audio-visual recording will be submitted in a physical copy to the Clerk of the Court and will likewise be served on opposing counsel per the Court's instructions.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a transcript of the audio-visual file attached as Exhibit 20.

23. Attached hereto as **Exhibit 22** is a true and correct copy of an audio-visual recording of an interview titled "Reid Hoffman challenges your thinking on AI, governance, and politics" published on August 15, 2024, and available for viewing at: https://www.youtube.com/watch?v=MhhzySUqKx0. A USB drive with a copy of this audio-visual recording will be submitted in a physical copy to the Clerk of the Court and will likewise be served on opposing counsel per the Court's instructions.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a transcript of the pertinent portion (00:55:39 – 00:58:24) of the audio-visual file attached as Exhibit 22.

25. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2024, at Malibu, California.

                                                   */s/ Marc Toberoff*
                                                   Marc Toberoff