# EXHIBIT 3



From Left: Microsoft CEO Satya Nadella, OpenAI CEO Sam Altman and LinkedIn co-founder Reid Hoffman. Photos by Getty

**Exclusive**

# Behind OpenAI Meltdown, Valley Heavyweight Reid Hoffman Calmed Microsoft Nerves

LinkedIn co-founder Reid Hoffman has acted as an informal emissary between Microsoft and OpenAI through critical junctures in the two companies' history. But there's a limit to his influence.

By Natasha Mascarenhas

Jan 17, 2024, 6:00am PST

**Minutes after OpenAI's** board of directors announced it had fired CEO Sam Altman on Nov. 17, venture capitalist Reid Hoffman received a call from Microsoft CEO Satya Nadella.

1/6

The board's decision shocked executives at Microsoft, which had agreed to invest more than $13 billion in the fast-growing artificial intelligence startup. Nadella wanted to know if Hoffman, a Microsoft director who had previously served on OpenAI's board, had any explanation beyond the board's oblique statement that Altman had failed to be "consistently candid," according to a person familiar with the exchange.

## The Takeaway

- Hoffman eased Satya Nadella's concerns in aftermath of Sam Altman's ouster

- The LinkedIn co-founder recommended Bret Taylor, others for the board

- Hoffman is unlikely to return to the OpenAI board in its current structure

Hoffman, who was on his way to the airport after attending a conference in Napa Valley, started making calls. Over the next 48 hours, he telephoned half a dozen of his closest contacts within OpenAI, including Chief Technology Officer Mira Murati. By Sunday night, he told Nadella that he believed Altman hadn't done anything to merit his termination, and that OpenAI employees were still in the dark about why the board had lost trust in Altman.

Nadella took this feedback into account before working to reinstate Altman, according to the person. These efforts included [helping Murati negotiate](#) with the board. Later that weekend Nadella publicly threw his support behind Altman, even extending an offer to hire him.

Hoffman has remained a major Silicon Valley power broker two decades after the former PayPal executive became famous for founding LinkedIn and making prescient bets on Facebook and later, Airbnb. His network ranges from PayPal friends Peter Thiel and Elon Musk, to the scores of founders he's backed through Greylock Partners, the VC firm he joined in 2009. Though he stepped back from his managing partner role at Greylock last year, he's kept investing in startups such as AI company Tome. And the prolific Democratic donor also advises France, U.K. and U.S. governments on AI policy.

Those sprawling connections put Hoffman in a unique position of influence with OpenAI since its launch eight years ago and during critical junctures with the AI company's most important backer, Microsoft.

In 2018, the billionaire investor offered to backstop the salaries of OpenAI employees, who then numbered in the dozens, when the startup's research costs outpaced the cash it had on hand. Later, when Microsoft was considering making an initial investment in OpenAI in 2019, Hoffman helped Microsoft's leaders get comfortable with the startup's unusual structure and OpenAI's founders overcome any doubts about working with a huge tech company.

Then, when Hoffman stepped down from OpenAI's board in March, he gave Altman a list of suggested names for his replacement. One of those, ex-Salesforce co-CEO Bret Taylor, eventually worked out. As the OpenAI board negotiated with Altman about his return as CEO days after the initial firing, its members agreed to name Taylor as chair of a new board that wouldn't include Altman or OpenAI president Greg Brockman.

In the weeks since Altman's late-November return, Hoffman has been recommending candidates to join the board as it seeks to add new members. He offered his own shortlist of about 10 candidates that board members are currently considering, said the person.

Hoffman "has seen so many scenarios—especially in technology, which is moving so fast, you really need people who have seen multiple things manifest," said Navrina Singh, founder of Credo AI, a startup backed by venture firm Village Global, which Hoffman chairs. "Those are the kind of people who actually are really useful" as board members.

There is a limit to Hoffman's influence, however. It would be difficult for Hoffman to return to the OpenAI board under its current structure because of his role co-founding AI startup Inflection as well as his seat on the board of Microsoft, Altman said in an interview. Inflection, launched in early 2022, is trying to compete with OpenAI. Hoffman's Microsoft board role presented a possible conflict with the OpenAI board's aim to develop AI "for the benefit of humanity" rather than maximize profits, as Microsoft intends to do in using OpenAI's technology in its products.

Such conflicts deepened in the past year as OpenAI developed more-advanced large language models to which startups—some backed by Hoffman or Greylock Partners—wanted access.

"When there's a conflict, a lot of people recuse themselves," Altman said regarding Hoffman's departure from the board. When that happens enough, "it ends up being easier" to leave.

Rising regulatory scrutiny could also present a hurdle for Hoffman's holding a place on both boards, if he were to consider rejoining the OpenAI board. U.S., European and U.K. antitrust regulators are zeroing in on Microsoft's investment in OpenAI, and a director who has a seat on both boards could make it harder for both companies to justify they haven't run afoul of anticompetitive laws.

