# EXHIBIT 5

# As Inflection AI's Leadership Shakeup Raises Questions, the Company Insists It's Equipped for the Future

inc.com/sam-blum/as-inflection-ais-leadership-shakeup-raises-questions-the-company-insists-its-equipped-for-the-future.html

March 20, 2024



Mustafa Suleyman and Satya Nadella.. Photos: Getty Images

The AI world stirred on Tuesday following the announcement of a leadership shuffle at Inflection AI, one of a few startups making waves in the rapidly evolving field of generative artificial intelligence.

Two of Inflection AI's co-founders, Mustafa Suleyman and Karén Simonyan, are departing for Microsoft to lead a new division called Microsoft AI, focused on developing consumer-focused AI products, including its Bing search engine, Copilot chatbot, and Edge browser, the Microsoft CEO Satya Nadella said in a statement. Suleyman will assume the duties of the new division's CEO, while Simonyan, a computer scientist and former finance professor, will be its chief scientist, reporting to Suleyman.

Suleyman is replaced as Inflection AI CEO by Sean White, a longtime tech executive and former chief of Mozilla, maker of privacy-focused web browser Firefox. LinkedIn founder Reid Hoffman, the third co-founder of Inflection AI, will continue on the company's board.

As for Inflection AI's future strategy, on Tuesday the company announced a pivot away from its consumer-driven focus, which was underscored by its flagship smart assistant Pi, described by the company as a "kind and supportive companion that's by your side" upon its debut in 2023. It's now opting for an "AI studio" approach, which it says will harness its model for a strategy "where custom generative AI models are crafted, tested, and fine-tuned for commercial customers."

Inflection AI's first licensing partner is Microsoft, which will host the startup's newest model, Inflection-2.5, on its cloud network, Azure.

The news prompted speculation that Inflection AI had hit troubled waters. Some outside observers, such as Gavin Baker, CIO and managing partner at the hedge fund Atreides Management, suggested that Inflection AI "will be the first of many VC-backed Foundation Model companies to fail," in a thread posted to X.

"Irony is that while models are commodities today, the ultimate future is likely one where there are only a few truly massive models with proprietary real time data and vast distribution," he wrote, suggesting the model was effectively cannibalized by Microsoft. The post drew approval from X and Tesla CEO Elon Musk, who wrote "true" in response.

Baker's company hasn't invested in Inflection AI but sold Microsoft shares last year, according to Whale Wisdom, a platform for retail and institutional investors that tracks hedge fund disclosures. Baker could not be reached for a request for comment by press time.

While AI experts have previously expressed to *Inc*. that the crush of startups racing to build generative AI models will one day dramatically thin out, Inflection AI insists the company is in good shape due to the structure of its deal with Microsoft.

"Microsoft is taking a non-exclusive license to the new Inflection-2.5 model, and Azure will host it alongside other cloud providers," a person with close knowledge of the deal explained to *Inc*.

"Inflection hasn't failed. Ultimate ownership of Inflection's model stays with Inflection," said the person, who said the AI studio had been "a big part of the Inflection business plan since day one." They also said that most of the company's staff had left for Microsoft along with the two co-founders.

Suleyman, a longtime figure in AI, founded the AI research laboratory DeepMind in 2010, which was acquired by Google in 2014 for $400 million. He later co-founded Inflection AI, along with Simonyan and Hoffman, in 2022. The trio helped amass $1.5 billion from investors such as Microsoft, Bill Gates, former Google CEO Eric Schmidt, and Nvidia.

The shakeup indicates Microsoft's ascendant status in the field: In addition to poaching two of the more prominent figures in AI, the company is a prolific investor in industry giants such as OpenAI, which it has poured a reported $13 billion into a series of investments since 2019. It also invested $16 million in the Paris-based Mistral AI and participated in Inflection AI's $1.3 billion funding round last June.