# EXHIBIT 11

