# EXHIBIT 13



**Elon Musk** ✓ ✕
@elonmusk

OpenAI was created as an open source (which is why I named it "Open" AI), non-profit company to serve as a counterweight to Google, but now it has become a closed source, maximum-profit company effectively controlled by Microsoft.

Not what I intended at all.

1:36 AM · Feb 17, 2023 · **13.9M** Views

**10.8K** Reposts    **1,285** Quotes    **131.8K** Likes    **1,955** Bookmarks

💬          ↻          ♡          🔖 1.9K          ⬆