# EXHIBIT 16



# Dee Templeton

Vice President, Technology & Research Partnerships and Operation



Partnerships are essential for empowering every person and every organization on the planet to achieve more. As vice president of Partnerships and Operations in the Technology & Research division, Dee Templeton plays a crucial role in shaping the future of technology through strategic leadership and innovative collaborations.

A 25-year Microsoft veteran, Templeton's expertise has been instrumental in forging strong partnerships for the company and perpetuating Microsoft's path in the tech industry. Her journey with the company began in New Zealand, where she was the first female technical employee, leading significant software migration projects.

In her current capacity, Templeton is the strategic advisor to Chief Technology Officer Kevin Scott and has been a cornerstone in the Office of the CTO since 2018. Her visionary approach has cultivated key partnerships to accelerate Microsoft's technology strategy, notably the ongoing collaboration with OpenAI.

Under her leadership, the cross-functional team responsible for Microsoft's collaboration with OpenAI has made remarkable strides in joint endeavors, showcasing her commitment to operational excellence and progress. Templeton's rich history of engineering and product roles at Microsoft underscores her deep-rooted understanding of the industry and her ability to drive technological advancements.

Templeton is passionate about fostering a supportive, open, transparent and inclusive culture within her team, which includes her work to build strong communities across the organization that support the growth and exposure of other leaders.

Templeton lives in Kirkland, Washington, with her husband and is mum to three (almost) adult children.

"The potential of a technology like AI is bigger than any one company," Templeton says. "Partnerships are incredibly powerful as we think about future innovation and success for Microsoft and our customers. Partnering with companies that have shared goals – and are accelerating in different areas from us – is ultimately additive to the work we do, and stimulates both new innovations and long-term progress for all of us."