# EXHIBIT 19

TRANSCRIPT OF EXCERPT FROM
**20VC WITH HARRY STEBBINGS (@20VC), EPISODE 1163, REID HOFFMAN: THE FUTURE OF TIKTOK AND THE INFLECTION AI DEAL**, YOUTUBE (JUNE 10, 2024)

https://youtu.be/edYGzszdcUo?si=hCEo67ZViAby8OSP

| | | |
|---|---|---|
| 1 | **HARRY STEBBINS:** I'm just going for this. Every time I look at | 00:21:44 |
| 2 | Nvidia and I'm like, "Nah, can't go higher, can't go higher"; And then, like | 00:21:46 |
| 3 | you know, another quarter comes, I'm like "f--k, it went higher." | 00:21:51 |
| 4 | Like is that a good buy? | 00:21:56 |
| 5 | **REID HOFFMAN:** Um, look, I think Nvidia is a great company | 00:21:57 |
| 6 | and Jensen's a great CEO. | 00:22:00 |
| 7 | I don't actually myself trade in the public market that much. | 00:22:01 |
| 8 | I'm a private market investor, so, I don't actually really make those | 00:22:04 |
| 9 | operative decisions, right? | 00:22:08 |
| 10 | So, it might be. I mean, I think they -- I think they have -- | 00:22:10 |
| 11 | I think their chips are, are extremely valuable in this scale-AI, you know, | 00:22:14 |
| 12 | transformation that is happening. And without all of the Nvidia inventions | 00:22:23 |
| 13 | and chips, we wouldn't be nearly as far along as we are. | 00:22:28 |
| 14 | Now, the real question is "buy at this price"? I don't know. | 00:22:31 |
| 15 | That, that's the prize question. | 00:22:34 |
| 16 | **HARRY STEBBINS:** That is the real question, yeah. | 00:22:35 |
| 17 | Yeah, uh, that's the challenging one. | 00:22:37 |
| 18 | We -- We spoke about kind of the different providers. | 00:22:38 |
| 19 | I -- I have to ask you. I had so many people suggest questions | 00:22:40 |
| 20 | and this is one I really wanted to talk about, which was the Inflection deal | 00:22:43 |
| 21 | with Microsoft. | 00:22:45 |
| 22 | How did that go down? | 00:22:47 |
| 23 | **REID HOFFMAN:** Yup. | 00:22:48 |
| 24 | **HARRY STEBBINS:** I love a story as well. | 00:22:49 |
| 25 | **REID HOFFMAN:** Yeah. [Laughs] | 00:22:50 |

1

| | | |
|---|---|---|
| 1 | **HARRY STEBBINS:** Like, does -- Does like Satya call you and | 00:22:50 |
| 2 | go like, "Yeah, let's take this one"? | 00:22:51 |
| 3 | **REID HOFFMAN:** So, um, Satya and Micro-- and, and um uh | 00:22:53 |
| 4 | and, Mustafa, um, had a conversation. | 00:22:58 |
| 5 | And, it was kind of funny because both of them called me | 00:23:01 |
| 6 | afterwards and said: | 00:23:03 |
| 7 | "I had this really fascinating conversation about -- | 00:23:04 |
| 8 | you know, about, you know -- what is of work we | 00:23:06 |
| 9 | could do together. | 00:23:07 |
| 10 | Do you think we should possibly do th-- | 00:23:09 |
| 11 | think about this?" | 00:23:10 |
| 12 | And, so I had separate conversations with both of them, because | 00:23:11 |
| 13 | obviously I'm on both boards. And then they said: | 00:23:13 |
| 14 | "Well should the next conversation be the three of us?" | 00:23:15 |
| 15 | And I was like: | 00:23:17 |
| 16 | "No -- I think I have to keep my 'hat' separate, | 00:23:18 |
| 17 | Because I have to -- have to talk to Mustafa from a | 00:23:21 |
| 18 | 'Greylock hat' from a 'Inflection board hat'; I have to | 00:23:25 |
| 19 | talk to Satya from a 'Microsoft public board member hat'; | 00:23:28 |
| 20 | And, I have to make sure that I'm -- I'm playing each | 00:23:31 |
| 21 | role effectively. And, if I'm in the room -- it's like, you | 00:23:34 |
| 22 | know -- you can almost bring two baseball caps and go | 00:23:37 |
| 23 | 'okay,' 'okay,' 'okay.' And it's like this doesn't quite | 00:23:39 |
| 24 | work that way. So, its better to do that. | 00:23:43 |
| 25 | And so, they, um, in a set of conversations kind of got to the position | 00:23:45 |

| | | |
|---|---|---|
| 1 | of saying: | 00:23:49 |
| 2 | "Well, Mustafa had already been worried that the -- | 00:23:50 |
| 3 | that the notion of the massive increase of scale of frontier | 00:23:53 |
| 4 | models was going to be beyond startup companies' ability | 00:23:58 |
| 5 | to monetize with, um, an agent infrastructure. It's going to | 00:24:02 |
| 6 | take a long time for agent infrastructure to monetize." | 00:24:06 |
| 7 | He's like: | 00:24:09 |
| 8 | "Look, we have this really great product; We have this | 00:24:10 |
| 9 | really great agent. But, if we're going to keep pace with | 00:24:12 |
| 10 | that, we're going to be massively in the red for a long time. | 00:24:15 |
| 11 | And yet, that's what we really want: We want to make sure | 00:24:20 |
| 12 | this great agent that really helps everyone is, is going to | 00:24:22 |
| 13 | continue and grow and thrive." | 00:24:26 |
| 14 | And that was part of the "Okay, well maybe we could do that at | 00:24:28 |
| 15 | Microsoft." While at Inflection, part of it was we'd been thinking of like, "Well, | 00:24:30 |
| 16 | maybe the real business is around AI Studio": That you have a number of | 00:24:34 |
| 17 | different models, some of which are custom trained like Inflection, others of | 00:24:38 |
| 18 | which are public -- you know -- open source models. And you're kind of being a | 00:24:42 |
| 19 | B2B -- you know -- AI Studio model. Because that's what we had been thinking | 00:24:45 |
| 20 | about doing with Inflection anyway given the economics of the business. | 00:24:50 |
| 21 | So, I was like: | 00:24:53 |
| 22 | "Well, that business could then be funded by this | 00:24:54 |
| 23 | transaction: The people who want to build agents can | 00:24:56 |
| 24 | contin-- can go do it at Microsoft, and the people who want | 00:24:59 |
| 25 | to do B2B Studio can stay with the company." | 00:25:01 |