# EXHIBIT 21

**TRANSCRIPT OF**
**REID HOFFMAN (@REIDHOFFMAN), REID HOFFMAN'S THOUGHTS ON THE FUTURE OF OPENAI, YOUTUBE (FEB. 29, 2024)**
https://www.youtube.com/watch?v=LIKBaAhBkDU

| # | | | |
|---|---|---|---|
| 1 | **REID HOFFMAN:** | How do we both create this -- uh -- amazing | 00:00 |
| 2 | new technology? How do we bring in commercial incentives and -- and use | | 00:03 |
| 3 | them, but also still stay very focused on the key mission of how is AGI for the | | 00:07 |
| 4 | benefit of humanity? | | 00:13 |
| 5 | | | |
| 6 | | [Video and Audio Fades] | 00:14 |
| 7 | | [Text reading "FUTURE OF OPENAI" appears on screen] | 00:15 |
| 8 | | | |
| 9 | **INTERVIEWER:** | What happened at OpenAI? | 00:16 |
| 10 | **REID HOFFMAN:** | [Laughs] | 00:17 |
| 11 | **INTERVIEWER:** | And did you see it coming? Because you -- | 00:18 |
| 12 | **REID HOFFMAN:** | No. For sure not. | 00:19 |
| 13 | **INTERVIEWER:** | -- You stepped off the board in March. | 00:20 |
| 14 | **REID HOFFMAN:** | Yeah -- um -- Let's see. Couple things to say | 00:21 |
| 15 | very quickly. | | 00:24 |
| 16 | I think the structure is fine -- um, I do think that -- uh -- the notion of | | 00:25 |
| 17 | how, how do we get do various kinds of public interest tech -- um. You know | | 00:29 |
| 18 | I was also on the board of Mozilla Corporation for a number of years and | | 00:33 |
| 19 | that's a for-profit owned completely by the foundation. I think the structure is | | 00:36 |
| 20 | fine -- just to be you know -- because since some people speculate about that. | | 00:40 |
| 21 | I do think from -- I only really have mostly public information and | | 00:44 |
| 22 | obviously anything that's non-public I'm not really allowed to comment on -- | | 00:48 |
| 23 | um, but the uh -- I think it's a failure of board governance; It's pretty obvious | | 00:52 |
| 24 | in a number of ways. And boards are composed of people making decisions; | | 00:58 |
| 25 | And maybe there's information to come out that we have yet to see, but I do | | 01:02 |

| | | |
|---|---|---|
| 1 | think that it's pretty well resolved that -- um uh -- Sam uh is an amazing CEO. | 01:07 |
| 2 | I'm really glad he's back in place. I think um the whole team uh -- Greg, Ilya, | 01:14 |
| 3 | Mira, Sam, and all -- everyone else has built amazing things and that's very | 01:20 |
| 4 | important for humanity in various ways. So, I'm glad that it got back there. | 01:25 |
| 5 | But, it was -- um you know -- uh -- it was -- it was some interesting | 01:28 |
| 6 | moments because I learned about it the same way the rest of the world did, | 01:33 |
| 7 | which is I looked at a blog post. | 01:36 |
| 8 | **INTERVIEWER:** Okay -- um -- As OpenAI continues to grow, | 01:39 |
| 9 | should it keep its unusual capped profit structure? | 01:42 |
| 10 | **REID HOFFMAN:** Well, I think -- um -- it definitely can -- um -- | 01:46 |
| 11 | And when I think these get to -- I -- I was -- uh you know -- collaborating with | 01:50 |
| 12 | Sam and the rest of the team as they created it. And part of their -- um -- | 01:54 |
| 13 | they're thoughtful about what their focus is -- is about new technology; | 01:59 |
| 14 | How do we bring in commercial incentives and -- and use them but also still | 02:02 |
| 15 | stay very focused on the key mission of how is AGI for the benefit of | 02:07 |
| 16 | humanity. And -- uh -- that's part of what I love about the organization, I love | 02:12 |
| 17 | about uh -- about the stuff they've done. And I think was part of probably what | 02:16 |
| 18 | was motivating the board too -- um 'cause I know they care about it. I've -- | 02:20 |
| 19 | I've worked with all of the -- uh, you know uh -- current and former board | 02:23 |
| 20 | members, and I think this is a -- this is -- is super important and can be | 02:27 |
| 21 | expressed in a number of different ways. At Inflection, we did a public benefit | 02:32 |
| 22 | corp -- um, you know -- At Mozilla, it was a for-profit corp owned by a | 02:35 |
| 23 | foundation -- um -- I think these structures can be good, and you just have to | 02:39 |
| 24 | be clear and transparent about what it is you're managing to -- and how that -- | 02:42 |
| 25 | how that, uh -- how that works. | 02:47 |