1  Marc Toberoff (S.B. #188547)
   *mtoberoff@toberoffandassociates.com*
2  Jaymie Parkkinen (S.B. #318394)
   *jparkkinen@toberoffandassociates.com*
3  TOBEROFF & ASSOCIATES, P.C.
4  23823 Malibu Road, Suite 50-363
   Malibu, CA 90265
5  Telephone: (310) 246-3333
   Facsimile: (310) 246-3101
6
7  *Attorneys for Plaintiffs Elon Musk,*
   *Shivon Zilis, and X.AI Corp.*
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

11
   ELON MUSK, et al.,                  Case No. 4:24-cv-04722-YGR
12
                  Plaintiffs,          Assigned to Hon. Yvonne Gonzalez
13                                     Rogers
        v.
14                                     **EXHIBIT 22 TO THE**
   SAMUEL ALTMAN, et al.,              **DECLARATION OF MARC**
15                                     **TOBEROFF IN SUPPORT OF**
                  Defendants.          **PLAINTIFFS' MOTION FOR A**
16                                     **PRELIMINARY INJUNCTION**
17
                                       Date:    January 7, 2025
18                                     Time:    2:00 p.m.
                                       Place:   Courtroom 1 (4th Fl.)
19                                              1301 Clay St.
                                                Oakland, CA 94612
20
21
22
23
24
25
26
27
28

**MANUAL FILING NOTIFICATION**

**(Exhibit 22 to the Declaration of Marc Toberoff)**

PLEASE TAKE NOTICE that Exhibit 22 to the Declaration of Marc Toberoff dated November 29, 2024 filed in support of Plaintiffs' Motion for a Preliminary Injunction is in physical form and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in physical copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at https://www.cand.uscourts.gov/ under Frequently Asked Questions (FAQ).

This was not e-filed for the following reason: it is a non-graphical/textual computer file, namely a flash drive containing audio-visual files.

DATED: November 29, 2024                Respectfully Submitted,

                                        TOBEROFF & ASSOCIATES, P.C.

                                        /s/ Marc Toberoff
                                        Marc Toberoff

                                        *Attorneys for Plaintiffs Elon Musk,
                                        Shivon Zilis, and X.AI Corp.*