# EXHIBIT 23

THE ERIC RIES SHOW (@THEERICRIESSHOW), REID HOFFMAN CHALLENGES YOUR THINKING ON AI, GOVERNANCE, AND POLITICS, YOUTUBE (AUG. 15, 2024)

https://www.youtube.com/watch?v=MhhzySUqKx0

| | | |
|---|---|---|
| 1 | **ERIC RIES:**         Were you the one who -- is it true -- | 00:55:39 |
| 2 | I -- I think I read this -- that you're the one who introduced Satya and | 00:55:41 |
| 3 | Sama. | 00:55:44 |
| 4 |       Is that true? | 00:55:45 |
| 5 | **REID HOFFMAN:**       Yes. Yeah. Yeah. Yeah. | 00:55:45 |
| 6 | **ERIC RIES:**         What was their first meeting like? | 00:55:46 |
| 7 | **REID HOFFMAN:**       Uh -- Well, so part of -- um -- being | 00:55:48 |
| 8 | on both boards at the time -- you know -- and part of when I connect -- | 00:55:52 |
| 9 | you know -- two leaders of two companies is I -- especially when I'm | 00:55:57 |
| 10 | on both boards -- I've -- I only sometimes sit in the room. | 00:56:02 |
| 11 | **ERIC RIES:**         Mhmm. | 00:56:06 |
| 12 | **REID HOFFMAN:**       Most of the time I'm like -- like -- I'll talk -- | 00:56:06 |
| 13 | to person one and say: | 00:56:10 |
| 14 |           "Hey. Here's how, some ways to understand | 00:56:11 |
| 15 |           person -- person two; And here's some good | 00:56:13 |
| 16 |           communication vectors; And here's some good | 00:56:15 |
| 17 |           questions asked to learn stuff; And here's why I | 00:56:17 |
| 18 |           think there's a really good conversation to be had; | 00:56:19 |
| 19 |           And here's where I think there's some really | 00:56:21 |
| 20 |           interesting, aligned interest." | 00:56:22 |
| 21 | And then you talk to person two -- but the same thing with person one. | 00:56:23 |
| 22 | **ERIC RIES:**         Say the same thing about person one? Yeah. | 00:56:26 |
| 23 | **REID HOFFMAN:**       Well, a different thing; but a thing that | 00:56:27 |
| 24 | facilitates that one-on-one communication with the two of them -- um -- | 00:56:29 |
| 25 | kind of in the room -- but then, not being there. Because you want them to | 00:56:37 |

| | | |
|---|---|---|
| 1 | talk to form the relationship; Not to talk through you as a -- as a -- as a | 00:56:42 |
| 2 | mediator to form the relationship. | 00:56:47 |
| 3 | And especially when it's things where -- like for example, one | 00:56:49 |
| 4 | of the things that was -- you know -- kind of bemusing but -- but for very | 00:56:52 |
| 5 | good reasons -- um -- When they -- uh -- first deal was proposed -- uh -- | 00:56:57 |
| 6 | between Microsoft and OpenAI. And it was a huge deal, so I had to come | 00:57:04 |
| 7 | to both boards. The boards voted unanimously for the deal with one | 00:57:09 |
| 8 | abstention, namely mine. | 00:57:13 |
| 9 | **ERIC RIES:**          Yeah. You had to abstain from both sides I-- | 00:57:15 |
| 10 | **REID HOFFMAN:**     Yes. | 00:57:16 |
| 11 | **ERIC RIES:**          --assume. Yeah. | 00:57:16 |
| 12 | **REID HOFFMAN:**     I had to abstain on both sides. Right? | 00:57:17 |
| 13 | -- um -- 'Cause it was like look: | 00:57:19 |
| 14 | "I -- you know -- I don't want anyone | 00:57:21 |
| 15 | thinking that there was anything I was trying | 00:57:22 |
| 16 | to play to the OpenAI benefit or to the | 00:57:24 |
| 17 | Microsoft benefit, or to anything else." | 00:57:26 |
| 18 | So, it was just like: | 00:57:28 |
| 19 | "Look. My -- my role here is simply | 00:57:29 |
| 20 | facilitating understanding, truth, and | 00:57:32 |
| 21 | communication. Right. That's it. Right." | 00:57:35 |
| 22 | And then -- you know -- obviously people could ask me questions, | 00:57:38 |
| 23 | and I'd say: | 00:57:40 |
| 24 | /// | |
| 25 | /// | |

| | | |
|---|---|---|
| 1 | "Look at -- I think -- X, Y, and Z. | 00:57:41 |
| 2 | I think these are the right questions to ask; | 00:57:42 |
| 3 | I think these are some of the answers to the | 00:57:43 |
| 4 | to the questions. | 00:57:44 |
| 5 | But -- you know -- like this has got to be | 00:57:46 |
| 6 | something that's -- that's done independently." | 00:57:48 |
| 7 | And that was the thing. And I think one of the things that -- um -- | 00:57:50 |
| 8 | people to some degree realize more about Satya, but in insufficiently ways | 00:57:55 |
| 9 | about Sam; But insufficiently also about both -- as to both Sam -- Sam and | 00:58:03 |
| 10 | Satya are -- are basically humanists as technology leaders. I mean they -- | 00:58:08 |
| 11 | they're both very focused on 'what does this mean for human ecosystems' -- | 00:58:14 |
| 12 | uh -- and 'how does it play' -- and that's one of the things that created a very | 00:58:19 |
| 13 | natural connection between them. | 00:58:24 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |