Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **PROOF OF SERVICE** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

**PROOF OF SERVICE**

I, Jaymie Parkkinen, declare:

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 23823 Malibu Road, Suite 50-363, Malibu, CA 90265. On December 3, 2024, I caused the following:

**FLASH DRIVE CONTAINING EXHIBITS 18, 20, AND 22 TO THE DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

to be served as follows:

[ ]   **BY ELECTRONIC MAIL** -  I caused the above-described document to be served by electronic mail transmission on the interested parties noted below, where an electronic mail address is indicated.

[X]   **BY MAIL** – I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On December 3, 2024, I put a true and correct copy of the above-referenced item in a sealed envelope, with postage fully prepaid, and placed the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

| | |
|---|---|
| William D. Savitt<br>Bradley R. Wilson<br>Sarah K. Eddy<br>Randall W. Jackson<br>WACHTELL, LIPTON, ROSEN & KATZ | Russell Cohen<br>Nisha Patel Gupta<br>Howard Ullman<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105 |
| Jordan D. Eth<br>Ragesh K. Tangri<br>David J. Wiener<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105 | Rob Bonta<br>Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 "I" Street<br>Sacramento, CA 95814-2919 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 3, 2024, at Malibu, California.

                                                         */s/ Jaymie Parkkinen*
                                                        Jaymie Parkkinen