```
 1  JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
 2  DAVID J. WIENER (CA SBN 291659)
    DWiener@mofo.com
 3  MORRISON & FOERSTER LLP
    425 Market Street
 4  San Francisco, CA 94105
    Telephone: (415) 268-7000
 5
 6  WILLIAM SAVITT (admitted pro hac vice)
    WDSavitt@wlrk.com
 7  SARAH K. EDDY (admitted pro hac vice)
    SKEddy@wlrk.com
 8  WACHTELL, LIPTON, ROSEN & KATZ
    51 West 52nd Street
 9  New York, NY 10019
    Telephone: (212) 403-1000
10
11
    Attorneys for Defendants Samuel Altman, Gregory Brockman,
12  OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,
    OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,
13  OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,
    OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,
14  OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,
    OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,
15  OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,
    OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,
16  Aestas Management Company, LLC, and Aestas LLC
17
    (Additional counsel listed on the next page)
18
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO FIRST AMENDED COMPLAINT** |
| v. | |
| SAMUEL ALTMAN, et al., | Action Filed: August 5, 2024 |
| Defendants. | Trial Date: None Set |
| | Judge: Hon. Yvonne Gonzalez Rogers |

1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  JAYMIE PARKKINEN (CA SBN 318394)
   JParkkinen@toberoffandassociates.com
3  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
4  Malibu, CA 90265
   Telephone: (310) 246-3333
5

   *Attorneys for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp.*
6

7  RUSSELL P. COHEN (SBN 213105)
   Russ.cohen@dechert.com
8  HOWARD M. ULLMAN (SBN 206760)
   Howard.ullman@dechert.com
9  DECHERT LLP
   45 Fremont Street, 26th Floor
10 San Francisco, CA 94105
   Telephone: (415) 262-4500
11
   NISHA PATEL (SBN 281628)
12 Nisha.patelgupta@dechert.com
   DECHERT LLP
13 633 West 5th Street, Suite 4900
   Los Angeles, CA 90071
14 Telephone: (213) 808-5700

15 ANDREW J. LEVANDER (admitted *pro hac vice*)
   Andrew.levander@dechert.com
16 DECHERT LLP
   Three Bryant Park
17 1095 Avenue of the Americas
   New York, NY 10036
18 Telephone: (212) 698-3500
   Facsimile: (212) 698-3599
19
   JAY JURATA (admitted *pro hac vice*)
20 Jay.jurata@dechert.com
   DECHERT LLP
21 1900 K Street, N.W.
   Washington, DC 20006
22 Telephone: (202) 261-3300
   Facsimile: (202) 261-3333
23

24 *Attorneys for Defendants Microsoft Corporation
   and Deannah Templeton*
25

26

27

28

1  Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. (collectively, the "Plaintiffs");
2  Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C.,
3  OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI
4  Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C.,
5  OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV
6  GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV,
7  L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup
8  Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and
9  Aestas LLC (collectively, the "OpenAI Defendants"); Defendant Deannah Templeton, and
10 Defendant Microsoft Corporation ("Microsoft"), by and through their counsel, hereby stipulate
11 and request as follows:
12   WHEREAS, on August 5, 2024, Plaintiff Musk filed a Complaint against the OpenAI
13 Defendants (ECF No. 1);
14   WHEREAS, on September 11, 2024, the Court granted Plaintiff Musk's and the OpenAI
15 Defendants' stipulation extending the deadline for the OpenAI Defendants to respond to the
16 Complaint to October 8, 2024 (ECF No. 22);
17   WHEREAS, on October 8, 2024, Leonard Horowitz filed a Motion to Intervene (ECF
18 No. 24), which Plaintiff Musk and the OpenAI Defendants opposed (ECF No. 31);
19   WHEREAS, on October 8, 2024, the OpenAI Defendants filed their Motion to Dismiss the
20 Complaint (ECF No. 25);
21   WHEREAS, on October 11, 2024, the Court set a case management conference for
22 December 16, 2024 (ECF No. 27);
23   WHEREAS, on October 15, 2024, the Court granted Plaintiff Musk's and the OpenAI
24 Defendants' stipulation extending the deadline for Plaintiff Musk to respond to the Motion to
25 Dismiss by filing an Opposition or amending the Complaint to November 14, 2024 (ECF No. 29);
26   WHEREAS, on November 14, 2024, Plaintiffs filed a First Amended Complaint against
27 the OpenAI Defendants adding eleven additional claims, now totaling twenty-six claims, and
28 adding four new Defendants: Deannah Templeton, Reid Hoffman, Microsoft, and the Attorney

General of the State of California, Rob Bonta (as an involuntary plaintiff) (ECF No. 32);

