JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
*OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
*OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
*OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
*Aestas Management Company, LLC, and Aestas LLC*

(Additional counsel listed on the next page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DATE OF HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | Action Filed: August 5, 2024<br>Trial Date: None Set<br>Judge: Hon. Yvonne Gonzalez Rogers |

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

*Attorneys for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp.*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JAY JURATA (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendants Microsoft Corporation,
Reid Hoffman, and Deannah Templeton*

1    Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. (collectively, the "Plaintiffs");

2 Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C.,

3 OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI

4 Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C.,

5 OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV

6 GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV,

7 L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup

8 Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and

9 Aestas LLC (collectively, the "OpenAI Defendants"); Defendant Deannah Templeton, Defendant

10 Reid Hoffman, and Defendant Microsoft Corporation, by and through their counsel, hereby

11 stipulate and request as follows:

12    WHEREAS, on Friday, November 29, 2024, Plaintiffs filed a Motion for Preliminary

13 Injunction against Defendants with a noticed hearing date of January 7, 2025 (ECF No. 46);

14    WHEREAS, lead counsel for the OpenAI Defendants is arguing in the New York Court of

15 Appeals in *Haussman* et al. v. *Baumann* et al., Appeal No. 2024-00017, on that date;

16    WHEREAS, counsel for Plaintiffs and counsel for Defendants have conferred and agree, in

17 light of this conflict and subject to Court approval, to continue the hearing on Plaintiffs' Motion

18 for Preliminary Injunction by one week, to January 14, 2025 (and not to alter the current briefing

19 schedule);

20    WHEREAS, this stipulation is without prejudice to any parties' arguments;

21    IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, by

22 Plaintiffs and Defendants that the hearing on Plaintiffs' Motion for Preliminary Injunction shall be

23 continued by one week, from January 7, 2025, to January 14, 2025.

24

25

26

27

28

1    Dated:  December 6, 2024                          TOBEROFF & ASSOCIATES, P.C.

2

3                                         By:    /s/ Marc Toberoff
                                                 Marc Toberoff (CA SBN 188547)
4
                                                 *Attorneys for Plaintiffs Elon Musk, Shivon*
5                                                *Zilis, and X.AI Corp.*

6
     Dated:  December 6, 2024                          MORRISON & FOERSTER LLP
7

8                                         By:    /s/ Jordan Eth
                                                 Jordan Eth (CA SBN 121617)
9
                                                 *Attorneys for Defendants Samuel Altman,*
10                                               *Gregory Brockman, OpenAI, Inc., OpenAI*
                                                 *L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
11                                               *OpenAI OpCo, LLC, OpenAI Global, LLC,*
                                                 *OAI Corporation, LLC, OpenAI Holdings,*
12                                               *LLC, OpenAI Startup Fund Management,*
                                                 *LLC, OpenAI Startup Fund GP I, L.L.C.,*
13                                               *OpenAI Startup Fund I, L.P., OpenAI Startup*
                                                 *Fund SPV GP I, L.L.C., OpenAI Startup Fund*
14                                               *SPV GP II, L.L.C., OpenAI Startup Fund SPV*
                                                 *GP III, L.L.C., OpenAI Startup Fund SPV GP*
15                                               *IV, L.L.C., OpenAI Startup Fund SPV I, L.P.,*
                                                 *OpenAI Startup Fund SPV II, L.P., OpenAI*
16                                               *Startup Fund SPV III, L.P., OpenAI Startup*
                                                 *Fund SPV IV, L.P., Aestas Management*
17                                               *Company, LLC, and Aestas LLC*

18

19

20   Dated:  December 6, 2024                          DECHERT LLP

21

22                                         By:    /s/ Russell P. Cohen
                                                  Russell P. Cohen (SBN 213105)
23

24                                                *Attorneys for Defendants Microsoft*
                                                  *Corporation, Reid Hoffman, and Deannah*
25                                                *Templeton*

26

27

28

                                                 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### SIGNATURE ATTESTATION

I hereby attest that signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.


Dated:  December 6, 2024                    */s/ Jordan Eth*
                                            Jordan Eth (CA SBN 121617)

1

## **[PROPOSED] ORDER**

2      GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation and

3  ORDERS that the hearing on Plaintiffs' Motion for Preliminary Injunction be continued by one

4  week, from January 7, 2025, to January 14, 2025. The existing briefing schedule shall remain in

5  effect.

6

7  Dated: _____          _____

7                                          The Hon. Yvonne Gonzalez Rogers

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---