JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
*OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
*OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
*OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
*Aestas Management Company, LLC, and Aestas LLC*

(Additional counsel listed on the next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DATE OF HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Action Filed: August 5, 2024 <br> Trial Date: None Set <br> Judge: Hon. Yvonne Gonzalez Rogers |

1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  JAYMIE PARKKINEN (CA SBN 318394)
   JParkkinen@toberoffandassociates.com
3  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
4  Malibu, CA 90265
   Telephone: (310) 246-3333
5
   *Attorneys for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp.*
6

7  RUSSELL P. COHEN (SBN 213105)
   Russ.cohen@dechert.com
8  HOWARD M. ULLMAN (SBN 206760)
   Howard.ullman@dechert.com
9  DECHERT LLP
   45 Fremont Street, 26th Floor
10 San Francisco, CA 94105
   Telephone: (415) 262-4500
11
   NISHA PATEL (SBN 281628)
12 Nisha.patelgupta@dechert.com
   DECHERT LLP
13 633 West 5th Street, Suite 4900
   Los Angeles, CA 90071
14 Telephone: (213) 808-5700

15 ANDREW J. LEVANDER (admitted *pro hac vice*)
   Andrew.levander@dechert.com
16 DECHERT LLP
   Three Bryant Park
17 1095 Avenue of the Americas
   New York, NY 10036
18 Telephone: (212) 698-3500
   Facsimile: (212) 698-3599
19
   JAY JURATA (admitted *pro hac vice*)
20 Jay.jurata@dechert.com
   DECHERT LLP
21 1900 K Street, N.W.
   Washington, DC 20006
22 Telephone: (202) 261-3300
   Facsimile: (202) 261-3333
23

24 *Attorneys for Defendants Microsoft Corporation,
   Reid Hoffman, and Deannah Templeton*

Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. (collectively, the "Plaintiffs"); Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"); Defendant Deannah Templeton, Defendant Reid Hoffman, and Defendant Microsoft Corporation, by and through their counsel, hereby stipulate and request as follows:

WHEREAS, on Friday, November 29, 2024, Plaintiffs filed a Motion for Preliminary Injunction against Defendants with a noticed hearing date of January 7, 2025 (ECF No. 46);

WHEREAS, lead counsel for the OpenAI Defendants is arguing in the New York Court of Appeals in *Haussman* et al. v. *Baumann* et al., Appeal No. 2024-00017, on that date;

WHEREAS, counsel for Plaintiffs and counsel for Defendants have conferred and agree, in light of this conflict and subject to Court approval, to continue the hearing on Plaintiffs' Motion for Preliminary Injunction by one week, to January 14, 2025 (and not to alter the current briefing schedule);

WHEREAS, this stipulation is without prejudice to any parties' arguments;

IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, by Plaintiffs and Defendants that the hearing on Plaintiffs' Motion for Preliminary Injunction shall be continued by one week, from January 7, 2025, to January 14, 2025.

| | | |
|---|---|---|
| Dated: December 6, 2024 | | TOBEROFF & ASSOCIATES, P.C. |
| | By: | */s/ Marc Toberoff* <br> Marc Toberoff (CA SBN 188547) |
| | | *Attorneys for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp.* |
| Dated: December 6, 2024 | | MORRISON & FOERSTER LLP |
| | By: | */s/ Jordan Eth* <br> Jordan Eth (CA SBN 121617) |
| | | *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC* |
| Dated: December 6, 2024 | | DECHERT LLP |
| | By: | */s/ Russell P. Cohen* <br> Russell P. Cohen (SBN 213105) |
| | | *Attorneys for Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton* |

## SIGNATURE ATTESTATION

I hereby attest that signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 6, 2024            */s/ Jordan Eth*
                                    Jordan Eth (CA SBN 121617)

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation and ORDERS that the hearing on Plaintiffs' Motion for Preliminary Injunction be continued by one week, from January 7, 2025, to January 14, 2025. The existing briefing schedule shall remain in effect.

Dated: December 9, 2024

_____
The Hon. Yvonne Gonzalez Rogers