# EXHIBIT A



December 9, 2023

Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
Attn: Satya Nadella

    Re:    **Board Observer Rights**

Ladies and Gentlemen:

OpenAI believes that greater transparency in its governance process will enhance the long-term stability of OpenAI and promote its ability to innovate, grow, and compete in the fast-paced and dynamic technology industry. This letter will confirm our agreement that pursuant to and effective as of the date hereof and in connection with the reconstitution of and other governance changes related to the Board of Directors (the "***Board***") of OpenAI, Inc., a Delaware nonprofit nonstock corporation (the "***Corporation***"), Microsoft Corporation (the "***Microsoft***") shall be entitled to the following contractual board observer rights:

1.  Microsoft shall be entitled to appoint a representative as a non-voting board observer (the "***Board Observer***") to attend and participate in all meetings of the Board and to receive the same prior notification of the meetings of the Board provided to directors of the Board.

2.  The Corporation shall give the Board Observer copies of all notices, minutes, consents and other material that the Corporation provides to its directors. The Board Observer may be excluded from access to any material or meeting or portion thereof if the Board determines in good faith after consulting with legal counsel that (a) such access would be reasonably likely to adversely affect the attorney-client privilege between the Corporation and its counsel, (b) such access would likely result in disclosure of confidential information, including competitively sensitive information, or involve a conflict of interest, or (c) unless otherwise agreed to by the Board present at a meeting and the Board Observer, such material or meeting relates to the relationship between Microsoft and the Corporation or any of its affiliates; provided that if the Board Observer is excluded from access to any material or meeting or portion thereof, then the Corporation shall provide Microsoft with notice and the basis for excluded access to any material or meeting. Microsoft and its representative agrees that any information provided to, discussed at Board meetings or otherwise learned by it in connection with its rights under this letter shall be deemed confidential and shall not be disclosed to any third party without the prior written consent of the Corporation.

Microsoft shall initially designate Dee Templeton as the representative of Microsoft, but may, with prior written notice to the Board, replace Ms. Templeton as the representative with another designee reasonably acceptable to the Corporation.

For the avoidance of doubt, this letter does not amend or otherwise modify any existing

1

507244121.2



agreement by and between Microsoft and the Corporation and/or OpenAI Global, LLC, a Delaware limited liability company or OpenAI OpCo, LLC (formerly known as OpenAI, L.P.), a Delaware limited liability company (collectively, the "**Managed Entities**"), including, without limitation, the Second Amended and Restated Joint Development and Collaboration Agreement between Microsoft, the Corporation and certain Managed Entities (the "**JDCA**").

The rights described herein shall terminate and be of no further force or effect upon (a) the consummation of the sale of securities pursuant to a registration statement filed by the Corporation (or its affiliates) under the Securities Act of 1933, as amended, in connection with the firm commitment underwritten offering of its securities to the general public; (b) the consummation of a merger or consolidation of the Corporation; (c) the termination of the JDCA or (d) the Corporation and Microsoft determine in good faith, upon advice of counsel, that the termination of this Agreement is reasonably necessary to avoid any adverse effect on the ability of Microsoft and/or the Corporation to comply with the terms and conditions of the JDCA. The confidentiality obligations referenced herein will survive any such termination.

[*Signature Page Follows*]

Very truly yours,

**Microsoft Corporation**

By: _____
Name: _____
Title: _____

Agreed and Accepted:

**OpenAI, Inc.**

By: *[DocuSigned by: Christopher R Clark / A7ECF1C96AA74DE...]* _____
Name:  Chris Clark_____
Title: Secretary_____

SIGNATURE PAGE TO BOARD OBSERVER RIGHTS LETTER

507244121.2

| | |
|---|---|
| Very truly yours, | Agreed and Accepted: |
| **Microsoft Corporation** | **OpenAI, Inc.** |
| By: _[signature]_ | By: _____ |
| Name: Keith R. Dolliver | Name: _____ |
| Title: Corporate Secretary | Title: _____ |

SIGNATURE PAGE TO BOARD OBSERVER RIGHTS LETTER

507244121.2