JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:   (212) 403-1000
Facsimile:   (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF DAVID J. WIENER IN SUPPORT OF OPENAI DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | Date: January 14, 2024<br>Time: 2:00 p.m.<br>Courtroom: 1 – 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Compl. Filed: August 5, 2024 |

I, DAVID J. WIENER, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP and counsel of record for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (together, the "OpenAI Defendants"). I submit this Declaration in support of the OpenAI Defendants' opposition to the preliminary injunction motion filed by Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. ("xAI") (together, "Plaintiffs") in the above captioned matter. I make this Declaration based on facts that I personally know, except where otherwise indicated. If called as a witness, I would testify to the facts listed below.

2. Attached as **Exhibit 1** is a true and correct copy of an article published in *The Wall Street Journal* on July 12, 2023, titled "Elon Musk Launches xAI, His New Artificial-Intelligence Company," by Suryatapa Bhattacharya.

3. Attached as **Exhibit 2** is a true and correct copy of xAI's profile as published on SilverFlume, a business portal maintained by the Nevada Secretary of State.

4. Attached as **Exhibit 3** is a true and correct copy of an article published in *The Wall Street Journal* on November 27, 2024, titled "Inside Elon Musk's Quest to Beat OpenAI at Its Own Game," by Meghan Bobrowsky, Berber Jin, and Tom Dotan.

5. Attached as **Exhibit 4** is a true and correct copy of an article published in *Bloomberg* on December 5, 2024, titled "Musk's xAI Wraps Up $6 Billion in Funding in Latest Round," by Kurt Wagner.

6. Attached as **Exhibit 5** is a true and correct copy of the Form D filed with the United States Securities and Exchange Commission on December 5, 2024 by xAI.

7. Attached as **Exhibit 6** is a true and correct copy of an article published in *The Financial Times* on December 4, 2024, titled "Elon Musk plans to expand Colossus AI supercomputer tenfold," by Stephen Morris and Tabby Kinder.

8. Attached as **Exhibit 7** is a true and correct copy of an article published in *The Wall Street Journal* on June 5, 2024, titled "Elon Musk Confirms Diverting Nvidia AI Chips Away From Tesla," by Kimberley Kao.

9. Attached as **Exhibit 8** is a true and correct copy of the complaint filed on February 29, 2024 in the case captioned *Musk* v. *Altman, et al.*, Case No. CGC-24-612746 (S.F. Sup. Ct.).

10. Attached as **Exhibit 9** is a true and correct copy of the opposition to demurrer filed on April 10, 2024 in the case captioned *Musk* v. *Altman, et al.*, Case No. CGC-24-612746 (S.F. Sup. Ct.).

11. Attached as **Exhibit 10** is a true and correct copy of the request for dismissal filed on June 11, 2024 in the case captioned *Musk* v. *Altman, et al.*, Case No. CGC-24-612746 (S.F. Sup. Ct.).

12. Attached as **Exhibit 11** is a true and correct copy of an article published in *The New York Times* on August 5, 2024, titled "Elon Musk Revives Lawsuit Against OpenAI and Sam Altman," by Cade Metz.

13. Attached as **Exhibit 12** is a true and correct copy of an article published in *The Wall Street Journal* on October 11, 2024, titled "Pro Take: AI Is Hogging the Venture Pie," by Marc Vartabedian.

14. Attached as **Exhibit 13** is a true and correct copy of the model "Investors' Rights Agreement" maintained by the National Venture Capital Association, updated as of October 2024 and available at https://nvca.org/document/investors-rights-agreement-updated-october-2024.

15. Attached as **Exhibit 14** is a true and correct copy of the webpage, titled "Introducing Microsoft 365 Copilot – your copilot for work" and published on March 16, 2023, available at https://blogs.microsoft.com/blog/2023/03/16/introducing-microsoft-365-copilot-your-copilot-for-work.

2
DECLARATION OF DAVID J. WIENER ISO OPENAI DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION
CASE NO. 4:24-CV-04722-YGR

16. Attached as **Exhibit 15** is a true and correct copy of the webpage, titled "Bringing the full power of Copilot to more people and businesses" and published on January 15, 2024, available at https://blogs.microsoft.com/blog/2024/01/15/bringing-the-full-power-of-copilot-to-more-people-and-businesses.

17. Attached as **Exhibit 16** is a true and correct copy of the webpage, titled "Introducing ChatGPT Plus" and published on February 1, 2023, available at https://openai.com/index/chatgpt-plus.

18. Attached as **Exhibit 17** is a true and correct copy of the application of Plaintiffs Elon Musk and Shivon Zilis for leave to sue in the name of the People of the State of California in the above captioned matter pursuant to Cal. Code Regs., tit. 11, §§ 1-2, 10, including their letter to putative relator defendants, letter to Supervising Deputy Attorney General Caitlin Noble, and memorandum of points and authorities in support of relator status.

19. Attached as **Exhibit 18** is a true and correct copy of the webpage, titled "Our structure" and available at https://openai.com/our-structure.

20. Attached as **Exhibit 19** is a true and correct copy of the webpage, titled "OpenAI announces new members to board of directors" and published on March 8, 2024, available at https://openai.com/index/openai-announces-new-members-to-board-of-directors.

21. Attached as **Exhibit 20** is a true and correct copy of the webpage, titled "Zico Kolter Joins OpenAI's Board of Directors" and published on August 8, 2024, available at https://openai.com/index/zico-kolter-joins-openais-board-of-directors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 13, 2024, at Goleta, California.

*/s/ David J. Wiener*
David J. Wiener

## ECF ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file this **DECLARATION OF DAVID J. WIENER IN SUPPORT OF OPENAI DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: December 13, 2024            */s/ Jordan Eth*
                                    Jordan Eth