EXHIBIT 2

## Entity Information

### Entity Information

**Entity Name:**

X.AI CORP.

**Entity Number:**

E28915122023-8

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

03/09/2023

**NV Business ID:**

NV20232716367

**Termination Date:**

**Annual Report Due Date:**

3/31/2025

**Compliance Hold:**

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

REGISTERED AGENT SOLUTIONS, INC.*

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

CALIFORNIA

**Street Address:**

187 E WARM SPRINGS ROAD SUITE B, Las Vegas, NV, 89119, USA

**Mailing Address:**

OFFICER INFORMATION

☐ View Historical Data

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Secretary | Jared Birchall | 216 Park Road, Burlingame, CA, 94010, USA | 03/09/2023 | Active |
| Director | Elon Musk | 216 Park Road, Burlingame, CA, 94010, USA | 03/09/2023 | Active |
| Other/ | Elon Musk | 216 Park Road, Burlingame, CA, 94010, USA | 03/09/2023 | Active |
| Other/ | Jared Birchall | 216 Park Road, Burlingame, CA, 94010, USA | 03/09/2023 | Active |

Page 1 of 1, records 1 to 4 of 4

CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Common | 4,728,000,333 | 0.001 |

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Preferred | 2,862,019,333 | 0.001 |

Page 1 of 1, records 1 to 2 of 2

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**7,590,019.67**

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results