# EXHIBIT 4

Technology | AI

# Musk's xAI Wraps Up $6 Billion in Funding in Latest Round

- Filing shows new money came from 97 different investors
- XAI previously raised $6 billion from investors in May 2024



Elon Musk *Photographer: Nathan Laine/Bloomberg*

By [Kurt Wagner](#)
December 5, 2024 at 5:43 PM EST

Elon Musk's xAI has raised $6 billion in new capital, according to a regulatory filing, wrapping up a funding round that has been in the works for months and was said to value the artificial intelligence startup at more than $40 billion.

The equity financing came from 97 investors, and includes stakes as small as $77,593, according to the filing with the US Securities and Exchange Commission on Thursday. The company didn't list the names of investors, nor did it include a valuation or revenue. Bloomberg News reported in October that xAI was seeking new funding at a $40 billion valuation, not including dollars raised.

Musk didn't immediately respond to an email seeking comment. The billionaire founded xAI in 2023, and since then has raised money aggressively for the project. The company closed a separate $6 billion funding round in May, which then valued the business at $24 billion including cash raised. Many of xAI's current investors, including Sequoia Capital and Andreessen Horowitz, are also investors in Musk's X and some of his other businesses.

At least part of the funding has gone toward xAI's new supercomputer facility in Memphis, which opened earlier this year. At the time, local officials called it the "largest multibillion-dollar investment in the city of Memphis's history," and the facility's growing footprint is attracting other major technology companies to the area, including Nvidia Corp., Dell Technologies Inc. and Super Micro Computer Inc.

XAI's main product, a chatbot called Grok, is available to paying users of X, the social network formerly known as Twitter.

Share feedback ↗

**Bloomberg**

©2024 Bloomberg L.P. All Rights Reserved.