# EXHIBIT 7

**THE WALL STREET JOURNAL.**

# Elon Musk Confirms Diverting Nvidia AI Chips Away From Tesla

By Kimberley Kao
June 5, 2024 2:05 am ET



Elon Musk said the extension works on Tesla's Gigafactory in Texas are almost completed. PHOTO: APU GOMES/GETTY IMAGES

Elon Musk confirmed that many Nvidia NVDA -2.02%decrease; red down pointing triangle chips initially intended for Tesla's TSLA -0.12%decrease; red down pointing triangle electric-vehicle production were diverted to X due to logistical challenges.

"Tesla had no place to send the Nvidia chips to turn them on, so they would have just sat in a warehouse," the Tesla chief executive said in a post on X on Tuesday.

The post was in response to a CNBC report earlier Tuesday that cited a Nvidia memo from December that said 12,000 of Nvidia's H100 graphics processing units, its flagship artificial intelligence chip, were redirected to X. Similar orders for X that were slated for delivery in January and June this year were then shifted to the EV company, according to the CNBC report.

Nvidia didn't immediately respond to a request for comment.

Tuesday's post may bolster criticism that Musk's push for strategy changes, such as focusing on robotics and driverless cars, could make Tesla's traditional car business less of a priority. Musk's AI plans have come under scrutiny after he threatened in January to take his ideas on advanced technology elsewhere if he isn't given more ownership of the EV maker.

Musk holds 13% of Tesla shares and has publicly requested 25% ownership to have more voting power in corporate matters. Tesla shareholders will meet on June 13 for the company's annual general meeting, where they will also vote on Musk's pay package, recently valued at billions of dollars.

In the post on Tuesday, Musk also said the extension works on Tesla's Gigafactory in Texas are almost completed and will house 50,000 H100 chips. Musk added in a separate post that about half of the $10 billion in AI-related expenditures that Tesla is expected to make this year would be internal, primarily for the Tesla-designed AI inference computer and sensors present in all of its cars, as well as Tesla's supercomputer dubbed Dojo.

"For building the AI training superclusters, Nvidia hardware is about two-thirds of the cost," Musk said Tuesday, adding that Tesla would spend between $3 billion and $4 billion on hardware purchases from Nvidia this year.

Tesla has been working on its own supercomputer as part of efforts to develop driverless-car technology. During April's first-quarter earnings call, Musk said Tesla would increase the number of active H100s from 35,000 to about 85,000 by the end of this year.

Write to Kimberley Kao at kimberley.kao@wsj.com

Copyright ©2024 Dow Jones & Company, Inc. All Rights Reserved.
87990cbe856818d5eddac44c7b1cdeb8

Appeared in the June 6, 2024, print edition as 'Musk Confirms Diverting Nvidia Chips From Tesla'.