# EXHIBIT 10

CIV-110

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** <br> NAME: Morgan Chu <br> FIRM NAME: Irell & Manella LLP <br> STREET ADDRESS: 1800 Avenue of the Stars, Suite 900 <br> CITY: Los Angeles    STATE: CA    ZIP CODE: 90067 <br> TELEPHONE NO.: 310-277-1010    FAX NO.: 310-203-7199 <br> E-MAIL ADDRESS: mchu@irell.com <br> ATTORNEY FOR (name): Plaintiff Elon Musk | STATE BAR NUMBER: 70446 | **FOR COURT USE ONLY** <br><br> **ELECTRONICALLY** <br> **F I L E D** <br> Superior Court of California, <br> County of San Francisco <br><br> **06/11/2024** <br> **Clerk of the Court** <br> BY: RONNIE OTERO <br> **Deputy Clerk** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civic Center Courthouse

PLAINTIFF/PETITIONER: Elon Musk
DEFENDANT/RESPONDENT: Samuel Altman et al.

| **REQUEST FOR DISMISSAL** | CASE NUMBER: <br> CGC-24-612746 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice    (2) [x] Without prejudice
   b. (1) [x] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (4) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (5) [x] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

2. (Complete in all cases except family law cases.)
   The court [ ] did  [x] did not  waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: 6/11/2024

Morgan Chu
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed

▶ _(signature)_
(SIGNATURE)
Attorney or party without attorney for:
[x] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date: _____

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶
(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-Complainant

4. [ ] Dismissal entered as requested on (date): _____
5. [ ] Dismissal entered on (date): _____ as to only (name): _____
6. [ ] Dismissal **not entered** as requested for the following reasons (specify): _____
7. a. [ ] Attorney or party without attorney notified on (date): _____
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
      [ ] a copy to be conformed    [ ] means to return conformed copy

**DISMISSAL ENTERED**
**06/11/2024**
**By: RONNIE OTERO**
**Deputy Clerk**

Date: _____    Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

CIV-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: Elon Musk<br>DEFENDANT/RESPONDENT: Samuel Altman et al. | CASE NUMBER:<br>CGC-24-612746 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes  ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____          ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                              (SIGNATURE)

**POS-050/EFS-050**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: 70,446 | FOR COURT USE ONLY |
|---|---|
| NAME: Morgan Chu | |
| FIRM NAME: Irell & Manella LLP | |
| STREET ADDRESS: 1800 Avenue of the Stars, Suite 900 | |
| CITY: Los Angeles   STATE: CA   ZIP CODE: 90067 | |
| TELEPHONE NO.: 310-277-1010   FAX NO.: 310-203-7199 | |
| E-MAIL ADDRESS: mchu@irell.com | |
| ATTORNEY FOR (name): Plaintiff Elon Musk | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civic Center Courthouse

PLAINTIFF/PETITIONER: Elon Musk
DEFENDANT/RESPONDENT: Samuel Altman, et al.

**PROOF OF ELECTRONIC SERVICE**

CASE NUMBER: CGC-24-612746
JUDICIAL OFFICER: Hon. Andrew Y.S. Cheng
DEPARTMENT: 613

1. I am at least 18 years old.
   a. My residence or business address is (specify):
      1800 Avenue of the Stars, Suite 900
      Los Angeles, CA 90067

   b. My electronic service address is (specify):
      hwhite@irell.com

2. I electronically served the following documents (exact titles):
   PLAINTIFF'S REQUEST FOR DISMISSAL

   [ ] The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served:
      On behalf of (name or names of parties represented, if person served is an attorney):

   b. Electronic service address of person served :

   c. On (date): 6/11/2024

      [x] The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: 6/11/24

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Henry White
(TYPE OR PRINT NAME OF DECLARANT)                    (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
POS-050/EFS-050 [Rev. February 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
**(Proof of Service/Electronic Filing and Service)**

Cal. Rules of Court, rule 2.251
www.courts.ca.gov

POS-050(P)/EFS-050(P)

| SHORT TITLE:<br>Elon Musk v. Samuel Altman, et al. | CASE NUMBER:<br>CGC-24-612746 |
|---|---|

## ATTACHMENT TO PROOF OF ELECTRONIC SERVICE (PERSONS SERVED)
*(This attachment is for use with form POS-050/EFS-050.)*
### NAMES, ADDRESSES, AND OTHER APPLICABLE INFORMATION ABOUT PERSONS SERVED:

| **Name of Person Served**<br>*(If the person served is an attorney, the party or parties represented should also be stated.)* | **Electronic Service Address** | **Date of Electronic Service** |
|---|---|---|
| Jordan Eth on behalf of all defendants | JEth@mofo.com; OpenAI-Musk-Lit@mofo.com | Date: 6/11/24 |
| Ragesh Tangri on behalf of all defendants | RTangri@mofo.com | Date: 6/11/24 |
| David Wiener on behalf of all defendants | DWiener@mofo.com | Date: 6/11/24 |
| William Savitt on behalf of all defendants | WDSavitt@wlrk.com | Date: 6/11/24 |
| Sarah Eddy on behalf of all defendants | SKEddy@wlrk.com | Date: 6/11/24 |
| Randall Jackson on behalf of all defendants | RWJackson@wlrk.com | Date: 6/11/24 |
| Bradley Wilson on behalf of all defendants | BRWilson@wlrk.com | Date: 6/11/24 |
| | | Date: |
| | | Date: |
| | | Date: |
| | | Date: |
| | | Date: |

Form Approved for Optional Use
Judicial Council of California
POS-050(P)/EFS-050(P)
[Rev. February 1, 2017]

ATTACHMENT TO PROOF OF ELECTRONIC SERVICE (PERSONS SERVED)
(Proof of Service/Electronic Filing and Service)

Page 1 of 1