EXHIBIT 14



# Introducing Microsoft 365 Copilot – your copilot for work - The Official Microsoft Blog

Mar 16, 2023 | Jared Spataro - CMO, AI at Work



Humans are hard-wired to dream, to create, to innovate. Each of us seeks to do work that gives us purpose — to write a great novel, to make a discovery, to build strong communities, to care for the sick. The urge to connect to the core of our work lives in all of us. But today, we spend too much time consumed by the drudgery of work on tasks that zap our time, creativity and energy. To reconnect to the soul of our work, we don't just need a better way of doing the same things. We need a whole new way to work.

Today, we are bringing the power of next-generation AI to work. **Introducing Microsoft 365 Copilot — your copilot for work**. It combines the power of large language models (LLMs) with your data in the Microsoft Graph and the Microsoft 365 apps **to turn your words into the most powerful productivity tool on the planet.**

"Today marks the next major step in the evolution of how we interact with computing, which will fundamentally change the way we work and unlock a new wave of productivity growth," said Satya Nadella, Chairman and CEO, Microsoft. "With our new copilot for work, we're giving people more agency and making technology more accessible through the most universal interface — natural language."

Copilot is integrated into Microsoft 365 in two ways. It works alongside you, embedded in the Microsoft 365 apps you use every day — Word, Excel, PowerPoint, Outlook, Teams and more — to unleash creativity, unlock productivity and uplevel skills. Today we're also announcing an entirely new experience: **Business Chat**. Business Chat works across the LLM, the Microsoft 365 apps, and your data — your calendar, emails, chats, documents, meetings and contacts — to do things you've never been able to do before. You can give it natural language prompts like "Tell my team how we updated the product strategy," and it will generate a status update based on the morning's meetings, emails and chat threads.

With Copilot, you're always in control. You decide what to keep, modify or discard. Now, you can be more creative in Word, more analytical in Excel, more expressive in PowerPoint, more productive in Outlook and more collaborative in Teams.

Microsoft 365 Copilot transforms work in three ways:

**Unleash creativity.** With **Copilot in Word,** you can jump-start the creative process so you never start with a blank slate again. Copilot gives you a first draft to edit and iterate on — saving hours in writing, sourcing, and editing time. Sometimes Copilot will be right, other times usefully wrong — but it will always put you further ahead. You're always in control as the author, driving your unique ideas forward, prompting Copilot to shorten, rewrite or give feedback. **Copilot in PowerPoint** helps you create beautiful presentations with a simple prompt, adding relevant content from a document you made last week or last year. And with **Copilot in Excel,** you can analyze trends and create professional-looking data visualizations in seconds.

**Unlock productivity.** We all want to focus on the 20% of our work that really matters, but 80% of our time is consumed with busywork that bogs us down. Copilot lightens the load. From summarizing long email threads to quickly drafting suggested replies, **Copilot in Outlook** helps you clear your inbox in minutes, not hours. And every meeting is a productive meeting with **Copilot in Teams.** It can summarize key discussion points — including who said what and where people are aligned and where they disagree — and suggest action items, all in real time during a meeting. And with **Copilot in Power Platform,** anyone can automate repetitive tasks, create chatbots and go from idea to working app in minutes.

GitHub data shows that Copilot promises to unlock productivity for everyone. Among developers who use GitHub Copilot, 88% say they are more productive, 74% say that they can focus on more satisfying work, and 77% say it helps them spend less time searching for information or examples.

But Copilot doesn't just supercharge individual productivity. It creates a new **knowledge model** for every organization — harnessing the massive reservoir of data and insights that lies largely inaccessible and untapped today. **Business Chat** works across all your business data and apps to surface the information and insights you need from a sea of data — so knowledge flows freely across the organization, saving you valuable time searching for answers. You will be able to access Business Chat from Microsoft 365.com, from Bing when you're signed in with your work account, or from Teams.

**Uplevel skills.** Copilot makes you better at what you're good at and lets you quickly master what you've yet to learn. The average person uses only a handful of commands — such as "animate a slide" or "insert a table" — from the thousands available across Microsoft 365. Now, all that rich functionality is unlocked using just natural language. And this is only the beginning.

