EXHIBIT 15



# Bringing the full power of Copilot to more people and businesses

Jan 15, 2024 | Yusuf Mehdi - Executive Vice President, Consumer Chief Marketing Officer



As we kick off a new year, we're thrilled to see people increasingly using and loving Microsoft Copilot for work and life. Our goal is to empower every person and every organization on the planet to achieve more by bringing Copilot, the everyday AI companion, to millions of people around the world. We have reached another milestone in this mission with more than 5 billion chats and more than 5 billion images to date. As Copilot continues to earn preference and usage, we're receiving valuable feedback on how to improve. Two examples: First, there are a set of Copilot power users like creators, researchers, programmers and others who want more rapid access to the very latest we have to offer. And second, our Microsoft 365 customers want access to Copilot in the Microsoft 365 apps for personal use.

To help address those needs, today we're delighted to announce more options for power users, creators and anyone looking to take their Copilot experience to the next level. This begins with the introduction of Copilot Pro, a new premium subscription for individuals that provides a higher tier of service for AI capabilities, brings Copilot AI capabilities to Microsoft 365 Personal and Family subscribers, and new capabilities, such as the ability to create Copilot GPTs. We are also announcing the general availability of our Copilot app for iOS and Android phones. Finally, we're excited to bring Copilot for Microsoft 365 to more commercial customers by expanding the availability to businesses of all sizes, including small- and medium-sized businesses, starting today.

**Introducing Copilot Pro: Supercharge your creativity and productivity**

Today we're announcing the availability of Copilot Pro, a new subscription that delivers the most advanced features and capabilities of Microsoft Copilot to individuals looking to supercharge their Copilot experience. Whether you need advanced help with writing, coding, designing, researching or learning, Copilot Pro brings greater performance, productivity and creativity.

Copilot Pro provides:

1. A single AI experience that runs across your devices, understanding your context on the web, on your PC, across your apps and soon on your phone to bring the right skills to you when you need them.
2. Access to Copilot in Word, Excel[i], PowerPoint, Outlook, and OneNote on PC, Mac and iPad for Microsoft 365 Personal and Family subscribers.
3. Priority access to the very latest models – starting today with OpenAI's GPT-4 Turbo. With Copilot Pro you'll have access to GPT-4 Turbo during peak times for faster performance and, coming soon, the ability to toggle between models to optimize your experience how you choose.
4. Enhanced AI image creation with Image Creator from Designer (formerly Bing Image Creator) – ensuring it's faster with 100 boosts per day while bringing you more detailed image quality as well as landscape image format.
5. The ability to build your own Copilot GPT – a customized Copilot tailored for a specific topic – in our new Copilot GPT Builder (coming soon) with just a simple set of prompts.

You can subscribe to Copilot Pro today for $20 per month/per user.

YouTube Video

**Expanding Copilot for Microsoft 365 to businesses of all sizes**

While Copilot Pro is our best experience for individuals, Copilot for Microsoft 365 is our best experience for organizations. Copilot for Microsoft 365 became generally available for enterprises in November. As we said earlier this year, 40% of the Fortune 100 participated in our Early Access Program, and since GA for enterprise, customers like Visa, BP, Honda, Pfizer, and partners like Accenture, KPMG and PwC are already using Copilot — which means thousands of people across industries and sectors have started working in new ways, with an AI-powered copilot at their side. Today we are excited to announce that Copilot for Microsoft 365 is now available for organizations of all sizes — with no seat minimum. We are also enabling our partners to help every business become AI-powered.

Today's updates include:

1. Copilot for Microsoft 365 is now **generally available for small businesses** with Microsoft 365 Business Premium and Business Standard Customers can purchase between one and 300 seats for $30 per person per month.
2. We're **removing the 300-seat purchase minimum** for commercial plans and making Copilot available for **Office 365 E3 and E5** customers (A Microsoft 365 license was previously required).
3. Commercial customers can now purchase Copilot for Microsoft 365 through our amazing network of **Microsoft Cloud Solution Provider partners**.
4. Last month, we also announced eligibility of Copilot for Microsoft 365 for **education faculty and staff.**

Copilot for Microsoft 365 is even more powerful for organizations because it works across your entire universe of data at work — including emails, meetings, chats, documents and more, plus the web. With natural language prompts like "Tell my team how we updated the product strategy," Copilot can generate a status update based on the morning's meetings, emails and chat threads. Copilot is also integrated into the apps millions of people use every day, including Microsoft Teams (which is not available with Copilot Pro). Copilot jump-starts your creativity in Word, analyzes data in Excel, designs presentations in PowerPoint, triages your Outlook inbox, summarizes meetings in Teams – whether you attended or not – and so much more. Backed by enterprise-grade security, privacy, and compliance, and Microsoft's Customer Copyright Commitment, we can't wait to see how businesses of all sizes achieve more using AI. Learn more on the Microsoft 365 blog.



**Introducing new features in Copilot**

As we expand the availability of Copilot to even more people, we continue to offer a great free experience for anyone interested in exploring how Copilot can transform productivity and creativity using AI. Today we're excited to share additional updates to Copilot. You can get started by visiting copilot.microsoft.com.

1. **Copilot GPTs** – Today we're announcing Copilot GPTs. Copilot GPTs let you customize the behavior of Microsoft Copilot on a topic that is of particular interest to you.  A handful of Copilot GPTs will start to roll out beginning today with specific purposes such as fitness, travel, cooking and more. Soon, Copilot Pro users will also be able to create their own Copilot GPTs using Copilot GPT Builder. Stay tuned for more on this experience as we get closer to availability.
2. **Copilot mobile app** – The Copilot mobile app is now available for Android and iOS. The Copilot app gives you the power of Copilot on the go as your Copilot queries and chats will roam across your phone and PC. The Copilot mobile app includes the same capabilities of Copilot on your PC including access to GPT-4, Dall-E 3 for image creation, and the ability to use images from your phone when chatting with Copilot. Download the app from the Google Play Store or the Apple App Store.
3. **Copilot in the Microsoft 365 mobile app** – We're also adding Copilot to the Microsoft 365 mobile app for Android and iOS for individuals with a Microsoft account. This new feature is rolling out over the next month. Access Copilot right inside the app and easily export the content you create to a Word or PDF document. Download the app from the Google Play Store or the Apple App Store.

With today's announcements, we continue to bring Copilot to more customers with more options that work for them. Whether you're looking to get started with Copilot for free, want to supercharge your Copilot experience with Copilot Pro or are an SMB or Enterprise customer looking to increase your productivity in new ways with Copilot for Microsoft 365, there's a Copilot experience for everyone.