# EXHIBIT 16

# Introducing ChatGPT Plus

 openai.com/index/chatgpt-plus/

February 1, 2023

We're launching a pilot subscription plan for ChatGPT, a conversational AI that can chat with you, answer follow-up questions, and challenge incorrect assumptions.

Read about ChatGPT



Illustration: Ruby Chen

The new subscription plan, ChatGPT Plus, will be available for $20/month, and subscribers will receive a number of benefits:

- General access to ChatGPT, even during peak times
- Faster response times
- Priority access to new features and improvements

ChatGPT Plus is available to customers in the United States and around the world.~A~

We love our free users and will continue to offer free access to ChatGPT. By offering this subscription pricing, we will be able to help support free access availability to as many people as possible.

## Learning from the research preview

We launched ChatGPT as a research preview so we could learn more about the system's strengths and weaknesses and gather user feedback to help us improve upon its limitations. Since then, millions of people have given us feedback, we've made several important updates and we've seen users find value across a range of professional use-cases, including drafting & editing content, brainstorming ideas, programming help, and learning new topics.

## Our plans for the future

We plan to refine and expand this offering based on your feedback and needs. We'll also soon be launching the (ChatGPT API waitlist), and we are actively exploring options for lower-cost plans, business plans, and data packs for more availability.