# EXHIBIT 19

March 8, 2024

# OpenAI announces new members to board of directors

Dr. Sue Desmond-Hellmann, Nicole Seligman, Fidji Simo join; Sam Altman rejoins board



We're announcing three new members to our Board of Directors as a first step towards our commitment to expansion: **Dr. Sue Desmond-Hellmann**, *former CEO of the Bill and Melinda Gates Foundation,* **Nicole Seligman**, *former EVP and General Counsel at Sony Corporation* and **Fidji Simo**, *CEO and Chair of Instacart*. Additionally, **Sam Altman**, CEO, will rejoin the OpenAI Board of Directors.

Sue, Nicole and Fidji have experience in leading global organizations and navigating complex regulatory environments, including backgrounds in technology, nonprofit and board governance. They will work closely with current board members Adam D'Angelo, Larry Summers and Bret Taylor as well as Sam and OpenAI's senior management.

Bret Taylor, Chair of the OpenAI board, stated, "I am excited to welcome Sue, Nicole, and Fidji to the OpenAI Board of Directors. Their experience and leadership will enable the Board to oversee OpenAI's growth, and to ensure that we pursue OpenAI's mission of ensuring artificial general intelligence benefits all of humanity."

**Dr. Sue Desmond-Hellmann** is a non-profit leader and physician. Dr. Desmond-Hellmann currently serves on the Boards of Pfizer and the President's Council of Advisors on Science and Technology. She previously was a Director at Proctor and Gamble, Meta (Facebook), and the Bill & Melinda Gates Medical Research institute. She served as the Chief Executive Officer of the Bill & Melinda Gates Foundation from 2014 to 2020. From 2009-2014 she was Professor and Chancellor of the University of California, San Francisco (UCSF),

**Nicole Seligman** is a globally recognized corporate and civic leader and lawyer. She currently serves on three public company corporate boards - Paramount Global, MeiraGTx Holdings PLC, and Intuitive Machines, Inc. Seligman held several senior leadership positions at Sony entities, including EVP and General Counsel at Sony Corporation, where she oversaw functions including global legal and compliance matters. She also served as President of Sony Entertainment, Inc., and simultaneously served as President of Sony Corporation of America. Seligman also currently holds nonprofit leadership roles at the Schwarzman Animal Medical Center and The Doe Fund in New York City. Previously, Seligman was a partner in the litigation practice at Williams & Connolly LLP in Washington, D.C., working on complex civil and criminal matters and counseling a wide range of clients, including President William Jefferson Clinton and Hillary Clinton. She served as a law clerk to Justice Thurgood Marshall on the Supreme Court of the United States.

**Fidji Simo** is a consumer technology industry veteran, having spent more than 15 years leading the operations, strategy and product development for some of the world's leading businesses. She is the Chief Executive Officer and Chair of Instacart. She also serves as a member of the Board of Directors at Shopify. Prior to joining Instacart, Simo was Vice President and Head of the Facebook App. Over the last decade at Facebook, she oversaw the Facebook App, including News Feed, Stories, Groups, Video, Marketplace, Gaming, News, Dating, Ads and more. Simo founded the Metrodora Institute, a multidisciplinary medical clinic and research foundation dedicated to the care and cure of neuroimmune axis disorders and serves as President of the Metrodora Foundation.