| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105) | ANDREW J. LEVANDER (admitted pro hac vice) |
| Russ.cohen@dechert.com | Andrew.levander@dechert.com |
| HOWARD M. ULLMAN (SBN 206760) | DECHERT LLP |
| Howard.ullman@dechert.com | Three Bryant Park |
| DECHERT LLP | 1095 Avenue of the Americas |
| 45 Fremont Street, 26th Floor | New York, NY 10036 |
| San Francisco, CA 94105 | Telephone: (212) 698-3500 |
| Telephone: (415) 262-4500 | Facsimile: (212) 698-3599 |
| Facsimile: (415) 262-45555 | |
| | JOHN (JAY) JURATA, JR. (admitted pro hac vice) |
| NISHA PATEL (SBN 281628) | Jay.jurata@dechert.com |
| Nisha.patelgupta@dechert.com | DECHERT LLP |
| DECHERT LLP | 1900 K Street, N.W. |
| 633 West 5th Street, Suite 4900 | Washington, DC 20006 |
| Los Angeles, CA 90071 | Telephone: (202) 261-3300 |
| Telephone: (213) 808-5700 | Facsimile: (202) 261-3333 |
| Facsimile: (213) 808-5760 | |

*Attorneys for Defendants Microsoft Corporation,
Reid Hoffman, and Deannah Templeton*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | |
| v. | **DECLARATION OF HOWARD ULLMAN IN SUPPORT OF DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN AND DEANNAH TEMPLETON'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |
| | Date: January 14, 2025 |
| | Time: 2:00 p.m. |
| | Place: Courtroom 1 (4th Floor) |
| | 1301 Clay St. |
| | Oakland, CA  94612 |

I, HOWARD ULLMAN, state and declare as follows:

1. I am a member of the bar of the State of California and counsel at the law firm of Dechert LLP, counsel of record for Defendants Microsoft Corporation (Microsoft), Reid Hoffman, and Deannah Templeton. I submit this Declaration in support of Defendants' Microsoft, Hoffman, and Templeton's Opposition to Plaintiffs' Motion for a Preliminary Injunction. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of a December 5, 2024 *Bloomberg Law* article titled "Musk's xAI Wraps up $6 Billion in Funding in Latest Round" by Kurt Wagner.

3. Attached hereto as **Exhibit B** is a true and correct copy of a November 27, 2024 *Financial Times* article titled "Elon Musk's Twitter Backers gain windfall from xAI deal" by Tabby Kinder and George Hammond.

4. Attached hereto as **Exhibit C** is a true and correct copy of a November 28, 2024 *Yahoo! Finance* article titled "In Just 16 Months, Elon Musk Achieved With xAI What Took OpenAI Nearly Nine Years to Accomplish" by Adrian Volenik.

5. Attached hereto as **Exhibit D** is a true and correct copy of a press release by OpenAI on October 2, 2024 titled "New funding to scale the benefits of AI."

6. Attached hereto as **Exhibit E** is a true and correct copy of an October 3, 2024 *Reuters* article titled "OpenAI closes $6.6 billion funding haul with investment from Microsoft and Nvidia" by Krystal Hu.

7. Attached hereto as **Exhibit F** is a true and correct copy of a November 1, 2024 *Wall Street Journal* article titled "Tech Giants See AI Bets Starting to Pay Off" by Miles Kruppa and Tom Dotan.

8. Attached hereto as **Exhibit G** is a true and correct copy of a June 22, 2023 *CNBC* article titled "AWS is investing $100 million in generative A.I. center in race to keep up with Microsoft and Google" by Jordan Novet.

- 2 -

9. Attached hereto as **Exhibit H** is a true and correct copy of the "About" section of xAI's website as of December 12, 2024.

10. Attached hereto as **Exhibit I** is a true and correct copy of a July 23, 2024 *New York Times* article titled "Alphabet Reports 29% Jump in Profit as A.I. Efforts Begin to Pay Off" by Nico Grant.

11. Attached hereto as **Exhibit J** is a true and correct copy of a December 4, 2024 *Reuters* article titled "Meta to invest $10 billion for Louisiana data center" by Reuters.

12. Attached hereto as **Exhibit K** is a true and correct copy of a December 5, 2024 *Business Insider* article titled "Elon Musk's xAI is expanding its Memphis supercomputer to house at least 1 million GPUs" by Beatrice Nolan.

13. Attached hereto as **Exhibit L** is a true and correct copy of an October 21, 2024 *S&P Global* article titled "GenAI funding on track to set new record in 2024" by Iuri Struta.

14. Attached hereto as **Exhibit M** is a true and correct copy of a page on Oracle's website titled "Seamlessly integrate GenAI with your existing business processes."

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2024 in San Francisco, California.

By: *Howard M. Ullman*
Howard Ullman