# EXHIBIT C

# In Just 16 Months, Elon Musk Achieved With xAI What Took OpenAI Nearly Nine Years To Accomplish

**Adrian Volenik**
November 28, 2024 • 3 min read






In Just 16 Months, Elon Musk Achieved With xAI What Took OpenAI Nearly Nine Years To Accomplish

Elon Musk's artificial intelligence company, xAI, reportedly reached a valuation of $50 billion just 16 months after its founding in July 2023. It is now worth more than what the billionaire paid for Twitter. Arguably the most well-known name in the AI space, OpenAI, last valued at $157 billion, needed over nine years to achieve the same milestone.

**Don't Miss:**

- Inspired by Uber and Airbnb – Deloitte's fastest-growing software company is transforming 7 billion smartphones into income-generating assets – with $1,000 you can invest at just $0.26/share!

- If there was a new fund backed by Jeff Bezos offering a 7-9% target yield with monthly dividends would you invest in it?

According to Business Insider, xAI is gaining traction in the competitive AI sector and is now valued higher than other AI startups, such as Anthropic (valued at $19 billion) and Perplexity (at $2.8 billion).

xAI's journey has been marked by significant milestones, including raising $5 billion in its latest funding round to purchase 100,000 Nvidia chips. These chips will power the Memphis supercomputer, a facility designed to enhance the company's AI capabilities and support Tesla's Full Self-Driving (FSD) technology. According to WSJ and other outlets, the funding included $5 billion from Valor Equity Partners, Sequoia Capital, Andreessen Horowitz and Qatar Investment Authority.

The Memphis supercomputer, awaiting final approval, is a key part of xAI's strategy. It was built in less time than is customary for projects of this kind and is situated on a former manufacturing site. In a recent podcast, Nvidia CEO Jensen Huang mentioned that xAI finished building the supercluster in 19 days, although the procedure usually takes more than a year.

**See Also: The global games market is projected to generate $272B by the end of the year — for $0.55/share, this VC-backed startup with a 7M+ userbase gives investors easy access to this asset market.**

"Just to put in perspective, 100,000 GPUs are easily the fastest supercomputer on the planet as one cluster. A supercomputer that you would build would normally take three years to plan," Huang said, stressing the role of xAI's engineering and infrastructure teams and crediting them with the system's rapid deployment.

xAI has most notably developed the AI chatbot Grok, inspired by the sci-fi novel The Hitchhiker's Guide to the Galaxy. Grok is positioned as a competitor to OpenAI's ChatGPT, Google's Gemini

Story Continues

View Comments (124)

Terms and Privacy Policy    Your Privacy Choices ✓✗

## Recommended Stories

Copyright © 2024 Yahoo. All rights reserved.

  

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Biden Economy
Financial News

**ABOUT**
Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans