# EXHIBIT D

OpenAI

October 2, 2024

# New funding to scale the benefits of AI



We are making progress on our mission to ensure that artificial general intelligence benefits all of humanity. Every week, over 250 million people around the world use ChatGPT to enhance their work, creativity, and learning. Across industries, businesses are improving productivity and operations, and developers are leveraging our platform to create a new generation of applications. And we're only getting started.

We've raised $6.6B in new funding at a $157B post-money valuation to accelerate progress on our mission. The new funding will allow us to double down on our leadership in frontier AI research, increase compute capacity, and continue building tools that help people solve hard problems.

We aim to make advanced intelligence a widely accessible resource. We're grateful to our investors for their trust in us, and we look forward to working with our partners, developers, and the broader community to shape an AI-powered ecosystem and future that benefits everyone. By collaborating with key partners, including the U.S. and allied governments, we can unlock this technology's full potential.

OpenAI

Announcements    Company

Author

OpenAI

Our research

Overview

Index

Latest advancements

OpenAI o1

OpenAI o1-mini

GPT-4

GPT-4o mini

DALL·E 3

Sora

ChatGPT

For Everyone

For Teams

For Enterprises

ChatGPT login ↗

Download

API

Platform overview

Pricing

Documentation ↗

API login ↗

12/13/24, 9:25 AM
New funding to scale the benefits of AI | OpenAI
Case 4:24-cv-04722-YGR    Document 65-5    Filed 12/13/24    Page 4 of 4

