# EXHIBIT E

Reuters  My News

# OpenAI closes $6.6 billion funding haul with investment from Microsoft and Nvidia

By **Krystal Hu**

October 2, 2024 10:17 PM PDT · Updated 2 months ago



## Summary | Companies

- Funding, in convertible debt, coming from Thrive Capital, Khosla Ventures, Microsoft and Nvidia
- Altimeter Capital, Fidelity, SoftBank, and MGX also participated
- Thrive Capital committed $1.2 billion with an option for $1 billion more next year

Oct 2 (Reuters) - OpenAI, the company behind ChatGPT, has raised $6.6 billion from investors, which could value the company at $157 billion and cement its position as one of the most valuable private companies in the world.

The funding has attracted returning venture capital investors including Thrive Capital and Khosla Ventures, as well as OpenAI's biggest corporate backer Microsoft **(MSFT.O)**, and new participation from Nvidia **(NVDA.O)**.

*Advertisement · Scroll to continue*

The closing of the funds coincides with the company's ongoing restructuring efforts and executive changes, including the abrupt departure of its longtime Chief Technology Officer, Mira Murati, last week.

Altimeter Capital, Fidelity (FNF.N), SoftBank (9984.T), and Abu Dhabi's state-backed investment firm MGX also participated in the round.

OpenAI Chief Financial Officer Sarah Friar told employees on Wednesday that the company will be able to provide liquidity for them through a tender offer to buy back their shares in the company following the funding, although no details and timing have been decided, according to a source. Earlier this year, the company allowed some employees to cash out their shares at a valuation of $86 billion.

Advertisement · Scroll to continue

Thrive Capital, which committed about $1.2 billion from a combination of its own fund and a special purpose vehicle for smaller investors, negotiated the option to invest another $1 billion next year at the same valuation if the AI firm hits a revenue goal, sources added.

Apple (AAPL.O), which was in talks to invest in OpenAI, did not end up joining the funding, sources said, who requested anonymity to discuss private matters. Apple did not immediately respond to a request for comment.

Advertisement · Scroll to continue



A keyboard is placed in front of a displayed OpenAI logo in this illustration taken February 21, 2023. REUTERS/Dado Ruvic/Illustration/File Photo Purchase Licensing Rights

The funding came in the form of convertible notes, and the conversion to equity hinges on a successful structural change into a for-profit that would no longer be controlled by the non-profit board and the removal of cap on returns for investors.

The personnel changes haven't deterred enthusiasm from most investors, who are anticipating significant growth based on the projections by OpenAI CEO Sam Altman.

The company is on pace to generate $3.6 billion in revenue this year on mounting losses of over $5 billion. It projects major revenue jump next year to $11.6 billion, according to sources familiar with the figures.

Investors have also secured some protections as OpenAI undergoes the complex corporate restructuring that would grant Altman equity. The talks are still ongoing, and no timeline has been determined yet.

Investors have negotiated terms that would allow them to claw back their capital or renegotiate the valuation if the changes are not implemented within two years, sources said.

OpenAI's meteoric rise in terms of product popularity and valuation has captured the world's imagination. Since the launch of ChatGPT, it has attracted 250 million weekly active users. The company's valuation has also risen from $14 billion in 2021 to $157 billion as it grew revenue from zero to $3.6 billion, far exceeding Altman's own projections at the time.

The company has told investors it is still actively pursuing artificial general intelligence (AGI), meaning developing AI systems that surpass human intelligence, as it ramps up commercialization and tries to be profitable.

> The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

Reporting by Krystal Hu in New York; Editing by Ken Li and Lisa Shumaker

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Artificial Intelligence    Capital Markets

Purchase Licensing Rights

12/13/24, 9:28 AM
OpenAI closes $6.6 billion funding haul with investment from Microsoft and Nvidia | Reuters
Case 4:24-cv-04722-YGR   Document 65-6   Filed 12/13/24   Page 5 of 15


**Krystal Hu**
Thomson Reuters

Krystal reports on venture capital and startups for Reuters. She covers Silicon Valley and beyond through the lens of money and characters, with a focus on growth-stage startups, tech investments and AI. She has previously covered M&A for Reuters, breaking stories on Trump's SPAC and Elon Musk's Twitter financing. Previously, she reported on Amazon for Yahoo Finance, and her investigation of the company's retail practice was cited by lawmakers in Congress. Krystal started a career in journalism by writing about tech and politics in China. She has a master's degree from New York University, and enjoys a scoop of Matcha ice cream as much as getting a scoop at work.

