# EXHIBIT G



LIVESTREAM    SIGN IN

## TECH

# AWS is investing $100 million in generative A.I. center in race to keep up with Microsoft and Google

PUBLISHED THU, JUN 22 2023·12:30 PM EDT    UPDATED THU, JUN 22 2023·6:33 PM EDT



**Jordan Novet**
@JORDANNOVET

WATCH LIVE

### KEY POINTS

- Amazon's cloud unit said Thursday that it's allocating $100 million for a center to help companies use generative artificial intelligence.
- Microsoft and Google have made splashier announcements so far in regard to how they're using generative AI in their products.
- "The point is, you're three steps in, and it's a 10K race," AWS CEO Adam Selipsky told CNBC.

Follow your favorite stocks   **CREATE FREE ACCOUNT**

**In this article**

AMZN  -0.28 (-0.12%)

   See the new hottest trade on Wall Street.   **READ FREE**

         
MARKETS    VIDEO    WATCHLIST    MENU

⚫LIVESTREAM    SIGN IN



**Amazon Web Services CEO Adam Selipsky speaks at the CERAWeek by S&P Global conference in Houston, Texas, on March 7, 2023.**
F. Carter Smith | Bloomberg | Getty Images

Amazon's    cloud unit said Thursday that it's allocating $100 million for a center to help companies use generative artificial intelligence, the technology that's taken off in the months since OpenAI unleashed its ChatGPT chatbot on the public.

It's a small investment for a company with $64 billion in cash and half a trillion dollars a year in operating expenses. But the announcement shows that Amazon Web Services recognizes the significance of the current moment in generative AI and the importance of being in the conversation, alongside rivals Microsoft    and Google    .

"You ask yourself the question — where are the different runners three steps into a 10K race?" AWS CEO Adam Selipsky said in an interview this week with CNBC. "Does it really matter? The point is, you're three steps in, and it's a 10K race."

As part of the latest announcement, Amazon said it will be adding some data scientists, engineers and solutions architects to the payroll. AWS said the center is already working with Highspot, Twilio, RyanAir and Lonely Planet. The company told CNBC that it's a "program" rather than a physical center.


MARKETS


VIDEO


WATCHLIST

MENU

to companies and other organizations, enjoys a commanding lead in the cloud infrastructure market. However, those rivals have had splashier entrances into generative AI, even though Amazon has drawn broadly on AI for years to show shopping recommendations and operate its Alexa voice assistant.

[Microsoft](#) has been spending billions on a [multilayered alliance](#) with OpenAI, and [Google](#) is moving quickly to deploy AI tools it's built in-house for consumers and businesses.

Nor does Amazon have the first popular large language model that can enable a chatbot or a tool for summarizing documents.

Selipsky said he isn't concerned. He joined the company in 2005, a year before the launch of AWS' core services for computing and storage. Echoing Amazon founder and longtime CEO [Jeff Bezos](#), Selipsky said the company has succeeded by listening to customers.

"Amazon has had many examples in its history where it said, we're going to focus on customers and have steadfast belief that we're going to work with customers, we're going to build what they want," Selipsky said. "And if people want to perceive us in a certain way, we're misunderstood, that's OK, as long as customers understand where we're going."

One challenge Amazon currently faces is in meeting demand for AI chips. The company chose to start building chips to supplement graphics processing units from [Nvidia](#), the leader in the space. Both companies are racing to get more supply on the market.

"I think the whole world has a shortage in the short term of compute capacity for doing generative AI and machine learning in general right now," Selipsky said. People are impatient, and the situation will improve in the next few months, he added.

Selipsky is also reckoning with a slowdown in customer spending on cloud, as businesses prepare for ongoing economic uncertainty.

"A lot of customers are largely through their cost optimization, but there have been other customers who are still right in the middle of it," he said. "It's hard to predict exactly when that particular trend will be over. But we're still in the middle of it."

Still, the AI trend is real, he insists. For Amazon, that momentum applies to its [Bedrock](#)

 LIVESTREAM    SIGN IN

thing that pushes even more customers to want to be in the cloud. Really, you need the cloud for generative AI."

Also, the way Selipsky sees it, AWS provides a measure of credibility in offering generative AI that eludes others in the space.

"I can't tell you how many Fortune 500 companies I've talked to who banned ChatGPT in the enterprise," Selipsky said. "Because at least the initial versions of it just didn't have that concept of enterprise security."

**WATCH:** Amazon lawsuit is test of what FTC considers 'dark patterns'



**VIDEO** 03:52

**Amazon lawsuit is a test of what the FTC considers 'dark patterns': Fmr. FTC Commissioner Thompson**

Follow your favorite stocks  **CREATE FREE ACCOUNT**

**In this article**

AMZN  -0.28 (-0.12%)

**TRENDING NOW**


MARKETS


VIDEO


WATCHLIST

MENU


 



 He built a $12B rocket company without a college degree—but has no desire to go to space himself

 S&P 500, Nasdaq fall after a warm inflation report, decline in tech shares

 Warner Bros. Discovery shares surge 15% after company announces linear, streaming restructuring

 Here are 7 key moments from Jim Cramer's interview of Donald Trump from the NYSE



Subscribe to CNBC PRO
Licensing & Reprints
Select Personal Finance
Join the CNBC Panel
Select Shopping
Digital Products
Internships
About CNBC
Site Map
Careers
Contact

Subscribe to Investing Club
CNBC Councils
CNBC on Peacock
Supply Chain Values
Closed Captioning
News Releases
Corrections
Ad Choices
Podcasts
Help

    

LIVESTREAM   SIGN IN

### GET IN TOUCH

**Advertise With Us**

### PLEASE CONTACT US

### ✉ CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

### SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

 Your Privacy Choices

CA Notice

Terms of Service

© 2024 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

**Market Data Terms of Use and Disclaimers**

Data also provided by