# EXHIBIT H



Menu

Our Mission

# Understand the Universe



# About xAI

Understand the Universe

xAI is a company working on building artificial intelligence to accelerate human scientific discovery. We are guided by our mission to advance our collective understanding of the universe.

Our team is led by Elon Musk, CEO of Tesla and SpaceX. Collectively our team contributed some of the most widely used methods in the field, in particular the Adam optimizer, Batch Normalization, Layer Normalization, and the discovery of adversarial examples. We further introduced innovative techniques and analyses such as Transformer-XL, Autoformalization, the Memorizing Transformer, Batch Size Scaling, µTransfer, and SimCLR. We have worked on and led the development of some of the largest breakthroughs in the field including AlphaStar, AlphaCode, Inception, Minerva, GPT-3.5, and GPT-4.

Our team is advised by Dan Hendrycks who currently serves as the director of the Center for AI Safety.

We partner closely with X Corp to bring our technology to more than 500 million users of the X app.

# Timeline

12 July 2023
Company announcement

*"Hello World!"*. We announced the formation of xAI with the mission to understand the universe.

xAI

Grok-0

We finished training our first flagship model, Grok-0, which is a 33B parameter dense transformer architecture.

3 November 2023

Grok-1

We announce the early-access release of our conversational AI Grok and the Grok-1 model. Hundreds of early-access users start using Grok.

6 November 2023

PromptIDE

We announce the early-access release of the PromptIDE - our integrated development environment for prompt engineering.

15 November 2023

Grok API

We released our first SDK and close partners started using our API.

7 December 2023

Grok on X

X users who are subscribed to X Premium+ can start using Grok on the X website and apps.

17 March 2024

Grok-1 open source release

We release the weights and the architecture of our Grok-1 LLM.

28 March 2024

Grok-1.5

Our improved flagship model finishes training and is stronger across the board from reasoning to coding.

12 April 2024

Grok-1.5V

xAI

**15 May 2024**
Grok-1.5 on X

We released Grok-1.5 to all X Premium users across all jurisdictions.

**13 August 2024**
Grok-2

We released Grok-2, our frontier language model with state-of-the-art reasoning capabilities, alongside a smaller but still capable sibling, Grok-2 mini.

**04 November 2024**
API Release

We released the xAI API, giving developers programmatic access to our Grok series of foundation models.

**09 December 2024**
Grok Image Generation Release

We updated Grok's capabilities with a new autoregressive image generation model, code-named Aurora, available on the 𝕏 platform.

Grok

API

Legal