# EXHIBIT I

# Alphabet Reports 29% Jump in Profit as A.I. Efforts Begin to Pay Off

Google's parent company narrowly topped revenue and profit expectations, driven by its search engine and cloud unit, and it said A.I. investments were "driving new growth."

 Listen to this article · 4:35 min   Learn more



**By Nico Grant**
Nico Grant reports on Alphabet from San Francisco.

July 23, 2024

> **Sign up for the On Tech newsletter.**   Get our best tech reporting from the week. Get it sent to your inbox.

Google faced a setback on Monday when the cybersecurity start-up Wiz rejected its $23 billion acquisition offer, a deal that could have given momentum to its cloud-computing operations.

On Tuesday, Google's parent company Alphabet reminded investors that it's doing just fine even without the deal.

The tech giant reported strong revenue growth in its search advertising and cloud-computing businesses, raising its profit, though the increase in YouTube ad sales fell short of expectations.

In the second quarter, Alphabet posted $84.7 billion in quarterly sales, up 14 percent from a year earlier and narrowly exceeding analysts' estimate of $84.1 billion, according to data compiled by FactSet.

The company's profit climbed 29 percent, to $23.6 billion, beating Wall Street's expectation of $22.7 billion.

The results reminded investors of the stability of Google's advertising-fueled consumer services, which are used by billions of people, even as the company searches for additional sources of revenue.

In the wake of the failure to acquire Wiz in a bid to strengthen Google Cloud, attention will return to Google's aggressive rollout of artificial intelligence. Already, the company has incorporated generative A.I. into all of its products and increased its spending on data centers and associated hardware to underpin the technology. Now, Google executives said, those investments have started to bear fruit.

Sundar Pichai, Alphabet's chief executive, said on a conference call after the earnings results were released that the company's A.I. initiatives were "driving new growth."

"Year-to-date, our A.I. infrastructure and generative A.I. solutions for cloud customers have already generated billions in revenues and are being used by more than two million developers," he said. He added that the company was "seeing great progress with AI Overviews," which are answer summaries featured in search results.

The company has gone to great lengths to spend on its future. Alphabet said that it paid $13.2 billion on capital expenditures in the second quarter, surging 91 percent from $6.9 billion a year earlier, as the company continued to build out its A.I. capabilities.

Google has largely overcome a digital advertising slump that began in 2022 in the midst of economic uncertainty, rising interest rates and inflation. The company's search engine and video platform YouTube remain the two most visited websites in the world, according to data from Similarweb, which tracks tech market share. That makes them essential destinations for advertisers looking to reach consumers.

One component of Google's ad business had long been the use of third-party cookies, bits of code that — among other things — help tech companies, publishers and advertisers track web users to show them ads. On Monday, Google said it no longer planned to get rid of third-party cookies on its Chrome web browser.

Google had first announced the plan to kill cookies in 2019, saying it would give internet users more privacy. Regulators and the rest of the digital ad industry were skeptical of the company's approach, causing it to delay the proposal numerous times. Now, it says it will let Chrome users decide if they want to allow third-party cookies or not.

Revenue from Google's search engine, its largest business, rose 14 percent to $48.5 billion in the second quarter, above analysts' estimate of $47.6 billion. The expansion was driven by retail and financial services ads, executives said on the call.

Advertising sales at YouTube climbed 13 percent to $8.7 billion, missing the $8.9 billion expected by analysts. There was also robust demand for YouTube music and TV services, which are available through subscriptions, executives said.

Google Cloud, the company's division that offers software and technology services to other businesses, recorded a 29 percent increase in revenue, to $10.3 billion. Analysts had estimated $10.2 billion. It is a slower pace of growth than in previous years. The division reported an operating profit of $1.2 billion in the second quarter, its biggest profit on record.

**Nico Grant** reports on Alphabet's Google and YouTube as well as the corporate culture of Silicon Valley. He is based in San Francisco. More about Nico Grant

A version of this article appears in print on , Section B, Page 5 of the New York edition with the headline: Alphabet Reports a 29 Percent Increase in Profits