# EXHIBIT J

Learn more about LSEG

My News  

# Meta to invest $10 billion for Louisiana data center

By **Reuters**

December 4, 2024 12:21 PM PST · Updated 9 days ago

  

Morning commute traffic streams past the Meta sign outside the headquarters of Facebook parent company Meta Platforms Inc in Mountain View, California, U.S. November 9, 2022. REUTERS/Peter... Purchase Licensing Rights **Read more**

**Companies**

**Amazon.com Inc**

Follow

**Entergy Corp**

Follow

**Meta Platforms Inc**

Follow

Dec 4 (Reuters) - Facebook-parent Meta (META.O) said on Wednesday it plans to invest $10 billion to set up an AI data center in Louisiana, in what would be the tech company's largest data center in the world.

The hyperscaler data center, which is planned in Richland Parish, is designed to process huge amounts of data required to support digital infrastructure, including artificial intelligence workloads.

The development comes a day after Meta said it was seeking proposals from nuclear power developers to help meet its AI and environment goals, adding that it wanted to add 1 to 4 gigawatts of new U.S. nuclear generation capacity starting in the early 2030s.

AI computing has led to a massive surge in the energy needs of Big tech companies such as Amazon and Microsoft, sparking a renewed interest in nuclear power.

But it will be tough to swiftly meet soaring power demand with just nuclear energy due to an ageing fleet of reactors, an overburdened U.S. Nuclear Regulatory Commission, potential uranium fuel supply obstacles and local opposition.

The amount of electricity used by the Meta data center in Louisiana, will be matched by renewable energy for which the tech firm will be working with utility Entergy (ETR.N) .

Advertisement · Scroll to continue

Entergy, which provides electricity to parts of Arkansas, Louisiana, Mississippi and Texas, has two nuclear power plants in Louisiana.

The utility previously received legislative approval for investment in transmission and generation to serve Amazon's (AMZN.O) upcoming cloud services facility in Mississippi.

Meta expects construction of the Louisiana data center to continue through 2030 with site work beginning in December.

> The Technology Roundup newsletter brings the latest news and trends straight to your inbox. Sign up here.

Reporting by Priyanka G and Seher Dareen in Bengaluru; Editing by Shounak Dasgupta

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Technology Grid & Infrastructure

Purchase Licensing Rights

## Read Next

Technology

**Broadcom hits trillion-dollar valuation on lofty forecasts for AI demand**

ago

Legal

**US lawmakers tell Apple, Google to be ready to remove TikTok from app stores on Jan. 19**

12:44 AM UTC

Legal

**Exclusive: US SEC has pushed deadline for Musk to respond to Twitter inquiry settlement offer, source says**

12:19 AM UTC

Boards, Policy & Regulation

**SEC 'reopens' probe into Neuralink, Musk's lawyer says**

11:02 PM UTC

## Sponsored Content

Dianomi

**7 Ways To Help Generate Income Once Your Portfolio Reaches $1,000,000**

Sponsored by

**Start a Schwab financial plan today and help get more from your money.**

Sponsored by
Charles Schwab

**The Guide to ETFs: Your roadmap for navigating the ETF landscape**

Sponsored by
J.P. Morgan Asset Management

## Sponsored Content

Dianomi

**The Guide to ETFs: Your roadmap for navigating the ETF landscape**
Sponsored by J.P. Morgan Asset Management

**Start a Schwab financial plan today and help get more from your money.**
Sponsored by Charles Schwab

**Leverage a powerful platform designed for self-directed traders.**
Sponsored by TradeStation

**Only Lazy People Spend Money On These Things**
Sponsored by The Penny Hoarder

**7 Ways To Help Generate Income Once Your Portfolio Reaches $1,000,000**
Sponsored by Fisher Investments

**Asset Management Outlook 2025: Reasons to Recalibrate**
Sponsored by Goldman Sachs Asset Management

Technology >

## Broadcom hits trillion-dollar valuation on lofty forecasts for AI demand

Technology · December 13, 2024 · 9:14 AM PST · 31 min ago

Broadcom is predicting a massive expansion in demand for chips that power AI - and the market, for now, is buying it all the way.

