# EXHIBIT M

# Seamlessly integrate GenAI with your existing business processes

No matter where you are in your AI journey, Oracle can help. Get started with Generative AI today and keep up with the pace of innovation to maximize business benefits.



## Almost There!
Fill out this form to speak to an Oracle GenAI expert

Select

Role*

How did you hear about us?*

**Group**

1

**LPid**

Marketing Opt-in

## Generative AI on Oracle Cloud Infrastructure is now available

Oracle is integrating essential business applications with generative AI

and continues to build practical AI that focuses on results for the enterprise.



## Oracle AI focuses on solving real-world enterprise use cases

Spanning all layers of the technology stack, the suite of generative AI services and features works together to help customers solve business problems both smarter and faster.



## Effective and customizable models

Enterprise-focused models that are high performing and cost-effective, allowing for many uses cases and efficient fine tuning.



## Embedded generative AI features & services

Oracle makes AI accessible through a portfolio of cloud applications. Enterprise customers can use AI to automate processes, make better decisions, & improve customer experiences.



Seamlessly integrate GenAI with your existing business processes

## Data management, security, & governance

Oracle doesn't share data or custom models with third-party model providers and gives customers the option of dedicated deployments that aren't shared with any other customers.

# Industry leaders who rely on Oracle

Adept    SoundHound    mosaicML    TWIST BIOSCIENCE

[ Get Started Now ]