| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com<br>HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-45555<br><br>NISHA PATEL (SBN 281628)<br>Nisha.patelgupta@dechert.com<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760 | ANDREW J. LEVANDER (admitted pro hac vice)<br>Andrew.levander@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>JOHN (JAY) JURATA, JR. (admitted pro hac vice)<br>Jay.jurata@dechert.com<br>DECHERT LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333 |

*Attorneys for Defendants Microsoft Corporation,*
*Reid Hoffman, and Deannah Templeton*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>      Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DECLARATION OF DEANNAH TEMPLETON IN SUPPORT OF DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN AND DEANNAH TEMPLETON'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:      January 14, 2025<br>Time:     2:00 p.m.<br>Place:     Courtroom 1 (4th Floor)<br>              1301 Clay St.<br>              Oakland, CA 94612 |

I, DEANNAH TEMPLETON, state and declare as follows:

1. I joined Microsoft Corporation as an employee in 1998.

2. My current role at Microsoft is Corporate Vice President of Technology & Research Partnerships and Operation. I was promoted to this role 13 days ago, making me an officer of Microsoft for the first time. Prior to this, I had never been an officer of Microsoft.

3. I have held a number of other positions during the 26 years I have worked at Microsoft. I am not and have never been a director of Microsoft.

4. I submit this Declaration in support of Microsoft's Opposition to Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of all facts stated herein, and if called as a witness, I could and would competently testify to them under oath.

**Overseeing Microsoft and OpenAI's Collaboration**

5. As an advisor to Microsoft's Chief Technology Officer and Executive Vice President of Artificial Intelligence ("AI"), I oversee operations for nearly 1,500 scientists and engineers in Microsoft's Technology & Research Group. I also lead a team that develops and manages certain Microsoft technical partnerships, including some involving AI and Generative AI ("GenAI") technologies.

6. GenAI is a branch of AI that generates new content by inferring patterns from existing data and then using those patterns to produce original outputs. This technology includes large language and other models ("models"), which are typically built using advanced neural networks trained on vast amounts of data to generate human-like responses to natural language queries. Training models requires immense computational power, often requiring custom designed supercomputers or large-scale cloud computing resources to handle the extensive data processing involved.

7. In my role, I have overseen aspects of Microsoft's relationship with OpenAI since its inception in 2019. OpenAI was an early mover in GenAI research, but it lacked the massive computing power necessary to pursue that research. In 2019, OpenAI and Microsoft embarked on a strategic partnership to advance GenAI technology. As part of this collaboration, Microsoft provided funding to OpenAI and agreed to build massive, highly customized supercomputing

- 1 -

capacity for OpenAI to use to develop and train its models and improve its research and technology. In return, OpenAI agreed to share its research and technology with Microsoft so that Microsoft could create software and services incorporating that technology.

8. Over the last five years, the collaboration between Microsoft and OpenAI has launched a wave of innovation in GenAI research and development ("R&D"). That collaboration has resulted in the creation of many state-of-the-art GenAI models, including GPT-3 in 2022. In November 2022, OpenAI released ChatGPT, a chatbot based on an improved version of GPT-3, which can generate original text based on the input it receives. OpenAI made ChatGPT available for free to the public, allowing users to interact with the underlying model. In January 2023, Microsoft invested an additional $10 billion in OpenAI to continue its R&D efforts.

9. Today, Microsoft and OpenAI continue to collaborate, with Microsoft providing funding to OpenAI and agreeing to build highly customized supercomputers and related infrastructure for OpenAI's R&D to create continued innovations in GenAI technology, in return for OpenAI sharing its inventions with Microsoft. As a result, Microsoft provides many software and services incorporating access to OpenAI's models, including Azure OpenAI Service, which thousands of Microsoft's customers subscribe to and use, and Microsoft's Copilot products, which are used by millions. Similarly, OpenAI uses the computing resources and capital provided by Microsoft to develop and offer its own competing AI products, *e.g.*, the OpenAI API and DALL-E.

