# EXHIBIT B

DocuSign Envelope ID: 08FDF32C-489B-40F6-B41F-394F7D97F064

*CONFIDENTIAL*

July 9 , 2024

Sam Altman
Chief Executive Officer
OpenAI, Inc.
1960 Bryant St
San Francisco, CA 94110

### Re: Termination of Board Observer Rights

Ladies and Gentlemen:

Reference is hereby made to that certain letter agreement, dated as of December 9, 2023 (the "***Board Observer Letter***"), by and between OpenAI, Inc., a Delaware nonprofit nonstock corporation ("***OpenAI***"), and Microsoft Corporation, a Washington corporation ("***Microsoft***").

Microsoft has requested, and OpenAI agrees, that, effective as of the date hereof, the Board Observer Letter is hereby terminated, Microsoft shall cease to have any right to appoint a representative as a non-voting board observer of the Board of Directors of OpenAI (the "***Board***") and Dee Templeton hereby resigns from the position of Board observer. Effective as of the date hereof, neither Microsoft nor any of its representatives shall be entitled to receive copies of any notices, minutes, consents or other material that OpenAI provides to its directors. For the avoidance of doubt, the parties agree that the confidentiality provisions set forth in the Board Observer Letter shall survive the termination of the Board Observer Letter and are not modified on account of this letter.

This letter shall be governed in accordance with the laws of the State of Delaware. For the avoidance of doubt, other than the Board Observer Letter, this letter does not amend or otherwise modify any existing agreement by and between Microsoft and OpenAI and/or OpenAI Global, LLC, a Delaware limited liability company, or OpenAI OpCo, LLC, a Delaware limited liability company (collectively, the "***Managed Entities***"), including, without limitation, the Second Amended and Restated Joint Development and Collaboration Agreement between Microsoft, the Company and certain Managed Entities.

*[Signature page follows]*

DocuSign Envelope ID: 08FDF32C-489B-40F6-B41F-394F7D97F064

The parties hereby agree to the terms of this letter as of the date first written above.

**MICROSOFT CORPORATION**

By:

Name: Keith R. Dolliver

Title: Corporate Secretary

**DEE TEMPLETON**

Accepted and agreed:

**OPENAI, INC.**

By:

Sam Altman

Name: Sam Altman

Title:   Chief Executive Officer