| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com<br>HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-45555<br><br>NISHA PATEL (SBN 281628)<br>Nisha.patelgupta@dechert.com<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760 | ANDREW J. LEVANDER (admitted pro hac vice)<br>Andrew.levander@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>JOHN (JAY) JURATA, JR. (admitted pro hac vice)<br>Jay.jurata@dechert.com<br>DECHERT LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333 |

*Attorneys for Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DECLARATION OF MICHAEL WETTER IN SUPPORT OF DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN, AND DEANNAH TEMPLETON'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:　　January 14, 2025<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 1 (4th Floor)<br>　　　　　1301 Clay St.<br>　　　　　Oakland, CA  94612 |

I, Michael Wetter, state and declare as follows:

1. I joined Microsoft Corporation ("Microsoft") as an employee in March 2007.

2. My current role at Microsoft is Corporate Vice President of Corporate Development.

3. As Corporate Vice President of Corporate Development, I am responsible for engaging with external partners and stakeholders to facilitate acquisition and investment processes and discussions, including coordinating access to diligence materials, drafting and reviewing agreements, and participating in meetings to discuss acquisition and investment terms, and financial plans and analysis.

4. I submit this Declaration in support of Microsoft's Opposition to Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of all the facts stated herein, and if called as a witness could and would competently testify to them under oath.

**October 2024 Funding Round for OpenAI**

5. As part of my role as Corporate Vice President of Corporate Development, I was deeply involved in the deal negotiations with OpenAI related to its October 2024 funding round and am familiar with the terms and conditions of investment that were negotiated with OpenAI.

6. At no point during negotiations for the October 2024 funding round did anyone at OpenAI ask me to agree that Microsoft would not invest in OpenAI's competitors. I am also not aware of anyone else at Microsoft being asked to agree to such terms.

7. At no point during negotiations for the October 2024 funding round did I suggest to anyone at OpenAI, or anyone else, that OpenAI condition other investors' participation on an agreement not to invest in OpenAI's competitors. I am also not aware of anyone else at Microsoft suggesting that.

8. At no point during negotiations for the October 2024 funding round did anyone at OpenAI discuss with me whether either OpenAI or Microsoft would ask other investors to agree to not invest in OpenAI's competitors. I am also not aware of anyone at OpenAI suggesting that to anyone else at Microsoft.

9. Had OpenAI, or anyone else, asked me to abstain from investing in other AI companies, I would not have agreed to those terms. To the best of my knowledge, had anyone at

- 1 -

- 2 -

1  OpenAI, or anyone else, asked someone at Microsoft to abstain from investing in other AI
2  companies, they would not have agreed to those terms. That is because any such agreement would
3  be contrary to Microsoft's business interests and contrary to Microsoft's ongoing investments and
4  partnerships with other AI companies.

5      10.    There was no agreement between me – and, to my knowledge, anyone else at
6  Microsoft – with OpenAI, or anyone else, to either condition Microsoft's investment on an
7  agreement not to invest in OpenAI's competitors or to condition other investors' participation in
8  the October 2024 funding round on an agreement not to invest in OpenAI's competitors.

10      I declare under the penalty of perjury under the laws of the United States of America that
11  the foregoing statements are true and correct.
12      Executed on December 13, 2024 in _____.

By: *Michael Wetter*
    Michael Wetter

---

DECLARATION OF MICHAEL WETTER ISO OF
OPPOSITION TO MOTION FOR PRELIMINARY                   4:24-CV-04722-YGR
INJUNCTION