RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted pro hac vice)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted pro hac vice)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendants Microsoft Corporation,
Reid Hoffman, and Deannah Templeton*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>SAMUEL ALTMAN, et al.,<br><br>      Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DECLARATION OF YINA ARENAS IN SUPPORT OF DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN, AND DEANNAH TEMPLETON'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**Date:**       **January 14, 2025**<br>**Time:**      **2:00 p.m.**<br>**Place:**     **Courtroom 1 (4th Floor)**<br>               **1301 Clay St.**<br>               **Oakland, CA  94612** |

1          I, Yina Arenas, state and declare as follows:

2          1.      I am currently employed as the Vice President of Product for Azure AI Platform at

3    Microsoft.  In my current role I work with enterprise businesses and developers to help them

4    integrate generative artificial intelligence ("AI") into applications that they develop.  Among other

5    responsibilities, I lead a number of specific Azure services and tools used in the development of

6    AI applications, including Azure OpenAI, Azure AI Model Catalog, the AI Agent Service, and

7    the end-to-end tool chain.

8          2.      I have worked at Microsoft for over fourteen years.  I have been in my current role

9    since late July 2024.  Prior to that, I held various roles in Product Management, most recently as

10   a Vice President of Product for Microsoft 365 Core Developer Platform, where I was part of the

11   team building Copilot and Copilot extensibility – one of the services that was built to

12   commercialize at Microsoft the OpenAI models.

13         3.      I submit this Declaration in support of Microsoft's Opposition to Plaintiffs' Motion

14   for a Preliminary Injunction.  I have personal knowledge of all the facts stated herein, and if called

15   as a witness could and would competently testify to them under oath.

16   **The Azure AI Platform**

17         4.      Azure AI refers to Microsoft's collection of cloud-based AI services and tooling for

18   developers and organizations, including cloud computing, storage capacity, APIs and other

19   services that permit developers to incorporate the functionality of Language Models (both large

20   and small) and other types of Foundation Models into their own applications.  APIs are application

21   programming interfaces that allow computer programs to communicate with or provide services

22   to each other. Microsoft offers product capabilities on Azure AI to strengthen security, safety, and

23   privacy of AI systems.

24         5.      Microsoft supports a broad and healthy AI ecosystem including by making available

25   a wide array of models from different providers.  For example, the Azure AI model catalog

26   includes API access to multiple models from different model providers, including Azure Open AI

27   service that offers OpenAI models served in Microsoft Azure's managed infrastructure and other

28   models in the Azure AI Model Catalog from Microsoft, Meta, Mistral, Cohere, and others.  Models

- 1 -

1    in the model catalog that are not from Microsoft are offered to customers with the model provider

2    as seller of record through Azure Marketplace.  Models offered as serverless endpoints can be

3    used by customers on a pay per token or, in some cases, pay per hour basis for inferencing

4    (inferencing is the process of using a trained model to make predictions or generate outputs based

5    on new data).  In addition, Azure AI makes available a catalog of over 1800 models, including

6    from Hugging Face (a company offering a large library of open-source models) and others, which

7    customers can deploy on Azure for their own use, purchasing Azure "compute" (computer

8    memory and processing) to enable use of the models for inferencing.

9        6.    Microsoft also supports the AI ecosystem by offering developers tools and services

10    that can be used in developing applications with a variety of models.  This includes the Azure AI

11    Agent Service (which allows for automation of certain tasks), tool chains (which developers use

12    to do evaluation, experimentation, monitoring, observability and other functions needed to

13    successfully infuse AI into their applications), customization (including fine-tuning of models),

14    and experiences (including the portal where developers can discover and experiment with AI

15    platform capabilities).  Among other things, these allow developers to moderate content, impose

16    safety settings, perform model evaluations and manage deployments in their organization

17    including with access and other controls. These tools and services, which are made available

18    through Microsoft's AI studio service – the Azure AI Foundry portal – provide resources for

19    developers across models from many different providers.

20        7.    Microsoft makes OpenAI models available as API endpoints to developer customers

21    through the Azure OpenAI service.  Access is provided to various OpenAI models (including the

22    latest models like GPT-4o, o1 Mini, and Dall-E 3, as well as older models like GPT-3-Turbo) with

23    different capabilities, at different price points.  Through Azure OpenAI, third-party developers

24    can integrate these OpenAI models into their own AI applications and products.

25        8.    Microsoft builds the Azure OpenAI service by incorporating access to the OpenAI

26    models into a more comprehensive service offering that includes additional features.  For example,

27    Microsoft enables default safety features integrated with OpenAI's models, including critical

28    features such as guardrails to limit hallucinations (the tendency of models to make up

- 2 -

DECLARATION OF YINA ARENAS ISO OF
OPPOSITION TO MOTION FOR PRELIMINARY                    4:24-CV-04722-YGR
INJUNCTION

1    information), violent content, and content of a sexual nature.  The Azure OpenAI service also

2    offers built-in security and compliance, allowing customers using OpenAI models through the

3    Microsoft Azure OpenAI service to save on cybersecurity costs by relying on Microsoft's multi-

4    layered data security and global team of cybersecurity experts.  These features and others

5    differentiate Microsoft's offering, which competes directly with OpenAI's developer offering,

6    OpenAI API, which it licenses to third party developers and enterprises.

7    **How Microsoft Customers Use OpenAI Models Through Microsoft Services**

8    9.      OpenAI models are used by Microsoft in two primary ways: (1) accessed via various

9    Microsoft software, including Microsoft's Copilot software; and (2) as part of Azure OpenAI

10   services, to enable developers to create their own generative AI applications based on OpenAI

11   models.

