RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted pro hac vice)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted pro hac vice)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **DECLARATION OF GENEVIEVE KLOBUCHAR IN SUPPORT OF DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN, AND DEANNAH TEMPLETON'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: **January 14, 2025** <br> Time: **2:00 p.m.** <br> Place: **Courtroom 1 (4th Floor)** <br> **1301 Clay St.** <br> **Oakland, CA  94612** |

I, GENEVIEVE KLOBUCHAR, declare as follows:

1. I am a Senior Finance Director at Microsoft responsible for leading Microsoft's Azure AI revenue planning and reporting. As a result of my role and responsibilities, I am familiar with Microsoft's financial reporting systems. I first worked at Microsoft in 2015.

2. I submit this Declaration in support of Microsoft's Opposition to Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of all facts stated herein, and if called as a witness, I could and would competently testify to them under oath.

3. In connection with this declaration, I have reviewed true and correct copies of Microsoft financial records kept in the ordinary course of business relating to its GitHub Copilot and Azure OpenAI services for Fiscal Years 2022 and 2023. I also reviewed Microsoft's total worldwide revenue for all products and services in Fiscal Years 2022 and 2023. Microsoft's fiscal year runs from July 1 to June 30 of each year. For example, Microsoft's Fiscal Year 2022 runs from July 1, 2021 to June 30, 2022.

4. GitHub Copilot did not start generating revenue until Fiscal Year 2023.

5. Azure OpenAI service did not start generating revenue until Fiscal Year 2023.

6. I am not aware of any other Microsoft products or services that provided similar functionality to products or services sold or licensed by OpenAI and that generated direct revenue for Microsoft in Fiscal Years 2022 or 2023.

7. Based on my analysis of the financial records kept in the ordinary course of business for GitHub Copilot and Azure OpenAI service, Microsoft did not have any revenue from those products in Fiscal Year 2022.

8. Based on my analysis of Microsoft's financial records kept in the ordinary course of business, in Fiscal Year 2023 Microsoft's gross worldwide revenue for GitHub Copilot and Azure OpenAI service represented less than 2% of Microsoft's total gross worldwide revenue for Fiscal Year 2023.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12/12/2024 in Gig Harbor, Washington.

By: *[signature]*
Genevieve Klobuchar