| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com<br>HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-45555<br><br>NISHA PATEL (SBN 281628)<br>Nisha.patelgupta@dechert.com<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760 | ANDREW J. LEVANDER (admitted pro hac vice)<br>Andrew.levander@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>JOHN (JAY) JURATA, JR. (admitted pro hac vice)<br>Jay.jurata@dechert.com<br>DECHERT LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333 |

*Attorneys for Defendants Microsoft Corporation,
Reid Hoffman, and Deannah Templeton*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>    Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DECLARATION OF REID HOFFMAN IN SUPPORT OF DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN, AND DEANNAH TEMPLETON'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:    **January 14, 2025**<br>Time:   **2:00 p.m.**<br>Place:  **Courtroom 1 (4th Floor)**<br>          **1301 Clay St.**<br>          **Oakland, CA  94612** |

I, Reid Hoffman, state and declare as follows:

1. I submit this Declaration in opposition to Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of all the facts stated herein, and if called as a witness could competently testify to them under oath.

2. I am an internet entrepreneur and venture capitalist. I am active in all facets of the consumer internet and software industries, and my focus spans product development, innovation, business strategy, and finance. I am a co-founder of LinkedIn, and since 2009 I have worked as an investor at Greylock Partners, where I focus on building products that can reach hundreds of millions of participants. I have been involved with some of the best-known seed-stage and growth companies over the past two decades, including PayPal, Facebook, Zynga, Last.fm, Flickr, Mozilla and OpenAI.

3. I currently serve as an independent director on the board of Microsoft Corporation ("Microsoft"). I joined the board of Microsoft in March 2017, following its acquisition of LinkedIn, and have served continuously since that time as an independent director. Aside from my duties as an independent director, I have no operational role or responsibilities relating to generative AI or any other business at Microsoft, nor have I in the past.

4. I was involved with OpenAI, Inc. since its inception, and joined its board in March 2018. Throughout the time I was on the OpenAI board it was designated as a 501(c)(3) tax-exempt nonprofit organization.

5. I resigned from OpenAI board in March 2023. This was shortly after OpenAI's release of ChatGPT in November 2022, and its first paid version of ChatGPT in February 2023.

6. Throughout my career, I have served as a director on numerous for profit and non-profit boards. On every board I serve I take my legal and ethical obligations seriously. I ensure that confidential information is protected and that conflict of interest principles are appropriately observed. By way of example, during the time I was on both the Microsoft and OpenAI boards, I abstained from voting on any proposal relating to Microsoft's investment in OpenAI on either the OpenAI or Microsoft boards.

7. I understand that Plaintiffs in their motion allege that I was a "key negotiating force" between Microsoft and the Altman-Brockman team in connection with the events around Sam Altman's removal from and reinstatement at OpenAI in November 2023. This is false. I played no role in connection with Sam's firing or rehiring by OpenAI. It is also false that I

1 continue to "reference" my non-public knowledge of OpenAI information. I have not disclosed
2 to anyone at Microsoft, or anyone else, non-public OpenAI information that I may have obtained
3 before leaving the OpenAI board more than 18 months ago. Likewise, I never disclosed to
4 OpenAI any non-public Microsoft information that I may have obtained from my role as a
5 Microsoft director.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12, 2024 in London, England.

By: *REID HOFFMAN* (DocuSigned)
Reid Hoffman

- 2 -

DECLARATION OF REID HOFFMAN ISO OF
OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

4:24-CV-04722-YGR