1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  JAYMIE PARKKINEN (CA SBN 318394)
   JParkkinen@toberoffandassociates.com
3  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
4  Malibu, CA 90265
   Telephone: (310) 246-3333
5
   *Attorneys for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp.*
6
7  (Additional counsel listed on the next page)

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                   **OAKLAND DIVISION**

11 ELON MUSK, et al.,                    Case No. 4:24-cv-04722-YGR

12            Plaintiffs,                **JOINT STIPULATION AND [PROPOSED]**
                                         **ORDER REGARDING BRIEFING**
13      v.                               **SCHEDULE AND CONSOLIDATION OF**
                                         **REPLIES IN SUPPORT OF PLAINTIFFS'**
14 SAMUEL ALTMAN, et al.,                **MOTION FOR A PRELIMINARY**
                                         **INJUNCTION**
15            Defendants.

16
17                                          Action Filed:  August 5, 2024
                                            Trial Date:    None Set
18                                          Judge: Hon. Yvonne Gonzalez Rogers

19
20
21
22
23
24
25
26
27
28

1   JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
2   DAVID J. WIENER (CA SBN 291659)
    DWiener@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, CA 94105
    Telephone: (415) 268-7000
5

6   WILLIAM SAVITT (admitted *pro hac vice*)
    WDSavitt@wlrk.com
7   SARAH K. EDDY (admitted *pro hac vice*)
    SKEddy@wlrk.com
8   WACHTELL, LIPTON, ROSEN & KATZ
    51 West 52nd Street
9   New York, NY 10019
    Telephone: (212) 403-1000
10

11  *Attorneys for Defendants Samuel Altman, Gregory Brockman,*
    *OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
12  *OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
    *OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
13  *OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
    *OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
14  *OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
    *OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
15  *OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
    *Aestas Management Company, LLC, and Aestas LLC*
16

17

18
    RUSSELL P. COHEN (SBN 213105)
19  Russ.cohen@dechert.com
    HOWARD M. ULLMAN (SBN 206760)
20  Howard.ullman@dechert.com
    DECHERT LLP
21  45 Fremont Street, 26th Floor
    San Francisco, CA 94105
22  Telephone: (415) 262-4500

23  NISHA PATEL (SBN 281628)
    Nisha.patelgupta@dechert.com
24  DECHERT LLP
    633 West 5th Street, Suite 4900
25  Los Angeles, CA 90071
    Telephone: (213) 808-5700
26

27

28

JOINT STIP AND [PROPOSED] ORDER RE REPLIES ISO PLAINTIFFS' MTN FOR PRELIM. INJ.
CASE NO.: 4:24-CV-04722-YGR

1  ANDREW J. LEVANDER (admitted *pro hac vice*)
   Andrew.levander@dechert.com
2  DECHERT LLP
   Three Bryant Park
3  1095 Avenue of the Americas
   New York, NY 10036
4  Telephone: (212) 698-3500
   Facsimile: (212) 698-3599
5
   JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
6  Jay.jurata@dechert.com
   DECHERT LLP
7  1900 K Street, N.W.
   Washington, DC 20006
8  Telephone: (202) 261-3300
   Facsimile: (202) 261-3333
9

10 *Attorneys for Defendants Microsoft Corporation,*
   *Reid Hoffman, and Deannah Templeton*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP AND [PROPOSED] ORDER RE REPLIES ISO PLAINTIFFS' MTN FOR PRELIM. INJ.
CASE NO.: 4:24-CV-04722-YGR

1   Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. (collectively, the "Plaintiffs");

2   Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C.,

3   OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI

4   Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C.,

5   OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV

6   GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV,

7   L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup

8   Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and

9   Aestas LLC (collectively, the "OpenAI Defendants"); Defendant Deannah Templeton, Reid

10  Hoffman, and Microsoft Corporation (collectively, the "Microsoft Defendants", and with Plaintiffs

11  and OpenAI Defendants, the "Parties"), by and through their counsel, hereby stipulate as follows:

12          WHEREAS, on August 5, 2024, Plaintiff Musk filed a Complaint against the OpenAI

13  Defendants (ECF No. 1);

14          WHEREAS, on September 11, 2024, the Court granted Plaintiff Musk's and the OpenAI

15  Defendants' stipulation extending the deadline for the OpenAI Defendants to respond to the

16  Complaint to October 8, 2024 (ECF No. 22);

17          WHEREAS, on October 8, 2024, the OpenAI Defendants filed their Motion to Dismiss the

18  Complaint (ECF No. 25);

19          WHEREAS, on October 11, 2024, the Court set a case management conference for

20  December 16, 2024 (ECF No. 27);

21          WHEREAS, on October 15, 2024, the Court granted Plaintiff Musk's and the OpenAI

22  Defendants' stipulation extending the deadline for Plaintiff Musk to respond to the Motion to

23  Dismiss by filing an Opposition or amending the Complaint to November 14, 2024 (ECF No. 29);

24          WHEREAS, on November 14, 2024, Plaintiffs filed a First Amended Complaint (ECF No.

25  32);

