**RAINES FELDMAN LITTRELL LLP**
Miles J. Feldman (State Bar No. 173383)
 *mfeldman@raineslaw.com*
Tyler G. Whitmer (State Bar No. 248192)
 *twhitmer@raineslaw.com*
Laith D. Mosely (State Bar No. 250832)
 *lmosely@raineslaw.com*
Joshua C. Williams (State Bar No. 317148)
 *jwilliams@raineslaw.com*
1900 Avenue of the Stars, 19th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Attorneys for Proposed Amicus Curiae*
ENCODE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN, *et al.*,<br><br>　　　　　Defendants. | Case No.: 4:24-cv-04722-YGR<br><br>Assigned to: Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF THE PART OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION SEEKING TO ENJOIN THE RESTRUCTURING OF OPENAI INTO A FOR-PROFIT ENTERPRISE**<br><br>*(Filed concurrently with Motion for Leave and Proposed Amicus Brief)* |

Upon consideration of the Motion of Proposed *Amicus Curiae* Encode for Leave to File *Amicus Curiae* Brief in Support of the Part of Plaintiffs' Motion for a Preliminary Injunction Seeking to Enjoin the Restructuring of OpenAI into a For-Profit Enterprise, and the entire record herein, it is hereby:

    1.    ORDERED that the Motion is GRANTED; and it is

    2.    FURTHER ORDERED that the Brief of Encode as Amicus Curiae in Support of the Part of Plaintiffs' Motion for a Preliminary Injunction Seeking to Enjoin the Restructuring of OpenAI into a For-Profit Enterprise be filed on the docket by counsel.

DATED: _____        By: _____
                                                                     Hon. Yvonne Gonzalez Rogers

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action; I am employed by Raines Feldman Littrell LLP and its business address is 1900 Avenue of the Stars, 19th Floor, Los Angeles, California 90067; amkawasi@raineslaw.com.

On December 27, 2024, I served the following document(s) described as **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF THE PART OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION SEEKING TO ENJOIN THE RESTRUCTURING OF OPENAI INTO A FOR-PROFIT ENTERPRISE** by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

SEE ATTACHED SERVICE LIST

☒ **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in the attached service list.

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed December 27, 2024, at Los Angeles, California.

/s/ Addy Mkawasi Welch
Addy Mkawasi Welch

# SERVICE LIST

| | |
|---|---|
| Marc Toberoff (SBN 188547)<br>Jaymie Parkkinen (SBN 318394)<br>**TOBEROFF & ASSOCIATES, P.C.**<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101<br>MToberoff@toberoffandassociates.com<br>JParkkinen@toberoffandassociates.com | *Attorneys for Plaintiffs,*<br>ELON MUSK, SHIVON ZILIS, and X.AI CORP. |
| Jordan Eth (SBN 121617)<br>David J. Wiener (SBN 291659)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Facsimile: (737) 910-0730<br>JEth@mofo.com<br>DWiener@mofo.com<br><br>William Savitt (Admitted *Pro Hac Vice*)<br>Sarah K. Eddy (Admitted *Pro Hac Vice*)<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000<br>WDSavitt@wlrk.com<br>SKEddy@wlrk.com | *Attorneys for Defendants,*<br>SAMUEL ALTMAN, GREGORY BROCKMAN, OPENAI, INC., OPENAI L.P., OPENAI, L.L.C., OPENAI GP, L.L.C., OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND SPV GP I, L.L.C., OPENAI STARTUP FUND SPV GP II, L.L.C., OPENAI STARTUP FUND SPV GP III, L.L.C., OPENAI STARTUP FUND SPV GP IV, L.L.C., OPENAI STARTUP FUND SPV I, L.P., OPENAI STARTUP FUND SPV II, L.P., OPENAI STARTUP FUND SPV III, L.P., OPENAI STARTUP FUND SPV IV, L.P., AESTAS MANAGEMENT COMPANY, LLC, and AESTAS LLC |
| Russell P. Cohen (SBN 213105)<br>Howard M. Ullman (SBN 206760)<br>**DECHERT LLP**<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-4555<br>russ.cohen@dechert.com<br>howard.ullman@dechert.com | *Attorneys for Defendants,*<br>MICROSOFT CORPORATION, REID HOFFMAN, and DEANNAH TEMPLETON |

Nisha Patel (SBN 281628)
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
nisha.patelgupta@dechert.com

Andrew J. Levander (Admitted *Pro Hac Vice*)
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

John (Jay) Jurata, Jr. (Admitted *Pro Hac Vice)*
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
jay.jurata@dechert.com