Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> Assigned to Hon. Yvonne Gonzalez Rogers <br><br> **DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: January 14, 2025 <br> Time: 2:00 p.m. <br> Place: Courtroom 1 (4th Fl.) <br> 1301 Clay St. <br> Oakland, CA 94612 |

# DECLARATION

I, Marc Toberoff, declare as follows:

1. I am a member of the bar of the State of California and a principal of the law firm Toberoff & Associates, P.C., counsel of record for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. ("Plaintiffs"). I submit this Declaration in Support of Plaintiffs' Reply in Support of Their Motion for a Preliminary Injunction. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. Attached hereto as **Exhibit 24** is a true and correct copy of an audio-visual recording of an interview titled "How PayPal Billionaire Reid Hoffman Got Bill Gates To Understand OpenAI And The Power Of LLMs" published on July 29, 2024, and available for viewing at: https://www.youtube.com/watch?v=xyTLzl0rRq4. A USB drive with a copy of this audio-visual recording will be submitted in a physical copy to the Clerk of the Court and will likewise be served on opposing counsel per the Court's instructions.

3. Attached hereto as **Exhibit 25** is a true and correct copy of a transcript of the audio-visual file attached as Exhibit 24.

4. Attached hereto as **Exhibit 26** is a true and correct copy of an audio-visual recording of an interview titled "Reid Hoffman: AI and Human Collaboration" published on August 2, 2024, and available for viewing at: https://www.youtube.com/watch?v=hRbCWAODPOI. A USB drive with a copy of this audio-visual recording will be submitted in a physical copy to the Clerk of the Court and will likewise be served on opposing counsel per the Court's instructions.

5. Attached hereto as **Exhibit 27** is a true and correct copy of a transcript of the pertinent portion (01:04:28 – 01:05:45) of the audio-visual file attached as Exhibit 26.

6. Attached hereto as **Exhibit 28** is a true and correct copy of an audio-visual recording of an interview titled "The Next Frontier: Sam Altman on the Future of A.I. and Society" published on July 29, 2024, and available for viewing at: https://www.youtube.com/watch?v=tn0XpTAD_8Q. A USB drive with a copy of this audio-visual recording will be submitted in a physical copy to the Clerk of the Court and will

| | |
|---|---|
| 1 | likewise be served on opposing counsel per the Court's instructions. |
| 2 | 7. Attached hereto as **Exhibit 29** is a true and correct copy of a transcript of the |
| 3 | pertinent portion (00:19:04 – 00:29:20) of the audio-visual file attached as Exhibit 28. |
| 4 | 8. Attached hereto as **Exhibit 30** is a true and correct copy of Microsoft |
| 5 | Corporation's Form 10-K filing with the Securities and Exchange Commission for the fiscal |
| 6 | year ended June 30, 2021. |
| 7 | 9. Attached hereto as **Exhibit 31** is a true and correct copy of Microsoft |
| 8 | Corporation's Form 10-K filing with the Securities and Exchange Commission for the fiscal |
| 9 | year ended June 30, 2022. |
| 10 | 10. Attached hereto as **Exhibit 32** is a true and correct copy of Microsoft |
| 11 | Corporation's Form 10-K filing with the Securities and Exchange Commission for the fiscal |
| 12 | year ended June 30, 2023. |
| 13 | 11. Attached hereto as **Exhibit 33** is a true and correct copy of the webpage titled |
| 14 | "Team" published on Reinvent Capital's website and accessed at |
| 15 | https://www.reinventcapital.com/team. |
| 16 | 12. Attached hereto as **Exhibit 34** is a true and correct copy of the webpage titled |
| 17 | "Investments" published on Reinvent Capital's website and accessed at |
| 18 | https://www.reinventcapital.com/investments. |
| 19 | 13. Attached hereto as **Exhibit 35** is a true and correct copy of the webpage titled |
| 20 | "About" published on Entrepreneur First's website and accessed at |
| 21 | https://www.joinef.com/about/. |
| 22 | 14. Attached hereto as **Exhibit 36** is a true and correct copy of the webpage titled |
| 23 | "Portfolio" published on Entrepreneur First's website and accessed at |
| 24 | https://www.joinef.com/portfolio/. |
| 25 | 15. Attached hereto as **Exhibit 37** is a true and correct copy of the webpage titled |
| 26 | "Reid Hoffman | Village Global HQ Team" published on Village Global's website and |
| 27 | accessed at villageglobal.vc/team/reid-hoffman. |
| 28 | 16. Attached hereto as **Exhibit 38** is a true and correct copy of the webpage, titled |

1 "Portfolio" published on Village Global's website and accessed at
2 https://www.villageglobal.vc/portfolio.

