Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,*
*Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **EXHIBIT 24 TO THE DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |
| | Date:       January 14, 2025 |
| | Time:       2:00 p.m. |
| | Place:      Courtroom 1 (4th Fl.) |
| | 1301 Clay St. |
| | Oakland, CA 94612 |

**MANUAL FILING NOTIFICATION**

**(Exhibit 24 to the Declaration of Marc Toberoff)**

PLEASE TAKE NOTICE that Exhibit 24 to the December 27, 2024 Declaration of Marc Toberoff in Support of Plaintiffs' Reply in Support of Their Motion for a Preliminary Injunction is in physical form and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in physical copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at https://www.cand.uscourts.gov/ under Frequently Asked Questions (FAQ).

This was not e-filed for the following reason: it is a non-graphical/textual computer file, namely a flash drive containing audio-visual files.

DATED: December 27, 2024            Respectfully Submitted,

TOBEROFF & ASSOCIATES, P.C.

*/s/ Marc Toberoff*
Marc Toberoff

*Attorneys for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp.*