# EXHIBIT 25

TRANSCRIPT OF
FORBES CLIPS (@FORBESCLIPS), HOW PAYPAL BILLIONAIRE REID HOFFMAN GOT BILL GATES TO UNDERSTAND OPENAI AND THE POWER OF LLMS, YOUTUBE (JULY 29, 2024)

https://www.youtube.com/watch?v=xyTLzl0rRq4

| | | |
|---|---|---|
| 1 | **REID HOFFMAN:** Well, one as a good partner, you try to bring | 00:00 |
| 2 | what the other person needs -- right -- for this partnership's highest performance. | 00:03 |
| 3 | So it's like, how do we succeed for our mission, our game, our organization, our | 00:08 |
| 4 | company, our institution? | 00:14 |
| 5 | Now typically, that will be a breadth of strategic knowledge about | 00:16 |
| 6 | what's going on. Sometimes it'll be depth of the technology around kind of | 00:21 |
| 7 | what's going on in AI. | 00:25 |
| 8 | Most often, it's network: like what's going on in other institutions; | 00:27 |
| 9 | what's going on in the industry; what's going on in the market. -- Um -- | 00:31 |
| 10 | Sometimes, it's other people that should be recruited in or met by the CEO or | 00:35 |
| 11 | the key executives. Sometimes it's awareness of -- you know -- what is likely | 00:40 |
| 12 | going to be happening in the future and how to bring that knowledge, that lens, | 00:47 |
| 13 | that perspective into the person you're partnering with: the CEO's orbit and | 00:53 |
| 14 | that organization. | 00:58 |
| 15 | So for example -- um -- just as a kind of a fun specific, was when we | 00:59 |
| 16 | at OpenAI were trying to make sure that Bill Gates and the Microsoft team | 01:06 |
| 17 | broadly -- Satya and Kevin were already -- are all in it -- but, would understand | 01:13 |
| 18 | the amazing thing that's happening with these large language models. We did a -- | 01:18 |
| 19 | We arranged a meeting at Bill's house where Bill and a bunch of the Microsoft | 01:22 |
| 20 | executives among, and some of the OpenAI executives, and Sam Altman, and I | 01:26 |
| 21 | and everyone else -- Satya and Nadella were in the room -- and we were running | 01:29 |
| 22 | through the 'how could this -- uh, you know -- GPT-4 with no specific training | 01:32 |
| 23 | on biology pass the AP bio exam?' And -- And make that happen, and show that | 01:40 |
| 24 | it was capable of in-depth knowledge, and learning, and accurate information. | 01:46 |
| 25 | And that's part of what -- when you're bringing all of those resources in the room. | 01:51 |

2

| | | |
|---|---|---|
| 1 | That's an example of partnership.  Now in this case, Satya already knew it, | 01:55 |
| 2 | Kevin Scott already knew it, the OpenAI people obviously already knew it. | 01:59 |
| 3 | But then it helped all the Microsoft executives.  It helped Bill Gates go: | 02:03 |
| 4 | "Aha, I see the future through this screen." | 02:06 |