Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,*
*Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | |
| SAMUEL ALTMAN, et al., | **EXHIBIT 26 TO THE DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION** |
| Defendants. | |

Date:       January 14, 2025
Time:       2:00 p.m.
Place:      Courtroom 1 (4th Fl.)
             1301 Clay St.
             Oakland, CA 94612

CASE No. 4:24-cv-04722-YGR
MANUAL FILING NOTIFICATION

## MANUAL FILING NOTIFICATION

### (Exhibit 26 to the Declaration of Marc Toberoff)

PLEASE TAKE NOTICE that Exhibit 26 to the December 27, 2024 Declaration of Marc Toberoff in Support of Plaintiffs' Reply in Support of Their Motion for a Preliminary Injunction is in physical form and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in physical copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at https://www.cand.uscourts.gov/ under Frequently Asked Questions (FAQ).

This was not e-filed for the following reason: it is a non-graphical/textual computer file, namely a flash drive containing audio-visual files.

DATED: December 27, 2024         Respectfully Submitted,

TOBEROFF & ASSOCIATES, P.C.

/s/ Marc Toberoff
Marc Toberoff

Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.