# EXHIBIT 27

TRANSCRIPT OF EXCERPT FROM
BEFORE AGI (@BEFOREAGI), REID HOFFMAN: AI AND HUMAN COLLABORATION,
YOUTUBE (AUG. 2, 2024)
https://www.youtube.com/watch?v=hRbCWAODPOI

| | | |
|---|---|---|
| 1 | **ALEKSANDER MADRY:** So your role on the board is the guy who | 01:04:28 |
| 2 | fires and hires the CEO?  Or, other board members?  Like what -- what do you | 01:04:30 |
| 3 | view as your role on this board? | 01:04:35 |
| 4 | **REID HOFFMAN:** Well, I look around and I say, "What | 01:04:36 |
| 5 | should my role on this board be?"  And then get agreement from the board | 01:04:38 |
| 6 | members, from the CEO; like, "Here is how I think our roles should be."  Um -- | 01:04:44 |
| 7 | And, and so -- um -- you know -- for example, on the -- on the Microsoft board, | 01:04:49 |
| 8 | my primary role -- Obviously, I have a bunch of -- we -- we share a bunch of | 01:04:55 |
| 9 | roles, including the hiring and firing the CEO together. | 01:05:00 |
| 10 | **ALEKSANDER MADRY:** Yeah. | 01:05:02 |
| 11 | **REID HOFFMAN:** But -- Like for example, I'm -- uh -- | 01:05:03 |
| 12 | uh -- I'm to work most closely with -- uh -- Satya and the rest of the executives | 01:05:06 |
| 13 | on technology strategy.  The board members say, "Hey" -- You know, when they | 01:05:11 |
| 14 | have a question, they'll generally call me first because I spend  -- you know -- | 01:05:15 |
| 15 | a day outside of every board meeting, meeting with a bunch of different product | 01:05:19 |
| 16 | groups -- uh -- kind of saying, "Okay, what are you working on?"  And a bunch | 01:05:22 |
| 17 | of it obviously is the AI stuff.  But there's also over the years-- | 01:05:25 |
| 18 | **ALEKSANDER MADRY:** Yeah. | 01:05:28 |
| 19 | **REID HOFFMAN:** --been other things too. | 01:05:28 |
| 20 | **ALEKSANDER MADRY:** Yeah. | 01:05:29 |
| 21 | **REID HOFFMAN:** Part of the reason why -- you know -- | 01:05:30 |
| 22 | Microsoft -- uh -- redid its browser strategy was because -- you know -- I went | 01:05:32 |
| 23 | to Satya and I said -- you know -- "This browser strategy doesn't work."  Right? | 01:05:36 |
| 24 | And he said, "Okay."  We meet -- like, "Let's set up a team.  Will you meet with | 01:05:40 |
| 25 | a team?"  And I'm like, "Absolutely."  Of course. | 01:05:42 |

| | | | |
|---|---|---|---|
| 1 | **ALEKSANDER MADRY:** | Yeah. | 01:05:43 |
| 2 | **REID HOFFMAN:** | And that's part of how this -- this -- | 01:05:44 |
| 3 | this role evolves. | | 01:05:45 |