# EXHIBIT 29

TRANSCRIPT OF EXCERPT FROM
NEW YORK TIMES EVENTS (@NEWYORKTIMESEVENTS), THE NEXT FRONTIER: SAM ALTMAN ON THE FUTURE OF A.I. AND SOCIETY, YOUTUBE (DEC. 4, 2024)

https://www.youtube.com/watch?v=tn0XpTAD_8Q

| # | | Time |
|---|---|---|
| 1 | **ANDREW ROSS SORKIN:** Let me ask you a different question. | 19:04 |
| 2 | -- Um -- And maybe it goes back to the issue of processing power. | 19:05 |
| 3 | And I was going to mention -- um -- Elon Musk is building his own -- | 19:09 |
| 4 | um -- processing -- uh, you know -- these, these huge -- uh -- processing power | 19:13 |
| 5 | labs, effectively, to power -- uh -- xAI. And one of the reasons I was asking you | 19:18 |
| 6 | whether you needed your own is because it seems like everybody is getting | 19:23 |
| 7 | their own. | 19:26 |
| 8 | Um -- We were just talking before to -- um -- to Ken about Elon Musk. | 19:28 |
| 9 | Elon Musk has a sort of unusual relationship in your life -- uh -- over the years, | 19:32 |
| 10 | both as a founder and somebody who's suing the company now. Um -- How | 19:37 |
| 11 | much do you see xAI as a competitor? We talk-- | 19:42 |
| 12 | **SAMUEL ALTMAN:** Yeah. | 19:46 |
| 13 | **ANDREW ROSS SORKIN:** --about Google, obviously, all the time; | 19:46 |
| 14 | And we talk about Anthropic, and, to some degree, Microsoft; And I don't | 19:46 |
| 15 | know where you think Amazon is. We'll talk to Jeff Bezos this afternoon. | 19:52 |
| 16 | But, how do you see that? | 19:56 |
| 17 | **SAMUEL ALTMAN:** They're a competitor. | 19:57 |
| 18 | **ANDREW ROSS SORKIN:** Do you think of them as one of your | 19:59 |
| 19 | biggest competitors? I mean they have -- it appears that they are coming on | 20:00 |
| 20 | super strong. | 20:03 |
| 21 | **SAMUEL ALTMAN:** Yeah, I assume they'll be a really | 20:04 |
| 22 | serious competitor. | 20:05 |
| 23 | **ANDREW ROSS SORKIN:** Did you expect that? | 20:07 |
| 24 | **SAMUEL ALTMAN:** Yes. | 20:08 |
| 25 | /// | |

| | | |
|---|---|---|
| 1 | **ANDREW ROSS SORKIN:** You did? | 20:09 |
| 2 | **SAMUEL ALTMAN:** Yes. | 20:09 |
| 3 | **ANDREW ROSS SORKIN:** And what are they doing? And, and -- | 20:10 |
| 4 | but -- And what are they doing? And how have they been able to literally spin up | 20:11 |
| 5 | a company that -- uh -- feels -- I'm not claiming it's comparable to what you're | 20:15 |
| 6 | doing -- but getting super close, super fast? Meaning, what is that? | 20:19 |
| 7 | **SAMUEL ALTMAN:** Well, a lot of the models at the frontier | 20:24 |
| 8 | are all pretty close now. Um -- But certainly tremendous respect for how quickly | 20:26 |
| 9 | they built that data center. | 20:30 |
| 10 | \* \* \* | |
| 11 | **ANDREW ROSS SORKIN:** Okay. One last related question on that, | 25:45 |
| 12 | and then I actually -- uh -- want to talk a different -- different tech question in -- | 25:47 |
| 13 | about the company, which is: | 25:50 |
| 14 | One of the things that he alleged is that he thinks that you guys are now | 25:52 |
| 15 | so big that there's not competition and that you're trying to prevent competition | 25:55 |
| 16 | from happening by preventing potential funders of, for example, xAI, or arguably | 25:58 |
| 17 | others, from both funding you and funding them at the same time. | 26:04 |
| 18 | **SAMUEL ALTMAN:** Incorrect. -- Uh -- What we said, which | 26:09 |
| 19 | is very standard -- and what we say -- is: | 26:11 |
| 20 | "If you invest in us and want to invest in any of | 26:13 |
| 21 | our competitors, that's totally fine: | 26:15 |
| 22 | We stop your information rights. | 26:17 |
| 23 | You can still do it, but like it's a very standard term | 26:19 |
| 24 | for other companies of our scale -- You know -- We're | 26:22 |
| 25 | just going to stop like telling you our research roadmap." | 26:25 |

