# EXHIBIT 33

We are experienced founders, operators and investors. We are passionate about supporting teams as they create products and services that matter in people's lives.



Mark Pincus
Managing Member



Michael Thompson
Managing Member





Reid Hoffman
Advisory Member

David Cohen
Operating Partner

Terms of Service

For inquiries contact:
email@reinventcapital.com

About
Team
Investments

Reinvent Capital is not open to new investors.

Any investments or portfolio companies mentioned, referred to, or described on this page are not representative of all investments in vehicles managed by Reinvent Capital and there can be no assurance that the investments will be profitable or that other investments made in the future will have similar characteristics or results. Excluded from this list are investments for which the issuer/portfolio company has not provided permission for Reinvent Capital to disclose publicly. Further, the list of investments is updated on a periodic basis and as such may not reflect the most recent Reinvent Capital investments. Past results of Reinvent Capital's investments, pooled investment vehicles, or investment strategies are not necessarily indicative of future results.

© 2024 Reinvent Capital