# EXHIBIT 34



We invest in world-class founders and great teams who are developing industry-leading products and services and creating long term value.




















**Curated Social Platform**
(Confidential)

Terms of Service

For inquiries contact:
email@reinventcapital.com

About
Team
Investments

Reinvent Capital is not open to new investors.

Any investments or portfolio companies mentioned, referred to, or described on this page are not representative of all investments in vehicles managed by Reinvent Capital and there can be no assurance that the investments will be profitable or that other investments made in the future will have similar characteristics or results. Excluded from this list are investments for which the issuer/portfolio company has not provided permission for Reinvent Capital to disclose publicly. Further, the list of investments is updated on a periodic basis and as such may not reflect the most recent Reinvent Capital investments. Past results of Reinvent Capital's investments, pooled investment vehicles, or investment strategies are not necessarily indicative of future results.

© 2024 Reinvent Capital