# EXHIBIT 36

# Portfolio | Entrepreneur First

joinef.com/portfolio



## Portfolio

Tractable

**Tractable**

Alex Dalyac Founding CEO

Razvan Ranca Founding CTO

AI for accident and disaster recovery.

Funded By:

Aztec

**Aztec**

Joe Andrews President

Zac Williamson CEO

Privacy layer for web3.

Funded By:

Sonantic

## Sonantic

John Flynn CTO

Zeena Qureshi CEO

Building the world's most expressive and realistic artificial voices.

Exited To:

Magdrive

## Magdrive

Mark Stokes CEO

Thomas Clayson CTO

Next generation satellite propulsion.

Funded By:

Neptune

## Neptune

Elizabeth Chan CEO

Jacky Im CTO

Robotic cleaning for the shipping industry.

Funded By:

Genomines

## Genomines

Fabien Koutchekian CEO

Dali Rashid CTO

Efficient plant-based mining.

Funded By:

Unitary

## Unitary

James Thewlis CTO

Sasha Haco CEO

Using AI to detect harmful online content.

Funded By:

Qantev

## Qantev

Tarik Dadi CEO

Hadrien De March CTO

AI claims platform for health and life insurance.

Funded By:

Atlas ML

## Atlas ML

Ross Taylor CTO

Robert Stojnic CEO

Free and open source tools tailored for machine learning workflows.

Exited To:

Filter company