# EXHIBIT 37

# Reid Hoffman | Village Global HQ Team

villageglobal.vc/team/reid-hoffman



HQ Team

## Reid Hoffman

Reid Hoffman is **Chairman** at Village Global.

He is an entrepreneur and executive who has helped shape some of today's most important consumer internet companies including LinkedIn (which he co-founded and led for many years) and PayPal. As an investor, he was an early backer of Facebook, Airbnb, OpenAI, Zynga, and others. He is also co-founder of Inflection AI.

He is the co-author of the bestselling books *Blitzscaling*, *The Start-up of You* and *The Alliance.* He also hosts the podcast Masters of Scale. Reid sits on the board of Microsoft and various other not-for-profits including Stanford's Human-Centered AI Institute, Kiva, Endeavor, and the CZI Biohub.

## Are you an amazing entrepreneur working on a big idea?