# EXHIBIT 38

VILLAGE
GLOBAL

Network    Investing    Portfolio    Insights    Events    Team

## PORTFOLIO

We back audacious seed-stage entrepreneurs across geographies and industries.

Village founders have raised more than $5 billion in follow-on funding — and they're just getting started.

| AI/ML | CONSUMER | ENTERPRISE | EXITED | FINTECH | HEALTH | LOGISTICS | OTHER |



Quick and easy no-code data validation.

ENTERPRISE   AI/ML



Autonomous vehicle testing software for automakers.

ENTERPRISE   AI/ML



AI to help companies organize and understand business data contained within legal documents.

ENTERPRISE   AI/ML   EXITED



Helping customer service agents work smarter with NLP and AI.

ENTERPRISE   AI/ML



Process customer calls faster using AI and automation.

ENTERPRISE   AI/ML



Automated privacy controls using AI.

AI/ML   ENTERPRISE



Making businesses safer by serving intelligence to physical security teams.

ENTERPRISE   AI/ML



Real-time decision and operations management platform for public safety agencies.

AI/ML



Real-time accent translation.

AI/ML

Note: The portfolio companies highlighted and described herein do not represent all of the portfolio companies purchased, sold, or recommended for funds advised by Village Global. The reader should not assume that an investment in the portfolio companies identified was or will be profitable. For a full list of investments, please contact Village Global.