# EXHIBIT 48

# Introducing GitHub Copilot: your AI pair programmer

**github.blog**/news-insights/product-news/introducing-github-copilot-ai-pair-programmer

Nat Friedman                                                                                                                                              June 29, 2021



Home   /   News & insights   /   Product

Today, we are launching a technical preview of GitHub Copilot, a new AI pair programmer that helps you write better code. GitHub Copilot draws context from the code you're working on, suggesting whole lines or entire functions. It helps you quickly discover alternative ways to solve problems, write tests, and explore new APIs without having to tediously tailor a search for answers on the internet. As you type, it adapts to the way you write code—to help you complete your work faster.

Developed in collaboration with OpenAI, GitHub Copilot is powered by OpenAI Codex, a new AI system created by OpenAI. OpenAI Codex has broad knowledge of how people use code and is significantly more capable than GPT-3 in code generation, in part, because it was trained on a data set that includes a much larger concentration of public source code. GitHub Copilot works with a broad set of frameworks and languages, but this technical preview works especially well for Python, JavaScript, TypeScript, Ruby and Go.

Read more on the GitHub Copilot page. The number of spots for the technical preview is limited, so sign up today!

## Written by



## Nat Friedman

@nat

## Responsible AI pair programming with GitHub Copilot

GitHub Copilot boosts developer productivity, but using it responsibly still requires good developer and DevSecOps practices.

Colin Dembovsky

## Get more information at a glance with issue and pull request linking

Now, anyone can connect an issue to a pull request from the issue directly using the new linked pull request section providing greater context to your workflow.

Lauren Brose