Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> Assigned to Hon. Yvonne Gonzalez Rogers <br><br> **DECLARATION OF GAVIN BAKER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date:   January 14, 2025 <br> Time:  2:00 p.m. <br> Place:  Courtroom 1 (4th Fl.) <br>           1301 Clay St. <br>           Oakland, CA 94612 |

# DECLARATION

I, Gavin Baker, declare as follows:

1. I am the Managing Partner and Chief Investment Officer at Atreides Management, LP, a crossover investment firm which manages approximately $4 billion in capital assets. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts stated in this declaration, except as otherwise noted, and if called as a witness, I could and would competently testify to them.

2. As widely reported, in October 2024, OpenAI conducted a funding round that elevated its valuation to $157 billion and set the minimum investment allocation at $250 million. The round was oversubscribed. In my experience, high-value tech investors that can invest at such levels comprise a small selective group, who know each other professionally and frequently invest in the same offerings.

3. It was common knowledge and widely understood in the investment community I work in that during the October 2024 funding round, OpenAI told investors that an allocation in its October 2024 offering was contingent on their commitment to not fund AI competitors, specifically calling out xAI, Anthropic and others.

4. I am aware that Mr. Altman, in his December 4, 2024 interview at the 2024 *New York Times* Dealbook Summit, suggested that the competition restriction placed on investors in OpenAI's October 2024 round was limited to "information rights." This directly contradicts the consistent understanding and belief within our investment community as to what OpenAI told investors and what investors clearly understood OpenAI's unequivocal investment condition to be, i.e., that those who invest in xAI and other OpenAI competitors, would be denied an investment allocation in OpenAI's October 2024 and future funding rounds.

5. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on December 20, 2024.

_____
Gavin Baker

**ECF ATTESTATION**

I, Marc Toberoff, am the ECF User whose ID and password are being used to file this **DECLARATION OF GAVIN BAKER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: December 27, 2024              /s/ Marc Toberoff
                                              Marc Toberoff