Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>          Defendants. | Case No. 4:24-cv-04722-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF JARED BIRCHALL IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:    January 14, 2025<br>Time:   2:00 p.m.<br>Place:   Courtroom 1 (4th Fl.)<br>          1301 Clay St.<br>          Oakland, CA 94612 |

# DECLARATION

I, Jared Birchall, declare as follows:

1. I am the Chief Financial Officer of X.AI Corp. ("xAI"). I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts stated in this declaration, except as otherwise noted, and if called as a witness, I could and would competently testify to them.

2. In October 2024, OpenAI conducted a funding round at a raised valuation of $157 billion which I understand involved a small group of prominent investors.

3. On or about November 1, 2024, I was informed by a renowned institutional investor that, during the October 2024 funding round, Sam Altman expressly communicated to them that their receipt of a capital allocation in the round was expressly conditioned on their agreement to refrain from investing in OpenAI competitors.

4. I was involved in coordinating xAI's most recent funding round, which closed December 5, 2024, and in that capacity, I interacted with potential investors in the round. During discussions with potential investors, it became evident that they were well aware of OpenAI's directive discouraging investments in competing AI companies like xAI.

5. For instance, on or about October 29, 2024, a reputable venture capital investor and an investor in OpenAI, informed me that they would not invest in xAI because of Altman's funding restriction.

6. I am not able to disclose the identities of the institutional investor and venture capital investor at this time, because they provided this information to me on the condition that I maintain their confidentiality.

7. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on December 24, 2024.



Jared Birchall

## ECF ATTESTATION

I, Marc Toberoff, am the ECF User whose ID and password are being used to file this **DECLARATION OF JARED BIRCHALL IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: December 27, 2024                     */s/ Marc Toberoff*
                                                                            Marc Toberoff