Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELON MUSK, et al.,<br><br>              Plaintiffs,<br><br>  v.<br><br>SAMUEL ALTMAN, et al.,<br><br>              Defendants. | Case No. 4:24-cv-04722-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF ANTONIO GRACIAS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:     January 14, 2025<br>Time:    2:00 p.m.<br>Place:   Courtroom 1 (4th Fl.)<br>           1301 Clay St.<br>           Oakland, CA 94612 |

# DECLARATION

I, Antonio Gracias, declare as follows:

1. I am the Founder, Chief Executive Officer, and Chief Investment Officer of Valor Equity Partners ("Valor"), a venture capital growth fund with approximately $25 billion in gross assets. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts stated in this declaration, except as otherwise noted, and if called as a witness, I could and would competently testify to them.

2. I am informed that in October 2024, OpenAI conducted an oversubscribed funding round that valued the company at $157 billion and set minimum subscriptions at $250 million. In my experience, only a very small group of investors, including Valor, are capable of investment at this level, and the principals in this investment community know each other, have professional relationships and frequently communicate.

3. I can attest that it was common knowledge in and among this close-knit investment community that OpenAI, during its oversubscribed October 2024 funding round, imposed as a condition to any investment allocation that investors agree not to fund OpenAI's competitors, including xAI, which it specifically named among others.

4. The statements of Sam Altman, during his December 4, 2024 interview with Andrew Ross Sorkin at the 2024 *New York Times* Dealbook Summit, to the effect that OpenAI solely imposed restrictions on the information rights of those of its investors which also invested in competitors, are not consistent with my information and belief regarding OpenAI's more restrictive non-compete understanding with investors in its October 2024 round.

5. In my judgment, this arrangement naturally encourages coordinated behavior and mutual reinforcement among the dozen investors receiving an allocation in OpenAI's October 2024 funding round to collectively adhere to OpenAI's investment restriction, because if some investors do and others do not, those who adhere and fail to diversify their AI investments are at a competitive disadvantage.

6. In addition, investors bound exclusively to OpenAI are disproportionately exposed to the vicissitudes of its performance, while peers could hedge through diversification

of their AI investments. This singular investment and dependence on OpenAI's success creates incentives for these investors to coordinate in protecting OpenAI's market position and actively work against emerging competitors like xAI.

7. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on December 20, 2024.

_____
Antonio Gracias

**ECF ATTESTATION**

I, Marc Toberoff, am the ECF User whose ID and password are being used to file this **DECLARATION OF ANTONIO GRACIAS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: December 27, 2024         /s/ Marc Toberoff
                                 Marc Toberoff