Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> Assigned to Hon. Yvonne Gonzalez Rogers <br><br> **DECLARATION OF SHIVON ZILIS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: January 14, 2025 <br> Time: 2:00 p.m. <br> Place: Courtroom 1 (4th Fl.) <br> 1301 Clay St. <br> Oakland, CA 94612 |

# DECLARATION

I, Shivon Zilis, declare as follows:

1. I am a former member of OpenAI, Inc., among other concerns. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts stated in this declaration, except as otherwise noted, and if called as a witness, I could and would competently testify to them.

2. While I served as a member of OpenAI, Inc. and on its board, Sam Altman ("Altman"), OpenAI, Inc.'s CEO, caused ChatGPT to be publicly released on or about November 30, 2022, without informing the board prior to doing so.

3. Shortly after ChatGPT was released, which the OpenAI board learned about from Twitter, I raised concerns during a board meeting about making major product releases without having sufficient process, governance, or oversight to ensure the safety of OpenAI's products.

4. In 2021, I was informed that Altman invested in Helion Energy ("Helion"), a nuclear energy startup.

5. When a transaction between OpenAI and Helion was proposed, whereby OpenAI would agree to purchase large quantities of electricity from Helion, I raised concerns during a board meeting about the proposed contract. I was concerned about the speculative nature of the investment in Helion's technology, particularly given the absence of unconflicted voices to speak to the validity of the technology.

6. Based on the firmness of Altman's intent to push forward despite these issues, I became convinced that it would be futile to continue raising concerns with OpenAI, Inc.'s board in the future.

7. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on December 27, 2024.

_____
Shivon Zilis

**ECF ATTESTATION**

I, Marc Toberoff, am the ECF User whose ID and password are being used to file this **DECLARATION OF SHIVON ZILIS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: December 27, 2024        /s/ Marc Toberoff
                                        Marc Toberoff