PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
LEE BRAND (SBN 287110)
lee.brand@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:     415.983.1000
Facsimile:      415.983.1200

Attorneys for Amicus Curiae,
Delaware Attorney General

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al. <br><br> Defendants. | Case No. 4:24-CV-04722-YGR <br><br> Honorable Yvonne Gonzalez Rogers <br><br> **DECLARATION OF LEE BRAND IN SUPPORT OF BRIEF OF AMICUS CURIAE KATHLEEN JENNINGS IN HER CAPACITY AS THE ATTORNEY GENERAL FOR THE STATE OF DELAWARE REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date:    January 14, 2025 <br> Time:   2:00 p.m. <br> Place:   Courtroom 1, 19th Floor <br>             1301 Clay St. <br>             Oakland, CA 94612 |

I, LEE BRAND, hereby declare as follows:

1. I am an active member of the California State Bar and this Court and a Partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel of record for Amicus Curiae, Kathleen Jennings, the Attorney General of the State of Delaware, in the above-captioned action. The facts set forth herein are known to me personally and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of OpenAI, Inc's blogpost, "Why OpenAI's Structure Must Evolve To Advance Our Mission," dated December 27, 2024, available at https://openai.com/index/why-our-structure-must-evolve-to-advance-our-mission/.

3. Attached hereto as **Exhibit B** is a true and correct copy of OpenAI, Inc.'s Certificate of Incorporation dated December 8, 2015.

4. Attached hereto as **Exhibit C** is a true and correct copy of OpenAI, Inc.'s Amended and Restated Certificate of Incorporation dated April 23, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of December, 2024, at San Francisco, California.

/s/ Lee Brand
Lee Brand