PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
LEE BRAND (SBN 287110)
lee.brand@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:     415.983.1000
Facsimile:     415.983.1200

Attorneys for Amicus Curiae,
Delaware Attorney General

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>               Plaintiffs,<br><br>  v.<br><br>SAMUEL ALTMAN, et al.<br><br>               Defendants. | Case No. 4:24-CV-04722-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE KATHLEEN JENNINGS IN HER CAPACITY AS THE ATTORNEY GENERAL FOR THE STATE OF DELAWARE** |

[PROPOSED] ORDER GRANTING MOTION TO FILE AMICUS BRIEF - CASE NO: 4:24-CV-04722-YGR

Before the Court is the Motion of Kathleen Jennings in her capacity as the Attorney General for the State of Delaware for permission to file an amicus curiae brief regarding Plaintiffs' motion for a preliminary injunction.

Having considered the pleadings and good cause appearing, the above-listed amici's Motion is hereby GRANTED and it is hereby ORDERED that the brief attached to that Motion shall be deemed filed in the above-captioned case.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge