1  Marc Toberoff (S.B. #188547)
   *mtoberoff@toberoffandassociates.com*
2  Jaymie Parkkinen (S.B. #318394)
   *jparkkinen@toberoffandassociates.com*
3  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
4  Malibu, CA 90265
   Telephone: (310) 246-3333
5  Facsimile: (310) 246-3101
6
7  *Attorneys for Plaintiffs Elon Musk,*
   *Shivon Zilis, and X.AI Corp.*
8

9              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   ELON MUSK, et al.,                     Case No. 4:24-cv-04722-YGR
12
                    Plaintiffs,           Assigned to Hon. Yvonne Gonzalez
13                                         Rogers
        v.
14                                         **ADMINISTRATIVE MOTION FOR**
                                          **LEAVE TO FILE A RESPONSE TO**
15 SAMUEL ALTMAN, et al.,                 **THE AMICUS BRIEF OF KATHLEEN**
                                          **JENNINGS IN HER CAPACITY AS**
16                  Defendants.           **THE ATTORNEY GENERAL OF THE**
                                          **STATE OF DELAWARE**
17

18

19

20

21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7-11, Plaintiffs Elon

2  Musk, Shivon Zilis, and X.AI Corp. (collectively, "Plaintiffs") will, and hereby do, move the

3  Court for an order permitting the filing of their response, submitted herewith, to the amicus

4  brief of Kathleen Jennings in her capacity as the Attorney General for the State of Delaware,

5  Dkt. No. 77.[1] This Motion is based on the below argument, the proposed response, the

6  Declaration of Marc Toberoff, and associated exhibits.

7    The amicus notes for the first time the existence of regulatory review by the Delaware

8  Attorney General, who is not a party to the case and who has previously declined

9  communication with Plaintiffs. Due process counsels providing Plaintiffs an opportunity to

10  respond. Further, the parties have not raised the issue of the Delaware Attorney General's

11  review, which as Plaintiffs' proposed response makes clear, only strengthens the case for this

12  Court to act to maintain the status quo in light of the multi-jurisdictional nature of these

13  proceedings.

14

15   DATED: January 3, 2025                    Respectfully Submitted,

16                                            TOBEROFF & ASSOCIATES, P.C.

17                                               */s/ Marc Toberoff*
                                                 Marc Toberoff
18

19                                            *Attorneys for Plaintiffs Elon Musk,*
                                              *Shivon Zilis, and X.AI Corp.*
20

21

22

23

24

25

26

---

27  [1] The Delaware Attorney General does not oppose this request. The OpenAI Defendants
     oppose and Microsoft, Reid Hoffman, and Deannah Templton do not consent to this request.
28  As of this filing, the California Attorney General has not informed Plaintiffs of his position.