Marc Toberoff (S.B. #188547)
mtoberoff@toberoffandassociates.com
Jaymie Parkkinen (S.B. #318394)
jparkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | |
| SAMUEL ALTMAN, et al., | **DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE AMICUS BRIEF OF KATHLEEN JENNINGS IN HER CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF DELAWARE** |
| Defendants. | |
| | Date:    January 14, 2025<br>Time:   2:00 p.m.<br>Place:  Courtroom 1 (4th Fl.)<br>          1301 Clay St.<br>          Oakland, CA 94612 |

**DECLARATION**

I, Marc Toberoff, declare as follows:

1. I am a member of the bar of the State of California and a principal of the law firm Toberoff & Associates, P.C., counsel of record for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. ("Plaintiffs"). I submit this Declaration in Support of Plaintiffs' Response to the Amicus Brief of Kathleen Jennings in her capacity as the Attorney General of the State of Delaware. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter dated November 14, 2024 from me to Owen Lefkon, Director of the Fraud and Consumer Protection Division of the Delaware Department of Justice.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter dated October 9, 2024 from Kathleen Jennings to Che Chang and Nora Puckett, counsel for OpenAI, Inc., which Plaintiffs received in response to their Delaware Freedom of Information Act request.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2025, at Malibu, California.

                                      */s/ Marc Toberoff*
                                        Marc Toberoff