# EXHIBIT 1

# TOBEROFF

Toberoff & Associates, P.C.
23823 Malibu Road
Suite 50-363
Malibu, CA 90265
Telephone: +1 310 246 3100

**Marc Toberoff**
Direct Line: +1 310 246 3333
mtoberoff@toberoffandassociates.com

November 14, 2024

*Via Email*: owen.lefkon@delaware.gov

Owen Lefkon, Esq.
Director, Fraud and Consumer Protection Division
Delaware Department of Justice
820 N. French St.
Wilmington, DE 19801

**RE:** *Musk, et al. v. Altman, et al.*, **No. 4:24-cv-04722-YGR (N.D. Cal., filed Aug. 5, 2024)**

Dear Director Lefkon:

      We represent Elon Musk, Shivon Zilis, and X.AI Corp., who have filed the attached Verified First Amended Complaint and accompanying declaration (with exhibits) in the subject case. As it concerns matters falling within the Department's jurisdiction and are possibly subject to ongoing investigation or enforcement activity, we advise you of the filing as a courtesy.

      Please acknowledge receipt of this letter and attachments at your earliest convenience. We would be pleased to answer any questions or discuss any matters with you further.

Very truly yours,

Marc Toberoff