# EXHIBIT 2



KATHLEEN JENNINGS
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
CRIMINAL DIVISION (302) 577-8500
FAMILY DIVISION (302) 577-8400
FRAUD & CONSUMER PROTECTION DIVISION (302) 577-8600
DIVISION CIVIL RIGHTS & PUBLIC TRUST (302) 577-5400

October 9, 2024

*VIA ELECTRONIC MAIL*

Che Chang, General Counsel
Open AI, Inc.
3180 18th St.
San Francisco, CA  94110

Nora Puckett, Associate General Counsel
Open AI, Inc.
3180 18th St.
San Francisco, CA  94110

Re: **Potential Non-Profit Conversion Transaction of OpenAI, Inc.**

Dear Mr. Chang and Ms. Puckett:

My office appreciates the ongoing dialog we have had with you regarding OpenAI, Inc. ("OpenAI") and its efforts to adhere to and fulfill its purpose as a charitable Delaware nonprofit corporation.  As the Attorney General of the State of Delaware, I have an obligation to represent the public beneficiaries of OpenAI.  *See Oberly v. Kirby*, 592 A.2d 445, 467-68 (Del. 1991) ("Delaware law unambiguously places the burden of protecting the interests of beneficiaries upon the Attorney General.").  The public is the ultimate beneficiary that the Attorney General

represents. *Wier v. Howard Hughes Med. Inst.*, 407 A.2d 1051, 1057 (Del. Ch. 1979) (quoting *State of Delaware v. Florida National Bank et al*, Dist. Ct. of Appeal of Florida, Case No. JJ-388).

A nonprofit organization must be organized and operated exclusively for charitable, religious, educational, scientific, or literary purposes. OpenAI was incorporated in Delaware as a nonprofit organization on December 8, 2015. In April 2020, OpenAI, Inc.'s corporate purpose was amended via the adoption of an Amended and Restated Certificate of Incorporation (the "Amended Certificate"). The Amended Certificate provides that OpenAI, Inc.'s specific purpose is:

> [to] ensure that artificial general intelligence benefits all of humanity, including by conducting and/or funding artificial intelligence research. The corporation may also research and/or otherwise support efforts to safely develop and distribute such technology and its associated benefits, including analyzing the societal impacts of the technology and supporting related educational, economic, and safety policy research and initiatives.

The Amended Certificate further states that the "resulting technology will benefit the public and the corporation will seek to distribute it for the public benefit when applicable. The corporation is not organized for the private gain of any person."

I am writing today in response to recent news reports that OpenAI is contemplating converting from a nonprofit corporation to a for-profit entity.[1] If these reports are true, it is important that my office have an opportunity to review the terms of any such transaction prior to its consummation. The current beneficiaries of OpenAI have an interest in ensuring that charitable assets are not transferred to private interests without due consideration. As such, please provide

---

[1] *See, e.g.*, "OpenAI Completes Deal That Values Company at $157 Billion", The New York Times, October 2, 2024. ("OpenAI has also long been in talks to restructure itself as a for-profit company. But that is not expected to happen until sometime next year, according to two people with knowledge of the company's plans. Under the terms of the new investment round, OpenAI has two years to transform into a for-profit business or its funding will convert into debt, according to documents reviewed by The Times."), "OpenAI's Complex Path to Becoming a For-Profit Company", The Wall Street Journal, September 29, 2024.

an overview of any such proposed transaction to the attorneys in my Fraud and Consumer Protection Division at your earliest convenience and follow-up with any documentation that they require to complete their review.

I value our working relationship on this matter and look forward to your continued cooperation with our office. Please direct any follow-up to Division Director Owen Lefkon and Consumer Protection Director Marion Quirk.

Sincerely,

Kathleen Jennings
Delaware Attorney General