# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | |
| SAMUEL ALTMAN, et al., | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO THE AMICUS BRIEF OF KATHLEEN JENNINGS IN HER CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF DELAWARE** |
| Defendants. | |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion for Leave To File a Response to the Amicus Brief of Kathleen Jennings in her capacity as the Attorney General for the State of Delaware.

Having considered the papers and good cause appearing, Plaintiffs' Motion is hereby GRANTED and it is hereby ORDERED that the response attached to that Motion shall be deemed filed in the above-captioned case.

IT IS SO ORDERED.

Dated: _____        _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge