1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  DAVID J. WIENER (CA SBN 291659)
   DWiener@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, CA 94105
   Telephone:    (415) 268-7000
5  Facsimile:    (415) 268-7522

6  WILLIAM SAVITT (admitted *pro hac vice*)
   WDSavitt@wlrk.com
7  SARAH K. EDDY (admitted *pro hac vice*)
   SKEddy@wlrk.com
8  NATHANIEL CULLERTON (admitted *pro hac vice*)
   NDCullerton@wlrk.com
9  WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
10 New York, NY 10019
   Telephone:    (212) 403-1000
11 Facsimile:    (212) 403-2000

12 *Attorneys for Defendants Samuel Altman, Gregory Brockman,*
   *OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
13 *OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
   *OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
14 *OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
   *OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
15 *OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
   *OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
16 *OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
   *Aestas Management Company, LLC, and Aestas LLC*

17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                             OAKLAND DIVISION

21

22 | ELON MUSK, et al. | Case No. 4:24-cv-04722-YGR |
   |---|---|
   | Plaintiffs, | **OPENAI DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO AMICUS BRIEF OF KATHLEEN JENNINGS IN HER CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF DELAWARE** |
   | v. | |
   | SAMUEL ALTMAN, et al., | |
   | Defendants. | |
   | | Judge: Hon. Yvonne Gonzalez Rogers |
   | | Compl. Filed: August 5, 2024 |

Pursuant to Civil Local Rule 7-11(b), Sam Altman, Greg Brockman, OpenAI, Inc., and affiliated OpenAI entities (the "OpenAI Defendants") oppose Plaintiffs' Administrative Motion for Leave to File a Response to the Amicus Brief of Kathleen Jennings in Her Capacity as the Attorney General of the State of Delaware (the "Amicus Brief") (Dkt. No. 81).

The Amicus Brief notifies the Court of the Attorney General's "concurrent review" of OpenAI's contemplated organization changes, and is not offered in support of, or in opposition to, any position taken by the parties. Dkt. No. 77-1 at 1. To the contrary, the Attorney General expressly "takes no position on the propriety of a preliminary injunction in this case." *Id*. As such, there is no "[d]ue process" concern (Dkt No. 81 at 1) requiring a response from Plaintiffs. Instead, as Plaintiffs' proposed response makes clear, Plaintiffs seek leave to improperly rehash arguments made in support of their preliminary injunction motion, while further assailing the OpenAI Defendants. *See* Dkt. No. 81-1 at 3 (complaining of Defendants' supposed "escalating self-dealing," "recent anticompetitive conduct," and "extensive self-dealing").

Denial of the requested leave is especially appropriate here because the request is transparently tactical. Plaintiffs previously urged the Attorney General to become involved in the matters here at issue. Attached to Plaintiffs' proposed response is correspondence from November 14, 2024, transmitting Plaintiffs' First Amended Complaint to the Delaware Department of Justice, with an offer to provide further information. *See* Dkt. No. 81-3. Plaintiffs welcomed the Attorney General's engagement then, so long as it did not interfere with their preferred litigation strategy. But now that the Attorney General has informed the Court that she is conducting the review Plaintiffs claimed to want—but apparently doing so independently, not on Musk's terms— Plaintiffs propose a response denigrating her review as inadequate and demanding that the Court ignore it. *See* Dkt. No. 81-1. Plaintiffs' request should be denied.

| | |
|---|---|
| Date: January 7, 2025 | MORRISON & FOERSTER LLP<br><br>*/s/ Jordan Eth*<br>JORDAN ETH (CA SBN 121617)<br>JEth@mofo.com<br>DAVID J. WIENER (CA SBN 291659)<br>DWiener@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone:   (415) 268-7000<br>Facsimile:    (415) 268-7522<br><br>WILLIAM SAVITT (admitted *pro hac vice*)<br>WDSavitt@wlrk.com<br>SARAH K. EDDY (admitted *pro hac vice*)<br>SKEddy@wlrk.com<br>NATHANIEL CULLERTON (admitted *pro hac vice*)<br>NDCullerton@wlrk.com<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone:   (212) 403-1000<br>Facsimile:    (212) 403-2000<br><br>*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC* |