1  RUSSELL P. COHEN (SBN 213105)
   Russ.cohen@dechert.com
2  HOWARD M. ULLMAN (SBN 206760)
   Howard.ullman@dechert.com
3  DECHERT LLP
   45 Fremont Street, 26th Floor
4  San Francisco, CA 94105
   Telephone: (415) 262-4500
5  Facsimile: (415) 262-45555

6  NISHA PATEL (SBN 281628)
   Nisha.patelgupta@dechert.com
7  DECHERT LLP
   633 West 5th Street, Suite 4900
8  Los Angeles, CA 90071
   Telephone: (213) 808-5700
9  Facsimile: (213) 808-5760

   ANDREW J. LEVANDER (admitted *pro hac vice*)
   Andrew.levander@dechert.com
   DECHERT LLP
   Three Bryant Park
   1095 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 698-3500
   Facsimile: (212) 698-3599

   JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
   Jay.jurata@dechert.com
   DECHERT LLP
   1900 K Street, N.W.
   Washington, DC 20006
   Telephone: (202) 261-3300
   Facsimile: (202) 261-3333

10 *Attorneys for Defendants Microsoft Corporation,
   Reid Hoffman, and Deannah Templeton*

12 **UNITED STATES DISTRICT COURT**
13 **NORTHERN DISTRICT OF CALIFORNIA**
   **OAKLAND DIVISION**

15 ELON MUSK et al.,

16         Plaintiffs,

17    v.

18 SAMUEL ALTMAN, et al.,

           Defendants.

Case No. 4:24-cv-04722-YGR

Assigned to Hon. Yvonne Gonzalez Rogers

**DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN, AND DEANNAH TEMPLETON'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO THE AMICUS BRIEF OF KATHLEEN JENNINGS IN HER CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF DELAWARE**

1  Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton ("Microsoft
2  Defendants") oppose Plaintiffs' Administrative Motion for Leave to File a Response to the Amicus
3  Brief of Kathleen Jennings in Her Capacity as the Attorney General of the State of Delaware (Dkt.
4  No. 81).

5  The Amicus Brief (the "Brief") filed by the Delaware Attorney General, Dkt. No. 77-1, was
6  not in support of or in opposition to any of the parties in this action. Dkt. No. 77-1 at 1. It expressly
7  "takes no position on the propriety of a preliminary injunction in this case." Dkt. No. 77-1 at 4.
8  Thus, the Brief only seeks to "make the Court aware" of the Delaware Attorney General's
9  "concurrent review" of OpenAI's potential conversion into a different corporate structure, and
10 nothing more. Dkt. No. 77-1 at 4.

11 As the Brief was purely informational and takes no position on the pending motion for a
12 preliminary injunction, there is no need for a response from Plaintiffs and no prejudice or denial of
13 due process in denying Plaintiffs' motion for leave to respond. The Court is able to assess the
14 significance of the Delaware Attorney General's Brief without further elaboration from the parties.

15 Accordingly, to promote the "just, speedy, and inexpensive determination" of this action,
16 *see* Fed. R. Civ. P. 1; *see also* Civil L.R. 1-2(b), the Microsoft Defendants respectfully request that
17 the Court deny Plaintiffs leave to file a response to the amicus brief of Kathleen Jennings in her
18 capacity as the Attorney General for the State of Delaware.

20 DATED: January 7, 2025

Respectfully Submitted,

DECHERT LLP

By:  */s/ Russell P. Cohen*
    Russell P. Cohen (SBN 213105)
    Russ.cohen@dechert.com
    Howard M. Ullman (SBN 206760)
    Howard.ullman@dechert.com
    45 Fremont Street, 26th Floor
    San Francisco, CA 94105
    Telephone: (415) 262-4500
    Facsimile: (415) 262-45555

- 1 -

Nisha Patel (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Andrew J. Levander (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

John (Jay) Jurata, Jr. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorney for Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton*

- 2 -

DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN, AND DEANNAH TEMPLETON'S
OPPOSITION TO PLAINTIFFS' ADMIN MOTION FOR LEAVE TO FILE RESPONSE TO AMICUS BRIEF
4:24-CV-04722-YGR