| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105) | ANDREW J. LEVANDER (admitted *pro hac vice*) |
| Russ.cohen@dechert.com | Andrew.levander@dechert.com |
| HOWARD M. ULLMAN (SBN 206760) | DECHERT LLP |
| Howard.ullman@dechert.com | Three Bryant Park |
| DECHERT LLP | 1095 Avenue of the Americas |
| 45 Fremont Street, 26th Floor | New York, NY 10036 |
| San Francisco, CA 94105 | Telephone: (212) 698-3500 |
| Telephone: (415) 262-4500 | Facsimile: (212) 698-3599 |
| Facsimile: (415) 262-45555 | |
| | JOHN (JAY) JURATA, JR. (admitted *pro hac vice*) |
| NISHA PATEL (SBN 281628) | Jay.jurata@dechert.com |
| Nisha.patelgupta@dechert.com | DECHERT LLP |
| DECHERT LLP | 1900 K Street, N.W. |
| 633 West 5th Street, Suite 4900 | Washington, DC 20006 |
| Los Angeles, CA 90071 | Telephone: (202) 261-3300 |
| Telephone: (213) 808-5700 | Facsimile: (202) 261-3333 |
| Facsimile: (213) 808-5760 | |

*Attorneys for Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN, AND DEANNAH TEMPLETON'S OPPOSITION TO ENCODE'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF THE PART OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION SEEKING TO ENJOIN THE RESTRUCTURING OF OPENAI INTO A FOR-PROFIT ENTERPRISE** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

1  Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton ("Microsoft
2  Defendants") oppose Encode's Motion for Leave to File Amicus Curiae Brief in Support of the
3  Part of Plaintiffs' Motion for a Preliminary Injunction Seeking to Enjoin the Restructuring of
4  OpenAI into a For-Profit Enterprise (Dkt. No. 72).

A district court may deny leave to file an amicus brief when the brief is untimely or would otherwise be unhelpful. *See Hualapai Indian Tribe v. Haaland*, No. CV-24-08154-PCT-DJH, 2024 WL 4475094, at *1 (D. Ariz. Oct. 11, 2024) (quoting *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999)). The Federal Rules of Civil Procedure do not address the filing of amicus briefs in district courts, so "courts therefore rely on Federal Rule of Appellate Procedure 29 in addressing such requests." *See Earth Island Inst. v. Nash*, No. 119CV01420DADSAB, 2019 WL 6790682, at *1 (E.D. Cal. Dec. 12, 2019); *see also Church of Celestial Heart v. Garland,* No. 1:23-CV-00545-SAB, 2024 WL 3569219, at *1, n.2 (E.D. Cal. July 29, 2024); *In re Calpine Corp.*, No. 08 CIV. 1286 VM, 2008 WL 2462035, at *1 (S.D.N.Y. June 9, 2008).

Under Rule 29, "[a]n amicus curiae must file its brief, accompanied by a motion for filing when necessary, no later than 7 days after the principal brief of the party being supported is filed." Fed. R. App. 29(a)(6). This allows the opposing party an opportunity to address the amicus filing in any opposition papers. Here, Encode's proposed brief expressly supports Plaintiffs' motion for a preliminary injunction, Dkt. No. 72, Ex. 1, and the principal brief for Plaintiffs' motion was filed on November 29, 2024. Dkt. No. 46. Accordingly, Encode should have filed its proposed brief by December 6, 2024 to meet Rule 29's timing requirement. Instead, without explanation, Encode did not file until December 27, 2024 – 21 days later – and two weeks after the Microsoft Defendants filed their opposition. Dkt. No. 65.

Microsoft Defendants respectfully request that the Court exercise its discretion to deny Encode's motion for leave as untimely.

- 1 -

DATED: January 10, 2025

Respectfully Submitted,

DECHERT LLP

By: */s/ Russell P. Cohen*
    Russell P. Cohen (SBN 213105)
    Russ.cohen@dechert.com
    Howard M. Ullman (SBN 206760)
    Howard.ullman@dechert.com
    45 Fremont Street, 26th Floor
    San Francisco, CA 94105
    Telephone: (415) 262-4500
    Facsimile: (415) 262-45555

    Nisha Patel (SBN 281628)
    Nisha.patelgupta@dechert.com
    DECHERT LLP
    633 West 5th Street, Suite 4900
    Los Angeles, CA 90071
    Telephone: (213) 808-5700
    Facsimile: (213) 808-5760

    Andrew J. Levander (admitted *pro hac vice*)
    Andrew.levander@dechert.com
    DECHERT LLP
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 698-3500
    Facsimile: (212) 698-3599

    John (Jay) Jurata, Jr. (admitted *pro hac vice*)
    Jay.jurata@dechert.com
    DECHERT LLP1900 K Street, N.W.
    Washington, DC 20006
    Telephone: (202) 261-3300
    Facsimile: (202) 261-3333

    *Attorney for Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton*

- 2 -