# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **[PROPOSED] ORDER DENYING ENCODE'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF THE PART OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION SEEKING TO ENJOIN THE RESTRUCTURING OF OPENAI INTO A FOR-PROFIT ENTERPRISE** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

Before the Court is Encode's Motion for Leave to File Amicus Brief in Support of the Part of Plaintiffs' Motion for a Preliminary Injunction Seeking to Enjoin the Restructuring of OpenAI into a For Profit Enterprise.

Having considered the papers and failing to find good cause for leave, Encode's Motion is hereby **DENIED.**

**IT IS SO ORDERED** this _____ day of _____, 2025.

By: _____
     The Honorable Yvonne Gonzalez Rogers
     United States District Court Judge