```
 1  JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
 2  DAVID J. WIENER (CA SBN 291659)
    DWiener@mofo.com
 3  MORRISON & FOERSTER LLP
    425 Market Street
 4  San Francisco, CA 94105
    Telephone:   (415) 268-7000
 5  Facsimile:   (415) 268-7522

 6  WILLIAM SAVITT (admitted *pro hac vice*)
    WDSavitt@wlrk.com
 7  SARAH K. EDDY (admitted *pro hac vice*)
    SKEddy@wlrk.com
 8  NATHANIEL CULLERTON (admitted *pro hac vice*)
    NDCullerton@wlrk.com
 9  WACHTELL, LIPTON, ROSEN & KATZ
    51 West 52nd Street
10  New York, NY 10019
    Telephone:   (212) 403-1000
11  Facsimile:   (212) 403-2000
```

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**OPENAI DEFENDANTS' NOTICE OF JOINDER TO DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN, AND DEANNAH TEMPLETON'S OPPOSITION TO ENCODE'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**<br><br>Date:　January 14, 2025<br>Time:　2:00 p.m.<br>Courtroom:　1 – 4th Floor<br>Judge:　Hon. Yvonne Gonzalez Rogers<br>Compl. Filed:　August 5, 2024 |

**PLEASE TAKE NOTICE** that Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (the "OpenAI Defendants"), through their undersigned attorneys, hereby join, adopt, and incorporate by reference Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton's Opposition to Encode's Motion for Leave to File Amicus Curiae Brief in Support of the Part of Plaintiffs' Motion for a Preliminary Injunction Seeking to Enjoin the Restructuring of OpenAI into a For-Profit Enterprise (Dkt. No. 89).

The OpenAI Defendants would be similarly prejudiced by the untimely filing of Encode's proposed brief, which expressly supports Plaintiffs' motion for a preliminary injunction, without having had the opportunity to address the amicus filing in their Opposition. The OpenAI Defendants accordingly adopt the Microsoft Defendants' Opposition to Encode's motion.

| | |
|---|---|
| Date: January 10, 2025 | MORRISON & FOERSTER LLP<br><br>*/s/ Jordan Eth*<br>JORDAN ETH (CA SBN 121617)<br>JEth@mofo.com<br>DAVID J. WIENER (CA SBN 291659)<br>DWiener@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone:   (415) 268-7000<br>Facsimile:    (415) 268-7522<br><br>WILLIAM SAVITT (admitted *pro hac vice*)<br>WDSavitt@wlrk.com<br>SARAH K. EDDY (admitted *pro hac vice*)<br>SKEddy@wlrk.com<br>NATHANIEL CULLERTON (admitted *pro hac vice*)<br>NDCullerton@wlrk.com<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone:   (212) 403-1000<br>Facsimile:    (212) 403-2000<br><br>*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC* |