MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

*Attorneys for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp.*

(Additional counsel listed on the next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONINTUING HEARING OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date:  January 14, 2025 <br> Time:  2:00 p.m. <br> Place: Courtroom 1 (4th Fl.) <br>        1301 Clay St. <br>        Oakland, CA 94612 |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
*OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
*OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
*OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
*Aestas Management Company, LLC, and Aestas LLC*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700

1  ANDREW J. LEVANDER (admitted *pro hac vice*)
   Andrew.levander@dechert.com
2  DECHERT LLP
   Three Bryant Park
3  1095 Avenue of the Americas
   New York, NY 10036
4  Telephone: (212) 698-3500
   Facsimile: (212) 698-3599
5
   JAY JURATA (admitted *pro hac vice*)
6  Jay.jurata@dechert.com
   DECHERT LLP
7  1900 K Street, N.W.
   Washington, DC 20006
8  Telephone: (202) 261-3300
   Facsimile: (202) 261-3333
9

10 *Attorneys for Defendants Microsoft Corporation,
   Reid Hoffman, and Deannah Templeton*

|   |   |
|---|---|
| 1 | Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. (collectively, the "Plaintiffs"); |
| 2 | Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., |
| 3 | OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI |
| 4 | Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., |
| 5 | OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV |
| 6 | GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, |
| 7 | L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup |
| 8 | Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and |
| 9 | Aestas LLC (collectively, the "OpenAI Defendants"); Defendant Deannah Templeton, Reid |
| 10 | Hoffman, and Microsoft Corporation (collectively, the "Microsoft Defendants", and with Plaintiffs |
| 11 | and OpenAI Defendants, the "Parties"), by and through their counsel, hereby stipulate as follows: |
| 12 | WHEREAS, counsel for Plaintiffs recently discovered that their law office was completely |
| 13 | destroyed in the devastating Palisades Fire; |
| 14 | WHEREAS, due to ongoing fire danger, Plaintiffs' lead counsel has remained under |
| 15 | evacuation alert at his residence for the past week, without access to basic utilities including |
| 16 | electricity and gas service; |
| 17 | WHEREAS, the hearing on Plaintiffs' Motion for a Preliminary Injunction is currently |
| 18 | scheduled for January 14, 2025, at 2:00 p.m.; |
| 19 | WHEREAS, counsels for OpenAI Defendants and Microsoft Defendants have court-facing |
| 20 | scheduling conflicts on Tuesdays through January 2025; |
| 21 | IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, by |
| 22 | Plaintiffs, the OpenAI Defendants, and the Microsoft Defendants that: |
| 23 | 1. The hearing on Plaintiffs' Motion for a Preliminary Injunction is continued until |
| 24 | February 4, 2025, at 2:00 p.m. |

Dated: January 12, 2025                    TOBEROFF & ASSOCIATES, P.C.

                                           By:    */s/ Marc Toberoff*
                                                  Marc Toberoff (CA SBN 188547)

                                                  *Attorneys for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp.*

Dated: January 12, 2025                    MORRISON & FOERSTER LLP

                                           By:    */s/ Jordan Eth*
                                                  Jordan Eth (CA SBN 121617)

                                                  *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

Dated: January 12, 2025                    DECHERT LLP

                                           By:    */s/ Russell P. Cohen*
                                                  Russell P. Cohen (SBN 213105)

                                                  *Attorneys for Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton*

**SIGNATURE ATTESTATION**

I hereby attest that signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 12, 2025          */s/ Marc Toberoff*
                                 Marc Toberoff (CA SBN 188547)

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation and ORDERS that the hearing on Plaintiffs' Motion for a Preliminary Injunction is continued until February 4, 2025, at 2:00 p.m.

Dated: _____  _____
The Hon. Yvonne Gonzalez Rogers