**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELON MUSK, ET AL.**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**OPEN AI, INC., ET AL.**,<br><br>    Defendants. | Case No.: 4:24-CV-4722-YGR<br><br>**ORDER RE: HEARING ON MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Re: Dkt. Nos. 72, 81, 90, 92. |

Earlier today, the parties filed a joint stipulation requesting a continuance on the hearing on the motion for a preliminary injunction due to the impacts of the devastating fires in Southern California and the Court sent a courtesy email confirming its intent to grant the request.

In light of the continuance, the Court addresses several motions pertaining to briefing ahead of the rescheduled hearing to ensure briefing is complete. The Court rules as follows:

- The motion for leave to file an amicus brief filed by Encode Justice is **GRANTED**.
- Plaintiffs' motion to file a response to the amicus brief of the Attorney General of Delaware is **GRANTED** and deemed filed.
- Plaintiffs' motion to file a response to defendants' objections to plaintiffs' reply brief is **GRANTED** and deemed filed.
- Parties wishing to file a response to the Statement of Interest filed by the United States and the Federal Trade Commission (Dkt. No. 87) must do so no later than **January 20, 2025**. Responses shall be no longer than **5 pages** in length.

- The hearing on plaintiffs' motion for a preliminary injunction is hereby **CONTINUED** to **Tuesday, February 4, 2025 at 10:00 am.** The hearing shall be in person however audio access shall be provided over the Zoom platform.

This terminates Dkt. Nos. 72, 81, 90, 92.

**IT IS SO ORDERED**.

Date: January 13, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**