| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105) | ANDREW J. LEVANDER (admitted *pro hac vice*) |
| Russ.cohen@dechert.com | Andrew.levander@dechert.com |
| HOWARD M. ULLMAN (SBN 206760) | DECHERT LLP |
| Howard.ullman@dechert.com | Three Bryant Park |
| DECHERT LLP | 1095 Avenue of the Americas |
| 45 Fremont Street, 26th Floor | New York, NY 10036 |
| San Francisco, CA 94105 | Telephone: (212) 698-3500 |
| Telephone: (415) 262-4500 | Facsimile: (212) 698-3599 |
| Facsimile: (415) 262-45555 | |
| | JOHN (JAY) JURATA, JR. (admitted *pro hac vice*) |
| NISHA PATEL (SBN 281628) | Jay.jurata@dechert.com |
| Nisha.patelgupta@dechert.com | DECHERT LLP |
| DECHERT LLP | 1900 K Street, N.W. |
| 633 West 5th Street, Suite 4900 | Washington, DC 20006 |
| Los Angeles, CA 90071 | Telephone: (202) 261-3300 |
| Telephone: (213) 808-5700 | Facsimile: (202) 261-3333 |
| Facsimile: (213) 808-5760 | |

*Attorneys for Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN, AND DEANNAH TEMPLETON'S NOTICE OF JOINDER TO OPENAI DEFENDANTS' RESPONSE TO STATEMENT OF INTEREST OF THE UNITED STATES AND FEDERAL TRADE COMMISSION** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |
| | Date: February 4, 2025 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 1 (4th Floor) |
| | 1301 Clay St. |
| | Oakland, CA 94612 |

**PLEASE TAKE NOTICE** that Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton ("Microsoft Defendants"), through their undersigned attorneys, hereby join, adopt, and incorporate by reference OpenAI Defendants' Response to the Statement of Interest of the Unites States and Federal Trade Commission filed in the above-captioned action (Dkt. No. 96).

The Agencies' statement, Dkt. No. 87, addresses the legal standards for multiple claims that are brought against the Microsoft Defendants alongside the OpenAI Defendants. The Microsoft Defendants accordingly adopt the OpenAI Defendants' Response to the Agencies' statement.

DATED: January 20, 2025

Respectfully Submitted,

DECHERT LLP

By: */s/ Russell P. Cohen*
Russell P. Cohen (SBN 213105)
Russ.cohen@dechert.com
Howard M. Ullman (SBN 206760)
Howard.ullman@dechert.com
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

Nisha Patel (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Andrew J. Levander (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

- 1 -

John (Jay) Jurata, Jr. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorney for Defendants Microsoft Corporation, Reid Hoffman, and Deannah Templeton*

- 2 -

DEFENDANTS MICROSOFT CORPORATION, REID HOFFMAN, AND DEANNAH TEMPLETON'S
NOTICE OF JOINDER TO OPENAI DEFENDANTS' RESPONSE TO STATEMENT OF INTEREST
4:24-CV-04722-YGR