Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>Defendants. | Case No. 4:24-cv-04722-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE STATEMENT OF INTEREST OF THE UNITED STATES AND FEDERAL TRADE COMMISSION**<br><br>Date:   February 4, 2025<br>Time:  2:00 p.m.<br>Place:  Courtroom 1 (4th Fl.)<br>         1301 Clay St.<br>         Oakland, CA 94612 |

# DECLARATION

I, Marc Toberoff, declare as follows:

1. I am a member of the bar of the State of California and a principal of the law firm Toberoff & Associates, P.C., counsel of record for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. ("Plaintiffs"). I submit this Declaration in Support of Plaintiffs' Response to the Statement of Interest of the United States and Federal Trade Commission. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the press release titled *FTC Issues Staff Report on AI Partnerships & Investments Study* dated January 17, 2025, and available at https://www.ftc.gov/news-events/news/press-releases/2025/01/ftc-issues-staff-report-ai-partnerships-investments-study.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the January 2025 Federal Trade Commission report titled *Partnerships Between Cloud Service Providers and AI Developers: FTC Staff Report on AI Partnerships & Investments 6(b) Study*, appended to which are the partial concurrence and partial dissent of Commissioners Ferguson and Holyoak.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2025, at Beverly Hills, California.

                 */s/ Marc Toberoff*
                 Marc Toberoff