| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
| | JEth@mofo.com |
| 2 | DAVID J. WIENER (CA SBN 291659) |
| | DWiener@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, CA 94105 |
| | Telephone:   (415) 268-7000 |
| 5 | Facsimile:   (415) 268-7522 |
| 6 | WILLIAM SAVITT (admitted *pro hac vice*) |
| | WDSavitt@wlrk.com |
| 7 | SARAH K. EDDY (admitted *pro hac vice*) |
| | SKEddy@wlrk.com |
| 8 | NATHANIEL CULLERTON (admitted *pro hac vice*) |
| | NDCullerton@wlrk.com |
| 9 | WACHTELL, LIPTON, ROSEN & KATZ |
| | 51 West 52nd Street |
| 10 | New York, NY 10019 |
| | Telephone:   (212) 403-1000 |
| 11 | Facsimile:   (212) 403-2000 |

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF SAMUEL ALTMAN IN SUPPORT OF OPENAI DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | Date:  February 4, 2025 |
| | Time:  10:00 a.m. |
| | Courtroom:  1 – 4th Floor |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

I, SAMUEL ALTMAN, declare as follows:

1. I serve as a director and as Chief Executive Officer of Defendant OpenAI, Inc. I have also been named as a defendant in the First Amended Complaint of Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. ("xAI").

2. I submit this declaration in connection with Defendants' opposition to Plaintiffs' preliminary injunction motion in the above-captioned matter. I have personal knowledge of the facts set forth herein unless stated otherwise.

3. In October 2024, OpenAI closed a funding round in which it raised approximately $6.6 billion. A subset of the investors participating in that funding round were granted access to certain OpenAI confidential information on an ongoing basis, subject to customary provisions governing their access to that information.

4. I understand that Plaintiffs claim that I told investors in the October 2024 funding round that their ability to invest in OpenAI was contingent on forgoing investment in OpenAI's competitors, including xAI.

5. That claim is false. I did not tell any investor in the October 2024 funding round that their ability to invest in OpenAI was subject to that condition, nor to my knowledge did anyone else at OpenAI.

6. Instead, certain investors who were to be granted access to OpenAI's confidential information on an ongoing basis were informed that OpenAI would need to terminate their rights to that information if they made non-passive investments in OpenAI's competitors.

7. That restriction is necessary to protect against the misuse of OpenAI's competitively-sensitive information, and I understand it is industry standard for that reason.

8. In explaining these restrictions on investors' information rights, I did not say that investors would lose the ability to invest in OpenAI if they chose to fund xAI or any other competitor.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on February 5, 2025.

Signed by:

*Samuel Altman*

C86298CC7E774B2...

Samuel Altman