# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: February 4, 2025 | Time: 2 hours 41 minutes | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 24-cv-4722-YGR | Case Name: Musk v. Altman et al | |

**Attorney for Plaintiff:** Marc Toberoff and Jaymie Parkkinen
**Attorney for Defendant:** Russell Cohen, Reed Hoffman, Deana Templeton, Jordan Eth, Sarah Eddy, and William Savitt

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Raynee Mercado; via Zoom

## PROCEEDINGS

Motion for Preliminary Injunction – held.

The Court heard argument on the motion for preliminary injunction, the parties' anticipated trial schedules, antitrust claims and state law claims.

The motion is taken into submission.

Written order to issue.