# EXHIBIT 1

# OpenAI Board Will Reject Musk's 'Embarrassing' Takeover Bid, CEO Says

**theinformation.com**/articles/openai-ceo-says-board-will-reject-musks-97-billion-offer

Natasha Mascarenhas, Stephanie Palazzolo, Amir Efrati

Shortly after Elon Musk made a surprise $97 billion bid for OpenAI's assets on Monday, its CEO Sam Altman told staff in a message that its board of directors intends to make clear it has no interest in Musk's "supposed 'bid'" and that the offer wasn't in the interest of OpenAI's mission to develop advanced artificial intelligence for all of humanity, according to a person who saw the message.

The letter indicates that OpenAI's 10-person board is backing Altman in his fight against Musk's monthslong effort to prevent the for-profit arm of OpenAI, which develops ChatGPT and other products, from getting out from under the control of OpenAI's nonprofit by converting to a public benefit corporation. Musk is arguing that the nonprofit will be shortchanged by the conversion.

Altman rejected the offer on X earlier Monday, but it wasn't clear if he was doing so with backing of the board. Nearly all of the directors joined after Altman was briefly fired, then rehired, by the nonprofit's directors in late 2023.

Altman told staff about the board's imminent rejection of Musk's bid before he or the board saw an official offer letter from Musk, according to the message, and he referred to the effort as "just embarrassing to watch."

Musk has sued OpenAI for allegedly defrauding him into making substantial donations to the nonprofit after cofounding it in 2015 with Altman and others. Altman and OpenAI have denied his charges. A U.S. district judge said in a hearing last week that she was leaning in favor of OpenAI in its initial defense against Musk's effort to halt the planned conversion.

Altman launched OpenAI's for-profit arm in 2019, with the nonprofit overseeing it. The for-profit arm later developed ChatGPT in 2022, and Musk started an OpenAI rival, xAI, in 2023.

In making his bid, Musk and a consortium of investors essentially placed a value on the nonprofit assets that's higher than their theoretical current value.

Under the current structure, both the nonprofit and Microsoft, OpenAI's largest outside shareholder, are in line to receive billions of dollars in profits if the company generates them. After the conversion, the nonprofit arm would end up with a stake of at least 25% in the corporation, The Information has reported, and Microsoft would also end up with a big stake.

OpenAI's for-profit arm was valued at $150 billion in a financing last fall, which means the value of the nonprofit's proposed stake following the conversion would be far less than what Musk is offering—even if the nonprofit got a 50% stake.

Musk's team estimates that the nonprofit's assets—control over the for-profit and rights to some of its future profits—is essentially equivalent to a 51% stake in the for-profit, meaning Musk is valuing the for-profit arm at about $190 billion. The for-profit arm is now in the midst of raising equity funding from SoftBank at a pre-investment valuation of $260 billion, but the deal hasn't closed.

Last month, Musk's lawyer sent a letter to the attorneys general in Delaware, where OpenAI is incorporated, and California, where it is based, arguing that OpenAI should auction off the nonprofit's stake in the business to ensure the nonprofit is fairly compensated for the for-profit conversion. Monday's bid could be another effort to get the attention of those state officials, who have so far not taken steps to stop the conversion.

If Musk succeeds in raising the potential market value of the nonprofit's assets, it could dilute the value of stakes held by OpenAI's investors in the for-profit arm, including Microsoft.

Natasha Mascarenhas is a reporter at The Information, based in San Francisco, who covers venture capital and startups. She can be reached at natasha@theinformation.com, or on Signal at +1 925 271 0912. She is on Twitter at @nmasc_

Stephanie Palazzolo is a reporter at The Information covering artificial intelligence. She previously worked at Business Insider covering AI and at Morgan Stanley as an investment banker. Based in New York, she can be reached at stephanie@theinformation.com or on Twitter at @steph_palazzolo.

Amir Efrati is executive editor at The Information, which he helped to launch in 2013. Previously he spent nine years as a reporter at the Wall Street Journal, reporting on white-collar crime and later about technology. He can be reached at amir@theinformation.com and is on Twitter @amir