United States District Court
Northern District of California

1

2

3                          **UNITED STATES DISTRICT COURT**

4                          **NORTHERN DISTRICT OF CALIFORNIA**

5

6

7    **ELON MUSK, ET AL.,**                          **NOTICE RE LETTER RECEIVED**

8
          Plaintiffs,
9
          v.
10
     **OPENAI, INC. ET AL.,**
11
          Defendants.
12

13
          The court is in receipt of the attached letter requesting a stay in the proceedings, which the
14
     court dockets for purposes of transparency.  Given the letter is not a proper motion, no further
15
     action will be taken.
16

17

18
     Date: March 21, 2025
19                                                   _____
                                                     **YVONNE GONZALEZ ROGERS**
20                                                   **UNITED STATES DISTRICT COURT JUDGE**

21

22

23

24

25

26

27

28