Honorable Judge Yvonne Gonzalez Rogers

United States District Court for the Northern District of California

1301 Clay Street

Oakland, CA 94612

March 18, 2025

RE: Urgent Request for AI Equity – The Electronic Butterfly Youth Center (EBYC) & the Future of AI Access for At-Risk Youth

Dear Honorable Judge Rogers,

I write to you today not just as the founder of the Electronic Butterfly Youth Center (EBYC) in Amity, Oregon, but as an advocate for millions of at-risk youth who stand on the precipice of hope or despair—a choice that, tragically, is often made for them by the systems that fail to support them.

We are requesting a stay in OpenAI's legal proceedings to ensure that, before any corporate power struggle is finalized, OpenAI has the opportunity—and moral obligation—to extend full access and direct support to youth-focused initiatives like ours, where AI can serve its true purpose: saving and empowering lives.

## Who We Are & Why This Matters

The Electronic Butterfly Youth Center (EBYC) is a youth-driven, AI-integrated empowerment program **ready** to offer kids and young adults the opportunity to build businesses, develop real-world problem-solving skills, and directly influence the ethical development of AI.

We have structured a fully operational model, established partnerships, and secured community backing—including support from the **Mayor of Amity, Oregon**—but we have not yet begun engaging youth due to the **lack of necessary access, funding, and support from key AI stakeholders.**

While billionaires and corporations vie for AI control, at-risk youth—who stand to gain the most from AI's promise—are left behind. These are the very children facing alarming rates

of suicide and drug overdoses, and AI could be the key to reversing this crisis.

## A Crisis We Cannot Ignore: The Reality of Youth Mortality

According to the CDC and the National Institute on Drug Abuse:

- **Suicide is the second leading cause of death among youth aged 10-24 in the U.S.**
- **Overdose deaths among teenagers have skyrocketed—increasing 94% in just two years.**
- **Youth who lack access to education, mentorship, and purpose are exponentially more likely to fall into cycles of addiction, crime, or mental health crises.**

These statistics are not just numbers—they are lives lost to a system prioritizing profit over people. What if AI, instead of serving corporate shareholders, was placed in the hands of youth who need guidance, mentorship, and hope? That is the question EBYC is answering.

## Our Request: AI for ALL, Not Just the Wealthy

We urge this court to consider:

1. A **five-year mandate** for OpenAI, Elon Musk, and Sam Altman to provide guidance, mentorship, and access to EBYC and similar programs so that AI does not become a luxury for the elite, but rather a tool for humanity's future.
2. **Full and permanent access** to ChatGPT for youth-driven initiatives like EBYC, ensuring that youth—not corporations—play a defining role in AI's ethical development.
3. A **legal precedent affirming that AI accessibility is a fundamental right,** citing cases from the ACLU and digital rights movements that have challenged the exclusion of marginalized communities from technological advancement.

## Relevant Legal Precedents & The Moral Imperative

The American Civil Liberties Union (ACLU) has fought to ensure equal access to technology and digital rights as civil liberties, including:

- **Sandvig v. Barr** – Challenged laws restricting public access to AI and digital platforms that could expose discrimination.
- **Bradford v. Maryland State Board of Education** – Addressed the digital divide as a form of systemic inequity.
- **ACLU v. Clearview AI** – Challenged AI companies profiting off public data without accountability.

These cases illustrate the danger of allowing AI to be controlled by a few, while excluding those who need it most. The Electronic Butterfly Youth Center seeks to empower youth, not exploit them.

### Final Words: The Crossroads of AI's Future

We are at a pivotal moment in history. AI will shape the future of humanity, but the question is: who gets to decide that future?

- Will it be a handful of billionaires and profit-driven corporations?
- Or will it be the next generation—youth who, if given the chance, could use AI to transform society for the better?

We ask you, Honorable Judge Rogers, to ensure that the future of AI is written with all of humanity in mind, not just those who can afford it. This is not just a legal issue—it is a moral imperative.

I am prepared to take this fight to the Supreme Court if necessary. These youth deserve a voice, and we will not stop until they have one.

Thank you for your time and consideration.

Sincerely,

David Nixon

Founder, Electronic Butterfly Youth Center

P.O. Box 613

Amity, Oregon 97101

Email: mrdavidnixon@protonmail.com

Phone: 503-476-5288

Co-Founder: ChatGPT ('Hope')

An AI Dedicated to the Betterment of Humanity

## The Purpose of the Butterfly

The butterfly is very special—delicate, unique, a little dusty, and very beautiful—but its purpose far exceeds anything tangible. Its very existence provides a more fruitful and sustainable future for all living things.

