**<u>EXHIBIT A</u>**

<u>Defendants</u>:

1. Samuel Altman;
2. Gregory Brockman;
3. OpenAI, Inc.;
4. OpenAI L.P.;
5. OpenAI, L.L.C.;
6. OpenAI GP, L.L.C.;
7. OpenAI OpCo, LLC;
8. OpenAI Global, LLC;
9. OAI Corporation, LLC;
10. OpenAI Holdings, LLC;
11. OpenAI Startup Fund Management, LLC;
12. OpenAI Startup Fund GP I, L.L.C.;
13. OpenAI Startup Fund I, L.P.;
14. OpenAI Startup Fund SPV GP I, L.L.C.;
15. OpenAI Startup Fund SPV GP II, L.L.C.;
16. OpenAI Startup Fund SPV GP III, L.L.C.;
17. OpenAI Startup Fund SPV GP IV, L.L.C.;
18. OpenAI Startup Fund SPV I, L.P.;
19. OpenAI Startup Fund SPV II, L.P.;
20. OpenAI Startup Fund SPV III, L.P.;
21. OpenAI Startup Fund SPV IV, L.P.;
22. AESTAS Management Company, LLC; and
23. AESTAS LLC