United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELON MUSK, ET AL.,** | Case No.: 4:24-cv-04722-YGR |
| Plaintiffs, | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| v. | |
| **OPENAI, INC., ET AL.,** | |
| Defendants. | |

**PRETRIAL SCHEDULE**

| | |
|---|---|
| OPENING OF DISCOVERY | April 4, 2025 |
| REPLIES IN SUPPORT OF MOTIONS TO DISMISS | April 10, 2025 |
| ANSWERS DUE TO AMENDED COMPLAINT | 14 days following the Court's order on Motions to Dismiss |
| EXCHANGE OF INITIAL DISCLOSURES | April 11, 2025 |
| SUBSTANTIAL COMPLETION OF DOCUMENT DISCOVERY | July 14, 2025 |
| START OF FACT DEPOSITION PERIOD | July 28, 2025 |
| CLOSE OF FACT DISCOVERY | August 4, 2025 |
| DEADLINE TO COMPLETE DEPOSITIONS | August 18, 2025 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: August 29, 2025 Rebuttal: September 12, 2025 |
| DEADLINE TO FILE LETTER SEEKING PRE-SUMMARY JUDGMENT FILING CONFERENCE | September 5, 2025 |
| EXCHANGE OF OPENING EXPERT REPORTS | September 8, 2025 |
| DEADLINE TO FILE LETTERS OPPOSING PRE-SUMMARY JUDGMENT FILING CONFERENCE | September 10, 2025 |
| SUMMARY JUDGMENT CONFERENCE[1] | September 17, 2025 at 2:00 p.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

| | |
|---|---|
| EXCHANGE OF REBUTTAL EXPERT REPORTS | September 29, 2025 |
| EXPERT DISCOVERY CUTOFF: | October 20, 2025 |
| COMPLIANCE DEADLINE | February 20, 2026; statement to be filed by February 13, 2026 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, February 27, 2026 |
| PRETRIAL CONFERENCE: | Friday, March 13, 2026 at 9:00 a.m. |
| TRIAL DATE: | Monday, March 30, 2026 at 8:30 a.m. (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance hearing on February 20, 2026 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be vacated.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

Given the public interest in this case, all hearings other than evidentiary hearings will be available audibly via the Zoom platform.

**IT IS SO ORDERED.**

Dated: 04/09/2025

YVONNE GONZÁLEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE