# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 4, 2025 | **Time:** 59 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 24-cv-4722-YGR | **Case Name:** Musk v. Altman et al | |

**Attorney for Plaintiff:** Marc Toberoff
**Attorney for Defendant OpenAI:** William Frentzen, Sarah Eddy, William Savitt, and Jordan Eth
Attorney for Defendant Microsoft: Russell Cohen, Nisha Patel, and Jay Jurata

**Deputy Clerk:** Edwin Angelo A. Cuenco    **Court Reporter:** Stephen Franklin; via Zoom

## PROCEEDINGS

Initial Case Management Conference – held and accessible via Zoom Webinar.

The Court heard argument on the claims and motion to dismiss with respect to the claims and are taken into submission. Pretrial deadlines are set.

Case Management and Pretrial Order to issue.