1  Lester Lawrence Lessig (MA Bar No. 710593)
       *lessig@lessig.law*
2  *Attorney for Proposed Amici Curiae*
       Former OpenAI Employees
3

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>     Defendants. | Case No. 4:24-cv-04722-YGR<br><br>Assigned to: Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF FORMER OPENAI EMPLOYEES IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>*(Filed concurrently with Motion for Leave and Proposed Amicus Brief)* |

1  Upon consideration of the Motion of Proposed *Amici Curiae* Former OpenAI Employees for leave
2  to File *Amici Curiae* Brief in Support of Plaintiffs' Oppositions to Defendants' Motions to Dismiss,
3  and the entire record herein, it is hereby:
4      1.    ORDERED that the Motion is GRANTED; and it is
5      2.    FURTHER ORDERED that the Brief of Former Open AI Employees as *Amici*
6      *Curiae* in Support of Plaintiffs' Oppositions to Defendants' Motions to
7      Dismiss be filed on the docket by counsel.

DATED: _____    By: _____
                                                                                   Hon. Yvonne Gonzalez Rogers