**EXHIBIT A**

Former OpenAI Employees:
1. Steven Adler
2. Rosemary Campbell
3. Neil Chowdhury
4. Jacob H. Hilton
5. Daniel B. Kokotajlo
6. Gretchen M. Krueger
7. Todor M. Markov
8. Richard M.C. Ngo
9. Girish N. Sastry
10. William R. Saunders
11. Carrol L. Wainwright II
12. Jeffrey K. Wu