UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELON MUSK,

    Plaintiff(s),

v.

SAM ALTMAN, et al.,

    Defendant(s).

Case No. 24-cv-04722-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Lester Lawrence Lessig, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See Exhibit A in the above-entitled action. My local co-counsel in this case is Eugene Volokh, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 194464.

| 20 Amory St, Brookline, MA 02446 | 434 Galvez Mall, Stanford, CA 94305-6003 |
| --- | --- |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 650-714-3072 | 650-721-5092 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lessig@lessig.law | volokh@stanford.edu |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 710593.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3    Rules. I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: April 10, 2025                                  Lester Lawrence Lessig
                                                            APPLICANT
5

6    ═══════════════════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION
9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE
10

11   IT IS HEREBY ORDERED THAT the application of Lester Lawrence Lessig is
12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14   counsel designated in the application will constitute notice to the party.

15   Dated: April 14, 2025

16
17                                                    HON. YVONNE GONZALEZ ROGERS
18                                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

## **EXHIBIT A**

Former OpenAI Employees:
1. Steven Adler
2. Rosemary Campbell
3. Neil Chowdhury
4. Jacob H. Hilton
5. Daniel B. Kokotajlo
6. Gretchen M. Krueger
7. Todor M. Markov
8. Richard M.C. Ngo
9. Girish N. Sastry
10. William R. Saunders
11. Carrol L. Wainwright II
12. Jeffrey K. Wu

# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

**ALLISON S. CARTWRIGHT**
CLERK

Telephone:
(617) 557-1100

General Email:
sjccountyclerk@sjcstate.ma.us

Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

April 9, 2025

Attorney Lester Lawrence Lessig
Lester Lessig
20 Amory St
Brookline , MA  02446
lessig@mac.com

IN RE:    CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Lester Lawrence Lessig .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*Allison S. Cartwright*
Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  04/09/2025 04.08.2025
Enclosures

2025.01_Amended:Version2025.01.01

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **September 21, 2022**, said Court being the highest Court of Record in said Commonwealth:

## Lester Lawrence Lessig

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **April** in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County