Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> Assigned to Hon. Yvonne Gonzalez Rogers <br><br> **DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' RESPONSE RE: OPENAI DEFENDANTS' NOTICE (DKT. 157)** |

**DECLARATION**

I, Marc Toberoff, declare as follows:

1. I am a member of the bar of the State of California and a principal of the law firm Toberoff & Associates, P.C., counsel of record for Plaintiffs Elon Musk, Shivon Zilis, and X.AI Corp. ("Plaintiffs"). I submit this Declaration in Support of Plaintiffs' Response Re: OpenAI Defendants' Notice (Dkt. 157). Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a January 9, 2024 letter from Robert Weissman, President of Public Citizen, to California Attorney General Rob Bonta.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a March 5, 2024 letter from Robert Weissman, President of Public Citizen, to California Attorney General Rob Bonta and California Deputy Attorney General Christopher Lamerdin.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a June 6, 2024 letter from Robert Weissman, President of Public Citizen, to California Attorney General Rob Bonta and California Deputy Attorney General Christopher Lamerdin.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a September 30, 2024 letter from Robert Weissman, Co-President of Public Citizen, to California Attorney General Rob Bonta.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a December 17, 2024 letter from Robert Weissman, Co-President of Public Citizen, to California Attorney General Rob Bonta and Delaware Attorney General Kathy Jennings.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a January 29, 2025 letter from a coalition of California-based foundations and non-profit organizations to California Attorney General Rob Bonta.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an April 9, 2025 letter from a coalition of California-based foundations and non-profit organizations to California Attorney General Rob Bonta.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an April 15, 2025 letter from Plaintiffs' counsel Marc Toberoff to California Attorney General Rob Bonta.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2025, at Malibu, California.

        */s/ Marc Toberoff*
        Marc Toberoff