Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>SAMUEL ALTMAN, et al.,<br><br>           Defendants. | Case No. 4:24-cv-04722-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**PLAINTIFFS' FURTHER RESPONSE RE: DEFENDANTS' NOTICE (DKT. 157)** |

      Plaintiffs submit the petition to the California and Delaware Attorneys General, made public today and signed by various legal and technology luminaries, among them Nobel laureates, as relevant to Defendants' notice regarding the California Attorney General's denial of relator status and Plaintiffs' pending request for reconsideration of such denial. A true and correct copy of the petition is attached as Exhibit 1.

DATED: April 23, 2025　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　TOBEROFF & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　　　　_/s/ Marc Toberoff_
　　　　　　　　　　　　　　　　　　　　　　　Marc Toberoff

　　　　　　　　　　　　　　　　　　　　_Attorneys for Plaintiffs Elon Musk,_
　　　　　　　　　　　　　　　　　　　　_Shivon Zilis, and X.AI Corp._

PLS.' FURTHER NOTICE RE: RELATOR STATUS