```
1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  JAYMIE PARKKINEN (CA SBN 318394)
   JParkkinen@toberoffandassociates.com
3  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
4  Malibu, CA 90265
   Telephone: (310) 246-3333
5
6  *Attorneys for Elon Musk, Shivon Zilis, and X.AI Corp.*

7  (Additional counsel listed on the next page)
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **JOINT STIPULATION RE: COUNTERCLAIM DEFENDANTS MUSK AND XAI'S TIME TO RESPOND TO OPENAI COUNTERCLAIMANTS' COUNTERCLAIMS** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted pro hac vice)
BRWilson@mofo.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted pro hac vice)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Attorneys for Samuel Altman, Gregory Brockman,
OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,
OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,
OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,
OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,
OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,
OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,
OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,
OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,
Aestas Management Company, LLC, and Aestas LLC*

Counterclaim Defendants Elon Musk and X.AI Corp. (collectively, the "Counterclaim Defendants") and Counterclaim Plaintiffs OpenAI, Inc., OpenAI OpCo, LLC, and OpenAI Global, LLC (collectively, the "OpenAI Counterclaimants" and with Counterclaim Defendants the "Parties"), by and through their counsel, pursuant to Northern District of California Local Rule 6-1(a), hereby stipulate as follows:

WHEREAS, on April 9, 2025, the OpenAI Counterclaimants filed their Counterclaims, Answer, and Defenses, Dkt. 147, asserting two counterclaims against Counterclaim Defendants ("Counterclaims");

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Counterclaim Defendants' response to the Counterclaims is due by April 30, 2025;

IT IS HEREBY STIPULATED AND AGREED, by the Parties that:

1. Counterclaim Defendants shall have until May 7, 2025 to respond to the Counterclaims.

| | | |
|---|---|---|
| Dated: April 29, 2025 | | TOBEROFF & ASSOCIATES, P.C. |
| | By: | */s/ Marc Toberoff* <br> Marc Toberoff (CA SBN 188547) |
| | | *Attorneys for Elon Musk, Shivon Zilis, and X.AI Corp.* |
| Dated: April 29, 2025 | | MORRISON & FOERSTER LLP |
| | By: | */s/ Jordan Eth* <br> Jordan Eth (CA SBN 121617) |
| | | *Attorneys for Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC* |

**SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 29, 2025

*/s/ Marc Toberoff*
Marc Toberoff (CA SBN 188547)