# EXHIBIT 7

| | |
|---|---|
| **From:** | Greg Brockman |
| **To:** | Elon Musk |
| **Cc:** | Sam Altman |
| **Subject:** | Re: compensation framework |
| **Date:** | Monday, February 22, 2016 12:21:34 AM |

Read you loud and clear. Sounds like a plan. Will plan to continue
working with sama on specifics, but let me know if you'd like to be
kept in the loop.

- gdb


On Mon, Feb 22, 2016 at 12:09 AM, Elon Musk < Redacted for PII > wrote:
> We need to do what it takes to get the top talent. Let's go higher. If, at some point, we need to revisit what existing
people are getting paid, that's fine.
>
> Either we get the best people in the world or we will get whipped by Deepmind.
>
> Whatever it takes to bring on ace talent is fine by me.
>
> Deepmind is causing me extreme mental stress. If they win, it will be really bad news with their one mind to rule
the world philosophy. They are obviously making major progress and well they should, given the talent level over
there.
>
>
>
>> On Feb 21, 2016, at 11:34 AM, Greg Brockman < Redacted for PII > wrote:
>>
>> Hi all,
>>
>> We're currently doing our first round of full-time offers
>> post-founding. It's obviously super important to get these right, as
>> the implications are very long-term. I don't yet feel comfortable
>> making decisions here on my own, and would love any guidance.
>>
>> Here's what we're currently doing:
>>
>> Founding team: $275k salary + 25bps of YC stock
>>  - Also have option of switching permanently to $125k annual bonus or
>> equivalent in YC or SpaceX stock. I don't know if anyone's taken us up
>> on this.
>>
>> New offers: $175k annual salary + $125k annual bonus || equivalent in
>> YC or SpaceX stock. Bonus is subject to performance review, where you
>> may get 0% or significantly greater than 100%.
>>
>> Special cases: gdb + Ilya + Trevor
>>
>> The plan is to keep a mostly flat salary, and use the bonus multiple
>> as a way to reward strong performers.
>>
>> Some notes:
>>
>> - We use a 20% annualized discount for the 8 years until the stock

>> becomes liquid, the $125k bonus equates to 12bps in YC. So the
>> terminal value is more like $750k. This number sounds a lot more
>> impressive, though obviously it's hard to value exactly.
>> - The founding team was initially offered $175k each. The day after
>> the lab launched, we proactively increased everyone's salary by $100k,
>> telling them that we are financially committed to them as the lab
>> becomes successful, and asking for a personal promise to ignore all
>> counteroffers and trust we'll take care of them.
>> - We're currently interviewing Ian Goodfellow from Brain, who is one
>> of the top 2 scientists in the field we don't have (the other being
>> Alex Graves, who is a DeepMind loyalist). He's the best person on
>> Brain, so Google will fight for him. We're grandfathering him into the
>> founding team offer.
>>
>> Some salary datapoints:
>>
>> - John was offered $250k all-in annualized at DeepMind, thought he
>> could negotiate to $300k easily.
>> - Wojciech was verbally offered ~$1.25M/year at FAIR (no concrete letter though)
>> - Andrew Tulloch is getting $800k/year at FB. (A lot is stock which is vesting.)
>> - Ian Goodfellow is currently getting $165k cash + $600k stock/year at Google.
>> - Apple is a bit desperate and offering people $550k cash (plus stock,
>> presumably). I don't think anyone good is saying yes.
>>
>> Two concrete candidates that are on my mind:
>>
>> - Andrew is very close to saying yes. However, he's concerned about
>> taking such a large paycut.
>> - Ian has stated he's not primarily concerned with money, but the Bay
>> Area is expensive / wants to make sure he can buy a house. I don't
>> know what will happen if/when Google starts throwing around the
>> numbers they threw at Ilya.
>>
>> My immediate questions:
>>
>> 1. I expect Andrew will try to negotiate up. Should we stick to his
>> offer, and tell him to only join if he's excited enough to take that
>> kind of paycut (and that others have left more behind)?
>> 2. Ian will be interviewing + (I'm sure) getting an offer on
>> Wednesday. Should we consider his offer final, or be willing to slide
>> depending on what Google offers?
>> 3. Depending on the answers to 1 + 2, I'm wondering if this flat
>> strategy makes sense. If we keep it, I feel we'll have to really sell
>> people on the bonus multiplier. Maybe one option would be using a
>> signing bonus as a lever to get people to sign?
>> 4. Very secondary, but our intern comp is also below market: $9k/mo.
>> (FB offers $9k + free housing, Google offers like $11k/mo all-in.)
>> Comp is much less important to interns than to FT people, since the
>> experience is primary. But I think we may have lost a candidate who
>> was on the edge to this. Given the dollar/hour is so much lower than
>> for FT, should we consider increasing the amount?
>>
>> I'm happy to chat about this at any time.
>>
>> - gdb
>>