# EXHIBIT 20

| | |
|---|---|
| **From:** | Sam Altman |
| **To:** | Elon Musk |
| **Subject:** | Re: Bloomberg: AI Research Group Co-Founded by Elon Musk Starts For-Profit Arm |
| **Date:** | Monday, March 11, 2019 3:11:02 PM |

on it

On Mon, 11 Mar 2019 at 15:04, Elon Musk < Redacted for PII > wrote:
> Please be explicit that I have no financial interest in the for-profit arm of OpenAI
>
> **AI Research Group Co-Founded by Elon Musk Starts For-Profit Arm**
> Bloomberg
>
> OpenAI, the San Francisco-based artificial intelligence research group co-founded by Elon Musk and several other prominent Silicon Valley entrepreneurs, is starting a for-profit arm that will allow it to raise more money. Read the full story
>
>
> Shared from Apple News