# EXHIBIT A



# CALIFORNIA
# DEPARTMENT OF JUSTICE

**Rob Bonta**
*Attorney General*

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 510-4400
Telephone: (415) 510-3498
Facsimile: (415) 703-5480
E-Mail: Caitlin.Noble@doj.ca.gov

June 4, 2025

Marc Toberoff
Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
mtoberoff@toberoffandassociates.com
jparkkinen@toberoffandassociates.com

RE: Request for reconsideration of relator status in *Musk, et al., v. Altman, et al.*, United States District Court, Northern District of California, Case No. 4:24-cv-04722-YGR

Dear Counsel:

We have received your correspondence dated April 15, 2025, requesting reconsideration of our April 14, 2025, decision (attached) denying your clients' request for relator status in the above-referenced lawsuit. There is no statutory basis for reconsideration; we are responding to your request as a courtesy.

The California Department of Justice is committed to protecting the public interest and protecting charitable assets for their intended purpose.

Sincerely,

*[signature]*

CAITLIN W. NOBLE
Supervising Deputy Attorney General

For   ROB BONTA
      Attorney General

CWN:
cc: Russell Cohen, Howard Ullman (Attorneys for Microsoft Defendants); Jordan Eth, David Wiener, William Savitt, Bradley Wilson (Attorneys for OpenAI Defendants)

April 17, 2025
Page 2

Encl. April 14, 2025, letter