UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SAMUEL ALTMAN, et al.,<br><br>        Defendants. | Case No. 24-cv-04722-YGR   (KAW)<br><br>ORDER OF RECUSAL |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for discovery matters. The court recuses itself from this matter.

IT IS SO ORDERED.

Dated: June 24, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge