Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **DECLARATION OF JAYMIE PARKKINEN IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE OPENAI DEFENDANTS' FIFTY-FIVE DEFENSES** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

Date:     August 5, 2025
Time:     2:00 p.m.
Place:    Courtroom 1 (4th Fl.)
          1301 Clay St.
          Oakland, CA 94612

## **DECLARATION**

I, Jaymie Parkkinen, declare as follows:

1.    I am an attorney at Toberoff & Associates, P.C., counsel of record for Plaintiffs Elon Musk and X.AI Corp. ("Plaintiffs") in this action, and a member of the bar of the State of California. I submit this Declaration in connection with Plaintiffs' Motion to Strike OpenAI Defendants' Fifty-Five Defenses. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2.    Over the course of June 12 and 13, 2025, Plaintiffs and the OpenAI Defendants ("OpenAI") met and conferred for approximately nine hours regarding various discovery matters. I represented Plaintiffs during this conference. Though other counsel for OpenAI and Microsoft attended the call, only Bradley Wilson, Nathaniel Cullerton, and Alison Plessman actively participated on behalf of OpenAI.

3.    During the conference, OpenAI sought to justify many of its discovery requests by referencing its defenses to Plaintiffs' causes of action.

4.    When I questioned the merit and applicability of some of these defenses, Mr. Wilson raised the fact that, to date, Plaintiffs had not challenged any of OpenAI's defenses.

5.    Since the conclusion of the June 12-13 conference, OpenAI has issued an additional eleven subpoenas. One of these subpoenas was addressed to Plaintiffs' counsel directly.

6.    I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on June 26, 2025.


            */s/ Jaymie Parkkinen*
            Jaymie Parkkinen

**ECF ATTESTATION**

I, Marc Toberoff, am the ECF User whose ID and password are being used to file this DECLARATION OF JAYMIE PARKKINEN IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE OPENAI DEFENDANTS' FIFTY-FIVE DEFENSES. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from the other signatory, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: June 26, 2025                         _____*/s/ Marc Toberoff*_____
                                                               Marc Toberoff