UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 24-cv-04722-YGR  (TSH) |
| Plaintiffs, | |
| v. | **NOTICE OF REFERRAL FOR DISCOVERY** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

This case has been referred to the undersigned magistrate judge for all discovery. For any pending matters at the time of referral, the Court will issue a separate order. For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Please direct any questions to Rose Maher, Courtroom Deputy, at Rose_Maher@cand.uscourts.gov or (415) 522-4708.

**IT IS SO ORDERED.**

Dated: June 27, 2025

THOMAS S. HIXSON
United States Magistrate Judge