UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>SAMUEL ALTMAN, et al.,<br><br>            Defendants. | Case No. 24-cv-04722-YGR (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 180 |

The OpenAI Defendants have filed a discovery letter brief at ECF No. 180. The Court **ORDERS** Plaintiffs to file a response no later than noon Pacific time on June 30, 2025.

**IT IS SO ORDERED.**

Dated: June 27, 2025

THOMAS S. HIXSON
United States Magistrate Judge