# EXHIBIT A

VIA CM/ECF

**EXHIBIT A**

| Request[1] | Text | Musk Parties' Final Position[2] |
|---|---|---|
| *—Musk's Alleged Contract—* | | |
| Musk RFP 5 | "All Documents and Communications concerning the Purported Contract, including the 'series of writings' that purportedly 'constitute' the Purported Contract and any 'representations and reassurances' that You contend 'manifested . . . assent' to the terms of the Purported Contract." | "During our conference, we proposed a comprehensive framework whereby agreements, drafts, and communications concerning the same would be produced across all relevant RFPs. This approach would efficiently resolve overlapping issues across multiple requests exchanged by the parties. We believe this global understanding represents a practical solution that advances both parties' discovery objectives. We await OpenAI Defendants' response to this proposal." |
| Zilis RFP 8 | "All Documents and Communications concerning the Purported Contract, including the 'series of writings' identified in the Complaint that are alleged to 'constitute' the Purported Contract." | Same as Musk RFP 5 |

---

[1] To facilitate the Court's consideration of the discovery issues addressed in the joint statement, these requests are listed in the order in which they are cited in the OpenAI Defendants' section of the joint statement.

[2] The Musk Parties' final positions on the requests at issue were set forth in a June 18 letter, which is attached as Exhibit B to this joint statement. The OpenAI Defendants responded in a June 24 letter, which is attached as Exhibit C. The Musk Parties did not respond to the June 24 letter.

| Musk RFP 29 | "All Documents and Communications reflecting Your personal views of the following agreements or transactions and/or their compliance or non-compliance with the Purported Contract and/or any other promises or commitments allegedly made to You in connection with any donations or gifts made to OpenAI by You or on Your behalf: (i) the JCDA; (ii) the 2016 OpenAI-Microsoft Transaction; (iii) the 2019 OpenAI-Microsoft Transaction; (iv) the 2020 OpenAI-Microsoft Transaction; (v) the 2023 OpenAI-Microsoft Transaction; (vi) any other actual or potential agreement between Microsoft and OpenAI; (vii) the 2024 OpenAI Fundraising; (viii) the 2025 Stargate Transaction; (ix) the 2025 OpenAI Fundraising; and/or (x) any other fundraising transactions by OpenAI." | Same as Musk RFP 5 |
| --- | --- | --- |
| Zilis RFP 13 | "All Documents and Communications reflecting Your or Musk's personal views of the following agreements or transactions and/or their compliance or non-compliance with the Purported Contract and/or any other promises or commitments allegedly made to Musk in connection with any donations or gifts made to OpenAI by Musk or on Musk's behalf: (i) the JCDA; (ii) the 2019 OpenAI-Microsoft Transaction; (iii) the 2020 OpenAI-Microsoft Transaction; (iv) the 2023 OpenAI-Microsoft Transaction; and (v) any other actual or potential agreement between Microsoft and OpenAI." | Same as Musk RFP 5 |

| | | |
|---|---|---|
| \_\_*Alleged Breaches of Contract/Charitable Trust*\_\_ | | |
| Musk RFP 27 | "All Documents and Communications concerning the determination by xAI to open-source or not open-source any xAI product or software, including Grok 1, Grok 1.5, Grok 2, and Grok 3, and any future artificial intelligence products or software." | "As a preliminary matter, we reject OpenAI Defendants' unfounded argument that the relevance standard is satisfied through deflective finger-pointing that only serves to divert attention from the substantive claims in this litigation. Indeed, during the conference, you were not able to explain why, for example, the corporate form of xAI was relevant to any of the claims or defenses in this case, stating only in conclusory fashion that such information 'is relevant to [Musk's] criticisms' of OpenAI's conversion, without further explanation. Nevertheless, we remain open to considering additional reasoning from OpenAI Defendants regarding the relevance of such information to the substantive legal issues in dispute." |
| xAI RFP 4 | "All Documents and Communications concerning the determination by xAI to open-source or not open-source any xAI product or software, including Grok 1, Grok 1.5, Grok 2, and Grok 3, and any future artificial intelligence product or software." | Same as Musk RFP 27 |

