# EXHIBIT 1

## Discovery Request Chart

| Request[1] | Text | Defendants' Final Position |
|---|---|---|
| *Altman's Firing* | | |
| RFP No. 12[2] | All Documents, Including Communications, from January 1, 2023 to December 31, 2023, reflecting concerns of the OpenAI Board about Altman. | "OpenAI Defendants will supplement their responses to Plaintiffs' RFPs and also produce non-privileged documents and communications of directors and officers of OpenAI, Inc. reflecting concerns about Altman's self- dealing, conflicts of interest, truthfulness, or approach to safety-related issues, dated between November 1, 2023 through November 17, 2023, to the extent such documents are within the OpenAI Defendants' possession, custody, or control and are identified through a reasonable search." Ex. 3 (OpenAI June 19, 2025 Letter) at 2. |
| RFP No. 41 | All Documents, Including Communications, from November 1, 2023 to the present, Concerning Altman's dismissal from the OpenAI Board and subsequent reinstatement. | Same as RFP No. 12. |

---

[1] The Requests are listed in the order they are cited in Plaintiff's statement.

[2] To minimize burden, Plaintiff offered to serve one comprehensive set of requests for production on OpenAI Defendants, as opposed to serving each OpenAI Defendant individually. OpenAI Defendants agreed that these consolidated requests are to be construed as service of separate, individual Requests upon each of the OpenAI Defendants, and such consolidation in no way affects the obligations each OpenAI Defendant has to respond and diligently search for and produce responsive documents.

| Request[1] | Text | Defendants' Final Position |
|---|---|---|
| RFP No. 73 | All Documents, Including Communications, Concerning the selection of new OpenAI Board members following Altman's firing and reinstatement in November 2023, Including candidate evaluations, selection criteria, and Communications with Microsoft regarding the OpenAI Board. | Same as RFP No. 12. |
| OpenAI, Inc. ROG No. 13 | Describe in detail the process by which Altman was removed as CEO and from the OpenAI Board in November 2023 and subsequently reinstated, Including the reasons for his removal, all Communications between any board members Concerning his removal or reinstatement, and any involvement of Microsoft in his reinstatement. | Same as RFP No. 12. |
| *Altman and Brockman's Conflicts of Interest* | | |
| RFP No. 31 | All Documents, Including Communications, Concerning the approval process for any Agreement or other arrangement between any OpenAI entity and any entity in which Altman or Brockman has or has had a financial interest, Including board presentations, conflict disclosures, and voting records. | "OpenAI Defendants will supplement their responses to Plaintiffs' RFPs and also produce (i) documents showing the financial interests of Altman and/or Brockman, if any, in the entities identified in these RFPs, and (ii) non-privileged OpenAI Board and Board Committee minutes and presentations, as well as Board-level communications, that concern the entities identified in these RFPs, in each case to the extent such documents are within the OpenAI Defendants' possession, custody, or control and are identified through a reasonable search." Ex. 3 at 3. |
| RFP No. 33 | Documents sufficient to identify all entities in which You have any financial or ownership | Same as RFP No. 31. |

| Request[1] | Text | Defendants' Final Position |
|---|---|---|
| | interest, Including the amount of such interest, date(s) it was acquired, its current fair market value, and date(s) any portion of such interest was transferred, sold, or otherwise disposed of, as well as whether such entity has ever discussed or consummated any transaction with any OpenAI entity, Including the nature of the discussed or consummated transaction. | |
| Altman ROG No. 4 | Identify all financial interests, direct or indirect, held by You in any entity that has conducted business with any OpenAI entity, Including the entity name, the nature and percentage of Your interest, dates the interest was acquired and, if applicable, divested, value of the interest, and whether or when such interest was disclosed to and approved by the OpenAI Board and regulators. | Same as RFP No. 31. |
| Brockman ROG No. 4 | Identify all financial interests, direct or indirect, held by You in any entity that has conducted business with any OpenAI entity, Including the entity name, the nature and percentage of Your interest, dates the interest was acquired and, if applicable, divested, value of the interest, and whether or when such interest was disclosed to and approved by the OpenAI Board and regulators. | Same as RFP No. 31. |
| OpenAI, Inc. ROG No. 10 | Identify all business transactions between any OpenAI entity and any company in which any OpenAI director, officer, or executive has or had any financial interest, Including the parties, date, nature, value, and approval process for each such transaction. | Same as RFP No. 31. |

