# EXHIBIT A

**NON-PARTY EIGHT PARTNERS VC LLC'S PRIVILEGE LOG (Case No. 4:24-cv-04722-YGR)**

| Entry No. | Bates No. | Attach. Count | Sent Date | Time | From | To | CC | Subject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8VC000001 | 0 | 1/24/2025 | 2:04 PM | Jared Birchall <jared@excession.com>; Joe Lonsdale <joe@8vc.com> | Jared Birchall <jared@excession.com>; Ian M. Shannon <ian@8vc.com> | Marc Toberoff <mtoberoff@toberoffandassociates.com> | Re: Connecting | Attorney-client | Prospective client email communication chain regarding legal representation of the client |
| 2 | 8VC000002 | 0 | 1/24/2025 | 3:09 PM | Joe Lonsdale <joe@8vc.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Jared Birchall <jared@excession.com> | Ian M. Shannon <ian@8vc.com>; Jared Birchall <jared@excession.com>; | Joe Lonsdale <joe@8vc.com> | Re: Connecting | Attorney-client | Prospective client email communication chain regarding legal representation of the client |
| 3 | 8VC000003 | 0 | 1/24/2025 | 3:32 PM | Ian M. Shannon <ian@8vc.com>; Joe Lonsdale <joe@8vc.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Jared Birchall <jared@excession.com> | Marc Toberoff <mtoberoff@toberoffandassociates.com> | | Re: Connecting | Attorney-client | Prospective client email communication chain regarding legal representation of the client |
| 4 | 8VC000004 | 0 | 1/24/2025 | 3:36 PM | Ian M. Shannon <ian@8vc.com>; Joe Lonsdale <joe@8vc.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Jared Birchall <jared@excession.com> | Ian M. Shannon <ian@8vc.com> | | Re: Connecting | Attorney-client | Prospective client email communication chain regarding legal representation of the client |
| 5 | 8VC000005 | 0 | 1/24/2025 | 3:37 PM | Marc Toberoff <mtoberoff@toberoffandassociates.com> | Joe Lonsdale <joe@8vc.com> | Ian M. Shannon <ian@8vc.com>; Jared Birchall <jared@excession.com>; | Re: Connecting | Attorney-client | Prospective client email communication chain regarding legal representation of the client |
| 6 | 8VC000006 | 0 | 1/24/2025 | 4:42 LM | Ian M. Shannon <ian@8vc.com>; Joe Lonsdale <joe@8vc.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Jared Birchall <jared@excession.com> | Marc Toberoff <mtoberoff@toberoffandassociates.com>; | | Re: Connecting | Attorney-client | Client email chain communication seeking legal advice regarding Letter of Intent |
| 7 | 8VC000007-011 | 1 | 1/24/2025 | 6:39 PM | Marc Toberoff <mtoberoff@toberoffandassociates.com>; Ian M. Shannon <ian@8vc.com>; Joe Lonsdale <joe@8vc.com>; Jared Birchall <jared@excession.com> | Ian M. Shannon <ian@8vc.com> | | Re: Connecting | Attorney-client; attorney work-product doctrine | Attorney email chain communication providing legal advice regarding Letter of Intent |
| 12 | 8VC000012 | | 1/24/2025 | 6:43:00 PM | | | | Re: Connecting | Attorney-client | Client email chain communication providing information regarding legal advice in connection with Letter of Intent |
| 13 | 8VC000013-017 | 1 | 2/10/2025 | 1:04 PM | Marc Toberoff <mtoberoff@toberoffandassociates.com> | Jared Birchall <jared@excession.com> | Pat Patalino <PPatalino@baroncapitalgroup.com>, daniel@vycapital.com, Laura Malone <laura@atreidesmgmt.com>, Stephen Swanson <sswanson@valorep.com>, "Antonio J. Gracias" <agracias@valorep.com>, john.hering@vycapital.com, rbaron@baroncapitalgroup.com, Gavin Baker <Gavin@atreidesmgmt.com>, "Ian M. Shannon" <ian@8vc.com>, Joe Lonsdale <Joe@8vc.com> | OpenAI | Attorney-client | Attorney email communication providing legal advice regarding a Letter of Intent |
