UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAMUEL ALTMAN, et al.,<br><br>        Defendants. | Case No. 24-cv-04722-YGR (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 210 |

The OpenAI Defendants and non-party 8VC have filed a joint discovery letter brief at ECF No. 210. In the letter brief, 8VC offers to provide declarations from 8VC and Marc Toberoff. The Court **ORDERS** 8VC to provide those declarations to the OpenAI Defendants by July 24, 2025. By Monday, July 28, 2025, the Court **ORDERS** the OpenAI Defendants and 8VC to file one of two things: (1) a notice that they have resolved this discovery dispute, or (2) a further joint discovery letter brief that attaches these declarations.

**IT IS SO ORDERED.**

Dated: July 21, 2025

THOMAS S. HIXSON
United States Magistrate Judge