MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

*Attorneys for Plaintiffs Elon Musk,
Shivon Zilis, and X.AI Corp.*

(Additional counsel listed on the next page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER** |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700

| | |
|---|---|
| 1 | ANDREW J. LEVANDER (admitted *pro hac vice*) |
| | Andrew.levander@dechert.com |
| 2 | DECHERT LLP |
| | Three Bryant Park |
| 3 | 1095 Avenue of the Americas |
| | New York, NY 10036 |
| 4 | Telephone: (212) 698-3500 |
| | Facsimile: (212) 698-3599 |
| 5 | |
| | JAY JURATA (admitted *pro hac vice)* |
| 6 | Jay.jurata@dechert.com |
| | DECHERT LLP |
| 7 | 1900 K Street, N.W. |
| | Washington, DC 20006 |
| 8 | Telephone: (202) 261-3300 |
| | Facsimile: (202) 261-3333 |
| 9 | |
| 10 | *Attorneys for Defendant Microsoft Corporation* |

Plaintiffs Elon Musk and X.AI Corp. (the "Plaintiffs"); Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"); Defendant Microsoft Corporation (together with the "OpenAI Defendants," the "Defendants"; and together with Plaintiffs and the OpenAI Defendants, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, the Court issued a Case Management and Pretrial Order on April 9, 2025 (Dkt. 146);

WHEREAS, the Case Management and Pretrial Order set forth a schedule for expedited discovery and certain other pretrial proceedings;

WHEREAS, counsel for Plaintiffs contacted counsel for the Defendants on July 13, 2025 regarding a potential extension of certain deadlines in the Case Management and Pretrial Order, including in light of recent discovery rulings from Magistrate Judge Hixson (*see* Dkt. 188 & 203);

WHEREAS, the Parties have conferred regarding the terms of a potential extension of certain deadlines that would allow for the orderly completion of expedited discovery without affecting the Compliance Deadline, the date for filing the Joint Pretrial Conference Statement, the Pretrial Conference, or the March 30, 2026 trial date; and

WHEREAS, the Parties have agreed that fact depositions must be completed on or before October 1, 2025 in light of certain preexisting professional obligations on behalf of counsel for certain of the Parties.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, SUBJECT TO COURT APPROVAL, that:

1. The deadlines in the Case Management and Pretrial Order are adjusted as follows:

| | Original Date(s) | New Date(s) |
|---|---|---|
| SUBSTANTIAL COMPLETION OF DOCUMENT DISCOVERY | July 14, 2025 | August 4, 2025 |
| EXCHANGE OF PRIVILEGE LOGS | — | August 11, 2025 |
| COMPLETION OF FACT DISCOVERY | August 4, 2025 | — |
| COMPLETION OF WRITTEN DISCOVERY | — | August 25, 2025 |
| DEPOSITIONS COMMENCE | July 28, 2025 | September 2, 2025 |
| DEADLINE TO COMPLETE DEPOSITIONS | August 18, 2025 | October 1, 2025 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: August 29, 2025<br>Rebuttal: September 12, 2025 | Opening: October 6, 2025<br>Rebuttal: October 20, 2025 |
| DEADLINE TO FILE LETTER SEEKING PRE-SUMMARY JUDGMENT FILING CONFERENCE | September 5, 2025 | October 13, 2025 |
| EXCHANGE OF OPENING EXPERT REPORTS | September 8, 2025 | October 15, 2025 |
| DEADLINE TO FILE LETTERS OPPOSING PRE-SUMMARY JUDGMENT FILING CONFERENCE | September 10, 2025 | October 20, 2025 |
| SUMMARY JUDGMENT CONFERENCE[1] | September 27, 2025 at 2:00 p.m. | October 27, 2025 at _:00 _.m.[2] |
| EXCHANGE OF REBUTTAL EXPERT REPORTS | September 29, 2025 | November 10, 2025 |
| EXPERT DISCOVERY CUTOFF: | October 20, 2025 | December 5, 2025 |
| COMPLIANCE DEADLINE | February 20, 2026; statement to be filed by February 13, 2026 | February 20, 2026; statement to be filed by February 13, 2026 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, February 27, 2026 | Friday, February 27, 2026 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

[2] Or as soon thereafter as the Court's schedule permits.

|  | Original Date(s) | New Date(s) |
|---|---|---|
| PRETRIAL CONFERENCE: | Friday, March 13, 2026 at 9:00 a.m. | Friday, March 13, 2026 at 9:00 a.m. |
| TRIAL DATE: | Monday, March 30, 2026 at 8:30 a.m. (Jury Trial) | Monday, March 30, 2026 at 8:30 a.m. (Jury Trial) |

2. All other provisions of the Case Management and Pretrial Order remain in effect and are incorporated herein.

3. The Parties agree that, absent relief of Court for good cause shown, they will not serve new written discovery requests on Parties.

Dated: July 22, 2025                    TOBEROFF & ASSOCIATES, P.C.

                                         By:     */s/ Marc Toberoff*
                                                 Marc Toberoff (CA SBN 188547)

                                                 *Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

6

JOINT STIP. AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER
CASE NO.: 4:24-CV-04722-YGR

| | | |
|---|---|---|
| 1 | Dated: July 22, 2025 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:   /s/ Jordan Eth   <br>Jordan Eth (CA SBN 121617) |
| 4 | | |
| 5-13 | | *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC* |
| 15 | Dated: July 22, 2025 | DECHERT LLP |
| 16-17 | | By:   /s/ Russell P. Cohen   <br>Russell P. Cohen (SBN 213105) |
| 19 | | *Attorneys for Defendant Microsoft Corporation* |

JOINT STIP. AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER
CASE NO.: 4:24-CV-04722-YGR

**SIGNATURE ATTESTATION**

I hereby attest that signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: July 22, 2025

                 */s/ Jordan Eth*
                 Jordan Eth (CA SBN 121617)

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation.

Dated: _____     _____
                                                              The Hon. Yvonne Gonzalez Rogers