UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELON MUSK, ET AL.**, <br><br> Plaintiffs, <br><br> v. <br><br> **SAMUEL ALTMAN, ET AL.**, <br><br> Defendants. | Case No.: 4:24-CV-4722-YGR <br><br> **ORDER GRANTING IN PART REQUEST TO MODIFY CASE SCHEDULE** <br><br> Re: Dkt. No. 214 |

GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation IN PART. The parties' request to extend the schedule is granted EXCEPT with respect to Summary Judgment letter briefing. By September, the parties should be in a position to outline any potential motion. Those dates are not vacated. The deadline to file any summary judgment motion shall be October 10, 2025.

This terminates Docket No. 214

**IT IS SO ORDERED**.

Date: July 25, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**