# Exhibit 1

Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. #318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
|---|---|
| Plaintiffs, | Assigned to Hon. Yvonne Gonzalez Rogers |
| v. | **DECLARATION OF MARC TOBEROFF** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

# DECLARATION

I, Marc Toberoff, declare as follows:

1. I am a member of the bar of the State of California and a principal of the law firm Toberoff & Associates, P.C., counsel of record for Plaintiffs Elon Musk and X.AI Corp. ("Plaintiffs") in this action. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. On February 10, 2025 a consortium of investors including X.AI Corp., Baron Capital Group, Inc., Valor Management LLC, Atreides Management, LP, VY Fund III, L.P., Emanuel Capital Management, LLC, and Eight Partners VC, LLC (collectively, the "Investors") submitted a letter of intent expressing interest in purchasing OpenAI's assets ("Letter of Intent"), should those assets be for sale.

3. I intended to provide, and understood that I was providing, including based on objective indicia, legal representation to the Investors in connection with the Letter of Intent.

4. I provided legal advice to the Investors by, without limitation, advising them on the legal implications of the proposed transaction, and by drafting, reviewing, and structuring the terms of the Letter of Intent on their behalf.

5. I intended and understood that, for purposes of this limited representation, the Investors would benefit from my legal expertise and professional judgment in their evaluation and execution of the Letter of Intent.

6. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on July 22, 2025.

                                                                          */s/ Marc Toberoff*
                                                                            Marc Toberoff