# Exhibit 2

STEVEN S. KAUFHOLD, ESQ. (CA SBN 157195)
Email: SKaufhold@KaufholdGaskin.com
LIANA MAYILYAN, ESQ. (CA SBN 295203)
Email: LMayilyan@KaufholdGaskin.com
KAUFHOLD GASKIN LLP
485 Pacific Avenue
San Francisco, CA 94133
Telephone: 415.881.3189
Facsimile: 415.480.6076

Attorneys for Non-Party
Eight Partners VC LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | CASE NO. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF IAN M. SHANNON** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

## DECLARATION

I, Ian M. Shannon, declare as follows:

1. I am a member of the bar of the State of California and a General Counsel for Non-Party Eight Partners VC LLC ("8VC"). Except otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. 8VC is a technology and life sciences investment firm headquartered in Austin, Texas.

3. In early 2025, 8VC made the business decision to participate in a collective bid along with a consortium of investors including X.AI Corp., Baron Capital Group, Inc., Valor Management LLC, Atreides Management, LP, VY Fund III, L.P., Emanuel Capital Management, LLC (collectively with 8VC, the "Investors"), to purchase OpenAI's assets, should those assets be for sale.

4. Given the collective nature of the bid, 8VC agreed with the other Investors that it made sense to engage joint counsel, Marc Toberoff, to represent them in connection with the proposed transaction. 8VC understood and intended to rely on Mr. Toberoff's legal representation for this limited purpose.

5. Mr. Toberoff provided legal advice to 8VC regarding the legal implications of the proposed transaction, and by drafting, reviewing and structuring the terms of the Letter of Intent on behalf of 8VC and the other Investors.

6. Ultimately, on February 10, 2025, Mr. Toberoff, on behalf of the Investors, submitted a Letter of Intent outlining the Investors' proposal to acquire OpenAI's assets.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on July 22, 2025.

*Ian M. Shannon*