UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAMUEL ALTMAN, et al.,<br><br>        Defendants. | Case No. 24-cv-04722-YGR   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 221 |

    The Court has reviewed the joint discovery letter brief at ECF No. 221 submitted by the OpenAI Defendants and 8VC. The Court finds that *in camera* review of the disputed documents is warranted. *See* Fed. R. Civ. Proc. 45(e)(2)(B). Accordingly, the Court **ORDERS** the OpenAI Defendants to submit those documents to TSHpo@cand.uscourts.gov no later than noon Pacific time July 30, 2025.

    **IT IS SO ORDERED.**

Dated: July 29, 2025

THOMAS S. HIXSON
United States Magistrate Judge