# EXHIBIT A

| | |
|---|---|
| **From:** | Jaymie Parkkinen |
| **To:** | Ullman, Howard |
| **Cc:** | Hanna, Brian; Wilson, Bradley R.; Marc Toberoff; Cohen, Russell P. (Dechert LLP); Levander, Andrew J. (Dechert LLP); Jurata, John A. (Dechert LLP); Patel Gupta, Nisha; Eth, Jordan D. (Morrison & Foerster, LLP); Frentzen, William; Wiener, David J. (Morrison & Foerster, LLP); Savitt, William D.; Eddy, Sarah K.; Cullerton, Nate; David, Zachary M. |
| **Subject:** | Re: Elon Musk, et al. v. Samuel Altman, et al. (Case No. 4:24-cv-04722-YGR) |
| **Date:** | Friday, June 27, 2025 3:02:59 PM |

**\*\*External Email-Use Caution\*\***

Brad:

As previously indicated, we are happy to offer Defendants an update on our discovery efforts, and also, have additional questions of our own.

OpenAI's Inquiries

- Our document collection efforts include searching Zilis's Gmail account. We are also searching the following Zilis work email addresses: shivon@neuralink.com; shivon@tesla.com; shivon@spacex.com.

- ███████████████████████████████████

- ███████████████████████████████████████  ███████████████████████████████████

- ███████████████████████████████████████ ███████████████████████████

- We are imaging Musk's and Zilis's mobile phones. We have also noted OpenAI's renewed joint letter's reference to a recent Wired article regarding Musk's ownership of a laptop. The article quoted from Plaintiffs' Sunday filing that Musk "does not use a computer," while omitting all relevant context. We unfortunately have reason to believe OpenAI may have been behind the article and, for that reason, it was not surprising to see it exploited in OpenAI's renewed letter. In any event, to clarify the matter directly, Musk does not use a computer that would be reasonably likely to contain responsive documents.

- As to the Birchall subpoenas, our firm has now been authorized to accept service of them. Please send us the document subpoena with an updated response date two weeks from today. Regarding the deposition subpoena, while we can accept service, we do not agree to the date unilaterally set by OpenAI without any consultation with us. We suggest this presents an opportunity for all parties, including Microsoft, to engage in discussions regarding a comprehensive deposition schedule. Such an approach would promote efficiency rather than proceeding with depositions on a piecemeal basis through scattershot notices and subpoenas, and would have the added benefit of assisting OpenAI achieve compliance with the Local Rules. We propose the parties begin this process by circulating a list of witnesses they would like to depose. Please confirm your agreement.