# EXHIBIT B

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Tuesday, July 22, 2025 1:19 AM
**To:** Wilson, Bradley R. <BRWilson@wlrk.com>
**Cc:** Marc Toberoff <mtoberoff@toberoffandassociates.com>; Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>; Levander, Andrew J. (Dechert LLP) <andrew.levander@dechert.com>; Ullman, Howard <Howard.Ullman@dechert.com>; Eth, Jordan D. (Morrison & Foerster, LLP) <jeth@mofo.com>; Frentzen, William <WFrentzen@mofo.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; Savitt, William D. <wdsavitt@WLRK.com>; Eddy, Sarah K. <SKEddy@wlrk.com>; Winter, Steven <SWinter@wlrk.com>; Cullerton, Nate <NDCullerton@wlrk.com>; David, Zachary M. <ZMDavid@wlrk.com>
**Subject:** Re: Elon Musk, et al. v. Samuel Altman, et al. (Case No. 4:24-cv-04722-YGR)

| **External Email-Use Caution** |
| :---: |

**Brad:**

**We are conducting searches of Musk's emails using the following search terms:**

- ████████
- ████████
- ██████
- ██████
- █████
- █████
- █████
- █████
- ██████████
- ████████████████████
- ████████████████
- █████████████████████
- ████████

 

- ███████████████████████
- ███████████████████
- ██████████████

We are searching for documents from January 1, 2015 to the present. These searches have been ongoing over the course of several weeks, and we have not maintained a running count of the total emails within the review universe.

Regarding Ms. Zilis's documents, we are currently reviewing them for responsiveness and anticipate being in a position to make a production soon.

We are available to meet and confer with you regarding third-party document productions and other matters ordered by the Court tomorrow (July 22) from either 10:30-11:30am or 1-2pm PT. Please let us know when works best for you.

Regarding the remaining items in your email, we are continuing to gather the necessary information and expect to provide additional responses by Wednesday.

Regards,


Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101