# EXHIBIT C

| | |
|---|---|
| **From:** | Jaymie Parkkinen |
| **To:** | Wilson, Bradley R. |
| **Cc:** | Marc Toberoff; Cohen, Russell P. (Dechert LLP); Levander, Andrew J. (Dechert LLP); Ullman, Howard; Eth, Jordan D. (Morrison & Foerster, LLP); Frentzen, William; Wiener, David J. (Morrison & Foerster, LLP); Savitt, William D.; Eddy, Sarah K.; Winter, Steven; Cullerton, Nate; David, Zachary M. |
| **Subject:** | Re: Elon Musk, et al. v. Samuel Altman, et al. (Case No. 4:24-cv-04722-YGR) |
| **Date:** | Saturday, August 2, 2025 1:07:25 AM |

**\*\*External Email-Use Caution\*\***

Brad:

*Texts*: We are still working to determine whether the messages associated with those phone numbers remain in Mr. Musk's possession, custody, or control. We expect to have answers very soon. And if we successfully locate the messages, we will of course agree to conduct appropriate searches.

*Tesla/xAI*: ▮▮▮

*Searches*: ▮▮▮

*Slack/Zilis*: Several technical obstacles arose during our efforts to collect xAI's Slack messages. We have since addressed these issues and are presently reviewing the messages for responsiveness. We can confirm at this time that neither Mr. Musk nor Mr. Birchall maintain Slack accounts. We have also encountered technical difficulties with Ms. Zilis's data. We believe those issues have finally been resolved and will provide that production at the earliest opportunity.

*Search Terms*: ▮▮▮

*Logs*: ▮▮▮



Finally, we have a number of concerns with the responses in your July 29 email, which we will address separately soon.

Regards,

Jaymie P<sub>arkkinen</sub>
**Toberoff & Associates, P.C.**
**23823 Malibu Road, Suite 50-363**
**Malibu, California 90265**
**Tel:** 310.246.3333
**Fax:** 310.246.3101

_____