UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 24-cv-04722-YGR (TSH) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. No. 240 |

The Court **ORDERS** OpenAI, Shivon Zilis and Jared Birchall to file a status update concerning ECF No. 240 no later than September 12, 2025.

**IT IS SO ORDERED.**

Dated: September 9, 2025

THOMAS S. HIXSON
United States Magistrate Judge