UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAMUEL ALTMAN, et al.,<br><br>        Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**JOINT RESPONSE TO DISCOVERY ORDER (DKT. NO. 251)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Thomas S. Hixson<br><br>Date Action Filed: August 5, 2024<br>Trial Date: March 30, 2026 |

September 16, 2025

The Honorable Thomas S. Hixson
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Musk, et al.* v. *Altman, et al.*, Case No. 4:24-cv-04722-YGR

Dear Judge Hixson:

      Pursuant to Your Honor's September 9, 2025 Discovery Order (Dkt. No. 251), the parties have been diligently meeting and conferring concerning proposed modifications to the protective order in this action to submit to the Court within seven days of that Order (*id*. at 9). In order to allow the parties sufficient time to reach final agreement on the proposed modifications, the parties respectfully request that the Court grant a one-day extension to September 17, 2025 to submit their proposed modified protective order.

| | |
|---|---|
| */s/ Bradley R. Wilson*<br>Bradley R. Wilson (admitted *pro hac vice*)<br>Nathaniel Cullerton (admitted *pro hac vice*)<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000 | */s/ Jaymie Parkkinen*<br>Jaymie Parkkinen, SBN 318394<br>TOBEROFF & ASSOCIATES, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333 |

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

<u>/s/ Russell P. Cohen</u>
DECHERT LLP

Russell P. Cohen
Howard M. Ullman
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500

Nisha Patel
633 West 5th Street, Suite 4900
Los Angeles, CA 90071

Andrew J. Levander (*pro hac vice*)
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500

John (Jay) Jurata, Jr. (*pro hac vice*)
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300

*Attorneys for Defendants Microsoft Corporation*

Steven F. Molo (*pro hac vice*)
Robert K. Kry (*pro hac vice*)
Jennifer Schubert (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 16, 2025                             */s/ Jordan Eth*
                                                                          Jordan Eth