JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@mofo.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:    (212) 403-1000
Facsimile:    (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,
OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,
OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,
OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,
OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,
OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,
OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,
OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,
OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,
Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **OPENAI DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIAL SHOULD BE SEALED** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

1  Pursuant to Civil Local Rule 7-11 and 79-5(f), the OpenAI Defendants hereby move to
2  file portions of the Joint Discovery Letter ("Letter"), and Exhibits E, F, G, and H attached thereto
3  under seal.
4  The highlighted portions of the Letter reflect information that Plaintiffs and non-Party
5  Sam Teller has designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" pursuant to
6  the Stipulated Protective Orders entered in this case (Dkts. 171, 270). Exhibits E, F, and G were
7  produced by Shivon Zilis and designated as "CONFIDENTIAL" pursuant to the Stipulated
8  Protective Orders. Exhibit H was produced by Sam Teller and designated as "CONFIDENTIAL"
9  pursuant to the Stipulated Protective Orders. Pursuant to Civ. L.R. 79-5(f)(3), Plaintiffs and Mr.
10 Teller bear the burden of establishing that their designated materials are sealable, so they must
11 each "file a statement and/or declaration as described in subsection (c)(1)" of Civil Local Rule
12 79-5 within seven days should they wish to keep any portion of the Letter or Exhibits E, F, G, or
13 H under seal. *Id.*
14 Accordingly, in connection with the Letter, Defendants have provisionally filed under seal
15 the documents listed below:

| Document and/or Portion of Document | Designator |
|---|---|
| Joint Discovery Letter, Dkt. No. 271 | Plaintiffs |
| Exhibit E | Shivon Zilis |
| Exhibit F | Shivon Zilis |
| Exhibit G | Shivon Zilis |
| Exhibit H | Sam Teller |

| | |
|---|---|
| Date: September 19, 2025 | MORRISON & FOERSTER LLP |
| | |
| | /s/ Jordan Eth |
| | JORDAN ETH (CA SBN 121617) |
| | JEth@mofo.com |
| | WILLIAM FRENTZEN (CA SBN 343918) |
| | WFrentzen@mofo.com |
| | DAVID J. WIENER (CA SBN 291659) |
| | DWiener@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, CA 94105 |
| | Telephone:  (415) 268-7000 |
| | Facsimile:  (415) 268-7522 |
| | |
| | WILLIAM SAVITT (admitted *pro hac vice*) |
| | WDSavitt@wlrk.com |
| | BRADLEY R. WILSON (admitted *pro hac vice*) |
| | BRWilson@mofo.com |
| | SARAH K. EDDY (admitted *pro hac vice*) |
| | SKEddy@wlrk.com |
| | NATHANIEL CULLERTON (admitted *pro hac vice*) |
| | NDCullerton@wlrk.com |
| | WACHTELL, LIPTON, ROSEN & KATZ |
| | 51 West 52nd Street |
| | New York, NY 10019 |
| | Telephone:  (212) 403-1000 |
| | Facsimile:  (212) 403-2000 |
| | |
| | *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC* |