1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                  OAKLAND DIVISION

11

12  | ELON MUSK, et al. | Case No. 4:24-cv-04722-YGR |

13  | Plaintiffs, | **[PROPOSED] ORDER GRANTING OPENAI DEFENDANTS'** |

14  | v. | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER** |

15  | SAMUEL ALTMAN, et al., | **PARTIES' MATERIAL SHOULD BE SEALED** |

16  | Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

Before the Court is the OpenAI Defendants' Administrative Motion to Consider Whether Other Parties' Material Should Be Sealed.  Having found the below identified papers to contain material that is sealable pursuant to Civil Local Rule 79-5, the Motion is hereby GRANTED.

| **Document** | **Designator** | **Basis for Sealing** |
|---|---|---|
| Joint Discovery Letter, Dkt. No. 271 | Plaintiffs | |
| Exhibit E | Shivon Zilis | |
| Exhibit F | Shivon Zilis | |
| Exhibit G | Shivon Zilis | |
| Exhibit H | Sam Teller | |

IT IS SO ORDERED.  The Clerk of the Court shall file under seal the identified documents.

Dated: _____        _____
                                                                    Honorable Thomas S. Hixson
                                                                    United States Magistrate Judge