# EXHIBIT A



| | |
|---|---|
| Document title: | Elon Musk on X: "@xiang_aw @WholeMarsBlog This does seem like the opposite of open. OpenAI is essentially captured by Microsoft." / X |
| Capture URL: | https://x.com/elonmusk/status/1309052632850468864 |
| Page loaded at (UTC): | Thu, 31 Jul 2025 18:39:20 GMT |
| Capture timestamp (UTC): | Thu, 31 Jul 2025 18:39:35 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | pdjYaWSct1zy8ERMrFsPMC |
| Display Name: | ops-1 |

PDF REFERENCE #:   gn8xjZkZEERUPuu53qZptV

OPENAI_MUSK00037241



Document title: Elon Musk on X: &quot;@xiang_aw @WholeMarsBlog This does seem like the opposite of open. OpenAI is essentially captured by Microsoft.&quot; / X
Capture URL: https://x.com/elonmusk/status/1309052632850468864
Capture timestamp (UTC): Thu, 31 Jul 2025 18:39:35 GMT
Page 1 of 2

OPENAI_MUSK00037242






Document title: Elon Musk on X: &quot;@xiang_aw @WholeMarsBlog This does seem like the opposite of open. OpenAI is essentially captured by Microsoft.&quot; / X
Capture URL: https://x.com/elonmusk/status/1309052632850468864
Capture timestamp (UTC): Thu, 31 Jul 2025 18:39:35 GMT
Page 2 of 2
OPENAI_MUSK00037243