# EXHIBIT B

PageVault

| | |
|---|---|
| Document title: | Elon Musk on X: "@Carnage4Life I'm still confused as to how a non-profit to which I donated ~$100M somehow became a $30B market cap for-profit. If this is legal, why doesn't everyone do it?" / X |
| Capture URL: | https://x.com/elonmusk/status/1636047019893481474 |
| Page loaded at (UTC): | Fri, 08 Aug 2025 22:02:29 GMT |
| Capture timestamp (UTC): | Fri, 08 Aug 2025 22:02:45 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | vQ8pDdj5wrf2anmZZ8KR1j |
| Display Name: | elyse |

PDF REFERENCE #:     cxQfzLbHee3sJm47u7FRGa



Document title: Elon Musk on X: &quot;@Carnage4Life I'm still confused as to how a non-profit to which I donated ~$100M somehow became a $30B market cap for-…
Capture URL: https://x.com/elonmusk/status/1636047019893481474
Capture timestamp (UTC): Fri, 08 Aug 2025 22:02:45 GMT

