# EXHIBIT C

PageVault

| | |
|---|---|
| Document title: | Elon Musk on X: "@WholeMarsBlog OpenAI needs to stop living a lie" / X |
| Capture URL: | https://x.com/elonmusk/status/1765419493243638142 |
| Page loaded at (UTC): | Wed, 06 Aug 2025 04:43:29 GMT |
| Capture timestamp (UTC): | Wed, 06 Aug 2025 04:43:46 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | dEsfGrQUrtj7U68wRwvUpm |
| Display Name: | ops-2 |

PDF REFERENCE #:   rgS5VSbPNmB9gu6tf4gsuQ



