# EXHIBIT D

🔒 **PageVault**

| | |
|---|---|
| Document title: | (1) Elon Musk on X: "@AutismCapital Sam is an evil swindler" / X |
| Capture URL: | https://x.com/elonmusk/status/1869884760094290284 |
| Page loaded at (UTC): | Thu, 07 Aug 2025 02:40:47 GMT |
| Capture timestamp (UTC): | Thu, 07 Aug 2025 02:41:03 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | bzQURo5dHdCZZYcmcjDoM1 |
| Display Name: | shereen |

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

← Post                                                                 Reply

**Autism Capital** ✳ ◎ @AutismCapital · Dec 19, 2024                  ⌀ ⋯
🔲 Sam Altman throws more fire on the Elon/OpenAI feud:

"Elon did a lot to help OpenAI in the early days. He is also clearly a
bully and clearly likes to get in fights. Right now it's me, it's also
been Bezos, Gates, Zuckerberg, and finer people. I think
fundamentally this is
Show more



#P Honestly
0:47

💬 227        ↻ 82        ♡ 903        📊 171K        🔖  📤

**Elon Musk** ◎ 🔲 ♙ @elonmusk                       Subscribe  ⌀ ⋯

Sam is an evil swindler

11:17 PM · Dec 19, 2024 · **168.2K** Views

💬 365        ↻ 293        ♡ 3.3K        🔖 113        📤

( ) Post your reply                                               Reply

**Steve Skojec** ◎ @SteveSkojec · Dec 19, 2024              ⌀ ⋯
Also: His vocal fry makes me want to puncture my own eardrums
💬 7        ↻ 1        ♡ 33        📊 3.4K        🔖  📤

**The Limiting Factor** ◎ 🔲 @LimitingThe · Dec 19, 2024          ⌀ ⋯
Musk vs Altman

=

Tyrion vs Littlefinger
💬 1        ↻        ♡ 24        📊 3K        🔖  📤

**LilHumansBigImpa…** ◎ @BigImpactHuma… · Dec 19, 2024    ⌀ ⋯
It's not about competition, it's about the fact that Sam was and is
dishonest.
💬        ↻        ♡ 22        📊 2.5K        🔖  📤

**Jeff Carlson** ◎ @themarketswork · Dec 19, 2024             ⌀ ⋯
Skeletons > Closet
💬        ↻ 1        ♡ 18        📊 1.5K        🔖  📤

**AJ** ◎ @alojoh · Dec 20, 2024                              ⌀ ⋯
People say the exact same things about me but, just like Sam, are
swindlers.

Yes, looking at you Gary Black
💬        ↻        ♡ 9        📊 875        🔖  📤

**bone** ◎ @boneGPT · Dec 19, 2024                          ⌀ ⋯
buncha swindlers in this town
💬        ↻        ♡ 8        📊 312        🔖  📤

bammaal3                ⋯          💬        ↻        ♡ ...
@bammaal3

**Relevant people**

**Elon Musk** ◎ 🔲
@elonmusk                                    Follow

**Autism Capital** ✳ ◎
@AutismCapital                               Follow
Citizen journalism with a humorous
flair. Following Fintech, Crypto, AI,
Longevity, Politics, Memes, and
whatever the current thing is.

**What's happening**

**Brewers at Braves**
25 minutes ago

Entertainment · Trending                         ⋯
**#WednesdayS2**
3,264 posts

South Park · Trending                            ⋯
**#SouthPark**
2,982 posts

Trending in United States                        ⋯
**#DesafioDelSigloXXI**
18.9K posts

Sports · Trending                                ⋯
**Jonathan Cannon**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ⋯
© 2025 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

bammaal3
@bammaal3



Post    Reply

**bone** @boneGPT · Dec 19, 2024
buncha swindlers in this town
💬   🔁   ♡ 8   📊 312

**Enrique** @mindthelongterm · Dec 19, 2024

💬   🔁 3   ♡ 6   📊 963

**Rafa** @Rafa_Schwinger · Dec 20, 2024
🐸 Parody account

> **Rafa** @Rafa_Schwinger · Dec 18, 2024
> 🐸 Parody account
> Sam Altman is one of the best thing that happened in the last years. because he is so clearly lying at every step that he became a great trust index.
>
> Now you can just look at whoever are the people that associat...
> Show more

💬   🔁   ♡ 5   📊 563

**Tonya de Vitti** @TonyadeVitti · Dec 19, 2024
Sam couldn't be more wrong - xAI doesn't want at all to follow OpenAI's path and bend the knee to woke bs
💬   🔁 1   ♡ 3   📊 154

**Mark Kelly** @saucebook · Dec 19, 2024
Don't hold back. Tell us what you really think...
💬   🔁   ♡ 3   📊 1.7K

**megs** @megs_jo · Dec 20, 2024
i didn't know how much i needed to see someone called an "evil swindler" in a contemporary context. 😂
💬 1   🔁   ♡ 3   📊 470

**डॉ. आर के सिंह** @ric10314 · Dec 19, 2024
Sam is an evil swindler
💬   🔁   ♡ 2   📊 414

**AidaBell** 🎄 @adiboaron94 · Dec 19, 2024
Thinking about tinder
Swipe to like (it actually works 😂)
💬   🔁 1   ♡   📊 347

**Giba | Kingdom X100** @giba_machado · Dec 20, 2024
sSam
💬   🔁   ♡   📊 576

**Riley Coyote** @RileyKalmuto · Dec 19, 2024

## Relevant people

**Elon Musk** ✓ ❌
@elonmusk                    **Follow**

**Autism Capital** ✓
@AutismCapital               **Follow**
Citizen journalism with a humorous flair. Following Fintech, Crypto, AI, Longevity, Politics, Memes, and whatever the current thing is.

## What's happening

**Brewers at Braves**
25 minutes ago

Entertainment · Trending
**#WednesdayS2**
3,264 posts

South Park · Trending
**#SouthPark**
2,982 posts

Trending in United States
**#DesafioDelSigloXXI**
18.9K posts

Sports · Trending
**Jonathan Cannon**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ···
© 2025 X Corp.

Document title: (1) Elon Musk on X: &quot;@AutismCapital Sam is an evil swindler&quot; / X
Capture URL: https://x.com/elonmusk/status/1869884760094290284
Capture timestamp (UTC): Thu, 07 Aug 2025 02:41:03 GMT