# EXHIBIT E

Filed Conditionally Under Seal