# EXHIBIT F

Filed Conditionally Under Seal