# EXHIBIT G
Filed Conditionally Under Seal