# EXHIBIT H
Filed Conditionally Under Seal