| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com<br>HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-45555<br><br>NISHA PATEL (SBN 281628)<br>Nisha.patelgupta@dechert.com<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760 | ANDREW J. LEVANDER (admitted *pro hac vice*)<br>Andrew.levander@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)<br>Jay.jurata@dechert.com<br>DECHERT LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333 |

*Attorneys for Defendant Microsoft Corporation and Phase One Non-Party Reid Hoffman*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>    Defendants. | Case No. 4:24-cv-04722-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**DEFENDANT MICROSOFT CORPORATION AND PHASE ONE NON-PARTY REID HOFFMAN'S STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO FILE CORRECTED DECLARATION OF REID HOFFMAN**<br><br>**Action filed:  August 5, 2024** |

**ADMINISTRATIVE MOTION**

Defendant Microsoft Corporation ("Microsoft") and Phase One Non-Party Reid Hoffman respectfully submit this Stipulated Administrative Motion Under L.R. 7-11 requesting leave to file a Corrected Declaration of Reid Hoffman ("Corrected Declaration"), attached hereto as **Exhibit A**, to correct an earlier declaration filed at Dkt. 65-21.

Mr. Hoffman executed a declaration on December 12, 2024 in support of Microsoft and then-Defendants Hoffman and Deannah Templeton's Opposition to Plaintiffs' Motion for Preliminary Injunction. *See* Dkt. 65-21 ("December 12 Declaration"). The Court denied Plaintiff's Motion for Preliminary Injunction in an Order dated March 4, 2025, which does not reference the December 12 Declaration. *See* Dkt. 121; *see also* Dkt. 163 (Court's Order Granting in Part and Denying in Part Defendants' Motions to Dismiss First Amended Complaint, similarly without reference to the December 12 Declaration). The Corrected Declaration fixes two inadvertent errors in the December 12 Declaration that have recently come to light during discovery:

1. The Corrected Declaration updates the dates of Mr. Hoffman's service on OpenAI's board of directors, correcting the December 12 Declaration, which mistakenly states March 2018 to March 2023. Discovery has confirmed the correct dates as March 2019 to February 2023.

2. The December 12 Declaration states that Mr. Hoffman "abstained from voting on any proposal relating to Microsoft's investment in OpenAI on either the OpenAI or Microsoft boards." Dkt. 65-21 at Para. 6. Discovery has revealed that, as an OpenAI director, Mr. Hoffman authorized a group of directors (excluding himself) to finalize the terms of a March 5, 2021 amendment to the Joint Development and Collaboration Agreement ("JDCA") between OpenAI and Microsoft and later signed a unanimous written consent approving certain agreements, including a 2023 amendment to the JDCA. The Corrected Declaration addresses these points.

The above corrections are noted in the Redline attached hereto as **Exhibit B**. Microsoft has notified Plaintiff and the OpenAI Defendants of its intent to file the Corrected Declaration in place of the December 12 Declaration to address these errors. All parties have stipulated that Microsoft and Mr. Hoffman may file the Corrected Declaration. *See* Joint Stipulation, filed herewith. Microsoft and Mr. Hoffman reserve all rights to move to strike the December

- 1 -

MICROSOFT CORPORATION AND REID HOFFMAN'S STIPULATED ADMIN MOTION TO FILE
CORRECTED DECLARATION OF REID HOFFMAN                    4:24-CV-04722-YGR

- 2 -

12 Declaration from the record following the conclusion of this case; all other parties also reserve all rights.

For the foregoing reasons, Microsoft and Mr. Hoffman respectfully request that the Court grant their Stipulated Motion.

DATED: September 24, 2025

Respectfully Submitted,

DECHERT LLP

By: /s/ Russell P. Cohen
Russell P. Cohen (SBN 213105)
Russ.cohen@dechert.com
Howard M. Ullman (SBN 206760)
Howard.ullman@dechert.com
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

Nisha Patel (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Andrew J. Levander (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

John (Jay) Jurata, Jr. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorney for Defendant Microsoft Corporation and Phase One Non-Party Reid Hoffman*