1  RUSSELL P. COHEN (SBN 213105)
   Russ.cohen@dechert.com
2  HOWARD M. ULLMAN (SBN 206760)
   Howard.ullman@dechert.com
3  DECHERT LLP
   45 Fremont Street, 26th Floor
4  San Francisco, CA 94105
   Telephone: (415) 262-4500
5  Facsimile: (415) 262-4555

6  NISHA PATEL (SBN 281628)
   Nisha.patelgupta@dechert.com
7  DECHERT LLP
   633 West 5th Street, Suite 4900
8  Los Angeles, CA 90071
   Telephone: (213) 808-5700
9  Facsimile: (213) 808-5760

   ANDREW J. LEVANDER (admitted *pro hac vice*)
   Andrew.levander@dechert.com
   DECHERT LLP
   Three Bryant Park
   1095 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 698-3500
   Facsimile: (212) 698-3599

   JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
   Jay.jurata@dechert.com
   DECHERT LLP
   1900 K Street, N.W.
   Washington, DC 20006
   Telephone: (202) 261-3300
   Facsimile: (202) 261-3333

10 *Attorneys for Defendant Microsoft Corporation
   and Phase One Non-Party Reid Hoffman*

11 (Additional counsel listed on the next page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Judge Yvonne Gonzalez Rogers |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT MICROSOFT CORPORATION AND PHASE ONE NON-PARTY REID HOFFMAN'S STIPULATED ADMINISTRATIVE MOTION TO FILE CORRECTED DECLARATION OF REID HOFFMAN** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |
| | **Action filed: August 5, 2024** |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@mofo.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

Steven F. Molo (*pro hac vice*)
Robert K. Kry (*pro hac vice*)
Jennifer Schubert (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER RE STIPULATED ADMINISTRATIVE MOTION
4:24-CV-04722-YGR

**STIPULATION OF THE PARTIES**

WHEREAS, on December 12, 2024, Phase One Non-Party Reid Hoffman executed the Declaration of Reid Hoffman in Support of Microsoft Corporation ("Microsoft"), Reid Hoffman, and Deannah Templeton's Opposition to Plaintiffs' Motion for a Preliminary Injunction ("December 12 Declaration") [Dkt. 65-21];

WHEREAS, Microsoft has notified Plaintiffs and the OpenAI Defendants (collectively, the "Parties") that the December 12 Declaration contains inadvertent errors that have recently come to light during discovery;

WHEREAS, Microsoft and Mr. Hoffman wish to correct the December 12 Declaration with a Corrected Declaration (attached as **Exhibit A** to Microsoft and Mr. Hoffman's Stipulated Motion for Administrative Relief) to ensure an accurate record;

NOW, THEREFORE, the Parties agree that Microsoft and Mr. Hoffman may file the Corrected Declaration.

IT IS SO STIPULATED.

DATED: September 24, 2025                    DECHERT LLP

By: /s/ Russell P. Cohen
Russell P. Cohen (SBN 213105)
Russ.cohen@dechert.com
Howard M. Ullman (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

Nisha Patel (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Andrew J. Levander (admitted pro hac vice)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | 1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500 |
| 3 | | Facsimile: (212) 698-3599 |
| 4 | | John (Jay) Jurata, Jr. (admitted pro hac vice)<br>Jay.jurata@dechert.com |
| 5 | | DECHERT LLP<br>1900 K Street, N.W. |
| 6 | | Washington, DC 20006<br>Telephone: (202) 261-3300 |
| 7 | | Facsimile: (202) 261-3333 |
| 8 | | *Attorneys for Defendant Microsoft Corporation and Phase One Non-Party Reid* |
| 9 | | *Hoffman* |
| 10 | | |
| 11 | DATED: September 24, 2025 | WACHTELL, LIPTON, ROSEN & KATZ |
| 12 | | By:   */s/ Bradley R. Wilson*<br>Bradley R. Wilson (admitted pro hac vice) |
| 13 | | BRWilson@mofo.com<br>William Savitt (admitted pro hac vice) |
| 14 | | WDSavitt@wlrk.com<br>Sarah K. Eddy (admitted pro hac vice) |
| 15 | | SKEddy@wlrk.com<br>Nathaniel Cullerton (admitted pro hac vice) |
| 16 | | NDCullerton@wlrk.com<br>WACHTELL, LIPTON, ROSEN & KATZ |
| 17 | | 51 West 52nd Street<br>New York, NY 10019 |
| 18 | | Telephone: (212) 403-1000 |
| 19 | | Jordan Eth (CA SBN 121617)<br>JEth@mofo.com |
| 20 | | William Frentzen (CA SBN 343918)<br>WFrentzen@mofo.com |
| 21 | | David J. Wiener (CA SBN 291659)<br>DWiener@mofo.com |
| 22 | | MORRISON & FOERSTER LLP<br>425 Market Street |
| 23 | | San Francisco, CA 94105<br>Telephone: (415) 268-7000 |
| 24 | | |
| 25 | | *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,* |
| 26 | | *OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings,* |
| 27 | | *LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C.,* |
| 28 | | *OpenAI Startup Fund I, L.P., OpenAI Startup* |

|   |   |   |
|---|---|---|
| | | *Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC* |
| DATED: September 24, 2025 | | TOBEROFF & ASSOCIATES |
| | By: | */s/ Marc Toberoff* <br> Marc Toberoff (SBN 188547) <br> MToberoff@toberoffandassociates.com <br> Jaymie Parkkinen (CA SBN 318394) <br> JParkkinen@toberoffandassociates.com <br> TOBEROFF & ASSOCIATES, P.C. <br> 23823 Malibu Road, Suite 50-363 <br> Malibu, CA 90265 <br> Telephone: (310) 246-3333 |
| | | Steven F. Molo (pro hac vice) <br> Robert K. Kry (pro hac vice) <br> Jennifer Schubert (pro hac vice) <br> MOLOLAMKEN LLP <br> 430 Park Avenue <br> New York, NY 10022 <br> Telephone: (212) 607-8160 |
| | | *Attorneys for Plaintiffs Elon Musk and X.AI Corp.* |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 24, 2025              By: */s/ Russell P. Cohen*

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____

                                                Hon. Yvonne Gonzalez Rogers
                                                United States District Judge