| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com<br>HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-4555<br><br>NISHA PATEL (SBN 281628)<br>Nisha.patelgupta@dechert.com<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760 | ANDREW J. LEVANDER (admitted *pro hac vice*)<br>Andrew.levander@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)<br>Jay.jurata@dechert.com<br>DECHERT LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333 |

*Attorneys for Defendant Microsoft Corporation and Phase One Non-Party Reid Hoffman*

(Additional counsel listed on the next page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANT MICROSOFT CORPORATION AND PHASE ONE NON-PARTY REID HOFFMAN'S STIPULATED ADMINISTRATIVE MOTION TO FILE CORRECTED DECLARATION OF REID HOFFMAN**<br><br>**Action filed:  August 5, 2024** |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@mofo.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAl, Inc., OpenAI L.P., OpenAl, L.L.C., OpenAI GP, L.L.C.,*
*OpenAl OpCo, LLC, OpenAl Global, LLC, OAI Corporation, LLC,*
*OpenAl Holdings, LLC, OpenAl Startup Fund Management, LLC,*
*OpenAl Startup Fund GP I, L.L.C., OpenAl Startup Fund I, L.P.,*
*OpenAl Startup Fund SPV GP I, L.L.C., OpenAl Startup Fund SPV GP II, L.L.C.,*
*OpenAl Startup Fund SPV GP III, L.L.C., OpenAl Startup Fund SPV GP IV, L.L.C.,*
*OpenAl Startup Fund SPV I, L.P., OpenAl Startup Fund SPV II, L.P.,*
*OpenAl Startup Fund SPV III, L.P., OpenAl* Startup *Fund SPV IV, L.P.,*
*Aestas Management Company, LLC, and Aestas LLC*

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

Steven F. Molo (*pro hac vice*)
Robert K. Kry (*pro hac vice*)
Jennifer Schubert (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

- 1 -

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE STIPULATED ADMINISTRATIVE MOTION
4:24-CV-04722-YGR

# STIPULATION OF THE PARTIES

WHEREAS, on December 12, 2024, Phase One Non-Party Reid Hoffman executed the Declaration of Reid Hoffman in Support of Microsoft Corporation ("Microsoft"), Reid Hoffman, and Deannah Templeton's Opposition to Plaintiffs' Motion for a Preliminary Injunction ("December 12 Declaration") [Dkt. 65-21];

WHEREAS, Microsoft has notified Plaintiffs and the OpenAI Defendants (collectively, the "Parties") that the December 12 Declaration contains inadvertent errors that have recently come to light during discovery;

WHEREAS, Microsoft and Mr. Hoffman wish to correct the December 12 Declaration with a Corrected Declaration (attached as **Exhibit A** to Microsoft and Mr. Hoffman's Stipulated Motion for Administrative Relief) to ensure an accurate record;

NOW, THEREFORE, the Parties agree that Microsoft and Mr. Hoffman may file the Corrected Declaration.

IT IS SO STIPULATED.

DATED: September 24, 2025               DECHERT LLP

                                        By:  /s/ Russell P. Cohen
                                             Russell P. Cohen (SBN 213105)
                                             Russ.cohen@dechert.com
                                             Howard M. Ullman (SBN 206760)
                                             Howard.ullman@dechert.com
                                             DECHERT LLP
                                             45 Fremont Street, 26th Floor
                                             San Francisco, CA 94105
                                             Telephone: (415) 262-4500
                                             Facsimile: (415) 262-4555

                                             Nisha Patel (SBN 281628)
                                             Nisha.patelgupta@dechert.com
                                             DECHERT LLP
                                             633 West 5th Street, Suite 4900
                                             Los Angeles, CA 90071
                                             Telephone: (213) 808-5700
                                             Facsimile: (213) 808-5760

                                             Andrew J. Levander (admitted pro hac vice)
                                             Andrew.levander@dechert.com
                                             DECHERT LLP
                                             Three Bryant Park

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | 1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500 |
| 3 | | Facsimile: (212) 698-3599 |
| 4 | | John (Jay) Jurata, Jr. (admitted pro hac vice)<br>Jay.jurata@dechert.com |
| 5 | | DECHERT LLP<br>1900 K Street, N.W. |
| 6 | | Washington, DC 20006<br>Telephone: (202) 261-3300 |
| 7 | | Facsimile: (202) 261-3333 |
| 8 | | *Attorneys for Defendant Microsoft Corporation and Phase One Non-Party Reid* |
| 9 | | *Hoffman* |
| 10 | | |
| 11 | DATED: September 24, 2025 | WACHTELL, LIPTON, ROSEN & KATZ |
| 12 | | By:  */s/ Bradley R. Wilson* |
| | | Bradley R. Wilson (admitted pro hac vice) |
| 13 | | BRWilson@mofo.com<br>William Savitt (admitted pro hac vice) |
| 14 | | WDSavitt@wlrk.com<br>Sarah K. Eddy (admitted pro hac vice) |
| 15 | | SKEddy@wlrk.com<br>Nathaniel Cullerton (admitted pro hac vice) |
| 16 | | NDCullerton@wlrk.com<br>WACHTELL, LIPTON, ROSEN & KATZ |
| 17 | | 51 West 52nd Street<br>New York, NY 10019 |
| 18 | | Telephone: (212) 403-1000 |
| 19 | | Jordan Eth (CA SBN 121617)<br>JEth@mofo.com |
| 20 | | William Frentzen (CA SBN 343918)<br>WFrentzen@mofo.com |
| 21 | | David J. Wiener (CA SBN 291659)<br>DWiener@mofo.com |
| 22 | | MORRISON & FOERSTER LLP<br>425 Market Street |
| 23 | | San Francisco, CA 94105<br>Telephone: (415) 268-7000 |
| 24 | | |
| 25 | | *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI* |
| 26 | | *L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC,* |
| 27 | | *OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management,* |
| 28 | | *LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup* |

*Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

DATED: September 24, 2025

TOBEROFF & ASSOCIATES

By: */s/ Marc Toberoff*
Marc Toberoff (SBN 188547)
MToberoff@toberoffandassociates.com
Jaymie Parkkinen (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

Steven F. Molo (pro hac vice)
Robert K. Kry (pro hac vice)
Jennifer Schubert (pro hac vice)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 24, 2025                                   By: */s/ Russell P. Cohen*

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 29, 2025

Hon. Yvonne Gonzalez Rogers
United States District Judge