United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELON MUSK, et al.,

Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

Defendants.

Case No.  24-cv-04722-YGR   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 272

In ECF No. 272, OpenAI filed a motion to consider whether other parties' material should be sealed.  The motion stated that the joint discovery letter brief contained material that had been designated confidential by Plaintiffs; Exhibits E, F and G contained material that had been designated confidential by non-party Shivon Zilis; and Exhibit H contained material that had been designated confidential by non-party Sam Teller.  Plaintiffs, Zilis and Teller had seven days to file a statement or declaration to support the sealing request.  Civ. L.R. 79-5(f)(3).  Only Zilis did so.  ECF No. 284.  She requests limited redactions to Exhibits E and F.  *Id.*  Her redactions are acceptable, and the Court **ORDERS** her to file Exhibits E and F in the public record with the redactions she proposed within five days.  The Court otherwise **DENIES** the motion to seal and **ORDERS** OpenAI to file the joint discovery letter brief and Exhibits G and H in the public record within five days.

**IT IS SO ORDERED.**

Dated: September 29, 2025

THOMAS S. HIXSON
United States Magistrate Judge