# EXHIBIT G

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 11/20/2023 |

## Outline of Conversations

 **1e0a7acc86bbc313b66d82fef2c2545e** · 8 messages on 11/20/2023 · Undefined Participant · Shivon Zilis ▇

**Messages in chronological order** (times are shown in GMT +00:00)

---

 **1e0a7acc86bbc313b66d82fef2c2545e**

**Schrödinger's Cat** ▶ 11/20/2023, 1:11 AM

Yikes!!!

> Microsoft is currently conducting the largest infrastructure buildout that humanity has ever seen. While that may seem like hyperbole, look at the annual spend of mega projects such as
>
> nationwide rail networks, dams, or even space programs such as the Apollo moon landings,
>
> and they all pale in comparison to the >$50 billion annual spend on datacenters Microsoft has penned in for 2024 and beyond. This infrastructure buildout is aimed squarely at **accelerating the path to AGI** and bringing the intelligence of generative AI to every facet of life from

*Image: IMG_5701.jpeg (105 KB)*

**Shivon Zilis** ◀ 11/20/2023, 2:33 AM



*Image: IMG_3615.jpeg (252 KB)*

**Shivon Zilis** ◀ 11/20/2023, 2:34 AM

He is jan@openai.com but I wonder if the XAI team has his number

**Shivon Zilis** ◀ 11/20/2023, 9:11 AM

https://x.com/icreatelife/status/1726513532873961716?s=46

*Image: 5CFC88BA-ADDE-4D19-B2E4-3113261126DF.jpg (505 bytes)*

Case 4:24-cv-04722-YGR    Document 289-2    Filed 10/01/25    Page 4 of 4



Image: E6F28196-B855-4F7A-8818-CA9FD55858EF.jpg (39 KB)

| | | | |
|---|---|---|---|
| SZ | Shivon Zilis █████ EDITED<br>Turns out you called if | ◄ | 11/20/2023, 9:11 AM |
| SZ | Shivon Zilis (█████ EDITED<br>Turns out you called it | ◄ | 11/20/2023, 9:11 AM |
| SC | Schrödinger's Cat (█████<br>Yeah | ► | 11/20/2023, 10:54 AM |
| SZ | Shivon Zilis (█████<br>https://x.com/ilyasut/status/1726590052392956028?s=61&t=mgSmcco8yFbno_hvRvIIJw | ◄ | 11/20/2023, 3:47 PM |



Image: 3E4AA567-FCEA-4029-A1A7-E2FAB91B912B.jpg (4 KB)

Confidential
ZILIS-0002344