# EXHIBIT H



TELLER00000458