MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Shivon Zilis*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **NON-PARTY SHIVON ZILIS'S NOTICE OF FILING** |

Pursuant to the Court's September 29, 2025 Order re Motion to Seal (Dkt. 288), non-party Shivon Zilis hereby files redacted copies of Exhibits E and F to the OpenAI Defendants' joint discovery letter at Dkt. 273.

Dated: Ocobter 2, 2025                        TOBEROFF & ASSOCIATES, P.C.

                                              By:      */s/ Marc Toberoff*
                                                     Marc Toberoff (CA SBN 188547)

                                              *Attorneys for Shivon Zilis*

NOTICE OF FILING
CASE NO.: 4:24-CV-04722-YGR