# EXHIBIT E

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 21 | Date Range: 2/16/2018 |

## Outline of Conversations

 **55ee9bfba4488c09a0669916b1ced73c** · 21 messages on 2/16/2018 · ERM Old Number
· Shivon Zilis (

ZILIS-0002324

**Messages in chronological order** (times are shown in GMT +00:00)

---

 **55ee9bfba4488c09a0669916b1ced73c**

| | |
|---|---|
| SZ | **Shivon Zilis (** ◀ 2/16/2018, 4:01 AM |

Do you prefer I stay close and friendly to OpenAI to keep info flowing or begin to disassociate? Trust game is about to get tricky so any guidance for how to do right by you is appreciated.

EN **ERM Old Number (** ► 2/16/2018, 4:04 AM

Close and friendly, but we are going to actively try to move three or four people from OpenAI to Tesla. More than that will join over time, but we won't actively recruit them.

SZ **Shivon Zilis (** ) ◀ 2/16/2018, 4:05 AM

Ok. And, yes, was on the calls

EN **ERM Old Number (** ► 2/16/2018, 4:06 AM

If we go after four people, who besides the two I spoke to today?

SZ **Shivon Zilis (** ) ◀ 2/16/2018, 4:08 AM

Depends what you want to do. Btw, Andrej actually really doesn't think highly of Woj and thinks zero probability of robotic path leading to AGI, just FYI. If software side there is a guy named Igor who is pioneering multi-agent stuff.

SZ **Shivon Zilis (** ◀ 2/16/2018, 4:09 AM

I actually think some probability you could get Ilya if you wanted him, but don't know if you do

SZ **Shivon Zilis (** ◀ 2/16/2018, 4:09 AM

He has been a very good spiritual leader

EN **ERM Old Number (** ► 2/16/2018, 4:09 AM

Ok, I should really talk to Andrej

EN **ERM Old Number (** ► 2/16/2018, 4:09 AM

Ilya is way too bought into OpenAI

SZ **Shivon Zilis (** ◀ 2/16/2018, 4:10 AM

After you hung up this morning, Altman and Greg were ok. Ilya was visibly devastated

EN **ERM Old Number** ► 2/16/2018, 4:10 AM

Really?

SZ **Shivon Zilis (** ◀ 2/16/2018, 4:10 AM

But I hear you. Just info so you have it

SZ **Shivon Zilis (** ◀ 2/16/2018, 4:10 AM

Yes.

SZ **Shivon Zilis (** ◀ 2/16/2018, 4:12 AM

May I please just share one thing so I can put it out of my mind?

EN **ERM Old Number (** ► 2/16/2018, 4:13 AM

Whether for personal or strategic reasons, Ilya is right to feel that way. There is little chance of OpenAI being a serious force if I focus on Tesla AI.

EN **ERM Old Number (** ► 2/16/2018, 4:13 AM

Sure

Confidential

ZILIS-0002325

SZ    **Shivon Zilis (**                                                    ◄ 2/16/2018, 4:15 AM

I think there are a lot of no-brainers to explore, and I put some in that doc, but the think that keeps calling out to me is there is a very low probability of a good future if someone doesn't slow Demis down. Slowing him down is the only non-negotiable net good action I can see. You don't realize how much you have an ability to influence him directly or otherwise slow him down. I think you know I'm not a malicious person but in this case it feels fundamentally irresponsible to not find a way to slow or alter his path

EN    **ERM Old Number (**                                                  ► 2/16/2018, 4:19 AM

Best to talk by phone about this later tonight

FN    **ERM Old Number**                                                    ► 2/16/2018, 4:19 AM

I doubt I could do so in a meaningful way

SZ    **Shivon Zilis (**                                                    ◄ 2/16/2018, 4:21 AM

Ok, yes, that would be good. And, ultimately up to you of course, but I really think you can so would like to at least make the case. In any case, I will sleep better at night for having tried!

SZ    **Shivon Zilis (**                                                    ◄ 2/16/2018, 6:48 AM

Will leave you be on the Demis stuff. I'm sure it's hard to think about

I just needed to say it once since it's been plaguing me.