# EXHIBIT F

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 10/23/2022 |

### Outline of Conversations

 **1e0a7acc86bbc313b66d82fef2c2545e** · 4 messages on 10/23/2022 · Undefined Participant · Shivon Zilis (███████)

**Messages in chronological order** (times are shown in GMT +00:00)

### 1e0a7acc86bbc313b66d82fef2c2545e

**SC**    Schrödinger's Cat ▮▮▮▮▮▮▮▮▮▮      ▶ 10/23/2022, 1:09 PM



Image: Screenshot 2022-10-23 at 8.09.21 AM.jpeg (156 KB)

**SZ**    Shivon Zilis ▮▮▮▮▮▮      ◀ 10/23/2022, 1:26 PM
Tried to call

**SZ**    Shivon Zilis ▮▮▮▮▮▮      ◀ 10/23/2022, 1:30 PM
No need to call back if you don't feel like it. I thought it might help to share some context that appears to be missing above ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ but neither are required

**SZ**    Shivon Zilis ▮▮▮▮▮▮      ◀ 10/23/2022, 1:33 PM
Calling Altman would prob get you the same missing context so may be useful to do that if it's really bothering you