JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@mofo.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:   (212) 403-1000
Facsimile:   (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>SAMUEL ALTMAN, et al.,<br><br>             Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**OPENAI DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Pursuant to Civil Local Rule 7-11 and 79-5(f), the OpenAI Defendants hereby move to
2  file under seal portions of the Joint Discovery Letter ("Letter") filed concurrently with this
3  administrative motion and Exhibits 1.1 and 2 attached thereto.
4  The highlighted portions of the Letter, and Exhibits 1.1 and 2 thereto, reflect information
5  that Plaintiff Elon Musk ("Plaintiff") has designated as "CONFIDENTIAL" pursuant to the
6  Stipulated Protective Orders entered in this case (Dkts. 171, 270).  Pursuant to Civ. L.R. 79-
7  5(f)(3), Plaintiff bears the burden of establishing that his designated materials are sealable, so he
8  must "file a statement and/or declaration as described in subsection (c)(1)" of Civil Local Rule
9  79-5 within seven days should he wish to keep any portion of the Letter or Exhibits 1.1 or 2 under
10 seal.  *Id.*
11 Accordingly, the OpenAI Defendants have provisionally filed under seal the documents
12 listed below:

| Document and/or Portion of Document | Designating Party/Non-Party |
|---|---|
| Oct. 6 Joint Discovery Letter, highlighted portions | Plaintiff |
| Exhibit 1.1 | Plaintiff |
| Exhibit 2 | Plaintiff |

| | |
|---|---|
| Date: October 6, 2025 | MORRISON & FOERSTER LLP |
| | |
| | */s/ Jordan Eth* |
| | JORDAN ETH (CA SBN 121617) |
| | JEth@mofo.com |
| | WILLIAM FRENTZEN (CA SBN 343918) |
| | WFrentzen@mofo.com |
| | DAVID J. WIENER (CA SBN 291659) |
| | DWiener@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, CA 94105 |
| | Telephone:   (415) 268-7000 |
| | Facsimile:    (415) 268-7522 |
| | |
| | WILLIAM SAVITT (admitted *pro hac vice*) |
| | WDSavitt@wlrk.com |
| | BRADLEY R. WILSON (admitted *pro hac vice*) |
| | BRWilson@mofo.com |
| | SARAH K. EDDY (admitted *pro hac vice*) |
| | SKEddy@wlrk.com |
| | NATHANIEL CULLERTON (admitted *pro hac vice*) |
| | NDCullerton@wlrk.com |
| | WACHTELL, LIPTON, ROSEN & KATZ |
| | 51 West 52nd Street |
| | New York, NY 10019 |
| | Telephone:   (212) 403-1000 |
| | Facsimile:    (212) 403-2000 |
| | |
| | *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC* |