UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.<br><br>               Plaintiffs,<br><br>   v.<br><br>SAMUEL ALTMAN, et al.,<br><br>               Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**[PROPOSED] ORDER GRANTING OPENAI DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Before the Court is the OpenAI Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the Parties' Joint Discovery Letter filed on October 6, 2025 and certain exhibits thereto. Having found the below identified documents to contain material that is sealable pursuant to Civil Local Rule 79-5, the Motion is hereby GRANTED.

| Document | Designator | Basis for Sealing |
|---|---|---|
| Oct. 6 Joint Discovery Letter, highlighted portions | Plaintiff | |
| Exhibit 1.1 | Plaintiff | |
| Exhibit 2 | Plaintiff | |

IT IS SO ORDERED.  The Clerk of the Court shall file under seal the identified documents.

Dated: _____

_____
Honorable Thomas S. Hixson
United States Magistrate Judge