# EXHIBIT 1

| | |
|---|---|
| **From:** | Jaymie Parkkinen |
| **To:** | Savitt, William D. |
| **Cc:** | Marc Toberoff; Cohen, Russell P. (Dechert LLP); Levander, Andrew J. (Dechert LLP); Ullman, Howard; Jurata, John A. (Dechert LLP); Patel Gupta, Nisha; Eddy, Sarah K.; Cullerton, Nate; Eth, Jordan D. (Morrison & Foerster, LLP); Frentzen, William; Wiener, David J. (Morrison & Foerster, LLP); David, Zachary M.; Kry, Robert K. (MoloLamken LLP); Schubert, Jennifer; Tapernoux, Camila A.; Pilgrim, Dara; Wilson, Bradley R. |
| **Subject:** | Musk v. Altman - Case No. 4:24-cv-04722-YGR |
| **Date:** | Thursday, September 25, 2025 2:46:24 AM |
| **Attachments:** | 25.09.24 Musk v. Altman - Declaration re Disc.pdf |

**\*\*External Email-Use Caution\*\***

Counsel:

Please see a service copy of the attached.

Regards,

**Jaymie Parkkinen**
**Toberoff & Associates, P.C.**
23823 Malibu Road, Suite 50-363
Malibu, California 90265
**Tel:** 310.246.3333
**Fax:** 310.246.3101

---

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.