# EXHIBIT 1.1

## Public Version of Document Provisionally Filed Under Seal