# EXHIBIT 2

## Public Version of Document Provisionally Filed Under Seal