# EXHIBIT 3

| | |
|---|---|
| **From:** | Wilson, Bradley R. |
| **To:** | Kry, Robert K. (MoloLamken LLP); Jaymie Parkkinen |
| **Cc:** | Marc Toberoff; Molo, Steven F. (MoloLamken LLP); Schubert, Jennifer; Cohen, Russell P. (Dechert LLP); Jurata, John A. (Dechert LLP); Ullman, Howard; Eth, Jordan D. (Morrison & Foerster, LLP); Frentzen, William; Tapernoux, Camila A.; Savitt, William D.; Eddy, Sarah K.; Winter, Steven; Cullerton, Nate; David, Zachary M. |
| **Subject:** | Musk v. Altman - Case No. 4:24-cv-04722-YGR-TSH |
| **Date:** | Saturday, September 27, 2025 7:43:12 PM |

Counsel,

We write with several questions regarding your recent production of Mr. Musk's text messages from the 2015 to 2020 time period—i.e. the texts that you have said were recovered from "backup data" located by Tesla.

First, in the status report that you filed with the Court last night, you stated that "[s]earch terms were applied to the recovered data." Please identify the search terms you applied to the recovered data and the exact date range you used for the search.

Second, even without seeing the search terms that you applied, we have serious concerns about the effectiveness of your search. This is particularly true as to Sam Teller. Mr. Teller testified that he texted with Mr. Musk "every day," and yet your search resulted in the production of zero one-on-one text messages between Mr. Musk and Mr. Teller over a more than five-year period. As a first step, please tell us whether the backup data includes one-on-one text messages between Mr. Teller and Mr. Musk, and if so, over what date range.

Third, we are concerned that Mr. Musk produced only one text message from the 2015 to 2020 time period that references Tesla AI. Please confirm that you will produce or log all texts that relate or refer to Tesla AI (or TeslaAI), as documents related to Tesla AI are responsive under RFPs 21 and 22 (among others), and the Court granted OpenAI's motion to compel on those requests in its July 9 discovery order.

Fourth, the spreadsheet of text messages that you produced on Mr. Musk's behalf does not comply with the parties' agreement regarding the format of text message productions—resulting in the production of multiple text messages with no surrounding context. We agreed that text messages would be "unitized into 24-hour periods of communications (12:00 a.m. to 11:59 p.m.) between message participants" and produced in that format, and that is how the parties (and the non-parties you represent) have produced all of their text messages in this action to date. Please confirm that you will reproduce the messages in Thursday's production in the proper format and that all future productions of Mr. Musk's text messages will be produced in unitized 24-hour blocks with appropriate metadata as agreed by the parties.

We look forward to your prompt response, and the OpenAI Defendants reserve all rights.

Separately, but relatedly, please advise as to the status of your ongoing linear reviews and tell us when we should expect to receive the first production of texts resulting from those reviews.

Regards,
Brad

**Bradley R. Wilson**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1108 (Direct) | +1 (212) 403-2108 (Fax)
BRWilson@wlrk.com | www.wlrk.com