# EXHIBIT 4

| | |
|---|---|
| **From:** | Kry, Robert K. (MoloLamken LLP) |
| **To:** | Wilson, Bradley R. |
| **Cc:** | Savitt, William D.; Marc Toberoff; Jaymie Parkkinen; Cohen, Russell P. (Dechert LLP); Levander, Andrew J. (Dechert LLP); Ullman, Howard; Jurata, John A. (Dechert LLP); Patel Gupta, Nisha; Eddy, Sarah K.; Cullerton, Nate; Eth, Jordan D. (Morrison & Foerster, LLP); Frentzen, William; Wiener, David J. (Morrison & Foerster, LLP); David, Zachary M.; Schubert, Jennifer; Tapernoux, Camila A.; Pilgrim, Dara |
| **Subject:** | RE: Musk v. Altman - Case No. 4:24-cv-04722-YGR - linear reviews |
| **Date:** | Wednesday, October 1, 2025 6:49:40 PM |

**\*\*External Email-Use Caution\*\***

Brad,

Here's the final update on the linear reviews. The reviews are all complete. Because we finished them today after all, we are withdrawing the request for a stipulation to extend the fact discovery deadline.

Shivon Zilis texts:
Texts with Elon Musk:  Total strings in review set: 1,452.
Texts with Jared Birchall:  Total strings in review set: 454.
Results:  19 additional text strings were produced.

Jared Birchall texts:
Texts with Elon Musk:  Total strings in review set: 580.
Texts with Shivon Zilis:  Total strings in review set: 423.
Results:  9 additional text strings were produced.

Musk "old phone" texts:
Texts with Shivon Zilis:  Total messages in review set: 1,187
Texts with Jared Birchall:  Total messages in review set: 1,340
Results:  8 additional text strings were produced moments ago.

Musk "new phone" texts:
Texts with Shivon Zilis:  Total messages in review set: 11,967
Texts with Jared Birchall:  Total messages in review set: 659
Results:  2 additional text strings are being processed for production later today.

Best regards,

Robert


**Robert K. Kry**

MoloLamken LLP
600 New Hampshire Ave., NW, Suite 500
Washington, DC 20037
T:  (202) 556-2011

M: (202) 631-1067
rkry@mololamken.com
www.mololamken.com

**Robert K. Kry**



MoloLamken LLP
600 New Hampshire Ave., NW, Suite 500
Washington, DC 20037
T:  (202) 556-2011
M: (202) 631-1067
rkry@mololamken.com
www.mololamken.com

**From:** Kry, Robert
**Sent:** Wednesday, October 1, 2025 3:07 PM
**To:** 'Wilson, Bradley R.' <BRWilson@wlrk.com>
**Cc:** 'Savitt, William D.' <wdsavitt@WLRK.com>; 'Marc Toberoff' <mtoberoff@toberoffandassociates.com>; 'Jaymie Parkkinen' <jparkkinen@toberoffandassociates.com>; 'Cohen, Russell P. (Dechert LLP)' <russ.cohen@dechert.com>; 'Levander, Andrew J. (Dechert LLP)' <andrew.levander@dechert.com>; 'Ullman, Howard' <Howard.Ullman@dechert.com>; 'Jurata, John A. (Dechert LLP)' <jay.jurata@dechert.com>; 'Patel Gupta, Nisha' <Nisha.PatelGupta@dechert.com>; 'Eddy, Sarah K.' <SKEddy@wlrk.com>; 'Cullerton, Nate' <NDCullerton@wlrk.com>; 'Eth, Jordan D. (Morrison & Foerster, LLP)' <jeth@mofo.com>; 'Frentzen, William' <WFrentzen@mofo.com>; 'Wiener, David J. (Morrison & Foerster, LLP)' <dwiener@mofo.com>; 'David, Zachary M.' <ZMDavid@wlrk.com>; Schubert, Jennifer <JSchubert@mololamken.com>; 'Tapernoux, Camila A.' <CTapernoux@mofo.com>; 'Pilgrim, Dara' <DPilgrim@mofo.com>
**Subject:** RE: Musk v. Altman - Case No. 4:24-cv-04722-YGR - linear reviews

Brad,

We are informed that the search terms used for the text extraction from Musk's old phone backup were as follows: "OpenAI", "Open AI", "OAI", "Brockman", "Altman", "Ilya", "gdb", in each case from January 1, 2015 to the present.  We understand that those are the same search terms that OpenAI originally proposed.

We are not going to add "Tesla AI" as a new search term or investigate why there are not more responsive texts between Elon Musk and Sam Teller.  Both projects would require us to arrange for additional data exports from the IT custodian, process that data for review, and then conduct a review and analysis of the resulting documents.  It is unreasonable to demand those additional steps so late in the process when we are already heavily engaged in completing the linear reviews that Judge Hixson ordered.

With regard to the backup data from Mr. Musk's old phone, the manner in which we produced the

responsive text messages was a product of the data export we received following the application of search terms.  It would be unreasonably burdensome (and require new data exports) to recreate unitized text strings from the data for this search term set.

