# EXHIBIT 5

**Excerpt of Compilation of Text Messages Produced in Excel Format by Plaintiff Musk at 2024MUSK-0014149**

| Tagged Count | Evidence ID | Service | Direction | Date | Content | Subject | Sender | Participants | Attachments | Date Read | Date Delivered | Failed | BBTID | Classifications | Deleted Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | iMessage | Incoming | 2019-03-10 11:33:03 (PDT) | hey elon, do you have a few mins to talk? we are looking to announce the new openai structure tomorrow and i wanted to make sure we describe your past involvement in whatever way you want, and would also welcome any other feedback you have! also have some mild demis updates to share. | | | Self | 0 | 2019-03-10 17:04:00 (PDT) | | | 6319 | | No |