# EXHIBIT 7

**Kry, Robert**

| | |
|---|---|
| **From:** | Wilson, Bradley R. <BRWilson@wlrk.com> |
| **Sent:** | Friday, October 3, 2025 7:58 PM |
| **To:** | Jaymie Parkkinen; Savitt, William D. |
| **Cc:** | Marc Toberoff; Cohen, Russell P. (Dechert LLP); Levander, Andrew J. (Dechert LLP); Ullman, Howard; Jurata, John A. (Dechert LLP); Patel Gupta, Nisha; Eddy, Sarah K.; Cullerton, Nate; Eth, Jordan D. (Morrison & Foerster, LLP); Frentzen, William; Wiener, David J. (Morrison & Foerster, LLP); David, Zachary M.; Kry, Robert; Schubert, Jennifer; Tapernoux, Camila A.; Pilgrim, Dara |
| **Subject:** | RE: Musk v. Altman - Case No. 4:24-cv-04722-YGR |

Jaymie,

We did not produce the text messages from your spreadsheet because nearly all of them were associated with a phone number (███████████) that we had not associated with Mr. Musk when we undertook our collection efforts from Mr. Altman's phone for purposes of our linear review of the Altman/Musk texts. We note in this regard that Plaintiffs never provided a comprehensive list of Mr. Musk's phone numbers. Certain of the text messages from your spreadsheet (those from December 2, 2017) had been reviewed by our team and marked non-responsive, and upon review, it is not clear on what basis they would be responsive.

For the sake of completeness, we are making a production later today that will include all of the text messages from your spreadsheet. That production will also include additional responsive documents from a linear review of Mr. Altman's messages with Mr. Musk's ███████████ number, including several responsive texts that Mr. Musk has not produced to date. Once you have received today's production, please explain why Mr. Musk did not produce those additional texts.

Regards,
Brad

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Friday, September 26, 2025 11:37 PM
**To:** Savitt, William D. <wdsavitt@WLRK.com>
**Cc:** Marc Toberoff <mtoberoff@toberoffandassociates.com>; Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>; Levander, Andrew J. (Dechert LLP) <andrew.levander@dechert.com>; Ullman, Howard <Howard.Ullman@dechert.com>; Jurata, John A. (Dechert LLP) <jay.jurata@dechert.com>; Patel Gupta, Nisha <Nisha.PatelGupta@dechert.com>; Eddy, Sarah K. <SKEddy@wlrk.com>; Cullerton, Nate <NDCullerton@wlrk.com>; Eth, Jordan D. (Morrison & Foerster, LLP) <jeth@mofo.com>; Frentzen, William <WFrentzen@mofo.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; David, Zachary M. <ZMDavid@wlrk.com>; Kry, Robert K. (MoloLamken LLP) <rkry@mololamken.com>; Schubert, Jennifer <JSchubert@mololamken.com>; Tapernoux, Camila A. <CTapernoux@mofo.com>; Pilgrim, Dara <DPilgrim@mofo.com>; Wilson, Bradley R. <BRWilson@wlrk.com>
**Subject:** Musk v. Altman - Case No. 4:24-cv-04722-YGR

**\*\*External Email-Use Caution\*\***

Brad:

Having reviewed Mr. Musk's pre-2020 text messages, there appear to be 17 text messages that Mr. Musk produced that OpenAI Defendants did not produce. Please see the attached chart. Please correct us if we are

1

mistaken or if we are not, promptly produce these texts and provide a detailed account why they were not produced sooner.

Thank you.


Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.


==================================================
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
==================================================