MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04722-YGR (TSH)<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 7-11 and 79-5(f), Plaintiff Elon Musk hereby moves to file portions of Plaintiff's Administrative Motion to Authorize Alternative Service of Deposition Subpoena and Compel Compliance (the "Motion"), the accompanying Declaration of Michael Conner ("Conner Declaration"), the accompanying Declaration of Jaymie Parkkinen ("Parkkinen Declaration"), and exhibits 1, 2, 4, 8, 9, and 10 thereto, under seal.

The highlighted portions of the Motion, accompanying declarations, and exhibits reflect information that the OpenAI and Microsoft defendants and non-parties Ilya Sutskever, Tasha McCauley, and Ermira Murati have designated or are reasonably expected to designate as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" under the Stipulated Protective Orders entered in this case, Dkts. 171, 270.

Accordingly, Plaintiff has provisionally filed portions of the documents listed below under seal:

| Document | Designator / Anticipated Designator of Sealed Information |
|---|---|
| Motion | OpenAI Defendants, Microsoft Corporation, Ilya Sutskever, Tasha McCauley |
| Conner Declaration | Emira Murati |
| Parkkinen Declaration | Emira Murati |
| Parkkinen Declaration, Exhibit 1 | Emira Murati |
| Parkkinen Declaration, Exhibit 2 | Emira Murati |
| Parkkinen Declaration, Exhibit 4 | Emira Murati |
| Parkkinen Declaration, Exhibit 8 | Emira Murati |
| Parkkinen Declaration, Exhibit 9 | Emira Murati |
| Parkkinen Declaration, Exhibit 10 | Emira Murati |

| | | |
|---|---|---|
| 1 | DATED: October 7, 2025 | Respectfully Submitted, |
| 2 | | TOBEROFF & ASSOCIATES, P.C. |
| 3 | | _/s/ Jaymie Parkkinen_ |
| 4 | | Jaymie Parkkinen |
| 5 | | *Attorneys for Plaintiff Elon Musk* |