# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR (TSH) |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIAL SHOULD BE SEALED** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Before the Court is Plaintiff Elon Musk's Administrative Motion to Consider Whether Other Parties' Material Should Be Sealed. Having found the below identified papers to contain highlighted material that is sealable pursuant to Civil Local Rule 79-5, the Motion is hereby **GRANTED**.

| Document | Designator / Anticipated Designator of Sealed Information |
|---|---|
| Motion | OpenAI Defendants, Microsoft Corporation, Ilya Sutskever, Tasha McCauley |
| Conner Declaration | Emira Murati |
| Parkkinen Declaration | Emira Murati |
| Parkkinen Declaration, Exhibit 1 | Emira Murati |
| Parkkinen Declaration, Exhibit 2 | Emira Murati |
| Parkkinen Declaration, Exhibit 4 | Emira Murati |
| Parkkinen Declaration, Exhibit 8 | Emira Murati |
| Parkkinen Declaration, Exhibit 9 | Emira Murati |
| Parkkinen Declaration, Exhibit 10 | Emira Murati |

**IT IS SO ORDERED.** The Clerk of the Court shall file the identified documents under seal.

DATED: _____                    _____
                                     United States District Court / Magistrate Judge