# DECLARATION CONDITIONALLY FILED PARTIALLY UNDER SEAL

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.comite
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Assigned to Hon. Thomas S. Hixson |
| v. | **DECLARATION OF MICHAEL CONNER** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

## DECLARATION

1. I, Michael Conner, declare as follows:

2. I am over the age of 18. I have personal knowledge of the facts stated herein and, if called, would testify competently thereto. I submit this declaration in support of Plaintiff's request for authorization of alternative service of a deposition subpoena on nonparty Ermira Murati in *Musk v. Altman*, No. 4:24-cv-04722-YGR (N.D. Cal.).

3. I am a retired police officer. I now work as an independent contractor.

4. On September 29, 2025, I was engaged by Nardello & Co. LLC, a fully licensed and insured litigation support company, for an assignment that involved personally serving a subpoena on Ermira Murati.

5. On September 30, 2025, I went to ███████████████████, with the subpoena and accompanying materials. My partner, who was also engaged by Nardello & Co. LLC, accompanied me to the residence.

6. I first arrived around 11:30 AM PT. At that time, I approached the residence alone, while my partner waited in our parked vehicle. When I approached the residence, I rang the doorbell and knocked on the front door.

7. An unknown female approached me from behind as I was standing at the front door. She did not identify herself. She asked why I was there, and I explained that I was trying to deliver documents in relation to a time-sensitive matter. The woman said, "I know what the documents are," and informed me that nobody was going to accept any documents at the residence. At that point, I assumed that she was associated with the residence and was part of the security team there.

8. After she refused to accept the documents, I returned to my vehicle and left the residence with my partner.

9. I returned to the residence later in the afternoon, at approximately 2:00 PM PT, again accompanied by my partner. Upon arriving, I saw the same woman I spoke with earlier in the day sitting in a vehicle across the street from the residence.

10. My partner and I walked to the front door. I began filming my partner on video with my cell phone. When we reached the front door, the woman I had spoken to earlier in the day

1  approached us. She asked if I was "back again?," and I explained that I was.

2  11. As captured on video, my partner began explaining that we were attempting "to serve Ms. Murati court documents," but as soon as he said those words, the woman began walking away, saying "I'm not taking any papers."

12. We followed at a respectful distance, trying to explain the purpose of our visit. As we walked, my partner asked if Ms. Murati had an attorney of record that we could leave the service materials with.

13. The woman did not respond and walked down the street, past the car that she had been sitting in. The driver's side window of the car was open.

14. While the woman was still within earshot, as captured on video, my partner told her that he was going to leave a copy of the service packet in her vehicle, and he placed a copy of the service packet on the dashboard through the open window. My partner also informed the woman that another copy would be coming by mail.

15. After my partner left the service packet in the vehicle and informed the woman that another copy would be coming by mail, I stopped filming.

16. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2025, at San Francisco, California.

/s/ Michael Conner

Michael Conner