# EXHIBIT 3

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| ELON MUSK, et al., *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 4:24-cv-04722-YGR |
| SAMUEL ALTMAN, et al., *Defendant* | ) ) ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Ermira Murati
Thinking Machines Lab, 2300 Harrison Street, San Francisco, CA 94110
*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: 755 Sansome Street, Suite 450 San Francisco, CA 94111 | Date and Time: September 18, 2025 at 9:00AM PDT or at such other time as may be agreed |
|---|---|

The deposition will be recorded by this method: Court Reporter / Videographer

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2025

CLERK OF COURT      OR      */s/ M. Toberoff*

*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Elon Musk, X.AI Corp. , who issues or requests this subpoena, are:
Marc Toberoff, mtoberoff@toberoffandassociates.com; Jaymie Parkkinen, jparkkinen@toberoffandassociates.com; Toberoff & Associates, P.C., 23823 Malibu Rd., Ste. 50-363, Malibu, CA 90265, 310-246-3333

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).