UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>SAMUEL ALTMAN, et al.,<br><br>            Defendants. | Case No. 24-cv-04722-YGR (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 296 |

      Plaintiff Elon Musk moves for an order authorizing alternative service of a deposition subpoena on non-party Ermira Murati, finding that Murati has been adequately served, and compelling Murati's compliance with the subpoena. The Court **ORDERS** Defendants to file a notice by noon on October 8, 2025 stating whether they take a position on the motion. If Defendants oppose the motion, their opposition shall be filed no later than noon on October 9, 2025.

      **IT IS SO ORDERED.**

Dated: October 7, 2025

                                                       THOMAS S. HIXSON<br>                                                       United States Magistrate Judge