# EXHIBIT A

# Carreiro, Remy

| | |
|---|---|
| **From:** | Agnolucci, Simona A |
| **Sent:** | Wednesday, October 8, 2025 3:07 PM |
| **To:** | Schubert, Jennifer; Holland, Anika |
| **Cc:** | Santacana, Eduardo E; SMsmoleo; Carreiro, Remy; Mateen, Harris; Kry, Robert; Tofighbakhsh, Sara; Jaymie Parkkinen |
| **Subject:** | RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.) |

Jenn—Let's discuss this live, but there is no way we can consult our client and prepare a response in a matter of hours. You should have provided this context sooner rather than springing it on us at the 11th hour. I suggest you seek whatever extension you may need immediately because we will not be in a position to draft a brief today.

Talk to you this afternoon.

Simona

---

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Wednesday, October 8, 2025 3:00 PM
**To:** Agnolucci, Simona A <sagnolucci@cooley.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; SMsmoleo <Smolo@mololamken.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

> **CAUTION: This Message Is From an External Sender**
> This message came from outside your organization.

Counsel,

In advance of the meet and confer, we offer a bit of case context: namely, today is the final day by which we can appeal to the court on discovery issues following close of fact discovery. The standing magistrate's order requires that any discovery-related motion be submitted in the form of a joint letter (5 pages in total, split between the parties). Given that we are up against that deadline and 5p PT was the earliest window for meet & confer we could get on your calendar for, we have pre-drafted our motion to cover bases.

While we hope we are able to reach resolution on the meet and confer, in the event we cannot, we attach our portion of the joint letter for your review and putative draft response. A few notes: (i) this draft remains subject to our continued revision and proofing, (ii) the highlights are areas we propose redacting as they reflect deposition testimony that was designated as highly confidential – please review and propose any changes as appropriate should we need to file this, and (iii) we will file a declaration with exhibits that will be sealed to correspond with the cites we reference. If you have any proposed corrections or changes to redaction in our section, please include it in redline. Finally, we can discuss whether we need to jointly seek a one-day extension if you all need it to adequately respond should our meet and confer not resolve the issue.

1

We will speak with you all soon.

Best,
Jenn


**Jennifer Schubert**
**MoloLamken**
430 Park Avenue
New York, NY 10022
T:  (212) 607-5957
M: (917) 594-8755
jschubert@mololamken.com
www.mololamken.com

---

**From:** Agnolucci, Simona A <sagnolucci@cooley.com>
**Sent:** Tuesday, October 7, 2025 10:29 AM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** Re: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

That works for me.

---

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Tuesday, October 7, 2025 10:28:13 AM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Okay, we have shuffled a few schedules – can we plan on Wednesday at 5p PT / 8p EST? If so, I'll send a zoom link.

Thanks,
Jenn

---

**From:** Holland, Anika <anika.holland@cooley.com>
**Sent:** Monday, October 6, 2025 8:13 PM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

I am sorry, but it is not—we could do Wednesday evening PT or Thursday morning PT.

2

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Monday, October 6, 2025 5:10 PM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** Re: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Is Wednesday morning PT an option? Trying to figure out the best overlay.

Thanks.

> On Oct 6, 2025, at 6:40 PM, Holland, Anika <anika.holland@cooley.com> wrote:
>
> Hi Jenn,
>
> I'm sorry but tomorrow won't work. We could do Wednesday after your deposition concludes, or we could do Thursday before 11am. Let me know if you can make either of those times work.
>
> Thanks,
> Anika
>
> **From:** Schubert, Jennifer <JSchubert@mololamken.com>
> **Sent:** Monday, October 6, 2025 2:48 PM
> **To:** Holland, Anika <anika.holland@cooley.com>
> **Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
> **Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)
>
> Thanks, Anika. Unfortunately, we have a few conflicts on Wednesday including a deposition. We can be pretty flexible on timing tomorrow – would it be possible to squeeze into the bookends of the day or otherwise?
>
> Jenn
>
> **From:** Holland, Anika <anika.holland@cooley.com>
> **Sent:** Monday, October 6, 2025 5:33 PM
> **To:** Schubert, Jennifer <JSchubert@mololamken.com>
> **Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
> **Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)
>
> Hi Jenn,
>
> Wednesday would work better for us—are you available then?

3

Thanks,
Anika

### Anika Holland

Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2713 office | +1 415 693 2222 fax
anika.holland@cooley.com

Pronouns: she, her, hers
www.cooley.com
Cooley is committed to racial justice

---

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Monday, October 6, 2025 2:30 PM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Counsel,

Are you available for a meet and confer tomorrow regarding the open issues from Mr. Sutsekever's deposition?

Thank you,
Jenn

4