# EXHIBIT B

## Carreiro, Remy

| | |
|---|---|
| **From:** | Schubert, Jennifer <JSchubert@mololamken.com> |
| **Sent:** | Wednesday, October 8, 2025 11:50 PM |
| **To:** | Agnolucci, Simona A; Holland, Anika |
| **Cc:** | Santacana, Eduardo E; Carreiro, Remy; Tofighbakhsh, Sara |
| **Subject:** | RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.) |

**CAUTION: This Message Is From an External Sender**
This message came from outside your organization.

With apologies for delay, we have been working through revision rounds. The two points of substance remain the same, though reorganized. We have added administrative details about the deadline, that we met and conferred and that you all maintain your objections.

Jenn

**From:** Agnolucci, Simona A <sagnolucci@cooley.com>
**Sent:** Thursday, October 9, 2025 12:52 AM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Jenn—What other changes are you making to the version we last saw?

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Wednesday, October 8, 2025 9:50 PM
**To:** Holland, Anika <anika.holland@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Anika,

As a party to the scheduling order in the case, we do have to file tonight under the rules because it's 7 days after the close of fact discovery. Magistrate Judge Hixson does not have authority to extend that deadline. But as we mentioned on our call, we will ask Judge Hixson to set a date for you all to respond and will not represent your substantive position otherwise.

Jenn

**From:** Holland, Anika <anika.holland@cooley.com>
**Sent:** Wednesday, October 8, 2025 11:54 PM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>; Agnolucci, Simona A <sagnolucci@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Tofighbakhsh, Sara

1

<STofighbakhsh@mololamken.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Hi Jenn,

Please let us know as soon as possible whether you intend to file a substantive brief this evening rather than a motion for an extension of time to file a joint brief, which is what we requested today and what we continue to think is in the best interest of the parties and the Court. We would like to avoid unnecessary motion practice, and with the benefit of more time to consult with our client we may be able to reach agreement on some of these issues.

Should you decide to file a unilateral substantive brief tonight, we need to see a copy in advance to the extent it has changed or you are representing our views on timing. If you file a unilateral substantive brief without giving us the benefit of time to consult our client, we will oppose and ask the Court to find your motion untimely and will recite the history that brought us to this unfortunate emergency.

If instead you agree to ask the court for an extension of time to allow us to resolve these issues among the parties, and set a deadline next week for any joint brief we decide to file, we will make every reasonable effort to resolve this dispute with you expediently and without need for court intervention.

Thanks,
Anika

---

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Wednesday, October 8, 2025 8:44 PM
**To:** Holland, Anika <anika.holland@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Thanks Anika. We will file our motion this evening and will email service copies after.

Jenn

---

**From:** Holland, Anika <anika.holland@cooley.com>
**Sent:** Wednesday, October 8, 2025 9:32 PM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>; Agnolucci, Simona A <sagnolucci@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Molo, Steven <smolo@mololamken.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Sorry for the double email—just as I sent the below message to you, we received the transcript from the court reporter. So we have it now.

---

**From:** Holland, Anika
**Sent:** Wednesday, October 8, 2025 6:25 PM
**To:** 'Schubert, Jennifer' <JSchubert@mololamken.com>; Agnolucci, Simona A <sagnolucci@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; SMsmoleo <Smolo@mololamken.com>; Carreiro, Remy

<rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Hi Jenn,

Thanks for meeting with us earlier. As a courtesy, could you please provide us with the final transcript from Ilya's deposition? We still do not have it from the court reporter. We asked them for it shortly after receiving your email this afternoon, but they are based on the East Coast and will not respond until tomorrow.

Thanks,
Anika

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Wednesday, October 8, 2025 3:00 PM
**To:** Agnolucci, Simona A <sagnolucci@cooley.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; SMsmoleo <Smolo@mololamken.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Counsel,

In advance of the meet and confer, we offer a bit of case context: namely, today is the final day by which we can appeal to the court on discovery issues following close of fact discovery. The standing magistrate's order requires that any discovery-related motion be submitted in the form of a joint letter (5 pages in total, split between the parties). Given that we are up against that deadline and 5p PT was the earliest window for meet & confer we could get on your calendar for, we have pre-drafted our motion to cover bases.

While we hope we are able to reach resolution on the meet and confer, in the event we cannot, we attach our portion of the joint letter for your review and putative draft response. A few notes: (i) this draft remains subject to our continued revision and proofing, (ii) the highlights are areas we propose redacting as they reflect deposition testimony that was designated as highly confidential – please review and propose any changes as appropriate should we need to file this, and (iii) we will file a declaration with exhibits that will be sealed to correspond with the cites we reference. If you have any proposed corrections or changes to redaction in our section, please include it in redline. Finally, we can discuss whether we need to jointly seek a one-day extension if you all need it to adequately respond should our meet and confer not resolve the issue.

We will speak with you all soon.

Best,
Jenn

**Jennifer Schubert**
**ML MOLOLAMKEN**
430 Park Avenue
New York, NY 10022
T: (212) 607-5957
M: (917) 594-8755

jschubert@mololamken.com
www.mololamken.com

---

**From:** Agnolucci, Simona A <sagnolucci@cooley.com>
**Sent:** Tuesday, October 7, 2025 10:29 AM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** Re: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

That works for me.

---

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Tuesday, October 7, 2025 10:28:13 AM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Okay, we have shuffled a few schedules – can we plan on Wednesday at 5p PT / 8p EST? If so, I'll send a zoom link.

Thanks,
Jenn

---

**From:** Holland, Anika <anika.holland@cooley.com>
**Sent:** Monday, October 6, 2025 8:13 PM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

I am sorry, but it is not—we could do Wednesday evening PT or Thursday morning PT.

---

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Monday, October 6, 2025 5:10 PM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** Re: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Is Wednesday morning PT an option?  Trying to figure out the best overlay.

Thanks.