1  RUSSELL P. COHEN (SBN 213105)  ANDREW J. LEVANDER (admitted *pro hac vice*)
   Russ.cohen@dechert.com          Andrew.levander@dechert.com
2  HOWARD M. ULLMAN (SBN 206760)   DECHERT LLP
   Howard.ullman@dechert.com       Three Bryant Park
3  DECHERT LLP                     1095 Avenue of the Americas
   45 Fremont Street, 26th Floor   New York, NY 10036
4  San Francisco, CA 94105         Telephone: (212) 698-3500
   Telephone: (415) 262-4500       Facsimile: (212) 698-3599
5  Facsimile: (415) 262-45555

                                   JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
6  NISHA PATEL (SBN 281628)        Jay.jurata@dechert.com
   Nisha.patelgupta@dechert.com    DECHERT LLP
7  DECHERT LLP                     1900 K Street, N.W.
   633 West 5th Street, Suite 4900 Washington, DC 20006
8  Los Angeles, CA 90071           Telephone: (202) 261-3300
   Telephone: (213) 808-5700       Facsimile: (202) 261-3333
9  Facsimile: (213) 808-5760

*Attorneys for Defendants Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DEFENDANT MICROSOFT CORPORATION'S JOINDER IN OPENAI DEFENDANTS' OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO AUTHORIZE ALTERNATIVE SERVICE OF DEPOSITION SUBPOENA AND COMPEL COMPLIANCE** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

1  Defendant Microsoft Corporation hereby joins and adopts by reference the OpenAI
2  Defendants' Opposition [Dkt. No. 303] to Plaintiff's Administrative Motion to Authorize
3  Alternative Service of Deposition Subpoena and Compel Compliance [Dkt. No. 296]. For the
4  reasons stated in the OpenAI Defendants' Opposition, the Motion should be denied.

5  DATED: October 9, 2025                    Respectfully Submitted,

6                                             DECHERT LLP

7                                             By:   */s/ Russell P. Cohen*

8                                                  Russell P. Cohen (SBN 213105)
                                                   Russ.cohen@dechert.com
9                                                  Howard M. Ullman (SBN 206760)
                                                   Howard.ullman@dechert.com
10                                                 45 Fremont Street, 26th Floor
                                                   San Francisco, CA 94105
11                                                 Telephone: (415) 262-4500

12                                                 Nisha Patel (SBN 281628)
                                                   Nisha.patelgupta@dechert.com
13                                                 DECHERT LLP
                                                   633 West 5th Street, Suite 4900
14                                                 Los Angeles, CA 90071
                                                   Telephone: (213) 808-5700
15
                                                   Andrew J. Levander (admitted *pro hac vice*)
16                                                 Andrew.levander@dechert.com
                                                   DECHERT LLP
17                                                 Three Bryant Park
                                                   1095 Avenue of the Americas
18                                                 New York, NY 10036
                                                   Telephone: (212) 698-3500
19
                                                   John (Jay) Jurata, Jr. (admitted *pro hac vice*)
20                                                 Jay.jurata@dechert.com
                                                   DECHERT LLP1900 K Street, N.W.
21                                                 Washington, DC 20006
                                                   Telephone: (202) 261-3300
22
                                                   Elisa Beneze (admitted *pro hac vice*)
23                                                 Elisa.beneze@dechert.com
                                                   DECHERT LLP
24                                                 2929 Arch Street
                                                   Philadelphia, PA 19104
25                                                 Telephone: (215) 994-2315

26                                                 *Attorneys for Defendant Microsoft Corporation*
27
28

- 1 -