**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR (TSH) |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO AUTHORIZE ALTERNATIVE SERVICE OF DEPOSITION SUBPOENA AND COMPEL COMPLIANCE |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Before the Court is Plaintiff Elon Musk's Administrative Motion to Authorize Alternative Service of Deposition Subpoena and Compel Compliance.

Having found that Plaintiff has made numerous good-faith attempts at personally serving a deposition subpoena on nonparty Ermira Murati, that Ms. Murati is likely aware of the subpoena, and that the alternative means of service accomplished by Plaintiff and outlined in the Motion are reasonably calculated under the circumstances to provide Ms. Murati with both notice of the subpoena and an opportunity to present objections, the Motion is hereby **GRANTED**.

It is furthered **ORDERED** that:

The deposition subpoena Plaintiff mailed to Ms. Murati's business and personal addresses is hereby considered served under Federal Rule of Civil Procedure 45.

Ms. Murati shall comply with the subpoena, including by attending a deposition held at a reasonable time and location, as agreed by the parties and Ms. Murati in good faith.

Ms. Murati shall raise any objection regarding the subpoena to this Court within 7 days of being served with this Order.

Plaintiff shall serve this Order, along with additional copies of the subpoena, via overnight First Class Mail or its equivalent, to Ms. Murati's business and personal address within 1 day of this Order.

**IT IS SO ORDERED.**

DATED: October 9, 2025

_____
United States ~~District Court~~ / Magistrate Judge