# EXHIBIT 1

| | |
|---|---|
| **From:** | Schubert, Jennifer |
| **Sent:** | Thursday, October 9, 2025 3:19 AM |
| **To:** | tshcrd@cand.uscourts.gov |
| **Cc:** | Agnolucci, Simona A; Holland, Anika; Kry, Robert; Tofighbakhsh, Sara |
| **Subject:** | ECF filing - 24-CV-4722 |
| **Attachments:** | Activity in Case 4:24-cv-04722-YGR Musk v. Altman et al Administrative Motion to Consider Whether Another Partys Material Should Be Sealed |

Chambers for Judge Hixson,

We write regarding our attached filing, which we attempted to file before midnight but experienced technical difficulties. We filed as soon as technology allowed and are continuing to file also as technology permits. We have copied relevant counsel here for notice.

Thank you.


**Jennifer Schubert**
**ML MOLOLAMKEN**
430 Park Avenue
New York, NY 10022
T:  (212) 607-5957
M: (917) 594-8755
jschubert@mololamken.com
www.mololamken.com

1