MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | |
| v. | **PLAINTIFF ELON MUSK'S NOTICE OF FURTHER ELECTION** |
| SAMUEL ALTMAN et al., | |
| Defendants. | |

1       Plaintiff Elon Musk respectfully submits this notice of further election pursuant to this Court's Order Requiring Further Election dated October 7, 2025. Dkt. 298. The Court ordered that "Musk must elect between his breach of an implied contract or his unjust enrichment claim and docket the same by Thursday, October 9, 2025." *Id.* at 3.

      Plaintiff Musk elects his unjust enrichment claim.

Dated: October 9, 2025                                  MOLO LAMKEN LLP

                                                 By:    */s/ Steven F. Molo*
                                                          Steven F. Molo (*pro hac vice*)

                                                          *Attorneys for Plaintiffs Elon Musk and X.AI Corp.*