# EXHIBIT 1

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR (TSH) <br><br> **DECLARATION OF SARA TOFIGHBAKHSH** |

# DECLARATION

I, Sara Tofighbakhsh, declare as follows:

1. I am an associate with MoloLamken LLP, counsel for Plaintiffs in *Musk, et al. v. Altman, et al.*, No. 4:24-cv-04722-YGR (N.D. Cal.). Except as otherwise noted, I have personal knowledge of the facts stated herein and, if called, could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Notice in Response to Discovery Order (Dkt. 314).

2. Along with another associate and a partner, I participated in filing Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion," Dkt. 300) and Discovery Letter Brief (Dkt. 301) (together, the "Motions"). We followed the firm's standard practice for ECF filings, which requires that two associates file together. One conducts the filing, and a second monitors the filing via screenshare on Microsoft Teams ("Teams"). Both I and the other associate involved in the filing are formerly federal judicial law clerks and highly experienced in ECF filings.

3. At 11:45 p.m. PT on October 8, 2025, I logged into ECF and shared my screen with the other associate over Teams. When I attempted to upload the first exhibit to the Administrative Motion, my file-system window froze. I attempted to upload the exhibit at least two more times, but the problem persisted.

4. As quickly as possible, I arranged for the other associate to log into ECF using a different computer. I monitored the filing via Teams. That associate completed the filing of the Administrative Motion (Dkt. 300) at 12:08 a.m. He then filed the Discovery Letter Brief (Dkt. 301) at 12:20 a.m.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2025, at New York, New York.

　　　　　　　　　　　　　　　　　　　*/s/ Sara Tofighbakhsh*
　　　　　　　　　　　　　　　　　　　Sara Tofighbakhsh