# EXHIBIT 2

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR (TSH) |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF JENNIFER SCHUBERT** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

**DECLARATION**

I, Jennifer Schubert, declare as follows:

1. I am a partner with MoloLamken LLP, counsel for Plaintiffs in *Musk, et al. v. Altman, et al.*, No. 4:24-cv-04722-YGR (N.D. Cal.). Except as otherwise noted, I have personal knowledge of the facts stated herein and, if called, could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Notice in Response to Discovery Order (Dkt. 314).

2. On October 8, 2025, at 5:00 p.m. PT, Plaintiffs' counsel and counsel for the witness, Ilya Sutskever, met and conferred. Counsel did not reach agreement at the meet and confer. Plaintiffs' counsel revised our Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion," Dkt. 300) and Discovery Letter Brief (Dkt. 301) (together, the "Motions") accordingly.

3. I oversaw the filing of the Motions by two associates, both of whom are former federal judicial clerks highly experienced in ECF filings. Our firm's regular practice for ECF filings calls for two associates to file together. One conducts the filing, and a second monitors the filing via screenshare on Microsoft Teams. That was the practice followed here.

4. As described in Plaintiffs' filing, I advised counsel for the witness, Mr. Sutskever, of Plaintiffs' intention to file and progress in doing so.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2025, at New York, New York.

                                              */s/ Jennifer Schubert*
                                                  Jennifer Schubert