UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 24-cv-04722-YGR   (TSH) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. No. 316 |

The Court appreciates the additional information and legal argument in ECF No. 316, construes that filing to be a motion pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), and **GRANTS** the motion. Accordingly, the discovery letter brief in ECF No. 301 shall be deemed timely filed. The Court **ORDERS** non-party Ilya Sutskever to file a response no later than October 16, 2025. If the parties resolve their dispute by October 16, they shall alternatively file a notice that they have done so.

**IT IS SO ORDERED.**

Dated: October 14, 2025

THOMAS S. HIXSON  
United States Magistrate Judge