MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN et al.,<br><br>Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**PLAINTIFF ELON MUSK'S RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Dkt. 293)** |

Pursuant to Civil Local Rule 79-5(f)(3), Plaintiff Elon Musk respectfully writes to advise the Court that he will not be filing a statement on OpenAI's October 6, 2025, Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 293).

Dated: October 14, 2025                    TOBEROFF & ASSOCIATES, P.C.


                                    By:    */s/ Marc Toberoff*
                                           Marc Toberoff (CA SBN 188547)

                                           *Attorneys for Plaintiff Elon Musk*