UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>SAMUEL ALTMAN, et al.,<br>　　　　　Defendants. | Case No. 24-cv-04722-YGR (TSH)<br><br>**ORDER RE MOTION TO SEAL**<br>Re: Dkt. No. 293 |

In light of ECF No. 318, the Court **DENIES** the motion to seal at ECF No. 293 and **ORDERS** OpenAI to file the items at issue in the public record within five days.

**IT IS SO ORDERED.**

Dated: October 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge