UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELON MUSK, et al.,

             Plaintiffs,

    v.

SAMUEL ALTMAN, et al.,

             Defendants.

Case No.  24-cv-04722-YGR   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 295

No statement has been filed in support of the sealing motion at ECF No. 295.  Nonetheless, the Court **GRANTS** it, except as to the motion to authorize alternative service (ECF No. 295-2). The Court **ORDERS** Plaintiffs to file that motion in the public record without redaction within five days.

      **IT IS SO ORDERED.**

Dated: October 17, 2025

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California