| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617)<br>JEth@mofo.com |
| 2 | WILLIAM FRENTZEN (CA SBN 343918)<br>WFrentzen@mofo.com |
| 3 | DAVID J. WIENER (CA SBN 291659)<br>DWiener@mofo.com |
| 4 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 5 | San Francisco, CA 94105<br>Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | WILLIAM SAVITT (admitted *pro hac vice*)<br>WDSavitt@wlrk.com |
| 8 | BRADLEY R. WILSON (admitted *pro hac vice*)<br>BRWilson@mofo.com |
| 9 | SARAH K. EDDY (admitted *pro hac vice*)<br>SKEddy@wlrk.com |
| 10 | NATHANIEL CULLERTON (admitted *pro hac vice*)<br>NDCullerton@wlrk.com |
| 11 | STEVEN WINTER (admitted *pro hac vice*)<br>SWinter@wlrk.com |
| 12 | WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street |
| 13 | New York, NY 10019<br>Telephone: (212) 403-1000 |
| 14 | Facsimile: (212) 403-2000 |
| 15 | *Attorneys for Defendants Samuel Altman, Gregory Brockman,*<br>*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,* |
| 16 | *OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*<br>*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,* |
| 17 | *OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*<br>*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,* |
| 18 | *OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*<br>*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,* |
| 19 | *OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*<br>*Aestas Management Company, LLC, and Aestas LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**TEMPORARY SEALING MOTION RE: OPENAI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 79-5(e) and Paragraph 12 of this Court's Standing Order in Civil Cases ("Standing Order"), the OpenAI Defendants submit this Temporary Sealing Motion requesting to file under seal portions of the OpenAI Defendants' Motion for Summary Judgment (ECF No. 327), Supporting Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, and certain Exhibits to the Declaration of David J. Wiener, as detailed in the chart below.

| Dkt. No. | Document | Sealing Status | Party Claiming Confidentiality |
|---|---|---|---|
| 328-1 | OpenAI Defendants' Notice of Motion and Motion for Summary Judgment | Provisionally Under Seal | |
| 328-2 | OpenAI Defendants' Notice of Motion and Motion for Summary Judgment | Redacted | |
| 328-3 | Separate Statement of Undisputed Material Facts | Provisionally Under Seal | |
| 328-4 | Declaration of David J. Wiener in Support of the OpenAI Defendants Motion for Summary Judgment | Not Under Seal | N/A |
| 328-5 | Ex. 1 to the Wiener Decl. – Certificate of Incorporation of OpenAI, Inc, a Non-Stock Corporation, filed December 8, 2015 | Not Under Seal | N/A |
| 328-6 | Ex. 2 to the Wiener Decl. – Amended and Restated Certificate of Incorporation of OpenAI, Inc., a Nonprofit Non-Stock Corporation, filed April 23, 2020 | Not Under Seal | N/A |
| 328-7 | Ex. 3 to the Wiener Decl. – OpenAI Charter | Not Under Seal | N/A |
| 328-8 | Ex. 4 to the Wiener Decl. – Summary chart reflecting Plaintiff Musk's Alleged Monetary and In-Kind Donations to OpenAI, Inc., introduced as Exhibit 41 at the deposition of OpenAI's 30(b)(6) corporate representative | Provisionally Under Seal | OpenAI Defendants; Third-party YC.Org; Third-party Vanguard Charitable; Third-party Fidelity Charitable |
| 328-9 | Ex. 5 to the Wiener Decl. – Letter from Chris Clark to Elon Musk, dated May 27, 2016 | Provisionally Under Seal | Third-party YC.Org |
| 328-10 | Ex. 6 to the Wiener Decl. – Letter from Chris Clark to OpenAI, Inc., dated June 6, 2016 | Provisionally Under Seal | Third-party YC.Org |
| 328-11 | Ex. 7 to the Wiener Decl. – Letter from Chris Clark to Elon Musk, dated March 1, 2017 | Provisionally Under Seal | Third-party YC.Org |

