JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:    (212) 403-1000
Facsimile:    (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
*OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
*OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
*OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
*Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF DAVID J. WIENER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SAMUEL ALTMAN, et al., | Date:  January 7, 2026 |
| Defendants. | Time:  2:00 p.m. |
| | Courtroom:  1 – 4th Floor |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

I, DAVID J. WIENER, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP and counsel of record for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (together, the "OpenAI Defendants"). I submit this Declaration in support of the OpenAI Defendants' Motion for Summary Judgment in the above captioned matter. I make this Declaration based on facts that I personally know, except where otherwise indicated. If called as a witness, I would testify to the facts listed below.

2. Attached as **Exhibit 1** is a true and correct copy of the Certificate of Incorporation of OpenAI, Inc., a Non-Stock Corporation, filed December 8, 2015, produced by the OpenAI Defendants at OPENAI_MUSK00000416.

3. Attached as **Exhibit 2** is a true and correct copy of the Amended and Restated Certificate of Incorporation of OpenAI, Inc., a Nonprofit Non-Stock Corporation, filed April 23, 2020, produced by the OpenAI Defendants at OPENAI_MUSK00000470.

4. Attached as **Exhibit 3** is a true and correct copy of the OpenAI Charter, produced by Plaintiff Elon Musk at 2024MUSK-0011569.

5. Attached as **Exhibit 4** is a true and correct copy of a summary chart reflecting Plaintiff Musk's Alleged Monetary and In-Kind Donations to OpenAI, Inc., introduced as Exhibit 41 at the deposition of OpenAI's 30(b)(6) corporate representative.

6. Attached as **Exhibit 5** is a true and correct copy of a letter from Chris Clark to Elon Musk, dated May 27, 2016, produced by third party, YC.Org, at YCORG_0000001.

7. Attached as **Exhibit 6** is a true and correct copy of a letter from Chris Clark to

OpenAI, Inc., dated June 6, 2016, produced by third party, YC.Org, at YCORG_0000002.

8.      Attached as **Exhibit 7** is a true and correct copy of a letter from Chris Clark to Elon Musk, dated March 1, 2017, produced by third party, YC.Org, at YCORG_0000004.

9.      Attached as **Exhibit 8** is a true and correct copy of a letter from Chris Clark to Elon Musk, dated June 1, 2017, produced by third party, YC.Org, at YCORG_0000005.

10.     Attached as **Exhibit 9** is a compilation of receipts for contributions made from Vanguard Charitable to YC.Org, as summarized in Exhibit 4, produced by third party, Vanguard Charitable.

11.     Attached as **Exhibit 10** is a compilation of receipts for contributions made from Vanguard Charitable to OpenAI, Inc., as summarized in Exhibit 4, produced by third party, Vanguard Charitable.

12.     Attached as **Exhibit 11** is a compilation of receipts for contributions made by Fidelity Charitable to OpenAI, Inc., as summarized in Exhibit 4, produced by third party, Fidelity Charitable.

13.     Attached as **Exhibit 12** is a true and correct copy of the transcript of the deposition of Elon Musk, dated September 26, 2025.

14.     Attached as **Exhibit 13** is a true and correct copy of Plaintiff Musk's Supplemental Responses and Objections to the OpenAI Defendants' Second Set of Interrogatories, served and verified on September 25, 2025.

15.     Attached as **Exhibit 14** is a true and correct copy of a YC.Org Form 990 Return of Organization Exempt from Income Tax for the 2017 calendar year, produced by third party, YC.Org, at YCORG_0000036.

16.     Attached as **Exhibit 15** is a true and correct copy of an Annual Registration Renewal Fee Report to the Attorney General of California for OpenAI, Inc., filed on November 30, 2020, produced by Plaintiff Elon Musk at 2024MUSK-0002986.

17.     Attached as **Exhibit 16** is a true and correct copy of a Vanguard Charitable Gift Agreement for Individuals or Trusts, executed July 9, 2014, produced by third party, Vanguard Charitable, at VC000411.

