# EXHIBIT 40

**Not Under Seal**

| | |
|---|---|
| From: | Janine Korovesis [janine@openai.com] |
| Sent: | 6/24/2021 8:21:39 PM |
| To: | Courtney Schrier [cschrier@bdo.com] |
| CC: | Chris Clark [chris@openai.com] |
| Subject: | Re: Musk-Fidelity Grant |

- Lauren to Bcc
+ Chris

Hi Courtney,

==The Musk via Fidelity DAFs are legacy grants that have been in place for OpenAI, Inc. for some time. They are unrestricted, unconditional grants.==

On Thu, Jun 24, 2021 at 12:59 PM, Courtney Schrier <cschrier@bdo.com> wrote:

> Hi Janine and Lauren,
>
> Could you guys give me a little background on the musk-fidelity grant and the related agreement if there is one? I know it ended in September 2020 per our previous discussions and the grant detail but I am looking for more detail so I can clarify the nature of the grant and confirm if it was conditional or unconditional (I believe unconditional).
>
> I apologize if you gave us more detail in the PY. I cannot track it down. Thanks for your help!
>
> Best,
>
> Courtney
>
> Courtney Schrier
> Audit Senior
> 415-490-3025 (Direct)    317-3025 (Internal)
> 650-391-7698 (Mobile)   415-397-2161 (Fax)
> cschrier@bdo.com
>
> BDO
> One Bush Street, Suite 1800
> San Francisco, CA 94104
> UNITED STATES
> 415-397-7900
> www.bdo.com

Confidential

*BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.*

*BDO is the brand name for the BDO network and for each of the BDO Member Firms.*

*IMPORTANT NOTICES*

*The contents of this email and any attachments to it may contain privileged and confidential information from BDO USA, LLP. This information is only for the viewing or use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance upon, the information contained in this e-mail, or any of the attachments to this e-mail, is strictly prohibited and that this e-mail and all of the attachments to this e-mail, if any, must be immediately returned to BDO USA, LLP or destroyed and, in either case, this e-mail and all attachments to this e-mail must be immediately deleted from your computer without making any copies hereof. If you have received this e-mail in error, please notify BDO USA, LLP by e-mail immediately.*

Confidential                                                                                                                                          OPENAI_MUSK00014853