# EXHIBIT 51

**Not Under Seal**

| | |
|---|---|
| From: | Elon Musk [erm@spacex.com] |
| on behalf of | Elon Musk <erm@spacex.com> [erm@spacex.com] |
| Sent: | 7/21/2017 8:53:24 PM |
| To: | Ilya Sutskever [ilyasu@openai.com] |
| CC: | Greg Brockman [gdb@openai.com]; joschu@openai.com; Wojciech Zaremba [woj@openai.com]; Jared Birchall [jbirchall@muskfoundation.org] |
| Subject: | Re: Beijing Wants A.I. to Be Made in China by 2030 - NYTimes.com |

Consider it done!

Jared, please facilitate. Let's try to slot these four cars into next month's production.

On Jul 22, 2017, at 6:48 AM, Ilya Sutskever <ilyasu@openai.com> wrote:

> Wow, thank you! This is a very kind gesture that we greatly appreciate. Yes, Wojciech definitely deserves it as much as we do, as does +John Schulman.
>
> On Fri, Jul 21, 2017 at 1:25 PM Elon Musk <erm@spacex.com> wrote:
> By the way, in appreciation for what you've done to get OpenAI to where it is today, I would like to give you each a Founder Series Model 3. These are the earliest cars produced and are not available to the public.
>
> If there are a few others at OpenAI who you think also really deserve one (maybe Wojciech?), I am happy to do the same for them.
>
> Hope you like it!
>
> Elon
>
> > On Jul 22, 2017, at 4:32 AM, Greg Brockman <gdb@openai.com> wrote:
> >
> > 100% agreed. We think the path must be:
> >
> > 1. AI research non-profit (through end of 2017)
> > 2. AI research + hardware for-profit (starting 2018)
> > 3. Government project (when: ??)
> >
> > Government project is helpful for financial resources, but crucial for
> > security — don't know how to defend against Putin or North Korea
> > otherwise. When ready, we must proactively form the project around us,
> > rather than being slurped in against our will.
> >
> > - gdb
> >
> >
> >> On Fri, Jul 21, 2017 at 3:34 AM, Elon Musk <erm@spacex.com> wrote:
> >> They will do whatever it takes to obtain what we develop. Maybe another reason to change course.
> >>

CONFIDENTIAL                                                          OPENAI_MUSK00020777

\>> https://mobile.nytimes.com/2017/07/20/business/china-artificial-intelligence.html?smprod=nytcore-iphone&smid=nytcore-iphone-share&referer=

CONFIDENTIAL OPENAI_MUSK00020778