# EXHIBIT 52

**Not Under Seal**

From: Jared Birchall [jbirchall@muskfoundation.org]
Sent: 9/15/2017 7:55:57 PM
To: Chris Clark [chris@openai.com]
Subject: Re: FW: Model 3 priority

Great, thank you.

I've confirmed that all 4 vehicles have been delivered and am working on dates for you.

On Fri, Sep 15, 2017 at 12:42 PM, Chris Clark <chris@openai.com> wrote:
> Yes. Attached.

On Fri, Sep 15, 2017 at 12:23 PM Jared Birchall <jbirchall@muskfoundation.org> wrote:
> Do we have bylaws?

On Fri, Sep 15, 2017 at 12:21 PM, Chris Clark <chris@openai.com> wrote:
> Attached. Also including the IRS determination letter. And yes, we are a 501(c)(3) public charity.

On Fri, Sep 15, 2017 at 12:17 PM Jared Birchall <jbirchall@muskfoundation.org> wrote:
> I'll get that.
>
> Btw, can you send me the formation/incorporation documents of OpenAI?
>
> Thanks,
>
> Jared

On Fri, Sep 15, 2017 at 12:12 PM, Chris Clark <chris@openai.com> wrote:
> This is perfect. The only other thing we'll need to know is the delivery date. I can go back and figure out the date for Greg and Ilya, but let me know when you deliver to John and Woj.
>
> Chris

On Fri, Sep 15, 2017 at 12:10 PM Jared Birchall <jbirchall@muskfoundation.org> wrote:
> Hey Chris,
>
> Here are the final docs for each of the Tesla's. Let me know if you need anything else for this.
>
> Thanks,
>
> Jared

On Fri, Sep 8, 2017 at 1:07 PM, Chris Clark <chris@openai.com> wrote:
> Hi Jared,
>
> I ran this by our team, and here is how it will likely work:
>
> 1) ==The vehicles will be considered bonus compensation to the employees==, and we will need to know the fair market value of vehicles so we can report them.

CONFIDENTIAL                                                                                              OPENAI_MUSK00008848

2) They will show up in OpenAI's public tax filings for 2017 (which will likely be filed in the spring of 2018) in the section where we disclose key employee compensation.

3) The employees will likely owe income tax on the fair market values of the vehicles since they will be considered bonus compensation. Elon could offer to cover the cost of those taxes, though he might also need to pay gift tax if he does.

Chris

On Thu, Sep 7, 2017 at 10:38 AM Jared Birchall <jbirchall@muskfoundation.org> wrote:
Hi Chris,

We need to circle back on how to properly account for these vehicles. Elon's intent was to provide them as 'bonuses' for the team's great work. I want to be sure it is processed properly. Let me know what info you need from me.

Thanks,

Jared
---------- Forwarded message ----------
From: **Linda Han** <linda@tesla.com>
Date: Tue, Aug 29, 2017 at 2:15 PM
Subject: FW: Model 3 priority
To: "jbirchall@muskfoundation.org" <jbirchall@muskfoundation.org>,


Hi Jared – see below. Sam sent a similar email asking that the remaining 2 get prioritized.


Wanted to keep you in the loop. We have identified all four cars, three of which will be delivered today (currently on route). The fourth will be delivered later this week.


Once Paul is done with the deliveries, he will finalize the contracts and get final payment over to you. You can expect this within the next 48 hours.


Thanks

Linda

CONFIDENTIAL                                                                                                              OPENAI_MUSK00008849