# EXHIBIT 54

**Not Under Seal**

| | |
|---|---|
| From: | Elon Musk [erm@spacex.com] |
| Sent: | 4/28/2018 5:54:44 AM |
| To: | sama@openai.com |
| CC: | shivon@openai.com |
| Subject: | Re: OpenAI Board |

*I hereby resign as a director of OpenAI, Inc., effective February 21, 2018.*

On Apr 27, 2018, at 8:25 PM, Shivon Zilis <Shivon@spacex.com> wrote:

Would you prefer to formally resign from the OpenAI board or have Sam and Chris do their workaround option outlined below?

If the former, you can just copy/paste this line to Altman:

*I hereby resign as a director of OpenAI, Inc., effective February 21, 2018.*

FYI, noticed that Adam has already shared his joining the board:
https://twitter.com/adamdangelo/status/988859015315701760


Begin forwarded message:

**From:** Chris Clark <chris@openai.com>
**Date:** April 27, 2018 at 2:51:17 PM PDT
**To:** Shivon Zilis <shivon@openai.com>
**Cc:** Sam Altman <shga@ycombinator.com>
**Subject: Board Resignation**

Hi Shivon,

We need to add Adam to the the board, but to do that we need a signed resignation letter or even a simple one line email to Sam with:

"I hereby resign as a director of OpenAI, Inc., effective February 21, 2018."

If you don't think that's doable then I'll add language to the board resolution acknowledging that Elon made a public statement that he's leaving the OpenAI board as of Feb 21, 2018 and electing his replacement based on that statement.

Let me know if I can help with anything.

Thanks,
Chris
--

<Elon Musk OpenAI Board Resignation Letter Feb 21 2018.pdf>

CONFIDENTIAL                                                                                      OPENAI_MUSK00000865