# EXHIBIT 67

**Not Under Seal**

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 5 | Date Range: 3/10/2019 - 3/11/2019 |

## Outline of Conversations

 

+▮▮▮▮▮▮▮ • 5 messages between 3/10/2019 - 3/11/2019 • <▮▮▮▮▮▮> • Sam Altman <▮▮▮▮▮▮▮> • Sam Altman <sam.altman@gmail.com>

CONFIDENTIAL                                                                                    OPENAI_MUSK00037764

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 ▇▇▇▇▇▇

SA **Sam Altman** <▇▇▇▇▇▇>  3/10/2019, 6:33 PM
hey elon, do you have a few mins to talk? we are looking to announce the new openai structure tomorrow and i wanted to make sure we describe your past involvement in whatever way you want, and would also welcome any other feedback you have! also have some mild demis updates to share.

\# <▇▇▇▇▇▇>  3/11/2019, 12:15 AM
Sure. I have several calls to do this evening, but free on the late side.

SA **Sam Altman** <▇▇▇▇▇▇>  3/11/2019, 12:16 AM
works for me

SA **Sam Altman** <▇▇▇▇▇▇>  3/11/2019, 5:53 AM
still good to talk tonight?

\# <▇▇▇▇▇▇>  3/11/2019, 5:53 AM
Yeah, good to talk at 11