# EXHIBIT 68

**Not Under Seal**

| | |
|---|---|
| **From:** | Sam Altman |
| on behalf of | Sam Altman |
| **Sent:** | 3/11/2019 10:10:34 PM |
| **To:** | Elon Musk [erm@spacex.com] |
| **Subject:** | Re: Bloomberg: AI Research Group Co-Founded by Elon Musk Starts For-Profit Arm |

on it

On Mon, 11 Mar 2019 at 15:04, Elon Musk <erm@spacex.com> wrote:
> Please be explicit that I have no financial interest in the for-profit arm of OpenAI
>
> **AI Research Group Co-Founded by Elon Musk Starts For-Profit Arm**
> Bloomberg
>
> OpenAI, the San Francisco-based artificial intelligence research group co-founded by Elon Musk and several other prominent Silicon Valley entrepreneurs, is starting a for-profit arm that will allow it to raise more money.
> Read the full story
>
>
>
> Shared from Apple News

CONFIDENTIAL                                                                                                                   OPENAI_MUSK00017939