| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105) | ANDREW J. LEVANDER (admitted *pro hac vice*) |
| Russ.cohen@dechert.com | Andrew.levander@dechert.com |
| HOWARD M. ULLMAN (SBN 206760) | DECHERT LLP |
| Howard.ullman@dechert.com | Three Bryant Park |
| DECHERT LLP | 1095 Avenue of the Americas |
| 45 Fremont Street, 26th Floor | New York, NY 10036 |
| San Francisco, CA 94105 | Telephone: (212) 698-3500 |
| Telephone: (415) 262-4500 | Facsimile: (212) 698-3599 |
| Facsimile: (415) 262-45555 | |
| | JOHN (JAY) JURATA, JR. (admitted *pro hac vice*) |
| NISHA PATEL (SBN 281628) | Jay.jurata@dechert.com |
| Nisha.patelgupta@dechert.com | DECHERT LLP |
| DECHERT LLP | 1900 K Street, N.W. |
| 633 West 5th Street, Suite 4900 | Washington, DC 20006 |
| Los Angeles, CA 90071 | Telephone: (202) 261-3300 |
| Telephone: (213) 808-5700 | Facsimile: (202) 261-3333 |
| Facsimile: (213) 808-5760 | |
| | (*additional counsel on signature page*) |

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DEFENDANT MICROSOFT CORPORATION'S TEMPORARY SEALING MOTION** |
| v. | |
| SAMUEL ALTMAN, et al., | Date Action Filed: August 5, 2024 |
| Defendants. | Trial Date: March 30, 2026 |

Pursuant to Civil Local Rule 79-5 and the Court's Standing Order In Civil Cases ("Standing Order") Paragraph 12, Defendant Microsoft Corporation respectfully submits this Temporary Sealing Motion. Microsoft will seek to seal certain exhibits to the Declaration of Russell Cohen in Support of Microsoft's Motion for Summary Judgment and limited portions of its Motion for Summary Judgment and Statement of Material Facts, as identified in the chart below:

| ECF No. | Document Description | Party Designating Confidential Information |
|---|---|---|
| Dkt 330-1 | Microsoft's Motion for Summary Judgment (Redacted) | Microsoft |
| Dkt 330-2 | Statement of Material Facts (Redacted) | Microsoft |
| Dkt 330-6 | Exhibit 2 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-8 | Exhibit 3 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Plaintiff |
| Dkt 330-10 | Exhibit 4 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Plaintiff |
| Dkt 330-12 | Exhibit 5 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Plaintiff |
| Dkt 330-14 | Exhibit 6 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-16 | Exhibit 7 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Plaintiff |
| Dkt 330-18 | Exhibit 8 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-21 | Exhibit 10 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Plaintiff |
| Dkt 330-23 | Exhibit 11 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Ilya Sutskever, OpenAI Defendants, Microsoft |
| Dkt 330-25 | Exhibit 12 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | OpenAI Defendants, Microsoft |

| | | |
|---|---|---|
| Dkt 330-27 | Exhibit 13 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | OpenAI Defendants, Microsoft |
| Dkt 330-29 | Exhibit 14 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Plaintiff |
| Dkt 330-34 | Exhibit 18 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Plaintiff |
| Dkt 330-36 | Exhibit 19 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | SpaceX |
| Dkt 330-38 | Exhibit 20 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | OpenAI Defendants |
| Dkt 330-40 | Exhibit 21 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | OpenAI Defendants |
| Dkt 330-42 | Exhibit 22 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-45 | Exhibit 24 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-47 | Exhibit 25 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | OpenAI Defendants |
| Dkt 330-49 | Exhibit 26 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-51 | Exhibit 27 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | OpenAI Defendants |
| Dkt 330-54 | Exhibit 29 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-56 | Exhibit 30 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-58 | Exhibit 31 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-60 | Exhibit 32 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | OpenAI Defendants |
| Dkt 330-62 | Exhibit 33 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary | Microsoft |

3
DEFENDANT MICROSOFT CORPORATION'S TEMPORARY SEALING MOTION

| | | |
|---|---|---|
| | Judgment (Sealed) | |
| Dkt 330-64 | Exhibit 34 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-66 | Exhibit 35 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Microsoft |
| Dkt 330-68 | Exhibit 36 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | OpenAI Defendants |
| Dkt 330-70 | Exhibit 37 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Plaintiff |
| Dkt 330-72 | Exhibit 38 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | OpenAI Defendants |
| Dkt 330-75 | Exhibit 40 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Helen Toner, OpenAI Defendants, Microsoft |
| Dkt 330-77 | Exhibit 41 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Tasha McCauley, OpenAI Defendants, Microsoft |
| Dkt 330-81 | Exhibit 44 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Samuel Teller, OpenAI Defendants, Microsoft |
| Dkt 330-83 | Exhibit 45 to Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Plaintiff |

In accordance with Standing Order Paragraph 12(c)(i), Microsoft will serve all documents to be sealed upon Plaintiffs, the OpenAI Defendants, and any designating third party whose confidential information is included. Pursuant to Standing Order Paragraph 12(b)(i)(1), the reasons for sealing will be addressed in a forthcoming omnibus motion to be filed after the conclusion of briefing on Microsoft's Motion for Summary Judgment.

DATED: October 17, 2025                           Respectfully Submitted,

                                                                   DECHERT LLP

                                                                   By:   */s/ Russell P. Cohen*
                                                                           Russell P. Cohen (SBN 213105)
                                                                           Russ.cohen@dechert.com
                                                                           Howard M. Ullman (SBN 206760)

Howard.ullman@dechert.com
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

Nisha Patel (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Andrew J. Levander (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

John (Jay) Jurata, Jr. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

Elisa Beneze (*pro hac vice* submitted)
Elisa.beneze@dechert.com
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2315
Facsimile: (215) 994-2222

Elisa Beneze (admitted *pro hac vice*)
Elisa.beneze@dechert.com
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2315

*Attorneys for Defendant Microsoft Corporation*

**CERTIFICATE OF SERVICE**

The undersigned, counsel of record for Microsoft Corporation, certifies that on October 17, 2025, a copy of the foregoing document(s) was electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel of record.

*/s/ Russell P. Cohen*
Russell P. Cohen (SBN 213105)
**DECHERT LLP**
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Tel.: (415) 262-4500
Fax: (415) 262-45555
Russell.Cohen@dechert.com

*Attorney for Defendant Microsoft Corporation*