# REDACTED
# FILED CONDITIONALLY UNDER SEAL

| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com<br>HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-45555<br><br>NISHA PATEL (SBN 281628)<br>Nisha.patelgupta@dechert.com<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760 | ANDREW J. LEVANDER (admitted *pro hac vice*)<br>Andrew.levander@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)<br>Jay.jurata@dechert.com<br>DECHERT LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333 |

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**STATEMENT OF MATERIAL FACTS IN SUPPORT OF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　January 7, 2026<br>Time:　　　2:00 p.m.<br>Place:　　　Courtroom 1 (4th Floor)<br>　　　　　　1301 Clay St.<br>　　　　　　Oakland, CA 94612<br><br>**Action filed: August 5, 2024** |

Pursuant to Section 9(c) of the Honorable Judge Gonzalez Rogers' Standing Order, Defendant Microsoft Corporation ("Microsoft") hereby submits this Statement of Material Facts in support of its Motion for Summary Judgment ("Motion"). Each material fact identified below[1] falls under one or more of the following issues raised by Microsoft's Motion:

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| **The Formation of Open AI, Inc. and OpenAI, L.P.** | | |
| 1. Whether Microsoft is entitled to summary judgment on Plaintiff's aiding and abetting breach of fiduciary duty to Musk claim (SAC Count 19) because there is no evidence Microsoft had: (a) actual knowledge of any OpenAI, Altman, or Brockman fiduciary duties to Musk or breach thereof; or (b) the requisite intent to interfere with such duties. | Fact 1. Microsoft was not involved in OpenAI, Inc.'s[2] formation.<br><br>Ex. 1, ("Introducing OpenAI") (December 11, 2015), Microsoft 30(b)(6) Deposition Ex. 3. | |
| 2. Whether Microsoft is entitled to summary judgment on Plaintiff's breach of quasi contract / unjust enrichment claim (SAC Count 4) because: (a) it is predicated on the same conduct as Count 19, which fails for lack of evidence; (b) it seeks the same relief as Count 19, | | |

---

[1] The Memorandum in Support of Microsoft's Motion discusses additional background facts.

[2] Unless otherwise specified, references to "OpenAI" below are to the nonprofit OpenAI, Inc. For simplicity, this Statement of Material Facts uses the words "subsidiary" or "for-profit subsidiary" when referring to OpenAI, L.P. and its later-established vehicles in which investors held their economic interests.

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| making it impermissible; and (c) there is no evidence that Microsoft, as a third party investing in OpenAI's for-profit subsidiary and entering into agreements with OpenAI and its for-profit subsidiary, upon the OpenAI nonprofit board's approval, had knowledge of any alleged duties or breaches by OpenAI, Altman, or Brockman. | | |
| | Fact 2. OpenAI caused to be incorporated in September 2018 OpenAI, L.P., a for-profit subsidiary of OpenAI.<br><br>Ex. 20, ("Operating Agreement of SummerSafe GP, L.L.C.") (September 19, 2018), OPENAI_MUSK00013307;<br><br>Ex. 21, ("Certificate of Amendment to the Certificate of Limited Partnership") (January 3, 2019), OPENAI_MUSK00013310;<br><br>Ex. 22, ("Unanimous Written Consent of the Reorganization Committee of OpenAI, Inc.") (February 8, 2019), MSFT_MUSK000084932. | |
| Issues 1 and 2 | Fact 3. OpenAI publicly announced its for-profit subsidiary in March 2019.<br><br>Ex. 23, ("OpenAI LP") (March 11, 2019), OpenAI(30)(b)(6) Ex. 15. | |
| Issues 1 and 2 | Fact 4. Microsoft was not involved with conceiving, incorporating, or announcing OpenAI's for-profit subsidiary.<br><br>Ex. 12, Samuel Altman Deposition Transcript (September 16, 2025) at 351:25-352:9;<br><br>Ex. 2, Satya Nadella Deposition Transcript | |

