| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105) | ANDREW J. LEVANDER (admitted *pro hac vice*) |
| Russ.cohen@dechert.com | Andrew.levander@dechert.com |
| HOWARD M. ULLMAN (SBN 206760) | DECHERT LLP |
| Howard.ullman@dechert.com | Three Bryant Park |
| DECHERT LLP | 1095 Avenue of the Americas |
| 45 Fremont Street, 26th Floor | New York, NY 10036 |
| San Francisco, CA 94105 | Telephone: (212) 698-3500 |
| Telephone: (415) 262-4500 | Facsimile: (212) 698-3599 |
| Facsimile: (415) 262-45555 | |
| | JOHN (JAY) JURATA, JR. (admitted *pro hac vice*) |
| NISHA PATEL (SBN 281628) | Jay.jurata@dechert.com |
| Nisha.patelgupta@dechert.com | DECHERT LLP |
| DECHERT LLP | 1900 K Street, N.W. |
| 633 West 5th Street, Suite 4900 | Washington, DC 20006 |
| Los Angeles, CA 90071 | Telephone: (202) 261-3300 |
| Telephone: (213) 808-5700 | Facsimile: (202) 261-3333 |
| Facsimile: (213) 808-5760 | |

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF RUSSELL P. COHEN IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | *[Motion for Summary Judgment; Statement of Material Facts in Support of Its Motion for Summary Judgment Filed Concurrently Herewith]* |
| | Date: **January 7, 2026**<br>Time: **2:00 p.m.**<br>Place: **Courtroom 1 (4th Floor)**<br>**1301 Clay St.**<br>**Oakland, CA 94612** |
| | Date Action Filed: August 5, 2024<br>Trial Date: March 30, 2026 |

I, Russell P. Cohen, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California and admitted to practice before this Court. I am a Partner at the law firm of Dechert LLP ("Dechert"), which represents Defendant Microsoft Corporation in this case, and I am an attorney of record for Microsoft. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them. I hereby submit this declaration in support of Microsoft's Motion for Summary Judgment.

2. Attached as **Exhibit 1** is a true and correct copy of a blog post entitled "Introducing OpenAI" dated December 11, 2015, which was marked as Exhibit 3 from the deposition of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Satya Nadella, taken September 24, 2025.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Elon Musk, taken September 26, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of an email exchange between Elon Musk and Sam Altman dated August 30, 2016, produced by Plaintiff with bates number 2024MUSK-0008763.

6. Attached as **Exhibit 5** is a true and correct copy of an email exchange between Elon Musk, Sam Altman, Ilya Sutskever, and Greg Brockman dated June 28, 2017, produced by Plaintiff with bates numbers 2024MUSK-0000167 - 2024MUSK-0000169.

7. Attached as **Exhibit 6** is a true and correct copy of Plaintiff Musk's Supplemental Responses and Objections to Microsoft's First Set of Interrogatories, served on August 21, 2025.

8. Attached as **Exhibit 7** is a true and correct copy of an email exchange between Elon Musk, Satya Nadella, Sam Altman, Greg Brockman, Ilya Sutskever, and Sam Teller dated August 11, 2017, which was marked as Exhibit 5 from the deposition of Satya Nadella, taken September 24, 2025.

