# EXHIBIT 2 – CONFIDENTIAL
# FILED CONDITIONALLY UNDER SEAL