EXHIBIT 3 – CONFIDENTIAL
FILED CONDITIONALLY UNDER SEAL