# EXHIBIT 4 – CONFIDENTIAL
# FILED CONDITIONALLY UNDER SEAL