# EXHIBIT 5 – CONFIDENTIAL
# FILED CONDITIONALLY UNDER SEAL