# EXHIBIT 8 – CONFIDENTIAL
# FILED CONDITIONALLY UNDER SEAL