# EXHIBIT 9



MSFT_MUSK000085667