EXHIBIT 14 – CONFIDENTIAL
FILED CONDITIONALLY UNDER SEAL