# EXHIBIT 28

| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105) | ANDREW J. LEVANDER (admitted *pro hac vice*) |
| Russ.cohen@dechert.com | Andrew.levander@dechert.com |
| HOWARD M. ULLMAN (SBN 206760) | DECHERT LLP |
| Howard.ullman@dechert.com | Three Bryant Park |
| DECHERT LLP | 1095 Avenue of the Americas |
| 45 Fremont Street, 26th Floor | New York, NY 10036 |
| San Francisco, CA 94105 | Telephone: (212) 698-3500 |
| Telephone: (415) 262-4500 | Facsimile: (212) 698-3599 |
| Facsimile: (415) 262-45555 | |
| | JOHN (JAY) JURATA, JR. (admitted *pro hac vice*) |
| NISHA PATEL (SBN 281628) | Jay.jurata@dechert.com |
| Nisha.patelgupta@dechert.com | DECHERT LLP |
| DECHERT LLP | 1900 K Street, N.W. |
| 633 West 5th Street, Suite 4900 | Washington, DC 20006 |
| Los Angeles, CA 90071 | Telephone: (202) 261-3300 |
| Telephone: (213) 808-5700 | Facsimile: (202) 261-3333 |
| Facsimile: (213) 808-5760 | |

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF MICHAEL WETTER IN SUPPORT OF DEFENDANT MICROSOFT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | Date: January 7, 2026<br>Time: 2:00 p.m.<br>Place: Courtroom 1 (4th Floor)<br>1301 Clay St.<br>Oakland, CA 94612 |

I, Michael Wetter, state and declare as follows:

1. I joined Microsoft Corporation ("Microsoft") as an employee in March 2007.

2. My current role at Microsoft is Corporate Vice President of Corporate Development.

3. As Corporate Vice President of Corporate Development, I am responsible for engaging with external partners and stakeholders relating to acquisitions and investments, including negotiating agreements, accessing and assessing diligence materials, and reviewing financial plans and analysis.

4. As part of this litigation, I was designated as Microsoft's 30(b)(6) witness and prepared myself to provide non-privileged testimony about a number of topics, including the Joint Development and Collaboration Agreements ("JDCAs") between Microsoft and OpenAI and Microsoft's investments in OpenAI, Inc.'s for-profit subsidiary beginning in 2019 and the due diligence conducted by Microsoft in connection with those agreements.

5. I submit this Declaration in support of Microsoft's Motion for Summary Judgment. I have personal knowledge of all the facts stated herein, and if called as a witness could and would competently testify to them under oath.

6. I first became aware of Microsoft's partnership with the nonprofit OpenAI, Inc., and its for-profit subsidiary (collectively, "OpenAI") at the time of the first JDCA and 2019 Investment. This investment was in the for-profit subsidiary. As part of my Corporate Development role, beginning in 2021 through the present, I was directly involved in the negotiations concerning Microsoft's subsequent investments in OpenAI's for-profit subsidiary and was kept informed by others of the related JDCA amendments. In my role, I have become familiar with the terms of the various agreements that relate to the Microsoft-OpenAI collaboration.

7. In connection with my preparation to testify as a 30(b)(6) witness in this case, I learned about due diligence that Microsoft conducted prior to entering agreements with OpenAI, principally before closing the 2019 Investment. As part of the diligence process, Microsoft's outside counsel reviewed materials provided by OpenAI, including documents

-1-

1  relating to OpenAI's governance and structure, the for-profit subsidiary's capitalization, and
2  the nonprofit's application for tax-exempt status. I reviewed these materials, including as part
3  of my 30(b)(6) deposition preparation.

4      8.    Microsoft's due diligence did not reveal or suggest that there was a contract
5  between Elon Musk and OpenAI, Sam Altman, and/or Greg Brockman relating to Mr. Musk's
6  contributions to OpenAI, Inc. Nor did it reveal or suggest that OpenAI, Sam Altman, and/or
7  Greg Brockman agreed to any conditions or that Mr. Musk imposed any conditions on his
8  donations to OpenAI, Inc.

9      I declare under the penalty of perjury under the laws of the United States of America
10 that the foregoing is true and correct.

11     Executed on October 16, 2025 in Redmond, WA.

By: _____
Michael Wetter