EXHIBIT 39

Case 4:24-cv-04722-YGR   Document 230-74   Filed 10/17/25   Page 2 of 4

Microsoft

Official Microsoft Blog     Our Company⌄          All Microsoft⌄

News and Stories⌄                          Cart 🛒
                                  Search 🔍

Press Tools⌄

# A statement from Microsoft Chairman and CEO Satya Nadella Source

Nov 21, 2023   |   <u>Microsoft Corporate Blogs</u>

 

*This blog was updated at 10:15 p.m. on Nov. 21 to reflect the latest statements from Sam Altman and Satya Nadella.*

**Sam Altman:** i love openai, and everything i've done over the past few days has been in service of keeping this team and its mission together. when i decided to join msft on sun evening, it was clear that was the best path for me and the team. with the new board and w satya's support, i'm looking forward to returning to openai, and building on our strong partnership with msft.

**Satya Nadella:** We are encouraged by the changes to the OpenAI board. We believe this is a first essential step on a path to more stable, well-informed, and effective governance. Sam, Greg, and I have talked and agreed they have a key role to play along with the OAI leadership team in ensuring OAI continues

2024MUSK-0014116

to thrive and build on its mission. We look forward to building on our strong partnership and delivering the value of this next generation of AI to our customers and partners.

*Posted Nov. 19, 2023*
**Satya Nadella:** We remain committed to our partnership with OpenAI and have confidence in our product roadmap, our ability to continue to innovate with everything we announced at Microsoft Ignite, and in continuing to support our customers and partners. We look forward to getting to know Emmett Shear and OAI's new leadership team and working with them. And we're extremely excited to share the news that Sam Altman and Greg Brockman, together with colleagues, will be joining Microsoft to lead a new advanced AI research team. We look forward to moving quickly to provide them with the resources needed for their success.

*Posted Nov. 17, 2023*
**Satya Nadella:** As you saw at Microsoft Ignite this week, we're continuing to rapidly innovate for this era of AI, with over 100 announcements across the full tech stack from AI systems, models, and tools in Azure, to Copilot. Most importantly, we're committed to delivering all of this to our customers while building for the future. We have a long-term agreement with OpenAI with full access to everything we need to deliver on our innovation agenda and an exciting product roadmap; and remain committed to our partnership, and to Mira and the team. Together, we will continue to deliver the meaningful benefits of this technology to the world.

Follow us: 

## What's new
Surface Pro
Surface Laptop
Surface Laptop Studio 2

## Microsoft Store
Account profile
Download Center
Microsoft Store support

## Education
Microsoft in education
Devices for education
Microsoft Teams for Education

## Business
Microsoft Cloud
Microsoft Security
Dynamics 365
Microsoft 365

## Developer & IT
Azure
Microsoft Developer
Microsoft Learn

## Company
Careers
About Microsoft
Company news
Privacy at Microsoft

2024MUSK-0014117

9/6/25, 12:14 PM
A statement from Microsoft Chairman and CEO Satya Nadella - The Official Microsoft Blog
Case 4:24-cv-04722-YGR    Document 330-74    Filed 10/17/25    Page 4 of 4

Copilot for organizations

Copilot for personal use

AI in Windows

Explore Microsoft products

Windows 11 apps

Returns

Order tracking

Certified Refurbished

Microsoft Store Promise

Flexible Payments

Microsoft 365 Education

How to buy for your school

Educator training and development

Deals for students and parents

AI for education

Microsoft Power Platform

Microsoft Teams

Microsoft 365 Copilot

Small Business

Support for AI marketplace apps

Microsoft Tech Community

Azure Marketplace

AppSource

Visual Studio

Investors

Diversity and inclusion

Accessibility

Sustainability

 English (United States)    Your Privacy Choices    Consumer Health Privacy

Contact us    Privacy    Terms of use    Trademarks    About our ads    © Microsoft 2025

2024MUSK-0014118