# EXHIBIT 43

← Post

**Whole Mars Catalog** ✓ @WholeMarsBlog · Sep 24, 2020
=="Microsoft gets exclusive license for OpenAI's GPT-3 language model"==

I thought OpenAI was supposed to democratize this tech... not give Microsoft an exclusive license. @elonmusk



Microsoft gets exclusive license for OpenAI's GPT-3 language model

From venturebeat.com

💬 35   🔁 90   ♡ 570

**Disrupt or Distort** ✓ @asymmetricfocus · Sep 24, 2020
"Exclusive License". Might as well rename it to "ClosedAI".

💬 6   🔁 16   ♡ 497

**Elon Musk** ✓ ❌
@elonmusk                                    [Subscribe]

==This does seem like the opposite of open. OpenAI is essentially captured by Microsoft.==

==4:50 AM · Sep 24, 2020==

💬 149   🔁 264   ♡ 1.9K   🔖 38



EXHIBIT 84
Musk 24
9-24-25

MSFT_MUSK000085666