MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAMUEL ALTMAN, et al.,<br><br>  Defendants. | Case No. 4:24-cv-04722-YGR (TSH)<br><br>**PLAINTIFFS' NOTICE OF FILING IN RESPONSE TO DISCOVERY ORDER RE MOTION TO SEAL (DKT. 326)** |

Pursuant to the Court's October 17, 2025 Order re Motion to Seal (Dkt. No. 326), Plaintiffs hereby file an unredacted copy of Plaintiff's Administrative Motion to Authorize Alternative Service of Deposition Subpoena and Compel Compliance filed at Dkt. Nos. 295-2 and 296.

Dated:  October 20, 2025                                    MoloLamken LLP

                                                By:    /s/ Steven F. Molo
                                                       Steven F. Molo (*pro hac vice*)

                                                       *Attorneys for Plaintiffs Elon Musk
                                                       and X.AI Corp.*