```
 1  JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
 2  WILLIAM FRENTZEN (CA SBN 343918)
    WFrentzen@mofo.com
 3  DAVID J. WIENER (CA SBN 291659)
    DWiener@mofo.com
 4  MORRISON & FOERSTER LLP
    425 Market Street
 5  San Francisco, CA 94105
    Telephone:   (415) 268-7000
 6  Facsimile:   (415) 268-7522

 7  WILLIAM SAVITT (admitted pro hac vice)
    WDSavitt@wlrk.com
 8  BRADLEY R. WILSON (admitted pro hac vice)
    BRWilson@mofo.com
 9  SARAH K. EDDY (admitted pro hac vice)
    SKEddy@wlrk.com
10  STEVEN WINTER (admitted pro hac vice)
    SWinter@wlrk.com
11  NATHANIEL CULLERTON (admitted pro hac vice)
    NDCullerton@wlrk.com
12  WACHTELL, LIPTON, ROSEN & KATZ
    51 West 52nd Street
13  New York, NY 10019
    Telephone:   (212) 403-1000
14  Facsimile:   (212) 403-2000
```

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **OPENAI DEFENDANTS' NOTIFICATION OF FILING PUBLIC DOCUMENTS PURSUANT TO ORDER RE MOTION TO SEAL (DKT. NO. 325)** |

Pursuant to the Court's Order Re Motion to Seal dated October 17, 2025 (Dkt. No. 325), the OpenAI Defendants hereby submit the unredacted Joint Discovery Letter Brief filed at Dkt. No. 293 and Exhibits 1.1 and 2 thereto.

Date: October 20, 2025				MORRISON & FOERSTER LLP

*/s/ Jordan Eth*
JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:	(415) 268-7000
Facsimile:	(415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@mofo.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:	(212) 403-1000
Facsimile:	(212) 403-2000

*Attorneys for the OpenAI Defendants*