1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5                           OAKLAND DIVISION
6

7  ELON MUSK, et al.,                    Case No. 4:24-cv-04722-YGR

8              Plaintiffs,               **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIAL SHOULD BE SEALED**
9        v.
10 SAMUEL ALTMAN, et al.,
11             Defendants.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Plaintiff Elon Musk's Administrative Motion Pursuant to Civil Local Rules 7-11 and 79-5 to Consider Whether Other Parties' Material Should Be Sealed ("Sealing Motion") and the OpenAI Defendants' Statement in Support of Plaintiff's Sealing Motion. Having found the below identified material to be sealable pursuant to Civil Local Rule 79-5, the Motion is hereby GRANTED.

| Document | Designator |
|---|---|
| Exhibit 3: Excerpted Deposition Transcript of Non-Party Ilya Sutskever 351:8-18 | OpenAI Defendants |
| Exhibit 3: Excerpted Deposition Transcript of Non-Party Ilya Sutskever 352:15-17 | OpenAI Defendants |
| Exhibit 3: Excerpted Deposition Transcript of Non-Party Ilya Sutskever 359:19-22 | OpenAI Defendants |

**IT IS SO ORDERED**. The Clerk of the Court shall file the identified documents under seal.

Dated: _____

                                              Hon. Thomas S. Hixson
                                              United States Magistrate Judge