COOLEY LLP
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
REMY CARREIRO (359384)
(rcarreiro@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Non-Party
ILYA SUTSKEVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**[PROPOSED] ORDER RE NON-PARTY ILYA SUTSKEVER'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE RESPONSE TO ADMIN
MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
(CASE NO. 4:24-CV-04722-YGR)

1    The Court, having considered Non-Party Ilya Sutskever's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed and the supporting Declaration of Ilya Sutskever, and all other papers on file in this matter, finds that good cause exists to permit the requested redactions to Plaintiffs' Letter Brief and the corresponding Exhibit 4.

**IT IS ORDERED** that the unredacted Letter Brief and Exhibit 4 be sealed from the public docket and the portions of the Letter Brief and Exhibit 4 identified in the below chart be redacted from the public filing.

| Document | Portion(s) to be Sealed | Reason(s) for Sealing |
|---|---|---|
| Letter Brief (Exhibit 1) | Portions highlighted in green at page 3 | Confidential information pertaining to Mr. Sutskever's financial information. |
| Exhibit 4 | Portions highlighted at page 128, lines 1–22, 24–25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that references internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 129, lines 1–8, 11–25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that references internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 130, lines 1–25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE RESPONSE TO ADMIN MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
(CASE NO. 4:24-CV-04722-YGR)

| | | |
|---|---|---|
| | | personal reflections about internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 131, lines 1–6, 8–10, 13–15, 21–24 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 132, lines 2–4, 6–7 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 300, lines 1–17. | Mr. Sutskever's private lay opinion that could lead to undue embarrassment or harassment. |
| Exhibit 4 | Portions highlighted at page 301, lines 9–16 | Mr. Sutskever's private lay opinion that could lead to undue embarrassment or harassment. |
| Exhibit 4 | Portions highlighted at page 308, lines 6–25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that references internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[PROPOSED] ORDER RE RESPONSE TO ADMIN MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
(CASE NO. 4:24-CV-04722-YGR)

| | | |
|---|---|---|
| | | media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 309, lines 1–13, 15–16, 19-24 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions.  The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 310, lines 1–17, 19, 22–25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions.  The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 311, lines 1–20, 22–23, 25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions.  The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 312, lines 1–18, 20–23, 25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

[PROPOSED] ORDER RE RESPONSE TO ADMIN MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
(CASE NO. 4:24-CV-04722-YGR)

| | | |
|---|---|---|
| | | internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 313, lines 1–25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 314, lines 1–25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 315, lines 1–4, 8–10, 12–13, 15–18, 20–25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

[PROPOSED] ORDER RE RESPONSE TO ADMIN MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
(CASE NO. 4:24-CV-04722-YGR)

| Exhibit 4 | Portions highlighted at page 316, lines 1–13, 17–19, 21 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
|---|---|---|
| Exhibit 4 | Portions highlighted at page 317, lines 15–25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 318, lines 1–25 | Confidential information pertaining to a document Mr. Sutskever created by virtue of his former employment at OpenAI that contains his personal reflections about internal Board processes and discussions. The information also relates to an event that was widely covered by mainstream media, disclosure of which could promote increased media attention and invade Mr. Sutskever's privacy. |
| Exhibit 4 | Portions highlighted at page 349, lines 18–19 | Confidential information pertaining to Mr. Sutskever's new business venture which could harm the business's competitive standing. |
| Exhibit 4 | Portions highlighted at page 351, lines, 8–10, 12, 14–15, 17–18, 25 | Confidential information pertaining to Mr. Sutskever's private financial information and equity interest in OpenAI. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

[PROPOSED] ORDER RE RESPONSE TO ADMIN MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
(CASE NO. 4:24-CV-04722-YGR)

| Exhibit 4 | Portions highlighted at page 352 lines 1–2, 4–5, 11–13, 15–17, | Confidential information pertaining to Mr. Sutskever's private financial information and equity interest in OpenAI. |
|---|---|---|
| Exhibit 4 | Portions highlighted at page 354, lines 4–10, 13–14 | Confidential information pertaining to Mr. Sutskever's new business venture which could harm the business's competitive standing. |
| Exhibit 4 | Portions highlighted at page 355, lines 4–7, 14–16 | Confidential information pertaining to Mr. Sutskever's personal communications. |
| Exhibit 4 | Portions highlighted at page 356, lines 3, 7–8 | Confidential information pertaining to Mr. Sutskever's private financial information and legal fees. |
| Exhibit 4 | Portions highlighted at page 357, lines 3–9, 12–13, 17, 19–25 | Confidential information pertaining to how Mr. Sutskever came to be represented by his legal counsel and pertaining to his private financial information and legal fees. |
| Exhibit 4 | Portions highlighted at page 358, lines 1, 3–5 | Confidential information pertaining to how Mr. Sutskever came to be represented by his legal counsel and pertaining to his private financial information and legal fees. |
| Exhibit 4 | Portions highlighted at page 359, lines 1–4, 6–9, 19–22, 25 | Confidential information pertaining to how Mr. Sutskever came to be represented by his legal counsel, pertaining to his private financial information and legal fees, and pertaining to his equity interest in OpenAI. |

Dated:_____

_____
The Hon. Yvonne Gonzalez Rogers

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

[PROPOSED] ORDER RE RESPONSE TO ADMIN MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
(CASE NO. 4:24-CV-04722-YGR)