MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR (TSH) |
| Plaintiffs, | |
| v. | **DECLARATION OF JENNIFER SCHUBERT** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

# DECLARATION

I, Jennifer Schubert, declare as follows:

1. I am a partner with MoloLamken LLP, counsel for Plaintiffs in *Musk, et al. v. Altman, et al.*, No. 4:24-cv-04722-YGR (N.D. Cal.). I have personal knowledge of the facts stated herein and, if called, could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Application for an Order to Show Cause.

2. On October 17, 2025, this Court "ORDER[ED] (1) Sutskever to produce the Brockman memo to Plaintiffs and (2) Plaintiffs may depose Sutskever in a second deposition concerning the value of his financial interest in OpenAI and concerning the Brockman memo." Dkt. No. 324.

3. On October 18, I requested that pursuant to the Order, counsel for Mr. Sutskever provide Plaintiffs with the Brockman Memo and Mr. Sutskever's availability to sit for a follow-up deposition in San Francisco. *See* Ex. A. Mr. Sutskever's counsel responded that they intended to appeal the Order. *Id.* On October 20, Plaintiffs' counsel requested prompt compliance with this Court's order even pending appeal.

4. On the evening of October 20, 2025, I conferred with Mr. Sutskever's counsel by phone. Mr. Sutskever's counsel offered not to appeal if Plaintiffs would accept a compromise proposal. Specifically, Mr. Sutskever's counsel offered (1) to make the Brockman Memo available for inspection under highly restrictive procedures, rather than producing it under the protective order; and (2) to make Mr. Sutskever available for a video deposition but only regarding the value of his equity stake in OpenAI and not regarding the Brockman memo. On that call, I reiterated that Mr. Sutskever was required to comply with the Order promptly, notwithstanding his plans to appeal. Mr. Sutskever's counsel responded that they did not intend to supply the discovery pending appeal.

5. On October 23, I again conferred with Mr. Sutskever's counsel. Plaintiffs' counsel agreed to depose Mr. Sutskever remotely using standard remote deposition procedures, including that he be alone in the room during his deposition, and to accept the Brockman Memo under the highly restrictive procedures insisted upon by Mr. Sutskever's counsel. I also insisted that Mr.

Sutskever answer questions at his deposition about the Brockman Memo, as this Court had ordered.

6. On October 27, 2025, I made a final request for the Brockman Memo and a date for Mr. Sutskever's deposition. Counsel for Mr. Sutskever declined Plaintiffs' October 23 counterproposal and offered the same proposal they had offered on October 20 (to make the Brockman Memo available pursuant to highly restrictive procedures, and to permit a video deposition regarding Mr. Sutskever's equity stake only). Mr. Sutskever's counsel further stated that "prompt compliance does not require a party to forego their legal right to seek prompt [appellate] review," citing two cases, *Alvarez v. Larose*, No. 320-CV-00782DMSAHG, 2020 WL 5632659, at *2 (S.D. Cal. Sept. 21, 2020), and *Jones v. PGA Tour, Inc.*, No. 22-CV-04486-BLF, 2023 WL 2541326, at *2 (N.D. Cal. Mar. 15, 2023). In both cases, the parties who declined to comply with the court's order sought a stay. As of the time of this filing, Mr. Sutskever has not filed for a stay, nor has he filed an appeal.

7. Plaintiffs are scheduled to depose Mira Murati on November 2, 2025. We intend to question her about the Brockman Memo. Expert reports are due on October 29, and Plaintiffs' response to defendants' motions for summary judgment is due on November 7. The evidence adduced from the Brockman Memo and Mr. Sutskever's deposition will be relevant to our brief and may be relevant to our experts' opinions.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2025, at New York, New York.

                                                */s/ Jennifer Schubert*
                                                  Jennifer Schubert

# Exhibit A

| | |
|---|---|
| **From:** | Schubert, Jennifer |
| **Sent:** | Monday, October 20, 2025 2:10 PM |
| **To:** | Agnolucci, Simona A; Holland, Anika |
| **Cc:** | Carreiro, Remy; Mateen, Harris; Tofighbakhsh, Sara |
| **Subject:** | RE: OpenAI meet & confer today? |

Simona,

Thanks for the notice, however, as you all know, seeking appellate relief does not excuse prompt compliance with the issued order.  Consistent with our request of October 18, please comply promptly with the Court's order and produce the Brockman Memo today or tomorrow (along with the Altman memo).  Please also provide October dates on which Mr. Sutskever is available to be deposed. Absent agreement, we will issue a subpoena for his testimony.

Jenn

**From:** Agnolucci, Simona A <sagnolucci@cooley.com>
**Sent:** Saturday, October 18, 2025 7:50 AM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** Re: OpenAI meet & confer today?

Jenn--We will appeal the order. Anika will be in touch about making the hard copy of the Altman memo available to you in NY.

Simona

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Saturday, October 18, 2025 7:43:14 AM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** Re: OpenAI meet & confer today?

Cooley team,

In light of the court's ruling, can you please:
(1) make available to us in hard copy in New York both the Altman Memo per our request of 10/15 and the Brockman memo at your earliest convenience, and

(2) provide dates in October on which we could schedule the follow-up deposition, to be taken at 755 Sansome Street in San Francisco.

Thank you,

1

Jenn

Case 4:24-cv-04722-YGR    Document 335-1    Filed 10/28/25    Page 6 of 6