**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04722-YGR (TSH)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY CONTEMPT CITATION SHOULD NOT ISSUE AGAINST NON-PARTY ILYA SUTSKEVER** |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for an Order to Show Cause Why Contempt Citation Should Not Issue Against Non-Party Ilya Sutskever.

Upon review and consideration of the Motion, the accompanying Declaration of Jennifer Schubert and the Exhibit thereto, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The Motion is GRANTED and Ilya Sutskever is ordered to show cause why a contempt citation should not issue.

**IT IS SO ORDERED.**

DATED: _____

Thomas S. Hixson
United States District Court / Magistrate Judge