UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELON MUSK, et al.,

    Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

    Defendants.

Case No. 24-cv-04722-YGR   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 300

In ECF No. 300, Plaintiffs filed a motion to consider whether other parties' materials should be sealed. The motion concerned Exhibit 1, the joint discovery letter brief, portions of which contained information that Defendants and non-party Ilya Sutskever designated as confidential. The motion also concerned two meet and confer correspondences, Exhibits 2 and 3, that Sutskever designated as confidential. Finally, the motion addressed Exhibit 4, an excerpt from Sutskever's deposition. OpenAI and Sutskever filed responses at ECF Nos. 333 and 334. OpenAI requests three redactions to the deposition transcript. Those proposed redactions are appropriate. Sutskever proposes a single redaction to page 3 of the joint discovery letter brief, and a ton of redactions to the deposition transcript. Sutskever's proposed redactions (beyond what OpenAI has proposed) fail the standards for a motion to seal. Accordingly, the Court **ORDERS** Plaintiffs to file the joint discovery letter brief in the public record with no redactions within five days. The Court **ORDERS** OpenAI to file the deposition excerpt in the public record with only the redactions that OpenAI has proposed, and to do this within five days. As OpenAI and Sutskever have not requested sealing of the meet and confer exchanges (Exhibits 2 and 3), the Court **ORDERS** Plaintiffs to file those in the public record within five days.

    **IT IS SO ORDERED.**

Dated: October 28, 2025

THOMAS S. HIXSON
United States Magistrate Judge