COOLEY LLP
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
HARRIS MATEEN (335593)
(harris.mateen@cooley.com)
REMY CARREIRO (359384)
(rcarreiro@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Non-Party
ILYA SUTSKEVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY ILYA SUTSKEVER'S MOTION TO STAY MAGISTRATE JUDGE'S ORDER PENDING RESOLUTION OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER**<br><br>Date:　　　December 2, 2025<br>Time:　　　2:00pm<br>Judge:　　　Hon. Judge Yvonne Gonzalez Rogers<br>Location:　Courtroom 1 – 4th Floor |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING NON-PARTY
SUTSKEVER'S MOTION TO STAY
-CASE NO. 4:24-CV-04722-YGR

**[PROPOSED] ORDER**

Before the Court is Non-Party Ilya Sutskever's Motion to Stay Magistrate Judge's Order Pending Resolutions of Motion for Relief from Nondispositive Pretrial Order (the "Motion").

Having reviewed and considered the papers filed in support of the Motion any opposition thereto and the record in this case, it is **HEREBY ORDERED THAT:**

The Motion is **GRANTED** and enforcement of Magistrate Judge Hixson's October 17, 2025 Discovery Order (Dkt. No. 324), is stayed pending review of Mr. Sutskever's forthcoming Rule 72(a) objection.

**IT IS SO ORDERED.**

Dated: _____         _____
                                  HON. YVONNE GONZALEZ ROGERS
                                  UNITED STATES DSITRICT JUDGE