# EXHIBIT A

| | |
|---|---|
| **From:** | Schubert, Jennifer <JSchubert@mololamken.com> |
| **Sent:** | Tuesday, October 28, 2025 4:32 AM |
| **To:** | Agnolucci, Simona A |
| **Cc:** | Holland, Anika; Carreiro, Remy; Eynon, Alex; Mateen, Harris; Tofighbakhsh, Sara; Santacana, Eduardo E |
| **Subject:** | Re: OpenAI |

**CAUTION: This Message Is From an External Sender**
This message came from outside your organization.

Simona,

Thanks for the response and understood.

We do not accept your proposal of October 20, renewed below and maintain our same position on all fronts.

We appreciate your assistance on the Altman memo — please just connect with us Wednesday morning with messenger info / timing so we can ensure handoff.

Jenn

> On Oct 27, 2025, at 9:05 PM, Agnolucci, Simona A <sagnolucci@cooley.com> wrote:
>
> + Eduardo
>
> Jenn—Thank you for your email. We do not accept your counterproposal. We understand your concern regarding the upcoming deposition deadline, and our prior proposal remains live: we are willing to forgo our appeal and offer (1) immediate access to the Brockman memo, subject to the same terms all parties agreed to for access to the Altman memo, and (2) to present Mr. Sutskever for a short Zoom deposition limited to questions necessary to determine the value of his financial stake in OpenAI. The deposition can take place as early as this week if we can find a mutually agreeable time.
>
> Otherwise, as we explained on our call Thursday afternoon, we intend to appeal Judge Hixson's decision. Our appeal will explain to the Court the unique circumstances of this case and litigant, including as it pertains to prior Protective Order violations by counsel and your client. In response to your point below, prompt compliance does not require a party to forego their legal right to seek prompt review. *See Alvarez v. Larose*, No. 320CV00782DMSAHG, 2020 WL 5632659, at *2 (S.D. Cal. Sept. 21, 2020) (requiring production before the court's ruling on a Rule 72 motion "would effectively deprive Respondents of their right to reconsideration of the Discovery Order by the district judge altogether."); *Jones v. PGA Tour, Inc.*, No. 22-CV-04486-BLF, 2023 WL 2541326, at *2 (N.D. Cal. Mar. 15, 2023) (same). We are happy to discuss this further if you continue to disagree.
>
> As to your other requests, we will deliver the Altman memo to your NYC office on Wednesday

1

morning.  As a courtesy, we have arranged for it to be printed on 11x17 size paper, which we hope assists with your review.

Thank you,
Simona

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Monday, October 27, 2025 2:17 PM
**To:** Agnolucci, Simona A <sagnolucci@cooley.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Carreiro, Remy <rcarreiro@cooley.com>; Eynon, Alex <AEynon@mololamken.com>; Mateen, Harris <hmateen@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: OpenAI

Following on the below: given that the first of these requests is increasingly time sensitive, can you please provide by 9:00p EST / 6p PT whether you will accept the counterproposal?

If we cannot reach agreement, Plaintiffs again reiterate our request that, consistent with the Court's order and Circuit precedent requiring prompt compliance, you (i) produce the Brockman memo, and (ii) provide Mr. Sutskever's availability for a follow-on deposition during the week of November 3.  Please indicate by 9pm EST whether and when you can provide each.

I'm happy to discuss by phone if helpful.
Thanks,
Jenn

**From:** Schubert, Jennifer
**Sent:** Monday, October 27, 2025 12:22 PM
**To:** 'Agnolucci, Simona A' <sagnolucci@cooley.com>; 'Holland, Anika' <anika.holland@cooley.com>
**Cc:** 'Carreiro, Remy' <rcarreiro@cooley.com>; Eynon, Alex <AEynon@mololamken.com>; 'Mateen, Harris' <hmateen@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: OpenAI

Cooley team,

Circling up on a few items –

First, when do you expect to be able to respond to our counter-proposal?  We hope you have had sufficient time to review with your client. Given the timing of our final depos and summary judgement papers, we do need to plan our next steps on getting this evidence.

In anticipation of the Nov. 2 Murati deposition, could you all please arrange to have the Altman memo delivered to our NYC office this Wednesday?  On the back end, our team will be in-flight on Nov. 3 and so can have the document returned to your NYC office on Nov. 4.

Relatedly, is it possible for you all to print / copy the Altman document in a manner that enlarges the screenshots embedded? We do so ourselves but ask your assistance in light of the stipulation terms.

