UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>        Defendants. | Case No. 24-cv-04722-YGR (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 335 |

The Court's October 17, 2025 discovery order ordered non-party Ilya Sutskever to produce a document and sit for a second deposition. ECF No. 324. He has done neither, and Plaintiffs now seek an order to show cause why he should not be held in contempt. ECF No. 335. In his motion to stay the discovery order, Sutskever points out that the Court did not set a deadline for compliance. ECF No. 337. Accordingly, the Court **DENIES** Plaintiffs' request for an OSC without prejudice and **ORDERS** Sutskever to comply with the October 17 discovery order no later than November 5, 2025, unless he obtains a stay of that order from the district judge by November 5. Please note that asking for a stay (which he has done) and obtaining one are different things.

**IT IS SO ORDERED.**

Dated: October 29, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge