JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@mofo.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,
OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,
OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,
OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,
OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,
OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,
OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,
OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,
OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,
Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**OPENAI DEFENDANTS' NOTIFICATION OF FILING PUBLIC DOCUMENTS PURSUANT TO ORDER RE MOTION TO SEAL (DKT. 336)** |

| | |
|---|---|
| 1 | Pursuant to the Court's Order Re Motion to Seal re Dkt. No. 300 dated October 28, 2025 |
| 2 | (Dkt. 336), the OpenAI Defendants hereby submit Exhibit 4 to Plaintiff's Administrative Motion |
| 3 | to Consider Whether Other Parties' Material Should be Sealed filed at Dkt. 300 (Exhibit 3 to the |
| 4 | Joint Discovery Letter Brief filed at Dkt. 301, an excerpt from Ilya Sutskever's deposition |
| 5 | transcript) with only the redactions that OpenAI proposed: 351:8-18; 352:15-17; and 359:19-22. |

| | | |
|---|---|---|
| 1 | Date: October 29, 2025 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | */s/ Jordan Eth* |
| | | JORDAN ETH (CA SBN 121617) |
| 4 | | JEth@mofo.com |
| | | WILLIAM FRENTZEN (CA SBN 343918) |
| 5 | | WFrentzen@mofo.com |
| | | DAVID J. WIENER (CA SBN 291659) |
| 6 | | DWiener@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 7 | | 425 Market Street |
| | | San Francisco, CA 94105 |
| 8 | | Telephone: (415) 268-7000 |
| | | Facsimile: (415) 268-7522 |
| 9 | | WILLIAM SAVITT (admitted *pro hac vice*) |
| | | WDSavitt@wlrk.com |
| 10 | | BRADLEY R. WILSON (admitted *pro hac vice*) |
| 11 | | BRWilson@mofo.com |
| | | SARAH K. EDDY (admitted *pro hac vice*) |
| 12 | | SKEddy@wlrk.com |
| | | STEVEN WINTER (admitted *pro hac vice*) |
| 13 | | SWinter@wlrk.com |
| | | NATHANIEL CULLERTON (admitted *pro hac vice*) |
| 14 | | NDCullerton@wlrk.com |
| 15 | | WACHTELL, LIPTON, ROSEN & KATZ |
| | | 51 West 52nd Street |
| 16 | | New York, NY 10019 |
| | | Telephone: (212) 403-1000 |
| 17 | | Facsimile: (212) 403-2000 |
| 18 | | *Attorneys for the OpenAI Defendants* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |