# EXHIBIT A

| | |
|---|---|
| **From:** | Jaymie Parkkinen <jparkkinen@toberoffandassociates.com> |
| **Sent:** | Wednesday, May 21, 2025 10:35 AM |
| **To:** | Holland, Anika |
| **Cc:** | Agnolucci, Simona; Marc Toberoff; Santacana, Eduardo E.; Mateen, Harris; Antonuccio, Nicole |
| **Subject:** | Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.) |

**\*\*\* EXTERNAL EMAIL \*\*\***

Hi Anika:

Thanks for your email. In short, I believe the limits you set out are agreeable, with particular notes in blue:

1. **Founding of OpenAI.** We can agree to conduct a reasonably diligent search for documents and communications concerning the founding of OpenAI in 2015 as it relates to your claims, *e.g.*, the non-profit structure. This should work, though we ask for the search to include documents/communications from 2016 as well. OpenAI was formally founded in December 2015, so many of the relevant discussions spilled over into 2016. We also ask that the "e.g." include the non-profit structure, as well as documents/communications concerning safety and open sourcing of technology.
2. **Decision to Open Source Technology.** We can agree to conduct a reasonably diligent search for documents and communications concerning whether or not to make OpenAI's products and technology open source. Depending on what we find relating to this topic, we may need to apply further limiting principles to ensure this request does not become overly burdensome. If you have further guidance for targeting this search, we would appreciate it.
3. **Conflicts of Interest.** We can agree to conduct a reasonably diligent search for documents and communications concerning conflicts of interest of Sam Altman, Greg Brockman, and other members of the nonprofit board. This category would include documents relating to a board member using their insider position for personal gain despite the nonprofit's mission, or a board member's failure to disclose their interest in another company that OpenAI was considering dealing with. If you could provide a list of the board members and any particular conflicted deals you are especially interested in, that would be helpful for our search. Additional Board members: Reid Hoffman, Tasha McCauley, Helen Toner, Will Hurd, Chris Clark, Holden Karnofsky, Sue Yoon, Bret Taylor, Adam D'Angelo, Larry Summers, Sue Desmon-Hellmann, Nicole Seligman, Fidji Simo, Paul Nakasone, Zico Kolter. Companies: Stripe, Reddit, Helion Energy, Humane, Limitless, Cerebras, Infelection AI, Rain AI, and a company (name unknown) involving Jony Ive.
4. **Safety.** We can agree to conduct a reasonably diligent search for documents and communications relating to releasing technologies without adhering to appropriate safety protocols and reviews, including releasing technologies before they were vetted by safety teams.
5. **Sam Altman's dishonesty.** We can agree to conduct a reasonably diligent search for documents and communications related to Sam Altman's dishonesty about safety at OpenAI or about

OpenAI's nonprofit mission. This category would exclude dishonesty related to other topics like personnel issues or interpersonal conflicts.

Please let us know if there are additional categories you would like us to search for.

We also discussed whether you would be amenable to us making redactions for relevance, particularly if the documents relate to sensitive topics for our client, including Sam Altman's firing, the Board events of November/December 2023, or Mr. Sutskever's reasons for leaving OpenAI. You indicated you were agreeable to such good faith relevance redactions. We also agreed to an inspection provision for any edge cases, whereby we would permit you to inspect an unredacted version of the document without giving you a copy, and you could review and determine whether you wanted it to be produced without redactions.

We next discussed the process for confidentiality designations in light of the fact that Mr. Sutskever may be in possession of OpenAI's proprietary information. You indicated it was your preference for us to designate material as AEO when we believe there may be a claim by OpenAI of confidentiality, rather than having OpenAI determine designations before production. That is fine with us.

Finally, we discussed whether you anticipated needing to depose Mr. Sutskever. You stated that you weren't sure yet at this time but would give us a heads up if you determined a deposition was necessary. Will keep you apprised.

Thank you.

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If

you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Mon, May 19, 2025 at 7:40 PM Holland, Anika <AHolland@willkie.com> wrote:

Hi Jaymie,

Thanks for taking the time to discuss Mr. Musk's discovery requests on May 13th.  As you explained at the beginning of our call today, the requests to Mr. Sutskever primarily focus on two topics: safety and non-profit promises.  With appropriate limiting principles and privacy redactions in place to ensure relevance, we can agree to produce on a rolling basis documents and communications in Mr. Sutskever's personal possession that are sufficient to address those topics.

