# EXHIBIT C

1

1   UNITED STATES DISTRICT COURT
2   NORTHERN OF CALIFORNIA
3   OAKLAND DIVISION
4   ELON MUSK, et al.,            )
                                  )
5            Plaintiffs,          )
                                  )
6   v.                            )   Case No. 4:24-cv-04722-YGR
                                  )
7   SAMUEL ALTMAN, et al.,        )
                                  )
8            Defendants.          )
                                  )

9

10

11

12          ** HIGHLY CONFIDENTIAL **
13      Videotaped Deposition of ILYA SUTSKEVER
14          San Francisco, California
15          Wednesday, October 1, 2025

16

17

18

19

20

21

22

23          Reported Stenographically by
24      Michael P. Hensley, RDR, CSR No. 14114

25

132

BY ATTORNEY MOLO:

Q. I mean, excuse me, what was your concern about them leaking?

A. It was a generalized concern.

Q. Okay.

You drafted a similar memo that was acritical of Greg Brockman; correct?

A. Yes.

Q. You sent that to the board too?

A. Yes.

Q. Does a version of your memo about Greg Brockman exist anywhere in any form?

ATTORNEY AGNOLUCCI: Object to form.

THE WITNESS: I believe various lawyers have a copy.

BY ATTORNEY MOLO:

Q. Who has a copy?

A. Various lawyers.

Q. Which lawyers would those be?

ATTORNEY AGNOLUCCI: Object to form.

And, obviously, I'm instructing the witness not to answer with respect to any documents that he may have provided to his own counsel. So if you know --

ATTORNEY MOLO: Well, that doesn't make

135

1  answer?
2      A.   That's what I'm hearing.
3           ATTORNEY MOLO:  Okay.
4           ATTORNEY AGNOLUCCI:  And I think there's
13:58:58  5  some ambiguity about -- in his mind what's
6  privileged and so.
7           ATTORNEY MOLO:  He knows what's in his
8  mind.
9           ATTORNEY AGNOLUCCI:  I'm happy to meet and
13:59:07 10  confer further, but I think we need to move on.
11          ATTORNEY MOLO:  I'm going to show you
12  Exhibit 20.
13          (Exhibit 20 was marked for
14          identification.)
13:59:30 15  BY ATTORNEY MOLO:
16      Q.   This is an article from "The Wall Street
17  Journal" dated March 28th of 2025; byline by
18  Keith -- excuse me -- Hagey; headline "The Secrets
19  of Misdirection Behind Sam Altman's Firing From
13:59:47 20  OpenAI."
21          You're familiar with this article?
22      A.   No.
23      Q.   Okay.
24          At page 440, at the bottom of the article,
13:59:59 25  if you look at the third line, there's a sentence

|         |                                                              |
|---------|--------------------------------------------------------------|
| 1       | THE WITNESS:  I don't have an affirmative                    |
| 2       | recollection.                                                |
| 3       | BY ATTORNEY MOLO:                                            |
| 4       | Q.  Okay.                                                    |
| 19:44:12 5 | Is it your belief that Sam Altman will                    |
| 6       | have a financial interest in OpenAI someday?                 |
| 7       | ATTORNEY EDDY:  Objection.                                   |
| 8       | THE WITNESS:  I recall reading about it in                   |
| 9       | the news, but I don't know how accurate it is.               |
| 19:44:25 10 | BY ATTORNEY MOLO:                                         |
| 11      | Q.  Okay.                                                    |
| 12      | When you left OpenAI, you resigned in May                    |
| 13      | of 2024; is that right?                                      |
| 14      | A.  I don't remember, but it sounds within the               |
| 19:44:44 15 | range.                                                   |
| 16      | Q.  Why did you leave?                                       |
| 17      | ATTORNEY AGNOLUCCI:  Object to form.                         |
| 18      | THE WITNESS:  Ultimately, I had a big new                    |
| 19      | vision, and it felt more suitable for a new company.         |
| 19:44:58 20 | BY ATTORNEY MOLO:                                        |
| 21      | Q.  Okay.                                                    |
| 22      | At the time immediately prior to your                        |
| 23      | departure of OpenAI, did you have an equity stake in         |
| 24      | the company?                                                 |
| 19:45:09 25 | A.  Yes.                                                 |

```
 1              I just want to make sure that it's clear
 2   on record.
 3              ATTORNEY AGNOLUCCI:  I'm instructing him
 4   not to answer the amount of his financial interest.
 5   He can answer whether he has an interest, but he
 6   cannot quantify it.
 7   BY ATTORNEY MOLO:
```



```
19   BY ATTORNEY MOLO:
20        Q.   Okay.
21             Do you still have a financial interest in
22   OpenAI?
23        A.   Yes.
24        Q.   Okay.
25             Has the amount of the interest increased
```

