COOLEY LLP
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
REMY CARREIRO (359384)
(rcarreiro@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:	+1 415 693 2000
Facsimile:	+1 415 693 2222

Attorneys for Non-Party
ILYA SUTSKEVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> SAMUEL ALTMAN, et al., <br><br>          Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **[PROPOSED] ORDER GRANTING NON-PARTY ILYA SUTSKEVER'S ADMINISTRATIVE MOTION TO SHORTEN TIME** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING NON-PARTY ILYA
SUTSKEVER'S ADMINISTRATIVE MOTION TO
SHORTEN TIME-CASE NO. 4:24-CV-04722-YGR

**[PROPOSED] ORDER**

Before the Court is Non-Party Ilya Sutskever's Administrative Motion to Shorten Time.

Having reviewed and considered the papers filed in support of the Motion, any opposition thereto, and the record in this case, it is **HEREBY ORDERED THAT:**

The Motion is **GRANTED.** Any Response from Plaintiffs to Mr. Sutskever's Motion to Stay (Dkt. 337) is due October 31, 2025. The Court will hear argument on the Motion on November 3, 2025, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  HON. YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT JUDGE