1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  JAYMIE PARKKINEN (CA SBN 318394)
   JParkkinen@toberoffandassociates.com
3  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
4  Malibu, CA  90265
   Telephone: (310) 246-3333
5
   STEVEN F. MOLO (*pro hac vice*)
6  ROBERT K. KRY (*pro hac vice*)
   JENNIFER M. SCHUBERT (*pro hac vice*)
7  MOLOLAMKEN LLP
   430 Park Avenue
8  New York, NY  10022
   Telephone: (212) 607-8160
9
   *Attorneys for Plaintiffs Elon Musk*
10 *and X.AI Corp.*

11
                  **UNITED STATES DISTRICT COURT**
12                **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | ELON MUSK, et al.,          | Case No. 4:24-cv-04722-YGR (TSH)
15 |         Plaintiffs,          |
16 |    v.                        | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIAL SHOULD BE SEALED**
17 | SAMUEL ALTMAN, et al.,       |
18 |         Defendants.          |

Pursuant to Civil Local Rule 7-11 and 79-5(f), Plaintiffs hereby move to file portions of Plaintiff's Response in Opposition to Non-Party Ilya Sutskever's Motion to Stay (the "Response"), the accompanying Declaration of Jennifer Schubert, and Exhibit 1 thereto, under seal.

The highlighted portions of the Response, Schubert Declaration, and Exhibit 1 thereto reflect information that non-party Ilya Sutskever has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Orders entered in this case, Dkts. 171, 270.

Accordingly, Plaintiff has provisionally filed portions of the documents listed below under seal:

| Document | Designator of Sealed Information |
| --- | --- |
| Plaintiffs' Response in Opposition to Non-Party Ilya Sutskever's Motion to Stay | Ilya Sutskever |
| Schubert Declaration | Ilya Sutskever |
| Schubert Decl. Ex. 1 (Sutskever Tr.) | Ilya Sutskever |

DATED: October 30, 2025

Respectfully Submitted,

MOLOLAMKEN LLP

/s/ Steven F. Molo
Steven F. Molo

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*