**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR (TSH) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIAL SHOULD BE SEALED** |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Other Parties' Material Should Be Sealed. Having found the below identified papers to contain highlighted material that is sealable pursuant to Civil Local Rule 79-5, the Motion is hereby **GRANTED**.

| Document | Designator of Sealed Information |
|---|---|
| Plaintiffs' Response in Opposition to Non-Party Ilya Sutskever's Motion to Stay | Ilya Sutskever |
| Schubert Declaration | Ilya Sutskever |
| Schubert Decl. Ex. 1 (Sutskever Tr.) | Ilya Sutskever |

**IT IS SO ORDERED.** The Clerk of the Court shall file the identified documents under seal.

DATED: _____

Hon. Yvonne Gonzalez Rogers
United States District Court Judge