# DECLARATION CONDITIONALLY FILED PARTIALLY UNDER SEAL

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR (TSH) |
| Plaintiffs, | |
| v. | **DECLARATION OF JENNIFER SCHUBERT** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

**DECLARATION**

I, Jennifer Schubert, declare as follows:

1. I am a partner with MoloLamken LLP, counsel for Plaintiffs in *Musk, et al. v. Altman, et al.*, No. 4:24-cv-04722-YGR (N.D. Cal.). I have personal knowledge of the facts stated herein and, if called, could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Response in Opposition to Non-Party Ilya Sutskever's Motion to Stay.

2. I attended the deposition of non-party Ilya Sutskver on October 1, 2025. Mr. Sutskever's deposition testimony, a true and correct excerpt of which is attached hereto as **Exhibit 1**, was consistent ██████████████████████████████████████████████████████ ██████████████████████████████████████████.

3. On October 17, 2025, this Court "ORDER[ED] (1) Sutskever to produce the Brockman memo to Plaintiffs and (2) Plaintiffs may depose Sutskever in a second deposition concerning the value of his financial interest in OpenAI and concerning the Brockman memo." Dkt. No. 324.

4. Over the next eleven days, I attempted to negotiate compliance with counsel for Mr. Sutskever, whose fees are being paid by OpenAI. On the morning of October 18, I requested that Mr. Sutskever comply with the Order by providing the Brockman Memo and dates for a follow-up deposition. Mr. Sutskever's counsel responded that they intended to appeal the Order. On October 20, I requested that Mr. Sutskever comply promptly with this Court's order notwithstanding any appeal, consistent with the law in this Circuit.

5. The parties then met and conferred in good faith. Mr. Sutskever's counsel twice proposed: (1) to make the Brockman Memo available for inspection only, under highly restrictive procedures not required by law; and (2) to make Mr. Sutskever available for a video deposition regarding only the value of his equity stake in OpenAI, not regarding the Brockman Memo.

6. On October 23, Plaintiffs' counsel agreed to accept the Brockman Memo subject to the highly restrictive procedures demanded by Mr. Sutskever's counsel and to depose Mr. Sutskever remotely. Plaintiffs' counsel also insisted that Mr. Sutskever comply with the Order and answer

questions about the Brockman Memo. Mr. Sutskever declined the counterproposal. On at least October 20, 23, and 27, I reiterated to Mr. Sutskever's counsel that Mr. Sutskever was required to comply with the Order promptly. I also advised that if Mr. Sutskever did not comply, Plaintiffs would need to seek relief with the court. Mr. Sutskever's counsel responded each time that they did not intend to supply the discovery pending appeal. They stated that they instead would "take their chances."

7. On October 28, Plaintiffs filed a Motion for an Order to Show Cause Why Contempt Citation Should Not Issue Against Non-Party Ilya Sutskever. Dkt. No. 335.

8. Plaintiffs are scheduled to depose non-party Mira Murati in three days, on November 2, 2025, and intend to question Ms. Murati about the Brockman Memo. Expert reports were submitted yesterday, and Plaintiffs' responses to defendants' motions for summary judgment are due on November 7. The evidence adduced from the Brockman Memo and Mr. Sutskever's deposition will be relevant to our brief and may be relevant to our experts' opinions.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2025, at New York, New York.

/s/ Jennifer Schubert
Jennifer Schubert