# EXHIBIT 1

## CONDITIONALLY FILED PARTIALLY UNDER SEAL

```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2               NORTHERN OF CALIFORNIA

 3                  OAKLAND DIVISION
    _____
 4  ELON MUSK, et al.,           )
                                 )
 5           Plaintiffs,         )
                                 )
 6  v.                           )   Case No. 4:24-cv-04722-YGR
                                 )
 7  SAMUEL ALTMAN, et al.,       )
                                 )
 8           Defendants.         )
    _____)
 9

10

11

12            ** HIGHLY CONFIDENTIAL **

13      Videotaped Deposition of ILYA SUTSKEVER

14             San Francisco, California

15            Wednesday, October 1, 2025

16

17

18

19

20

21

22

23          Reported Stenographically by

24     Michael P. Hensley, RDR, CSR No. 14114

25
```

2

1          UNITED STATES DISTRICT COURT

2           NORTHERN OF CALIFORNIA

3              OAKLAND DIVISION

```
_____
ELON MUSK, et al.,            )
                              )
         Plaintiffs,          )
                              )
v.                            )  Case No. 4:24-cv-04722-YGR
                              )
SAMUEL ALTMAN, et al.,        )
                              )
         Defendants.          )
_____)
```

11    Videotaped Deposition of ILYA SUTSKEVER,

12 commencing at the hour of 10:19 AM and concluding at

13 the hour of 8:07 PM on Wednesday, October 1, 2025,

14 at the location of Cooley, LLP,

15 3 Embarcadero Center, 20th Floor, San Francisco,

16 California 94111, before Michael Hensley, Registered

17 Diplomate Reporter, Certified Shorthand Reporter

18 No. 14114, in and for the State of California.

```
 1   APPEARANCES:

 2   For Plaintiffs:

 3           MOLOLAMKEN LLP
             BY:  STEVEN F. MOLO, ESQ.
 4                JENNIFER SCHUBERT, ESQ.
                  SARA TOFIGHBAKHSH, ESQ.
 5           430 Park Avenue
             New York, New York 10022
 6           212.607.8170
             smolo@mololamken.com
 7           jschubert@mololamken.com
             stofighbakhsh@mololamken.com
 8

 9   For Defendant Microsoft Corporation:

10           DECHERT LLP
             BY:  RUSSELL P. COHEN , ESQ.
11                YOSEF WEITZMAN, ESQ.
             45 Fremont Street, 26th Floor
12           San Francisco, California 94105
             415.262.4506
13           russ.cohen@dechert.com
             yosi.weitzman@dechert.com
14

15   For Defendant OpenAI:

16           WACHTELL, LIPTON, ROSEN & KATZ
             BY:  SARAH K. EDDY, ESQ.
17                KELSEY BORENZWEIG, ESQ.
                  WILLIAM SAVITT, ESQ.
18           51 West 52nd Street
             New York, New York 10019
19           212.403.1219
             skeddy@wlrk.com
20           kaborenzweig@wlrk.com
             wdsavitt@wlrk.com
21

22

23

24

25
```

```
 1   APPEARANCES (CONTINUED):

 2   For Deponent Ilya Sutskever:

 3           COOLEY LLP
             BY:  SIMONA AGNOLUCCI, ESQ.
 4                EDUARDO SANTACANA, ESQ.
                  ANIKA HOLLAND, ESQ.
 5                REMY CARREIRO, ESQ.
             3 Embarcadero Center, 20th Floor
 6           San Francisco, CA 94111
             415.693.2535
 7           sagnolucci@cooley.com
             esantacana@cooley.com
 8           anika.holland@cooley.com
             rcarreiro@cooley.com
 9

10   Also Present:

11           MIGUEL CONCEPCION, Videographer

12

13   Present Remotely:

14           ELIZABETH PRADO, AV Monitor

15           JAYMIE PARKKINEN, ESQ.

16           IANNI DRIVAS, ESQ.

17

18

19

20

21

22

23

24

25
```

351

```
 1              I just want to make sure that it's clear
 2    on record.
 3              ATTORNEY AGNOLUCCI:  I'm instructing him
 4    not to answer the amount of his financial interest.
 5    He can answer whether he has an interest, but he
 6    cannot quantify it.
 7    BY ATTORNEY MOLO:
 8         ███████████████████████████████████
      ████████████████████████████████████████
      ████████████████
      ██████████████████████████████
      ████████████████████████
      █████████████████████
      ████████████████████████████████████████████
      ██████████████████████████████
      ████████████████████████████████
      █████████████████████████████████████████
      ███████████
19    BY ATTORNEY MOLO:
20         Q.   Okay.
21              Do you still have a financial interest in
22    OpenAI?
23         A.   Yes.
24         Q.   Okay.
25              Has the amount of the interest increased
```