**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04722-YGR (TSH)<br><br>**[PROPOSED] ORDER DENYING NON-PARTY ILYA SUTSKEVER'S MOTION TO STAY** |

**[PROPOSED] ORDER**

Before the Court is Non-Party Ilya Sutskever's Motion to Stay Magistrate Judge's Order Pending Resolution of Motion for Relief From Nondispositive Pretrial Order ("Motion to Stay") (Dkt. 337).

Upon review and consideration of the Motion to Stay, the accompanying declarations and exhibits thereto, Plaintiffs' Response in Opposition, and the accompanying declarations and exhibits thereto, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The Motion to Stay is DENIED;

Non-Party Ilya Sutskever SHALL immediately produce the "Brockman Memo" document to Plaintiffs, free and clear of any obligation, restriction, or conditions on its use other than those present in the protective orders entered in this case, if appropriate; and

Non-Party Ilya Sutskever SHALL sit for a second deposition concerning the value of his financial interest in OpenAI and the Brockman Memo no later than November 5, 2025, or such date as the parties and Ilya Sutskever may agree.

**IT IS SO ORDERED.**

DATED: _____

Hon. Yvonne Gonzalez Rogers
United States District Court Judge