MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
JAYMIE PARKKINEN (CA SBN 318394)
JParkkinen@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR (TSH) |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF FILING IN RESPONSE TO DISCOVERY ORDER RE MOTION TO SEAL (DKT. 336)** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

CASE NO. 4:24-cv-04722-YGR
PLAINTIFFS' NOTICE OF FILING

Pursuant to the Court's October 28, 2025 Order re Motion to Seal (Dkt. No. 336), Plaintiffs hereby file unredacted copies of Plaintiffs' Discovery Letter Brief and the two meet and confer correspondences filed as exhibits thereto (Dkt. Nos. 301, 301-1, and 301-2).

DATED: October 31, 2025                   Respectfully Submitted,

                                          MOLOLAMKEN LLP

                                          /s/ Steven F. Molo
                                          Steven F. Molo

                                          *Attorney for Plaintiffs Elon Musk and X.AI Corp.*