# EXHIBIT 1

| | |
|---|---|
| **From:** | Agnolucci, Simona A <sagnolucci@cooley.com> |
| **Sent:** | Tuesday, October 7, 2025 10:29 AM |
| **To:** | Schubert, Jennifer; Holland, Anika |
| **Cc:** | Santacana, Eduardo E; Carreiro, Remy; Mateen, Harris; Kry, Robert; Tofighbakhsh, Sara; Jaymie Parkkinen |
| **Subject:** | Re: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.) |

That works for me.

---

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Tuesday, October 7, 2025 10:28:13 AM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Okay, we have shuffled a few schedules – can we plan on Wednesday at 5p PT / 8p EST? If so, I'll send a zoom link.

Thanks,
Jenn

---

**From:** Holland, Anika <anika.holland@cooley.com>
**Sent:** Monday, October 6, 2025 8:13 PM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

I am sorry, but it is not—we could do Wednesday evening PT or Thursday morning PT.

---

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Monday, October 6, 2025 5:10 PM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Subject:** Re: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Is Wednesday morning PT an option?  Trying to figure out the best overlay.

Thanks.

> On Oct 6, 2025, at 6:40 PM, Holland, Anika <anika.holland@cooley.com> wrote:

1

Hi Jenn,

I'm sorry but tomorrow won't work.  We could do Wednesday after your deposition concludes, or we could do Thursday before 11am.  Let me know if you can make either of those times work.

Thanks,
Anika

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Monday, October 6, 2025 2:48 PM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Thanks, Anika. Unfortunately, we have a few conflicts on Wednesday including a deposition.  We can be pretty flexible on timing tomorrow – would it be possible to squeeze into the bookends of the day or otherwise?

Jenn

**From:** Holland, Anika <anika.holland@cooley.com>
**Sent:** Monday, October 6, 2025 5:33 PM
**To:** Schubert, Jennifer <JSchubert@mololamken.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Hi Jenn,

Wednesday would work better for us—are you available then?

Thanks,
Anika

**Anika Holland**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2713 office | +1 415 693 2222 fax
anika.holland@cooley.com

Pronouns: she, her, hers
www.cooley.com
Cooley is committed to racial justice

**From:** Schubert, Jennifer <JSchubert@mololamken.com>
**Sent:** Monday, October 6, 2025 2:30 PM
**To:** Holland, Anika <anika.holland@cooley.com>

2

**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Carreiro, Remy <rcarreiro@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Subject:** RE: Musk v. Altman No. 4:24-cv-04722 (N.D. Cal.)

Counsel,

Are you available for a meet and confer tomorrow regarding the open issues from Mr. Sutsekever's deposition?

Thank you,
Jenn

3