# EXHIBIT 2

| | |
|---|---|
| **From:** | Holland, Anika <anika.holland@cooley.com> |
| **Sent:** | Tuesday, August 26, 2025 9:27 PM |
| **To:** | Jaymie Parkkinen; Agnolucci, Simona A |
| **Cc:** | Santacana, Eduardo E; Mateen, Harris; Kry, Robert; Schubert, Jennifer |
| **Subject:** | RE: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.) |

Thank you, Jaymie. Your cooperation is appreciated.

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Tuesday, August 26, 2025 6:25 PM
**To:** Agnolucci, Simona A <sagnolucci@cooley.com>
**Cc:** Holland, Anika <anika.holland@cooley.com>; Santacana, Eduardo E <esantacana@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Schubert, Jennifer <JSchubert@mololamken.com>
**Subject:** Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)

Simona:

We can agree to conduct the deposition at Cooley's SF office, starting at 10am.

Regards,

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Tue, Aug 26, 2025 at 12:04 PM Agnolucci, Simona A <sagnolucci@cooley.com> wrote:

> For various reasons, we need to be in our office that day.
>
> Get Outlook for iOS
>
> **From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
> **Sent:** Tuesday, August 26, 2025 11:59:34 AM
> **To:** Holland, Anika <anika.holland@cooley.com>
> **Cc:** Agnolucci, Simona A <sagnolucci@cooley.com>; Santacana, Eduardo E <esantacana@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Schubert, Jennifer <JSchubert@mololamken.com>
> **Subject:** Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)

1

Hi Anika:

We can agree to the 10am start time, but we would like to conduct Mr. Sutskever's deposition at our SF office.

Thank you.

Jaymie Parkkinen
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Mon, Aug 25, 2025 at 6:02 PM Holland, Anika <anika.holland@cooley.com> wrote:

> Thanks Jaymie.  Could we start at 10am and use Cooley's SF office as the location? Let me know.
>
>
> Best,
>
> Anika
>
> ---
>
> **From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
> **Sent:** Monday, August 25, 2025 1:14 PM
> **To:** Holland, Anika <anika.holland@cooley.com>
> **Cc:** Agnolucci, Simona A <sagnolucci@cooley.com>; Santacana, Eduardo E <esantacana@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Schubert, Jennifer <JSchubert@mololamken.com>
> **Subject:** Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)
>
>
> Hi Anika:
>
> October 1 will work. Please see the attached subpoena. Thank you for agreeing to accept service.

2

Regards,

Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Mon, Aug 25, 2025 at 11:36 AM Holland, Anika <anika.holland@cooley.com> wrote:

Hi Jaymie,

If we can schedule the deposition for October 1, we can agree to accept service on Mr. Sutskever's behalf. I understand your current case schedule contemplates depositions through 10/1, but we could also schedule the deposition for October 2 or 3 if there's flexibility with the deadline. I understand MSJs are not due until 10/10.

I'm sorry we don't have dates available sooner, but our team members' trial will go through at least 9/5, Mr. Sutskever is completely unavailable the weeks of 9/8 and 9/15, and we will need time to prepare. Let me know if October 1, 2, or 3 is workable.

Thanks,

Anika

---

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Friday, August 22, 2025 2:24 PM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Agnolucci, Simona A <sagnolucci@cooley.com>; Santacana, Eduardo E <esantacana@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Schubert, Jennifer <JSchubert@mololamken.com>
**Subject:** Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)

Hi Anika:

Our expedited case schedule requires all depositions to be completed by October 1, so we must schedule Mr. Sutskever's deposition accordingly. Given his travel plans later in the month, we are prepared to conduct his deposition from September 2 onward. Please let us know what dates work with his schedule.

Additionally, for the avoidance of doubt, please confirm whether you are authorized to accept service of the deposition subpoena on Mr. Sutskever's behalf.

Thank you.

Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

4

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Thu, Aug 21, 2025 at 3:00 PM Holland, Anika <anika.holland@cooley.com> wrote:

Hi Jaymie,

We will need to find another date.

Simona, Eduardo, and Harris are in a jury trial until early September, and Mr. Sutskever is unavailable due to pre-existing travel plans later in the month, including September 19. We could be available October 9, 10, 20, 21, 22, or 23, but unfortunately, we cannot make a September date work on our end. Would any of those dates work for you?

Please let me know.

Best,

Anika

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Tuesday, August 19, 2025 6:14 PM
**To:** Agnolucci, Simona A <sagnolucci@cooley.com>
**Cc:** Holland, Anika <anika.holland@cooley.com>; Santacana, Eduardo E <esantacana@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Schubert, Jennifer <JSchubert@mololamken.com>
**Subject:** Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)

5

Counsel:

Attached is a service copy of the deposition subpoena issued to Mr. Sutskever. Please let us know if you have any questions.

Regards,

Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Mon, Aug 18, 2025 at 9:03 AM Agnolucci, Simona A <sagnolucci@cooley.com> wrote:

> Eduardo and I are in a jury trial that goes into September, so we will get back to you ASAP, but it will not be for a couple weeks.
>
> Get Outlook for iOS

**From:** Jaymie Parkkinen <jparkkinen@toberoffandassociates.com>
**Sent:** Monday, August 18, 2025 8:29:27 AM
**To:** Holland, Anika <anika.holland@cooley.com>
**Cc:** Santacana, Eduardo E <esantacana@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Kry, Robert <rkry@mololamken.com>; Schubert, Jennifer <JSchubert@mololamken.com>
**Subject:** Re: Musk v. Altman, No. 4:24-cv-04722 (N.D. Cal.)

Hi Anika:

As a follow-up to our earlier email, we are still awaiting your response regarding scheduling Mr. Sutskever's deposition. Please advise of his availability in September. If we do not receive a response by August 21, we will need to proceed without your input.

Regards,

Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Tue, Aug 12, 2025 at 12:06 PM Jaymie Parkkinen <jparkkinen@toberoffandassociates.com> wrote:

Hi Anika:

Previously, you inquired about our interest in deposing Mr. Sutskever (I'm copying my colleagues Robert Kry and Jenn Schubert). We would now like to proceed with scheduling his deposition and hope to collaborate with you to arrange a date (ideally, in San Francisco) that minimizes inconvenience for him. Currently, depositions in our case must occur in September, although certain dates are unavailable due to previously scheduled depositions.

Please let me know if you'd like to schedule a call to discuss further, or let us know which deposition dates work best for your client.

Thank you.

Jaymie Parkkinen

Toberoff & Associates, P.C.

23823 Malibu Road, Suite 50-363

Malibu, California 90265

Tel: 310.246.3333

Fax: 310.246.3101

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.