MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
WALTER H HAWES IV (*pro hac vice*)
ALEXANDRA C. EYNON (*pro hac vice*)
SARA TOFIGHBAKHSH (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **TEMPORARY SEALING MOTION RE: PLAINTIFF'S OPPOSITION TO OPENAI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 79-5(e) and Paragraph 12 of this Court's Standing Order in Civil Cases ("Standing Order"), Plaintiff Elon Musk submits this Temporary Sealing Motion requesting to file under seal portions of Plaintiff's Memorandum of Points and Authorities in Opposition to OpenAI Defendants' Motion for Summary Judgment ("Opposition"), Responsive Statement of Undisputed Material Facts in Support of Plaintiff's Opposition, and certain Exhibits to the Declaration of Walter H Hawes IV, as detailed in the chart below.

| Dkt. No. | Document Description | Status | Party Claiming Confidentiality |
|---|---|---|---|
| 351-1 | Plaintiff's Opposition | Provisionally Under Seal | All Parties |
| 351-2 | Plaintiff's Responsive Statement of Undisputed Material Facts | Provisionally Under Seal | All Parties |
| 351-3 | Declaration of Walter H Hawes IV ("Hawes Declaration") in Support of Plaintiff's Opposition | Not Under Seal | N/A |
| 351-4 | Exhibit 1 to Hawes Declaration | Provisionally Under Seal | Elon Musk |
| 351-5 | Exhibit 2 to Hawes Declaration | Not Under Seal | N/A |
| 351-6 | Exhibit 3 to Hawes Declaration | Not Under Seal | N/A |
| 351-7 | Exhibit 4 to Hawes Declaration | Not Under Seal | N/A |
| 351-8 | Exhibit 5 to Hawes Declaration | Not Under Seal | N/A |
| 351-9 | Exhibit 6 to Hawes Declaration | Provisionally Under Seal | Elon Musk |
| 351-10 | Exhibit 7 to Hawes Declaration | Not Under Seal | N/A |
| 351-11 | Exhibit 8 to Hawes Declaration | Not Under Seal | N/A |
| 351-12 | Exhibit 9 to Hawes Declaration | Not Under Seal | N/A |
| 351-13 | Exhibit 10 to Hawes Declaration | Provisionally Under Seal | All Parties |
| 351-14 | Exhibit 11 to Hawes Declaration | Provisionally Under Seal | Elon Musk |
| 351-15 | Exhibit 12 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-16 | Exhibit 13 to Hawes Declaration | Not Under Seal | N/A |
| 351-17 | Exhibit 14 to Hawes Declaration | Provisionally Under Seal | Elon Musk |
| 351-18 | Exhibit 15 to Hawes Declaration | Provisionally Under Seal | Third Party SpaceX |
| 351-19 | Exhibit 16 to Hawes Declaration | Not Under Seal | N/A |

| | | | |
|---|---|---|---|
| 351-20 | Exhibit 17 to Hawes Declaration | Provisionally Under Seal | Third Party BMO Financial Group |
| 351-21 | Exhibit 18 to Hawes Declaration | Provisionally Under Seal | Elon Musk |
| 351-22 | Exhibit 19 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-23 | Exhibit 20 to Hawes Declaration | Provisionally Under Seal | Elon Musk |
| 351-24 | Exhibit 21 to Hawes Declaration | Provisionally Under Seal | Third Party BMO Financial Group |
| 351-25 | Exhibit 22 to Hawes Declaration | Provisionally Under Seal | Third Party BMO Financial Group |
| 351-26 | Exhibit 23 to Hawes Declaration | Not Under Seal | N/A |
| 351-27 | Exhibit 24 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-28 | Exhibit 25 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants; Third Party Ilya Sutskever |
| 351-29 | Exhibit 26 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-30 | Exhibit 27 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants; Third Party Ermira Murati |
| 351-31 | Exhibit 28 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-32 | Exhibit 29 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-33 | Exhibit 30 to Hawes Declaration | Not Under Seal | N/A |
| 351-34 | Exhibit 31 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-35 | Exhibit 32 to Hawes Declaration | Provisionally Under Seal | Microsoft Corp.; OpenAI Defendants |
| 351-36 | Exhibit 33 to Hawes Declaration | Not Under Seal | N/A |
| 351-37 | Exhibit 34 to Hawes Declaration | Provisionally Under Seal | Elon Musk |
| 351-38 | Exhibit 35 to Hawes Declaration | Not Under Seal | N/A |
| 351-39 | Exhibit 36 to Hawes Declaration | Provisionally Under Seal | Elon Musk; OpenAI Defendants |
| 351-40 | Exhibit 37 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-41 | Exhibit 38 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-42 | Exhibit 39 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |

