1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
3  Malibu, CA 90265
   Telephone: (310) 246-3333
4
5  STEVEN F. MOLO (*pro hac vice*)
   ROBERT K. KRY (*pro hac vice*)
   JENNIFER M. SCHUBERT (*pro hac vice*)
6  WALTER H HAWES IV (*pro hac vice*)
   ALEXANDRA C. EYNON (*pro hac vice*)
7  SARA TOFIGHBAKHSH (*pro hac vice*)
   MOLOLAMKEN LLP
8  430 Park Avenue
   New York, NY 10022
9  Telephone: (212) 607-8160

10 *Attorneys for Plaintiffs Elon Musk*
   *and X.AI Corp.*
11

12                    **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                          **OAKLAND DIVISION**

15 ELON MUSK, et al.,                    Case No. 4:24-cv-04722-YGR (TSH)

16              Plaintiffs,              **DECLARATION OF WALTER
                                         H HAWES IV IN SUPPORT OF**
17        v.                             **PLAINTIFF'S OPPOSITION TO
                                         OPENAI DEFENDANTS' MOTION
18 SAMUEL ALTMAN, et al.,                FOR SUMMARY JUDGMENT**

19              Defendants.              Date: January 7, 2026
                                         Time: 2:00 PM
20                                       Courtroom: 1 – 4th Floor
                                         Judge: Hon. Yvonne Gonzalez Rogers
21

22

23

24

25

26

27

28

**DECLARATION**

I, Walter H Hawes IV, declare as follows:

1.      I am a member of the bar of the State of New York and the bar of Washington, D.C. and am admitted *pro hac vice* to practice before this Court.  I am over the age of 18, an attorney at the law firm of MoloLamken LLP, and counsel of record for Plaintiffs Elon Musk and X.AI Corp. (together "Plaintiffs").  I submit this Declaration in support of Plaintiff Elon Musk's Opposition to OpenAI Defendants' Motion for Summary Judgment.  I have personal knowledge of the facts stated herein, and if called as a witness could and would testify competently thereto.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the deposition of Elon Musk, dated September 26, 2025.

3.      Attached as **Exhibit 2** is a true and correct copy of an email from Elon Musk to Sam Altman, dated May 26, 2015, produced by Plaintiffs at 2024MUSK-0008283.

4.      Attached as **Exhibit 3** is a true and correct copy of an email from Elon Musk to Sam Altman, dated June 24, 2015, produced by Plaintiffs at 2024MUSK-0001230.

5.      Attached as **Exhibit 4** is a true and correct copy of an article by Greg Brockman titled "My Path to OpenAI," dated May 3, 2016, produced by Plaintiffs at 2024MUSK-0013670.

6.      Attached as **Exhibit 5** is a true and correct copy of an email from Sam Altman to Elon Musk, dated October 19, 2015, produced by Plaintiffs at 2024MUSK-0005439.

7.      Attached as **Exhibit 6** is a true and correct copy of an email from Elon Musk to Sam Altman, dated November 23, 2015, produced by Plaintiffs at 2024MUSK-0010041.

8.      Attached as **Exhibit 7** is a true and correct copy of the Delaware Certificate of Incorporation of OpenAI, Inc., dated December 8, 2015, excerpted from a document produced by Plaintiffs at 2024MUSK-0003112.

9.      Attached as **Exhibit 8** is a true and correct copy of the California Initial Charitable Trust Registration Form of OpenAI, Inc., dated August 28, 2017, excerpted from a document produced by Plaintiffs at 2024MUSK-0003112.

10. Attached as **Exhibit 9** is a true and correct copy of an OpenAI blog post titled "Introducing OpenAI," dated December 11, 2015, produced by Plaintiffs at 2024MUSK-0011225.

11. Attached as **Exhibit 10** is a true and correct copy of the Declaration of C. Paul Wazzan and the attached Expert Report of C. Paul Wazzan, dated October 29, 2025, served by Plaintiffs in this proceeding on October 29, 2025.

12. Attached as **Exhibit 11** is a true and correct copy of Plaintiff Elon Musk's Supplemental Responses and Objections to OpenAI Defendants' First Set of Interrogatories, dated September 25, 2025.

13. Attached as **Exhibit 12** is a true and correct copy of a compilation of OpenAI, Inc.'s Schedule Bs (Schedules of Contributors) from its IRS Form 990 filings from 2016 through 2023, omitting the years when no Schedule B was filed, excerpted from documents produced by the OpenAI Defendants at OPENAI_MUSK00004677 (2016), OPENAI_MUSK00006040 (2017), OPENAI_MUSK00005412 (2018), OPENAI_MUSK00005462 (2019), OPENAI_MUSK00005617 (2020), and OPENAI_MUSK00005983 (2023).

