# EXHIBIT 2

**From:** "Elon Musk" <erm@spacex.com>
**To:** "Sam Altman"
**Subject:** Re: question
**Date:** Tue, 26 May 2015 06:09:20 -0000
**Importance:** Normal

Probably worth a conversation

On May 25, 2015, at 9:10 PM, Sam Altman <​> wrote:

Been thinking a lot about whether it's possible to stop humanity from developing AI.

I think the answer is almost definitely not.

If it's going to happen anyway, it seems like it would be good for someone other than Google to do it first.

==Any thoughts on whether it would be good for YC to start a Manhattan Project for AI? My sense is we could get many of the top ~50 to work on it, and we could structure it so that the tech belongs to the world via some sort of nonprofit but the people working on it get startup-like compensation if it works.== Obviously we'd comply with/aggressively support all regulation.

Sam