# EXHIBIT 13

**From:** "Gong, Ronald" <Ronald.Gong@ctcmycfo.com>
**To:** Elon Musk <erm@spacex.com>, Sam Altman <sam@ycombinator.com>
**Cc:** "Lo, Paula" <paula.lo@ctcmycfo.com>, "Holland, Teresa" <teresa.holland@ctcmycfo.com>
**Subject:** Re: cash
**Date:** Thu, 25 Feb 2016 22:05:58 -0500
**Importance:** Normal

---

Ok. Will take care of this.

Sam- I will reach out to you re the contribution logistics.


Sent from my BlackBerry 10 smartphone.
**From:** Elon Musk
**Sent:** Thursday, February 25, 2016 6:36 PM
**To:** Sam Altman; Gong, Ronald
**Subject:** Re: cash

Ron, we need to wire $5M per quarter to OpenAI, starting April 1. This is a non-profit.

On Feb 25, 2016, at 6:32 PM, Sam Altman <sam@ycombinator.com> wrote:


ok thanks, do you have an assistant or finance person or something i can coordinate with?

On Thu, Feb 25, 2016 at 6:30 PM, Elon Musk <erm@spacex.com> wrote:
> Agreed
>
> Yes
>
> > On Feb 25, 2016, at 6:13 PM, Sam Altman <sam@ycombinator.com> wrote:
> >
> > I think we're going to need more than I was originally budgeting given a) the salaries in the field and b) the speed at which you want to grow.
> >
> > Can you do $20MM a year for the each of the next 3 years? I can do $10MM/year, and we'll have brought $5MM a year from other donors.
> >
> > Sam

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.