# EXHIBIT 16

**From:** Jared Birchall <jbirchall@muskfoundation.org>
**To:** Elon Musk <erm@spacex.com>
**Cc:** Ilya Sutskever <ilyasu@openai.com>, Greg Brockman <gdb@openai.com>, "joschu@openai.com" <joschu@openai.com>, Wojciech Zaremba <woj@openai.com>
**Subject:** Re: Beijing Wants A.I. to Be Made in China by 2030 - NYTimes.com
**Date:** Fri, 21 Jul 2017 13:56:06 -0700
**Importance:** Normal

---

Will do.

Guys - I'll reach out separately with details.

Regards,

Jared

On Fri, Jul 21, 2017 at 1:53 PM, Elon Musk <erm@spacex.com> wrote:
> Consider it done!
>
> Jared, please facilitate. Let's try to slot these four cars into next month's production.
>
> On Jul 22, 2017, at 6:48 AM, Ilya Sutskever <ilyasu@openai.com> wrote:
>
>> Wow, thank you! This is a very kind gesture that we greatly appreciate. Yes, Wojciech definitely deserves it as much as we do, as does +John Schulman.
>>
>> On Fri, Jul 21, 2017 at 1:25 PM Elon Musk <erm@spacex.com> wrote:
>>> By the way, in appreciation for what you've done to get OpenAI to where it is today, I would like to give you each a Founder Series Model 3. These are the earliest cars produced and are not available to the public.
>>>
>>> If there are a few others at OpenAI who you think also really deserve one (maybe Wojciech?), I am happy to do the same for them.
>>>
>>> Hope you like it!
>>>
>>> Elon
>>>
>>> > On Jul 22, 2017, at 4:32 AM, Greg Brockman <gdb@openai.com> wrote:
>>> >
>>> > 100% agreed. We think the path must be:
>>> >
>>> > 1. AI research non-profit (through end of 2017)
>>> > 2. AI research + hardware for-profit (starting 2018)
>>> > 3. Government project (when: ??)
>>> >
>>> > Government project is helpful for financial resources, but crucial for
>>> > security — don't know how to defend against Putin or North Korea
>>> > otherwise. When ready, we must proactively form the project around us,
>>> > rather than being slurped in against our will.

\> \
\> - gdb \
\> \
\> \
\>\> On Fri, Jul 21, 2017 at 3:34 AM, Elon Musk <erm@spacex.com> wrote: \
\>\> They will do whatever it takes to obtain what we develop. Maybe another reason to change course. \
\>\> \
\>\> https://mobile.nytimes.com/2017/07/20/business/china-artificial-intelligence.html?smprod=nytcore-iphone&smid=nytcore-iphone-share&referer=

Confidential

2024MUSK-0006127