# EXHIBIT 23

| | |
|---|---|
| **From:** | Jared Birchall [jared@excession.com] |
| **Sent:** | 7/26/2020 11:07:56 PM |
| **To:** | Leeder Hsu [leeder.hsu@ubs.com] |
| **Subject:** | OpenAI Donations from the DAF |

Hi Leeder,

==September should be our last grant to Open AI. October going forward please discontinue the grants.==

Thank you!

Jared

Confidential

EXMF-0003867