# EXHIBIT 30

| | |
|---:|:---|
| **From:** | "Elon Musk" </O=SPACE EXPLORATION TECHNOLOGIES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ELON> |
| **To:** | "Ilya Sutskever" <ilyasu@openai.com>, "Sam Teller" <steller@spacex.com>, "Greg Brockman" <gdb@openai.com> |
| **Subject:** | RE: Regular infrequent meetings with Elon |
| **Date:** | Thu, 18 Feb 2016 19:46:49 -0000 |
| **Importance:** | Normal |

---

<mark>I think I should probably do this every week.</mark> My dinner with Demis was extremely alarming. I feel like they are playing the Super Bowl and we are playing the Puppy Bowl. Unless we want to have our ass handed to us, we need to step up our game dramatically.

Let's have a conf call later today with the key people of OpenAI later today, if possible, otherwise tomorrow.

**From:** Ilya Sutskever [mailto:ilyasu@openai.com]
**Sent:** Thursday, February 18, 2016 11:28 AM
**To:** Sam Teller <steller@spacex.com>; Elon Musk <erm@spacex.com>; Greg Brockman <gdb@openai.com>
**Subject:** Regular infrequent meetings with Elon

Hi Sam,

<mark>Greg and I think that it will be useful for OpenAI's long term success if the two of us had a 30 minute meeting with Elon every two weeks. Elon has built incredible organizations before, and the more of his lessons and experience could be applied to OpenAI, the more effective we will be.</mark>

Please let me know if it is possible.
Ilya