# EXHIBIT 33

**From:** "Elon Musk" <erm@spacex.com>
**To:** ilyasu@openai.com, gdb@openai.com
**Cc:** Sam Altman <shga@ycombinator.com>
**Subject:** The 10,000
**Date:** Wed, 28 Jun 2017 14:10:58 -0700
**Importance:** Normal

---

Just spoke to Satya and talked about OpenAI needing one the order of 10,000 servers with the latest Nvidia GPUs to beat the best human players at competitive eSports games.

This would obviously be a major opportunity for Microsoft to promote Azure relative to other cloud systems.

He said he'd talk internally and get back to me soon. Please send me the ideal spec for the individual servers and how they are connected. What ideally do we want Microsoft to do? Sounds like there is a good chance they will do it.

Confidential