# EXHIBIT 35

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1 | Date Range: 2/9/2023 |

## Outline of Conversations

 **97cf579ac2f61c9488dc8cce96ab8721** · 1 message on 2/9/2023 · Altman ▇▇▇▇ · Shivon Zilis (▇▇▇▇)

Confidential

ZILIS-0000371

**Messages in chronological order** (times are shown in GMT +00:00)

 97cf579ac2f61c9488dc8cce96ab8721

A   Altman (+█████████)   ▶ 2/9/2023, 3:29 PM
==BTW, good idea for me to tweet something nice about Elon?== ==Have been meaning to do this after he DMd about not being in the photo from the first day of OpenAI. Just about how much I and others look up to him, how critical his early contributions to OpenAI are, etc.==

Confidential
ZILIS-0000372