# EXHIBIT 42

| | |
|---|---|
| **From:** | Shivon Zilis |
| **To:** | Elon Musk |
| **Cc:** | Sam Teller |
| **Subject:** | Re: Non-profit |
| **Date:** | Friday, September 22, 2017 5:54:23 PM |

From Altman:

**Structure:** Great with keeping non-profit and continuing to support it.
**Trust:** Admitted that he lost a lot of trust with Greg and Ilya through this process. Felt their messaging was inconsistent and felt childish at times.
**Hiatus:** Sam told Greg and Ilya he needs to step away for 10 days to think. Needs to figure out how much he can trust them and how much he wants to work with them. Said he will come back after that and figure out how much time he wants to spend.
**Fundraising:** Greg and Ilya have the belief that 100's of millions can be achieved with donations if there is a definitive effort. Sam thinks there is a definite path to 10's of millions but TBD on more. He did mention that Holden was irked by the move to for-profit and potentially offered more substantial amount of money if OpenAI stayed a non-profit, but hasn't firmly committed. Sam threw out a $100M figure for this if it were to happen.
**Communications:** Sam was bothered by how much Greg and Ilya keep the whole team in the loop with happenings as the process unfolded. Felt like it distracted the team. On the other hand, apparently in the last day almost everyone has been told that the for-profit structure is not happening and he is happy about this at least since he just wants the team to be heads down again.

Shivon

On Sep 22, 2017, at 10:01 AM, Elon Musk <erm@spacex.com> wrote:

> Ok
>
>> On Sep 22, 2017, at 9:50 AM, Shivon Zilis <Shivon@spacex.com> wrote:
>>
>> Hi Elon,
>>
>> Quick FYI that Greg and Ilya said they would like to continue with the non-profit structure. They know they would need to provide a guarantee that they won't go off doing something else to make it work.
>>
>> Haven't spoken to Altman yet but he asked to talk this afternoon so will report anything I hear back.

Confidential

2024MUSK-0010384

If anything I can do to help let me know.

Confidential

2024MUSK-0010385