# EXHIBIT 59



Sora
For Business
API Platform
For Developers
ChatGPT
Sora
Stories
Company
News

Log in

November 17, 2023   Company

# OpenAI announces leadership transition

# OpenAI

▶ Listen to article  2:58                    🔗 Share

*Chief technology officer Mira Murati appointed interim CEO to lead OpenAI; Sam Altman departs the company.*

*Search process underway to identify permanent successor.*

The board of directors of OpenAI, Inc., the 501(c)(3) that acts as the overall governing body for all OpenAI activities, today announced that Sam Altman will depart as CEO and leave the board of directors. Mira Murati,



Sora
For Business

API Platform
For Developers

ChatGPT

Sora

Stories

Company

News

A member of OpenAI's leadership team for five years, Mira has played a critical role in OpenAI's evolution into a global AI leader. She brings a unique skill set, understanding of the company's values, operations, and business, and already leads the company's research, product, and safety functions. Given her long tenure and close engagement with all aspects of the company, including her experience in AI governance and policy, the board believes she is uniquely qualified for the role and anticipates a seamless transition while it conducts a formal search for a permanent CEO.

==Mr. Altman's departure follows a deliberative review process by the board, which concluded that he was not consistently candid in his communications with the board, hindering its ability to exercise its responsibilities. The board no longer has confidence in his ability to continue leading OpenAI.==

In a statement, the board of directors said: "OpenAI was deliberately structured to advance our mission: to ensure that artificial general intelligence benefits all humanity. The board remains fully committed to serving this mission. We are grateful for Sam's many contributions to the founding and growth of OpenAI. At the same time, we believe new leadership is necessary as we move forward. As the leader of the company's research, product, and safety functions, Mira is exceptionally qualified to step into the role of interim CEO. We have the utmost confidence in her ability to lead OpenAI during this transition period."

OpenAI's board of directors consists of OpenAI chief scientist Ilya Sutskever, independent directors Quora CEO Adam D'Angelo, technology entrepreneur Tasha McCauley, and Georgetown Center for Security and Emerging Technology's Helen Toner.

As a part of this transition, Greg Brockman will be stepping down as chairman of the board and will remain in his role at the company, reporting to the CEO.

OpenAI was founded as a non-profit in 2015 with the core mission of ensuring that artificial general intelligence benefits all of humanity. In 2019,

2024MUSK-0014151



For Business
For Developers

Sora
API Platform
ChatGPT
Sora
Stories
Company
News

and oversight. The majority of the board is independent, and the independent directors do not hold equity in OpenAI. While the company has experienced dramatic growth, it remains the fundamental governance responsibility of the board to advance OpenAI's mission and preserve the principles of its Charter.

Culture & Careers    2023

Author

OpenAI

## Related articles

View all company articles



**Global news partnerships: Le Monde and Prisa Media**

Company   Mar 13, 2024



**OpenAI announces new members to board of directors**

Company   Mar 8, 2024



Revi
Broc
lead

Com

2024MUSK-0014152

9/29/25, 12:04 AM
OpenAI announces leadership transition | OpenAI
Case 4:24-cv-04722-YGR   Document 351-62   Filed 11/07/25   Page 5 of 7



Sora
For Business

API Platform
For Developers

ChatGPT

Sora

Stories

Company

News

Our Research

Research Index

Research Overview

Research Residency

Latest Advancements

GPT-5

OpenAI o3

OpenAI o4-mini

GPT-4o

GPT-4o mini

Sora

Safety

Safety Approach

Security & Privacy

Trust & Transparency

ChatGPT

Explore ChatGPT ↗

Business

Enterprise

Education

Pricing ↗



Company

For Business

API Platform

For Developers

ChatGPT

Sora

Stories

Company

News

Sora

Sora Overview

Features

Pricing

Sora log in ↗

API Platform

Platform Overview

Pricing

API log in ↗

Documentation ↗

Developer Forum ↗

For Business

Business Overview

Solutions

Contact Sales

Company

About Us

Our Charter

Careers

Brand

Support

Help Center ↗

More



Sora
For Business

API Platform
For Developers

ChatGPT

Sora

Stories

Company

News

Livestreams

Podcast

Terms & Policies

Terms of Use

Privacy Policy

Other Policies

    

OpenAI © 2015–2025   Manage Cookies

English   United States

2024MUSK-0014155