# EXHIBIT 72

| | |
|---|---|
| From: | leeder.hsu@ubs.com [leeder.hsu@ubs.com] |
| Sent: | 7/19/2017 7:01:57 PM |
| To: | jbirchall@muskfoundation.org |
| CC: | aimee.harries@ubs.com; scott.harries@ubs.com |
| Subject: | RE: YCR Basic Income Grant |
| Attachments: | disclaim.txt |

Hi Jared,

I just confirmed with Fidelity that the grant has been approved and is set to go out by check tomorrow.

Let us know if we can help with anything else.

Thanks,
Leeder

**From:** Jared Birchall [mailto:jbirchall@muskfoundation.org]
**Sent:** Tuesday, July 18, 2017 8:36 PM
**To:** Hsu, Leeder; Harries, Aimee
**Subject:** Fwd: YCR Basic Income Grant

Hi Leeder,

Can you please process the grant below?

$250k to YC.org.  As noted, please include a note that this is for the benefit of the UBI study.  No mega urgency here.  A check is fine.

Thanks!

Jared
---------- Forwarded message ----------
From: **Chris Clark** <chris@ycr.org>
Date: Thu, Jul 13, 2017 at 7:43 PM
Subject: YCR UBI
To: Jared Birchall <jbirchall@muskfoundation.org>
Cc: Lindsay Roitman <lindsay@ycr.org>

Hi Jared,

Lindsay mentioned that Elon is interested in donating to YCR's UBI Project. I've attached the determination letter and wire instructions for YC ORG, which is the 501(c)(3) that issues the UBI grants.

If you have the ability to include a memo in the transfer it would be helpful to put something like "For the benefit of the UBI Project." We'll make sure it gets credited to that project regardless, but it's helpful to have that associated with the transfer for our records.

Let me know if you have any questions or need anything else.

Chris

Confidential                                                                                                                          EXMF-0000102

Confidential

EXMF-0000103