MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
WALTER H HAWES IV (*pro hac vice*)
ALEXANDRA C. EYNON (*pro hac vice*)
SARA TOFIGHBAKHSH (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **TEMPORARY SEALING MOTION RE: PLAINTIFF'S OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 79-5(e) and Paragraph 12 of this Court's Standing Order in Civil Cases ("Standing Order"), Plaintiff Elon Musk submits this Temporary Sealing Motion requesting to file under seal portions of Plaintiff's Memorandum of Points and Authorities in Opposition to Microsoft's Motion for Summary Judgment ("Opposition"), Responsive Statement of Undisputed Material Facts in Support of Plaintiff's Opposition, and certain Exhibits to the Declaration of Alexandra E. Eynon, as detailed in the chart below.

| Dkt. No. | Document Description | Status | Party Claiming Confidentiality |
|---|---|---|---|
| 353-1 | Plaintiff's Opposition | Provisionally Under Seal | All Parties |
| 353-2 | Plaintiff's Responsive Statement of Undisputed Material Facts | Provisionally Under Seal | All Parties |
| 353-3 | Plaintiff's Responsive Statement of Undisputed Material Facts | Redacted | All Parties |
| 353-4 | Declaration of Alexandra E. Eynon ("Eynon Declaration") in Support of Plaintiff's Opposition | Not Under Seal | N/A |
| 353-5 | Exhibit 1 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-6 | Exhibit 2 to Eynon Declaration | Not Under Seal | N/A |
| 353-7 | Exhibit 3 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants; Third Party Ilya Sutskever |
| 353-8 | Exhibit 4 to Eynon Declaration | Provisionally Under Seal | Elon Musk |
| 353-9 | Exhibit 5 to Eynon Declaration | Not Under Seal | N/A |
| 353-10 | Exhibit 6 to Eynon Declaration | Not Under Seal | N/A |
| 353-11 | Exhibit 7 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-12 | Exhibit 8 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-13 | Exhibit 9 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-14 | Exhibit 10 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-15 | Exhibit 11 to Eynon Declaration | Not Under Seal | N/A |
| 353-16 | Exhibit 12 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-17 | Exhibit 13 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-18 | Exhibit 14 to Eynon Declaration | Not Under Seal | N/A |
| 353-19 | Exhibit 15 to Eynon Declaration | Not Under Seal | N/A |
| 353-20 | Exhibit 16 to Eynon Declaration | Not Under Seal | N/A |
| 353-21 | Exhibit 17 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants |

| 353-22 | Exhibit 18 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants; Reid Hoffman |
|---|---|---|---|
| 353-23 | Exhibit 19 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-24 | Exhibit 20 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-25 | Exhibit 21 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants; Third Party Ermira Murati |
| 353-26 | Exhibit 22 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-27 | Exhibit 23 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-28 | Exhibit 24 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-29 | Exhibit 25 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-30 | Exhibit 26 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-31 | Exhibit 27 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-32 | Exhibit 28 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-33 | Exhibit 29 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-34 | Exhibit 30 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-35 | Exhibit 31 to Eynon Declaration | Not Under Seal | N/A |
| 353-36 | Exhibit 32 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-37 | Exhibit 33 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-38 | Exhibit 34 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-39 | Exhibit 35 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-40 | Exhibit 36 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-41 | Exhibit 37 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-42 | Exhibit 38 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants; Microsoft |
| 353-43 | Exhibit 39 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants; Microsoft |
| 353-44 | Exhibit 40 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants; Microsoft |
| 353-45 | Exhibit 41 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-46 | Exhibit 42 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-47 | Exhibit 43 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI |

| | | | Defendants |
|---|---|---|---|
| 353-48 | Exhibit 44 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-49 | Exhibit 45 to Eynon Declaration | Not Under Seal | N/A |
| 353-50 | Exhibit 46 to Eynon Declaration | Provisionally Under Seal | All Parties; Third Party Helen Toner |
| 353-51 | Exhibit 47 to Eynon Declaration | Provisionally Under Seal | All Parties; Third Party Tasha McCauley |
| 353-52 | Exhibit 48 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-53 | Exhibit 49 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-54 | Exhibit 50 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-55 | Exhibit 51 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants; Microsoft |
| 353-56 | Exhibit 52 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-57 | Exhibit 53 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-58 | Exhibit 54 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-59 | Exhibit 55 to Eynon Declaration | Not Under Seal | N/A |
| 353-60 | Exhibit 56 to Eynon Declaration | Intentionally Left Blank | N/A |
| 353-61 | Exhibit 57 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants |
| 353-62 | Exhibit 58 to Eynon Declaration | Not Under Seal | N/A |
| 353-63 | Exhibit 59 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-64 | Exhibit 60 to Eynon Declaration | Not Under Seal | N/A |
| 353-65 | Exhibit 61 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants |
| 353-66 | Exhibit 62 to Eynon Declaration | Not Under Seal | N/A |
| 353-67 | Exhibit 63 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-68 | Exhibit 64 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-69 | Exhibit 65 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-70 | Exhibit 66 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-71 | Exhibit 67 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants |
| 353-72 | Exhibit 68 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants |

| 353-73 | Exhibit 69 to Eynon Declaration | Not Under Seal | N/A |
|---|---|---|---|
| 353-74 | Exhibit 70 to Eynon Declaration | Not Under Seal | N/A |
| 353-75 | Exhibit 71 to Eynon Declaration | Provisionally Under Seal | Microsoft |
| 353-76 | Exhibit 72 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-77 | Exhibit 73 to Eynon Declaration | Provisionally Under Seal | Microsoft; OpenAI Defendants |
| 353-78 | Exhibit 74 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants |
| 353-79 | Exhibit 75 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants |
| 353-80 | Exhibit 76 to Eynon Declaration | Provisionally Under Seal | OpenAI Defendants; Third Party Reid Hoffman |
| 353-81 | Exhibit 77 to Eynon Declaration | Provisionally Under Seal | Microsoft |

In accordance with Paragraph 12(b)(i)(1) of the Court's Standing Order, the reasons for sealing will be addressed in a forthcoming omnibus sealing stipulation or motion to be filed after the conclusion of briefing on Microsoft's Motion for Summary Judgment (Dkt. 329).

Dated: November 7, 2025

MOLOLAMKEN LLP

By: /s/ Steven F. Molo
Steven F. Molo (*pro hac vice*)

Marc Toberoff (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

Robert K. Kry (*pro hac vice*)
Jennifer M. Schubert (*pro hac vice*)
Walter H Hawes IV (*pro hac vice*)
Alexandra C. Eynon (*pro hac vice*)
Sara Tofighbakhsh (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*