1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
3  Malibu, CA 90265
   Telephone: (310) 246-3333
4
5  STEVEN F. MOLO (*pro hac vice*)
   ROBERT K. KRY (*pro hac vice*)
   JENNIFER M. SCHUBERT (*pro hac vice*)
6  WALTER H HAWES IV (*pro hac vice*)
   ALEXANDRA C. EYNON (*pro hac vice*)
7  SARA TOFIGHBAKHSH (*pro hac vice*)
   MOLOLAMKEN LLP
8  430 Park Avenue
   New York, NY 10022
9  Telephone: (212) 607-8160

10 *Attorneys for Plaintiffs Elon Musk
   and X.AI Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **PLAINTIFF'S RESPONSIVE SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: January 7, 2026 <br> Time: 2:00 PM <br> Courtroom: 1 – 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> **PUBLIC REDACTED VERSION** |

Pursuant to Section 9(c) of the Honorable Judge Gonzalez Rogers' Standing Order, Plaintiff Elon Musk hereby submits this Responsive Statement of Material Facts in support of his Opposition to the Motion for Summary Judgment of Defendant Microsoft Corporation ("Microsoft"). Each material fact identified below falls under one or more of the following issues raised by Microsoft's motion as stated by :[1]

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| **The Formation of Open AI, Inc. and OpenAI, L.P.** | | |
| 1. Whether Microsoft is entitled to summary judgment on Plaintiff's aiding and abetting breach of fiduciary duty to Musk claim (SAC Count 19) because there is no evidence Microsoft had: (a) actual knowledge of any OpenAI, Altman, or Brockman fiduciary duties to Musk or breach thereof; or (b) the requisite intent to interfere with such duties.<br><br>2. Whether Microsoft is entitled to summary judgment on Plaintiff's breach of quasi contract / unjust enrichment claim (SAC Count 4) because: (a) it is predicated on the same conduct as Count 19, which fails for lack of evidence; (b) it seeks the same relief as Count 19, making it | Fact 1. Microsoft was not involved in OpenAI, Inc.'s[2] formation.<br><br>Ex. 1, ("Introducing OpenAI") (December 11, 2015), Microsoft 30(b)(6) Deposition Ex. 3. | Undisputed. |
| | Fact 2. OpenAI caused to be incorporated in September 2018 OpenAI, L.P., a for-profit subsidiary of OpenAI.<br><br>Ex. 20, ("Operating Agreement of SummerSafe GP, L.L.C.") (September 19, 2018), OPENAI_MUSK00013307;<br><br>Ex. 21, ("Certificate of Amendment to the Certificate of Limited Partnership") (January 3, 2019), OPENAI_MUSK00013310;<br><br>Ex. 22, ("Unanimous Written Consent of the Reorganization Committee of OpenAI, Inc.") (February 8, 2019), MSFT_MUSK000084932. | Undisputed. |
| | Fact 3. OpenAI publicly announced its for-profit subsidiary in March 2019.<br><br>Ex. 23, ("OpenAI LP") (March 11, 2019), OpenAI(30)(b)(6) Ex. 15. | Undisputed. |

---

[1] The Memorandum in Support of Plaintiff's Opposition discusses additional background facts.
[2] Unless otherwise specified, references to "OpenAI" below are to the nonprofit OpenAI, Inc. For simplicity, this Responsive Statement of Material Facts uses the words "subsidiary" or "for-profit subsidiary" when referring to OpenAI, L.P. and its later-established vehicles in which investors held their economic interests.

PLAINTIFF'S RESPONSIVE SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS
CASE NO.: 4:24-CV-04722-YGR

