1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
3  Malibu, CA 90265
   Telephone: (310) 246-3333
4
5  STEVEN F. MOLO (*pro hac vice*)
   ROBERT K. KRY (*pro hac vice*)
   JENNIFER M. SCHUBERT (*pro hac vice*)
6  WALTER H HAWES IV (*pro hac vice*)
   ALEXANDRA C. EYNON (*pro hac vice*)
7  SARA TOFIGHBAKHSH (*pro hac vice*)
   MOLOLAMKEN LLP
8  430 Park Avenue
   New York, NY 10022
9  Telephone: (212) 607-8160

10 *Attorneys for Plaintiffs Elon Musk
   and X.AI Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR (TSH) <br><br> **DECLARATION OF ALEXANDRA C. EYNON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: January 7, 2026 <br> Time: 2:00 PM <br> Courtroom: 1 – 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

# **DECLARATION**

I, Alexandra C. Eynon, declare as follows:

1. I am a member of the bar of the State of New York and am admitted *pro hac vice* to practice before this Court. I am over the age of 18, an attorney at the law firm of MoloLamken LLP, and counsel of record for Plaintiffs Elon Musk and X.AI Corp. (together, "Plaintiffs"). I submit this Declaration in support of Plaintiff Elon Musk's Opposition to Defendant Microsoft Corporation's Motion for Summary Judgment. I have personal knowledge of the facts stated herein, and if called as a witness could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of an email from Kevin Scott to Satya Nadella and other Microsoft employees, dated March 7, 2018, produced by Defendant Microsoft Corporation ("Microsoft") at MSFT_MUSK000044183.

3. Attached as **Exhibit 2** is a true and correct copy of an OpenAI blog post titled "Introducing OpenAI," dated December 11, 2015, produced by Plaintiffs at 2024MUSK-0011225.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the deposition of Ilya Sutskever, dated October 1, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition of Elon Musk, dated September 26, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of an email from Elon Musk to Sam Altman, dated June 24, 2015, produced by Plaintiffs at 2024MUSK-0001230.

7. Attached as **Exhibit 6** is a true and correct copy of an email from Sam Altman to Elon Musk, dated October 19, 2015, produced by Plaintiffs at 2024MUSK-0005439.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the deposition of Microsoft's corporate representative Michael Wetter, dated September 8, 2025.

9. Attached as **Exhibit 8** is a true and correct copy of an email from Satya Nadella to Harry Shum and other Microsoft employees, dated December 12, 2015, produced by Microsoft at MSFT_MUSK000044294.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the deposition of Satya Nadella, dated September 24, 2025.

11. Attached as **Exhibit 10** is a true and correct copy of a presentation titled "OpenAI on Azure Big Compute," bearing a production metadata date of August 25, 2016, produced by Microsoft at MSFT_MUSK000000159.

12. Attached as **Exhibit 11** is a true and correct copy of an email from Elon Musk to Ilya Sutskever, copying Sam Altman, dated June 28, 2017, produced by Plaintiffs at 2024MUSK-0006691.

13. Attached as **Exhibit 12** is a true and correct copy of an email from Elon Musk to Satya Nadella, copying others, dated August 11, 2017, produced by Plaintiffs at 2024MUSK-0000669.

14. Attached as **Exhibit 13** is a true and correct copy of an email from Brett Tanzer to Amy Hood, Satya Nadella, and others, copying other Microsoft employees, dated January 12, 2018, produced by Microsoft at MSFT_MUSK000000150.

15. Attached as **Exhibit 14** is a true and correct copy of an OpenAI blog post titled "OpenAI supporters," dated February 20, 2018, produced by the OpenAI Defendants at OPENAI_MUSK00037070.

16. Attached as **Exhibit 15** is a true and correct copy of an email from Elon Musk to Ilya Sutskever, copying Sam Altman, Greg Brockman, and others, dated September 20, 2017, produced by Plaintiffs at 2024MUSK-0005100.

17. Attached as **Exhibit 16** is a true and correct copy of an OpenAI blog post titled "OpenAI LP," dated March 11, 2019, produced by Plaintiffs at 2024MUSK-0011200.

18. Attached as **Exhibit 17** is a true and correct copy of excerpts of the transcript of the deposition of the OpenAI Defendants' corporate representative Robert Wu, dated October 3, 2025.

19. Attached as **Exhibit 18** is a true and correct copy of an email from Sam Altman to Reid Hoffman, dated May 18, 2018, produced by Reid Hoffman at HOFFMAN_000000001.

