# EXHIBIT 6

**From:** Sam Altman <sam@ycombinator.com>
**To:** Elon Musk <erm@spacex.com>
**Subject:** Re: followup
**Date:** Mon, 19 Oct 2015 08:47:19 -0700
**Importance:** Normal

---

Happy to talk about it any time--very focused on getting this right!

Thanks--you were actually the main inspiration for that. We've had such a struggle getting our capital-intensive businesses funded (unless the founders were already rich from a previous startup) that we figured we should just do it ourselves.

On Mon, Oct 19, 2015 at 3:27 AM, Elon Musk <erm@spacex.com> wrote:
> Let's discuss governance. This is critical. I don't want to fund something that goes in what turns out to be the wrong direction.
>
> Btw, great move on the continuity fund!
>
> On Oct 18, 2015, at 11:36 AM, Sam Altman <sam@ycombinator.com> wrote:
>
>> Good seeing you a couple of weeks ago.
>>
>> As discussed I think starting with a $100MM commitment (and leaving the time unspecified) is the way to go.
>>
>> Everyone we discussed but Gates is committed to donating. Hope to have him locked down next week. I am going to sit down with Zuck, but I still think it's probably too problematic given Facebook AI Research.
>>
>> Two big new recruits that we expect to sign offer letters this week: John Schulman and Wojciech Zaremba.
>>
>> Specific asks for you:
>>
>> 1) Can you donate $30MM over the next 5 years?
>>
>> 2) Can we call you an "advisor" but leave unspecified what you'll do in detail and figure it out as we go?

Confidential

2024MUSK-0005439

==3) Will you be on the Safety Board with me? I'd like it to eventually be 5 of us, adding the next 3 over the year or so. This will be the "second key" for releasing anything that could be dangerous.==

Sam