# EXHIBIT 31



MSFT_MUSK000085666