# EXHIBIT 55



**Satya Nadella** ✓
@satyanadella

We remain committed to our partnership with OpenAI and have confidence in our product roadmap, our ability to continue to innovate with everything we announced at Microsoft Ignite, and in continuing to support our customers and partners. We look forward to getting to know Emmett Shear and OAI's new leadership team and working with them. And we're extremely excited to share the news that Sam Altman and Greg Brockman, together with colleagues, will be joining Microsoft to lead a new advanced AI research team. We look forward to moving quickly to provide them with the resources needed for their success.

2:53 AM · Nov 20, 2023 · **22.8M** Views

 4K   ↻ 24K   ♡ 72K   🔖 4.5K   

MSFT_MUSK000058711