MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK, et al., <br><br>             Plaintiffs, <br><br>      v. <br><br> SAMUEL ALTMAN, et al., <br><br>             Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **TEMPORARY SEALING MOTION RE: CORRECTED VERSION OF EXHIBIT 57** |

Pursuant to Local Rule 79-5(d) and Paragraph 12 of this Court's Standing Order in Civil Cases ("Standing Order"), Plaintiff Elon Musk submits this Temporary Sealing Motion requesting to file under seal the attached corrected version of Exhibit 57 to Plaintiff's Opposition to the OpenAI Defendants' Motion for Summary Judgment:

| Dkt. No. | Document Description | Status | Party Claiming Confidentiality |
|---|---|---|---|
| 356-01 | Corrected Exhibit 57 to Hawes Declaration | Provisionally Under Seal | All Parties; Third Parties Helen Toner and Ilya Sutskever |

In accordance with Paragraph 12(b)(i)(1) of the Court's Standing Order, the reasons for sealing will be addressed in a forthcoming omnibus sealing stipulation or motion to be filed after the conclusion of briefing on the OpenAI Defendants' Motion for Summary Judgment (Dkt. 327).

Dated: November 19, 2025          MOLOLAMKEN LLP

                                  By:  /s/ Robert K. Kry
                                       Robert K. Kry (*pro hac vice*)