RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

(*additional counsel on signature page*)

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **TEMPORARY SEALING MOTION RE: DEFENDANT MICROSOFT CORPORATION'S REPLY ISO MOTION FOR SUMMARY JUDGMENT** <br><br> Date Action Filed: August 5, 2024 <br> Trial Date: March 30, 2026 |

Pursuant to Civil Local Rule 79-5 and the Court's Standing Order In Civil Cases ("Standing Order") Paragraph 12, Defendant Microsoft Corporation respectfully submits this Temporary Sealing Motion. Microsoft will seek to seal certain exhibits to the Supplemental Declaration of Russell Cohen in Support of Microsoft's Motion for Summary Judgment and limited portions of its Reply in Support of its Motion for Summary Judgment ("Reply ISO Motion for Summary Judgment") and Reply to Plaintiff's Responsive Statement of Undisputed Material Facts. The sealing status of items associated with Microsoft's Reply ISO Motion for Summary Judgment is identified in the chart below:

| ECF No. | Document Description | Sealing Status | Party Designating Confidential Information |
|---|---|---|---|
| Dkt 358-1 | Microsoft's Reply ISO Motion for Summary Judgment (Sealed) | Provisionally Under Seal | OpenAI |
| Dkt 358-2 | Microsoft's Reply to Plaintiff's Responsive Statement of Undisputed Material Facts (Sealed) | Provisionally Under Seal | All Parties and Non-Parties Ilya Sutskever and Ermira Murati |
| Dkt 358-3 | Microsoft's Reply to Plaintiff's Responsive Statement of Undisputed Material Facts (Redacted) | Provisionally Redacted / Public | All Parties and Non-Parties Ilya Sutskever and Ermira Murati |
| Dkt 358-4 | Supplemental Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment | Public | N/A |
| Dkt 358-5 | Exhibit 46 to Supplemental Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Provisionally Under Seal | Microsoft, OpenAI, Non-Party Ermira Murati |
| Dkt 358-6 | Exhibit 47 to Supplemental Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment | Public | N/A |
| Dkt 358-7 | Exhibit 48 to Supplemental Declaration of Russell Cohen ISO Microsoft's Motion for Summary Judgment (Sealed) | Provisionally Under Seal | Microsoft, OpenAI |

In accordance with Standing Order Paragraph 12(c)(i), Microsoft will serve all documents to be sealed upon Plaintiffs, the OpenAI Defendants, and any designating third party whose confidential information is included. Pursuant to Standing Order Paragraph

1    12(b)(i)(1), the reasons for sealing will be addressed in a forthcoming omnibus motion to be

2    filed after the conclusion of briefing on Microsoft's Motion for Summary Judgment.

3

4    DATED: November 21, 2025                    Respectfully Submitted,

5                                                DECHERT LLP

6
                                                 By:  */s/ Russell P. Cohen*
7                                                     Russell P. Cohen (SBN 213105)
                                                      Russ.cohen@dechert.com
8                                                     Howard M. Ullman (SBN 206760)
                                                      Howard.ullman@dechert.com
9                                                     45 Fremont Street, 26th Floor
                                                      San Francisco, CA 94105
10                                                    Telephone: (415) 262-4500
                                                      Facsimile: (415) 262-45555
11

12                                                    Nisha Patel (SBN 281628)
                                                      Nisha.patelgupta@dechert.com
13                                                    DECHERT LLP
                                                      633 West 5th Street, Suite 4900
14                                                    Los Angeles, CA 90071
                                                      Telephone: (213) 808-5700
15                                                    Facsimile: (213) 808-5760

16
                                                      Andrew J. Levander (admitted *pro hac vice*)
17                                                    Andrew.levander@dechert.com
                                                      DECHERT LLP
18                                                    Three Bryant Park
                                                      1095 Avenue of the Americas
19                                                    New York, NY 10036
                                                      Telephone: (212) 698-3500
20                                                    Facsimile: (212) 698-3599

21
                                                      John (Jay) Jurata, Jr. (admitted *pro hac vice*)
22                                                    Jay.jurata@dechert.com
                                                      DECHERT LLP
23                                                    1900 K Street, N.W.
                                                      Washington, DC 20006
24                                                    Telephone: (202) 261-3300
                                                      Facsimile: (202) 261-3333
25

26                                                    Elisa Beneze (admitted *pro hac vice*)
                                                      Elisa.beneze@dechert.com
27                                                    DECHERT LLP
                                                      2929 Arch Street
28

Philadelphia, PA 19104
Telephone: (215) 994-2315

*Attorneys for Defendant Microsoft Corporation*

**CERTIFICATE OF SERVICE**

The undersigned, counsel of record for Microsoft Corporation, certifies that on November 21, 2025, a copy of the foregoing document(s) was electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel of record.

*/s/ Russell P. Cohen*
Russell P. Cohen (SBN 213105)
**DECHERT LLP**
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Tel.: (415) 262-4500
Fax: (415) 262-45555
Russell.Cohen@dechert.com

*Attorney for Defendant Microsoft Corporation*