| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com<br>HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-45555<br><br>NISHA PATEL (SBN 281628)<br>Nisha.patelgupta@dechert.com<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760 | ANDREW J. LEVANDER (admitted *pro hac vice*)<br>Andrew.levander@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)<br>Jay.jurata@dechert.com<br>DECHERT LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333 |

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAMUEL ALTMAN, et al.,<br><br>  Defendants. | Case No. 4:24-cv-04722-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**SUPPLEMENTAL DECLARATION OF RUSSELL P. COHEN IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   **January 7, 2026**<br>Time:   **2:00 p.m.**<br>Place:  **Courtroom 1 (4th Floor)**<br>        **1301 Clay St.**<br>        **Oakland, CA 94612**<br><br>Action filed: August 5, 2024<br>Trial Date:   March 30, 2026 |

SUPPLEMENTAL DECLARATION OF RUSSELL P. COHEN IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT

4:24-CV-04722-YGR

1  I, Russell P. Cohen, declare as follows:

2  1. I am an attorney at law licensed to practice before all courts of the State of California and admitted to practice before this Court. I am a Partner at the law firm of Dechert LLP ("Dechert"), which represents Defendant Microsoft Corporation in this case, and I am an attorney of record for Microsoft. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them. I hereby submit this supplemental declaration in support of Microsoft's Motion for Summary Judgment.

2. Attached as **Exhibit 46** is a true and correct copy of excerpts from the deposition transcript of Ermira Murati, taken November 2, 2025.

3. Attached as **Exhibit 47** is a true and correct copy of excerpts from the deposition transcript of Satya Nadella, taken September 24, 2025.

4. Attached as **Exhibit 48** is a true and correct copy of excerpts from the deposition transcript of Greg Brockman, taken September 23, 2025.

I declare under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 21st day of November, in San Francisco, California.

／s／ Russell P. Cohen
Russell P. Cohen

- 1 -

SUPPLEMENTAL DECLARATION OF RUSSELL P. COHEN IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT

4:24-CV-04722-YGR