# EXHIBIT 47

**In the Matter Of:**

*Musk, et al. vs*

*Altman, et al.*

SATYA NADELLA

September 24, 2025



Attorneys Eyes Only          Satya Nadella - September 24, 2025

1

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3   _____
 4   ELON MUSK, et al.,                    )
                                           )
 5                       Plaintiffs,       )
                                           )
 6                 v.                      ) 4:24-cv-04722-YGR
                                           )
 7   SAMUEL ALTMAN, et al.,                )
                                           )
 8                       Defendants.       )
                                           )
 9                                         )
10   _____
11      VIDEOTAPED IN-PERSON AND VIDEOCONFERENCE DEPOSITION
12                  UPON ORAL EXAMINATION OF
13                        SATYA NADELLA
     _____
14
15         Taken at 401 Union Street, Suite 3300
16                    Seattle, Washington
17
18
            *** TRANSCRIPT DEEMED HIGHLY CONFIDENTIAL
19                   ATTORNEYS' EYES ONLY ***
20
21
22
23   DATE TAKEN:  SEPTEMBER 24, 2025
24   REPORTED BY: BARBARA CASTROW, RMR, CRR, CCR
25              WA CCR #2395
```

Attorneys Eyes Only          Satya Nadella - September 24, 2025

                                                                    2
1                          APPEARANCES

2    FOR PLAINTIFFS:

3                  JENNIFER SCHUBERT
                   SARA TOFIGHBAKHSH
4                  MoloLamken LLP
                   430 Park Avenue
5                  New York, NY 10022
                   212.607.8160
6                  jschubert@mololamken.com
                   stofighbakhsh@mololamken.com
7

8
     FOR DEFENDANT MICROSOFT CORPORATION:
9
                   JOHN (JAY) JURATA, JR.
10                 Dechert LLP
                   1900 K Street NW
11                 Washington, DC  20006-1110
                   202.261.3300
12                 jay.jurata@dechert.com

13
                   ELISA BENEZE (VIA VIDEOCONFERENCE)
14                 Dechert LLP
                   Cira Centre, 2929 Arch Street
15                 Philadelphia, PA  19104-2808
                   215.994.2315
16                 elisa.beneze@dechert.com

17
                   REBECCA FRANCIS
18                 General Counsel Microsoft Corp.
                   5600 148th Ave NE
19                 Redmond, WA 98052-5104
                   425.704.8098
20                 becky.francis@microsoft.com

21
                   JONATHAN PALMER
22                 Corporate Vice President &
                      Chief Legal Officer
23                 Microsoft Corporation
                   One Microsoft Way
24                 Redmond, WA  98052
                   jon.palmer@microsoft.com
25

3

```
 1            APPEARANCES:  (CONTINUED)

 2   FOR DEFENDANT SAMUEL ALTMAN:

 3             NATHANIEL D. CULLERTON
               Wachtell, Lipton, Rosen & Katz
 4             51 West 52nd Street
               New York, N.Y.  10019-6150
 5             212.403.1000
               ndcullerton@wlrk.com
 6


 7
     ALSO PRESENT:  SHREVE VANZANTEN, VIDEOGRAPHER
 8

 9
                    *   *   *   *   *
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

| | EXAMINATION INDEX | |
|---|---|---|
| | EXAMINATION BY: | PAGE NO. |
| | MS. SCHUBERT | 8 |
| | MR. JURATA | 267 |
| | MR. CULLERTON | 278 |
| | MS. SCHUBERT | 279 |

| | EXHIBIT INDEX | | |
|---|---|---|---|
| NO. | DESCRIPTION | | PAGE NO. |
| 1 | 2-page email chain. OPENAI_MUSK00016768 CONFIDENTIAL | | 32 |
| 2 | 1-page email. MSFT_MUSK0000044294 CONFIDENTIAL | | 35 |
| 3 | 3-page Introducing OpenAI document. 2024MUSK-0011225 | | 36 |
| 4 | 11-page OpenAI on Azure Big Compute PowerPoint. CONFIDENTIAL | | 47 |
| 5 | 3-page email chain. 2024MUSK-0000669 CONFIDENTIAL | | 59 |
| 6 | 9-page email chain. MSFT_MUSK000000150 HIGHLY CONFIDENTIAL | | 62 |
| 7 | 3-page email chain. MSFT_MUSK000044183 HIGHLY CONFIDENTIAL | | 85 |
| 8 | 2-page email. MSFT_MUSK000000993 CONFIDENTIAL | | 98 |
| 9 | 2-page email chain. MSFT_MUSK000068399 HIGHLY CONFIDENTIAL | | 114 |
| 10 | 10-page Microsoft Memo dated 6/10/19. MSFT_MUSK000083907 HIGHLY CONFIDENTIAL | | 120 |

