JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:     (212) 403-1000
Facsimile:     (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
*OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
*OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
*OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
*Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **TEMPORARY SEALING MOTION RE: OPENAI DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

Pursuant to Local Rule 79-5(e) and Paragraph 12 of this Court's Standing Order in Civil Cases ("Standing Order"), the OpenAI Defendants submit this Temporary Sealing Motion requesting to file under seal portions of the OpenAI Defendants' Reply in Support of Motion for Summary Judgment (ECF No. 359), Reply Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, and certain Exhibits to the Declaration of David J. Wiener, as detailed in the chart below.

| Dkt. No. | Document | Sealing Status | Party Claiming Confidentiality |
|---|---|---|---|
| 360-1 | OpenAI Defendants' Reply in Support of Motion for Summary Judgment | Provisionally Under Seal | |
| 360-2 | OpenAI Defendants' Reply in Support of Motion for Summary Judgment | Redacted | |
| 360-3 | OpenAI Defendants' Reply Statement of Undisputed Material Facts in Support of Motion for Summary Judgment | Provisionally Under Seal | |
| 360-4 | Declaration of David J. Wiener in Support of the OpenAI Defendants' Reply in Support of Motion for Summary Judgment | Not Under Seal | N/A |
| 360-5 | Ex. 83 to the Wiener Decl. – California Attorney General Rob Bonta's Statement on OpenAI's Recapitalization Plan, dated October 28, 2025 | Not Under Seal | N/A |
| 360-6 | Ex. 84 to the Wiener Decl. – Memorandum of Understanding entered into by California Attorney General Rob Bonta and OpenAI, Inc., dated October 27, 2025 | Not Under Seal | N/A |
| 360-7 | Ex. 85 to the Wiener Decl. – Delaware Department of Justice press release, dated October 28, 2025 | Not Under Seal | N/A |
| 360-8 | Ex. 86 to the Wiener Decl. – Letter from the Delaware Department of Justice to OpenAI, Inc., dated October 28, 2025 | Not Under Seal | N/A |

In accordance with Paragraph 12(b)(i)(1) of the Standing Order, the reasons for sealing will be addressed in a forthcoming omnibus sealing stipulation or motion to be filed after the conclusion of briefing on the OpenAI Defendants' Motion for Summary Judgment.

1    Date: November 21, 2025          MORRISON & FOERSTER LLP

2

3                                  */s/ Jordan Eth*

JORDAN ETH (CA SBN 121617)
JEth@mofo.com

4                                WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com

5                                DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com

6                                MORRISON & FOERSTER LLP
425 Market Street

7                                San Francisco, CA 94105
Telephone:   (415) 268-7000

8                                Facsimile:   (415) 268-7522

9                                WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com

10                              BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com

11

12                              SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com

13                              STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com

14                              NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com

15                              WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street

16                              New York, NY 10019
Telephone:   (212) 403-1000

17                              Facsimile:   (212) 403-2000

18                              *Attorneys for Defendants Samuel Altman,*

19                              *Gregory Brockman, OpenAI, Inc., OpenAI L.P.,*
*OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI*

20                              *OpCo, LLC, OpenAI Global, LLC, OAI*
*Corporation, LLC, OpenAI Holdings, LLC,*

21                              *OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI*

22                              *Startup Fund I, L.P., OpenAI Startup Fund SPV*
*GP I, L.L.C., OpenAI Startup Fund SPV GP II,*

23                              *L.L.C., OpenAI Startup Fund SPV GP III,*
*L.L.C., OpenAI Startup Fund SPV GP IV,*

24                              *L.L.C., OpenAI Startup Fund SPV I, L.P.,*
*OpenAI Startup Fund SPV II, L.P., OpenAI*

25                              *Startup Fund SPV III, L.P., OpenAI Startup*
*Fund SPV IV, L.P., Aestas Management*

26                              *Company, LLC, and Aestas LLC*

27

28