JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000

*Attorneys for the OpenAI Defendants*

(Additional counsel listed on the next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>SAMUEL ALTMAN, et al.,<br><br>              Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE OMNIBUS SEALING STIPULATION AND MOTIONS** |

1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  TOBEROFF & ASSOCIATES, P.C.
3  23823 Malibu Road, Suite 50-363
   Malibu, CA 90265
4  Telephone: (310) 246-3333

5  STEVEN F. MOLO (*pro hac vice*)
   ROBERT K. KRY (*pro hac vice*)
6  JENNIFER M. SCHUBERT (*pro hac vice*)
7  WALTER H HAWES IV (*pro hac vice*)
   ALEXANDRA C. EYNON (*pro hac vice*)
8  SARA TOFIGHBAKHSH (*pro hac vice*)
   MOLOLAMKEN LLP
9  430 Park Avenue
   New York, NY 10022
10 Telephone: (212) 607-8160

11
   *Attorneys for Plaintiffs Elon Musk*
12 *and X.AI Corp.*

13 RUSSELL P. COHEN (SBN 213105)
   Russ.cohen@dechert.com
14 HOWARD M. ULLMAN (SBN 206760)
15 Howard.ullman@dechert.com
   DECHERT LLP
16 45 Fremont Street, 26th Floor
   San Francisco, CA 94105
17 Telephone: (415) 262-4500
   Facsimile: (415) 262-45555
18

19 NISHA PATEL (SBN 281628)
   Nisha.patelgupta@dechert.com
20 DECHERT LLP
   633 West 5th Street, Suite 4900
21 Los Angeles, CA 90071
   Telephone: (213) 808-5700
22 Facsimile: (213) 808-5760

23
   ANDREW J. LEVANDER (admitted *pro hac vice*)
24 Andrew.levander@dechert.com
   DECHERT LLP
25 Three Bryant Park
26 1095 Avenue of the Americas
   New York, NY 10036
27 Telephone: (212) 698-3500
   Facsimile: (212) 698-3599
28

1  JAY JURATA (admitted *pro hac vice*)
   Jay.jurata@dechert.com
2  DECHERT LLP
   1900 K Street, N.W.
3  Washington, DC 20006
   Telephone: (202) 261-3300
4  Facsimile: (202) 261-3333
5
   *Attorneys for Defendant Microsoft Corporation*
6

1    Pursuant to Section (c) of the Post-Briefing Omnibus Sealing Procedures in this Court's
2  Standing Order in Civil Cases, Plaintiff Elon Musk; Defendants Samuel Altman, Gregory
3  Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC,
4  OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund
5  Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI
6  Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund
7  SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P.,
8  OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV
9  IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI
10 Defendants"); and Defendant Microsoft Corporation (together with the OpenAI Defendants,
11 "Defendants," and collectively with Plaintiff and the OpenAI Defendants, the "Parties"), hereby
12 stipulate to extend the deadlines for the Parties to file the Omnibus Sealing Stipulation and Omnibus
13 Motions on Sealing Disputes related to the briefing for Defendants' Motions for Summary Judgment
14 (Dkts. 327 & 329) (the "Motions") as follows:

15    WHEREAS, Defendants filed the Motions on October 17, 2025 with a hearing date of
16 January 7, 2026 (Dkts. 327 & 329);

17    WHEREAS, Plaintiff opposed the Motions on November 7, 2025 (Dkts. 350 & 352);

18    WHEREAS, Defendants filed replies in further support of the Motions on November 21,
19 2025 (Dkts. 357 & 359), resulting in a deadline of December 5, 2025 for the Parties to file the
20 Omnibus Sealing Stipulation and Omnibus Motions on Sealing Disputes, pursuant to Section (a) of
21 the Post-Briefing Omnibus Sealing Procedures in this Court's Standing Order in Civil Cases;

22    WHEREAS, the Parties have agreed to extend this deadline by five (5) calendar days to
23 account for the recent holiday and to make corresponding adjustments to the briefing schedule that
24 would govern any Omnibus Motions on Sealing Disputes;

25    NOW, THEREFORE, pursuant to Section (c) of the Post-Briefing Omnibus Sealing
26 Procedures in this Court's Standing Order in Civil Cases, the Parties stipulate as follows:

27    1. The Parties shall have until December 10, 2025, to file their Omnibus Sealing
28       Stipulation and any Omnibus Motions on Sealing Disputes;

2. The Parties shall have until December 17, 2025, to file any Oppositions to any Omnibus Sealing Motions; and

3. The Parties shall have until December 23, 2025, to file any Replies in further support of any Omnibus Sealing Motions.

Dated: December 3, 2025				MOLOLAMKEN LLP

By:	/s/ Robert K. Kry
	Robert K. Kry (*pro hac vice*)

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

Dated: December 3, 2025				MORRISON & FOERSTER LLP

By:	/s/ Jordan Eth
	Jordan Eth (CA SBN 121617)

*Attorneys for the OpenAI Defendants*

Dated: December 3, 2025				DECHERT LLP

By:	/s/ Russell P. Cohen
	Russell P. Cohen (SBN 213105)

*Attorneys for Defendant Microsoft Corporation*

**SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 3, 2025            /s/ Jordan Eth
                                    Jordan Eth (CA SBN 121617)