JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000

*Attorneys for the OpenAI Defendants*

(Additional counsel listed on the next page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>SAMUEL ALTMAN, et al.,<br><br>              Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE OMNIBUS SEALING STIPULATION AND MOTIONS** |

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
WALTER H HAWES IV (*pro hac vice*)
ALEXANDRA C. EYNON (*pro hac vice*)
SARA TOFIGHBAKHSH (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

1  JAY JURATA (admitted *pro hac vice*)
   Jay.jurata@dechert.com
2  DECHERT LLP
3  1900 K Street, N.W.
   Washington, DC 20006
4  Telephone: (202) 261-3300
   Facsimile: (202) 261-3333
5
   *Attorneys for Defendant Microsoft Corporation*
6

1  Pursuant to Section (c) of the Post-Briefing Omnibus Sealing Procedures in this Court's
2  Standing Order in Civil Cases, Plaintiff Elon Musk; Defendants Samuel Altman, Gregory
3  Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC,
4  OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund
5  Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI
6  Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund
7  SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P.,
8  OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV
9  IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI
10 Defendants"); and Defendant Microsoft Corporation (together with the OpenAI Defendants,
11 "Defendants," and collectively with Plaintiff and the OpenAI Defendants, the "Parties"), hereby
12 stipulate to extend the deadlines for the Parties to file the Omnibus Sealing Stipulation and Omnibus
13 Motions on Sealing Disputes related to the briefing for Defendants' Motions for Summary Judgment
14 (Dkts. 327 & 329) (the "Motions") as follows:

15 WHEREAS, Defendants filed the Motions on October 17, 2025 with a hearing date of
16 January 7, 2026 (Dkts. 327 & 329);

17 WHEREAS, Plaintiff opposed the Motions on November 7, 2025 (Dkts. 350 & 352);

18 WHEREAS, Defendants filed replies in further support of the Motions on November 21,
19 2025 (Dkts. 357 & 359), resulting in a deadline of December 5, 2025 for the Parties to file the
20 Omnibus Sealing Stipulation and Omnibus Motions on Sealing Disputes, pursuant to Section (a) of
21 the Post-Briefing Omnibus Sealing Procedures in this Court's Standing Order in Civil Cases;

22 WHEREAS, the Parties previously agreed to extend this deadline by five (5) calendar days
23 to account for the recent holiday and to make corresponding adjustments to the briefing schedule
24 that would govern any Omnibus Motions on Sealing Disputes;

25 WHEREAS, the Parties have been meeting and conferring in good faith and have agreed to
26 extend this deadline by an additional calendar day to try to further narrow the disputes before the
27 Court;

28 NOW, THEREFORE, pursuant to Section (c) of the Post-Briefing Omnibus Sealing

Procedures in this Court's Standing Order in Civil Cases, the Parties stipulate as follows:

1. The Parties shall have until December 11, 2025, to file their Omnibus Sealing Stipulation and any Omnibus Motions on Sealing Disputes;

2. The Parties shall have until December 18, 2025, to file any Oppositions to any Omnibus Sealing Motions; and

3. The Parties shall have until December 23, 2025, to file any Replies in further support of any Omnibus Sealing Motions.

Dated: December 10, 2025                MOLOLAMKEN LLP

By: */s/ Robert K. Kry*
Robert K. Kry (*pro hac vice*)

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

Dated: December 10, 2025                MORRISON & FOERSTER LLP

By: */s/ David J. Wiener*
David J. Wiener (CA SBN 291659)

*Attorneys for the OpenAI Defendants*

Dated:  December 10, 2025               DECHERT LLP

By: */s/ Russell P. Cohen*
Russell P. Cohen (CA SBN 213105)

*Attorneys for Defendant Microsoft Corporation*

**SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 10, 2025         */s/ Russell P. Cohen*
                                 Russell P. Cohen (CA SBN 213105)