MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
WALTER H HAWES IV (*pro hac vice*)
ALEXANDRA C. EYNON (*pro hac vice*)
SARA TOFIGHBAKHSH (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

(Additional counsel listed on the next page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **JOINT STIPULATION TO EXTEND TIME TO FILE OMNIBUS SEALING STIPULATION AND MOTIONS** |

1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  WILLIAM FRENTZEN (CA SBN 343918)
   WFrentzen@mofo.com
3  DAVID J. WIENER (CA SBN 291659)
   DWiener@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105
   Telephone:    (415) 268-7000
6  Facsimile:    (415) 268-7522

7  WILLIAM SAVITT (admitted *pro hac vice*)
   WDSavitt@wlrk.com
8  BRADLEY R. WILSON (admitted *pro hac vice*)
   BRWilson@wlrk.com
9  SARAH K. EDDY (admitted *pro hac vice*)
   SKEddy@wlrk.com
10 STEVEN WINTER (admitted *pro hac vice*)
   SWinter@wlrk.com
11 NATHANIEL CULLERTON (admitted *pro hac vice*)
   NDCullerton@wlrk.com
12 WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
13 New York, NY 10019
   Telephone:  (212) 403-1000
14 Facsimile:   (212) 403-2000

15 *Attorneys for the OpenAI Defendants*

16
   RUSSELL P. COHEN (SBN 213105)
17 Russ.cohen@dechert.com
   HOWARD M. ULLMAN (SBN 206760)
18 Howard.ullman@dechert.com
   DECHERT LLP
19 45 Fremont Street, 26th Floor
   San Francisco, CA 94105
20 Telephone: (415) 262-4500
   Facsimile: (415) 262-45555
21

22 NISHA PATEL (SBN 281628)
   Nisha.patelgupta@dechert.com
23 DECHERT LLP
   633 West 5th Street, Suite 4900
24 Los Angeles, CA 90071
   Telephone: (213) 808-5700
25 Facsimile: (213) 808-5760

26

27

28

1  ANDREW J. LEVANDER (admitted *pro hac vice*)
   Andrew.levander@dechert.com
2  DECHERT LLP
   Three Bryant Park
3  1095 Avenue of the Americas
4  New York, NY 10036
   Telephone: (212) 698-3500
5  Facsimile: (212) 698-3599

6  JAY JURATA (admitted *pro hac vice*)
   Jay.jurata@dechert.com
7  DECHERT LLP
8  1900 K Street, N.W.
   Washington, DC 20006
9  Telephone: (202) 261-3300
   Facsimile: (202) 261-3333
10
11 *Attorneys for Defendant Microsoft Corporation*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Section (c) of the Post-Briefing Omnibus Sealing Procedures in this Court's Standing Order in Civil Cases, Plaintiff Elon Musk; Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"); and Defendant Microsoft Corporation (together with the OpenAI Defendants, "Defendants," and collectively with Plaintiff and the OpenAI Defendants, the "Parties"), hereby stipulate to extend the deadlines for the Parties to file the Omnibus Sealing Stipulation and Omnibus Motions on Sealing Disputes related to the briefing for Defendants' Motions for Summary Judgment (Dkts. 327 & 329) (the "Motions") as follows:

WHEREAS, Defendants filed the Motions on October 17, 2025 with a hearing date of January 7, 2026 (Dkts. 327 & 329);

WHEREAS, Plaintiff opposed the Motions on November 7, 2025 (Dkts. 350 & 352);

WHEREAS, Defendants filed replies in further support of the Motions on November 21, 2025 (Dkts. 357 & 359), resulting in a deadline of December 5, 2025 for the Parties to file the Omnibus Sealing Stipulation and Omnibus Motions on Sealing Disputes, pursuant to Section (a) of the Post-Briefing Omnibus Sealing Procedures in this Court's Standing Order in Civil Cases;

WHEREAS, the Parties previously agreed to extend this deadline by five (5) calendar days to account for the recent holiday and to make corresponding adjustments to the briefing schedule that would govern any Omnibus Motions on Sealing Disputes;

WHEREAS, the Parties subsequently agreed to extend this deadline by another one (1) calendar day to facilitate further discussions over sealing requests and preparation of the Omnibus Sealing Stipulation;

WHEREAS, the Parties have been meeting and conferring in good faith and have agreed to

extend this deadline by an additional calendar day to try to resolve or further narrow the disputes before the Court;

NOW, THEREFORE, pursuant to Section (c) of the Post-Briefing Omnibus Sealing Procedures in this Court's Standing Order in Civil Cases, the Parties stipulate as follows:

1. The Parties shall have until December 12, 2025, to file their Omnibus Sealing Stipulation and any Omnibus Motions on Sealing Disputes;
2. The Parties shall have until December 18, 2025, to file any Oppositions to any Omnibus Sealing Motions; and
3. The Parties shall have until December 23, 2025, to file any Replies in further support of any Omnibus Sealing Motions.

Dated: December 11, 2025        MOLOLAMKEN LLP

By:    */s/ Robert K. Kry*
       Robert K. Kry (*pro hac vice*)

       *Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

Dated: December 11, 2025        MORRISON & FOERSTER LLP

By:    */s/ David J. Wiener*
       David J. Wiener CA SBN 291659

       *Attorneys for the OpenAI Defendants*

Dated:  December 11, 2025        DECHERT LLP

By:    */s/ Russell P. Cohen*
       Russell P. Cohen (SBN 213105)

       *Attorneys for Defendant Microsoft Corporation*

**SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 11, 2025   /s/ *Robert K. Kry*
Robert K. Kry (*pro hac vice*)