JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:     (212) 403-1000
Facsimile:     (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
*OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
*OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
*OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
*Aestas Management Company, LLC, and Aestas LLC*

(Additional counsel listed on the next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **OMNIBUS SEALING STIPULATION ON UNDISPUTED SEALING REQUESTS** |
| v. | |
| SAMUEL ALTMAN, et al., | Judge:  Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JAY JURATA (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

Pursuant to Civil Local Rules 7-11 and 79-5, and Section 12 of this Court's Standing Order regarding Post-Briefing Omnibus Sealing Procedures, Plaintiff Elon Musk ("Plaintiff"), Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"), and Defendant Microsoft Corporation ("Microsoft," and together with Plaintiff and the OpenAI Defendants, the "Parties") submit this Omnibus Sealing Stipulation in connection with the following filings:

1.  The OpenAI Defendants' Motion for Summary Judgment and supporting papers (filed under seal at Dkt. No. 328);

2.  Plaintiff's Opposition to the OpenAI Defendants' Motion for Summary Judgment and supporting papers (filed under seal at Dkt. No. 351);

3.  The OpenAI Defendants' Reply in Support of Motion for Summary Judgment and supporting papers (filed under seal at Dkt. No. 360);

4.  Microsoft's Motion for Summary Judgment and supporting papers (filed under seal at Dkt. No. 330);

5.  Plaintiff's Opposition to Microsoft's Motion for Summary Judgment and supporting papers (filed under seal at Dkt. No. 353); and

6.  Microsoft's Reply in Support of Motion for Summary Judgment and supporting papers (filed under seal at Dkt. No. 358).

**IV.  Sealing Requests**

All of the documents referenced in the table below are attachments to temporary sealing motions filed by the Parties at Dkt. Nos. 328 (OpenAI Defendants), 330 (Microsoft), 351 (Plaintiff), 353 (Plaintiff), 358 (Microsoft), and 360 (OpenAI Defendants).

| | **UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR WITH REDACTIONS** | | | |
|---|---|---|---|---|
| **Dkt. No. (Bates Identifier)** | **Sealing Party[1]** | **Portion to be Sealed** | **Description** | **Sealing Basis[2]** |
| Dkt. 328-18 (YCORG_00 00036) | YC Org. | Redactions as indicated in the attached version | Ex. 14 to Wiener Declaration | The redacted portions of Exhibit 14 contain a nonpublic portion of YC Org.'s annual tax filing, and disclose confidential information concerning YC Org.'s donors other than Mr. Musk. |
| Dkt. 328-37 (BMO_0000 0788) | BMO | Redactions as indicated in the attached version | Ex. 33 to Wiener Declaration | Exhibit 33 contains confidential, personally identifiable information, including email addresses. |
| Dkt. 328-42 (BMO_0000 0798) | BMO | Redactions as indicated in the attached version | Ex. 38 to Wiener Declaration | Exhibit 38 contains confidential, personally identifiable information, including email addresses and phone numbers. |
| Dkt. 328-43 (BMO_0000 1860) | BMO | Redactions as indicated in the attached version | Ex. 39 to Wiener Declaration | Exhibit 39 contains confidential, personally identifiable information, including email addresses, phone numbers, and tax identification numbers. |
| Dkt. 328-59 (BMO_0000 0102) | BMO | Redactions as indicated in the attached version | Ex. 55 to Wiener Declaration | Exhibit 55 contains confidential, personally identifiable information, including email addresses and phone numbers. |
| Dkt. 328-74 (BMO_0000 0089) | BMO | Redactions as indicated in the attached version | Ex. 70 to Wiener Declaration | Exhibit 70 contains confidential, personally identifiable information, including email addresses and phone numbers. |
| Dkt. 328-78 (BMO_0000 0120) | BMO | Redactions as indicated in the attached version | Ex. 74 to Wiener Declaration | Exhibit 74 contains confidential, personally identifiable information, including email addresses, phone numbers, and bank account numbers. |

---

[1] "Sealing Party" refers to the party or third-party that is seeking to seal the identified material, not the party that originally filed the information under seal.

[2] In each case, the relevant Sealing Party has identified the "sealing basis" for the documents (or portions thereof) that are listed in this column.

