Erika J. Gasaway, Bar No. 264708
erika.gasaway@lathropgpm.com
Dinah X. Ortiz, Bar No. 273556
dinah.ortiz@lathropgpm.com
Mark V. Boennighausen, Bar No. 142147
mark.boennighaussen@lathropgpm.com
LATHROP GPM LLP
70 South First Street
San Jose, CA  95113

*mailing address:*
P.O. Box 1469
San Jose, CA  95109-1469
Telephone:    408.286.9800
Facsimile:    408.998.4790

Attorneys for Non-Party
CATALYST FAMILY OFFICE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiff, | **DECLARATION OF RONALD GONG IN SUPPORT OF OMNIBUS SEALING STIPULATION** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendant. | |

I, Ronald Gong, hereby declare as follows:

1.    I am the managing partner of Catalyst Family Office ("Catalyst"), a non-party in this action.  This declaration is made in support of the parties' Joint Omnibus Sealing Stipulation, submitted regarding materials cited in the parties' Motions for Summary Judgment.  I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

81593427v3

LATHROP GPM LLP
ATTORNEYS AT LAW
SAN JOSE • REDWOOD CITY

DECLARATION OF RONALD GONG ISO
OMNIBUS SEALING STIPULATION
4:24-CV-04722-YGR

2. Catalyst is a multi-family family office that provides financial services to its clients, including preparation of tax returns. Elon Musk, one of the Plaintiffs in this action, is one of Catalyst's clients.

3. Catalyst received notice that the OpenAI Defendants' motion for summary judgment and separate statement of undisputed facts contains citations and references to a document produced by Catalyst in this matter in response to a subpoena issued to Catalyst by defendants, specifically a redacted version of Plaintiff Elon Musk's tax returns that shows deductions for assets that he donated to Vanguard, Fidelity, and YC Org. Catalyst designated the document as Confidential pursuant to the protective order entered in this case. Had that protection not been available, Catalyst would have objected to producing the document. Catalyst understands that this document is now Exhibit 37 to the Wiener Declaration in support of the Open AI Defendants' Motion for Summary Judgment.

4. While Catalyst understands that the fact that Mr. Musk took deductions for certain assets is public knowledge and therefore does not seek to keep references to these deductions under seal, the exhibit contains details on Mr. Musk's financial transactions that are not public knowledge and should remain confidential. Catalyst has a duty to its clients to keep their personal information confidential. Catalyst does not, in the ordinary course, publish its clients' tax returns, much less the particulars of deductions its clients have taken. In fact, Catalyst is prohibited by law from doing so. We maintain strict control over access to such information, even among Catalyst's employes and internal systems. The redacted amounts in the exhibit relate to Mr. Musk's private financial information that is not relevant to the issue of *whether* he took a deduction. As a private individual, Mr. Musk's returns are protected by the tax privilege and by his personal right to financial privacy, as provided by the California Constitution and recognized by courts. There is no need for public access to this private financial information, nor would access to this information provide the public with any benefit.

5. Based on the foregoing, Catalyst seeks to keep under seal the portions of Exhibit 37 that are redacted in the attached **Exhibit A**. This version of the Exhibit keeps under seal the

81593427v3

LATHROP GPM LLP
ATTORNEYS AT LAW
SAN JOSE • REDWOOD CITY

- 2 -

DECLARATION OF RONALD GONG ISO
OMNIBUS SEALING STIPULATION
4:24-CV-04722-YGR

portions of Mr. Musk's financial information that Catalyst understands are not yet public while maintaining Mr. Musk's financial privacy over other transactions shown in his tax returns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 10th day of December 2025 at Mountain View, California.

*Ronald Gong*

_____

Ronald Gong

LATHROP GPM LLP
ATTORNEYS AT LAW
SAN JOSE • REDWOOD CITY

81593427v3

- 3 -

DECLARATION OF RONALD GONG ISO
OMNIBUS SEALING STIPULATION
4:24-CV-04722-YGR

# EXHIBIT A

81598155v1

# EXHIBIT 37
## (excerpted)

**Provisionally Under Seal**

**EXCERPTED**

**SCHEDULE A**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*.

▶ Attach to Form 1040.

