CHRISTIN LAWLER (CA SBN 272607)
christin.lawler@spacex.com
1 Rocket Road
Hawthorne, CA 90250
Telephone: (425) 506-6004

*Attorney for Third Party*
*Space Exploration Technologies Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ELON MUSK, et al.,

        Plaintiffs,

    v.

SAMUEL ALTMAN, et al.,

        Defendants.

Case No. 4:24-cv-04722-YGR

**DECLARATION OF LINDSAY CHAPMAN IN SUPPORT OF OPENAI DEFENDANTS' OMNIBUS MOTION TO SEAL**

## DECLARATION OF LINDSAY CHAPMAN

I, Lindsay Chapman, declare as follows:

1.    I am Vice President of Human Resources for Space Exploration Technologies Corp. (SpaceX) and submit this declaration on behalf of SpaceX in support of the OpenAI Defendants' Omnibus Motion to Seal.

2.    Exhibit 61 to the Declaration of David J. Wiener, Dkt. 328, is an email exchange between SpaceX and OpenAI personnel, dated August 31, 2018, with the subject line "OpenAI term sheet," that SpaceX produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses, of SpaceX employees.

3.    Exhibit 62 to the Declaration of David J. Wiener, Dkt. 328, is an email exchange between SpaceX, Neuralink, and Excession personnel, dated September 4, 2018, with the subject line "AI decisions," that SpaceX produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses, of SpaceX employees.

4.      Exhibit 66 to the Declaration of David J. Wiener, Dkt. 328, is an email exchange which includes SpaceX personnel, Neuralink personnel, and Mr. Altman, dated March 8, 2019, with the subject line "OpenAI," that SpaceX produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses, of SpaceX employees.

5.      I understand that Exhibit 60, Exhibit 71, and Exhibit 79 to the Declaration of David J. Wiener, Dkt. 328, were produced by other parties and contain confidential, personally identifiable information, including email addresses, of SpaceX employees. SpaceX requests that this information be redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of December, 2025, at Hawthorne, CA.

*Lindsay Chapman*

Lindsay Chapman

DECLARATION OF LINDSAY CHAPMAN
CASE NO. 4:24-CV-04722-YGR