JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:    (212) 403-1000
Facsimile:    (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
*OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
*OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
*OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
*Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF JONATHAN LEVY IN SUPPORT OF OPENAI DEFENDANTS' OMNIBUS MOTION TO SEAL** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

**DECLARATION OF JONATHAN LEVY**

I, Jonathan Levy, declare as follows:

1.      I am a Managing Director at Y Combinator and YC.Org and submit this declaration on behalf of YC Org. in support of the OpenAI Defendants' Omnibus Motion to Seal.

2.      Exhibit 14 to the Declaration of David J. Wiener, Dkt. 328, is a copy of the YC Org. Form 990 Return of Organization Exempt from Income Tax for the 2017 calendar year, produced in this action by YC Org in response to a subpoena issued by the OpenAI Defendants.  Schedule B to the Form 990 contains nonpublic and confidential information concerning YC Org.'s donors.  That information is redacted in the copy attached to the OpenAI Defendants' Omnibus Motion to Seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of December, 2025, at San Francisco, California.

Jonathan Levy