COOLEY LLP
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
REMY CARREIRO (359384)
(rcarreiro@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Non-Party
ILYA SUTSKEVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF ILYA SUTSKEVER IN SUPPORT OF THE PARTIES' OMNIBUS SEALING STIPULATION** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

I, Ilya Sutskever, hereby declare as follows:

1. I am over 18 years of age and competent to make this Declaration. My name is Ilya Sutskever and I am a non-party in the above-captioned case. This Declaration is based on my personal knowledge and, if called upon as a witness, I could and would testify competently as to the matters recited herein.

2. I submit this Declaration pursuant to Civil Local Rules 79-5(c) and (f)(3) in support of the Parties' Omnibus Sealing Stipulation and in response to Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Opposition to OpenAI Defendants' Motion for Summary Judgment. ECF No. 351. I have reviewed an unredacted version of Exhibit 25 to the Declaration of Walter H. Haws IV in Support of this Motion, which is 61 pages excerpted from the transcript of my deposition, and which was filed provisionally under seal at ECF No. 351-28.

3. I seek to seal a narrowly tailored portion of my deposition transcript, all of which I have reviewed. I understand that there is good cause to seal the following information:

| Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|
| Exhibit 25 (ECF No. 351-28) | Page 27, lines 1–2 | Confidential information pertaining to employment compensation I was offered |

4. The portion of my deposition transcript (ECF No. 351-28) at page 27, lines 1 and two 2, contains confidential details of an employment compensation package that was offered to me. This information is non-public, competitively sensitive, and personal in nature. Disclosure of this testimony would invade my privacy and expose confidential financial terms that are not relevant to the public's understanding of this litigation. Public release of compensation information of this kind would cause potential irreparable harm. It could affect my future negotiations both as an employee and employer, alter the bargaining dynamics in a highly competitive market for artificial intelligence engineers and executives, and enable third parties to exploit or misuse the details of my financial circumstances. I have been the subject of substantial

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF ILYA SUTSKEVER ISO THE
PARTIES' OMNIBUS SEALING STIPULATION
(CASE NO. 4:24-CV-04722-YGR)

1  media attention due to my former role as OpenAI's Chief Scientist and board member and
2  publication of my deposition testimony is likely to cause even more media intrusion upon my
3  private affairs.  No more limited sealing would appropriately protect my personal financial
4  information.

5        I declare under penalty of perjury that the foregoing is true and correct to the best of my
6  knowledge.  Executed on this 4th day of December 2025, in San Francisco, California.

By: *Ilya Sutskever*
Ilya Sutskever

Cooley LLP
Attorneys at Law
San Francisco

3

DECLARATION OF ILYA SUTSKEVER ISO THE
PARTIES' OMNIBUS SEALING STIPULATION
(CASE NO. 4:24-CV-04722-YGR)