**HUESTON HENNIGAN LLP**
Alison L. Plessman, State Bar No. 250631
aplessman@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4542
Facsimile:     (888) 866-4825

*Attorneys for Defendants Samuel Altman, Gregory Brockman,  OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,  OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,  OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,  OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,  OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF ANDREW SCHULKIN IN SUPPORT OF OPENAI DEFENDANTS' OMNIBUS MOTION TO SEAL** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

DECLARATION OF ANDREW SCHULKIN
CASE NO. 4:24-CV-04722-YGR

## DECLARATION OF ANDREW SCHULKIN

I, Andrew Schulkin, declare as follows:

1.    I am senior counsel for BMO Financial Group, including BMO Family Office, LLC, f/k/a CTC myCFO, LLC and Harris myCFO, LLC.

2.    I submit this declaration on behalf of BMO Family Office, LLC ("BMO") in support of the OpenAI Defendants' Omnibus Motion to Seal.

3.    Exhibit 33 to the Declaration of David J. Wiener, Dkt. 328, is an email from Paula Lo to Jared Birchall, dated June 1, 2016, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses.

4.    Exhibit 38 to the Declaration of David J. Wiener, Dkt. 328, is an email from Jared Birchall to Ronald Gong, dated June 14, 2016, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses and phone numbers.

5.    Exhibit 39 to the Declaration of David J. Wiener, Dkt. 328, is an email from Song Kong to Jared Birchall and others, dated May 7, 2018, attaching the Musk Foundation Form 990 Return of Private Foundation for tax year beginning July 1, 2016, and ending June 30, 2017, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses, phone numbers, and tax identification numbers.

6.    Exhibit 55 to the Declaration of David J. Wiener, Dkt. 328, is an email from Ronald Gong to Chris Clark and others, dated March 11, 2016, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses and phone numbers.

7.    Exhibit 70 to the Declaration of David J. Wiener, Dkt. 328, is an email from Teresa Holland to Harris myCFO, dated February 3, 2016, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses and phone numbers.

8.    Exhibit 74 to the Declaration of David J. Wiener, Dkt. 328, is an email from Chris Clark to Ronald Gong and others, dated May 21, 2016, that BMO produced in this litigation with

proposed redactions to protect confidential, personally identifiable information, including email addresses, phone numbers, and bank account numbers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of _December_ , 2025, at Chicago, Illinois.

_____
Andrew Schulkin

DECLARATION OF ANDREW SCHULKIN
CASE NO. 4:24-CV-04722-YGR