**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF ANDREW SCHULKIN IN SUPPORT OF REQUEST TO SEAL** |
| v. | |
| SAMUEL ALTMAN et al., | |
| Defendants. | |

I, Andrew Schulkin, declare as follows:

1.     I am senior counsel for BMO Financial Group, including BMO Family Office, LLC, f/k/a CTC myCFO, LLC and Harris myCFO, LLC.

2.     I submit this declaration on behalf of BMO Family Office, LLC ("BMO") to request that certain information in the Exhibits to Plaintiff's Memorandum of Points and Authorities in Opposition to the OpenAI Defendants' Motion for Summary Judgment ("Plaintiff's Opposition") be maintained under seal and redacted from the publicly filed versions of the exhibits.

3.     Exhibit 17 to Plaintiff's Opposition, Dkt. 351-20, is an email from Chris Clark to Ronald Gong and others, dated May 21, 2016, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses and phone numbers.

4.     Exhibit 21 to Plaintiff's Opposition, Dkt. 351-24, is an email from Ronald Gong to Jared Birchall and Harris myCFO, dated September 14, 2016, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses and phone numbers.

5.     Exhibit 22 to Plaintiff's Opposition, Dkt. 351-25, is an email from Paula Lo to Jared Birchall, dated February 15, 2017, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses and phone numbers.

1

6.      Exhibit 69 to Plaintiff's Opposition, Dkt. 351-72, is an email from Teresa Holland to Chris Clark and others, dated May 27, 2016, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses and phone numbers.

7.      Exhibit 70 to Plaintiff's Opposition, Dkt. 351-73, is an email from Jared Birchall to Teresa Holland and others, dated June 15, 2016, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses and phone numbers.

8.      Exhibit 71 to Plaintiff's Opposition, Dkt. 351-74, is an email from Jared Birchall to Harris myCFO, dated June 13, 2016, that BMO produced in this litigation with proposed redactions to protect confidential, personally identifiable information, including email addresses and phone numbers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of December, 2025, at Chicago, Illinois.

_____

Andrew Schulkin

---

2

DECLARATION IN SUPPORT OF REQUEST TO SEAL
CASE NO.: 4:24-CV-04722-YGR