RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **DECLARATION OF MICHAEL WETTER IN SUPPORT OF DEFENDANT MICROSOFT'S UNDISPUTED REQUESTS TO SEAL SUMMARY JUDGMENT EXHIBITS** <br><br> Date: **January 7, 2026** <br> Time: **2:00 p.m.** <br> Place: **Courtroom 1 (4th Floor)** <br> **1301 Clay St.** <br> **Oakland, CA 94612** |

DECLARATION OF MICHAEL WETTER ISO
MICROSOFT'S UNDISPUTED SEALING REQUESTS

4:24-CV-04722-YGR

I, Michael Wetter, state and declare as follows:

1. I joined Microsoft Corporation ("Microsoft") as an employee in March 2007.

2. My current role at Microsoft is Corporate Vice President of Corporate Development.

3. As Corporate Vice President of Corporate Development, I am responsible for engaging with external partners and stakeholders relating to acquisitions and investments, including negotiating agreements, accessing and assessing diligence materials, and reviewing financial plans and analysis.

4. As part of this litigation, I was designated as Microsoft's 30(b)(6) witness and prepared myself to provide non-privileged testimony about a number of topics, including the Joint Development and Collaboration Agreements ("JDCAs") between Microsoft and OpenAI and Microsoft's investments in OpenAI, Inc.'s for-profit subsidiary beginning in 2019 and the due diligence conducted by Microsoft in connection with those agreements.

5. I submit this Declaration in support of Microsoft's undisputed sealing requests included in the Omnibus Sealing Stipulation joined by Microsoft, the OpenAI Defendants, and Plaintiff Elon Musk, concerning exhibits to the parties' briefing on Microsoft's and OpenAI's Motions for Summary Judgment. I have personal knowledge of all the facts stated here and if called as a witness could and would competently testify to them under oath.

6. I became aware of Microsoft's partnership with the nonprofit OpenAI, Inc., and its for-profit subsidiary (collectively, "OpenAI") at the time of the 2019 JDCA and Investment. This investment was in the for-profit subsidiary. As part of my Corporate Development role, beginning in 2021 through the present, I was directly involved in the negotiations concerning Microsoft's subsequent investments in OpenAI's for-profit subsidiary and was kept informed by others of the related JDCA amendments. In my role, I have become familiar with the terms of the various agreements that relate to the Microsoft-OpenAI collaboration.

7. The agreements that relate to Microsoft's collaboration with OpenAI and investment in OpenAI's for-profit subsidiary contain highly sensitive information and terms that competitors and customers could exploit, making strict confidentiality of those terms

-1-

essential. A subset of those agreements and related documents are cited in Microsoft's Motion for Summary Judgement ("MSJ"), Plaintiff's Opposition to Microsoft's MSJ, and Microsoft's Reply in Support of MSJ. Portions of these documents should be sealed from public view for the reasons indicated in the chart below.

8.    The competitively sensitive information ("CSI") in these executed and draft agreements includes negotiated licensing and investment terms such as spending commitments, exclusivity provisions, and other technological and commercial details that would harm Microsoft's competitive standing if disclosed to competitors or customers. For example, terms related to Microsoft's Azure services and rate structure are highly sensitive because Azure services are an important component of Microsoft's business, and Azure fee terms with customers are not uniform. The Azure terms negotiated in unique agreements with OpenAI should not be publicly available for other Azure customers to use in their own negotiations with Microsoft, nor should Microsoft's competitors be able to use this information to their advantage. Disclosure of this specific pricing information and interrelated terms would enable Microsoft's competitors to tailor their pricing and other offerings to undercut Microsoft's and would provide Microsoft's business partners with leverage to extract greater discounts and lower prices from Microsoft.

9.    Notwithstanding that Microsoft and OpenAI have recently entered into a revised JDCA, the prior agreements remain competitively sensitive because Microsoft continues to negotiate deals involving similar products and services with other AI developers and compute customers in a highly competitive environment. Public disclosure of Microsoft's past contract negotiations and terms could provide an unfair advantage to prospective business partners and competitors alike and would additionally disadvantage Microsoft when its competitors' contracts remain confidential.

10.    The emails and memoranda about these agreements contain the same categories of confidential business information and are additionally sensitive because they reflect non-public negotiations between Microsoft and OpenAI and Microsoft's internal deliberations. The

-2-

confidentiality of these documents is critical because competitors could use information about Microsoft's negotiation strategies to gain a competitive advantage.

