RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SAMUEL ALTMAN, et al.,<br><br>                    Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DECLARATION OF KAYLEIGH KLINZMAN IN SUPPORT OF DEFENDANT MICROSOFT'S UNDISPUTED REQUESTS TO SEAL SUMMARY JUDGMENT EXHIBITS**<br><br>**Date:**     **January 7, 2026**<br>**Time:**     **2:00 p.m.**<br>**Place:**    **Courtroom 1 (4th Floor)**<br>            **1301 Clay St.**<br>            **Oakland, CA 94612** |

I, Kayleigh Klinzman, state and declare as follows:

1.    I am currently employed by Microsoft Corporation ("Microsoft") as a Business Program Manager in Microsoft's Litigation Group.  I have been in this role since May 2024 and have been employed by Microsoft since December 2016.

2.    I submit this Declaration in support of Microsoft's undisputed sealing requests included in the Omnibus Sealing Stipulation joined by Microsoft, the OpenAI Defendants, and Plaintiff Elon Musk, concerning exhibits to the parties' briefing on Microsoft's and OpenAI's Motions for Summary Judgment. I have personal knowledge of all the facts stated here and if called as a witness could and would competently testify to them under oath.

3.    As a Business Program Manager, my responsibilities include working with counsel on confidentiality assessments for documents produced in discovery. Based on my nine years of experience in Microsoft's litigation program, I am deeply familiar with Microsoft's confidentiality practices, including the types of information that Microsoft views as competitively or commercially sensitive and therefore does not publicly disclose.

4.    I have reviewed each of the Exhibits listed in the below chart. Based on my nine years of experience, I am familiar with what information contained in those exhibits is competitively or commercially sensitive and the extent to which such information is shared or not shared outside Microsoft.  Based on my experience and my review of each of the exhibits, I have indicated in the chart below for each exhibit the basis for maintaining under seal the exhibit, either in whole or in part.

5.    Microsoft does not publicly disclose this type of information because it contains proprietary, confidential, and competitively sensitive details regarding non-public terms of Microsoft's agreements and negotiations with business partners. Microsoft further takes great care to protect this competitively sensitive information, which is highly restricted internally within Microsoft.

6.    Microsoft's concern is that if this competitively sensitive information ("CSI") were publicly disclosed, it would cause competitive harm to Microsoft by providing competitors with knowledge of Microsoft's strategic business agreements and prior negotiating

-1-

positions that could be exploited in head-to-head competition with Microsoft. For that reason alone, Microsoft maintains such information in confidence.

| Dkt. # | Description | Proposed Action | Basis for Sealing |
|---|---|---|---|
| 330-14 | Ex. 6 to Cohen Declaration (Plaintiff Musk's Supp. R&Os to Microsoft's Interrogatories) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public financial terms and revenue figures that could be used to undercut Microsoft's pricing. |
| 351-56 | Ex. 53 to Hawes Declaration (Schizer report) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including proprietary technical information, financial terms, other strategic business terms, and internal decision-making. |
| 351-58 | Ex. 55 to Hawes Declaration (MSFT_MUSK000000387) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing regarding the terms of Microsoft's investment in OpenAI. |
| 351-64 | Ex. 61 to Hawes Declaration (MSFT_MUSK000057806) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing regarding Microsoft's internal decision-making and views on potential board candidates. |
| 353-13 | Ex. 9 to Eynon Declaration (Nadella Tr.) | Redact excerpts indicated. | CSI regarding Microsoft's views on potential board candidates and internal decision-making; additional CSI that is not relied upon in any party's briefing regarding non-public strategic business terms and internal decision-making. |

-2-

| Dkt. # | Description | Proposed Action | Basis for Sealing |
|---|---|---|---|
| 353-14 | Ex. 10 to Eynon Declaration (MSFT_MUSK000000159) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing including proprietary technical information, non-public information regarding internal decision-making, and non-public financial terms and other strategic business terms. |
| 353-17 | Ex. 13 to Eynon Declaration (MSFT_MUSK000000150) | Redact excerpts indicated. | CSI regarding non-public financial terms and internal decision-making, most of which is not relied upon in any party's briefing. |
| 353-24 | Ex. 20 to Eynon Declaration (MSFT_MUSK000000993) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public information regarding internal decision-making. |
| 353-26 | Ex. 22 to Eynon Declaration (MSFT_MUSK000083882) | Maintain under seal. | CSI including proprietary technical information, non-public financial terms, and non-public information regarding internal decision-making, most of which is not relied upon in any party's briefing. |
| 353-27 | Ex. 23 to Eynon Declaration (MSFT_MUSK000000673) | Redact excerpts indicated. | CSI including non-public financial terms regarding proposed deal structure; additional CSI that is not relied upon in any party's briefing regarding internal decision-making and third parties. |
| 353-30 | Ex. 26 to Eynon Declaration (MSFT_MUSK000001083) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing regarding the terms of Microsoft's investment in OpenAI. |

-3-

| Dkt. # | Description | Proposed Action | Basis for Sealing |
|---|---|---|---|
| 353-36 | Ex. 32 to Eynon Declaration (MSFT_MUSK000058648) | Maintain under seal. | CSI including proprietary technical information, non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making, most of which is not relied upon in any party's briefing. |
| 353-37 | Ex. 33 to Eynon Declaration (MSFT_MUSK000056517) | Maintain under seal. | CSI including proprietary technical information, non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making, most of which is not relied upon in any party's briefing. |
| 353-45 | Ex. 41 to Eynon Declaration (January 2023 Microsoft Board Memo) | Maintain under seal. | CSI including proprietary technical information, non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making, most of which is not relied upon in any party's briefing. |
| 353-48 | Ex. 44 to Eynon Declaration (MSFT_MUSK000000001) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public information regarding internal decision-making. |
| 353-56 | Ex. 52 to Eynon Declaration (OPENAI_MUSK00027478) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing regarding Microsoft's internal decision-making and views on potential board candidates. |

-4-

| Dkt. # | Description | Proposed Action | Basis for Sealing |
|---|---|---|---|
| 353-67 | Ex. 63 to Eynon Declaration (MSFT_MUSK000083532) | Maintain under seal. | CSI including proprietary technical information such as planned supercomputer capacity and cost, non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making, most of which is not relied upon in any party's briefing. |
| 353-80 | Ex. 76 to Eynon Declaration (HOFFMAN_000000051) | Redact excerpts indicated. | CSI that is not relied upon in any party's briefing, including non-public financial terms relating to funding structure and other strategic business terms. |
| 353-81 | Ex. 77 to Eynon Declaration (MSFT_MUSK000056876) | Maintain under seal. | CSI including non-public financial terms and other strategic business terms, and non-public information regarding internal decision-making, most of which is not relied upon in any party's briefing. |

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12, 2025 in Redmond, WA.

By: *Kayleigh Klinzman*

Kayleigh Klinzman

-5-