UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SAMUEL ALTMAN, et al.,<br><br>        Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**[PROPOSED] ORDER GRANTING OMNIBUS SEALING STIPULATION ON UNDISPUTED SEALING REQUESTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Before the Court is the Parties' Omnibus Sealing Stipulation on Undisputed Sealing Requests in connection with Dkt. Nos. 328, 330, 351, 353, 358, and 360. Having considered the Stipulation, supporting declarations, and other papers on file, and good cause having been found, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that the Parties' undisputed sealing requests in connection with Dkt. Nos. 328, 330, 351, 353, 358, and 360 are **GRANTED** as set forth below:

| Dkt. No. (Bates Identifier) | Document Description | Requested Action/Portion to Seal | Ruling |
|---|---|---|---|
| Dkt. 328-18 (YCORG_0000036) | Ex. 14 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-37 (BMO_00000788) | Ex. 33 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-42 (BMO_00000798) | Ex. 38 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-43 (BMO_00001860) | Ex. 39 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-59 (BMO_00000102) | Ex. 55 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-74 (BMO_00000089) | Ex. 70 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-78 (BMO_00000120) | Ex. 74 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-67 (TESLA_000003501) | Ex. 63 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-69 (TESLA_000003416) | Ex. 65 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-64 (2024MUSK-0005604) | Ex. 60 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-65 (SPX-001642) | Ex. 61 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-66 (SPX-006742) | Ex. 62 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-70 (SPX-001038) | Ex. 66 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-83 (2024MUSK-0006098) | Ex. 79 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus | |

| | | | |
|---|---|---|---|
| | | | Sealing Stipulation |
| Dkt. 353-72 (Brockman Deposition Tr.) | Ex. 68 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-45 (OPENAI_MUSK00005365) | Ex. 41 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-46 (OPENAI_MUSK00006040) | Ex. 42 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-47 (OPENAI_MUSK00005412) | Ex. 43 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-60 (OPENAI_MUSK00003371) | Ex. 56 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-80 (2024MUSK-0004742) | Ex. 76 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-84 (2024MUSK-0009870) | Ex. 80 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-86 (OPENAI_MUSK00028000) | Ex. 82 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 351-15 (compilation exhibit) | Ex. 12 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-16 (Musk Deposition Tr.) | Ex. 12 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-20 (VC000411) | Ex. 16 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-25 (FIDCHAR-OPENAI-000751) | Ex. 21 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-26 (FIDCHAR-OPENAI-000876) | Ex. 22 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 328-41 (Catalyst 0000014) | Ex. 37 to Wiener Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 330-70 (Zilis Deposition Tr.) | Ex. 37 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 351-4 (Musk Deposition Tr.) | Ex. 1 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 351-21 (2024MUSK-0009615) | Ex. 18 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 351-23 (EXMF-0003982) | Ex. 20 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |

2
[PROPOSED] ORDER GRANTING OMNIBUS SEALING STIPULATION ON UNDISPUTED SEALING REQUESTS
CASE NO. 4:24-CV-04722-YGR

| | | |
|---|---|---|
| Dkt. 351-42 (OPENAI_MUSK00017450) | Ex. 39 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 353-8 (Musk Deposition Tr.) | Ex. 4 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 351-66 (SPX-001642) | Ex. 63 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 351-20 (BMO_00000120) | Ex. 17 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 351-24 (BMO_00000529) | Ex. 21 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 351-25 (BMO_00000369) | Ex. 22 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 351-72 (BMO_00000153) | Ex. 69 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 351-73 (BMO_00000238) | Ex. 70 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 351-74 (BMO_00000192) | Ex. 71 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 351-28 (Sutskever Deposition Tr.) | Ex. 25 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 353-25 (Murati Deposition Tr.) | Ex. 21 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 330-14 (Plaintiff Musk's Supp. R&Os to Microsoft's Interrogatories) | Ex. 6 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 330-16 (2024MUSK-0000669) | Ex. 7 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 330-18 (MSFT_MUSK000055336) | Ex. 8 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 330-45 (Excerpts from the deposition transcript of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025 and September 25, 2025) | Ex. 24 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |
| Dkt. 330-49 (MSFT_MUSK000055169) | Ex. 26 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation |

