1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
3  Malibu, CA  90265
   Telephone: (310) 246-3333
4
   STEVEN F. MOLO (*pro hac vice*)
5  ROBERT K. KRY (*pro hac vice*)
   JENNIFER M. SCHUBERT (*pro hac vice*)
6  MOLOLAMKEN LLP
   430 Park Avenue
7  New York, NY  10022
   Telephone: (212) 607-8160
8
   *Attorneys for Plaintiffs Elon Musk*
9  *and X.AI Corp.*

10  (Additional counsel listed on next pages)

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                  **OAKLAND DIVISION**

14  ELON MUSK, et al.,                    Case No. 4:24-cv-04722-YGR

15            Plaintiffs,          **JOINT STIPULATION AND [PROPOSED]**
                                   **ORDER CORRECTING EXHIBIT**
16       v.                        **Action Filed:  August 5, 2024**

17  SAMUEL ALTMAN, et al.,

18            Defendants.

19

20

21

22

23

24

25

26

27

28

1   JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
2   WILLIAM FRENTZEN (CA SBN 343918)
    WFrentzen@mofo.com
3   DAVID J. WIENER (CA SBN 291659)
    DWiener@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, CA  94105
    Telephone: (415) 268-7000
6   Facsimile: (415) 268-7522

7   WILLIAM SAVITT (admitted *pro hac vice*)
    WDSavitt@wlrk.com
8   BRADLEY R. WILSON (admitted *pro hac vice*)
    BRWilson@wlrk.com
9   SARAH K. EDDY (admitted *pro hac vice*)
    SKEddy@wlrk.com
10  STEVEN WINTER (admitted *pro hac vice*)
    SWinter@wlrk.com
11  NATHANIEL CULLERTON (admitted *pro hac vice*)
    NDCullerton@wlrk.com
12  WACHTELL, LIPTON, ROSEN & KATZ
    51 West 52nd Street
13  New York, NY  10019
    Telephone: (212) 403-1000
14  Facsimile:  (212) 403-2000

15  *Attorneys for the OpenAI Defendants*

16  RUSSELL P. COHEN (SBN 213105)
17  Russ.cohen@dechert.com
    HOWARD M. ULLMAN (SBN 206760)
18  Howard.ullman@dechert.com
    DECHERT LLP
19  45 Fremont Street, 26th Floor
20  San Francisco, CA  94105
    Telephone: (415) 262-4500
21  Facsimile: (415) 262-45555

22  NISHA PATEL (SBN 281628)
    Nisha.patelgupta@dechert.com
23  DECHERT LLP
24  633 West 5th Street, Suite 4900
    Los Angeles, CA  90071
25  Telephone: (213) 808-5700
    Facsimile: (213) 808-5760

26

27

28

1  ANDREW J. LEVANDER (admitted *pro hac vice*)
   Andrew.levander@dechert.com
2  DECHERT LLP
   Three Bryant Park
3  1095 Avenue of the Americas
   New York, NY  10036
4  Telephone: (212) 698-3500
   Facsimile: (212) 698-3599
5
6  JAY JURATA (admitted *pro hac vice*)
   Jay.jurata@dechert.com
7  DECHERT LLP
   1900 K Street, N.W.
8  Washington, DC  20006
   Telephone: (202) 261-3300
9  Facsimile: (202) 261-3333
10
11 *Attorneys for Defendant Microsoft Corporation*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to Civil Local Rule 7-12, Plaintiff Elon Musk; Defendants Samuel Altman,
2   Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI
3   OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI
4   Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,
5   OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup
6   Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I,
7   L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund
8   SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI
9   Defendants"); and Defendant Microsoft Corporation (together with the OpenAI Defendants,
10  "Defendants," and collectively with Plaintiff and the OpenAI Defendants, the "Parties"), by and
11  through their counsel, hereby stipulate as follows:

12    WHEREAS, on October 17, 2025, Defendant Microsoft Corporation filed a Motion for
13  Summary Judgment (Dkt. 329);

14    WHEREAS, on November 7, 2025, Plaintiff filed a Memorandum of Points and Authorities
15  in Opposition to Microsoft Corporation's Motion for Summary Judgment (Dkt. 352), together with
16  certain exhibits that were filed provisionally under seal (Dkt. 353);

17    WHEREAS Plaintiff inadvertently filed an incorrect document as Exhibit 35 provisionally
18  under seal at Dkt. 353-39;

19    WHEREAS, on December 12, 2025, the Parties filed an Omnibus Sealing Stipulation on
20  Undisputed Sealing Requests (Dkt. 368), which attached under seal a copy of the correct exhibit
21  with stipulated proposed redactions (at Dkt. 368-79);

22    WHEREAS Plaintiff seeks to replace the originally filed version of Exhibit 35 (at Dkt. 353-
23  39) with the correct version filed contemporaneously with this stipulation;

24    WHEREAS Plaintiff seeks to file the correct version provisionally under seal pending the
25  Court's ruling on the Parties' Omnibus Sealing Stipulation on Undisputed Sealing Requests (Dkt.
26  368); and

27    WHEREAS the document mistakenly filed as Exhibit 35 appears elsewhere in the summary
28  judgment record (provisionally under seal at Dkt. 353-38), such that it will remain part of the record

3

1  before this Court if the relief sought by this stipulation is granted;

2      IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, SUBJECT TO

3  COURT APPROVAL, that the Clerk shall replace the existing version of Dkt. 353-39 with the

4  corrected version filed contemporaneously with this stipulation.

5      IT IS SO STIPULATED.

6

7  Dated: December 23, 2025                    MOLOLAMKEN LLP

8

9                                      By:  /s/ Jennifer M. Schubert
                                           Jennifer M. Schubert (*pro hac vice*)
10

11                                         *Attorneys for Plaintiff Elon Musk*

12  Dated: December 23, 2025                   MORRISON & FOERSTER LLP

13

14                                     By:  /s/ David J. Wiener
                                           David J. Wiener (CA SBN 291659)
15

16                                         *Attorneys for the OpenAI Defendants*

16  Dated:  December 23, 2025                  DECHERT LLP

17

18                                     By:  /s/ Russell P. Cohen
19                                         Russell P. Cohen (CA SBN 213105)

20                                         *Attorneys for Defendant Microsoft
                                           Corporation*
21

22

23

24

25

26

27

28

<hr>

4

1

## **SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 23, 2025

_/s/ Jennifer M. Schubert_
Jennifer M. Schubert (*pro hac vice*)

5

1

**[PROPOSED] ORDER**

2

GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation.

3

The Clerk is directed to replace the previously filed version of Exhibit 35 at Dkt. 353-39

4 with the corrected version filed contemporaneously with the stipulation.  The exhibit shall be

5 provisionally maintained under seal pending the Court's ruling on the parties' Omnibus Sealing

6 Stipulation on Undisputed Sealing Requests (Dkt. 368).

7

8        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10 DATED: _____

          _____

11                               Hon. Yvonne Gonzalez Rogers
                              United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28