MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK, et al., <br><br>     Plaintiffs, <br><br>     v. <br><br> SAMUEL ALTMAN, et al., <br><br>     Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **TEMPORARY SEALING MOTION RE: CORRECTED VERSION OF EXHIBIT 35** |

Pursuant to Local Rule 79-5(d) and Paragraph 12 of this Court's Standing Order in Civil Cases ("Standing Order"), Plaintiff Elon Musk submits this Temporary Sealing Motion requesting to file under seal the attached corrected version of Exhibit 35 to the Declaration of Alexandra C. Eynon in Support of Plaintiff's Opposition to Defendant Microsoft Corporation's Motion for Summary Judgment:

| Dkt. No. | Document Description | Status | Party Claiming Confidentiality |
|---|---|---|---|
| 373-01 | Corrected Exhibit 35 to Eynon Declaration | Provisionally Under Seal | Microsoft and OpenAI Defendants |

In accordance with Paragraph 12(b)(i)(1) of the Court's Standing Order, the reasons for sealing were addressed separately in the parties' Omnibus Sealing Stipulation on Undisputed Sealing Requests (Dkt. 368), which included a copy of the exhibit with stipulated proposed redactions at Dkt. 368-79.

Dated:  December 23, 2025                          MOLOLAMKEN LLP

                                             By:   /s/ Jennifer M. Schubert
                                                   Jennifer M. Schubert (*pro hac vice*)