UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELON MUSK, ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**SAMUEL ALTMAN, ET AL.**,<br><br>    Defendants. | Case No.: 4:24-CV-4722-YGR<br><br>ORDER RE SEALING<br><br>Re: Dkt. No. 368 |

The Court has reviewed the parties' omnibus sealing stipulation. (Dkt. No. 368.) The Court will address the parties' requests to seal those documents in a forthcoming order. For now, the Court **ORDERS** the parties to file on the public docket the documents that the parties previously filed under seal in support of summary judgment briefing but now have agreed to unseal. (*Id.* at 19.) ("For the avoidance of doubt, the parties have agreed to unseal all documents associated with Dkt. Nos. 328 (OpenAI Defendants), 330 (Microsoft), 351 (Plaintiff), 353 (Plaintiff), 358 (Microsoft), and 360 (OpenAI Defendants) that are not listed in the above table.")[1]

All documents must be filed on the public docket by **Tuesday January 6, 2026** at 12:00 p.m. in advance of the oral argument on the pending motions.

    **IT IS SO ORDERED**.

Date: **December 30, 2025**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[1] The Court **GRANTS** plaintiffs' requests to file corrected exhibits. (Dkt. Nos. 355, 372.)