# EXHIBIT 6

| From: | Kry, Robert K. (MoloLamken LLP) |
|---|---|
| To: | Eddy, Sarah K.; Cohen, Russell P. (Dechert LLP) |
| Cc: | Schubert, Jennifer; Wilson, Bradley R.; Wiener, David J. (Morrison & Foerster, LLP); Savitt, William D.; David, Zachary M.; Frentzen, William |
| Subject: | RE: Daubert briefs and meet & confer |
| Date: | Monday, January 5, 2026 2:00:30 PM |

**\*\*External Email-Use Caution\*\***

Sarah,

Please include in the administrative motion the following statement as reflecting Plaintiffs' position:

> Plaintiffs defer to this Court's judgment over whether pretrial *Daubert* briefing would be helpful or desirable given the expedited case schedule in this matter. The existing schedule does not expressly provide for *Daubert* briefing, and Plaintiffs are concerned that *Daubert* briefing at this point (along with another round of omnibus sealing submissions) would impose significant burdens on the Court and the parties given trial preparation obligations and the many rapidly approaching pretrial deadlines. Although Plaintiffs object to certain expert testimony that OpenAI and Microsoft propose to offer, Plaintiffs are confident that they can adequately address those issues at trial. If the Court would nonetheless prefer to address these issues before trial, Plaintiffs do not object to OpenAI's proposed briefing schedule, but the proposed page limits are too long given the expedited nature of this case. The briefs should instead be limited to one 25-page opening brief, one 25-page opposition brief, and one 10-page reply per side for all *Daubert* motions combined.

Safe travels to all your team.

Best regards,

Robert


**Robert K. Kry**



MoloLamken LLP
600 New Hampshire Ave., NW, Suite 500
Washington, DC 20037
T: (202) 556-2011
M: (202) 631-1067
rkry@mololamken.com
www.mololamken.com

---

**From:** Eddy, Sarah K. <SKEddy@wlrk.com>
**Sent:** Monday, January 5, 2026 12:12 PM
**To:** Kry, Robert <rkry@mololamken.com>; Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>
**Cc:** Schubert, Jennifer <JSchubert@mololamken.com>; Wilson, Bradley R. <BRWilson@wlrk.com>;

Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; Savitt, William D. <wdsavitt@WLRK.com>; David, Zachary M. <ZMDavid@wlrk.com>; Frentzen, William <WFrentzen@mofo.com>
**Subject:** RE: Daubert briefs and meet & confer

**Ok great, we'll get an invite around for that date.**

**The page limits we've proposed are per motion, which the Court's rules specify are capped at 3 per side absent leave.**

**As to the unsealing, that's in progress, but some of our team have been waylaid by the travel disruptions occasioned by the events in Venezuela this weekend. We are cognizant of the Court's deadline, and expect to meet it.**

Best,
Sarah

**Sarah K. Eddy**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1219 (Direct) | +1 (212) 403-2219 (Fax)
SKEddy@wlrk.com | www.wlrk.com

---

**From:** Kry, Robert <rkry@mololamken.com>
**Sent:** Monday, January 5, 2026 11:39 AM
**To:** Eddy, Sarah K. <SKEddy@wlrk.com>; Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>
**Cc:** Schubert, Jennifer <JSchubert@mololamken.com>; Wilson, Bradley R. <BRWilson@wlrk.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; Savitt, William D. <wdsavitt@WLRK.com>; David, Zachary M. <ZMDavid@wlrk.com>; Frentzen, William <WFrentzen@mofo.com>
**Subject:** RE: Daubert briefs and meet & confer

**\*\*External Email-Use Caution\*\***

Hi Sarah,

10 a.m. ET on Tuesday January 20 is good for us assuming it works for Dechert. Thank you.

For your proposed page limits, is that per expert, or for each party's Daubert motions in total? We will get back to you shortly with language stating our position to include in the administrative motion.

Do you plan to get the unsealing notice on file today as well?

Best regards,

Robert

**Robert K. Kry**



MoloLamken LLP
600 New Hampshire Ave., NW, Suite 500
Washington, DC 20037
T: (202) 556-2011
M: (202) 631-1067
rkry@mololamken.com
www.mololamken.com

---

**From:** Eddy, Sarah K. <SKEddy@wlrk.com>
**Sent:** Monday, January 5, 2026 9:28 AM
**To:** Kry, Robert <rkry@mololamken.com>; Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>
**Cc:** Schubert, Jennifer <JSchubert@mololamken.com>; Wilson, Bradley R. <BRWilson@wlrk.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; Savitt, William D. <wdsavitt@WLRK.com>; David, Zachary M. <ZMDavid@wlrk.com>; Frentzen, William <WFrentzen@mofo.com>
**Subject:** RE: Daubert briefs and meet & confer

