| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) <br> JEth@mofo.com |
| 2 | WILLIAM FRENTZEN (CA SBN 343918) <br> WFrentzen@mofo.com |
| 3 | DAVID J. WIENER (CA SBN 291659) <br> DWiener@mofo.com |
| 4 | MORRISON & FOERSTER LLP <br> 425 Market Street |
| 5 | San Francisco, CA 94105 <br> Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | WILLIAM SAVITT (admitted *pro hac vice*) <br> WDSavitt@wlrk.com |
| 8 | BRADLEY R. WILSON (admitted *pro hac vice*) <br> BRWilson@wlrk.com |
| 9 | SARAH K. EDDY (admitted *pro hac vice*) <br> SKEddy@wlrk.com |
| 10 | STEVEN WINTER (admitted *pro hac vice*) <br> SWinter@wlrk.com |
| 11 | NATHANIEL CULLERTON (admitted *pro hac vice*) <br> NDCullerton@wlrk.com |
| 12 | WACHTELL, LIPTON, ROSEN & KATZ <br> 51 West 52nd Street |
| 13 | New York, NY 10019 <br> Telephone: (212) 403-1000 |
| 14 | Facsimile: (212) 403-2000 |

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

(Additional counsel listed on the next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **NOTICE OF PUBLIC FILING OF UNSEALED DOCUMENTS** |

| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com<br>HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-4555<br><br>NISHA PATEL (SBN 281628)<br>Nisha.patelgupta@dechert.com<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760<br><br>ANDREW J. LEVANDER (admitted *pro hac vice*)<br>Andrew.levander@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>JAY JURATA (admitted *pro hac vice*)<br>Jay.jurata@dechert.com<br>DECHERT LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333<br><br>*Attorneys for Defendant Microsoft Corporation* | MARC TOBEROFF (CA SBN 188547)<br>MToberoff@toberoffandassociates.com<br>TOBEROFF & ASSOCIATES, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br><br>STEVEN F. MOLO (*pro hac vice*)<br>ROBERT K. KRY (*pro hac vice*)<br>JENNIFER M. SCHUBERT (*pro hac vice*)<br>MOLOLAMKEN LLP<br>430 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 607-8160<br><br>*Attorneys for Plaintiffs Elon Musk and X.AI Corp.* |

Pursuant to the Court's Order dated December 30, 2025 (Dkt. No. 375), the Parties hereby file on the public docket the documents associated with Dkt. Nos. 328, 330, 351, 353, 358, and 360 that the Parties previously filed under seal but have now agreed to unseal, identified in the following chart and attached hereto. Consistent with the Court's Order, this submission does not include (1) documents that were already publicly filed in connection with the foregoing docket entries; and (2) documents that were filed provisionally under seal with proposed redactions or sealing requests that are still under consideration by the Court, even where the Parties have agreed that the documents may be publicly filed with proposed redactions.

| Dkt. No. | Document |
| --- | --- |
| 328-1 | OpenAI Defendants' Notice of Motion and Motion for Summary Judgment |
| 328-3 | OpenAI Defendants' Separate Statement of Undisputed Material Facts |
| 328-8 | Ex. 4 to the Wiener Declaration in Support of the OpenAI Defendants' Motion for Summary Judgment ("Wiener Declaration") |
| 328-9 | Ex. 5 to the Wiener Declaration |
| 328-10 | Ex. 6 to the Wiener Declaration |
| 328-11 | Ex. 7 to the Wiener Declaration |
| 328-12 | Ex. 8 to the Wiener Declaration |
| 328-13 | Ex. 9 to the Wiener Declaration |
| 328-14 | Ex. 10 to the Wiener Declaration |
| 328-15 | Ex. 11 to the Wiener Declaration |
| 328-17 | Ex. 13 to the Wiener Declaration |
| 328-21 | Ex. 17 to the Wiener Declaration |
| 328-22 | Ex. 18 to the Wiener Declaration |
| 328-23 | Ex. 19 to the Wiener Declaration |
| 328-24 | Ex. 20 to the Wiener Declaration |
| 328-38 | Ex. 34 to the Wiener Declaration |
| 328-39 | Ex. 35 to the Wiener Declaration |
| 328-40 | Ex. 36 to the Wiener Declaration |
| 328-48 | Ex. 44 to the Wiener Declaration |
| 328-49 | Ex. 45 to the Wiener Declaration |
| 328-50 | Ex. 46 to the Wiener Declaration |
| 328-51 | Ex. 47 to the Wiener Declaration |
| 328-52 | Ex. 48 to the Wiener Declaration |
| 328-53 | Ex. 49 to the Wiener Declaration |
| 328-54 | Ex. 50 to the Wiener Declaration |
| 328-61 | Ex. 57 to the Wiener Declaration |
| 328-62 | Ex. 58 to the Wiener Declaration |
| 328-68 | Ex. 64 to the Wiener Declaration |
| 328-75 | Ex. 71 to the Wiener Declaration |
| 328-76 | Ex. 72 to the Wiener Declaration |

