# EXHIBIT 4

**Not Under Seal**

*Musk, et al.* v. *Altman, et al.*, Case No. 4:24-cv-04722-YGR

## Plaintiff Musk's Alleged Monetary and In-Kind Donations to OpenAI, Inc.[1]

| Approx. Date | Amount | Grantor | Recipient | Secondary Recipient | Bates | OpenAI Form 990 |
|---|---|---|---|---|---|---|
| Cash Contributions | | | | | | |
| 5/27/2016 | $500,000 | YC Org. | OpenAI, Inc. | | YCORG_0000001; YCORG_0000002 | $10,000,000 ("Elon Musk granted via YC ORG") OPENAI_MUSK00005365 at '386 |
| 6/3/2016 | $5,000,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000242; OPENAI_MUSK00005365, '386; YCORG_0000002 | |
| 8/22/2016 | $4,500,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000282; OPENAI_MUSK00005365, '386; YCORG_0000002 | |
| 9/23/2016 | $142,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000286; OPENAI_MUSK00006040, '061 | |
| 10/18/2016 | $142,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000290; OPENAI_MUSK00006040, '061 | |
| 11/14/2016 | $750,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000294; OPENAI_MUSK00006040, '061 | |
| 11/16/2016 | $142,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000298; OPENAI_MUSK00006040, '061 | |
| 12/1/2016 | $4,250,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000302; OPENAI_MUSK00006040, '061 | |

---

[1] This Exhibit does not include two alleged donations contained in Plaintiff Musk's Exhibit 1 to his Responses and Objections to OpenAI Defendants' Second Set of Interrogatories dated September 25, 2025: (i) a June 2016 contribution of $141,666.67 from Musk Industries to Bridgeton Pioneer, and (ii) a July 2017 contribution of $250,000 from Fidelity to YC Org. for a UBI (Universal Basic Income) project, neither of which were received by OpenAI.

EXHIBIT 41
OpenAI
10/03/25
Reported by: Michael P. Hensley, RDR
CA CSR #14114

| Date | Amount | From | To | | Source | |
|---|---|---|---|---|---|---|
| 12/16/2016 | $142,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000306; OPENAI_MUSK00006040, '061 | $16,028,500 ("Musk Foundation via YC ORG")[2] |
| 1/18/2017 | $142,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000270; OPENAI_MUSK00006040, '061 | |
| 2/16/2017 | $142,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000274; OPENAI_MUSK00006040, '061 | |
| 2/27/2017 | $5,000,000 | YC Org. | OpenAI, Inc. | | OPENAI_MUSK00020201; YCORG_0000004 | $525,000 ("Elon Musk Via Vanguard Charitable")[3] |
| 3/17/2017 | $175,000 | Vanguard | YC Org. | OpenAI, Inc. | VC000278; OPENAI_MUSK00006040, '061 | $1,315,000 ("Elon Musk granted via Fidelity") |
| 4/19/2017 | $175,000 | Vanguard | OpenAI, Inc. | | VC000254 | |
| 5/16/2017 | $175,000 | Vanguard | OpenAI, Inc. | | VC000258 | Total: $17,868,500 OPENAI_MUSK00006040 at '061 |
| 5/26/2017 | $5,000,000 | YC Org. | OpenAI, Inc. | | OPENAI_MUSK00020201; YCORG_0000005 | |
| 6/16/2017 | $175,000 | Vanguard | OpenAI, Inc. | | VC000262 | |
| 7/18/2017 | $175,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000698 | |
| 8/14/2017 | $175,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000700 | |

---

[2] Total includes a $1,500 travel grant to YC Org. by a donor other than Elon Musk. Plaintiff Musk's Responses and Objections to OpenAI Defendants' Second Set of Interrogatories, Ex. 1; YCORG_0000036 at '064.

[3] OpenAI's 2017 Form 990 included a $175,000 contribution from Vanguard that should have been attributed to Fidelity. See FIDCHAR-OPENAI-000698; Plaintiff Musk's Responses and Objections to OpenAI Defendants' Second Set of Interrogatories, Ex. 1.

| Date | Amount | Donor | Recipient | | Bates | Total |
|---|---|---|---|---|---|---|
| 9/15/2017 | $175,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000701 | |
| 9/29/2017 | $85,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000702 | |
| 10/16/2017 | $235,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000703 | |
| 11/14/2017 | $235,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000704 | |
| 12/14/2017 | $235,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000705 | |
| 1/18/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000706 | |
| 2/20/2018 | $390,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000707 | |
| 3/14/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000708 | |
| 4/16/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000709 | $3,630,000 ("Fidelity Charitable") OPENAI_MUSK00005412 at '433[4] |
| 5/15/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000710 | |
| 6/14/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000711 | |
| 7/16/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000712 | |
| 8/14/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000713 | |
| 9/18/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000714 | |
| 10/17/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000715 | |

---

[4] Total includes a $50,000 contribution from Fidelity to OpenAI by a donor other than Elon Musk. Plaintiff Musk's Responses and Objections to OpenAI Defendants' Second Set of Interrogatories, Ex. 1.

3

| Date | Amount | From | To | | Bates | |
|---|---|---|---|---|---|---|
| 11/14/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000697 | |
| 12/17/2018 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000716 | |
| 1/16/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000717 | |
| 2/14/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000718 | |
| 3/22/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000736 | |
| 4/16/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000719 | |
| 5/14/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000720 | $3,480,000 ("Fidelity Charitable") OPENAI_MUSK00005462 at '483 |
| 6/14/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000721 | |
| 7/17/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000722 | |
| 8/14/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000723 | |
| 9/16/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000724 | |
| 10/17/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000725 | |
| 11/15/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000726 | |
| 12/17/2019 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000727 | |
| 1/14/2020 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000728 | |
| 2/14/2020 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000696 | |

4

| Date | Amount | From | To | | Bates | Source |
|---|---|---|---|---|---|---|
| 3/16/2020 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000729 | $2,610,000 ("Fidelity Charitable") OPENAI_MUSK00005617 at '638 |
| 4/13/2020 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000730 | |
| 5/13/2020 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000731 | |
| 6/15/2020 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000732 | |
| 7/14/2020 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000733 | |
| 8/17/2020 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000734 | |
| 9/14/2020 | $290,000 | Fidelity | OpenAI, Inc. | | FIDCHAR-OPENAI-000735 | |
| <u>Subtotal:</u> | $37,537,000 | | | | | |
| **Noncash Contributions** | | | | | | |
| 10/2/2017 | $248,295 (Teslas) | Elon Musk | OpenAI, Inc. | | OPENAI_MUSK00004426 | $248,295 ("Elon Musk" – "Vehicles") OPENAI_MUSK00006040 at '061, '063 |
| 1/24/2018 | $14,105 (Tesla Upgrades) | Elon Musk | OpenAI, Inc. | | OPENAI_MUSK00004426 | $14,105 ("Elon Musk" – "Vehicle Upgrades") OPENAI_MUSK00005412 at '433, '435 |
| <u>Subtotal:</u> | $262,400 | | | | | |
| <u>**TOTAL:**</u> | $37,799,400 | | | | | |