# EXHIBIT 5

**Not Under Seal**

YC.org<br>
335 Pioneer Way<br>
Mountain View, CA 94041

May 27, 2016

Dear Mr. Musk:

This letter is to gratefully acknowledge, for your tax records, our receipt of your generous gift of $500,000 on May 27, 2016.

No goods or services were provided to you in exchange for this gift. Therefore, the full amount of your gift qualifies as a charitable contribution for federal tax purposes. For reference, YC.org's EIN is: 47-3772053.

Thank you again for your generous gift!

Sincerely,

*Chris Clark*

Chris Clark
Treasurer
YC.org

Confidential                                                                                                          YCORG_0000001