# EXHIBIT 6

**Not Under Seal**

June 6, 2016

YC ORG
335 Pioneer Way
Mountain View, CA 94041

OpenAI
298 Alabama St, 202
San Francisco, CA 94103

RE: Notification of Grant(s)

To Whom It May Concern:

YC ORG's board and staff have evaluated OpenAI's grant proposal submitted in May 2016. After thoroughly reviewing the proposal, YC ORG wishes to support OpenAI and has recently received donations that will allow us to do so in the amount of $10,000,000.00.

We expect to make transfers to OpenAI totaling the $10,000,000.00 during this month (June 2016), with additional grants possible in future months.

Please provide your wire information to us as soon as possible.

Congratulations, and we look forward to supporting OpenAI's work!

Respectfully,

*[signature]*

Chris Clark
Treasurer, YC ORG

Confidential

YCORG_0000002