# EXHIBIT 8

**Not Under Seal**

YC.org
335 Pioneer Way
Mountain View, CA 94041

June 1, 2017

Dear Mr. Musk:

This letter is to gratefully acknowledge, for your tax records, our receipt of your generous gift of $5,000,000.00 from the Musk Foundation on May 26, 2017.

No goods or services were provided to you in exchange for this gift. Therefore, the full amount of your gift qualifies as a charitable contribution for federal tax purposes. For reference, YC.org's EIN is: 47-3772053.

Thank you again for your generous gift!

Sincerely,

*Christopher R Clark*

Chris Clark
Treasurer
YC.org

Confidential                                      YCORG_0000005