# EXHIBIT 9
## Not Under Seal

**Exhibit 9**
VC000242

Mr. Chris Clark
YC ORG
335 Pioneer Way
Mountain View, CA  94041

June 3, 2016

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Charitable Fund**

**In the amount of $5,000,000.00**

**To be used for:** Department: For "The OpenAI Artificial Intelligence Research Program".

At its discretion, your organization may thank the donors named in this letter. However, no individual or entity should receive a tax substantiation letter from your organization in connection with this grant.

**Please recognize these individuals or entities for this grant:**
Mr. Elon R. Musk
Mr. Ronald F. Gong
Suite 100
2200 Geng Road
Palo Alto, CA  94303

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants** section on the following pages.  If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Janice L. Conner*

Janice L. Conner
Chief Financial Officer

cc:    Mr. Elon R. Musk
       Mr. Ronald F. Gong

CONFIDENTIAL                    VC000243

000579    1000286    0005      274   UN#2317454-00000274 75767-0010  87173  P37528 PD 87188888

## Important information about grants from Vanguard Charitable

### Prohibited benefits

Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

### No bifurcation to acquire prohibited benefits

Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

### Pledges and other legal obligations

Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

### Grant recognition

The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public

statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

### No additional charitable deduction

Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

### No lobbying purpose

Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

### Scholarships, missionary support grants, and other grants to individuals

Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

### Private non-operating foundations

Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

VC000244

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

**Fiscal sponsors**
Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**
Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**
*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit www.treasury.gov.

**Additional information**
Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.

000580    1000286    0005        274  UN#2317454-00000274 75767-0010  87173  P37528 PD 88773  ext

VC000282

Mr. Chris  Clark
YC ORG
335 Pioneer Way
Mountain View, CA 94041

August 22, 2016

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Foundation Charitable Fund**

**In the amount of $4,500,000.00**

**To be used for:** Department: For "The OpenAI Artificial Intelligence Research Program".

At its discretion, your organization may thank the donors named in this letter. However, no individual or entity should receive a tax substantiation letter from your organization in connection with this grant.

**Please recognize these individuals or entities for this grant:**
Mr. Elon R. Musk
Kimbal Musk
Suite 100
2200 Geng Road
Palo Alto, CA 94303

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants**  section on the following pages. If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Jane G. Greenfield*

Jane G. Greenfield
President

cc:     Mr. Elon R. Musk
Kimbal Musk

**CONFIDENTIAL**

VC000282
**(continued on next page)**

**Important information about grants from Vanguard Charitable**

**Prohibited benefits**
Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

**No bifurcation to acquire prohibited benefits**
Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

**Pledges and other legal obligations**
Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

**Grant recognition**
The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

**No additional charitable deduction**
Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

**No lobbying purpose**
Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

**Scholarships, missionary support grants, and other grants to individuals**
Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

**Private non-operating foundations**
Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

CONFIDENTIAL
VC000283

**Fiscal sponsors**

Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**

Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**

*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit www.treasury.gov.

**Additional information**

Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.

VC000286

Mr. Chris Clark
YC ORG
335 Pioneer Way
Mountain View, CA 94041

September 23, 2016

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Foundation Charitable Fund**

**In the amount of $142,000.00**

**To be used for:** Department: For "The OpenAI Artificial Intelligence Research Program".

At its discretion, your organization may thank the donors named in this letter. However, no individual or entity should receive a tax substantiation letter from your organization in connection with this grant.

**Please recognize these individuals or entities for this grant:**
Mr. Elon R. Musk
Kimbal Musk
Suite 100
2200 Geng Road
Palo Alto, CA 94303

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants** section on the following pages. If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Jane G. Greenfield*

Jane G. Greenfield
President

cc:    Mr. Elon R. Musk
       Kimbal Musk

0686-03-00-0000425-0002-0001508     P37778  895849  GAN

VC000286
(continued on next page)

**Important information about grants from Vanguard Charitable**

**Prohibited benefits**
Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

**No bifurcation to acquire prohibited benefits**
Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

**Pledges and other legal obligations**
Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

**Grant recognition**
The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

**No additional charitable deduction**
Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

**No lobbying purpose**
Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

**Scholarships, missionary support grants, and other grants to individuals**
Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

**Private non-operating foundations**
Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

CONFIDENTIAL

VC000287

**Fiscal sponsors**

Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**

Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**

*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit www.treasury.gov.

