# EXHIBIT 11
## Not Under Seal

**Exhibit 11**
FIDCHAR-OPENAI-000698



**FIDELITY** Charitable™
Make more of a difference

P.O. Box 770001
Cincinnati, OH 45277-0053

BDHJFWBBBBFHH
OPENAI INC
335 PIONEER WAY
MOUNTAIN VIEW, CA 94041-1505

July 18, 2017

Dear Colleague:

Enclosed is a check in the amount of $175,000.00. This Fidelity Charitable grant is made possible through the generosity and recommendation of a Fidelity Charitable donor who wishes to remain anonymous.

Designation: General Support

Grant Terms: No goods, services or more than incidental benefits may be provided in exchange for this grant. This grant may not satisfy a legally enforceable obligation/pledge. This grant may only support purposes deemed by you to be 100% tax deductible.

Please do not issue an acknowledgement or a tax receipt to Fidelity Charitable for this grant.

Fidelity Charitable is a public charity with a donor-advised fund program. Donors make irrevocable and tax-deductible contributions to Fidelity Charitable, which are owned and controlled by Fidelity Charitable in a segregated account known as a "donor-advised fund." Our donors exercise the privilege of, among other things, recommending grants to qualified public charities.

| DCC _CEBDHJFWBBBBFHH_BBBBB 20170718 | 5720 | P | OP=DCCO | Page 1 of 2 |

DCC _CEBDHJFWBBBBFHH_BBBBB 20170718    PLEASE FOLD AND DETACH AT PERFORATION BEFORE PRESENTING CHECK FOR PAYMENT



**FIDELITY** Charitable™
Make more of a difference

P.O. Box 770001
Cincinnati, OH 45277-0053
800-952-4438

**PAYABLE AT: THE BANK OF NEW YORK MELLON**
**EVERETT, MA 02149**
**53-292/113**

6549722

July 18, 2017

PAY TO THE ORDER OF    OPENAI INC

**$175,000.00**

*********************************************************************One Hundred Seventy Five Thousand & 0/100    **DOLLARS**

VOID AFTER 60 DAYS    **NON-NEGOTIABLE**

**********VOID / COURTESY COPY***********

/6549722/    :011302920:    /4936/

HIGHLY CONFIDENTIAL    FIDCHAR-OPENAI-000698

By cashing this check, you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec. 509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3); (ii) this grant will be used exclusively for your organization's exempt purposes; (iii) neither the recommending donor nor any other party will receive goods, services or impermissible benefits (e.g., tuition, memberships or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of this grant; (iv) this grant does not satisfy any portion of a financial obligation (including an enforceable pledge) of any party; and (v) this grant will not be used for (A) political contributions or campaign activities, or (B) lobbying (or, if your organization has made an IRC section 501(h) election, excess lobbying expenditures described in sections 501(h) and 4911).

Please contact a Fidelity Charitable representative at 800-952-4438, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time, with questions regarding this grant.

We wish you continued success in your charitable mission.


Sincerely,

Fidelity Charitable


Fidelity Charitable is the brand name for the Fidelity(R) Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable logo is a service mark, and Fidelity Charitable and Fidelity are registered service marks, of FMR LLC, used by Fidelity Charitable under license. Giving Account is a registered service mark of the Trustees of Fidelity Charitable.

625373.2.0

DCC  _CEBDHJFWBBBBFHH_BBBBB 20170718          5720               P          OP=DCCO                         Page 2 of 2

By cashing this check, you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec. 509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3); (ii) this grant will be used exclusively for your organization's exempt purposes; (iii) neither the recommending donor nor any other party will receive goods, services or impermissible benefits (e.g., tuition, memberships or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of this grant; (iv) this grant does not satisfy any portion of a financial obligation (including an enforceable pledge) of any party; and (v) this grant will not be used for (A) political contributions or campaign activities, or (B) lobbying (or, if your organization has made an IRC section 501(h) election, excess lobbying expenditures described in sections 501(h) and 4911).

HIGHLY CONFIDENTIAL                                                                      FIDCHAR-OPENAI-000699

FIDCHAR-OPENAI-000700



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on August 14, 2017 to the OPENAI INC using electronic funds transfer in the amount of $175,000.00 from an anonymous donor.

