# EXHIBIT 36
## Not Under Seal

# OpenAI Grant Proposal
## May 15, 2016

### I. Proposal Summary (Executive Summary)

OpenAI, Inc. requests $20MM in annual grant funding on an ongoing basis for the purposes of funding our research labs and other scientific research initiatives. Current projects include long-term research initiatives related to artificial intelligence and machine learning. Grant funds may be used to fund these and other initiatives, all of which will result in scientific research that is made available to the public on a nondiscriminatory basis within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code").

### II. Organization Description and History

OpenAI, Inc. was incorporated in late 2015 as a Delaware nonprofit nonstock corporation and intends to file for tax-exempt status under Section 501(c)(3) of the Code. It will employ about 20 people and have offices in Mountain View and San Francisco, California, as well as researchers and partners in other states and countries. Headcount is likely to grow significantly in 2016 and 2017.

The time horizon for most OpenAI projects is measured in decades, and any IP developed will be made available freely to the public on a nondiscriminatory basis. Because of the openness, the researchers are able to freely collaborate with people in other institutions.

Current project descriptions are available at www.openai.com.

### III. Background

OpenAI's goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return. It is building on recent advances in AI research and working towards the next set of breakthroughs in AI. OpenAI will not develop commercial products or equipment.

### IV. Project Description (Program Narrative)

While grant funds might be used for other OpenAI research initiatives, there is currently one significant projects toward which grant funds would be allocated:

#### OpenAI Gym

OpenAI Gym is a toolkit for developing and comparing reinforcement learning (RL) algorithms. It consists of a growing suite of environments (from simulated robots to Atari games), and a site for comparing and reproducing results.

It is compatible with algorithms written in any framework, such as Tensorflow and Theano. The environments are written in Python, but OpenAI will soon make them easy to use from any language.

OpenAI Gym will accelerate RL research for the broader community.

**Other Initiatives**

OpenAI plans to expand the aforementioned project(s) as well launch other research initiatives, all of which shall be in furtherance of OpenAI's goal to conduct scientific research that is made available to the public on a nondiscriminatory basis. While the organization is not yet prepared to announce these initiatives, grant funds may be used to fund them. OpenAI will provide any details about these initiatives to funders and grantors when available and as appropriate if requested.

**V. Project Timeline/Budget Timeline**

While the funds associated with this grant request will be used throughout calendar year 2016 and may be carried forward to continue funding these and other projects in 2017 and beyond.

**VI. Budget (Remainder of Calendar Year 2016)**

| Expenditure Category | YC.org Grant Request |
|---|---:|
| Salaries | $16,000,000 |
| Equipment | $2,000,000 |
| Rent/Mortgage | $750,000 |
| Utilities | $50,000 |
| Transportation | $50,000 |
| Other | 1,150,000 |
| **Totals** | **$20,000,000** |