# EXHIBIT 46

(excerpted)
**Not Under Seal**

# OpenAI, Inc.

FINANCIAL STATEMENTS

Year Ended December 31, 2016

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010139

TABLE OF CONTENTS

| | Page |
|---|---|
| INDEPENDENT AUDITOR'S REPORT | 1 |
| FINANCIAL STATEMENTS | |
|     Statement of Financial Position | 2 |
|     Statement of Activities | 3 |
|     Statement of Functional Expenses | 4 |
|     Statement of Cash Flows | 5 |
|     Notes to Financial Statements | 6 |

HIGHLY CONFIDENTIAL                                              OPENAI_MUSK00010140



2570 W El Camino Real, Suite 150   Mountain View, CA 94040
T 650-209-1800    F 650-209-1895    www.yccllp.com

INDEPENDENT AUDITOR'S REPORT

To the Board of Directors of
OpenAI, Inc.

We have audited the accompanying financial statements of OpenAI, Inc. (a nonprofit organization), which comprise the statement of financial position as of December 31, 2016, and the related statements of activities, functional expenses, and cash flows for the year then ended, and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of OpenAI, Inc. as of December 31, 2016, and the changes in its net assets and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Young, Craig & Co., LLP*

August 19, 2019

HIGHLY CONFIDENTIAL    OPENAI_MUSK00010141

## OpenAI, Inc.
Statement of Financial Position
December 31, 2016 (in thousands of dollars)

HIGHLY CONFIDENTIAL

### ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash | $ | 1,714 |
| Prepaid expenses | | 139 |
| Total Current Assets | | 1,853 |
| Restricted cash for credit card use | | 200 |
| Property and equipment, net | | 567 |
| **TOTAL ASSETS** | $ | 2,620 |

### LIABILITIES AND NET ASSETS

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts payable | $ | 93 |
| Total Current Liabilities | | 93 |
| LINE OF CREDIT | | - |
| **NET ASSETS** | | |
| Without donor restrictions | | 2,527 |
| TOTAL LIABILITIES AND NET ASSETS | $ | 2,620 |

- 2 -
*The accompanying notes are an integral part of these financial statements.*

OPENAI_MUSK00010142

**EXCERPTED**