# EXHIBIT 47
(excerpted)
**Not Under Seal**

# OpenAI, Inc.

INDEPENDENT AUDITOR'S REPORT

AND FINANCIAL STATEMENTS

December 31, 2017 and 2016

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010152

TABLE OF CONTENTS

|  | Page |
|---|---|
| INDEPENDENT AUDITOR'S REPORT | 1 |
| FINANCIAL STATEMENTS | |
|     Statements of Financial Position | 2 |
|     Statements of Activities | 3 |
|     Statements of Functional Expenses | 4 |
|     Statements of Cash Flows | 6 |
|     Notes to Financial Statements | 7 |

HIGHLY CONFIDENTIAL                                   OPENAI_MUSK00010153



2570 W El Camino Real, Suite 150   Mountain View, CA 94040
T 650-209-1800    F 650-209-1895    www.ycllp.com

## INDEPENDENT AUDITOR'S REPORT

To the Board of Directors of
OpenAI, Inc.

We have audited the accompanying financial statements of OpenAI, Inc. (a nonprofit organization), which comprise the statements of financial position as of December 31, 2017 and 2016, and the related statements of activities, functional expenses, and cash flows for the years then ended, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditor's Responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Opinion

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of OpenAI, Inc. as of December 31, 2017 and 2016, and the changes in its net assets and its cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

*Young, Craig & Co., LLP*

September 26, 2019

HIGHLY CONFIDENTIAL    OPENAI_MUSK00010154

- 2 -

## OpenAI, Inc.
Statements of Financial Position
December 31, 2017 and 2016
(in thousands)

|  | 2017 | 2016 |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets | | |
| Cash | $ 6,493 | $ 1,714 |
| Pledge receivables | 20,000 | - |
| Other receivables | 312 | - |
| Prepaid expenses | - | 139 |
| Total Current Assets | 26,805 | 1,853 |
| Restricted cash for credit card use | 300 | 200 |
| Property and equipment, net | 1,442 | 567 |
| TOTAL ASSETS | $ 28,547 | $ 2,620 |
| **LIABILITIES AND NET ASSETS** | | |
| Current Liabilities | | |
| Accounts payable | $ 217 | $ 93 |
| Accrued expenses | 1,477 | - |
| Payroll and related expenses | 100 | - |
| Total Current Liabilities | 1,794 | 93 |
| LINE OF CREDIT | 3,000 | - |
| **NET ASSETS** | | |
| Without donor restrictions | 23,753 | 2,527 |
| TOTAL LIABILITIES AND NET ASSETS | $ 28,547 | $ 2,620 |

*The accompanying notes are an integral part of these financial statements.*

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010155

**EXCERPTED**