# EXHIBIT 48

(excerpted)
**Not Under Seal**

# OpenAI, Inc.

Financial Statements

December 31, 2018 and 2017

With Independent Auditor's Report

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010167

TABLE OF CONTENTS

|  | Page |
|---|---|
| INDEPENDENT AUDITOR'S REPORT | 1 |
| FINANCIAL STATEMENTS |  |
|     Statements of Financial Position | 3 |
|     Statements of Activities | 4 |
|     Statements of Functional Expenses | 5 |
|     Statements of Cash Flows | 7 |
|     Notes to Financial Statements | 8 |

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010168

YOUNG,
CRAIG :ontinued)
& CO. LLP
CERTIFIED PUBLIC ACCOUNTANTS

2570 W El Camino Real, Suite 150    Mountain View, CA 94040
T 650-209-1800        F 650-209-1895        www.yccllp.com

## INDEPENDENT AUDITOR'S REPORT

To the Board of Directors of
OpenAI, Inc.

We have audited the accompanying financial statements of OpenAI, Inc. (a nonprofit organization), which comprise the statements of financial position as of December 31, 2018 and 2017, and the related statements of activities, functional expenses, and cash flows for the years then ended, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditor's Responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Basis for Qualified Opinion

As discussed in Note K to the financial statements, the Organization reports its investment in the LP on the equity method of accounting. In our opinion, accounting principles generally accepted in the United States of America require that all majority-owned subsidiaries be accounted for as consolidated subsidiaries. If the financial statements of the LP had been consolidated with those of the Organization, total assets would be increased by approximately $15,125,000 and total liabilities would be decreased by approximately $15,284,000 as of December 31, 2018, and revenues would increase by approximately $74,000 and expenses would be increased by approximately $19,665,000 for the year ended.

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010169

To the Board of Directors of
OpenAI, Inc.
Independent Auditor's Report (continued)

**Qualified Opinion**

In our opinion, except for the effects described in the Basis for Qualified Opinion paragraph, the financial statements referred to above present fairly, in all material respects, the financial position of OpenAI, Inc. as of December 31, 2018 and 2017, and the changes in its net assets and its cash flows for the years then ended are in accordance with accounting principles generally accepted in the United States of America.

*Young, Craig & Co., LLP*

November 20, 2019

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010170

**OpenAI, Inc.**
Statements of Financial Position
December 31, 2018 and 2017
(in thousands)

|                                          |    | 2018   |    | 2017   |
|------------------------------------------|----|--------|----|--------|
| **ASSETS**                               |    |        |    |        |
| Current Assets:                          |    |        |    |        |
|    Cash and cash equivalent | $ | 18,876 | $ | 6,493  |
|    Other receivables      |    | 1,512  |    | 312    |
|    Prepaid expenses       |    | 1,309  |    | -      |
|    Finance lease right-of-use asset | | 2,299 | | -  |
|    Pledge receivables     |    | -      |    | 20,000 |
|     Total Current Assets |  | 23,996 |  | 26,805 |
|                                          |    |        |    |        |
| Restricted cash for credit card use      |    | 301    |    | 300    |
| Property and equipment, net              |    | 1,629  |    | 1,442  |
|     Total Assets     | $  | 25,926 | $  | 28,547 |
|                                          |    |        |    |        |
| **LIABILITIES AND NET ASSETS**           |    |        |    |        |
| Current Liabilities:                     |    |        |    |        |
|    Accounts payable       | $  | 5,250  | $  | 217    |
|    Payroll and related expenses |  | 1,440 | | 100   |
|    Accrued expenses       |    | 379    |    | 1,477  |
|    Advance on collaborative arrangement | | 15,339 | | - |
|    Finance lease liability |   | 1,344  |    | -      |
|     Total Current Liabilities | | 23,753 | | 1,794 |
|                                          |    |        |    |        |
| Line of credit                           |    | -      |    | 3,000  |
|     Total Liabilities |   | 23,753 |    | 4,794  |
|                                          |    |        |    |        |
| Net Assets                               |    |        |    |        |
|    Without donor restrictions |  | 2,174 |  | 23,753 |
|    Total Net Assets       |    | 2,174  |    | 23,753 |
|                                          |    |        |    |        |
|     Total Liabilities and Net Assets | $ | 25,926 | $ | 28,547 |

*The accompanying notes are an integral part of these financial statements.*

HIGHLY CONFIDENTIAL                                                                 OPENAI_MUSK00010171

EXCERPTED