# EXHIBIT 49

(excerpted)
**Not Under Seal**

# OPENAI, INC.



**CONSOLIDATING FINANCIAL STATEMENTS**
**AS OF AND FOR THE YEAR ENDED DECEMBER 31, 2019**

# OpenAI, Inc.

## Contents

**Independent Auditor's Report**                                        3-4

**Consolidating Financial Statements**

Consolidating Statements of Financial Position
  as of December 31, 2019                                               6

Consolidating Statements of Activities and Changes in Net Assets
  for the Year Ended December 31, 2019                                  7

Consolidating Statements of Functional Expenses
  for the Year Ended December 31, 2019                                  8

Consolidating Statements of Cash Flows
  for the Year Ended December 31, 2019                                  9

Notes to Consolidating Financial Statements                            10-24

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010207



Tel: 415-397-7900          One Bush Street, Suite 1800
Fax: 415-397-2161          San Francisco, CA 94104
**www.bdo.com**

## Independent Auditor's Report

Board of Directors
OpenAI, Inc.
San Francisco, California

We have audited the accompanying consolidating financial statements of OpenAI, Inc. and its affiliates, which comprise the consolidating statements of financial position as of December 31, 2019, and the related consolidating statements of activities and changes in net assets, functional expenses, and cash flows for the year then ended, and the related notes to the consolidating financial statements.

### *Management's Responsibility for the Consolidating Financial Statements*

Management is responsible for the preparation and fair presentation of these consolidating financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidating financial statements that are free from material misstatement, whether due to fraud or error.

### *Auditor's Responsibility*

Our responsibility is to express an opinion on these consolidating financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidating financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidating financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidating financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidating financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidating financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

3

HIGHLY CONFIDENTIAL                                                    OPENAI_MUSK00010208



*Opinion*

In our opinion, the consolidating financial statements referred to above present fairly, in all material respects, the financial position of OpenAI, Inc. and its affiliate as of December 31, 2019, and the changes in their net assets and their cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*BDO USA, LLP*

San Francisco, California
September 28, 2020

4

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010209

# OpenAI, Inc.

## Consolidating Financial Statements
### Year Ended December 31, 2019

HIGHLY CONFIDENTIAL
OPENAI_MUSK00010210

OpenAI, Inc.
Consolidating Statements of Financial Position
As of December 31, 2019
(In thousands)

| | OpenAI, Inc. | OpenAI Affiliates | Eliminations | Total |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | $ 28,481 | $ - | $ - | $ 28,481 |
| Restricted cash | 301 | - | - | 301 |
| Due from affiliate | 1,120 | - | (1,120) | - |
| Prepaid expenses and other current assets | 979 | - | - | 979 |
| Property and equipment, net of accumulated depreciation | 159 | - | - | 159 |
| Assets of consolidated variable interest entities ("VIEs") | | | | |
|   Cash and cash equivalents of VIEs | - | 74,261 | - | 74,261 |
|   Restricted cash of VIEs | - | 13,319 | - | 13,319 |
|   Prepaid cloud computing of VIEs | - | 224,878 | - | 224,878 |
|   Operating lease right-of-use asset of VIEs | - | 69,608 | - | 69,608 |
|   Property and equipment, net, of VIEs | - | 512 | - | 512 |
|   Other assets of VIEs | - | 403 | - | 403 |
|     **Total Assets** | $ 31,040 | $ 382,981 | $ (1,120) | $ 412,901 |
| | | | | |
| **Liabilities and Net Assets** | | | | |
| Accounts payable | $ 5 | $ - | $ - | $ 5 |
| Grants payable and accrued expenses | 263 | - | - | 263 |
| Liabilities of VIEs | | | | |
|   Accounts payable and accrued expenses of VIEs | - | 7,915 | - | 7,915 |
|   Due to affiliate of VIEs | - | 1,120 | (1,120) | - |
|   Operating lease liability of VIEs | - | 70,839 | - | 70,839 |
|   Other liabilities of VIEs | - | 1,993 | - | 1,993 |
|     **Total liabilities** | 268 | 81,867 | (1,120) | 81,015 |
| | | | | |
| Net Assets: | | | | |
| Without donor restrictions | | | | |
|   Controlling interest | 30,772 | - | 2,667 | 33,439 |
|   Non-controlling interest in consolidated entities | - | 301,114 | (2,667) | 298,447 |
|     Total net assets | 30,772 | 301,114 | - | 331,886 |
|     **Total Liabilities and Net Assets** | $ 31,040 | $ 382,981 | $ (1,120) | $ 412,901 |

*See accompanying notes to consolidating financial statements.*

6

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010211

EXCERPTED