# EXHIBIT 50

(excerpted)
**Not Under Seal**



HIGHLY CONFIDENTIAL                                                                 OPENAI_MUSK00010332

# OpenAI, Inc.

## Contents

**Independent Auditor's Report** — 3-4

**Consolidating Financial Statements**

   Consolidating Statements of Financial Position
     as of December 31, 2020 — 6

   Consolidating Statements of Activities and Changes in Net Assets
     for the Year Ended December 31, 2020 — 7

   Consolidating Statements of Functional Expenses
     for the Year Ended December 31, 2020 — 8

   Consolidating Statements of Cash Flows
     for the Year Ended December 31, 2020 — 9

   Notes to Consolidating Financial Statements — 10-27

HIGHLY CONFIDENTIAL    OPENAI_MUSK00010333



Tel: 415-397-7900  
Fax: 415-397-2161  
www.bdo.com

One Bush Street, Suite 1800  
San Francisco, CA 94104

## Independent Auditor's Report

Board of Directors  
OpenAI, Inc.  
San Francisco, California

*Opinion*

We have audited the accompanying consolidating financial statements of OpenAI, Inc. and its affiliates (the "Organization") which comprise the consolidating statements of financial position as of December 31, 2020, and the related consolidating statements of activities and changes in net assets, functional expenses, and cash flows for the year then ended, and the related notes to the consolidating financial statements.

In our opinion, the accompanying consolidating financial statements present fairly, in all material respects, the respective financial position of the Organization as of December 31, 2020, and the respective changes in their net assets and their cash flows thereof for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Basis for Opinion*

We conducted our audits in accordance with auditing standards generally accepted in the United States of America (GAAS). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audits of the Financial Statements section of our report. We are required to be independent of the Organization and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Emphasis of Matter*

As discussed in Note 2 of the consolidating financial statements, the Organization adopted Accounting Standards Update (ASU) No. 2014-09, *Revenue from Contracts with Customers*. Our opinion is not modified with respect to this matter.

*Responsibilities of Management for the Consolidating Financial Statements*

Management is responsible for the preparation and fair presentation of the consolidating financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Organization's ability to continue as a going concern within one year after the date that the financial statements are issued or available to be issued.

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

3

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010334



*Auditor's Responsibilities for the Audits of the Consolidating Financial Statements*

Our objectives are to obtain reasonable assurance about whether the consolidating financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the consolidating financial statements.

In performing an audit in accordance with GAAS we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the consolidating financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Organization's internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the consolidating financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Organization's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audits, significant audit findings, and certain internal control-related matters that we identified during the audits.

*BDO USA, LLP*

June 30, 2021

HIGHLY CONFIDENTIAL                                                                                              OPENAI_MUSK00010335

# OpenAI, Inc.

## Consolidating Financial Statements
Year Ended December 31, 2020

HIGHLY CONFIDENTIAL

OPENAI_MUSK00010336

## OpenAI, Inc.
### Consolidating Statements of Financial Position
### As of December 31, 2020
### (In thousands)

|  | OpenAI, Inc. | OpenAI Affiliates | Eliminations | Total |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| Cash and cash equivalents | $ 19,599 | $ - | $ - | $ 19,599 |
| Restricted cash | 301 | - | - | 301 |
| Due from affiliate | 987 | - | (987) | - |
| Prepaid expenses and other current assets | 360 | - | - | 360 |
| Property and equipment, net of accumulated depreciation | 129 | - | - | 129 |
| Assets of consolidated variable interest entities ("VIEs") | | | | |
|   Cash and cash equivalents of VIEs | - | 109,957 | - | 109,957 |
|   Restricted cash of VIEs | - | 13,319 | - | 13,319 |
|   Prepaid cloud computing of VIEs | - | 553,851 | - | 553,851 |
|   Operating lease right-of-use asset of VIEs | - | 58,072 | - | 58,072 |
|   Finance lease right-of-use asset of VIEs | - | 143,349 | - | 143,349 |
|   Property and equipment, net, of VIEs | - | 1,911 | - | 1,911 |
|   Other assets of VIEs | - | 1,162 | - | 1,162 |
|     **Total Assets** | $ 21,376 | $ 881,621 | $ (987) | $ 902,010 |
| | | | | |
| **Liabilities and Net Assets** | | | | |
| Accounts payable | $ 63 | $ - | $ - | $ 63 |
| Grants payable and accrued expenses | 50 | - | - | 50 |
| Liabilities of consolidated variable intererest entities | | | | |
|   Accounts payable and accrued expenses of VIEs | - | 1,668 | - | 1,668 |
|   Due to affiliate of VIEs | - | 987 | (987) | - |
|   Operating lease liability of VIEs | - | 64,365 | - | 64,365 |
|     Total liabilities | 113 | 67,020 | (987) | 66,146 |
| Commitments and Contingencies (Note 6) | | | | |
| ==Net Assets:== | | | | |
|   Without donor restrictions | | | | |
|     Controlling interest | ==21,263== | - | - | 21,263 |
|     Non-controlling interest in consolidated entities | - | 814,601 | - | 814,601 |
|     Total net assets | 21,263 | 814,601 | - | 835,864 |
|     **Total Liabilities and Net Assets** | $ 21,376 | $ 881,621 | $ (987) | $ 902,010 |

*See accompanying notes to consolidating financial statements.*

**EXCERPTED**