# EXHIBIT 57
## Not Under Seal

| | |
|---|---|
| **From**: | leeder.hsu@ubs.com [leeder.hsu@ubs.com] |
| **Sent**: | 7/27/2020 3:22:29 PM |
| **To**: | jared@excession.com |
| **Subject**: | RE: OpenAI Donations from the DAF |

Hi Jared,

Hope you had a good weekend. I will discontinue the monthly grants to OpenAI after the September grant is processed.

Thank you,
Leeder

**From:** Jared Birchall [mailto:jared@excession.com]
**Sent:** Sunday, July 26, 2020 4:08 PM
**To:** Hsu, Leeder
**Subject:** [External] OpenAI Donations from the DAF

Hi Leeder,

September should be our last grant to Open AI. October going forward please discontinue the grants.

Thank you!

Jared

Confidential    EXMF-0003866