# EXHIBIT 64
## Not Under Seal

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 73 | Date Range: 8/29/2018 |

## Outline of Conversations

 **0c7ed51c65eaf94be7d4560e235fca27** • 73 messages on 8/29/2018 • Reyna Ortiz (+█████████) • Shivon Zilis (+█████████)

Confidential
ZILIS-0000511

Page 3 of 6

Confidential
ZILIS-0000512

| | | | |
|---|---|---|---|
| RO | **Reyna Ortiz (+)**<br>is Reid call critical this week is what I wanted to ask you | ▶ | 8/29/2018, 3:32 AM |
| SZ | **Shivon Zilis (+)**<br>Is Teller back on grid tomorrow or no? | ◀ | 8/29/2018, 3:37 AM |
| RO | **Reyna Ortiz (+)**<br>Yes he's back on grid now I think! | ▶ | 8/29/2018, 4:11 AM |
| RO | **Reyna Ortiz (+)**<br>tomorrow I think off and on | ▶ | 8/29/2018, 4:11 AM |
| SZ | **Shivon Zilis (+)**<br>Got it! | ◀ | 8/29/2018, 5:01 AM |
| SZ | **Shivon Zilis (+)**<br>So for OpenAI may be a matter of just asking Elon what he wants to do if he can't talk to Reid | ◀ | 8/29/2018, 5:02 AM |
| SZ | **Shivon Zilis (+)**<br>One thing I can do to buy time is ask Altman to send docs in advance of Reid call | ◀ | 8/29/2018, 5:02 AM |
| SZ | **Shivon Zilis (+)**<br>So:<br>1) Elon schedules call with Reid in next handful of days<br>2) Elon says he wants to but if will take longer than that (I will ask Altman for docs in advance if that's the case)<br>3) E says forget Reid call, I just want to review the docs<br>4) E says fuck it let them do their thing | ◀ | 8/29/2018, 5:04 AM |
| SZ | **Shivon Zilis (+)**<br>The critical point is he essentially asked them to wait in closing a 500M round until he decides | ◀ | 8/29/2018, 5:05 AM |
| SZ | **Shivon Zilis (+)**<br>And he has to make a decision about a) Is he cool with being involved / what does he want his involvement to be b) does he want to tell them to change anything about the round c) they offered to convert the many millions he donated into an investment and he didn't say either way whether he wanted that or not | ◀ | 8/29/2018, 5:06 AM |
| RO | **Reyna Ortiz (+)**<br>Super helpful. Would the docs be helpful in me asking him if he wants to set a call? If so, then maybe we use so he can decide. | ▶ | 8/29/2018, 5:10 AM |
| SZ | **Shivon Zilis (+)**<br>He told Altman he wanted the call as a next step. I asked Altman for docs in front of him but he didn't really respond to that | ◀ | 8/29/2018, 5:11 AM |
| SZ | **Shivon Zilis (+)**<br>(Trying to be the responsible adult) | ◀ | 8/29/2018, 5:11 AM |

SZ **Shivon Zilis (+███████)**  ◀ 8/29/2018, 5:12 AM
I have no issue pressing Altman for docs

RO **Reyna Ortiz (+███████)**  ▶ 8/29/2018, 5:12 AM
Only if E needs to see the docs for the call with Reid anyways

SZ **Shivon Zilis (+███████)**  ◀ 8/29/2018, 5:16 AM
Is Elon reachable if emergency over the next while or completely off grid? If reachable I think ok for us to defer a few days if you'd prefer not to bug him tonight. I texted Altman and it's not delivering... making me realize I think he made a comment about a vacation on a boat or something. So we can at least hold until he responds

RO **Reyna Ortiz (+███████)**  ▶ 8/29/2018, 5:17 AM
He's always reachable but tomorrow he's pretty busy. I can send him a note tonight though and see when/if he wants to set it if you'd like

RO **Reyna Ortiz (+███████)**  ▶ 8/29/2018, 5:17 AM
He likely won't be up too late tonight

SZ **Shivon Zilis (+███████)**  ◀ 8/29/2018, 5:17 AM
Ah, understood.

SZ **Shivon Zilis (+███████)**  ◀ 8/29/2018, 5:18 AM



Image: IMG_5496.jpeg (72 KB)

SZ **Shivon Zilis (+███████)**  ◀ 8/29/2018, 5:18 AM
FYI

SZ **Shivon Zilis (+███████)**  ◀ 8/29/2018, 5:18 AM
The big fear here is they just move forward without Elon and I'm trying to ensure that doesn't happen

SZ **Shivon Zilis (+███████)**  ◀ 8/29/2018, 5:19 AM
Just want him to know he shouldn't even thing of moving forward without doing that

SZ **Shivon Zilis (+███████)**  ◀ 8/29/2018, 5:19 AM
*think

RO **Reyna Ortiz (+███████)**  ▶ 8/29/2018, 5:20 AM
Yes Sam should def not take action without Elon's approval

RO **Reyna Ortiz (+███████)**  ▶ 8/29/2018, 5:20 AM

But I would think he knows that

**SZ**  **Shivon Zilis (+)**  8/29/2018, 6:33 AM
I have reinforced it 3-4 times now so he is knowingly going against if he does at this point

**RO**  **Reyna Ortiz (+)**  8/29/2018, 6:37 AM
Lol perfect

**SZ**  **Shivon Zilis (+)**  8/29/2018, 7:15 AM
Hope you're great days were having had