# EXHIBIT 71

## Not Under Seal

**From:** "Elon Musk" <erm@spacex.com>
**To:** "Jared Birchall" <jbirchall@muskfoundation.org>
**Subject:** Re: Q3 2017 Grant
**Date:** Tue, 29 Aug 2017 07:18:08 -0000
**Importance:** Normal

---



On Aug 29, 2017, at 12:07 AM, Jared Birchall <jbirchall@muskfoundation.org> wrote:

For now I have held off on the quarterly $5M. Continue to hold?

---------- Forwarded message ----------
From: **Chris Clark** <chris@openai.com>
Date: Mon, Aug 28, 2017 at 12:32 PM
Subject: Q3 2017 Grant
To: Jared Birchall <jbirchall@muskfoundation.org>


Hi Jared,

I just wanted to check in re: Q3 2017 grant. The compute payment covering what we used for the Dota project (the one that got all the press a couple weeks ago) will likely be due in Sept, so I wanted to double check on timing.

Thanks,
Chris

Confidential    2024MUSK-0009625