# EXHIBIT 72
## Not Under Seal

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 3/11/2019 |

## Outline of Conversations



**4c9491aa7dc96e9113d0d3c4896ee254** • 10 messages on 3/11/2019 • Sam Teller (+█████████) • Shivon Zilis (+█████████)

**Messages in chronological order** (times are shown in GMT +00:00)

 **4c9491aa7dc96e9113d0d3c4896ee254**

SZ — **Shivon Zilis (+)** — 3/11/2019, 12:52 AM
FYI that Altman asked E if he had time to chat on the announcement and E told him he'd call later tonight (this was texts between them so I don't have anything to fwd)

SZ — **Shivon Zilis (+)** — 3/11/2019, 12:53 AM
Hopefully all fine. I dunno if you had time to read the email he initially sent.

ST — **Sam Teller (+)** — 3/11/2019, 1:19 AM
K

SZ — **Shivon Zilis (+)** — 3/11/2019, 9:08 AM
Altman cleared everything with E on the phone. Said E had no edits but wanted them to say he was still helpful on background to reporters

ST — **Sam Teller (+)** — 3/11/2019, 3:57 PM
K

ST — **Sam Teller (+)** — 3/11/2019, 3:57 PM
Great

SZ — **Shivon Zilis (+)** — 3/11/2019, 11:46 PM
https://www.theinformation.com/briefings/53e1bc?


*Image: 49177D8C-8429-4A92-9BA5-D84DD93798A8.jpg (3 KB)*


*Image: 21E1903A-52B0-4BBC-A623-E938AE9E9778.jpg (8 KB)*

ST — **Sam Teller (+)** — 3/11/2019, 11:46 PM
Hmm

SZ — **Shivon Zilis (+)** — 3/11/2019, 11:46 PM
Also, the press coverage I've seen so far has been either balanced or somewhat critical of OpenAI, but kind to Elon so far

ST — **Sam Teller (+)** — 3/11/2019, 11:46 PM
Liked "Also, the press coverage I've seen so far has been either balanced or somewhat critical of OpenAI, but kind to Elon so far"

Page 3 of 3

Confidential

ZILIS-0000041