# EXHIBIT 75
## Not Under Seal

December 22, 2016

YC ORG
335 Pioneer Way
Mountain View, CA 94041

OpenAI
298 Alabama St, 202
San Francisco, CA 94103

RE: Response to Grant Agreement Extension Request

To Whom It May Concern:

YC ORG has reviewed your request to provide up to an additional $10,000,000.00 in grants in 2017 under our existing fiscal sponsorship arrangement and prior grant proposal.

We also appreciate you sharing that you recently received your IRS exemption letter and that you expect to begin receiving more direct grants in 2017 and fewer under the fiscal sponsorship agreement and may not need to request the full $10,000,000.

Given this information, YC ORG plans to continue supporting OpenAI in 2017 with up to an additional $10,000,000.00 in grants as funds become available.

Respectfully,


Chris Clark
Treasurer, YC ORG

CONFIDENTIAL                                                                                                        OPENAI_MUSK00020201