# EXHIBIT 77
## Not Under Seal

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 12 | Date Range: 9/19/2017 |

## Outline of Conversations

 **71a803a9f82bdf96ea70b94549ae18c5** • 12 messages on 9/19/2017 • Undefined Participant • Shivon Zilis (+███████████)

**Messages in chronological order** (times are shown in GMT +00:00)

 71a803a9f82bdf96ea70b94549ae18c5

| | | |
|---|---|---|
| SZ | **Shivon Zilis** (+■■■■)<br>Heads up | 9/19/2017, 6:55 PM |
| SZ | **Shivon Zilis** (+■■■■)<br>Seems like Greg, Ilya, Elon a go on for profit | 9/19/2017, 6:55 PM |
| SZ | **Shivon Zilis** (+■■■■)<br>Sam likely an investor to start | 9/19/2017, 6:56 PM |
| P | **Mr. President ?** (+■■■■)<br>Ok, i've already created the B corp | 9/19/2017, 6:56 PM |
| SZ | **Shivon Zilis** (+■■■■)<br>OpenAI? | 9/19/2017, 6:56 PM |
| SZ | **Shivon Zilis** (+■■■■)<br>Like that name? | 9/19/2017, 6:56 PM |
| P | **Mr. President ?** (+■■■■)<br>Open Artificial Intelligence Technologies, Inc. | 9/19/2017, 6:56 PM |
| P | **Mr. President ?** (+■■■■)<br>But will be referred to as Open AI.  Kinda like SpaceX | 9/19/2017, 6:57 PM |
| SZ | **Shivon Zilis** (+■■■■)<br>Oh I loooove that | 9/19/2017, 7:07 PM |
| SZ | **Shivon Zilis** (+■■■■)<br>You come up with that solution? | 9/19/2017, 7:07 PM |
| P | **Mr. President ?** (+■■■■)<br>On the plane ride home with E last week.  All him. | 9/19/2017, 8:02 PM |
| P | **Mr. President ?** (+■■■■)<br>But I don't have any marching orders beyond that… | 9/19/2017, 8:03 PM |