# EXHIBIT 78
## Not Under Seal

| | |
|---|---|
| From: | Chris Clark [chris@openai.com] |
| Sent: | 9/1/2017 7:09:17 AM |
| To: | Jared Birchall [jbirchall@muskfoundation.org] |
| Subject: | Re: Q3 2017 Grant |

Thanks. They shared the same info with me today as well. I will do what I can to reduce or delay OpenAI expenditures until the concerns are resolved.

FYI, you will likely see a few joint requests soon from Neuralink/OpenAI re: security, HVAC, and other expenses we hope won't be controversial and probably shouldn't wait too long. They benefit both companies equally and have been requested by Elon's team during visits (better climate control in specific conference rooms shared by both orgs, 24/7 security, and better access controls).

I'll send you the proposals and estimates, and then I'll defer to you about where or not we move forward with them.

Chris

On Thu, Aug 31, 2017 at 11:52 PM Jared Birchall <jbirchall@muskfoundation.org> wrote:
> Hey Chris,
>
> This was ready to go out when I was told that Elon informed Greg and Ilya that the funding would be on pause until they came to terms on the right path moving forward.
>
> Jared
>
> On Mon, Aug 28, 2017 at 12:32 PM, Chris Clark <chris@openai.com> wrote:
>> Hi Jared,
>>
>> I just wanted to check in re: Q3 2017 grant. The compute payment covering what we used for the Dota project (the one that got all the press a couple weeks ago) will likely be due in Sept, so I wanted to double check on timing.
>>
>> Thanks,
>> Chris

Confidential

EXMF-0003122