EXHIBIT 2

**In the Matter Of:**

*Musk, et al. vs*

*Altman, et al.*

---

*SATYA NADELLA*

*September 24, 2025*

---



1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3   _____

4   ELON MUSK, et al.,                    )
                                          )
5                        Plaintiffs,      )
                                          )
6                  v.                     )  4:24-cv-04722-YGR
                                          )
7   SAMUEL ALTMAN, et al.,                )
                                          )
8                        Defendants.      )
                                          )
9                                         )

10  _____

11    VIDEOTAPED IN-PERSON AND VIDEOCONFERENCE DEPOSITION

12           UPON ORAL EXAMINATION OF

13                 SATYA NADELLA

    _____

14

15        Taken at 401 Union Street, Suite 3300

16              Seattle, Washington

17

18

19     *** TRANSCRIPT DEEMED HIGHLY CONFIDENTIAL
                ATTORNEYS' EYES ONLY ***

20

21

22

23  DATE TAKEN:  SEPTEMBER 24, 2025

24  REPORTED BY:  BARBARA CASTROW, RMR, CRR, CCR

25              WA CCR #2395

2

```
 1                      APPEARANCES

 2    FOR PLAINTIFFS:

 3               JENNIFER SCHUBERT
                 SARA TOFIGHBAKHSH
 4               MoloLamken LLP
                 430 Park Avenue
 5               New York, NY 10022
                 212.607.8160
 6               jschubert@mololamken.com
                 stofighbakhsh@mololamken.com
 7


 8
      FOR DEFENDANT MICROSOFT CORPORATION:
 9
                 JOHN (JAY) JURATA, JR.
10               Dechert LLP
                 1900 K Street NW
11               Washington, DC  20006-1110
                 202.261.3300
12               jay.jurata@dechert.com

13
                 ELISA BENEZE (VIA VIDEOCONFERENCE)
14               Dechert LLP
                 Cira Centre, 2929 Arch Street
15               Philadelphia, PA  19104-2808
                 215.994.2315
16               elisa.beneze@dechert.com

17
                 REBECCA FRANCIS
18               General Counsel Microsoft Corp.
                 5600 148th Ave NE
19               Redmond, WA 98052-5104
                 425.704.8098
20               becky.francis@microsoft.com

21
                 JONATHAN PALMER
22               Corporate Vice President &
                    Chief Legal Officer
23               Microsoft Corporation
                 One Microsoft Way
24               Redmond, WA  98052
                 jon.palmer@microsoft.com

25
```

3

1                    APPEARANCES:  (CONTINUED)

2     FOR DEFENDANT SAMUEL ALTMAN:

3                      NATHANIEL D. CULLERTON
                       Wachtell, Lipton, Rosen & Katz
4                      51 West 52nd Street
                       New York, N.Y.  10019-6150
5                      212.403.1000
                       ndcullerton@wlrk.com
6

7

      ALSO PRESENT:  SHREVE VANZANTEN, VIDEOGRAPHER
8

9
                            *   *   *   *   *
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Attorneys Eyes Only          Satya Nadella - September 24, 2025

```
                                                          4
1                    EXAMINATION INDEX

2   EXAMINATION BY:                            PAGE NO.

3    MS. SCHUBERT                                 8

4    MR. JURATA                                  267

5    MR. CULLERTON                              278

6    MS. SCHUBERT                               279

7

8                     EXHIBIT INDEX

9    NO.    DESCRIPTION                        PAGE NO.

10   1      2-page email chain.  OPENAI_MUSK00016768   32
            CONFIDENTIAL
11
     2      1-page email.  MSFT_MUSK0000044294         35
12          CONFIDENTIAL

13   3      3-page Introducing OpenAI document.        36
            2024MUSK-0011225
14
     4      11-page OpenAI on Azure Big Compute        47
15          PowerPoint. CONFIDENTIAL

16   5      3-page email chain.  2024MUSK-0000669      59
            CONFIDENTIAL
17
     6      9-page email chain.  MSFT_MUSK000000150    62
18          HIGHLY CONFIDENTIAL

19   7      3-page email chain.  MSFT_MUSK000044183    85
            HIGHLY CONFIDENTIAL
20
     8      2-page email.  MSFT_MUSK000000993          98
21          CONFIDENTIAL

22   9      2-page email chain.  MSFT_MUSK000068399   114
            HIGHLY CONFIDENTIAL
23
     10     10-page Microsoft Memo dated 6/10/19.     120
24          MSFT_MUSK000083907 HIGHLY CONFIDENTIAL

25
```

7

```
 1                    Seattle, Washington

 2                    September 24, 2025

 3                       9:00 a.m.

 4                        -o0o-

 5

 6            THE VIDEOGRAPHER:  Okay.  We are now on the

 7    record.  My name is Shreve VanZanten.  I'm the

 8    videographer representing Lexitas.  This is a video

 9    deposition for the United States District Court Northern

10    District of California.  Today's date is September 24th,

11    and the time is 9 a.m. Pacific Time.

12            This deposition is being held at 401 Union

13    Street, Suite 3300, Seattle, Washington 98101, taken in

14    the matter of Elon Musk versus Samuel Altman.  The case

15    number is 4:24-cv-04722-YGR.  The deponent is Satya

16    Nadella.

17            Would counsel please identify themselves,

18    beginning with the noticing attorney.

19            MS. SCHUBERT:  Good morning.  For Plaintiffs

20    and X.AI, Jennifer Schubert and Sara Tofighbakhsh, from

21    MoloLamken.

22            MR. CULLERTON:  Good morning.  Nate

23    Cullerton, from Wachtel, for the OpenAI defendants.

24            MR. JURATA:  And John J. Jurata, Jr., on

25    behalf of Microsoft Corporation and the witness
```

8

1  Mr. Nadella.  With me is Becky Francis, from Microsoft

2  Corporation as well.

3              THE VIDEOGRAPHER:  The court reporter is

4  Barbara Castrow and will now swear in the witness, and

5  then counsel may proceed.

