EXHIBIT 3

Elon Musk v.                    FINAL              September 26, 2025
Samuel Altman              [CONFIDENTIAL]                  Elon Musk

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----------------------------------------

ELON MUSK, et al.,

         Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

         Defendants.


Case No. 4:24-cv-04722-YGR

----------------------------------------


VIDEO DEPOSITION OF

Elon Musk

September 26, 2025

San Francisco, California

LEAD: William Savitt, Esquire

FIRM: Wachtell Lipton Rosen & Katz




FINAL COPY - CONFIDENTIAL

JANE ROSE REPORTING - 1-800-825-3341

Elon Musk v.                          FINAL                    September 26, 2025
Samuel Altman                    [CONFIDENTIAL]                         Elon Musk

Page 2

APPEARANCES:


ATTORNEY(S) FOR PLAINTIFFS AND THE WITNESS:
    STEVEN F. MOLO, ESQ.
    smolo@mololamken.com
    ROBERT K. KRY, ESQ.
    rkry@mololamken.com
    WALTER HAWES, ESQ.
    whawes@mololamken.com
    JENNIFER SCHUBERT, ESQ.
    jschubert@mololamken.com
    SARA TOFIGHBAKHSH, ESQ. (Via Zoom)
    stofighbakhsh@mololamken.com
    ALEXANDRA EYNON, ESQ.  (Via Zoom)
    aeynon@mololamken.com
        MOLOLAMKEN LLP
        600 New Hampshire Avenue, NW, Suite 660
        Washington, D.C. 20037
        202.556.2011

Elon Musk v.                     FINAL                September 26, 2025
Samuel Altman                [CONFIDENTIAL]                    Elon Musk

Page 3

APPEARANCES (Cont'd):


ATTORNEY(S) FOR PLAINTIFFS AND THE WITNESS:
    MARC TOBEROFF, ESQ.
    mtoberoff@toberoffandassociates.com
    JAYMIE PARKKINEN, ESQ.
    jparkkinen@toberoffandassociates.com
        TOBEROFF & ASSOCIATES PC
        23823 Malibu Road, Suite 50-36
        Malibu, California 90265
        310.246.3333


ATTORNEY(S) FOR ALL DEFENDANTS EXCEPT MICROSOFT:
    WILLIAM FRENTZEN, ESQ.
    wfrentzen@mofo.com
        MORRISON & FOERSTER LLP
        425 Market Street
        San Francisco, California 94105
        415.268.6413

JANE ROSE REPORTING                 California Firm No. 254
1-800-825-3341                janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

```
                                                        Page 4

    APPEARANCES (Cont'd):


    ATTORNEY(S) FOR ALL DEFENDANTS EXCEPT MICROSOFT:


        WILLIAM S. SAVITT, ESQ.
        wdsavitt@wlrk.com
        NATHANIEL D. CULLERTON, ESQ.
        ndcullerton@wlrk.com
        IOANNIS DRIVAS, ESQ.
        iddrives@wlrk.com
        SARAH EDDY, ESQ.
        skeddy@wlrk.com
        BRADLEY R. WILSON, ESQ.  (Via Zoom)
        brwilson@wlrk.com
            WACHTELL, LIPTON, ROSEN & KATZ
            51 West 52nd Street
            New York, New York 10019
            212.403.1329
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman               [CONFIDENTIAL]                    Elon Musk

Page 5

APPEARANCES (Cont'd):

ATTORNEY(S) FOR DEFENDANT MICROSOFT:

    RUSSELL P. COHEN, ESQ.
    russ.cohen@dechert.com
    HOWARD ULLMAN, ESQ.  (Via Zoom)
    howard.ullman@dechert.com
        DECHERT LP
        45 Fremont Street, 26th Floor
        San Francisco, California 94105
        415.262.4506


    NISHA PATEL GUPTA, ESQ. (Via Zoom)
    nisha.patelgupta@dechert.com
        DECHERT LLP
        US Bank Tower
        633 West 5th Street, Suite 4900
        Los Angeles, California 90071-2032
        213.808.5735


    JOHN A. JURATA, JR., ESQ.
    jay.jurata@dechert.com
        DECHERT
        1775 Eye Street, Northwest
        Washington, D.C.  20006
        202.261.3326


JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341                 janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

