# EXHIBIT 4

**From:** "Elon Musk" <erm@spacex.com>
**To:** "Sam Altman" <sam@ycombinator.com>
**Subject:** Re: microsoft/openAI
**Date:** Tue, 30 Aug 2016 06:25:19 -0000
**Importance:** Normal

---

Sounds good

==I will call Satya if we get to decent terms. A simple text blog expressing appreciation of Microsoft's donation on our website will help them a lot.== They can always point people to that.

On Aug 29, 2016, at 10:18 AM, Sam Altman <sam@ycombinator.com> wrote:

Amazon started really dicking us around on the T+C, especially on marketing commits.

And their offering wasn't that good technically anyway.

Will send you detailed terms by end of this week or so, still going back on forth on that part. So far looking clean though.

On Mon, Aug 29, 2016 at 10:15 AM, Elon Musk <erm@spacex.com> wrote:
> I'm ok with this only if they don't use it in marketing. I would also like to see the exact terms and conditions. Gifts are only as good as the T&C.
>
> What happened to Amazon?
>
> ==I think Jeff is a bit of a tool and Satya is not, so I slightly prefer Microsoft,== but I hate their marketing dept.
>
> > On Aug 29, 2016, at 10:00 AM, Sam Altman <sam@ycombinator.com> wrote:
> >
> > I have negotiated a $50 million compute donation from them over the next 3 years!
> >
> > Do you have any reason not to like them, or care about us switching over from Amazon?

Confidential
2024MUSK-0008763