# EXHIBIT 5

| | |
|---|---|
| **From:** | Greg Brockman |
| **To:** | Elon Musk |
| **Cc:** | ilyasu@openai.com; Sam Altman |
| **Subject:** | Re: The 10,000 |
| **Date:** | Wednesday, June 28, 2017 4:19:19 PM |

Primary ask is 5,000 P100 GPUs.

Our ideal per-box configuration would be:

32 physical CPU cores
384GB of RAM
8 P100s (connected with NVLink)
50Gbit NIC

But if needed we would also be ok with their NC24 SKU, but with P100 instead of K80 GPUs. So:

24 physical CPU cores
224 GB of RAM
4 P100s (connected with NVLink)
25Gbit NIC

In terms of network, the most important thing is that the network have no oversubscription. We would like to be able to experiment with Infiniband/RDMA, but it's not a blocker.

- gdb


On Wed, Jun 28, 2017 at 2:10 PM, Elon Musk <erm@spacex.com> wrote:
> Just spoke to Satya and talked about OpenAI needing one the order of 10,000 servers with the latest Nvidia GPUs to beat the best human players at competitive eSports games.
>
> This would obviously be a major opportunity for Microsoft to promote Azure relative to other cloud systems.
>
> He said he'd talk internally and get back to me soon. Please send me the ideal spec for the individual servers and how they are connected. What ideally do we want Microsoft to do? Sounds like there is a good chance they will do it.

Confidential
2024MUSK-0000167

| | |
|---|---|
| **From:** | Greg Brockman |
| **To:** | Elon Musk |
| **Cc:** | ilyasu@openai.com; Sam Altman |
| **Subject:** | Re: The 10,000 |
| **Date:** | Wednesday, June 28, 2017 2:14:37 PM |

Awesome, thanks. We'll get back to you shortly.

- gdb


On Wed, Jun 28, 2017 at 2:10 PM, Elon Musk <erm@spacex.com> wrote:
> Just spoke to Satya and talked about OpenAI needing one the order of 10,000 servers with the latest Nvidia GPUs to beat the best human players at competitive eSports games.
>
> This would obviously be a major opportunity for Microsoft to promote Azure relative to other cloud systems.
>
> He said he'd talk internally and get back to me soon. Please send me the ideal spec for the individual servers and how they are connected. What ideally do we want Microsoft to do? Sounds like there is a good chance they will do it.

Confidential
2024MUSK-0000168

| | |
|---|---|
| **From:** | Elon Musk |
| **To:** | ilyasu@openai.com; gdb@openai.com |
| **Cc:** | Sam Altman |
| **Subject:** | The 10,000 |
| **Date:** | Wednesday, June 28, 2017 2:11:00 PM |

Just spoke to Satya and talked about OpenAI needing one the order of 10,000 servers with the latest Nvidia GPUs to beat the best human players at competitive eSports games.

This would obviously be a major opportunity for Microsoft to promote Azure relative to other cloud systems.

He said he'd talk internally and get back to me soon. Please send me the ideal spec for the individual servers and how they are connected. What ideally do we want Microsoft to do? Sounds like there is a good chance they will do it.

Confidential
2024MUSK-0000169