# EXHIBIT 11

**In the Matter Of:**

*MUSK v*

*ALTMAN*

*ILYA SUTSKEVER*

*October 01, 2025*



1

1  UNITED STATES DISTRICT COURT
2  NORTHERN OF CALIFORNIA
3  OAKLAND DIVISION
4  ELON MUSK, et al.,            )
                                 )
5         Plaintiffs,            )
                                 )
6  v.                            )   Case No. 4:24-cv-04722-YGR
                                 )
7  SAMUEL ALTMAN, et al.,        )
                                 )
8         Defendants.            )
   _____)
9
10
11
12         ** HIGHLY CONFIDENTIAL **
13     Videotaped Deposition of ILYA SUTSKEVER
14         San Francisco, California
15         Wednesday, October 1, 2025
16
17
18
19
20
21
22
23         Reported Stenographically by
24     Michael P. Hensley, RDR, CSR No. 14114
25

Case 4:24-cv-04722-YGR   Document 379-41   Filed 01/06/26   Page 4 of 15
MUSK v ALTMAN                                                Ilya Sutskever
                     Highly Confidential                  October 01, 2025

2

```
 1                UNITED STATES DISTRICT COURT

 2                  NORTHERN OF CALIFORNIA

 3                     OAKLAND DIVISION
     _____
 4   ELON MUSK, et al.,            )
                                   )
 5            Plaintiffs,          )
                                   )
 6   v.                            )  Case No. 4:24-cv-04722-YGR
                                   )
 7   SAMUEL ALTMAN, et al.,        )
                                   )
 8            Defendants.          )
     _____)
 9

10

11       Videotaped Deposition of ILYA SUTSKEVER,

12   commencing at the hour of 10:19 AM and concluding at

13   the hour of 8:07 PM on Wednesday, October 1, 2025,

14   at the location of Cooley, LLP,

15   3 Embarcadero Center, 20th Floor, San Francisco,

16   California 94111, before Michael Hensley, Registered

17   Diplomate Reporter, Certified Shorthand Reporter

18   No. 14114, in and for the State of California.

19

20

21

22

23

24

25
```

Case 4:24-cv-04722-YGR   Document 379-41   Filed 01/06/26   Page 5 of 15
MUSK v ALTMAN                                                 Ilya Sutskever
                        Highly Confidential              October 01, 2025

3

```
 1   APPEARANCES:

 2   For Plaintiffs:

 3           MOLOLAMKEN LLP
             BY:  STEVEN F. MOLO, ESQ.
 4                JENNIFER SCHUBERT, ESQ.
                  SARA TOFIGHBAKHSH, ESQ.
 5           430 Park Avenue
             New York, New York 10022
 6           212.607.8170
             smolo@mololamken.com
 7           jschubert@mololamken.com
             stofighbakhsh@mololamken.com
 8

 9   For Defendant Microsoft Corporation:

10           DECHERT LLP
             BY:  RUSSELL P. COHEN , ESQ.
11                YOSEF WEITZMAN, ESQ.
             45 Fremont Street, 26th Floor
12           San Francisco, California 94105
             415.262.4506
13           russ.cohen@dechert.com
             yosi.weitzman@dechert.com
14

15   For Defendant OpenAI:

16           WACHTELL, LIPTON, ROSEN & KATZ
             BY:  SARAH K. EDDY, ESQ.
17                KELSEY BORENZWEIG, ESQ.
                  WILLIAM SAVITT, ESQ.
18           51 West 52nd Street
             New York, New York 10019
19           212.403.1219
             skeddy@wlrk.com
20           kaborenzweig@wlrk.com
             wdsavitt@wlrk.com
21

22

23

24

25
```

Case 4:24-cv-04722-YGR   Document 379-41   Filed 01/06/26   Page 6 of 15
MUSK v ALTMAN
Highly Confidential
Ilya Sutskever
October 01, 2025

