EXHIBIT 12

**In the Matter Of:**

*MUSK v*

*ALTMAN*

---

*SAMUEL ALTMAN*

*September 16, 2025*

---



1

1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    ELON MUSK, et al.,

5            Plaintiffs,

6    v.                        Case No. 4:24-cv-04722-YGR

7    SAMUEL ALTMAN, et al.,

8            Defendants.

9    ----------------------------/

10

11

12

13              **HIGHLY CONFIDENTIAL**

14     VIDEO-RECORDED DEPOSITION OF SAMUEL ALTMAN

15            Tuesday, September 16, 2025

16

17

18

19

20

21   Stenographically reported by:
     LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22   California CSR No. 10523
     Washington CSR No. 3318
23   Oregon CSR No. 19-0458
     Texas CSR No. 11318

24

25   Lexitas Job No.:  2025-997402
     California Firm Registration No.: 179

2

```
 1              A P P E A R A N C E S

 2

 3     ATTORNEYS FOR ELON MUSK AND THE PLAINTIFFS:

 4     Robert K. Kry, Esq.
       Alex Eynon, Esq.
 5     Jennifer Schubert, Esq. (via Zoom)
       Charlie Christoffersen, Legal Assistant (via Zoom)
 6     MOLOLAMKEN
       430 Park Avenue
 7     New York, NY 10022
       (212) 607-8160
 8     rkry@mololamken.com
       aeynon@mololamken.com
 9     jschubert@mololamken.com
       and
10     Marc Toberoff, Esq.
       Jaymie Parkkinsen, Esq.
11     TOBEROFF & ASSOCIATES
       23823 Malibu Road, Suite 50-363
12     Malibu, CA 90265
       (310) 246-3333
13     mtoberoff@toberoffandassociates.com
       jparkkinsen@toberoffandassociates.com
14

15

16     ATTORNEYS FOR THE OPENAI DEFENDANTS:

17     William Savitt, Esq.
       Zachary M. David, Esq.
18     Sarah Eddy, Esq.
       Emily P. Ross, Esq.
19     Bradley R. Wilson, Esq. (via Zoom)
       WACHTELL, LIPTON, ROSEN & KATZ
20     51 West 52nd Street
       New York, NY 10019
21     (212) 403-1147
       wdsavitt@wlrk.com
22     zmdavid@wlrk.com
       skeddy@wlrk.com
23     epross@wlrk.com
       brwilson@wlrk.com
24

25
```

Case 4:24-cv-04722-YGR    Document 379-42    Filed 01/06/26    Page 5 of 33
MUSK v                                                    Samuel Altman
ALTMAN                    Highly Confidential            September 16, 2025

3

1                        A P P E A R A N C E S

2

3       ATTORNEY FOR MICROSOFT:

4       John A. Jurata, Jr.,Esq.
        DECHERT, LLP
5       1900 K Street, NW
        Washington, DC 20006-1110
6       (202) 261-3440
        john.jurata@dechert.com
7       Yosef Weitzman, Esq.
        Cira Centre
8       2929 Arch Street, Philadelphia, PA 19104-2808
        (215) 994-2425
9       yosi.weitzman@dechert.com
        Nisha Patel Gupta, Esq. (via Zoom)
10      Russell P. Cohen, Esq. (via Zoom)
        45 Fremont Street, 26th Floor
11      San Francisco, CA 94105
        (415) 262-4557
12      nisha.patelgupta@dechert.com
        russ.cohen@dechert.com
13

