EXHIBIT 13

**In the Matter Of:**

*MUSK v*

*ALTMAN*

---

*GREG BROCKMAN*

*September 23, 2025*

---



1

1        UNITED STATES DISTRICT COURT

2          NORTHERN OF CALIFORNIA

3            OAKLAND DIVISION
   _____
4  ELON MUSK, et al.,           )
                                )
5           Plaintiffs,         )
                                )
6  v.                           )    Case No. 4:24-cv-04722-YGR
                                )
7  Samuel Altman, et al.,       )
                                )
8           Defendants.         )
   _____)
9

10

11          ** HIGHLY CONFIDENTIAL **

12      Videotaped Deposition of GREG BROCKMAN

13          San Francisco, California

14          Tuesday, September 23, 2025

15

16

17

18

19

20

21

22        Reported Stenographically by

23    Michael P. Hensley, RDR, CSR No. 14114

24

25

2

1              UNITED STATES DISTRICT COURT

2              NORTHERN OF CALIFORNIA

3                  OAKLAND DIVISION
    _____
4   ELON MUSK, et al.,            )
                                  )
5            Plaintiffs,          )
                                  )
6   v.                            )    Case No. 4:24-cv-04722-YGR
                                  )
7   Samuel Altman, et al.,        )
                                  )
8            Defendants.          )
    _____)

9

10

11       Videotaped Deposition of GREG BROCKMAN,

12   commencing at the hour of 10:28 A.M. and concluding

13   at the hour of 7:21 P.M. on Tuesday,

14   September 23, 2025, at the location of

15   425 Market Street, San Francisco, California 94105,

16   before Michael Hensley, Registered Diplomate

17   Reporter, Certified Shorthand Reporter No. 14114, in

18   and for the State of California.

19

20

21

22

23

24

25

                                                                      3

1    APPEARANCES:

2    For Plaintiffs:

3            MOLOLAMKEN LLP
             By:  ROBERT K. KRY, ESQ.
4            600 New Hampshire Avenue, N.W.
             Washington, D.C. 20037
5            202.553.2011
             rkry@mololamken.com

6

7            MOLOLAMKEN LLP
             BY:  ALEX EYNON, ESQ.
8            430 Park Avenue
             New York, New York 10022
9            212.607.8174
             aeynon@mololamken.com

10

11   For Defendant Microsoft Corporation:

12           DECHERT LLP
             By:  HOWARD ULLMAN, ESQ.
13           45 Fremont Street, 26th Floor
             San Francisco, California 94105
14           415.262.4500
             howard.ullman@dechert.com

15

16   For Defendant Gregory Brockman:

17           WACHTELL, LIPTON, ROSEN & KATZ
             BY:  WILLIAM SAVITT, ESQ.
18               KELSEY A. BORENZWEIG, ESQ.
                 SARAH K. EDDY, ESQ.
19           51 West 52nd Street
             New York, New York 10019
20           212.403.1000
             wdsavitt@wlrk.com
21           skeddy@wlrk.com

22

23

24

25

4

```
 1   APPEARANCES (CONTINUED):

 2   For Defendant Gregory Brockman:

 3              MORRISON & FOERSTER, LLP
              BY:  WILLIAM FRENTZEN, ESQ.
 4              425 Market Street
              San Francisco, California 94105
 5              415.268.7000
              wfrentzen@mofo.com
 6

 7   Also Present:

 8              RENNY HWANG, ESQ.

 9              ALEJANDRO ZAMORA RUIZ, Videographer

10

11   Present Remotely:

12              ROBERT CASTILLO, AV Monitor

13              ZACHARY DAVID, ESQ.

14              SARA TOFIGHBAKHSH, ESQ.

15              CAMILA TAPERNOUX, ESQ.

16              BRADLEY WILSON, ESQ.

17              YOSEF WEITZMAN, ESQ.

18              JAYMIE PARKKINEN, ESQ.

19

20

21

22

23

24

25
```

