# EXHIBIT 21

# Delaware



Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "SUMMERSAFE, L.P.", CHANGING ITS NAME FROM "SUMMERSAFE, L.P." TO "OPENAI, L.P.", FILED IN THIS OFFICE ON THE THIRD DAY OF JANUARY, A.D. 2019, AT 3:58 O`CLOCK P.M.



7063675  8100
SR# 20190050541

Authentication: 202044568
Date: 01-08-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:58 PM 01/03/2019
FILED 03:58 PM 01/03/2019
SR 20190050541 - File Number 7063675

# CERTIFICATE OF AMENDMENT
# TO THE
# CERTIFICATE OF LIMITED PARTNERSHIP
# OF
# SUMMERSAFE, L.P.

In accordance with the provisions of Section 17-202 of the Revised Uniform Limited Partnership Act of the State of Delaware, the Certificate of Limited Partnership (the "Certificate") of SummerSafe, L.P. (the "Limited Partnership") is hereby amended as follows:

FIRST: The name of the Limited Partnership is hereby changed from:

SummerSafe, L.P.

to

OpenAI, L.P.

SECOND: The address of the General Partner is hereby changed from:

650 Castro Street, Suite 120-538, Mountain View, CA 94041

to

3180 18th Street, San Francisco, CA 94110

THIRD: The name of the General Partner is hereby changed from:

SummerSafe GP, L.L.C.

to

OpenAI GP, L.L.C.

Except as specifically set forth above, the Certificate is unchanged hereby.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment to the Certificate of Limited Partnership effective the 3rd of January, 2019.

> OPENAI GP, L.L.C.,
> a Delaware limited liability company,
> its General Partner
>
> /s/ David Lansky
> David Lansky, Authorized Person