# EXHIBIT 22

# ACTION BY UNANIMOUS WRITTEN CONSENT
# OF THE
# REORGANIZATION COMMITTEE
# OF
# OPENAI, INC.

The undersigned, constituting all of the members of the Reorganization Committee (the "Committee") of OpenAI, Inc., a Delaware nonprofit nonstock corporation (the "Corporation"), in accordance with the authority provided in Section 141(f) of the General Corporation Law of the State of Delaware, hereby adopt the following resolutions and consent to the taking of the following actions without a meeting of the Committee:

> **WHEREAS** the Board of Directors of the Corporation (the "Board") has determined that it is advisable and in the best interest of the Corporation to form a new structure through which the Corporation will serve as the sole member of a Delaware limited liability company that will in turn serve as the general partner of a Delaware limited partnership, which such partnership shall be used to advance the Corporation's mission of ensuring that safe artificial general intelligence is developed and benefits all of humanity, consistent with the Term Sheet attached hereto as Exhibit A (the "Reorganization Plan");
>
> **WHEREAS** the Board has empowered the Committee to take certain actions in furtherance of the Reorganization Plan, consistent with the Term Sheet;

*Formation of the General Partner*

> **WHEREAS** to effectuate the Reorganization Plan, the Committee has determined that it is advisable and in the best interest of the Corporation to form SummerSafe GP, L.L.C., a Delaware limited liability company (since renamed OpenAI GP, L.L.C.) (the "General Partner") and to serve as the sole member thereof; and
>
> **WHEREAS** the Committee has reviewed executed copies of each of the Certificate of Formation of the General Partner dated as of September 19, 2018, attached hereto as Exhibit B, and the Operating Agreement of the General Partner dated as of September 19, 2018, attached hereto as Exhibit C, and desires to ratify such organizational documents;
>
> **NOW, THEREFORE, IT IS RESOLVED** that the execution of the Certificate of Formation of the General Partner and the Operating Agreement of the General Partner, attached hereto as Exhibit B and Exhibit C, respectively, is hereby ratified and confirmed; and

CONFIDENTIAL  MSFT_MUSK000084932

**FURTHER RESOLVED** that the filing of the Certificate of Formation of the General Partner with the Delaware Secretary of State is hereby ratified and confirmed.

*Formation of the Operating Entity and Admission of Limited Partners*

**WHEREAS** to effectuate the Reorganization Plan, the Committee has determined that it is advisable and in the best interest of the Corporation, as the sole member of the General Partner, to approve the formation by the General Partner of SummerSafe, L.P., a Delaware limited partnership (since renamed OpenAI, L.P.) (the "Operating Entity") and the admission of limited partners to the Operating Entity (the "Operating Entity Limited Partners");

**WHEREAS** the Committee has reviewed executed copies of each of the Certificate of Limited Partnership of the Operating Entity dated as of September 19, 2018, attached hereto as Exhibit D, the initial Limited Partnership Agreement of the Operating Entity dated as of September 19, 2018, attached hereto as Exhibit E, the initial revised Limited Partnership Agreement of the Operating Entity dated as of October 10, 2018, attached hereto as Exhibit F, and desires to ratify such organizational documents; and

**WHEREAS** the Committee has reviewed the Limited Partnership Agreement of the Operating Entity to be entered into by and between the General Partner and the Operating Entity Limited Partners, attached hereto as Exhibit G (the "Operating Entity LPA");

**NOW, THEREFORE, IT IS RESOLVED** that the execution by the General Partner of the Certificate of Limited Partnership of the Operating Entity, the initial Limited Partnership Agreement of the Operating Entity and the initial revised Limited Partnership Agreement of the Operating Entity, attached hereto as Exhibit D, Exhibit E and Exhibit F, respectively, is hereby ratified and confirmed;

**FURTHER RESOLVED** that the filing by the General Partner of the Certificate of Limited Partnership of the Operating Entity with the Delaware Secretary of State is hereby ratified and confirmed;

**FURTHER RESOLVED** that the Operating Entity LPA, attached hereto as Exhibit G, is hereby authorized and approved and that the transactions contemplated therein by and between the General Partner and the Operating Entity Limited Partners listed therein are hereby authorized and approved; and

**FURTHER RESOLVED** that the General Partner may from time to time admit Operating Entity Limited Partners to the Operating Entity pursuant to and/or under the terms of the Operating Entity LPA.

CONFIDENTIAL                                                                                                           MSFT_MUSK000084933

