# EXHIBIT 34

June 21, 2024

**EXHIBIT 13**
30(b)(6) Michael Wetter
9/8/2025
Buell Realtime Reporting
206.287.9066



Note: Post-closing acquisition contribution of Rockset to sit below OpenAI OpCo is in process.

HIGHLY CONFIDENTIAL

MSFT_MUSK000090805