# EXHIBIT 36

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS OF
# OPENAI, INC.

The undersigned, being all of the members of the Board of Directors ("Board") of OpenAI, Inc., a Delaware nonprofit nonstock corporation (the "Corporation"), and acting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware (the "DGCL"), do hereby adopt, and do consent to the adoption of, the following resolutions in its capacity as the Board of the Corporation:

Reorganization and Related Transactions

WHEREAS, immediately prior the Reorganization (as defined below), (i) the Corporation is the sole member of OpenAI GP, L.L.C. (the "General Partner"), (ii) the General Partner is the general partner of OpenAI, L.P. (the "Partnership"), (iii) the Partnership is the sole member of OpenAI, L.L.C. ("OAI LLC"), and (iv) OAI LLC is the sole member of each of OpenAI Global, LLC ("Global") and OpenAI Holdco, LLC ("Holdco");

WHEREAS, immediately following the Reorganization, (i) the Corporation will be the sole member of the General Partner, (ii) the General Partner will be the manager of Global (the General Partner, in such capacity, the "Manager"), (iii) Global will be the sole member of Holdco, (iv) Holdco will be the sole member of the Partnership, which will have been converted (the "Conversion") in the Reorganization to a Delaware limited liability company named OpenAI OpCo, LLC ("OpCo"), and (v) OpCo will be the sole member of OAI LLC.

WHEREAS, the General Partner (prior to the Reorganization) or the Manager (following the Reorganization), as applicable, the Partnership (prior to the Reorganization) or OpCo (following the Reorganization), as applicable, OAI LLC, Global and Holdco are referred to herein in as the "Specified Entities" and the relationship of the Corporation to each Specified Entity as described above is referred to as the "Specified Capacities";

WHEREAS, the Board acting on behalf of the Corporation, including in the Corporation's Specified Capacities, has determined that is advisable and in the best interests of the Corporation and the relevant Specified Entities to have the Specified Entities and the other parties thereto enter into the proposed Master Contribution, Distribution, Assignment and Assumption Agreement (the "Agreement") in substantially the form attached hereto as <u>Exhibit A</u>, and to enter into a series of transactions to effectuate an internal restructuring as contemplated by the Agreement (the "Reorganization") whereby, among other things, (i) the Conversion of the Partnership into OpCo will be effectuated, (ii) in the Conversion, the limited partners of the Partnership (the "Limited Partners") will receive limited liability company interests in OpCo pro rata in accordance with their limited partnership interests in the Partnership immediately prior to the Conversion, and be admitted as members of OpCo in respect thereof, (iii) the Limited Partners, in their capacity as members of OpCo immediately following the Conversion (in such capacity, the "Members"), will contribute their limited liability company interests in OpCo to Global as an in-kind contribution for 100% of the limited liability company interests of Global (the "Global Interests") pro rata in accordance with their ownership of OpCo immediately prior to such contribution, and (iv) Global, in its capacity as the sole member of OpCo immediately following the transactions described in the preceding clause (iii), will contribute its limited liability interests in OpCo (the "OpCo

Interests") to Holdco as an in-kind contribution for 100% of the limited liability company interests of Holdco ("Holdco Interests");

WHEREAS, on December 28, 2022, in connection with the Reorganization, the General Partner caused the filing of the Certificate of Formation of each of Global and Holdco (the "Certificates") with the Secretary of State of the State of Delaware;

WHEREAS, in connection with the Reorganization, OAI LLC desires to enter into a proposed Limited Liability Company Agreement of Global ("Initial Global LLCA") and a proposed Limited Liability Company Agreement of Holdco ("Initial Holdco LLCA") in substantially the forms attached hereto as <u>Exhibit B</u> and <u>Exhibit C</u>, respectively, as the sole member of each of Global and Holdco;

WHEREAS, in connection with the Reorganization and pursuant to the terms of the Agreement, the General Partner desires to convert the Partnership from a Delaware limited partnership to a Delaware limited liability company in accordance with Section 17-219 of the LP Act and Section 18-214 of the Delaware Limited Liability Company Act (the "LLC Act") by the filing (or causing the filing) of a Certificate of Conversion ("Certificate of Conversion") and Certificate of Formation ("Certificate of Formation" and, together with the Certificate of Conversion, the "OpCo Certificates") in substantially the forms attached hereto as <u>Exhibit D-1</u> and <u>Exhibit D-2</u>, with the Secretary of State of the State of Delaware;

WHEREAS, in connection with, and effective upon the effectiveness of, the Conversion, the General Partner (including in its capacity as manager of OpCo effective immediately following the Conversion) desires to adopt and execute a limited liability company agreement of OpCo in substantially the form attached hereto as <u>Exhibit E</u> (the "Initial OpCo LLCA"), to be entered into by the General Partner (in its capacity as manager of OpCo) and the Members;

