# EXHIBIT 40

# In the Matter Of:

*Musk, et al. vs*

*Altman, et al.*

## HELEN TONER

## October 08, 2025



```
                                                                    1
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                         - - -

 4
         ELON MUSK, et al.,            :   CASE NO.
 5                                     :   4:24-CV-04722-
                   Plaintiffs          :   YGR
 6                                     :
            v.                         :
 7                                     :
         SAMUEL ALTMAN, et al.,        :
 8                                     :
                   Defendants.         :
 9

10              - HIGHLY CONFIDENTIAL -

11              - ATTORNEYS' EYES ONLY -

12                         - - -

13                    October 8, 2025

14                         - - -

15

16           Videotaped hybrid deposition of

17   HELEN TONER, taken pursuant to notice, was held at

18   the law offices of 600 New Hampshire Avenue, NW,

19   Washington, D.C., beginning at 11:11 a.m., on the

20   above date, before Michelle L. Ridgway,  a

21   Registered Professional Reporter, Certified Court

22   Reporter (NJ-CCR # XI02126), Certified Realtime

23   Reporter, Certified Shorthand Reporter (CA-CSR

24   # 14592), and Notary Public.

25
```

```
 1   APPEARANCES:

 2

 3            MOLOLAMKEN LLP
              BY:  ROBERT K. KRY, ESQ.
 4            BY:  WALTER H. HAWES IV, ESQ.
              (In person)
 5            600 New Hampshire Avenue, N.W.
              Washington, D.C.  20037
 6            202.556.2000
              rkry@mololamken.com
 7            whawes@mololamken.com

 8               - and -

 9            MOLOLAMKEN LLP
              BY:  JENNIFER SCHUBERT, ESQ.
10            (Zoom)
              BY:  SARA TOFIGHBAKHSH, ESQ.
11            (Zoom)
              430 Park Avenue
12            New York, New York 10022
              212.607.8160
13            jschubert@mololamken.com
              stofighbakhsh@mololamken.com
14            Representing the Plaintiffs,
              Elon Musk and xAI
15

16            DECHERT LLP
              BY:  JOHN (JAY) JURATA, JR., ESQ.
17            (In person)
              1900 K Street, NW
18            Washington, D.C.  20006
              202.261.3300
19            jay.jurata@dechert.com

20               - and -

21            DECHERT LLP
              BY:  ELISA BENEZE, ESQ.
22            (In person)
              Cira Centre, 2929 Arch Street
23            Philadelphia, Pennsylvania  19104
              215.994.4000
24            elisa.beneze@dechert.com
              Representing the Defendant, Microsoft
25            Corporation
```

```
 1   APPEARANCES:  (Cont'd.)

 2

     WACHTELL, LIPTON, ROSEN & KATZ
 3   BY:   NATHANIEL D. CULLERTON, ESQ.
     BY:   ADAM P. TANNE, ESQ.
 4   BY:   ETHAN Z. COHEN, ESQ.
     (In person)
 5   51 West 52nd Street
     New York, New York  10019
 6   212.403.1000
     ndcullerton@wlrk.com
 7   aptanne@wlrk.com
     ezcohen@wlrk.com
 8
        - and -
 9
     MORRISON & FOERSTER
10   BY:   CAMILA A. TAPERNOUX, ESQ.
     (Zoom)
11   425 Market Street
     San Francisco, California 94105
12   415.268.7000
     ctapernoux@mofo.com
13   Representing the Defendant, Samuel Altman
     and OpenAI
14

15   ELLIS GEORGE LLP
     BY:   KATHERINE A. PETTI, ESQ.
16   BY:   CHRIS BERG, ESQ.
     (Via zoom)
17   2121 Avenue of the Stars
     Suite 3000
18   Los Angeles, California  90067
     310.274.7100
19   kpetti@ellisgeorge.com
     cberg@ellisgeorge.com
20   Representing the witness, Helen Toner

21
     COOLEY LLP
22   BY:  ANIKA HOLLAND, ESQ.
     (Zoom)
23   3 Embarcadero Center
     San Francisco, California 94111
24   415.693.2000
     Anika.holland@cooley.com
25   Representing Ilya Sutskever
```

```
                                                               4
 1   APPEARANCES:  (Cont'd.)

 2
     VIDEOTAPE TECHNICIAN:
 3
        Jonathan Perry - Lexitas
 4

 5   ALSO PRESENT:

 6
     Jacob Figueroa - Document Tech/Zoom
 7      (Lexitas)

 8

 9                - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                              5
 1                         -  -  -

 2                       I N D E X

 3                         -  -  -

 4
     Testimony of:
 5
                                    HELEN TONER
 6

 7        By Mr. Kry                12, 316, 344

 8        By Mr. Cullerton             173, 319

 9        By Ms. Beneze                    331

10

11                         -  -  -

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    - - -
2                THE VIDEOGRAPHER:  We are
3    now on the record.
4                My name is Jonathan Perry.
5    I am a videographer employed by Lexitas.
6                This is a video deposition
7    for the U.S. District Court for the
8    Northern District of California, Case
9    Number 4:24-CV-04722-YGR.
10               The date is October 8, 2025.
11   The time is 11:11 a.m.  That's Eastern
12   Standard Time.
13               We are at the offices of
14   MoloLamken, 600 New Hampshire Avenue,
15   Northwest, in Washington, D.C.
16               This is being taken in the
