# EXHIBIT 41

**In the Matter Of:**

*ELON MUSK vs*

*SAMUEL ALTMAN*

*TASHA MCCAULEY*

*September 30, 2025*



```
                                                                    1

 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                        OAKLAND DIVISION

 4

 5   IN RE MATTER OF:              )
                                   )
 6   ELON MUSK, et al.,            )
                                   )
 7           Plaintiffs,           )
                                   )
 8      vs.                        )  CASE NO.
                                   )  4:24-CV-04722-YGR
 9   SAMUEL ALTMAN, et al.,        )
                                   )
10           Defendants.           )
                                   )
11

12                    ** CONFIDENTIAL **

13      VIDEOTAPED DEPOSITION OF TASHA McCAULEY

14              LOS ANGELES, CALIFORNIA

15             Tuesday, September 30, 2025

16

17

18

19

20

21   Stenographically Reported by:

22   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
     Realtime Systems Administrator
23   California CSR License #11600
     Oregon CSR License #21-0005
24   Washington License #21009491
     Texas CSR License #10725
25
```

2

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                          OAKLAND DIVISION

4

5   IN RE MATTER OF:                )
                                     )
6   ELON MUSK, et al.,               )
                                     )
7            Plaintiffs,             )
                                     )
8        vs.                         )   CASE NO.
                                     )   4:24-CV-04722-YGR
9   SAMUEL ALTMAN, et al.,           )
                                     )
10           Defendants.             )
                                     )
11

12

13

14

15        VIDEOTAPED DEPOSITION of TASHA McCAULEY, taken

16   before Heather J. Bautista, CSR No. 11600, a Certified

17   Shorthand Reporter for the state of California, with

18   principal office in the county of Santa Clara,

19   commencing on Tuesday, September 30, 2025, 9:17 a.m., at

20   2121 Avenue of the Stars, Los Angeles, California 90067.

21

22

23

24

25

Case 4:24-cv-04722-YGR   Document 379-56   Filed 01/06/26   Page 5 of 16
ELON MUSK vs                                                Tasha McCauley
SAMUEL ALTMAN              Confidential              September 30, 2025

3

```
 1   APPEARANCES OF COUNSEL:

 2


 3       For Plaintiffs:

 4           MoloLamken
             BY:  WALTER HAWES, ESQ.
 5                ROBERT KRY, ESQ.
             600 New Hampshire Avenue, N.W.
 6           Washington, D.C. 20037
             Phone:  (202) 556-2013
 7           whawes@mololamken.com
             rkry@mololamken.com
 8


 9       For OpenAI Defendants:

10           Wachtell Lipton Rosen & Katz
             BY:  WILLIAM SAVITT, ESQ.
11                NATHANIEL CULLERTON, ESQ.
                  ADAM TANNE, ESQ.
12           51 West 52nd Street
             New York, New York 10019
13           Phone:  (212) 403-1000
             wdsavitt@wlrk.com
14           ndcullerton@wlrk.com
             aptanne@wlrk.com

15


16       For Defendant Microsoft Corporation:

17           Dechert LLP
             BY:  NISHA PATEL, ESQ.
18           633 W. 5th Street, Suite 4900
             Los Angeles, California 90071
19           Phone:  (213) 808-5735
             nisha.patelgupta@dechert.com

20


21       For TASHA McCAULEY:

22           Ellis George LLP
             BY:  KATHERINE PETTI, ESQ.
23           2121 Avenue of the Stars, 30th Floor
             Los Angeles, California 90067
24           Phone:  (310) 274-7100
             kpetti@ellisgeorge.com

25
```

Case 4:24-cv-04722-YGR   Document 379-56   Filed 01/06/26   Page 6 of 16
ELON MUSK vs                                                  Tasha McCauley
SAMUEL ALTMAN              Confidential                  September 30, 2025

