# EXHIBIT 44

Elon Musk v.　　　　　　　　FINAL　　　　　　　　September 22, 2025
Samuel Altman　　　　　　[CONFIDENTIAL]　　　　　　　Sam Teller

```
                                                           Page 1
    IN THE UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
    -----------------------------------------
    ELON MUSK, et al.,
          Plaintiffs,
    v.
    SAMUEL ALTMAN, et al.,
          Defendants.


    Case No. 4:24-cv-04722-YGR
    -----------------------------------------


    VIDEO DEPOSITION OF
    Sam Teller
    September 22, 2025
    New York, New York
    LEAD: Bradley Wilson, Esquire
    FIRM: Wachtell Lipton Rosen & Katz




    FINAL COPY - CONFIDENTIAL
    JANE ROSE REPORTING - 1-800-825-3341
```

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>[CONFIDENTIAL] | September 22, 2025<br>Sam Teller |

```
                                                         Page 2
          A P P E A R A N C E S

    ATTORNEYS FOR PLAINTIFFS
          MOLOLAMKEN LLP
          JENNIFER SCHUBERT, ESQUIRE
          SARA TOFIGHBAKHSH, ESQUIRE
          430 Park Avenue
          New York, NY 10022

    ATTORNEYS FOR WITNESS
          PETRILLO KLEIN & BOXER LLP
          EMMA SPIRO, ESQUIRE
          SHANICE HINCKSON, ESQUIRE
          655 Third Avenue
          12th Floor
          New York, NY 10017

    ATTORNEYS FOR DEFENDANTS
          WACHTELL LIPTON ROSEN AND KATZ
          HAYLEY SMITH, ESQUIRE
          BRADLEY WILSON, ESQUIRE
          ZACHARY DAVID, ESQUIRE
          51 West 52nd Street
          New York, NY 10019
```

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>[CONFIDENTIAL] | September 22, 2025<br>Sam Teller |

```
                                                         Page 3
              A P P E A R A N C E S
                    (Cont'd)


    ATTORNEYS FOR MICROSOFT
         DECHERT LLP
         NISHA PATEL GUPTA, ESQUIRE
         633 West 5th Street
         Suite 4900
         Los Angeles, CA 90071


    ATTORNEYS FOR PLAINTIFF
         TOBEROFF & ASSOCIATES, PC
         JAYMIE PARKKINEN, ESQUIRE
         23823 Malibu Road
         Suite 50-363
         Malibu, CA 90265


    JANE ROSE REPORTING
         74 Fifth Avenue
         New York, NY 10011
         1-800-825-3341
         Brooke Perry, Court Reporter
         Jonathan Popham, Videographer
```

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>[CONFIDENTIAL] | September 22, 2025<br>Sam Teller |

```
                                                      Page 4
 1                THE VIDEOGRAPHER:  Good morning.  Here
 2        begins Media No. 1 in the deposition of Sam
 3        Teller in the matter of Elon Musk X.AI
 4        Corporation, versus Samuel Altman, et al.
 5                Today's date is September 22, 2025, and
 6        the time is 9:10 a.m.  This deposition is being
 7        taken at the offices of Wachtell, 51 West 52nd
 8        Street, New York, New York, and was made at the
 9        request of the defendants.
10                I'm Jonathan Popham, the videographer,
11        and the court reporter is Brooke Perry from
12        Jane Rose Reporting, New York, New York.
13                Counsel's appearances are being noted
14        on the stenographic record.  Can we just have
15        the people on Zoom please identify themselves?
16                MS. HINCKSON:  Hi, good morning.  This
17        is Shanice Hinckson of Petrillo Klein and Boxer
18        on behalf of the deponent, Mr. Teller.
19                MR. PARKKINEN:  Hello.  I'm an associate
20        on behalf of plaintiffs.
21                THE VIDEOGRAPHER:  Can you say your
22        name again, please.
23                MR. WILSON:  I think it's Mr. Parkkinen.
24        Yeah, it's -- okay.
25                THE VIDEOGRAPHER:  Would the court
```

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>[CONFIDENTIAL] | September 22, 2025<br>Sam Teller |

```
                                                          Page 5
 1          reporter please swear in the witness.
 2     S A M   T E L L E R,  the witness herein, having been
 3     first duly sworn by a Notary Public of the State of New
 4     York, was examined and testified as follows:
 5               THE REPORTER:  Please state your name
 6          for the record.
 7               THE WITNESS:  Sam Teller.
 8               THE REPORTER:  Please state your
 9          address for the record.
10               THE WITNESS:  56 East 1st Street, New
11          York, New York.
12               MS. SPIRO:  If I may just make one
13          comment on the record.  My understanding is
14          counsel for Mr. Musk will be making objections.
15          I will silently join in any objection unless
16          otherwise noted.
17     EXAMINATION BY
18     MR. WILSON:
19     Q.   Good morning, Mr. Teller.
20     A.   Good morning.
21     Q.   My name is Bradley Wilson and I'm at the law
22     firm of Wachtell, Lipton, Rosen & Katz.  We're counsel
23     to OpenAI, Mr. Altman and Mr. Brockman in this lawsuit.
24          We've never met before today, have we?
25     A.   We have not.
```

Elon Musk v.                    FINAL              September 22, 2025
Samuel Altman              [CONFIDENTIAL]                  Sam Teller

```
                                                           Page 276
 1      Q.     But sitting here, you're not aware of anyone at
 2   Microsoft who was involved in those discussions; is that
 3   right?
 4             MS. SCHUBERT:  Asked and answered.
 5      A.     That's correct.
 6      Q.     Okay.  You were also asked some questions about
 7   the formation of the capped for-profit OpenAI LP entity.
 8   Do you remember that?
 9      A.     Yes.
10      Q.     To your knowledge, was anyone at Microsoft
11   involved in the discussions leading to the creation of
12   OpenAI LP?
13      A.     I don't know.
14      Q.     But you're not aware of anyone at Microsoft
15   that was involved in those discussions; is that right?
16      A.     That's correct.  I just don't know.
17      Q.     Okay.  Have you ever communicated with anyone
18   at Microsoft about any agreement between OpenAI and
19   Mr. Musk?
20             MS. SPIRO:  Objection.  Vague.  Over
21        what period of time?
22             MS. SCHUBERT:  Joining.
23      Q.     All right.  During your time working for
24   Mr. Musk, have you ever communicated with anyone at
25   Microsoft about any agreement between OpenAI and
```

JANE ROSE REPORTING                         California Firm No. 254
1-800-825-3341                         janerose@janerosereporting.com

Elon Musk v.　　　　　　　　FINAL　　　　　　September 22, 2025
Samuel Altman　　　　　　[CONFIDENTIAL]　　　　　　Sam Teller

```
                                                          Page 277
 1     Mr. Musk?
 2                    MS. SCHUBERT:  Objection.
 3                    MR. WILSON:  Objection.  Foundation.
 4     A.    I don't remember communicating with anyone from
 5     Microsoft during that time.
 6     Q.    Okay.  How about after you stopped working for
 7     Mr. Musk in 2019?  Did you ever communicate with anyone
 8     at Microsoft about any agreement between OpenAI and
 9     Mr. Musk?
10                    MS. SCHUBERT:  Objection.
11                    MR. WILSON:  Same objection.
12     A.    I have no memory of doing so.
13     Q.    Okay.  Have you ever communicated with anyone
14     at Microsoft about any obligations OpenAI owed to
15     Mr. Musk?
16     A.    I don't believe so.
17     Q.    Are you aware of any communication between
18     OpenAI and Microsoft concerning obligations OpenAI owed
19     to Mr. Musk?
20                    MS. SPIRO:  Objection.
21                    MS. SCHUBERT:  Objection.
22                    MR. WILSON:  Objection.  Foundation.
23     A.    I am -- actually, I'm sorry.  Can you rephrase
24     the question -- or can you repeat the question, please?
25     Q.    Yeah, sure.  Are you aware of any
```

Elon Musk v.　　　　　　　FINAL　　　　　　September 22, 2025
Samuel Altman　　　　　[CONFIDENTIAL]　　　　　　Sam Teller

```
                                                          Page 278
 1     communication, oral or written, between OpenAI and
 2     Microsoft concerning obligations that OpenAI owed to
 3     Mr. Musk?
 4              MR. WILSON:  Same objection.
 5     A.   I am not aware.
 6     Q.   Are you aware of any communications with
 7     Microsoft about conditions associated with Mr. Musk's
 8     donations to OpenAI?
 9              MS. SPIRO:  Objection.  Vague.
10              Communications with who?
11     A.   I --
12     Q.   Let me just rephrase that question.
13     A.   Okay.
14     Q.   Are you aware of any communications with anyone
15     at Microsoft about conditions associated with Mr. Musk's
16     donations to OpenAI?
17     A.   No, I am not aware of any.
18     Q.   Sitting here today, is there anyone at
19     Microsoft who, to your knowledge, is aware of any
20     obligation OpenAI owed to Mr. Musk?
21              MS. SCHUBERT:  Objection.
22              MR. WILSON:  Objection.  Foundation.
23     A.   No.
24     Q.   Have you ever communicated with anyone at
25     Microsoft about any obligation Mr. Altman owed to
```

| Elon Musk v. Samuel Altman | FINAL [CONFIDENTIAL] | September 22, 2025 Sam Teller |
|---|---|---|

```
                                                              Page 279
 1    Mr. Musk?
 2                    MR. WILSON:  Same objection.
 3                    MS. SCHUBERT:  Objection.
 4    A.    No.
 5    Q.    Are you aware of any communications, oral or
 6    written, involving anyone at Microsoft about obligations
 7    Mr. Altman owed to Mr. Musk?
 8                    MR. WILSON:  Same objection.
 9                    MS. SCHUBERT:  Objection.
10    A.    No.
11    Q.    And sitting here today, is there anyone at
12    Microsoft who, to your knowledge, is aware of any
13    obligation Mr. Altman owed to Mr. Musk?
14                    MS. SCHUBERT:  Objection.
15                    MR. WILSON:  Same objection.
16    A.    No.
17    Q.    All right.  I want to revisit an exhibit from
18    earlier today, Exhibit 40.
19            (Whereupon, there was a discussion off
20            the record.)
21    A.    I have it.  Got it.
22    Q.    Okay.  Great.  You remember looking at this
23    document earlier today?
24    A.    I do remember looking at it.  I was in the
25    middle of reading it, I believe, when counsel decided to
```

JANE ROSE REPORTING                          California Firm No. 254
1-800-825-3341                               janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 22, 2025
Samuel Altman              [CONFIDENTIAL]                    Sam Teller

```
                                                         Page 283
 1                C E R T I F I C A T E
 2
 3         STATE OF NEW YORK)
 4                          ) ss.:
 5         COUNTY OF QUEENS )
 6
 7                   I, BROOKE E. PERRY, a Notary Public
 8              within and for the State of New York, do hereby
 9              certify:
10                   That SAM TELLER, the witness whose
11              deposition is hereinbefore set forth, was duly
12              sworn by me and that such deposition is a true
13              record of the testimony given by such witness.
14                   I further certify that I am not related
15              to any of the parties to this action by blood
16              or marriage; and that I am in no way interested
17              in the outcome of this matter.
18                   IN WITNESS WHEREOF, I have hereunto set
19              my hand this 22nd day of September, 2025.
20
21
22         -------------------------
23         BROOKE E. PERRY
24
25
```

JANE ROSE REPORTING                         California Firm No. 254
1-800-825-3341                       janerose@janerosereporting.com