# EXHIBIT 45

Elon Musk v.　　　　　　　　FINAL　　　　　　　　September 10, 2025
Samuel Altman　　　　　　[CONFIDENTIAL]　　　　　　Jared Birchall

```
                                                              Page 1
    IN THE UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
    -----------------------------------------
    ELON MUSK, et al.,
          Plaintiffs,
    v.
    SAMUEL ALTMAN, et al.,
          Defendants.

    Case No. 4:24-cv-04722-YGR
    -----------------------------------------


    VIDEO DEPOSITION OF
    Jared Birchall
    September 10, 2025
    San Francisco, California
    Lead: Nathaniel Cullerton, Esquire
    Firm: Wachtell Lipton Rosen & Katz




    FINAL COPY - CONFIDENTIAL
    JANE ROSE REPORTING - 1-800-825-3341
```

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>[CONFIDENTIAL] | September 10, 2025<br>Jared Birchall |

```
                                                         Page 2
                    APPEARANCES


  ATTORNEY(S) FOR PLAINTIFFS AND THE WITNESS:
     ROBERT KRY, ESQUIRE
     rkry@mololamken.com
     WALTER HAWES IV, ESQUIRE
     whawes@mololamken.com
     MOLOLAMKEN LLP
        600 New Hampshire Avenue, NW, Suite 660
        Washington, D.C. 20037
        202.556.2011


        -and-


     MARC TOBEROFF, ESQUIRE
     mtoberoff@toberoffandassociates.com
     JAYMIE PARKKINEN, ESQUIRE (Via Zoom)
     jparkkinen@toberoffandassociates.com
     TOBEROFF & ASSOCIATES PC
        23823 Malibu Road, Suite 50-363
        Malibu, California 90265
        310.246.3333
```

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>[CONFIDENTIAL] | September 10, 2025<br>Jared Birchall |

```
                                                      Page 3
     APPEARANCES (Cont'd)

   ATTORNEY(S) FOR ALL DEFENDANTS EXCEPT MICROSOFT:
     NATHANIEL CULLERTON, ESQUIRE
     ndcullerton@wlrk.com
     WILLIAM SAVITT, ESQUIRE
     wdsavitt@wlrk.com
     HAYLEY SMITH, ESQUIRE
     hbsmith@wlrk.com
     EMILY ROSS, ESQUIRE
     epross@wlrk.com
     WACHTELL, LIPTON, ROSEN & KATZ
        51 West 52nd Street
        New York, New York 10019
        212.403.1329


        -and


        WILLIAM FRENTZEN, ESQUIRE   (Via Zoom)
        wfrentzen@mofo.com
        MORRISON & FOERSTER LLP
        425 Market Street
        San Francisco, California 94105
        415.268.6413
```

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                  janerose@janerosereporting.com

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>[CONFIDENTIAL] | September 10, 2025<br>Jared Birchall |

```
                                                         Page 4
         APPEARANCES (Cont'd)


   ATTORNEY(S) FOR DEFENDANT MICROSOFT:
      NISHA PATEL GUPTA, ESQUIRE
      nisha.patelgupta@dechert.com
      HANNAH LEONE, ESQUIRE
      hannah.leone@dechert.com
      DECHERT LLP
         US Bank Tower
         633 West 5th Street, Suite 4900
         Los Angeles, California 90071
         213.808.5735



   JANE ROSE REPORTING
            74 Fifth Avenue
            New York, New York 10011
            1-800-825-3341
            Gail L. Inghram, Court Reporter
            BA, CRR, CLR, RDR, CSR-CA (No. 8635)
            Vinny Bezerra, Videographer
            CALIFORNIA FIRM CERT 254
```

Elon Musk v.               FINAL                September 10, 2025
Samuel Altman          [CONFIDENTIAL]                Jared Birchall

```
                                                         Page 5
                       TABLE OF CONTENTS

   EXAMINATION OF                                       PAGE
   JARED BIRCHALL
           By Attorney Cullerton ............7
           By Attorney Patel ..............162
           By Attorney Kry ................169
           By Attorney Cullerton ..........176




   Instructions to Read and Sign ........ Page 184
   Reporter Certificate ................. Page 187
   Index of Exhibits .................... Page 188
```

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                  janerose@janerosereporting.com

Elon Musk v.            FINAL            September 10, 2025
Samuel Altman      [CONFIDENTIAL]          Jared Birchall

Page 6

```
 1            Wednesday, September 10, 2025
 2              San Francisco, California
 3                       -  -  -
 4          THE VIDEOGRAPHER:  Good morning.  This
 5  is the beginning of Volume 1, Media Number 1, in
 6  the deposition of Jared Birchall in the matter of
 7  Elon Musk versus Samuel Altman, filed in the
 8  United States District Court, Northern District of
 9  California, Oakland Division.  The case number is
10  4:24-cv-04722-YGR.
11          Today's date is September 10th of
12  2025.  The time is approximately 9:11 a.m.
13          The video operator today is Vinny
14  Bezerra contracted by Jane Rose Reporting.  This
15  video deposition is taking place at 755 Sansome
16  Street in San Francisco, California.
17          All attending will be noticed by the
18  stenographic record.
19          Will the court reporter please introduce
20  yourself and swear in the witness.
21          THE COURT REPORTER:  Yes, per AB 3252
22  amending California Business and Professions Code
23  8016, all reporters need to state the following to
24  ensure you have a stenographic reporter covering
25  your proceedings.
```

| Elon Musk v. | FINAL | September 10, 2025 |
|---|---|---|
| Samuel Altman | [CONFIDENTIAL] | Jared Birchall |

```
                                                    Page 7
 1          My name is Gail Inghram.  I'm a
 2   California Certified Stenographic Shorthand
 3   Reporter, Number 8635.  I will be handling the
 4   transcript per California code today.
 5          And would you raise your right hand to
 6   be sworn, please.
 7   WHEREUPON,
 8                  JARED BIRCHALL,
 9   being first duly sworn or affirmed to testify to the
10   truth, the whole truth, and nothing but the truth,
11   was examined and testified as follows:
12
13                    EXAMINATION
14   BY ATTORNEY CULLERTON:
15       Q.   Good morning, Mr. Birchall.
16            Did you do anything to prepare for your
17   deposition today?
18       A.   I did.
19       Q.   What did you do to prepare?
20       A.   I met with the legal team yesterday.
21       Q.   Okay.  About how long was that meeting?
22       A.   Approximately 5 hours.
23       Q.   And when you refer to the legal team,
24   who do you mean?
25       A.   The gentlemen sitting here at the table.
```

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                         janerose@janerosereporting.com

Elon Musk v.  　　　　　　FINAL　　　　　　September 10, 2025
Samuel Altman　　　　　[CONFIDENTIAL]　　　　　Jared Birchall

```
                                                          Page 162
 1            (Recess taken from 2:54 p.m. to
 2         2:55 p.m.)
 3            THE VIDEOGRAPHER:  This is beginning of
 4     Media Number 7.  We are back on the record at
 5     2:55 p.m.
 6
 7                     EXAMINATION
 8     BY ATTORNEY PATEL:
 9        Q.   Hi, Mr. Birchall.  My name is Nisha
10     Patel.  I'm an attorney at Dechert LLP, and we
11     represent Microsoft in this case.
12            So I have just a few questions for you.
13     Won't take too long, I don't think.
14        A.   Okay.
15        Q.   So earlier OpenAI's counsel asked you
16     some questions about a contract that Mr. Musk
17     alleges exists and forms the basis of his
18     contract claims.
19            Do you remember that?
20        A.   I do.
21        Q.   Have you ever communicated with anyone
22     at Microsoft about any agreement between OpenAI
23     and Mr. Musk?
24        A.   I have not personally communicated with
25     anyone at Microsoft.
```

```
                                                        Page 163
 1          Q.    Have you ever communicated orally or in
 2    writing with anyone at Microsoft about any
 3    obligations OpenAI owed to Mr. Musk?
 4          A.    I have not.
 5          Q.    Are you aware of any communication,
 6    oral or written, between OpenAI and Microsoft
 7    concerning obligations OpenAI owed to Mr. Musk?
 8          A.    I can't think of any that I'm aware of.
 9          Q.    And are you aware of any communication,
10    oral or written, involving anyone at Microsoft
11    about obligations OpenAI owed to Mr. Musk?
12          A.    Again, I can't think of any.
13          Q.    Have you shared any documents with
14    anyone at Microsoft that discuss obligations
15    OpenAI owed to Mr. Musk?
16          A.    I personally have not and am not aware
17    of someone having done this.
18          Q.    Have you ever communicated with anyone
19    at Microsoft about any agreement between
20    Mr. Altman and Mr. Musk?
21          A.    I have not.
22          Q.    Have you ever communicated, orally or
23    in writing, with anyone at Microsoft about any
24    obligation Mr. Altman owed to Mr. Musk?
25          A.    I have not.
```

| Elon Musk v.<br>Samuel Altman | FINAL<br>[CONFIDENTIAL] | September 10, 2025<br>Jared Birchall |
|---|---|---|

```
                                                    Page 164
 1        Q.   Are you aware of any communications,
 2   oral or written, involving anyone at Microsoft
 3   about obligations Mr. Altman owed to Mr. Musk?
 4        A.   I am not aware.
 5        Q.   And have you shared any documents with
 6   anyone at Microsoft that discuss obligations
 7   Mr. Altman owed to Mr. Musk?
 8        A.   I have not.
 9        Q.   Do you know anyone at Microsoft who was
10   aware of any obligations OpenAI owed to Mr. Musk?
11             ATTORNEY KRY:  Objection; lack of
12   foundation.
13        A.   Can you ask that question again, please.
14   BY ATTORNEY PATEL:
15        Q.   Are you aware of anyone at Microsoft
16   who is aware of any obligations OpenAI owed to
17   Mr. Musk?
18             ATTORNEY KRY:  Objection; just with
19   respect to the question.  Do you mean is he aware
20   of the fact that someone at Microsoft is aware?
21   Or is he just aware of someone who may happen to
22   know that?
23   BY ATTORNEY PATEL:
24        Q.   Do you know the identity of anyone at
25   Microsoft who you believe is aware of obligations
```

Elon Musk v.　　　　　　　　FINAL　　　　　　　　September 10, 2025
Samuel Altman　　　　　　[CONFIDENTIAL]　　　　　　Jared Birchall

```
                                                       Page 165
 1    OpenAI owed to Mr. Musk?
 2         A.    I don't know the identity of someone
 3    that would have that specific information.
 4         Q.    Earlier OpenAI's counsel asked you some
 5    questions about some 2017 discussions about
 6    potentially creating an OpenAI for-profit entity.
 7               Do you remember that?
 8         A.    Yes.
 9         Q.    Was anyone at Microsoft involved in
10    those 2017 discussions?
11         A.    Not that I'm aware of.
12         Q.    Earlier you testified that in
13    September 2017, you formed a for-profit B Corp.
14               Do you remember that?
15         A.    Yes.
16         Q.    Was anyone at Microsoft involved in the
17    decision to create the B Corp.?
18               ATTORNEY KRY:  Objection; foundation.
19         A.    No.
20    BY ATTORNEY PATEL:
21         Q.    To your knowledge, did anyone at
22    Microsoft -- well, strike that.
23               To your knowledge, was anyone at
24    Microsoft involved in any discussions relating the
25    creation of -- relating to the creation of that
```

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                         janerose@janerosereporting.com

Elon Musk v.                  FINAL                  September 10, 2025
Samuel Altman            [CONFIDENTIAL]            Jared Birchall

```
                                                            Page 187
 1              CERTIFICATE OF SHORTHAND REPORTER
 2
 3
 4              I, Gail Inghram, Registered Diplomate
 5    Reporter, Certified Realtime Reporter, Realtime
 6    Systems Administrator, CA-Certified Shorthand
 7    Reporter No. 8635, and Notary Public, the officer
 8    before whom the foregoing proceedings were taken,
 9    do hereby certify that the foregoing transcript
10    is a true and correct record of the proceedings;
11    that said proceedings were taken by me
12    stenographically and thereafter reduced to
13    typewriting under my supervision; and that I am
14    neither counsel for, related to, nor employed by
15    any of the parties to this case and have no
16    interest, financial or otherwise, in its outcome.
17
18
19
20    _____
21    Gail Inghram,
22    BA, RDR, CRR, RSA, CA-CSR No. 8635
23
24
25
```