# EXHIBIT 19

## COST SHARING AGREEMENT

This Cost Sharing Agreement (the "**Agreement**") is made by and between OpenAI, Inc. ("**OpenAI**") and Neuralink Corp. ("**Neuralink**") (collectively, the "**Parties**") and is effective as of January 1, 2018.

In consideration of the promises and mutual covenants in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1. OpenAI currently leases certain rental property containing approximately 37,104 rentable square feet in the building commonly known as The Pioneer Building and whose address is 3180 18th Street, San Francisco, California 94110 (the "**Premises**").

2. Additionally, OpenAI incurs certain expenses in connection with the lease and use of the Premises, including but not limited to: lease fees; the rental of parking spaces located adjacent to the Premises; shared personnel and functions such as reception and security; catered food and snacks; facilities upgrades and maintenance, janitorial services; electricity; and other utilities.

3. On January 1, 2017, Neuralink commenced operations in a portion of the Premises and using certain utilities and related services such as those described in **Exhibit A** (the "**Shared Expense Framework**"). Neuralink expects to utilize approximately four times as much space in 2018 than in 2017 and will therefore pay a shared space fee of approximately four times more than in 2017.

4. To facilitate the proper and convenient use by Neuralink of the Shared Resources without imposing any expense on OpenAI, the parties agree that Neuralink will fully compensate OpenAI for Neuralink's use of the Shared Resources as detailed in **Exhibit A** hereto.

5. Neuralink further agrees, at its own expense, to return any portion of the Premises modified for their use to its original condition as required by the master lease.

6. This Agreement shall remain in effect for as long as Neuralink continues to use any Shared Resources and can only be terminated once OpenAI has been fully compensated for any such use and Neuralink's modifications to the Premises have been reversed as described above.

7. This Agreement shall be governed by and construed and enforced in accordance with the internal, substantive laws of the State of California, without giving effect to the conflict of laws rules thereof.

8. This Agreement represents the entire agreement between the Parties regarding the subject matter hereof and supersedes and replaces any prior agreements to the extent any such agreement is inconsistent herewith.

9. This Agreement shall not be changed, amended, modified or terminated except by an instrument in writing, executed by OpenAI and Neuralink or their respective successors or assigns.

10. This Agreement may be executed by facsimile or electronically (in PDF format) in one or more counterparts, each of which will be deemed an original, but all of which shall constitute the same agreement.

| **OpenAI, Inc.** | **Neuralink Corp.** |
|---|---|
| *(signature: Christopher R Clark)* | *(signature)* |
| Chris Clark | Jared Birchall |
| Chief Operating Officer | Secretary |

Confidential

EXMF-0001572

## Exhibit A

## Shared Expense Framework

| Expense Item | How Neuralink's Share of the Expense is Calculated |
|---|---|
| Shared Space Rent | Total of $800,000 for calendar year 2018 |
| Catering/Meals | Estimated Monthly NL Headcount as % of Total Premises Headcount, or separate invoicing if available |

Confidential                                                                                          EXMF-0001573

## COST SHARING AGREEMENT

This Cost Sharing Agreement (the "**Agreement**") is made by and between OpenAI, Inc. ("**OpenAI**") and Neuralink Corp. ("**Neuralink**") (collectively, the "**Parties**") and is effective as of January 1, 2019.

In consideration of the promises and mutual covenants in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1. OpenAI currently leases certain rental property containing approximately 37,104 rentable square feet in the building commonly known as The Pioneer Building and whose address is 3180 18th Street, San Francisco, California 94110 (the "**Premises**").

2. Additionally, OpenAI incurs certain expenses in connection with the lease and use of the Premises, including but not limited to: lease fees; the rental of parking spaces located adjacent to the Premises; shared personnel and functions such as reception and security; catered food and snacks; facilities upgrades and maintenance, janitorial services; electricity; and other utilities.

3. On January 1, 2017, Neuralink commenced operations in a portion of the Premises and using certain utilities and related services such as those described in **Exhibit A** (the "**Shared Expense Framework**"). Neuralink expects to utilize approximately 25% more space in 2019 than in 2018 and will therefore pay a shared space fee of approximately 25% more than in 2018.

4. To facilitate the proper and convenient use by Neuralink of the Shared Resources without imposing any expense on OpenAI, the parties agree that Neuralink will fully compensate OpenAI for Neuralink's use of the Shared Resources as detailed in **Exhibit A** hereto.

5. Neuralink further agrees, at its own expense, to return any portion of the Premises modified for their use to its original condition as required by the master lease.

6. This Agreement shall remain in effect for as long as Neuralink continues to use any Shared Resources and can only be terminated once OpenAI has been fully compensated for any such use and Neuralink's modifications to the Premises have been reversed as described above.

7. This Agreement shall be governed by and construed and enforced in accordance with the internal, substantive laws of the State of California, without giving effect to the conflict of laws rules thereof.

8. This Agreement represents the entire agreement between the Parties regarding the subject matter hereof and supersedes and replaces any prior agreements to the extent any such agreement is inconsistent herewith.

9.      This Agreement shall not be changed, amended, modified or terminated except by an instrument in writing, executed by OpenAI and Neuralink or their respective successors or assigns.

10.     This Agreement may be executed by facsimile or electronically (in PDF format) in one or more counterparts, each of which will be deemed an original, but all of which shall constitute the same agreement.

**OpenAI, Inc.**

*/s/ Christopher R Clark*
Chris Clark
Chief Operating Officer

**Neuralink Corp.**

*/s/ Jared Birchall*
Jared Birchall
Secretary

Confidential
EXMF-0001575

## Exhibit A

## Shared Expense Framework

| Expense Item | How Neuralink's Share of the Expense is Calculated |
|---|---|
| Shared Space Fee | Total of $1,000,000 for calendar year 2019 |
| Catering/Meals | Estimated Monthly NL Headcount as % of Total Premises Headcount, or separate invoicing if available |

Confidential



# Audit Trail

| | |
|---|---|
| **TITLE** | 2018 and 2019 OpenAI / Neuralink Shared Space Agreements |
| **FILE NAME** | 2018 OpenAI...reement.pdf and 1 other |
| **DOCUMENT ID** | 874de10db32a5d843d992dd88657aba9ee8ca07d |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT** — 07 / 29 / 2020 — 19:15:54 UTC
Sent for signature to Jared Birchall (jared@excession.com) from chris@openai.com
IP: 108.255.195.103

**VIEWED** — 07 / 29 / 2020 — 21:23:34 UTC
Viewed by Jared Birchall (jared@excession.com)
IP: 66.102.8.78

**SIGNED** — 07 / 29 / 2020 — 21:24:36 UTC
Signed by Jared Birchall (jared@excession.com)
IP: 184.169.45.4

**COMPLETED** — 07 / 29 / 2020 — 21:24:36 UTC
The document has been completed.

Powered by HELLOSIGN