# EXHIBIT 24

**In the Matter Of:**

*MUSK v*

*ALTMAN*

*GREG BROCKMAN*

*September 23, 2025*



MUSK v. ALTMAN — Case 4:24-cv-04722-YGR   Document 379-67   Filed 01/06/26   Page 3 of 15 — Greg Brockman — Highly Confidential — September 23, 2025

1

1           UNITED STATES DISTRICT COURT
2            NORTHERN OF CALIFORNIA
3              OAKLAND DIVISION

   _____
4  ELON MUSK, et al.,           )
                                )
5           Plaintiffs,         )
                                )
6  v.                           )  Case No. 4:24-cv-04722-YGR
                                )
7  Samuel Altman, et al.,       )
                                )
8           Defendants.         )
   _____)
9
10
11            ** HIGHLY CONFIDENTIAL **
12      Videotaped Deposition of GREG BROCKMAN
13           San Francisco, California
14         Tuesday, September 23, 2025
15
16
17
18
19
20
21
22         Reported Stenographically by
23     Michael P. Hensley, RDR, CSR No. 14114
24
25

## Page 2

```
 1             UNITED STATES DISTRICT COURT
 2                NORTHERN OF CALIFORNIA
 3                   OAKLAND DIVISION
   _____
 4  ELON MUSK, et al.,        )
                              )
 5        Plaintiffs,         )
                              )
 6  v.                        )  Case No. 4:24-cv-04722-YGR
                              )
 7  Samuel Altman, et al.,    )
                              )
 8        Defendants.         )
   _____)
 9
10
11      Videotaped Deposition of GREG BROCKMAN,
12  commencing at the hour of 10:28 A.M. and concluding
13  at the hour of 7:21 P.M. on Tuesday,
14  September 23, 2025, at the location of
15  425 Market Street, San Francisco, California 94105,
16  before Michael Hensley, Registered Diplomate
17  Reporter, Certified Shorthand Reporter No. 14114, in
18  and for the State of California.
```

## Page 3

```
 1  APPEARANCES:
 2  For Plaintiffs:
 3       MOLOLAMKEN LLP
         By:  ROBERT K. KRY, ESQ.
 4       600 New Hampshire Avenue, N.W.
         Washington, D.C. 20037
 5       202.553.2011
         rkry@mololamken.com
 6
 7       MOLOLAMKEN LLP
         BY:  ALEX EYNON, ESQ.
 8       430 Park Avenue
         New York, New York 10022
 9       212.607.8174
         aeynon@mololamken.com
10
11  For Defendant Microsoft Corporation:
12       DECHERT LLP
         By:  HOWARD ULLMAN, ESQ.
13       45 Fremont Street, 26th Floor
         San Francisco, California 94105
14       415.262.4500
         howard.ullman@dechert.com
15
16  For Defendant Gregory Brockman:
17       WACHTELL, LIPTON, ROSEN & KATZ
         BY:  WILLIAM SAVITT, ESQ.
18            KELSEY A. BORENZWEIG, ESQ.
              SARAH K. EDDY, ESQ.
19       51 West 52nd Street
         New York, New York 10019
20       212.403.1000
         wdsavitt@wlrk.com
21       skeddy@wlrk.com
```

## Page 4

```
 1  APPEARANCES (CONTINUED):
 2  For Defendant Gregory Brockman:
 3       MORRISON & FOERSTER, LLP
         BY:  WILLIAM FRENTZEN, ESQ.
 4       425 Market Street
         San Francisco, California 94105
 5       415.268.7000
         wfrentzen@mofo.com
 6
 7  Also Present:
 8       RENNY HWANG, ESQ.
 9       ALEJANDRO ZAMORA RUIZ, Videographer
10
11  Present Remotely:
12       ROBERT CASTILLO, AV Monitor
13       ZACHARY DAVID, ESQ.
14       SARA TOFIGHBAKHSH, ESQ.
15       CAMILA TAPERNOUX, ESQ.
16       BRADLEY WILSON, ESQ.
17       YOSEF WEITZMAN, ESQ.
18       JAYMIE PARKKINEN, ESQ.
```

## Page 5

```
 1                      INDEX
 2
 3                   EXAMINATIONS
 4  WITNESS:  GREG BROCKMAN                       Page
 5  BY ATTORNEY KRY                                 10
 6  BY ATTORNEY ULLMAN                             303
 7
 8                      EXHIBITS
 9  No.          Description                      Page
10  1     (Highly Confidential) Bates Number        12
        OPENAI_MUSK00029106:  Untitled
11      Document
12  2     Bates Number 2024MUSK-0013670:  "My       33
        path to OpenAI"
13
    3     (Highly Confidential) Bates Number        45
14      2024MUSK-00029118:  "Memory"
15  4     (Confidential) Bates Number               53
        OPENAI_MUSK005733 - 005734:  Email
16      from Greg Brockman 11/22/15
17  5     (Confidential) Bates Number               61
        SPX-00021496 - 00021497:  Email from
18      Greg Brockman 10/26/2015
19  6     (Confidential) Bates Number               66
        OPENAI_MUSK00023430 - 00023431:
20      Email exchange, top message from
        Greg Brockman 8/18/17
21
    7     (Confidential) Bates Number               70
22      2024MUSK-0004680 - 0004683:  Email
        exchange, top message from Elon Musk
23      12/7/15
```

MUSK
ALTMAN
Case 4:24-cv-04722-YGR   Document 379-67   Filed 01/06/26   Page 5 of 15
Highly Confidential
Greg Brockman
September 23, 2025

Page 46

1  referring to?
2      A.   I believe I was referring to the fact that
3  Google was offering Ilya very large salary to stay
4  and that for him to come and, you know, depart
5  Google would require a large compensation as well.
6      Q.   At this point in the process of setting up
7  the company, was Mr. Musk actively involved in
8  making decisions about amounts that would be paid to
9  candidates?
10          ATTORNEY SAVITT:  Objection.
11          Go ahead and answer if you can.
12          THE WITNESS:  At this point, Elon was --
13 at this point -- I don't know how involved Elon was
14 on any decisions within OpenAI, generally.
15 BY ATTORNEY KRY:
16     Q.   At this point, was Mr. Musk involved in
17 the recruiting of candidates for the new research
18 lab?
19          ATTORNEY SAVITT:  Do you mean November?
20          ATTORNEY KRY:  Correct.
21          ATTORNEY SAVITT:  Is that what you mean by
22 "this point"?
23          ATTORNEY KRY:  Correct.
24          ATTORNEY SAVITT:  My apologies.  Go ahead.
25          THE WITNESS:  Okay.  So at this point in

Page 47

1  late November, I believe that we had introduced Elon
2  to the candidates that we wished to -- that we were
3  going to turn into the founding team.
4  BY ATTORNEY KRY:
5      Q.   When did you first start introducing
6  candidates to Mr. Musk?
7           ATTORNEY SAVITT:  Objection.  Foundation.
8           THE WITNESS:  I believe that we introduced
9  the people we wished to turn into the founding team
10 to Elon in November.
11 BY ATTORNEY KRY:
12     Q.   To your knowledge, was Mr. Musk doing any
13 other work on setting up the research lab prior to
14 this point when you began introducing founding team
15 candidates to him?
16     A.   I do not recall specific involvement from
17 Elon besides having, you know -- yeah, what we asked
18 him to do for the founding team.
19     Q.   In your journal entry, you say that:
20          [As Read]  It's really good news that
21          Elon is convinced on Ilya and willing to
22          spend what it takes.
23          Why did you consider that to be really
24 good news?
25     A.   I considered it to be good news that we

Page 48

1  could -- yeah, that Elon was convinced on Ilya
2  because I felt that Ilya would -- I was excited to
3  work with Ilya.
4      Q.   Why were you excited to work with
5  Mr. Sutskever?
6      A.   Ilya and I had really clicked.  That's why
7  I was excited to work with him.
8      Q.   When you say you had "really clicked" with
9  Mr. Sutskever, are you referring to a particular
10 interview or meeting with him?
11     A.   When I say we "really clicked," I am
12 referring to a specific interaction with him.
13     Q.   What was that interaction?
14     A.   That interaction was a dinner that he and
15 I had together.
16     Q.   And when did that dinner occur?
17     A.   I do not recall specifically when that
18 dinner occurred.
19     Q.   Do you recall approximately how long it
20 was after your July dinner?
21     A.   I do not recall exactly when it was after
22 that July dinner, but it was after that July dinner.
23     Q.   Did anyone else attend that dinner, or was
24 it just the two of you?
25     A.   That dinner was just Ilya and myself.

Page 49

1      Q.   And why did you have a favorable
2  impression of him after that dinner?
3      A.   I don't recall specifically why we clicked
4  at that dinner.
5      Q.   Earlier, you testified when I asked about
6  Mr. Musk's other work on setting up the research
7  lab, you said:
8           [As Read]  I do not recall specific
9           involvement from Elon besides having, you
10          know, yeah, what we asked him to do for
11          the founding team.
12          What were you referring to there that you
13 asked Mr. Musk to do for the founding team?
14     A.   I -- so I remember when we had the
15 founding team in November that we asked him to meet
16 them as kind of a last step of -- or, you know, as
17 we were trying to have them join this thing
18 full-time.  And I remember that we were having
19 him -- well, actually, I really don't remember
20 exactly his -- yeah, whether he actually talked to
21 Ilya or not during this period.
22     Q.   Who are you including among the founding
23 team at this point in time?
24     A.   For the founding team -- and I don't
25 recall if every single one of them actually met with

Page 50

```
 1   Elon or not.  I'm referring to John Schulman,
 2   Wojciech Zaremba, Andrew Cardy, Durk Kingma, Pam
 3   Vagata, Vicki Cheung.  I think Keith Adams, who did
 4   not end up joining, and I'm probably forgetting -- I
 5   think I'm forgetting a couple.
 6       Q.   When you introduced this founding team to
 7   Mr. Musk, had they already committed to coming to
 8   the research lab, or were they still deciding?
 9            ATTORNEY SAVITT:  Objection.
10            THE WITNESS:  When we introduced this set
11   of people to Elon Musk, many of them were undecided
12   as to whether they would join this potential
13   whatever it was going to be.
14   BY ATTORNEY KRY:
15       Q.   Did you hope that introducing them to
16   Mr. Musk would increase the likelihood that they
17   would join the research lab?
18       A.   I -- we introduced them to Elon partly --
19   I mean, partly because -- yeah, I mean, partly
20   because we hoped that he could help us -- yeah, I
21   think I would say, yeah, that we hoped that he would
22   increase the likelihood that they would join.
23            I think that's -- I think that's a fair
24   statement with some nuance on it.
25       Q.   Was the reason that you thought that
```

Page 51

```
 1   introductions to Mr. Musk would increase the
 2   likelihood that these prospective team members would
 3   join the research lab because of Mr. Musk's
 4   reputation and stature in the field?
 5            ATTORNEY SAVITT:  Objection.  Misstates
 6   testimony.
 7            Go ahead and answer.
 8            THE WITNESS:  I think we hoped that Elon
 9   could help convince them to join because I --
10   that -- yeah, we thought that Elon -- it was more
11   about what we wanted Elon to say or hoped Elon would
12   be able to say in that meeting rather than who Elon
13   was.
14   BY ATTORNEY KRY:
15       Q.   What did you hope Mr. Musk would say?
16       A.   I did not -- I did not have specific hopes
17   on exactly what he would say in that meeting but
18   would just hope that he'd be able to help them want
19   to join.
20       Q.   Were you present at the meetings that
21   Mr. Musk had with these other prospective founding
22   team members?
23       A.   I do not believe that I was present at
24   these initial meetings that Elon had with the
25   prospective founding members.
```

Page 52

```
 1       Q.   You just a moment ago listed several
 2   prospective founding team members.  And how many of
 3   those team members that you listed, in fact, ended
 4   up coming to work with you at this new research lab?
 5       A.   I don't recall how many of the prospective
 6   founding team members I listed; but of the
 7   prospective founding team members that we had at the
 8   time, I -- everyone except for Keith Adams decided
 9   to join.
10       Q.   And all those people except for Keith
11   Adams decided to join after meeting with Mr. Musk?
12       A.   I do not know if all of those team members
13   actually met with Elon Musk or not.
14       Q.   Did most of them meet with Mr. Musk?
15       A.   I don't know for certain.  I don't know
16   for certain who actually met with Elon.  I know some
17   did, but I don't know who specifically or what
18   fraction of them.
19       Q.   Was it your intent to have as many of them
20   meet with Mr. Musk as you could because you thought
21   it would increase the likelihood that they would
22   join the research lab?
23            ATTORNEY SAVITT:  Object to the form.
24            Answer, again, if you can.
25            THE WITNESS:  I wish to offer to these
```

Page 53

```
 1   people the conversation on the hope that Elon could
 2   talk to them and then, yeah, help increase their
 3   probability of wanting to join.
 4            ATTORNEY KRY:  Okay.  The next one.  5733.
 5            (Exhibit 4 was marked for identification.)
 6   BY ATTORNEY KRY:
 7       Q.   I've marked as Exhibit 4 a document
 8   produced as SPX5733.  This is a November 22nd, 2015,
 9   email chain among you and others with the subject
10   "One More AI intro."
11            In the bottom email, on the second page,
12   Mr. Altman writes to Mr. Musk:
13            [As Read]  Elon, please meet Greg,
14            former CTO of Stripe.  You guys met at the
15            dinner we had but would be great if you
16            could talk more.
17            At the time of this introduction on
18   November 21st, 2015, had you met or interacted with
19   Mr. Musk at all since the July dinner?
20       A.   I do not recall having met or interacted
21   with Elon between the July dinner and this email.
22       Q.   You then, immediately after Mr. Altman's
23   email, write:
24            [As Read]  Hi, Elon.  Nice to
25            virtually connect.  Would there be a good
```

Page 62

1   the initial email chain.
2       Q.   In this email you write:
3            [As Read]  I'm the former CTO of
4       Stripe, and I'm now running the first
5       group in YC Research, a nonprofit AI lab
6       building towards artificial general
7       intelligence.
8       What -- what were you referring to as
9   "YC Research"?
10      A.   I was referring to -- I mean, YC Research
11  is, I guess, the thing that we blogged about there.
12      Q.   How was YC Research related to the AI
13  research lab that you were planning to set up?  Is
14  it the same thing or is it a separate entity?
15           ATTORNEY SAVITT:  Objection.  Foundation.
16  Form.
17           Go ahead and answer if you can.
18           THE WITNESS:  YC Research was going to be
19  a parent organization with the AI group we were
20  going to start as the first group within
21  YC Research.
22  BY ATTORNEY KRY:
23      Q.   Was YC Research ever ultimately formed?
24      A.   I believe YC Research -- well, I think
25  YC Research never became what we hoped it would or

Page 63

1   what the -- what the conception was.  But I think
2   that there was something called YC Research that was
3   created.
4       Q.   In this email were you soliciting a
5   charitable donation from one of your contacts for
6   this new AI research lab?
7       A.   I believe that here I was asking whether
8   Marissa Mayer would be interested in donating to
9   this prospective AI lab.
10      Q.   During this October 2015 time period, did
11  you send out a number of other emails similar to
12  this one?
13           ATTORNEY SAVITT:  Objection.  Form.
14           If you can answer, go ahead.
15           THE WITNESS:  I don't recall specifically
16  how many such emails I would've sent, but I would
17  expect I sent more than one such email during this
18  time period.
19  BY ATTORNEY KRY:
20      Q.   You next write in your email:
21           [As Read]  On the funding side, we
22      have a small group of really fantastic
23      individuals donating, including Elon Musk,
24      Jessica Livingston, Reid Hoffman, and
25      Peter Thiel.  Because AI is something that

Page 64

1       should be built on behalf of all humans
2       rather than any particular group, we're
3       looking to broaden our set of funders
4       within the industry.
5       Here you mentioned Elon Musk as one of the
6   individuals who would be donating to the new
7   research lab.
8       When did you become aware that Mr. Musk
9   would be providing financial support for the
10  research lab?
11      A.   I am not sure when I became aware or
12  started to believe that Elon Musk would provide
13  support for the research lab.
14      Q.   Elon Musk is the very first person you
15  list in your list of supporters at that point.
16      Why -- why was he top of mind?
17           ATTORNEY SAVITT:  Objection.
18           Go ahead and answer that if you can.
19           THE WITNESS:  I'm not certain whether the
20  order of this list conveys information or not.
21  BY ATTORNEY KRY:
22      Q.   You then write:
23           [As Read]  We'd particularly love to
24      have you involved.  We're open to pretty
25      much any amount you feel comfortable with.

Page 65

1       Sam's donating 10 million.  I'm personally
2       doing donating 100K.  What would be most
3       impactful would be having you officially
4       as a donor.
5       When you sent this email, had you told
6   Mr. Altman that you would donate one hundred
7   thousand dollars to the research lab?
8       A.   I suspect that this was not the first time
9   he would've heard that 100k number.
10      Q.   At the time you sent this email, had you
11  informed Mr. Musk that you would donate one hundred
12  thousand dollars to the new research lab?
13      A.   I had not had contact with Elon Musk since
14  the dinner at this point.
15      Q.   Did you, in fact, ever donate one hundred
16  thousand dollars to this new research lab?
17      A.   I did not donate one hundred thousand
18  dollars to this research lab.
19      Q.   Did you donate any amount of money to this
20  new research lab?
21      A.   I did not donate cash to this research
22  lab.
23      Q.   To your knowledge, did Mr. Altman ever
24  donate $10 million to this new research lab?
25      A.   I do not believe that Sam Altman donated

Page 218

1  Compound.
2       THE WITNESS:  I do not believe the
3  contemplation of this particular passage was Ilya
4  and me leaving.
5  BY ATTORNEY KRY:
6     Q.   So you're contemplating the possibility
7  that Mr. Musk would leave OpenAI?
8     A.   I think that was the primary thing we
9  expected would be an outcome where we were not
10 working together.
11    Q.   Why did you write "Financially, what will
12 take me to 1 billion?"
13    A.   I think if we were going to do a
14 for-profit entity, that I started to think about
15 what would be motivating financial reward in that
16 case as a secondary consideration.
17    Q.   What was the primary consideration?
18    A.   Primary consideration was would we be able
19 to pursue and achieve the mission.
20    Q.   How important was the secondary
21 consideration to you?
22    A.   The second consideration definitely
23 mattered.
24    Q.   At this point, did you aspire to be a
25 billionaire?

Page 219

1     A.   My primary motivation was to the mission.
2     Q.   Was your secondary motivation to be a
3  billionaire?
4     A.   I believe that as a -- one thing I was
5  definitely motivated by was the idea -- I definitely
6  had as a motivation that, yeah, potentially getting
7  to $1 billion.
8     Q.   So we know you achieved that goal at some
9  point.
10         Do you know precisely what day that
11 happened?
12    A.   I do not know what day precisely that
13 happened.
14    Q.   When was the first day you realized you
15 had surpassed that goal?
16         ATTORNEY SAVITT:  Objection.  Foundation.
17         If you can answer, go ahead.
18         THE WITNESS:  I do not know what day I
19 would say my, at least on paper, net worth would've
20 exceeded 1 billion.
21 BY ATTORNEY KRY:
22    Q.   Were you tracking your personal net worth
23 periodically?
24    A.   I would try to keep track on a periodic
25 basis of my assets.

Page 220

1     Q.   So at approximately what point in time did
2  you take stock and realize that you had passed the
3  $1 billion mark?
4          ATTORNEY SAVITT:  Objection.
5          Answer.
6          THE WITNESS:  I have no memory of a
7  specific moment where I would've realized that my
8  net asset value would've exceeded that amount.
9  BY ATTORNEY KRY:
10    Q.   In this entry in your journal, the sixth
11 paragraph states:
12         [As Read]  Accepting Elon's terms
13         nukes two things:  Our ability to choose,
14         though maybe we could overrule him, and
15         the economics.  Some chance that rejecting
16         Elon will actually lose us Sam.  We'll
17         find out tomorrow if doing an override all
18         the way is palatable.
19         What were you referring to when you
20 mentioned Elon's terms here?
21    A.   There were enough variants of what Elon
22 proposed that it's hard for me to know the exact set
23 of terms that were contemplated at this moment.
24         (Exhibit 22 was marked for
25         identification.)

Page 221

1  BY ATTORNEY KRY:
2     Q.   This which I've marked Exhibit 22 was
3  produced as OPENAI_MUSK29624.  It's another entry
4  from your journal, and the production data on this
5  one indicates that it's from September 12th, 2017.
6  And the portion I plan to ask you about starts on
7  the second page under the "Stars For Elon Call."
8     A.   One moment.
9          Should I review the whole thing or just
10 that first -- that second page?
11    Q.   I will -- let me ask you a question, and
12 once you see what I'm looking to you can feel free
13 to read whatever context you need to answer the
14 question.
15    A.   Perfect.
16    Q.   So under "Elon Call" you'll see there's a
17 series of paragraphs and some are labeled "Elon" and
18 some are labeled "GDB."
19         Is that a realtime summary more or less of
20 a call with Mr. Musk while it was happening?
21    A.   I believe these are realtime notes of a
22 call with Elon.
23    Q.   And so the paragraphs that are labeled
24 "Elon:" are those statements that you're
25 attributing to Mr. Musk?

Page 222

1  A. Paragraphs labeled "Elon" are indeed
2  summaries or notes from things that Elon was saying
3  at the time.
4  Q. So if I can turn you to the fourth page of
5  the document, and this is the one that in the Bates
6  number in the bottom corner is 29627, look four
7  lines in. It reads:
8        [As Read] Elon, I would like to be in
9        the spotlight the least amount possible.
10       Would like to highlight you, anything you
11       can think of.
12       And then you comment:
13       [As Read] It means quite a lot.
14       And then you attribute a statement to
15 Mr. Musk:
16       [As Read] "Not looking for
17       award/praise/anything else. My reasons
18       for doing this are because my number one
19       thing keeping me awake at night is AGI.
20       What the fuck are we going to do? Sure
21       hope this ends up mitigating that. Number
22       one buzzkill in life. Don't want any
23       awards, any anything, nothing.
24       Do you remember Mr. Musk making that
25 comment to you during this time period?

Page 223

1  A. I do remember the general shape of that
2  comment.
3  Q. Was Mr. Musk describing his reasons for
4  wanting to retain control of any for-profit venture
5  that was formed as a result of these discussions?
6  A. Is the question whether this specific
7  paragraph relates to Elon's reason for desiring full
8  control?
9  Q. Yes.
10     ATTORNEY SAVITT: Object to the form.
11     THE WITNESS: I do not view Elon's reasons
12 for wanting full control as being related to this
13 specific paragraph.
14 BY ATTORNEY KRY:
15 Q. Is -- in this paragraph, is Mr. Musk
16 describing his reasons for wanting to be CEO of any
17 public for-profit OpenAI entity?
18     ATTORNEY SAVITT: Objection. Form.
19 Speculation.
20     THE WITNESS: I do not believe that this
21 paragraph specifically connects to his motivations
22 for being CEO of a for-profit entity.
23 BY ATTORNEY KRY:
24 Q. What context do you remember for the
25 sentiments Mr. Musk was expressing in this

Page 224

1  paragraph?
2       ATTORNEY SAVITT: Of course, you should
3  make sure that you review the whole document to the
4  extent that it will help you answer that question.
5       THE WITNESS: Okay.
6       My understanding is that this paragraph is
7  Elon saying why he wanted to work on AGI.
8  BY ATTORNEY KRY:
9  Q. And in a nutshell, was his point that he
10 wanted to work on AGI because he was concerned about
11 AGI safety risks and not because he wanted to get
12 public credit or attention?
13      ATTORNEY SAVITT: Objection. Speculation.
14 Compound.
15      THE WITNESS: Elon is saying he's not
16 sure. I mean, in this paragraph, I think he is
17 saying he's not really sure about the best way to
18 advance AGI to benefit everyone. I think he does
19 not know the best way to actually achieve the OpenAI
20 mission.
21 BY ATTORNEY KRY:
22 Q. How did you understand his reference to
23 the number one thing keeping him awake at night was
24 AGI?
25 A. I believe that he was saying that he -- I

Page 225

1  expected he was saying that he was thinking a lot
2  about AGI and how it can be -- you know, what --
3  what its impact on the world could be.
4       And, actually, if I may add to that. And
5  specifically, also being uncertain as to the correct
6  approach to have a positive impact.
7       (Exhibit 23 was marked for
8       identification.)
9  BY ATTORNEY KRY:
10 Q. This is Exhibit 23, stamped
11 OPENAI_MUSK741. It's an email to Mr. Musk and
12 Mr. Altman from Mr. Sutskever but signed at the
13 bottom by both Mr. Sutskever and yourself, dated
14 September 20th, 2017.
15      Do you recall this email?
16 A. I do recall this email.
17 Q. Did you collaborate with Mr. Sutskever to
18 draft it?
19 A. I did collaborate with Mr. Sutskever to
20 write this together.
21 Q. Under the Elon section, a couple
22 paragraphs in, it states:
23      [As Read] The current structure
24      provides you with a path where you end up
25      with unilateral, absolute control over the

Page 226

1 AGI. You stated that you don't want to
2 control the final AGI, but during this
3 negotiation, you've shown to us that
4 absolute control is extremely important to
5 you.
6         During the discussions over restructuring,
7 did Mr. Musk propose alternatives in which he would
8 retain control over the new for-profit entity?
9     A. I'm not sure if I understand the detail of
10 that question.
11         Could you repeat that?
12     Q. During the discussions over restructuring
13 that you were having with Mr. Musk and Mr. Altman in
14 the September 2017 time frame, did Mr. Musk propose
15 structures in which he would have control over the
16 new for-profit entity that was going to be formed?
17     A. During our discussions, Elon made
18 proposals where he would have control over whatever
19 for-profit we would form together.
20     Q. And did Mr. Musk give any reasons why that
21 control was important to him?
22         ATTORNEY SAVITT: Object to the form.
23 Foundation.
24         THE WITNESS: Elon did state reasons that
25 he wished to have full control.

Page 227

1 BY ATTORNEY KRY:
2     Q. What were those reasons that you recall?
3     A. Elon stated that part of why he wanted
4 full control was that he had experienced
5 configurations where he did not have full control
6 and either felt powerless or unable to be as
7 effective in that configuration as he would wish.
8     Q. What other reasons did he state?
9     A. I believe that was the main reason that he
10 stated explicitly.
11     Q. Did Mr. Musk ever convey that the reason
12 control was important to him was so that he could
13 ensure that OpenAI stayed on mission?
14     A. I do not recall him saying that he needed
15 control to make sure that we stayed on mission.
16     Q. Did Mr. Musk ever convey that he needed
17 control to achieve some other goal unrelated to the
18 mission of OpenAI?
19     A. I do not recall Elon stating he needed
20 control in order to achieve any specific objective
21 one way or another.
22     Q. Mr. Musk responds to you at the top of
23 this document:
24         [As Read] Guys, I've had enough.
25         This is the final straw. Either go do

Page 228

1 something on your own or continue with
2 OpenAI as a nonprofit. I will no longer
3 fund OpenAI until you have made a firm
4 commitment to stay, or I'm just being a
5 fool who's essentially providing free
6 funding for you to create a startup.
7 Discussions are over.
8         What was your reaction upon receiving
9 Mr. Musk's response?
10     A. It's hard to remember exactly how to
11 characterize how I reacted upon receiving it, but
12 the thing that I remember as a theme that emerged
13 was trying to figure out how do we pursue and
14 achieve the OpenAI mission?
15     Q. Was it your perception that both you and
16 Mr. Musk agreed on the mission and were just
17 debating different ways to achieve that mission? Or
18 was it your perception that you had entirely
19 different missions?
20         ATTORNEY SAVITT: Objection. Compound.
21         THE WITNESS: I had no anticipation that
22 Elon's interpretation of the mission differed from
23 my own.
24         (Exhibit 24 was marked for
25         identification.)

Page 229

1 BY ATTORNEY KRY:
2     Q. I've marked as Exhibit 24 the document
3 OPENAI_MUSK29720. This is another entry from your
4 journal, and the production on data indicates --
5 pardon me. And the production data indicates that
6 this one is from November 6th, 2017.
7     A. Okay.
8     Q. At the top of this document, you write:
9         [As Read] Next day, Ilya feeling like
10         we morally should not be kicking Elon out
11         and should be trying to make the nonprofit
12         work and convince him to stay.
13         What were you referring to in that note?
14     A. In consideration of how to pursue the
15 mission, we had concluded, or our belief was, that
16 the top way to do it was to create a PBC B corp or
17 something like that that could raise the money
18 needed for the mission. We had spent those six
19 weeks trying to negotiate on it with Elon. Those
20 fell through.
21         We believed there was a path to
22 potentially doing such an entity together with him
23 in the future, but not at that moment. And so as we
24 thought about how to pursue the mission, one option
25 was that we may have to fire Elon from the nonprofit

Page 230

1  in order to be able to then pursue the mission.
2      Q.   And in the statement that you're recording
3  here, was Mr. Sutskever expressing moral qualms
4  about that course of action?
5           ATTORNEY SAVITT:  Objection.
6           Answer if you can.
7           THE WITNESS:  We decided or felt in this
8  moment that it just would not, at a personal level,
9  be something that we wanted to do.
10 BY ATTORNEY KRY:
11     Q.   And did Mr. Sutskever express to you that
12 instead, you should be trying to make the nonprofit
13 work and convince Mr. Musk to stay?
14     A.   What we felt was the best plan B was to
15 say, let's see if we can make the nonprofit work in
16 a configuration where we can all continue working
17 together.
18     Q.   Next, in these notes, you write:
19           [As Read]  Going to do a 9 A call with
20           Sam.
21           On it, the questions are:
22           [As Read]  One, suppose we do
23           nonprofit and E stays, are you cool with
24           us doing hardware in Tesla?
25           Is "E" a reference to Elon there?

Page 231

1      A.   "E" does, indeed, refer to Elon here.
2      Q.   And when you proposed to ask Mr. Altman if
3  he was cool with doing hardware in Tesla, what were
4  you referring to?
5      A.   We knew -- we felt to succeed at the
6  mission, we needed far more compute and far better
7  computational hardware than OpenAI had access to,
8  and so one question was, could we somehow work with
9  Tesla to create said hardware?
10     Q.   Did you, in fact, have that 9:00 A.M. call
11 with Mr. Altman?
12     A.   I have no specific memory of whether that
13 9:00 A.M. call did or did not happen.
14     Q.   Do you know whether you raised with
15 Mr. Altman the point you proposed to raise here,
16 namely, whether he was cool with doing the hardware
17 in Tesla?
18          ATTORNEY SAVITT:  Objection.
19          THE WITNESS:  I'm not certain whether I --
20 yeah, I have no specific memory of asking this
21 specific question.
22 BY ATTORNEY KRY:
23     Q.   On the next page, there's a header at the
24 very top "Ilya and me breakfast."
25          And you write:

Page 232

1           [As Read]  Conclusion is we truly want
2           the B corp.  Honestly, we also want to get
3           back to work.  That is not super clear how
4           we get there.  One realization is that we
5           always have the option to quit and put up
6           the public job posting.  Also, we're so
7           close to the hand (and probably the 5V5)
8           that we should finish those up for sure.
9           One sad outcome here would be to wind
10          down the nonprofit on those.  Hopefully
11          not going to be so needed.  Would only
12          really be needed because Elon blocks us
13          going B corp.
14          Was the formation of a B corporation your
15 preferred option at this time?
16     A.   It seems that at this specific moment that
17 finding a way to create the B corp was the thing we
18 most believed would advance the mission.
19     Q.   And if you formatted the B corp structure
20 would that allow investors to own shares in the B
21 corp entity?
22     A.   We did not discuss at a level of detail of
23 exactly how investment would be made into such an
24 entity.
25     Q.   If -- well, did you understand that if you

Page 233

1  formed a B corp, investors would have stakes in that
2  entity in some fashion?
3      A.   We did expect that if we were to form a B
4  corp, that investors would have some form of stake
5  in it.
6      Q.   Did you anticipate at this point that if
7  you formed a B corp, you, personally, would have
8  some sort of stake in that entity?
9      A.   We never specifically discussed what the
10 economics would be, but we did assume that if we
11 were to create some sort of B corp, that we would
12 have stakes in that entity.
13     Q.   Was it a desirable feature of this
14 approach for you, that it would enable you to get a
15 stake in the for-profit OpenAI entity?
16          ATTORNEY SAVITT:  Objection.
17          Answer if you can.
18          THE WITNESS:  The primary consideration
19 and the thing that we spent all this time really
20 trying to solve for was how do we actually achieve
21 the OpenAI mission.
22 BY ATTORNEY KRY:
23     Q.   Was it an important secondary
24 consideration that this approach would allow you to
25 get an equity stake in the B corp?

MUSK v.
ALTMAN
Case 4:24-cv-04722-YGR   Document 379-67   Filed 01/06/26   Page 12 of 15
Highly Confidential
Greg Brockman
September 23, 2025

Page 234

1    A.   I -- our view was that if anyone was going
2  to be getting equity stakes, then it would only be
3  fair that we would -- we would indeed want to get
4  equity stakes.  But we were really trying to solve
5  for the mission.
6    Q.   About halfway down this page, you write:
7           [As Read]  Cannot say that we are
8           committed to the nonprofit.  Don't want to
9           say that we're committed if three months
10          later we're doing B corp.  Then it was a
11          lie.
12         At this point in the November 2017 were
13 you no longer committed to OpenAI's nonprofit
14 structure?
15         ATTORNEY SAVITT:  Objection.  Form.
16         THE WITNESS:  Ever since the September
17 email that Elon had sent requesting a commitment to
18 the nonprofit, that we had understood that
19 committing to the nonprofit was a very specific
20 thing that Elon requested of us that he had never
21 requested previously.
22 BY ATTORNEY KRY:
23    Q.   At this point in time, though, that you
24 were writing these notes, you were, in fact,
25 committed to the nonprofit?

Page 235

1         ATTORNEY SAVITT:  Objection.
2         THE WITNESS:  When we talk about
3  commitment here, it is a specific request that Elon
4  had of us and that we were contemplating whether or
5  not to say to Elon that we would grant that specific
6  whatever terms he was asking for.
7  BY ATTORNEY KRY:
8     Q.   And when you wrote your notes here, had
9  you decided, one way or the other, whether you would
10 make that commitment?
11    A.   When we wrote -- when I wrote these notes
12 here, we had not decided what we wanted to do.
13    Q.   On the following page, second paragraph,
14 you write:
15          [As Read]  Can't see us turning this
16          into a for-profit without a very nasty
17          fight.  I'm just thinking about the
18          office.  And we're in the office and his
19          story will correctly be that we weren't
20          honest with him in the end about still
21          wanting to do the for-profit, just without
22          him.
23         Who was the "him" that you're referring to
24 in that paragraph?
25    A.   In this paragraph, "him" refers to Elon.

Page 236

1    Q.   And when you wrote that you "were just
2  thinking about the office and were in the office,"
3  which office were you referring to?
4    A.   By those references to an office, I am
5  referring to the Pioneer Building.
6    Q.   Is the reason why you mentioned that that
7  you were feeling guilty because Mr. Musk had been
8  donating the funds to rent that office space for
9  some time by this point?
10         ATTORNEY SAVITT:  Objection.  Answer,
11 please, if you can.
12         THE WITNESS:  By writing these words I was
13 indicating that I was worried that he would remove
14 us physically from the office.
15 BY ATTORNEY KRY:
16    Q.   At this point in time, were you completely
17 candid with Mr. Musk about your plans for a
18 for-profit OpenAI company?
19         ATTORNEY SAVITT:  Objection.
20         Go ahead and answer.
21         THE WITNESS:  At this time, there were
22 many discussions that were happening about different
23 ways that we could pursue OpenAI mission.
24 BY ATTORNEY KRY:
25    Q.   At this time were you completely candid

Page 237

1  with Mr. Musk about your plans to form a new
2  for-profit AI company separate from OpenAI?
3         ATTORNEY SAVITT:  Objection.
4         THE WITNESS:  At this time, we were really
5  brainstorming many different configurations.  The
6  primary one that Elon had proposed was Tesla, and he
7  still was thinking that we were going to, until we
8  had committed to the nonprofit, potentially quit and
9  do our own thing as he indicated in his September
10 email.
11        At least that's my understanding of what
12 he would've believed.
13 BY ATTORNEY KRY:
14    Q.   On the second to last page of this email
15 thread, the one that ends in 29727 there's a header
16 that says "Post Meeting."
17        What meeting does that header refer to?
18    A.   I believe that that header refers to a
19 meeting with Elon, and I believe others were present
20 as well.
21    Q.   Do you recall who else was present?
22    A.   I believe that Ilya Sutskever was there.
23 I would expect that Shivon Zilis and Sam Teller
24 would potentially be there, potentially others, but
25 I do not recall additionals.

Page 238

1  Q.  You write:
2      [As Read]  Shit, I feel so good.  The
3      meeting was simple.  We said that we want
4      to get more results in the nonprofit and
5      to fundraise there.
6          He asked if there had been any new
7      commitments.
8          I talked about the Azure and GCP deals
9      and mentioned Sam has been talking to
10     Reid, et cetera, he's like Azure is not
11     just going to give you 280 million would
12     be way too massive.  I said yeah, can see
13     it.  Last deal was a lot.
14     And then you write:
15         [As Read]  We also showed him our
16     deck, and I mentioned that we've been
17     putting these together over the weekend
18     and wanted it show them to him today.  He
19     said, yeah, what was up with that email?
20     Sounded like you were being deceptive.  I
21     said just an accidental bcc and we were
22     going to have this meeting today and
23     wanted you to see them here.  He said you
24     should've replied with context and sharing
25     the documents so it doesn't look like

Page 239

1      you're both boneheaded and dumb.  He was
2      very engaged with the deck, all 40 slides
3      of it.
4      Do you remember the 40 page deck that you
5      prepared for this meeting with Mr. Musk?
6  A.  I do not remember all 40 slides of the
7      deck that we created, but I do remember creating a
8      deck.
9  Q.  Was the central thrust of the deck a plan
10     for continuing OpenAI as a nonprofit?
11 A.  The central thrust of the deck was really
12     about establishing that AGI was coming and that,
13     yeah, that was -- that was really the main thing was
14     establishing.
15         (Clarification inquiry by The Court
16         Reporter.)
17 A.  The main thrust of the deck was
18     establishing that AGI progress was rapid.
19 Q.  When you refer to the "accidental bcc"
20     there, do you recognize what that is a reference to?
21 A.  I do recognize what the reference
22     "accidental bcc" refers to.
23 Q.  What happened?
24 A.  I accidentally bcc'd Elon on an email
25     containing a link to the deck.

Page 240

1  Q.  And how did he react to that?
2  A.  I did not receive a direct reaction from
3      Elon.
4      (Exhibit 25 was marked for
5      identification.)
6      ATTORNEY KRY:  This is Exhibit 25 --
7      THE COURT REPORTER:  Yes.
8      ATTORNEY KRY:  -- stamped
9  OPENAI_MUSK23954.
10     The email chain from November 4th and 5th
11 and 6th, 2017.  It's an email at the bottom.  It's
12 from you.  It's the only one I'm going to ask about.
13     Do you recognize this as the accidental
14 bcc?
15     THE WITNESS:  I do recognize this as the
16 accidental bcc.
17 BY ATTORNEY KRY:
18 Q.  And there's a reference to the
19 presentation in your Google Docs folder.
20     Do you know -- do you still have a copy of
21 that presentation?
22 A.  I would expect that I still have a copy of
23 that presentation.
24 Q.  Do you know if it's been produced in this
25 litigation?

Page 241

1  A.  I do not know if it has been produced.
2      ATTORNEY KRY:  We haven't located it, so
3  we'll request to counsel to produce that document.
4      ATTORNEY SAVITT:  Thank you.  I have the
5  request.
6      ATTORNEY KRY:  More generally, do you know
7  if your Google docs folder, did you provide access
8  to it to your litigation counsel to be searched in
9  connection with the litigation?
10     ATTORNEY SAVITT:  You can answer that
11 "Yes" or "No," sir.
12     THE WITNESS:  I provided full access to my
13 Google account.
14 BY ATTORNEY KRY:
15 Q.  The -- in the following paragraph,
16 Mr. Musk writes:
17     [As Read]  He was like --
18     Well, as characterized by you.  You state:
19     [As Read]  He was like okay
20     fundraising is super hard --
21     ATTORNEY SAVITT:  Are you back in this
22 previous one?
23     ATTORNEY KRY:  Yeah, I'm sorry.
24     (Indiscernible cross-talk.)
25     ATTORNEY SAVITT:  What number was this

Page 242

1   one?
2       ATTORNEY BORENZWEIG:  24 -- 25 is that
3   one.
4       ATTORNEY SAVITT:  I got it.  Sorry.
5   Excuse me.
6   BY ATTORNEY KRY:
7       Q.  You say:
8           [As Read]  He was, like, okay.
9           Fundraising is super hard.  I've worked
10          hard on Gates, and he didn't even stop by
11          office.  Dustin donated.  That doesn't
12          even show up personally.  That's how
13          much these people care about this.  I
14          didn't expect to be 70 percent of the cash
15          contributions.  Thought I'd be one piece.
16          There are all these names on the website,
17          and they haven't contributed.
18          Reality check:  No one's going to give
19          you this amount of money.  When they see
20          the 10 billion, they're going to run to
21          the hills.
22      Do you remember Musk venting about the
23  difficulties he had faced trying to seek donations
24  for OpenAI as a nonprofit?
25      ATTORNEY SAVITT:  Objection.

Page 243

1       You can answer if you can.
2       THE WITNESS:  I remember Elon mentioning
3   that he talked to Gates, I believe, he said, like,
4   four times, and he hasn't even stopped by the
5   office.
6       He mentioned Dustin doesn't even want to
7   be on the board directly.
8   BY ATTORNEY KRY:
9       Q.  When Mr. Musk refers to names on the
10  website that hadn't contributed, are you one of the
11  names on the website that hadn't contributed?
12      ATTORNEY SAVITT:  Objection.  Speculation.
13      THE WITNESS:  I am a name on the website,
14  and I feel that I had contributed quite a lot of
15  sweat labor.
16  BY ATTORNEY KRY:
17      Q.  But not any money.
18      ATTORNEY SAVITT:  Objection.
19      If that's a question.  You can answer it.
20      THE WITNESS:  I had not contributed in
21  cash.
22  BY ATTORNEY KRY:
23      Q.  Next on this page, you write:
24          [As Read]  But he was super supportive
25          of us trying and said, "Go ahead" --

Page 244

1       A.  I'm sorry.  May I just amend or add to
2   that answer?
3       Q.  Okay.
4       A.  I had not contributed in cash to the
5   nonprofit.
6       Q.  Thank you.
7       In the next paragraph, you write:
8           [As Read]  But was he super supportive
9           of us trying and said, "Go ahead.  I'm
10          happy with anyone, even people who just
11          want to get access to me.  Happy to give
12          them any fancy title, diminish my own
13          title, et cetera.  If you can do it, then
14          I want to learn from you."
15      Do you recall Mr. Musk encouraging your
16  efforts to raise donations for the nonprofit in this
17  discussion?
18      A.  I remember Elon saying that he would be
19  supportive of us trying to raise in the nonprofit.
20      Q.  Does this refresh your recollection that
21  one element of your presentation in the associated
22  deck that you made to Mr. Musk was that you intended
23  to continue with pursuing a nonprofit status for
24  OpenAI?
25      ATTORNEY SAVITT:  Objection.

Page 245

1       THE WITNESS:  It does not refresh my
2   recollection of the thing you said.
3   BY ATTORNEY KRY:
4       Q.  In the course of this meeting, did you
5   state to Mr. Musk that you planned to continue to
6   support OpenAI as a nonprofit entity and to seek
7   charitable donations for it?
8       A.  In this meeting, we said that we wanted to
9   try fundraising further in the nonprofit.
10      Q.  On this page a bit later, you write:
11          [As Read]  By the way, another
12          realization from this is that it would be
13          wrong to steal the nonprofit from him to
14          convert to a B corp without him.  That
15          would be pretty morally bankrupt, and he's
16          really not an idiot.
17      Was that statement an accurate account of
18  your feelings at the time?
19      A.  I would say that at the time, at a
20  personal level, even if it would be better for the
21  mission to do this without him, I just didn't want
22  to go through the hard route where we would forcibly
23  ask him to leave.
24          (Exhibit 26 was marked for
25          identification.)

Page 246

1  BY ATTORNEY KRY:
2      Q.   This is Exhibit 26, stamped
3  OPENAI_MUSK29733.  This is another page from your
4  journal.  The production data indicates that this
5  one is from November 12th, 2017, so six days after
6  the -- the previous one.
7           I'm only going to ask you about the first
8  page, if you've -- if once I've asked the question,
9  you feel you need more context, you can -- you can
10 look.
11     A.   Mm-hmm.
12     Q.   But on the first page, the document says
13 "Our plan," and you write:
14          [As Read] Okay.  So the thing to
15          think through is what path we really want
16          to take.  It would be nice to be making
17          the billions and to have a concrete
18          technical problem we can go and solve and
19          all that.
20          And then there's a redaction.
21          And then you say:
22          [As Read] We've been thinking that
23          maybe we should just flip to a for-profit.
24          Making the money for us sounds great and
25          all.

Page 247

1           At the point you wrote this journal entry
2  six days later, were you planning to convert OpenAI
3  into a for-profit company?
4      A.   At the point that I wrote this, we were
5  continuing to try to find a path to achieve the
6  mission.
7      Q.   Why did you write that "it would be nice
8  to be making the billions"?
9      A.   I believe that this was a reference to
10 having some revenue plan as a path to have the -- to
11 not be dependent on further donations, investments,
12 at some point, in order to pursue the mission.
13     Q.   So is there a revenue plan for the
14 not-profit entity and not a revenue plan for your
15 personal bank account?
16          ATTORNEY SAVITT:  Objection.  Form.
17          If you can answer the question, go ahead.
18          THE WITNESS:  I believe this specific
19 statement referred to a revenue plan for whatever
20 entity or collection of entities would pursue the
21 mission.
22 BY ATTORNEY KRY:
23     Q.   And did Mr. Musk resign from the OpenAI
24 board in February 2018?
25     A.   I do not know if Elon actually resigned

Page 248

1  from the OpenAI board in February of 2018.
2      Q.   Was it reported that he was resigning from
3  the board in February 2018?
4      A.   I believe it was reported that Elon Musk
5  was resigning from the OpenAI board in February of
6  2018.
7      Q.   In March of 2019, did OpenAI launch a new
8  for-profit entity named OpenAI LP?
9      A.   I believe that there were public
10 communications about OpenAI LP in March of 2019.
11     Q.   What was your role in conceiving of that
12 new for-profit entity?
13          ATTORNEY SAVITT:  Object to the form.
14 Foundation.
15          THE WITNESS:  I would say that OpenAI LP,
16 the seeds really date back to December of 2017 when
17 we realized that, to pursue the mission, we would
18 have to somehow be able to work with far larger
19 resources.
20 BY ATTORNEY KRY:
21     Q.   Does OpenAI LP -- excuse me.
22          Did OpenAI LP have a capped for-profit
23 structure?
24     A.   I believe that OpenAI LP did have a
25 bespoke capped structure.

Page 249

1      Q.   And did that structure entitle investors
2  to receive a multiple of their investments before
3  any residual funds were distributed to the
4  nonprofit?
5      A.   The cap was implemented in a fairly
6  nuanced way that I -- yeah, it's -- it's hard to put
7  into one sentence exactly how it was implemented.
8      Q.   Is that a substantively more or less
9  accurate description of what happened?
10     A.   Substantively, I would say that investment
11 from any investors would have some capped threshold
12 in March of 2019.
13     Q.   And for the first round of investors that
14 came in, in March of 2019, was the target multiplier
15 100 times?
16          ATTORNEY SAVITT:  Object to the form.
17          You can answer.
18          THE WITNESS:  Yeah, my understanding is
19 that for investors in March of 2019, that their cap
20 was 100 times the capital that they'd put in.
21 BY ATTORNEY KRY:
22     Q.   So if an investor had put in $10 million,
23 they would be entitled to get a billion dollars back
24 before residuals went to the nonprofit?
25     A.   I believe that there were nuances on