# EXHIBIT 27

# In the Matter Of:

*ELON MUSK vs*

*SAMUEL ALTMAN*

*ERMIRA MURATI*

*November 02, 2025*



```
                                                                    1
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          OAKLAND DIVISION

 4

 5    IN RE MATTER OF:              )
                                    )
 6    ELON MUSK, et al.,            )
                                    )
 7              Plaintiffs,         )
                                    )
 8         vs.                      )  CASE NO.
                                    )  4:24-CV-04722-YGR
 9    SAMUEL ALTMAN, et al.,        )
                                    )
10              Defendants.         )
                                    )
11

12                      ** CONFIDENTIAL **

13           VIDEOTAPED DEPOSITION OF ERMIRA MURATI

14                  SAN FRANCISCO, CALIFORNIA

15                  Sunday, November 2, 2025

16

17

18

19

20

21   Stenographically Reported by:

22   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
     Realtime Systems Administrator
23   California CSR License #11600
     Oregon CSR License #21-0005
24   Washington License #21009491
     Texas CSR License #10725
25
```

## Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4
 5   IN RE MATTER OF:            )
                                 )
 6   ELON MUSK, et al.,          )
                                 )
 7         Plaintiffs,           )
                                 )
 8   vs.                         )  CASE NO.
                                 )  4:24-CV-04722-YGR
 9   SAMUEL ALTMAN, et al.,      )
                                 )
10         Defendants.           )
                                 )
11
12
13
14
15         VIDEOTAPED DEPOSITION of ERMIRA MURATI, taken
16   before Heather J. Bautista, CSR No. 11600, a Certified
17   Shorthand Reporter for the state of California, with
18   principal office in the county of Santa Clara,
19   commencing on Sunday, November 2, 2025, 9:09 a.m., at 44
20   Montgomery Street, 36th Floor, San Francisco, California
21   94104.
22
23
24
25
```

## Page 3

```
 1   APPEARANCES OF COUNSEL:
 2
 3      For Plaintiffs:
 4         MoloLamken
           BY:  JENNIFER SCHUBERT, ESQ.
 5              ALEX EYNON, ESQ.
                SARA TOFIGHBAKHSH, ESQ. (Remote)
 6         430 Park Avenue
           New York, New York 10022
 7         Phone:  (212) 607-5957
           jschubert@mololamken.com
 8         aeynon@mololamken.com
 9         MoloLamken
           BY:  WALTER HAWES IV, ESQ. (Remote)
10         600 New Hampshire Avenue, N.W.
           Washington, D.C. 20037
11         Phone:  (202) 556-2013
           whawes@mololamken.com
12
13
14      For OpenAI Defendants:
15         Wachtell Lipton Rosen & Katz
           BY:  SARA EDDY, ESQ.
16              KELSEY BORENZWEIG, ESQ.
           51 West 52nd Street
17         New York, New York 10019
           Phone:  (212) 403-1000
18         skeddy@wlrk.com
           kaborenzweig@wlrk.com
19
           Morrison & Foerster LLP
20         BY:  WILLIAM FRENTZEN, ESQ.
           425 Market Street
21         San Francisco, California 94105
           Phone:  (415) 268-6413
22         wfrentzen@mofo.com
23
24
25
```

## Page 4

```
 1   APPEARANCES OF COUNSEL: (CONTINUED)
 2
 3      For Defendant Microsoft Corporation:
 4         Dechert LLP
           BY:  NISHA PATEL, ESQ.
 5         633 W. 5th Street, Suite 4900
           Los Angeles, California 90071
 6         Phone:  (213) 808-5735
           nisha.patelgupta@dechert.com
 7
           Dechert LLP
 8         BY:  YOSEF WEITZMAN, ESQ. (Remote)
           Cira Centre, 2929 Arch Street
 9         Philadelphia, Pennsylvania 19104
           Phone:  (215) 994-2425 / Fax:  (215) 994-2222
10         yosi.weitzman@dechert.com
11
12      For ERMIRA MURATI:
13         Mintz Levin Cohn Ferris Glovsky & Popeo
           BY:  MARC AXELBAUM, ESQ.
14         44 Montgomery Street, 36th Floor
           San Francisco, California 94104
15         Phone:  (415) 696-5421 / Fax:  (415) 432-6001
           maxelbaum@mintz.com
16
           Mintz Levin Cohn Ferris Glovsky & Popeo
17         BY:  ELLEN SHAPIRO, ESQ.
           919 Third Avenue
18         New York, New York 10022
           Phone:  (212) 692-6208
19         eshapiro@mintz.com
20         Mintz Levin Cohn Ferris Glovsky & Popeo
           BY:  NADIA ZIVKOV, ESQ.
21         2049 Century Park East, Suite 300
           Los Angeles, California 90067
22         Phone:  (310) 586-3210
           nazivkov@mintz.com
23
24   ALSO PRESENT:  Alejandro Zamora Ruiz, Videographer
25
```

## Page 5

```
 1                  INDEX OF EXAMINATION
 2                                                  PAGE
 3   ERMIRA MURATI
 4      EXAMINATION BY MS. SCHUBERT                  9
 5      EXAMINATION BY MS. EDDY                    146
 6      EXAMINATION BY MS. PATEL                   226
 7      EXAMINATION BY MS. SCHUBERT                235
 8
 9
10
11                       --o0o--
12
13
14
15             Instructed Not to Answer
16                  Page  Line
17                  218   18
18
19
20
21
22
23
24
25
```

Page 18

1   Q.  And you knew that he was also the main
2   financial backer of OpenAI at its foundation?
3       MR. AXELBAUM:  Objection.  Leading.
4       You can answer.
5       THE WITNESS:  I did not know the financial
6   details who was the --
7       (Stenographer clarification.)
8       MR. AXELBAUM:  And I'll add a foundation
9   objection on the last one.
10  Q.  (By Ms. Schubert)  Did you come to learn
11  whether Elon was a financial contributor to OpenAI?
12  A.  I knew there were a few financial contributors,
13  and I knew he was a part of it, but this is not
14  something that I was -- I spent a lot of time on, to be
15  honest.
16  Q.  You were still working at Tesla when OpenAI was
17  founded in 2016; right?
18  A.  I believe so.
19  Q.  Did you ever discuss OpenAI with Elon while you
20  were working at Tesla?
21  A.  No.
22  Q.  You have stated that Tesla is the place where
23  you really started getting interested in the power of
24  AI; is that right?
25  A.  I've been interested in AI for -- or, yeah,

Page 19

1   in -- in AI for a very long time.  I studied math, and I
2   studied engineering.
3       But are you saying the practical application of
4   it?  There was -- that was at Tesla, yes.
5   Q.  And you've also stated publicly that you've
6   observed many similarities between Tesla and OpenAI when
7   you first started at OpenAI; is that right?
8       (Stenographer clarification.)
9       THE WITNESS:  I'm thinking what those would be,
10  because right now, I don't recall what the similarities
11  would be.
12  Q.  (By Ms. Schubert)  Okay.
13      Do you recall doing a podcast interview with
14  Kevin Scott from Microsoft?
15  A.  Yes.
16      MS. SCHUBERT:  I'd like to show the witness Tab
17  1, 2024MUSK-14270.  We're marking this as Exhibit 1.
18      (Exhibit 1 was marked for identification.)
19      MS. EDDY:  I just want to confirm for the
20  record, there are no highlightings that counsel have
21  added to the exhibits --
22      MS. SCHUBERT:  That's correct.
23  Q.  (By Ms. Schubert)  And if you --
24  A.  Review it?
25  Q.  Yeah, you may review it, and it's quite long,

Page 20

1   and so you're certainly welcome to familiar --
2   refamiliarize yourself with as much of it as you need
3   to, but I can also direct you to a specific page.
4   A.  Um-hum.
5   Q.  Do you recognize this as being the
6   transcription of that podcast with Mr. Scott?
7   A.  I do, yes.
8   Q.  Okay.
9       And so I'll direct you to the page that is
10  marked 14276 in the bottom right corner.
11      Around the middle of that page, it states your
12  name, Mira Murati, "Tesla was an incredible place, and
13  in some ways, actually, I find it quite similar to
14  OpenAI."
15      And if you want to just read that to refresh
16  yourself.
17  A.  Um-hum.
18  Q.  Do you still agree with your statement that you
19  found Tesla to be quite similar to OpenAI?
20  A.  When you first asked the question, I was
21  thinking operationally.
22      When I read this, I -- I see what I meant,
23  which is more high level, admission orientation,
24  complexity of the problem at hand almost felt impossible
25  and -- and, yeah, so -- so I think at a level, yes.

Page 21

1   Q.  Did Mr. Musk's involvement in OpenAI play a
2   role in your decision to seek employment there?
3   A.  I think so, yes.
4   Q.  How?
5   A.  In the sense that I respected his leadership
6   and accomplishments, and -- and I thought he had done
7   incredible things with Tesla and SpaceX and Neuralink,
8   so I felt -- I felt that this would be -- this would be
9   a worthy pursuit.
10  Q.  Did you discuss pursuing employment at OpenAI
11  with Elon before you did?
12  A.  No.
13  Q.  You joined OpenAI in 2018; is that right?
14  A.  Yes.
15  Q.  Do you recall what month?
16  A.  I believe it was May.
17  Q.  How did you come to join OpenAI?
18  A.  I had a few conversations with Ilya Sutskever,
19  Greg Brockman, Dario Amodei --
20      (Stenographer clarification.)
21      THE WITNESS:  -- Wojciech Zaremba, and I
22  thought they were all really committed and incredibly
23  smart, and I found the direction of OpenAI very
24  inspiring.  The role wasn't very clear initially, but
25  I -- I thought it would be worth -- worth a shot anyway.