# EXHIBIT 29

| | |
|---|---|
| **From**: | Greg Brockman [gdb@openai.com] |
| **Sent**: | 1/1/2018 7:56:57 AM |
| **To**: | Elon Musk [erm@openai.com] |
| **BCC**: | ilyasu@openai.com |
| **Subject**: | thank you |

Hi Elon,

We've been working together for 2 years now, and in every meeting with you I continue to learn, grow, and see the world in a new way. I particularly admire your clarity of purpose, the simple and consistent heuristics you use to evaluate decisions, and that you stick to what's right rather than what's easy.

I am grateful and humbled that you see potential in Ilya and me and are willing to give us a chance. 2017 was a hard year, and we've made mistakes, but I believe the lessons we've learned will ultimately make us successful in our mission.

It's an honor to work alongside you. Let's make sure that the post-AGI world is one that is good for humans.

- gdb

CONFIDENTIAL

OPENAI_MUSK00000814