# EXHIBIT 31

**From:**     Ilya Sutskever [ilyasu@openai.com]
**Sent:**     9/24/2016 6:59:56 PM
**To:**       Elon Musk [erm@spacex.com]
**Subject:**  Re: BTW


Good luck with both.

On Sat, Sep 24, 2016 at 11:55 AM Elon Musk <erm@spacex.com> wrote:
 Once the SolarCity merger is done and the rocket is flying again, I will should be able to do so.

 On Sep 24, 2016, at 11:47 AM, Ilya Sutskever <ilyasu@openai.com> wrote:

    For that you'd need to take the expensive move of lengthening your visits...

    Also, some of us have been thinking of writing a condensed introduction into our subject matter
    for people who not experts in the field -- I'll send you this document once its ready.  Expect a
    few weeks to a month.

    On Sat, Sep 24, 2016 at 11:16 AM Elon Musk <erm@spacex.com> wrote:
     Cool, I certainly enjoy them too. Also, really want to learn more at a detailed level about the
     technical issues that we are wrestling with. Really interesting.

     > On Sep 24, 2016, at 11:12 AM, Ilya Sutskever <ilyasu@openai.com> wrote:
     >
     > I find our meetings to be very helpful for running OpenAI and for figuring out the right
     medium term goals.
     >

CONFIDENTIAL