# EXHIBIT 32

## In the Matter Of:

*Musk, et al. vs*

*Altman, et al.*

*SATYA NADELLA*

*September 24, 2025*



```
                                                                    1
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3   _____

 4   ELON MUSK, et al.,                  )
                                         )
 5                   Plaintiffs,         )
                                         )
 6             v.                        ) 4:24-cv-04722-YGR
                                         )
 7   SAMUEL ALTMAN, et al.,              )
                                         )
 8                   Defendants.         )
                                         )
 9                                       )

10   _____
         VIDEOTAPED IN-PERSON AND VIDEOCONFERENCE DEPOSITION
11
                      UPON ORAL EXAMINATION OF
12
                            SATYA NADELLA
13   _____

14
             Taken at 401 Union Street, Suite 3300
15
                        Seattle, Washington
16

17

18
          *** TRANSCRIPT DEEMED HIGHLY CONFIDENTIAL
19                    ATTORNEYS' EYES ONLY ***

20

21

22

23   DATE TAKEN:  SEPTEMBER 24, 2025

24   REPORTED BY: BARBARA CASTROW, RMR, CRR, CCR

25              WA CCR #2395
```

## Page 2

```
 1              APPEARANCES
 2   FOR PLAINTIFFS:
 3                JENNIFER SCHUBERT
                  SARA TOFIGHBAKHSH
 4                MoloLamken LLP
                  430 Park Avenue
 5                New York, NY 10022
                  212.607.8160
 6                jschubert@mololamken.com
                  stofighbakhsh@mololamken.com
 7
 8
     FOR DEFENDANT MICROSOFT CORPORATION:
 9
                  JOHN (JAY) JURATA, JR.
10                Dechert LLP
                  1900 K Street NW
11                Washington, DC  20006-1110
                  202.261.3300
12                jay.jurata@dechert.com
13
                  ELISA BENEZE (VIA VIDEOCONFERENCE)
14                Dechert LLP
                  Cira Centre, 2929 Arch Street
15                Philadelphia, PA  19104-2808
                  215.994.2315
16                elisa.beneze@dechert.com
17
                  REBECCA FRANCIS
18                General Counsel Microsoft Corp.
                  5600 148th Ave NE
19                Redmond, WA 98052-5104
                  425.704.8098
20                becky.francis@microsoft.com
21
                  JONATHAN PALMER
22                Corporate Vice President &
                    Chief Legal Officer
23                Microsoft Corporation
                  One Microsoft Way
24                Redmond, WA  98052
                  jon.palmer@microsoft.com
25
```

## Page 3

```
 1         APPEARANCES:  (CONTINUED)
 2   FOR DEFENDANT SAMUEL ALTMAN:
 3                NATHANIEL D. CULLERTON
                  Wachtell, Lipton, Rosen & Katz
 4                51 West 52nd Street
                  New York, N.Y.  10019-6150
 5                212.403.1000
                  ndcullerton@wlrk.com
 6
 7
     ALSO PRESENT:  SHREVE VANZANTEN, VIDEOGRAPHER
 8
 9
                * * * * *
10
```

## Page 4

```
 1                EXAMINATION INDEX
 2   EXAMINATION BY:                           PAGE NO.
 3   MS. SCHUBERT                               8
 4   MR. JURATA                                 267
 5   MR. CULLERTON                              278
 6   MS. SCHUBERT                               279
 7
 8                  EXHIBIT INDEX
 9   NO.   DESCRIPTION                         PAGE NO.
10    1    2-page email chain.  OPENAI_MUSK00016768    32
          CONFIDENTIAL
11
      2    1-page email.  MSFT_MUSK0000044294    35
12        CONFIDENTIAL
13    3    3-page Introducing OpenAI document.  36
          2024MUSK-0011225
14
      4    11-page OpenAI on Azure Big Compute   47
15        PowerPoint. CONFIDENTIAL
16    5    3-page email chain.  2024MUSK-0000669  59
          CONFIDENTIAL
17
18    6    9-page email chain.  MSFT_MUSK000000150  62
          HIGHLY CONFIDENTIAL
19    7    3-page email chain.  MSFT_MUSK000044183  85
          HIGHLY CONFIDENTIAL
20
      8    2-page email.  MSFT_MUSK000000993     98
21        CONFIDENTIAL
22    9    2-page email chain.  MSFT_MUSK000068399  114
          HIGHLY CONFIDENTIAL
23
     10    10-page Microsoft Memo dated 6/10/19. 120
24        MSFT_MUSK000083907 HIGHLY CONFIDENTIAL
25
```

## Page 5

```
 1             EXHIBIT INDEX (CONTINUING)
     NO.   DESCRIPTION                         PAGE NO.
 2
     11    53-page document dated 9/1/16.       126
 3        MSFT_MUSK000036519 HIGHLY CONFIDENTIAL
 4   12    2-page OpenAI document.  MSFT_MUSK000036394  126
          HIGHLY CONFIDENTIAL
 5
     13    2-page email chain.  MSFT_MUSK000054738  135
 6        HIGHLY CONFIDENTIAL
 7   14    2-page document.  MSFT_MUSK0000054742 HIGHLY  135
          CONFIDENTIAL
 8
     15    4-page email chain.  MSFT_MUSK0000035590  142
 9        HIGHLY CONFIDENTIAL
10   16    4-page email chain.  MSFT_MUSK0000001632  156
          HIGHLY CONFIDENTIAL
11
     17    4-page email chain.  MSFT_MUSK000000131  167
12        HIGHLY CONFIDENTIAL
13   18    9-page Microsoft Memo dated 1/11/23.  172
          MSFT_MUSK000051723 HIGHLY CONFIDENTIAL
14
     19    5-page Microsoft & OpenAI - Summary Term  177
15        Sheet April 2019.  MSFT_MUSK000018616 HIGHLY
          CONFIDENTIAL
16
     20    5-page document dated 3/5/21 Re:  Side  179
17        Letter Agreement.  MSFT_MUSK000002098 HIGHLY
          CONFIDENTIAL
18
     21    4-page Corrected Declaration of Reid  182
19        Hoffman.  2024MUSK-0014108
20   22    22-page First Witness Statement of Satya  191
          Nadella.  MSFT_MUSK000056876 HIGHLY
21        CONFIDENTIAL
22   23    1-page text chain.  MSFT_MUSK000067087  223
          HIGHLY CONFIDENTIAL
23
24
25
```

**26**

1 the right caliber in 2015?
2     A.  We had competition.  I mean, Microsoft has over
3 the years had, you know, good brand, good ability to
4 attract talent, retain talent.  But we also had many
5 competitors, whether it was -- by then, I think I'm sure
6 Meta had also -- and Facebook at that time had also
7 emerged as someone who was very focused on AI.  And
8 so -- and I'm sure Amazon was competing in the same
9 space.
10         So we had competition, but we were always
11 through our own unique brand and even sort of our value
12 proposition.  Like, Microsoft Research, having the
13 academic freedom, was always a helpful thing for us to
14 be able to get good talent.
15     Q.  **What else were you doing to accelerate**
16 **Microsoft's progress in the field?**
17     A.  I mean, I think I've sort of talked about all
18 the things we were doing, which is, we were doing our
19 own research work.  We were doing our own applied
20 product work.  We were building the platforms for others
21 to build on our platform.  And so that's kind of how --
22 that was the comprehensive nature in which we were going
23 about it.
24     Q.  **Did you feel that your progress was moving more**
25 **slowly than you had liked?**

**27**

1     A.  I mean, always as a CEO of a company, I feel my
2 job is to sort of be dissatisfied with the rate of
3 progress at all times.  And so yes would be the answer,
4 which is both in the absolute sense, which is, can we
5 build products that are more capable in any particular
6 domain, and also, you know, vis-a-vis competition.
7         There were others achieving things that we
8 looked at and said, hey, that's great, and so how can we
9 make sure we are competitive with it.
10    Q.  **When did you first meet Elon Musk?**
11    A.  I think I may have met Elon first time -- I can
12 definitely say I met him first when I first became CEO,
13 and he had come to our CEO summit.  And I met him there.
14 I may have met him prior to that when I was even leading
15 our cloud, but I definitely met him at one of our
16 events.
17    Q.  **When is the first time you recall having a**
18 **substantive conversation with Mr. Musk?**
19    A.  **I don't know if I've had deep substantive**
20 **conversations with him, but it's mostly brief**
21 **interludes, if you will.**
22        **I think there was, perhaps related to this**
23 **topic, I think he had reached out.  This is in the very**
24 **beginning phases of OpenAI when they wanted some Azure**
25 **credits.**

**28**

1        **And -- and so I think we were trying to connect**
2 **up some app -- like, just again, going back to us being**
3 **a platform company that's always ensure -- you know,**
4 **trying to make sure that AI can build on our platform.**
5 **I think that's probably one of the dialogues I had, and**
6 **that is mostly I think in email.**
7    Q.  Okay.  Do you know why Elon was invited to the
8 2014 CEO summit?
9    A.  I think because he -- you know, at that time
10 I'm assuming he was CEO of Tesla and -- and, I mean, as
11 a founder, CEO of a variety of companies, he was
12 invited.
13   Q.  **He was already famous at that point for his**
14 **cutting-edge technology companies?**
15        MR. CULLERTON:  Object to form.
16   A.  Yeah, I mean, Elon, you know, over the years
17 has grown pretty nonlinearly in his profile.  So I don't
18 specifically know.  But, I mean, he was already a CEO of
19 a substantive company by then.
20   Q.  (By Ms. Schubert)  In 2015, did Microsoft have
21 relationships with any of Musk's companies?
22   A.  Oh, I'm sure we did.  I mean -- I mean, over
23 the years, Elon has always sent emails on, you know, our
24 products, whether it's on Windows or on Teams and what
25 have you, and I think I've always, you know, paid a lot

**29**

1 of attention to his product feedback.  He's a person of
2 high standards on technology, and so, yes.
3   Q.  **Do you recall which of his companies Microsoft**
4 **had specific relationships with in 2015?**
5   A.  I don't have the specifics, but I would assume
6 that there is some use of Microsoft technology across
7 all his companies.  When I say "all," I'm not, you know,
8 particularly sure what all the companies he has, but,
9 you know, I think Tesla or SpaceX would be two examples
10 of it.
11  Q.  **Do you recall if you had a relationship with**
12 **Neuralink?**
13  A.  I have a personal investment in Neuralink
14 through some kind of an investment vehicle, but that's
15 not something that I ever talk to Elon or it's just
16 through some financial advisor who, you know, basically
17 allocated some of my capital to it.
18  Q.  **Are you invested in any other of Elon Musk's**
19 **companies?**
20  A.  Not that I know of directly.  I mean, you know,
21 I'm -- I don't know whether any of the funds I have in
22 public markets has, you know, his public company
23 holdings, but I'm not tracking that individually.
24  Q.  Okay.  In the 2015 time period, would you have
25 described your relationship with Mr. Musk as

**30**

1  professional or personal or both?
2      A.  Professional.
3      Q.  About how often were you communicating in your
4  early years as CEO with Mr. Musk?
5      A.  You know, maybe once or twice a year, I would
6  say, at most.  It's not -- there was no rhythm to it, if
7  I could say so.
8      Q.  Sure.
9          Around 2015, you became aware of Mr. Musk's
10 concerns about AI.  Do you recall that?
11         MR. JURATA:  Objection to form.
12     A.  I don't -- I mean, I personally didn't focus
13 that much on Elon's concerns about AI because at some
14 level mostly, at least my study of Elon, has always been
15 about, you know, his philosophy of engineering, you
16 know, being a fan of how he has approached how he likes
17 to build.
18         So I've never thought about -- you know, I
19 mean, Elon is a pretty idiosyncratic guy in the sense he
20 has a lot of opinions on lots of things, but what I have
21 found to be most inspiring is how he goes about building
22 what he does.
23         So I mostly focus my efforts on studying that,
24 versus his wide-ranging opinions on a lot of topics.
25     Q.  (By Ms. Schubert)  Fair enough.

**31**

1          Did you -- do you recall if you read his open
2  letter with Stephen Hawking, warning about the dangers
3  of AI?
4      A.  I haven't, actually.
5      Q.  Did you know Sam Altman back in 2015?
6      A.  Yes, I did know Sam Altman.  Because I had met
7  Sam Altman maybe back in the late 2000s when I was
8  running Bing, when he had founded I forget the name of
9  his first company.
10         So I was introduced to him, and that was the
11 context in which I met him first.  And then there was a
12 massive gap because I lost track of him.
13     Q.  When did you next reconnect with him?
14     A.  Maybe when he was at Y Combinator.
15     Q.  And how did you reconnect?
16     A.  It could have been I'm thinking when he became
17 CEO of Y Combinator relating to just his Y Combinator
18 portfolio companies and so on.
19     Q.  Did you develop a professional relationship
20 with him in connection with his role at Y Combinator?
21     A.  Like with any other CEO seed stage, I've always
22 been, you know, for us, as a platform provider, it's
23 pretty important to have professional relationships with
24 people who are investing in emerging companies, and
25 Y Combinator was obviously a marquee player in that.

**32**

1      Q.  How often would you say you were communicating
2  with Sam Altman before the start of OpenAI?
3      A.  Again, no rhythm to it.  And it would have been
4  an email or I may have run into him at an event or what
5  have you.
6      Q.  In 2015, do you recall Sam Altman reached out
7  to you, asking you to sign a letter that he was writing
8  with Elon Musk addressed to the U.S. Government?
9      A.  I don't recall.
10     Q.  Okay.  I will show you what we'll mark as
11 Exhibit 1, which is Bates-stamped OpenAI Musk 16768.
12         (Exhibit No. 1 marked.)
13     Q.  (By Ms. Schubert)  These are in reverse order
14 so you could read the bottom half first and then the top
15 half follows.  Just let me know when you're done.
16     A.  Got it.
17     Q.  Okay.  So I'll direct you to the bottom email
18 on Page 16769, which is from Sam Altman to you, dated
19 March 29th of 2015.
20         Do you see that?
21     A.  Yes, I do.
22     Q.  Does this refresh your recollection about Sam
23 Altman reaching out to you to join a letter to the U.S.
24 Government with Elon Musk?
25     A.  I mean, I see it, obviously this exchange.  But

**33**

1  I don't really recall this at all.
2      Q.  Okay.  Do you see where Sam describes AI as the
3  biggest risk to the continued existence of humanity?
4          MR. JURATA:  Objection to form.  The
5  document speaks for itself.
6      A.  Yeah.
7          MS. SCHUBERT:  I'm simply asking if he sees
8  that.
9      A.  Yeah, I see it.
10     Q.  (By Ms. Schubert)  Okay.  In -- from this
11 email, did you understand Altman and Elon to be
12 concerned about AI safety?
13     A.  Yeah, I mean, the words speak for themselves.
14 And I think my own -- I've always thought about safety
15 and quality as important considerations that need to
16 just be part of the engineering process.  I mean, it is
17 true for any software.
18         So I think I definitely don't fall into the
19 camp of AI safety as somehow any bigger issue than we
20 have in general with a lot of software products that are
21 not safe.
22     Q.  And looking to the very front of the document,
23 top email, on the page ending in 768, on Thursday,
24 April 16th, 2015, do you see your reply?
25     A.  This is the 5:57 p.m.?