# EXHIBIT 34

**From:**      Elon Musk [erm@tesla.com]
**Sent:**      4/20/2016 8:20:42 AM
**To:**        Jensen H Huang [jensen@nvidia.com]
**Subject:**   Re: DGX-1

Much appreciated

> On Apr 19, 2016, at 10:11 AM, Jensen H Huang <jensen@nvidia.com> wrote:
>
> I've not forgotten.
>
> This is the first supercomputer that's selling itself off the web!  Demand coming from all over.
>
> First shipment starts end next month.  And already taking orders for delivery in September.
>
> I will make sure OpenAI gets one of the first ones.
>
> -----Original Message-----
> From: Elon Musk [mailto:erm@tesla.com]
> Sent: Wednesday, April 13, 2016 12:01 AM
> To: Jensen H Huang
> Subject: DGX-1
>
> Can OpenAI buy one of the early units? The team was asking me about this earlier today.
>
> OpenAI is unaffiliated with Tesla. It is a non-profit funded by me and a few others with the goal of
developing safe AGI (and hopefully not paving the road to hell with good intentions).
>
> --------------------------------------------------------------------------------
> This email message is for the sole use of the intended recipient(s) and may contain
> confidential information.  Any unauthorized review, use, disclosure or distribution
> is prohibited.  If you are not the intended recipient, please contact the sender by
> reply email and destroy all copies of the original message.
> --------------------------------------------------------------------------------

Highly Confidential-AEO