# EXHIBIT 37

**In the Matter Of:**

*MUSK v*

*ALTMAN*

*SAMUEL ALTMAN*

*September 16, 2025*



```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   ELON MUSK, et al.,

 5            Plaintiffs,

 6   v.                          Case No. 4:24-cv-04722-YGR

 7   SAMUEL ALTMAN, et al.,

 8            Defendants.

 9
     ------------------------------/
10

11

12

13              **HIGHLY CONFIDENTIAL**

14      VIDEO-RECORDED DEPOSITION OF SAMUEL ALTMAN

15             Tuesday, September 16, 2025

16

17

18

19

20

21   Stenographically reported by:
     LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22   California CSR No. 10523
     Washington CSR No. 3318
23   Oregon CSR No. 19-0458
     Texas CSR No. 11318
24

25   Lexitas Job No.:  2025-997402
     California Firm Registration No.: 179
```

Page 2

```
 1            A P P E A R A N C E S
 2
 3   ATTORNEYS FOR ELON MUSK AND THE PLAINTIFFS:
 4   Robert K. Kry, Esq.
     Alex Eynon, Esq.
 5   Jennifer Schubert, Esq. (via Zoom)
     Charlie Christoffersen, Legal Assistant (via Zoom)
 6   MOLOLAMKEN
     430 Park Avenue
 7   New York, NY 10022
     (212) 607-8160
 8   rkry@mololamken.com
     aeynon@mololamken.com
 9   jschubert@mololamken.com
     and
10   Marc Toberoff, Esq.
     Jaymie Parkkinsen, Esq.
11   TOBEROFF & ASSOCIATES
     23823 Malibu Road, Suite 50-363
12   Malibu, CA 90265
     (310) 246-3333
13   mtoberoff@toberoffandassociates.com
     jparkkinsen@toberoffandassociates.com
14
15
16   ATTORNEYS FOR THE OPENAI DEFENDANTS:
17   William Savitt, Esq.
     Zachary M. David, Esq.
18   Sarah Eddy, Esq.
     Emily P. Ross, Esq.
19   Bradley R. Wilson, Esq. (via Zoom)
     WACHTELL, LIPTON, ROSEN & KATZ
20   51 West 52nd Street
     New York, NY 10019
21   (212) 403-1147
     wdsavitt@wlrk.com
22   zmdavid@wlrk.com
     skeddy@wlrk.com
23   epross@wlrk.com
     brwilson@wlrk.com
24
25
```

Page 3

```
 1            A P P E A R A N C E S
 2
 3   ATTORNEY FOR MICROSOFT:
 4   John A. Jurata, Jr.,Esq.
     DECHERT, LLP
 5   1900 K Street, NW
     Washington, DC 20006-1110
 6   (202) 261-3440
     john.jurata@dechert.com
 7   Yosef Weitzman, Esq.
     Cira Centre
 8   2929 Arch Street, Philadelphia, PA 19104-2808
     (215) 994-2425
 9   yosi.weitzman@dechert.com
     Nisha Patel Gupta, Esq. (via Zoom)
10   Russell P. Cohen, Esq. (via Zoom)
     45 Fremont Street, 26th Floor
11   San Francisco, CA 94105
     (415) 262-4557
12   nisha.patelgupta@dechert.com
     russ.cohen@dechert.com
13
14   Also present:
15   Renny Hwang, OpenAI
16   Alejandro Zamora Ruiz, Videographer
17
18                 ---oOo---
19
20
21
22
23
24
25
```

Page 4

```
 1              I N D E X
 2         INDEX OF EXAMINATION
 3   EXAMINATION BY                        PAGE
 4   MR. KRY                                10
     MR. JURATA                            351
 5
 6                 ---oOo---
```

Page 5

```
 1              I N D E X
 2    INDEX OF EXHIBITS MARKED FOR IDENTIFICATION
 3   EXHIBIT     DESCRIPTION                 PAGE
 4   Exhibit 1   e-mail correspondence dated   18
                 11/17/2023, subject: Board
 5               Update
                 (SUTSKEVER_MUSKSUB_00000527)
 6
     Exhibit 2   Article entitled "The Secrets 28
 7               and Misdirection Behind Sam
                 Altman's Firing From OpenAI"
 8               (2024MUSK-0011437 -
                 2024MUSK0011445)
 9
     Exhibit 3   Short Message Report          57
10               (OPENAI_MUSK00027433 -
                 OPENAI_MUSK00027436)
11
     Exhibit 4   Text message thread           63
12               (MSFT_000057808 -
                 MSFT_000057807)
13
     Exhibit 5   e-mail correspondence dated   91
14               3/23/2015, subject: Re: AI
                 (2024MUSK-0005555)
15
     Exhibit 6   e-mail correspondence dated   95
16               5/25/2015, subject: Re:
                 question (2024MUSK-0010861 -
17               2024MUSK-0010862)
18   Exhibit 7   e-mail correspondence dated  102
                 6/25/2015, subject: Re:  AI lab
19               (2024MUSK-0008261)
20   Exhibit 8   e-mail correspondence dated  111
                 10/19/2015, subject: Re:
21               followup (2024MUSK-0005439 -
                 2024MUSK-0005440)
22
     Exhibit 9   e-mail correspondence dated  117
23               12/8/2015, subject: Re:  Draft
                 opening paragraphs
24               (2025MUSK-0000366)
25                 ---oOo---
```

Page 74

```
 1      mercurial.  I think it's too risky a
 2      proposition."
 3           You write (as read):
 4               "I'd accept it given my conversations
 5           with him and where we are right now.
 6           It's bullshit, but I want to save this.
 7           Can you guys live with it?"
 8           Mr. Nadella says (as read):
 9               "Can I call Larry tonight?"
10           And you say (as read):
11               "Sure.  Any time."
12           And he asks for his number.
13           Do you know what Mr. Nadella discussed with
14  Larry Summers following that exchange?
15      A.   I do not.
16      Q.   At 10:38, after a couple of hours have gone
17  by, including apparently what's described as a call
18  with Larry, Bret, and Emmett to the board in a few
19  minutes, you write to Mr. Nadella and say (as read):
20               "Thank you, guys, for the partnership
21           and trust.  Excited to get this all
22           sorted to a long-term configuration you
23           can really depend on."
24           And Mr. Nadella, I guess, loves that
25  comment.
```

Page 75

```
 1           What did you mean when you said "a
 2  long-term configuration that you can really depend
 3  on"?
 4      A.   As part of our mission, we need our
 5  partners to be able to depend on OpenAI.  OpenAI has
 6  become an important part of the technology
 7  ecosystem.  We are a major customer of many large
 8  companies, including Microsoft.  We need to be able
 9  to accomplish our mission.  We need these companies
10  to build out huge amounts of compute for us,
11  underwrite the financial risk on doing so.  We need
12  them to use our models.  We need them to provide us
13  all sorts of resources to be able to succeed at what
14  we're doing.
15           And it obviously does not work if the
16  ecosystem around us and our core partners think that
17  we are going to be a chaotic mess.
18      Q.   And so in your view, Larry, Bret, and
19  Emmett was a long-term configuration that your
20  commercial partner, Microsoft, could really depend
21  on?
22           MR. SAVITT:  Objection.
23           Go ahead and answer.
24           THE WITNESS:  I didn't -- well, first of
25  all, Emmett didn't join the board.  We just had a
```

Page 76

```
 1  call with Emmett --
 2           BY MR. KRY:
 3      Q.   I'm sorry.  Bad question.  I ...
 4           Was the combination of Larry Summers, Bret,
 5  and Adam D'Angelo a long-term configuration that
 6  your commercial partner, Microsoft --
 7      A.   I --
 8      Q.   -- could really depend on?
 9      A.   My recollection is I didn't mean this about
10  the board specifically but just about I wanted to
11  rebuild OpenAI into a reasonable, well-run
12  organization that they could trust and depend on and
13  make major commitments to that we needed for our
14  mission.
15           The board is not -- I mean, the board is a
16  part of a trustworthy, reliable organization.  But
17  what I really meant is to get to an organization
18  where you can assume that if you sign a contract
19  with a company, they're going to be around to pay
20  for the compute.  Their servers will be up and
21  running so you can, you know, like, use them for
22  mission-critical things, stuff like that.
23           This was a -- this was a shockingly chaotic
24  thing.  We need, for our mission, for people to sell
25  us these services and to use our services to pay us
```

Page 77

```
 1  so that we can cover the cost of the compute.  And
 2  one of the hardest things about the time after this
 3  period was convincing people that after this crazy,
 4  unprecedented thing had happened, we would be able
 5  to, once again, run OpenAI like a dependable
 6  partner.
 7      Q.   And in your view, was the combination of
 8  Bret Taylor, Larry Summers, and Adam D'Angelo as the
 9  board important to that long-term configuration?
10           MR. SAVITT:  Asked and answered.
11           Answer again.
12           THE WITNESS:  I believe there would have
13  been many configurations that would have satisfied
14  this one part of being a dependable partner, but
15  that was a configuration that I -- yes, I think
16  they're extremely well-respected board members.
17           BY MR. KRY:
18      Q.   To your knowledge, did Bret Taylor have any
19  prior experience with AI safety?
20      A.   Bret Taylor had been one of the people I
21  had started to contact in previous years, even as a
22  potential board member.  The other board members had
23  as well, which is why he was quickly agreed on as
24  someone who was very thoughtful about matters of AI
25  safety.  That's why we agreed on him so quickly.
```

Page 78

1  Q. And did he have any -- any professional
2  association with any organization that addressed AI
3  safety issues?
4  A. Not to my knowledge. But he was -- he is
5  someone who is very thoughtful about the field.
6  Q. Has he publicly spoken on the issue of AI
7  safety?
8  A. I believe so.
9  Q. Where would I find those?
10  A. (Inaudible.)
11     (Stenographer interrupted for clarification
12     of the record.)
13     THE WITNESS: Oh, I -- I don't have them
14  off the top of my head, but I'm sure you can find
15  them.
16     BY MR. KRY:
17  Q. What about Larry Summers? Was he, to your
18  knowledge, a specialist in the field of AI safety?
19  A. Not in AI safety. But the -- as is very
20  standard, one of the things that we talked about,
21  including with the outgoing board, was we needed
22  a -- multiple pieces of expertise on the board. And
23  he was thought of as an expert on governance.
24  Q. And what about Adam D'Angelo prior to when
25  he joined the OpenAI board originally? Had he been

Page 79

1  involved in any AI safety organizations?
2  A. I don't know how to talk about involved,
3  but he spent a lot of time talking to a lot of AI
4  safety organizations. I'm also not sure if that was
5  prior because he joined the board very early to or
6  after. But he's definitely someone who is steeped
7  in that world.
8  Q. Did he have any professional role at any AI
9  safety organization?
10  A. I don't know.
11  Q. And I think you mentioned earlier
12  Helen Toner had been removed from the board as a
13  condition of your returning to the company?
14  A. Yes.
15  Q. And Tasha McCauley had been removed from
16  the board as the condition of your returning to the
17  company?
18  A. Yes.
19  Q. And so was it your view that this new board
20  consisting of those three individuals was going to
21  be a long-term configuration that Microsoft could
22  really depend on in a way that the prior board would
23  not?
24     MR. SAVITT: Objection.
25     Go ahead and answer again.

Page 80

1     THE WITNESS: We said at the time that this
2  was an interim board. Of course, this was not a
3  full board.
4     Also, as I've now stated several times, a
5  board is only part of what it takes to have a
6  company be a reliable member of an ecosystem.
7     So we told everyone involved at the time,
8  including Microsoft, that this was an interim board,
9  that we would be adding to the board. And we went
10  on to do that.
11     MR. KRY: Let's take a break.
12     THE VIDEOGRAPHER: Going off the record at
13  10:36 a.m. Pacific time.
14     (Recess taken from 10:36 to 10:55.)
15     THE VIDEOGRAPHER: We're back on the record
16  at 10:55 a.m. Pacific time.
17     BY MR. KRY:
18  Q. Mr. Altman, some years ago you founded a
19  startup called Loopt; correct?
20  A. A long time.
21  Q. What did it do?
22  A. Location-based social networking.
23  Q. What was your role at the company?
24  A. Cofounder and CEO.
25  Q. While you were at Loopt, did employees ever

Page 81

1  accuse you of engaging in deceptive conduct?
2  A. I have heard about this in the press since.
3  Q. What did you hear?
4  A. That there were employees that thought I
5  engaged in deceptive conduct.
6  Q. Did you also hear that those employees
7  asked the board of directors to fire you as a result
8  of that?
9  A. I would point to statements from previous
10  board members that that was not their recollection.
11  I was not in the room for it.
12  Q. Has it been publicly reported that,
13  nonetheless, those employees did ask the board to
14  fire you on two separate occasions?
15     MR. SAVITT: Objection. Knowledge.
16     Go ahead and answer if you can.
17     THE WITNESS: I haven't. I -- I read
18  something with unnamed employees that said something
19  like that.
20     BY MR. KRY:
21  Q. To your knowledge --
22  A. There's a lot of smear campaigns about me
23  in the press. I -- I have a hard time keeping track
24  of all of them.
25  Q. We'll do our best.

MUSK
v.
ALTMAN

Case 4:24-cv-04722-YGR   Document 379-76   Filed 01/06/26   Page 7 of 10

Samuel Altman
September 16, 2025

Highly Confidential

Page 82

1   A.   I'm sure you will.
2   Q.   To your knowledge, what was the nature of
3   the deceptive conduct that those employees were
4   accusing you of?
5   A.   Not --
6        MR. SAVITT:  Objection.
7        Answer if you can.
8        THE WITNESS:  I'm not aware.
9        BY MR. KRY:
10  Q.   Did you engage in deceptive conduct at
11  Loopt?
12  A.   That was 20 years ago.  I don't remember
13  everything I did, but I am proud of how I conducted
14  myself at the time.  And I also can't speak to -- I
15  can't remember everything that happened.
16  Q.   Why did you stop working at Loopt?
17  A.   We got acquired by a company.  And I worked
18  there for a while, and then, yeah, that was it.  But
19  we got acquired.
20  Q.   How much was the company acquired for?
21  A.   Some -- like, 40-something million.  I
22  don't remember exactly.
23  Q.   After Loopt, did you work at Y Combinator?
24  A.   I did.
25  Q.   What does Y Combinator do?

Page 83

1   A.   A startup investment firm.
2   Q.   What positions did you hold there?
3   A.   I was a part-time partner.  Then I was
4   briefly a partner.  And then I ran the organization.
5   Q.   While you were at Y Combinator, were you
6   ever the subject of any accusations by employees of
7   misconduct?
8   A.   Not that I recall.
9   Q.   While you were at Y Combinator, did you
10  personally invest in any of the companies that
11  Y Combinator sponsored?
12  A.   I did.
13  Q.   Which ones?
14  A.   I couldn't give you a list off the top of
15  my head.
16  Q.   Have any of those companies done business
17  with OpenAI?
18  A.   Yes.
19  Q.   Which ones?
20  A.   Our conflicts committee keeps track of all
21  this and could tell you.  I couldn't do a list off
22  the top of my head that would be exhaustive.
23       Reddit is one.
24       OpenAI has not yet done business with
25  Helion but intends to if the technology works.

Page 84

1        There's probably many of the companies.
2   There's thousands of companies that have bought
3   OpenAI services.
4   Q.   And so Helion and Reddit were both
5   Y Combinator --
6   A.   They were.
7   Q.   -- ventures originally?
8        Why did you stop working at Y Combinator?
9   A.   Because I wanted to do OpenAI.
10  Q.   Were you fired?
11  A.   No.
12  Q.   Were you given an ultimatum to choose
13  OpenAI or Y Combinator?
14  A.   To choose one or other, yeah.
15  Q.   Who gave you that ultimatum?
16       MR. SAVITT:  Let Mr. Kry answer -- finish
17  his question.
18       THE WITNESS:  I -- I will.
19       THE STENOGRAPHER:  One at a time.
20       MR. SAVITT:  Why don't we start -- let's --
21  why don't we have the question and answer, or at
22  least start over.
23       BY MR. KRY:
24  Q.   Who at Y Combinator gave you the ultimatum
25  to either work there or at OpenAI?

Page 85

1   A.   I mean, it was, like, many.  I was doing
2   both.  It was very difficult.  I had -- I would
3   dispute the characterization of an ultimatum, but I
4   talked to many partners, including Paul Graham,
5   about, you know, "I really need to pick one or the
6   other."  And it was not working to try to do both
7   things.
8   Q.   And when was it that you made that
9   decision?
10  A.   I don't recall the exact date.
11  Q.   Would it have been around 2019?
12  A.   '18, '19, something like that.
13  Q.   When did you first become interested in
14  artificial intelligence?
15  A.   When I was a kid.
16  Q.   What do you recall about the nature of your
17  interest then?
18  A.   I thought it would be one of the coolest
19  things that humanity could ever build.  I was a
20  sci-fi nerd.  I read a lot of books.  I watched a
21  lot of sci-fi TV and movies.  And, you know, I
22  thought it would be one of the most helpful things
23  to help humanity prosper.
24  Q.   And those formative years, did you have any
25  concerns about the safety consequences of this

Page 158

1 probably May, and I'm wondering if you'd
2 be able to make an introduction to Elon
3 Musk at that time."
4         Ilya then forwards that to Greg Brockman
5 and in turn forwarded to you, and you write back
6 (as read):
7         "I think we need to take a pretty
8 hard line about not doing these. He
9 doesn't invest anyway, but even for
10 non-investments. He just has no extra
11 time," in reference to Elon Musk.
12         What were you -- what -- what opinion were
13 you communicating when you wrote that back to
14 Mr. Sutskever and Mr. Brockman?
15     A. Elon had mentioned to us that he was
16 extremely busy, and he could prioritize things that
17 we really needed, recruiting key researchers,
18 whatever else, but those sort of random requests, he
19 would like us to, you know, not burden him with.
20     Q. Was it your perception that Mr. Musk's time
21 was very valuable?
22     A. Yes.
23     Q. And was it your perception that he did not
24 have extra time?
25     A. I mean, he played a lot of video games.

Page 159

1 But I did think of his time as very valuable.
2     Q. And you wanted Mr. Musk to spend that
3 valuable time on OpenAI as opposed to other outside
4 projects?
5         MR. SAVITT: Objection.
6         Go ahead and answer.
7         THE WITNESS: I wanted -- in the same way
8 that I expect people who work with me to protect me
9 from the deluge of requests that come my way, to let
10 me allocate my time how I wanted, I wanted to extend
11 the same courtesy to him.
12         BY MR. KRY:
13     Q. Did you have any -- do you know whether you
14 wanted Mr. Musk to allocate his time on OpenAI as
15 opposed to outside projects?
16     A. I, of course, welcomed Mr. Musk's help when
17 he wanted to provide it, but as I think anyone who
18 has worked with Mr. Musk will tell you, he's going
19 to allocate his time how he wants.
20         (Marked for identification purposes,
21         Exhibit 18.)
22         BY MR. KRY:
23     Q. This is Exhibit 18, the document
24 ZILIS-0000371. It's a text message from you to
25 Shivon Zilis dated February 9th, 2023. And you

Page 160

1 write (as read):
2         "By the way, good idea for me to
3 tweet something nice about Elon. Have
4 been meaning to do this after he DMed
5 about not being in the photo from the
6 first day of OpenAI. Just about how much
7 I and others look up to him, how critical
8 his early contributions to OpenAI are,
9 et cetera."
10         Do you remember sending this message to --
11     A. I do.
12     Q. And why were you reaching out to her?
13     A. Well, first of all, I would like to note
14 that at the time I did not know that Ms. Zilis and
15 Mr. Musk had children together or were in a romantic
16 relationship; otherwise, it would have been
17 inappropriate for me to use her as a conduit in this
18 way.
19         But I did not know that. In fact, I had
20 reason to believe that was not the case. And she
21 was someone that I would often ask for advice about
22 how to deal with Mr. Musk. She was -- had worked
23 with me. She was -- had been on the board. She was
24 a kind of like -- I viewed her as a conduit to Elon
25 and a sort of Elon whisperer. And Elon, as we've

Page 161

1 talked about, was very busy.
2         So would -- she would carry messages
3 between us or help me figure out, you know, how to
4 work with him or deal with him about something
5 sensitive. And, again, at the time I had no
6 knowledge of their personal relationship and so
7 believed that that was an appropriate thing to do.
8         In this case, I had tweeted a photo out
9 from the first day of OpenAI on, like, the sort of
10 anniversary of it. And Elon sent me a Twitter DM
11 expressing displeasure about not being mentioned or
12 credited in the story or -- or in my telling of
13 OpenAI and obviously didn't mean to do that. I was
14 just -- you know, had seen this photo from the first
15 day of OpenAI. I -- I had been in the office that
16 day. Elon wasn't. And it was just, you know,
17 marking the anniversary and how much had happened in
18 those intervening, I guess, seven years.
19         The -- Elon is extremely sensitive to his
20 personal reputation, and he had made -- so he made a
21 pointed comment about how he wasn't -- you know,
22 shouldn't he be in this photo or something like
23 that?
24         And also, he had made a number of other
25 comments to me about how he felt like he was not

Page 162

1  getting enough of the credit for OpenAI. He had
2  mentioned to me articles where OpenAI was written
3  about, and he didn't think he was mentioned
4  prominently enough in the article or in, you know,
5  some part of the story.
6         I think of myself as someone who tries to
7  be very generous with credit. I believe I replied
8  to that message from him with a statement about,
9  "Hey, I'm -- you know, meant no offense on this
10 photo here. Obviously, everyone knows you are
11 extremely involved in OpenAI. And I'm, you know,
12 happy to tweet out some other thing with a photo of
13 you there."
14        And then he had sent some more messages
15 about that. And I asked -- or I don't know if sent
16 messages or said things to me, but somehow he had
17 continued to express this was, like, on his mind.
18        And so I asked Shivon if it would be good
19 for me to, you know, tweet something nice about
20 Elon.
21        Again, I tried -- as I mentioned in this
22 testimony, I value his contributions and I try to be
23 generous to people with credit. And with him, in
24 particular, I know it's a very important thing to
25 him.

Page 163

1    Q.  When you proposed to describe Mr. Musk's
2  contributions to OpenAI in the early years as
3  "critical," was that a fair description in your
4  mind?
5    A.  Yes, I think that's a fair description.
6    Q.  Earlier you asked for the opportunity to
7  talk about some of your own intangible contributions
8  to OpenAI beyond the -- the $3 million and the
9  equity interest.
10   A.  Yeah.
11   Q.  Now is as good of time as any. What were
12 your intangible contributions to OpenAI those early
13 years?
14   A.  I was spending half my time, eventually all
15 of my time. I was doing -- was recruiting the
16 researchers. I was setting strategy for the
17 company. I was figuring out fundraising. I was
18 pouring -- you know, for the last decade, I have
19 poured almost all of my energy into making OpenAI
20 successful. And I believe the OpenAI nonprofit will
21 be the most -- the best resourced nonprofit ever and
22 will do tremendous good with that. And I think, you
23 know, had I chosen a different career path, that
24 would not have happened.
25   Q.  What did you do in terms of recruiting?

Page 164

1    A.  I estimate that I spend and have spent all
2  the way through about a quarter of my time
3  recruiting for OpenAI.
4    Q.  And I just want to focus mainly on the
5  2015-to-2018 time period.
6         Is that an accurate estimate for that time
7  period?
8    A.  Of my time on OpenAI, probably even more
9  than that.
10   Q.  Okay. What exactly did you do?
11   A.  Tons of one-on-one meetings with people;
12 dinners; trying to, like, find people online. You
13 know, to recruit someone in those early days of
14 OpenAI could easily take 10, 20 meetings with one
15 person. So it was a very hand-to-hand combat game,
16 and I thought in those days that was one of the
17 areas I could be most helpful.
18   Q.  Are there any particular people that went
19 on to play very prominent roles with OpenAI that you
20 consider you were primarily responsible for
21 recruiting to the company?
22   A.  Well, all of the founding team.
23   Q.  Who are you counting among those?
24   A.  Greg, Ilya, John Schulman, Wojciech.
25   Q.  What was your role in bringing

Page 165

1  John Schulman to the company?
2    A.  I had the first meeting with him. We met
3  in a cafe in -- somewhere in the East Bay and then
4  we've met many more times.
5    Q.  Did Mr. Musk have any role in bringing
6  John Schulman to the company?
7    A.  I don't recall. I assume they talked at
8  some point.
9    Q.  Did you recall Mr. Schulman mentioning
10 Elon Musk's involvement in the company as a relevant
11 reason why he was coming?
12   A.  I don't recall.
13   Q.  Anyone else that you -- stands out in your
14 mind as somebody that came to the company because of
15 you?
16   A.  I mean, I assume this was literally
17 thousands of phone calls and meetings over -- over
18 the years. Like, I -- in the early days, I tried to
19 interview everybody we hired. I had spent a ton of
20 time in these meetings.
21   Q.  You mentioned the -- planning fundraising
22 for OpenAI.
23        What did you do in that regard?
24   A.  I was -- one of my responsibilities was
25 conversations with other potential donors,

### Page 166

1 particularly after Mr. Musk made it clear he wanted
2 to donate less than his original amount, so I drove
3 those conversations.
4     Q.   Who were the primary donors to OpenAI in
5 the 2015-to-2020 time frame?
6     A.   Open Philanthropy, Jed McCaleb,
7 Gabe Newell, others that were listed in the blog
8 post.
9     Q.   With Open Philanthropy, what role did you
10 have in them becoming a donor at OpenAI?
11     A.   My recollection is I was the main point of
12 contact with them.
13     Q.   How did that come about?
14     A.   I was off trying really hard to find people
15 to give us money. I kind of reached out to anybody
16 that I thought might be interested.
17     Q.   Who did you reach out to at
18 Open Philanthropy?
19     A.   I believe the first conversation was with
20 Holden Karnofsky, but it could have been
21 Dustin Moskovitz.
22        (Stenographer interrupted for clarification
23         of the record.)
24        BY MR. KRY:
25     Q.   And then Open Philanthropy, that was the --

### Page 167

1 also the organization that Ms. Toner was involved
2 in?
3     A.   I don't want to misspeak. I believe she
4 had some -- she had some working relationship with
5 Holden, but I can't represent that she was -- that
6 ever worked for Open Philanthropy.
7     Q.   The -- to your knowledge, did Mr. Musk have
8 any role in encouraging Open Philanthropy to become
9 a donor to OpenAI?
10     A.   Not to my recollection.
11     Q.   The second individual you mentioned, was
12 that Jeb --
13     A.   McCaleb.
14     Q.   -- McCaleb?
15        Is that -- Mr. McCaleb, is he involved with
16 an organization or a company?
17     A.   He runs -- he does run a company. He made
18 a bunch of early crypto money. He does run a
19 company now, but I don't know its name.
20     Q.   And what was the process by which you were
21 able to secure his contribution to OpenAI?
22     A.   Spent a bunch of time talking to him about
23 why I thought it was a worthwhile project to fund.
24     Q.   And then Gabe Newell was the third person?
25     A.   Yeah.

### Page 168

1     Q.   What was the -- Mr. Newell, what's his --
2 what's his roles with the company?
3     A.   He is the CEO of a company called Valve.
4     Q.   What -- what was your role in causing him
5 to become a contributor to OpenAI?
6     A.   I believe Greg Brockman had the first
7 contact with him. I had talked to him a couple of
8 times as he was thinking about it.
9     Q.   Other than those few individuals, anyone
10 else that --
11     A.   There were others, but those three were
12 significant. Those three together would represent
13 the majority of OpenAI's funding.
14     Q.   So there was no one else whose
15 contributions you considered --
16     A.   There --
17     Q.   -- that you think you have a -- had a role
18 in persuading them to become contributors to OpenAI?
19     A.   There were other contributors I also talked
20 to, but those three represented the majority of
21 OpenAI's nonprofit fundraising.
22     Q.   Okay. Any -- anyone -- I mean, just for
23 the sake of completing the record, any -- anyone
24 else that you want to specifically mention that
25 you --

### Page 169

1     A.   I --
2     Q.   -- contributed to OpenAI because of you?
3     A.   -- don't recall with enough detail.
4     Q.   In the first three years of OpenAI, were
5 you ever -- did you ever come across a candidate,
6 for someone to work at OpenAI, or a donor that was
7 considering contributing money to OpenAI that did so
8 because Sam Altman was connected to the company?
9        MR. SAVITT: Object to form of the
10 question. Assumes knowledge. Speculation.
11        You can answer it. It's an objectionable
12 question, but do your best.
13        THE WITNESS: I believe so. But I can't
14 represent what were -- was in their head.
15        BY MR. KRY:
16     Q.   Well, what -- with respect to what do you
17 have that belief? What was the incident?
18     A.   I remember some donors saying things like,
19 you -- you know, "We're making a bet on you here."
20        I remember people we hired saying, "I
21 really look up to you and, you know, think you're
22 going to do something. You know, I believe in you
23 on this and I want to work with you."
24     Q.   Is there anyone specific that comes to
25 mind?