# EXHIBIT 43

==Next day: Ilya feeling like we morally should not be kicking elon out, and should be trying to make the non-profit work and convince him to stay.==

Going to do 9a call with Sam. On it the questions are:

1. Suppose we do non-profit and E stays, are you cool with us doing hardware in tesla?

2. we cou

Message to E could be:

- more money won't move us faster right now.
- will start some fundraising convos now, ship the hand, and see what fundraising looks like after that.
- we can make this work. if you have a competitor then we're in trouble.
- in the meanwhile we'll help jim do the hardware right.

- sam: say, we wanna do openai, if you wanna do inside tesla it's ok. if weirdly competitive should revisit.
- ilya: was thinking, what we need.
- sam: depends how strategically dependent we would be, could imagine a way that works.
- ilya: earlier more concerned. don't want only strategy to be tesla. wouldn't wanna be locked into something that only tesla
- gdb: why be ok with similar effort in tesla?
- sam: won't work, how little
- sam: would like E to stay on board, not go to war. don't think will work, tell him that. maybe he'll get the hardware built inside of tesla.
- ilya: if i'm truly honest, my prefs here are not set in stone, some pref for b-corp. can be made happy in the non-profit world.
- sam: what involvement?
- sam: would prefer to have him involved,
- sam: much more interested in you two being motivated + non-distracted. normally have one thing. that's moved around a lot. thing i care about the most optimum output. if you guys are not gonna be happy with the non-profit, let's figure out the b-corp. if you don't want e involved,
- do have weakly held views, but pale in comparison to making you guys fully happy.

\*\* ilya and me breakfast

- ==conclusion is we truly want the b-corp. honestly we also want to get back to work. but it's not super clear how we get there.==
- one realization is that we always have the option to quit and put up the public job posting. also we're \*so\* close to the hand (and probably the 5v5) that we should finish those up for sure.
- one sad outcome here would be to "wind down" the non-profit on those. hopefully not going to be so needed; would only really be needed because elon blocks us going b-corp.

two reasons we don't wanna do tesla:

- happy to not become rich on this, so long as no one else is. don't see the economics working out.
- don't see story for how the tech ends up being owned by the world

==so our statement to sam: we truly prefer the b-corp. we want to make it happen, though there are costs and difficulties which would stop us. but we think that makes the most sense.==

if he starts the competitor going to be less

==cannot say that we are committed to the non-profit. don't wanna say that we're committed. if three months later we're doing b-corp then it was a lie.==

statement must be, right now we have these concerns, we want to see the fundraising landscape. hypothesis: after robot hand and 5v5, totally diff world. we need, upper bound, $150M for 2018. and right now more dollars wouldn't make us move faster.

and so... what does this all mean. we are really unsure if he starts a competitor that it's going to end in a good place. btw right now we have this great position of power. but it can of course all go away very quickly.

- policy gradients

ok, so not feeling so great about all of this. the true answer is that we want him out.

ok, so talking to shivon: she's like how are you gonna raise the billions in the non-profit? of course E isn't going to put personal money on the line, not going to give up on mars.

if he really thinks that AGI is gonna happen first and be the craziest thing and change everything, then why not?

==can't see us turning this into a for-profit without a very nasty fight. i'm just thinking about the office and we're in the office. and his story will correctly be that we weren't honest with him in the end about still wanting to do the for profit just without him.==

ok so if we're gonna quit would very much like to do it from the position of strength, shipping hand, 5v5, maybe announcing that policy gradients can do all this credit assignment and isn't it great.

so what's the outcome we most prefer here? is it, he's out? guess i don't know how it'll end. is it that we both retain the non-profit and then ilya and i quit and start another thing?

** compute

so we have this whole GCE deal lined up which could be great. $50M a year to get 400k cores and 5k GPUs. would really put us in business in a way we are not currently.

$50M/yr is a lot of money. Or $60M for one year. and people really wanna use the GCP. szymon was practically drooling over it.

geez, elon would think it was the true betrayal for us to start getting sponsorship from google. flip side is we kinda need to do it. talking to ilya maybe not.

ok, so the conclusion is that we can say:

1. we don't think the full fundraise has been done in the non-profit. especially post the hand, we think it'll be a different game.
2. happy to not become rich on this, so long as no one else is. don't see the economics working out.
3. structure is definitely less "pure". that's not a deal breaker for us, but it makes us less excited.

we do like being in charge, but i guess it's less of a primary thing for us? we vie

don't see story for how the tech ends up being owned by the world

** thinking more

can we get the $50M by 2 weeks? i really don't see it happening. greg:

$10m. reid: $10m. i guess we could shave the price down further potentially. especially given the azure deal.

to elon's comment that he doesn't know what's real anymore, i guess he's probably responding to, they wanted to quit and start their own company, and now they want to stick through the non-profit to the death? they think this can be the counterpoint? why did we just go through this big b-corp madness then?

the answer is that we would have preferred the b-corp, but we prefer the non-profit to tesla. we never thought the non-profit was certainly doomed. and we had an awakening to the purity of the mission / the moral high ground.

we're really unconvinced that tesla maintains the moral highground for us. we would love to do this together, but

i have a real tendency to get sloppy once i get comfortable, and that's what happened here to a real extent. not having the hardware in our control is a bit of a sad thing. but we can only do so much. i'm confident we could build the hardware team. outbuild and outexecute the hardware startups?

- tesla

ordered prefs:

- b-corp w/ appropriate control structure
- non-profit w/ lots of funding
- us quitting and doing our own thing

we have a preference for the b-corp, would prefer not to tell elon we lurve the non-profit.

been thinking about it: sam, we don't know what to do, make the decision. because my mind for so long has been on the non-profit, haven't thought about it. think about it more

- n months, be a non-profit, get work done.
- focus on non-profit, impressive things there, we understand that (a) can't raise the money, now want to deliver great results

more confident in ability to raise the cash, talking to reid + brett. understand

- q: how much we should get into about into tesla. true reason: not

Highly Confidential

OPENAI_MUSK00029723

very motivated in that structure.
- a: part thinks should say what truth is.

biggest reason: not motivation, downside risk. tesla will die if hit by bus, needs him to figure out scaling. don't know how integration will happen. great downsides which have nothing to do with ego.

putting myself in elon shoes. if just about egos, it's also about these three things. to advantage to talk about whole mix.

- gdb: how much is ego
- ilya: 80%.

- in the non-profit, we're putting aside our own personal goals. we saw in the for-profit.

two things:

- can fail.
- happy to not become rich on this, so long as no one else is. don't see the economics working out.

right now you're solving existential things for tesla. we want more results, in a couple of months it'll be a different story.

- once we go to a for-profit, it changes the motivations.
- regardless, tesla right now is going through some existential stuff, on our end we want to get the 5v5 and robo hand.

gotta start doing the hardware right now. if you are mission driven and nothing else, tesla is totally fine. he doesn't pay people shit, going to make all the money for tesla.

- people join openai at a non-profit discount. for-profit evokes a different motivations for everyone. many of the people here could be making 800k at google.

ok so what's going on?

- it's clear that there's a lot of existential stuff going on at tesla right now. this would be a big move.
- for the next few months at least, we want to just focus again on getting work done, in the non-profit. we have impressive things queued up, want to deliver great results
- if we later understand that we can't raise the money, then we should talk again.

Highly Confidential
OPENAI_MUSK00029724

foundational:

- risk of tesla not succeeding
-
- motivations stop being pure once in a for-profit structure

- for the past few month, we've been super distracted and it's really hurt our focus. we're close on the hand, we're a bit further on the 5v5 but it's also going to happen relatively soon.

- for the next few months at least, we want to just focus again on getting work done, in the non-profit. we have impressive things queued up, want to deliver great results
- if we later understand that we can't raise the money, then we should talk again.

- our motivation to really suffer
- not feeling motivated in the tesla structure. once we have the for-profit, the motivations
- non-profit: in it together.

- we really thought about it, but realized we're not going to be able to do a good job. because we
- for the next few months at least, we want to just focus again on getting work done, in the non-profit. we have impressive things queued up, want to deliver great results

- let us focus on the work, see if we can fundraise, will re-evaluate.
- we don't want to panic right now.
- it's an acquisition, without the upside. keep working as hard, generate the upside for someone else. sucks the fun out of it.

- we're in a better position today than we ever were.
- what we want: continue the current thing, the reason we don't want to move into tesla is we like the independent entity, some concern about taking on the risk of tesla, once we're in the for-profit entity have the for-profit motivations.

- maybe moving into tesla is the right move. the important thing, the hardware, is already happening, not sure.

- now is not the time. we want to get the results, not disturb the team, some challenges around the tesla move.

Highly Confidential                                                                                        OPENAI_MUSK00029725

- we don't think it's reasonable for us to ask for huge compensation in tesla, and in the non-profit we're all happy to suffer together. doesn't seem like deciding now vs later matters much, and would prefer to get the big results in the non-profit and try to fundraise.

** 7p before the meeting

ok, so we can say that for our previous meeting, we were ready to commit to the non-profit, given enough funding. it's not that

we don't think it's reasonable for us to ask for huge compensation in tesla, and in the non-profit we're all happy to forgo large comp together. doesn't seem like deciding now vs later matters much, and would prefer to get the big results in the non-profit and try to fundraise.

- it is a large number, but it's risky stock. [Redacted - Personal] [Redacted - Personal]

if he asks, ok are you going to commit, we'd say, well, we're not sure that the raise can happen. so that's our holdback. we believe in the mission, and always have. but right now there are so many factors and we're so close, would like to just try to get the big results. otherwise openai is a bit failure.

teller:

spoke to teller

21 minutes ago

he said elon tried to solve for the thing that was most important for us, which is the control

21 minutes ago

i told him that tesla is already building the hardware

20 minutes ago

he said, elon is very happy with the nonprofit, the disagreement is about what gets moved to tesla

20 minutes ago

anyway, gonna be fun

20 minutes ago

oh ho 20 minutes ago

so elon was thinking about us

20 minutes ago

and the cost function that we've communicated

**Redacted**

\*\* post meeting

shit, i feel so good.

the meeting was simple. we said that we want to get more results in the non-profit and to fundraise there. he asked if there have been any new commitments, i talked about the azure + GCP deals and mentioned sam's been talking to reid, etc. he was like, azure's not going to just give you $280M. would be way too massive. i said yeah, can see it. last deal was a lot.

we also showed him our deck (and i mentioned that we'd been putting these together over the weekend, and wanted to show them to him today. he said yeah what was up with that email? sounded like you were being deceptive. i said, just an accidental BCC, and then we were going to have this meeting today and wanted you to see them here. he said, you should have replied with context and sharing the document, so it doesn't look like you're both boneheaded and dumb.)

he was very engaged with the deck, all 40 slides of it.

he was like, ok. fundraising is super hard. i've worked hard on gates and he didn't even stop by office. dustin donated but doesn't even show up personally. that's how much these people care about this. i didn't expect to be 70% of the cash contributions. thought i'd be one

Highly Confidential
OPENAI_MUSK00029727

piece. there are all these names on the website and they haven't contributed. reality check, no one's gonna give you this amount of money, when they see the $10B they're going to run to the hills.

one of the two of us is not based in reality.

==but he was super supportive of us trying, and said, go ahead, i'm happy with anyone (even people who just want to get access to me), happy to give them any fancy title, diminish my own title, etc.. if you can do it then i want to learn from you.== i'm very good at getting people to part with their money, i could raise $1b for tesla in a week and have you seen that company's financials?

anyway, definitely the best this meeting could have gone. we now have a focus, a goal, and if we accomplish it, then we'll really have shown him that we can outperform him even at something he's great at. if we fail, well, we'll deal with it then.

==btw another realization from this is that it'd be wrong to steal the non-profit from him. to convert to a b-corp without him. that'd be pretty morally bankrupt. and he's really not an idiot.==

Greg Brockman:
btw thinking of sending this to e and teller, think they'd appreciate or weird?

**Redacted - Personal**

- gdb———

Shivon Zilis:
Hahaha not weird but i guarantee they are booked so up to you!

Greg Brockman:
heh, thanks. Think I'll send anyway

n

**Redacted - Personal**

Highly Confidential                                                                                   OPENAI_MUSK00029728