# EXHIBIT 46

==Ok so what do I *really* want?== I want to want to be an engineer. But I think now is a crazy shot to be the one in charge and to step up to the challenge. We might succeed, truly. It is already a different game from anyone I know.

Such upside. This is the only chance we have to get out from Elon. Is he the "glorious leader" that I would pick? We truly have a chance to make this happen. ==Financially what will take me to $1B?== Wo

I'm definitely afraid of the switching cost.

On the other hand, [Redacted - Personal], this is probably the most interesting thing you'll do. So given that, when will I ever have a chance to be free and truly own my destiny?

We lose out on the Jim Keller route. If we need to build our own hardware it's not so great. Though honestly if we need to do it then we need to do it. I firmly believe in our ability to hire there and not in Elon's ability to build the right hardware without Ilya.

Accepting Elon's terms nukes two things: our ability to choose (though maybe we could overrule him) and the economics. Some chance that rejecting Elon will actually lose us Sam. We'll find out tomorrow if doing an override all the way through is palettable.

I'm taking on a lot of pain and suffering. To get 10% of the thing at a billion, we're talking $100m. [Redacted - Personal] [Redacted - Personal] and so yeah why am I going to accept that pain? i've been in charge for 1.5-2 years now. i built this team from nothing. elon helped get it started. but we've really figured out what we're trying to do now.

Highly Confidential                                                                                      OPENAI_MUSK00029507