# EXHIBIT 60

**Friday, November 17, 2023**

Satya Nadella

> Hi Mira… call when you have a chance. Thx Satya
3:33:37 PM

**Saturday, November 18, 2023**

Mira Murati

> Satya could you please call me when you have a chance so we can coordinate how to talk with Sam here
9:06:38 AM

**Sunday, November 19, 2023**

Mira Murati

> Can you join meeting with board please
7:40:45 PM

> I'm not putting my name on this
7:52:51 PM

> Quick call ?
7:55:46 PM

**Monday, November 20, 2023**

Mira Murati

> Hi Satya , I know it's super late . Need to call you urgently
1:16:39 AM

> The petition we're sending says the following per your conversation with Sam and we wanted to confirm . "Microsoft has assured us that there are positions for all OpenAI employees with the same compensation at this new subsidiary should we choose to join."
1:20:21 AM

> We're removing it from public doc and communicating it privately
1:20:52 AM

Satya Nadella

> Thx. So sorry . But that is right .
7:10:24 AM

Mira Murati                    )

> Satya could you please make a public statement soon that shows support for the joint openai team , basically bringing the team together ? It's very important that we don 't lose researchers to Demis or Elon . The technical team is being dragged in so many recruiting directions and a unified front would help immensely
10:44:43 AM

**Tuesday, November 21, 2023**

Page 1 / 5

HIGHLY CONFIDENTIAL

MSFT_MUSK000065692