# EXHIBIT 68

[REDACTED]

---------- Forwarded message ---------
From: **Chris Clark** <chris@openai.com>
Date: Wed, Jul 22, 2020 at 6:48 PM
Subject: OpenAI Update
To: Jared Birchall <jared@excession.com>


Jared,

Thanks for your call last week. I've confirmed with the team that OpenAI's for-profit entity is happy to cover 100% of the rent effective immediately.

Since the non-profit needs to remain on the lease, it would greatly help the nonprofit org if you're willing to assist with covering a portion of the anticipated near term landlord passthroughs and security costs.

With rent out of the picture, a final one-time donation might look like:
- 50% of the $780k anticipated landlord project passthrough ($390k)
- 50% of the $20k per month 24/7 security costs over the next 18 months ($180k)
- Total: $570k

Alternatively, you could simply keep the current $290k monthly Fidelity grants going through the end of September and get to roughly the same amount.

We certainly understand if you'd prefer to just stop everything now. We are extremely grateful for all you've done to support OpenAI to date, and we want you all to do whatever you feel is most fair.

Feel free to call any time if you want to discuss.

Thanks again,
Chris
650-387-6701

Confidential