# EXHIBIT 18

Message

| | |
|---|---|
| **From:** | Sam Altman [shga@ycombinator.com] |
| on behalf of | Sam Altman <shga@ycombinator.com> [shga@ycombinator.com] |
| **Sent:** | 5/18/2018 9:25:54 PM |
| **To:** | Reid Hoffman [rhoffman@greylock.com] |
| **Subject:** | OpenAI |
| **Attachments:** | OpenAI LP - Summary of Principal Terms.docx; fundraising plan.docx; AGI plan.docx |

Reid--

Please see attached. Term sheet, cover letter we are planning to share with investors, and our current plan. We are sharing the term sheet with other investors for now but not the other two docs yet, so please don't share those.

Our preference would be for you to invest $250,000,001, and we'd be fine for you to sell half and recover basis in the relatively short term (e.g. at the next round). But we have absolute trust in you in a way we won't with other investors, and we know that if we've gotten something unforeseen wrong in this structure and need to make a change, you'll vote to do it.

The one thing I'm wondering for now is if we should basically double the economics across the board. This would a) help with the next round b) help us with recruiting (we've heard DM planning to be really aggressive with employee comp) and c) seems low downside given the amount of value AGI would great. There are also more complicated structures like a delayed payoff of even more money we could consider too.

Sam

CONFIDENTIAL                                                                                                                             HOFFMAN_000000001