# EXHIBIT 37



February 2022

*Strictly Confidential*

CONFIDENTIAL

# OpenAI Restructure: Objectives

- Simplify OpenAI's operations by replacing LP with Corp

- Remove Nonprofit from formal control to mitigate private benefit risk

- Bring OpenAI Startup Fund into the OpenAI umbrella

- Retain fiduciary duty to OpenAI mission and profit cap

- Retain all existing investor rights and privileges

*NO CHANGE TO MS RIGHTS OR COMMERCIAL PARTNERSHIP TERMS*

*POSSIBLE CHANGE TO MS ACCOUNTING, PENDING DISCUSSION WITH MS*

MSFT_MUSK000054863



CONFIDENTIAL

MSFT_MUSK000054864

| | Current | Restructure | Commentary |
|---|---|---|---|
| Operating Entity | Limited Partnership ("OpenAI LP") | Corporation ("OpenAI Corp") | *The goal of this restructure is to convert OpenAI's primary operating entity into a corporation to improve operational efficiency. May be a Delaware PBC or an LLC taxed as a corporation with PBC-like corporate purpose.* |
| Governance | OpenAI General Partner (Controlled by OpenAI Nonprofit) | LCC Manager (likely Sam) | *The other goal of the restructure is to update the Nonprofit's control terms to minimize private benefit risks. Sam would be the LLC manager (CEO equivalent), with the Nonprofit retaining hire/fire power and other veto rights.* |
| OpenAI Nonprofit | General Partner control | Contractual control rights | *The OAI Nonprofit would transition from GP control to a set of control rights related to the OAI mission, all of which it has today.* |
| Investor Equity | Capital Interest in OpenAI LP | Capital Interest in LLC "wrapper" ("OpenAI Global LLC") | *Instead of owning equity in the operating entity itself, MS and all other investors would own interest in an LLC that "wraps" OpenAI Corp (see next page). This minimizes the changes; a corporate conversion at the ownership level (versus operating level) would require revisiting or disrupting all of the terms in the existing LPA plus each holder's rights and tax positions.* |
| Employee Equity | Profits interest in Employee Vehicle 2 year hold period for LTCG | Profits interest in Employee Vehicle 3 year hold period for LTCG | *Restructure's impact requires employees to hold equity for 3 years instead of 2 to quality for long-term capital gains tax treatment on sale. All else unchanged.* |
| MS Ownership & Profit Cap | No change to MS ownership or uniquely adverse impacts on profit cap* | | *No targeted changes to MS' ownership, preference, or profit cap amounts. *However, transitioning the Nonprofit from GP control to control rights may require the Nonprofit to receive some value – this may impact the profit waterfall, but we do not expect it to be significant. MS + OAI to discuss.* |
| MS Major Decisions | No change to MS Major Decisions framework or any other MS rights | | *The restructure would in no way alter MS' existing rights or privileges, including the Major Decision framework.* |
| GAAP / tax impact | Losses passed through to MS on both GAAP and tax basis | GAAP income / loss reflected via equity method accounting, but tax loss is not passed through | *The nature of GAAP income / loss that flows to MS may change if OpenAI Global qualifies as an Investment Company under GAAP. OpenAI Corp will file a standalone FITR (1120) and related State/Foreign, where applicable.* |
| OpenAI Startup Fund | Carry not yet allocated | Carry allocated to OAI investors and employees (including MS) | *Restructure allows OAI to direct Fund carry to OAI equityholders, including MS, as per MS' stated preference.* |
| JDCA | ***NOTE: THERE IS NO CHANGE TO THE COMMERCIAL PARTNERSHIP TERMS AGREED ON IN THE 2021 ARGOS JOINT DEVELOPMENT & COLLABORATION AGREEMENT*** | | |

CONFIDENTIAL