# EXHIBIT 38

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 11 | Date Range: 1/14/2023 |

### Outline of Conversations

 **CHAT - 96518_003.06.0000001 - 02714 - 2023/01/14** · 11 messages on 1/14/2023 · Sam Altman <+             10> · satya nadella <+

                                    OPENAI_MUSK00026473

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - 96518_003.06.0000001 - 02714 - 2023/01/14**

| | | |
|---|---|---|
| SN | **satya nadella <+1 ▮▮▮▮ >** | 1/14/2023, 8:53 AM |
| | Thx | |

| | | |
|---|---|---|
| SN | **satya nadella <+1 ▮▮▮▮ >** | 1/14/2023, 8:54 AM |
| | Btw...when do you think you will activate your paid subscription for chatGPT? | |

| | | |
|---|---|---|
| SA | **Sam Altman <+1 ▮▮▮▮ >** | 1/14/2023, 8:55 AM |
| | we are hoping to be ready by end of jan, but we can be flexible beyond that. the only real reason for rushing it is we are just so out of capacity and delivering a bad user experience. DAUs still growing rapidly | |

| | | |
|---|---|---|
| SA | **Sam Altman <+1 ▮▮▮▮ >** | 1/14/2023, 8:55 AM |
| | any preference on when we do it? | |

| | | |
|---|---|---|
| SA | **Sam Altman <+1 ▮▮▮▮ >** | 1/14/2023, 8:57 AM |
| | btw, we shared with mikhail and bill gates last night that we believe we have now done the research to make a model as good as GPT-4 at 1/50th of the cost (!), and 3x the speed. we are planning to delay GPT-5 to go off and create this. | |

| | | |
|---|---|---|
| SN | **satya nadella <+1 ▮▮▮▮ >** | 1/14/2023, 8:58 AM |
| | Let me think about it and weigh in. Overall getting this in place sooner is best. At some level Bing is the scoped  ad supported version. So we collectively have both in market on top of the same base model. | |

| | | |
|---|---|---|
| > SA | **Sam Altman <+1 ▮▮▮▮ >** | 1/14/2023, 8:59 AM |
| | sounds good, i agree! | |

| | | |
|---|---|---|
| SN | **satya nadella <+1 ▮▮▮▮ >** | 1/14/2023, 8:58 AM |
| | That is awesome news. | |

| | | |
|---|---|---|
| SA | **Sam Altman <+1 ▮▮▮▮ >** | 1/14/2023, 9:00 AM |
| | when you are back from davos would like to run through the chatGPT product roadmap in some detail with you, i think it provides some very interesting ways to think about charging for additional features | |

| | | |
|---|---|---|
| SN | **satya nadella <+1 ▮▮▮▮ >** | 1/14/2023, 9:04 AM |
| | That will be great. Will.coordinate a video call for Sunday 22nd if you are free or Monday the 23rd night... | |

| | | |
|---|---|---|
| SA | **Sam Altman <+ ▮▮▮▮ >** | 1/14/2023, 9:05 AM |
| | sunday better, flying to DC mon 23rd night, thanks! | |

OPENAI_MUSK00026474