# EXHIBIT 39

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 1/15/2023 |

## Outline of Conversations

 **CHAT - 96518_003.06.0000001 - 02714 - 2023/01/15** · 3 messages on 1/15/2023 · Sam Altman <+1​          10> · satya nadella <+1​          >

CONFIDENTIAL OPENAI_MUSK00026475

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - 96518_003.06.0000001 - 02714 - 2023/01/15**

SN  **satya nadella** <+1▮▮▮▮▮▮▮▮▮>  1/15/2023, 4:42 PM
Sounds good. I will get a Teams call setup for next Sunday evening.

SN  **satya nadella** <+1▮▮▮▮▮▮▮▮▮>  1/15/2023, 4:43 PM
Also in terms of the chatGPT subscription, the sinner you the better. So end of Jan will good.

SA  **Sam Altman** <+1▮▮▮▮▮▮▮▮▮>  1/15/2023, 4:44 PM
great. will make it happen.

CONFIDENTIAL
OPENAI_MUSK00026476