# EXHIBIT 40

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 11 | Date Range: 1/29/2023 |

## Outline of Conversations



**CHAT - 96518_003.06.0000001 - 02714 - 2023/01/29** · 11 messages on 1/29/2023 · Sam Altman <+1​​​​​​10> · satya nadella <+1​​​​​​>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - 96518_003.06.0000001 - 02714 - 2023/01/29**

**SA** — Sam Altman <+1​⬛> — 1/29/2023, 5:11 PM
any time 630 pacific or later tonight, or early this week to catch up?

**SN** — satya nadella <+1​⬛> — 1/29/2023, 5:13 PM
Sounds good. I will call at 630 pm

**SA** — Sam Altman <+​⬛0> — 1/29/2023, 5:13 PM
great

**SN** — satya nadella <+1​⬛> — 1/29/2023, 7:18 PM
Btw …how many subs have you guys added to chatGPT?

**SA** — Sam Altman <+1​⬛> — 1/29/2023, 7:19 PM
we are at 6mm DAU which is our capacity limit

**SA** — Sam Altman <+1​⬛> — 1/29/2023, 7:19 PM
have 50mm that have signed up ever but have to turn away

**SA** — Sam Altman <+1​⬛> — 1/29/2023, 7:20 PM
had to delay charging due to legal issues but it should go out this coming week

**SA** — Sam Altman <+1​⬛> — 1/29/2023, 7:20 PM
and then we can reenable growth

**SN** — satya nadella <+1​⬛> — 1/29/2023, 7:21 PM
Got it. Will be very interesting to see how the sub levels of 42 and 20 do.

**SA** — Sam Altman <+1​⬛> — 1/29/2023, 7:22 PM
very

**SA** — Sam Altman <+1​⬛> — 1/29/2023, 7:22 PM
suspect we will need to enable personalization before a lot of people pay, but i'm sure some will now

CONFIDENTIAL                                                                                                   OPENAI_MUSK00026551