# EXHIBIT 48



HIGHLY CONFIDENTIAL

MSFT_MUSK000065692