# EXHIBIT 51

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 43 | Date Range: 11/19/2023 - 11/20/2023 |

## Outline of Conversations



**chat314870967224499661** · 43 messages between 11/19/2023 - 11/20/2023 · Bret Taylor <███7998701> · Sam Altman <█████████> · satya nadella <█████████>

**Messages in chronological order** (times are shown in GMT +00:00)

---

**chat314870967224499661**

**BT** — **Bret Taylor** <█> — 11/19/2023, 3:25 PM
I pinged Adam again this morning and have not heard anything. I am awake and available and standing by.

**SN** — **satya nadella** <█> — 11/19/2023, 3:25 PM
Liked "I pinged Adam again this morning and have not hear…"

**SA** — **Sam Altman** <█> — 11/19/2023, 4:30 PM
i haven't heard anything at all

**SA** — **Sam Altman** <█> — 11/19/2023, 4:30 PM
i'm gonna talk to a few key team members and then propose a plan b to you guys

**BT** — **Bret Taylor** <█> — 11/19/2023, 4:31 PM
Just called Adam and no response 😐

**SN** — **satya nadella** <█> — 11/19/2023, 4:53 PM
No response on my side either

**SA** — **Sam Altman** <█> — 11/19/2023, 7:09 PM
are you guys free? new idea

**SN** — **satya nadella** <█> — 11/19/2023, 7:09 PM
Yes

**BT** — **Bret Taylor** <█> — 11/19/2023, 7:09 PM
Yes

**SA** — **Sam Altman** <█> — 11/19/2023, 7:09 PM

**SA** — **Sam Altman** <█> — 11/19/2023, 7:20 PM
adam thinks it might work with the 3 member board

**BT** — **Bret Taylor** <█> — 11/19/2023, 7:20 PM
Emphasized "adam thinks it might work with the 3 member board"

**SA** — **Sam Altman** <█> — 11/19/2023, 7:20 PM
they have some legal call now

**SN** — **satya nadella** <█8> — 11/19/2023, 7:22 PM
That will be great.

**SN** — **satya nadella** <█> — 11/19/2023, 7:22 PM
Can we put Amy as observer? May help you all

**SN** — **satya nadella** <█> — 11/19/2023, 7:23 PM
Or we can do next step

**SA** — **Sam Altman** <█> — 11/19/2023, 7:23 PM
id be fine either way

**BT** — **Bret Taylor** <​█████​> — 11/19/2023, 7:24 PM
If this all plays out, it is important to me we stabilize and include her in that capacity, so either will work, ie, we will make it happen after if not now

**SN** — **satya nadella** <​█████​> — 11/19/2023, 7:27 PM
I will text Adam on the thread we have

**SA** — **Sam Altman** <​█████​> — 11/19/2023, 7:49 PM
ok i think we get ready to go on the plan of mira rehiring me and greg while we work on the injunction. the board just won't give any timeline. this will stabilize things in the short term and everyone can come to work monday morning. ok with you?

**SA** — **Sam Altman** <​█████​> — 11/19/2023, 7:49 PM
if that blows up we can go on to the subsidiary

**BT** — **Bret Taylor** <​█████​> — 11/19/2023, 7:50 PM
I don't have a specific short term role in this path — but supportive personally because I want OpenAI to exist on Monday!

**SN** — **satya nadella** <​█████​> — 11/19/2023, 7:51 PM
This sounds good to me. I will call Brad just to talk through the injunction and have him call Jason.

**SA** — **Sam Altman** <​█████​> — 11/19/2023, 8:03 PM
adam called. they commit to answer by 5 pm. just trying to get clear on their legal risk. we do the above plan if not.

**SN** — **satya nadella** <​█████​> — 11/19/2023, 8:09 PM
Great

**BT** — **Bret Taylor** <​█████​> — 11/19/2023, 8:40 PM
FYI, if the board comes back with anything other than this simple structure, eg, representations of some kind, I am not comfortable proceeding personally. I just wanted to make sure to say it so you two know as you map the path forward and get their response.

My high level requirements:
- Interim (six months)
- Sam is back as CEO and on the board
- Stabilize the org
- Mandate to appoint the full time board address the governance issues
- No additional complexity, eg, requirements from the outgoing board

I doubt they would add conditions or representations but wanted to be explicit

**SA** — **Sam Altman** <​█████​> — 11/19/2023, 8:45 PM
yes for sure, i said the same

**SA** — **Sam Altman** <​█████​> — 11/19/2023, 8:45 PM
bret are you still good to be chair?

**BT** — **Bret Taylor** <​█████​> — 11/19/2023, 8:45 PM
Yes

**SN** — **satya nadella** <​█████​> — 11/19/2023, 8:51 PM
Thanks much Bret for doing this. Really grateful that you are willing to do this.

**SA** — **Sam Altman** <​█████​> — 11/19/2023, 8:51 PM
Loved "Thanks much Bret for doing this. Really grateful t…"

SA — **Sam Altman** <■>  11/19/2023, 10:31 PM
still silence from them; i've texted for an update a couple of times and not even read

SA — **Sam Altman** <■>  11/19/2023, 11:24 PM
still nothing from them

SA — **Sam Altman** <■>  11/19/2023, 11:25 PM
we have heard from other people they are trying to find a backup ceo if this doesn't resolve, but are still saying they think it can resolve peacefully

SN — **satya nadella** <■>  11/19/2023, 11:32 PM
I guess we wait till 5 and get on a call

SA — **Sam Altman** <■>  11/20/2023, 1:11 AM
satya just talked to adam and thinks something is up

SA — **Sam Altman** <■>  11/20/2023, 1:11 AM
we are going to publish the statement saying mira has re hired us

BT — **Bret Taylor** <■>  11/20/2023, 1:12 AM
Liked "we are going to publish the statement saying mira …"

SA — **Sam Altman** <■>  11/20/2023, 1:15 AM
board said they will call mira shortly to talk about the statement

SA — **Sam Altman** <■>  11/20/2023, 1:21 AM
they still haven't. they have asked to speak to her alone.

SA — **Sam Altman** <■>  11/20/2023, 2:05 AM
mira still on with the board

SA — **Sam Altman** <■>  11/20/2023, 2:45 AM
hannah just knocked on the door. mira said she will wrap up soon and told the board we have to say something.

SA — **Sam Altman** <■>  11/20/2023, 3:20 AM
mira still on with them, said it's not going well