# EXHIBIT 53

## Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 3 | Date Range: 11/19/2023 |

## Outline of Conversations

💬 **chat377036106162977468** · 3 messages on 11/19/2023 · Bret Taylor <​███​> · Sam Altman <​███​> · adam dangelo <​███​> · satya nadella <​███​> · tasha mcculley <​███​>

CONFIDENTIAL
OPENAI_MUSK00027423

**Messages in chronological order** (times are shown in GMT +00:00)

### chat377036106162977468

**SA** — **Sam Altman** <▮▮▮▮▮>  11/19/2023, 5:20 AM

bret, satya, tasha, and adam here. bret and satya and i just texted. we need stability right now for this temporary board configuration and don't think adding someone new we don't know makes sense. tino does sound great and we would be excited to consider him for a future addition.

**SN** — **satya nadella** ▮▮▮▮▮  11/19/2023, 5:25 AM

I believe that is the right. I would hate for us to stay in this state of instability and letting our team down, giving our competitors a field day and ultimately letting the mission down as well. We seem so close. The board will be able to add new people anyway. And having Bert as a new member should give you confidence. And you can issue this in the press statement. I urge you to please get this done by 10 am pst. I am getting super worried that we will miss our window to keep things stable. Thanks much Satya

**BT** — **Bret Taylor** ▮▮▮▮▮  11/19/2023, 5:27 AM

This is Bret. I don't think we can decide the long term board overnight. The spirt of choosing interim directors is to find folks who can set up the right governance structure and appoint the right board members for the long term.

Along those lines, I am personally very comfortable with Will, though I don't know him well. He seems high integrity and obviously knows the organization well.

Like Satya, I just want to move forward to stabilize OpenAI.

Available to speak any time.

CONFIDENTIAL

OPENAI_MUSK00027424