# EXHIBIT 67

MUSK v. ALTMAN　　Case 4:24-cv-04722-YGR　　Document 379-108　　Filed 01/06/26　　Page 2 of 4　　Samuel Altman
Highly Confidential　　September 16, 2025

1

1　　　　　　　　UNITED STATES DISTRICT COURT

2　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

3

4　ELON MUSK, et al.,

5　　　　　　Plaintiffs,

6　v.　　　　　　　　　　　Case No. 4:24-cv-04722-YGR

7　SAMUEL ALTMAN, et al.,

8　　　　　　Defendants.

9

10　_____/

11

12

13　　　　　　　　　**HIGHLY CONFIDENTIAL**

14　　　　VIDEO-RECORDED DEPOSITION OF SAMUEL ALTMAN

15　　　　　　　　Tuesday, September 16, 2025

16

17

18

19

20

21　Stenographically reported by:
　　LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22　California CSR No. 10523
　　Washington CSR No. 3318
23　Oregon CSR No. 19-0458
　　Texas CSR No. 11318
24

25　Lexitas Job No.: 2025-997402
　　California Firm Registration No.: 179

Page 2

```
 1            A P P E A R A N C E S
 2
 3   ATTORNEYS FOR ELON MUSK AND THE PLAINTIFFS:
 4   Robert K. Kry, Esq.
     Alex Eynon, Esq.
 5   Jennifer Schubert, Esq. (via Zoom)
     Charlie Christoffersen, Legal Assistant (via Zoom)
 6   MOLOLAMKEN
     430 Park Avenue
 7   New York, NY 10022
     (212) 607-8160
 8   rkry@mololamken.com
     aeynon@mololamken.com
 9   jschubert@mololamken.com
     and
10   Marc Toberoff, Esq.
     Jaymie Parkkinsen, Esq.
11   TOBEROFF & ASSOCIATES
     23823 Malibu Road, Suite 50-363
12   Malibu, CA 90265
     (310) 246-3333
13   mtoberoff@toberoffandassociates.com
     jparkkinsen@toberoffandassociates.com
14
15
16   ATTORNEYS FOR THE OPENAI DEFENDANTS:
17   William Savitt, Esq.
     Zachary M. David, Esq.
18   Sarah Eddy, Esq.
     Emily P. Ross, Esq.
19   Bradley R. Wilson, Esq. (via Zoom)
     WACHTELL, LIPTON, ROSEN & KATZ
20   51 West 52nd Street
     New York, NY 10019
21   (212) 403-1147
     wdsavitt@wlrk.com
22   zmdavid@wlrk.com
     skeddy@wlrk.com
23   epross@wlrk.com
     brwilson@wlrk.com
24
25
```

Page 3

```
 1            A P P E A R A N C E S
 2
 3   ATTORNEY FOR MICROSOFT:
 4   John A. Jurata, Jr.,Esq.
     DECHERT, LLP
 5   1900 K Street, NW
     Washington, DC 20006-1110
 6   (202) 261-3440
     john.jurata@dechert.com
 7   Yosef Weitzman, Esq.
     Cira Centre
 8   2929 Arch Street, Philadelphia, PA 19104-2808
     (215) 994-2425
 9   yosi.weitzman@dechert.com
     Nisha Patel Gupta, Esq. (via Zoom)
10   Russell P. Cohen, Esq. (via Zoom)
     45 Fremont Street, 26th Floor
11   San Francisco, CA 94105
     (415) 262-4557
12   nisha.patelgupta@dechert.com
     russ.cohen@dechert.com
13
14   Also present:
15   Renny Hwang, OpenAI
16   Alejandro Zamora Ruiz, Videographer
17
18                  ---oOo---
19
20
21
22
23
24
25
```

Page 4

```
 1                  I N D E X
 2            INDEX OF EXAMINATION
 3   EXAMINATION BY                                PAGE
 4   MR. KRY                                        10
     MR. JURATA                                    351
 5
 6                  ---oOo---
```

Page 5

```
 1                  I N D E X
 2    INDEX OF EXHIBITS MARKED FOR IDENTIFICATION
 3   EXHIBIT     DESCRIPTION                      PAGE
 4   Exhibit 1   e-mail correspondence dated       18
                 11/17/2023, subject: Board
 5               Update
                 (SUTSKEVER_MUSKSUB_00000527)
 6
     Exhibit 2   Article entitled "The Secrets     28
 7               and Misdirection Behind Sam
                 Altman's Firing From OpenAI"
 8               (2024MUSK-0011437 -
                 2024MUSK0011445)
 9
     Exhibit 3   Short Message Report              57
10               (OPENAI_MUSK00027433 -
                 OPENAI_MUSK00027436)
11
     Exhibit 4   Text message thread               63
12               (MSFT_000057808 -
                 MSFT_000057807)
13
     Exhibit 5   e-mail correspondence dated       91
14               3/23/2015, subject: Re: AI
                 (2024MUSK-0005555)
15
     Exhibit 6   e-mail correspondence dated       95
16               5/25/2015, subject: Re:
                 question (2024MUSK-0010861 -
17               2024MUSK-0010862)
18   Exhibit 7   e-mail correspondence dated      102
                 6/25/2015, subject: Re:  AI lab
19               (2024MUSK-0008261)
20   Exhibit 8   e-mail correspondence dated      111
                 10/19/2015, subject: Re:
21               followup (2024MUSK-0005439 -
                 2024MUSK-0005440)
22
     Exhibit 9   e-mail correspondence dated      117
23               12/8/2015, subject: Re:  Draft
                 opening paragraphs
24               (2025MUSK-0000366)
25                  ---oOo---
```

Page 342

1  Does this relate to a potential transaction
2  with SoftBank Group?
3      A.  Yes.
4      Q.  And when it refers to a 300 billion-dollar
5  post-money valuation, does that mean that once that
6  transaction closes, the company will have an -- an
7  implied value of 300 billion based on the amount of
8  money that SoftBank was putting in?
9      A.  The round was 30 billion from SoftBank,
10 10 billion from other investors.  We ended up
11 expanding that slightly in the second close, and it
12 was split across two tranches.
13      The -- the company having an implied value,
14 given our structure, is -- you know, someone could
15 probably quibble with the details, but that is the
16 spirit of it, yes.
17     Q.  And do you agree that the -- OpenAI is
18 worth at least $300 billion today?
19     A.  I personally think so.
20         (Marked for identification purposes,
21          Exhibit 28.)
22     BY MR. KRY:
23     Q.  This is Exhibit 28, 2024MUSK-0011867.  This
24 is a -- a New York Times article titled "OpenAI in
25 Deal Talks That Would Value the Company at

Page 343

1  500 Billion," dated August 19th, 2025.
2      The first paragraph says (as read):
3          "OpenAI, the maker of ChatGPT, is in
4           talks to sell 6 billion in shares owned
5           by its current and former employees to
6           investors in a deal that would value the
7           artificial intelligence company at
8           roughly 500 billion, according to two
9           people with knowledge of the
10          discussions."
11     A.  At least a little bit of that is wrong.  So
12 can I read the rest?
13     Q.  You may.
14         (Witness reviews document.)
15         THE WITNESS:  Okay.
16         We were -- yes, we were in talks at this
17 time to raise -- to do our annual tender, but it was
18 always for more than 6 billion.
19     BY MR. KRY:
20     Q.  How much is being tendered?
21     A.  The offering price is over 10.  I don't
22 expect it all to fill.  The offering volume is
23 over 10.
24     Q.  Is the statement that the terms of that
25 offer imply a value to the company of 500 billion

Page 344

1  accurate?
2      A.  I think roughly accurate, yes.
3      Q.  And do you personally agree that the
4  company is worth at least 500 billion currently?
5      A.  That was the willing buyer-willing seller
6  market price, so I won't argue with it.
7      Q.  Apart from your faith in the willing buyers
8  and willing sellers, do you agree, being the one who
9  runs the company, that the company is worth at least
10 $500 billion today?
11         MR. SAVITT:  Asked and answered.
12         Go ahead.
13         THE WITNESS:  If I were an outside market
14 investor, I would -- I think I would absolutely love
15 to buy OpenA -- OpenAI shares to a
16 300 billion-dollar valuation, somewhat higher.  At
17 500, I would start to say, "Could be, like, you
18 know, things need to go right, but could be."
19     Q.  All right.
20         MR. KRY:  May I have another time check
21 please?
22         THE VIDEOGRAPHER:  Six hours, 42 minutes.
23     BY MR. KRY:
24     Q.  As a board member of OpenAI, do you have an
25 obligation to ensure that OpenAI continues to

Page 345

1  develop AI for the public good rather than for the
2  benefit of a for-profit, private investor, like
3  Microsoft?
4      A.  I have a -- of course, I have a duty to the
5  mission of OpenAI; and, of course, I care
6  tremendously and am very proud of the work we're
7  doing for the public good.
8      I also am responsible to make sure the
9  company can fulfill its duty to that mission and
10 have a maximum chance at success, and we will need
11 to raise gigantic amounts of capital to be able to
12 hold a candle to people such as Mr. Musk and their
13 vast resources.
14     So I definitely have an interest in making
15 the company attractive to investors too.
16     Obviously, the mission comes first.  My
17 duty, what I wake up every day to do, is the
18 mission.  I'm incredibly proud of our ongoing work
19 there, and I feel very clear-eyed about where my
20 duty lies and I look at the whole picture of it.
21     Q.  What policies or guardrails has the OpenAI
22 board established to detect when or whether profit
23 motives are beginning to override the company's
24 mission?
25         MR. SAVITT:  Objection.  Foundation.