# EXHIBIT 71

July 10, 2023

(working title)



*Mission, transformation, and the dawn of next generation AI*

**by**

**Satya Nadella and Marco Iansiti**

**Submitted by:**

James Levine
Levine Greenberg Rostan Literary Agency
jlevine@lgrliterary.com

0

HIGHLY CONFIDENTIAL
MSFT_MUSK000001480

# Contents

Overview ........................................................................................................................ 2

Authors ......................................................................................................................... 5

Marketing Plan .............................................................................................................. 7

Annotated Table of Contents ........................................................................................ 9

Sample Chapters ......................................................................................................... 13

    Chapter 1: *Arrival* ................................................................................................ 13

    **Chapter 6:** *Wicked Problems, Purposeful Transformation* ............................................ 30

HIGHLY CONFIDENTIAL

MSFT_MUSK000001481

# Sample Chapters

**Chapter 1:** *Arrival*

The arrival of our current inflection point wasn't obvious at first.

On Wednesday, August 24, 2022, with the Pacific Northwest summer showing all of its beauty, Bill Gates hosted a dinner at his home on Lake Washington, just a few miles from the Microsoft campus. No longer a Microsoft board member or even Microsoft's largest shareholder, Bill remained the iconic co-founder and trusted advisor of the company's senior technical leaders. Satya suggested the gathering, which included Chief Technology Officer, Kevin Scott, and a handful of top researchers. Food and drinks would be served, but the main entrée was a hush-hush demo by OpenAI founder Sam Altman of a forthcoming release of ChatGPT powered by GPT-4, an AI built on Large Language Models (LLMs). Bill had long encouraged researchers to develop a truly accomplished AI assistant but had voiced his skepticism about this particular approach. Microsoft Clippy and Bob were early (and humorous) efforts to create an assistant for knowledge workers.

OpenAI had been founded seven years earlier, in 2015, as a nonprofit by a group of tech entrepreneurs "to ensure that artificial general intelligence (AGI) benefits all of humanity." That year, self-driving cars became a commercial reality, robots reemerged with new capabilities, and society began to worry anew about existential threats posed by AI. It was beating humans at games like Jeopardy and Go. The OpenAI venture was seeded with $1 billion from a group that included Sam Altman, Greg Brockman, Elon Musk, and Peter Thiel. Microsoft invested $1 billion in 2019 in OpenAI to ensure early access and co-innovation capabilities. As

13

HIGHLY CONFIDENTIAL   MSFT_MUSK000001493

the partnership solidified, Microsoft invested a further $2 billion over the following three years, and offered something money can't buy – access to massive GPUs, or compute power.

OpenAI's flagship product was the "Generative Pretrained Transformer" or "GPT" series of language models which could reply to free-form user input with text output in a staggering variety of formats – such as expository writing, correspondence, poetry, and numerous languages of computer code. Because GPT was "pretrained" on a massive amount and variety of data, it could perform functions without being specifically trained for them. GPT is based on a "transformer," model, cutting-edge technology which imbued deep learning models with "self-attention," or the ability to consider pieces of data in their broader contexts. In essence, self-attention enables an AI based algorithm to generate responses that draw from different components of an input sequence simultaneously, generating a more holistic way to predict complex patterns – such as the often subtle context of a sentence, embedded in a conversation. Imagine translating the sentence "the cat chased the dog, but it quickly escaped." Without self – attention it would be impossible to tell if "it" referred to the dog or the cat.

The impact of these relatively simple concepts is truly dramatic. With enough training, the ability of transformer chat bots to capture subtleties and generate insightful responses in conversations is uncanny. And transformer models can not only scale dramatically to generate thoughtful, logical outputs, they can also be refined by adding training stages that contextualize the predictions, and even blend them with specific, proprietary data to generate unique, differentiated insights. The general-purpose capabilities are already being harnessed to build a new range of firm-specific capabilities powering a new wave of innovation across the

14