# EXHIBIT 74

## Direct message Greg Brockman, Ilya Sutskever and Sam Altman - 2022-10-28 (UTC)

Conversation started
　　　　　　Private October 28th 2022, 6:05 PM UTC
Participants
　　　　　　Greg Brockman and Ilya Sutskever

Conversation

- Greg Brockman GB

  btw one thing i didn't mention on the call — i think reid has been our single most value-add board member to date

  10/28/2022, 6:05 PM UTC

  :thinkspin: 1

  maybe to help move forward our thinking on who the board should be, it'd useful to think through specific things each board member has actually done (in terms of thinking/support/connections)

  10/28/2022, 6:06 PM UTC

  reid has clearly been useful in terms of funding (taking on elon's $5m/quarter commit, helping with msft deal & relationship at various points), filling MSFT's board seat — actually a very big deal IMO, and i can't remember specifics but remember feeling that his weighing in during board meetings is generally quite on point

  10/28/2022, 6:07 PM UTC

  :thinkspin: 1