# EXHIBIT 75

# Direct message Greg Brockman, Ilya Sutskever and 3 others - 2023-04-06 (UTC)

Conversation started
    Private April 6th 2023, 12:28 AM UTC
Participants
    Greg Brockman, Ilya Sutskever, Mira Murati and 2 others
Labels
    Has deletions
    Has edits

## Conversation

- **Slackbot S**

    This message was deleted.

    10/6/2022, 3:36 PM UTC

    ~~This message was deleted.~~

    4/6/2023, 4:34 AM UTC

    This message was deleted.

    10/6/2022, 5:39 PM UTC

    ~~This message was deleted.~~

    4/6/2023, 4:34 AM UTC

- **Greg Brockman GB**

    btw I recommend starting dogfooding the meeting bot app

    10/7/2022, 6:17 AM UTC

    ~~btw I recommend starting dogfooding the meeting bot app~~

    4/6/2023, 4:34 AM UTC

    I am supportive of offering him the option to stay in exchange for severing ties!

    I actually do agree with Ilya; but honestly I do trust him more than many of our other board members & feel I know what motivates him. (He also consistently has added clear value and suggested good ways to navigate tradeoffs in the past.)

    10/7/2022, 6:22 AM UTC

~~I am supportive of offering him the option to stay in exchange for severing ties!~~

~~I actually do agree with Ilya; but honestly I do trust him more than many of our other board members & feel I know what motivates him. (He also consistently has added clear value and suggested good ways to navigate tradeoffs in the past.)~~

4/6/2023, 4:34 AM UTC

- Ilya Sutskever IS

Perhaps it's the right call. But if so, I'm sad the bar for our board is so low

10/7/2022, 2:40 PM UTC

~~Perhaps it's the right call. But if so, I'm sad the bar for our board is so low~~

4/6/2023, 4:34 AM UTC

- Greg Brockman GB

wonder if it'd be helpful for you (all three of us?) to talk to him about this directly, since maybe he would be able to explain in a way that is updateful for us in either direction

10/7/2022, 4:59 PM UTC

~~wonder if it'd be helpful for you (all three of us?) to talk to him about this directly, since maybe he would be able to explain in a way that is updateful for us in either direction~~

4/6/2023, 4:34 AM UTC

overall I think I've always been less bothered by the action he took, and just been worried about the steady state of the position he was in

10/7/2022, 5:00 PM UTC

This message was deleted.

4/6/2023, 4:34 AM UTC

Perhaps I am wrong / miscalibrated though

10/7/2022, 5:00 PM UTC

~~Perhaps I am wrong / miscalibrated though~~

4/6/2023, 4:34 AM UTC

btw I worry specifically about this perspective from Helen:

"I don't think any of this will be new to you, but to lay out my thinking: I think there's a real possibility that 5 or 10 years from now, people look back and think of the main role OpenAI played

during the late 2010s/early 2020s as being the org that set off great excitement about & investment in AGI (and then lost its lead to other orgs)."

10/7/2022, 5:06 PM UTC

btw I worry specifically about this perspective from Helen:

"I don't think any of this will be new to you, but to lay out my thinking: I think there's a real possibility that 5 or 10 years from now, people look back and think of the main role OpenAI played during the late 2010s/early 2020s as being the org that set off great excitement about & investment in AGI (and then lost its lead to other orgs)."

4/6/2023, 4:34 AM UTC

- Sam Altman SA

  haven't been able to read that email in detail yet, what do you make of it? specifically losing the lead?

  10/7/2022, 5:07 PM UTC

  haven't been able to read that email in detail yet, what do you make of it? specifically losing the lead?

  4/6/2023, 4:34 AM UTC

  we can ask her i guess

  10/7/2022, 5:07 PM UTC

  we can ask her i guess

  4/6/2023, 4:34 AM UTC

- Greg Brockman GB

  My specific worry is just reading between the lines on what she'll do if it looks like we're losing

  10/7/2022, 5:08 PM UTC

  My specific worry is just reading between the lines on what she'll do if it looks like we're losing

  4/6/2023, 4:34 AM UTC

- Ilya Sutskever IS

  Yup

  10/7/2022, 5:14 PM UTC

  Yup

4/6/2023, 4:34 AM UTC

I already spoke to him about it and was not impressed with his answers

10/7/2022, 5:14 PM UTC

This message was deleted.

4/6/2023, 4:34 AM UTC

Like I said, may be the right call, just makes me sad

10/7/2022, 5:14 PM UTC

Like I said, may be the right call, just makes me sad

4/6/2023, 4:34 AM UTC

- Greg Brockman GB

I think partly — there's an argument that we've been happy to take his support while we needed it [all the way from the time Elon froze funding — never really asked about his motivations for doing so, but I'd always assumed it was because he enjoyed the status from doing so], and now that we don't need him we are choosing to be more discerning.

10/7/2022, 5:16 PM UTC

I think partly — there's an argument that we've been happy to take his support while we needed it [all the way from the time Elon froze funding — never really asked about his motivations for doing so, but I'd always assumed it was because he enjoyed the status from doing so], and now that we don't need him we are choosing to be more discerning.

4/6/2023, 4:34 AM UTC

oh, remind me what was said?

10/7/2022, 5:16 PM UTC

oh, remind me what was said?

4/6/2023, 4:34 AM UTC

(Also maybe the three of us should chat about this live, and maybe the bigger picture too; I am still maleable and your continued strong feelings give me pause!)

10/7/2022, 5:18 PM UTC

(Also maybe the three of us should chat about this live, and maybe the bigger picture too; I am still maleable and your continued strong feelings give me pause!)

4/6/2023, 4:34 AM UTC

- Ilya Sutskever IS

A genuinely valid counter augment.

10/7/2022, 5:30 PM UTC

~~A genuinely valid counter augment.~~

4/6/2023, 4:34 AM UTC

(Though note that back then I took him completely at face value)

10/7/2022, 5:30 PM UTC

~~(Though note that back then I took him completely at face value)~~

4/6/2023, 4:34 AM UTC

I guess I just felt betrayed by him founding a direct competitor while simultaneously telling me that "I could not possibly imagine you'd find it objectionable"

10/7/2022, 5:34 PM UTC

This message was deleted.

4/6/2023, 4:34 AM UTC

That felt manipulative

10/7/2022, 5:34 PM UTC

~~That felt manipulative~~

4/6/2023, 4:34 AM UTC

May be the right call. Want to make sure we have all the facts in mind as we make this call

10/7/2022, 5:34 PM UTC

~~May be the right call. Want to make sure we have all the facts in mind as we make this call~~

4/6/2023, 4:34 AM UTC

- Mira Murati MM

Happy to weigh in on this if valuable but I've not updated my view so don't want to sound like a broken record

10/7/2022, 5:36 PM UTC

> Happy to weigh in on this if valuable but I've not updated my view so don't want to sound like a broken record

4/6/2023, 4:34 AM UTC

On a side note not sure if you're all watching the presentation from Steve and his team but it was very high quality and judging from the applause people loved it

10/7/2022, 5:36 PM UTC

> On a side note not sure if you're all watching the presentation from Steve and his team but it was very high quality and judging from the applause people loved it

4/6/2023, 4:34 AM UTC

- Ilya Sutskever IS

    That's the main thing I remember from the call cc @Greg Brockman

    10/7/2022, 5:37 PM UTC

    > That's the main thing I remember from the call cc @Greg Brockman

    4/6/2023, 4:34 AM UTC

- Greg Brockman GB

    just finished reading the slides; i don't know that there's a livestream so didn't see it though

    10/7/2022, 5:37 PM UTC

    > just finished reading the slides; i don't know that there's a livestream so didn't see it though

    4/6/2023, 4:34 AM UTC

    > On a side note not sure if you're all watching the presentation from Steve and his team but it was very high quality and judging from the applause people loved it

    @Mira Murati curious what your takeaway is!

    10/7/2022, 5:37 PM UTC

    > On a side note not sure if you're all watching the presentation from Steve and his team but it was very high quality and judging from the applause people loved it
    >
    > @Mira Murati curious what your takeaway is!

    4/6/2023, 4:34 AM UTC

- Mira Murati MM

Easy to underestimate because we see this happen gradually but they've elevated the brand and reputation of OpenAI culturally on a global stage

10/7/2022, 5:45 PM UTC

~~Easy to underestimate because we see this happen gradually but they've elevated the brand and reputation of OpenAI culturally on a global stage~~

4/6/2023, 4:34 AM UTC

- Ilya Sutskever IS

It def made me less confident in the correctness of our open source decision

10/7/2022, 5:46 PM UTC

~~It def made me less confident in the correctness of our open source decision~~

4/6/2023, 4:34 AM UTC

It has already been made so we go with it

10/7/2022, 5:46 PM UTC

~~It has already been made so we go with it~~

4/6/2023, 4:34 AM UTC

But my trepidation is increased

10/7/2022, 5:46 PM UTC

~~But my trepidation is increased~~

4/6/2023, 4:34 AM UTC

- Mira Murati MM

I don't feel less confident in that decision as long as we can do it well and in a way we're proud of instead of rushed bc of stability

10/7/2022, 5:47 PM UTC

~~I don't feel less confident in that decision as long as we can do it well and in a way we're proud of instead of rushed bc of stability~~

4/6/2023, 4:34 AM UTC

- Greg Brockman GB

btw one of my great fears is we become beholden to public opinion, and one of my hopes is e.g. that we cause some firestorm in the future where we stick to our guns since we are in the right

10/7/2022, 5:48 PM UTC

This message was deleted.

4/6/2023, 4:34 AM UTC

i think that basically means do what mira just said

10/7/2022, 5:48 PM UTC

i think that basically means do what mira just said

4/6/2023, 4:34 AM UTC

i.e. do it in a way we'll feel good about even with whoever chooses to hate it

10/7/2022, 5:49 PM UTC

i.e. do it in a way we'll feel good about even with whoever chooses to hate it

4/6/2023, 4:34 AM UTC

but don't just yolo and say opinion doesn't matter

10/7/2022, 5:49 PM UTC

but don't just yolo and say opinion doesn't matter

4/6/2023, 4:34 AM UTC

- Ilya Sutskever IS

    My trepidation around open source is that we're treating it as a side show, eg def not going far enough to really hurt stability

    10/7/2022, 5:49 PM UTC

    My trepidation around open source is that we're treating it as a side show, eg def not going far enough to really hurt stability

    4/6/2023, 4:34 AM UTC

- Mira Murati MM

    Is the goal to hurt stability?

    10/7/2022, 5:50 PM UTC

> This message was deleted.
>
> 4/6/2023, 4:34 AM UTC

- **Ilya Sutskever IS**

  And I think the talk made me understand just how well we seen

  10/7/2022, 5:50 PM UTC

  ~~And I think the talk made me understand just how well we seen~~

  4/6/2023, 4:34 AM UTC

  I thought it was a key motivator

  10/7/2022, 5:50 PM UTC

  ~~I thought it was a key motivator~~

  4/6/2023, 4:34 AM UTC

- **Mira Murati MM**

  Not for me

  10/7/2022, 5:50 PM UTC

  ~~Not for me~~

  4/6/2023, 4:34 AM UTC

  for me it's exactly what I told the company yesterday

  10/7/2022, 5:50 PM UTC

  ~~for me it's exactly what I told the company yesterday~~

  4/6/2023, 4:34 AM UTC

- **Ilya Sutskever IS**

  Ok maybe I misunderstood the goals

  10/7/2022, 5:51 PM UTC

  ~~Ok maybe I misunderstood the goals~~

  4/6/2023, 4:34 AM UTC

Then I shall weaken my statement about the open source decision

10/7/2022, 5:51 PM UTC

Then I shall weaken my statement about the open source decision

4/6/2023, 4:34 AM UTC

- Mira Murati MM

We're missing the opportunity to set standards with this massive growing group of devs, people are hungry to build things and we should lean in and bring our tech to as many people as possible, long term maximize our chance of maintaining lead, reducing competition

10/7/2022, 5:51 PM UTC

We're missing the opportunity to set standards with this massive growing group of devs, people are hungry to build things and we should lean in and bring our tech to as many people as possible, long term maximize our chance of maintaining lead, reducing competition

4/6/2023, 4:34 AM UTC

But if we do everything to get this in a couple of weeks at any cost out bc we heard stability is open sourcing similar model, that's not in line at all with my motivations

10/7/2022, 5:52 PM UTC

But if we do everything to get this in a couple of weeks at any cost out bc we heard stability is open sourcing similar model, that's not in line at all with my motivations

4/6/2023, 4:34 AM UTC

- Greg Brockman GB

I'm curious if this resonates btw

10/7/2022, 5:57 PM UTC

I'm curious if this resonates btw

4/6/2023, 4:34 AM UTC

- Mira Murati MM

I agree with you in the principle of making a decision, feeling good about it and sticking to it even if people disagree. I don't think we're beholden to public opinion. I think we lack conviction in many decisions and flip flop, that's what I see as bigger problem

10/7/2022, 6:01 PM UTC

I agree with you in the principle of making a decision, feeling good about it and sticking to it even if people disagree. I don't think we're beholden to public opinion. I think we lack conviction in many decisions and flip flop, that's what I see as bigger problem

4/6/2023, 4:34 AM UTC

- Sam Altman SA

absolutely think we should stick to our guns. however given that constraint i think we should try to have the world on our side when we can, and we underestimate the value of that and what our comms effort has accomplished in a very difficult environment

10/7/2022, 6:17 PM UTC

absolutely think we should stick to our guns. however given that constraint i think we should try to have the world on our side when we can, and we underestimate the value of that and what our comms effort has accomplished in a very difficult environment

4/6/2023, 4:34 AM UTC

we have made plenty of unpopular decisions and will need to make many more

10/7/2022, 6:18 PM UTC

we have made plenty of unpopular decisions and will need to make many more

4/6/2023, 4:34 AM UTC

- Greg Brockman GB

ok! i can accept all of that

10/7/2022, 6:18 PM UTC

ok! i can accept all of that

4/6/2023, 4:34 AM UTC

- Sam Altman SA

but firestorms for no good reason just cause internal distraction and churn imo

10/7/2022, 6:19 PM UTC

but firestorms for no good reason just cause internal distraction and churn imo

4/6/2023, 4:34 AM UTC

- Greg Brockman GB

just to be clear, do you think i believe otherwise?

10/7/2022, 6:19 PM UTC

just to be clear, do you think i believe otherwise?

4/6/2023, 4:34 AM UTC

- Sam Altman SA

no just stating my views since you asked how it resonates

10/7/2022, 6:20 PM UTC

no just stating my views since you asked how it resonates

4/6/2023, 4:34 AM UTC

- Greg Brockman GB

ok got it

10/7/2022, 6:20 PM UTC

ok got it

4/6/2023, 4:34 AM UTC

- Sam Altman SA

well, i do think maybe you have a different opinion than i do on the magnitude of how much our general public perception matters

10/7/2022, 6:21 PM UTC

well, i do think maybe you have a different opinion than i do on the magnitude of how much our general public perception matters

4/6/2023, 4:34 AM UTC

but not wildly diffeenr

10/7/2022, 6:21 PM UTC

but not wildly diffeenr

4/6/2023, 4:34 AM UTC

- Greg Brockman GB

maybe historically true, but may not be true today

10/7/2022, 6:22 PM UTC

~~maybe historically true, but may not be true today~~

4/6/2023, 4:34 AM UTC

today i think i feel sufficiently removed from the process that it's hard for me to have too strong of an independent opinion

10/7/2022, 6:23 PM UTC

~~today i think i feel sufficiently removed from the process that it's hard for me to have too strong of an independent opinion~~

4/6/2023, 4:34 AM UTC

- Ilya Sutskever IS

Back to Reid: There's a a "monkey branching" element to it. New startup cofounder opportunity? Cya old buddies, thanks for all the confidential information! Startup is in trouble? Will abandon without hesitation. So we shouldn't be surprised if he doesn't stick with us during trying times

10/7/2022, 11:38 PM UTC

~~Back to Reid: There's a a "monkey branching" element to it. New startup cofounder opportunity? Cya old buddies, thanks for all the confidential information! Startup is in trouble? Will abandon without hesitation. So we shouldn't be surprised if he doesn't stick with us during trying times~~

4/6/2023, 4:34 AM UTC

The main thing for me is that we keep this in mind as we decide what we want to do

10/7/2022, 11:43 PM UTC

~~The main thing for me is that we keep this in mind as we decide what we want to do~~

4/6/2023, 4:34 AM UTC

- Sam Altman SA

here's how id summarize my thoughts on this:

10/7/2022, 11:44 PM UTC

~~here's how id summarize my thoughts on this:~~

4/6/2023, 4:34 AM UTC

pros: he supported us in a moment where no one else would and it was pretty existential--i think openai would have been pretty fucked if he hasn't stepped up then. also, he was instrumental to getting the first MSFT deal done, and has generally been quite helpful with MSFT related stuff. he is generally a good board member.

10/7/2022, 11:45 PM UTC

pros: he supported us in a moment where no one else would and it was pretty existential--i think openai would have been pretty fucked if he hasn't stepped up then. also, he was instrumental to getting the first MSFT deal done, and has generally been quite helpful with MSFT related stuff. he is generally a good board member.

4/6/2023, 4:34 AM UTC

cons: he is very motivated by 'collecting' status. although i personally think he cares much more about openai than inflection, he was blinded enough by the startup of being able to call himself the cofounder of a company he made an uncareful decision.

10/7/2022, 11:46 PM UTC

cons: he is very motivated by 'collecting' status. although i personally think he cares much more about openai than inflection, he was blinded enough by the startup of being able to call himself the cofounder of a company he made an uncareful decision.

4/6/2023, 4:34 AM UTC

more cons: although he may have went into it thinking it wouldn't be uncomfortable, he hasn't proactively fixed the problem by quitting one comapny.

10/7/2022, 11:46 PM UTC

more cons: although he may have went into it thinking it wouldn't be uncomfortable, he hasn't proactively fixed the problem by quitting one comapny.

4/6/2023, 4:34 AM UTC

but, imo, theres not a monkey branching element here--im pretty sure he thinks openai is way better and more important, but investors are used to being involved in lots of things

10/7/2022, 11:47 PM UTC

but, imo, theres not a monkey branching element here--im pretty sure he thinks openai is way better and more important, but investors are used to being involved in lots of things

4/6/2023, 4:34 AM UTC

but as ive said, although i personally would give him the chance to make this right, ilya if you dont support it id weigh that more highly

10/7/2022, 11:48 PM UTC

> but as ive said, although i personally would give him the chance to make this right, ilya if you dont support it id weigh that more highly

4/6/2023, 4:34 AM UTC

- Ilya Sutskever IS

  > but investors are used to being involved in lots of things

  so i have a question about that. a few weeks ago, i had a chat with a head of a smaller investing firm who's interested in robotics, asked for my advice, and expressed lack of certainty around which company to bet on. i asked them, why not just invest in all of them, since you believe that something will be successful here, and the answer i got was that competing companies don't like it when you invest in competitors, so you can't do that. so it seems that the this particular firm is aware that companies don't like it when you invest in competitors. So that made me wonder. How can it be that Reid wasn't aware of this preference if this other firm was? Surely he must've. (The only possibly explanation I can think of is that for investors with a lot of clout, like Reid, companies are willing to pay this cost to have him involved. But even so, i just can't imagine him thinking we legit wouldn't care.)

  10/8/2022, 12:27 AM UTC

  > but investors are used to being involved in lots of things
  >
  > so i have a question about that. a few weeks ago, i had a chat with a head of a smaller investing firm who's interested in robotics, asked for my advice, and expressed lack of certainty around which company to bet on. i asked them, why not just invest in all of them, since you believe that something will be successful here, and the answer i got was that competing companies don't like it when you invest in competitors, so you can't do that. so it seems that the this particular firm is aware that companies don't like it when you invest in competitors. So that made me wonder. How can it be that Reid wasn't aware of this preference if this other firm was? Surely he must've. (The only possibly explanation I can think of is that for investors with a lot of clout, like Reid, companies are willing to pay this cost to have him involved. But even so, i just can't imagine him thinking we legit wouldn't care.)

  4/6/2023, 4:34 AM UTC

- Sam Altman SA

  companies defnitely care *for sure*. it was probably the single thing YC companies complained to me the most about.

  10/8/2022, 1:21 AM UTC

  > companies defnitely care *for sure*. it was probably the single thing YC companies complained to me the most about.

  4/6/2023, 4:34 AM UTC

  i think we never figured out how to perfectly balance it, but we would invest in competitors (often unintentionally, due to pivots) all the time

10/8/2022, 1:21 AM UTC

~~i think we never figured out how to perfectly balance it, but we would invest in competitors (often unintentionally, due to pivots) all the time~~

4/6/2023, 4:34 AM UTC

the problem with what reid did, imo, is he is more involved than 'just an investor' with inflection

10/8/2022, 1:21 AM UTC

~~the problem with what reid did, imo, is he is more involved than 'just an investor' with inflection~~

4/6/2023, 4:34 AM UTC

which makes it much worse

10/8/2022, 1:21 AM UTC

~~which makes it much worse~~

4/6/2023, 4:34 AM UTC

(also, at this point, i think at this point openai has the leverage to ask for a soft promise for new investors not to invest in competitors, but only a select few companies ever get to do that)

10/8/2022, 1:22 AM UTC

~~(also, at this point, i think at this point openai has the leverage to ask for a soft promise for new investors not to invest in competitors, but only a select few companies ever get to do that)~~

4/6/2023, 4:34 AM UTC

- **Ilya Sutskever IS**

  ==a thing I care about when trying to understand the situation is whether it was an "honest mistake" or an intentional "yeah they'll hate it but what are they going to do? They need me bc of the msft connection".==

  Your earlier point about investors just being so used to being involved in many things linked to it being an honest mistake situation, but the current comment suggests that he most likely knew we really wouldn't like it, given that investing in competitors is a known and a contentious point in the investing field.

  Does the above summary seem accurate to you?

  10/8/2022, 1:37 AM UTC

  ~~a thing I care about when trying to understand the situation is whether it was an "honest mistake" or an intentional "yeah they'll hate it but what are they going to do? They need me bc of the msft connection".~~

> ~~Your earlier point about investors just being so used to being involved in many things linked to it being an honest mistake situation, but the current comment suggests that he most likely knew we really wouldn't like it, given that investing in competitors is a known and a contentious point in the investing field.~~
>
> ~~Does the above summary seem accurate to you?~~
>
> 4/6/2023, 4:34 AM UTC

- Sam Altman SA

    oh sorry that wasnt clear--i think he viewed it in the normal context of 'investors do this, even though companies never love it it's very standard'

    10/8/2022, 1:41 AM UTC

    ~~oh sorry that wasnt clear--i think he viewed it in the normal context of 'investors do this, even though companies never love it it's very standard'~~

    4/6/2023, 4:34 AM UTC

    but to me its different because i view cofounding as very different than just investing

    10/8/2022, 1:42 AM UTC

    ~~but to me its different because i view cofounding as very different than just investing~~

    4/6/2023, 4:34 AM UTC

    its like putting his name really on it in a big way

    10/8/2022, 1:42 AM UTC

    ~~its like putting his name really on it in a big way~~

    4/6/2023, 4:34 AM UTC

    i dont know if he saw it that way, but im willing to believe he didnt

    10/8/2022, 1:42 AM UTC

    ~~i dont know if he saw it that way, but im willing to believe he didnt~~

    4/6/2023, 4:34 AM UTC

- Greg Brockman GB

    oh also an aside, after taking to @Sam Altman, I'm planning to meet Patrick Collison tmrw and demo dv3. Will ask if he'd be interested in participating in the tender under the condition of not investing in AGI/big model competitors

Confidential

10/8/2022, 1:59 AM UTC

This message was deleted.

4/6/2023, 4:34 AM UTC

- Sam Altman SA

sounds fine to me too

4/6/2023, 12:28 AM UTC

- Greg Brockman GB

amazing!

4/6/2023, 2:23 AM UTC

ok i'll work with aditya to see what we can get done

4/6/2023, 2:23 AM UTC

👍 1

Confidential
OPENAI_MUSK00016626