# EXHIBIT 46

# In the Matter Of:

*ELON MUSK vs*

*SAMUEL ALTMAN*

*ERMIRA MURATI*

*November 02, 2025*



```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      OAKLAND DIVISION

 4

 5   IN RE MATTER OF:              )
                                   )
 6   ELON MUSK, et al.,            )
                                   )
 7            Plaintiffs,          )
                                   )
 8       vs.                       )   CASE NO.
                                   )   4:24-CV-04722-YGR
 9   SAMUEL ALTMAN, et al.,        )
                                   )
10            Defendants.          )
                                   )
11

12                    ** CONFIDENTIAL **

13        VIDEOTAPED DEPOSITION OF ERMIRA MURATI

14               SAN FRANCISCO, CALIFORNIA

15                 Sunday, November 2, 2025

16

17

18

19

20

21   Stenographically Reported by:

22   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
     Realtime Systems Administrator
23   California CSR License #11600
     Oregon CSR License #21-0005
24   Washington License #21009491
     Texas CSR License #10725
25
```

2

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                         OAKLAND DIVISION
 4
 5   IN RE MATTER OF:               )
                                    )
 6   ELON MUSK, et al.,             )
                                    )
 7            Plaintiffs,           )
                                    )
 8       vs.                        )  CASE NO.
                                    )  4:24-CV-04722-YGR
 9   SAMUEL ALTMAN, et al.,         )
                                    )
10            Defendants.           )
                                    )
11
12
13
14
15        VIDEOTAPED DEPOSITION of ERMIRA MURATI, taken
16   before Heather J. Bautista, CSR No. 11600, a Certified
17   Shorthand Reporter for the state of California, with
18   principal office in the county of Santa Clara,
19   commencing on Sunday, November 2, 2025, 9:09 a.m., at 44
20   Montgomery Street, 36th Floor, San Francisco, California
21   94104.
22
23
24
25
```

3

```
 1   APPEARANCES OF COUNSEL:

 2

 3        For Plaintiffs:

 4           MoloLamken
             BY:  JENNIFER SCHUBERT, ESQ.
 5                ALEX EYNON, ESQ.
                  SARA TOFIGHBAKHSH, ESQ. (Remote)
 6           430 Park Avenue
             New York, New York 10022
 7           Phone:  (212) 607-5957
             jschubert@mololamken.com
 8           aeynon@mololamken.com

 9           MoloLamken
             BY:  WALTER HAWES IV, ESQ. (Remote)
10           600 New Hampshire Avenue, N.W.
             Washington, D.C. 20037
11           Phone:  (202) 556-2013
             whawes@mololamken.com
12

13

14        For OpenAI Defendants:

15           Wachtell Lipton Rosen & Katz
             BY:  SARA EDDY, ESQ.
16                KELSEY BORENZWEIG, ESQ.
             51 West 52nd Street
17           New York, New York 10019
             Phone:  (212) 403-1000
18           skeddy@wlrk.com
             kaborenzweig@wlrk.com
19
             Morrison & Foerster LLP
20           BY:  WILLIAM FRENTZEN, ESQ.
             425 Market Street
21           San Francisco, California 94105
             Phone:  (415) 268-6413
22           wfrentzen@mofo.com

23

24

25
```

Case 4:24-cv-04722-YGR   Document 379-115   Filed 01/06/26   Page 6 of 15
ELON MUSK vs                                                  Ermira Murati
SAMUEL ALTMAN               Confidential                November 02, 2025

4

```
 1   APPEARANCES OF COUNSEL: (CONTINUED)

 2


 3        For Defendant Microsoft Corporation:

 4            Dechert LLP
              BY:  NISHA PATEL, ESQ.
 5            633 W. 5th Street, Suite 4900
              Los Angeles, California 90071
 6            Phone:  (213) 808-5735
              nisha.patelgupta@dechert.com
 7
              Dechert LLP
 8            BY:  YOSEF WEITZMAN, ESQ. (Remote)
              Cira Centre, 2929 Arch Street
 9            Philadelphia, Pennsylvania 19104
              Phone:  (215) 994-2425 / Fax:  (215) 994-2222
10            yosi.weitzman@dechert.com

11


12        For ERMIRA MURATI:

13            Mintz Levin Cohn Ferris Glovsky & Popeo
              BY:  MARC AXELBAUM, ESQ.
14            44 Montgomery Street, 36th Floor
              San Francisco, California 94104
15            Phone:  (415) 696-5421 / Fax:  (415) 432-6001
              maxelbaum@mintz.com
16
              Mintz Levin Cohn Ferris Glovsky & Popeo
17            BY:  ELLEN SHAPIRO, ESQ.
              919 Third Avenue
18            New York, New York 10022
              Phone:  (212) 692-6208
19            eshapiro@mintz.com

20            Mintz Levin Cohn Ferris Glovsky & Popeo
              BY:  NADIA ZIVKOV, ESQ.
21            2049 Century Park East, Suite 300
              Los Angeles, California 90067
22            Phone:  (310) 586-3210
              nazivkov@mintz.com
23

24   ALSO PRESENT:  Alejandro Zamora Ruiz, Videographer

25
```

                                                                        5

# INDEX OF EXAMINATION

|  |  | PAGE |
|---|---|---|
| ERMIRA MURATI | | |
| EXAMINATION BY MS. SCHUBERT | | 9 |
| EXAMINATION BY MS. EDDY | | 146 |
| EXAMINATION BY MS. PATEL | | 226 |
| EXAMINATION BY MS. SCHUBERT | | 235 |

--o0o--

Instructed Not to Answer

Page  Line

218   18

Case 4:24-cv-04722-YGR   Document 379-115   Filed 01/06/26   Page 8 of 15
ELON MUSK vs
SAMUEL ALTMAN                    Confidential                    Ermira Murati
                                                              November 02, 2025

8

1                    Sunday, November 2, 2025

2                            9:09 a.m.

3                             --oOo--

09:09  4            THE VIDEOGRAPHER:  We're now on the record.  My
5    name is Alejandro Zamora Ruiz.  I'm the videographer
6    with Lexitas.  Today's date is November 2nd, 2025, and
7    the time is 9:09 a.m. Pacific Time.
8            This deposition is being held at the offices of
9    Mintz, LLP, at 44 Montgomery Street, 36th Floor, San
09:09 10   Francisco, California 94104, in the matter of Elon Musk,
11   et al., versus Samuel Altman, et al.
12           The deponent is Ermira Murati.
13           All counsel will be noted on the stenographic
14   record.
09:09 15           The court reporter will now introduce herself
16   and swear in the witness.
17           THE STENOGRAPHER:  Good morning.
18           My name is Heather Bautista, and I am a
19   Certified Shorthand Reporter licensed by the State of
09:09 20   California.  My license number is 11600.
21           This deposition and any transcript produced
22   therefrom will be handled pursuant to Federal Rule of
23   Civil Procedure Section 30.
24           As the deposition officer, I will be retaining
09:09 25   my duties and responsibilities under the Code.

```
                                                                      9
 1          Please raise your right hand so I can swear you
 2    in.
 3                      ERMIRA MURATI,
 4    having been first duly sworn, was examined and testified
 5                       as follows:
 6          THE WITNESS:  I do.
 7          THE STENOGRAPHER:  Thank you.
 8          Please state your full name for the record.
 9          THE WITNESS:  Ermira Murati.
10          THE STENOGRAPHER:  Thank you.
11          Counsel, you can begin.
12          MS. SCHUBERT:  Thank you.
13                        EXAMINATION
14    BY MS. SCHUBERT:
15       Q.   Good morning, Ms. Murati.  My name is Jennifer
16    Schubert.  I represent Elon Musk in this matter.
17            Did you speak with anyone, apart from your
18    legal counsel, about this deposition?
19       A.   About the existence of it?
20       Q.   Yes.
21       A.   People that were involved with scheduling.
22       Q.   Did you speak with anybody about the substance
23    of your testimony, apart from your legal counsel?
24       A.   No.
25       Q.   Have you ever been deposed before?
```

230

1    collaboration with Microsoft; is that right?

2         A.   Yes.

3         Q.   Why were you supportive of the collaboration

4    with Microsoft?

16:33 5   A.   Because it was strategic and important for

6    OpenAI to carry out its mission of building safe

7    artificial intelligence.

8         Q.   So based off your experiences, you would say

9    that the collaboration with Microsoft was important in

16:33 10 helping OpenAI pursue its non-profit mission?

11        A.   Yes.

12        Q.   Earlier today, there was some testimony about a

13   hundred-million-dollar revenue goal.

14             Do you recall that?

16:34 15  A.   Yes.

16        Q.   And I think that was brought up in the context

17   of feedback that you had provided Mr. Altman; is that

18   right?

19        A.   Yes.

16:34 20  Q.   And am I correct that you brought up the goal

21   not because you had an issue with OpenAI generating

22   revenue, but because you had some frustrations with

23   Mr. Altman's management style?

24        A.   Correct.

16:34 25  Q.   Did you ever have any discussions with

231

```
         1    Microsoft about this revenue goal?
         2         A.   I don't remember them now, but we spoke --
         3              (Stenographer clarification.)
         4              THE WITNESS:   -- weekly -- on a weekly basis.
16:34    5         Q.   (By Ms. Patel)  And you said you talked about
         6    revenue; is that right?
         7         A.   Yes.
         8         Q.   Is it correct that Microsoft did not enforce
         9    any such revenue goal?
16:34   10         A.   Correct.
        11         Q.   Is it fair to say that it was OpenAI's decision
        12    to commercialize its LLMs?
        13         A.   Absolutely.
        14         Q.   And that decision to commercialize was made
16:35   15    independent of Microsoft; is that right?
        16         A.   Yes.
        17         Q.   And is it also true that OpenAI made that
        18    decision to commercialize its LLMs in furtherance of its
        19    non-profit mission?
16:35   20         A.   Yes.
        21              MS. SCHUBERT:  Object to form.
        22         Q.   (By Ms. Patel)  I believe earlier you testified
        23    that you wanted to be sure that the JDCA and the
        24    collaboration with Microsoft was congruent with how
16:35   25    OpenAI was operationalizing the mission.
```

232

1        Do you remember saying that?
2   A.   Um-hum. Yes.
3        MS. SCHUBERT: Mischaracterizes the testimony.
4   Q.   (By Ms. Patel) Did I phrase it correctly in my
16:35   5 prior question?
6   A.   I understood what you meant.
7   Q.   Okay.
8        Did you feel like the JDCA, that collaboration
9 with Microsoft, was, in fact, congruent with how OpenAI
16:36  10 was operationalizing the mission?
11   A.   Yes.
12   Q.   Is that also true of the 2021 and 2023
13 amendments to the JDCA?
14   A.   Yes.
16:36  15   Q.   I want to switch gears to Mr. Altman's November
16 2023 firing and then subsequent rehiring.
17        I believe that you testified that your goal,
18 during this time, was to stabilize the company; is that
19 right?
16:36  20   A.   Yes.
21   Q.   Is it fair to say that your decision to rehire
22 Mr. Altman was motivated by your goal to stabilize the
23 company, as opposed to pressure from Microsoft?
24   A.   Correct.
16:37  25   Q.   Based on your experiences during that time

233

```
         1    period, did you feel Microsoft was supportive of OpenAI
         2    throughout Mr. Altman's firing and subsequent rehiring?
         3            MS. SCHUBERT:  Object to form.
         4            THE WITNESS:  I felt so, yes.
16:37    5       Q.   (By Ms. Patel)  And did you feel like Microsoft
         6    supported your goal to stabilize the company during that
         7    time?
         8       A.   Yes.
         9       Q.   Earlier, you saw an exhibit, Exhibit 19, which
16:37   10    was the employee petition.
        11            Do you remember that?
        12       A.   Um-hum.
        13       Q.   I believe you testified that it was OpenAI's
        14    decision to create the employee petition; is that right?
16:37   15       A.   Yes.
        16            MS. SCHUBERT:  Mischaracterizes the testimony.
        17       Q.   (By Ms. Patel)  Well, let me ask you:  Was it
        18    OpenAI's decision to create the OpenAI employee petition
        19    challenging the board's firing of Mr. Altman?
16:38   20       A.   It was.
        21       Q.   And was that decision to create the petition
        22    OpenAI's and not the result of any pressure from
        23    Microsoft?
        24       A.   Yes.
16:38   25       Q.   And I believe you said you signed that
```

```
                                                        234
   1   petition; is that right?
   2       A.   Yes.
   3       Q.   Was your decision to sign the petition your
   4   decision and not the result of any pressure from
16:38  5   Microsoft?
   6       A.   Yes.
   7       Q.   Earlier, when Ms. Eddy brought up the GPT-4
   8   release in India, do you remember that?
   9       A.   Yes.
16:38 10       Q.   Did you personally have insight into
  11   Microsoft's internal safety procedures while you were in
  12   OpenAI?
  13       A.   I did, to some extent.
  14       Q.   To what extent?
16:39 15       A.   To the extent it was shared during weekly
  16   meetings or at the DSB level.
  17       Q.   You -- to the extent that internal safety
  18   procedures at Microsoft were not shared in those
  19   meetings, is it fair to say you did not have insight
16:39 20   into those procedures?
  21       A.   Correct.
  22       Q.   And to what extent were you aware of how and if
  23   Microsoft addressed the safety-related issues post the
  24   GPT-4 India release?
16:39 25            MS. SCHUBERT:   Object to form.
```

Case 4:24-cv-04722-YGR   Document 379-115   Filed 01/06/26   Page 15 of 15
ELON MUSK vs
SAMUEL ALTMAN                    Confidential                    Ermira Murati
                                                                 November 02, 2025

247

1      I, HEATHER J. BAUTISTA, CSR No. 11600, Certified
2  Shorthand Reporter, certify:
3      That the foregoing proceedings were taken before
4  me at the time and place therein set forth, at which
5  time the witness declared under penalty of perjury; that
6  the testimony of the witness and all objections made at
7  the time of the examination were recorded
8  stenographically by me and were thereafter transcribed
9  under my direction and supervision;
10     That the foregoing is a full, true, and correct
11 transcript of my shorthand notes so taken and of the
12 testimony so given;
13     (  ) Reading and signing was requested/offered.
14     (XX) Reading and signing was not requested/offered.
15     (  ) Reading and signing was waived.
16     I further certify that I am not financially
17 interested in the action, and I am not a relative or
18 employee of any attorney of the parties, nor of any of
19 the parties.
20     I declare under penalty of perjury under the laws
21 of California that the foregoing is true and correct.
22
23     Dated:    November 4, 2025
24
25 _____
   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR