# EXHIBIT 48

**In the Matter Of:**

*MUSK v*

*ALTMAN*

*GREG BROCKMAN*

*September 23, 2025*



1

1            UNITED STATES DISTRICT COURT

2              NORTHERN OF CALIFORNIA

3                OAKLAND DIVISION

    _____
4   ELON MUSK, et al.,              )
                                    )
5           Plaintiffs,             )
                                    )
6   v.                              )   Case No. 4:24-cv-04722-YGR
                                    )
7   Samuel Altman, et al.,          )
                                    )
8           Defendants.             )
    _____)

9

10

11              ** HIGHLY CONFIDENTIAL **

12      Videotaped Deposition of GREG BROCKMAN

13             San Francisco, California

14          Tuesday, September 23, 2025

15

16

17

18

19

20

21

22          Reported Stenographically by

23    Michael P. Hensley, RDR, CSR No. 14114

24

25

Case 4:24-cv-04722-YGR   Document 379-116   Filed 01/06/26   Page 4 of 11
MUSK v ALTMAN                                              Greg Brockman
                    Highly Confidential                September 23, 2025

2

```
1                  UNITED STATES DISTRICT COURT

2                    NORTHERN OF CALIFORNIA

3                       OAKLAND DIVISION
    _____
4   ELON MUSK, et al.,            )
                                  )
5            Plaintiffs,          )
                                  )
6   v.                            )  Case No. 4:24-cv-04722-YGR
                                  )
7   Samuel Altman, et al.,        )
                                  )
8            Defendants.          )
    _____)
9

10

11       Videotaped Deposition of GREG BROCKMAN,

12   commencing at the hour of 10:28 A.M. and concluding

13   at the hour of 7:21 P.M. on Tuesday,

14   September 23, 2025, at the location of

15   425 Market Street, San Francisco, California 94105,

16   before Michael Hensley, Registered Diplomate

17   Reporter, Certified Shorthand Reporter No. 14114, in

18   and for the State of California.

19

20

21

22

23

24

25
```

Case 4:24-cv-04722-YGR   Document 379-116   Filed 01/06/26   Page 5 of 11
MUSK v                                                           Greg Brockman
ALTMAN                    Highly Confidential             September 23, 2025

3

```
 1   APPEARANCES:

 2   For Plaintiffs:

 3           MOLOLAMKEN LLP
             By:   ROBERT K. KRY, ESQ.
 4           600 New Hampshire Avenue, N.W.
             Washington, D.C. 20037
 5           202.553.2011
             rkry@mololamken.com
 6

 7           MOLOLAMKEN LLP
             BY:   ALEX EYNON, ESQ.
 8           430 Park Avenue
             New York, New York 10022
 9           212.607.8174
             aeynon@mololamken.com
10

11   For Defendant Microsoft Corporation:

12           DECHERT LLP
             By:   HOWARD ULLMAN, ESQ.
13           45 Fremont Street, 26th Floor
             San Francisco, California 94105
14           415.262.4500
             howard.ullman@dechert.com
15

16   For Defendant Gregory Brockman:

17           WACHTELL, LIPTON, ROSEN & KATZ
             BY:   WILLIAM SAVITT, ESQ.
18                 KELSEY A. BORENZWEIG, ESQ.
                   SARAH K. EDDY, ESQ.
19           51 West 52nd Street
             New York, New York 10019
20           212.403.1000
             wdsavitt@wlrk.com
21           skeddy@wlrk.com

22

23

24

25
```

```
 1   APPEARANCES (CONTINUED):

 2   For Defendant Gregory Brockman:

 3           MORRISON & FOERSTER, LLP
             BY:  WILLIAM FRENTZEN, ESQ.
 4           425 Market Street
             San Francisco, California 94105
 5           415.268.7000
             wfrentzen@mofo.com
 6

 7   Also Present:

 8           RENNY HWANG, ESQ.

 9           ALEJANDRO ZAMORA RUIZ, Videographer

10

11   Present Remotely:

12           ROBERT CASTILLO, AV Monitor

13           ZACHARY DAVID, ESQ.

14           SARA TOFIGHBAKHSH, ESQ.

15           CAMILA TAPERNOUX, ESQ.

16           BRADLEY WILSON, ESQ.

17           YOSEF WEITZMAN, ESQ.

18           JAYMIE PARKKINEN, ESQ.

19

20

21

22

23

24

25
```

```
                                                                   5
 1                              INDEX

 2

 3                           EXAMINATIONS

 4   WITNESS:   GREG BROCKMAN                                  Page

 5   BY ATTORNEY KRY                                             10

 6   BY ATTORNEY ULLMAN                                         303

 7

 8                             EXHIBITS

 9   No.              Description                             Page

10   1      (Highly Confidential) Bates Number                  12
            OPENAI_MUSK00029106:   Untitled
11          Document

12   2      Bates Number 2024MUSK-0013670:  "My                 33
            path to OpenAI"
13
     3      (Highly Confidential) Bates Number                  45
14          2024MUSK-00029118:   "Memory"

15   4      (Confidential) Bates Number                         53
            OPENAI_MUSK005733 - 005734:   Email
16          from Greg Brockman 11/22/15

17   5      (Confidential) Bates Number                         61
            SPX-00021496 - 00021497:   Email from
18          Greg Brockman 10/26/2015

19   6      (Confidential) Bates Number                         66
            OPENAI_MUSK00023430 - 00023431:
20          Email exchange, top message from
            Greg Brockman 8/18/17
21
     7      (Confidential) Bates Number                         70
22          2024MUSK-0004680 - 0004683:   Email
            exchange, top message from Elon Musk
23          12/7/15

24

25
```

|  |  |
|---|---|
| 1 | Via Videoconference |
| 2 | Tuesday, September 23, 2025 |
| 3 | 10:28 A.M. - 7:21 P.M. |
| 4 | -o0o- |
| 10:25:50  5 | THE VIDEOGRAPHER: We are now on the |
| 6 | record. My name is Alejandro Zamora Ruiz. I am the |
| 7 | videographer, representing Lexitas. This is the |
| 8 | video deposition for the United States District |
| 9 | Court, Northern District of California. Today's |
| 10:28:21 10 | date is September 23rd, 2025, and the time is |
| 11 | 10:28 A.M. Pacific Time. |
| 12 | This deposition is being held at the |
| 13 | offices of Morrison & Foerster LLP at 425 Market |
| 14 | Street, San Francisco, California 94105, in the |
| 10:28:45 15 | matter of Elon Musk, et al., v. Samuel Altman, |
| 16 | et al., Case Number 4:24-cv-04722-YGR. |
| 17 | The deponent is Gregory Brockman, and all |
| 18 | counsel will be noted on the stenographic record. |
| 19 | The court reporter will now introduce |
| 10:29:07 20 | himself and swear in the witness. |
| 21 | THE COURT REPORTER: Good morning. My |
| 22 | name is Mike Hensley. I am a California Certified |
| 23 | Shorthand Reporter, CSR #14114. Today's proceedings |
| 24 | are being captured by stenographic means. |
| 25 | /// |

```
                                                                       10
         1                       GREG BROCKMAN,
         2    having been first duly sworn, was examined and
         3    testified as follows:
         4                        EXAMINATION
10:29:31 5    BY ATTORNEY KRY:
         6         Q.   Mr. Brockman, my name's Robert Kry.
         7              What time is it, Mr. Brockman?
         8         A.   I -- I don't know the current time.
         9         Q.   You can feel free to confer with counsel.
10:29:48 10             THE WITNESS:  What time is it?
         11             ATTORNEY SAVITT:  I'm not going to address
         12   this matter.
         13   BY ATTORNEY KRY:
         14        Q.   Do you know what time your deposition was
10:29:53 15   noticed for this morning, Mr. Brockman?
         16        A.   I believe 10:00 A.M.
         17        Q.   Wasn't it actually noticed for 9:00 A.M.
         18   originally?
         19             Do you know?
10:30:04 20        A.   I do not know.
         21        Q.   Do you know whether your counsel informed
         22   us yesterday that they -- unilaterally, that they
         23   were going to start at 10:00 A.M. instead?
         24             Do you know one way or the other?
10:30:15 25        A.   I do not know that for a fact.
```

```
           1              ATTORNEY KRY:  Object to form.
           2              THE WITNESS:  Yeah, I don't -- I don't
           3    recall any knowledge of people at Microsoft knowing
           4    about such obligations of any donations.
19:11:16   5    BY ATTORNEY ULLMAN:
           6         Q.   Did you ever accept employment with
           7    Microsoft?
           8         A.   I never accepted employment with
           9    Microsoft, to my knowledge.
19:11:25  10         Q.   Did you ever sign any formal employment
          11    agreement with Microsoft?
          12         A.   Never signed a formal employment agreement
          13    with Microsoft.
          14         Q.   Did you ever receive any onboarding,
19:11:36  15    training, or materials from Microsoft?
          16         A.   No.
          17         Q.   Did -- did you ever receive credentials
          18    for a Microsoft employee email account?
          19         A.   Not to my memory.
19:11:49  20         Q.   Did you ever receive any W-2 income or any
          21    kind of paycheck from Microsoft?
          22         A.   Not to my memory.
          23         Q.   And did you ever do any work as a
          24    Microsoft employee?
19:12:00  25         A.   Not to my memory.
```

1   CERTIFICATE OF SHORTHAND REPORTER

2

3       I, MICHAEL P. HENSLEY, REGISTERED DIPLOMATE

4   REPORTER FOR THE STATE OF CALIFORNIA, CSR NO. 14114,

5   THE OFFICER BEFORE WHOM THE FOREGOING DEPOSITION WAS

6   TAKEN, DO HEREBY CERTIFY THAT THE FOREGOING

7   TRANSCRIPT IS A TRUE AND CORRECT RECORD OF THE

8   TESTIMONY GIVEN; THAT SAID TESTIMONY WAS TAKEN BY ME

9   STENOGRAPHICALLY AND THEREAFTER REDUCED TO

10  TYPEWRITING UNDER MY DIRECTION; THAT READING AND

11  SIGNING WAS NOT REQUESTED; AND THAT I AM NEITHER

12  COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE

13  PARTIES TO THIS CASE AND HAVE NO INTEREST, FINANCIAL

14  OR OTHERWISE, IN ITS OUTCOME.

15

16

17

18  _____

19           MICHAEL P. HENSLEY, CSR, RDR

20

21

22

23

24

25