UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** January 7, 2026 | **Time:** 1 Hour 32 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 24-cv-4722-YGR | **Case Name:** Musk et al. v. Altman et al. | |

**Attorney for Plaintiff:** Steven Molo (Lead), Marc Toberoff, Robert Kry, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, and Walter Hawes

**Attorney for Defendant OpenAI:** William Savitt (Lead), William Frentzen, Sarah Eddy, Steven Winter, and Jordan Eth

**Attorney for Defendant Microsoft:** Russell Cohen (Lead), Nisha Patel, Hannah Leone, Howard Ullman, and Jay Jurata

**Deputy Clerk:** Edwin Angelo A. Cuenco       **Court Reporter:** Marla Knox; via Zoom

PROCEEDINGS

Motions for Summary Judgment – held and accessible via Zoom Webinar.

The Court heard oral argument on the motions for summary judgment.

Written order to issue.