UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elon Musk, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>Samuel Altman, et al.,<br>　　　　Defendants. | Case No. 24-cv-4722-YGR<br><br>**Order Re Trial Date** |

　　　　Having consulted with the parties, the Court resets the trial in this matter to commence on Monday, April 27, 2026 at 8:00 a.m. with jury selection. The Court anticipates that jury selection will proceed all day.

　　　　In general, trial days commence daily at 8:30 a.m. Counsel shall arrive in court early enough to proceed promptly at 8:00 a.m. with the Court to discuss issues outside the presence of the jury. Generally, trial schedule will be Monday through Friday, from 8:30 a.m. to 1:40 p.m. with two twenty-minute breaks. Additional time may be scheduled for matters outside the presence of the jury as necessary and determined by the Court. Sidebars are not permitted. Counsel should be prepared to anticipate issues so that they may be addressed outside of normal trial hours. In this regard, Counsel should also be prepared to reconvene with the Court after the Court's standing calendars which normally begin at 2:00 p.m. However, the parties are advised that the Court will be dark Friday, May 15, 2026.

　　　　The Court will proceed with the previously set Pretrial Conference on March 13, 2026 to ensure that all pretrial matters are timely resolved so as not to delay trial proceedings. If necessary, this will allow sufficient time for another pretrial conference.

　　　　**It Is So Ordered.**

Dated: January 13, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge