UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>    Defendants. | Case No. 24-cv-04722-YGR<br><br>**ORDER FOR JURY BREAKFAST ON DAY 1** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish breakfast on the first day of trial for the members of the jury.

IT IS SO ORDERED.

Dated: January 13, 2026

_____
YVONNE GONZALEZ ROGERS
United States District Judge

*Rev.03/19*