JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:   (212) 403-1000
Facsimile:   (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

(Additional counsel listed on the next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**SUPPLEMENT TO OMNIBUS SEALING STIPULATION ON UNDISPUTED SEALING REQUESTS**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

| | |
|---|---|
| 1  RUSSELL P. COHEN (SBN 213105) | MARC TOBEROFF (CA SBN 188547) |
|    Russ.cohen@dechert.com | MToberoff@toberoffandassociates.com |
| 2  HOWARD M. ULLMAN (SBN 206760) | TOBEROFF & ASSOCIATES, P.C. |
|    Howard.ullman@dechert.com | 23823 Malibu Road, Suite 50-363 |
| 3  DECHERT LLP | Malibu, CA 90265 |
| 4  45 Fremont Street, 26th Floor | Telephone: (310) 246-3333 |
|    San Francisco, CA 94105 | |
| 5  Telephone: (415) 262-4500 | STEVEN F. MOLO (*pro hac vice*) |
|    Facsimile: (415) 262-4555 | ROBERT K. KRY (*pro hac vice*) |
| 6  | JENNIFER M. SCHUBERT (*pro hac vice*) |
| 7  NISHA PATEL (SBN 281628) | MOLOLAMKEN LLP |
|    Nisha.patelgupta@dechert.com | 430 Park Avenue |
| 8  DECHERT LLP | New York, NY 10022 |
|    633 West 5th Street, Suite 4900 | Telephone: (212) 607-8160 |
| 9  Los Angeles, CA 90071 | |
|    Telephone: (213) 808-5700 | *Attorneys for Plaintiffs Elon Musk* |
| 10 Facsimile: (213) 808-5760 | *and X.AI Corp.* |

11

12  ANDREW J. LEVANDER (admitted *pro hac vice*)
    Andrew.levander@dechert.com
13  DECHERT LLP
14  Three Bryant Park
    1095 Avenue of the Americas
15  New York, NY 10036
    Telephone: (212) 698-3500
16  Facsimile: (212) 698-3599

17  JAY JURATA (admitted *pro hac vice*)
18  Jay.jurata@dechert.com
    DECHERT LLP
19  1900 K Street, N.W.
    Washington, DC 20006
20  Telephone: (202) 261-3300
    Facsimile: (202) 261-3333
21
22  *Attorneys for Defendant Microsoft Corporation*

Pursuant to Civil Local Rules 7-11 and 79-5, and Section 12 of this Court's Standing Order regarding Post-Briefing Omnibus Sealing Procedures, Plaintiff Elon Musk ("Plaintiff"), Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"), and Defendant Microsoft Corporation ("Microsoft," and together with Plaintiff and the OpenAI Defendants, the "Parties") submit this Supplement to their Omnibus Sealing Stipulation concerning summary judgment submissions (Dkt. 368).

This Supplement concerns Exhibit 59 to the Declaration of Alexandra C. Eynon. The document was originally produced and designated confidential by one of the Parties, and was filed provisionally under seal at Dkt. 353-63. In connection with the Omnibus Sealing Stipulation concerning summary judgment submissions (Dkt. 368), all Parties agreed that the document could be made public, and the document was then publicly filed at Dkt. 379-106. Shortly after the document was publicly filed, a non-party notified the Parties that he asserts a confidentiality interest in certain personal financial information in the exhibit, but because that non-party did not originally produce the document, he had not been notified of the filing and had no prior opportunity to assert his personal confidentiality interest. *See* Civil Local Rule 79-5(f).

Under the circumstances, the Parties consent to supplementing the Omnibus Sealing Stipulation so that the Court may consider the non-party's redaction request. The Parties also do not oppose the non-party's redaction request, while reserving their rights with respect to the use of the information at trial. The publicly filed version of the exhibit at Dkt. 379-106 has been administratively sealed by the Clerk at the non-party's request pending the Court's determination of this request.

**Additional Sealing Request**

| Dkt. No. (Bates Identifier) | Sealing Party | Portion to be Sealed | Description | Sealing Basis |
|---|---|---|---|---|
| | | **UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR WITH REDACTIONS** | | |
| Dkt. 353-63 (OPENAI_MUSK00027460) | Ilya Sutskever | Redactions as indicated in the attached version | Ex. 59 to Eynon Declaration | The redacted portions of Exhibit 59 contain confidential information concerning the compensation of a former OpenAI executive. |

Pursuant to the Post-Briefing Omnibus Sealing Procedures in Section 12 of the Court's Standing Order in Civil Cases, the Parties are submitting the following additional materials in connection herewith: (i) a Proposed Order on this additional Undisputed Sealing Request; (ii) a declaration supporting the request; and (iii) a proposed redacted version of the exhibit at issue.

**IT IS SO STIPULATED**.

Date: January 14, 2026　　　　　　　　　　MORRISON & FOERSTER LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Jordan Eth*
　　　　　　　　　　　　　　　　　　　　JORDAN ETH (CA SBN 121617)

　　　　　　　　　　　　　　　　　　　　*Attorneys for the OpenAI Defendants*

Date: January 14, 2026　　　　　　　　　　DECHERT LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Russell P. Cohen*
　　　　　　　　　　　　　　　　　　　　RUSSELL P. COHEN (SBN 213105)

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Microsoft Corporation*

Date: January 14, 2026　　　　　　　　　　MOLOLAMKEN LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Robert K. Kry*
　　　　　　　　　　　　　　　　　　　　ROBERT K. KRY (*pro hac vice*)

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

## ECF ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file this **SUPPLEMENT TO OMNIBUS SEALING STIPULATION ON UNDISPUTED SEALING REQUESTS**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Date: January 14, 2026        */s/ Jordan Eth*
                              Jordan Eth