UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**[PROPOSED] ORDER ON SUPPLEMENT TO OMNIBUS SEALING STIPULATION ON UNDISPUTED SEALING REQUESTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1  Before the Court is the Parties' Supplement to Omnibus Sealing Stipulation in connection
2  with Dkt. 353-63.  Having considered the Supplement, supporting declaration, and other papers on
3  file, and good cause having been found, the Court ORDERS as follows:

4  **IT IS HEREBY ORDERED** that the sealing request in the Parties' Supplement is
5  **GRANTED** as set forth below:

| Dkt. No. (Bates Identifier) | Document Description | Requested Action/Portion to Seal | Ruling |
|---|---|---|---|
| Dkt. 353-63 (OPENAI_MUSK00027460) | Ex. 59 to Eynon Declaration | Redactions as indicated in the attachment to the Supplement | |

Date: _____

　　　　　　　　　　　　　Hon. Yvonne Gonzalez Rogers
　　　　　　　　　　　　　United States District Judge