COOLEY LLP
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
ANIKA HOLLAND (336071)
(anika.holland@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
REMY CARREIRO (359384)
(rcarreiro@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Non-Party
ILYA SUTSKEVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DECLARATION OF ILYA SUTSKEVER IN SUPPORT OF THE SUPPLEMENTAL STIPULATION TO THE OMNIBUS SEALING STIPULATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF ILYA SUTSKEVER
(CASE NO. 4:24-CV-04722-YGR)

I, Ilya Sutskever, declare as follows:

1. I am over 18 years of age and competent to make this Declaration. My name is Ilya Sutskever and I am a non-party in the above-captioned case. This Declaration is based on my personal knowledge and, if called upon as a witness, I could and would testify competently as to the matters recited herein.

2. I submit this Declaration pursuant to Civil Local Rules 79-5(c) and (f)(3) in support of the Parties' Supplemental Stipulation to the Parties' already-filed Omnibus Sealing Stipulation (ECF No. 368), and in response to Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC's Notice of Public Filing of Unsealed Documents (ECF No. 379). I have reviewed the publicly filed version of ECF No. 379-106, which is a document entitled "Exhibit 59" that includes a text chain between Samuel Altman, Satya Nadella, and Brad Lightcap.

3. I seek to seal a narrowly tailored portion of this document. I understand that there is good cause to seal the following information:

| Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|
| Exhibit 59 (ECF No. 379-106) | Bates stamped page 3: the fifth, sixth, sixteenth, seventeenth, eighteenth, nineteenth, and twentieth words on the last line. Bates stamped page 4: the entire first line. | The designated portions of Exhibit 59 contain private information regarding my personal financial holdings. Disclosure would substantially invade my personal privacy. |

4. The indicated words above from this text chain (Exhibit 59, ECF No. 379-106) contain confidential and private information related to my personal financial holdings. Disclosure of this private financial information would invade my privacy and reveal confidential financial details that I understand are irrelevant to the public's understanding of this litigation. Public release of financial information of this kind would cause potential irreparable harm. I have been the subject of substantial media attention due to my association with OpenAI and publication of my financial information is likely to cause even more media intrusion upon my private affairs. No more limited sealing would appropriately protect this personal financial information.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 12th day of January 2026, in San Francisco, California.

By: *Ilya Sutskever*
Ilya Sutskever