1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  WILLIAM FRENTZEN (CA SBN 343918)
   WFrentzen@mofo.com
3  DAVID J. WIENER (CA SBN 291659)
   DWiener@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105
   Telephone:   (415) 268-7000
6  Facsimile:   (415) 268-7522

7  WILLIAM SAVITT (admitted *pro hac vice*)
   WDSavitt@wlrk.com
8  BRADLEY R. WILSON (admitted *pro hac vice*)
   BRWilson@wlrk.com
9  SARAH K. EDDY (admitted *pro hac vice*)
   SKEddy@wlrk.com
10 STEVEN WINTER (admitted *pro hac vice*)
   SWinter@wlrk.com
11 NATHANIEL CULLERTON (admitted *pro hac vice*)
   NDCullerton@wlrk.com
12 WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
13 New York, NY 10019
   Telephone:   (212) 403-1000
14 Facsimile:   (212) 403-2000

15 *Attorneys for Defendants Samuel Altman, Gregory Brockman,*
   *OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
16 *OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
   *OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
17 *OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
   *OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
18 *OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
   *OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
19 *OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
   *Aestas Management Company, LLC, and Aestas LLC*

20
21 (Additional counsel listed on the next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **NOTICE OF PUBLIC FILING OF UNSEALED DOCUMENTS** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com | MARC TOBEROFF (CA SBN 188547)<br>MToberoff@toberoffandassociates.com |
| 2 | HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com | TOBEROFF & ASSOCIATES, P.C.<br>23823 Malibu Road, Suite 50-363 |
| 3 | DECHERT LLP<br>45 Fremont Street, 26th Floor | Malibu, CA 90265<br>Telephone: (310) 246-3333 |
| 4 | San Francisco, CA 94105<br>Telephone: (415) 262-4500 | STEVEN F. MOLO (*pro hac vice*) |
| 5 | Facsimile: (415) 262-4555 | ROBERT K. KRY (*pro hac vice*)<br>JENNIFER M. SCHUBERT (*pro hac vice*) |
| 6 | NISHA PATEL (SBN 281628)<br>Nisha.patelgupta@dechert.com | MOLOLAMKEN LLP<br>430 Park Avenue |
| 7 | DECHERT LLP<br>633 West 5th Street, Suite 4900 | New York, NY 10022<br>Telephone: (212) 607-8160 |
| 8 | Los Angeles, CA 90071<br>Telephone: (213) 808-5700 | *Attorneys for Plaintiffs Elon Musk* |
| 9 | Facsimile: (213) 808-5760 | *and X.AI Corp.* |
| 10 | ANDREW J. LEVANDER (admitted *pro hac vice*) | |
| 11 | Andrew.levander@dechert.com<br>DECHERT LLP | |
| 12 | Three Bryant Park<br>1095 Avenue of the Americas | |
| 13 | New York, NY 10036<br>Telephone: (212) 698-3500 | |
| 14 | Facsimile: (212) 698-3599 | |
| 15 | JAY JURATA (admitted *pro hac vice*)<br>Jay.jurata@dechert.com | |
| 16 | DECHERT LLP<br>1900 K Street, N.W. | |
| 17 | Washington, DC 20006<br>Telephone: (202) 261-3300 | |
| 18 | Facsimile: (202) 261-3333 | |
| 19 | *Attorneys for Defendant Microsoft Corporation* | |

Pursuant to the Court's Order dated January 15, 2026 (Dkt. No. 390 at 2 n.2), the Parties hereby file on the public docket the documents associated with Dkt. Nos. 328, 330, 351, 353, 358, and 360 that the Parties previously filed under seal but have now agreed to partially unseal with redactions. Consistent with the Court's Order and the Parties' Omnibus Sealing Stipulation (Dkt. 368), this submission does not include documents that the Parties stipulated would remain fully under seal.

| Dkt. No. | Document |
|---|---|
| 328-18 | Ex. 14 to Wiener Declaration |
| 328-37 | Ex. 33 to Wiener Declaration |
| 328-42 | Ex. 38 to Wiener Declaration |
| 328-43 | Ex. 39 to Wiener Declaration |
| 328-59 | Ex. 55 to Wiener Declaration |
| 328-74 | Ex. 70 to Wiener Declaration |
| 328-78 | Ex. 74 to Wiener Declaration |
| 328-67 | Ex. 63 to Wiener Declaration |
| 328-69 | Ex. 65 to Wiener Declaration |
| 328-64 | Ex. 60 to Wiener Declaration |
| 328-65 | Ex. 61 to Wiener Declaration |
| 328-66 | Ex. 62 to Wiener Declaration |
| 328-70 | Ex. 66 to Wiener Declaration |
| 328-83 | Ex. 79 to Wiener Declaration |
| 353-72 | Ex. 68 to Eynon Declaration |
| 328-45 | Ex. 41 to Wiener Declaration |
| 328-46 | Ex. 42 to Wiener Declaration |
| 328-47 | Ex. 43 to Wiener Declaration |
| 328-60 | Ex. 56 to Wiener Declaration |
| 328-80 | Ex. 76 to Wiener Declaration |
| 328-84 | Ex. 80 to Wiener Declaration |
| 328-86 | Ex. 82 to Wiener Declaration |
| 351-15 | Ex. 12 to Hawes Declaration |
| 328-16 | Ex. 12 to Wiener Declaration |
| 328-20 | Ex. 16 to Wiener Declaration |
| 328-25 | Ex. 21 to Wiener Declaration |
| 328-26 | Ex. 22 to Wiener Declaration |
| 328-41 | Ex. 37 to Wiener Declaration |
| 330-70 | Ex. 37 to Cohen Declaration |
| 351-4 | Ex. 1 to Hawes Declaration |
| 351-21 | Ex. 18 to Hawes Declaration |
| 351-23 | Ex. 20 to Hawes Declaration |

| | |
|---|---|
| 351-42 | Ex. 39 to Hawes Declaration |
| 353-8 | Ex. 4 to Eynon Declaration |
| 351-66 | Ex. 63 to Hawes Declaration |
| 351-20 | Ex. 17 to Hawes Declaration |
| 351-24 | Ex. 21 to Hawes Declaration |
| 351-25 | Ex. 22 to Hawes Declaration |
| 351-72 | Ex. 69 to Hawes Declaration |
| 351-73 | Ex. 70 to Hawes Declaration |
| 351-74 | Ex. 71 to Hawes Declaration |
| 351-28 | Ex. 25 to Hawes Declaration |
| 353-25 | Ex. 21 to Eynon Declaration |
| 330-14 | Ex. 6 to Cohen Declaration |
| 330-16 | Ex. 7 to Cohen Declaration |
| 330-18 | Ex. 8 to Cohen Declaration |
| 330-45 | Ex. 24 to Cohen Declaration |
| 330-49 | Ex. 26 to Cohen Declaration* |
| 330-51 | Ex. 27 to Cohen Declaration |
| 330-56 | Ex. 30 to Cohen Declaration |
| 330-58 | Ex. 31 to Cohen Declaration* |
| 330-60 | Ex. 32 to Cohen Declaration |
| 330-62 | Ex. 33 to Cohen Declaration |
| 330-66 | Ex. 35 to Cohen Declaration* |
| 351-51 | Ex. 48 to Hawes Declaration |
| 351-56 | Ex. 53 to Hawes Declaration |
| 351-58 | Ex. 55 to Hawes Declaration |
| 351-64 | Ex. 61 to Hawes Declaration |
| 351-68 | Ex. 65 to Hawes Declaration |
| 353-05 | Ex. 1 to Eynon Declaration* |
| 353-11 | Ex. 7 to Eynon Declaration |
| 353-12 | Ex. 8 to Eynon Declaration |
| 353-13 | Ex. 9 to Eynon Declaration |
| 353-14 | Ex. 10 to Eynon Declaration |
| 353-16 | Ex. 12 to Eynon Declaration |
| 353-17 | Ex. 13 to Eynon Declaration |
| 353-23 | Ex. 19 to Eynon Declaration |
| 353-24 | Ex. 20 to Eynon Declaration |
| 353-27 | Ex. 23 to Eynon Declaration |
| 353-29 | Ex. 25 to Eynon Declaration |
| 353-30 | Ex. 26 to Eynon Declaration |
| 353-31 | Ex. 27 to Eynon Declaration |
| 353-32 | Ex. 28 to Eynon Declaration* |
| 353-33 | Ex. 29 to Eynon Declaration |
| 353-34 | Ex. 30 to Eynon Declaration |

| | |
|---|---|
| 353-38 | Ex. 34 to Eynon Declaration |
| 353-39 | Ex. 35 to Eynon Declaration (corrected version – *see* Dkts. 372, 373, 375)* |
| 353-40 | Ex. 36 to Eynon Declaration* |
| 353-46 | Ex. 42 to Eynon Declaration |
| 353-47 | Ex. 43 to Eynon Declaration* |
| 353-48 | Ex. 44 to Eynon Declaration |
| 353-53 | Ex. 49 to Eynon Declaration |
| 353-54 | Ex. 50 to Eynon Declaration |
| 353-56 | Ex. 52 to Eynon Declaration |
| 353-58 | Ex. 54 to Eynon Declaration |
| 353-63 | Ex. 59 to Eynon Declaration (*see* Dkts. 388, 390 at 2 n.2) |
| 353-68 | Ex. 64 to Eynon Declaration |
| 353-76 | Ex. 72 to Eynon Declaration |
| 353-77 | Ex. 73 to Eynon Declaration |
| 353-80 | Ex. 76 to Eynon Declaration |

*Additional personal identifying information redacted.

Date: January 16, 2026

MORRISON & FOERSTER LLP

*/s/ Jordan Eth*
JORDAN ETH (CA SBN 121617)

*Attorneys for the OpenAI Defendants*

Date: January 16, 2026

DECHERT LLP

*/s/ Russell P. Cohen*
RUSSELL P. COHEN (SBN 213105)

*Attorneys for Defendant Microsoft Corporation*

Date: January 16, 2026

MOLOLAMKEN LLP

*/s/ Robert K. Kry*
ROBERT K. KRY (*pro hac vice*)

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*