# EXHIBIT 16
# PUBLIC REDACTED VERSION

Do not staple.

# Gift agreement
## for individuals or trusts


Vanguard Charitable

Establish a philanthropic account with your irrevocable gift of at least $25,000 in value. Contact our representatives with questions at **888-383-4483** or donorservice@vanguardcharitable.org.

### 1 Account Name

Choose a name for your account ("The Scott Family Charitable Fund," for example). Unless you request anonymity when you recommend grants, the name below will appear on our correspondence with organizations that receive grants from your account. Do not use the words "trust," "endowment," or "foundation" in the name, as these are legal terms for other charitable giving vehicles.

The **Musk Charitable** Fund
Name of Your Vanguard Charitable Account

### 2 Donor Information

Identify all registered owners of the assets being donated. If the donor is a trust, enter the name, last four digits of tax ID, and the date of the trust agreement below. All individual owners, joint owners, trustees, and/or co-trustees must be represented in Section 2.

✓ Trust

**Elon Musk Revocable Trust**
Name of Trust



[REDACTED]           07-22-2003
Taxpayer Identification Number *last 4 digits*    Trust Agreement Date *mm-dd-yyyy*

**Individuals** The tax substantiation letter, which is provided for tax-reporting purposes, will be sent to the address of the first person listed below.

**OWNER/TRUSTEE A**

Gender: ✓ Male   Female

✓ Mr.   Mrs.   Ms.   Dr.   Other

**Elon**              **R**       **Musk**
Owner/Trustee A *first*    *middle initial*   *last*



[REDACTED] 1-9-7-1   [REDACTED]
Birth Date *mm-dd-yyyy*    Social Security Number *last 4 digits*

**2200 Geng Road, Suite 100**
Street Address or P.O. Box Number

**Palo Alto**                    **CA**    **94303**
City                             State     Zip

**650-210-5182**
Business Telephone Number        Home Telephone Number

[REDACTED]
Email Address

Form continues on next page

FCGAW 102013
1 of 8

**OWNER/TRUSTEE B**

Gender:  Male  Female

Mr.  Mrs.  Ms.  Dr.  Other

Owner/Trustee B *first*                    *middle initial*  *last*

Birth Date *mm–dd–yyyy*        Social Security Number    Relationship to Owner/Trustee A
                               *last 4 digits*

Street Address or P.O. Box Number

City                                                          State    Zip

Business Telephone Number          Home Telephone Number

Email Address

### 3. Account Advisor Information

Name a maximum of two advisors to the account. All account advisors must consent to changes to the succession plan or account advisors. Account advisors listed in this section and those you authorize through the *Interested party account access authorization* form can recommend grants and exchanges. See the *Policies and guidelines* booklet for more information.

✓ Check here if the owners or trustees in Section 2 will serve as account advisors and proceed to Section 4. If not, name the account advisors below.

**ACCOUNT ADVISOR A** *primary contact*

Gender:  Male  Female

Mr.  Mrs.  Ms.  Dr.  Other

Account Advisor A *first*                    *middle initial*  *last*

Birth Date *mm–dd–yyyy*        Social Security Number    Relationship to Donor
                               *last 4 digits*

Street Address or P.O. Box Number

City                                                          State    Zip

Business Telephone Number          Home Telephone Number

Email Address

⚠ I acknowledge that I have read and agree to abide by the terms and conditions set forth in Vanguard Charitable's *Policies and guidelines* booklet, which may be amended from time to time.

▶ Signature                                                   Date *mm–dd–yyyy*

FCGAW 102013
2 of 8

Form continues on next page

CONFIDENTIAL
Page 2 of 8
VC000412
07/10/2014  8:09AM (GMT-04:00)

**ACCOUNT ADVISOR B**

Gender: ✓ Male   ☐ Female

✓ Mr.   ☐ Mrs.   ☐ Ms.   ☐ Dr.   ☐ Other

Ronald                                    F              Gong
Account Advisor B  *first*           *middle initial*   *last*

 1 9 6 6              Financial Advisor
Birth Date *mm-dd-yyyy*    Social Security Number   Relationship to Account Advisor A
                           *last 4 digits*

Financial Advisor
Relationship to Donor

6 5 0 - 2 1 0 - 6 1 8 2
Business Telephone Number          Home Telephone Number

2200 Geng Road, Suite 100
Street Address or P.O. Box Number

Palo Alto                                           C A       9 4 3 0 3
City                                                State     Zip

Email Address

⚠ I acknowledge that I have read and agree to abide by the terms and conditions set forth in Vanguard Charitable's *Policies and guidelines* booklet, which may be amended from time to time.


► Signature                                          07-08-2014
                                                     Date *mm-dd-yyyy*

## 1. Contribution Information

For instructions, refer to the *How to make new or additional contributions* sheet. The minimum initial contribution is $25,000.

⚠ Contribution number of shares or dollar value must be included for each gift type.

### Contribution Type

☐ Check  *Make payable to Vanguard Charitable Endowment Program.*

$ _____

If from a charitable organization, enter name above.

Wire

$ _____
Approximate Wire Date

**Vanguard mutual fund shares held at Vanguard**

⚠ Your signature on this *Gift agreement* authorizes Vanguard to process the transfer upon instruction from Vanguard Charitable. A Medallion signature guarantee is required on this form if the value of the transfer is $1 million or more.

Vanguard uses the average cost method as its default cost basis method. If the cost basis method for your Vanguard account is recorded as "Specific ID," you will need to enter your contribution in shares, not in dollars. If your cost basis method election is any other type, no special action is required.

| Vanguard Account Number | Fund Name | Ticker Symbol | Number of Shares OR All | Amount |
|---|---|---|---|---|
| | | | | OR $ |
| | | | | OR $ |
| | | | | OR $ |

**Marketable securities held at Vanguard Brokerage Services\***

⚠ Your signature on this *Gift agreement* authorizes Vanguard Brokerage Services (VBS®) to process the transfer of stocks and bonds, including ETFs, upon instruction from Vanguard Charitable. A Medallion signature guarantee is required on this form if the value of the transfer is $1 million or more. Your contribution will be processed based on number of shares, not approximate value.

VBS uses the First In, First Out (FIFO) cost basis method when identifying gifted stock, unless another cost basis method was selected. If you've chosen the Specific Identification method, please include a separate sheet, signed and dated, that includes the account number, name of security, and date you acquired the shares. VBS will use the average cost method for gifts of mutual fund shares.

| VBS Account Number | Security/Fund Name | Ticker Symbol | Number of Shares OR All | Approximate Value |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |

✓ **Marketable securities held outside of Vanguard Brokerage Services and mutual funds held outside Vanguard**

⚠ For stocks and bonds, including ETFs, attach a photocopy of the *Delivery instructions for securities* form. For mutual funds, attach a completed *Letter of authorization* form with a Medallion signature guarantee and an account statement less than 90 days old from your current institution. Your contribution will be processed based on number of shares, not approximate value.

| Security/Fund Name | Ticker Symbol | Number of Shares | Approximate Value |
|---|---|---|---|
| TBD | | | $ |
| | | | $ |
| | | | $ |

**Stock Certificates**

⚠ Attach a completed *Letter of authorization* form with a Medallion signature guarantee on both the stock certificate and *Letter of authorization* form. Your contribution will be processed based on number of shares, not approximate value.

| Security/Fund Name | Ticker Symbol | Number of Shares | Approximate Value |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

Form continues on next page

FCGAW 102013
4 of 8

CONFIDENTIAL VC000414
Page 4 of 8
07/10/2014 8:09AM (GMT-04:00)

## 5. Investment Option Recommendation

Contribution proceeds may be invested in any combination of the investment options listed below, and your recommended allocation must total 100%. Information on investment options and performance is available at vanguardcharitable.org. If no allocation is selected, 100% of proceeds will be invested in Money Market. Please see the *Policies and guidelines* booklet for more information.

### Multi-Fund Investment Options
Invested in a combination of Vanguard mutual funds.

| | | |
|---|---|---|
| Gift Preservation | 5 0 % | Growth _____ % |
| Conservative Growth | _____ % | Total Equity _____ % |
| Moderate Growth | 5 0 % | |

### Single Fund Investment Options
Invested in a single Vanguard mutual fund.

| | | |
|---|---|---|
| Money Market _____ % | Total U.S. Stock _____ % | Pacific Stock _____ % |
| Short-Term Bond _____ % | Total International Stock _____ % | Emerging Markets Stock _____ % |
| Total Bond _____ % | European Stock _____ % | |

## 6. Succession Plan

Indicate your wishes for administration of this account when the account advisors named in Section 3 (or Section 2) are no longer able or willing to serve. Choose any combination of five options (each designated by a check box below) and assign a percentage of the account assets to each. The five boxes must add up to 100%. If a succession plan is not in effect, remaining account assets will be transferred to Vanguard Charitable's General Fund. Please see Vanguard Charitable's *Policies and guidelines* booklet for more information.

Percentage

✓ **Option 1 of 5: Keep the Account.** Retain this portion of the assets in the existing account and recognize the successor-advisors named below. *You may enter a maximum of two.*     1 0 0 %

**Option 2 of 5: Split the Account.** Use this portion of the assets to create a separate new account for each successor-advisor named below. The minimum initial amount for each new account is $25,000. Each new account will receive an equal portion of the assets, and each account may have two account advisors. *Use an extra sheet, if necessary.*     _____ %

**SUCCESSOR-ADVISOR A**     ✓ Named to existing account     ☐ Named to new account

Gender:  ✓ Male   ☐ Female

✓ Mr.   ☐ Mrs.   ☐ Ms.   ☐ Dr.   ☐ Other

**Antonio**                                  **Gracias**
Successor-Advisor A  *first*       *middle initial*     *last*

**Friend**                    Birth Date *mm-dd-yyyy*         Telephone Number [REDACTED]
Relationship to
Current Account Advisor

[REDACTED]
Street Address or P.O. Box Number

Chicago                                       I L       6 0 6 0 4
City                                          State    Zip

Email Address

Form continues on next page

FCGAW 102013
5 of 8

CONFIDENTIAL
Page 5 of 8

VC000415

07/10/2014   8:09AM (GMT-04:00)

**SUCCESSOR-ADVISOR B**   Named to existing account   Named to new account

Gender:   Male   Female

Mr.   Mrs.   Ms.   Dr.   Other

Successor-Advisor B *first*   *middle initial*   *last*

Relationship to Current Account Advisor

Birth Date *mm-dd-yyyy*   Telephone Number

Street Address or P.O. Box Number

City   State   Zip

Email Address

Percentage

**Option 3 of 5: Lump-Sum Grants.** Recommend this portion of the assets for grants to the following public charities. Indicate percentage for each grant, total percentage, and purpose. Note: Recommendations of lump-sum grants are subject to Vanguard Charitable approval at the time the succession plan is enacted. See the *Policies and guidelines* booklet for more information. *Use an extra sheet, if necessary.*   %

**ORGANIZATION A**   %

Organization A Legal Name

Employer Identification Number   Telephone Number

Street Address or P.O. Box Number   City

State   Zip   Grant Purpose

**ORGANIZATION B**   %

Organization B Legal Name

Employer Identification Number   Telephone Number

Street Address or P.O. Box Number   City

State   Zip   Grant Purpose

**Option 4 of 5:** Recommend an Endowed Grant Plan. Include a completed *Endowed Grant Plan recommendation* form, which can be downloaded at vanguardcharitable.org. Read the *Policies and guidelines* booklet for important details.   %

**Option 5 of 5:** Transfer this portion of the assets to Vanguard Charitable's General Fund. The General Fund supports charities chosen by our Board of Trustees.   %

FCGAW 102013
6 of 8

Form continues on next page

## 7. Related Donors

IRS guidelines require Vanguard Charitable to track its donations from related parties. List below the names of any relatives who have donated to Vanguard Charitable. Use an extra sheet, if necessary.

☐ Mr.    ☐ Mrs.    ☐ Ms.    ☐ Dr.    ☐ Other

Related Party *first*                    *middle initial*    *last*

Relationship to Donor

## 8. Signatures
*All owners/trustees named in Section 2 must sign below to establish an account.*

==I acknowledge that the gift of the property described in Section 4 will be irrevocable and unconditional when received and accepted by Vanguard Charitable. I acknowledge that I have read and agree to abide by the terms and conditions set forth in Vanguard Charitable's *Policies and guidelines* booklet, which may be amended from time to time.== I hereby certify to the best of my knowledge that all information presented in connection with this *Gift agreement* is accurate and that I will notify Vanguard Charitable promptly of any changes. I confirm I have full authority to enter into this agreement.

If a Medallion signature guarantee is required for your contribution, do not sign unless you are in the presence of the authorizing officer.

**OWNER/TRUSTEE A**

▶ *[signature]*                                    07-09-2014
Signature                                         Date mm-dd-yyyy

**OWNER/TRUSTEE B** *if applicable*

▶
Signature                                         Date mm-dd-yyyy

---

**Medallion Signature Guarantee—REQUIRED for gifts valued at $1 million or more of (1) mutual fund shares held at Vanguard, and (2) securities held at Vanguard Brokerage Services.**

A notary public cannot provide a Medallion signature guarantee.

▶

Signature of Authorized Officer

Name of Institution

Title

Date mm-dd-yyyy

Please ensure with your bank or broker that the Medallion signature guarantee(s) provided will cover the amount of the gift.

**Authorized Officer to Place Stamp Here**
*Medallion Required*

This applies to all signatures in Section 8.

---

Form continues on next page

FCGAW 102013
7 of 8

CONFIDENTIAL                                      VC000417
Page 7 of 8
07/10/2014  8:09AM (GMT-04:00)

### 9. Referral Information

Tell us how you learned about Vanguard Charitable. Check all that apply.

- [ ] Friend
  - Name of Friend
- [✓] Financial Advisor
- [ ] Publication
  - Title of Publication
- [ ] Website
  - Specific Website
- [ ] Vanguard Charitable
- [ ] The Vanguard Group
- [ ] I am a Vanguard shareholder.
  - Name of representative

### 10. Return Information

Return this completed form and all required documentation to Vanguard Charitable in <u>one</u> of the following ways. If the document has a Medallion signature guarantee, it must be mailed.

Mail: Vanguard Charitable, P.O. Box 55766, Boston, MA 02205-5766

Email: donorservice@vanguardcharitable.org   *Documents should be encrypted and password shared separately.*

Fax: 866-485-9414

Note: If you must send information in various formats, include a note clearly indicating which components have already been sent to avoid confusion or delays in processing.

[Print]

© 2013 Vanguard Charitable Endowment Program. All rights reserved.

FCGAW 102013
8 of 8