# EXHIBIT 21

# PUBLIC REDACTED VERSION

 **FIDELITY Charitable** Make more of a difference | Questions? Go to FidelityCharitable.org or call 800-682-4438.

# Charitable Investment Advisor Program Application

This Program allows Account Holders with more than $250,000 in a Giving Account® to nominate their investment advisor to manage Fidelity Charitable's assets.

Type or print clearly in CAPITAL letters and black ink. If you need more room for information or signatures, use a copy of the relevant page.

---

### Helpful to Know

- Corporations and other business entities should complete the Fidelity Charitable Donor Application found on Fidelitycharitable.org or through our Charitable Planning Specialists at 800-682-4438.
- This form requires Account Holders to work with their advisor to complete certain information. Both the Account Holder and the advisor must sign this application.
- The term "Giving Account" refers to a donor-advised fund at Fidelity Charitable. Giving Account balances include both the advisor-managed charitable balances and any balances in the Fidelity Charitable investment pools.

- Please refer to the *Charitable Investment Advisor Program: Description and Investment Policy Guidelines* for administrative fees associated with Giving Accounts enrolled in the Charitable Investment Advisor Program.
- To contribute securities or mutual funds held at a firm other than Fidelity, the attached Letter of Instruction is required.
- To contribute cash, securities, or mutual funds held in a nonretirement Fidelity brokerage account, check the box in Section 3, Subsection B for authorization, and disregard the attached Letter of Instruction.

---

## 1. Account Holder Information

### A. ☐ Existing Giving Account Holder

Please provide your information below and proceed to **Section 2.**

| Account Holder Name | Giving Account Name | Giving Account Number |
|---|---|---|
| | | |

### B. ☑ New Giving Account Holder

Please complete the section below.

**Account Holder Details**

All Account Holders named on the Giving Account® have full and equal privileges. There can be up to four Account Holders, with one person serving as the Primary Account Holder to whom all Giving Account® correspondence will be sent, with the exception of confirmations related to contributions made by an Additional Account Holder.

**Primary Account Holder**

*This will appear on Giving Account® correspondence.*

| First Name | M.I. | Last Name | Social Security or Taxpayer ID Number |
|---|---|---|---|
| Elon | | Musk | ▮▮▮▮ |

| Salutation e.g. Dr. and Mrs. John Smith; Joan and John Smith |
|---|
| |

| Date of Birth MM DD YYYY | Email |
|---|---|
| 1971 | ▮▮▮▮ |

| Evening Phone | Daytime Phone | Extension |
|---|---|---|
| | ▮▮▮▮ | ▮▮▮▮ |

**Citizenship**

*Check one.*  ☑ U.S. citizen  ☐ U.S. resident alien

**Name Your Giving Account**

Grants made to charities are accompanied by a letter that includes the Giving Account name, unless anonymity is specifically requested.

| Giving Account Name e.g. Smith Family Fund |
|---|
| The Musk Foundation Charitable Fund |

Account Holder Information continues on next page. ▶▶

HIGHLY CONFIDENTIAL                                                    FIDCHAR-OPENAI-000751

*1. Account Holder Information, continued*

## Legal/Residential Address

*Provide the address used for tax reporting. Cannot be a P.O. Box, mail drop, or c/o.*

| Address | | | |
|---|---|---|---|
| 1 ROCKET ROAD | | | |

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| HAWTHORNE | CA | 90250 | USA |

## Mailing Address

☐ Same as legal/residential address

| Address | | | |
|---|---|---|---|
| ███████████████████ | | | |

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| Los Angeles | CA | 90049 | USA |

## Additional Account Holder *Optional*

| First Name | M.I. | Last Name | Social Security or Taxpayer ID Number |
|---|---|---|---|
| | | | |

| Salutation *e.g., Dr. and Mrs. John Smith; Joan and John Smith* |
|---|
| |

| Date of Birth MM/DD/YYYY | Email |
|---|---|
| | |

| Evening Phone | Daytime Phone | Extension |
|---|---|---|
| | | |

### Citizenship

*Check one.*   ☐ U.S. citizen   ☐ U.S. resident alien

## Legal/Residential Address

*Provide the address used for tax reporting. Cannot be a P.O. Box, mail drop, or c/o.*

| Address | | | |
|---|---|---|---|
| | | | |

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| | | | |

## Mailing Address

☐ Same as legal/residential address

| Address | | | |
|---|---|---|---|
| | | | |

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| | | | |

Please go to **Section 5** to add Additional Account Holders.

## Successor Election

*For more details, refer to the Program Circular, available online at FidelityCharitable.org.*

Account Holders can name individuals (Individual Account Holders) to succeed them on the Giving Account and/or may recommend IRS-qualified public charities (Charitable Organizations) to receive part or all of the balance and/or may recommend the Endowed Giving Program. If no successor is elected upon notification of the death of the last remaining Account Holder, the Trustees will liquidate the remaining assets in the Giving Account and distribute the proceeds to the Trustees' Philanthropy Fund. You may specify more than one successor for each option (attach additional sheets), and you may choose any combination of the two successor options. (Total successor allocation among the two options must total 100%.) Refer to the Program Circular, available online at FidelityCharitable.org, for more details. Account Holders participating in the Charitable Investment Advisor Program who enroll in the Endowed Giving Program may recommend having the Giving Account assets managed by their CIAP-qualified investment firm. All investment firms participating in CIAP are subject to ongoing review and approval by Fidelity Charitable.

Account Holder Information continues on next page. ▶▶

HIGHLY CONFIDENTIAL                                   FIDCHAR-OPENAI-000752

*1. Account Holder Information, continued*

**Individual Successor**  *Attach additional sheets if more than one.*

| | | | % of Giving Account |
|---|---|---|---|
| | | | 100 % |

| First Name | M.I. | Last Name | Social Security or Taxpayer ID Number |
|---|---|---|---|
| Kimbal | | Musk | ▮▮▮▮ |

| Date of Birth MM DD YYYY | Email | Relationship to Account Holder |
|---|---|---|
| ▮▮2 | ▮▮▮▮ | Brother |

*Provide the address used for tax reporting. Cannot be a P.O. Box, mail drop, or c/o.*

**Legal / Residential Address**

| Address | | | |
|---|---|---|---|
| ▮▮▮▮ | | | |

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| Greenwood Village | CO | 80111 | |

*Check one.*

**Citizenship**

☑ U.S. citizen   ☐ U.S. resident alien

**Charitable Organization Successor**  *Attach additional sheets if more than one.*

| | % of Giving Account |
|---|---|
| | % |

| Organization Name | Federal Taxpayer ID Number  if known |
|---|---|
| | |

| Phone |
|---|
| |

**Mailing Address**

| Address | | | |
|---|---|---|---|
| | | | |

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| | | | |

| COMBINED TOTAL OF INDIVIDUAL AND CORPORATE SUCCESSORS MUST EQUAL | Total |
|---|---|
| | 1 0 0 % |

> Successor Charitable Organizations are reviewed at initial recommendation, upon the death of the last remaining Account Holder, and before the grant distribution.

**Endowed Giving Program**  *$100,000 minimum*

Account Holders who wish to support charitable organizations beyond their lifetime by providing ongoing grants to up to six (6) charitable beneficiaries may enroll in the Endowed Giving Program. A $100,000 minimum Giving Account balance is required at activation, which occurs at the death of the last remaining Account Holder. Please refer to the Program Circular and the Endowed Giving Program Enrollment Form found online at FidelityCharitable.org for eligibility and further details. The Endowed Giving Program requires a minimum total annual distribution amount of 5% of the Giving Account balance or applicable IRS minimum percentage, whichever is greater. If amounts distributed in a given year do not meet this minimum, Fidelity Charitable will calculate and distribute the difference to the charitable grant recipients in the same proportion as recommended. Distribution calculations are based on the Giving Account balance as of December 31 of the prior calendar year.

*Form continues on next page.* ▶▶

1.969311.102         **Page 3 of 10**

HIGHLY CONFIDENTIAL                    FIDCHAR-OPENAI-000753

## 2. Nominated Advisor Firm Information

Complete the section below to nominate an investment advisor to actively manage the charitable assets in a Giving Account. Eligible advisors must adhere to the *Charitable Investment Advisor Program: Investment Policies and Guidelines*, as amended from time to time.

### A. Nominated Advisor Firm and Advisor Representative Information

Firm Name
**UBS FINANCIAL SERVICES**

Firm Mailing Address
**2000 AVENUE OF THE STARS, 7TH FL NORTH**

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| **LOS ANGELES** | **CA** | **90067** | **USA** |

Primary Advisor Representative Name
**M. SCOTT HARRIES**

| Advisor Representative Phone | Advisor Representative Email | Birthday MMDD |
|---|---|---|
| 3  1  0  7  3  4  2  4  1  4 | SCOTT.HARRIES@UBS.COM | 0  2  0  4 |

**G Numbers**

*If the advisor representative works with Fidelity Institutional Wealth Services, list the G number(s) associated with the advisor firm, if known.*

| Primary G Number | |
|---|---|
| G | G |
| G | G |

Additional Advisor Representative Name

Role  *Select all that apply*
☐ Investment Advisor      ☐ Operational      ☐ Investment Advisor Associate

| Advisor Representative Phone | Advisor Representative Email | Birthday MMDD |
|---|---|---|

Additional Representative Name

Role  *Select all that apply*
☐ Advisory      ☐ Operational      ☐ Client Service

| Advisor Representative Phone | Advisor Representative Email | Birthday MMDD |
|---|---|---|

### B. Nominated Advisor Access

By participating in the Charitable Investment Advisor Program, your advisor will have access to your Giving Account and limited transaction capability,* as described below:

- Obtain Giving Account information, e.g., balance, contribution, and grant history
- Make contributions to Fidelity Charitable for allocation to the Giving Account
- Recommend investment pool allocation and balance transfers
- Add or delete a successor and change successor elections
- Change Account Holder(s) address, email, phone, fax

It is Fidelity Charitable's practice to allow both a primary advisor and designated members of an advisory firm to have access to a Giving Account.

☐ Account Holder elects to give advisor representative access **only** to the advisor-managed charitable assets in the Giving Account. NOTE: By limiting the advisor representative's access, they will not be able to view the remainder of the Giving Account or have any administrative rights.

If you would like an additional individual to have Giving Account access on your behalf, please complete a Giving Account Access Form, available online at FidelityCharitable.org or by contacting Fidelity Charitable at 800-682-4438.

*Advisor representatives enrolled in the Charitable Investment Advisor Program cannot have grant recommendation privileges on a participating Account Holder's Giving Account.

Nominated Advisor Firm Information continues on next page. ▶▶

HIGHLY CONFIDENTIAL          FIDCHAR-OPENAI-000754

*2. Nominated Advisor Firm Information, continued*

## C. Investment Advisory Fee

*The investment advisory fee is separate from Fidelity Charitable's administrative fee. Please refer to the Charitable Investment Advisor Program: Description and Investment Policy Guidelines for Fidelity Charitable fees.*

Please indicate the investment advisory fee the nominated advisor representative will assess for this Giving Account.

☐ A negotiated flat rate of the following basis points, assessed annually:

Basis Points
0

☐ The investment advisory fee falls within the advisor firm's standard schedule as noted in the ADV or the firm's marketing materials.

☐ The investment advisory fee does not fall with the advisor firm's standard schedule. Please note: The advisor representative must include the non-standard fee schedule with the application.

## D. Benchmark Selection

Advisors managing Giving Account assets within the Charitable Investment Advisor Program will be measured and monitored at periodic intervals against selected index-based benchmark(s). Benchmarks are intended to offer a consistent measure of performance against the existing investment strategy and will not be changed unless the long-term investment strategy has changed significantly.

Please indicate the appropriate percentage allocation to each index (in whole numbers only) to create a benchmark against which the Fidelity Charitable Trustees will monitor performance. The sum of all percentage allocations must equal 100%. You need not provide a percentage for every benchmark listed. For example, you can choose to allocate 100% to the S&P 500®, and do not need to provide percentages to the Russell Indexes.

NOTE: The advisor representative must notify Fidelity Charitable immediately if the benchmark allocation changes after this form is submitted.

| Domestic Equity Index | Weight | | International/Global Equity Index | Weight | |
|---|---|---|---|---|---|
| S&P 500® Index | | % | MSCI® EAFE® Index | | % |
| Dow Jones Wilshire 5000 Composite Index | | % | MSCI® AC World Index | | % |
| Russell 1000® Index | | % | | | |
| Russell 1000® Value Index | | % | | | |
| Russell 1000® Growth Index | | % | Fixed Income/Cash | Weight | |
| Russell Midcap® Index | | % | Barclays U.S. Aggregate Bond Index | | % |
| Russell Midcap® Value Index | | % | Barclays 3-Month U.S. Treasury Bill Index | 100 | % |
| Russell Midcap® Growth Index | | % | Merrill Lynch U.S. High Yield Master II Constrained Index | | % |
| Russell 2000® Index | | % | TOTAL PERCENTAGE MUST EQUAL: | 1 0 0 | % |

## E. Dividend and Capital Gain Payments  *Only applicable when charitable assets are custodied at Fidelity Investments*

The selections below concern the handling of any dividends, capital gains, and similar payments made by securities in the advisor-managed portion of the Giving Account. Any payments that you choose to have reinvested will be used to purchase additional shares of the security that is making the payment. Any payments that you choose to have paid to the account will be placed into the advisor-managed portion of the Giving Account.

*Check one only.*

☐ **Reinvest:** Payments from all mutual funds
**Pay to Core Account:** Payments from all eligible U.S. equities and closed-end funds

☐ **Reinvest:** Payments from all eligible U.S. equities and closed-end funds
**Pay to Core Account:** Payments from all mutual funds

☐ **Reinvest:** Payments from all eligible securities; any payments from ineligible securities will be paid to your core account

☑ **Pay All to Core Account**

Form continues on next page. ▶ ▶

HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000755

# 3. Irrevocable Contribution

Participation in the Charitable Investment Advisor Program requires a $250,000 minimum balance. **Please note: For existing Account Holders, if your current Giving Account balance exceeds $250,000 and you will not be making an additional contribution, please proceed to Section 4.**

For contributions of assets that are not publicly traded, such as restricted stock, private company stock, real estate, and limited partnership interests, please call Fidelity Charitable at 800-682-4438.

## A. Where Will the Advisor Firm Custody the Charitable Assets?

*Please complete if advisor's firm participates in the Charitable Investment Advisor Program and is approved to custody assets at a firm other than Fidelity Investments.*

☐ Fidelity Investments.  Please proceed to **Section B.**

☑ Other

| Firm Name |
| --- |
| UBS FINANCIAL SERVICES |

Please follow your advisor firm's instructions for transferring assets and proceed to **Section 4.**

**NOTE:** Your entire contribution will automatically be allocated to the advisor-managed portion of your Giving Account. Assets being contributed in-kind to the Advisor-Managed Account *will not* be liquidated. If you would prefer to have Fidelity Charitable allocate your entire contribution to the portion of your Giving Account invested in the investment pools, please contact Fidelity Charitable at 800-682-4438.

## B. What Assets Are You Contributing?

Complete the applicable section below and check the appropriate box. If your employer matches charitable contributions to charities with donor-advised fund programs, please include the appropriate company paperwork.

*NOTE: Securities held for one year or less are generally deductible at the lesser of cost basis or fair market value.[1]*

## Cash, Securities, or Mutual Funds Held at Fidelity

### I. Cash or Cash Equivalents

☐ Contribute cash held at Fidelity

| Cash Transfer Amount | Fidelity Account Number |
| --- | --- |
| $ | |

### II. Securities or Mutual Funds

☐ Contribute the following securities or mutual funds held at Fidelity. *Note: All trades are transacted in shares. If you prefer to indicate a dollar amount, we will make a current estimate (based on the previous business day's closing share price) of the number of shares needed to reach the dollar amount indicated. However, due to market conditions at the close of the market on the day the transaction is processed, the amount may be above or below the dollar amount you indicated.* **Fidelity Brokerage customers see Section 4.**

| Security/Mutual Fund Name | | Symbol  *if known* | Fidelity Account Number |
| --- | --- | --- | --- |
| Number of Shares | Approximate Dollar Amount  *Optional* $ | | |
| Security/Mutual Fund Name | | Symbol  *if known* | Fidelity Account Number |
| Number of Shares | Approximate Dollar Amount  *Optional* $ | | |

### Required for Fidelity Investments customers

☐ By checking this box, You (an account owner of a Fidelity brokerage account) are 1) authorizing National Charitable Services Corp. ("NCS") to accept instructions from You and/or your Authorized Interested Party/Agent/Advisor ("Your Agent") to transfer cash and securities from a Fidelity nonretirement brokerage account to Fidelity Charitable, as a charitable contribution, without requiring additional written instructions from You; and 2) authorizing Fidelity Brokerage Services LLC and National Financial Services LLC to act on such instructions directly from NCS without additional authorizations from You. This authorization shall apply only to nonretirement Fidelity brokerage accounts on which You are registered as an owner ("Fidelity Account"), and in the case of Your Agent, for which Your Agent has been authorized with full trading authority or asset movement authorization level 1 or 2. This authorization will be relied upon only when You or Your Agent provides contribution instructions to Fidelity Charitable. This authorization is subject to the terms and conditions described in Section 6 of this form. Please read these terms and conditions carefully and retain them for your records.

**Irrevocable Contribution continues on next page. ▶▶**

1.969311.102                      Page 6 of 10                      018490206

*3. Irrevocable Contribution, continued*

### Cash, Securities, or Mutual Funds Not Held at Fidelity

**III. Check or Wire**

*Fidelity Charitable® will not accept contributions of currency or certain cash-like monetary instruments, including cashier's checks, treasurer's checks, bank checks, official checks, bank drafts, traveler's checks, postal money orders, or money orders.*

☐ Check

| Check Amount |
|---|
| $ |

Make checks payable to Fidelity® Charitable Gift Fund and reference the Giving Account number or name in the memo section.

☐ Wire

| Wire Amount | Bank Name |
|---|---|
| $ | |

Wire to: JPMorgan Chase Bank, New York, NY, ABA Number: 021000021 For credit to: National Financial Services LLC, Account: 066196-221 For benefit of: Fidelity® Charitable Gift Fund, Z97-000442. For further credit to: Name and Giving Account Number (if known). **Fidelity Charitable will not initiate this wire transfer.**

**IV. Securities or Mutual Funds**

**You must complete the attached Letter of Instruction. Please refer to the Letter of Instruction for mailing instructions.**

†Information provided is general and educational in nature. It is not intended to be, and should not be construed as, legal or tax advice. Fidelity Charitable does not provide legal or tax advice. Content provided relates to taxation at the federal level only. Availability of certain federal income tax deductions may depend on whether you itemize deductions. Rules and regulations regarding tax deductions for charitable giving vary at the state level, and laws of a specific state or laws relevant to a particular situation may affect the applicability, accuracy, or completeness of the information provided. Charitable contributions of capital gain property held for more than one year are usually deductible at fair market value. Deductions for capital gain property held for one year or less are usually limited to cost basis. Consult an attorney or tax advisor regarding your specific legal or tax situation.

**V. Stock Certificates Held in Personal Possession**

☐ Contribute the following stock certificates. *Note: Endorse certificate(s) by writing "National Financial Services LLC" between the words "appoint" and "attorney" in the space provided on the back of each certificate. Date and Sign the certificate exactly as your name(s) appears on the front. Mail certificates along with this application via registered mail.*

| Name of Stock | Number of Shares |
|---|---|
| | |
| Name of Stock | Number of Shares |
| | |

## 4. Signatures and Dates

<mark>By signing below, Account Holder(s):</mark>

- <mark>Acknowledges that you have read the current *Fidelity Charitable Policy Guidelines: Program Circular* and the *Charitable Investment Advisor Program: Investment Policies and Guidelines* and agree to the terms and conditions described therein.</mark>
- Will promptly notify Fidelity Charitable in writing of any changes.

- Understands that any contribution, once accepted by the Trustees, represents an irrevocable contribution to Fidelity Charitable and is not refundable.
- Certifies that to the best of your knowledge all information presented in connection with this form is accurate.

| Primary Account Holder Name |
|---|
| ELON MUSK |

| Primary Account Holder Signature | Date MM-DD-YYYY |
|---|---|
| *[signature]* | ▶ 06/21/2017 |

| Additional Account Holder Name |
|---|
| |

| Additional Account Holder Signature | Date MM-DD-YYYY |
|---|---|
| ▶ | ▶ |

Signatures and Dates continues on next page. ▶ ▶

L    1.969311.102          Page 7 of 10          018490207    

HIGHLY CONFIDENTIAL

FIDCHAR-OPENAI-000757

*4. Signatures and Dates, continued*

**Investment Advisor Signature**

By signing below, the nominated Investment Advisor:

- Acknowledges that you have read the current Fidelity Charitable Policy Guidelines: Program Circular and the Charitable Investment Advisor Program: Investment Policies and Guidelines and agree to manage the assets in accordance with all the Guidelines.
- Agrees to disclose to the Account Holder the advisory fee that will be charged to Fidelity Charitable and agrees to provide invoices to Fidelity Charitable to substantiate such fees.

- Acknowledges that the benchmark you provide will be used to measure performance for the advisor-managed portion of the Giving Account.
- Will promptly notify Fidelity Charitable in writing of any changes to the information set forth in this form.

| Investment Advisor Name |
|---|
| M. SCOTT HARRIES |

| Investment Advisor Signature | Date MM-DD-YYYY |
|---|---|
| SIGN | 6/22/17 |

Under policies of Fidelity Charitable, and in accordance with the anti-money laundering regulations applicable to the various financial institutions that provide financial services to Fidelity Charitable, we obtain, record, and may verify information that identifies each person who establishes a Giving Account at Fidelity Charitable, and other people who contribute or have access to the Giving Account.

What this means: Fidelity Charitable will ask for the name, address, Social Security number, date of birth, and other information that will allow us to identify people with access to the Giving Account. We may also ask to see individual driver's licenses or other identifying documents, and we may verify the information we obtain.

# 5. Additional Account Holders  *Optional*

**Additional Account Holder**

| First Name | M.I. | Last Name | Social Security or Taxpayer ID Number |
|---|---|---|---|
| | | | |

| Salutation  e.g. Dr. and Mrs. John Smith; Joan and John Smith |
|---|
| |

| Date of Birth  MM-DD-YYYY | Email |
|---|---|
| | |

| Evening Phone | Daytime Phone | Extension |
|---|---|---|
| | | |

**Citizenship**

Check one.   ☐ U.S. citizen   ☐ U.S. resident alien

**Legal Address**

*Provide the address used for tax reporting. Cannot be a P.O. Box, mail drop, or c/o.*

| Address |
|---|
| |

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| | | | |

**Mailing Address**

☐ Same as legal/residential address

| Address |
|---|
| |

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| | | | |

Additional Account Holders continues on next page. ▶ ▶

HIGHLY CONFIDENTIAL          FIDCHAR-OPENAI-000758

*5. Additional Account Holders, continued*

By signing below, Additional Account Holder:
- Acknowledges that you have read the current *Fidelity Charitable Policy Guidelines: Program Circular and the Charitable Investment Advisor Program: Investment Policies and Guidelines* and agree to the terms and conditions described therein.
- Will promptly notify Fidelity Charitable in writing of any changes.
- Understands that any contribution, once accepted by the Trustees, represents an irrevocable contribution to Fidelity Charitable and is not refundable.
- Certifies that to the best of your knowledge all information presented in connection with this form is accurate.



| Additional Account Holder Name | |
|---|---|
| Additional Account Holder Signature | Date MM-DD-YYYY |

**SIGN** ▶                                             ▶

**Section 5 may be copied should space be required to list additional Account Holders.**

---

**Did you sign the form and attach any necessary documents?**
Send form and any attachments to Fidelity Charitable.

**Questions?** Call 800-682-4438.

**Regular mail**
Fidelity Charitable
P.O. Box 770001
Cincinnati, OH 45277-0053

OR

Fax form to: 877-665-4274

**Overnight mail**
Fidelity Charitable
100 Crosby Parkway KC1D-FCS
Covington, KY 41015-9325

---

# 6. Terms and Conditions

**Terms and Conditions for Fidelity Brokerage Customers**

By granting this authorization, You understand and agree that Fidelity Brokerage Services LLC, National Financial Services LLC, and National Charitable Services Corp. (collectively hereinafter "Fidelity") and Fidelity Charitable will not undertake to confirm Your Agent's representations or instructions or to monitor Your Agent's compliance with your instructions to him or her and will rely solely upon the instructions of Your Agent for these transfers. You understand that You should carefully review your account documentation and monitor all activity in your Fidelity Account and your Giving Account® at Fidelity Charitable. Fidelity or NCS may require direct instructions from You on transactions over a certain dollar amount. Upon requests for any account-related activity in your Fidelity Account or your Giving Account® at Fidelity Charitable from Your Agent, Fidelity and/or Fidelity Charitable reserves the right, but is not obligated, to confirm with You any of your or Your Agent's instructions prior to acting on them and to restrict or not accept requests for these transfers, at its/their own discretion.

Your Agent is authorized to act for You and on your behalf in the same manner and with the same force and effect as you might or could do to the extent necessary or incidental to the furtherance or conduct of the Fidelity Account in accordance with this authorization or your separate standing instructions. Your Agent will not conduct activity in your Fidelity Account that exceeds its authority under this authorization or any other agreement governing your Fidelity Account(s). This authorization shall be applicable to all assets you hold in your Fidelity Account(s). No Fidelity entities are affiliated with Your Agent (excluding however, Strategic Advisers, Inc.) and have no relationship except as described in this authorization. Neither Fidelity nor Fidelity Charitable will have any duty to inquire into the authority of Your Agent to engage in particular transactions or to monitor the terms of any oral or written agreement between You and Your Agent. Your Agent is obligated to comply with, and make all disclosures as required by, all applicable state, federal, and industry securities laws and regulations, and interpretations promulgated thereunder, including but not limited to the Investment Advisers Act of 1940, the Securities Exchange Act of 1934, the Investment Company Act of 1940, and the NASD Rules and/or FINRA rules. Neither Fidelity nor Fidelity Charitable will undertake to confirm or ensure that Your Agent remains in compliance with its obligations. You agree to indemnify and hold harmless Fidelity Brokerage Services LLC, National Financial Services LLC, National Charitable Services Corp., and Fidelity Charitable, and any of its affiliates and their respective officers, directors, employees, and agents from and against any and all losses, claims, or financial obligations (including reasonable attorneys' fees) that may arise from any act or omission of Your Agent with respect to your Fidelity Account or Giving Account® at Fidelity Charitable. This authorization is a continuing one and shall remain in full force and effect until either Fidelity or Fidelity Charitable is notified in writing of your death, disability, or incapacity or unless revoked through written notice actually received by either Fidelity or Fidelity Charitable. Such revocation, however, shall not affect any prior liability in any way resulting from any transaction initiated before receipt of the revocation. Furthermore, it is understood that this authorization and indemnity is in addition to, and in no way restricts, any rights that may exist at law or under any other agreement(s) between You and Fidelity Brokerage Services LLC, National Financial Services LLC, National Charitable Services Corp., or Fidelity Charitable. This authorization and indemnity shall be construed, administered, and enforced according to the laws of the Commonwealth of Massachusetts. It shall inure to the benefit of Fidelity and Fidelity Charitable, and of any successor organization(s) (whether by merger, consolidation, or otherwise) irrespective of any change(s) at any time in the personnel thereto for any cause whatsoever and to the benefit of the affiliates and the assigns of Fidelity or Fidelity Charitable or any successor organization. It is further understood that Fidelity and/or Fidelity Charitable reserves the right to cease accepting instructions from You or Your Agent at its sole discretion and for its sole protection.

Form continues on next page. ▶▶

---

1.969311.102          **Page 9 of 10**          018490210     

FIDCHAR-OPENAI-000759

## Disclosures

The Standard & Poor's 500® Index (S&P 500®) is a market capitalization–weighted index of 500 common stocks chosen for market size, liquidity, and industry group representation to represent U.S. equity performance.

The Dow Jones Wilshire 5000 Composite Index is a float-adjusted market capitalization–weighted index of substantially all equity securities of U.S.-headquartered companies with readily available price data.

The Russell 1000® Index is a market capitalization–weighted index of stocks of the 1,000 largest U.S.-domiciled companies.

The Russell 1000® Value Index is a market capitalization–weighted index of those stocks of the 1,000 largest U.S.-domiciled companies that exhibit value-oriented characteristics.

The Russell 1000® Growth Index is a market capitalization–weighted index of stocks of the 1,000 largest U.S.-domiciled companies that exhibit growth-oriented characteristics.

The Russell Midcap® Index is a market capitalization–weighted index that measures the performance of the 800 smallest companies in the Russell 1000 Index.

The Russell Midcap® Value Index is a market capitalization–weighted index of the smallest 800 companies included in the Russell 1000 Index that exhibit value-oriented characteristics. The Russell 1000 Index is composed of the 1,000 largest U.S.-domiciled companies.

The Russell Midcap® Growth Index is a market capitalization–weighted index of the smallest 800 companies included in the Russell 1000 Index that exhibit growth-oriented characteristics. The Russell 1000 Index is composed of the 1,000 largest U.S.-domiciled companies.

The Russell 2000® Index is a market capitalization–weighted index of the stocks of the smallest 2,000 companies in the Russell 3000® index.

The Russell 3000® Index is composed of the 3,000 largest U.S.-domiciled companies.

The Morgan Stanley Capital International Europe, Australasia, Far East (MSCI® EAFE®) Index is a market capitalization–weighted index of equity securities of companies domiciled in various countries. The Index is designed to represent the performance of developed stock markets outside the United States and Canada and excludes certain market segments unavailable to U.S.-based investors. Index returns for periods after January 1, 1997, are adjusted for tax withholding rates applicable to U.S.-based mutual funds organized as Massachusetts business trusts.

The Morgan Stanley Capital International All Country World Index (MSCI® AC World Index) is a market capitalization–weighted index that is designed to represent the performance of developed and emerging stock markets throughout the world, and also excludes certain market segments unavailable to U.S.-based investors.

The Barclays U.S. Aggregate Bond Index is a market value–weighted index of investment-grade fixed-rate debt issues, including government, corporate, asset- backed, and mortgage-backed securities, with maturities of one year or more.

The Barclays 3-Month U.S. Treasury Bill Index is a market value–weighted index of investment-grade fixed-rate public obligations of the U.S. Treasury with maturities of 3 months, excluding zero coupon strips.

The Merrill Lynch U.S. High Yield Master II Constrained Index is a market value–weighted index of all domestic and Yankee high-yield bonds, including deferred interest bonds and payment-in-kind securities. Issues included in the index have maturities of one year or more and have a credit rating lower than BBB-/Baa3, but are not in default. The Merrill Lynch U.S. High Yield Master II Constrained Index limits any individual issuer to a maximum of 2% benchmark exposure.

The third-party marks appearing above are the property of their respective owners.

Fidelity Charitable is the brand name for the Fidelity® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license. Giving Account is a registered service mark of the Trustees of Fidelity Charitable. The third-party marks appearing herein are the property of their respective owners. 660427.2.0

HIGHLY CONFIDENTIAL                                      FIDCHAR-OPENAI-000760