# EXHIBIT 22
# PUBLIC REDACTED VERSION

 **FIDELITY Charitable** — Questions? Go to FidelityCharitable.org or call 800-952-4438.

# Contribution Form and Letter of Instruction

Use this form to make contributions to a Fidelity Charitable® Giving Account®. If you prefer to make your contribution online, visit FidelityCharitable.org.

Print clearly in CAPITAL letters and black ink. If you need more room for information or signatures, make a copy of the relevant page.

Check all boxes below that apply to the type of contribution being made and complete all applicable sections indicated.

☐ Assets from a Fidelity Investments Brokerage Account. Complete Sections 1, 2, 5, and 7.
☒ Assets from an account at a financial institution other than Fidelity. Complete Sections 1, 5, 6, and 7.
☐ Cash Equivalents (check or wire transfer). Complete Sections 1, 3, 5, and 7.
☐ Stock Certificates Held in Personal Possession. Complete Sections 1, 4, 5, and 7.
☐ Contribute Restricted Stock, Shares Held at the Company/Transfer Agent, Private Placements, Stock from Dividend Reinvestment Plans (DRIPs), Real Estate, or Bitcoin. Call Fidelity Charitable at 800-952-4438 for instructions.

## 1. Account Holder or Third-Party Contributor

Who is making this contribution to Fidelity Charitable? The information provided will be used to generate a tax receipt to the person or entity making the contribution.

Check one. ☐ Primary Account Holder  ☐ Additional Account Holder  ☒ Third-Party Contributor

*Phone numbers are for questions about this request only; they will not update your Fidelity Charitable contact information.*

First Name: **Musk**   M.I.:   Last Name: **Foundation**   Giving Account Number: **0481**

Evening Phone: [redacted]   Daytime Phone: [redacted]   Extension:

*Provide the address used for tax reporting. Cannot be a P.O. Box or c/o.*

Address: [redacted]
City: **Hawthorne**   State/Province: **CA**   ZIP/Postal Code: **90250**   Country: **USA**

*Third-party contributors ONLY*
Social Security or Tax Identification: [redacted]
Check one. ☒ U.S. citizen  ☐ U.S. resident alien

## 2. Assets from a Fidelity Investments Account

Complete the applicable section below. If your employer matches charitable contributions to charities with donor-advised fund programs, please include the appropriate company paperwork. NOTE: Securities held for one year or less are generally deductible at the lesser of cost basis or fair market value.

*Enter specific share identification, if applicable. If you do not specify tax lots, contributions will be processed using the account's default disposal method.*

Contribute the following cash, stocks, securities, or mutual funds held at Fidelity. Note: All trades are transacted in shares. Partial shares for stocks cannot be contributed unless the entire position is being contributed.

| Description of Assets (If cash, indicate exact dollar amount) | Symbol if known | Fidelity Account Number |
|---|---|---|
| | | |

| Number of Shares | Lot Acquisition Date (Optional MM/DD/YYYY) | Lot Acquisition Cost (Optional) |
|---|---|---|
| | | $ |

| Description of Assets (If cash, indicate exact dollar amount) | Symbol if known | Fidelity Account Number |
|---|---|---|
| | | |

| Number of Shares | Lot Acquisition Date (Optional MM/DD/YYYY) | Lot Acquisition Cost (Optional) |
|---|---|---|
| | | $ |

By signing this form, I hereby authorize National Financial Services LLC and Fidelity Brokerage Services LLC ("Fidelity") to act on instructions directly from National Charitable Services Corp. on my behalf to transfer my contributed asset(s) indicated on this form from my nonretirement brokerage Fidelity Account® to Fidelity Charitable without requiring additional instructions. I fully acknowledge and understand that I am giving up all rights, claims, ownership, and entitlement to the asset(s) once they have been transferred from my Fidelity Account®. Note: This is a one-time authorization.

Form continues on next page. ▶▶

1.851030.117   Page 1 of 6   018330501

HIGHLY CONFIDENTIAL   FIDCHAR-OPENAI-000876

## 3. Via Check or Wire

*Fidelity Charitable will not accept contributions of currency or certain cash-like monetary instruments, including cashier's checks, treasurer's checks, bank checks, official checks, bank drafts, traveler's checks, or money orders.*

| Check Amount | Make checks payable to Fidelity Charitable and reference the Giving Account® number or name in the memo section. |
|---|---|
| $ | |
| Wire Amount | Bank Name |
| $ | |

Wire to: JPMorgan Chase Bank, New York, NY, ABA Number: 021000021 For credit to: National Financial Services LLC, Account: 066196-221. For benefit of: Fidelity Charitable, Z97-000442. For further credit to: Name and Giving Account Number (if known). **Fidelity Charitable will not initiate this wire transfer.**

## 4. Stock Certificates Held in Personal Possession

Contribute the following stock certificates. *Note: Endorse certificate(s) by writing "National Financial Services LLC," between the words "appoint" and "attorney" in the space provided on the back of each certificate.* **Date and Sign** *the certificate exactly as your name(s) appears on the front. Mail certificate along with this form via registered mail.*

| Name of Stock | Number of Shares |
|---|---|
| | |
| Name of Stock | Number of Shares |
| | |

## 5. Investment Pool Selection

Recommend how to allocate your contribution. If you do not make a recommendation for an initial contribution, your contribution will be allocated to the Money Market Pool. If you do not make a recommendation for an additional contribution, your contribution will be allocated proportionately to reflect the pool allocation of your Giving Account's current balance. If your account balance is $0 and you do not make a recommendation for the additional contribution, the proceeds from your contribution will be allocated to the Money Market Pool. Please review the pool descriptions before making your recommendation. Pool descriptions are available at **FidelityCharitable.org** or by calling us at 800-952-4438.

Check one.  ☑ Allocate this contribution in the same percentages as my current Giving Account balance.
OR
☐ Allocate this contribution as follows:

*Choose from option 1, 2, 3, or a combination of the three. The combined total must equal 100%.*

**Option 1: Charitable Legacy Pool** — Percentage of total

*For donors with Giving Account balances of $50,000 or more looking to implement a long-term strategy.*

☐ Charitable Legacy ____ %

**Option 2: Asset Allocation Pools** — Percentage of total

*For donors seeking instant diversification to multiple asset classes in a single investment.*

☐ Aggressive Growth (85% Equity) ____ %
☐ Growth (70% Equity) ____ %
☐ Moderate Growth (60% Equity) ____ %
☐ Balanced (50% Equity) ____ %
☐ Moderate Income (40% Equity) ____ %
☐ Income (30% Equity) ____ %
☐ Conservative Income (20% Equity) ____ %

**Option 3: Single Asset Class Pools** — Percentage of total

*For donors who want to build a custom strategy combining pools with specific investment objectives for Giving Account balances.*

**Domestic Stock**
☐ U.S. Equity ____ %
☐ U.S. Equity Access ____ %
☐ Impact Investing ____ %
☐ Total Market Index ____ %

**Foreign Stock**
☐ International Equity ____ %
☐ International Equity Access ____ %
☐ International Index ____ %

**Bond**
☐ Fixed Income ____ %
☐ Fixed Income Access ____ %
☐ U.S. Bond Index ____ %
☐ Short-Term Fixed Income Access ____ %

**Money Market**
☐ Money Market ____ %

Form continues on next page. ▶▶

# LETTER OF INSTRUCTION

## 6. Contribute Securities or Mutual Funds* Held at a Financial Institution Other than Fidelity

*Select only one method that will initiate the transfer of assets, and follow the applicable instructions.*

*Note: If you are transferring mutual funds, please select option 2. Fidelity Charitable must initiate the transfer of mutual funds on your behalf.*

☑ I will initiate the transfer of assets by completing the following three steps:
1) Contact financial institution directly to obtain required procedures and forms, and provide it with the delivery instructions in Section 7: Deliver to DTC Clearing 226.
2) Complete a separate form for each transfer from separate financial institutions.
3) Complete and fax this form to Fidelity Charitable: 877-665-4274.

OR ☐ I authorize Fidelity Charitable to initiate the transfer of assets by completing the following three steps:
1) Update the information required to complete this form.
2) Fax this signed form to Fidelity Charitable: 877-665-4274.
3) Include a copy of most recent statement showing the assets that will be transferred.

*Depending on the type of securities and how quickly the securities are transferred by the financial institution currently holding your investments, a typical transfer initiated by Fidelity Charitable will take approximately three weeks to complete.*

**TO:**
Fidelity Charitable® Giving Account® Number: ▇6490

**FROM:**
Delivering Firm Name: Morgan Stanley
Broker Name, if applicable: Jon Neuhaus
Date: 04/07/2017
Daytime Phone: ▇▇▇▇▇▇▇
Extension: 7116
Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
City: Los Angeles    State: CA    ZIP: 90071
Account Number at Delivering Firm: ▇▇▇▇5048

*Note: By providing your Advisor's name and phone number, you are authorizing Fidelity Charitable to release information regarding this transfer to your Advisor for the purpose of completing the transfer.*

**TRANSFER:**

| Number of Shares | Approx. Dollar Amount (if known) | | Description of Asset/Name of Security |
|---|---|---|---|
| 6000 | $ 2 100 000 | OF | TESLA INC |
| Lot Acquisition Date (Optional MM DD YYYY) | Lot Acquisition Cost (Optional) $ | | Symbol (if known) TSLA |
| Number of Shares | Approx. Dollar Amount (if known) $ | OF | Description of Asset/Name of Security |
| Lot Acquisition Date (Optional MM DD YYYY) | Lot Acquisition Cost (Optional) $ | | Symbol (if known) |

*Enter specific share identification, if applicable.*

*Note: Securities held for one year or less are generally deductible at the lesser of cost basis or fair market value.*

Form continues on next page. ▶▶

1.851030.117    Page 3 of 6    018330503

HIGHLY CONFIDENTIAL    FIDCHAR-OPENAI-000878

## 7. Signatures and Dates

By signing below, you:

- Acknowledge that you have read the current Fidelity Charitable Policy Guidelines: Program Circular and agree to its terms and/or conditions described therein.
- Understand that any contribution, once accepted by the Trustees, represents an irrevocable contribution to Fidelity Charitable and is not refundable.
- Acknowledge that you did not receive goods or services in exchange for, or in consideration of, this contribution.
- Understand that, if you are a third-party contributor, you may be eligible for a tax deduction, but you will not obtain any Giving Account advisory privileges.
- Certify that to the best of your knowledge, all information presented in connection with this form is accurate.

**Account Holder Name or Third-Party Contributor Name:** Music Foundation

**Date:** 8/7/17

**Signature:** [signed]

AUTHORIZED FOR FIDELITY USE ONLY — MEDALLION SIGNATURE GUARANTEE

**Additional Signatory Name** (if dual signatures are required by firm):

**Date:**

**Signature:**

AUTHORIZED FOR FIDELITY USE ONLY — MEDALLION SIGNATURE GUARANTEE

Form continues on next page. ▶▶

HIGHLY CONFIDENTIAL                                    FIDCHAR-OPENAI-000879

## Delivery Options

**Mail this form to** *Fidelity Charitable*:     OR     **Fax the form to** *Fidelity Charitable*:

**Regular mail**
Fidelity Charitable
P.O. Box 770001
Cincinnati, OH 45277-0053

**Overnight mail**
Fidelity Charitable
100 Crosby Parkway KC1D-FCS
Covington, KY 41015-9325

877-665-4274

**If the delivering broker requires an original signature, you must mail the form to Fidelity Charitable. We cannot accept an original signature via fax.**

**Note to Broker-Dealers**: For delivery instructions, visit www.fidelitycharitable.org/docs/broker-dealer-instructions.pdf.

---

Delivery instructions for contributing assets held outside Fidelity Investments

**DTC-Eligible Securities**
Deliver to DTC Clearing 226
Account Number: ▮▮▮0442
FBO: Fidelity Charitable Giving Account Number: ▮▮▮6490

**Wire Instructions**
Wire to: JPMorgan Chase Bank, New York, NY
ABA Number: 021000021
For credit to: National Financial Services LLC, Account: ▮▮▮6-221
FBO: Fidelity Charitable, ▮▮▮0442
Fidelity Charitable Giving Account Number: _____
Please note: Fidelity Charitable will not initiate wire transfers.

Form continues on next page. ▶▶

HIGHLY CONFIDENTIAL      FIDCHAR-OPENAI-000880

¹Information provided is general and educational in nature. It is not intended to be, and should not be construed as, legal or tax advice. Fidelity Charitable does not provide legal or tax advice. Content provided relates to taxation at the federal level only. Availability of certain federal income tax deductions may depend on whether you itemize deductions. Rules and regulations regarding tax deductions for charitable giving vary at the state level, and laws of a specific state or laws relevant to a particular situation may affect the applicability, accuracy, or completeness of the information provided. Charitable contributions of capital gain property held for more than one year are usually deductible at fair market value. Deductions for capital gain property held for one year or less are usually limited to cost basis. Consult an attorney or tax advisor regarding your specific legal or tax situation.

Fidelity Charitable is the brand name for Fidelity® Charitable Gift Fund, an independent public charity with a donor-advised fund program. Various Fidelity companies provide services to Fidelity Charitable. The Fidelity Charitable name and logo and Fidelity are registered service marks of FMR LLC, used by Fidelity Charitable under license. Giving Account is a registered service mark of the Trustees of Fidelity Charitable. 559237.7.0 (11/2015)

HIGHLY CONFIDENTIAL                                                                                     FIDCHAR-OPENAI-000881

