# EXHIBIT 33
(excerpted)

**Public Redacted Version**

**From:** Lo, Paula ███████████████████████████████
on behalf of    Lo, Paula
**Sent:** 6/1/2016 11:31:19 PM
**To:** 'Jared Birchall' ██████████████████████
**Subject:** RE: did the invite go out?

Hi Jared,

Elon previously received charitable contribution deduction when he donated SolarCity shares to the DAF.  As such, any distributions from DAF to various charities are not tax deductible donations again.  (i.e. no double tax benefit)



Page 1 of 2

CONFIDENTIAL

EXCERPTED