# EXHIBIT 38

**Public Redacted Version**

**From:** Jared Birchall
**Sent:** 6/14/2016 12:41:24 AM
**To:** Gong, Ronald
**CC:** Harris myCFO MUS001FOS ; Poon, Susanna
**Subject:** Re: Pioneer building lease

Sounds good. I'll confirm with Lage.

On Monday, June 13, 2016, Gong, Ronald < > wrote:
> Yes, we can also discuss w Lage. We could add a sentence that OpenAI will occupy the space and remit payment.
>
>
> Sent from my BlackBerry 10 smartphone.
> **From:** Jared Birchall
> **Sent:** Monday, June 13, 2016 5:35 PM
> **To:** Gong, Ronald
> **Cc:** Harris myCFO MUS001FOS; Poon, Susanna
> **Subject:** Re: Pioneer building lease
>
> Is that confirmed?
>
> On Monday, June 13, 2016, Jared Birchall  wrote:
>> Agreed. I'm just making sure they can pay if they aren't named on the lease.
>>
>> On Monday, June 13, 2016, Gong, Ronald  wrote:
>>> Yes, we would still recommend that OpenAI pay. They can use the funding provided by the charitable contributions to pay.
>>>
>>>
>>> If we pay through our LLC, it would not be a charitable contribution and not a current deduction to Elon.
>>>
>>>
>>>
>>> Ron Gong
>>> Managing Director
>>> CTC|myCFO
>>> A Part of BMO Financial Group
>>> 2200 Geng Road, Suite 100 | Palo Alto, CA  94303
>>> Direct: +            | Mobile: +            |
>>>
>>>
>>>
>>> **From:** Jared Birchall [mailto
>>> **Sent:** Monday, June 13, 2016 5:11 PM
>>> **To:** Gong, Ronald

CONFIDENTIAL

**Cc:** Harris myCFO MUS001FOS; Poon, Susanna
**Subject:** Re: Pioneer building lease

No, but if they aren't on the lease?

On Monday, June 13, 2016, Gong, Ronald <█████████████████████████> wrote:

Yes, assuming we only replace the Musk Foundation in the documents, OpenAI is still on the lease with Musk Industries.

Ron Gong

Managing Director

CTC|myCFO

A Part of BMO Financial Group

2200 Geng Road, Suite 100 | Palo Alto, CA  94303

Direct: +█████████ | Mobile: █████████ | █████████████

**From:** Jared Birchall [mailto:█████████████████]
**Sent:** Monday, June 13, 2016 4:51 PM
**To:** Gong, Ronald
**Cc:** Harris myCFO MUS001FOS; Poon, Susanna
**Subject:** Re: Pioneer building lease

OpenAI can still receive the donations and pay the lease even if they aren't named/signing on the lease?

On Monday, June 13, 2016, Gong, Ronald <█████████████████████████> wrote:

Yes, we want to maintain Elon's tax deduction for any contribution he makes to OpenAI.

We would still donate the additional funding needed to OpenAI -- through the YCR.org route and Elon's DAF.   We recommend OpenAI pay the rent directly.

Ron Gong

Managing Director

CTC|myCFO

A Part of BMO Financial Group

2200 Geng Road, Suite 100 | Palo Alto, CA  94303

Direct: +█████████ | Mobile: +█████████ | █████████████

CONFIDENTIAL

**From:** Jared Birchall [mailto:███]
**Sent:** Monday, June 13, 2016 4:24 PM
**To:** Gong, Ronald
**Cc:** Harris myCFO MUS001FOS
**Subject:** Re: Pioneer building lease

In that case could you still "Donate" each month to OpenAI and have them pay the lease? Or will having Musk industries on the lease make that scenario not possible?

On Monday, June 13, 2016, Gong, Ronald ███ wrote:

Hi Jared, our answer is the same. We recommend keeping the Musk Foundation out of the lease.

If the control of the building is key to Elon, then it would still be OK to have Musk Industries LLC be substituted in for the Musk Foundation and therefore, avoid the issues we discussed.

thx

Ron Gong
Managing Director
CTC|myCFO
A Part of BMO Financial Group
2200 Geng Road, Suite 100 | Palo Alto, CA  94303
Direct: ███ | Mobile: ███ | ███

**From:** Jared Birchall [mailto:███]
**Sent:** Monday, June 13, 2016 4:08 PM
**To:** Harris myCFO MUS001FOS; Gong, Ronald
**Subject:** Fwd: Pioneer building lease

Thoughts?

---------- Forwarded message ----------
From: **Elon Musk** ███
Date: Monday, June 13, 2016
Subject: Pioneer building lease
To: Jared Birchall ███

This building will be used for more than OpenAI. My control of OpenAI is limited. There is more than one donor and there will ultimately be many donors.

CONFIDENTIAL
BMO_00000800

I'm personally on the hook for the building, so it needs to be a building over which I have full control.

On Jun 13, 2016, at 2:19 PM, Jared Birchall <span style="background:black">████</span> wrote:

The myCFO team suggests that having the Musk foundation lease a building for OpenAI is a problem because you are a director/chair of OpenAI. Because the foundation now has assets in excess of $2 million, there will be an obligatory audit of the foundation. The lease would need to be disclosed. This could become a 'self dealing' issue in the eyes of the IRS because of your fiduciary position with both organizations. The way around it is to have the lease cosigned with OpenAI and another one of your entities – like Musk industries. We can still make the payments through the donor advised fund or the Musk foundation, but the lease wouldn't have to be disclosed as a Musk foundation transaction. Are you OK proceeding as outlined?

--

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone:

--

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone:

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

--

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone:

CONFIDENTIAL                                                                                     BMO_00000801

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

--

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone: ▮▮▮▮▮▮▮

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

--

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone: ▮▮▮▮▮▮▮

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

--

CONFIDENTIAL    BMO_00000802

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone: ▮

--

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone: ▮

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

--

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone: ▮