**LinkedIn to Loopt**

Hoffman's role as counselor to both OpenAI and Microsoft stretches back to the early investments that put the tech entrepreneur on the map.

In 2003, Hoffman used some of the money he made from PayPal's initial public offering to start LinkedIn. Sequoia Capital funded the professional social network the same year, and five years later its partners introduced Hoffman to Altman. The college dropout had started Loopt, a location-sharing startup that showed friends each other's position in nearly real time, and Sequoia wanted to fund it, according to two people with knowledge of the matter. Its partners wanted Hoffman to tell Altman what it was like to work with the venture firm.

Over the ensuing years, the two developed a close relationship, going on vacations together and having long-running conversations about AI. Then in 2015, Altman called Hoffman when he and Musk were forming OpenAI as a nonprofit counterweight to for-profit AI developers such as Google. Hoffman committed to donating up to $10 million from his family Aphorism Foundation to back the new effort.

Meanwhile, LinkedIn was growing—and on the cusp of a landmark deal. In 2016, Microsoft acquired the then-433 million–person social network for $26.2 billion. Hoffman joined Microsoft's board the following year. That same year, Hoffman made the first part of his promised donation to OpenAI, followed by the second part in 2018.

When Musk left the OpenAI board in 2018, citing conflict with his work on developing AI at Tesla, the business lost an important financial backer. Musk had at one point committed to supplying OpenAI with $1 billion in funding, but he had contributed only about $100 million before he left the company, according to Semafor.

Altman again recruited Hoffman to help. The lab was facing mounting computing costs to train its large language models. After Altman reached out, Hoffman offered to fund all salaries, but he ultimately didn't need to. Instead, Hoffman helped OpenAI management, which included Brockman, Altman and senior scientist Ilya Sutskever, come up with a way to raise money while keeping the spirit of the nonprofit alive: creating a for-profit OpenAI unit overseen by the nonprofit.

The for-profit entity, unveiled in early 2019, limits the amount of profit investors can get, which OpenAI leaders said at the time was important to make sure employees and investors continued to focus on developing AI safely—not just on revenue.

Hoffman, through his family foundation, acted as the anchor investor for the first round of fundraising and set the price and terms. That year, he also joined the OpenAI board, bringing his experience on the boards of other entities tied to nonprofits such as Mozilla, maker of the Firefox browser. Khosla Ventures also invested $50 million in the new for-profit arm.

Altman and his team were also talking to another big backer: Microsoft. Nadella, five years into his tenure as CEO, was committing more resources to AI and was enthusiastic about OpenAI's technology. But there was "a huge diversity of opinions inside of the company" on whether to do the deal, Microsoft CTO Kevin Scott said last year.

One stumbling block was the startup's structure, which limits returns for investors. Hoffman became a key negotiating force between Microsoft and the Altman-Brockman team, according to a person with knowledge of the matter. Hoffman, who was a member of both boards, abstained from voting on the investment. In 2019, Microsoft said it would invest $1 billion in OpenAI.

"It would not have gone as smoothly without him because he could translate why research is going slower or why the structure makes sense….It's the voice of someone who is calibrated," OpenAI President Greg Brockman said in an interview.

For several years, Hoffman frequently acted as an informal liaison between Microsoft and OpenAI, according to two people with direct knowledge. Then, in the wake of OpenAI's launch of its ChatGPT chatbot, Microsoft in January 2023 announced it was doubling down on its investment. The software giant committed to invest an additional $10 billion in OpenAI, an investment that made the startup a cornerstone of Microsoft's AI strategy.

By then, Hoffman was busy with his own AI project: backing and co-founding Inflection AI with Mustafa Suleyman, a co-founder of Google's DeepMind AI lab. Inflection later released an AI chatbot similar to OpenAI's ChatGPT. Hoffman was a proponent of setting up Inflection as a public benefit corporation, a for-profit company with the mission of having a positive impact on society.

"He's now got to a stage in his life where he wants to make sure that everyone realizes the true benefits of AI and having a structure that incentivizes board members and shareholders to unequivocally do the right thing," Suleyman said.

In March 2023, Hoffman stepped down from OpenAI's board, citing rising conflicts. He continued to provide advice to OpenAI leaders on product strategy and hiring, and he publicly supported the view, embraced by Altman, that AI will be a vital part of the future whose risks tech leaders can mitigate. That view contrasts with the more alarmist perspective of some leaders, such as Musk, who has warned of AI's "civilizational risk."

"He's been a great voice for how much this is going to help people," Altman said of Hoffman. "He's been a voice for the positive case, and that is important."

Stephanie Palazzolo contributed reporting to this story.

*Natasha Mascarenhas is a reporter at The Information, based in San Francisco, who covers venture capital and startups. She can be reached at natasha@theinformation.com, or on Signal at +1 925 271 0912. She is on Twitter at @nmasc_*