WHEREAS, on November 19, the Court entered an Order denying Leonard Horowitz's Motion to Intervene, denying as moot the OpenAI Defendants' Motion to Dismiss, and setting the deadline to respond to the First Amended Complaint to December 10, 2024 (ECF No. 38);

WHEREAS, on November 21, the Court entered an Order vacating the Initial Case Management Conference previously set for December 16 to be rescheduled to a later date (ECF No. 39);

WHEREAS, Plaintiffs, the OpenAI Defendants, Deannah Templeton, and Microsoft have discussed the OpenAI Defendants', Deannah Templeton's, and Microsoft's time to respond to the First Amended Complaint;

WHEREAS, Counsel for Microsoft and Deannah Templeton has represented that they can accept service on behalf of Reid Hoffman and counsel for Plaintiffs, the OpenAI Defendants, Deannah Templeton, and Microsoft have agreed to extend this response schedule to Reid Hoffman; and

WHEREAS, in light of the addition of eleven additional claims and four new parties, Plaintiffs, the OpenAI Defendants, Deannah Templeton, and Microsoft have agreed, subject to the Court's approval, to extend the deadline to respond to the First Amended Complaint, and set a briefing schedule for any motion(s) to dismiss the First Amended Complaint as described below:

IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, by Plaintiffs, the OpenAI Defendants, Deannah Templeton, and Microsoft that:

1. The OpenAI Defendants, Deannah Templeton, and Microsoft shall respond to the First Amended Complaint on or before January 31, 2025;
2. Plaintiffs shall oppose any motion(s) to dismiss the First Amended Complaint brought by the OpenAI Defendants, Deannah Templeton, and/or Microsoft on or before March 17, 2025;
3. The OpenAI Defendants, Deannah Templeton, and Microsoft shall file reply(ies) in support of any motion(s) to dismiss the First Amended Complaint on or before April 18, 2025;

4. The hearing on any motion(s) to dismiss the First Amended Complaint brought by the OpenAI Defendants, Deannah Templeton, and/or Microsoft shall be set for May 6, 2025, or a date thereafter convenient for the Court; and

5. Plaintiffs, the OpenAI Defendants, Deannah Templeton, and Microsoft respectfully suggest that the Court hold the initial case management conference on the same date as the hearing on any motion(s) to dismiss the First Amended Complaint.

Dated: December 3, 2024                         TOBEROFF & ASSOCIATES, P.C.

                                                By:  */s/ Marc Toberoff*
                                                     Marc Toberoff (CA SBN 188547)

                                                *Attorneys for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp.*

Dated: December 3, 2024                         MORRISON & FOERSTER LLP

                                                By:  */s/ Jordan Eth*
                                                     Jordan Eth (CA SBN 121617)

                                                *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

Dated: December 3, 2024                    DECHERT LLP

                                  By:   /s/ Russel P. Cohen
                                        Russell P. Cohen (SBN 213105)

                                        *Attorneys for Defendants Microsoft*
                                        *Corporation and Deannah Templeton*

**SIGNATURE ATTESTATION**

I hereby attest that signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 3, 2024          */s/ Marc Toberoff*
                                  Marc Toberoff (CA SBN 188547)

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation and ORDERS that:

1. The OpenAI Defendants, Reid Hoffman, Deannah Templeton, and Microsoft Corporation shall respond to the First Amended Complaint on or before January 31, 2025;

2. Plaintiffs shall oppose any motion(s) to dismiss the First Amended Complaint brought by the OpenAI Defendants, Reid Hoffman, Deannah Templeton, and/or Microsoft Corporation on or before March 17, 2025;

3. The OpenAI Defendants, Reid Hoffman, Deannah Templeton, and Microsoft Corporation shall file reply(ies) in support of any motion(s) to dismiss the First Amended Complaint on or before April 18, 2025;

4. The hearing on any motion(s) to dismiss the First Amended Complaint brought by the OpenAI Defendants, Reid Hoffman, Deannah Templeton, and/or Microsoft Corporation shall be set for May 6, 2025; and

5. The initial case management conference shall be reset to May 19, 2025.

Dated: December 5, 2024

_____
The Hon. Yvonne Gonzalez Rogers