Copilot will fundamentally change how people work with AI and how AI works with people. As with any new pattern of work, there's a learning curve — but those who embrace this new way of working will quickly gain an edge.



**The Copilot System: Enterprise-ready AI**

Microsoft is uniquely positioned to deliver enterprise-ready AI with the Copilot System. Copilot is more than OpenAI's ChatGPT embedded into Microsoft 365. It's a sophisticated processing and orchestration engine working behind the scenes to combine the power of LLMs, including GPT-4, with the Microsoft 365 apps and your business data in the Microsoft Graph — now accessible to everyone through natural language.

**Grounded in *your* business data.** AI-powered LLMs are trained on a large but limited corpus of data. The key to unlocking productivity in business lies in connecting LLMs to your business data — in a secure, compliant, privacy-preserving way. Microsoft 365 Copilot has real-time access to both your *content and context* in the Microsoft Graph. This means it generates answers anchored in your business *content* — your documents, emails, calendar, chats, meetings, contacts and other business data — and combines them with your working *context* — the meeting you're in now, the email exchanges you've had on a topic, the chat conversations you had last week — to deliver accurate, relevant, contextual responses.

**Built on Microsoft's comprehensive approach to security, compliance and privacy.** Copilot is integrated into Microsoft 365 and automatically inherits all your company's valuable security, compliance, and privacy policies and processes. Two-factor authentication, compliance boundaries, privacy protections, and more make Copilot the AI solution you can trust.

**Architected to protect tenant, group and individual data.** We know data leakage is a concern for customers. Copilot LLMs are not trained on your tenant data or your prompts. Within your tenant, our time-tested permissioning model ensures that data won't leak across user groups. And on an individual level, Copilot presents only data you can access using the same technology that we've been using for years to secure customer data.

**Integrated into the apps millions use every day.** Microsoft 365 Copilot is integrated in the productivity apps millions of people use and rely on every day for work and life — Word, Excel, PowerPoint, Outlook, Teams and more. An intuitive and consistent user experience ensures it looks, feels and behaves the same way in Teams as it does in Outlook, with a shared design language for prompts, refinements and commands.

**Designed to learn new skills.** Microsoft 365 Copilot's foundational skills are a game changer for productivity: It can already create, summarize, analyze, collaborate and automate using your specific business content and context. But it doesn't stop there. Copilot knows how to command apps (e.g., "animate this slide") and work across apps, translating a Word document into a PowerPoint presentation. And Copilot is designed to learn new skills. For example, with Viva Sales, Copilot can learn how to connect to CRM systems of record to pull customer data — like interaction and order histories — into communications. As Copilot learns about new domains and processes, it will be able to perform even more sophisticated tasks and queries.

## Committed to building responsibly

At Microsoft, we are guided by our AI principles and Responsible AI Standard and decades of research on AI, grounding and privacy-preserving machine learning. A multidisciplinary team of researchers, engineers and policy experts reviews our AI systems for potential harms and mitigations — refining training data, filtering to limit harmful content, query- and result-blocking sensitive topics, and applying Microsoft technologies like InterpretML and Fairlearn to help detect and correct data bias. We make it clear how the system makes decisions by noting limitations, linking to sources, and prompting users to review, fact-check and adjust content based on subject-matter expertise.

## Moving boldly as we learn

In the months ahead, we're bringing Copilot to all our productivity apps—Word, Excel, PowerPoint, Outlook, Teams, Viva, Power Platform, and more. We'll share more on pricing and licensing soon. Earlier this month we announced Dynamics 365 Copilot as the world's first AI Copilot in both CRM and ERP to bring the next-generation AI to every line of business.

Everyone deserves to find purpose and meaning in their work — and Microsoft 365 Copilot can help. To serve the unmet needs of our customers, we must move quickly and responsibly, learning as we go. We're testing Copilot with a small group of customers to get feedback and improve our models as we scale, and we will expand to more soon.

Learn more on the Microsoft 365 blog and visit WorkLab to get expert insights on how AI will create a brighter future of work for everyone.

And for all the blogs, videos and assets related to today's announcements, please visit our microsite.