   

## Read Next

Technology
**Exclusive: Singapore, Vietnam firms in talks for new undersea cables, sources say**
December 13, 2024

Artificial Intelligence
**Meta releases AI model to enhance Metaverse experience**
December 13, 2024

Boards, Policy & Regulation
**How Trump's new FTC chair views AI, Big Tech**
December 13, 2024

Artificial Intelligence
**Broadcom forecasts Q1 revenue above estimates on strong AI chip demand**
December 13, 2024

## Sponsored Content



**Start a Schwab financial plan today and help get more from your money.**
Sponsored by Charles Schwab

**3 Little-Known "Silent Partner" Stocks to Buy Now**
Sponsored by Weiss Ratings


**Elevate your career as a Fidelity financial planner.**
Sponsored by Fidelity Investments


**Leverage TradeStation's platform designed for self-directed traders.**
Sponsored by TradeStation


**Discover why past participants call it a "life-changing experience."**
Sponsored by HBS Executive Education


**8 Dumbest Things Smart People Waste Money On**
Sponsored by FinanceBuzz


## Technology 



### Broadcom hits trillion-dollar valuation on lofty forecasts for AI demand

Technology · December 13, 2024 · 9:14 AM PST · 14 min ago

Broadcom is predicting a massive expansion in demand for chips that power AI - and the market, for now, is buying it all the way.

**Legal**
**US lawmakers tell Apple, Google to be ready to remove TikTok from app stores on Jan. 19**
44 min ago

**Legal**
**Exclusive: US SEC has pushed deadline for Musk to respond to Twitter inquiry settlement offer, source says**
8:19 AM PST

**Boards, Policy & Regulation**
**SEC 'reopens' probe into Neuralink, Musk's lawyer says**
7:02 AM PST



**MobiKwik IPO gets bids worth $4.7 bln as investors bet on fintech growth, listing gains**
5:53 AM PST

## Sponsored Content


**Grow your Series 7 within our supportive culture**
Sponsored by Fidelity Investments


**Schwab Investing Themes™. A new way to invest in ideas you believe in.**
Sponsored by Charles Schwab


**Leverage TradeStation's platform to trade across asset classes.**
Sponsored by TradeStation


**9 Ways To Get Money Without Getting A Job**
Sponsored by FinanceBuzz


**Lazy People Keep Spending Too Much Money on These 5 Things**
Sponsored by The Penny Hoarder


**7 Ways To Help Generate Income Once Your Portfolio Reaches $1,000,000**
Sponsored by Fisher Investments

## Sponsored Content

**Are you ready for what comes next? Get the skills you need to succeed.**
Sponsored by HBS Executive Education

**3 Little-Known "Silent Partner" Stocks to Buy Now**
Sponsored by Weiss Ratings

**Time to Sell NVDA? 50-Yr Wall Street Legend Weighs In**
Sponsored by Chaikin Analytics

**Enter for a chance to win ANA tickets to Japan**
Sponsored by ANA (All Nippon Airways)

**See How Some Retirees Use Options Trading As A Safe Way To Earn Income**
Sponsored by TradeWins

**PODCAST: How the Media Covers Climate Adaptation**
Sponsored by mowPod

---

### Latest
- Home
- Authors
- Topic Sitemap
- Archive
- Article Sitemap

### Media
- Videos
- Pictures
- Graphics
- Podcasts

### Browse
- World
- Business
- Markets
- Sustainability
- Legal
- Breakingviews
- Technology
- Investigations
- Sports
- Science
- Lifestyle

### About Reuters
- About Reuters
- Advertise with Us
- Careers
- Reuters News Agency
- Brand Attribution Guidelines
- Reuters and AI
- Reuters Leadership
- Reuters Fact Check
- Reuters Diversity Report

Stay Informed

Download the App (iOS)

Download the App (Android)

Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**ONESOURCE**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

LSEG Products

**Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**DataCatalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us    Advertising Guidelines    Purchase Licensing Rights

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies    Terms of Use    Privacy    Digital Accessibility    Corrections    Site Feedback
Do Not Sell or Share My Personal Information and Limit the Use of My Sensitive Personal Information

© 2024 Reuters. All rights reserved

12/13/24, 9:28 AM
Case 4:24-cv-04722-YGR   Document 65-6   Filed 12/13/24   Page 9 of 15
OpenAI closes $6.6 billion funding haul with investment from Microsoft and Nvidia | Reuters

Case 4:24-cv-04722-YGR    Document 65-6    Filed 12/13/24    Page 13 of 15

12/13/24, 9:28 AM
Case 4:24-cv-04722-YGR    Document 65-6    Filed 12/13/24    Page 14 of 15
OpenAI closes $6.6 billion funding haul with investment from Microsoft and Nvidia | Reuters