Legal

**US lawmakers tell Apple, Google to be ready to remove TikTok from app stores on Jan. 19**

8:44 AM PST

Legal

**Exclusive: US SEC has pushed deadline for Musk to respond to Twitter inquiry settlement offer, source says**

8:19 AM PST

Boards, Policy & Regulation

**SEC 'reopens' probe into Neuralink, Musk's lawyer says**

7:02 AM PST

**MobiKwik IPO gets bids worth $4.7 bln as investors bet on fintech growth, listing gains**

5:53 AM PST

## Sponsored Content

Dianomi

**Start a Schwab financial plan today and help get more from your money.**

Sponsored by Charles Schwab

**3 Little-Known "Silent Partner" Stocks to Buy Now**

Sponsored by Weiss Ratings

**Discover why past participants call it a "life-changing experience."**

Sponsored by HBS Executive Education

**Uncover ETF trends and build stronger portfolios with active insights**

Sponsored by J.P. Morgan Asset Management

**Leverage TradeStation's platform designed for self-directed traders.**

Sponsored by TradeStation

**Elevate your career as a Fidelity financial planner.**

Sponsored by Fidelity Investments

## Sponsored Content

Dianomi

**Wall Street is Selling NVDA At a Record Rate – Here's Why**

Sponsored by Chaikin Analytics

**PODCAST: How the Media Covers Climate Adaptation**

Sponsored by mowPod

**8 Dumbest Things Smart People Waste Money On**

Sponsored by FinanceBuzz

**7 Ways To Help Generate Income Once Your Portfolio Reaches $1,000,000**

**Did You Know These Tips? How To Stop Spending On Groceries 2024**

Sponsored by The Penny Hoarder

**Asset Management Outlook 2025: Exploring Private Markets**

Sponsored by Goldman Sachs Asset

Latest

**Home**

**Authors**

**Topic Sitemap**

Browse

**World**

**Business**

**Markets**

Archive

Article Sitemap

Media

Videos

Pictures

Graphics

Podcasts

Sustainability

Legal

Breakingviews

Technology

Investigations

Sports

Science

Lifestyle

About Reuters

About Reuters

Advertise with Us

Careers

Reuters News Agency

Brand Attribution Guidelines

Reuters and AI

Reuters Leadership

Reuters Fact Check

Reuters Diversity Report

Stay Informed

Download the App (iOS)

Download the App (Android)

Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Thomson Reuters Products

**Westlaw**

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**ONESOURCE**

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**

The industry leader for online information for tax, accounting and finance professionals.

LSEG Products

**Workspace**

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**DataCatalogue**

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

---

**Advertise With Us** **Advertising Guidelines** **Purchase Licensing Rights**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** **Terms of Use** **Privacy** **Digital Accessibility** **Corrections** **Site Feedback**
**Do Not Sell or Share My Personal Information and Limit the Use of My Sensitive Personal Information**

© 2024 Reuters. All rights reserved

12/13/24, 9:46 AM Case 4:24-cv-04722-YGR Document 65-11 Filed 12/13/24 Page 9 of 16
Meta to invest $10 billion for Louisiana data center | Reuters

https://www.reuters.com/technology/meta-invest-10-billion-louisiana-data-center-2024-12-04/ 8/15

12/13/24, 9:46 AM Case 4:24-cv-04722-YGR Document 65-11 Filed 12/13/24 Page 13 of 16
Meta to invest $10 billion for Louisiana data center | Reuters

https://www.reuters.com/technology/meta-invest-10-billion-louisiana-data-center-2024-12-04/ 12/15

12/13/24, 9:46 AM Case 4:24-cv-04722-YGR Document 65-11 Filed 12/13/24 Page 14 of 16
Meta to invest $10 billion for Louisiana data center | Reuters

https://www.reuters.com/technology/meta-invest-10-billion-louisiana-data-center-2024-12-04/ 13/15

12/13/24, 9:46 AM Case 4:24-cv-04722-YGR Document 65-11 Filed 12/13/24 Page 15 of 16
Meta to invest $10 billion for Louisiana data center | Reuters

https://www.reuters.com/technology/meta-invest-10-billion-louisiana-data-center-2024-12-04/ 14/15