**Non-Voting OpenAI Board Observer Role**

10. From December 9, 2023, until July 9, 2024, I was a non-voting board observer of the OpenAI Board.

11. I became a non-voting board observer shortly after the firing and re-hiring of Sam Altman as OpenAI's Chief Executive Officer in late November 2023. The firing of Sam Altman without prior notice took me by surprise. Because of the importance of the R&D collaboration to Microsoft's business operations, Microsoft asked OpenAI to appoint a representative from Microsoft as a non-voting board observer. OpenAI agreed to that request on December 9, 2023.

DECLARATION OF DEANNAH TEMPLETON ISO
OF OPPOSITION TO MOTION FOR PRELIMINARY     4:24-CV-04722-YGR
INJUNCTION

1  Attached hereto as **Exhibit A** is a true and correct copy of the letter from OpenAI to Microsoft
2  confirming that agreement.

3      12. Prior to and during my time as an OpenAI Board observer, I consulted with
4  independent legal counsel Michael Shepard from the King & Spalding law firm to represent me
5  in my individual capacity and advise me on relevant antitrust and corporate governance principles
6  relating to the receipt and sharing of potentially competitively sensitive information in my role as
7  a board observer. Microsoft also provided me with trainings on these topics.

8      13. During the seven months I held my OpenAI Board observer seat, I attended portions
9  of only four OpenAI Board meetings. Those meetings occurred on December 14, 2023, February
10 8, 2024, March 14, 2024, and May 17, 2024. I attended only the portions of these meetings that
11 did not include discussion of OpenAI's commercialization, investment, and acquisition efforts,
12 and topics relating to Microsoft outside the parties' collaboration. This was to ensure that I did not
13 receive any of OpenAI's competitively sensitive information regarding business areas where
14 Microsoft competed against OpenAI. Before each board meeting, OpenAI either emailed me
15 requesting that I not attend certain parts due to discussion of competitively sensitive information
16 or sent redacted materials (*e.g.*, agendas or presentations), indicating which portions I should not
17 attend.

18     14. The OpenAI Board also met on June 14, 2024, but I did not attend any portion of
19 this meeting since I was informed that all of the meeting's topics would represent a conflict with
20 Microsoft and/or involve competitively sensitive information.

21     15. I resigned as a board observer of the OpenAI Board on July 9, 2024. I have no
22 intention of rejoining the OpenAI Board in the future. My resignation letter also relinquished
23 Microsoft's right to have a non-voting observer on the OpenAI Board. Attached hereto as **Exhibit**
24 **B** is a true and correct copy of my signed resignation letter.

25     16. As part of my non-voting observer position, I was not asked by Microsoft to take
26 any action or not to take any action at OpenAI, including as it relates to the receiving or sharing
27 of any competitively sensitive information regarding business areas in which the companies
28 competed with each other. I was also never asked to vote and did not have any voting rights.

- 4 -

1  Rather, as discussed above, I did not participate in the portions of the few OpenAI Board meetings
2  that I attended in which the OpenAI Board discussed competitively sensitive details of its
3  commercialization of GenAI technology in its first-party products and services. I never received
4  such information from OpenAI in connection with any OpenAI Board meeting. Thus, I did not
5  and could not communicate such information to Microsoft. Likewise, in my role as a board
6  observer, I never shared any of Microsoft's competitively sensitive information with OpenAI. Nor
7  could I have taken any other official OpenAI action because at no time did I have a vote on the
8  OpenAI Board.

9   I declare under the penalty of perjury under the laws of the United States of America that
10  the foregoing is true and correct.

11   Executed on December 13, 2024 in Kirkland, Washington.

By: _____
Deannah Templeton

DECLARATION OF DEANNAH TEMPLETON ISO
OF OPPOSITION TO MOTION FOR PRELIMINARY                                   4:24-CV-04722-YGR
INJUNCTION