12   10.     Microsoft began incorporating access to the OpenAI models via APIs in software

13   that first went to market in the second half of Microsoft's Fiscal Year 2023.  This included

14   Microsoft's Azure OpenAI service, which was announced as generally available on January 17,

15   2023, and GitHub Copilot (a service geared to software development that helps developers write

16   and edit software code with real-time suggestions), which was initially released on June 21, 2022

17   and made generally available on February 14, 2023.  At that time, those were the only Microsoft

18   services that provided similar functionality to OpenAI applications.

19   11.     Since early 2023, Microsoft's Copilot line of software has expanded, and now

20   includes software used by consumers, enterprise and small businesses for marketing, coding,

21   business development, and information search purposes.  This includes Microsoft 365 Copilot

22   (incorporating Copilot into productivity applications in the Microsoft 365 cloud offering and the

23   Office products, including Teams, Word, Excel and PowerPoint), Copilot Studio (for extending

24   Microsoft 365 Copilot and building software agents), and others. These services are used by

25   millions of Microsoft customers.

26   12.     In addition to the Azure OpenAI services described above, Microsoft also offers

27   unique and specialized AI services built on the OpenAI models with a wide range of usage across

28   numerous industries.

- 3 -

DECLARATION OF YINA ARENAS ISO OF
OPPOSITION TO MOTION FOR PRELIMINARY                    4:24-CV-04722-YGR
INJUNCTION

1       13.    For example, Azure offers a suite of healthcare-focused foundation models, built

2   using Azure OpenAI, that healthcare organizations can tailor to their needs without having to build

3   and train a model from scratch.  These models can do things like generate a detailed report after

4   analyzing a chest x-ray, helping speed up turnaround time and enhancing diagnostic precision,

5   thus improving patient care.  Another Microsoft model, built using Azure OpenAI for data

6   synthesis, is BiomedParse, which can analyze imaging, including CT, MRI, ultrasound, endoscope

7   and other modalities to more accurately detect cancer, potentially allowing for earlier detection,

8   enhanced treatment decisions, and progression monitoring.  Microsoft has also developed Health

9   Bot, a service that allows developers to create a virtual healthcare assistant tailored to individual

10  health organizations' needs.

11      14.    Microsoft's customers have also used Azure OpenAI to create their own

12  applications that they make available to their customers.  For example, H&R Block developed a

13  Tax Assist program powered by Azure OpenAI to help taxpayers file their taxes; NovoNordisk

14  created a predictive AI model that initial studies showed could predict patients' cardiovascular

15  risk better than the best clinical standards; and Georgia Tech used Azure OpenAI to develop an

16  advanced algorithm to analyze data around EV charging stations, reducing research costs for

17  governments around the world.

18      15.    Customers also utilize Azure OpenAI to build applications for internal use within

19  their own organization to support efficiency and innovation.  For example, PIMCO, an investment

20  management firm, built an enterprise tool that provides employees with a faster, more accurate

21  way to find relevant information for clients; and Operation Smile, a charity that provides life-

22  saving surgery for children, created a tool to reduce language translation errors and speed up report

23  generation, allowing patients to receive better, faster care.

24      16.    In total, approximately 60,000 customers, with 250,000 monthly users, utilize Azure

25  OpenAI services, which are innovations and extensions of OpenAI's models, to increase

26  efficiency, improve customer experience, and stay at the cutting edge of innovation.

27

28

- 4 -

DECLARATION OF YINA ARENAS ISO OF
OPPOSITION TO MOTION FOR PRELIMINARY                    4:24-CV-04722-YGR
INJUNCTION

**Microsoft Provides Access to the Latest Updates and Improvements to OpenAI Models**

17.    OpenAI undertakes the research and development work to both update and release new generations of AI models, e.g., GPT-3, GPT-4, GPT-4o.  Microsoft, among other things, provides the customized supercomputing necessary for training the OpenAI models.  Once OpenAI has developed an AI model or prepared an update to an existing model, it is evaluated for market readiness through safety and other testing.  Once it is determined to be ready for market, Microsoft receives the final model code from OpenAI, modifying it to work on the Azure Platform and configuring it to Azure's specifications.  This includes, for example, using an additional set of safety services, and incorporating the model into Microsoft's Azure services and then making it available to customers as a service.

18.    OpenAI's models are continuously being updated and improved within each model generation.  The pace of updates is rapidly increasing, with 10 models released in 2023 and at least 14 models released to date in 2024.  OpenAI also provides regular API updates, incorporating fixes from customers which are updated into OpenAI code.  These updates are provided to Microsoft through a transfer of code so that Azure OpenAI and Microsoft services incorporating the model code can be updated as quickly as possible as new model versions and generations and other updates are released.

19.    Updates include new features and capabilities, such as allowing new ways to interact with the model or making more output formats available.  They also include patches to improve security or fix bugs in the model.  Updates also incorporate feedback from Microsoft and others.  For example, Microsoft is continually identifying and classifying content safety issues – from hate speech to child sexual abuse content – examples of which it provides to OpenAI.  OpenAI addresses the issues in version updates, which are provided to Microsoft so that Microsoft can deploy the update.

**Implications if Microsoft No Longer Has Access to Latest OpenAI Model Updates**

20.    If Microsoft no longer received the code for model version updates, new generation models, or other updates from OpenAI, Microsoft's customers who rely on that technology in

- 5 -

DECLARATION OF YINA ARENAS ISO OF
OPPOSITION TO MOTION FOR PRELIMINARY                    4:24-CV-04722-YGR
INJUNCTION

1    Microsoft's Azure OpenAI service and in Microsoft Copilot software would experience

2    detrimental effects.

3            21.    Without updates from OpenAI, the models Microsoft uses in connection with its

4    Azure OpenAI services and Copilot software would quickly be out-of-date.  This would translate

5    to a degraded experience in terms of functionality, as updates are continually being released to

6    provide new features.  Those improved features would not be available on any future Azure

7    OpenAI-powered service or Microsoft's Copilot software.  Likewise, updates are continually

8    released to improve security and safety for the models.  Without updates from OpenAI,

9    Microsoft's services and software would not have the most up to date security and safety features.

10           22.    Customers of Azure OpenAI (developers) would be directly impacted.  Because

11   Azure OpenAI would no longer be providing access to model updates incorporating bug or

12   security fixes, all applications built on Azure OpenAI would lack improved features, safety, and

13   security from OpenAI.  That would mean that developers using Azure OpenAI would no longer

14   be able to utilize the latest models or versions to develop their own applications.

15           23.    Customers who use Azure OpenAI choose to do so specifically because of the added

16   benefits and guarantees that Azure offers on top of the model itself. However, without access to

17   the regular updates to the OpenAI models, and to new model generations, Microsoft's customers

18   would no longer have meaningful access to the OpenAI models with the added services and

19   security provided by Azure, discussed above.

20           24.    Additionally, many customers prefer developing with OpenAI models or utilizing

21   services based on OpenAI models due to the high level of quality of the models and established

22   reputation as a top-of-the-line offering.  If they no longer have access to the most up-to-date

23   OpenAI models through Microsoft's services, they would have to reengineer their applications to

24   incorporate the functionality of a different model.

25           25.    All these impacts extend well beyond Microsoft and Microsoft's direct customers.

26   They would impact all the users of the software developed by Microsoft's customers using the

27   Azure OpenAI service.  Where that software is provided externally by Microsoft's customers, this

28

- 6 -

1   would include their external customers.  And where it is used internally by our customers, it would

2   include their internal users.

3          26.    As to Microsoft itself and its Copilot software, without updates from OpenAI,

4   Copilot would no longer be running on the latest OpenAI models or versions, which would result

5   in decreased functionality, an increased risk of lapses in safety and security, and harm to its

6   reputation as a cutting-edge technology.

7          27.    While Microsoft could potentially utilize a non-OpenAI model in its software, that

8   would involve significant engineering and redevelopment.  For example, Microsoft has invested

9   significantly in red-teaming the OpenAI model (a cybersecurity process whereby developers

10  simulate cybersecurity attacks in order to identify and fix vulnerabilities), in addition to security

11  testing and tests for AI-specific concerns like generating harmful content.  That work would have

12  to be redone on any new model before it could be deployed to customers.  Because of Microsoft's

13  high safety and performance standards, significant testing would be required before determining

14  whether a different model would be suitable, and not all models would make the grade.

15         28.    Offering the very latest generative AI technology, including from OpenAI, is vital

16  to the success of the companies and people Microsoft serves and, in turn, to their customers. And

17  maintaining the most up-to-date, secure, and safest OpenAI models is vital to Microsoft, since it

18  is what our customers demand.  The failure to do so would have a significant impact on

19  Microsoft's Azure OpenAI business as well as its Copilot software, and the millions of people

20  who use it.

21

22         I declare under the penalty of perjury under the laws of the United States of America that

23  the foregoing statements are true and correct.

24         Executed on December 13, 2024 in _____.

25

26         By: _____
                                        Signed by:
                                        Yina Arenas
                                        F5702752ACD7494...

27                                        Yina Arenas

28

- 7 -

DECLARATION OF YINA ARENAS ISO OF
OPPOSITION TO MOTION FOR PRELIMINARY                          4:24-CV-04722-YGR
INJUNCTION