26          WHEREAS, on November 19, the Court entered an Order setting the deadline to respond

27  to the First Amended Complaint to December 10, 2024 (ECF No. 38);

28          WHEREAS, on November 21, the Court entered an Order vacating the Initial Case

1    Management Conference previously set for December 16 to be rescheduled to a later date (ECF

2    No. 39);

3         WHEREAS, on November 29, Plaintiffs filed a Motion for a Preliminary Injunction, which

4    set a hearing date of January 7, 2025 (ECF No. 46);

5         WHEREAS, on December 5, the Court entered an Order granting the Parties' stipulation

6    extending the deadline for Defendants to respond to the First Amended Complaint to January 31,

7    2025, and set at Initial Case Management Conference for May 19, 2025 (ECF No. 61);

8         WHEREAS, on December 9, the Court entered an Order granting the Parties' stipulation

9    continuing the January 7 hearing on Plaintiffs' Motion for a Preliminary Injunction to January 14,

10   2025 (ECF No. 63);

11        WHEREAS, on December 13, the OpenAI Defendants and the Microsoft Defendants each

12   filed an opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF Nos. 64 and 65,

13   respectively);

14        WHEREAS, Plaintiffs' replies in support of their Motion for a Preliminary Injunction are

15   presently due on December 20;

16        WHEREAS, the devastating Franklin Fire in Malibu, California, which began December 9

17   and is still ongoing, resulted in mandatory evacuation orders, road closures, and power outages,

18   and as a result, shut down the office of Plaintiffs' counsel for most of last week, in addition to

19   forcing Plaintiffs' lead counsel and his family to evacuate their home;

20        WHEREAS, in light of Plaintiffs' view that there are numerous overlapping arguments

21   raised in both the OpenAI Defendants' and Microsoft Defendants' respective oppositions to

22   Plaintiffs' Motion for a Preliminary Injunction and for the sake of judicial economy and the

23   convenience of the Court, subject to the Court's approval, Plaintiffs seek to submit one

24   consolidated reply not to exceed 24 pages in length in support of their Motion, to which the

25   OpenAI Defendants and Microsoft Defendants do not object;

26        WHEREAS, the office of Plaintiffs' counsel was closed for several days as a result of the

27   Franklin Fire impairing the ability of Plaintiffs' counsel to work on this case, the Parties have

28   agreed, subject to the Court's approval, to extend the due date of Plaintiffs' reply(ies) in support of

their Motion for a Preliminary Injunction one week to December 27, 2024, which will not affect

the January 14, 2025 hearing date nor otherwise delay the efficient progress of this case:

IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, by

Plaintiffs, the OpenAI Defendants, and the Microsoft Defendants that:

1. Plaintiffs shall submit one consolidated reply in support of their Motion for a

   Preliminary Injunction, not to exceed 24 pages in length, by December 27, 2024.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  December 17, 2024

TOBEROFF & ASSOCIATES, P.C.

By:    /s/ Marc Toberoff
       Marc Toberoff (CA SBN 188547)

*Attorneys for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp.*

Dated:  December 17, 2024

MORRISON & FOERSTER LLP

By:    /s/ Jordan Eth
       Jordan Eth (CA SBN 121617)

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

Dated:  December 17, 2024

DECHERT LLP

By:    /s/ Russell P. Cohen
       Russell P. Cohen (SBN 213105)

*Attorneys for Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton*

JOINT STIP AND [PROPOSED] ORDER RE REPLIES ISO PLAINTIFFS' MTN FOR PRELIM. INJ.
CASE NO.: 4:24-CV-04722-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I hereby attest that signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.


Dated: December 17, 2024                    */s/ Marc Toberoff*
                                            Marc Toberoff (CA SBN 188547)

---

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation and ORDERS that Plaintiffs shall submit one consolidated reply in support of their Motion for a Preliminary Injunction, not to exceed 24 pages in length, by December 27, 2024.

Dated: _____          _____

The Hon. Yvonne Gonzalez Rogers