3     17.    Attached hereto as **Exhibit 39** is a true and correct copy of an article published
4 in *Global Business Outlook* on December 3, 2024, titled "OpenAI allows employees to sell
5 USD 1.5 billion stock to Japan's SoftBank."

6     18.    Attached hereto as **Exhibit 40** is a true and correct copy of an article published
7 in *Futurism* on December 10, 2024, titled "OpenAI Concerned About Illegal Activity on Sora,
8 Releases It Anyway," by Frank Landymore.

9     19.    Attached hereto as **Exhibit 41** is a true and correct copy of an article published
10 in *Business Insider* on December 13, 2024, titled "OpenAI had a 2-Year Lead in AI Race to
11 Work on ChatGPT: Microsoft CEO," by Beatrice Nolan.

12     20.    Attached hereto as **Exhibit 42** is a true and correct copy of an article published
13 in *The Motley Fool* on December 16, 2024, titled "OpenAI Founder Sam Altman Just
14 Delivered Fantastic News for Microsoft Investors," by Billy Duberstein.

15     21.    Attached hereto as **Exhibit 43** is a true and correct copy of an article published
16 in *The New York Times* on December 17, 2024, titled "How OpenAI Hopes to Sever Its
17 Nonprofit Roots," by David A. Fahrenthold, Cade Metz, and Mike Isaac.

18     22.    Attached hereto as **Exhibit 44** is a true and correct copy of the webpage titled
19 "From conversation to code: Microsoft introduces its first product features powered by GPT-
20 3," published on Microsoft's website on May 25, 2021, and accessed at
21 https://news.microsoft.com/source/features/ai/from-conversation-to-code-microsoft-
22 introduces-its-first-product-features-powered-by-gpt-3/.

23     23.    Attached hereto as **Exhibit 45** is a true and correct copy of a letter dated
24 December 17, 2024 from Robert Weissman, Co-President of Public Citizen to Rob Bonta,
25 Attorney General of the State of California.

26     24.    Attached hereto as **Exhibit 46** is a true and correct copy of the webpage titled
27 "OpenAI" accessed at https://sacra.com/c/openai/.

28     25.    Attached hereto as **Exhibit 47** is a true and correct copy of the transcript of

Microsoft's December 13, 2022 Annual Shareholders Meeting accessed at https://www.microsoft.com/en-us/investor/events/fy-2023/annual-shareholders-meeting-2022.

26. Attached hereto as **Exhibit 48** is a true and correct copy of a June 29, 2021 blog post titled "Introducing GitHub Copilot: your AI pair programmer," and accessed at https://github.blog/news-insights/product-news/introducing-github-copilot-ai-pair-programmer/.

27. Attached hereto as **Exhibit 49** is a true and correct copy of a November 27, 2024, letter from me to Supervising Deputy Attorney General Caitlin Noble.

28. Attached hereto as **Exhibit 50** is a true and correct copy of an article published in *The Wall Street Journal* on December 13, 2024, titled "Meta Urges California Attorney General to Stop OpenAI From Becoming For-Profit," by Jessica Toonkel, Keach Hagey, and Meghan Bobrowsky.

29. Attached hereto as **Exhibit 51** is a true and correct copy of an article published in *The Verge* on December 14, 2024, titled "Meta asks California AG to block OpenAI's switch from non-profit to for-profit," by Alex Heath.

30. Attached hereto as **Exhibit 52** is a true and correct copy of an article published in *TechCrunch* on December 20, 2024, titled "Sam Altman once owned some equity in OpenAI through Sequoia," by Maxwell Zeff.

31. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2024, at Malibu, California.

                                          */s/ Marc Toberoff*
                                          Marc Toberoff