2

| | | |
|---|---|---|
| 1 | And everybody is like: "That seems reasonable." | 26:27 |
| 2 | But again, it's like: "You want to go invest in them, go invest." | 26:29 |
| 3 | **ANDREW ROSS SORKIN:**     Um -- Let me ask you a different | 26:32 |
| 4 | question just about the company:  You did start it as a not-for-profit. | 26:33 |
| 5 | -- Uh -- It was a research outfit originally. | 26:36 |
| 6 | **SAMUEL ALTMAN:**     Yeah. | 26:38 |
| 7 | **ANDREW ROSS SORKIN:**     Now, I think there's a view that it has to | 26:38 |
| 8 | shift to be some kind of profit-oriented company. | 26:41 |
| 9 | **SAMUEL ALTMAN:**     Well-- | 26:45 |
| 10 | **ANDREW ROSS SORKIN:**     Does it have to? | 26:45 |
| 11 | **SAMUEL ALTMAN:**     First of all, I like to talk about the reason | 26:47 |
| 12 | we started as a nonprofit because I think it -- I think it sort of speaks to the answer, | 26:50 |
| 13 | too.  When we started, we did not have any idea that we were going to be a | 26:54 |
| 14 | product company.  We also did not know that the amount of capital we needed -- | 26:58 |
| 15 | uh -- would turn out to be so huge.  If we did know those things, we would have | 27:02 |
| 16 | picked a different structure. | 27:07 |
| 17 | Um -- It -- It's hard to overstate, because it wasn't that long ago on | 27:09 |
| 18 | the calendar.  But it's hard to overstate how different 2016 was.  -- Um -- This | 27:14 |
| 19 | was years before we had the research that led to language models.  This was | 27:20 |
| 20 | four and a half years before we launched our first product. -- Um -- This was | 27:24 |
| 21 | like six and a half years before we launched ChatGPT. | 27:30 |
| 22 | All we knew that we wanted to do was do some AI-research and that | 27:33 |
| 23 | we thought AGI and super intelligence eventually would be this important thing | 27:38 |
| 24 | to the world;  And, we wanted to like somehow do something that would be | 27:42 |
| 25 | good.  At the time, we were working on like writing papers, new RL algorithms, | 27:45 |

| | | |
|---|---|---|
| 1 | new theories, -- um -- a way to play video games, -- uh -- a robotic hand. -- um -- | 27:53 |
| 2 | And it was not clear that there would ever be a product or revenue stream at all. | 28:02 |
| 3 | And it wasn't clear that we were going to need one because it wasn't clear we | 28:07 |
| 4 | needed so much money. | 28:09 |
| 5 | **ANDREW ROSS SORKIN:** Right. | 28:10 |
| 6 | **SAMUEL ALTMAN:** It became clear after GPT-1 -- uh -- and | 28:10 |
| 7 | some other work that we were going need to scale.  And we started -- And also, | 28:14 |
| 8 | Elon decided to stop funding us -- as a nonprofit -- and we couldn't get somebody | 28:18 |
| 9 | else to do it -- um -- that we needed to find a way to -- uh -- make a capped profit. | 28:22 |
| 10 | Now, we wanted to keep going with a lot of the things that we think are | 28:28 |
| 11 | good without a nonprofit;  And so, we had the subsidiary capped profit that | 28:32 |
| 12 | worked for a while -- and in some senses still does kind of work, and in some | 28:36 |
| 13 | other senses is like straining the theory of what a nonprofit-controlled org can be, | 28:41 |
| 14 | and the amount of capital we need at this next stage. | 28:49 |
| 15 | So, we are and have been for a while looking at some changes. | 28:51 |
| 16 | Nothing is decided.  It is, as you can imagine, like very complicated to figure | 28:54 |
| 17 | this out. -- Um -- And the board is like hard at work on it.  I don't -- In any | 28:58 |
| 18 | configuration, like the nonprofit doesn't go away.  Like one thing that the board | 29:07 |
| 19 | at, for example, is a PBC:  that a nonprofit owns a huge chunk of and then | 29:12 |
| 20 | figures out how to use that amount of wealth for the -- the purpose of the | 29:16 |
| 21 | nonprofit. | 29:19 |
| 22 | There's other ideas, too. -- Um -- Yeah. | 29:20 |
| 23 | | |
| 24 | | |
| 25 | | |