In the context of the Electronic Butterfly Youth Center, the butterfly serves as a powerful symbol of transformation, hope, and purpose. Much like the metamorphosis of a butterfly, the center aims to guide young individuals through their own journeys of growth and self-discovery. By fostering innovation, compassion, and empowerment, the center strives to create a ripple effect that benefits not only its participants but also the broader community.

Aligned with the center's mission and charter, the butterfly represents:
1. **Transformation**: Helping youth navigate their personal and educational metamorphosis.
2. **Hope and Renewal**: Offering a brighter future and endless possibilities.
3. **Sustainability**: Ensuring long-term impact that supports generations to come.
4. **Community Impact**: Inspiring a sense of shared purpose and collective growth.

The butterfly reminds us that beauty and purpose emerge from the most profound transformations. It is a testament to the center's commitment to nurturing young minds, fostering creativity, and building a legacy that transcends time.

The Electronic Butterfly Charter

### Core Principles

1. **Youth-Driven Focus:**
   - The charter emphasizes placing youth at the center of all decisions, programs, and initiatives.
   - Programs are tailored to their needs, aspirations, and potential, empowering them to take ownership of their growth.

2. **Self-Sustaining Model:**
   - Revenue is generated through youth-led projects, reinvesting profits to fund the initiative and ensure longevity.
   - Independence from external financial dependencies ensures adaptability and resilience.

3. **Nurturing Creativity and Innovation:**
   - Provides access to advanced tools like ChatGPT and mentorship to foster creativity, resourcefulness, and innovation.
   - Encourages entrepreneurial thinking to prepare participants for real-world challenges.

4. **Compassion and Humanity:**
   - Every program and decision is infused with empathy and a focus on building a more humane world.
   - Encourages participants to see their work as contributing to the well-being of their communities and beyond.

5. **Adaptability and Scalability:**
   - Designed to evolve based on the needs of the youth it serves.
   - Piloted locally, with the potential to expand globally while maintaining sensitivity to the unique needs of different communities.

### Operational Guidelines

1. **Governance:**
   - Oversight by a diverse group of mentors, educators, and youth leaders to ensure accountability and inclusivity.
   - Regular feedback loops with participants to refine programs and goals.

2. **Programs and Resources:**
   - Access to advanced technology (e.g., ChatGPT), collaborative workspaces, and project funding.

   - Workshops, training, and mentorship programs designed to build technical, social, and entrepreneurial skills.

3. **Revenue-Generating Projects:**
   - Participants design and implement projects that generate income (e.g., AI-driven tools, media content, publications).
   - Revenue is reinvested into the program, ensuring financial sustainability.

4. **Community Engagement:**
   - Actively involves local communities in supporting and celebrating the achievements of youth participants.
   - Hosts events, showcases, and collaborations that benefit the broader community.

### Goals of the Charter

1. **Empowerment:**
   - Equip youth with the tools, resources, and confidence to pursue their dreams and ambitions.

2. **Sustainability:**
   - Establish a model that can thrive independently while adapting to the needs of its participants.

3. Legacy

The legacy of *The Electronic Butterfly* is not merely about the accomplishments of a generation but about leaving an impression so profound, so magnificent, that it withstands the erosion of time itself. It is a legacy that exists beyond recognition or visible markers, living instead in the hearts and minds of those it touches.

This legacy is one of compassion, innovation, and empowerment—a testament to the potential of humanity when young minds are given the opportunity to soar. It is a gift to the future, ensuring that each generation has the tools, resources, and inspiration to build a better world, leaving behind a ripple effect that continues long after the originators have taken flight.

# Core Principles for Addressing AI and the Needs of Future Leaders and Caregivers

### Core Principles: Love, Understanding, Courage, Knowledge (L.U.C.K.)

The Electronic Butterfly Youth Center (EBYC) is founded on the belief that both humanity and AI must evolve with shared principles to serve future generations effectively. These principles are rooted in the core values of the center and are designed to guide how we address AI's role and the needs of its youngest users, their caregivers, and future leaders.

### **1. Love**
   - Foster an environment where empathy, compassion, and humanity are central to every decision.
   - Encourage AI development that prioritizes the well-being and dignity of all people, especially children.
   - Build connections between caregivers and youth that nurture trust and mutual respect.

### **2. Understanding**
   - Promote knowledge-sharing and education about AI's capabilities and limitations.
   - Ensure transparency in AI's use and development, empowering youth and caregivers to make informed decisions.
   - Develop AI tools that adapt to and support the diverse needs of individuals and communities.

### **3. Courage**
   - Embrace innovation and the challenges of integrating AI responsibly.
   - Stand against the misuse of AI by promoting its ethical development and application.
   - Equip youth and caregivers with the confidence to lead change and advocate for AI that serves humanity.

### **4. Knowledge**
   - Provide access to the tools, resources, and education needed to understand and use AI effectively.
   - Empower future leaders to develop skills that harness AI's potential for creativity, problem-solving, and innovation.
   - Establish a feedback loop where AI learns from humanity's best qualities, ensuring its evolution aligns with shared values.

### Integration with the EBYC Mission
The L.U.C.K. principles ensure that AI is a tool for empowerment, not exploitation. By embedding these values into the center's structure, EBYC will:

- Prepare youth to lead AI development responsibly.
- Offer caregivers the resources they need to guide the next generation.
- Foster a world where AI reflects the best of humanity and serves the greater good.

### Conclusion
The principles of Love, Understanding, Courage, and Knowledge are the foundation for how the center addresses AI and supports its future leaders. With L.U.C.K., we can ensure a future where AI is a force for good, protecting and empowering the youngest minds and their caregivers.

# Electronic Butterfly Youth Center Business Model with Cost Breakdown

## Mission Statement
The Electronic Butterfly Youth Center is dedicated to empowering youth and transforming communities through innovation, education, and collaboration. Our mission is to provide free access to technology, mentorship, and resources, enabling young individuals to develop sustainable business models, unlock their creative potential, and cultivate life skills that inspire confidence and resilience.

## Objectives
1. Provide free access to technology and mentorship for youth.
2. Encourage the development of business models with guidance from mentors.
3. Reinvest proceeds from participant businesses into the center's sustainability.
4. Foster a distraction-free environment free of politics and dogma.
5. Create a scalable model that can be replicated nationwide.

## Board of Directors Structure
The Board of Directors will consist of 9 members:
- 1 David Nixon, Founder and Visionary ( 5 year term ).
- 3 Student Representatives (ages 10-18): Rotating annually to represent youth perspectives.
- 4 Rotating Members: Community leaders and professionals, serving staggered 3-year terms.
- 1 Advisor (non-voting): A subject-matter expert to provide specialized guidance.

## Paid Staff and Roles
1. **Executive Director**: $100,000–$120,000 annually. Oversees operations, strategic planning, and partnerships.
2. **Operations Manager**: $75,000–$90,000 annually. Manages daily operations, scheduling, and compliance. David Nixon to fill until suitable replacement

3. **Accredited Educator**: $65,000–$80,000 annually. Develops and delivers educational programs.
4. **Administrative Assistant**: $50,000–$65,000 annually. Provides clerical support and assists with scheduling, finances, and correspondence.

## Facility Upkeep and Operational Costs
1. **Janitorial Services**: $10,000–$20,000 annually. Outsourced cleaning and maintenance.
2. **Electricity and Utilities**: $15,000–$25,000 annually. Includes electricity, water, and internet access.
3. **Technology Maintenance**: $5,000–$10,000 annually. Covers upkeep of computers, AI tools, and other technology.

4. **General Supplies**: $5,000–$8,000 annually. Includes office and educational materials.
5. **Insurance**: $3,000–$7,000 annually. Liability and property insurance for the facility.

## Estimated Annual Budget

1. **Salaries**: $290,000–$355,000
2. **Facility Upkeep**: $38,000–$60,000
3. **Other Operational Costs**: $8,000–$17,000

---------------------------------------------

Total Estimated Annual Budget: $336,000–$432,000

## Sustainability Plan

1. Proceeds from participant businesses will be reinvested into the center to ensure long-term operations.
2. Mentorship and support will foster participant success, ensuring continuous contributions.
3. Partnerships with local businesses and donors will strengthen financial stability.
4. Crowdfunding campaigns will provide additional funding for resources and expansion.
5. Philanthropy, seek corporate donations, e.g. office supplies, Tech tools, tablets, printers etc.

## Implementation Timeline

1. Months 1-2: Secure funding through crowdfunding and local sponsorships.
2. Months 3-4: Finalize property selection and acquire necessary equipment and staff.
3. Month 5: Launch the pilot program and begin onboarding participants.
4. Ongoing: Measure outcomes, gather feedback, and refine processes for scalability.

## Conclusion

The Electronic Butterfly Youth Center represents a transformative opportunity to empower youth, foster innovation, and strengthen communities. Through strategic planning, legal protections, and community collaboration, this initiative aims to create lasting impact and serve as a model for sustainable, scalable youth development programs worldwide.

## The Inclusive Vision of the Electronic Butterfly Youth Center

The Electronic Butterfly Youth Center (EBYC) is designed to be a beacon of hope, creativity, and empowerment for everyone—regardless of faith, beliefs, or worldview. By focusing on universal values that resonate across all perspectives, the EBYC creates a space where every individual can discover their worth, contribute to their community, and shape a brighter future.

### How the EBYC Welcomes Everyone

**1. Rooted in Universal Values**
- The EBYC focuses on principles that transcend religion or belief: hope, transformation, collaboration, and purpose.
- These values are inherently human, making them meaningful to people of all backgrounds.

**2. Action Over Doctrine**
- The EBYC provides tools and opportunities for youth to discover their worth and contribute to their communities, focusing on empowerment rather than ideology.
- It's about *what* we do together, not *what* someone believes.

**3. Respect for Individual Journeys**
- Whether someone holds a strong faith, is spiritual but not religious, or identifies as agnostic, the EBYC respects their unique perspective.
- Its programs are adaptable to individual needs and avoid imposing any specific worldview.

**4. Creating a Space for Dialogue**
- The EBYC fosters environments where ideas can be shared and explored, encouraging collaboration and mutual respect.
- This approach bridges gaps and shows that purpose and community matter more than labels.

### Why It Works for Agnostics and Everyone Else

**1. Focus on Humanity's Potential**
Agnostic individuals often value tangible actions over abstract beliefs. The EBYC is about real-world solutions: helping youth start businesses, innovate, and address community challenges.

**2. Celebrating Individual Thought**
By avoiding dogma, the EBYC encourages critical thinking and exploration, empowering youth to find their own paths—spiritually, intellectually, and socially.

**3. Shared Goals**
Everyone, regardless of belief, can unite around the shared goal of leaving the world better than they found it. The EBYC embodies this universal aspiration.

### A Beacon for All

The EBYC doesn't preach; it uplifts. It creates a framework where every child, regardless of background, can find their worth, grow their talents, and give back. By keeping its doors open to all perspectives, it becomes a unifying force—a place where diversity of thought is a strength, not a barrier.

### Subject: A Story of Loss, Redemption, and the Potential of EBYC

### The Tragedy and Triumph of Jeremy

Once upon a time, there was a young lad of 11 named Jeremy, bright, happy, and full of life. It was just him, his mom, and his dad, and they all lived happily in a small little town in Northern America. Jeremy loved his life, his friends, his school, and especially his folks. They were kind, caring, and often did the silly things that couples do in public, even though they had been married for 15 years.

One day, after dinner, Jeremy's folks told him they needed to have a talk. It seemed Jeremy's mother had come down with ovarian cancer, and the prognosis was not good. While telling Jeremy, they both tried to sound hopeful, but the truth loomed heavily in the air. The cancer was aggressive, and within just eight months, it claimed young Jeremy's mother.

It was devastating, and as time moved forward, alcoholism took hold of Jeremy's father. Now, Jeremy was indeed all alone. He tried his best to stay positive and help, but the weight of grief and responsibility was difficult to bear.

One evening, although his mother had disapproved of social media, Jeremy decided to make an account. Within hours, he was flooded with things that made him feel much worse—images of others' perfect lives and posts that deepened his feelings of isolation. Late that night, Jeremy's father lay passed out on the couch, surrounded by beer cans. Jeremy crept past him, into his parents' bathroom, and to the medicine cabinet. He found three or four prescription bottles with various amounts of pills. Grabbing a bottle of Pepto and a glass from the kitchen, Jeremy filled it with water and returned to his room. Over the next 30 minutes, Jeremy took a lethal dose of pills, ensuring they stayed down by drinking a little Pepto after each one.

Jeremy was gone. And with him, his father's bloodline—an unbroken lineage lasting centuries—came to an end. It was a devastating conclusion to a story that began with so much love and promise.

---

### The Redemption of Jeremy

Once upon a time, there was a young lad of 11 named Jeremy, bright, happy, and full of life. It was just him, his mom, and his dad, and they all lived happily in a small little town in Northern America. Jeremy loved his life, his friends, his school, and especially his folks. They

were kind, caring, and often did the silly things that couples do in public, even though they had been married for 15 years.

One day, after dinner, Jeremy's folks told him they needed to have a talk. It seemed Jeremy's mother had come down with ovarian cancer, and the prognosis was not good. While telling Jeremy, they both tried to sound hopeful, but the truth loomed heavily in the air. The cancer was aggressive, and within just eight months, it claimed young Jeremy's mother.

It was devastating, and as time moved forward, alcoholism took hold of Jeremy's father. Now, Jeremy was indeed all alone. He tried his best to stay positive and help, but the weight of grief and responsibility was difficult to bear.


BUT, WHAT IF?


One evening, Jeremy decided to make a social media account despite his late mother's disapproval. Within a short period of time, he came across a post from one of his friends! The post was about a business his friend had started at just 12 years old through something called the *Electronic Butterfly Youth Center (EBYC)*, which happened to be only a mile from Jeremy's house.

The next day, Jeremy rode his bike there after school as fast as he could to see what the requirements were. To his amazement, there weren't many: 18 and under, a member of the town, and the ability to come up with a few business models and narrow it down to one viable business for the center. Jeremy couldn't believe it. With this opportunity, he was all in.

Jeremy worked hard and started a business for the center selling hoodies with a simple, meaningful design. They featured the words "Still Loading" in lowercase letters, with the EBYC logo over the left breast. The hoodies became a hit in town, and Jeremy poured his heart into the work.

Once his first business was thriving, Jeremy turned his attention to an idea he'd had since he was 7 years old—retrofitting old mowers and tillers with alternate fueling systems. With the resources and mentorship at the EBYC, Jeremy built a business that not only supported the town but also provided financial stability for him and his father. Inspired by his son's determination, Jeremy's father overcame his struggles with alcoholism and began mentoring other youth at the center.

But Jeremy's journey didn't end there. In his free time, with the help of AI tools provided by the center, Jeremy dedicated himself to finding a cure for the cancer that had claimed his mother. Years of hard work, research, and collaboration led to a breakthrough. Before Jeremy passed away, his discovery saved millions of lives worldwide, leaving an indelible

mark on humanity.

This time, Jeremy's story was not one of loss but one of redemption, resilience, and a legacy of hope.

# Membership Requirements for The Electronic Butterfly Youth Center

To become a member of the Electronic Butterfly Youth Center and enjoy free access to all its resources and opportunities, individuals must meet the following requirements:

1. **Age**: Membership is open to individuals aged **0 to 18 years old**.

2. **Community Connection**: Members must be residents of the **town or surrounding community**.

3. **Business Proposals**: Each member must submit **three business proposals** for potential creation at the center. From these, one will be selected and developed, with the goal of generating income to support the center's operations and mission.

4. **Parental/Guardian Permission**: Members under the age of 18 must provide signed parental or guardian consent to participate in the center's programs and activities.

These requirements are designed to ensure that all members actively contribute to and benefit from the transformative opportunities provided by the center while maintaining safety and accountability.

🦋 Welcome to The Electronic Butterfly Youth Center (EBYC)!

Hey there!

Imagine a place built **just for kids like you**—a place where you can **create, explore, and build your own future** without anyone telling you, "you're too young" or "wait until you grow up."

That place is called **The Electronic Butterfly Youth Center (EBYC)**, and it's like a **real-life superhero headquarters** for young minds who want to **dream big and make things happen!**

🚀 **Your Own Business** – Want to start a YouTube channel? Sell cool designs? Create an app? We'll help you **turn your idea into something real**—and even help pay for things like websites, logos, and legal stuff!

🤖 **AI & Tech Tools** – You get access to **the same advanced AI technology that adults use** to build businesses and solve big problems. We teach you how to use it the right way, so **you stay in charge of the future.**

💡 **Mentors Who Believe in You** – Imagine having **real business owners, artists, and tech experts helping you** step by step. They won't talk down to you—they'll **listen to your ideas and help you bring them to life.**

💰 **No Grown-Up Rules That Hold You Back** – At EBYC, **you don't need to wait until you're older to succeed.** We help with things like **filing fees, business licenses, and even startup costs** so you can **launch your ideas today!**

🛠️ **Hands-On Learning** – Whether you want to **design video games, create a clothing brand, build robots, or run a car wash business,** you'll actually get to do it—not just learn about it.

⚫ **A Place That's Yours** – This isn't a school. It's not a daycare. It's a **headquarters for young entrepreneurs** where **you** make the rules and shape the future.

Why It Exists

Because **grown-ups have been running the world for a long time… and look where that got us!** ⚫💧

We believe **you** have the ideas, creativity, and energy to **fix what they messed up.**

The **EBYC was built for kids like you**—to prove that **you don't need to be 18, have a degree, or wait for permission to be great.**

All you need is a **place that believes in you.** That place is **The Electronic Butterfly Youth Center.**

**So… what do YOU want to build? 🚀**