| Musk RFP 21 | "All Documents and Communications concerning (i) any potential acquisition or other strategic transaction involving Tesla and OpenAI or any affiliated entity; (ii) any contemplated, actual, or potential investment by Tesla in OpenAI or any affiliated entity; or (iii) any actual, contemplated, or potential funding relationship of any kind involving Tesla and OpenAI or any affiliated entity, including any Communications with Gregory Brockman, Ilya Sutskever, Samuel Altman, Sam Teller, Jared Birchall, Shivon Zilis, Andrej Karpathy, JB Straubel, and Mark Juncosa regarding subjects: (i), (ii), or (iii)." | "In a good faith effort to resolve this matter, Plaintiffs agree to produce responsive documents subject to their stated objections."[3] |
|---|---|---|
| Zilis RFP 14 | "All Documents and Communications concerning (i) any potential acquisition or other strategic transaction involving Tesla and OpenAI or any affiliated entity; (ii) any contemplated, actual, or potential investment by Tesla in OpenAI or any affiliated entity; or (iii) any actual, contemplated, or potential funding relationship of any kind involving Tesla and OpenAI or any affiliated entity, including any Communications with Gregory Brockman, Ilya Sutskever, Samuel Altman, Sam Teller, Jared Birchall, Andrej Karpathy, Elon Musk, JB Straubel, or Mark Juncosa regarding subjects: (i), (ii), or (iii)." | Same as Musk RFP 21 |
| Musk RFP 22 | "All Documents and Communications concerning (i) any potential investment by a for-profit entity in OpenAI or any affiliated entity; or (ii) any funding relationship of any kind involving a forprofit entity and OpenAI or any affiliated entity." | Same as Musk RFP 21 |

---

[3] In their June 24 letter, the OpenAI Defendants explained that they did "not understand what [the Musk Parties] are committing to produce" in response to this and other related RFPs, observed that the Musk Parties had not identified "which specific objections" they intended to rely on to limit the production, and requested clarification. Ex. C at 7. The Musk Parties did not respond.

| | | |
|---|---|---|
| Zilis RFP 15 | "All Documents and Communications concerning (i) any potential investment by a for-profit entity in OpenAI or any affiliated entity; or (ii) any funding relationship of any kind involving a forprofit entity and OpenAI or any affiliated entity." | Same as Musk RFP 21 |
| Musk RFP 31 | "All Documents and Communications concerning Your personal views or assessments, whether formal or informal, regarding the amount of capital necessary to develop AGI, the amount of computing power necessary to develop AGI, and/or the recruitment of talent necessary to develop AGI." | "In a good faith effort to resolve this matter, Plaintiffs agree to produce documents / communications concerning OpenAI's capital needs."[4] |
| xAI RFP 3 | "All Documents and Communications concerning Your analyses, estimates, projections, or assessments, whether formal or informal, regarding the amount of capital necessary to develop AGI, the amount of computing power necessary to develop AGI, and/or the recruitment of talent necessary to develop AGI." | Same as Musk RFP 31 |
| Zilis RFP 17 | "All Documents and Communications concerning the amount of capital necessary to develop AGI, the amount of computing power necessary to develop AGI, and/or the recruitment of talent necessary to develop AGI." | Same as Musk RFP 31 |
| Musk RFP 26 | "All Documents and Communications concerning the actual, contemplated, or potential formation of xAI, including Documents and Communications concerning the determination to form xAI as a for-profit public benefit corporation and any consideration of alternative corporate forms." | Same as Musk RFP 27 |

---

[4] The OpenAI Defendants explained in their June 24 letter that the Musk Parties' proposed limitation was unacceptable because "Musk's personal views regarding the amount of capital other entities—including xAI—will require to develop AGI are relevant to assessing Musk's criticisms of OpenAI's decisions with respect to its efforts to raise capital." Ex. C at 8.

| xAI RFP 1 | "All Documents and Communications concerning the anticipated and actual formation of xAI, including any Documents and Communications related to the reasons for forming xAI, any anticipated competition with OpenAI, or the determination to form xAI as a for-profit public benefit corporation and any consideration of alternative corporate forms." | Same as Musk RFP 27 |

|  | —Alleged Donations to OpenAI— |  |
|---|---|---|
| Musk RFP 16 | "All Documents and Communications concerning any charitable contributions, donations, grants, or gift made by You, made on Your behalf, or made by or on behalf of any Person affiliated with you, to (i) Fidelity Charitable, or (ii) Vanguard Charitable, including any agreements, arrangements, contracts, or understanding with Fidelity Charitable or Vanguard Charitable related to any such charitable contributions, donations, grants, or gifts, as well as any account opening forms, substantiation letters, confirmations or acknowledgements, and any proposals or instructions regarding the use or distribution of any charitable contributions, donations, grants, or gifts." | "During our conference, you proposed that a declaration addressing some of the sensitive financial information could suffice in lieu of document production. We await OpenAI Defendants' proposed draft of that declaration."[5] |
| Musk RFP 10 | "All Documents and Communications sufficient to show the organizational structure of the Musk Foundation or any entity or business identified in response to Interrogatory No. 8, including Documents sufficient to identify the directors, managers, members, or any Persons with the ability to control or direct the activities of any such organizations." | "During our conference, you did not articulate the relevance of this request, but rather simply stated that you wanted to know who 'calls the shots' at the Musk Foundation. To the extent the relevance was not made clear during our discussion, please explain how this request is relevant to the claims or defenses in this matter and provide a narrowing proposal for our consideration."[6] |
| Musk RFP 15 | "All of Your state or federal tax filings that reflect charitable contributions, donations, grants, or gifts to OpenAI, Y Combinator or YC Org." | Same as Musk RFP 16 |

---

[5] In their June 24 letter, responding to the Musk Parties' suggestion of satisfying RFPs 15 and 16 through a "declaration," the OpenAI Defendants explained that they "considered that possible approach . . . and decided that it [was] not workable," because "any hypothetical stipulation would need to be informed by the discovery record in this case." Ex. C at 6-7.

[6] In their June 24 letter, the OpenAI Defendants reminded the Musk Parties that they had "explained the relevance of this RFP during our meet-and-confers," namely that "the Musk Foundation was the source of certain donations, made indirectly to OpenAI, that form the predicate for several of Plaintiffs' claims, and information concerning the structure of the Foundation, and who controls it, is accordingly important to understanding the legal significance of the donations at issue." Ex. C at 6.

- 7 -

| Musk Rog 4 | "For each of the donations alleged in Paragraph 489 of the Complaint, or any other donation, gift, grant, or charitable contribution You made to OpenAI that is not specifically identified in the Complaint, (1) Identify the Person that made the donation (including where applicable any donor-advised fund or other entity that received donations, gifts, grants, or charitable contributions that were thereafter directed to OpenAI) and Describe such Person's relation to You, (2) Identify the Person to which or to whom the donation, gift, grant, or charitable contribution was made (including where applicable any donor-advised fund or other entity that received donations, gifts, grants, or charitable contribution that were thereafter directed to OpenAI), (3) Identify the date of the donation, gift, grant, or charitable contribution, (4) Identify the amount of the donation, gift, grant, or charitable contribution, and (5) Identify any conditions or restrictions attached to the donation, gift, grant, or charitable contribution." | "As discussed, and consistent with the Federal Rules, the requested information will be ascertainable from the documents being produced. Plaintiffs made a proposal concerning the donation-related documents they are willing to produce and await OpenAI Defendants' response. In a good faith effort to resolve this matter, we agreed to try to provide further identifying information for the UBS DAF in advance of the production of such documents. For your information, UBS is the custodian of the Fidelity DAF. We trust this resolves the matter." |
|---|---|---|
| Musk Rog 5 | "Identify any donation, gift, grant, or charitable contribution that was both (i) made by Elon Musk in his personal capacity (not by any other Person affiliated with Musk or acting on Musk's behalf), and (ii) made directly to OpenAI (not to a donor-advised fund or other entity that thereafter directed the donation, gift, grant, or charitable contribution to OpenAI), and for any such donation, gift, grant, or charitable contribution, (1) Identify the date of the donation, gift, grant, or charitable contribution, (2) Identify the amount of the donation, gift, grant, or charitable contribution, and (3) Identify any conditions or restrictions attached to the donation, gift, grant, or charitable contribution." | Same as Musk Rog 4 |

| Musk Rog 6 | "For each alleged payment of rent or overhead for OpenAI's office space made by You directly or through Musk Industries, Identify, (i) the Person that made the payment, (ii) the Person to which or whom the payment was made, (iii) the date of the payment, and (iv) the amount of the payment." | Same as Musk Rog 4 |
|---|---|---|
| Musk RFP 12 | "All Documents and Communications concerning any actual or potential charitable contributions, donations, gifts, grants, loans, or investments to OpenAI made by You, made on Your behalf, or made by any Person affiliated with You, including all Documents and Communications concerning the donations alleged in Paragraph 489 of the Complaint." | "We propose narrowing these overbroad requests to documents sufficient to reflect (i) Musk's financial contributions to OpenAI, Inc., (ii) financial contributions Musk made to OpenAI, Inc. through YC Org, and (iii) payments made by Musk Industries to or on behalf of OpenAI, Inc., along with communications concerning the same. Please confirm OpenAI Defendants' agreement to this proposal or submit a counterproposal." |
| Musk RFP 13 | "All Documents and Communications concerning any charitable contributions, donations, gifts, or grants to Y Combinator or YC Org, including all contracts, agreements, arrangements, or understandings between You or any Person affiliated with You, on the one hand, and Y Combinator or YC Org, on the other hand related to such charitable contributions, donations, gifts, or grants." | Same as Musk RFP 12 |
| Musk RFP 14 | "All Documents and Communications concerning any payments to OpenAI or to third parties on behalf of OpenAI by Musk Industries, LLC, including the payments alleged in Paragraphs 96, 309, and 490 of the Complaint and including any state or federal tax filings by Musk Industries reflecting any such payments." | Same as Musk RFP 12 |

| | | |
|---|---|---|
| ―*Discovery on Counterclaims*― | | |
| Musk RFP 28 | "All Documents and Communications concerning any solicitation of OpenAI employees by You, any entity or Person affiliated with You, including Tesla, Neuralink, SpaceX, The Boring Company, xAI, or X Corp, or any entity or Person acting on Your behalf, including any efforts to recruit Andrej Karpathy, Kyle Kosic, Greg Yang, Igor Babuschkin, or Ilya Sutskever, and/or to persuade Messrs. Karpathy, Kosic, Yang, Babuschkin, or Sutskever to depart OpenAI." | "Since the filing of Plaintiffs' Motion to Dismiss OpenAI's counterclaims, it has been Plaintiffs' consistent position that discovery concerning those counterclaims is inappropriate pending resolution of the motion. We cited, for example, Musk's Responses to OpenAI's Second Set of RFPs, dated May 13, 2025. This is precisely the approach OpenAI Defendants adopted in the state court action, *Musk* v. *Altman, et al.*, Case No. CGC-24-612746 (S.F. Sup. Ct.), when faced with similar circumstances . . . . We do not see why the situation should be treated differently here." |
| Musk RFP 34 | "All Documents and Communications concerning the 'Open Letter' titled 'Pause Giant AI Experiments: An Open Letter,' published by the Future of Life Institute on March 22, 2023 and signed by You, including all Communications with any signatories or concerning Your decision to sign and promote the Open Letter and call for a pause in the development of certain artificial intelligence technologies and all Documents concerning such Communications." | Same as Musk RFP 28 |

| Musk RFP 35 | "All Documents and Communications concerning the February 10, 2025 Letter of Intent, the transaction described therein, or any Alternative Transaction, including in either case any diligence or financing arrangements with respect to any of the foregoing. Documents responsive to this Request shall include: (i) all Documents and Communications relating to the proposed condition in the Letter that OpenAI 'shall use reasonable efforts to continue to operate the Business in the ordinary course consistent with past practices'; (ii) all Documents and Communications concerning the $97,375,000,000 'valuation' ascribed to OpenAI by the Letter; (iii) all Documents and Communications concerning Your representation in this Action that '[t]he purchase offer would become relevant only after—and if—(1) this Court denies Plaintiffs' Motion [for a Preliminary Injunction], (2) OpenAI proceeds with its conversion, and (3) OpenAI obtains approvals from the IRS and California and Delaware Attorneys General'; and (iv) all Documents and Communications relating to any efforts to solicit any Person to sign the February 10, 2025 Letter of Intent, to commit to invest, whether directly or indirectly, in the transaction described in the February 10, 2025 Letter of Intent or any Alternative Transaction, or to otherwise participate in or support the transaction described in the February 10, 2025 Letter of Intent or any Alternative Transaction." | Same as Musk RFP 28 |
|---|---|---|

| Musk RFP 36 | "All Communications between You, on the one hand, and any potential investors, including but not limited to xAI, Baron Capital Group, Inc., Valor Management LLC, Atreides Management, LP, Vy Fund III, L.P., Emanuel Capital Management, LLC, Eight Partners VC, LLC, and their principals, affiliates, and subsidiaries, on the other hand, regarding OpenAI and/or the February 10, 2025 Letter of Intent or any Alternative Transaction." | Same as Musk RFP 28 |
|---|---|---|
| Musk RFP 39 | "All Documents and Communications concerning any payments to, or any actual, contemplated, or potential engagement or solicitation of any Person to make public statements about OpenAI, Samuel Altman, Gregory Brockman, or the Action." | Same as Musk RFP 28 |
| Musk RFP 40 | "All Communications between You or any Person affiliated with You, on the one hand, and any Governmental Authority, on the other hand, concerning OpenAI, Samuel Altman, Gregory Brockman, or the Action, including any Communications with representatives from (i) the office of the Delaware Attorney General; (ii) the office of the California Attorney General; (iii) the office of any other state's Attorney General; (iv) the Internal Revenue Service; (v) the U.S. Securities and Exchange Commission; (vi) the Federal Trade Commission; (vii) the Central Intelligence Agency; (viii) the Department of Justice; (ix) the Department of Commerce; (x) the Department of Defense; (xi) the Department of Government Efficiency; (xii) the Department of State; (xiii) the United States Congress; (xiv) any candidate for President of the United States; (xv) the President Elect of the United States; and (xvi) the President of the United States." | Same as Musk RFP 28 |

| Musk RFP 44 | "All Communications between You or any Person affiliated with You, on the one hand, and any representative of a nonprofit or charitable entity, on the other hand, about OpenAI, Samuel Altman, Gregory Brockman, or any of the topics discussed in the Complaint, including Communications with those Persons listed in Exhibit C of these Requests." | Same as Musk RFP 28 |
|---|---|---|
| Musk RFP 45 | "All Communications between You or any Person affiliated with You, on the one hand, and any representative of any competitor of OpenAI or any entity or business owned, operated, or controlled by You, including Neuralink, SpaceX, Tesla, The Boring Company, xAI, or X Corp., on the other hand, concerning OpenAI, Samuel Altman, Gregory Brockman, or any of the topics discussed in the Complaint, including all Communications with representatives of Meta Platforms, Inc. or any of its affiliates (including Mark Zuckerberg) related to its interactions with the California Attorney General." | Same as Musk RFP 28 |
| Musk RFP 46 | "All Documents and Communications concerning SB 1047 or AB 501 or the potential impact of either on xAI or OpenAI, including any Communications between xAI or any Person affiliated with xAI, on the one hand, and any Governmental Authority or advocacy group, on the other hand, concerning SB 1047 or AB501 and all Documents concerning such Communications." | Same as Musk RFP 28 |
| Musk RFP 47 | "All Documents and Communications with or concerning LASST, Tyler Whitmer, or Vivian Dong regarding OpenAI, Samuel Altman, Gregory Brockman, or any topic referenced in the Complaint." | Same as Musk RFP 28 |

| Musk RFP 50 | "All Documents and Communications related to Your Books and Records Requests, including Documents and Communications concerning Your reasons for seeking the requested books and records, and any disclosure to, or use by, You or any entity or business owned, operated or controlled by You, including Neuralink, SpaceX, Tesla, The Boring Company, xAI, or X Corp., of the requested books and records." | Same as Musk RFP 28 |
|---|---|---|
| Musk RFP 54 | "All Documents and Communications concerning any efforts by You or anyone acting on Your behalf or any present or former employees of xAI, X, or X Corp. to use OpenAI's models, technology, code, and/or model outputs to develop, improve, or train Grok (including Grok 1, Grok 1.5, Grok 2, and/or Grok 3) or any other artificial intelligence-related product or technology." | Same as Musk RFP 28 |
| Musk RFP 55 | "All Documents and Communications concerning efforts by You or anyone acting on Your behalf or any present or former employees of xAI, X, or X Corp. to (i) increase or amplify views of and/or engagement with posts on X critical of OpenAI or its employees or executives; or (ii) limit, restrict, suppress, or depress views of and/or engagement with posts on X made by or concerning OpenAI or its representatives, including all Documents and Communications concerning any modifications or changes to X's algorithm or any other platform-level modifications or changes that have had any of the effects in (i) or (ii)." | Same as Musk RFP 28 |
| xAI RFP 2 | "Documents sufficient to show the organizational and business structure of xAI, including but not limited to Documents that identify and describe the role of xAI directors, managers, members, or any Persons with the ability to control or direct the activities of xAI." | Same as Musk RFP 28 |

| xAI RFP 9 | "All Documents and Communications concerning the 'Open Letter' titled 'Pause Giant AI Experiments: An Open Letter,' published by the Future of Life Institute on March 22, 2023, and signed by Elon Musk, including all Communications with any signatories or concerning Musk's decision to sign and promote the Open Letter and call for a pause in the development of certain artificial intelligence technologies and all Documents concerning such Communications. | Same as Musk RFP 28 |
| --- | --- | --- |
| xAI RFP 10 | "All Documents and Communications concerning the February 10, 2025 Letter of Intent, the transaction described therein, or any Alternative Transaction." | Same as Musk RFP 28 |
| xAI RFP 14 | "All Communications between xAI or any Person affiliated with xAI, on the one hand, and any Governmental Authority, on the other hand, concerning OpenAI, Samuel Altman, Gregory Brockman, or the Action, including any Communications with representatives from (i) the office of the Delaware Attorney General; (ii) the office of the California Attorney General; (iii) the office of any other state's Attorney General; (iv) the Internal Revenue Service; (v) the U.S. Securities and Exchange Commission; (vi) the Federal Trade Commission; (vii) the Central Intelligence Agency; (viii) the Department of Justice; (ix) the Department of Commerce; (x) the Department of Defense; (xi) the Department of Government Efficiency; (xii) the Department of State; (xiii) the United States Congress; (xiv) any candidate for President of the United States; (xv) the President Elect of the United States; and (xvi) the President of the United States." | Same as Musk RFP 28 |

| | | |
|---|---|---|
| xAI RFP 17 | "All Documents and Communications related to the Books and Records Requests, including Documents and Communications concerning Elon Musk's reasons for seeking the requested books and records, and any disclosure to, or use by, xAI or Musk of the requested books and records." | Same as Musk RFP 28 |
| xAI RFP 18 | "All Communications between xAI or any Person affiliated with xAI, on the one hand, and any representative of a nonprofit or charitable entity, on the other hand, about OpenAI, Samuel Altman, Gregory Brockman, or any of the topics discussed in the Complaint, including Communications with those Persons listed in Exhibit A of these Requests." | Same as Musk RFP 28 |
| xAI RFP 19 | "All Communications between xAI or any Person affiliated with xAI, on the one hand, and any representative of any competitor of OpenAI or any Musk-Affiliated Entity, on the other hand, concerning OpenAI, Samuel Altman, Gregory Brockman, or any of the topics discussed in the Complaint, including all Communications with representatives of Meta Platforms, Inc. or any of its affiliates (including Mark Zuckerberg) related to its interactions with the California Attorney General." | Same as Musk RFP 28 |
| xAI RFP 20 | "All Documents and Communications concerning SB 1047 or AB 501 or the potential impact of either on xAI or OpenAI, including any Communications between xAI or any Person affiliated with xAI, on the one hand, and any Governmental Authority or advocacy group, on the other hand, concerning SB 1047 or AB 501 and all Documents concerning such Communications." | Same as Musk RFP 28 |

| | | |
|---|---|---|
| xAI RFP 21 | "All Documents and Communications with or concerning LASST, Tyler Whitmer, or Vivian Dong regarding OpenAI, Samuel Altman, Gregory Brockman, or any topic referenced in the Complaint." | Same as Musk RFP 28 |
| xAI RFP 22 | "All Documents and Communications concerning any payments to, or any actual, contemplated, or potential engagement or solicitation of any Person to make public statements about OpenAI, Samuel Altman, Gregory Brockman, or the Action." | Same as Musk RFP 28 |
| Zilis RFP 20 | "All Communications between You or Elon Musk, or any Person affiliated with You or Elon Musk, on the one hand, and any Governmental Authority, on the other hand, concerning OpenAI, Samuel Altman, Gregory Brockman, or the Action, including any Communications with representatives from (i) the office of the Delaware Attorney General; (ii) the office of the California Attorney General; (iii) the office of any other state's Attorney General; (iv) the Internal Revenue Service; (v) the U.S. Securities and Exchange Commission; (vi) the Federal Trade Commission; (vii) the Central Intelligence Agency; (viii) the Department of Justice; (ix) the Department of Commerce; (x) the Department of Defense; (xi) the Department of Government Efficiency; (xii) the Department of State; (xiii) the United States Congress; (xiv) any candidate for President of the United States; (xv) the President Elect of the United States; and (xvi) the President of the United States." | Same as Musk RFP 28 |

| Zilis RFP 23 | "All Communications between You or any Person affiliated with You, on the one hand, and any representative of a nonprofit or charitable entity, on the other hand, about OpenAI, Samuel Altman, Gregory Brockman, or any of the topics discussed in the Complaint, including Communications with those Persons listed in Exhibit A of these Requests." | Same as Musk RFP 28 |
|---|---|---|
| Zilis RFP 24 | "All Communications between You or any Person affiliated with You, on the one hand, and any representative of any competitor of OpenAI or any Musk-Affiliated Entity, on the other hand, concerning OpenAI, Samuel Altman, Gregory Brockman, or any of the topics discussed in the Complaint, including all Communications with representatives of Meta Platforms, Inc. or any of its affiliates (including Mark Zuckerberg) related to its interactions with the California Attorney General." | Same as Musk RFP 28 |
| Zilis RFP 25 | "All Documents and Communications concerning SB 1047 or AB 501 or the potential impact of either on xAI or OpenAI, including any Communications between You or Elon Musk, or any Person affiliated with You or Musk, on the one hand, and any Governmental Authority or advocacy group, on the other hand, concerning SB 1047 or AB 501 and all Documents concerning such Communications." | Same as Musk RFP 28 |
| Zilis RFP 26 | "All Documents and Communications with or concerning LASST, Tyler Whitmer, or Vivian Dong regarding OpenAI, Samuel Altman, Gregory Brockman, or any topic referenced in the Complaint." | Same as Musk RFP 28 |

| Zilis RFP 28 | "All Documents and Communications related to the Books and Records Requests, including Documents and Communications concerning Elon Musk's reasons for seeking the requested books and records, and any disclosure to, or use by, You or Musk of the requested books and records." | Same as Musk RFP 28 |
|---|---|---|
| Musk Rog 11 | "Identify every Person with whom You communicated about the February 10, 2025 Letter of Intent, or any Alternative Transaction, including in either case any Person with whom You communicated about potential financing arrangements or investments, and as to each such Person, Identify all forms of Communication that You used to discuss any one or more of the foregoing subjects. The foregoing Interrogatory excludes posts made on X or any other social media or public platform and comments made in publicly broadcast interviews or discussions." | Same as Musk RFP 28 |
| Musk Rog 12 | "Identify all Persons included in the 'consortium of investors' referenced in the February 10, 2025 Letter of Intent, whether or not any such Person is a signatory to the February 10, 2025 Letter of Intent." | Same as Musk RFP 28 |
| Musk RFA 5 | "Admit that Your counsel sent the Books and Records Requests after You formed xAI but before You had informed any representative of OpenAI that You had formed xAI." | Same as Musk RFP 28 |
| Ariel Emanuel Subpoena | All requests | Same as Musk RFP 28 |
| Emanuel Capital Subpoena | All requests | Same as Musk RFP 28 |