| Request[1] | Text | Defendants' Final Position |
|---|---|---|
| *OpenAI Financial Information* | | |
| RFP No. 7 | All Documents reflecting payment of overhead expenses for OpenAI, Inc., Including salaries, rent, and utilities, from January 1, 2015 to December 31, 2020, Including invoices, receipts, ledgers, and bank statements. | "OpenAI Defendants are prepared to agree to supplement their responses to Plaintiffs' RFPs and also produce audited financial statements of OpenAI, provided that xAI agrees to make a reciprocal production." Ex. 3 at 4-5. |
| RFP No. 54 | All financial statements, profit and loss statements, balance sheets, cash flow statements, budgets, audits, and financial projections for all OpenAI entities from January 1, 2015 to the present. | "OpenAI Defendants are prepared to agree to supplement their responses to Plaintiffs' RFPs and also produce audited financial statements of OpenAI, provided that xAI agrees to make a reciprocal production." Ex. 3 at 6. |
| RFP No. 55 | All Documents Concerning the financial valuations of any of the For-Profit Entities from its creation to the present, Including investment memoranda, third-party valuations, and internal analyses. | Same as RFP No. 54. |
| OpenAI, Inc. ROG No. 4 | Identify each Transfer of intellectual property, Employees, or assets (or Transfer of any interest therein (e.g., a license)) from OpenAI, Inc. to any of the For-Profit Entities, Including the nature of the intellectual property, Employees, or assets Transferred, the date of Transfer, the transferee, the consideration provided for such Transfer, if any, and all Persons who approved such Transfer. | Plaintiff requested that OpenAI Defendants "confirm whether OpenAI, Inc. will provide specific details regarding the actual consideration paid for the transfer of the non-profit's intellectual property, and replace the nonresponsive and unduly vague 'fair-market value.'" Ex. 2 (Plaintiffs' June 16, 2025 Letter) at 4.<br><br>OpenAI Defendants responded: "As we stated in our June 10 letter and again during the meet-and-confers, 'the OpenAI Defendants' commitment to produce documents in response to RFP No. 42 includes the valuation |

| Request[1] | Text | Defendants' Final Position |
|---|---|---|
| | | report that the OpenAI Board considered in connection with the transaction referenced in OpenAI's response to Interrogatory No. 4.'" Ex. 3 at 8. |
| *OpenAI's For-Profit Conversion* | | |
| RFP No. 36 | All Documents, Including Communications, from January 1, 2015 to the present, Concerning any discussion, plan, proposal, or intention to form or use in any way a for-profit structure Concerning OpenAI, Inc. | "OpenAI Defendants agreed to provide 'documents and communications concerning the formation of the for-profit entities affiliated with OpenAI from January 1, 2015 through December 31, 2019,' given that OpenAI's for-profit arm was established in 2019." Ex. 3 at 5. |
| *Documents for Use at Depositions* | | |
| RFP No. 80 | All Documents that You intend to rely upon at trial, or at any deposition or hearing in this Action or in support of any motion, or to otherwise present to the Court for any purpose in this Action. | "The only purpose the OpenAI Defendants can conceive of for requiring the parties to specifically identify all deposition exhibits in advance of depositions—including documents that are publicly available—would be for the deponent and his or her counsel to have the advantage of knowing exactly what documents will be used at the deposition. The OpenAI Defendants remain willing to discuss a reasonable agreement regarding the treatment of deposition exhibits." Ex. 3 at 7. |

| Request[1] | Text | Defendants' Final Position |
|---|---|---|
| *RFAs to Each of the OpenAI For-Profit Entities* | | |
| RFA No. 1[3] | Admit that You participated in the decision to license OpenAI's technology to Microsoft. | "We [] suggested that you tell us what you were specifically focused on and propose a narrower set of RFAs designed to obtain unique information. You have made no such proposal."[4] Ex. 3 at 8-9. |
| RFA No. 2 | Admit that You were aware Musk made financial and non-financial contributions to OpenAI, Inc. | Same as RFA No. 1. |
| RFA No. 10 | Admit that OpenAI, Inc. Transferred intellectual property to You. | Same as RFA No. 1. |
| RFA No. 11 | Admit that You did not pay OpenAI, Inc. any money for the intellectual property Transferred to You. | Same as RFA No. 1. |
| RFA No. 12 | Admit that You did not Transfer anything of value to OpenAI, Inc. for the intellectual property it Transferred to You. | Same as RFA No. 1. |
| RFA No. 13 | Admit that the release of GPT-4o was accelerated to occur before Google's developer conference in May 2024. | Same as RFA No. 1. |

---

[3] Plaintiff served an individual set of RFAs on each of the For-Profit Entities. The For-Profit Entities served one joint response refusing to provide substantive answers to any RFA.

[4] During the parties' June 12-13, 2025 conference, Plaintiff requested that the *OpenAI Defendants* specify which RFAs they would be prepared to respond to, given their superior knowledge regarding each entity's participation in the various components of Plaintiffs' asserted claims. *See* Ex. 2 at 2 ("If OpenAI Defendants have reasonable means of reducing any purported burden while ensuring Plaintiffs obtain full and complete responsive information, we will consider such a proposal. Otherwise, please confirm that the OpenAI For-Profit Entities will comply with their discovery obligations and promptly provide substantive responses to Plaintiffs' RFAs."). OpenAI Defendants failed to do so.

| Request[1] | Text | Defendants' Final Position |
|---|---|---|
| RFA No. 14 | Admit that OpenAI, Inc. Transferred intellectual property to at least one of the For-Profit Entities. | Same as RFA No. 1. |
| RFA No. 15 | Admit that OpenAI, Inc. Transferred Employees to You. | Same as RFA No. 1. |
| RFA No. 16 | Admit that OpenAI, Inc. Transferred Employees to at least one of the For-Profit Entities. | Same as RFA No. 1. |
| RFA No. 17 | Admit that Altman has had an indirect financial interest in You. | Same as RFA No. 1. |
| RFA No. 18 | Admit that Altman has had a direct financial interest in You. | Same as RFA No. 1. |
| RFA No. 19 | Admit that Brockman has had an indirect financial interest in You. | Same as RFA No. 1. |
| RFA No. 20 | Admit that Brockman has had a direct financial interest in You. | Same as RFA No. 1. |
| RFA No. 21 | Admit that You entered into a business transaction(s) with Rain AI. | Same as RFA No. 1. |
| RFA No. 22 | Admit that You entered into a business transaction(s) with Humane, Inc. | Same as RFA No. 1. |
| RFA No. 23 | Admit that You entered into a business transaction(s) with Limitless. | Same as RFA No. 1. |
| RFA No. 24 | Admit that You entered into a business transaction(s) with Stripe, Inc. | Same as RFA No. 1. |
| RFA No. 25 | Admit that You entered into a business transaction(s) with Cerebras Systems Inc. | Same as RFA No. 1. |
| RFA No. 26 | Admit that You entered into a business transaction(s) with Reddit, Inc. | Same as RFA No. 1. |

| Request[1] | Text | Defendants' Final Position |
|---|---|---|
| RFA No. 27 | Admit that You entered into a business transaction(s) with Helion Energy, Inc. | Same as RFA No. 1. |
| RFA No. 28 | Admit Altman is Your Employee. | Same as RFA No. 1. |
| RFA No. 29 | Admit Brockman is Your Employee. | Same as RFA No. 1. |
| RFA No. 30 | Admit that Microsoft has held an equity or ownership interest in You. | Same as RFA No. 1. |
| RFA No. 31 | Admit that Microsoft has held an interest in Your profits or revenues. | Same as RFA No. 1. |
| RFA No. 32 | Admit that You have not made any monetary payments to OpenAI, Inc. | Same as RFA No. 1. |
| RFA No. 33 | Admit that You received investment capital from third-party investors. | Same as RFA No. 1. |
| RFA No. 34 | Admit that OpenAI, Inc. does not have any voting control over You. | Same as RFA No. 1. |
| RFA No. 35 | Admit that You receive revenue from commercializing OpenAI's technology. | Same as RFA No. 1. |
| RFA No. 36 | Admit that You share board members with other OpenAI entities. | Same as RFA No. 1. |
| RFA No. 37 | Admit that You share executives with other OpenAI entities. | Same as RFA No. 1. |
| RFA No. 38 | Admit that You have approval rights over whether to make OpenAI's technology Open Source. | Same as RFA No. 1. |
| RFA No. 43 | Admit that You were formed as part of a plan to commercialize OpenAI's technology. | Same as RFA No. 1. |

**Discovery Request Definitions**

| Term | Definition |
|---|---|
| Action | "Action" means the action captioned, *Musk, et al. v. Altman, et al.*, Case No. 4:24- cv-04722-YGR. |
| Agreement | "Agreement" means any contract, whether written or oral, express or implied. |
| Altman | "Altman" refers to Samuel Altman. |
| Brockman | "Brockman" refers to Gregory Brockman. |
| Communication | "Communication" and "Communications" means any act or instance of transferring, transmitting, passing, delivering, or giving information by oral, written, or electronic means, including but not limited to by notes, letter, telegram, facsimile, electronic mail, electronic message (including text message), or voicemail. |
| Concern | "Concern," "Concerning," "Related to," and "Relating to," are construed broadly to mean in whole or in part alluding to, responding to, concerning, relating to, connected with, involving, commenting on, in respect of, about, associated with, discussing, evidencing, showing, describing, reflecting, analyzing, summarizing, memorializing, consisting of, constituting, identifying, stating, tending to support, tending to discredit, referring to, or in any way touching upon. |
| Document | "Documents" shall have the broadest meaning permitted under the Federal Rules of Civil Procedure and shall include, without limitation, the original and all non-identical copies of any handwritten, printed, typed, recorded, or graphic material, or ESI (as defined below), of any kind and nature, including all drafts and transcriptions thereof, however produced or reproduced, and including but not limited to accounting materials, accounts, agreements, analyses, appointment books, books, books of account, brochures, calendars, catalogs, checks, computer data, computer disks, contracts, correspondence, data sheets, date books, diaries, diskettes, drawings, email messages, faxes, guidelines, instructions, inter-office communications, invoices, letters, logs, manuals, memoranda, minutes, notes, opinions, payments, plans, presentations, purchase confirmations, receipts, records, regulations, reports, sound recordings, spreadsheets, statements, studies, surveys, tickets, text messages, instant messages, timesheets, trade records, video recordings, voice-mail messages, vouchers, word processing materials (however stored or maintained), and all other means by which information is stored for retrieval. |

| Term | Definition |
|---|---|
| Employee | "Employee" shall mean director, trustee, officer, employee, partner, or staff member of the designated entity, whether active or retired, full-time or part-time, current or former, and compensated or not. |
| For-Profit Entities | "For-Profit Entities" means OpenAI, L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and/or Aestas, LLC, and, where applicable, their present and former officers, directors, employees, members, representatives, agents, and partners. |
| Identify | The term "Identify" or "Identity" means:<br><br>a. With respect to a person, to provide that person's: full name, title, responsibilities with respect to the subject matter of the interrogatory, and the periods of time that person had such responsibilities, and, if not a current employee of Defendant, last known home telephone number and home and business address;<br><br>b. With respect to a corporation, partnership or other business entity, to provide that entity's full name including any "dba" names, form of organization, and telephone number and address of principal place of business;<br><br>c. With respect to a Document or thing, to provide a description sufficient in specificity such that the Document or thing can be unambiguously obtained by means of such description in a request for production pursuant to Federal Rule 34, which will include, where applicable, the Document or thing's title, date, author(s) or creator(s), recipient(s), Bates number, and present location;<br><br>d. With respect to a Communication, to provide a description including the names of the parties to the Communication, the date of the Communication, the substance of the Communication, the means of Communication, and all Documents containing or Relating to the Communication.<br><br>e. With respect to facts and events, to state with particularity all facts known that bear upon or are related to the matter that is the subject of the inquiry, using the simplest and most factual |

| Term | Definition |
|---|---|
| | statements of which you are capable, but including the Identity of each (known) person or entity whose action, inaction or reaction constitutes part of such facts, and the date(s) of events referenced in such facts. |
| Including | "Including" means "including but not limited to." "Include(s)" means "include(s) but is not limited to." |
| Microsoft | "Microsoft" means Microsoft Corporation and/or any predecessors, subsidiaries, and related or affiliated entities, and, where applicable, their present and former officers, directors, employees, members, representatives, agents, and partners. |
| Open Source | "Open Source" means software the source code of which is made freely available to the public, which has the right to view, modify, use, and redistribute the code. |
| OpenAI | "OpenAI" refers collectively to OpenAI, Inc. and the For-Profit Entities. |
| OpenAI Board | "OpenAI Board" means the board of directors of OpenAI, Inc., and each member, director, observer, or other Person privy to any part of the proceedings thereof. |
| OpenAI, Inc. | "OpenAI, Inc." means the OpenAI, Inc. non-profit corporation. |
| Person | "Person" means any natural person, individual, corporation, limited liability company, trust, partnership, proprietorship, association, joint venture, group, business entity, governmental or public entity, or any other form or organization of legal entity. |
| Transfer | The term "Transfer" means:<br>a. With respect to intellectual property, technology, and/or other assets: transferred, assigned, licensed, sold, conveyed, contributed, or otherwise made available for use, commercialization, or exploitation;<br>b. With respect to Employees or personnel: reassigned, reemployed, terminated and rehired, contractually redirected, dual-appointed, or engaged as a contractor. |
| You/Your | "You" or "Your" means the Defendant on whom the discovery was served and, where applicable, Your officers, directors, employees, partners, corporate parent, subsidiaries, related or affiliated entities. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation. |