| 14 | 8VC000018-022 | 1 | 2/10/2025 | 1:08 PM | Joe Lonsdale <joe@8vc.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com> | Ian M. Shannon <ian@8vc.com>, Alexander Kolicich <alex@8vc.com>, Andrew Oetting <drew@8vc.com>, Jin-Young Kim <jinyoung@8vc.com>, Jake Medwell <jake@8vc.com>; Jared Birchall <jared@excession.com> | Pat Patalino <PPatalino@baroncapitalgroup.com>, daniel@vycapital.com, Laura Malone <laura@atreidesmgmt.com>, Stephen Swanson <sswanson@valorep.com>, "Antonio J. Gracias" <agracias@valorep.com>, john.hering@vycapital.com, rbaron@baroncapitalgroup.com, Gavin Baker <Gavin@atreidesmgmt.com>, "Ian M. Shannon" <ian@8vc.com>, Joe Lonsdale <Joe@8vc.com> | OpenAI | Attorney-client | Client email chain communication forwarding legal advice regarding Letter of Intent. |
| 15 | 8VC000023-027 | 1 | 1/24/2025 | 4:44 PM | Marc Toberoff <mtoberoff@toberoffandassociates.com> | Ian M. Shannon <ian@8vc.com> | | OpenAI Bid | Attorney-client | Attorney email communication providing legal advice regarding a Letter of Intent |
| 16 | 8VC000028 | 0 | 1/24/2025 | 5:03 PM | Ian M. Shannon <ian@8vc.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com> | Marc Toberoff <mtoberoff@toberoffandassociates.com> | | OpenAI Bid | Attorney-client | Client email chain communication providing information regarding legal advice in connnection with a Letter of Intent. |
| 17 | 8VC000029 | 0 | 1/28/2025 | 9:40 PM | Ian M. Shannon <ian@8vc.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com> | Ian M. Shannon <ian@8vc.com> | | OpenAI Bid | Attorney-client | Client email chain communication seeking information regarding legal advice in connnection with a Letter of Intent. |
| 18 | 8VC000030 | 0 | 1/29/2025 | 12:07:00 AM | Ian M. Shannon <ian@8vc.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com> | Ian M. Shannon <ian@8vc.com> | | OpenAI Bid | Attorney-client | Attorney email chain communication providing legal advice regarding a Letter of Intent |
| 19 | 8VC000031-032 | 1 | 1/29/2025 | 11:47 AM | Ian M. Shannon <ian@8vc.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Ian M. Shannon <ian@8vc.com> | Marc Toberoff <mtoberoff@toberoffandassociates.com> | | OpenAI Bid | Attorney-client | Client email chain communication providing information regarding legal advice in connnection with a Letter of Intent. |
| 20 | 8VC000033-034 | 1 | 2/7/2025 | 8:37 PM | Marc Toberoff <mtoberoff@toberoffandassociates.com>; Ian M. Shannon <ian@8vc.com> wrote | Ian M. Shannon <ian@8vc.com> | | OpenAI Bid | Attorney-client | Attorney email chain communication providing legal advice regarding a Letter of Intent |
| 21 | 8VC000035 | 0 | 2/10/2025 | 12:28 PM | Joe Lonsdale <joe@8vc.com>; Ian M. Shannon <ian@8vc.com>; mtoberoff@toberoffandassociates.com | Joe Lonsdale <joe@8vc.com>; Ian M. Shannon <ian@8vc.com> | | OpenAI Bid | Attorney-client | Attorney email chain communication providing and forwarding legal advice regarding a Letter of Intent |
| 22 | 8VC000036 | 0 | 5/19/2025 | 2:35 PM | Joe Lonsdale <joe@8vc.com>; "Ian M. Shannon" <ian@8vc.com> | Joe Lonsdale <joe@8vc.com>; Ian M. Shannon <ian@8vc.com> | | PRIVILEGED \| Altman/OpenAI Subpoena | Attorney-client | Attorney email chain communication providing legal advice regarding ongoing litigation |