By contrast, we do have the data necessary to produce the same-day surrounding texts for the Musk old phone and new phone linear reviews.  We are willing to undertake that additional project if you will agree to the stipulation we previously circulated to afford us time to complete the linear reviews.  Please promptly advise.

Best regards,

Robert


**Robert K. Kry**



MoloLamken LLP
600 New Hampshire Ave., NW, Suite 500
Washington, DC 20037
T:  (202) 556-2011
M: (202) 631-1067
rkry@mololamken.com
www.mololamken.com

**From:** Kry, Robert
**Sent:** Wednesday, October 1, 2025 2:20 AM
**To:** Wilson, Bradley R. <BRWilson@wlrk.com>
**Cc:** Savitt, William D. <wdsavitt@WLRK.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>; Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>; Levander, Andrew J. (Dechert LLP) <andrew.levander@dechert.com>; Ullman, Howard <Howard.Ullman@dechert.com>; Jurata, John A. (Dechert LLP) <jay.jurata@dechert.com>; Patel Gupta, Nisha <Nisha.PatelGupta@dechert.com>; Eddy, Sarah K. <SKEddy@wlrk.com>; Cullerton, Nate <NDCullerton@wlrk.com>; Eth, Jordan D. (Morrison & Foerster, LLP) <jeth@mofo.com>; Frentzen, William <WFrentzen@mofo.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; David, Zachary M. <ZMDavid@wlrk.com>; Schubert, Jennifer <JSchubert@mololamken.com>; Tapernoux, Camila A. <CTapernoux@mofo.com>; Pilgrim, Dara <DPilgrim@mofo.com>
**Subject:** RE: Musk v. Altman - Case No. 4:24-cv-04722-YGR - linear reviews

Brad,

Here's a further update on the linear reviews:

Shivon Zilis texts:
Texts with Elon Musk:  Total strings in review set: 1,452.

Texts with Jared Birchall:  Total strings in review set: 454.
Review is substantially complete.  12 text strings were produced earlier today.  7 additional text strings are being processed for production now.

Jared Birchall texts:
Texts with Elon Musk:  Total strings in review set: 580.
Texts with Shivon Zilis:  Total strings in review set: 423.
Review is substantially complete.  9 text strings are being processed for production now.

Musk "old phone" texts [note correction vs. prior update]:
Texts with Shivon Zilis:  Total messages in review set: 1,187
Texts with Jared Birchall:  Total messages in review set: 1,340
First level review is complete.  We expect to produce results tomorrow.

Musk "new phone" texts:
Texts with Shivon Zilis:  Total messages in review set: 11,967
Texts with Jared Birchall:  Total messages in review set: 659
First level review to begin tomorrow morning; hope to complete by this weekend.

In response to your questions below:

1. Your email uses the words "string" or "strings" a number of times.  Please confirm that when you used those words, you were referring to unitized documents reflecting 24-hour periods of text message conversations, which is the format the parties agreed to use for text message reviews and productions.

   **>> Confirmed.**

2. With respect to Mr. Musk's "old phone," you say that there are 1,340 "text messages" in the linear review set.  Are you saying that the linear review set includes 1,340 24-hour unitized conversations or 1,340 individual text messages?

   **>> Individual text messages.**

3. Your email was a response to our September 27 email in which we requested an update on the status of your team's linear reviews.  Although we appreciate the update, you have not responded to any of the important questions we asked in that same September 27 email (reattached for reference).  Given that our questions in that prior email pertain to your team's ongoing review of Mr. Musk's 2015 to 2020 text messages, it is important that we receive answers without further delay—i.e. today.

   **>> We'll respond separately.**

4. We are surprised and concerned by the extremely low responsiveness rates that

you report below for the linear reviews of Ms. Zilis's and Mr. Birchall's texts.  We reserve all rights and expect to return to this issue, and explore it with you further, once we have reviewed the forthcoming supplemental Zilis/Birchall text productions referenced below.

> **\>\> We are not surprised or concerned by this result.**

5. We will review your proposed stipulation to amend the fact discovery deadline (for a limited purpose) and revert promptly.

> **\>\> Please let us know.  Thanks.**

Best regards,

Robert


**Robert K. Kry**



MoloLamken LLP
600 New Hampshire Ave., NW, Suite 500
Washington, DC 20037
T:  (202) 556-2011
M: (202) 631-1067
rkry@mololamken.com
www.mololamken.com

---

**From:** Wilson, Bradley R. <BRWilson@wlrk.com>
**Sent:** Tuesday, September 30, 2025 2:20 PM
**To:** Kry, Robert <rkry@mololamken.com>
**Cc:** Savitt, William D. <wdsavitt@WLRK.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>; Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>; Levander, Andrew J. (Dechert LLP) <andrew.levander@dechert.com>; Ullman, Howard <Howard.Ullman@dechert.com>; Jurata, John A. (Dechert LLP) <jay.jurata@dechert.com>; Patel Gupta, Nisha <Nisha.PatelGupta@dechert.com>; Eddy, Sarah K. <SKEddy@wlrk.com>; Cullerton, Nate <NDCullerton@wlrk.com>; Eth, Jordan D. (Morrison & Foerster, LLP) <jeth@mofo.com>; Frentzen, William <WFrentzen@mofo.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; David, Zachary M. <ZMDavid@wlrk.com>; Schubert, Jennifer <JSchubert@mololamken.com>; Tapernoux, Camila A. <CTapernoux@mofo.com>; Pilgrim, Dara <DPilgrim@mofo.com>
**Subject:** RE: Musk v. Altman - Case No. 4:24-cv-04722-YGR - linear reviews

Robert,

Thank you for the email.  It raises a few questions and issues that require follow up:

1. Your email uses the words "string" or "strings" a number of times. Please confirm that when you used those words, you were referring to unitized documents reflecting 24-hour periods of text message conversations, which is the format the parties agreed to use for text message reviews and productions.

2. With respect to Mr. Musk's "old phone," you say that there are 1,340 "text messages" in the linear review set. Are you saying that the linear review set includes 1,340 24-hour unitized conversations or 1,340 individual text messages?

3. Your email was a response to our September 27 email in which we requested an update on the status of your team's linear reviews. Although we appreciate the update, you have not responded to any of the important questions we asked in that same September 27 email (reattached for reference). Given that our questions in that prior email pertain to your team's ongoing review of Mr. Musk's 2015 to 2020 text messages, it is important that we receive answers without further delay—i.e. today.

4. We are surprised and concerned by the extremely low responsiveness rates that you report below for the linear reviews of Ms. Zilis's and Mr. Birchall's texts. We reserve all rights and expect to return to this issue, and explore it with you further, once we have reviewed the forthcoming supplemental Zilis/Birchall text productions referenced below.

5. We will review your proposed stipulation to amend the fact discovery deadline (for a limited purpose) and revert promptly.

Please get back to us today on items (1), (2), and (3). We will be in touch again soon on items (4) and (5).

We plan to respond separately to Jaymie's email from 4:50 p.m. PDT yesterday.

Regards,
Brad

**From:** Kry, Robert <rkry@mololamken.com>
**Sent:** Tuesday, September 30, 2025 1:06 AM
**To:** Wilson, Bradley R. <BRWilson@wlrk.com>
**Cc:** Savitt, William D. <wdsavitt@WLRK.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>; Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>; Levander, Andrew J. (Dechert LLP) <andrew.levander@dechert.com>; Ullman, Howard <Howard.Ullman@dechert.com>; Jurata, John A. (Dechert LLP) <jay.jurata@dechert.com>; Patel Gupta, Nisha <Nisha.PatelGupta@dechert.com>; Eddy, Sarah K.

<SKEddy@wlrk.com>; Cullerton, Nate <NDCullerton@wlrk.com>; Eth, Jordan D. (Morrison & Foerster, LLP) <jeth@mofo.com>; Frentzen, William <WFrentzen@mofo.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; David, Zachary M. <ZMDavid@wlrk.com>; Schubert, Jennifer <JSchubert@mololamken.com>; Tapernoux, Camila A. <CTapernoux@mofo.com>; Pilgrim, Dara <DPilgrim@mofo.com>
**Subject:** Musk v. Altman - Case No. 4:24-cv-04722-YGR - linear reviews

**\*\*External Email-Use Caution\*\***

Brad,

We are writing to provide an update on the linear reviews of the text messages that Judge Hixson ordered last week.

Shivon Zilis texts:
Texts with Elon Musk:  Total strings in review set: 1,452.
Texts with Jared Birchall:  Total strings in review set: 454.
Review is substantially complete.  12 text strings are being processed for production by the vendor now and will be produced tomorrow.  A few additional text strings may be produced later.

Jared Birchall texts:
Texts with Elon Musk:  Total strings in review set: 580.
Texts with Shivon Zilis:  Total strings in review set: 423.
First level review is complete.  We expect to complete review tomorrow and produce text strings tomorrow or Wednesday.  We expect the volume to be similar to Zilis.

Musk "old phone" texts:
Text messages in review set (both Birchall and Zilis): 1,340.
We expect to complete first level review tomorrow and produce additional text messages Wednesday or Thursday.  We don't have a volume estimate yet.

Musk "new phone" texts:
Still being processed by the vendor.  We don't have a count yet.  We expect them to be available for our review tomorrow morning.

We're attaching a proposed stipulation extending the fact discovery deadline by one week solely for purposes of completing the linear review productions.  Please let us know tomorrow if it's acceptable.  We don't expect any problems meeting the deadline if extended by one week.  Thanks very much.

Best regards,

Robert

**Robert K. Kry**



MoloLamken LLP
600 New Hampshire Ave., NW, Suite 500
Washington, DC 20037
T:  (202) 556-2011
M: (202) 631-1067
rkry@mololamken.com
www.mololamken.com

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.


==================================================
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
==================================================