| Dkt. No. | Document | Sealing Status | Party Claiming Confidentiality |
|---|---|---|---|
| 328-12 | Ex. 8 to the Wiener Decl. – Letter from Chris Clark to Elon Musk, dated June 1, 2017 | Provisionally Under Seal | Third-party YC.Org |
| 328-13 | Ex. 9 to the Wiener Decl. – Compilation of receipts for contributions made from Vanguard Charitable to YC.Org, as summarized in Exhibit 4, produced by third-party, Vanguard Charitable | Provisionally Under Seal | Third-party Vanguard Charitable |
| 328-14 | Ex. 10 to the Wiener Decl. – Compilation of receipts for contributions made from Vanguard Charitable to OpenAI, Inc., as summarized in Exhibit 4, produced by third-party, Vanguard Charitable | Provisionally Under Seal | Third-party Vanguard Charitable |
| 328-15 | Ex. 11 to the Wiener Decl. – Compilation of receipts for contributions made by Fidelity Charitable to OpenAI, Inc., as summarized in Exhibit 4, produced by third-party, Fidelity Charitable | Provisionally Under Seal | Third-party Fidelity Charitable |
| 328-16 | Ex. 12 to the Wiener Decl. – Deposition Transcript of Elon Musk, dated September 26, 2025 | Provisionally Under Seal | Plaintiff Elon Musk |
| 328-17 | Ex. 13 to the Wiener Decl. – Plaintiff Musk's Supplemental Responses and Objections to OpenAI Defendants' Second Set of Interrogatories, dated and verified on September 25, 2025 | Provisionally Under Seal | Plaintiff Elon Musk |
| 328-18 | Ex. 14 to the Wiener Decl. – YC.Org Form 990 Return of Organization Exempt from Income Tax for the 2017 calendar year | Provisionally Under Seal | Third-party YC.Org |
| 328-19 | Ex. 15 to the Wiener Decl. – Annual Registration Renewal Fee Report to Attorney General of California for OpenAI, Inc., filed November 30, 2020 | Not Under Seal | N/A |
| 328-20 | Ex. 16 to the Wiener Decl. – Vanguard Charitable Gift Agreement for Individuals or Trusts, executed July 9, 2014 | Provisionally Under Seal | Third-party Vanguard Charitable |
| 328-21 | Ex. 17 to the Wiener Decl. – 2014 Vanguard Charitable Policies and Guidelines | Provisionally Under Seal | Third-party Vanguard Charitable |
| 328-22 | Ex. 18 to the Wiener Decl. – 2015 Vanguard Charitable Policies and Guidelines | Provisionally Under Seal | Third-party Vanguard Charitable |
| 328-23 | Ex. 19 to the Wiener Decl. – 2016 Vanguard Charitable Policies and Guidelines | Provisionally Under Seal | Third-party Vanguard Charitable |
| 328-24 | Ex. 20 to the Wiener Decl. – 2017 Vanguard | Provisionally | Third-party |

| Dkt. No. | Document | Sealing Status | Party Claiming Confidentiality |
|---|---|---|---|
|  | Charitable Policies and Guidelines | Under Seal | Vanguard Charitable |
| 328-25 | Ex. 21 to the Wiener Decl. – Fidelity Charitable Investment Advisor Program Application, executed June 22, 2017 | Provisionally Under Seal | Third-party Fidelity Charitable |
| 328-26 | Ex. 22 to the Wiener Decl. – Fidelity Charitable Contribution Form and Letter of Instruction, executed August 7, 2017 | Provisionally Under Seal | Third-party Fidelity Charitable |
| 328-27 | Ex. 23 to the Wiener Decl. – July 2017 Fidelity Charitable Policy Guidelines: Program Circular | Not Under Seal | N/A |
| 328-28 | Ex. 24 to the Wiener Decl. – March 2018 Fidelity Charitable Policy Guidelines: Program Circular | Not Under Seal | N/A |
| 328-29 | Ex. 25 to the Wiener Decl. – June 2018 Fidelity Charitable Policy Guidelines: Program Circular | Not Under Seal | N/A |
| 328-30 | Ex. 26 to the Wiener Decl. – July 2018 Fidelity Charitable Policy Guidelines: Program Circular | Not Under Seal | N/A |
| 328-31 | Ex. 27 to the Wiener Decl. –October 2018 Fidelity Charitable Policy Guidelines: Program Circular | Not Under Seal | N/A |
| 328-32 | Ex. 28 to the Wiener Decl. – August 2019 Fidelity Charitable Policy Guidelines: Program Circular | Not Under Seal | N/A |
| 328-33 | Ex. 29 to the Wiener Decl. – March 2020 Fidelity Charitable Policy Guidelines: Program Circular | Not Under Seal | N/A |
| 328-34 | Ex. 30 to the Wiener Decl. – August 2020 Fidelity Charitable Policy Guidelines: Program Circular | Not Under Seal | N/A |
| 328-35 | Ex. 31 to the Wiener Decl. – Musk Foundation Form 990 Return of Private Foundation for tax year beginning July 1, 2017 and ending June 30, 2018 | Not Under Seal | N/A |
| 328-36 | Ex. 32 to the Wiener Decl. – Musk Foundation Form 990 Return of Private Foundation for tax year beginning July 1, 2018 and ending June 30, 2019 | Not Under Seal | N/A |
| 328-37 | Ex. 33 to the Wiener Decl. – Excerpt of an email from Paula Lo to Jared Birchall, dated June 1, 2016 | Provisionally Under Seal | Third-party BMO |
| 328-38 | Ex. 34 to the Wiener Decl. – Fiscal Sponsorship Grant Agreement between YC.org and OpenAI, Inc., dated May 20, 2016 | Provisionally Under Seal | OpenAI Defendants |

| Dkt. No. | Document | Sealing Status | Party Claiming Confidentiality |
|---|---|---|---|
| 328-39 | Ex. 35 to the Wiener Decl. – Excerpts of the transcript of the deposition of Jared Birchall, dated September 10, 2025 | Provisionally Under Seal | Third-party Jared Birchall |
| 328-40 | Ex. 36 to the Wiener Decl. – OpenAI, Inc. Grant Proposal, dated May 15, 2016 | Provisionally Under Seal | OpenAI Defendants |
| 328-41 | Ex. 37 to the Wiener Decl. – Excerpts of combined tax returns for Elon R. Musk | Provisionally Under Seal | Third-party Catalyst |
| 328-42 | Ex. 38 to the Wiener Decl. – Email from Jared Birchall to Ronald Gong, dated June 14, 2016 | Provisionally Under Seal | Third-party BMO |
| 328-43 | Ex. 39 to the Wiener Decl. – Email from Song Kong, to Jared Birchall and Matilda Simon-Ferrigno, copying Teresa Holland, Paula Lo, Ronald Gong, Julie DeMartini, Song Kong, Lorraine Edel, Mary Grace Tobias, and Harris myCFO, which attaches the Musk Foundation Form 990 Return of Private Foundation for tax year beginning July 1, 2016 and ending June 30, 2017, and from which other attachments have been omitted or excerpted | Provisionally Under Seal | Third-party BMO |
| 328-44 | Ex. 40 to the Wiener Decl. – Email from Janine Korovesis to Courtney Schrier, copying Chris Clark, dated June 24, 2021 | Not Under Seal | N/A |
| 328-45 | Ex. 41 to the Wiener Decl. – OpenAI, Inc. Form 990 Return of Organization Exempt from Income Tax for the 2016 calendar year | Provisionally Under Seal | OpenAI Defendants |
| 328-46 | Ex. 42 to the Wiener Decl. – OpenAI, Inc. Form 990 Return of Organization Exempt from Income Tax for the 2017 calendar year | Provisionally Under Seal | OpenAI Defendants |
| 328-47 | Ex. 43 to the Wiener Decl. – OpenAI, Inc. Form 990 Return of Organization Exempt from Income Tax for the 2018 calendar year | Provisionally Under Seal | OpenAI Defendants |
| 328-48 | Ex. 44 to the Wiener Decl. – OpenAI, Inc. Form 990 Return of Organization Exempt from Income Tax for the 2019 calendar year | Provisionally Under Seal | OpenAI Defendants |
| 328-49 | Ex. 45 to the Wiener Decl. – OpenAI, Inc. Form 990 Return of Organization Exempt from Income Tax for the 2020 calendar year | Provisionally Under Seal | OpenAI Defendants |
| 328-50 | Ex. 46 to the Wiener Decl. – Excerpts of OpenAI, Inc. Audited Financial Statements for the Year Ended December 31, 2016 | Provisionally Under Seal | OpenAI Defendants |
| 328-51 | Ex. 47 to the Wiener Decl. – Excerpts of OpenAI, Inc. Audited Financial Statements for the Years Ended December 31, 2017 and 2016 | Provisionally Under Seal | OpenAI Defendants |

| Dkt. No. | Document | Sealing Status | Party Claiming Confidentiality |
|---|---|---|---|
| 328-52 | Ex. 48 to the Wiener Decl. – Excerpts of OpenAI, Inc. Audited Financial Statements for the Years Ended December 31, 2018 and 2017 | Provisionally Under Seal | OpenAI Defendants |
| 328-53 | Ex. 49 to the Wiener Decl. – Excerpts of OpenAI, Inc. Consolidating Financial Statements as of and for the Year Ended December 31, 2019 | Provisionally Under Seal | OpenAI Defendants |
| 328-54 | Ex. 50 to the Wiener Decl. – Excerpts of OpenAI, Inc. Consolidating Financial Statements as of and for the Year Ended December 31, 2020 | Provisionally Under Seal | OpenAI Defendants |
| 328-55 | Ex. 51 to the Wiener Decl. – Email from Elon Musk to Ilya Sutskever, copying Greg Brockman, John Schulman, Wojciech Zaremba, and Jared Birchall, dated July 21, 2017 | Not Under Seal | N/A |
| 328-56 | Ex. 52 to the Wiener Decl. – Email from Jared Birchall to Chris Clark, dated September 15, 2017 | Not Under Seal | N/A |
| 328-57 | Ex. 53 to the Wiener Decl. – Plaintiff Musk's Responses and Objections to OpenAI Defendants' Second Set of Requests for Admission, dated July 7, 2025 | Not Under Seal | N/A |
| 328-58 | Ex. 54 to the Wiener Decl. – Email from Elon Musk to Sam Altman, copying Shivon Zilis, dated April 28, 2018 | Not Under Seal | N/A |
| 328-59 | Ex. 55 to the Wiener Decl. – Email from Ronald Gong to Chris Clark, copying Harris mCFO and Jared Birchall, dated March 11, 2016 | Provisionally Under Seal | Third-party BMO |
| 328-60 | Ex. 56 to the Wiener Decl. – Email from Chris Clark to Prologue@openai.com, dated March 21, 2023, which attaches an email from Chris Clark to Jared Birchall, dated January 15, 2019, and from which other attachments have been omitted or excerpted | Provisionally Under Seal | OpenAI Defendants |
| 328-61 | Ex. 57 to the Wiener Decl. – Email from Leeder Hsu to Jared Birchall, dated July 27, 2020 | Provisionally Under Seal | Third-parties Excession and Musk Foundation |
| 328-62 | Ex. 58 to the Wiener Decl. – Email from Shivon Zilis to Elon Musk and Sam Teller, dated July 18, 2017 | Provisionally Under Seal | Plaintiff Elon Musk |
| 328-63 | Ex. 59 to the Wiener Decl. – Email from Elon Musk to Ilya Sutskever and Greg Brockman, dated February 1, 2018 | Not Under Seal | N/A |
| 328-64 | Ex. 60 to the Wiener Decl. – Email from Elon Musk to Shivon Zilis, copying Sam Teller, dated April 23, 2018 | Provisionally Under Seal | Plaintiff Elon Musk |

| Dkt. No. | Document | Sealing Status | Party Claiming Confidentiality |
|---|---|---|---|
| 328-65 | Ex. 61 to the Wiener Decl. – Email from Sam Altman to Elon Musk, copying Sam Teller and Shivon Zilis, attaching a document entitled "OpenAI LP - Summary Term Sheet" | Provisionally Under Seal | Third-party SpaceX |
| 328-66 | Ex. 62 to the Wiener Decl. – Email from Shivon Zilis to Shivon Zilis, dated September 4, 2018 | Provisionally Under Seal | Third-party SpaceX |
| 328-67 | Ex. 63 to the Wiener Decl. – Email from Shivon Zilis to Reyna Ortiz, Sam Teller, and Omead Afshar, dated November 5, 2018 | Provisionally Under Seal | Third-party Tesla |
| 328-68 | Ex. 64 to the Wiener Decl. – Text messages between Reyna Ortiz and Shivon Zilis, dated August 29, 2018 | Provisionally Under Seal | Third-party Shivon Zilis |
| 328-69 | Ex. 65 to the Wiener Decl. – Email from Sam Teller to Shivon Zilis, copying Omead Afshar, Reyna Ortiz, and Jehn Balajadia, dated September 11, 2018 | Provisionally Under Seal | Third-party Tesla |
| 328-70 | Ex. 66 to the Wiener Decl. – Email from Shivon Zilis to Elon Musk, dated March 8, 2019 | Provisionally Under Seal | Third-party SpaceX |
| 328-71 | Ex. 67 to the Wiener Decl. – Text messages between Sam Altman and Elon Musk, dated March 10-11, 2019 | Not Under Seal | N/A |
| 328-72 | Ex. 68 to the Wiener Decl. – Email from Sam Altman to Elon Musk, dated March 11, 2019 | Not Under Seal | N/A |
| 328-73 | Ex. 69 to the Wiener Decl. – Blog post, entitled "Microsoft Invests in and Partners with OpenAI to Support Us Building Beneficial AGI," dated July 22, 2019 | Not Under Seal | N/A |
| 328-74 | Ex. 70 to the Wiener Decl. – Email from Teresa Holland to Harris myCFO, dated February 3, 2016, attaching a blog post, entitled "Introducing OpenAI," dated December 11, 2015 | Provisionally Under Seal | Third-party BMO |
| 328-75 | Ex. 71 to the Wiener Decl. – Email from Elon Musk to Jared Birchall, dated August 29, 2017 | Provisionally Under Seal | Plaintiff Elon Musk |
| 328-76 | Ex. 72 to the Wiener Decl. – Text messages between Sam Teller and Shivon Zilis, dated March 11, 2019 | Provisionally Under Seal | Third-party Shivon Zilis |
| 328-77 | Ex. 73 to the Wiener Decl. – Excerpts of the 2022 Instructions for Form 990 Return of Organization Exempt from Income Tax, available at https://www.irs.gov/instructions/i990 | Not Under Seal | N/A |
| 328-78 | Ex. 74 to the Wiener Decl. – Email from Chris Clark to Ronald Gong, copying Harris myCFO, Jared Birchall, and Jonathan Levy, attaching the | Provisionally Under Seal | Third-party BMO |

| Dkt. No. | Document | Sealing Status | Party Claiming Confidentiality |
|---|---|---|---|
| | Articles of Incorporation if YC.org, a YC.org IRS determination letter, a letter describing a sponsorship arrangement, and wire transfer instructions | | |
| 328-79 | Ex. 75 to the Wiener Decl. – Letter from Chris Clark to OpenAI, Inc., dated December 22, 2016 | Provisionally Under Seal | OpenAI Defendants |
| 328-80 | Ex. 76 to the Wiener Decl. – Email from Ilya Sutskever to Elon Musk and Greg Brockman, dated September 13, 2017 | Provisionally Under Seal | Plaintiff Elon Musk |
| 328-81 | Ex. 77 to the Wiener Decl. – Text messages between Shivon Zilis and Jared Birchall, dated September 19, 2017 | Provisionally Under Seal | Third-party Shivon Zilis |
| 328-82 | Ex. 78 to the Wiener Decl. – Email from Chris Clark to Jared Birchall, dated September 1, 2017 | Provisionally Under Seal | Third-parties Excession and Musk Foundation |
| 328-83 | Ex. 79 to the Wiener Decl. – Email from Elon Musk to Shivon Zilis, copying Sam Teller and Emma Gallagher, dated October 2, 2017 | Provisionally Under Seal | Plaintiff Elon Musk |
| 328-84 | Ex. 80 to the Wiener Decl. – Email from Elon Musk to Greg Brockman, copying Sam Altman, dated November 23, 2015 | Provisionally Under Seal | Plaintiff Elon Musk |
| 328-85 | Ex. 81 to the Wiener Decl. – Blog post, entitled "OpenAI LP" | Not Under Seal | N/A |
| 328-86 | Ex. 82 to the Wiener Decl. – Letter from Chris Clark to Elon Musk, dated October 2, 2017 | Provisionally Under Seal | OpenAI Defendants |
| 328-87 | [Proposed] Order Granting OpenAI Defendants' Motion for Summary Judgment | Not Under Seal | N/A |

In accordance with Paragraph 12(b)(i)(1) of the Standing Order, the reasons for sealing will be addressed in a forthcoming omnibus sealing stipulation or motion to be filed after the conclusion of briefing on the OpenAI Defendants' Motion for Summary Judgment.

| | |
|---|---|
| Date: October 17, 2025 | MORRISON & FOERSTER LLP |
| | |
| | /s/ Jordan Eth |
| | JORDAN ETH (CA SBN 121617) |
| | JEth@mofo.com |
| | WILLIAM FRENTZEN (CA SBN 343918) |
| | WFrentzen@mofo.com |
| | DAVID J. WIENER (CA SBN 291659) |
| | DWiener@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, CA 94105 |
| | Telephone:   (415) 268-7000 |
| | Facsimile:    (415) 268-7522 |
| | |
| | WILLIAM SAVITT (admitted *pro hac vice*) |
| | WDSavitt@wlrk.com |
| | BRADLEY R. WILSON (admitted *pro hac vice*) |
| | BRWilson@mofo.com |
| | SARAH K. EDDY (admitted *pro hac vice*) |
| | SKEddy@wlrk.com |
| | NATHANIEL CULLERTON (admitted *pro hac vice*) |
| | NDCullerton@wlrk.com |
| | STEVEN WINTER (admitted *pro hac vice*) |
| | SWinter@wlrk.com |
| | WACHTELL, LIPTON, ROSEN & KATZ |
| | 51 West 52nd Street |
| | New York, NY 10019 |
| | Telephone:   (212) 403-1000 |
| | Facsimile:    (212) 403-2000 |
| | |
| | *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC* |