18.    Attached as **Exhibit 17** is a true and correct copy of the 2014 Vanguard Charitable Policies and Guidelines, produced by third party, Vanguard Charitable, at VC000339.

19.    Attached as **Exhibit 18** is a true and correct copy of the 2015 Vanguard Charitable Policies and Guidelines, produced by third party, Vanguard Charitable, at VC000375.

20.    Attached as **Exhibit 19** is a true and correct copy of the 2016 Vanguard Charitable Policies and Guidelines, produced by third party, Vanguard Charitable, at VC000001.

21.    Attached as **Exhibit 20** is a true and correct copy of the 2017 Vanguard Charitable Policies and Guidelines, produced by third party, Vanguard Charitable, at VC000037.

22.    Attached as **Exhibit 21** is a true and correct copy of a Fidelity Charitable Investment Advisor Program Application, executed June 22, 2017, produced by third party, Fidelity Charitable, at FIDCHAR-OPENAI-000751.

23.    Attached as **Exhibit 22** is a true and correct copy of a Fidelity Charitable Contribution Form and Letter of Instruction, executed August 7, 2017, produced by third party, Fidelity Charitable, at FIDCHAR-OPENAI-000876.

24.    Attached as **Exhibit 23** is a true and correct copy of a July 2017 Fidelity Charitable Policy Guidelines: Program Circular, produced by third party, Fidelity Charitable, at FIDCHAR-OPENAI-000129.

25.    Attached as **Exhibit 24** is a true and correct copy of a March 2018 Fidelity Charitable Policy Guidelines: Program Circular, produced by third party, Fidelity Charitable, at FIDCHAR-OPENAI-000162.

26.    Attached as **Exhibit 25** is a true and correct copy of a June 2018 Fidelity Charitable Policy Guidelines: Program Circular, produced by third party, Fidelity Charitable, at FIDCHAR-OPENAI-000198.

27.    Attached as **Exhibit 26** is a true and correct copy of a July 2018 Fidelity Charitable Policy Guidelines: Program Circular, produced by third party, Fidelity Charitable, at FIDCHAR-OPENAI-000234.

28.    Attached as **Exhibit 27** is a true and correct copy of a October 2018 Fidelity Charitable Policy Guidelines: Program Circular, produced by third party, Fidelity Charitable, at

3

FIDCHAR-OPENAI-000270.

29.     Attached as **Exhibit 28** is a true and correct copy of an August 2019 Fidelity Charitable Policy Guidelines: Program Circular, produced by third party, Fidelity Charitable, at FIDCHAR-OPENAI-000306.

30.     Attached as **Exhibit 29** is a true and correct copy of a March 2020 Fidelity Charitable Policy Guidelines: Program Circular, produced by third party, Fidelity Charitable, at FIDCHAR-OPENAI-000338.

31.     Attached as **Exhibit 30** is a true and correct copy of an August 2020 Fidelity Charitable Policy Guidelines: Program Circular, produced by third party, Fidelity Charitable, at FIDCHAR-OPENAI-000370.

32.     Attached as **Exhibit 31** is a true and correct copy of a Musk Foundation Form 990 Return of Private Foundation for tax year beginning July 1, 2017 and ending June 30, 2018, produced by third party, the Musk Foundation, at 2024Foundation-0000708.

33.     Attached as **Exhibit 32** is a true and correct copy of a Musk Foundation Form 990 Return of Private Foundation for tax year beginning July 1, 2018 and ending June 30, 2019, produced by third party, the Musk Foundation, at 2024Foundation-0000732.

34.     Attached as **Exhibit 33** is a true and correct copy of an excerpt of an email from Paula Lo to Jared Birchall, dated June 1, 2016, produced by third party, BMO, at BMO_00000788.

35.     Attached as **Exhibit 34** is a true and correct copy of a Fiscal Sponsorship Grant Agreement between YC.org and OpenAI, Inc., dated May 20, 2016, produced by the OpenAI Defendants at OPENAI_MUSK00018902.

36.     Attached as **Exhibit 35** is a true and correct copy of excerpts of the transcript of the deposition of Jared Birchall, dated September 10, 2025.

37.     Attached as **Exhibit 36** is a true and correct copy of an OpenAI, Inc. Grant Proposal, dated May 15, 2016, produced by the OpenAI Defendants at OPENAI_MUSK00018907.

38.     Attached as **Exhibit 37** is a true and correct copy of excerpts of combined tax returns for Elon R. Musk, produced by third party, Catalyst, at Catalyst0000014.

39.     Attached as **Exhibit 38** is a true and correct copy of an email from Jared Birchall to

4

Ronald Gong, dated June 14, 2016, produced by third party, BMO, at BMO_00000798.

40.     Attached as **Exhibit 39** is a true and correct copy of an email from Song Kong, to Jared Birchall and Matilda Simon-Ferrigno, copying Teresa Holland, Paula Lo, Ronald Gong, Julie DeMartini, Song Kong, Lorraine Edel, Mary Grace Tobias, and Harris myCFO, which attaches the Musk Foundation Form 990 Return of Private Foundation for tax year beginning July 1, 2016 and ending June 30, 2017, and from which other attachments have been omitted or excerpted, produced by third party, BMO, at BMO_00001860.

41.     Attached as **Exhibit 40** is a true and correct copy of an email from Janine Korovesis to Courtney Schrier, copying Chris Clark, dated June 24, 2021, produced by the OpenAI Defendants at OPENAI_MUSK00014852.

42.     Attached as **Exhibit 41** is a true and correct copy of an OpenAI, Inc. Form 990 Return of Organization Exempt from Income Tax for the 2016 calendar year, produced by the OpenAI Defendants at OPENAI_MUSK00005365.

43.     Attached as **Exhibit 42** is a true and correct copy of an OpenAI, Inc. Form 990 Return of Organization Exempt from Income Tax for the 2017 calendar year, produced by the OpenAI Defendants at OPENAI_MUSK00006040.

44.     Attached as **Exhibit 43** is a true and correct copy of an OpenAI, Inc. Form 990 Return of Organization Exempt from Income Tax for the 2018 calendar year, produced by the OpenAI Defendants at OPENAI_MUSK00005412.

45.     Attached as **Exhibit 44** is a true and correct copy of an OpenAI, Inc. Form 990 Return of Organization Exempt from Income Tax for the 2019 calendar year, produced by the OpenAI Defendants at OPENAI_MUSK00005462.

46.     Attached as **Exhibit 45** is a true and correct copy of an OpenAI, Inc. Form 990 Return of Organization Exempt from Income Tax for the 2020 calendar year, produced by the OpenAI Defendants at OPENAI_MUSK00005617.

47.     Attached as **Exhibit 46** is a true and correct copy of excerpts of OpenAI, Inc. Audited Financial Statements for the Year Ended December 31, 2016, produced by the OpenAI Defendants at OPENAI_MUSK00010139.

48.    Attached as **Exhibit 47** is a true and correct copy of excerpts of OpenAI, Inc. Audited Financial Statements for the Years Ended December 31, 2017 and 2016, produced by the OpenAI Defendants at OPENAI_MUSK00010152.

49.    Attached as **Exhibit 48** is a true and correct copy of excerpts of OpenAI, Inc. Audited Financial Statements for the Years Ended December 31, 2018 and 2017, produced by the OpenAI Defendants at OPENAI_MUSK00010167.

50.    Attached as **Exhibit 49** is a true and correct copy of excerpts of OpenAI, Inc. Consolidating Financial Statements as of and for the Year Ended December 31, 2019, produced by the OpenAI Defendants at OPENAI_MUSK00010206.

51.    Attached as **Exhibit 50** is a true and correct copy of excerpts of OpenAI, Inc. Consolidating Financial Statements as of and for the Year Ended December 31, 2020, produced by the OpenAI Defendants at OPENAI_MUSK00010332.

52.    Attached as **Exhibit 51** is a true and correct copy of an email from Elon Musk to Ilya Sutskever, copying Greg Brockman, John Schulman, Wojciech Zaremba, and Jared Birchall, dated July 21, 2017, produced by Plaintiff Elon Musk at OPENAI_MUSK00020777. .

53.    Attached as **Exhibit 52** is a true and correct copy of an email from Jared Birchall to Chris Clark, dated September 15, 2017, produced by the OpenAI Defendants at OPENAI_MUSK00008848.

54.    Attached as **Exhibit 53** is a true and correct copy of Plaintiff Musk's Responses and Objections to OpenAI Defendants' Second Set of Requests for Admission, dated July 7, 2025.

55.    Attached as **Exhibit 54** is a true and correct copy of an email from Elon Musk to Sam Altman, copying Shivon Zilis, dated April 28, 2018, produced by Plaintiff Elon Musk at OPENAI_MUSK00000865.

56.    Attached as **Exhibit 55** is a true and correct copy of an email from Ronald Gong to Chris Clark, copying Harris mCFO and Jared Birchall, dated March 11, 2016, produced by third party, BMO, at BMO_00000102.

57.    Attached as **Exhibit 56** is a true and correct copy of an email from Chris Clark to Prologue@openai.com, dated March 21, 2023, which attaches an email from Chris Clark to Jared

Birchall, dated January 15, 2019, and from which other attachments have been omitted or excerpted, produced by the OpenAI Defendants at OPENAI_MUSK00003371.

58.    Attached as **Exhibit 57** is a true and correct copy of an email from Leeder Hsu to Jared Birchall, dated July 27, 2020, produced by third parties, Excession and the Musk Foundation, at EXMF-0003866.

59.    Attached as **Exhibit 58** is a true and correct copy of an email from Shivon Zilis to Elon Musk and Sam Teller, dated July 18, 2017, produced by Plaintiff Elon Musk at 2024MUSK-0010721.

60.    Attached as **Exhibit 59** is a true and correct copy of an email from Elon Musk to Ilya Sutskever and Greg Brockman, dated February 1, 2018, produced by the OpenAI Defendants at OPENAI_MUSK00000837.

61.    Attached as **Exhibit 60** is a true and correct copy of an email from Elon Musk to Shivon Zilis, copying Sam Teller, dated April 23, 2018, produced by Plaintiff Elon Musk at 2024MUSK-0005604.

62.    Attached as **Exhibit 61** is a true and correct copy of an email from Sam Altman to Elon Musk, copying Sam Teller and Shivon Zilis, attaching a document entitled "OpenAI LP - Summary Term Sheet," produced by third party, SpaceX, at SPX-001642.

63.    Attached as **Exhibit 62** is a true and correct copy of an email from Shivon Zilis to Shivon Zilis, dated September 4, 2018, produced by third party, SpaceX, at SPX-006742.

64.    Attached as **Exhibit 63** is a true and correct copy of an email from Shivon Zilis to Reyna Ortiz, Sam Teller, and Omead Afshar, dated November 5, 2018, produced by third party, Tesla, at TESLA_000003501.

65.    Attached as **Exhibit 64** is a true and correct copy of text messages between Reyna Ortiz and Shivon Zilis, dated August 29, 2018, produced by third party, Shivon Zilis, at ZILIS-0000510.

66.    Attached as **Exhibit 65** is a true and correct copy of an email from Sam Teller to Shivon Zilis, copying Omead Afshar, Reyna Ortiz, and Jehn Balajadia, dated September 11, 2018, produced by third party, Tesla, at TESLA_000003416.

67.    Attached as **Exhibit 66** is a true and correct copy of an email from Shivon Zilis to Elon Musk, dated March 8, 2019 produced by third party, SpaceX, at SPX-001038.

68.    Attached as **Exhibit 67** is a true and correct copy of text messages between Sam Altman and Elon Musk, dated March 10-11, 2019, produced by the OpenAI Defendants at OPENAI_MUSK00037764.

69.    Attached as **Exhibit 68** is a true and correct copy of an email from Sam Altman to Elon Musk, dated March 11, 2019, produced by Plaintiff Elon Musk at OPENAI_MUSK00037558.

70.    Attached as **Exhibit 69** is a true and correct copy of a blog post, entitled "Microsoft Invests in and Partners with OpenAI to Support Us Building Beneficial AGI," dated July 22, 2019, produced by the OpenAI Defendants at OPENAI_MUSK00037558.

71.    Attached as **Exhibit 70** is a true and correct copy of an email from Teresa Holland to Harris myCFO, dated February 3, 2016, attaching a blog post, entitled "Introducing OpenAI," dated December 11, 2015, produced by third party, BMO, at BMO_00000089.

72.    Attached as **Exhibit 71** is a true and correct copy of an email from Elon Musk to Jared Birchall, dated August 29, 2017, produced by Plaintiff Elon Musk at 2024MUSK-0009625.

73.    Attached as **Exhibit 72** is a true and correct copy of text messages between Sam Teller and Shivon Zilis, dated March 11, 2019, produced by third party, Shivon Zilis, at ZILIS-0000039.

74.    Attached as **Exhibit 73** is a true and correct copy of excerpts of the 2022 Instructions for Form 990 Return of Organization Exempt from Income Tax, available at https://www.irs.gov/instructions/i990.

75.    Attached as **Exhibit 74** is a true and correct copy of an email from Chris Clark to Ronald Gong, copying Harris myCFO, Jared Birchall, and Jonathan Levy, attaching the Articles of Incorporation if YC.org, a YC.org IRS determination letter, a letter describing a sponsorship arrangement, and wire transfer instructions, produced by third party, BMO, at BMO_00000120.

76.    Attached as **Exhibit 75** is a true and correct copy of a letter from Chris Clark to OpenAI, Inc., dated December 22, 2016, produced by the OpenAI Defendants at

8

OPENAI_MUSK00020201.

77.     Attached as **Exhibit 76** is a true and correct copy of an email from Ilya Sutskever to Elon Musk and Greg Brockman, dated September 13, 2017, produced by Plaintiff Elon Musk at 2024MUSK-0004742.

78.     Attached as **Exhibit 77** is a true and correct copy of text messages between Shivon Zilis and Jared Birchall, dated September 19, 2017, produced by third party, Shivon Zilis, at ZILIS-0001032.

79.     Attached as **Exhibit 78** is a true and correct copy of an email from Chris Clark to Jared Birchall, dated September 1, 2017, produced by third parties, Excession and the Musk Foundation, at EXMF-0003122.

80.     Attached as **Exhibit 79** is a true and correct copy of an email from Elon Musk to Shivon Zilis, copying Sam Teller and Emma Gallagher, dated October 2, 2017, produced by Plaintiff Elon Musk at 2024MUSK-0006098.

81.     Attached as **Exhibit 80** is a true and correct copy of an email from Elon Musk to Greg Brockman, copying Sam Altman, dated November 23, 2015, produced by Plaintiff Elon Musk at 2024MUSK-0009870.

82.     Attached as **Exhibit 81** is a true and correct copy of blog post, entitled "OpenAI LP," produced by the OpenAI Defendants at OPENAI_MUSK00030074.

83.     Attached as **Exhibit 82** is a true and correct copy of a letter from Chris Clark to Elon Musk, dated October 2, 2017, produced by the OpenAI Defendants at OPENAI_MUSK00028000.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2025, at Goleta, California.

*/s/ David J. Wiener*
David J. Wiener

**ECF ATTESTATION**

I, Jordan Eth, am the ECF User whose ID and password are being used to file this **DECLARATION OF DAVID J. WIENER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Date: October 17, 2025

*/s/ Jordan Eth*
Jordan Eth