- 2 -

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | (September 24, 2025) at 93:1-19. | |
| **Microsoft's Investments in OpenAI's Subsidiary, Microsoft's Collaboration Agreements with OpenAI and Its Subsidiary, and OpenAI's and Its Subsidiary's Representations and Warranties to Microsoft** | | |
| Issues 1 and 2 | Fact 5. Only after OpenAI established its for-profit subsidiary did OpenAI and Microsoft begin discussing a potential strategic partnership.<br><br>Ex. 12, Samuel Altman Deposition Transcript (September 16, 2025) at 332:20-333:4;<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 130:9-13. | |
| Issues 1 and 2 | Fact 6. Prior to entering a strategic partnership with OpenAI and its for-profit subsidiary, Microsoft conducted due diligence, including a review by Microsoft's outside counsel of documents provided by OpenAI relating to it and its subsidiary's governance, structure, capitalization, and tax status.<br><br>Ex. 28, Declaration of Michael Wetter in Support of Defendant Microsoft's Motion for Summary Judgment (executed on October 16, 2025) at ¶7. | |
| Issues 1 and 2 | Fact 7. The due diligence included OpenAI's IRS tax exemption application, which in response to express questions about agreements with officers, directors, trustees, and others, reported nothing about and no agreement with Musk.<br><br>Ex. 29, ("OpenAI IRS Tax Exemption Application") (September 1, 2016), Microsoft 30(b)(6) Deposition Ex. 9 at 36530;<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2015) at 125:19-126:14);<br><br>Ex. 28, Declaration of Michael Wetter in Support of Defendant Microsoft's Motion for Summary Judgment (executed on October 16, 2025) ¶ 7. | |
| Issues 1 and 2 | Fact 8. In July 2019, Microsoft invested $1 billion in OpenAI's for-profit subsidiary and entered into a Joint Development and Collaboration Agreement ("JDCA") with OpenAI and that subsidiary. | |

- 3 -

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | Ex. 27, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P. ("2019 Investment"), OPENAI_MUSK00011908; <br><br> Ex. 26, (2019 Joint Development and Collaboration Agreement), Microsoft 30(b)(6) Deposition Ex. 10. | |
| Issues 1 and 2 | Fact 9. OpenAI's nonprofit board approved the 2019 Investment and the JDCA. <br><br> Ex. 25, OpenAI 30(b)(6) Deposition Transcript (October 3, 2025) at 126:23-127:15. | |
| Issues 1 and 2 | Fact 10. In the 2019 Investment, OpenAI, as sole member of the General Partner of the for-profit subsidiary (the L.P.), agreed to and accepted the 2019 Investment on the General Partner's behalf. <br><br> Ex. 27, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P. ("2019 Investment"), OPENAI_MUSK00011908 at 11931. | |
| Issues 1 and 2 | Fact 11. In the 2019 Investment, OpenAI (the sole member of the General Partner and OpenAI's for-profit subsidiary) represented and warranted to Microsoft that each: "has all requisite power and authority to carry on its business and to execute, deliver and satisfy its obligations under this Subscription Agreement and the Partnership Agreement and such actions will not cause it to be in breach or violation of any contractual, legal or regulatory duty or obligation." <br><br> Ex. 27, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P. ("2019 Investment"), OPENAI_MUSK00011908 at 11926. | |
| | Fact 12. In the 2019 JDCA, OpenAI and its for-profit subsidiary each "continuously" represented and warranted that: "it has full power and authority to enter into, and perform its obligations under, and grant the rights granted pursuant to, this Agreement;" and "its (or its Affiliate's) performance of activities pursuant to | |

- 4 -

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | this Agreement will not violate any rights of third parties, any agreement or obligation between it and any third party, or any applicable Law." Ex. 26, (2019 Joint Development and Collaboration Agreement), Microsoft 30(b)(6) Deposition Ex. 10 at 55186. | |
| Issues 1 and 2 | Fact 13. In March 2021, Microsoft made a second investment of up to $2 billion in OpenAI's for-profit subsidiary and entered an Amended and Restated JDCA with OpenAI and its for-profit subsidiary ("Amended JDCA"). Ex. 30, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P.) ("2021 Investment"), MSFT_MUSK000055895; Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 201:3-7; Ex. 31, (Amended and Restated Joint Development and Collaboration Agreement) ("2023 JDCA"), Microsoft 30(b)(6) Ex. 15. | |
| Issues 1 and 2 | Fact 14. OpenAI's nonprofit board authorized Shivon Zilis, Tasha McCauley, and Sam Altman to approve the 2021 Investment and the Amended JDCA, and they did so approve. Ex. 25, OpenAI 30(b)(6) Deposition Transcript (October 3, 2025) at 136:7-10; Ex. 32, (March 6, 2021 email regarding "MSFT investment and commercial deal"), Shivon Zilis Deposition Ex. 35. | |
| Issues 1 and 2 | Fact 15. OpenAI, as sole member of the General Partner of the for-profit subsidiary (the L.P.), agreed to and accepted the 2021 Investment on the General Partner's behalf. Ex. 30, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P.) ("2021 Investment"), MSFT_MUSK000055895 at 55920. | |
| Issues 1 and 2 | Fact 16. In the 2021 Investment, OpenAI and its for-profit subsidiary represented and warranted | |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | that each: "has all requisite power and authority to carry on its business and to execute, deliver and satisfy its obligations under this Subscription Agreement and the Partnership Agreement and such actions will not cause it to be in breach or violation of any contractual, legal or regulatory duty or obligation." <br><br> Ex. 30, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P.) ("2021 Investment"), MSFT_MUSK000055895 at 55914-15. | |
| Issues 1 and 2 | Fact 17. In the 2021 Amended JDCA, OpenAI and its for-profit subsidiary each "continuously" represented and warranted that: "it has full power and authority to enter into, and perform its obligations under, and grant the rights granted pursuant to, this Agreement" and "its (or its Affiliate's) performance of activities pursuant to this Agreement will not violate any rights of third parties, any agreement or obligation between it (or its Affiliates) and any third party, or, to its knowledge, any applicable Law." <br><br> Ex. 31, (Amended and Restated Joint Development and Collaboration Agreement) ("2021 JDCA"), Microsoft 30(b)(6) Deposition Ex. 15 at 64530. | |
| Issues 1 and 2 | Fact 18. In January 2023, Microsoft invested an additional $10 billion in OpenAI's for-profit subsidiary and entered a Second Amended and Restated JDCA with OpenAI and its renamed for-profit subsidiary ("Second Amended JDCA"). <br><br> Ex. 2, Satya Nadella Deposition Transcript (September 24, 2025) at 141:23-142:6; <br><br> Ex. 35, (Second Amended and Restated Joint Development and Collaboration Agreement) ("2023 JDCA"), Microsoft 30(b)(6) Deposition Ex. 11. | |
| Issues 1 and 2 | Fact 19. OpenAI's nonprofit board unanimously voted to approve the 2023 Investment and the Second Amended JDCA. <br><br> Ex. 36, (Unanimous Written Consent of the | |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | Board of Directors of OpenAI, Inc.), OPENAI_MUSK00026481 at 26483, 26485, 26492, 26496. | |
| Issues 1 and 2 | Fact 20. In the Second Amended JDCA, OpenAI and its for-profit subsidiary "continuously" represented and warranted that: "it has full power and authority to enter into, perform its obligations under, and grant the rights granted pursuant to, this Agreement" and "its (or its Affiliate's) performance of activities pursuant to this Agreement will not violate any rights of third parties, any agreement or obligation between it (or its Affiliates) and any third party, or, to its knowledge, any Law." <br><br> Ex. 35, (Second Amended and Restated Joint Development and Collaboration Agreement) ("2023 JDCA"), Microsoft 30(b)(6) Deposition Ex. 11 at 55127. | |
| **Microsoft's Lack of Knowledge of Any Duties or Obligations to Musk or the Breach Thereof** | | |
| Issues 1 and 2 | Fact 21. Elon Musk ████████████ <br> ████████████████████████ <br> ████████████████████████ <br> ████████████████████████ <br><br> Ex. 6, Elon Musk Supplemental Interrogatory Response No. 4; <br><br> Ex. 3, Elon Musk Deposition Transcript (September 26, 2025) at 164:5-12. | |
| Issues 1 and 2 | Fact 22. None of the witnesses who had been involved with Musk (Shivon Zilis, Jared Birchall, and Sam Teller) ████████ <br> ████████████████████████ <br> ████████████████████████ <br> ████████████████████████ <br> ████████████████████████ <br><br> Ex. 37, Shivon Zilis Deposition Transcript (September 12, 2025), at 312:13-313:24); | |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | Ex. 45, Jared Birchall Deposition Transcript (September 10, 2025) at 162:15-165:3);<br><br>Ex. 44, Sam Teller Deposition Transcript (September 22, 2025) at 276:23-279:16. | |
| Issues 1 and 2 | Fact 23. None of the witnesses who had been involved with OpenAI (Sam Altman, Greg Brockman, ███████████████) ever communicated with Microsoft about any purported agreement between Musk and OpenAI, Altman, or Brockman; any purported duties or obligations owed to Musk, or breaches thereof; or any purported restrictions specifically relating to Musk's donations to OpenAI.<br><br>Ex. 12, Samuel Altman Deposition Transcript (September 16, 2025) at 369:2-370:25;<br><br>Ex. 13, Greg Brockman Deposition Transcript (September 23, 2025) at 304:15-310:21;<br><br>███████████████<br><br>███████████████ | |
| Issues 1 and 2 | Fact 24. Satya Nadella, Microsoft's CEO, was never told about any OpenAI or Sam Altman agreement with Elon Musk, any restrictions associated with financial contributions made by Musk to the nonprofit, or any commitments among OpenAI's founders regarding the concept of "open" or whether to open source OpenAI's technology.<br><br>Ex. 2, Satya Nadella Deposition Transcript (September 24, 2025) at 273:9-277:5. | |
| Issues 1 and 2 | Fact 25. Satya Nadella expects that, had they known, his team would have told him about any OpenAI or Sam Altman agreement with Elon Musk, restrictions associated with financial contributions made by Musk to the nonprofit, or any commitments among OpenAI's founders regarding the concept of "open" or whether to open source OpenAI's technology.<br><br>Ex. 2, Satya Nadella Deposition Transcript | |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | (September 24, 2025) at 277:6-24. | |
| Issues 1 and 2 | Fact 26. Michael Wetter, Microsoft's 30(b)(6) witness and the only Microsoft witness to be deposed other than Satya Nadella, stated that the due diligence obtained by Microsoft from OpenAI did not reveal or suggest that there was a contract between Elon Musk and OpenAI, Sam Altman, and/or Greg Brockman relating to Musk's contributions to OpenAI, or that OpenAI, Altman, and/or Brockman agreed to any conditions with, or that Musk imposed conditions on, his donations to OpenAI.<br><br>Ex. 28, Declaration of Michael Wetter in Support of Defendant Microsoft's Motion for Summary Judgment (executed on October 16, 2025) at ¶ 8. | |
| Issues 1 and 2 | Fact 27. The due diligence obtained by Microsoft from OpenAI in 2019 included OpenAI's IRS tax exemption application dated September 1, 2016, where OpenAI, in response to IRS questions about agreements with officers, directors, trustees, and others, reported nothing about and no agreement with Musk.<br><br>Ex. 29; ("OpenAI IRS Tax Exemption Application") (September 1, 2016), Microsoft 30(b)(6) Ex. 9 at 36530, 36562;<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 124:5-126:25. | |
| **Other Aspects of Microsoft's Relationship with OpenAI** | | |
| Issues 1 and 2 | Fact 28. Former Co-Plaintiff Shivon Zilis voted to approve each Microsoft investment and corresponding JDCA entered during the period when she served on OpenAI's nonprofit board.<br><br>Ex. 25, OpenAI 30(b)(6) Deposition Transcript (October 3, 2025) at 126:23-127:15;<br><br>Ex. 38, OpenAI, Inc.'s Responses and Objections to Musk's First Interrogatories at 12;<br><br>Ex. 32, (March 6, 2021 email regarding "MSFT investment and commercial deal"), Shivon Zilis Deposition Ex. 35;<br><br>Ex. 36, (Unanimous Written Consent of the | |

- 9 -

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | Board of Directors of OpenAI, Inc.), OPENAI_MUSK00026481 at 26483, 26485, 26492, 26496. | |
| Issues 1 and 2 | Fact 29. Each of the four OpenAI nonprofit board members who voted to fire Sam Altman (Adam D'Angelo, Tasha McCauley, Ilya Sutskever, and Helen Toner) in November 2023 voted to approve one or more iterations of Microsoft's investment and corresponding JDCA entered during the period when they served on OpenAI's nonprofit board.<br><br>Ex. 25, OpenAI 30(b)(6) Deposition Transcript (October 3, 2025) at 126:23-127:15;<br><br>Ex. 38, OpenAI, Inc.'s Responses and Objections to Musk's First Interrogatories at 12;<br><br>Ex. 32, (March 6, 2021 email regarding "MSFT investment and commercial deal"), Shivon Zilis Deposition Ex. 35;<br><br>Ex. 36, (Unanimous Written Consent of the Board of Directors of OpenAI, Inc.), OPENAI_MUSK00026481 at 26483, 26485, 26492, 26496. | |
| Issues 1 and 2 | Fact 30. ■■■■■■■■■■■■■■■■■■■■■■■■■■<br><br>Ex. 2, Satya Nadella Deposition Transcript (September 24, 2025) at 175:16-20;<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 150:14-20, 197:20-198:9). | |
| Issues 1 and 2 | Fact 31. ■■■■■■■■■■■■■■■■■■■■■■■■■■<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 150:14-20. | |
| Issues 1 and 2 | Fact 32. From December 9, 2023 to July 9, 2024, Microsoft employee Deannah Templeton was a non-voting observer of OpenAI's nonprofit | |

- 10 -

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | board.<br><br>Ex. 17, Declaration of Deannah Templeton in Support of Defendants Microsoft Corporation, Reid Hoffman and Deannah Templeton's Opposition to Plaintiffs' Motion for a Preliminary Injunction (executed on December 13, 2024) at ¶¶ 10-16. | |
| Issues 1 and 2 | Fact 33. ▮<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 183:4-5. | |
| Issue 1 and 2 | Fact 34. ▮ By January 2023, OpenAI Global, LLC had replaced OpenAI, L.P. and Microsoft obtained a membership interest in the LLC in connection with its 2023 Investment. ▮<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 160:8-163:22; 183:4-10. | |
| **The Timing and Filing of This Case** | | |
| Issues 1 and 2 | Fact 35. On August 5, 2024, Elon Musk filed this case. Microsoft was first named as a defendant in the First Amended Complaint, filed November 14, 2024.<br><br>Dkt. No. 32. | |
| Issues 1 and 2 | Fact 36. Elon Musk ▮<br><br>Ex. 19, Elon Musk Deposition Transcript Ex. 8. | |
| Issues 1 and 2 | Fact 37. Elon Musk ▮<br><br>Ex. 3, Elon Musk Deposition Transcript (September 26, 2025) at 162:6-9;<br><br>Ex. 6, Elon Musk Supplemental Interrogatory Response No. 1. | |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| Issues 1 and 2 | Fact 38. Elon Musk ███████████████████████████████████████████████████████████████████████████<br><br>Ex. 3, Elon Musk Deposition Transcript (September 26, 2025) at 169:12-22, 357:4-358:2);<br><br>Ex. 43, (Tweet of Elon Musk dated September 24, 2020), Elon Musk Deposition Exhibit 24. | |

- 12 -

STATEMENT OF MATERIAL FACTS ISO MICROSOFT'S MSJ
4:24-CV-04722-YGR

I attest that the evidence cited herein fairly and accurately supports the facts as asserted.

DATED: October 17, 2025              Respectfully Submitted,

DECHERT LLP


By:  */s/ Russell P. Cohen*

Russell P. Cohen (SBN 213105)
Russ.cohen@dechert.com
Howard M. Ullman (SBN 206760)
Howard.ullman@dechert.com
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

Nisha Patel (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Andrew J. Levander (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

John (Jay) Jurata, Jr. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendants Microsoft Corporation*