9. Attached as **Exhibit 8** is a true and correct copy of an Azure services licensing

1

1  agreement produced by Microsoft with bates numbers MSFT_MUSK000055336 -
2  MSFT_MUSK000055339.
3      10.   Attached as **Exhibit 9** is a true and correct copy of X.com (fka Twitter) posts
4  from Elon Musk dated August 11, 2017, produced by Microsoft with bates number
5  MSFT_MUSK000085667.
6      11.   Attached as **Exhibit 10** is a true and correct copy of an email exchange
7  between Ilya Sutskever, Elon Musk, and Greg Brockman dated July 12, 2017, which was
8  marked as Exhibit 20 at the deposition of Greg Brockman, taken September 23, 2025.
9      12.   Attached as **Exhibit 11** is a true and correct copy of excerpts from the
10 deposition transcript of Ilya Sutskever, taken October 1, 2025.
11     13.   Attached as **Exhibit 12** is a true and correct copy of excerpts from the
12 deposition transcript of Samuel Altman, taken September 16, 2025.
13     14.   Attached as **Exhibit 13** is a true and correct copy of excerpts from the
14 deposition transcript of Greg Brockman, taken September 23, 2025.
15     15.   Attached as **Exhibit 14** is a true and correct copy of an email exchange
16 between Elon Musk, Ilya Sutskever and Greg Brockman dated February 1, 2018, which was
17 marked as Exhibit 5 from the deposition of Elon Musk, taken September 26, 2025.
18     16.   Attached as **Exhibit 15** is a true and correct copy of a blog post entitled
19 "OpenAI Supporters: We're excited to welcome new donors to OpenAI" dated February 20,
20 2018, produced by OpenAI Defendants with bates numbers OPENAI_MUSK00037070 -
21 OPENAI_MUSK00037071.
22     17.   Attached as **Exhibit 16** is a true and correct copy of a blog post entitled
23 "Microsoft invests in and partners with OpenAI to support us building beneficial AGI" dated
24 July 22, 2019, produced by OpenAI Defendants with bates numbers
25 OPENAI_MUSK00037558 - OPENAI_MUSK00037560.
26     18.   Attached as **Exhibit 17** is a true and correct copy of the Declaration of
27 Deannah Templeton in Support of Defendants Microsoft Corporation, Reid Hoffman, and
28 Deannah Templeton's Opposition to Plaintiffs' Motion for a Preliminary Injunction, at Dkt.

1  65-15 filed on December 13, 2024.

2      19.    Attached as **Exhibit 18** is a true and correct copy of an email exchange between Elon Musk, Shivon Zilis and Sam Teller dated April 23, 2018, which was marked as Exhibit 18 from the deposition of Elon Musk, taken September 26, 2025.

3      20.    Attached as **Exhibit 19** is a true and correct copy of an email exchange between Sam Altman, Elon Musk, Sam Teller, and Shivon Zilis dated August 31, 2018, which was marked as Exhibit 8 from the deposition of Elon Musk, taken September 26, 2025.

4      21.    Attached as **Exhibit 20** is a true and correct copy of the "Operating Agreement of SummerSafe GP, L.L.C." dated September 19, 2018, produced by OpenAI Defendants with bates numbers OPENAI_MUSK00013307 - OPENAI_MUSK00013309.

5      22.    Attached as **Exhibit 21** is a true and correct copy of the "Certificate of Amendment to the Certificate of Limited Partnership" dated January 3, 2019, produced by OpenAI Defendants with bates numbers OPENAI_MUSK00013310 - OPENAI_MUSK00013311.

6      23.    Attached as **Exhibit 22** is a true and correct copy of the "Unanimous Written Consent of the Reorganization Committee of OpenAI, Inc." dated February 8, 2019, produced by Microsoft with bates numbers MSFT_MUSK000084932 - MSFT_MUSK000084936.

7      24.    Attached as **Exhibit 23** is a true and correct copy of a blog post entitled "OpenAI LP" dated March 11, 2019, which was marked as Exhibit 15 from the deposition of OpenAI 30(b)(6) deponent Robert Wu, taken October 3, 2025.

8      25.    Attached as **Exhibit 24** is a true and correct copy of excerpts from the deposition transcript of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025 and September 25, 2025.

9      26.    Attached as **Exhibit 25** is a true and correct copy of excerpts from the deposition transcript of OpenAI 30(b)(6) deponent Robert Wu, taken October 3, 2025.

10      27.    Attached as **Exhibit 26** is a true and correct copy of the 2019 Joint

Development and Collaboration Agreement ("2019 JDCA"), which was marked as Exhibit 10 from the deposition of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025.

28. Attached as **Exhibit 27** is a true and correct copy of the Subscription Booklet for Convertible Limited Partnership Interests in OpenAI, L.P. executed June 28, 2019, produced by OpenAI Defendants with bates numbers OPENAI_MUSK00011908 - OPENAI_MUSK00011972.

29. Attached as **Exhibit 28** is a true and correct copy of Declaration of Michael Wetter in Support of Defendant Microsoft's Motion for Summary Judgment, signed on October 16, 2025

30. Attached as **Exhibit 29** is a true and correct copy of the "OpenAI IRS Tax Exemption Application" dated September 1, 2016, which was marked as Exhibit 9 from the deposition of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025.

31. Attached as **Exhibit 30** is a true and correct copy of the Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P. ("2021 Investment"), produced by Microsoft with bates numbers MSFT_MUSK000055895 - MSFT_MUSK000055920.

32. Attached as **Exhibit 31** is a true and correct copy of the Amended and Restated Joint Development and Collaboration Agreement ("2021 JDCA"), which was marked as Exhibit 15 from the deposition of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025.

33. Attached as **Exhibit 32** is a true and correct copy of an email between Sam Altman and others dated March 6, 2021 regarding "MSFT investment and commercial deal," which was marked as Exhibit 35 from the deposition of Shivon Zilis, taken September 12, 2025.

34. Attached as **Exhibit 33** is a true and correct copy of the Amended and Restated Limited Liability Company Agreement of OpenAI Global, LLC dated January 23, 2023 ("2023 Investment"), produced by Microsoft with bates numbers

1  MSFT_MUSK000055937 - MSFT_MUSK000056027.

2  35.   Attached as **Exhibit 34** is a true and correct copy of an OpenAI Organization Chart dated June 21, 2024, which was marked as Exhibit 13 from the deposition of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025.

36.   Attached as **Exhibit 35** is a true and correct copy of the Second Amended and Restated Joint Development and Collaboration Agreement ("2023 JDCA"), which was marked as Exhibit 11 from the deposition of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025.

37.   Attached as **Exhibit 36** is a true and correct copy of the Unanimous Written Consent of the Board of Directors of OpenAI, Inc. dated January 20, 2023, produced by OpenAI Defendants with bates numbers OPENAI_MUSK00026481 - OPENAI_MUSK00026496.

38.   Attached as **Exhibit 37** is a true and correct copy of excerpts from the deposition transcript of Shivon Zilis, taken September 12, 2025.

39.   Attached as **Exhibit 38** is a true and correct copy of OpenAI, Inc.'s Responses and Objections to Plaintiff Musk's First Set of Interrogatories, served on May 7, 2025.

40.   Attached as **Exhibit 39** is a true and correct copy of "A statement from Microsoft Chairman and CEO Satya Nadella" dated November 21, 2023, produced by Plaintiff with bates numbers 2024MUSK-0014116 - 2024MUSK-0014118.

41.   Attached as **Exhibit 40** is a true and correct copy of excerpts from the deposition transcript of Helen Toner, taken October 8, 2025.

42.   Attached as **Exhibit 41** is a true and correct copy of excerpts from the deposition transcript of Tasha McCauley, taken September 30, 2025.

43.   Attached as **Exhibit 42** is a true and correct copy of a blog post entitled "Evolving OpenAI's Structure" dated May 5, 2025, which was marked as Exhibit 30 from the deposition of OpenAI 30(b)(6) deponent Robert Wu, taken October 3, 2025.

44.   Attached as **Exhibit 43** is a true and correct copy of X.com (fka Twitter) posts dated September 24, 2020, which was marked as Exhibit 24 from the deposition of Elon

1 | Musk, taken September 26, 2025.

2 |     45.    Attached as **Exhibit 44** is a true and correct copy of excerpts from the

3 | deposition transcript of Sam Teller, taken September 22, 2025.

4 |     46.    Attached as **Exhibit 45** is a true and correct copy of excerpts from the

5 | deposition transcript of Jared Birchall, taken September 10, 2025.

6 |     I declare under the laws of the United States of America and the State of California that

7 | the foregoing is true and correct. Executed this 17th day of October, in San Francisco,

8 | California.

                                              */s/ Russell P. Cohen*
                                              Russell P. Cohen