Thanks,
Jenn

2

**From:** Schubert, Jennifer
**Sent:** Thursday, October 23, 2025 4:36 PM
**To:** 'Agnolucci, Simona A' <sagnolucci@cooley.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: OpenAI meet & confer today?

Thanks – I'll give you a call around 4p PT / 7p EST.

**From:** Agnolucci, Simona A <sagnolucci@cooley.com>
**Sent:** Thursday, October 23, 2025 4:14 PM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: OpenAI meet & confer today?

Yes. 3:30-5 PT is open for me. What would work for you?

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Thursday, October 23, 2025 1:07 PM
**To:** Agnolucci, Simona A <sagnolucci@cooley.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: OpenAI meet & confer today?

Simona, do you have time to discuss this further today? Please let me know what works on your end.

Thanks,
Jenn

**From:** Agnolucci, Simona A <sagnolucci@cooley.com>
**Sent:** Monday, October 20, 2025 8:42 PM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: OpenAI meet & confer today?

Jenn—Do you have time for a quick call tonight or in the morning? If so, feel free to try me any time at [redacted], or you can also text me to set up a good time.

Thanks,
Simona

**From:** Agnolucci, Simona A <sagnolucci@cooley.com>
**Sent:** Saturday, October 18, 2025 4:50 AM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>; Holland, Anika <anika.holland@cooley.com>
**Cc:** Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Tofighbakhsh,

3

Sara <STofighbakhsh@mololamken.com>
**Subject:** Re: OpenAI meet & confer today?

Jenn--We will appeal the order. Anika will be in touch about making the hard copy of the Altman memo available to you in NY.

Simona

---

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Saturday, October 18, 2025 7:43:14 AM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** Re: OpenAI meet & confer today?

Cooley team,

In light of the court's ruling, can you please:
(1) make available to us in hard copy in New York both the Altman Memo per our request of 10/15 and the Brockman memo at your earliest convenience, and

(2) provide dates in October on which we could schedule the follow-up deposition, to be taken at 755 Sansome Street in San Francisco.

Thank you,
Jenn

> On Oct 14, 2025, at 6:03 PM, Holland, Anika <anika.holland@cooley.com> wrote:
>
> Thank you, Jenn, we appreciate it.
>
> Apologies, I had my time zones mixed up when I was consulting my calendar earlier—I have another call at 1:30 EST, but 2:30 works.
>
> Thanks,
> Anika
>
> > **From:** Schubert, Jennifer <JSchubert@mololamken.com>
> > **Sent:** Tuesday, October 14, 2025 2:57 PM
> > **To:** Holland, Anika <anika.holland@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>
> > **Cc:** Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
> > **Subject:** RE: OpenAI meet & confer today?

4

Anika,

Thanks again for the productive meeting. Following up:

You asked whether we would stipulate to a 7-day extension on your response regarding continued sealing of the deposition transcript excerpts. We consent to the extension and will look out for the draft stipulation.

We will look forward to hearing back tomorrow afternoon on substance after you all confer with your client. We discussed holding 1:30p EST for a potential meeting, and saw a zoom invitation come through for 2:30p EST. We will plan on joining that link at 2:30p EST, unless we hear otherwise.

Best,
Jenn

**From:** Holland, Anika <anika.holland@cooley.com>
**Sent:** Tuesday, October 14, 2025 3:17 PM
**To:** Agnolucci, Simona A <sagnolucci@cooley.com>; Schubert, Jennifer <JSchubert@mololamken.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>
**Cc:** Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: OpenAI meet & confer today?

Yes, we are free at 2:00 PT, would that work for you? If so, I can send around an invite.

Thanks,
Anika

**From:** Agnolucci, Simona A <sagnolucci@cooley.com>
**Sent:** Tuesday, October 14, 2025 12:09 PM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>; Holland, Anika <anika.holland@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>
**Cc:** Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: OpenAI meet & confer today?

Eduardo and I are both on planes. I land around 8:15 ET/5:15 PT. I am hoping Anika and Remy can discuss with you, or we have to talk in the morning.

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Tuesday, October 14, 2025 12:03 PM
**To:** Agnolucci, Simona A <sagnolucci@cooley.com>; Holland, Anika <anika.holland@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>
**Cc:** Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** OpenAI meet & confer today?

Cooley team,

5

In light of the Court's order, are you all available to meet and confer today regarding our two requests for evidence?

Best,
Jenn

**Jennifer Schubert**
<image001.jpg>

430 Park Avenue
New York, NY 10022
T:  (212) 607-5957
M: (917) 594-8755
jschubert@mololamken.com
www.mololamken.com

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.