Below are the specific categories of documents we discussed.  We expect this discussion to be an iterative process, so please do follow up with additional details and revisions, and we will endeavor to reach an agreement where we can.

1. **Founding of OpenAI.**  We can agree to conduct a reasonably diligent search for documents and communications concerning the founding of OpenAI in 2015 as it relates to your claims, *e.g.*, the non-profit structure.
2. **Decision to Open Source Technology.**  We can agree to conduct a reasonably diligent search for documents and communications concerning whether or not to make OpenAI's products and technology open source.  Depending on what we find relating to this topic, we may need to apply further limiting principles to ensure this request does not become overly burdensome.  If you have further guidance for targeting this search, we would appreciate it.
3. **Conflicts of Interest.**  We can agree to conduct a reasonably diligent search for documents and communications concerning conflicts of interest of Sam Altman, Greg Brockman, and other members of the nonprofit board.  This category would include documents relating to a board member using their insider position for personal gain despite the nonprofit's mission, or a board member's failure to disclose their interest in another company that OpenAI was considering dealing with.  If you could provide a list of the board members and any particular conflicted deals you are especially interested in, that would be helpful for our search.
4. **Safety.**  We can agree to conduct a reasonably diligent search for documents and communications relating to releasing technologies without adhering to appropriate safety protocols and reviews, including releasing technologies before they were vetted by safety teams.
5. **Sam Altman's dishonesty.**  We can agree to conduct a reasonably diligent search for documents and communications related to Sam Altman's dishonesty about safety at OpenAI or about OpenAI's nonprofit mission.  This category would exclude dishonesty related to other topics like personnel issues or interpersonal conflicts.

Please let us know if there are additional categories you would like us to search for.

3

We also discussed whether you would be amenable to us making redactions for relevance, particularly if the documents relate to sensitive topics for our client, including Sam Altman's firing, the Board events of November/December 2023, or Mr. Sutskever's reasons for leaving OpenAI.  You indicated you were agreeable to such good faith relevance redactions.  We also agreed to an inspection provision for any edge cases, whereby we would permit you to inspect an unredacted version of the document without giving you a copy, and you could review and determine whether you wanted it to be produced without redactions.

We next discussed the process for confidentiality designations in light of the fact that Mr. Sutskever may be in possession of OpenAI's proprietary information.  You indicated it was your preference for us to designate material as AEO when we believe there may be a claim by OpenAI of confidentiality, rather than having OpenAI determine designations before production. That is fine with us.

Finally, we discussed whether you anticipated needing to depose Mr. Sutskever.  You stated that you weren't sure yet at this time but would give us a heads up if you determined a deposition was necessary.

Thanks,

Anika

**Anika Holland**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7411 | Fax: +1 415 858 7599
aholland@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Wednesday, May 7, 2025 3:40 PM
**To:** Holland, Anika <AHolland@willkie.com>
**Cc:** Agnolucci, Simona <SAgnolucci@willkie.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Santacana, Eduardo E. <ESantacana@willkie.com>; Mateen, Harris <HMateen@willkie.com>; Antonuccio, Nicole <NAntonuccio@willkie.com>
**Subject:** Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)

4

**\*\*\* EXTERNAL EMAIL \*\*\***

Thanks, Anika. May 13 at 10am PT is great.

Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Wed, May 7, 2025 at 2:07 PM Holland, Anika <AHolland@willkie.com> wrote:

> Hi Jaymie,
>
> No worries.  Would Tuesday 5/13 at 10:00am work for you?  I am out of the office tomorrow through Monday.  Let us know.
>
> Best,
> Anika
>
> **Anika Holland**
> **Willkie Farr & Gallagher LLP**

333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7411 | Fax: +1 415 858 7599
aholland@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Wednesday, May 7, 2025 1:17 PM
**To:** Holland, Anika <AHolland@willkie.com>
**Cc:** Agnolucci, Simona <SAgnolucci@willkie.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Santacana, Eduardo E. <ESantacana@willkie.com>; Mateen, Harris <HMateen@willkie.com>; Antonuccio, Nicole <NAntonuccio@willkie.com>
**Subject:** Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)

**\*\*\* EXTERNAL EMAIL \*\*\***

Hi Anika:

Something has come up. Can we reschedule for Thursday or Friday this week? Thanks.

Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

6

On Thu, May 1, 2025 at 7:18 PM Jaymie Parkkinen <jparkkinen@toberoffandassociates.com> wrote:

Hi Anika:

May 7 at 4:30 pm PT works. Thanks.

Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Thu, May 1, 2025 at 5:57 PM Holland, Anika <AHolland@willkie.com> wrote:

Hi Jaymie,

Are you available to meet and confer on Wednesday, May 7 at 4:30pm? Let me know and I will circulate an invite.

7

Thanks,

Anika

**Anika Holland**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7411 | Fax: +1 415 858 7599
aholland@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Monday, April 28, 2025 6:11 PM
**To:** Holland, Anika <AHolland@willkie.com>
**Cc:** Agnolucci, Simona <SAgnolucci@willkie.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>; Santacana, Eduardo E. <ESantacana@willkie.com>; Mateen, Harris <HMateen@willkie.com>; Antonuccio, Nicole <NAntonuccio@willkie.com>
**Subject:** Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)

**\*\*\* EXTERNAL EMAIL \*\*\***

Hi Anika:

Mr. Sutskever's responses indicate you would like to meet and confer regarding the requests, which we are happy to do. We can make ourselves available anytime this week, please let us know a day and time that works for you.

Thank you.

Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Mon, Apr 28, 2025 at 5:21 PM Holland, Anika <AHolland@willkie.com> wrote:

> Jaymie,
>
> Attached please find Mr. Sutskever's Responses & Objections to Plaintiffs' Rule 45 subpoena served on Mr. Sutskever in the above-captioned action.
>
> Best,
>
> Anika
>
> **Anika Holland**
> **Willkie Farr & Gallagher LLP**
> 333 Bush St | San Francisco, CA 94104
> Direct: +1 415 858 7411 | Fax: +1 415 858 7599
> aholland@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> **From:** Agnolucci, Simona <SAgnolucci@willkie.com>
> **Sent:** Friday, April 25, 2025 10:27 AM
> **To:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
> **Cc:** Marc Toberoff <mtoberoff@toberoffandassociates.com>; Santacana, Eduardo E. <ESantacana@willkie.com>; Holland, Anika <AHolland@willkie.com>; Mateen, Harris

9

<HMateen@willkie.com>; Antonuccio, Nicole <NAntonuccio@willkie.com>
**Subject:** RE: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)

Jaymie—We will accept service of this subpoena.

I am adding my colleagues who should be copied on correspondence for this matter going forward.  Thank you.

**Simona Agnolucci**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7447 | Fax: +1 415 858 7599
sagnolucci@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Agnolucci, Simona <SAgnolucci@willkie.com>
**Sent:** Wednesday, April 16, 2025 6:49 AM
**To:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Cc:** Marc Toberoff <mtoberoff@toberoffandassociates.com>
**Subject:** Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)

Jaymie--I am talking to the client and will get back to you this week.

‒

On April 15, 2025 at 2:02:48 PM PDT, Jaymie Parkkinen <jparkkinen@toberoffandassociates.com> wrote:

**\*\*\* EXTERNAL EMAIL \*\*\***

Ms. Agnolucci:

Please let us know whether you represent Ilya Sutskever and will accept service on his behalf by the close of business today, or we will proceed with personal service of the subpoena. Thank you.

Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Mon, Apr 14, 2025 at 11:18 AM Jaymie Parkkinen <jparkkinen@toberoffandassociates.com> wrote:

> Ms. Agnolucci:
>
> We represent Plaintiffs Elon Musk, Shivon Zilis, and xAI in the above-referenced matter. We have been informed you represent Ilya Sutskever and are writing to inquire whether you will accept service of the attached subpoena on his behalf.
>
> We kindly ask for your prompt response. Thank you.
>
> Jaymie Parkkinen
>
> Toberoff & Associates, P.C.
>
> 23823 Malibu Road, Suite 50-363

11

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

**Simona Agnolucci**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7447 | Fax: +1 415 858 7599
sagnolucci@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-

clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.