352

```
            1    or decreased since you've left OpenAI?
            2         A.    Increased.
            3         Q.    Okay.
            4               And has the value of the interest
19:47:05    5    increased or decreased since you got --
            6         A.    Sorry.  Can you repeat the previous
            7    question.
            8         Q.    Okay.
            9               So -- okay.
19:47:11   10               Okay.
           11               Has the value of your interest in OpenAI
           12    increased or decreased since you left OpenAI?
           13         A.    Increased.
           14         Q.    Okay.
19:47:19   15    ████████████████████████████████████████████████
           16    ████████████████████████████████████████████
           17    ██████████████████████
           18               ATTORNEY AGNOLUCCI:  Same instruction not
           19    to answer.
19:47:31   20               Don't answer that.
           21    BY ATTORNEY MOLO:
           22         Q.    Sir?
           23               ATTORNEY AGNOLUCCI:  He's not answering
           24    the question.
           25                          ///
```

359

|              |    |                                                    |
|--------------|----|----------------------------------------------------|
|              | 1  |         Ilya, you testified a few moments ago that |
|              | 2  | you believe that OpenAI may be paying your legal   |
|              | 3  | fees; is that right?                               |
|              | 4  |     A.   Yes.                                      |
| 20:00:57     | 5  |     Q.   Okay.                                     |
|              | 6  |          Are you deriving any other financial      |
|              | 7  | benefits from OpenAI at this time?                 |
|              | 8  |     A.   Nothing beyond what you've already        |
|              | 9  | mentioned.                                         |
| 20:01:07     | 10 |     Q.   Okay.                                     |
|              | 11 |          And then other than the instructions from |
|              | 12 | your lawyer here today, do you believe there's any |
|              | 13 | reason you cannot disclose the details of your     |
|              | 14 | financial interest in OpenAI?                      |
| 20:01:18     | 15 |     A.   No.                                       |
|              | 16 |          ATTORNEY AGNOLUCCI:  Object to form.      |
|              | 17 | BY ATTORNEY MOLO:                                  |
|              | 18 |     Q.   Okay.                                     |

[lines 19–22 redacted]

|              | 23 |          ATTORNEY AGNOLUCCI:  Object to form.      |
|              | 24 |          ATTORNEY EDDY:  Objection.                |
| 20:01:33     | 25 |          THE WITNESS:  I was not aware.            |

360

|            |    |                                                              |
|-----------:|---:|--------------------------------------------------------------|
|            |  1 | ATTORNEY COHEN: That has a protective                        |
|            |  2 | order. You should withdraw the question.                     |
|            |  3 | ATTORNEY EDDY: That's a violation of the                     |
|            |  4 | protective order.                                            |
| 20:01:42   |  5 | ATTORNEY MOLO: Well, that was certainly                      |
|            |  6 | not my intention. I'll withdraw the question.                |
|            |  7 | Anything else?                                               |
|            |  8 | No further questions.                                        |
|            |  9 | Thank you very much, Ilya.                                   |
| 20:01:55   | 10 | THE WITNESS: Okay.                                           |
|            | 11 | ATTORNEY MOLO: We have issues, though, in                    |
|            | 12 | terms of the deposition remaining open because               |
|            | 13 | there's documents that have not been produced to us.         |
|            | 14 | We have the issue of the Brockman report, which we           |
| 20:02:14   | 15 | learned of today, and you possess it, and it's not           |
|            | 16 | been produced. And we have these issues about, you           |
|            | 17 | know, Ilya's financial interest.                             |
|            | 18 | So this -- we're not done.                                   |
|            | 19 | ATTORNEY AGNOLUCCI: We obviously                             |
| 20:02:28   | 20 | disagree. As for the Brockman memo, it was                   |
|            | 21 | referenced in one of the exhibits that you used in           |
|            | 22 | your questioning. You've known about it for some             |
|            | 23 | time. And perhaps you should talk to your colleague          |
|            | 24 | who handled the meet-and-confer because the memo was         |
| 20:02:45   | 25 | never requested. You all were aware that it                  |