| | | | |
|---|---|---|---|
| 351-43 | Exhibit 40 to Hawes Declaration | Not Under Seal | N/A |
| 351-44 | Exhibit 41 to Hawes Declaration | Not Under Seal | N/A |
| 351-45 | Exhibit 42 to Hawes Declaration | Not Under Seal | N/A |
| 351-46 | Exhibit 43 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-47 | Exhibit 44 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-48 | Exhibit 45 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-49 | Exhibit 46 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-50 | Exhibit 47 to Hawes Declaration | Not Under Seal | N/A |
| 351-51 | Exhibit 48 to Hawes Declaration | Provisionally Under Seal | Microsoft Corp. |
| 351-52 | Exhibit 49 to Hawes Declaration | Not Under Seal | N/A |
| 351-53 | Exhibit 50 to Hawes Declaration | Not Under Seal | N/A |
| 351-54 | Exhibit 51 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-55 | Exhibit 52 to Hawes Declaration | Not Under Seal | N/A |
| 351-56 | Exhibit 53 to Hawes Declaration | Provisionally Under Seal | All Parties |
| 351-57 | Exhibit 54 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-58 | Exhibit 55 to Hawes Declaration | Provisionally Under Seal | Microsoft Corp.; OpenAI Defendants |
| 351-59 | Exhibit 56 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-60 | Exhibit 57 to Hawes Declaration | Provisionally Under Seal | All Parties; Third Party Helen Toner |
| 351-61 | Exhibit 58 to Hawes Declaration | Provisionally Under Seal | All Parties; Third Party Tasha McCauley |
| 351-62 | Exhibit 59 to Hawes Declaration | Not Under Seal | N/A |
| 351-63 | Exhibit 60 to Hawes Declaration | Provisionally Under Seal | Microsoft Corp.; OpenAI Defendants |
| 351-64 | Exhibit 61 to Hawes Declaration | Provisionally Under Seal | Microsoft Corp.; OpenAI Defendants |
| 351-65 | Exhibit 62 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-66 | Exhibit 63 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants; Third Party SpaceX |

| | | | |
|---|---|---|---|
| 351-67 | Exhibit 64 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-68 | Exhibit 65 to Hawes Declaration | Provisionally Under Seal | Microsoft Corp.; OpenAI Defendants |
| 351-69 | Exhibit 66 to Hawes Declaration | Not Under Seal | N/A |
| 351-70 | Exhibit 67 to Hawes Declaration | Not Under Seal | N/A |
| 351-71 | Exhibit 68 to Hawes Declaration | Provisionally Under Seal | OpenAI Defendants |
| 351-72 | Exhibit 69 to Hawes Declaration | Provisionally Under Seal | Third Party BMO Financial Group |
| 351-73 | Exhibit 70 to Hawes Declaration | Provisionally Under Seal | Third Party BMO Financial Group |
| 351-74 | Exhibit 71 to Hawes Declaration | Provisionally Under Seal | Third Party BMO Financial Group |
| 351-75 | Exhibit 72 to Hawes Declaration | Not Under Seal | N/A |

In accordance with Paragraph 12(b)(i)(1) of the Court's Standing Order, the reasons for sealing will be addressed in a forthcoming omnibus sealing stipulation or motion to be filed after the conclusion of briefing on the OpenAI Defendants' Motion for Summary Judgment (Dkt. 327).

Dated: November 7, 2025

MOLOLAMKEN LLP

By:   */s/ Steven F. Molo*
Steven F. Molo (*pro hac vice*)

Marc Toberoff (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

Robert K. Kry (*pro hac vice*)
Jennifer M. Schubert (*pro hac vice*)
Walter H Hawes IV (*pro hac vice*)
Alexandra C. Eynon (*pro hac vice*)
Sara Tofighbakhsh (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*