14. Attached as **Exhibit 13** is a true and correct copy of an email from Ronald Gong to Elon Musk and Sam Altman, copying others, dated February 25, 2016, produced by Plaintiffs at 2024MUSK-0004930.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts of the transcript of the deposition of Jared Birchall, dated September 10, 2025.

16. Attached as **Exhibit 15** is a true and correct copy of a lease agreement entered into by Musk Industries LLC and Bridgeton Pioneer Property LLC, dated June 17, 2026, produced by third party SpaceX at SPX-0002477.

17. Attached as **Exhibit 16** is a true and correct copy of an email from Jared Birchall to Elon Musk, copying Greg Brockman and others, dated July 21, 2017, produced by Plaintiffs at 2024MUSK-0006126.

18. Attached as **Exhibit 17** is a true and correct copy of an email from Chris Clark to Ronald Gong, copying Jared Birchall and others, dated May 21, 2016, and one of the attachments

thereto with the file name "YC.org (Sponsor) Letter OpenAI Donors May 2016," with other attachments omitted, produced by third party BMO Financial Group at BMO_00000120 and BMO_00000131.

19.    Attached as **Exhibit 18** is a true and correct copy of an email from Jared Birchall to Elon Musk, dated July 10, 2016, produced by Plaintiffs at 2024MUSK-0009615.

20.    Attached as **Exhibit 19** is a true and correct copy of two Cost Sharing Agreements between OpenAI, Inc. and Neuralink Corp., dated as of January 1, 2018 and January 1, 2019, produced by third party Excession / Musk Foundation at EXMF-0001571.

21.    Attached as **Exhibit 20** is a true and correct copy of an email from Jared Birchall to Paula Lo, copying Ronald Gong and others, dated November 9, 2016, produced by third party Excession / Musk Foundation at EXMF-0003982.

22.    Attached as **Exhibit 21** is a true and correct copy of an email from Ronald Gong to Jared Birchall and others, dated September 14, 2016, produced by third party BMO Financial Group at BMO_00000529.

23.    Attached as **Exhibit 22** is a true and correct copy of an email from Paula Lo to Jared Birchall, copying others, dated February 15, 2017, produced by third party BMO Financial Group at BMO_00000369.

24.    Attached as **Exhibit 23** is a true and correct copy of an email from Jared Birchall to Leeder Hsu, dated July 26, 2020, produced by third party Excession / Musk Foundation at EXMF-0003867.

25.    Attached as **Exhibit 24** is a true and correct copy of excerpts of the transcript of the deposition of Greg Brockman, dated September 23, 2025.

26.    Attached as **Exhibit 25** is a true and correct copy of excerpts of the transcript of the deposition of Ilya Sutskever, dated October 1, 2025.

27.    Attached as **Exhibit 26** is a true and correct copy of an email from Greg Brockman to Sam Altman, dated December 6, 2015, produced by the OpenAI Defendants at OPENAI_MUSK00016951.

28.    Attached as **Exhibit 27** is a true and correct copy of excerpts of the transcript of the deposition of Ermira Murati, dated November 2, 2025.

29.    Attached as **Exhibit 28** is a true and correct copy of an email from Ilya Sutskever to Elon Musk, blind copying Greg Brockman, dated January 1, 2018, produced by the OpenAI Defendants at OPENAI_MUSK00007198.

30.    Attached as **Exhibit 29** is a true and correct copy of an email from Greg Brockman to Elon Musk, blind copying Ilya Sutskever, dated January 1, 2018, produced by the OpenAI Defendants at OPENAI_MUSK-00000814.

31.    Attached as **Exhibit 30** is a true and correct copy of an email from Elon Musk to Ilya Sutskever, Greg Brockman, and Sam Teller, dated February 18, 2016, produced by Plaintiffs at 2024MUSK-0006119.

32.    Attached as **Exhibit 31** is a true and correct copy of an email from Ilya Sutskever to Elon Musk, dated September 24, 2016, produced by the OpenAI Defendants at OPENAI_MUSK00000214.

33.    Attached as **Exhibit 32** is a true and correct copy of excerpts of the transcript of the deposition of Satya Nadella, dated September 24, 2025.

34.    Attached as **Exhibit 33** is a true and correct copy of an email from Elon Musk to Ilya Sutskever, copying Sam Altman, dated June 28, 2017, produced by Plaintiffs at 2024MUSK-0006691.

35.    Attached as **Exhibit 34** is a true and correct copy of an email from Elon Musk to Jensen Huang, dated April 20, 2016, produced by Plaintiffs at 2024MUSK-0004103.

36.    Attached as **Exhibit 35** is a true and correct copy of a text thread between Sam Altman and Shivon Zilis, dated February 9, 2023, produced by third party Shivon Zilis at ZILIS-0000371.

37.    Attached as **Exhibit 36** is a true and correct copy of a text thread between Elon Musk and Sam Altman, dated February 18, 2023, produced by Plaintiffs at 2024MUSK-0006237.

38.     Attached as **Exhibit 37** is a true and correct copy of excerpts of the transcript of the deposition of Sam Altman, dated September 16, 2025.

39.     Attached as **Exhibit 38** is a true and correct copy of an email from Ilya Sutskever to Elon Musk and Greg Brockman, dated July 12, 2017, produced by Plaintiffs at 2024MUSK-0006991.

40.     Attached as **Exhibit 39** is a true and correct copy of an email from Sam Altman to Matthew Krisiloff, dated September 13, 2017, produced by the OpenAI Defendants at OPENAI_MUSK00017450.

41.     Attached as **Exhibit 40** is a true and correct copy of an email from Sam Altman to Elon Musk and Ilya Sutskever, copying Greg Brockman and others, dated September 21, 2017, produced by Plaintiffs at 2024MUSK-0005049.

42.     Attached as **Exhibit 41** is a true and correct copy of an email from Elon Musk to Ilya Sutskever, copying Sam Altman, Greg Brockman, and others, dated September 20, 2017, produced by Plaintiffs at 2024MUSK-0005100.

43.     Attached as **Exhibit 42** is a true and correct copy of an email from Shivon Zilis to Elon Musk, copying Sam Teller, dated September 22, 2017, excerpted from a document produced by Plaintiffs at 2024MUSK-0010382.

44.     Attached as **Exhibit 43** is a true and correct copy of a journal entry authored by Greg Brockman, bearing a production metadata date of November 6, 2017, produced by the OpenAI Defendants at OPENAI_MUSK00029720.

45.     Attached as **Exhibit 44** is a true and correct copy of an email from Greg Brockman to Elon Musk, copying Sam Altman and others, dated January 31, 2018, produced by Plaintiffs at 2024MUSK-0004593.

46.     Attached as **Exhibit 45** is a true and correct copy of a journal entry authored by Greg Brockman, bearing a production metadata date of November 12, 2017, produced by the OpenAI Defendants at OPENAI_MUSK00029733.

47.     Attached as **Exhibit 46** is a true and correct copy of a journal entry authored by Greg Brockman, bearing a production metadata date of August 21, 2017, produced by the OpenAI Defendants at OPENAI_MUSK00029507.

48.     Attached as **Exhibit 47** is a true and correct copy of an OpenAI blog post titled "OpenAI supporters," dated February 20, 2018, produced by the OpenAI Defendants at OPENAI_MUSK00037070.

49.     Attached as **Exhibit 48** is a true and correct copy of an email from Kevin Scott to Satya Nadella and others, copying others, dated March 7, 2018, produced by Defendant Microsoft Corp. at MSFT_MUSK000044183.

50.     Attached as **Exhibit 49** is a true and correct copy of an OpenAI blog post titled "OpenAI LP," dated March 11, 2019, produced by the OpenAI Defendants at OPENAI_MUSK0011200.

51.     Attached as **Exhibit 50** is a true and correct copy of an OpenAI blog post titled "Microsoft invests in and partners with OpenAI to support us building beneficial AGI," dated July 22, 2019, produced by the OpenAI Defendants at OPENAI_MUSK00037558.

52.     Attached as **Exhibit 51** is a true and correct copy of excerpts of the transcript of the deposition of the OpenAI Defendants' corporate representative Robert Wu, dated October 3, 2025.

53.     Attached as **Exhibit 52** is a true and correct copy of Jessica Mathews & Jeremy Khan, *Inside the Structure of OpenAI's Looming New Investment from Microsoft and VCs*, Fortune (Jan. 11, 2023), which I obtained from the Fortune website at fortune.com/2023/01/11/structure-openai-investment-microsoft.

54.     Attached as **Exhibit 53** is a true and correct copy of the Declaration of David M. Schizer and the attached Expert Report of David M. Schizer, dated October 29, 2025, served by Plaintiffs in this proceeding on October 29, 2025.

55.     Attached as **Exhibit 54** is a true and correct copy of the Declaration of Robert Wu, dated October 17, 2025, served by the OpenAI Defendants in this proceeding on October 17, 2025.

56.     Attached as **Exhibit 55** is a true and correct copy of an email from Marc Brown to Satya Nadella and others, dated July 15, 2019, produced by Defendant Microsoft Corp. at MSFT_MUSK000000387.

57.     Attached as **Exhibit 56** is a true and correct copy of an email from Greg Brockman to Jason Kwon and Sam Altman, dated December 30, 2023, produced by the OpenAI Defendants at OPENAI_MUSK00030769.

58.     Attached as **Exhibit 57** is a true and correct copy of excerpts of the transcript of the deposition of Helen Toner, dated October 8, 2025.

59.     Attached as **Exhibit 58** is a true and correct copy of excerpts of the transcript of the deposition of Tasha McCauley, dated September 30, 2025.

60.     Attached as **Exhibit 59** is a true and correct copy of an OpenAI blog post titled "OpenAI announces leadership transition," dated November 17, 2023, produced by Plaintiffs at 2024MUSK-0014150.

61.     Attached as **Exhibit 60** is a true and correct copy of a text thread between Satya Nadella and Mira Murati, dated November 17-21, 2023, produced by Defendant Microsoft Corp. at MSFT_MUSK000065692.

62.     Attached as **Exhibit 61** is a true and correct copy of a text thread between Satya Nadella, Sam Altman, Kevin Scott, and Brad Smith, dated November 2023, produced by Defendant Microsoft at MSFT_MUSK000057806, MSFT_MUSK000057807, MSFT_MUSK000057809, MSFT_MUSK000057810, and MSFT_MUSK000057811, with the pages compiled and sequenced for continuity.

63.     Attached as **Exhibit 62** is a true and correct copy of an email from Elon Musk to Shivon Zilis, copying Sam Teller, dated April 23, 2018, produced by Plaintiffs at 2024MUSK-0005604.

64.     Attached as **Exhibit 63** is a true and correct copy of an email from Sam Altman to Elon Musk, copying Sam Teller and Shivon Zilis, dated August 31, 2018, with an attachment titled

"OpenAI LP – Summary Term Sheet," produced by third party SpaceX at SPX-001642 and SPX-001643.

65.    Attached as **Exhibit 64** is a true and correct copy of an email from Sam Altman to Elon Musk, copying Sam Teller and Shivon Zilis, dated March 6, 2019, produced by Plaintiffs at 2024MUSK-0005585.

66.    Attached as **Exhibit 65** is a true and correct copy of a Memorandum of Understanding between OpenAI and Microsoft regarding a Proposed Recapitalization of the OpenAI For-Profit Enterprise, dated September 11, 2025, produced by the OpenAI Defendants at OPENAI_MUSK00037469.

67.    Attached as **Exhibit 66** is a true and correct copy of an OpenAI blog post titled "The next chapter of the Microsoft-OpenAI partnership," dated October 28, 2025, which I obtained from the OpenAI website at openai.com/index/next-chapter-of-microsoft-openai-partnership.

68.    Attached as **Exhibit 67** is a true and correct copy of Echo Wang, *OpenAI Lays Groundwork for Juggernaut IPO at Up To $1 Trillion Valuation*, Reuters, Oct. 29, 2025, which I obtained from the Reuters website at reuters.com/business/openai-lays-groundwork-juggernaut-ipo-up-1-trillion-valuation-2025-10-29/.

69.    Attached as **Exhibit 68** is a true and correct copy of an email from Chris Clark to Jared Birchall, dated July 22, 2020, produced by third party Excession / Musk Foundation at EXMF-0003682.

70.    Attached as **Exhibit 69** is a true and correct copy of an email from Teresa Holland to Chris Clark and Ronald Gong, copying Jared Birchall and others, dated May 27, 2016, produced by third party BMO Financial Group at BMO_00000153.

71.    Attached as **Exhibit 70** is a true and correct copy of an email from Jared Birchall to Teresa Holland, dated June 15, 2016, produced by third party BMO Financial Group at BMO_00000238.

72.     Attached as **Exhibit 71** is a true and correct copy of an email from Jared Birchall to CTC myCFO, dated June 13, 2016, produced by third party BMO Financial Group at BMO_00000192.

73.     Attached as **Exhibit 72** is a true and correct copy of an email from Leeder Hsu to Jared Birchall, copying others, dated July 19, 2017, produced by third party Excession / Musk Foundation at EXMF-0000102.

74.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2025

Washington, D.C.

                                    */s/ Walter H Hawes IV*
                                    Walter H Hawes IV

1

**ECF ATTESTATION**

2        I, Steven F. Molo, am the ECF User whose ID and password are being used to file this

3  DECLARATION OF WALTER H HAWES IV IN SUPPORT OF PLAINTIFF'S OPPOSITION

4  TO OPENAI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.   In accordance with

5  Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the

6  other signatories, and I shall maintain records to support this concurrence for subsequent production

7  for the Court if so ordered or for inspection upon request by a party.

8

9  Date:  November 7, 2025

10

11                                    */s/ Steven F. Molo*
                                      Steven F. Molo

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28