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| impermissible; and (c) there is no evidence that Microsoft, as a third party investing in OpenAI's for-profit subsidiary and entering into agreements with OpenAI and its for-profit subsidiary, upon the OpenAI nonprofit board's approval, had knowledge of any alleged duties or breaches by OpenAI, Altman, or Brockman. | Fact 4. Microsoft was not involved with conceiving, incorporating, or announcing OpenAI's for-profit subsidiary.<br><br>Ex. 12, Samuel Altman Deposition Transcript (September 16, 2025) at 351:25-352:9;<br><br>Ex. 2, Satya Nadella Deposition Transcript (September 24, 2025) at 93:1-19. | Disputed. Microsoft was involved in conceiving OpenAI's for-profit subsidiary through Microsoft ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>Ex. 18; Ex. 19. |
| **Microsoft's Investments in OpenAI's Subsidiary, Microsoft's Collaboration Agreements with OpenAI and Its Subsidiary, and OpenAI's and Its Subsidiary's Representations and Warranties to Microsoft** | | |
| Issues 1 and 2 | Fact 5. Only after OpenAI established its for-profit subsidiary did OpenAI and Microsoft begin discussing a potential strategic partnership.<br><br>Ex. 12, Samuel Altman Deposition Transcript (September 16, 2025) at 332:20-333:4;<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 130:9-13. | Disputed. Microsoft and OpenAI began discussing a potential strategic partnership ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>Ex. 1. |
| Issues 1 and 2 | Fact 6. Prior to entering a strategic partnership with OpenAI and its for-profit subsidiary, Microsoft conducted due diligence, including a review by Microsoft's outside counsel of documents provided by OpenAI relating to it and its subsidiary's governance, structure, capitalization, and tax status.<br><br>Ex. 28, Declaration of Michael Wetter in Support of Defendant Microsoft's Motion for Summary Judgment (executed on October 16, 2025) at ¶7. | Undisputed. |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| Issues 1 and 2 | <u>Fact 7.</u> The due diligence included OpenAI's IRS tax exemption application, which in response to express questions about agreements with officers, directors, trustees, and others, reported nothing about and no agreement with Musk.<br><br>Ex. 29, ("OpenAI IRS Tax Exemption Application") (September 1, 2016), Microsoft 30(b)(6) Deposition Ex. 9 at 36530;<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2015) at 125:19-126:14);<br><br>Ex. 28, Declaration of Michael Wetter in Support of Defendant Microsoft's Motion for Summary Judgment (executed on October 16, 2025) ¶ 7. | Disputed. OpenAI's IRS tax exemption application did not request disclosure of donor-associated agreements, or contribution restrictions or conditions. Question 8a in OpenAI's IRS tax exemption application requested disclosure as follows:<br><br>"Do you or will you have any leases, contracts, loans, or other agreements with your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If 'Yes,' provide the information requested in lines 8b through 8f."<br><br>Question 8a requests only disclosure of potential financial conflicts of interest and similar issues of financial concern. Question 8a did not request, and cannot be reasonably interpreted to request, any agreement between the nonprofit and its donors pertaining to restrictions or conditions on their donations.<br><br>Ex. 24 at -36530. |
| Issues 1 and 2 | <u>Fact 8.</u> In July 2019, Microsoft invested $1 billion in OpenAI's for-profit subsidiary and entered into a Joint Development and Collaboration Agreement ("JDCA") with OpenAI and that subsidiary.<br><br>Ex. 27, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P. ("2019 Investment"), OPENAI_MUSK00011908; | Undisputed. |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | Ex. 26, (2019 Joint Development and Collaboration Agreement), Microsoft 30(b)(6) Deposition Ex. 10. | |
| Issues 1 and 2 | Fact 9. OpenAI's nonprofit board approved the 2019 Investment and the JDCA.<br><br>Ex. 25, OpenAI 30(b)(6) Deposition Transcript (October 3, 2025) at 126:23-127:15. | Undisputed. |
| Issues 1 and 2 | Fact 10. In the 2019 Investment, OpenAI, as sole member of the General Partner of the for-profit subsidiary (the L.P.), agreed to and accepted the 2019 Investment on the General Partner's behalf.<br><br>Ex. 27, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P. ("2019 Investment"), OPENAI_MUSK00011908 at 11931. | Undisputed. |
| Issues 1 and 2 | Fact 11. In the 2019 Investment, OpenAI (the sole member of the General Partner and OpenAI's for-profit subsidiary) represented and warranted to Microsoft that each: "has all requisite power and authority to carry on its business and to execute, deliver and satisfy its obligations under this Subscription Agreement and the Partnership Agreement and such actions will not cause it to be in breach or violation of any contractual, legal or regulatory duty or obligation."<br><br>Ex. 27, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P. ("2019 Investment"), OPENAI_MUSK00011908 at 11926. | Disputed. The 2019 Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P. *states* that OpenAI ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>The boilerplate language does not "represent" or "warrant" anything beyond its plain text.<br><br>Microsoft Ex. 27 at -11925-27. |
| | Fact 12. In the 2019 JDCA, OpenAI and its for-profit subsidiary each | Disputed. The 2019 JDCA ▮▮▮▮ |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | "continuously" represented and warranted that: "it has full power and authority to enter into, and perform its obligations under, and grant the rights granted pursuant to, this Agreement;" and "its (or its Affiliate's) performance of activities pursuant to this Agreement will not violate any rights of third parties, any agreement or obligation between it and any third party, or any applicable Law." <br><br> Ex. 26, (2019 Joint Development and Collaboration Agreement), Microsoft 30(b)(6) Deposition Ex. 10 at 55186. | ██████████████ <br><br> The boilerplate language does not "represent" or "warrant" anything beyond its plain text. <br><br> Ex. 28 at -55186. |
| Issues 1 and 2 | Fact 13. In March 2021, Microsoft made a second investment of up to $2 billion in OpenAI's for-profit subsidiary and entered an Amended and Restated JDCA with OpenAI and its for-profit subsidiary ("Amended JDCA"). <br><br> Ex. 30, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P.) ("2021 Investment"), MSFT_MUSK000055895; <br><br> Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 201:3-7; <br><br> Ex. 31, (Amended and Restated Joint Development and Collaboration Agreement) ("2023 JDCA"), Microsoft 30(b)(6) Ex. 15. | Undisputed. |
| Issues 1 and 2 | Fact 14. OpenAI's nonprofit board authorized Shivon Zilis, Tasha McCauley, and Sam Altman to approve the 2021 Investment and the Amended JDCA, and they did so approve. <br><br> Ex. 25, OpenAI 30(b)(6) Deposition | Undisputed. |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | Transcript (October 3, 2025) at 136:7-10;<br><br>Ex. 32, (March 6, 2021 email regarding "MSFT investment and commercial deal"), Shivon Zilis Deposition Ex. 35. | |
| Issues 1 and 2 | Fact 15. OpenAI, as sole member of the General Partner of the for-profit subsidiary (the L.P.), agreed to and accepted the 2021 Investment on the General Partner's behalf.<br><br>Ex. 30, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P.) ("2021 Investment"), MSFT_MUSK000055895 at 55920. | Undisputed. |
| Issues 1 and 2 | Fact 16. In the 2021 Investment, OpenAI and its for-profit subsidiary represented and warranted that each: "has all requisite power and authority to carry on its business and to execute, deliver and satisfy its obligations under this Subscription Agreement and the Partnership Agreement and such actions will not cause it to be in breach or violation of any contractual, legal or regulatory duty or obligation."<br><br>Ex. 30, (Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P.) ("2021 Investment"), MSFT_MUSK000055895 at 55914-15. | Disputed. The Subscription Booklet for Convertible Limited Partnership Interests in Open AI, L.P. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>The boilerplate language does not "represent" or "warrant" anything beyond its plain text.<br><br>Microsoft Ex. 30 at -55914-15. |
| Issues 1 and 2 | Fact 17. In the 2021 Amended JDCA, OpenAI and its for-profit subsidiary each "continuously" represented and warranted that: "it has full power and authority to enter into, and perform its obligations under, and grant the | Disputed. The 2021 Amended JDC ▮▮▮▮▮▮▮▮▮ |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | rights granted pursuant to, this Agreement" and "its (or its Affiliate's) performance of activities pursuant to this Agreement will not violate any rights of third parties, any agreement or obligation between it (or its Affiliates) and any third party, or, to its knowledge, any applicable Law."<br><br>Ex. 31, (Amended and Restated Joint Development and Collaboration Agreement) ("2021 JDCA"), Microsoft 30(b)(6) Deposition Ex. 15 at 64530. | ████████████<br><br>The boilerplate language does not "represent" or "warrant" anything beyond its plain text.<br><br>Microsoft Ex. 31 at -64530. |
| Issues 1 and 2 | Fact 18. In January 2023, Microsoft invested an additional $10 billion in OpenAI's for-profit subsidiary and entered a Second Amended and Restated JDCA with OpenAI and its renamed for-profit subsidiary ("Second Amended JDCA").<br><br>Ex. 2, Satya Nadella Deposition Transcript (September 24, 2025) at 141:23-142:6;<br><br>Ex. 35, (Second Amended and Restated Joint Development and Collaboration Agreement) ("2023 JDCA"), Microsoft 30(b)(6) Deposition Ex. 11. | Disputed. In January 2023, Microsoft invested an additional $10 billion in OpenAI's newly created for-profit subsidiary and entered a Second Amended and Restated JDCA with OpenAI through its newly created for-profit subsidiary.<br><br>Ex. 42 at -55007. |
| Issues 1 and 2 | Fact 19. OpenAI's nonprofit board unanimously voted to approve the 2023 Investment and the Second Amended JDCA.<br><br>Ex. 36, (Unanimous Written Consent of the Board of Directors of OpenAI, Inc.), OPENAI_MUSK00026481 at 26483, 26485, 26492, 26496. | Undisputed. |
| Issues 1 and 2 | Fact 20. In the Second Amended JDCA, OpenAI and its for-profit subsidiary "continuously" represented and warranted that: "it has full power and authority to enter | Disputed. The 2023 JDCA ████████████ |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | into, perform its obligations under, and grant the rights granted pursuant to, this Agreement" and "its (or its Affiliate's) performance of activities pursuant to this Agreement will not violate any rights of third parties, any agreement or obligation between it (or its Affiliates) and any third party, or, to its knowledge, any Law."<br><br>Ex. 35, (Second Amended and Restated Joint Development and Collaboration Agreement) ("2023 JDCA"), Microsoft 30(b)(6) Deposition Ex. 11 at 55127. | ▮▮▮<br><br>The boilerplate language does not "represent" or "warrant" anything beyond its plain text.<br><br>Microsoft Ex. 35 at -55127. |
| **Microsoft's Lack of Knowledge of Any Duties or Obligations to Musk or the Breach Thereof** | | |
| Issues 1 and 2 | Fact 21. Elon Musk ▮▮▮<br><br>Ex. 6, Elon Musk Supplemental Interrogatory Response No. 4;<br><br>Ex. 3, Elon Musk Deposition Transcript (September 26, 2025) at 164:5-12. | Disputed. Musk ▮▮▮<br><br>Microsoft Ex. 3 at 164:5-12. |
| Issues 1 and 2 | Fact 22. None of the witnesses who had been involved with Musk (Shivon Zilis, Jared Birchall, and Sam Teller) ▮▮▮ | Disputed. Shivon Zilis ▮▮▮<br><br>Jared Birchall ▮▮▮ |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | Ex. 37, Shivon Zilis Deposition Transcript (September 12, 2025), at 312:13-313:24); <br><br> Ex. 45, Jared Birchall Deposition Transcript (September 10, 2025) at 162:15-165:3); <br><br> Ex. 44, Sam Teller Deposition Transcript (September 22, 2025) at 276:23-279:16. | ███████████████ <br><br> Sam Teller ████████ ███████████████ <br><br> Microsoft Ex. 37 at 312:13-313:24; <br><br> Microsoft Ex. 45 at 162:21-163:4, 163:18-25, 164:15-165:3; <br><br> Microsoft Ex. 44 at 276:23-277:16, 278:18-279:4. |
| Issues 1 and 2 | Fact 23. None of the witnesses who had been involved with OpenAI (Sam Altman, Greg Brockman, ██████████████) ever communicated with Microsoft about any purported agreement between Musk and OpenAI, Altman, or Brockman; any purported duties or obligations owed to Musk, or breaches thereof; or any purported restrictions specifically relating to Musk's donations to OpenAI. <br><br> Ex. 12, Samuel Altman Deposition Transcript (September 16, 2025) at 369:2-370:25; <br><br> Ex. 13, Greg Brockman Deposition Transcript (September 23, 2025) at 304:15-310:21; | Disputed. ████████ never communicated with Microsoft on these topics at all. They rarely communicated with Microsoft until ████████ <br><br> Ex. 3 at 157:9-158-16; <br><br> Ex. 47 at 101:17-103:1; 104:7-107:8; 278:16-279:1, 279:13-21. |
| Issues 1 and 2 | Fact 24. Satya Nadella, Microsoft's CEO, was never told about any OpenAI or Sam Altman agreement with Elon Musk, any restrictions associated with financial contributions made by Musk to the | Disputed. Microsoft CEO Satya Nadella was told by ████████ |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | nonprofit, or any commitments among OpenAI's founders regarding the concept of "open" or whether to open source OpenAI's technology.<br><br>Ex. 2, Satya Nadella Deposition Transcript (September 24, 2025) at 273:9-277:5. | ■<br><br>Ex. 1;<br><br>Ex. 32 at 30-31. |
| Issues 1 and 2 | Fact 25. Satya Nadella expects that, had they known, his team would have told him about any OpenAI or Sam Altman agreement with Elon Musk, restrictions associated with financial contributions made by Musk to the nonprofit, or any commitments among OpenAI's founders regarding the concept of "open" or whether to open source OpenAI's technology.<br><br>Ex. 2, Satya Nadella Deposition Transcript (September 24, 2025) at 277:6-24. | Disputed. Satya Nadella was told by ■<br><br>Ex. 1. |
| Issues 1 and 2 | Fact 26. Michael Wetter, Microsoft's 30(b)(6) witness and the only Microsoft witness to be deposed other than Satya Nadella, stated that the due diligence obtained by Microsoft from OpenAI did not reveal or suggest that there was a contract between Elon Musk and OpenAI, Sam Altman, and/or Greg Brockman relating to Musk's contributions to OpenAI, or that OpenAI, Altman, and/or Brockman agreed to any conditions with, or that Musk imposed conditions on, his donations to OpenAI.<br><br>Ex. 28, Declaration of Michael Wetter in Support of Defendant Microsoft's Motion for Summary | Disputed. Michael Wetter, Microsoft's 30(b)(6) witness, ■<br><br>Wetter's post-hoc declaration on behalf of Microsoft did not permit Plaintiffs to examine the witness on the subject of his declaration.<br><br>Ex. 7 at 8:8-22, 18:2-5, 20:10-21:1. |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | Judgment (executed on October 16, 2025) at ¶ 8. | |
| Issues 1 and 2 | Fact 27. The due diligence obtained by Microsoft from OpenAI in 2019 included OpenAI's IRS tax exemption application dated September 1, 2016, where OpenAI, in response to IRS questions about agreements with officers, directors, trustees, and others, reported nothing about and no agreement with Musk.<br><br>Ex. 29; ("OpenAI IRS Tax Exemption Application") (September 1, 2016), Microsoft 30(b)(6) Ex. 9 at 36530, 36562;<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 124:5-126:25. | Disputed. OpenAI's IRS tax exemption did not request disclosure of donor-associated agreements, or contribution restrictions or conditions. Question 8a in OpenAI's IRS tax exemption application requested disclosure as follows:<br><br>"Do you or will you have any leases, contracts, loans, or other agreements with your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If 'Yes,' provide the information requested in lines 8b through 8f."<br><br>Question 8a expressly requests only disclosure of potential financial conflicts of interest and similar issues of financial concern. Question 8a did not request, and cannot be reasonably interpreted to request, any agreement between the nonprofit and donors pertaining to donor-associated agreements, or contribution restrictions or conditions.<br><br>Ex. 24 at -36530. |
| **Other Aspects of Microsoft's Relationship with OpenAI** | | |
| Issues 1 and 2 | Fact 28. Former Co-Plaintiff Shivon Zilis voted to approve each Microsoft investment and corresponding JDCA entered during the period when she served on OpenAI's nonprofit board.<br><br>Ex. 25, OpenAI 30(b)(6) Deposition Transcript (October 3, 2025) at | Undisputed. |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | 126:23-127:15;<br><br>Ex. 38, OpenAI, Inc.'s Responses and Objections to Musk's First Interrogatories at 12;<br><br>Ex. 32, (March 6, 2021 email regarding "MSFT investment and commercial deal"), Shivon Zilis Deposition Ex. 35;<br><br>Ex. 36, (Unanimous Written Consent of the Board of Directors of OpenAI, Inc.), OPENAI_MUSK00026481 at 26483, 26485, 26492, 26496. | |
| Issues 1 and 2 | Fact 29. Each of the four OpenAI nonprofit board members who voted to fire Sam Altman (Adam D'Angelo, Tasha McCauley, Ilya Sutskever, and Helen Toner) in November 2023 voted to approve one or more iterations of Microsoft's investment and corresponding JDCA entered during the period when they served on OpenAI's nonprofit board.<br><br>Ex. 25, OpenAI 30(b)(6) Deposition Transcript (October 3, 2025) at 126:23-127:15;<br><br>Ex. 38, OpenAI, Inc.'s Responses and Objections to Musk's First Interrogatories at 12;<br><br>Ex. 32, (March 6, 2021 email regarding "MSFT investment and commercial deal"), Shivon Zilis Deposition Ex. 35;<br><br>Ex. 36, (Unanimous Written Consent of the Board of Directors of OpenAI, Inc.), OPENAI_MUSK00026481 at 26483, 26485, 26492, 26496. | Undisputed. |
| Issues 1 and 2 | Fact 30. ■■■<br><br>Ex. 2, Satya Nadella Deposition | Disputed. Microsoft ■■■ |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | Transcript (September 24, 2025) at 175:16-20;<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 150:14-20, 197:20-198:9). | ■■■<br><br>■■■<br><br>Ex. 72;<br><br>Ex. 73 at -2099;<br><br>Ex. 74;<br><br>Ex. 75 at -16621-22, -16624. |
| Issues 1 and 2 | Fact 31. ■■■<br><br>Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 150:14-20. | Disputed. ■■■<br><br>Ex. 41. |
| Issues 1 and 2 | Fact 32. From December 9, 2023 to July 9, 2024, Microsoft employee Deannah Templeton was a non-voting observer of OpenAI's nonprofit board. | Undisputed. |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | Ex. 17, Declaration of Deannah Templeton in Support of Defendants Microsoft Corporation, Reid Hoffman and Deannah Templeton's Opposition to Plaintiffs' Motion for a Preliminary Injunction (executed on December 13, 2024) at ¶¶ 10-16. | |
| Issues 1 and 2 | Fact 33. ███████████████ ███████████████ Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 183:4-5. | Disputed. ███████████████ ███████████████ ███████████████ ███████████████ Ex. 76 at -53; Ex. 25 at -59963-64; Ex. 34 at -64587-90; Ex. 42 at -55014-16. |
| Issues 1 and 2 | Fact 34. ███████████████ By January 2023, OpenAI Global, LLC had replaced OpenAI, L.P. and Microsoft obtained a membership interest in the LLC in connection with its 2023 Investment, ███████ ███████████████ Ex. 24, Microsoft 30(b)(6) Deposition Transcript (September 8, 2025) at 160:8-163:22; 183:4-10. | Disputed. ███████████████ ███████████████ ███████████████ Ex. 76 at -53; Ex. 25 at -59963-64; Ex. 34 at -64587-89; Ex. 42 at -55014-16. |

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| | **The Timing and Filing of This Case** | |
| Issues 1 and 2 | <u>Fact 35.</u> On August 5, 2024, Elon Musk filed this case. Microsoft was first named as a defendant in the First Amended Complaint, filed November 14, 2024.<br><br>Dkt. No. 32. | Undisputed. |
| Issues 1 and 2 | <u>Fact 36.</u> Elon Musk ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■<br><br>Ex. 19, Elon Musk Deposition Transcript Ex. 8. | Disputed. Altman ■ Musk ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■<br><br>Ex. 4 at 151:18-23, 183:22-184:12, 361:18-25. |

15

PLAINTIFF'S RESPONSIVE SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS
CASE NO.: 4:24-CV-04722-YGR

| Issue No(s). | Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Supporting Evidence |
|---|---|---|
| Issues 1 and 2 | Fact 37. Elon Musk ███████<br><br>Ex. 3, Elon Musk Deposition Transcript (September 26, 2025) at 162:6-9;<br><br>Ex. 6, Elon Musk Supplemental Interrogatory Response No. 1. | Disputed. Musk ███████<br><br>Ex. 4 at 166:7-168:14. |
| Issues 1 and 2 | Fact 38. Elon Musk ███████<br><br>Ex. 3, Elon Musk Deposition Transcript (September 26, 2025) at 169:12-22, 357:4-358:2);<br><br>Ex. 43, (Tweet of Elon Musk dated September 24, 2020), Elon Musk Deposition Exhibit 24. | Undisputed that Musk ███████<br><br>Ex. 4 at 151:18-23, 183:22-184:12, 361:18-25. |
| **PLAINTIFF'S ADDITIONAL MATERIAL FACTS** | | |
| Issues 1 and 2 | Additional Fact 39. In its introductory blog post, OpenAI announced its mission to safely advance artificial intelligence in a way "most likely to benefit humanity as a whole, unconstrained by a need to generate financial return." | Ex. 2. |
| Issues 1 and 2 | Additional Fact 40. ███████ | Ex. 8. |
| Issues 1 and 2 | Additional Fact 41. Microsoft CEO Satya Nadella and others at Microsoft knew Musk was a co-founder and major initial funder of OpenAI, and in 2016, Microsoft ███████ | Ex. 9 at 40:25-41:8, 56:12-57:16, 92:16-25. |

| | | | |
|---|---|---|---|
| | Issues 1 and 2 | Additional Fact 42. No later than ▮▮▮▮ Microsoft knew OpenAI sought to launch a commercial venture and sought investment from partners like Microsoft in that venture, and Microsoft CEO Satya Nadella and Sam Altman ▮▮▮▮ | Ex. 1. |
| | Issues 1 and 2 | Additional Fact 43. ▮▮▮▮ | Ex. 1. |
| | Issues 1 and 2 | Additional Fact 44. ▮▮▮▮ | Ex. 9 at 17:23-18:5, 24:6-16, 37:3-23; Ex. 77 at -56878-79. |
| | Issues 1 & 2 | Additional Fact 45. Other than Microsoft's 2019, 2021, or 2023 investments in OpenAI's novel for-profit subsidiary, Microsoft ▮▮▮▮ | Ex. 9 at 93:14-19, 96:8-97:2, 128:5-15; Ex. 7 at 235:20-236:6. |
| | Issues 1 and 2 | Additional Fact 46. In its due diligence for the 2019 Investment Agreement, Microsoft reviewed and understood from ▮▮▮▮ | Ex. 24 at -36539, -36556. |

| | | | |
|---|---|---|---|
| 1 | | [redacted] | |
| 2 | | | |
| 3 | | | |
| 4 | Issues 1 and 2 | Additional Fact 47. Microsoft was aware of, [redacted] | Ex. 24 at -36539; Ex. 37 at -54863, -54865; Ex. 7 at 210:6-20; 213:23-214:4; Ex. 17 at 167:22-170:3. |
| 5 | Issues 1 and 2 | Additional Fact 48. Microsoft was aware of Musk's public criticisms of OpenAI and Microsoft on Twitter/X, and Microsoft CEO Satya Nadella [redacted] | Ex. 32 at 30-31; Ex. 44. |
| 6 | Issues 1 and 2 | Additional Fact 49. After GPT-2's staged 2019 release, and except for two GPT-4 model variations in 2025, OpenAI has neither released any large language model under an open-source license nor published the model's source code and weights. | Ex. 7 at 189:7-22. |
| 7 | Issues 1 and 2 | Additional Fact 50. Microsoft CEO Satya Nadella and [redacted] | Ex. 21 at 111:12-112:19. |
| 8 | Issues 1 and 2 | Additional Fact 51. During the events of November 17-22, 2023, Microsoft planned to hire Sam Altman, Greg Brockman, and any departing OpenAI employee at matched compensation, at a [redacted] icrosoft CEO Satya Nadella publicly announcing Microsoft's offer to hire OpenAI's employees. | Ex. 54; Ex. 56; Ex. 9 at 237:20-239:7. |

I attest that the evidence cited herein fairly and accurately supports the facts as asserted.

DATED: November 7, 2025

Respectfully Submitted,

MOLOLAMKEN LLP

By: /s/ Steven F. Molo
    Steven F. Molo (*pro hac vice*)

Marc Toberoff (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

Robert K. Kry (*pro hac vice*)
Jennifer M. Schubert (*pro hac vice*)
Walter H. Hawes IV (*pro hac vice*)
Alexandra C. Eynon (*pro hac vice*)
Sara Tofighbakhsh (*pro hac vice*)
MOLO LAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*