20. Attached as **Exhibit 19** is a true and correct copy of an email from Kevin Scott to

Brett Tanzer and Harry Shum, copying other Microsoft employees, dated March 19, 2018, produced by Microsoft at MSFT_MUSK000001461.

21. Attached as **Exhibit 20** is a true and correct copy of an email from Kevin Scott to Satya Nadella, dated November 9, 2018, produced by Microsoft at MSFT_MUSK000000993.

22. Attached as **Exhibit 21** is a true and correct copy of excerpts of the transcript of the deposition of Ermira ("Mira") Murati, dated November 2, 2025.

23. Attached as **Exhibit 22** is a true and correct copy of a document titled "Microsoft Memo" and addressed to "Board of Directors" from Kevin Scott and Amy Hood, dated March 7, 2019, produced by Microsoft at MSFT_MUSK000083882.

24. Attached as **Exhibit 23** is a true and correct copy of an email from Amy Hood to Satya Nadella, copying Brad Smith, dated June 11, 2019, produced by Microsoft at MSFT_MUSK000000673.

25. Attached as **Exhibit 24** is a true and correct copy of the tax exemption application of OpenAI, Inc., dated September 1, 2016, produced by Microsoft at MSFT_MUSK000036519.

26. Attached as **Exhibit 25** is a true and correct copy of the Amended and Restated Limited Partnership Agreement of Open AI, L.P., A Delaware Limited Partnership, dated July 2, 2019, produced by Microsoft at MSFT_MUSK000059951.

27. Attached as **Exhibit 26** is a true and correct copy of an email from Amy Hood dated July 15, 2019, produced by Microsoft at MSFT_MUSK000001083.

28. Attached as **Exhibit 27** is a true and correct copy of an email from Frank X. Shaw to Kevin Scott and others, dated July 20, 2019, produced by Microsoft at MSFT_MUSK000000244.

29. Attached as **Exhibit 28** is a true and correct copy of a Joint Development and Collaboration Agreement between Microsoft, OpenAI Inc., and OpenAI, L.P., dated July 2, 2019, produced by Microsoft at MSFT_MUSK000055169.

30. Attached as **Exhibit 29** is a true and correct copy of an email from Zoran Martinovic to Satya Nadella and others, dated March 31, 2025, produced by Microsoft at MSFT_MUSK000085749.

31. Attached as **Exhibit 30** is a true and correct copy of an email from Michael Wetter to Jon Tinter, dated February 25, 2021, produced by Microsoft at MSFT_MUSK000068284.

32. Attached as **Exhibit 31** is a true and correct copy of a tweet from the user @WholeMarsBlog dated September 24, 2020, produced by Microsoft at MSFT_MUSK000085666.

33. Attached as **Exhibit 32** is a true and correct copy of excerpts of a document bearing a production metadata date of October 31, 2022, and with production metadata showing Deannah Templeton as custodian, produced by Microsoft at MSFT_MUSK000058648.

34. Attached as **Exhibit 33** is a true and correct copy of a "Response to Request for Information Dated December 8, 2023" in Case ME/7084/23, dated December 18, 2023, produced by Microsoft at MSFT_MUSK000056517.

35. Attached as **Exhibit 34** is a true and correct copy of the Amended and Restated Limited Partnership Agreement of Open AI, L.P., A Delaware Limited Partnership, dated March 6, 2021, produced by Microsoft at MSFT_MUSK000064573.

36. Attached as **Exhibit 35** is a true and correct copy of a Joint Development and Collaboration Agreement between Microsoft, OpenAI Inc., and OpenAI, L.P., dated March 5, 2021, produced by Microsoft at MSFT_MUSK000064509.

37. Attached as **Exhibit 36** is a true and correct copy of an email from Chris Young to Amy Hood and Keith Dolliver, copying other Microsoft employees, dated February 13, 2022, produced by Microsoft at MSFT_MUSK000054860.

38. Attached as **Exhibit 37** is a true and correct copy of a presentation titled "OpenAI," dated February 2022, produced by Microsoft at MSFT_MUSK000054862.

39. Attached as **Exhibit 38** is a true and correct copy of excerpts of a text thread between Sam Altman and Satya Nadella, dated January 14, 2023, produced by the OpenAI Defendants at OPENAI_MUSK00026473.

40. Attached as **Exhibit 39** is a true and correct copy of excerpts of a text thread between Sam Altman and Satya Nadella, dated January 15, 2023, produced by the OpenAI Defendants at OPENAI_MUSK00026475.

41. Attached as **Exhibit 40** is a true and correct copy of excerpts of a text thread between Sam Altman and Satya Nadella, dated January 29, 2023, produced by the OpenAI Defendants at OPENAI_MUSK00026550.

42. Attached as **Exhibit 41** is a true and correct copy of a document titled "Microsoft Memo" and addressed to "Senior Leadership Team" from Brad Smith, dated January 22, 2023, produced by Microsoft at MSFT_MUSK000001168.

43. Attached as **Exhibit 42** is a true and correct copy of the Amended and Restated Limited Liability Company Agreement of OpenAI Global, LLC, a Delaware Limited Liability Company, dated January 23, 2023, produced by Microsoft at MSFT_MUSK000055001.

44. Attached as **Exhibit 43** is a true and correct copy of a Joint Development and Collaboration Agreement between Microsoft, OpenAI Inc., and OpenAI OpCo, LLC, dated January 23, 2023, produced by Microsoft at MSFT_MUSK000055099.

45. Attached as **Exhibit 44** is a true and correct copy of an email from Satya Nadella to Kevin Scott and others, dated December 5, 2022, produced by Microsoft at MSFT_MUSK000000001.

46. Attached as **Exhibit 45** is a true and correct copy of an OpenAI blog post titled "OpenAI announces leadership transition," dated November 17, 2023, produced by Plaintiffs at 2024MUSK-0014150.

47. Attached as **Exhibit 46** is a true and correct copy of excerpts of the transcript of the deposition of Helen Toner, dated October 8, 2025.

48. Attached as **Exhibit 47** is a true and correct copy of excerpts of the transcript of the deposition of Tasha McCauley, dated September 30, 2025.

49. Attached as **Exhibit 48** is a true and correct copy of a text thread between Mira Murati and Satya Nadella, dated between November 17 and 20, 2023, produced by Microsoft at MSFT_MUSK000065692.

50. Attached as **Exhibit 49** is a true and correct copy of a text thread between Mira Murati and Deannah Templeton, dated November 9 and 17, 2023, produced by Microsoft at

MSFT_MUSK000067086.

51. Attached as **Exhibit 50** is a true and correct copy of an email from Caitlin McCabe to Amy Hood, Kevin Scott, and other Microsoft employees, dated November 20, 2023, produced by Microsoft at MSFT_MUSK000054866.

52. Attached as **Exhibit 51** is a true and correct copy of a text thread between Bret Taylor, Sam Altman, and Satya Nadella, dated between November 19 and 20, 2023, produced by the OpenAI Defendants at OPENAI_MUSK00027433.

53. Attached as **Exhibit 52** is a true and correct copy of a text thread between Kevin Scott, Sam Altman, Brad Smith, and Satya Nadella, dated November 21, 2023, produced by the OpenAI Defendants at OPENAI_MUSK00027478.

54. Attached as **Exhibit 53** is a true and correct copy of a text thread between Sam Altman, Satya Nadella, and others, dated November 19, 2023, produced by the OpenAI Defendants at OPENAI_MUSK00027423.

55. Attached as **Exhibit 54** is a true and correct copy of a text thread between Sam Altman and Satya Nadella, dated between November 18 and 19, 2023, produced by the OpenAI Defendants at OPENAI_MUSK00027413.

56. Attached as **Exhibit 55** is a true and correct copy of a tweet from the user @satyanadella, dated November 20, 2023, produced by Microsoft at MSFT_MUSK000058711.

57. Attached as **Exhibit 56** is a slipsheet that is intentionally left blank.

58. Attached as **Exhibit 57** is a true and correct copy of an employee petition addressed "To the Board of Directors at OpenAI," produced by the OpenAI Defendants at OPENAI_MUSK00037737.

59. Attached as **Exhibit 58** is a true and correct copy of an article titled "Satya Nadella on Hiring the Most Powerful Man in AI," published in *New York* Magazine's "Intelligencer," dated November 21, 2023, produced by Plaintiffs at 2024MUSK-0013912.

60. Attached as **Exhibit 59** is a true and correct copy of a text thread between Brad Lightcap, Sam Altman, and Satya Nadella, dated November 20, 2023, produced by the OpenAI

Defendants at OPENAI_MUSK00027459.

61. Attached as **Exhibit 60** is a true and correct copy of an OpenAI blog post titled "Sam Altman returns as CEO, OpenAI has a new initial board," dated November 29, 2023, produced by Plaintiffs at 2024MUSK-0011561.

62. Attached as **Exhibit 61** is a true and correct copy of a document titled "Minutes of Meeting of the Members and Directors of OpenAI, Inc.," dated March 8, 2024, produced by the OpenAI Defendants at OPENAI_MUSK00027797.

63. Attached as **Exhibit 62** is a true and correct copy of an OpenAI blog post titled "Review Completed & Altman, Brockman to continue to lead OpenAI," dated March 8, 2024, obtained from the OpenAI website at https://openai.com/index/review-completed-altman-brockman-to-continue-to-lead-openai/.

64. Attached as **Exhibit 63** is a true and correct copy of a document titled "Microsoft Memo" and addressed to "Board of Directors" from Satya Nadella, Amy Hood, and Brad Smith, dated March 11, 2024, produced by Microsoft at MSFT_MUSK000083532.

65. Attached as **Exhibit 64** is a true and correct copy of a Memorandum of Understanding between OpenAI and Microsoft regarding a Proposed Recapitalization of the OpenAI For-Profit Enterprise, dated September 9, 2025, produced by Microsoft at MSFT_MUSK000092434.

66. Attached as **Exhibit 65** is a true and correct copy of an email from Satya Nadella to Jon Tinter and other Microsoft employees, dated February 12, 2025, produced by Microsoft at MSFT_MUSK000084085.

67. Attached as **Exhibit 66** is a true and correct copy of a presentation titled "Argos 3," signed by Amy Hood on September 11, 2025, produced by Microsoft at MSFT_MUSK000092415.

68. Attached as **Exhibit 67** is a true and correct copy of excerpts of the transcript of the deposition of Sam Altman, dated September 16, 2025.

69. Attached as **Exhibit 68** is a true and correct copy of excerpts of the transcript of the deposition of Greg Brockman, dated September 24, 2025.

70.     Attached as **Exhibit 69** is a true and correct copy of an OpenAI blog post titled "The next chapter of the Microsoft-OpenAI partnership," dated October 28, 2025, obtained from the OpenAI website at openai.com/index/next-chapter-of-microsoft-openai-partnership.

71.     Attached as **Exhibit 70** is a true and correct copy of an article titled *OpenAI Lays Groundwork for Juggernaut IPO at Up To $1 Trillion Valuation*, by Echo Wang, published in Reuters, dated Oct. 29, 2025, and obtained from the *Reuters* website at reuters.com/business/openai-lays-groundwork-juggernaut-ipo-up-1-trillion-valuation-2025-10-29/.

72.     Attached as **Exhibit 71** is a true and correct copy of excerpts of a document titled "An Inflection Point," with authors identified as "Satya Nadella and Macro Iansiti," dated July 10, 2023, produced by Microsoft at MSFT_MUSK000001480.

73.     Attached as **Exhibit 72** is a true and correct copy of a document titled "Microsoft & OpenAI – Summary Term Sheet," dated April 14, 2019, produced by Microsoft at MSFT_MUSK000018616.

74.     Attached as **Exhibit 73** is a true and correct copy of a document titled "Side Letter Agreement," dated March 5, 2021, produced by Microsoft at MSFT_MUSK000002098.

75.     Attached as **Exhibit 74** is a true and correct copy of a direct message thread between Sam Altman, Greg Brockman, and Ilya Sutskever, dated October 28, 2022, produced by the OpenAI Defendants at OPENAI_MUSK00015262.

76.     Attached as **Exhibit 75** is a true and correct copy of a direct message thread between Sam Altman, Greg Brockman, Ilya Sutskever, and Mira Murati, dated April 6, 2023, produced by the OpenAI Defendants at OPENAI_MUSK00016609.

77.     Attached as **Exhibit 76** is a true and correct copy of a document titled "Memorandum: OpenAI LP and Microsoft Partnership," dated June 16, 2019, produced by Reid Hoffman at HOFFMAN_000000051.

78.     Attached as **Exhibit 77** is a true and correct copy of the "First Witness Statement of

Satya Nadella" in support of Microsoft's response to the U.K. Competition and Markets Authority's investigation into the partnership between Microsoft and OpenAI, Inc., dated April 8, 2024, produced by Microsoft at MSFT_MUSK000056876.

79. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2025

New York, New York

/s/ *Alexandra C. Eynon*
Alexandra C. Eynon

**ECF ATTESTATION**

I, Steven F. Molo, am the ECF User whose ID and password are being used to file this DECLARATION OF ALEXANDRA C. EYNON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Date: November 7, 2025

/s/ *Steven F. Molo*
Steven F. Molo