Attorneys Eyes Only        Satya Nadella - September 24, 2025

7

1                  Seattle, Washington
2                  September 24, 2025
3                       9:00 a.m.
4                         -oOo-
5
6          THE VIDEOGRAPHER:  Okay.  We are now on the
7   record.  My name is Shreve VanZanten.  I'm the
8   videographer representing Lexitas.  This is a video
9   deposition for the United States District Court Northern
10  District of California.  Today's date is September 24th,
11  and the time is 9 a.m. Pacific Time.
12          This deposition is being held at 401 Union
13  Street, Suite 3300, Seattle, Washington 98101, taken in
14  the matter of Elon Musk versus Samuel Altman.  The case
15  number is 4:24-cv-04722-YGR.  The deponent is Satya
16  Nadella.
17          Would counsel please identify themselves,
18  beginning with the noticing attorney.
19          MS. SCHUBERT:  Good morning.  For Plaintiffs
20  and X.AI, Jennifer Schubert and Sara Tofighbakhsh, from
21  MoloLamken.
22          MR. CULLERTON:  Good morning.  Nate
23  Cullerton, from Wachtel, for the OpenAI defendants.
24          MR. JURATA:  And John J. Jurata, Jr., on
25  behalf of Microsoft Corporation and the witness

```
                                                              8
 1   Mr. Nadella.  With me is Becky Francis, from Microsoft
 2   Corporation as well.
 3            THE VIDEOGRAPHER:  The court reporter is
 4   Barbara Castrow and will now swear in the witness, and
 5   then counsel may proceed.
 6
 7   SATYA NADELLA,          witness herein, having been
 8                           first duly sworn under oath,
 9                           was examined and testified as
10                           follows:
11                           EXAMINATION
12   BY MS. SCHUBERT:
13        Q.  Good morning, Mr. Nadella.
14        A.  Good morning.
15        Q.  You're currently CEO of Microsoft?
16        A.  Yes, I am.
17        Q.  You've been CEO since 2014; is that right?
18        A.  That's correct.
19        Q.  And you're chairman of the board as well; is
20   that right?
21        A.  That's correct.
22        Q.  And that's since 2021?
23        A.  That's correct.
24        Q.  Have you ever been deposed before?
25        A.  Yes, I have.
```

226

1    know, type of thing.  But other than that, I don't think
2    I engaged much on that.
3         Q.  Okay.  You mentioned that either you or Sam,
4    more likely Sam, came up with the idea from Microsoft to
5    hire him and others from OpenAI?
6         A.  Yeah.  I mean, the basic construct was what's
7    the best way to continue pushing forward.  What we were
8    already working on was to, quote/unquote, have
9    Microsoft, now as the partner, also have the same, you
10   know, talent that was there on OpenAI site come partner
11   with OpenAI.  So I was trying to put it together in
12   haste, and so that was the idea.
13        Q.  Did you think that hiring OpenAI's punitively
14   departing employees would be competitive with OpenAI?
15        A.  Yeah.  So this is -- you know, it's a good
16   principle question to me, but I felt that that was the
17   only way I could support OpenAI, because the worst
18   outcome would have been all these people leave and they
19   go to our competition.  Whereas here, I am partnered
20   with OpenAI, and I wanted to put the partnership back
21   with the talent instead of why everybody deserting
22   OpenAI.
23            So it was not -- in a world of bad choices,
24   that was definitely not my preferred thing.  My
25   preferred thing is that actually the OpenAI, under

227

1  ==either the new CEO, can stabilize.  That would have been==
2  ==fine.  I come in on Friday night.==
3         ==If everybody, other than two or three people==
4  ==leaving, Mira was in control, and the board had==
5  ==explained to their employees there was no petition, it==
6  ==would have been a very different world.==
7         Q.   Okay.  Moving back to your statement, which is
8  Exhibit 22, I will direct you to Paragraph 40.  You
9  start Paragraph 40 by saying:  By Saturday morning, the
10 nonprofit board seemed to have a change of heart and
11 were asking Mr. Altman to return.  I had a brief call
12 with Mr. Altman, Ms. Murati, and Mr. D'Angelo around
13 10 a.m.
14        Do you recall how you learned that the board
15 had seemed to have a change of heart?
16     A.   It's a little sketchy at this point exactly
17 what was happening, but obviously they were in dialogue
18 with Sam.
19     Q.   Uh-huh.
20     A.   And I'm assuming this is -- by then the
21 petition must have come out or was in the works or it
22 was -- Mira herself I think probably texted me, saying
23 that she had lost confidence in the board.  So I knew
24 something was wrong by Saturday morning.
25     Q.   Okay.  And then in this section, you enumerate

282

```
 1                    C E R T I F I C A T E
 2
 3    STATE OF WASHINGTON
 4    COUNTY OF KING
 5
 6         I, Barbara K. Castrow, a Certified Court Reporter
 7    in and for the State of Washington, do hereby certify
 8    that the foregoing transcript of the deposition of Satya
 9    Nadella, having been duly sworn, on September 24, 2025,
10    is true and accurate to the best of my knowledge, skill
11    and ability.
12         IN WITNESS WHEREOF, I have hereunto set my hand
13    and seal this 26th day of September, 2025.
14
15
16
17
18                    [Signature: Barbara Castrow]
19                    _____
20                    Barbara K. Castrow, CCR, RMR, CRR
21                    Certified Court Reporter #2395
22
23    My certification expires:
24    November 24, 2025
25
```