3

| Dkt. 328-67 (TESLA_000 003501) | Tesla | Redactions as indicated in the attached version | Ex. 63 to Wiener Declaration | Non-Party Tesla, Inc. ("Tesla") respectfully submits that the information redacted in Exhibit 63 should remain under seal because it reflects confidential and sensitive information regarding Tesla and other non-parties, which is completely irrelevant to OpenAI or the subject matter of the litigation. Such information should not be made public. All of the information cited in OpenAI Defendants' motion from Exhibit 63 is unredacted. |
| Dkt. 328-69 (TESLA_000 003416) | Tesla | Redactions as indicated in the attached version | Ex. 65 to Wiener Declaration | Non-Party Tesla respectfully submits that the information redacted in Exhibit 65 should remain under seal because it reflects confidential and sensitive information regarding Tesla and other non-parties, which is completely irrelevant to OpenAI or the subject matter of the litigation. Such information should not be made public. All of the information cited in OpenAI Defendants' motion from Exhibit 65 is unredacted. |
| Dkt. 328-64 (2024MUSK -0005604) | SpaceX | Redactions as indicated in the attached version | Ex. 60 to Wiener Declaration | Exhibit 60 contains confidential, personally identifiable information, including email addresses of SpaceX employees. |
| Dkt. 328-65 (SPX- 001642) | SpaceX | Redactions as indicated in the attached version | Ex. 61 to Wiener Declaration | Exhibit 61 contains confidential, personally identifiable information, including email addresses of SpaceX employees. |
| Dkt. 328-66 (SPX- 006742) | SpaceX | Redactions as indicated in the attached version | Ex. 62 to Wiener Declaration | Exhibit 62 contains confidential, personally identifiable information, including email addresses of SpaceX employees. |
| Dkt. 328-70 (SPX- 001038) | SpaceX | Redactions as indicated in the attached version | Ex. 66 to Wiener Declaration | Exhibit 66 contains confidential, personally identifiable information, including email addresses of SpaceX employees. |
| Dkt. 328-83 (2024MUSK -0006098) | SpaceX | Redactions as indicated in the attached version | Ex. 79 to Wiener Declaration | Exhibit 79 contains confidential, personally identifiable information, including email addresses of SpaceX employees. |

| Dkt. 353-72 (Brockman Deposition Tr.) | OpenAI Defendants | Redactions as indicated in the attached version | Ex. 68 to Eynon Declaration | The redacted portion of Exhibit 68 is private information regarding the personal financial holdings of a senior OpenAI executive. Disclosure would substantially invade the executive's personal privacy. The redactions applied are targeted.[3] |
|---|---|---|---|---|
| Dkt. 328-45 (OPENAI_M USK000053 65) | OpenAI Defendants | Redactions as indicated in the attached version | Ex. 41 to Wiener Declaration | The redacted portions of Exhibit 41 contain a nonpublic portion of OpenAI's annual tax filing, and disclose the address of an OpenAI donor. |
| Dkt. 328-46 (OPENAI_M USK000060 40) | OpenAI Defendants | Redactions as indicated in the attached version | Ex. 42 to Wiener Declaration | The redacted portions of Exhibit 42 contain a nonpublic portion of OpenAI's annual tax filing, and disclose the address of an OpenAI donor. |
| Dkt. 328-47 (OPENAI_M USK000054 12) | OpenAI Defendants | Redactions as indicated in the attached version | Ex. 43 to Wiener Declaration | The redacted portions of Exhibit 43 contain a nonpublic portion of OpenAI's annual tax filing, and disclose the addresses of OpenAI donors. |
| Dkt. 328-60 (OPENAI_M USK000033 71) | OpenAI Defendants | Redactions as indicated in the attached version | Ex. 56 to Wiener Declaration | The redacted portion of Exhibit 56 contains confidential, personally identifiable information in the form of a telephone number. |
| Dkt. 328-80 (2024MUSK -0004742) | OpenAI Defendants | Redactions as indicated in the attached version | Ex. 76 to Wiener Declaration | The redacted portions of Exhibit 76 contain confidential, personally identifiable information in the form of personal email addresses. |
| Dkt. 328-84 (2024MUSK -0009870) | OpenAI Defendants | Redactions as indicated in the attached version | Ex. 80 to Wiener Declaration | The redacted portions of Exhibit 80 contain confidential, personally identifiable information in the form of personal email addresses. |
| Dkt. 328-86 (OPENAI_M USK000280 00) | OpenAI Defendants | Redactions as indicated in the attached version | Ex. 82 to Wiener Declaration | The redacted portions of Exhibit 80 contain confidential, personally identifiable information in the form of an address and four vehicle identification numbers. |

---

[3] The OpenAI Defendants previously sought to seal substantially similar information. Dkt. 333. That request was granted. Dkt. 336.

| Dkt. 351-15 (compilation exhibit) | OpenAI Defendants | Redactions as indicated in the attached version | Ex. 12 to Hawes Declaration | The redacted portions of Exhibit 12 contain a nonpublic portions of OpenAI's annual tax filings, and disclose the addresses of OpenAI donors. |
| Dkt. 328-16 (Musk Deposition Tr.) | Elon Musk | Redactions as indicated in the attached version | Ex. 12 to Wiener Declaration | The redacted portions of Exhibit 12 contain confidential content that would invade Musk's privacy interests and disclose sensitive third-party information and which is not relevant to summary judgment, as further described in the Kry Declaration. |
| Dkt. 328-20 (VC000411) | Elon Musk; Jared Birchall | Redactions as indicated in the attached version | Ex. 16 to Wiener Declaration | The redacted portions of Exhibit 16 contain confidential, personally identifiable information in the form of birth dates, a home telephone number, a street address, and third-party contact information. |
| Dkt. 328-25 (FIDCHAR-OPENAI-000751) | Elon Musk; Jared Birchall | Redactions as indicated in the attached version | Ex. 21 to Wiener Declaration | The redacted portions of Exhibit 21 contain confidential, personally identifiable information in the form of partial social security numbers, a partial personal telephone number, and a mailing address. |
| Dkt. 328-26 (FIDCHAR-OPENAI-000876) | Elon Musk; Jared Birchall | Redactions as indicated in the attached version | Ex. 22 to Wiener Declaration | The redacted portions of Exhibit 22 contain confidential, personally identifiable information in the form of a partial social security number, partial personal telephone numbers, and full financial account numbers. |
| Dkt. 328-41 (Catalyst 0000014) | Elon Musk | Redactions as indicated in the attached version | Ex. 37 to Wiener Declaration | The redacted portions of Exhibit 37 contain confidential financial information from Musk's tax return. |
| Dkt. 330-70 (Zilis Deposition Tr.) | Shivon Zilis | Redactions as indicated in the attached version | Ex. 37 to Cohen Declaration | The redacted portions of Exhibit 37 contain confidential personal information of a third party that is not relevant to the case. |

6

| Dkt. 351-4 (Musk Deposition Tr.) | Elon Musk | Redactions as indicated in the attached version | Ex. 1 to Hawes Declaration | The redacted portions of Exhibit 1 contain confidential content that would invade Musk's privacy interests and disclose sensitive third-party information and which is not relevant to summary judgment, as further described in the Kry Declaration. |
| Dkt. 351-21 (2024MUSK-0009615) | Jared Birchall | Redactions as indicated in the attached version | Ex. 18 to Hawes Declaration | The redacted portions of Exhibit 18 contain confidential, personally identifiable information in the form of personal telephone numbers. |
| Dkt. 351-23 (EXMF-0003982) | Jared Birchall | Redactions as indicated in the attached version | Ex. 20 to Hawes Declaration | The redacted portions of Exhibit 20 contain confidential, personally identifiable information in the form of a personal telephone number and third-party contact information. |
| Dkt. 351-42 (OPENAI_MUSK0017450) | Elon Musk | Redactions as indicated in the attached version | Ex. 39 to Hawes Declaration | The redacted portions of Exhibit 39 contain confidential, sensitive commercial information about one of Musk's other businesses. |
| Dkt. 353-8 (Musk Deposition Tr.) | Elon Musk | Redactions as indicated in the attached version | Ex. 4 to Eynon Declaration | The redacted portions of Exhibit 4 contain confidential content that would invade Musk's privacy interests and disclose sensitive third-party information and which is not relevant to summary judgment, as further described in the Kry Declaration. |
| Dkt. 351-66 (SPX-001642) | SpaceX | Redactions as indicated in the attached version | Ex. 63 to Hawes Declaration | Exhibit 63 contains confidential, personally identifiable information, including email addresses of SpaceX personnel. |
| Dkt. 351-20 (BMO_00000120) | BMO | Redactions as indicated in the attached version | Ex. 17 to Hawes Declaration | Exhibit 17 contains confidential, personally identifiable information, including email addresses and phone numbers. |
| Dkt. 351-24 (BMO_00000529) | BMO | Redactions as indicated in the attached version | Ex. 21 to Hawes Declaration | Exhibit 21 contains confidential, personally identifiable information, including email addresses and phone numbers. |

| Dkt. 351-25 (BMO_0000 0369) | BMO | Redactions as indicated in the attached version | Ex. 22 to Hawes Declaration | Exhibit 22 contains confidential, personally identifiable information, including email addresses and phone numbers. |
|---|---|---|---|---|
| Dkt. 351-72 (BMO_0000 0153) | BMO | Redactions as indicated in the attached version | Ex. 69 to Hawes Declaration | Exhibit 69 contains confidential, personally identifiable information, including email addresses and phone numbers. |
| Dkt. 351-73 (BMO_0000 0238) | BMO | Redactions as indicated in the attached version | Ex. 70 to Hawes Declaration | Exhibit 70 contains confidential, personally identifiable information, including email addresses and phone numbers. |
| Dkt. 351-74 (BMO_0000 0192) | BMO | Redactions as indicated in the attached version | Ex. 71 to Hawes Declaration | Exhibit 71 contains confidential, personally identifiable information, including email addresses and phone numbers. |
| Dkt. 351-28 (Sutskever Deposition Tr.) | Ilya Sutskever | Redactions as indicated in the attached version | Ex. 25 to Hawes Declaration | This testimony contains confidential non-OpenAI employment compensation information.  Mr. Sutskever maintains that the information is constitutionally-protected private financial information, the disclosure of which would harm Mr. Sutskever's future employment negotiations and enable third parties to misuse the details of his financial circumstances, and that compelling reasons therefore exist to seal this narrowly tailored material. |
| Dkt. 353-25 (Murati Deposition Tr.) | Mira Murati | Redactions as indicated in the attached version | Ex. 21 to Eynon Declaration | The redacted portions of Exhibit 21 contain material addressing confidential personnel matters that is not cited in the summary judgments briefs. |
| Dkt. 330-14 (Plaintiff Musk's Supp. R&Os to Microsoft's Interrogatori es) | Microsoft | Redactions as indicated in the attached version | Ex. 6 to Cohen Declaration | The redacted portions of Exhibit 6 contain competitively sensitive information ("CSI") that is not relied upon in any party's briefing, including non-public financial terms and revenue figures that could be used to undercut Microsoft's pricing. |

| | | | | |
|---|---|---|---|---|
| Dkt. 330-16 (2024MUSK -0000669) | Microsoft | Redactions as indicated in the attached version | Ex. 7 to Cohen Declaration | The redacted portions of Exhibit 7 contain confidential, personally identifiable information, including email addresses. |
| Dkt. 330-18 (MSFT_MU SK00005533 6) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 8 to Cohen Declaration | The redacted portions of Exhibit 8 contain CSI that is not relied upon in any party's briefing, including non-public financial terms and other strategic business terms, including the specific pricing structure of Microsoft's Azure services to OpenAI. |
| Dkt. 330-45 (Excerpts from the deposition transcript of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025 and September 25, 2025) | Microsoft | Redactions as indicated in the attached version | Ex. 24 to Cohen Declaration | The redacted portions of Exhibit 24 contain CSI that is not relied upon in any party's briefing, including non-public financial terms relating to funding structure and other strategic business terms. |
| Dkt. 330-49 (MSFT_MU SK00005516 9) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 26 to Cohen Declaration | The redacted portions of Exhibit 26 contain CSI including OpenAI's spending commitment on Azure services and the pricing formula for dedicated hardware; and additional CSI that is not relied upon in any party's briefing, including proprietary technical information, non-public financial terms, and other strategic business terms. |
| Dkt. 330-51 (OPENAI_M USK0001190 8) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 27 to Cohen Declaration | The redacted portions of Exhibit 27 contain CSI that is not relied upon in any party's briefing, including non-public financial terms and other strategic business terms. |

| Dkt. 330-56 (MSFT_MUSK000055895) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 30 to Cohen Declaration | The redacted portions of Exhibit 30 contain CSI that is not relied upon in any party's briefing, including non-public information regarding internal decision-making. |
|---|---|---|---|---|
| Dkt. 330-58 (MSFT_MUSK000064509) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 31 to Cohen Declaration | The redacted portions of Exhibit 31 contain CSI regarding non-public terms of the JDCA's funding structure; and additional CSI that is not relied upon in any party's briefing, including non-public financial terms, spending commitments, and other strategic business terms. |
| Dkt. 330-60 (OPENAI_MUSK00030225) | Microsoft | Redactions as indicated in the attached version | Ex. 32 to Cohen Declaration | The redacted portions of Exhibit 32 contain confidential, personally identifiable information, including email addresses. |
| Dkt. 330-62 (MSFT_MUSK000055937) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 33 to Cohen Declaration | The redacted portions of Exhibit 33 contain CSI that is not relied upon in any party's briefing, including non-public financial terms and other strategic business terms. |
| Dkt. 330-66 (MSFT_MUSK000055099) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 35 to Cohen Declaration | The redacted portions of Exhibit 35 contain CSI regarding commercialization lead time and additional CSI that is not relied upon in any party's briefing, including proprietary technical information, non-public financial terms, and other strategic business terms. |
| Dkt. 351-51 (MSFT_MUSK000044183) | Microsoft | Redactions as indicated in the attached version | Ex. 48 to Hawes Declaration | The redacted portions of Exhibit 48 contain confidential, personally identifiable information, including email addresses. |

| | | | | |
|---|---|---|---|---|
| Dkt. 351-56 (Schizer report) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 53 to Hawes Declaration | The redacted portions of Exhibit 53 contain CSI that is not relied upon in any party's briefing, including proprietary technical information, financial terms, other strategic business terms, and internal decision-making. |
| Dkt. 351-58 (MSFT_MU SK00000038 7) | Microsoft | Redactions as indicated in the attached version | Ex. 55 to Hawes Declaration | The redacted portions of Exhibit 55 contain CSI that is not relied upon in any party's briefing regarding the terms of Microsoft's investment in OpenAI; and email addresses. |
| Dkt. 351-64 (MSFT_MU SK00005780 6) | Microsoft | Redactions as indicated in the attached version | Ex. 61 to Hawes Declaration | The redacted portions of Exhibit 61 contain CSI that is not relied upon in any party's briefing regarding Microsoft's internal decision-making and views on potential board candidates; and phone numbers. |
| Dkt. 351-68 (OPENAI_M USK000374 69) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 65 to Hawes Declaration | The redacted portions of Exhibit 65 contain CSI that is not relied upon in any party's briefing, including non-public financial terms and other strategic business terms. |
| Dkt. 353-05 (MSFT_MU SK00004418 3) | Microsoft | Redactions as indicated in the attached version | Ex. 1 to Eynon Declaration | The redacted portions of Exhibit 1 contain confidential, personally identifiable information, including email addresses. |
| Dkt. 353-11 (Excerpts from the deposition transcript of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025 and September 25, 2025) | Microsoft | Redactions as indicated in the attached version | Ex. 7 to Eynon Declaration | The redacted portions of Exhibit 7 contain CSI that is not relied upon in any party's briefing, including non-public financial terms relating to funding structure and other strategic business terms. |

| Dkt. 353-12 (MSFT_MUSK000044294) | Microsoft | Redactions as indicated in the attached version | Ex. 8 to Eynon Declaration | The redacted portions of Exhibit 8 contain confidential, personally identifiable information, including email addresses. |
|---|---|---|---|---|
| Dkt. 353-13 (Nadella Tr.) | Microsoft | Redactions as indicated in the attached version | Ex. 9 to Eynon Declaration | The redacted portions of Exhibit 9 contain CSI regarding Microsoft's views on potential board candidates and internal decision-making; and additional CSI that is not relied upon in any party's briefing regarding non-public strategic business terms and internal decision-making. |
| Dkt. 353-14 (MSFT_MUSK000000159) | Microsoft | Redactions as indicated in the attached version | Ex. 10 to Eynon Declaration | The redacted portions of Exhibit 10 contain CSI that is not relied upon in any party's briefing including proprietary technical information, non-public information regarding internal decision-making, and non-public financial terms and other strategic business terms. |
| Dkt. 353-16 (2024MUSK-0000669) | Microsoft | Redactions as indicated in the attached version | Ex. 12 to Eynon Declaration | The redacted portions of Exhibit 12 contain confidential, personally identifiable information, including email addresses. |
| Dkt. 353-17 (MSFT_MUSK000000150) | Microsoft | Redactions as indicated in the attached version | Ex. 13 to Eynon Declaration | The redacted portions of Exhibit 13 contain CSI regarding non-public financial terms and internal decision-making, most of which is not relied upon in either party's briefing; and email addresses. |
| Dkt. 353-23 (MSFT_MUSK000001461) | Microsoft | Redactions as indicated in the attached version | Ex. 19 to Eynon Declaration | The redacted portions of Exhibit 19 contain confidential, personally identifiable information, including email addresses. |

| Dkt. 353-24 (MSFT_MUSK000000993) | Microsoft | Redactions as indicated in the attached version | Ex. 20 to Eynon Declaration | The redacted portions of Exhibit 20 contain CSI that is not relied upon in either party's briefing, including non-public information regarding internal decision-making; email addresses. |
|---|---|---|---|---|
| Dkt. 353-26 (MSFT_MUSK000083882) | Microsoft | Maintain under seal | Ex. 22 to Eynon Declaration | Exhibit 22 contains CSI including proprietary technical information, non-public financial terms, and non-public information regarding internal decision-making, most of which is not relied upon in either party's briefing. |
| Dkt. 353-27 (MSFT_MUSK000000673) | Microsoft | Redactions as indicated in the attached version | Ex. 23 to Eynon Declaration | The redacted portions of Exhibit 23 contain CSI including non-public financial terms regarding proposed deal structure; additional CSI that is not relied upon in either party's briefing regarding internal decision-making and third parties; and email addresses. |
| Dkt. 353-29 (MSFT_MUSK000059951) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 25 to Eynon Declaration | The redacted portions of Exhibit 25 contain CSI that is not relied upon in either party's briefing, including non-public financial terms and other strategic business terms. |
| Dkt. 353-30 (MSFT_MUSK000000108 3) | Microsoft | Redactions as indicated in the attached version | Ex. 26 to Eynon Declaration | The redacted portions of Exhibit 26 contain CSI that is not relied upon in either party's briefing regarding the terms of Microsoft's investment in OpenAI; email addresses. |
| Dkt. 353-31 (MSFT_MUSK000000244) | Microsoft | Redactions as indicated in the attached version | Ex. 27 to Eynon Declaration | The redacted portions of Exhibit 27 contain confidential, personally identifiable information, including email addresses. |

13

| | | | | |
|---|---|---|---|---|
| Dkt. 353-32 (MSFT_MU SK00005516 9) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 28 to Eynon Declaration | The redacted portions of Exhibit 28 contain CSI including OpenAI's spending commitment on Azure services and the pricing formula for dedicated hardware; and additional CSI that is not relied upon in either party's briefing, including proprietary technical information, non-public financial terms, and other strategic business terms. |
| Dkt. 353-33 (MSFT_MU SK00008574 9) | Microsoft | Redactions as indicated in the attached version | Ex. 29 to Eynon Declaration | The redacted portions of Exhibit 29 contain confidential, personally identifiable information, including email addresses. |
| Dkt. 353-34 (MSFT_MU SK00006828 4) | Microsoft | Redactions as indicated in the attached version | Ex. 30 to Eynon Declaration | The redacted portions of Exhibit 30 contain CSI that is not relied upon in either party's briefing, including proprietary technical information, non-public financial terms and other strategic business terms, and non-public negotiations and internal decision-making; email addresses. |
| Dkt. 353-36 (MSFT_MU SK00005864 8) | Microsoft | Maintain under seal | Ex. 32 to Eynon Declaration | Exhibit 32 contains CSI including proprietary technical information, non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making, most of which is not relied upon in either party's briefing. |

| | | | | |
|---|---|---|---|---|
| Dkt. 353-37 (MSFT_MU SK00005651 7) | Microsoft | Maintain under seal | Ex. 33 to Eynon Declaration | Exhibit 33 contains CSI including proprietary technical information, non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making, most of which is not relied upon in either party's briefing. |
| Dkt. 353-38 (MSFT_MU SK00006457 3) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 34 to Eynon Declaration | The redacted portions of Exhibit 34 contain CSI that is not relied upon in either party's briefing, including non-public financial terms and other strategic business terms. |
| Dkt. 353-39 (MSFT_MU SK00006450 9)[4] | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 35 to Eynon Declaration | The redacted portions of Exhibit 35 contain CSI regarding non-public terms of the JDCA's funding structure; and additional CSI that is not relied upon in either party's briefing, including non-public financial terms, spending commitments, and other strategic business terms. |
| Dkt. 353-40 (MSFT_MU SK00005486 0) | Microsoft | Redactions as indicated in the attached version | Ex. 36 to Eynon Declaration | The redacted portions of Exhibit 36 contain confidential, personally identifiable information, including email addresses |

[4] Exhibit 35 to Plaintiff's Opposition to Microsoft's Motion for Summary Judgment (Dkt. 353-39) inadvertently attached the 2021 Second Amended and Restated Limited Partnership Agreement of OpenAI, LP, rather than the 2021 Joint Development and Collaboration Agreement.  The correct exhibit can be found at Dkt. 330-58.  Plaintiff intends to file a motion for leave to file a corrected exhibit.

15

| | | | | |
|---|---|---|---|---|
| Dkt. 353-45 (MSFT_MU SK00000116 8) | Microsoft | Maintain under seal | Ex. 41 to Eynon Declaration | The redacted portions of Exhibit 41 contain CSI including proprietary technical information, non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making, most of which is not relied upon in either party's briefing. |
| Dkt. 353-46 (MSFT_MU SK00005500 1) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 42 to Eynon Declaration | The redacted portions of Exhibit 42 contain CSI that is not relied upon in either party's briefing, including non-public financial terms and other strategic business terms. |
| Dkt. 353-47 (MSFT_MU SK00005509 9) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 43 to Eynon Declaration | The redacted portions of Exhibit 43 contain CSI regarding commercialization lead time and additional CSI that is not relied upon in either party's briefing, including proprietary technical information, non-public financial terms, and other strategic business terms. |
| Dkt. 353-48 (MSFT_MU SK00000000 1) | Microsoft | Redactions as indicated in the attached version | Ex. 44 to Eynon Declaration | The redacted portions of Exhibit 44 contain CSI that is not relied upon in either party's briefing, including non-public information regarding internal decision-making; email addresses. |
| Dkt. 353-53 (MSFT_MU SK00006708 6) | Microsoft | Redactions as indicated in the attached version | Ex. 49 to Eynon Declaration | The redacted portions of Exhibit 49 contain confidential, personally identifiable information, including phone numbers. |
| Dkt. 353-54 (MSFT_MU SK00005486 6) | Microsoft | Redactions as indicated in the attached version | Ex. 50 to Eynon Declaration | The redacted portions of Exhibit 50 contain confidential, personally identifiable information, including email addresses. |

| Dkt. 353-56 (OPENAI_M USK000274 78) | Microsoft | Redactions as indicated in the attached version | Ex. 52 to Eynon Declaration | The redacted portions of Exhibit 52 contain CSI that is not relied upon in either party's briefing regarding Microsoft's internal decision-making and views on potential board candidates; and phone numbers. |
|---|---|---|---|---|
| Dkt. 353-58 (OPENAI_M USK000274 13) | Microsoft | Redactions as indicated in the attached version | Ex. 54 to Eynon Declaration | The redacted portions of Exhibit 54 contain confidential, personally identifiable information, including phone numbers. |
| Dkt. 353-67 (MSFT_MU SK00008353 2) | Microsoft | Maintain under seal | Ex. 63 to Eynon Declaration | Exhibit 63 contains CSI including proprietary technical information such as planned supercomputer capacity and cost, non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making, most of which is not relied upon in either party's briefing. |
| Dkt. 353-68 (MSFT_MU SK00009243 4) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 64 to Eynon Declaration | The redacted portions of Exhibit 64 contain CSI that is not relied upon in either party's briefing, including non-public financial terms and other strategic business terms. |
| Dkt. 353-69 (MSFT_MU SK00008408 5) | Microsoft | Maintain under seal | Ex. 65 to Eynon Declaration | Exhibit 65 contains CSI including strategic business terms and internal decision-making and negotiations between Microsoft and OpenAI; most of which is not relied upon in either party's briefing. |

| | | | | |
|---|---|---|---|---|
| Dkt. 353-70 (MSFT_MU SK00009241 5) | Microsoft and OpenAI Defendants | Maintain under seal | Ex. 66 to Eynon Declaration | Exhibit 66 contains CSI that is not specifically relied upon in either party's briefing, including proprietary technical information, non-public financial terms including revenue formulas, and other strategic business terms relating to IP licensing and models, and non-public information regarding internal decision-making. |
| Dkt. 353-76 (MSFT_MU SK00001861 6) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 72 to Eynon Declaration | The redacted portions of Exhibit 72 contain CSI that is not relied upon in either party's briefing, including proprietary technical information, non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making. |
| Dkt. 353-77 (MSFT_MU SK00000209 8) | Microsoft and OpenAI Defendants | Redactions as indicated in the attached version | Ex. 73 to Eynon Declaration | The redacted portions of Exhibit 73 contain CSI that is not relied upon in either party's briefing, including non-public financial terms and other strategic business terms. |
| Dkt. 353-80 (HOFFMAN _000000051) | Microsoft, Non-Party Reid Hoffman, OpenAI Defendants | Redactions as indicated in the attached version | Ex. 76 to Eynon Declaration | The redacted portions of Exhibit 76 contain CSI that is not relied upon in either party's briefing, including non-public financial terms relating to funding structure and other strategic business terms. |
| Dkt. 353-81 (MSFT_MU SK00005687 6) | Microsoft | Maintain under seal | Ex. 77 to Eynon Declaration | Exhibit 77 contains CSI including non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making, most of which is not relied upon in either party's briefing. |

1       For the avoidance of doubt, the parties have agreed to unseal all documents associated with

2  Dkt. Nos. 328 (OpenAI Defendants), 330 (Microsoft), 351 (Plaintiff), 353 (Plaintiff), 358

3  (Microsoft), and 360 (OpenAI Defendants) that are not listed in the above table.[5]

4       Pursuant to the Post-Briefing Omnibus Sealing Procedures in Section 12 of the Court's

5  Standing Order in Civil Cases, the Parties are submitting the following additional materials in

6  connection herewith:  (i) a Proposed Order On Undisputed Sealing Requests; (ii) the Declarations

7  of Robert K. Kry, Bradley R. Wilson, Ronald Gong, Lindsay Chapman, Jonathan Levy, Ilya

8  Sutskever, Andrew Schulkin (two declarations), Michael Wetter, Kayleigh Klinzman, and Marc H.

9  Axelbaum supporting the requests to seal;[6] and (iii) redacted versions of those exhibits the Parties

10  or relevant third parties seek to refile not under seal with redactions.

---

[5] Plaintiff requests that the Court act on his Unopposed Administrative Motion for Leave To File Corrected Exhibit (Dkt. 355) before unsealing Exhibit 57 to Plaintiff's Opposition to the OpenAI Defendants' Motion for Summary Judgment filed at Dkt. 351-60.

[6] Tesla has informed the OpenAI Defendants that it is happy to provide further explanation or support if requested by the Court.  (*See* Standing Order at 11 n.3.)

1    **IT IS SO STIPULATED**.

2

3    Date: December 12, 2025                    MORRISON & FOERSTER LLP

4                                              /s/ Jordan Eth
                                               JORDAN ETH (CA SBN 121617)
5
                                               *Attorneys for the OpenAI Defendants*
6

7    Date: December 12, 2025                    DECHERT LLP

8

9                                              /s/ Russell P. Cohen
                                               RUSSELL P. COHEN (SBN 213105)
10
                                               *Attorneys for Defendant Microsoft*
11                                             *Corporation*

12

13   Date: December 12, 2025                    MOLOLAMKEN LLP

14

15                                             *Robert K. Kry*
                                               ROBERT K. KRY (*pro hac vice*)
16
                                               *Attorneys for Plaintiffs Elon Musk*
17                                             *and X.AI Corp.*

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file this **OMNIBUS SEALING STIPULATION ON UNDISPUTED SEALING REQUESTS**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.


Date: December 12, 2025                              */s/ Jordan Eth*
                                                                          Jordan Eth