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

ELON R MUSK

Your social security number

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | | | |
| | 2 | Enter amount from Form 1040, line 38 . . . . . . 2 | | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1951, multiply line 2 by 7.5% (.075) instead . . . . . . . . . | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . | | 4 | |
| **Taxes You Paid** | 5 | State and local (check only one box): | | | |
| | | a ☐ Income taxes, or } . . . . . . | 5 | | |
| | | b ☐ General sales taxes | | | |
| | 6 | Real estate taxes (see instructions) . . . . . . . . . . . | 6 | | |
| | 7 | Personal property taxes . . . . . . . . . . . . | 7 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . | | 9 | |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | | |
| **Note:** Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instructions for special rules . . . . . . . . . . . . . | 12 | | |
| | 13 | Mortgage insurance premiums (see instructions) . . . . . | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | |
| | 15 | Add lines 10 through 14 . . . . . . . . . . . . . . . . | | 15 | |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions . . SEE STATEMENT 5 | 16 | | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . | 17 | | |
| | 18 | Carryover from prior year . . . . . . . . . . . . | 18 | | STMT 6 |
| | 19 | Add lines 16 through 18 . . . . . . . . . . . . . . | | 19 | |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . . . . . . | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 21 | | |
| | 22 | Tax preparation fees . . . . . . . . . . . . . . | 22 | | |
| | 23 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 23 | | |
| | 24 | Add lines 21 through 23 . . . . . . . . . | 24 | | |
| | 25 | Enter amount from Form 1040, line 38 . . . . . . 25 | | | |
| | 26 | Multiply line 25 by 2% (.02) . . . . . . . . . | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . . . | | 27 | |
| **Other Miscellaneous Deductions** | 28 | Other - from list in instructions. List type and amount ▶ | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $154,950? | | | |
| | | ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. } . . . . . | | 29 | |
| | | ☐ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here . . . . . . . . . . . . . . . . . . ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule A (Form 1040) 2015

JSA
5A1400 2.000

| Form **8283** | | **Noncash Charitable Contributions** | | OMB No. 1545-0908 |
|---|---|---|---|---|
| (Rev. December 2014) | | ► **Attach to your tax return if you claimed a total deduction** **of over $500 for all contributed property.** | | |
| Department of the Treasury Internal Revenue Service | | ► **Information about Form 8283 and its separate instructions is at** *www.irs.gov/form8283*. | | Attachment Sequence No. **155** |

Name(s) shown on your income tax return | Identifying number

ELON R MUSK | ▉▉▉▉▉▉▉▉

**Note.** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A. Donated Property of $5,000 or Less and Publicly Traded Securities** - List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list publicly traded securities even if the deduction is more than $5,000 (see instructions).

**Part I**     **Information on Donated Property** - If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) If donated property is a vehicle (see instructions), check the box. Also enter the vehicle identification number (unless Form 1098-C is attached) | (c) Description of donated property (For a vehicle, enter the year, make, model, and mileage. For securities, enter the company name and the number of shares.) |
|---|---|---|---|
| A | VANGUARD CHARITABLE PO BOX 55766, BOSTON, MA | | 35,000 SHARES OF SOLARCITY CORP. |
| B | | | |
| C | | | |
| D | | | |
| E | | | |

**Note.** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (e), (f), and (g).

| | (d) Date of the contribution | (e) Date acquired by donor (mo., yr.) | (f) How acquired by donor | (g) Donor's cost or adjusted basis | (h) Fair market value (see instructions) | (i) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 12/21/2015 ▉ | | PURCHASED | ▉▉▉▉▉ | 1,986,250. | STOCK QUOTE |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II**     **Partial Interests and Restricted Use Property** - Complete lines 2a through 2e if you gave less than an entire interest in a property listed in Part I. Complete lines 3a through 3c if conditions were placed on a contribution listed in Part I; also attach the required statement (see instructions).

**2a**  Enter the letter from Part I that identifies the property for which you gave less than an entire interest ► _____ If Part II applies to more than one property, attach a separate statement.

  **b**  Total amount claimed as a deduction for the property listed in Part I.  **(1)**  For this tax year    ► _____

                                                          **(2)**  For any prior tax years  ► _____

  **c**  Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):

     Name of charitable organization (donee)

     Address (number, street, and room or suite no.)

     City or town, state, and ZIP code

  **d**  For tangible property, enter the place where the property is located or kept ► _____

  **e**  Name of any person, other than the donee organization, having actual possession of the property ► _____

| | | Yes | No |
|---|---|---|---|
| **3a** | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **b** | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? . . . . . . . . . . . . . . | | |
| **c** | Is there a restriction limiting the donated property for a particular use? . . . . . . . . . . . . . . . . . | | |

For Paperwork Reduction Act Notice, see separate instructions. | Form **8283** (Rev. 12-2014)

JSA

5X6400 1.000

▉▉▉▉▉▉▉▉▉▉▉

Docusign Envelope ID: C569AAF5-6AA7-44DC-929B-F76572CB7179

# EXCERPTED

# Form 1040

**Department of the Treasury - Internal Revenue Service** (99)
**U.S. Individual Income Tax Return** 2016
OMB No. 1545-0074    IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2016, or other tax year beginning _____, 2016, ending _____, 20__

See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ELON R | MUSK | |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

## Filing Status
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☐ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| c Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|
| (1) First name | Last name | | | |

If more than four dependents, see instructions and check here ▶ ☐

**Boxes checked on 6a and 6b** ____
**No. of children on 6c who:**
• lived with you ____
• did not live with you due to divorce or separation (see instructions) ____
Dependents on 6c not entered above ____
Add numbers on lines above ▶ ____

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . .

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . | 7 |
| 8 a | **Taxable** interest. Attach Schedule B if required . . . . . . . . . . | 8a |
| b | **Tax-exempt** interest. **Do not** include on line 8a . . . . . . . . | 8b |
| 9 a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . | 9a |
| b | Qualified dividends . . . . . . . . . . . . . . . . . | 9b |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . | 10 |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . | 12 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . | 14 |
| 15 a | IRA distributions . . . . . . . 15a _____ | b Taxable amount . . . . . . | 15b |
| 16 a | Pensions and annuities . . . . 16a _____ | b Taxable amount . . . . . . | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . | 18 |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . | 19 |
| 20 a | Social security benefits . . . . 20a _____ | b Taxable amount | 20b |
| 21 | Other income. List type and amount | 21 |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 |

## Adjusted Gross Income

| | | |
|---|---|---|
| 23 | Educator expenses . . . . . . . . . . . . . . . . | 23 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . | 24 |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . . . | 25 |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . | 26 |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . . . . | 27 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . | 28 |
| 29 | Self-employed health insurance deduction . . . . . . . . | 29 |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . | 30 |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a |
| 32 | IRA deduction . . . . . . . . . . . . . . . . . | 32 |
| 33 | Student loan interest deduction . . . . . . . . . . . | 33 |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . . . . | 34 |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . | 35 |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . | 36 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . ▶ | 37 |

JSA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040** (2016)

EXCERPTED

ELON R MUSK

SUPPLEMENT TO SCHEDULE A
================================================================================

CASH CONTRIBUTIONS (CONT'D)
----------------------------------

    OTHER CASH CONTRIBUTIONS
    ---------------------------

    ██████████████████████████████████████████

    YC.ORG                                                          500,000.
                        30% ORGANIZATION(S)
    MUSK FOUNDATION                                             ███████

            TOTAL CASH CONTRIBUTIONS BEFORE LIMITATION          ███████

            CASH CONTRIBUTION LIMITATION                           NONE

            TOTAL TO SCHEDULE A, LINE 16                        ▐▄███████

NONCASH CHARITABLE CONTRIBUTIONS
------------------------------------------

    NONCASH CONTRIBUTIONS FROM FORM 8283                        ████████

            TOTAL NONCASH CONTRIBUTIONS BEFORE LIMITATION       ████████

            NONCASH CONTRIBUTION LIMITATION                        NONE

            TOTAL TO SCHEDULE A, LINE 17                        ████████

                                                            STATEMENT  7

**EXCERPTED**

DOES NOT APPLY

| Form **6251**<br>Department of the Treasury<br>Internal Revenue Service   (99) | **Alternative Minimum Tax - Individuals**<br>► Go to www.irs.gov/Form6251 for instructions and the latest information.<br>► Attach to Form 1040, 1040-SR, or 1040-NR. | OMB No. 1545-0074<br>**2019**<br>Attachment<br>Sequence No. 32 |
|---|---|---|

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| ELON R. MUSK | |

**Part I** | **Alternative Minimum Taxable Income**

| | | |
|---|---|---|
| 1 | Enter the amount from Form 1040 or 1040-SR, line 11b, if more than zero. If Form 1040 or 1040-SR, line 11b, is zero, subtract lines 9 and 10 of Form 1040 or 1040-SR from line 8b of Form 1040 or 1040-SR and enter the result here. (If less than zero, enter as a negative amount.) | 1 |
| 2a | If filing Schedule A (Form 1040 or 1040-SR), enter the taxes from Schedule A, line 7; otherwise, enter the amount from Form 1040 or 1040-SR, line 9 | 2a |
| b | Tax refund from Schedule 1 (Form 1040 or 1040-SR), line 1 or line 8 | 2b |
| c | Investment interest expense (difference between regular tax and AMT) | 2c |
| d | Depletion (difference between regular tax and AMT) | 2d |
| e | Net operating loss deduction from Schedule 1 (Form 1040 or 1040-SR), line 8. Enter as a positive amount | 2e |
| f | Alternative tax net operating loss deduction | 2f |
| g | Interest from specified private activity bonds exempt from the regular tax | 2g |
| h | Qualified small business stock, see instructions | 2h |
| i | Exercise of incentive stock options (excess of AMT income over regular tax income) | 2i |
| j | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 2j |
| k | Disposition of property (difference between AMT and regular tax gain or loss) | 2k |
| l | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 2l |
| m | Passive activities (difference between AMT and regular tax income or loss) | 2m |
| n | Loss limitations (difference between AMT and regular tax income or loss) | 2n |
| o | Circulation costs (difference between regular tax and AMT) | 2o |
| p | Long-term contracts (difference between AMT and regular tax income) | 2p |
| q | Mining costs (difference between regular tax and AMT) | 2q |
| r | Research and experimental costs (difference between regular tax and AMT) | 2r |
| s | Income from certain installment sales before January 1, 1987 | 2s |
| t | Intangible drilling costs preference | 2t |
| 3 | Other adjustments, including income-based related adjustments | 3 |
| 4 | **Alternative minimum taxable income.** Combine lines 1 through 3. (If married filing separately and line 4 is more than $733,700, see instructions.) | 4 |

**Part II** | **Alternative Minimum Tax (AMT)**

| | | |
|---|---|---|
| 5 | Exemption. (If you were under age 24 at the end of 2019, see instructions.) | |

| IF your filing status is ... | AND line 4 is not over ... | THEN enter on line 5 ... | |
|---|---|---|---|
| Single or head of household | $510,300 | $71,700 | |
| Married filing jointly or qualifying widow(er) | 1,020,600 | 111,700 | 5 |
| Married filing separately | 510,300 | 55,850 | |
| If line 4 is over the amount shown above for your filing status, see instructions. | | | |

| | | |
|---|---|---|
| 6 | Subtract line 5 from line 4. If more than zero, go to line 7. If zero or less, enter -0- here and on lines 7, 9, and 11, and go to line 10 | 6 |
| 7 | • If you are filing Form 2555, see instructions for the amount to enter.<br>• If you reported capital gain distributions directly on Form 1040 or 1040-SR, line 6; you reported qualified dividends on Form 1040 or 1040-SR, line 3a; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040 or 1040-SR) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 40 here.<br>• **All others:** If line 6 is $194,800 or less ($97,400 or less if married filing separately), multiply line 6 by 26% (0.26). Otherwise, multiply line 6 by 28% (0.28) and subtract $3,896 ($1,948 if married filing separately) from the result. | 7 |
| 8 | Alternative minimum tax foreign tax credit (see instructions) | 8 |
| 9 | Tentative minimum tax. Subtract line 8 from line 7 | 9 |
| 10 | Add Form 1040 or 1040-SR, line 12a (minus any tax from Form 4972), and Schedule 2 (Form 1040 or 1040-SR), line 2. Subtract from the result any foreign tax credit from Schedule 3 (Form 1040 or 1040-SR), line 1. If you used Schedule J to figure your tax on Form 1040 or 1040-SR, line 12a, refigure that tax without using Schedule J before completing this line (see instructions) | 10 |
| 11 | **AMT.** Subtract line 10 from line 9. If zero or less, enter -0-. Enter here and on Schedule 2 (Form 1040 or 1040-SR), line 1 | 11 |

919461 01-02-20 LHA    **For Paperwork Reduction Act Notice, see your tax return instructions.**    Form 6251 (2019)

48

EXCERPTED

| Form **8283** | **Noncash Charitable Contributions** | OMB. No. 1545-0908 |
|---|---|---|
| (Rev. November 2019)<br>Department of the Treasury<br>Internal Revenue Service | ▶ Attach one or more Forms 8283 to your tax return if you claimed a total deduction<br>of over $500 for all contributed property.<br>▶ Go to www.irs.gov/Form8283 for instructions and the latest information. | Attachment<br>Sequence No. **155** |

| Name(s) shown on your income tax return | Identifying number |
|---|---|
| ELON R. MUSK | ███████ |

**Note:** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A.** Donated Property of $5,000 or Less and Publicly Traded Securities - List in this section only an item (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also list publicly traded securities and certain other property even if the deduction is more than $5,000 (see instructions).

**Part I** Information on Donated Property - If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) If donated property is a vehicle, check the box. Also enter the vehicle identification number (unless Form 1098-C is attached) | (c) Description and condition of donated property (For a vehicle, enter the year, make, model, and mileage. For securities and other property, see instructions.) |
|---|---|---|---|
| A | MUSK FOUNDATION<br>P.O. BOX 341, AUSTIN, TX 78734 | ☐ | 11,000 SHRS OF TESLA STOCK |
| B | FIDELITY INVESTMENTS CHARITABL<br>P.O. BOX, CINCINNATI, OH 45277 | ☐ | 6,000 SHRS OF TESLA STOCK |
| C | | ☐ | |
| D | | ☐ | |
| E | | ☐ | |

**Note:** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (e), (f), and (g).

| | (d) Date of the contribution | (e) Date acquired by donor (mo., yr.) | (f) How acquired by donor | (g) Donor's cost or adjusted basis | (h) Fair market value (see instructions) | (i) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 12/16/19 | ████ | PURCHASE | ████ | 4,103,605. | STOCK QUOTE |
| B | 12/16/19 | ████ | PURCHASE | ████ | 2,238,330. | STOCK QUOTE |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II** Partial Interests and Restricted Use Property - Complete lines 2a through 2e if you gave less than an entire interest in a property listed in Part I. Complete lines 3a through 3c if conditions were placed on a contribution listed in Part I; also attach the required statement (see instructions).

**2 a** Enter the letter from Part I that identifies the property for which you gave less than an entire interest ▶ ..............

If Part II applies to more than one property, attach a separate statement.

**b** Total amount claimed as a deduction for the property listed in Part I:  (1) For this tax year  ▶ ..............

(2) For any prior tax years  ▶ ..............

**c** Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town, state, and ZIP code

**d** For tangible property, enter the place where the property is located or kept ▶ ..............

**e** Name of any person, other than the donee organization, having actual possession of the property ▶ ..............

| | | Yes | No |
|---|---|---|---|
| **3 a** | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? .......... | | |
| **b** | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? .......... | | |
| **c** | Is there a restriction limiting the donated property for a particular use? .......... | | |

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**                          Form **8283** (Rev. 11-2019)

919931 12-05-19

87

**EXCERPTED**