11.    For the same reasons stated above, excerpts from my 30(b)(6) deposition and other documents revealing similar information likewise should remain confidential.

| Dkt. # | Confidential Document | Proposed Action | Reasons For Sealing |
|---|---|---|---|
| 330-18 | Ex. 8 to Cohen Declaration (November 2016 Azure Services Licensing Agreement) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public financial terms and other strategic business terms, including the specific pricing structure of Microsoft's Azure services to OpenAI. |
| 330-45; 353-11 | Ex. 24 to Cohen Declaration; Ex. 7 to Eynon Declaration (Excerpts from the deposition transcript of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025 and September 25, 2025) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public financial terms relating to funding structure and other strategic business terms. |
| 330-49; 353-32 | Ex. 26 to Cohen Declaration; Ex. 28 to Eynon Declaration (2019 Joint Development and Collaboration Agreement) | Redact excerpts indicated. | CSI including OpenAI's spending commitment on Azure services and the pricing formula for dedicated hardware; and additional CSI that is not relied upon in any party's briefing, including proprietary technical information, non-public financial terms, and other strategic business terms. |
| 330-51 | Ex. 27 to Cohen Declaration (2019 Subscription Booklet for | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public financial terms and other |

-3-

| | | Redact excerpts indicated. | strategic business terms. |
|---|---|---|---|
| 330-56 | Ex. 30 to Cohen Declaration (2021 Subscription Booklet for Convertible Limited Partnership Interest in OpenAI, L.P.) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public information regarding internal decision-making. |
| 330-58; 353-39 | Ex. 31 to Cohen Declaration; Ex. 35 to Eynon Declaration (2021 Joint Development and Collaboration Agreement) | Redact excerpts indicated. | CSI regarding non-public terms of the JDCA's funding structure; and additional CSI that is not relied upon in any party's briefing, including non-public financial terms, spending commitments, and other strategic business terms. |
| 330-62; 353-46 | Ex. 33 to Cohen Declaration; Ex. 42 to Eynon Declaration (2023 Amended and Restated Limited Liability Company Agreement of OpenAI Global, L.L.C.) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public financial terms and other strategic business terms. |
| 330-66; 353-47 | Ex. 35 to Cohen Declaration; Ex. 43 to Eynon Declaration (2023 Joint Development and Collaboration Agreement) | Redact excerpts indicated. | CSI regarding commercialization lead time and additional CSI that is not relied upon in any party's briefing, including proprietary technical information, non-public financial terms, and other strategic business terms. |

| 351-68; 353-68 | Ex. 65 to Hawes Declaration; Ex. 64 to Eynon Declaration (September 2025 Memorandum of Understanding between Microsoft and OpenAI) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public financial terms and other strategic business terms. |
|---|---|---|---|
| 353-29 | Ex. 25 to Eynon Declaration (2019 Amended and Restated Limited Partnership Agreement of OpenAI, L.P.) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public financial terms and other strategic business terms. |
| 353-34 | Ex. 30 to Eynon Declaration (2021 emails between M. Wetter and others) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including proprietary technical information, non-public financial terms and other strategic business terms, and non-public negotiations and internal decision-making; PII. |
| 353-38 | Ex. 34 to Eynon Declaration (2021 Second Amended and Restated Limited Partnership Agreement of OpenAI, L.P.) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public financial terms and other strategic business terms. |
| 353-69 | Ex. 65 to Eynon Declaration (February 2025 emails regarding draft MSFT-OpenAI Term Sheet) | Maintain under seal. | CSI including strategic business terms and internal decision-making and negotiations between Microsoft and OpenAI; most of which is not relied upon in any party's briefing. |
| 353-70 | Ex. 66 to Eynon Declaration | Maintain under seal. | CSI that is not specifically relied upon in any party's |

-5-

| | | | |
|---|---|---|---|
| | (September 2025 Non-Binding Term Sheet between Microsoft and OpenAI) | | briefing, including proprietary technical information, non-public financial terms including revenue formulas, and other strategic business terms relating to IP licensing and models, and non-public information regarding internal decision-making. |
| 353-76 | Ex. 72 to Eynon Declaration (April 2019 Microsoft & OpenAI – Summary Term Sheet) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including proprietary technical information, non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making. |
| 353-77 | Ex. 73 to Eynon Declaration (March 2021 Side Letter between Microsoft and OpenAI) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public financial terms and other strategic business terms. |

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12, 2025 in Redmond, WA.

By: _____
Michael Wetter (CORPDEV) (Dec 12, 2025 12:58:29 PST)
Michael Wetter

# 2025.12.12 - Wetter Decl. ISO Sealing

Final Audit Report                                                    2025-12-12

| | |
|---|---|
| Created: | 2025-12-12 |
| By: | Kayleigh Klinzman (CELA) (kaklinzm@microsoft.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA-IyPUqupX6dwRSCjm3QznhDlmRp1KfZG |

## "2025.12.12 - Wetter Decl. ISO Sealing" History

📄 Document created by Kayleigh Klinzman (CELA) (kaklinzm@microsoft.com)
2025-12-12 - 7:37:46 PM GMT- IP address: 66.235.15.110

✉️ Document emailed to Michael Wetter (CORPDEV) (mwetter@microsoft.com) for signature
2025-12-12 - 7:38:36 PM GMT

📄 Email viewed by Michael Wetter (CORPDEV) (mwetter@microsoft.com)
2025-12-12 - 8:58:11 PM GMT- IP address: 52.102.22.21

🖊️ Document e-signed by Michael Wetter (CORPDEV) (mwetter@microsoft.com)
Signature Date: 2025-12-12 - 8:58:29 PM GMT - Time Source: server- IP address: 131.107.1.168

✅ Agreement completed.
2025-12-12 - 8:58:29 PM GMT


Microsoft    Powered by Adobe Acrobat Sign