| Dkt. 330-51 (OPENAI_MUSK00011908) | Ex. 27 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
|---|---|---|---|
| Dkt. 330-56 (MSFT_MUSK000055895) | Ex. 30 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 330-58 (MSFT_MUSK000064509) | Ex. 31 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 330-60 (OPENAI_MUSK00030225) | Ex. 32 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 330-62 (MSFT_MUSK000055937) | Ex. 33 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 330-66 (MSFT_MUSK000055099) | Ex. 35 to Cohen Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 351-51 (MSFT_MUSK000044183) | Ex. 48 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 351-56 (Schizer report) | Ex. 53 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 351-58 (MSFT_MUSK000000387) | Ex. 55 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 351-64 (MSFT_MUSK000057806) | Ex. 61 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 351-68 (OPENAI_MUSK00037469) | Ex. 65 to Hawes Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-05 (MSFT_MUSK000044183) | Ex. 1 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-11 (Excerpts from the deposition transcript of Microsoft 30(b)(6) deponent Michael Wetter, taken September 8, 2025 and September 25, 2025) | Ex. 7 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-12 (MSFT_MUSK000044294) | Ex. 8 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-13 (Nadella Tr.) | Ex. 9 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-14 (MSFT_MUSK000000159) | Ex. 10 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-16 (2024MUSK-0000669) | Ex. 12 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |

| | | | |
|---|---|---|---|
| Dkt. 353-17 (MSFT_MUSK000000150) | Ex. 13 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-23 (MSFT_MUSK000001461) | Ex. 19 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-24 (MSFT_MUSK000000993) | Ex. 20 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-26 (MSFT_MUSK000083882) | Ex. 22 to Eynon Declaration | Maintain under seal | |
| Dkt. 353-27 (MSFT_MUSK000000673) | Ex. 23 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-29 (MSFT_MUSK000059951) | Ex. 25 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-30 (MSFT_MUSK000001083) | Ex. 26 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-31 (MSFT_MUSK000000244) | Ex. 27 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-32 (MSFT_MUSK000055169) | Ex. 28 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-33 (MSFT_MUSK000085749) | Ex. 29 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-34 (MSFT_MUSK000068284) | Ex. 30 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-36 (MSFT_MUSK000058648) | Ex. 32 to Eynon Declaration | Maintain under seal | |
| Dkt. 353-37 (MSFT_MUSK000056517) | Ex. 33 to Eynon Declaration | Maintain under seal | |
| Dkt. 353-38 (MSFT_MUSK000064573) | Ex. 34 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-39 (MSFT_MUSK000064509) | Ex. 35 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-40 (MSFT_MUSK000054860) | Ex. 36 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-45 (MSFT_MUSK000001168) | Ex. 41 to Eynon Declaration | Maintain under seal | |
| Dkt. 353-46 (MSFT_MUSK000055001) | Ex. 42 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-47 | Ex. 43 to Eynon | Redactions as indicated in the | |

| | | | |
|---|---|---|---|
| Dkt. 353-47 (MSFT_MUSK000055099) | Declaration | attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-48 (MSFT_MUSK000000001) | Ex. 44 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-53 (MSFT_MUSK000067086) | Ex. 49 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-54 (MSFT_MUSK000054866) | Ex. 50 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-56 (OPENAI_MUSK00027478) | Ex. 52 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-58 (OPENAI_MUSK00027413) | Ex. 54 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-67 (MSFT_MUSK000083532) | Ex. 63 to Eynon Declaration | Maintain under seal | |
| Dkt. 353-68 (MSFT_MUSK000092434) | Ex. 64 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-69 (MSFT_MUSK000084085) | Ex. 65 to Eynon Declaration | Maintain under seal | |
| Dkt. 353-70 (MSFT_MUSK000092415) | Ex. 66 to Eynon Declaration | Maintain under seal | |
| Dkt. 353-76 (MSFT_MUSK000018616) | Ex. 72 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-77 (MSFT_MUSK000002098) | Ex. 73 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-80 (HOFFMAN_000000051) | Ex. 76 to Eynon Declaration | Redactions as indicated in the attachments to the Omnibus Sealing Stipulation | |
| Dkt. 353-81 (MSFT_MUSK000056876) | Ex. 77 to Eynon Declaration | Maintain under seal | |

**IT IS ALSO HEREBY ORDERED** that the Clerk shall unseal all documents associated with Dkt. Nos. 328, 330, 351, 353, 358, and 360 that are not listed in the above table.

Date:

                                        Hon. Yvonne Gonzalez Rogers
                                        United States District Judge