**Hi Robert –**

**As to the meet and confer time, how about 10 am on January 20?**

**As to the *Daubert* motions, we observe that paragraph 11 of the Court's standing order in civil cases expressly contemplates their filing without leave of the Court. Given your note, we intend to file an administrative motion today asking that our proposed schedule be adopted and that the page limits be set at 25 per opening and opposition brief and 10 pages per reply. Please advise by 2 ET today how you would like us to reflect your position.**

**Thanks,
Sarah**

**Sarah K. Eddy**

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1219 (Direct) | +1 (212) 403-2219 (Fax)
SKEddy@wlrk.com | www.wlrk.com

---

**From:** Kry, Robert <rkry@mololamken.com>
**Sent:** Saturday, January 3, 2026 6:13 PM
**To:** Eddy, Sarah K. <SKEddy@wlrk.com>; Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>
**Cc:** Schubert, Jennifer <JSchubert@mololamken.com>; Wilson, Bradley R. <BRWilson@wlrk.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; Savitt, William D. <wdsavitt@WLRK.com>; David, Zachary M. <ZMDavid@wlrk.com>
**Subject:** Daubert briefs and meet & confer

**External Email-Use Caution**

Hi Sarah,

Responding on the two issues you raised yesterday:

1.  Given the absence of a schedule for Daubert briefing in the current case scheduling order and the language about "[n]o other pretrial motions are authorized" in the standing pretrial order, we are inclined to defer to the Court about whether she wants to receive Daubert briefing before trial in this expedited matter.  We suggest raising the issue on Wednesday.  If the Court wants to receive Daubert briefing, your proposed schedule is fine by us.

2.  Thank you for reaching out about the meet and confer.  Would you be available Tuesday January 20th either before noon ET or after 2 p.m. ET, or Friday January 16 between 10 a.m. and 1:45 p.m. ET?

Best regards,

Robert


**Robert K. Kry**



MoloLamken LLP
600 New Hampshire Ave., NW, Suite 500
Washington, DC 20037
T:  (202) 556-2011
M: (202) 631-1067
rkry@mololamken.com
www.mololamken.com

---

**From:** Eddy, Sarah K. <SKEddy@wlrk.com>
**Sent:** Wednesday, December 31, 2025 1:25 PM
**To:** Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>; Kry, Robert <rkry@mololamken.com>
**Cc:** Wilson, Bradley R. <BRWilson@wlrk.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; Savitt, William D. <wdsavitt@WLRK.com>; David, Zachary M. <ZMDavid@wlrk.com>
**Subject:** RE: Call Friday?

### Great – that works, and we'll get an invite around.

---

**From:** Cohen, Russell <Russ.Cohen@dechert.com>
**Sent:** Wednesday, December 31, 2025 10:52 AM
**To:** Kry, Robert K. (MoloLamken LLP) <rkry@mololamken.com>; Eddy, Sarah K. <SKEddy@wlrk.com>
**Cc:** Wilson, Bradley R. <BRWilson@wlrk.com>; Wiener, David J. (Morrison & Foerster, LLP)

<dwiener@mofo.com>; Savitt, William D. <wdsavitt@WLRK.com>; David, Zachary M. <ZMDavid@wlrk.com>

**Subject:** RE: Call Friday?

**\*\*External Email-Use Caution\*\***

Hello both. I could do that time if it works for Sarah.

Russ

**Russell Cohen**
Partner

**Dechert LLP**
+1 415 262 4506 Direct
+1 415 203 8021 Mobile
russ.cohen@dechert.com
dechert.com

---

**From:** Kry, Robert <rkry@mololamken.com>
**Sent:** Wednesday, December 31, 2025 7:39 AM
**To:** Eddy, Sarah K. <SKEddy@wlrk.com>; Cohen, Russell <Russ.Cohen@dechert.com> **Cc:** Wilson, Bradley R. <BRWilson@wlrk.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; Savitt, William D. <wdsavitt@WLRK.com>; David, Zachary M. <ZMDavid@wlrk.com>
**Subject:** Re: Call Friday?

Hi Sarah,

Yes we can do that. Would 12:30 p.m. ET work for you?

Robert

---

**From:** Eddy, Sarah K. <SKEddy@wlrk.com>
**Sent:** Wednesday, December 31, 2025 7:00:50 AM
**To:** Kry, Robert <rkry@mololamken.com>; Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>
**Cc:** Wilson, Bradley R. <BRWilson@wlrk.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; Savitt, William D. <wdsavitt@WLRK.com>; David, Zachary M. <ZMDavid@wlrk.com>
**Subject:** Call Friday?

Hi Robert and Russ –

Happy new Year's Eve! Are you available Friday afternoon (January 2) to discuss some scheduling

matters?

Best,
Sarah

**Sarah K. Eddy**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1219 (Direct) | +1 (212) 403-2219 (Fax)
SKEddy@wlrk.com | www.wlrk.com

==================================================
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
==================================================

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.

**This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you**