| | | |
|---|---|---|
| 328-79 | Ex. 75 to the Wiener Declaration | |
| 328-81 | Ex. 77 to the Wiener Declaration | |
| 328-82 | Ex. 78 to the Wiener Declaration | |
| 330-1 | Microsoft's Motion for Summary Judgment | |
| 330-2 | Microsoft's Statement of Material Facts | |
| 330-6 | Ex. 2 to Declaration of Russell P. Cohen in Support of Defendant Microsoft's Motion for Summary Judgment ("Cohen Declaration") | |
| 330-8 | Ex. 3 to the Cohen Declaration | |
| 330-10 | Ex. 4 to the Cohen Declaration | |
| 330-12 | Ex. 5 to the Cohen Declaration | |
| 330-21 | Ex. 10 to the Cohen Declaration | |
| 330-23 | Ex. 11 to the Cohen Declaration | |
| 330-25 | Ex. 12 to the Cohen Declaration | |
| 330-27 | Ex. 13 to the Cohen Declaration | |
| 330-29 | Ex. 14 to the Cohen Declaration | |
| 330-34 | Ex. 18 to the Cohen Declaration | |
| 330-36 | Ex. 19 to the Cohen Declaration | |
| 330-38 | Ex. 20 to the Cohen Declaration | |
| 330-40 | Ex. 21 to the Cohen Declaration | |
| 330-42 | Ex. 22 to the Cohen Declaration | |
| 330-47 | Ex. 25 to the Cohen Declaration | |
| 330-54 | Ex. 29 to the Cohen Declaration | |
| 330-64 | Ex. 34 to the Cohen Declaration | |
| 330-68 | Ex. 36 to the Cohen Declaration | |
| 330-72 | Ex. 38 to the Cohen Declaration | |
| 330-75 | Ex. 40 to the Cohen Declaration | |
| 330-77 | Ex. 41 to the Cohen Declaration | |
| 330-81 | Ex. 44 to the Cohen Declaration | |
| 330-83 | Ex. 45 to the Cohen Declaration | |
| 351-1 | Plaintiff's Memorandum of Points and Authorities In Opposition to OpenAI Defendants' Motion for Summary Judgment | |
| 351-2 | Plaintiff's Responsive Statement of Undisputed Material Facts | |
| 351-9 | Ex. 6 to Hawes Declaration in Support of Plaintiff's Opposition ("Hawes Declaration") | |
| 351-13 | Ex. 10 to the Hawes Declaration | |
| 351-14 | Ex. 11 to the Hawes Declaration | |
| 351-17 | Ex. 14 to the Hawes Declaration | |
| 351-18 | Ex. 15 to the Hawes Declaration | |
| 351-22 | Ex. 19 to the Hawes Declaration | |
| 351-27 | Ex. 24 to the Hawes Declaration | |
| 351-29 | Ex. 26 to the Hawes Declaration | |
| 351-30 | Ex. 27 to the Hawes Declaration | |
| 351-31 | Ex. 28 to the Hawes Declaration | |
| 351-32 | Ex. 29 to the Hawes Declaration | |
| 351-34 | Ex. 31 to the Hawes Declaration | |
| 351-35 | Ex. 32 to the Hawes Declaration | |

| | |
|---|---|
| 351-37 | Ex. 34 to the Hawes Declaration |
| 351-39 | Ex. 36 to the Hawes Declaration |
| 351-40 | Ex. 37 to the Hawes Declaration |
| 351-41 | Ex. 38 to the Hawes Declaration |
| 351-46 | Ex. 43 to the Hawes Declaration |
| 351-47 | Ex. 44 to the Hawes Declaration |
| 351-48 | Ex. 45 to the Hawes Declaration |
| 351-49 | Ex. 46 to the Hawes Declaration |
| 351-54 | Ex. 51 to the Hawes Declaration |
| 351-57 | Ex. 54 to the Hawes Declaration |
| 351-59 | Ex. 56 to the Hawes Declaration |
| 351-61 | Ex. 58 to the Hawes Declaration |
| 351-63 | Ex. 60 to the Hawes Declaration |
| 351-65 | Ex. 62 to the Hawes Declaration |
| 351-67 | Ex. 64 to the Hawes Declaration |
| 351-71 | Ex. 68 to the Hawes Declaration |
| 353-1 | Plaintiff's Memorandum of Points and Authorities In Opposition to Microsoft's Motion for Summary Judgment |
| 353-2 | Plaintiff's Responsive Statement of Undisputed Material Facts |
| 353-7 | Ex. 3 to Eynon Declaration in Support of Plaintiff's Opposition ("Eynon Declaration") |
| 353-21 | Ex. 17 to the Eynon Declaration |
| 353-22 | Ex. 18 to the Eynon Declaration |
| 353-28 | Ex. 24 to the Eynon Declaration |
| 353-41 | Ex. 37 to the Eynon Declaration |
| 353-42 | Ex. 38 to the Eynon Declaration |
| 353-43 | Ex. 39 to the Eynon Declaration |
| 353-44 | Ex. 40 to the Eynon Declaration |
| 353-50 | Ex. 46 to the Eynon Declaration |
| 353-51 | Ex. 47 to the Eynon Declaration |
| 353-52 | Ex. 48 to the Eynon Declaration |
| 353-55 | Ex. 51 to the Eynon Declaration |
| 353-57 | Ex. 53 to the Eynon Declaration |
| 353-61 | Ex. 57 to the Eynon Declaration |
| 353-63 | Ex. 59 to the Eynon Declaration |
| 353-65 | Ex. 61 to the Eynon Declaration |
| 353-71 | Ex. 67 to the Eynon Declaration |
| 353-75 | Ex. 71 to the Eynon Declaration |
| 353-78 | Ex. 74 to the Eynon Declaration |
| 353-79 | Ex. 75 to the Eynon Declaration |
| 356-1 | Corrected Exhibit 57 to Hawes Declaration originally filed at 351-60; request to file this corrected exhibit granted at ECF 375, fn 1. |
| 358-1 | Defendant Microsoft Corporation's Reply Brief in Support of its Motion for Summary Judgment |
| 358-2 | Defendant Microsoft's Reply to Responsive Statement of Undisputed Material Facts |
| 358-5 | Ex. 46 to Supplemental Declaration of Russell P. Cohen in Support of Microsoft's Motion for Summary Judgment ("Supplemental Cohen Declaration") |

| | |
|---|---|
| 358-7 | Ex. 48 to the Supplemental Cohen Declaration |
| 360-1 | OpenAI Defendants' Reply in Support of Motion for Summary Judgment |
| 360-3 | OpenAI Defendants' Reply Statement of Undisputed Material Facts in Support of Motion for Summary Judgment |

Date: January 6, 2026

MORRISON & FOERSTER LLP

/s/ David J. Wiener
David J. Wiener (CA SBN 291659)

*Attorneys for the OpenAI Defendants*

Date: January 6, 2026

DECHERT LLP

/s/ Russell P. Cohen
RUSSELL P. COHEN (SBN 213105)

*Attorneys for Defendant Microsoft Corporation*

Date: January 6, 2026

MOLOLAMKEN LLP

/s/ Robert K. Kry
ROBERT K. KRY (*pro hac vice*)

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

**SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 6, 2026

*/s/ David J. Wiener*
David J. Wiener