**Additional information**

Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.

VC000290

Mr. Chris  Clark
YC ORG
335 Pioneer Way
Mountain View, CA 94041

October 18, 2016

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Foundation Charitable Fund**

**In the amount of $142,000.00**

**To be used for:** Department: For "The OpenAI Artificial Intelligence Research Program".

At its discretion, your organization may thank the donors named in this letter. However, no individual or entity should receive a tax substantiation letter from your organization in connection with this grant.

**Please recognize these individuals or entities for this grant:**
Mr. Elon R. Musk
Kimbal Musk
Suite 100
2200 Geng Road
Palo Alto, CA 94303

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants** section on the following pages. If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Jane G. Greenfield*

Jane G. Greenfield
President

cc:    Mr. Elon R. Musk
        Kimbal Musk

CONFIDENTIAL

VC000290

(continued on next page)

**Important information about grants from Vanguard Charitable**

**Prohibited benefits**

Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

**No bifurcation to acquire prohibited benefits**

Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

**Pledges and other legal obligations**

Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

**Grant recognition**

The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

**No additional charitable deduction**

Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

**No lobbying purpose**

Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

**Scholarships, missionary support grants, and other grants to individuals**

Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

**Private non-operating foundations**

Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

CONFIDENTIAL

VC000291

**Fiscal sponsors**

Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**

Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**

*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit www.treasury.gov.

**Additional information**

Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.

VC000294

Mr. Chris Clark
YC ORG
335 Pioneer Way
Mountain View, CA 94041

November 14, 2016

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Foundation Charitable Fund**

**In the amount of $750,000.00**

**To be used for:** Department: Open AI.

At its discretion, your organization may thank the donors named in this letter. However, no individual or entity should receive a tax substantiation letter from your organization in connection with this grant.

**Please recognize these individuals or entities for this grant:**
Mr. Elon R. Musk
Kimbal Musk
Suite 100
2200 Geng Road
Palo Alto, CA 94303

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants** section on the following pages. If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Jane G. Greenfield*

Jane G. Greenfield
President

cc:    Mr. Elon R. Musk
       Kimbal Musk

CONFIDENTIAL

VC000294

(continued on next page)

**Important information about grants from Vanguard Charitable**

**Prohibited benefits**
Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

**No bifurcation to acquire prohibited benefits**
Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

**Pledges and other legal obligations**
Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

**Grant recognition**
The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

**No additional charitable deduction**
Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

**No lobbying purpose**
Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

**Scholarships, missionary support grants, and other grants to individuals**
Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

**Private non-operating foundations**
Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

VC000295

**Fiscal sponsors**

Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**

Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**

*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit  www.treasury.gov.

**Additional information**

Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.

VC000298

Mr. Chris  Clark
YC ORG
335 Pioneer Way
Mountain View, CA 94041

November 16, 2016

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Foundation Charitable Fund**

**In the amount of $142,000.00**

**To be used for:** Department: "The OpenAI Artificial Intelligence Research Program".

At its discretion, your organization may thank the donors named in this letter. However, no individual or entity should receive a tax substantiation letter from your organization in connection with this grant.

**Please recognize these individuals or entities for this grant:**
Mr. Elon R. Musk
Kimbal Musk
Suite 100
2200 Geng Road
Palo Alto, CA 94303

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants** section on the following pages. If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Jane G. Greenfield*

Jane G. Greenfield
President

cc:    Mr. Elon R. Musk
Kimbal Musk

CONFIDENTIAL

**Important information about grants from Vanguard Charitable**

**Prohibited benefits**
Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

**No bifurcation to acquire prohibited benefits**
Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

**Pledges and other legal obligations**
Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

**Grant recognition**
The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

**No additional charitable deduction**
Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

**No lobbying purpose**
Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

**Scholarships, missionary support grants, and other grants to individuals**
Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

**Private non-operating foundations**
Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

**Fiscal sponsors**

Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**

Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**

*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit www.treasury.gov.

**Additional information**

Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.

VC000302

Mr. Chris  Clark
YC ORG
335 Pioneer Way
Mountain View, CA 94041

December 1, 2016

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Foundation Charitable Fund**

**In the amount of $4,250,000.00**

**To be used for:** Department: For "The OpenAI Artificial Intelligence Research Program"

By accepting this grant, you certify that your organization would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.

At its discretion, your organization may thank the donors named in this letter. However, no individual or entity should receive a tax substantiation letter from your organization in connection with this grant.

**Please recognize these individuals or entities for this grant:**
Mr. Elon R. Musk
Kimbal Musk
Suite 100
2200 Geng Road
Palo Alto, CA 94303

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants**  section on the following pages. If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Jane G. Greenfield*

Jane G. Greenfield
President

cc:    Mr. Elon R. Musk
       Kimbal Musk

**VC000302**

**(continued on next page)**

**Important information about grants from Vanguard Charitable**

**Prohibited benefits**
Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

**No bifurcation to acquire prohibited benefits**
Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

**Pledges and other legal obligations**
Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

**Grant recognition**
The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

**No additional charitable deduction**
Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

**No lobbying purpose**
Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

**Scholarships, missionary support grants, and other grants to individuals**
Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

**Private non-operating foundations**
Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

**CONFIDENTIAL**
Page 28 of 45

**VC000303**

**Fiscal sponsors**

Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**

Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**

*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit www.treasury.gov.

**Additional information**

Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.

VC000306

Mr. Chris Clark
YC ORG
335 Pioneer Way
Mountain View, CA 94041

December 16, 2016

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Foundation Charitable Fund**

**In the amount of $142,000.00**

**To be used for:** Department: For "The OpenAI Artificial Intelligence Research Program".

At its discretion, your organization may thank the donors named in this letter. However, no individual or entity should receive a tax substantiation letter from your organization in connection with this grant.

**Please recognize these individuals or entities for this grant:**
Mr. Elon R. Musk
Kimbal Musk
Suite 100
2200 Geng Road
Palo Alto, CA 94303

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants** section on the following pages. If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Jane G. Greenfield*

Jane G. Greenfield
President

cc:    Mr. Elon R. Musk
       Kimbal Musk

0981-03-00-0001481-0002-0005016    P38198 951921 GAN P

VC000306
**(continued on next page)**

**Important information about grants from Vanguard Charitable**

**Prohibited benefits**
Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

**No bifurcation to acquire prohibited benefits**
Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

**Pledges and other legal obligations**
Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

**Grant recognition**
The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

**No additional charitable deduction**
Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

**No lobbying purpose**
Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

**Scholarships, missionary support grants, and other grants to individuals**
Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

**Private non-operating foundations**
Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

**Fiscal sponsors**
Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**
Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**
*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit  www.treasury.gov .

**Additional information**
Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.

VC000270

Mr. Chris  Clark
YC ORG
335 Pioneer Way
Mountain View, CA 94041

January 18, 2017

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Foundation Charitable Fund**

**In the amount of $142,000.00**

**To be used for:** Department: "The OpenAI Artificial Intelligence Research Program".

At its discretion, your organization may thank the donors named in this letter. However, no individual or entity should receive a tax substantiation letter from your organization in connection with this grant.

**Please recognize these individuals or entities for this grant:**
Mr. Elon R. Musk
Kimbal Musk
Suite 100
2200 Geng Road
Palo Alto, CA 94303

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants**  section on the following pages. If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Jane G. Greenfield*

Jane G. Greenfield
President

cc:    Mr. Elon R. Musk
Kimbal Musk

CONFIDENTIAL

**Important information about grants from Vanguard Charitable**

**Prohibited benefits**
Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

**No bifurcation to acquire prohibited benefits**
Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

**Pledges and other legal obligations**
Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

**Grant recognition**
The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

**No additional charitable deduction**
Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

**No lobbying purpose**
Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

**Scholarships, missionary support grants, and other grants to individuals**
Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

**Private non-operating foundations**
Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

CONFIDENTIAL

VC000271

**Fiscal sponsors**
Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**
Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**
*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit www.treasury.gov.

**Additional information**
Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.

VC000274

Mr. Chris  Clark
YC ORG
335 Pioneer Way
Mountain View, CA 94041

February 16, 2017

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Foundation Charitable Fund**

**In the amount of $142,000.00**

**To be used for:** Department: "The OpenAI Artificial Intelligence Research Program".

At its discretion, your organization may thank the donors named in this letter. However, no individual or entity should receive a tax substantiation letter from your organization in connection with this grant.

**Please recognize these individuals or entities for this grant:**
Mr. Elon R. Musk
Kimbal Musk
Suite 100
2200 Geng Road
Palo Alto, CA 94303

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants**  section on the following pages. If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Jane G. Greenfield*

Jane G. Greenfield
President

cc:    Mr. Elon R. Musk
        Kimbal Musk

0583-03-00-0000432-0002-0001534     P38426  1001783  GAN P

CONFIDENTIAL

VC000274
(continued on next page)

**Important information about grants from Vanguard Charitable**

**Prohibited benefits**
Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

**No bifurcation to acquire prohibited benefits**
Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

**Pledges and other legal obligations**
Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

**Grant recognition**
The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

**No additional charitable deduction**
Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

**No lobbying purpose**
Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

**Scholarships, missionary support grants, and other grants to individuals**
Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

**Private non-operating foundations**
Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

CONFIDENTIAL
Page 40 of 45

VC000275

**Fiscal sponsors**

Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**

Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**

*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit  www.treasury.gov.

**Additional information**

Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.

VC000278

Mr. Chris  Clark
YC ORG
335 Pioneer Way
Mountain View, CA 94041

March 17, 2017

To Mr. Clark:

I am pleased to attach a grant to YC ORG from Vanguard Charitable, a 501(c)(3) nonprofit organization that administers a donor-advised fund. This grant was issued at the recommendation of one of our donors.

**A grant from The Musk Foundation Charitable Fund**

**In the amount of $175,000.00**

**To be used for:** Department: Openai March Lease Payment.

By accepting this grant, you agree that the grant is under your organization's  full control and discretion.

**Recognizing who recommended the grant:**  The recommending donor requested that only the account name is included in this letter. The donor does not wish to provide personal contact information.

At the request of the recommending donor, do not publish any identifying or contact information contained in this grant letter in your newsletters, web pages, reports, or other materials.

By accepting this grant, your organization agrees (a) to use the grant exclusively in furtherance of your organization's tax-exempt mission, (b) that the grant will not confer a prohibited benefit to the recommending donor, his or her family members, or certain entities that they own or control, and (c) to abide by the additional certifications, policies, and guidelines contained in the **Important information about grants**  section on the following pages. If your organization is uncertain whether you can certify the accuracy of any of these statements, please contact Vanguard Charitable at 888-383-4483.

We are pleased to support your organization and its mission on behalf of our donors. More information is available at vanguardcharitable.org/nonprofits.

Best regards,

*Jane G. Greenfield*

Jane G. Greenfield
President

CONFIDENTIAL

VC000278

**Important information about grants from Vanguard Charitable**

**Prohibited benefits**
Grants from Vanguard Charitable are to be used for charitable and other tax-exempt purposes. Such grants may not be used to confer a Prohibited Benefit to any Disqualified Person. A Disqualified Person includes the recommending donor, his or her family members, and certain entities that they own or control.

A Prohibited Benefit is any benefit that is more than incidental and would have the effect of reducing the amount that a recommending donor could otherwise deduct as a charitable contribution if the recommending donor had made the donation directly from personal funds. Prohibited Benefits may include cash, goods, or services received as a result of a distribution from a donor-advised fund. Illustrative examples include, but are not limited to, tickets, vouchers, or admission to performances, sporting events, or other events; items purchased at charitable auctions; payment of club dues, school tuition, and legally binding obligations.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not confer a Prohibited Benefit to any Disqualified Persons.*

**No bifurcation to acquire prohibited benefits**
Grants from Vanguard Charitable may not be used to enable a Disqualified Person to purchase a Prohibited Benefit with personal funds if such Prohibited Benefit would not have been available for purchase but for the grant.

*By accepting a grant from Vanguard Charitable, you certify that the grant will not be used to enable a Disqualified Person to purchase an otherwise Prohibited Benefit using personal funds.*

**Pledges and other legal obligations**
Grants from Vanguard Charitable may not be used to pay any legal obligation that a Disqualified Person owes to a charity. A legally binding pledge to make a gift is an example of such an obligation. If you are not sure whether a Disqualified Person has entered into a legally binding contract to make a gift, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that the grant will not be used to pay any legally binding pledge or other legal obligation that a Disqualified Person owes to your organization.*

**Grant recognition**
The attached grant is from a donor-advised fund sponsored by Vanguard Charitable. It is not a gift directly from the recommending donor or account advisor's personal funds. Accordingly, any public statements acknowledging the grant should credit Vanguard Charitable as the source of the funds. Such statements may acknowledge the account named in the attached letter as the source of the grant recommendation unless otherwise specified on page one of this letter.

**No additional charitable deduction**
Donors should have already claimed a charitable contribution deduction when they made a gift to Vanguard Charitable. No additional deduction is permitted when Vanguard Charitable makes grants to other organizations. Accordingly, you should not send a charitable contribution tax deduction substantiation letter to any individual, organization, or entity in connection with this grant.

**No lobbying purpose**
Grants from Vanguard Charitable generally may not be used to support lobbying. Prohibited lobbying includes direct or grassroots lobbying communications that reflect a view of support or opposition on a specific legislative proposal. If you are uncertain whether an activity is prohibited lobbying, please contact Vanguard Charitable.

*By accepting this grant from Vanguard Charitable, you certify that none of the grant funds will be used for direct or grassroots lobbying.*

**Scholarships, missionary support grants, and other grants to individuals**
Vanguard Charitable makes grants to other organizations, not to individuals. If your organization intends to use this grant to award scholarships or grants to individuals, you must (a) maintain discretion and control over the grant funds from Vanguard Charitable, (b) not award any scholarship to a Disqualified Person (including family members of any donor-advisor), and (c) not allow any Disqualified Person to select grant recipients.

Any individuals recommended in connection with this grant are for your consideration only. This grant does not legally obligate you to award any scholarship or grant to any individual.

*By accepting this grant from Vanguard Charitable, you certify that your organization (a) will maintain discretion and control over the grant funds, (b) will not award any scholarship or grant to a Disqualified Person (including family members of any donor-advisor), and (c) has not and will not enter into any agreement, oral or written, whereby any Disqualified Person may cause the selection of any secondary grantee who is an individual.*

**Private non-operating foundations**
Grants from Vanguard Charitable should not be made for the purpose of enabling an organization that is controlled by a Disqualified Person to avoid classification as a private non-operating foundation.

A private non-operating foundation is a charitable organization that is not a public charity and does not operate its own tax-exempt programs. Private non-operating foundations are subject to special tax rules.

*By accepting this grant, you certify (a) that your organization is not controlled by Disqualified Persons and (b) that it would not be classified a private non-operating foundation without the support it has received from Vanguard Charitable, including this grant.*

CONFIDENTIAL
Page 44 of 45

VC000279

**Fiscal sponsors**
Vanguard Charitable generally makes grants to organizations that the IRS has determined to be tax-exempt public charities. Some organizations that have not yet received IRS recognition of tax-exempt status raise funds through fiscal sponsorship arrangements with a recognized public charity. Vanguard Charitable makes grants to fiscal sponsors, provided that the fiscal sponsor maintains discretion and control over the funds.

*By accepting this grant from Vanguard Charitable, you certify that your organization maintains discretion and control over any grant funds used to support the fiscal sponsorship of another organization.*

**Disqualified supporting organizations**
Vanguard Charitable may not make grants to disqualified supporting organizations, including (a) non-functionally integrated Type III supporting organizations, and (b) supporting organizations that in turn support organizations that Disqualified Persons directly or indirectly control.

*By accepting this grant from Vanguard Charitable, you certify that you are not a disqualified supporting organization.*

**U.S. Office of Foreign Assets Control**
*By accepting this grant from Vanguard Charitable, you certify that all grant funds will be used in compliance with all statutes, Executive Orders, and regulations restricting or prohibiting U.S. persons from engaging in transactions and dealings with countries, entities, and individuals subject to economic sanctions administered by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC).*

For more information, visit  www.treasury.gov.

**Additional information**
Please refer to Vanguard Charitable's *Policies and guidelines* booklet at www.vanguardcharitable.org/policies for more information on our granting review and distribution policies. If you have questions or concerns, please be sure to contact Vanguard Charitable as soon as possible.

**Your organization is responsible for contacting Vanguard Charitable at 888-383-4483 if there are updates to the following: address or contact information used for purposes of mailing grants to your organization, tax-exempt status, or any other relevant changes.**

Vanguard Charitable was founded by The Vanguard Group, Inc. ("Vanguard"), as an independent, nonprofit, public charity in 1997. Although Vanguard provides certain investment management and administrative services to Vanguard Charitable pursuant to a service agreement, Vanguard Charitable is not a program or activity of Vanguard. A majority of Vanguard Charitable's Trustees are independent of Vanguard.