Grant ID: 9228612
Electronic Transfer: ACH
Grant Amount: $175,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                    FIDCHAR-OPENAI-000700

FIDCHAR-OPENAI-000701



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on September 15, 2017 to the OPENAI INC using electronic
funds transfer in the amount of $175,000.00 from an anonymous donor.

Grant ID: 9320122
Electronic Transfer: ACH
Grant Amount: $175,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940,
Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending
donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your
acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of
the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating
foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for
your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any
impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought
at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable
pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess
lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised
fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are
registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                                       FIDCHAR-OPENAI-000701

FIDCHAR-OPENAI-000702



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on September 29, 2017 to the OPENAI INC using electronic funds transfer in the amount of $85,000.00 from Musk Foundation Charitable Fund.

Grant ID: 9391021
Electronic Transfer: ACH
Grant Amount: $85,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: Musk Foundation Charitable Fund

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL
FIDCHAR-OPENAI-000702

FIDCHAR-OPENAI-000703


**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on October 16, 2017 to the OPENAI INC using electronic funds transfer in the amount of $235,000.00 from an anonymous donor.

Grant ID: 9466246
Electronic Transfer: ACH
Grant Amount: $235,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                         FIDCHAR-OPENAI-000703

FIDCHAR-OPENAI-000704



P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on November 14, 2017 to the OPENAI INC using electronic funds transfer in the amount of $235,000.00 from an anonymous donor.

Grant ID: 9620115
Electronic Transfer: ACH
Grant Amount: $235,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1

HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000704

FIDCHAR-OPENAI-000705



**FIDELITY** Charitable®

*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on December 14, 2017 to the OPENAI INC using electronic funds transfer in the amount of $235,000.00 from an anonymous donor.

Grant ID: 9909297
Electronic Transfer: ACH
Grant Amount: $235,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                         FIDCHAR-OPENAI-000705

FIDCHAR-OPENAI-000706


**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on January 18, 2018 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 10259381
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

FIDCHAR-OPENAI-000707


**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on February 20, 2018 to the OPENAI INC using electronic funds transfer in the amount of $390,000.00 from an anonymous donor.

Grant ID: 10345095
Electronic Transfer: ACH
Grant Amount: $390,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                    FIDCHAR-OPENAI-000707

FIDCHAR-OPENAI-000708



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on March 14, 2018 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 10425600
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000708

FIDCHAR-OPENAI-000709



P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on April 16, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 10515251
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                    FIDCHAR-OPENAI-000709

FIDCHAR-OPENAI-000710



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on May 15, 2018 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 10606446
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL
FIDCHAR-OPENAI-000710

FIDCHAR-OPENAI-000711



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on June 14, 2018 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 10693597
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000711

FIDCHAR-OPENAI-000712



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on July 16, 2018 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 10779399
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                    FIDCHAR-OPENAI-000712

FIDCHAR-OPENAI-000713



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on August 14, 2018 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 10856885
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL
FIDCHAR-OPENAI-000713

FIDCHAR-OPENAI-000714



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on September 18, 2018 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 10942562
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                                                          FIDCHAR-OPENAI-000714

FIDCHAR-OPENAI-000715



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on October 17, 2018 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 11051089
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000715

FIDCHAR-OPENAI-000697



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on November 14, 2018 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 11153349
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000697

FIDCHAR-OPENAI-000716



**FIDELITY** Charitable®

*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on December 17, 2018 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 11352160
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1

HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000716

FIDCHAR-OPENAI-000717



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on January 16, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 11560649
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL
FIDCHAR-OPENAI-000717

FIDCHAR-OPENAI-000718



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on February 14, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 11655998
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000718

FIDCHAR-OPENAI-000736


**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on March 22, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 11749033
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                  FIDCHAR-OPENAI-000736

FIDCHAR-OPENAI-000719



P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on April 16, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 11869713
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL
FIDCHAR-OPENAI-000719

FIDCHAR-OPENAI-000720



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on May 14, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 11967170
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000720

FIDCHAR-OPENAI-000721



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on June 14, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 12068505
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                                 FIDCHAR-OPENAI-000721

FIDCHAR-OPENAI-000722



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on July 17, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 12173088
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                FIDCHAR-OPENAI-000722

FIDCHAR-OPENAI-000723



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on August 14, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 12255653
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                                FIDCHAR-OPENAI-000723

FIDCHAR-OPENAI-000724



P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on September 16, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 12356892
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000724

FIDCHAR-OPENAI-000725



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on October 17, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 12471449
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL
FIDCHAR-OPENAI-000725

FIDCHAR-OPENAI-000726


**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on November 15, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 12602610
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                                                          FIDCHAR-OPENAI-000726

FIDCHAR-OPENAI-000727



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on December 17, 2019 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 12862752
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000727

FIDCHAR-OPENAI-000728



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on January 14, 2020 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 13096078
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                                    FIDCHAR-OPENAI-000728

FIDCHAR-OPENAI-000696


**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on February 14, 2020 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 13214109
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                              FIDCHAR-OPENAI-000696

FIDCHAR-OPENAI-000729



**FIDELITY** Charitable®

*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on March 16, 2020 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 13319223
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                                    FIDCHAR-OPENAI-000729

FIDCHAR-OPENAI-000730



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on April 13, 2020 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 13482069
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                                 FIDCHAR-OPENAI-000730

FIDCHAR-OPENAI-000731



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on May 13, 2020 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 13649734
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000731

FIDCHAR-OPENAI-000732



**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on June 15, 2020 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 13795587
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                        FIDCHAR-OPENAI-000732

FIDCHAR-OPENAI-000733



**FIDELITY** Charitable®

*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on July 14, 2020 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 13905867
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                                 FIDCHAR-OPENAI-000733

FIDCHAR-OPENAI-000734


**FIDELITY** Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on August 17, 2020 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 14026896
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL
FIDCHAR-OPENAI-000734

FIDCHAR-OPENAI-000735



FIDELITY Charitable®
*Make more of a difference*

P.O. Box 770001 / Cincinnati, OH 45277-0053 / p: 800-952-4438 / f: 877-665-4274 / FidelityCharitable.org

June 18, 2025

OPENAI INC
3180 18TH ST STE 100
SAN FRANCISCO CA 94110-2042

Dear OPENAI INC ,

Fidelity Charitable® made a grant on September 14, 2020 to the OPENAI INC using electronic funds transfer in the amount of $290,000.00 from an anonymous donor.

Grant ID: 14157539
Electronic Transfer: ACH
Grant Amount: $290,000.00
Grant Recipient's Name: OPENAI INC
Grant Recipient's Address: 3180 18TH ST STE 100 SAN FRANCISCO, CA 94110-2042
Special Purpose: General Support
Acknowledge To: an anonymous donor

If you have any questions, please contact a Fidelity Charitable® representative at 800-974-7940, Monday through Friday, between 8:30 a.m. and 6:30 p.m. Eastern time.

Sincerely,

Fidelity Charitable®

You may choose to thank the donor(s), but please do not issue a tax receipt to either Fidelity Charitable or the recommending donor(s) for this grant. The donor(s) received a tax receipt at the time they contributed to Fidelity Charitable. You can send your acknowledgement to the recommending donor(s) named within the attached Grant Details Report.

By accepting the grants in the attached file you certify to Fidelity Charitable that (i) your organization is formed under the laws of the US and its territories and is a public charity described in Internal Revenue Code sec.509(a)(1), (2) or (3), or a private operating foundation described in IRC sec. 4942(j)(3), and applicable regulations and IRS authority; (ii) any grants will be used exclusively for your organization's exempt purposes ; (iii) neither the recommending donor nor other third party will receive goods, services or any impermissible benefits (e.g., tuition, memberships, or dues with more than incidental benefits, admission to events or goods bought at auction) as a result of any grant; (iv) grants will not be used to satisfy any portion of a financial obligation, (including an enforceable pledge) of any individual or entity; and (v) grants will not be used for political contributions, political campaign activities, or excess lobbying expenditures as described in IRC sections 501(h) and 4911.

Fidelity Charitable is the brand name for the Fidelity Investments® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license.

986198.1
HIGHLY CONFIDENTIAL                                                                 FIDCHAR-OPENAI-000735