6

7  SATYA NADELLA,          witness herein, having been

8                          first duly sworn under oath,

9                          was examined and testified as

10                          follows:

11                          EXAMINATION

12  BY MS. SCHUBERT:

13      Q.  Good morning, Mr. Nadella.

14      A.  Good morning.

15      Q.  You're currently CEO of Microsoft?

16      A.  Yes, I am.

17      Q.  You've been CEO since 2014; is that right?

18      A.  That's correct.

19      Q.  And you're chairman of the board as well; is

20  that right?

21      A.  That's correct.

22      Q.  And that's since 2021?

23      A.  That's correct.

24      Q.  Have you ever been deposed before?

25      A.  Yes, I have.

27

1      A.  I mean, always as a CEO of a company, I feel my
2  job is to sort of be dissatisfied with the rate of
3  progress at all times.  And so yes would be the answer,
4  which is both in the absolute sense, which is, can we
5  build products that are more capable in any particular
6  domain, and also, you know, vis-a-vis competition.
7         There were others achieving things that we
8  looked at and said, hey, that's great, and so how can we
9  make sure we are competitive with it.
10      Q.  When did you first meet Elon Musk?
11      A.  I think I may have met Elon first time -- I can
12  definitely say I met him first when I first became CEO,
13  and he had come to our CEO summit.  And I met him there.
14  I may have met him prior to that when I was even leading
15  our cloud, but I definitely met him at one of our
16  events.
17      Q.  When is the first time you recall having a
18  substantive conversation with Mr. Musk?
19      A.  I don't know if I've had deep substantive
20  conversations with him, but it's mostly brief
21  interludes, if you will.
22         I think there was, perhaps related to this
23  topic, I think he had reached out.  This is in the very
24  beginning phases of OpenAI when they wanted some Azure
25  credits.

38

1          Do you see that?

2      A.   I do.

3      Q.   What was his role at the time?

4      A.   Harry Shum at that time was the person leading

5   Microsoft Research, I think, at that time.  I forget now

6   exactly what his role there was.  But Harry Shum was

7   leading our Microsoft Research.

8      Q.   Why did you send this to him specifically?

9      A.   So he kind of, prior to Kevin Scott, was kind

10  of like the CTO role.  I mean, it's not called CTO, but

11  he was head of Microsoft Research.  And Joseph Sirosh is

12  the other person.  He was leading Azure ML service.

13     Q.   Okay.  Just so I'm clear on your testimony, was

14  it your understanding that OAI -- OpenAI, or OAI, I will

15  refer to it for brevity, was potentially developing its

16  AI research using AWS's platform?

17     A.   Yeah.  From this mail, at least it seems like I

18  was asking the question that -- this particular launch

19  seems to be on AWS, and I was asking, is it something

20  that we were called on.

21          And I know, through the history of OpenAI, it

22  also looks like they used AWS.  They definitely used

23  Google.  That much, I know.  So, yeah, they thought

24  about different platforms for different times.

25     Q.   Did you have a concern at this time that AWS

Attorneys Eyes Only            Satya Nadella - September 24, 2025

51

1          MR. CULLERTON:  Objection; asked and

2    answered.

3          A.  Yeah, I think the way I would say it is, I've

4    always been very interested in developers building on

5    Azure, and in particular, if someone had chosen AWS

6    instead of Azure, I would have been particularly

7    interested in them also coming to us.  Right?

8              So -- and that's the broad context, and I'm

9    sure I was, you know -- I mean, I'm sure I reached out

10    maybe to Sam if this is what there's an email or what

11    have you.  But it makes sense because, as a platform

12    company, that would have been important to us.

13          Q.  (By Ms. Schubert)  Do you recall in 2016 OpenAI

14    asking for discounted compute from Microsoft?

15          A.  Yeah, I mean, I think that's sort of how it all

16    started, right, which is, they were always looking for a

17    compute partner who was giving either discounts or was

18    donating and giving credits.  So, yes, I think, in

19    general, I feel like that was I think their idea of a

20    partnership.

21          Q.  Looking at the third bullet on this overview,

22    if you could just read that and let me know when you're

23    done.

24          A.  Yeah.  I see it.

25          Q.  Do you recall the compute terms being as

Attorneys Eyes Only          Satya Nadella - September 24, 2025

53

1            Do you see that?

2       A.  I see it.

3       Q.  Did Microsoft expect to lose $15 million over

4  the next three years to do an extended deal with OpenAI?

5       A.  I think that this model is making the case that

6  this is a negative NPV deal based on our pricing, and --

7  and sort of making the argument that we should do this

8  because this has got some PR benefit, and in general,

9  Microsoft and Azure being in the consideration set in

10  AI, I think that that's the point of that statement.

11       Q.  Did you believe that that loss was justified by

12  the marketing and other intangible benefits you just

13  described?

14            MR. JURATA:  Object to form.

15       A.  I think we, you know, did one deal where we

16  took a loss like this, and then I think later on, we did

17  not, and that's when I think they went to Google.  So

18  I'm sure we'll go through the chronology.  But that's --

19  my point was, here is a research organization that has

20  the need for continuous compute.

21            Where it made sense for us to do even negative

22  NPV deals in order to be able to support them and then

23  have the PR benefits, we picked some points to do it.

24  Sometimes we said there's just too much and we didn't.

25       Q.  (By Ms. Schubert)  In your time as CEO, do you

Attorneys Eyes Only         Satya Nadella - September 24, 2025

59

1    then I think -- I forget now when and what time frame

2    some of the breakthroughs on AlphaGo and so on happened,

3    but, you know, Demis was a game developer.  There's a

4    long history of AI developers who came out of using

5    games in environments, building AI bots in games, so

6    it's sort of a -- it's a given.

7         Q.  (By Ms. Schubert)  Do you recall that the Dota

8    project required a lot of compute?

9         A.  I would imagine.  Right?  Because they had to

10   both, you know, have compute infrastructure to run the

11   game and then to run AI in the game.

12        Q.  I will move to what we'll mark as Exhibit 5,

13   2024 Musk 669.

14             And while we're waiting on the document, do you

15   recall that OpenAI's bot actually did win Dota?

16        A.  I don't recall.

17        Q.  Okay.

18             (Exhibit No. 5 marked.)

19        Q.  (By Ms. Schubert)  Let me know when you have

20   reviewed this.

21        A.  I have.  Oh, maybe there's a second page.  Yep.

22        Q.  Does this refresh your recollection that

23   OpenAI's bot won Dota?

24        A.  Yeah.  I congratulated them, yeah, so I...

25        Q.  And on this email, do you see that there's an

Attorneys Eyes Only                Satya Nadella - September 24, 2025

60

1    email written by you to -- actually -- sorry.  Strike

2    that.

3            Do you see, copied on this email, Elon Musk,

4    Sam Altman, Greg Brockman, Ilya Sutskever, and Sam

5    Teller?

6        A.  Yes.

7        Q.  Did you know each of those individuals?

8        A.  I don't recall Sam Teller, but I know everyone

9    else.

10       Q.  Okay.  And do you see the email dated Friday,

11   August 11th, 2017, at 8:43 p.m. from Elon Musk on the

12   page ending in 669?

13       A.  8:43?

14       Q.  Correct.

15       A.  Yeah, I do.

16       Q.  Elon writes:  Indeed, much appreciated.  Will

17   make sure people know about Microsoft's help.

18       A.  Yes.

19       Q.  Does that refresh your recollection that

20   Microsoft supported OpenAI by offering compute for the

21   Dota game?

22       A.  Yes, I do.

23       Q.  Did Microsoft get attention for its role in the

24   Dota effort, if you recall?

25       A.  I don't recall.  But that would have been the

Attorneys Eyes Only                Satya Nadella - September 24, 2025

61

1    intent, is to get some platform PR for that OpenAI's

2    Dota to -- or sort of feat was achieved on Azure.

3        Q.  Microsoft didn't profit from that Dota win, did

4    it?

5        A.  Not by the Dota win.  But as I go back again,

6    as a platform company for us, when someone achieves

7    success on your platform, that's pretty important for

8    us.  And someone says they were able to make a great

9    product or win a competition and -- you know, it's

10   always a helpful thing.

11       Q.  Okay.  Do you recall whether you wanted to

12   reengage with another OpenAI deal for Microsoft right

13   after the Dota win?

14       A.  My -- I don't recall clearly.  I'm sure you

15   will give me some documents.  But I think the next phase

16   was the one that I think we passed on.  And so this was

17   the phase -- you know, first they were on AWS.  We then

18   got them to switch by giving them discounted compute.

19   They achieved this.  They had the next ask.  We passed.

20   They went to Google.  And so that's kind of how it kept

21   lobbying.

22       Q.  Do you recall why you passed in this next phase

23   after the Dota win?

24       A.  I mean, at some level for me, this goes back a

25   little bit to the comment I think I made earlier is, you

Attorneys Eyes Only                Satya Nadella - September 24, 2025

62

1   know, we were -- wanted to be as supportive as possible

2   for what I would call PR and, slash, marketing benefits

3   to support OpenAI, but when the numbers started becoming

4   perhaps bigger, we were not deep in reinforcement

5   learning.

6           The reason why this goes back all the way to

7   2019, I chose to even, you know, make that very, very

8   risky investment was for two reasons.  One is, it

9   created a new entity, which is a for-profit or

10  cap-profit entity, and also the direction of research

11  was moving away from at that time reinforcement learning

12  to these transformers and text and LLM.  And so that was

13  more in line with us.

14          And so obviously in this time frame, I didn't

15  know where they were going.  They were mostly, in my

16  opinion, playing games.  And so, you know, it was okay

17  for a little bit of marketing, but not something that I

18  was that interested in.

19      Q.  Okay.  We will look at a document around this

20  time period, which we'll mark as Exhibit 6.  The Bates

21  stamp is MSFT Musk 0150.

22              (Exhibit No. 6 marked.)

23      Q.  (By Ms. Schubert)  This is quite a lengthy

24  chain --

25              THE WITNESS:  Can we just take a bathroom

93

1     Q.  And Kevin notes that the funders of OpenAI

2  expected its technology would be open source and not for

3  profit.

4          Did you agree with that statement -- do you

5  agree with that statement, that the funders expected

6  that its technology would be open source and not for

7  profit?

8              MR. JURATA:  Object to form;

9  mischaracterizes what the document says.

10     A.  I didn't -- like, I think the challenge, as you

11  can see with all the previous email exchanges, is that

12  this was becoming pretty capital-intensive and

13  compute-intensive.

14          And at least our 2019 deal came about when the

15  OpenAI nonprofit, to further their mission, you know,

16  recognized the need to create a subsidiary that they

17  controlled, which was a commercial entity.  That, I

18  think, was the foundational piece that allowed us to

19  even do our deal.

20     Q.  (By Ms. Schubert)  Kevin expresses a concern

21  that the big funders might have an idealogical issue

22  with their contributions being used to build a

23  for-profit.

24          Did you share that concern?

25              MR. JURATA:  Object; form.  Mischaracterizes

103

1    Q.   Under No. 4, Kevin Scott writes:  In fact, they

2  are so interested in working with us that Sam is asking

3  whether they can invest capital to help us go faster.

4       Did you know why OpenAI was so interested in

5  working with Microsoft?

6    A.   I think that this is in reference to this

7  Project Duvall, which was the AI system we were building

8  at that time.  And so I think the dialogue that Kevin

9  would have had with them is whether they should use

10  Duvall and we should accelerate Duvall.

11    Q.   Did you know whether at this time OpenAI had

12  approached any of the other cloud providers with an

13  offer to invest in their new structure?

14    A.   I think so.  It was generally accepted, because

15  after all, you know, they were constantly moving between

16  AWS to Azure to GCP.  They had relationships with all

17  the hyperscale cloud providers.  And so, therefore, I'm

18  sure -- I mean, I was always fully expecting them to get

19  the best partner and the best deal.

20    Q.   Did Sam Altman discuss the possibility of this

21  restructuring with you before it happened?

22    A.   No.  He did not discuss, you know, what they

23  were doing to restructure, but at some point in 2019,

24  when we did the deal, that's when I think we all had to

25  sort of educate ourselves on what this entity was.

109

```
1              MR. JURATA:  Ms. Schubert, I don't know when

2     you are going to get to a stopping point.  We've been

3     going for almost an hour and a half, so whenever you get

4     to a convenient spot, we should probably take a break.

5              MS. SCHUBERT:  Sure.  Do you anticipate that

6     you would like to do lunch at this break or do you want

7     to take a short break, go for some more time and break

8     for lunch?

9              MR. JURATA:  I think we should take a short

10    break, do one more run --

11             MS. SCHUBERT:  Okay.

12             MR. JURATA:  -- and then we can break for

13    lunch.

14             MS. SCHUBERT:  I'll just ask about two more

15    questions --

16             MR. JURATA:  Sure.

17             MS. SCHUBERT:  -- and then we can break.

18        Q.  (By Ms. Schubert)  In the 2019 deal, OpenAI

19    committed to using Azure exclusively, correct?

20        A.  Yes.

21        Q.  OpenAI could use Azure for compute in that

22    deal; is that right?

23        A.  That's correct.

24        Q.  And also it could only offer commercialized

25    products through Azure?
```

110

1        A.   That's correct.

2             MS. SCHUBERT:   Okay.   We can stop here.

3             THE WITNESS:   Okay.

4             THE VIDEOGRAPHER:   The time is 11:55 a.m.

5    We are going off the record.

6             (Recess was taken from 11:55 a.m. to

7              12:05 p.m.)

8             THE VIDEOGRAPHER:   The time is 12:05 p.m.

9    We're back on the record.

10       Q.   (By Ms. Schubert)   So far you all have executed

11   three JDCAs with OpenAI, is that right, in 2019, 2021,

12   and 2023?

13       A.   Uh-huh.   That sounds accurate.   Yeah.

14       Q.   And Microsoft has also entered into investment

15   agreements with OpenAI in 2019, 2021, and 2023?

16       A.   That sounds accurate.

17       Q.   Is it right that, across those agreements,

18   Microsoft's total investment in OpenAI has been

19   $13 billion?

20       A.   That seems accurate.

21       Q.   And we've touched on it briefly, but on

22   September 11th of 2025, Microsoft and OpenAI executed a

23   memorandum of understanding; is that right?

24             MR. JURATA:   Objection to form.

25       A.   The 2025, yeah, we have an MOU, yes.

141

1  was not trying to make the incremental.  I was thinking,

2  hey, since now we're talking about, you know, we

3  invested a billion, now we're talking 10 billion, let's

4  just make sure that, when we think about this next

5  construct, these are just top of mind things that I

6  think I was just listing out.

7      Q.  And in the last bullet, you write:  If there

8  are no buyers and someone else wins the race, OpenAI

9  shuts down.

10         Why did you think that OpenAI shutting down

11  would be preferable to losing the AGI race?

12             MR. JURATA:  Objection --

13             MR. CULLERTON:  Object to form.

14             MR. JURATA:  -- to form.

15      A.  I think that the way this is written is, I

16  think more along the lines of, if we don't monetize and

17  someone else sort of figures out an AI that is the only

18  AI that anybody wants to buy, what happens, I think is

19  what I'm sort of speculating on.

20      Q.  (By Ms. Schubert)  Why would you contemplate

21  OpenAI shutting down?

22      A.  No, no.  I think what I'm saying there is,

23  what -- there's an eventuality.  I was just trying to

24  point out that the risk here is, we may put 10 billion.

25  Even after having put 10 billion, there are no

142

1    guarantees that we'll get a return, because if we don't

2    build successful products or the API is not going to be

3    useful, if somebody else gets to some milestone, then

4    this will all be flushed out.  And so, therefore, we

5    will -- you know, OpenAI won't exist, and we won't get

6    any return is the point I was making.

7         Q.  Okay.  So this was not a condition that you

8    were placing that OpenAI would have to shut down if it

9    didn't win the race?

10        A.  No, no.

11        Q.  Okay.

12        A.  I'm just saying, this is more about, you know,

13   the risk we need to be able to take is that this may not

14   work.  Right?  We may invest 10 billion, and it may go

15   to zero in terms of its value because -- if OpenAI or us

16   and the entire partnership doesn't continue to be

17   competitive.

18        Q.  Okay.  I would like to move to what we'll mark

19   as Exhibit 15, which is MSFT Musk 35590.

20             (Exhibit No. 15 marked.)

21        Q.  (By Ms. Schubert)  And this is again where the

22   very last page is actually the earliest in time.  And so

23   if you want to go to the very last page of the document,

24   that will be the first email in the chain, and that's

25   where I will focus first.  If you go all the way to

175

1   the foundational construct into which we invested in

2   changes.  So that's why I think we're trying to get that

3   all clarified and done.

4        Q.  (By Ms. Schubert)  Okay.  We'll get to that MOU

5   later.

6        You testified earlier about the OpenAI

7   nonprofit controlling the for-profit.  Do you remember

8   that?

9        A.  Yes.

10       Q.  And to your knowledge, did Microsoft have a

11  representative on the OpenAI board before 2023?

12       A.  Did Microsoft have a board seat, you're saying?

13       Q.  Did you have a representative sitting on the

14  board?

15       A.  No.

16       Q.  Okay.  But Microsoft did have a right to

17  appoint a director to OpenAI's nonprofit board before

18  2023; is that right?

19       A.  I don't know whether we had any rights, but I

20  know we didn't have anyone on the board.

21       Q.  Earlier we touched on Reid Hoffman.  How long

22  has he been involved at Microsoft, to your knowledge?

23       A.  He joined the Microsoft board after we acquired

24  LinkedIn, which I think was in 2015.

25       Q.  And Hoffman has been on Microsoft's board of

197

1    you said.

2        Q.   Okay.  And did somebody tell you that Sam

3    Altman had recruited Ilya Sutskever to OpenAI?

4        A.   Not that I know the detail of exactly how Ilya

5    was hired into OpenAI.  But he worked for Sam as part of

6    OpenAI when Sam was CEO of OpenAI.

7        Q.   But you don't know who recruited Ilya to

8    OpenAI?

9        A.   I don't.

10       Q.   Okay.  In the next paragraph, 12, you jump to

11   2018, but we had previously discussed the 2016 Azure

12   discount?

13       A.   Yes.

14       Q.   Why didn't you include the 2016 Azure discount

15   with OpenAI in this statement?

16       A.   Yeah, it's a good point.  I think we -- I

17   started with really when we entered into a real

18   commercial partnership with JDC because in some sense

19   everything prior to 2019 was more I'll call it just

20   regular Azure marketing customer relationship.  It was

21   not a strategic partnership of -- with any contracts

22   other than just discounts and marketing arrangements.

23       Q.   Okay.  This states that you started discussions

24   with Mr. Altman in Sun Valley in July of 2018.  Do you

25   remember who initiated that conversation?

200

1   their mission of benefitting humanity.

2           And so that's the construct, and it made sense

3   to me.

4       Q.  Is any of the technology Microsoft has produced

5   using OpenAI's IP available to all humanity for free?

6       A.  You know, there are free tiers of Copilot in

7   our products, for sure.  So does OpenAI have in ChatGPT

8   free tiers.  And so in order to first build the

9   technology to even have an opportunity to make something

10  free for everybody, you need to invest a lot.

11      Q.  So the money has to come first.

12      A.  Yeah.  I mean, without it, you don't have a

13  product that is worth anything for anybody.

14      Q.  Okay.  Flipping to -- flipping the page and

15  moving to Paragraph 17, you wrote:  We have no ownership

16  interest in the nonprofit and do not hold a conventional

17  equity shareholding in OpenAI FP.  Instead we hold a

18  convertible interest in OpenAI FP, which will convert

19  into an equity interest.

20          This will not be true anymore after OpenAI

21  executes its -- its conversion to a PBC, right?

22              MR. CULLERTON:  Object to form.

23      A.  That is correct.  It will be -- I mean, if they

24  convert to a regular PBC, we will just be on the cap

25  table as a minority investor.

208

1    Murati, and she's the one who informed me.

2        Q.   Okay.   How did you react to that?

3        A.   Yeah, I was very stunned, because I -- I was

4    not anticipating it.   I had no inkling that there was

5    something going on between the board and Sam.   And so,

6    therefore, I had my -- in part, my initial reaction was,

7    I was pretty stunned.

8            But when I look back even, you know, when I

9    read this even, whatever, yesterday or -- is, I had just

10   two simple thoughts even on that Friday, and it was the

11   same thing, which is, we partner with OpenAI.   We'll

12   continue to partner with OpenAI.   And my first objective

13   was to find out exactly why they fired Sam.   Was there

14   some malfeasance, some other issue.

15           And once I couldn't get anything out of

16   anybody, any board member.   And it was -- so I reached

17   the conclusion that this is mostly about some

18   miscommunication with some other professional,

19   jealousies and so on between people.

20           Then I decided that I will do two things, which

21   is, I will make sure we support OpenAI, and we'll

22   support any talent that was going to leave OpenAI and

23   make sure that they just don't leave for competition.

24       Q.   After your first phone call with Mira, what was

25   the first action that you took?

213

1    A.  Not other than like he didn't feel that he

2  wanted to work at OpenAI without Sam.

3    Q.  Okay.  In Paragraph 33 of your statement, you

4  write, you were informed that OpenAI would make a

5  statement but the statement simply said that Mr. Altman,

6  quote, was not consistently candid in his communications

7  with the board.

8         What did you understand that to mean when you

9  read it?

10    A.  I still don't, quite frankly, understand what

11  it means to date.

12    Q.  Had any of the people you had spoken to on the

13  phone on November 17th provided you with that reason for

14  the ouster?

15    A.  Not in any specific detail.  Because, as I

16  said, I was mostly trying to probe, is there anything,

17  you know, what's the cause of the firing?  I think the

18  word that they would use, if I'm not mistaken, this is

19  just I'm recalling is more like we lost trust or lost

20  confidence, but nothing of any substance and detail.

21    Q.  Did you believe the board thought he had lied

22  to them?

23    A.  See, my focus was a lot more about how do I

24  ensure stability for Microsoft, its customers, and the

25  OpenAI partnership.  So if I think about where my head

1    was at and where I was occupied, I was trying to just

2    figure out what to do, given the situation and the

3    uncertainty on all sides.

4          So I was not really focused on exactly, because

5    one side got -- the one thing I wanted to know was, is

6    there anything I need to know about Sam Altman, that was

7    one, and since there was nothing coming after that, I

8    just let that go and I was mostly focused on saying,

9    come Monday morning, what do we say to the world, and in

10   particular, to our customers.

11        Q.  Have you ever been anything but candid with the

12   Microsoft board?

13        A.  I believe so.  I've always been candid with the

14   Microsoft board.

15        Q.  Would you consider it acceptable or

16   unacceptable for one of your executives to be something

17   other than candid with the Microsoft board?

18        A.  Absolutely.  I mean, it's unacceptable.

19        Q.  In Paragraph 36, you write:  You realized that

20   this must have been the result of something much

21   simpler, such as a combination of miscommunication,

22   professional jealousies, and lack of robust board

23   processes.

24          Did you have a belief as to who the

25   miscommunication was between?

220

1    think the board thought that some board member --

2    management members really did want Sam fired, but then

3    those same folks wanted the board fired.  So it just

4    became a bit of a joke.

5         Q.  So you didn't take seriously the statement that

6    Mr. Altman had not been consistently candid in his

7    communications with the board?

8              MR. JURATA:  Objection; mischaracterizes

9    testimony.

10        A.  You know, as I said, I would have taken

11   anything that the board would have said to me, where

12   they would have said that he's unfit to be CEO, very

13   seriously.

14             And so it was -- you know, once you say he was

15   not consistently candid, then you kind of have to give

16   it some more texture to understand what does that mean,

17   to take a big action like fire the CEO.

18             And also, when the entire employee pool is

19   revolting, you have got to explain, even if not to me,

20   to your own employees.  And so I think that was the

21   issue.

22        Q.  (By Ms. Schubert)  And you all shared this news

23   with Microsoft shareholders?

24        A.  With the Microsoft board first and obviously

25   with the Microsoft shareholders.  That was the Monday

221

1   morning, you know, before the market opens and we needed

2   to sort of clarify.

3          Rather than Microsoft shareholders, my focus

4   was Microsoft customers.  Right?  Because there was a

5   whole lot of customers using these API both on the

6   OpenAI and on the Azure side, and we needed to ensure

7   that, you know, we will be there for them come Monday

8   morning.

9       Q.  And, in fact, Microsoft stock price did drop

10  when the news broke, right?

11      A.  I don't have the exact -- I'm sure it must

12  have.

13      Q.  Did you learn what the investors were concerned

14  about?

15      A.  I think it was -- you know, we were doing super

16  well until Friday market close, and so I think their

17  concern was, hey, look, if this means somehow that the

18  asset that got built and the partnership that got built

19  somehow is irreparably damaged, then how we -- the

20  question was, what does that mean?

21          The good news here was that, you know, thanks

22  to the partnership, thanks to the deal, we had

23  capability, which I subsequently, in some of the

24  interviews I did and so on, did assure.  And primarily

25  our market -- as I said, my focus on markets are super

224

1    zone, but I can represent that it is November 17th of

2    2023 and that the time zone will not be relevant to my

3    questions.

4                MR. JURATA:   Okay.   Thank you.

5         Q.  (By Ms. Schubert)   Let me know when you've had

6    time to read, Mr. Nadella.

7         A.   I've read it.

8         Q.   Okay.   Do you see, about halfway down the page

9    on the left, the text from Mira Murati says:   Thank you

10   for putting out the statement.   That was amazing and

11   helpful.   Today I'm super focused internally, and Satya

12   said he's helping with calming down Sam so he doesn't do

13   anything hypercompetitive.

14               Do you recall calming down Sam on November 17?

15        A.   Yeah.   I mean, I think that is I think what I

16   referenced earlier, because my goal was to make sure

17   that Sam and Greg were not just standing up an

18   alternative lab.

19               And they were obviously getting calls, or some

20   of them were getting calls from everybody else, from

21   Sundar and Mark and even Elon in some cases, and so on.

22   So, therefore, I think the goal I had was, how do we

23   really help these guys sort of not essentially destroy

24   what they built out of whatever blip.   And so that was

25   the goal I had.

225

1       Q.  Is the hypercompetitive -- did you -- did you

2   understand Sam considering anything hypercompetitive?

3       A.  That's not my term, hypercompetitive.

4       Q.  Sure.

5       A.  I was -- I think he -- it became very clear to

6   me that they were not going to sit around and do

7   nothing.  Right?  They were going to immediately start,

8   at least by even Friday night, because there were droves

9   of researchers who were in Sam's house, you know,

10  talking about their next move.  And so that was what I

11  was most worried about.

12      Q.  The competitive landscape, more broadly?

13      A.  Yeah.  And just people exiting OpenAI and then

14  following Greg, Sam.  And then there's a new entity, and

15  then of course, we have to partner with OpenAI.  So

16  that's what I was trying to navigate.

17      Q.  Okay.  Did you know if Sam was -- had any

18  reaction to your public statement of support for OpenAI?

19      A.  I don't -- at least I don't remember Sam

20  talking to me about that.

21      Q.  Okay.

22      A.  I think that, you know, maybe there was just

23  one brief thing that I had said, look, we'll continue to

24  support OpenAI.  I think Sam may have felt like, hey,

25  you know, to some degree what is OpenAI without me, you

233

1    were talking to that is the OpenAI board independently.

2         Q.   Sam knew all the people on the list you

3    provided, right?

4              MR. JURATA:   Objection; form.

5         Q.   (By Ms. Schubert)  Did Sam express to you that

6    he knew everybody on the list provided?

7         A.   I -- I don't know, but, you know, Sam obviously

8    is a pretty well connected guy, and at least from all

9    these Silicon Valley folks, so I would assume he knew

10   most of these names, yeah.

11        Q.   Did he express concern about having new board

12   members that he didn't know at OpenAI?

13        A.   I don't -- at least I didn't talk to him about

14   that.

15        Q.   Okay.  In Paragraph 42, you mention that

16   competitors were raiding talent from OpenAI.

17             How did you know about talent raids?

18        A.   Just, you know, from, you know, talking to

19   Kevin.  I think the call -- I think I know for a fact

20   that Greg himself shared -- this is Brockman -- that

21   Sergey reached out to him.  So I think that, you know,

22   there were people running around, calling everybody.

23        Q.   And were you concerned that loss of talent

24   could hurt OpenAI's ability to perform?

25        A.   Yeah.

234

1     Q.   And then that, of course, could impact

2  profitization?

3     A.   That's right.

4     Q.   Did it occur to you that the nonprofit was

5  taking their time for a reason?

6     A.   Yeah.   I mean, I had no issues with the

7  nonprofit doing whatever they needed -- I mean, the

8  board obviously doing whatever is in the interest of

9  OpenAI.

10          I think the most important thing for -- I would

11  imagine even for them is the company exist Monday

12  morning unless they decided that, you know, we want to

13  shut it down.

14          So that's kind of -- I just wanted mostly them

15  to be clear, what is it that they're trying to do.   And

16  if you want to retain your employees, then you need to

17  figure out how to earn their trust back by having either

18  a CEO or advocating for a CEO being in the front lines

19  of it.

20          And so, I mean, at the end of the day, as I

21  said earlier, I was going to, no matter what, support

22  OpenAI with whomever the CEO was and whatever state it

23  was going to be.

24          I was mostly trying to get clarity on, come

25  Monday morning, what do you want me to say?   Because I

235

1    think Emmett Shear was also the guy who they introduced

2    on Sunday night as the next CEO.  And so I issued a

3    statement even there and said, great, we'll support

4    Emmett Shear.

5         Q.  But OpenAI didn't have that same Wall Street

6    Monday morning ticker clock, did it?

7         A.  It's not -- as I said, it's not -- you know,

8    Wall Street I think is just a -- it's not the biggest

9    issue.  It's not even for me.  It's the customers.

10   Right?

11            So the point is, there were customers calling.

12   And in fact, even during the weekend, people were moving

13   off of Open- -- in fact, OpenAI endpoint to Azure OpenAI

14   endpoint.

15            So it was all about really ensuring that the

16   customers who were running businesses that are using

17   these APIs, if they felt like all this was just all

18   going to disappear, they would just, like, they would

19   have to move or we have to be truthful.  Like, we can't

20   say if some material impact was going to happen.  So I

21   think that that was more of my concern.

22        Q.  And there came a time when you tried to give a

23   deadline to the OpenAI board of 10 a.m. on Sunday

24   morning.  Do you recall that?

25        A.  Maybe.  Just so that I could get some clarity

243

1    use.

2        Q.   Okay.  In the last sentence of the same

3    paragraph, you write:  The reality is, as we are -- I'm

4    sorry.  The reality is, we are, as I said, very

5    self-sufficient in all of this.

6        A.   Yeah.

7        Q.   In your CMA statement, you wrote that Microsoft

8    needed OpenAI, and here you are saying that Microsoft

9    was self-sufficient.  Which was it?

10       A.   Yeah.  I mean, I think the point here is that

11   we have all the IP rights.  I will have to rebuild.  And

12   so, therefore, what I was saying is, we have the

13   know-how, we have the IP, and now we will have to do a

14   bunch of rebuilding, but we are self-sufficient in our

15   ability to continue.

16       Q.   Okay.  Ultimately, Sam Altman gets reinstated;

17   is that right?

18       A.   That's right.

19       Q.   And Microsoft gets a board observer seat; is

20   that right?

21       A.   That is right.  That's right.

22       Q.   And you filled that with Dee Templeton?

23       A.   That's right.

24       Q.   Was her role -- what was her role, in your

25   view?

273

1      A.   Yeah.   It's pretty infrequent.   And since the

2   OpenAI founding, maybe five or six times in different

3   contexts but never actually about -- other than the

4   first phase in what the 2016 when we were doing the

5   Dota 2 competition and Azure credits, all my

6   conversations with Elon are about gaming or about

7   Windows or about SpaceX and Tesla and Teams usage, or

8   lately it's all about X.AI.

9      Q.   In any of those discussions, did Mr. Musk

10  communicate to you that there was any agreement between

11  OpenAI and Mr. Musk that would prevent Microsoft's

12  strategic partnership with the for-profit subsidiary?

13           MS. SCHUBERT:   Object to form.

14      A.   I have not heard anything from Elon about that.

15      Q.   (By Mr. Jurata)   In any of your discussions

16  with Mr. Musk, did he communicate to you that there was

17  any agreement between Mr. Altman personally and Mr. Musk

18  that would prevent Microsoft's strategic partnership

19  with the for-profit subsidiary?

20           MS. SCHUBERT:   Object to form.

21      A.   No.

22      Q.   (By Mr. Jurata)   In any of your discussions

23  with Mr. Musk, did he communicate to you that there were

24  any restrictions associated with financial contributions

25  he may have made to the not-for-profit?

Attorneys Eyes Only                 Satya Nadella - September 24, 2025

274

1          A.   No.

2          Q.   In any of your conversations with Mr. Musk, did

3    he indicate that there was a commitment amongst the

4    founders as to what the term "open" means in the name

5    OpenAI?

6          A.   No.

7               MS. SCHUBERT:   Object to form.

8          Q.   (By Mr. Jurata)   In any of your conversations

9    with Mr. Musk, did he indicate to you that there were

10   any commitments between the founders whether or not to

11   open source OpenAI's technology?

12         A.   No.

13              MS. SCHUBERT:   Object to form.

14         Q.   (By Mr. Jurata)   You also testified earlier

15   today about Mr. Reid Hoffman, Mr. Nadella.   Between the

16   time of OpenAI -- strike that.   Start again.

17              Between the time of OpenAI's founding and the

18   time that Mr. Hoffman left the OpenAI board, how often

19   would you communicate with him?

20         A.   You know, in the board meetings that he

21   attended, and I would have some regular meetings with

22   Reid from time to time because, as I said, he is someone

23   I've known for a long time, and he's an investor who

24   invests broadly in the ecosystem and also I sort of use

25   his counsel on many of our Microsoft efforts.

Attorneys Eyes Only                 Satya Nadella - September 24, 2025

275

1      Q.  Do you recall earlier today, Ms. Schubert

2  asking you questions concerning a corrected declaration

3  that Mr. Hoffman submitted in this case?

4      A.  Yes, I do.

5      Q.  And I was a little bit confused by that

6  testimony, Mr. Nadella, so I just -- I just want to ask

7  a question.

8          In the context of Mr. Hoffman's service on the

9  Microsoft board, did he participate in any discussions

10  regarding Microsoft's strategic partnership with the

11  OpenAI for-profit subsidiary?

12      A.  He did not.

13          MS. SCHUBERT:  Objection; basis for

14  knowledge.

15      A.  He did not.

16      Q.  (By Mr. Jurata)  In any of your discussions

17  with Mr. Hoffman, did he communicate to you that there

18  was any agreement between OpenAI and Mr. Musk that would

19  prevent Microsoft's strategic partnership with the

20  for-profit subsidiary?

21      A.  No.

22          MS. SCHUBERT:  Object to form.

23      Q.  (By Mr. Jurata)  In any of your discussions

24  with Mr. Hoffman, did he indicate to you that there was

25  an agreement between Mr. Altman personally and Mr. Musk

276

1  that would prevent Microsoft's strategic partnership

2  with the OpenAI for-profit subsidiary?

3        MS. SCHUBERT:  Object to form.

4        A.  No.

5        Q.  (By Mr. Jurata)  In any of your discussions

6  with Mr. Hoffman, did he indicate to you that he was

7  aware of any restrictions that were associated with the

8  financial contributions that Mr. Musk made to the

9  nonprofit?

10       A.  No.

11       Q.  Between the time -- actually, I take that back.

12            Sitting here today, has anyone on your

13  leadership team ever told you that there was any

14  agreement between OpenAI and Mr. Musk that would prevent

15  Microsoft's strategic partnership with the OpenAI

16  for-profit subsidiary?

17       MS. SCHUBERT:  Object to form.

18       A.  No.

19       Q.  (By Mr. Jurata)  Has anyone on your leadership

20  team ever told you that there was an agreement between

21  Mr. Altman personally and Mr. Musk that would prevent

22  Microsoft's strategic partnership with the OpenAI

23  for-profit subsidiary?

24       MS. SCHUBERT:  Object to form.

25       A.  No.

Attorneys Eyes Only                Satya Nadella - September 24, 2025

277

1      Q.  (By Mr. Jurata)  And has anyone on your

2  leadership team ever told you that they were aware of

3  any restrictions that were associated with Mr. Musk's

4  financial contributions to the not-for-profit?

5      A.  No.

6      Q.  If there were any such agreements, do you think

7  your leadership team would tell you?

8      A.  Yes.

9          MS. SCHUBERT:  Object to form.

10     A.  Yes.

11     Q.  (By Mr. Jurata)  Why?

12     A.  I mean, they are the information that we would

13  need to know and take into consideration if somehow

14  there was going to be a thing that got in the way of our

15  making agreements, but the fundamental thing that I

16  would say is, we are really -- we would bring it up with

17  the nonprofit board because ultimately the

18  responsibility here is with the nonprofit board to

19  create the conditions for them to be able to get

20  investments from companies like Microsoft for the

21  for-profit entity.

22          So if there was something that I got to know

23  that their nonprofit board needed to know and clarify

24  that, that's where I would go.

25          MR. JURATA:  I have no further questions.

Attorneys Eyes Only    Satya Nadella - September 24, 2025

282

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF KING

        I, Barbara K. Castrow, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of Satya Nadella, having been duly sworn, on September 24, 2025, is true and accurate to the best of my knowledge, skill and ability.

        IN WITNESS WHEREOF, I have hereunto set my hand and seal this 26th day of September, 2025.

_____

Barbara K. Castrow, CCR, RMR, CRR

Certified Court Reporter #2395

My certification expires:

November 24, 2025