```
                                                          Page 6

    APPEARANCES (Cont'd):


        YOSEF WEITZMAN, ESQ. (Via Zoom)
        yosi.weitzman@dechert.com
           DECHERT
           CIRA Center 2929 Arch Street
           Philadelphia, Pennsylvania 19104
           215.994.4000




    JANE ROSE REPORTING
                74 Fifth Avenue
                New York, New York 10011
                1-800-825-3341
                GAIL L. INGHRAM, Court Reporter
                BA, CRR, CLR, RDR, CSR-CA (No. 8635)
                JASON BUTKO, Videographer
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman               [CONFIDENTIAL]                    Elon Musk

Page 7

TABLE OF CONTENTS

EXAMINATION OF:                                    PAGE
ELON MUSK
            By Attorney Savitt ..............10
            By Attorney Cohen ..............343
            By Attorney Molo ...............359




Reporter Certificate ................. Page 364
Notice to Read and Sign .............. Page 366
Index of Exhibits .................... Page 368

JANE ROSE REPORTING                     California Firm No. 254
1-800-825-3341                    janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                   Elon Musk

```
                                                    Page 8
 1                  Friday, September 26, 2025
 2                   San Francisco, California
 3                        -   -   -
 4              THE VIDEOGRAPHER:  This is the start of
 5    Media Number 1 in the deposition of Elon Musk in
 6    the matter of Elon Musk v. Samuel Altman in the
 7    court of the United States District Court for the
 8    Northern District of California; Case Number
 9    4:24-cv-04722-YGR.
10              This deposition is being taken at 755
11    Sansome Street in San Francisco, California, on
12    September 26th, 2025, at approximately 9:53 a.m.
13              My name is Jason Butko with Jane Rose
14    Reporting, here with our court reporter,
15    Gail Inghram, with Jane Rose Reporting.
16              Counsel can you please identify yourself
17    and who you represent, starting with the
18    questioning attorney.
19              ATTORNEY SAVITT:  William Savitt,
20    Wachtell Lipton Rosen & Katz, for the OpenAI
21    defendants.  With me are my colleagues Sarah Eddy,
22    Ionnis Drivas, and Nate Cullerton.
23              ATTORNEY COHEN:  Good morning.  Russell
24    Cohen for Microsoft.  With me is Jay Jurata from
25    the Dechert LLP firm.
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                   Elon Musk

```
                                                        Page 9
  1              ATTORNEY FRENTZEN:  Morning.  William
  2    Frentzen here for the OpenAI defendants.
  3              ATTORNEY MOLO:  Steven Molo from
  4    MoloLamken on behalf of Mr. Musk and the
  5    plaintiffs.
  6              ATTORNEY TOBEROFF:  Marc Toberoff,
  7    Toberoff & Associates, on behalf of Mr. Musk, the
  8    plaintiff.
  9              ATTORNEY KRY:  Robert Kry from
 10    MoloLamken on behalf of Mr. Musk.
 11              ATTORNEY HAWES:  Walter Hawes from
 12    MoloLamken on behalf of Mr. Musk.
 13              ATTORNEY PARKKINEN:  Jaymie Parkkinen,
 14    Toberoff & Associates, on behalf of Mr. Musk.
 15              THE VIDEOGRAPHER:  Will the court
 16    reporter please swear in the witness.
 17
 18    WHEREUPON,
 19                        ELON MUSK,
 20    being first duly sworn or affirmed to testify to the
 21    truth, the whole truth, and nothing but the truth,
 22    was examined and testified as follows:
 23    ///
 24    ///
 25    ///
```

Elon Musk v.                    FINAL              September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 74

1    time in that circumstance?

2          A.    If that were to happen, I would spend

3    more time, yes.

4          Q.    Because up until, then you hadn't been

5    spending that much time; right?

6          A.    There were -- the time allocation to

7    OpenAI varied from heavy to light, depending on

8    the needs of the company.

9          Q.    Do you recall that in 2016 you

10   committed to providing quarterly grants of

11   $5 million to OpenAI?

12         A.    I do vaguely recall that, yeah.

13         Q.    And you remember that you covered the

14   rent and related expenses for OpenAI's use of the

15   Pioneer Building?

16         A.    Yes.

17         Q.    And in the midst of these discussions

18   about the creation of a for-profit in 2017, you

19   suspended your $5 million quarterly grant, didn't

20   you?

21         A.    Yes, I -- I think at that point I became

22   concerned that OpenAI veering from its mission.

23         Q.    Is that why you suspended the quarterly

24   grant?

25         A.    I -- I felt I couldn't trust Sam and

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

```
                                              Page 106
 1   discussions about a for-profit pivot in 2017;
 2   right?
 3        A.   Yes.
 4        Q.   Sticking for just a second with the
 5   document we were just looking at, if I could ask
 6   you to look at the first page of it, Mr. Musk.
 7             And you see four paragraphs in,
 8   Mr. Karpathy writes:
 9             "A for-profit pivot might create a
10        more sustainable revenue stream over
11        time."
12             Do you see that?
13        A.   Yeah.
14        Q.   And then he writes:
15             "The most promising option I can
16        think of, as I mentioned here, would be
17        for OpenAI to attach to Tesla as its
18        cash cow."
19             Do you see that?
20             ATTORNEY MOLO:   I'm sorry.   Where is
21   that?   That's the next paragraph?
22             ATTORNEY SAVITT:   Yes, thank you,
23   Mr. Molo.
24        A.   Yeah, I see he writes that.
25   ///
```

Elon Musk v.                FINAL                September 26, 2025
Samuel Altman            [CONFIDENTIAL]                  Elon Musk

Page 107

1    BY ATTORNEY SAVITT:

2          Q.    And you respond that Mr. Karpathy is

3    exactly right, don't you?

4          A.    Yes.

5          Q.    You say.

6                "We may wish it otherwise, but in

7    my and Andrej's opinion, Tesla is the

8    only path that could even hope to hold a

9    candle to Google.   Even then the

10   probability of being a counterweight to

11   Google is small; it's just not zero --

12   It just isn't zero."

13               That's what you said; right?

14         A.    That's what I thought in this email,

15   yes.

16         Q.    So the probability that you assigned

17   for OpenAI to hold a candle to Google without

18   Tesla was zero; right?

19         A.    I guess, in that moment, I did, yes.

20         Q.    And you agreed with Mr. Karpathy that

21   OpenAI needed to attach to Tesla to have any

22   chance of being a counterweight to Google;

23   correct?

24         A.    In that moment, yes.

25         Q.    And, now, on the scenario where OpenAI

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 136

1    resigning.

2    BY ATTORNEY SAVITT:

3        Q.    So you tweeted on February 17th,

4    2019:

5              "To clarify, I've not been involved

6        closely with OpenAI for over a year and

7        don't have management or board

8        oversight."

9        A.    Okay.

10       Q.    Is that true?

11       A.    I guess so.

12       Q.    You have no ownership or control of

13   OpenAI; correct?

14       A.    Yes.

15       Q.    You gave up all your governance rights

16   in OpenAI when you left the board; right?

17       A.    Yes.

18       Q.    After you resigned from the board, did

19   you provide -- strike that question.

20             You were aware, weren't you, Mr. Musk,

21   that in 2018 OpenAI began considering the

22   formation of a capped-profit subsidiary?

23       A.    I don't recall.

24       Q.    You don't remember whether you came to

25   be aware of that in 2018; is that right?

JANE ROSE REPORTING              California Firm No. 254
1-800-825-3341                   janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman               [CONFIDENTIAL]               Elon Musk

Page 142

1    BY ATTORNEY SAVITT:
2         Q.    You can answer.
3         A.    Yeah, I mean, I was -- I was
4    uncomfortable with a for-profit entity, but that
5    discomfort was by mitigated by the profit cap.
6         Q.    Well, Mr. Molo wants me to ask you
7    questions; I'll ask you questions.  Let's see if
8    I can get an answer.
9              ATTORNEY MOLO:  We really don't need
10   that.
11             ATTORNEY SAVITT:  Mr. Molo, you --
12             ATTORNEY MOLO:  We really do not need
13   the external comments.
14             ATTORNEY SAVITT:  Your objection --
15             ATTORNEY MOLO:  Ask your question.
16   BY ATTORNEY SAVITT:
17        Q.    When you learned that OpenAI had formed
18   a capped-profit subsidiary, did you believe that
19   that breached a commitment owed to you by OpenAI
20   or Altman?
21        A.    I was uncomfortable with that, but it
22   didn't seem like a showstopper, because the profit
23   was capped.
24   BY ATTORNEY SAVITT:
25        Q.    And when you say it wasn't a

JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341                janerose@janerosereporting.com

Elon Musk v.                FINAL                September 26, 2025
Samuel Altman            [CONFIDENTIAL]              Elon Musk

```
                                              Page 143
 1    showstopper, do you mean that that structure, at
 2    least, didn't seem to you to constitute an
 3    abrogation of a commitment or agreement that had
 4    been made to you?
 5         A.   It felt like a step in the wrong
 6    direction; but because it was mitigated by the
 7    profit cap, it made me uncomfortable, but not --
 8    it wasn't a showstopper at that time.
 9         Q.   And Altman sent you a term sheet in
10    connection with the proposed capped-profit
11    restructuring, didn't he?
12         A.   I don't recall.
13              ATTORNEY SAVITT:  Let's take a look at
14    Exhibit 8.
15              (Whereupon, Musk Exhibit Number 8 was
16              marked for identification and is
17              attached hereto.)
18              (Incidental comments made off the
19              stenographic record.)
20         A.   Yes.
21    BY ATTORNEY SAVITT:
22         Q.   So you see that this document was sent
23    to you on August 31st, Mr. Musk?
24         A.   Yes.
25         Q.   Of 2018?
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

```
                                                   Page 162
 1             THE VIDEOGRAPHER:  This is beginning
 2     Media Number 5.  We're back on the record at
 3     2:37 p.m.
 4             ATTORNEY SAVITT:  Thank you.
 5     BY ATTORNEY SAVITT:
 6             Mr. Musk, in 2019, you learned that
 7     Microsoft had made a $1 billion investment in
 8     OpenAI's for-profit entity; correct?
 9        A.   Yes.
10        Q.   Did you review the announcement that
11     made public the $1 billion investment?
12        A.   I read the news.
13        Q.   You didn't read the announcement before
14     it was made?
15        A.   I don't recall.
16        Q.   Did you think that the deal was
17     impressive?
18        A.   I don't recall.
19             ATTORNEY SAVITT:  Let's take a look at
20     Exhibit 20.
21             (Whereupon, Musk Exhibit Number 20
22             was marked for identification and is
23             attached hereto.)
24     BY ATTORNEY SAVITT:
25        Q.   Exhibit 20 is a text message exchange
```

JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341              janerose@janerosereporting.com

Elon Musk v.                    FINAL                    September 26, 2025
Samuel Altman              [CONFIDENTIAL]                        Elon Musk

Page 164

1    communication -- of text and voice.
2         Q.   Did you discuss the Microsoft deal
3    before it was announced with Mr. Altman?
4         A.   I don't recall.
5         Q.   Do you recall raising any concerns with
6    Mr. Altman when the deal was announced with it?
7         A.   I don't recall.
8         Q.   Do you recall, at the time you learned
9    of the Microsoft deal in 2019, telling anyone
10   that it broke a promise that had been made to you
11   by OpenAI?
12        A.   I don't recall.  No, I don't think so.
13        Q.   And at the time you learned of the 2019
14   Microsoft deal, did you believe that it did
15   violate a commitment that had been made to you by
16   OpenAI?
17        A.   What I do recall, just the best of my
18   recollection, the -- I felt uneasy about the deal;
19   but I think the -- you know, the capped profit and
20   that kind of thing, it seemed like this was
21   simply -- that, ultimately, things would revert to
22   the nonprofit.  So -- you know, as long as things
23   reverted to the nonprofit that would be okay.
24        Q.   And I think I know what you mean,
25   Mr. Altman -- Mr. Musk, I'm sorry.  But I want to

Elon Musk v.                    FINAL                  September 26, 2025
Samuel Altman              [CONFIDENTIAL]                   Elon Musk

Page 165

1    make sure I do.

2              When you say "revert to the nonprofit,"

3    do you mean that once the caps were satisfied, the

4    residual profits would flow to the nonprofit?  Is

5    that what you mean by that?

6         A.   Yeah.

7         Q.   Thank you -- excuse me.

8              Did you have an understanding as to what

9    Microsoft would be investing its capital in?

10        A.   My rough impression -- I wouldn't say

11   it's detailed understanding -- was that Microsoft

12   would be providing server resources like GPU

13   resources.

14        Q.   To OpenAI?

15        A.   Yeah.

16        Q.   And did you have any understanding as

17   to what entity -- what the -- what the assets of

18   the entity that Microsoft was investing in would

19   be?

20        A.   No.

21        Q.   You didn't have any knowledge of that?

22        A.   No.

23        Q.   All right.  Since the Microsoft

24   transaction was announced in 2019, have you

25   learned anything about it that causes you to

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 166

1    believe that it broke a promise that was made to
2    you by OpenAI or by Mr. Altman?
3         A.    Sorry.  You're referring to that
4    specific deal or any deal?
5         Q.    I'll try again because last thing I
6    want to be is confusing.
7              Since the Microsoft deal was made
8    apparent to you in 2019, have you learned anything
9    about it, the Microsoft deal, that caused you to
10   believe that it constituted a broken promise to
11   you by OpenAI or Mr. Altman?
12        A.    No, I don't think so.  Well, like I
13   said, I felt uneasy about it.  But so long as
14   there was a profit cap in place and the -- you
15   know, the -- in a reasonable period of time, the
16   profits would return to the -- basically, the
17   nonprofit would -- any sort of financial benefits
18   would accrue to the nonprofit, I think that's sort
19   of uneasy.  But it seems like, okay, ultimately,
20   things will revert to the nonprofit so that's
21   probably okay.  Albeit it makes me uneasy.
22        Q.    Was it your understanding that the
23   revenue would revert to the nonprofit even if the
24   nonprofit didn't exceed the ability to satisfy
25   the capped return?

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                    janerose@janerosereporting.com

Elon Musk v.                 FINAL                September 26, 2025
Samuel Altman          [CONFIDENTIAL]                      Elon Musk

Page 167

1      A.    My understanding of the deal is very
2   proximate.  I didn't, you know, study the minutia
3   of the deal.  So I can't say that I -- I can't
4   speak with certainty here.  But, broadly, so long
5   as the things ended up back at the nonprofit, I
6   would be uneasy but probably ultimately okay with
7   that as long as the nonprofit benefited in the
8   long term.
9      Q.    And when you say "things returned to
10  the nonprofit," Mr. Musk, do you mean the revenue
11  that exceeded the capped profit returns?
12      A.    The revenue and then ownership of the
13  AI, like the control of the AI would be with the
14  nonprofit.  Not the for-profit.
15          And the for-profit -- my
16  understanding -- my understanding, very broad
17  understanding, like not a precise understanding,
18  is that, effectively, the for-profit would --
19  perhaps my understanding is wrong.
20          But that the for-profit would revert --
21  that the for-profit would effectively dissolve
22  past a certain profit number; and then we'd be
23  back to just having the nonprofit.
24      Q.    So your understanding was that the --
25  or you're -- recognizing that you've made caveats

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                     janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                   Elon Musk

Page 168

1    about the degree of your understanding, your
2    understanding was that after the capped profits
3    were satisfied, the for-profit entity would
4    essentially go away and everything that it owned
5    would revert to the not-for-profit.  Is that your
6    understanding?
7         A.    Yes.  Essentially, control of the AI
8    would -- and the revenue would revert to the
9    nonprofit.
10        Q.    And by control of the AI, you mean the
11   intellectual property associated with the --
12        A.    Not just the intellectual property, but
13   who is in charge of the AI.  Like who decides what
14   the AI does or doesn't do.
15        Q.    And given that structure, while you
16   were somewhat uncomfortable with it, it seemed
17   like it was not so bad.  Is that fair?
18             ATTORNEY MOLO:  Objection to the form of
19   the question.
20        A.    Can you say that again?
21   BY ATTORNEY SAVITT:
22        Q.    Yeah.  I said given that structure,
23   even though you had some discomfort with it, the
24   arrangement didn't seem that bad to you at the
25   time?

Elon Musk v.                 FINAL                September 26, 2025
Samuel Altman            [CONFIDENTIAL]                    Elon Musk

Page 169

1      A.    I was uneasy, it made me a little
2  uncomfortable.  But it sounded like that it would
3  be, ultimately, a happy ending with the control
4  and the cash flow reverting to the nonprofit.
5  That's -- the profit cap thing.
6      Q.    Was it critical to you that,
7  ultimately, control would -- ultimately, it would
8  rest with the not-for-profit?  Was that
9  critically important to you?
10      A.    Yeah, it was one of the major factors,
11  sure.
12      Q.    Did you become aware in 2020 or earlier
13  that Microsoft had obtained an exclusive license
14  to GPT-3?
15      A.    What time?  What date?
16      Q.    By 2020.
17      A.    Well, it I can't be exclusive -- I guess
18  as -- because OpenAI would -- both OpenAI and
19  Microsoft would have it.
20      Q.    Yes.  I'm sorry.  Yes.
21      A.    So I don't recall it being exclusive,
22  but -- yeah.
23      Q.    Do you recall around this time tweeting
24  that the arrangement in 2020 seemed like the
25  opposite of open?

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman               [CONFIDENTIAL]                    Elon Musk

Page 344

1          Q.     Well, let's --
2          A.     That's what I read.
3          Q.     Let's talk about private gain for a
4    moment.
5                 Do you believe that it's wrong for
6    Microsoft to earn Azure fees for providing
7    services?
8          A.     No.
9          Q.     Okay.  Do you believe that it's --
10         A.     Yeah, yeah.
11         Q.     Do you have anything more to say?
12         A.     I think I made the original call to ask
13   if Satya, if he would donate some Azure credits to
14   OpenAI.
15         Q.     Right.  And your preference was to deal
16   with Microsoft rather than Amazon at the time;
17   right?
18         A.     Well, I didn't call Jeff, because, you
19   know, he's a bit of a -- I'm not sure he's likes
20   me to be favorable because he's got a rocket
21   company that competes with mine.
22         Q.     And I think the word you used at the
23   time was Jeff was a tool.
24         A.     Yeah.  He can be, you know.
25         Q.     Now --

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                 janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

---

Page 345

1    A.   There's a redemption arc for all of us.
2    Q.   You said earlier that nonprofits can
3  contract with other companies for services;
4  right?
5    A.   Yes.
6    Q.   And I take it the flip side is true,
7  that for-profits can contract with nonprofits for
8  services as well?
9    A.   Yes.
10    Q.   And do you understand what services
11  Microsoft provided to OpenAI after 2019?
12    A.   I don't know all of the services, but,
13  primarily, it was GPUs.
14    Q.   You have a general understanding of
15  what it costs to provide the kinds of GPUs that
16  are needed to train the kinds of models that
17  OpenAI was training; right?
18    A.   Yeah, it's very expensive.
19    Q.   Right.  I mean as the CEO of xAI,
20  you've built Colossus.  You understand the costs
21  that's associated with that?
22    A.   Yes.
23    Q.   And do you have any understanding of
24  exactly how much that cost was for Microsoft?
25  What its investment was?

---

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 348

1    speculation.

2         Q.    I mean, you recognized in 2016 that

3    Microsoft required Azure in order to continue --

4    that OpenAI required Azure in order to continue

5    to improve its models; correct?

6         A.    2016?

7         Q.    Yes, in 2016.

8         A.    I don't recall exactly which year that

9    was.

10        Q.    Do you recall Mr. Altman negotiating an

11   agreement -- do you recall Mr. Altman negotiating

12   an agreement for discount compute for Microsoft

13   in September of 2016?

14        A.    I don't recall.

15        Q.    Do you recall going to Microsoft to

16   obtain more compute in 2017 as you were working

17   on the Dota 1v1 project?

18        A.    I don't think -- I vaguely recall that.

19        Q.    And do you recall Mr. Altman seeking to

20   get more compute from Microsoft in 2018 as OpenAI

21   was working on the Dota 5v5 project?

22        A.    I do vaguely recall that, yeah.

23        Q.    And so you understand that by the time

24   you get to 2018 and then to 2019, the appetite

25   for compute was increasing significantly?

Elon Musk v.                    FINAL                 September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 357

1      A.    Right now, you know, it's just a little
2 nibble, but I think that the teeth will get bigger
3 over time.
4      Q.    I want to show you another one of your
5 posts on X.  Maybe it was a tweet on Twitter at
6 the time.
7            ATTORNEY COHEN:    It is Tab 16, which I
8 think is Exhibit 24.
9            (Whereupon, Musk Exhibit Number 24
10           was marked for identification and is
11           attached hereto.)
12 BY ATTORNEY COHEN:
13     Q.    I think Mr. Savitt asked you about
14 this.
15           Do you see that?
16           And why are you laughing, Mr. Musk?
17     A.    Just somebody replies "Exclusive
18 license," in quotes.   "Might as well have renamed
19 it closed AI."
20           That wasn't me.  It was somebody else.
21     Q.    Right.  So the initial post was an
22 article that reported that Microsoft gets
23 exclusive license for OpenAI's GPT-3 language
24 model; is that correct?
25     A.    Yeah.

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 358

1        Q.    And that was September 24th, 2020?
2        A.    Yeah.
3        Q.    Somebody tagged you.    And what they
4   wrote was:    "I thought OpenAI was supposed to
5   democratize this tech, not give Microsoft an
6   exclusive license; correct?
7        A.    Yeah.
8        Q.    And when you saw that, did you believe
9   that it was inconsistent with the commitment to
10  open source?
11       A.    I mean, it did sort of ring some alarm
12  bells.
13       Q.    Right.    And in response, you posted:
14  "This does seem like the opposite of open.
15  OpenAI is essentially captured by Microsoft."
16       Right?
17       A.    That's what I posted.
18       Q.    So on September 24th, 2020, you
19  thought Microsoft had captured OpenAI; right?
20       A.    That's what it seemed like.
21             But, yeah, I do predict the tables will
22  turn and ultimately --
23             ATTORNEY MOLO:    Wait until he asks you a
24  question.
25       A.    Yeah.    Sorry.    Fair enough.

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                      janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                 Elon Musk

```
                                                    Page 364
 1              CERTIFICATE OF SHORTHAND REPORTER

 2

 3              I, Gail Inghram, Registered Diplomate

 4       Reporter, Certified Realtime Reporter,

 5       CA-Certified Shorthand Reporter Number 8635, and

 6       Notary Public, the officer before whom the

 7       foregoing proceedings were taken, do hereby

 8       certify that the foregoing transcript is a true

 9       and correct record of the proceedings; that said

10       proceedings were taken by me stenographically and

11       thereafter reduced to typewriting under my

12       supervision; and that I am neither counsel for,

13       related to, nor employed by any of the parties to

14       this case and have no interest, financial or

15       otherwise, in its outcome.

16

17

18

19       _____

         Gail Inghram, RDR, CRR, CSR
20       CA-CSR No. 8635

21

22

23

24

25
```

JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341                 janerose@janerosereporting.com