4

```
 1   APPEARANCES (CONTINUED):

 2   For Deponent Ilya Sutskever:

 3           COOLEY LLP
             BY:  SIMONA AGNOLUCCI, ESQ.
 4                EDUARDO SANTACANA, ESQ.
                  ANIKA HOLLAND, ESQ.
 5                REMY CARREIRO, ESQ.
             3 Embarcadero Center, 20th Floor
 6           San Francisco, CA 94111
             415.693.2535
 7           sagnolucci@cooley.com
             esantacana@cooley.com
 8           anika.holland@cooley.com
             rcarreiro@cooley.com
 9

10   Also Present:

11           MIGUEL CONCEPCION, Videographer

12

13   Present Remotely:

14           ELIZABETH PRADO, AV Monitor

15           JAYMIE PARKKINEN, ESQ.

16           IANNI DRIVAS, ESQ.

17

18

19

20

21

22

23

24

25
```

10

|  |  |
|---|---|
| 1 | San Francisco, California |
| 2 | Wednesday, October 1, 2025 |
| 3 | 10:19 AM - 8:07 PM |
| 4 | -oOo- |
| 10:18:52  5 | THE VIDEOGRAPHER:  Good morning.  We are |
| 6 | now on the record. |
| 7 | My name is Miguel Concepcion.  I'm the |
| 8 | videographer representing Lexitas. |
| 9 | This is a video deposition for the United |
| 10:19:04 10 | States District Court for the Northern District of |
| 11 | California.  Today's date is October 1st, 2025, and |
| 12 | the time is 10:19 AM Pacific Time. |
| 13 | This deposition is being held at |
| 14 | Cooley LLP in San Francisco, California, in the |
| 10:19:23 15 | matter of Elon Musk, et al., versus Samuel Altman, |
| 16 | et al., Number 4:24-cv-04722-YGR. |
| 17 | The deponent is Ilya Sutskever. |
| 18 | Would counsel please identify themselves, |
| 19 | beginning with the questioning attorney. |
| 10:19:46 20 | ATTORNEY MOLO:  Steven Molo of MoloLamken |
| 21 | for the plaintiff. |
| 22 | ATTORNEY SCHUBERT:  Jennifer Schubert from |
| 23 | MoloLamken. |
| 24 | ATTORNEY TOFIGHBAKHSH:  Sara Tofighbakhsh, |
| 10:19:57 25 | MoloLamken. |

|  |  |
|---|---|
| 1 | ATTORNEY EDDY:  Sarah Eddy, Wachtell |
| 2 | Lipton for OpenAI defendants, and with me are Kelsey |
| 3 | Borenzweig and William Savitt also from Wachtell |
| 4 | Lipton. |
| 10:20:07  5 | ATTORNEY COHEN:  Russell Cohen on behalf |
| 6 | of the Microsoft defendant and with me is Yosef |
| 7 | Weitzman, both of Dechert LLP. |
| 8 | ATTORNEY AGNOLUCCI:  Simona Agnolucci of |
| 9 | Cooley for the witness.  I'm joined by my colleagues |
| 10:20:20  10 | Eduardo Santacana, Anika Holland, and Remy Carreiro. |
| 11 | THE VIDEOGRAPHER:  And the remote |
| 12 | attendees. |
| 13 | ATTORNEY PARKKINEN:  Jaymie Parkkinen with |
| 14 | Toberoff & Associates on behalf of plaintiffs. |
| 10:20:29  15 | ATTORNEY DRIVAS:  Ianni Drivas of Wachtell |
| 16 | Lipton on behalf of the OpenAI defendants. |
| 17 | THE VIDEOGRAPHER:  Thank you. |
| 18 | After the court reporter introduces |
| 19 | himself, he will swear in the witness. |
| 10:20:43  20 | THE COURT REPORTER:  Good morning.  My |
| 21 | name is Mike Hensley.  I am a California Certified |
| 22 | Shorthand Reporter, CSR #14114.  Today's proceedings |
| 23 | are being captured by stenographic means. |
| 24 | (Witness sworn.) |
| 10:21:09  25 | ATTORNEY AGNOLUCCI:  May I put a couple |

81

```
              1    correct?
              2           ATTORNEY AGNOLUCCI:  Objection to form.
              3           THE WITNESS:  It is possible.
              4    BY ATTORNEY MOLO:
12:14:52      5       Q.   Okay.  Thank you.
              6           By 2017, you understood that a vast amount
              7    of compute would be needed to pursue the mission of
              8    OpenAI; correct?
              9       A.   I don't remember the year, but I did
12:15:06     10    understand it at around that time.
             11       Q.   Okay.
             12           Do you recall telling Elon Musk directly
             13    that large amounts of capital were needed to be able
             14    to acquire that compute?
12:15:16     15       A.   I don't remember saying it directly, but
             16    it sounds like the kind of thing I would've said.
             17           ATTORNEY MOLO:  Okay.
             18           I'm going to show you Exhibit 14.
             19           (Exhibit 14 was marked for
12:15:43     20           identification.)
             21    BY ATTORNEY MOLO:
             22       Q.   This is an email from you to Elon Musk
             23    dated Wednesday the 12th of July, 2017, subject:
             24    "The Business of Building AGI."
12:15:56     25           I'm not going to ask you to read through
```

241

```
                  1      A.   You know, I can't rule it out even though
                  2   I don't have an affirmative recollection.
                  3      Q.   And that deal was never reached with
                  4   Mr. Musk; correct?
16:51:15          5      A.   Not to my knowledge.
                  6      Q.   Later in 2017 and then in early 2018, do
                  7   you recall that Mr. Musk proposed pursuing OpenAI's
                  8   mission from within Tesla instead of within the
                  9   nonprofit?
16:51:35         10      A.   I do have recollection of such
                 11   discussions.
                 12      Q.   And do you recall discussion of spinning
                 13   OpenAI into Tesla?
                 14      A.   I recall discussions with such contents --
16:51:48         15   which -- it -- well, I mean, can you clarify what
                 16   you mean when you say "spinning OpenAI inside
                 17   Tesla."
                 18      Q.   Do you -- do you remember discussions
                 19   about OpenAI becoming a Tesla AGI research division?
16:52:02         20      A.   Yes.
                 21      Q.   Okay.
                 22           And who proposed that?
                 23      A.   Elon.  My recollection is that he proposed
                 24   it.
16:52:11         25      Q.   What else do you recall about those
```

242

1  discussions?
2      A.   I recall Elon saying that in the future
3  Tesla will be as large as Google which, in 2018,
4  seemed implausible.  And he was saying that Tesla
16:52:30  5  would sell a lot of cars and will be able to fund
6  the activities of OpenAI.
7      Q.   And what was your reaction to that
8  proposal?
9      A.   I recall not being -- not feeling
16:52:47 10 enthusiastic.
11     Q.   Why?
12     A.   I'm not sure how to explain.
13     Q.   Did you have any concerns about it?
14     A.   It was --
16:53:24 15          ATTORNEY AGNOLUCCI:  Object to form.
16          THE WITNESS:  I recall that I was less
17 concerned and more unexcited.
18 BY ATTORNEY EDDY:
19     Q.   Unexcited?
16:53:30 20     A.   (Nonverbal response.)
21     Q.   And what -- what was your understanding of
22 what would happen to OpenAI if Musk's proposal
23 were -- were followed?
24          ATTORNEY AGNOLUCCI:  Object to form.
16:53:41 25          ATTORNEY MOLO:  Object to the form.

```
         1              THE WITNESS:  I never -- I don't recall
         2     thinking deeply enough about what that proposal
         3     would entail because I remember not being excited
         4     about it.
16:53:56 5     BY ATTORNEY EDDY:
         6         Q.  And do you remember discussion of Tesla
         7     becoming OpenAI's cash cow?
         8              ATTORNEY AGNOLUCCI:  Object to form.
         9              THE WITNESS:  I don't have an affirmative
16:54:05 10    recollection, but I have no reason to doubt that
        11     such a thing would've been discussed.
        12              ATTORNEY EDDY:  We'll look at Tab 28.
        13     We'll mark this as Exhibit 29, please.
        14              (Exhibit 29 was marked for
16:54:36 15             identification.)
        16     BY ATTORNEY EDDY:
        17         Q.  Do you recognize this as an email chain
        18     from February -- late January, early February of
        19     2018?
16:54:42 20        A.  That's what it looks like.
        21         Q.  Okay.
        22              And you see -- if -- if we just look at
        23     the -- the first email in the chain, it's from
        24     Andrej Karpathy to Elon Musk and Shivon Zilis.
16:54:55 25             You see that?
```

Case 4:24-cv-04722-YGR   Document 379-41   Filed 01/06/26   Page 13 of 15
MUSK v ALTMAN                                     Ilya Sutskever
Highly Confidential                               October 01, 2025

327

1               EXAMINATION
2    BY ATTORNEY COHEN:
3         Q.   Mr. Sutskever, my name is Russell Cohen.
4    I am counsel for Microsoft in this case.  I have
5    just a few questions for you.
6              You recall testifying earlier that you did
7    not know of Mr. Altman or Mr. Brockman making any
8    promises to Mr. Musk about nonprofit status or open
9    source.
10             Do you recall that?
11        A.   Yes.
12        Q.   And I take it, sir, given that testimony,
13   it's accurate that you never told anyone at
14   Microsoft that there was an agreement between OpenAI
15   and Mr. Musk?
16        A.   Yes.
17        Q.   "Yes," that's correct?
18        A.   Correct.
19        Q.   And I take it that you never told anyone
20   at Microsoft that there was an agreement between
21   Mr. Altman and Mr. Musk; is that correct?
22        A.   Correct.
23        Q.   And is it accurate that you never told
24   anyone at Microsoft that there were any conditions
25   that were agreed to with Mr. Musk relating to his

328

1    donations to OpenAI?
2         A.   Correct.
3         Q.   To your knowledge, did anyone else --
4    anyone other than you ever tell Microsoft there was
5    an agreement between OpenAI on the one hand and
6    Mr. Musk on the other hand?
7         A.   I do not have such knowledge.
8         Q.   Okay.
9              And same question.  To your knowledge, did
10   anyone else other than you ever tell Microsoft that
11   there were conditions relating to Mr. Musk's
12   donations to OpenAI?
13        A.   I am unaware.
14        Q.   You testified earlier extensively about
15   your decision as a board member at OpenAI to remove
16   Mr. Altman from his role, and you recall testifying
17   about the reasons for your decision.
18             Now, based on those reasons that you
19   testified about, is it correct that your decision
20   was unrelated to OpenAI's partnership with
21   Microsoft?
22        A.   Correct.
23             ATTORNEY AGNOLUCCI:  Object to form.
24   BY ATTORNEY COHEN:
25        Q.   Did the partnership with Microsoft play

                                                                            367

1                    CERTIFICATE OF SHORTHAND REPORTER

2

3        I, Michael P. Hensley, Registered Diplomate

4    Reporter for the State of California, CSR No. 14114,

5    the officer before whom the foregoing deposition was

6    taken, do hereby certify that the foregoing

7    transcript is a true and correct record of the

8    testimony given; that said testimony was taken by me

9    stenographically and thereafter reduced to

10   typewriting under my direction; that reading and

11   signing was not requested; and that I am neither

12   counsel for, related to, nor employed by any of the

13   parties to this case and have no interest, financial

14   or otherwise, in its outcome.

15

16

17

18                   _____

19                          Michael P. Hensley, CSR, RDR

20

21

22

23

24

25