14      Also present:

15      Renny Hwang, OpenAI

16      Alejandro Zamora Ruiz, Videographer

17

18                      ---oOo---

19

20

21

22

23

24

25

4

I N D E X

INDEX OF EXAMINATION

EXAMINATION BY                                          PAGE

 MR. KRY                                                  10
 MR. JURATA                                              351

---oOo---

9

```
 1                TUESDAY, SEPTEMBER 16, 2025

 2                 SAN FRANCISCO, CALIFORNIA

 3                     9:16 a.m. PDT

 4           THE VIDEOGRAPHER:  We are now on the

 5   record.

 6           My name is Alejandro Zamora Ruiz.  I am the

 7   videographer representing Lexitas.

 8           This is the video deposition for the

 9   United States District Court, Northern District of

10   California.  Today's date is September 16th, 2025,

11   and the time is 9:16 a.m. Pacific time.

12           This deposition is being held at the

13   offices of Morrison & Foerster, LLP, at 425 Market

14   Street, San Francisco, California 94104, in the

15   matter of Elon Musk, et al., versus Samuel Altman,

16   et al, Case No. 4:24-cv-04722-YGR.

17           The deponent is Samuel Altman.

18           And all counsel will be noted on the

19   stenographic record.

20           The court reporter will now introduce

21   herself and swear in the witness.

22           THE STENOGRAPHER:  My name is

23   Lorrie Marchant.  I am a California Certified

24   Shorthand Reporter.  My CSR number is 10523.

25           I will go ahead and swear in the witness.
```

10

1          SAMUEL ALTMAN,

2    FIRST DULY SWORN/AFFIRMED, TESTIFIED AS FOLLOWS:

3              EXAMINATION BY MR. KRY

4          BY MR. KRY:

5      Q.   Good morning, Mr. Altman.  My name is

6    Robert Kry.  I'm going to be asking you questions

7    this morning.  I represent Elon Musk in this matter.

8              Throughout the deposition today, I'm going

9    to ask you many questions about OpenAI.  When I say

10   "OpenAI," I'm referring to the OpenAI group of

11   companies rather than any specific entity.  If I

12   have a question about a specific entity like the

13   nonprofit, OpenAI, Inc., or OpenAI, LP, I'll specify

14   that.  If you're ever confused about which entity

15   I'm referring to, please let me know.

16     A.   I understand.

17     Q.   Mr. Altman, what positions do you currently

18   hold at OpenAI?

19     A.   I am a cofounder and CEO and a board

20   member.

21     Q.   What positions did you hold on

22   November 16th, 2023?

23     A.   Cofounder, CEO, and a board member.

24     Q.   You were fired from those positions the

25   following day, weren't you?

Case 4:24-cv-04722-YGR    Document 379-42    Filed 01/06/26    Page 9 of 33
MUSK v                                                              Samuel Altman
ALTMAN                         Highly Confidential            September 16, 2025

303

1          Go ahead and answer if you can.

2          THE WITNESS:  Yeah.  It was just a -- my

3   recollection is it was just wanting to understand

4   why it was set up this way and then upon an

5   explanation, they were happy.

6          I'd like to state again, I never received

7   any money or distributions or compensation for this.

8          MR. KRY:  Okay.  We can take a break now.

9          THE VIDEOGRAPHER:  Going off the record at

10  4:19 p.m. Pacific time.

11          (Recess taken from 4:19 to 4:35.)

12          THE VIDEOGRAPHER:  We're back on the record

13  at 4:35 p.m. Pacific time.

14          BY MR. KRY:

15     Q.   Mr. Altman, during 2017, did you and

16  Mr. Musk and others start discussing the possibility

17  of forming a for-profit entity to carry on

18  AI-related activities?

19     A.   Yes.

20     Q.   Who first raised that proposal?

21     A.   I don't recall who first raised it.

22     Q.   What was the nature of the first proposal

23  that was made?

24     A.   I don't recall the order.  But I believe

25  the first suggestion of how to address the financing

```
 1          BY MR. KRY:

 2     Q.    And sitting here today, are you aware of

 3  specific documents that would evidence that

 4  recollection?

 5     A.    I am not aware of a specific document

 6  today, but I -- I don't mean to say one doesn't

 7  exist.

 8          MR. KRY:  May I have a time check, please?

 9          THE VIDEOGRAPHER:  Six hours, 22 minutes.

10          BY MR. KRY:

11     Q.    In the early 2019 -- well, first of all, in

12  February 2018, did Mr. Musk resign from the board of

13  OpenAI?

14     A.    I don't know the exact month, but that

15  sounds approximately right.

16     Q.    In the spring of 2019, did OpenAI unveil

17  its for-profit entity?

18     A.    I don't remember the exact month, but that

19  sounds about right.

20     Q.    When did you first start laying the

21  groundwork for that, the for-profit entity that was

22  eventually unveiled in early 2019?

23     A.    Well, we talked about versions clearly as

24  early as 2017.

25          Then things blew up with Mr. Musk.  He --
```

330

1    there were a number of challenges and as some of

2    those challenges happened, the plan got put on hold.

3            We also thought about a different structure

4    than the one that Mr. Musk had been proposing.

5            While we were doing that, Mr. Musk did

6    continue to talk to us about that.  I don't remember

7    when he stopped funding the nonprofit, but at some

8    point he did.  And we found other funders.

9            He recruited a very key employee from

10   OpenAI to Tesla, and that -- without telling us, and

11   that became a very obvious conflict of interest and

12   quite damaging to the mission.

13           And he also, along with that, started to

14   lose faith in OpenAI's technical ability and wanted

15   to build his own effort at Tesla and so started to

16   say, like, "Yeah, I'm going the need to, you know,

17   get off the board here."

18           He understood why we were very pissed about

19   him recruiting such a critical employee, and we

20   understood that if he didn't believe that OpenAI had

21   any chance of success, he would want to do a

22   different thing.  So that led to him leaving the

23   board.

24           And then sometime, I think mostly after

25   that, we began thinking about a structure that would

Case 4:24-cv-04722-YGR    Document 379-42    Filed 01/06/26    Page 12 of 33
MUSK v                                                                        Samuel Altman
ALTMAN                              Highly Confidential                September 16, 2025

331

1    work and preserve our mission and let our company do

2    what is really special to our company.

3        Q.    And is that what eventually emerged as the

4    for-profit -- or the capped for-profit structure?

5        A.    Yes.

6        Q.    It's your testimony that you did not

7    conceive of that structure until after Mr. Musk had

8    left the board?

9        A.    I don't know if we started thinking about

10   it before or not, but I think the majority of the

11   work happened after.

12       Q.    Okay.  But you -- you could well have

13   already been thinking of that even before

14   Mr. Musk --

15       A.    It's possible.

16       Q.    When did Mr. Musk hire Mr. Karpathy to go

17   to Tesla?

18       A.    I don't recall.

19       Q.    Would that have been in 2017 sometime?

20       A.    I -- I would trust you if you say that's

21   right.

22            MS. EYNON:   I believe that's right.

23            BY MR. KRY:

24       Q.    How long after that hiring did you start

25   thinking about this alternative capped, for-profit

Case 4:24-cv-04722-YGR    Document 379-42    Filed 01/06/26    Page 13 of 33

MUSK v
ALTMAN

Highly Confidential

Samuel Altman
September 16, 2025

332

```
 1    structure?
 2         A.   I don't recall if it started soon after
 3    then or it was much later.
 4         Q.   Okay.
 5         A.   But it was clearly done by early 2019.
 6         Q.   Sure.
 7              But it is -- it's possible that you started
 8    thinking about this relatively soon after the
 9    Karpathy hiring?
10         A.   It is possible.
11         Q.   In 2018 when OpenAI launched its for-profit
12    LP structure, that was a -- a capped for-profit
13    structure for the investors that came in?
14         A.   Yeah.
15         Q.   And for that initial round of investors,
16    what multiple were they entitled to earn on their
17    capped investments before residuals would go to the
18    nonprofit?
19         A.   100X.
20         Q.   Later in the year in 2019, did Microsoft
21    enter into its first joint development and
22    cooperation agreement with OpenAI?
23         A.   Yes.
24         Q.   And under that structure, did Microsoft
25    agree to invest a billion dollars in the company?
```

1        A.    Yes.

2        Q.    Was that also a capped for-profit

3    investment?

4        A.    Yes.

5        Q.    What multiplier was Microsoft entitled to

6    earn on that investment before residuals would go to

7    the nonprofit?

8        A.    I think it was 20X, but I don't have

9    confidence in my recollection.

10       Q.    Subsequently, did -- in 2021, did Microsoft

11   agree to invest an additional $20 billion in

12   OpenAI -- oh, sorry.  Pardon me -- an initial 2 --

13   $2 billion in OpenAI?

14       A.    Was it 2020 or 2021?

15       Q.    You tell me.

16       A.    I don't remember.

17       Q.    What was the -- under -- under that

18   2 billion-dollar investment, was that also subject

19   to a capped for-profit structure?

20       A.    It was.

21       Q.    And what was the multiple that Microsoft

22   was entitled to earn before any residuals would go

23   to the nonprofit?

24       A.    I don't recall.

25       Q.    Do you recall if it was around 6X?

1              EXAMINATION BY MR. JURATA

2          BY MR. JURATA:

3      Q.   Mr. Altman, my name is Jay Jurata, and I'm

4  a lawyer for Microsoft Corporation.

5          I have a few questions for you today.  I

6  know it's been a long day, so I will do my best to

7  be brief.

8      A.   I've got plenty of coffee.  Take your time.

9      Q.   Okay.

10         Why don't we start by going back to one of

11 the exhibits that was used earlier today, Exhibit 3.

12     A.   Okay.  I have it.

13     Q.   Okay.  Do you recall your testimony from

14 earlier today regarding you asking Microsoft for its

15 input for some potential candidates for the interim

16 board which was established?

17     A.   I do.

18     Q.   Okay.  And do you recall saying that

19 Microsoft identified various candidates for the

20 interim board?

21     A.   I do.

22     Q.   Were any of the candidates identified by

23 Microsoft selected by OpenAI for that interim board?

24     A.   No.

25     Q.   You can put that document aside.

352

1           Earlier today -- actually, I think it was

2    this last session that we were in -- do you recall

3    talking about the decision to create a capped

4    for-profit subsidiary of OpenAI?

5           A.   I do.

6           Q.   Was that decision made before or after

7    discussions with Microsoft that led to the 2019

8    investment?

9           A.   Before.

10          MR. JURATA:   I want to introduce -- we're

11   up to exhibit?

12          MR. SAVITT:   Twenty-eight -- 29.

13          MR. JURATA:   Twenty-nine.

14          (Marked for identification purposes,

15           Exhibit 29.)

16          BY MR. JURATA:

17     Q.   Mr. Altman, Exhibit 29 is a document with

18   the Bates No. OPENAI_MUSK00011908, entitled

19   "Subscription Booklet for Convertible Limited

20   Partnership Interests In OpenAI, LLP [sic], a

21   Delaware Limited Partnership."

22          Do you recognize this document, sir?

23     A.   I do.  I recall.

24     Q.   What is it?

25     A.   This was the subscription agreement for

355

1      Q.    Of course.

2            (Witness reviews document.)

3            THE WITNESS:  Okay.

4            BY MR. JURATA:

5      Q.    Now, when you signed Exhibit 29, did you

6  believe that you were acting in the best interest of

7  the mission for the nonprofit OpenAI entity?

8      A.    Absolutely.

9      Q.    And then looking at this language in

10  Section 10, was it your understanding looking at

11  Section 10(a), subsection (ii) -- is it your

12  understanding that you were representing that OpenAI

13  has all the requisite power and authority to carry

14  on its business and to execute, deliver, and satisfy

15  its obligations under this subscription agreement

16  and the partnership agreement?

17            MR. KRY:  Objection.

18            Which OpenAI entity did you just refer to

19  there?

20            MR. JURATA:  I'm referring to the OpenAI

21  nonprofit entity.

22            MR. KRY:  Objection.  Misstates the

23  document.

24            THE WITNESS:  Do I still answer?

25            MR. SAVITT:  I'm going to -- I'm going to

356

1    object as well.

2              But you can -- I'm not going to object, but

3    make sure you don't disclose any legal advice.

4              You can go ahead and answer.

5              THE WITNESS:  We discussed at length as a

6    board the need for capital to attract and pay for

7    the compute required by our mission, and all

8    enthusiastically decided that this approach was an

9    important way to get there.

10             I will call attention to something on

11   page 11911 where we said very clearly that

12   (as read):

13                 "The partnership exists to advance

14                 OpenAI, Inc.'s mission of ensuring that

15                 safe artificial general intelligence is

16                 developed and benefits all humanity.  The

17                 general partners' duty to this mission

18                 and the principles advanced in the

19                 OpenAI, Inc., charter take precedence

20                 over any obligations generating

21                 profit" --

22             (Stenographer interrupted for clarification

23              of the record.)

24             THE WITNESS:  I'm sorry.

25             I will note the thing on page 11911 where

1        we say that (as read):

2                    "The partnership exists to advance

3                OpenAI Inc.'s mission of ensuring its

4                safe artificial general intelligence is

5                developed and benefits all of humanity.

6                The general partners' duty to this

7                mission and the principles advanced in

8                the OpenAI, Inc., charter take precedence

9                over any obligations to generate a

10               profit.  The partnership may never make a

11               profit, and the general partner is under

12               no obligation to do so."

13               BY MR. JURATA:

14       Q.    Thank you.  That's -- that is -- that is

15   helpful.

16               When -- when you signed this agreement with

17   Microsoft, did you believe that OpenAI had the

18   authority to enter into this agreement with

19   Microsoft?

20               MR. KRY:  Objection to form.

21               Which OpenAI entity are you referring to?

22               MR. JURATA:  I am referring to the OpenAI

23   entity which was -- signed the agreement, which is

24   OpenI -- OpenAI GP, LLC, which was signed by OpenAI,

25   Incorporated.

358

1              THE WITNESS:  I did and do believe that.

2              BY MR. JURATA:

3         Q.   And when you signed -- do you still believe

4    that today?

5         A.   That's what I meant by "do," yes.

6         Q.   Okay.  And when you signed this agreement

7    with Microsoft, did you think that OpenAI was in

8    breach of any -- of any contract or obligation it

9    might have with another party?

10              MR. KRY:  Objection.  Form.

11              MR. SAVITT:  You can answer.

12              THE WITNESS:  Not to my knowledge.

13              BY MR. JURATA:

14         Q.   And sitting here today, do you still

15    believe that signing the agreement was not in

16    violation of a contract or obligation owed to

17    someone else?

18              MR. KRY:  Same objection.

19              THE WITNESS:  Not that I'm aware of.

20              MR. JURATA:  We can put that document

21    aside, and let's mark this Exhibit 30.

22              (Marked for identification purposes,

23              Exhibit 30.)

24              BY MR. JURATA:

25         Q.   Mr. Altman, you have been handed

359

1    Exhibit 30, which is a document marked with the

2    Bates No. Microsoft -- I'm sorry, MSFT_MUSK000027535

3    titled "Subscription Booklet for Convertible Limited

4    Partner Interests in OpenAI, LP, a Delaware Limited

5    Partnership."

6              Do you recognize this document?

7         A.   I do.

8         Q.   What is it?

9         A.   It is the subscription booklet for

10   Microsoft's second investment into OpenAI.

11        Q.   And is that the 2021 investment that you

12   referred to earlier today?

13        A.   I am unsure of the date.  Let me see if I

14   can find one.

15             It looks like 2021.

16        Q.   And did you sign this document on behalf of

17   OpenAI?

18        A.   Probably, but let me check.

19        Q.   There's a signature page on page 27560.

20             MR. SAVITT:  It's at the back.

21             THE WITNESS:  I did.

22             BY MR. JURATA:

23        Q.   Okay.  And when you signed this document,

24   did you believe that you were acting in the best

25   interests of OpenAI's nonprofit mission?

360

1        A.    Yes, I did.   And I'm grateful to Microsoft

2    for supporting that at a time it was not so obvious

3    it was worth this much money.

4        Q.    And I'd like to turn to Section 10 of this

5    document.   It is on page 27554.

6              And, again, you should take as long as you

7    need to review the document.   I'm just going to be

8    asking you about Section 10, which is titled

9    "Representation and Warranties of the General

10   Partner and the Partnership."

11       A.    Is this the same Section 10 as the

12   previous?

13       Q.    It is the same language.

14       A.    Okay.

15       Q.    I will represent that to you.

16       A.    Then I'm good.

17       Q.    Okay.  When you signed this agreement, did

18   you believe that OpenAI GP, LLC, had the power and

19   authority to perform its obligations under this

20   agreement?

21       A.    I did.

22       Q.    And do you still believe that today?

23       A.    I do.

24       Q.    When you signed this agreement, did you

25   believe that OpenAI GP, LLC, would not be in breach

Case 4:24-cv-04722-YGR    Document 379-42    Filed 01/06/26    Page 23 of 33
MUSK v                                                        Samuel Altman
ALTMAN                          Highly Confidential          September 16, 2025

361

1    of any obligations or contracts owed to third

2    parties?

3        A.    That is my understanding.

4        Q.    And do you believe that to be true today?

5        A.    That is my understanding.

6        Q.    And do you believe that this agreement was

7    in the best interest of the OpenAI nonprofit

8    mission?

9        A.    I do.

10       Q.    Put that aside.

11            (Marked for identification purposes,

12            Exhibit 31.)

13            BY MR. JURATA:

14       Q.    Mr. Musk -- I -- I mean -- I'm sorry.

15   Mr. Altman, I'm sorry about that.  It's been a long

16   day.

17            Mr. Altman, I -- well, you've been handed

18   Exhibit 31.  It's a document with Bates No.

19   OPENAI_MUSK00011872 titled "Joint Development and

20   Collaboration Agreement."

21            Do you recognize this document?

22       A.    I do.

23       Q.    Okay.  What is it?

24       A.    This outlines the way that we worked --

25   that Microsoft and OpenAI worked together outside of

Case 4:24-cv-04722-YGR    Document 379-42    Filed 01/06/26    Page 24 of 33

MUSK v
ALTMAN                                Highly Confidential

Samuel Altman
September 16, 2025

362

1    the investment on development of technology and

2    deployment of products.

3         Q.    And did -- and was this agreement entered

4    in 2019?

5         A.    Yes.

6         Q.    And did you sign this agreement on behalf

7    of OpenAI?

8         A.    I think so, but let's look.

9         Q.    Page 11874 --

10        A.    I did.

11        Q.    -- might help you.

12        A.    I did.

13        Q.    And this was an agreement between both

14   OpenAI, Incorporated, and OpenAI, LP, with

15   Microsoft; correct?

16        A.    Correct.

17        Q.    When you signed this agreement, did you

18   believe that you were acting in the best interest of

19   OpenAI's nonprofit mission?

20        A.    I did.

21        Q.    And why was that so?

22        A.    We needed help.  We needed more resources

23   than we had as a company.  We needed the ability to

24   develop and deploy these products.  We needed access

25   to Microsoft's compute.  And this was the agreement

363

1    we were able to negotiate to get us those things.

2         Q.    Please turn to page 11889.

3              You should review as much of the document

4    as you need.  I'm going to have a couple of

5    questions regarding Section 9.

6         A.    I don't know what "workmanlike manner"

7    means, but that's okay.

8              (Witness reviews document.)

9              THE WITNESS:  Okay.

10             BY MR. JURATA:

11        Q.    Okay.  When entering into this agreement,

12   did OpenAI, Incorporated, represent to Microsoft

13   that it had the full power and authority to enter

14   into and perform its obligations under and grant the

15   rights granted pursuant to this agreement?

16        A.    We did.

17        Q.    And did you believe that at the time that

18   you signed?

19        A.    Yes.

20        Q.    Do you believe that to be the case today?

21        A.    I do.

22        Q.    Did OpenI -- did OpenAI, Incorporated, and

23   OpenAI, LP, also represent under Section 9(d) that

24   (as read):

25             "Its (or its affiliates') performance

Case 4:24-cv-04722-YGR    Document 379-42    Filed 01/06/26    Page 26 of 33

MUSK v
ALTMAN                        Highly Confidential

Samuel Altman
September 16, 2025

365

1          Mr. Altman, Exhibit 32, which has a Bates

2    number of OPENAI_MUSK00010268 is titled "Amended and

3    Restated Joint Development and Collaboration

4    Agreement."

5          Do you recognize this document?

6       A.   I do.

7       Q.   Okay.  And what is it?

8       A.   It is the amended JDCA that we entered into

9    in 2021.

10      Q.   And did you sign this on behalf of OpenAI?

11      A.   Inc. and LP.

12      Q.   When you signed this agreement, did you

13   believe that you were acting in the best interest of

14   OpenAI's nonprofit mission?

15      A.   I did.

16      Q.   And you anticipated my questions before, if

17   you turn quickly to page 10289.  There's a Section 8

18   there called "Representations and Warranties," if

19   you want to refamiliarize yourself with it.

20          (Witness reviews document.)

21          THE WITNESS:  Okay.

22          BY MR. JURATA:

23      Q.   Okay.  And similar to my question earlier,

24   in signing this document, were you representing to

25   Microsoft that OpenAI had the authority to enter

1      into the agreement?

2          A.   Yes.

3          Q.   And do you still believe that today?

4          A.   I do.

5          Q.   And whereas OpenAI representing to

6      Microsoft that it was not in violation of any

7      contracts or obligations to any third parties?

8          A.   Yes.

9          Q.   Do you believe that to be the case today?

10         A.   Yes.

11         Q.   Okay.  I promise I have one more document.

12              (Marked for identification purposes,

13               Exhibit 33.)

14              THE WITNESS:  This time I'm not sure about

15     the reps, though.

16              That was a joke.

17              BY MR. JURATA:

18         Q.   Okay.  Mr. Altman, Exhibit 33 has a Bates

19     number of OPENAI_MUSK00010528.  It's titled "Second

20     Amended and Restated Joint Development and

21     Collaboration Agreement," and then in parentheses

22     "Argos II."

23              Do you recognize this document?

24         A.   I do.

25         Q.   And what is it?

367

```
 1        A.    The 2023 version of the JDCA.

 2        Q.    Did you sign this document on behalf of

 3   OpenAI?

 4        A.    I did.

 5        Q.    And that was on behalf of both OpenAI,

 6   Incorporated, and OpenAI/OpCo, LLC?

 7        A.    Yes.

 8        Q.    When you signed this agreement, did you

 9   believe that you were acting in the best interests

10   of OpenAI's nonprofit mission?

11        A.    I did.

12        Q.    Okay.  We're going to turn to the

13   representations section in this one as well, which

14   is on page 10556.

15        A.    Okay.

16        Q.    Did OpenAI, Incorporated, and

17   OpenAI/OpCo, LLC, represent to Microsoft that it had

18   the legal authority to enter into the obligations

19   under this agreement?

20        A.    Are there any changes between this

21   Section 8 and the previous document?

22        Q.    I will make the representation to you, no,

23   if that helps you in answering the question.

24        A.    Then, yes, we were able to make these

25   representations and warranties.
```

1    Q.    And do you still believe that to be the

2    case today?

3    A.    Yes.

4    Q.    And did Open and -- OpenAI, Incorporated,

5    and OpenAI/OpCo, LLC represent to Microsoft that

6    entering into this agreement would not violate any

7    contracts or obligations owed to third parties?

8    A.    Yes.

9    Q.    And do you believe that to be the case

10   today?

11   A.    I do.

12   Q.    Okay.  Thank you for your patience as we

13   went through those documents.  I -- I don't have

14   much additional questioning for you, but just a

15   couple other topics.

16        Prior to being sued by Mr. Musk, did you

17   ever communicate with anyone at Microsoft about any

18   agreement between OpenAI and Mr. Musk?

19        MR. KRY:  Objection to form.

20        MR. SAVITT:  Yeah.  I object to the form.

21        Go ahead and answer if you can.

22        MR. JURATA:  Actually, let me -- let me --

23   let me restate that.  I might be able to deal with

24   at least one of the objections.

25   ///

Case 4:24-cv-04722-YGR    Document 379-42    Filed 01/06/26    Page 30 of 33

MUSK v
ALTMAN

Highly Confidential

Samuel Altman
September 16, 2025

369

1          BY MR. JURATA:

2          Q.    Prior to being sued by Mr. Musk, did you

3   ever communicate with anyone at Microsoft about any

4   purported agreement between OpenAI and Mr. Musk?

5          MR. KRY:   Objection to form.

6          MR. SAVITT:   You can go ahead and answer.

7          I object to the form too.

8          THE WITNESS:   We certainly discussed

9   challenges with Mr. Musk, but I don't think there

10  was ever an agreement to discuss.

11         BY MR. JURATA:

12         Q.    Okay.   Are you aware of any communication

13  between OpenAI and Microsoft concerning any

14  purported applications OpenAI might owe to Mr. Musk?

15         MR. KRY:   Objection to form and also --

16  (inaudible)

17         (Stenographer interrupted for clarification

18          of the record.)

19         MR. KRY:   And also the time frame.

20         THE STENOGRAPHER:   Thank you.

21         THE WITNESS:   Could you repeat the

22  question?

23         BY MR. JURATA:

24    Q.    Sure.

25         Prior to being sued by Mr. Musk, are you

370

1    aware of any communication between OpenAI and

2    Microsoft concerning any purported obligations that

3    OpenAI might owe Mr. Musk?

4              MR. KRY:  Objection to form.

5              MR. SAVITT:  Join in the objection.

6              THE WITNESS:  Not that I recall.

7              BY MR. JURATA:

8       Q.   Are you aware of any communications with

9    anyone at Microsoft about purported obligations that

10   OpenAI might owe to Mr. Musk?

11             MR. KRY:  Objection to form.  And also,

12   objection to lack of a time frame.

13             THE WITNESS:  Not that I recall.

14             BY MR. JURATA:

15      Q.   Have you shared any documents with anyone

16   at Microsoft that discuss purported obligations that

17   OpenAI might owe to Mr. Musk?

18             MR. KRY:  Objection to form and time frame.

19             MR. SAVITT:  Objection.

20             Answer if you can.

21             THE WITNESS:  Not that I recall.

22             Wait.  Did you say prior to the lawsuit?

23             BY MR. JURATA:

24      Q.   M-hm.

25      A.   Not that I recall.

377

1                  DECLARATION UNDER PENALTY OF PERJURY

2

3              I declare under penalty of perjury under

4    the laws of the State of California that the

5    foregoing is true and correct.

6

7    Executed at _____ on _____.
                          (Place)                     (Date)
8

9

10

11              _____

12              SAMUEL ALTMAN

13

14

15

16

17

18

19

20

21

22

23

24

25

378

```
 1              STENOGRAPHER'S CERTIFICATE

 2         I, LORRIE L. MARCHANT, Certified Shorthand

 3    Reporter, Certificate No. 10523, for the State of

 4    California, hereby certify that SHIVON  was by me

 5    duly sworn/affirmed to testify to the truth, the

 6    whole truth and nothing but the truth in the

 7    within-entitled cause; that said deposition was

 8    taken at the time and place herein named; that the

 9    deposition is a true record of the witness's

10    testimony as reported to the best of my ability by

11    me, a duly certified shorthand reporter and a

12    disinterested person, and was thereafter transcribed

13    under my direction into typewriting by computer;

14    that request [  ] was [ X ] was not made to read and

15    correct said deposition.

16         I further certify that I am not interested

17    in the outcome of said action, nor connected with,

18    nor related to any of the parties in said action,

19    nor to their respective counsel.

20         IN WITNESS WHEREOF, I have hereunto set my

21    hand this 18th day of September, 2025.

22

23

24    _____

          LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
25        Stenographic Certified Shorthand Reporter #10523
```