5

```
 1                              INDEX

 2

 3                           EXAMINATIONS

 4   WITNESS:  GREG BROCKMAN                              Page

 5   BY ATTORNEY KRY                                        10

 6   BY ATTORNEY ULLMAN                                    303

 7

 8                            EXHIBITS

 9   No.                  Description                     Page

10   1      (Highly Confidential) Bates Number              12
            OPENAI_MUSK00029106:  Untitled
11          Document

12   2      Bates Number 2024MUSK-0013670:  "My             33
            path to OpenAI"
13

     3      (Highly Confidential) Bates Number              45
14          2024MUSK-00029118:  "Memory"

15   4      (Confidential) Bates Number                     53
            OPENAI_MUSK005733 - 005734:  Email
16          from Greg Brockman 11/22/15

17   5      (Confidential) Bates Number                     61
            SPX-00021496 - 00021497:  Email from
18          Greg Brockman 10/26/2015

19   6      (Confidential) Bates Number                     66
            OPENAI_MUSK00023430 - 00023431:
20          Email exchange, top message from
            Greg Brockman 8/18/17
21
     7      (Confidential) Bates Number                     70
22          2024MUSK-0004680 - 0004683:  Email
            exchange, top message from Elon Musk
23          12/7/15

24

25
```

9

1                          Via Videoconference

2                   Tuesday, September 23, 2025

3                      10:28 A.M. - 7:21 P.M.

4                              -o0o-

10:25:50  5           THE VIDEOGRAPHER:  We are now on the

6    record.  My name is Alejandro Zamora Ruiz.  I am the

7    videographer, representing Lexitas.  This is the

8    video deposition for the United States District

9    Court, Northern District of California.  Today's

10:28:21 10   date is September 23rd, 2025, and the time is

11   10:28 A.M. Pacific Time.

12           This deposition is being held at the

13   offices of Morrison & Foerster LLP at 425 Market

14   Street, San Francisco, California 94105, in the

10:28:45 15  matter of Elon Musk, et al., v. Samuel Altman,

16   et al., Case Number 4:24-cv-04722-YGR.

17           The deponent is Gregory Brockman, and all

18   counsel will be noted on the stenographic record.

19           The court reporter will now introduce

10:29:07 20  himself and swear in the witness.

21           THE COURT REPORTER:  Good morning.  My

22   name is Mike Hensley.  I am a California Certified

23   Shorthand Reporter, CSR #14114.  Today's proceedings

24   are being captured by stenographic means.

25                            ///

```
                                                              10
     1                   GREG BROCKMAN,

     2    having been first duly sworn, was examined and

     3    testified as follows:

     4                      EXAMINATION

10:29:31  5  BY ATTORNEY KRY:

     6        Q.   Mr. Brockman, my name's Robert Kry.

     7             What time is it, Mr. Brockman?

     8        A.   I -- I don't know the current time.

     9        Q.   You can feel free to confer with counsel.

10:29:48 10             THE WITNESS:  What time is it?

    11             ATTORNEY SAVITT:  I'm not going to address

    12    this matter.

    13    BY ATTORNEY KRY:

    14        Q.   Do you know what time your deposition was

10:29:53 15  noticed for this morning, Mr. Brockman?

    16        A.   I believe 10:00 A.M.

    17        Q.   Wasn't it actually noticed for 9:00 A.M.

    18    originally?

    19             Do you know?

10:30:04 20        A.   I do not know.

    21        Q.   Do you know whether your counsel informed

    22    us yesterday that they -- unilaterally, that they

    23    were going to start at 10:00 A.M. instead?

    24             Do you know one way or the other?

10:30:15 25        A.   I do not know that for a fact.
```

MUSK v                                                                    Greg Brockman
ALTMAN                          Highly Confidential               September 23, 2025

213

BY ATTORNEY KRY:

        Q.   Marked as Exhibit 20, a document stamped

2024MUSK-0006991.

             This is a email from Mr. Sutskever to

15:59:12   yourself and Mr. Musk with the subject "The Business

of Building AGI."

             Dated July 12th.

             ATTORNEY SAVITT:   Which one are we on?

             ATTORNEY KRY:   This one is Exhibit 20.

16:01:38   THE WITNESS:   Okay.

BY ATTORNEY KRY:

        Q.   So this is quite a comprehensive email.

             Do you -- did you collaborate with

Mr. Sutskever at all when he was preparing it, or

16:01:50   did you see it for the first time when he sent it to

Mr. Musk and you?

             ATTORNEY SAVITT:   Objection.   Form.

             THE WITNESS:   I believe I would've

collaborated in some form, seen a draft, helped

16:02:02   co-author it, something like that, prior to him

ending it to Elon and me.

BY ATTORNEY KRY:

        Q.   So on the second page, Mr. Sutskever

writes:

16:02:09            [As Read]  To be in the business of

MUSK v
ALTMAN                          Highly Confidential

Greg Brockman
September 23, 2025

214

1           building safe AGI, OpenAI needs to --

2           And then there's four things listed:

3               [As Read]  1, have the best AI results

4           each year; 2, increase our GPU cluster

16:02:21   5           from 600 GPUs to 5,000 GPUs ASAP; 3,

6           increase our head count; and 4, lock down

7           an overwhelming hardware advantage.

8           And then he adds:

9               [As Read]  2, 3, 4, all will

16:02:34  10           ultimately require large amounts of

11           capital.  If we can secure the funding, we

12           have a real chance at setting the initial

13           conditions under which AGI is born.

14           Increased funding needs will come lock

16:02:48  15           step with increased magnitude of results.

16           We should discuss options to obtain the

17           relevant funding as that is the biggest

18           piece that's outside of our control.

19           Is that paragraph an accurate statement of

16:02:58  20      the views that you had at the time Mr. Sutskever

21      sent this email?

22           A.   I think that that was the best idea, the

23      best perspective, that Ilya and I had come up with

24      at the time.

16:03:14  25           Q.   And was it your understanding that other

215

1    researchers at OpenAI shared that perspective at the

2    time?

3         A.    I think there was a wide variety of views

4    from different researchers at OpenAI at the time.

16:03:28  5         Q.    How did Mr. Musk react to this view after

6    you expressed it to him?

7              ATTORNEY SAVITT:    Objection.    Foundation.

8              THE WITNESS:    I do not recall a specific

9    reaction to this specific email.

16:03:41 10   BY ATTORNEY KRY:

11         Q.    Was the viewpoint reflected in this email

12   the motivation for the various discussions you had

13   about various for-profit structures?

14             ATTORNEY SAVITT:    Objection.    Answer.

16:03:56 15   BY ATTORNEY KRY:

16         Q.    During this time period?

17         A.    Sorry, could you repeat the question.

18         Q.    The viewpoint reflected in this email is

19   that -- did that spawn or generate the various

16:04:06 20   discussions you had over the rest of 2017 regarding

21   potential for-profit structures?

22         A.    I would say this viewpoint is definitely

23   very strongly related to the reason that we felt to

24   achieve the mission, to further the mission, to have

16:04:22 25   impact on the mission would require some new entity.

229

BY ATTORNEY KRY:

    Q.   I've marked as Exhibit 24 the document

OPENAI_MUSK29720.  This is another entry from your

journal, and the production on data indicates --

17:01:14   pardon me.  And the production data indicates that

this one is from November 6th, 2017.

    A.   Okay.

    Q.   At the top of this document, you write:

         [As Read]  Next day, Ilya feeling like

17:06:45         we morally should not be kicking Elon out

         and should be trying to make the nonprofit

         work and convince him to stay.

         What were you referring to in that note?

    A.   In consideration of how to pursue the

17:07:01   mission, we had concluded, or our belief was, that

the top way to do it was to create a PBC B corp or

something like that that could raise the money

needed for the mission.  We had spent those six

weeks trying to negotiate on it with Elon.  Those

17:07:18   fell through.

         We believed there was a path to

potentially doing such an entity together with him

in the future, but not at that moment.  And so as we

thought about how to pursue the mission, one option

17:07:28   was that we may have to fire Elon from the nonprofit

230

1   in order to be able to then pursue the mission.

2        Q.   And in the statement that you're recording

3   here, was Mr. Sutskever expressing moral qualms

4   about that course of action?

17:07:47 5        ATTORNEY SAVITT:  Objection.

6            Answer if you can.

7            THE WITNESS:  We decided or felt in this

8   moment that it just would not, at a personal level,

9   be something that we wanted to do.

17:08:03 10  BY ATTORNEY KRY:

11       Q.   And did Mr. Sutskever express to you that

12  instead, you should be trying to make the nonprofit

13  work and convince Mr. Musk to stay?

14       A.   What we felt was the best plan B was to

17:08:18 15  say, let's see if we can make the nonprofit work in

16  a configuration where we can all continue working

17  together.

18       Q.   Next, in these notes, you write:

19            [As Read]  Going to do a 9 A call with

17:08:26 20       Sam.

21            On it, the questions are:

22            [As Read]  One, suppose we do

23            nonprofit and E stays, are you cool with

24            us doing hardware in Tesla?

17:08:40 25            Is "E" a reference to Elon there?

304

```
            1    evening.  My name's Howard Ullman.  I represent
            2    Microsoft in this matter.  I know it's been a long
            3    day already.  I have a few questions for you, but I
            4    will endeavor to be brief.
19:05:17    5         A.   And sorry, just to check.  How much time
            6    do you have or how does it work?
            7              ATTORNEY SAVITT:  He's --
            8              THE WITNESS:  As long as you want?  You do
            9    your thing.
19:05:25   10              ATTORNEY SAVITT:  Let's do it as fast as
           11    we can.  How about we say that.
           12              ATTORNEY ULLMAN:  I'll promise to be as
           13    quick as I can be.
           14    BY ATTORNEY ULLMAN:
19:05:32   15         Q.   All right.
           16              Did you ever tell anyone at Microsoft that
           17    there was an agreement between OpenAI and Mr. Musk?
           18              ATTORNEY KRY:  Objection to form.
           19              THE WITNESS:  I do not recall having
19:05:48   20    mentioned to anyone at Microsoft that there was an
           21    agreement with -- between OpenAI and Elon Musk.
           22    BY ATTORNEY ULLMAN:
           23         Q.   Are you aware of any communication between
           24    anyone else, whether at OpenAI or otherwise and
19:06:05   25    anyone at Microsoft, to the effect that there was an
```

305

1    agreement between OpenAI and Mr. Musk?

2              ATTORNEY KRY:  Objection to form.

3              ATTORNEY SAVITT:  Objection to form.

4              THE WITNESS:  Sorry.  Can you repeat the

19:06:19  5    question?

6              ATTORNEY ULLMAN:  Yes.  I will.  I will

7    repeat it.

8    BY ATTORNEY ULLMAN:

9         Q.   Are you aware of any communication between

19:06:26  10   anyone else, other than yourself, that is, and

11   anyone at Microsoft, to the effect that there was an

12   agreement between OpenAI and Mr. Musk?

13        A.   I am not aware --

14             ATTORNEY KRY:  Objection to form.

19:06:36  15             THE WITNESS:  -- of communications between

16   such parties about dealings with Elon Musk.

17   BY ATTORNEY ULLMAN:

18        Q.   Did you ever tell anybody at Microsoft

19   that OpenAI owed any obligations to Mr. Musk?

19:06:48  20             ATTORNEY KRY:  Objection to form.

21             ATTORNEY SAVITT:  Objection.

22             THE WITNESS:  Do not recall communication

23   of obligations to Elon Musk.

24   BY ATTORNEY ULLMAN:

19:06:55  25        Q.   And are you aware of any communications --

306

```
 1    communication between anyone else, other than

 2    yourself and anyone at Microsoft, to the effect that

 3    OpenAI owed any obligations to Mr. Musk?

 4              ATTORNEY KRY:  Objection to form.

 5              THE WITNESS:  Can I ask for one

 6    clarification?

 7    BY ATTORNEY ULLMAN:

 8         Q.   Sure.

 9         A.   Because I feel like the lawsuit itself

10    alleges it, and so does that count as a

11    communication from a human to people at Microsoft

12    about obligations?

13         Q.   Let's put aside the lawsuit.

14         A.   Okay.

15              Yeah, so in the normal course of business,

16    I know of no communications of obligations.

17         Q.   Have you shared any documents with anyone

18    at Microsoft that discuss an agreement between

19    OpenAI and Mr. Musk?

20              ATTORNEY KRY:  Objection to form.

21              THE WITNESS:  I know of no documents that

22    I've shared about obligations, agreements, anything

23    like that with Elon Musk.

24    BY ATTORNEY ULLMAN:

25         Q.   And do you know whether anyone at
```

19:07:09 (line 5)
19:07:13 (line 10)
19:07:22 (line 15)
19:07:35 (line 20)
19:07:42 (line 25)

1    Microsoft is aware of an agreement between OpenAI

2    and Mr. Musk?

3              ATTORNEY KRY:  Objection to form.

4              ATTORNEY SAVITT:  Objection.

19:07:48  5              THE WITNESS:  I know of no person at

6    Microsoft who's aware of an agreement with Elon Musk

7    and OpenAI.

8    BY ATTORNEY ULLMAN:

9         Q.   Have you shared any documents with anyone

19:07:56 10    at Microsoft that discuss obligations OpenAI owed to

11    Mr. Musk?

12              ATTORNEY KRY:  Objection to form.

13              ATTORNEY SAVITT:  Objection.

14              THE WITNESS:  No document sharing to

19:08:05 15    Microsoft of obligations owed to Elon Musk from

16    OpenAI.

17    BY ATTORNEY ULLMAN:

18         Q.   And do you know whether anyone at

19    Microsoft is aware of any obligations OpenAI owed to

19:08:14 20    Mr. Musk?

21              ATTORNEY KRY:  Objection to form.

22              THE WITNESS:  No -- no awareness of people

23    at Microsoft to know about obligations owed from

24    OpenAI to Elon Musk.

25                        ///

```
 1   BY ATTORNEY ULLMAN:

 2        Q.   All right.

 3             Have you ever told anyone at Microsoft

 4   that you yourself owed any obligations to Mr. Musk?

 5        A.   Never.  No awareness of telling people at

 6   Microsoft that I owe obligations to Elon.

 7        Q.   And are you aware of any communication

 8   between anyone else, other than yourself and anyone

 9   at Microsoft, to the effect that you owed

10   obligations to Mr. Musk?

11             ATTORNEY KRY:  Objection to form.

12             THE WITNESS:  No awareness of such

13   communications of obligations.

14   BY ATTORNEY ULLMAN:

15        Q.   Have you shared documents with anyone at

16   Microsoft that discusses obligations you owed to

17   Mr. Musk?

18        A.   No knowledge of documents --

19             ATTORNEY KRY:  Objection to form.

20             THE WITNESS:  -- of things that I owed to

21   Elon.

22             (Admonition by the court reporter.)

23             ATTORNEY SAVITT:  Can I have an agreement

24   that I join him in his objection?

25             ATTORNEY KRY:  You may.
```

Timestamps:
19:08:29 — line 5
19:08:46 — line 10
19:08:52 — line 15
19:09:04 — line 20
19:09:11 — line 25

```
 1              THE WITNESS:  Can they auto object to

 2    everything?  I can say, "I have no knowledge of

 3    things."

 4              All right.  No knowledge of whatever the

 5    question was?

 6              Sorry, could you repeat the question.

 7    BY ATTORNEY ULLMAN:

 8         Q.   I can try.

 9         A.   Oh, no.  Sorry, everyone.

10         Q.   I believe it was have you shared any

11    documents with anyone at Microsoft that discuss

12    obligations you owed to Mr. Musk?

13              ATTORNEY KRY:  Objection.

14              THE WITNESS:  No knowledge of documents

15    shared with Microsoft about obligations to Elon Musk

16    from me.

17    BY ATTORNEY ULLMAN:

18         Q.   And do you know whether anyone at

19    Microsoft is aware of any obligations you owed to

20    Mr. Musk?

21              ATTORNEY KRY:  Objection to form.

22              THE WITNESS:  No knowledge of that.

23    BY ATTORNEY ULLMAN:

24         Q.   Have you ever told anyone at Microsoft

25    that there were any restrictions associated with
```

Timestamps:
- 19:09:18 (line 5)
- 19:09:25 (line 10)
- 19:09:40 (line 15)
- 19:09:47 (line 20)
- 19:09:55 (line 25)

MUSK v
ALTMAN                          Highly Confidential

Greg Brockman
September 23, 2025

310

```
 1    Mr. Musk's donations to OpenAI?
 2         A.   I do not recall telling anyone at
 3    Microsoft about restrictions of Elon's donations
 4    to -- or, sorry, of the -- I guess, indirect
 5    donations or -- from Elon to OpenAI.
 6         Q.   And are you aware of any communications
 7    between anyone else, other than yourself and anyone
 8    at Microsoft, to the effect that there were any
 9    restrictions associated with Mr. Musk's donations to
10    OpenAI?
11              ATTORNEY KRY:   Objection to form.
12              THE WITNESS:   No knowledge of
13    communication of restrictions about any donations
14    that Elon may have had.
15    BY ATTORNEY ULLMAN:
16         Q.   And have you shared any documents with
17    Microsoft that discuss any restrictions associated
18    with Mr. Musk's donations to OpenAI?
19              ATTORNEY KRY:   Objection to form.
20              THE WITNESS:   No documents shared about
21    Elon's -- yeah, any donations Elon may have had.
22    BY ATTORNEY ULLMAN:
23         Q.   Do you know whether anyone at Microsoft is
24    aware of any restrictions associated -- sorry,
25    associated with Mr. Musk's donations to OpenAI?
```

Time stamps:
19:10:10 (line 5)
19:10:30 (line 10)
19:10:38 (line 15)
19:10:48 (line 20)
19:11:00 (line 25)

314

1              CERTIFICATE OF SHORTHAND REPORTER

2

3         I, MICHAEL P. HENSLEY, REGISTERED DIPLOMATE

4    REPORTER FOR THE STATE OF CALIFORNIA, CSR NO. 14114,

5    THE OFFICER BEFORE WHOM THE FOREGOING DEPOSITION WAS

6    TAKEN, DO HEREBY CERTIFY THAT THE FOREGOING

7    TRANSCRIPT IS A TRUE AND CORRECT RECORD OF THE

8    TESTIMONY GIVEN; THAT SAID TESTIMONY WAS TAKEN BY ME

9    STENOGRAPHICALLY AND THEREAFTER REDUCED TO

10   TYPEWRITING UNDER MY DIRECTION; THAT READING AND

11   SIGNING WAS NOT REQUESTED; AND THAT I AM NEITHER

12   COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE

13   PARTIES TO THIS CASE AND HAVE NO INTEREST, FINANCIAL

14   OR OTHERWISE, IN ITS OUTCOME.

15

16

17

18   _____

19              MICHAEL P. HENSLEY, CSR, RDR

20

21

22

23

24

25