*Formation of the Employee Vehicle and Admission of Limited Partners*

>    **WHEREAS** in connection with the Reorganization Plan, the Committee has determined that it is advisable and in the best interest of the Corporation to establish a Delaware limited partnership through which certain individuals who are employees, advisors, or affiliates of the General Partner or any of its affiliates, or any estate planning, wealth management, or similar vehicles of such individuals, may hold certain limited partnership interests in the Operating Entity;
>
>    **WHEREAS** in furtherance thereof the Committee has determined that it is advisable and in the best interest of the Corporation, as the sole member of the General Partner, to approve the formation by the General Partner of SummerSafe Holdings, L.P., a Delaware limited partnership (since renamed OpenAI Holdings, L.P.) (the "Employee Vehicle" and, together with the General Partner and the Operating Entity, the "Fund Entities") and the admission of limited partners to the Employee Vehicle (the "Employee Vehicle Limited Partners");
>
>    **WHEREAS** the Committee has reviewed executed copies of each of the Certificate of Limited Partnership of the Employee Vehicle dated as of September 19, 2018, attached hereto as Exhibit H, and the initial Limited Partnership Agreement of the Employee Vehicle dated as of September 19, 2018, attached hereto as Exhibit I, and desires to ratify such organizational documents; and
>
>    **WHEREAS** the Committee has reviewed the Limited Partnership Agreement of the Employee Vehicle to be entered into by and between the General Partner and the Employee Vehicle Limited Partners, attached hereto as Exhibit J (the "Employee Vehicle LPA");
>
>    **NOW, THEREFORE, IT IS RESOLVED** that the execution by the General Partner of the Certificate of Limited Partnership of the Employee Vehicle and the initial Limited Partnership Agreement of the Employee Vehicle, attached hereto as Exhibit H and Exhibit I, respectively, is hereby ratified and confirmed;
>
>    **FURTHER RESOLVED** that the filing by the General Partner of the Certificate of Limited Partnership of the Employee Vehicle with the Delaware Secretary of State is hereby ratified and confirmed;
>
>    **FURTHER RESOLVED** that the Employee Vehicle LPA, attached hereto as Exhibit J, is hereby authorized and approved and that the transactions contemplated therein by and between the General Partner and the Employee Vehicle Limited Partners listed therein are hereby authorized and approved; and
>
>    **FURTHER RESOLVED** that the General Partner may from time to time admit Employee Vehicle Limited Partners to the Employee Vehicle pursuant to and/or under the terms of the Employee Vehicle LPA.

*Collaboration Agreement*

**WHEREAS** in connection with the Reorganization Plan, the Committee has determined that it is advisable and in the best interest of the Corporation to collaborate with the Operating Entity to further the Corporation's mission;

**WHEREAS** the Committee has reviewed the Collaboration Agreement that is contemplated to be entered into by and between the Corporation and the Operating Entity, attached hereto as Exhibit K (the "Collaboration Agreement"), and pursuant to which the Operating Entity will pay to the Corporation the Temporary Fee (as defined in the Operating Entity LPA and further described in the Collaboration Agreement); and

**WHEREAS** the Operating Entity commenced payment of the Temporary Fee to the Corporation on October 10, 2018;

**NOW, THEREFORE, IT IS RESOLVED** that the Collaboration Agreement is hereby authorized and approved and that the transactions contemplated therein by and between the Corporation and the Operating Entity are hereby authorized and approved; and

**FURTHER RESOLVED** that the initial payment of the Temporary Fee by the Operating Entity is hereby ratified and confirmed and that any and all additional payments of the Temporary Fee pursuant to the Operating Entity LPA and the Collaboration Agreement are hereby authorized and approved.

*Authority of Authorized Persons with Respect to the Corporation and the Fund Entities*

**NOW, THEREFORE, IT IS RESOLVED** that, subject to Sam Altman's direction and control, David Lansky, Chris Clark, and Brad Lightcap (each, an "Authorized Person") shall have the power and authority to take all actions that are necessary and appropriate to effectuate the Reorganization Plan, but within the limitations of the powers specifically delegated by the Board to the Reorganization Committee, which such actions include the negotiation, execution, and delivery, on behalf of the Corporation (acting on behalf of itself and/or any of the Fund Entities, as applicable), any and all agreements (including any subscription agreements and/or side letters with limited partners of any applicable Fund Entities), notes, deeds, letters, notices, certificates, acknowledgments, instructions and other documents necessary and appropriate for the accomplishment of the purposes of the Reorganization Plan, including in the name of "Manager" of the General Partner; provided, however, that in no event shall Sam Altman direct, or any Authorized Person take, any action that (a) reduces or alters the power or authority of the Corporation or the General Partner pursuant to the Reorganization Plan, or (b) is inconsistent with, or amends in any material respect the documents approved pursuant to, the above resolutions, without prior approval of the Committee;

{01070797.DOCX; 3}

**FURTHER RESOLVED** that Sam Altman shall report to the Committee upon request, and in any event at reasonable intervals, regarding all such actions taken since the prior report, and shall keep the Committee apprised regarding the progress of the Reorganization Plan; and

**FURTHER RESOLVED** that any actions previously taken in furtherance of the actions contemplated by the foregoing recitals and resolutions by (i) the General Partner acting on its own behalf and/or any other Fund Entity and (ii) the officers of the Corporation or any of the Authorized Persons, in each case, acting on behalf of the Corporation on its own behalf and/or any Fund Entity, as the case may be, provided that any actions of such individuals are taken at the direction of the Corporation's Board or President, are hereby ratified and confirmed, and such persons are hereby authorized and directed to do all such further acts and things as they may deem necessary and appropriate in order to complete the actions contemplated in these resolutions.

==IN WITNESS WHEREOF==, the foregoing resolutions have been approved and adopted by all of the members of the Committee.

Dated: 02/08/2019

_____
Sam Altman

Dated: 02/11/2019

_____
Holden Karnofsky