WHEREAS, as contemplated by the Agreement and immediately following the Conversion, the Limited Partners, in their capacity as Members, are expected to contribute, transfer, convey and deliver all of their right, title and interest in and to 100% of the limited liability company interests of OpCo to Global as an in-kind contribution for 100% of the Global Interests, to be held by the Members *pro rata* in accordance with their ownership of OpCo immediately prior to such contribution (the "OpCo Contribution I"), and in connection therewith to be admitted as members of Global in respect thereof and enter into the Amended and Restated Limited Liability Company Agreement of Global with the Manager (the "A&R Global LLCA" and, together with the Initial Global LLCA, the "Global LLCAs") in substantially the form attached hereto as <u>Exhibit F</u>, effective immediately as of the OpCo Contribution I Effective Time (as defined in the Agreement);

WHEREAS, as contemplated by the Agreement and effective immediately as of the OpCo Contribution I Effective Time, Global, in its capacity as the sole member of OpCo following the OpCo Contribution I, desires to adopt and execute an amended and restated limited liability company agreement of OpCo in substantially the form attached hereto as <u>Exhibit G</u> (the "A&R OpCo LLCA");

WHEREAS, as contemplated by the Agreement and effective immediately as of the OpCo Contribution II Effective Time (as defined in the Agreement), Global, in its capacity as the sole member of OpCo following the OpCo Contribution I, is expected to contribute, transfer, convey and deliver all of its right title and interest in and to 100% of the OpCo Interests to Holdco as an in-kind contribution for 100% of the Holdco Interests (the "OpCo Contribution II", and, together with the OpCo Contribution I, the Reorganization and the Conversion, the "Transactions"), and in connection therewith to be admitted as a member of Holdco in respect thereof and enter into the Amended and Restated Limited Liability Company Agreement of HoldCo (the A&R Holdco LLCA and, together with the Initial Holdco LLCA, the "Holdco LLCAs") in substantially the form attached hereto as <u>Exhibit H</u>, effective immediately as of the OpCo Contribution II Effective Time;

WHEREAS, as contemplated by the Agreement and effective immediately as of the OpCo Contribution II Effective Time, Holdco, in its capacity as the sole member of OpCo following the OpCo Contribution II, is expected to adopt and execute a second amended and restated limited liability company agreement of OpCo (the "Second A&R OpCo LLCA" and, together with the A&R OpCo LLCA and the Initial OpCo LLCA, the "OpCo LLCAs") in substantially the form attached hereto as <u>Exhibit I</u>, effective immediately as of the OpCo Contribution II Effective Time;

WHEREAS, the Board has reviewed the Second Amended and Restated Joint Development and Collaboration Agreement (the "JDA"), to be entered into by and among the Corporation, Global and Microsoft Corporation, substantially in the form attached hereto as <u>Exhibit J</u>, pursuant to which the parties have amended and restated the Joint Development and Collaboration Agreement, dated June 28, 2019, to provide for additional financial commitment from Microsoft, a differing structure for IP (as defined in the JDA) and commercialization of IP, enhancement of support and deeper engagement between the parties' respective engineering teams, among other things; and

WHEREAS, the Board, acting on behalf of the Corporation, including in the Corporation's Specified Capacities, has determined that the form, terms and provisions of the Agreement, the Certificates, the OpCo Certificates, the Holdco LLCAs, the Global LLCAs, the OpCo LLCAs, and the JDA (the "Transaction Documents") and performance thereof by the parties thereto, and the consummation of the Transactions, including the transactions contemplated by the Transaction Documents, are fair, advisable and in best interests of the Corporation and the relevant Specified Entities, together with any other documents related thereto that may be deemed necessary, advisable or appropriate by the relevant Specified Entities in order to effect the Transactions, including the transactions contemplated by the Transaction Documents.

==NOW, THEREFORE, BE IT RESOLVED, that the Transactions, including the transactions contemplated by the Transaction Documents, and the Transaction Documents, including any exhibits and schedules attached thereto, be, and hereby are, approved, ratified, confirmed and adopted, in all respects.==

<u>General Authorizing Resolutions</u>

RESOLVED, FURTHER, that the officers and agents (each, an "Authorized Officer") of the Corporation and the Specified Entities be, and each of them hereby is, authorized, empowered and directed, for and on behalf of the Corporation and the Specified Entities, to take any and all

actions, to negotiate for and enter into agreements and amendments to agreements, to perform all such acts and things, to execute, file, deliver or record in the name and on behalf of the Corporation and the Specified Entities, all such certificates, consents, approvals, instruments, agreements or other documents, and to make all such payments as they, in their judgment, or in the judgment of any one or more of them, may deem necessary, advisable or appropriate in order to carry out the purpose and intent of, or consummate the transactions contemplated by, the foregoing resolutions and/or all of the transactions contemplated therein or thereby (including, without limitation, taking or causing to be taken any action by or on behalf of the Corporation or any Specified Entity in its capacity as member, manager, general or limited partner, equityholder, agent or other representative of the Corporation or any Specified Entity and taking in such capacities as otherwise any of the foregoing actions set forth in this resolution in connection therewith), the authorization therefor to be conclusively evidenced by the taking of such action or the execution and delivery of such certificates, consents, approvals, instruments, agreements or documents;

RESOLVED FURTHER, that any and all actions heretofore taken by any Authorized Officer of the Corporation or the Specified Entities in connection with the matters contemplated by the foregoing resolutions be, and they hereby are, adopted, approved, ratified and confirmed in all respects as fully as if such actions had been presented to the Board for their approval prior to such actions being taken;

RESOLVED FURTHER, that any appropriate Authorized Officers are, and each individually hereby is, authorized, empowered and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Authorized Officers as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the contents thereof;

RESOLVED FURTHER, that, to the extent this written consent is executed and delivered by means of electronic transmission (including e-mail or a ".pdf" signature), this written consent shall be treated in all manners and respects and for all purposes as an original written consent and shall be considered valid, binding and effective for all purposes; and

RESOLVED FURTHER, that this written consent may be executed in counterparts, each of which shall constitute an original but which, together, shall constitute a single instrument.

[*Signature Page Follows*]

HIGHLY CONFIDENTIAL

OPENAI_MUSK00026484

IN WITNESS WHEREOF, each of the undersigned has executed this Consent on the date set forth below such person's name in both such person's capacity as a director of the Corporation.

Dated: 1/19/2023

*Sam Altman*
Sam Altman, Director

Dated: 1/20/2023

*Greg Brockman*
Greg Brockman, Director

Dated: 1/20/2023

*Adam D'Angelo*
Adam D'Angelo, Director

Dated: 1/19/2023

*Reid Hoffman*
Reid Hoffman, Director

Dated: 1/19/2023

*Ilya Sutskever*
Ilya Sutskever, Director

Dated: 1/20/2023

*Tasha McCauley*
Tasha McCauley, Director

Dated: 1/19/2023

*Shivon Zilis*
Shivon Zilis, Director

Dated: 1/19/2023

*William Hurd*
William Hurd, Director

Dated: 1/20/2023

*Helen Toner*
Helen Toner, Director

[*Signature Page to Written Consent of the Board of Directors of OpenAI, Inc.*]

HIGHLY CONFIDENTIAL

# Exhibit A

Master Contribution, Distribution, Assignment and Assumption Agreement

HIGHLY CONFIDENTIAL                                                                 OPENAI_MUSK00026486

# **Exhibit B**

Limited Liability Company Agreement of OpenAI Global, LLC

HIGHLY CONFIDENTIAL

OPENAI_MUSK00026487

## Exhibit C

Limited Liability Company Agreement of OpenAI Holdco, LLC

HIGHLY CONFIDENTIAL
OPENAI_MUSK00026488

## Exhibit D-1

Certificate of Conversion of OpenAI, L.P.

HIGHLY CONFIDENTIAL

OPENAI_MUSK00026489

## **Exhibit D-2**

Certificate of Formation of OpenAI OpCo, LLC

HIGHLY CONFIDENTIAL                                                              OPENAI_MUSK00026490

# Exhibit E

Limited Liability Company Agreement of OpenAI OpCo, LLC

HIGHLY CONFIDENTIAL              OPENAI_MUSK00026491

# Exhibit F

Amended and Restated Limited Liability Company Agreement of OpenAI Global, LLC

HIGHLY CONFIDENTIAL                                                                              OPENAI_MUSK00026492

## Exhibit G

Amended and Restated Limited Liability Company Agreement of OpenAI OpCo, LLC

HIGHLY CONFIDENTIAL
OPENAI_MUSK00026493

# Exhibit H

Amended and Restated Limited Liability Company Agreement of OpenAI Holdco, LLC

HIGHLY CONFIDENTIAL

OPENAI_MUSK00026494

# Exhibit I

Second Amended and Restated Limited Liability Company Agreement of OpenAI OpCo, LLC

HIGHLY CONFIDENTIAL

OPENAI_MUSK00026495

# Exhibit J

Second Amended and Restated Joint Development and Collaboration Agreement

HIGHLY CONFIDENTIAL                                                                OPENAI_MUSK00026496