17   matter of Elon Musk et al. versus Samuel
18   Altman et al.
19               The name of the deponent is
20   Helen Toner.
21               The court reporter is
22   Michelle Ridgway, also with Lexitas.
23               All counsel will be noted on
24   the stenographic record.
25               And would the reporter

                                                              12

1     please swear in the witness.
2                         - - -
3                ... HELEN TONER, having been
4     first duly sworn, was examined and
5     testified as follows:
6                         - - -
7                      EXAMINATION
8                         - - -
9     BY MR. KRY:
10         Q.       Good morning, Ms. Toner.  I
11    introduced myself earlier, but my name is Robert
12    Kry, and I'm with MoloLamken.
13         A.       Good morning.
14         Q.       We represent the plaintiff in this
15    case.
16                  Ms. Toner, have you ever been
17    deposed before?
18         A.       No.
19         Q.       Have you had a chance to consult
20    with your lawyer, Ms. Petti, about how this process
21    works?
22         A.       Yes.
23         Q.       So as -- as you probably know,
24    the -- I'll be asking you questions for the first
25    part of the deposition.  Then opposing counsel

122

1  A.     I don't remember.
2  Q.     After removing Mr. Brockman from
3  the board, did he technically continue to be an
4  executive officer of the for-profit?
5  A.     I don't know what the formal
6  definition of an executive officer is.  We did not
7  remove him from his position as an employee, where
8  his title was president.
9  Q.     And did he subsequently resign from
10 that position?
11 A.     He did.
12 Q.     When did that happen?
13 A.     I believe a few hours later.
14 Q.     Did he give you any reason?
15 A.     He did not give us any reason
16 directly.  He tweeted about it.
17 Q.     Okay.  Did anyone -- or did the
18 board instruct anyone to communicate Mr. Altman's
19 termination to Microsoft before that termination
20 was the subject of a public post?
21 A.     Yes.  We discussed in advance what
22 the best way to inform Microsoft would be and, in
23 consultation with Mira, decided that her informing
24 Satya Nadella directly would be the best approach.
25 Q.     Why did the board decide to give

1    ==Microsoft advance notice?==
2        ==A.        Microsoft was OpenAI's most==
3    ==important commercial partner, and so we wanted to==
4    ==give them the courtesy of a few minutes of advance==
5    ==notice in order to not find out via the press==
6    ==release but also not have a chance to alter the==
7    ==decision.==
8        Q.        Why did the board choose Mira
9    Murati to be the messenger?
10       A.        To the best of my recollection, the
11   motivation was that she had the strongest existing
12   relationship with Satya.
13       Q.        And why was it the board's
14   perception that she had the strongest existing
15   relationship with Mr. Nadella?
16       A.        I believe through her
17   representations and those of Ilya.
18       Q.        What do you mean by that?
19       A.        We discussed among us, and she told
20   us that she thought she would be a good messenger
21   and, you know, could tell Satya, knew Satya.
22       Q.        Did she -- did she explain what her
23   day-to-day interactions with Mr. Nadella were?
24       A.        Sorry.  Something in my teeth.
25                 She described some interactions

124

1   with -- with him and his team, not in great detail.
2           Q.      Do you know what Ms. Murati
3   communicated to Microsoft?
4           A.      To the best of -- to my
5   understanding, she communicated that we had removed
6   Sam.  The reason, using similar language to what we
7   used in the press release.  That she would be
8   interim CEO and we would be conducting a search.
9   That we were committed to the partnership with
10  Microsoft.
11                  That's my understanding of what she
12  conveyed.
13          Q.      Following the public announcement
14  of Mr. Altman's removal, did anyone from Microsoft
15  get in touch with you?
16          A.      Not to my recollection.
17          Q.      Do you know whether anyone from
18  Microsoft got in touch with any other board member?
19          A.      I believe that Satya was in
20  communication with Adam on and off.
21          Q.      Do you know whether Mr. Nadella was
22  in communication with Ms. McCauley?
23          A.      I don't believe so, but I'm not
24  sure.
25          Q.      Okay.  So in the hours and days

347

CERTIFICATE

                I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

                It was requested before completion of the deposition that the witness, HELEN TONER, have the opportunity to read and sign the deposition transcript.

*Michelle L. Ridgway*
_____
MICHELLE L. RIDGWAY,
A Registered Professional
Reporter, Certified Shorthand
Reporter, CA-CSR # 14592)
Certified Realtime
Reporter, Certified Court Reporter
(NJ-CCR # XI02126),
And Notary Public
Dated:  October 10, 2025

                (The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)