4

```
 1   APPEARANCES OF COUNSEL (CONTINUED):

 2            MARC TOBEROFF, ESQ.
     (Remote) JENNIFER SCHUBERT, ESQ. - MoloLamken
 3   (Remote) SARA TOFIGHBAKHSH, ESQ. - MoloLamken
     (Remote) ETHAN COHEN, ESQ. - Wachtell Lipton Rosen &
 4                                Katz
     (Remote) DANIEL CONTRERAS, ESQ. - Ellis George
 5   (Remote) CHRISTOPHER BERG, ESQ. - Ellis George

 6


 7   ALSO PRESENT:   Kevin Crowly, Videographer

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                              5
 1                    INDEX OF EXAMINATION

 2                                                          PAGE

 3    TASHA McCAULEY

 4        EXAMINATION BY MR. HAWES                           10

 5        EXAMINATION BY MR. SAVITT                         143

 6        EXAMINATION BY MS. PATEL                          278

 7        EXAMINATION BY MR. HAWES                          286

 8        EXAMINATION BY MR. SAVITT                         291

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

8

1                    Tuesday, September 30, 2025

2                              9:17 a.m.

3                               --oOo--

4            THE VIDEOGRAPHER:  Good morning.  We are on the

5    record.

6            The videographer is Kevin Crowly representing

7    Lexitas.

8            This is a video deposition for the United

9    States District Court, Northern District of California.

10           Today's date is September 30th, 2025.  The time

11   is 9:17 a.m.  This deposition is being held at 2121

12   Avenue of the Stars, Los Angeles, California, in the

13   matter of Elon Musk versus Samuel Altman, Case No.

14   4:24-cv-04722-YGR.

15           The deponent today is Tasha McCauley.

16           Counsel, could you please identify yourselves

17   and whom you represent, beginning with the questioning

18   attorney, followed by the reporter's introduction and

19   swearing in the witness.  Thank you.

20           MR. HAWES:  Walter Hawes on behalf of the

21   plaintiffs from MoloLamken.

22           MR. KRY:  Robert Kry from MoloLamken also for

23   Plaintiffs.

24           MR. SAVITT:  William Savitt, Wachtell, Lipton,

25   Rosen & Katz, here on behalf of the OpenAI defendants.

Case 4:24-cv-04722-YGR   Document 379-56   Filed 01/06/26   Page 9 of 16
ELON MUSK vs                                                Tasha McCauley
SAMUEL ALTMAN              Confidential                September 30, 2025

9

1         MR. CULLERTON:  Nate Cullerton, Wachtell,
2    Lipton, Rosen & Katz, also on behalf of the OpenAI
3    defendants.
4         MR. TANNE:  Adam Tanne also with Wachtell,
5    Lipton, Rosen & Katz, also on behalf of the OpenAI
6    defendants.
7         MS. PATEL:  Nisha Patel from Dechert LLP
8    representing Defendant Microsoft.
9         MS. PETTI:  Katherine Petti from Ellis George
10   on behalf of the witness.
11        THE WITNESS:  Tasha McCauley.
12        THE STENOGRAPHER:  Thank you.
13        Good morning.  My name is Heather Bautista, and
14   I am a Certified Shorthand Reporter licensed by the
15   State of California.  My license number is 11600.
16        This deposition and any transcript produced
17   therefrom will be handled pursuant to Federal Rule of
18   Civil Procedure Section 30.
19        As the deposition officer, I will be retaining
20   my duties and responsibilities under the Code.
21        Please raise your right hand so I can swear you
22   in.
23                   TASHA McCAULEY,
24   having been first duly sworn, was examined and testified
25                     as follows:

107

1  significantly destabilize or fall apart.
2           And I think Microsoft was also seeing that
3  they -- probably determining that they wanted to have a
4  sufficient degree of confidence that the new board
5  coming in wouldn't perhaps -- I can't really speculate
6  as to what he was thinking, but I -- but I could -- I
7  could imagine that this event made them want to have a
8  hand in -- in how the governance was done.
9      Q.   (By Mr. Hawes)  Okay.
10          Did Microsoft's participation in picking board
11 members for OpenAI cause you any concern?
12          MR. SAVITT:  Objection.  Foundation.
13          THE WITNESS:  You know, I wouldn't say -- you
14 know, I wouldn't describe this as picking board members
15 exactly.  I mean, the board -- we were -- we were the --
16 you know, we -- we knew that we had a final
17 determination on what -- I mean, what the new board
18 composition would be, you know, subject to it being
19 amenable to, you know, the others involved, but I
20 think -- I think we were careful.
21          I won't say that -- that Satya's participation
22 here gave me any particular degree of concern.  It
23 seemed -- I would have expected that he would have tried
24 to participate, so --
25      Q.   (By Mr. Hawes)  Did you understand the new

279

1  communication like that with Microsoft.
2      Q.   Okay.
3           Are you aware of any documents that discuss any
4  restrictions associated with Mr. Musk's financial
5  contributions to OpenAI?
6      A.   I am not; no -- no documents that occur to me.
7      Q.   Okay.
8           So fair to say, then, that you have not shared
9  any such documents with anyone at Microsoft?
10     A.   I have not, no.
11     Q.   Did you ever tell anyone at Microsoft that
12 there was any agreement between OpenAI and Mr. Musk?
13     A.   Oh, actually, apologies.  Just to clarify an
14 earlier statement I made.  I -- I did know people at
15 Microsoft in a totally, like, different context.
16          So I have communicated with people at
17 Microsoft.  I'm just talking about as far as board
18 matters pertaining to, you know, OpenAI's relationship
19 to Microsoft, I was not a person who was in
20 communication with Microsoft about those, so just to
21 clarify.
22     Q.   Understood.  And thank you for that
23 clarification.
24     A.   Um-hum.
25     Q.   So in any of the communications you've ever had

1   with anyone at Microsoft --
2       A.   Yes.
3       Q.   -- have you ever told anyone at Microsoft that
4   there was any agreement between OpenAI and Mr. Musk?
5       A.   I have not.
6       Q.   Are you aware of any communication involving
7   anyone at Microsoft relating to any agreement between
8   OpenAI and Mr. Musk?
9       A.   Not to the best of my knowledge.
10      Q.   Did you ever tell anyone at Microsoft that
11  OpenAI owed any obligation to Mr. Musk?
12      A.   Did I ever tell anyone at OpenAI that -- I'm
13  sorry.  Could you repeat the question, please.
14      Q.   I'll repeat the question.  No problem.
15           Did you ever tell anyone at Microsoft that
16  OpenAI owed any obligations to Mr. Musk?
17      A.   I -- I did not.
18      Q.   Are you aware of any communications involving
19  anyone at Microsoft about any obligations OpenAI owed to
20  Mr. Musk?
21      A.   I'm not aware.
22      Q.   Are you aware of any documents that discuss
23  obligations OpenAI owed to Mr. Musk?
24      A.   Can you repeat the question.
25      Q.   Are you aware of any documents that discuss

281

1  obligations OpenAI owed to Mr. Musk?
2       A.  I -- I do have a question about potential
3  privilege implication, but --
4       Q.  Let me ask you another question.
5       A.  Yeah, sure.
6       Q.  Have you ever shared any documents with anyone
7  at Microsoft that discuss obligations OpenAI owed to
8  Mr. Musk?
9       A.  I have not.
10      Q.  Okay.
11          Sitting here today, can you identify anyone at
12 Microsoft who's aware of any obligations OpenAI owed to
13 Mr. Musk?
14      A.  Not to the best of my knowledge.
15      Q.  Thank you.
16          Did you ever tell anyone at Microsoft that
17 there was any agreement between Mr. Altman and Mr. Musk?
18      A.  No, not to my recollection.
19      Q.  Are you aware of any communications involving
20 anyone at Microsoft relating to any agreement between
21 OpenAI and Mr. Altman?
22      A.  Not to my knowledge.
23      Q.  I'm sorry.  Let me strike that and say that
24 again.
25      A.  Sorry.  Sorry.  Apologies.

282

1    Q.   I misstated that.
2    A.   No, no.  No problem.
3    Q.   Are you aware of any communication involving
4  anyone at Microsoft relating to any agreement between
5  Mr. Altman and Mr. Musk?
6    A.   Not to the best of my knowledge.  Not to my
7  recollection.
8    Q.   Did you ever tell anyone at Microsoft that
9  Mr. Altman owed any obligations to Mr. Musk?
10   A.   Not to -- not to my recollection.
11   Q.   Are you aware -- actually, strike that.
12        Have you ever shared any documents with anyone
13 at Microsoft that discuss obligations Mr. Altman owed to
14 Mr. Musk?
15   A.   No.
16   Q.   And sitting here today, can you identify anyone
17 at Microsoft who was aware of any obligations Mr. Altman
18 owed to Mr. Musk?
19   A.   Not to my knowledge.
20   Q.   Thank you for that.
21        You testified earlier about your decision as a
22 board member at OpenAI to fire Mr. Altman in November
23 2023; is that right?
24   A.   Yes, yes.
25   Q.   Is it correct that the decision to fire

1  conversations or if the board or if anybody on behalf
2  of -- no, I would say I wasn't.
3      Q.   Yeah.  So just to clarify, my question is
4  whether you were personally involved in any discussions
5  with anyone at Microsoft about Mr. Shear's appointment
6  as CEO.
7      A.   Not to the best of my recollection.
8      Q.   To the best of your knowledge, is it correct
9  that Mr. Nadella first learned about Emmett Shear's
10 appointment as CEO on the Sunday following Mr. Altman's
11 Friday firing?
12          MR. HAWES:  Objection to form.
13          THE WITNESS:  Well, Emmett was only appointed
14 that day and came into our consideration, you know, so
15 I -- that seems correct to me.
16     Q.   (By Ms. Patel)  So to the best of your
17 knowledge, is it correct that Mr. Nadella first learned
18 about Emmett Shear's appointment as CEO after the OpenAI
19 board had already appointed him?
20          MR. HAWES:  Objection to form.
21          THE WITNESS:  That seems correct to me, yeah.
22     Q.   (By Ms. Patel)  In the days following
23 Mr. Altman's firing, was it your understanding that
24 OpenAI had the final say on any decisions about who
25 would be added to the OpenAI board?

Case 4:24-cv-04722-YGR   Document 379-56   Filed 01/06/26   Page 16 of 16
ELON MUSK vs                                                  Tasha McCauley
SAMUEL ALTMAN           Confidential                    September 30, 2025

296

1      I, HEATHER J. BAUTISTA, CSR No. 11600, Certified
2  Shorthand Reporter, certify:
3      That the foregoing proceedings were taken before
4  me at the time and place therein set forth, at which
5  time the witness declared under penalty of perjury; that
6  the testimony of the witness and all objections made at
7  the time of the examination were recorded
8  stenographically by me and were thereafter transcribed
9  under my direction and supervision;
10     That the foregoing is a full, true, and correct
11 transcript of my shorthand notes so taken and of the
12 testimony so given;
13     (  ) Reading and signing was requested/offered.
14     (XX) Reading and signing was not requested/offered.
15     (  ) Reading and signing was waived.
16     I further certify that I am not financially
17 interested in the action, and I am not a relative or
18 employee of any attorney of the parties, nor of any of
19 the parties.
20     I declare under penalty of perjury under the laws
21 of California that the foregoing is true and correct.
22
23     Dated:    October 2, 2025
24
25     _____
       HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR