# EXHIBIT 39
## (excerpted)

Public Redacted Version

**From:** Kong, Song ████████████████████████

**Sent:** 5/7/2018 7:05:24 PM

**To:** Jared Birchall ████████████    Matilda Simon-Ferrigno ███████████████████

**CC:** ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████

**Subject:** [PROTECT] Musk Foundation 2016 Tax Returns

**Attachments:** Musk Foundation - Require Signatures.pdf; Musk Foundation - CA RRF-1_2016.pdf; Musk Foundation - CA 3586_2016.pdf; Musk Foundation - Fed 990-PF_2016.pdf; Musk Foundation - CA 199_2016.pdf; Ad Astra - Fed efile authorization form.pdf

Hi Matilda & Jared,

We have completed the 2016 tax returns for Musk Foundation.
Please find below instructions for each file:

**<u>Musk Foundation – Require signatures</u>**
- These forms need to be signed and dated by Elon and returned to us **<u>on or before 5/15/2018.</u>**

**<u>Musk Foundation – CA RRF-1</u>**
- Elon must sign and date page 1 of the original copy of the report.
- There is a payment due in the amount of $225. Please make a check payable to "Attorney General's Registry of Charitable Trusts."
- Please mail the completed report with payment **<u>on or before May 15, 2018</u>** to:

Attorney General's Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470

**<u>Musk Foundation – CA 3586</u>**
- There is a payment due in the amount of $10. Please make a check payable to "Franchise Tax Board" and include the federal EIN and "2016 FTB 3586" on the check.
- Please mail the voucher with payment **<u>on or before May 15, 2018</u>** to:

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

**<u>Musk Foundation – Fed 990-PF & CA 199</u>**
- The complete 2016 tax returns are attached for your records.

**<u>Ad Astra – Fed efile authorization form</u>**
- The form needs to be signed and dated by Jared and return to us **<u>on or before 5/15/2018.</u>**

Please let me know if you have any questions.
We would greatly appreciated if you could let us know once CA Form RRF-1 & CA 3586 are mailed with payment.

Thank you so much for all your help!
Song

BMO_00001860

**Song Kong,** CPA
Tax Manager

**Upcoming Out of Office Days: 5/10/18 – 5/14/18**

CTC | myCFO
**A Part of BMO Financial Group**
2200 Geng Road, Suite 100 | Palo Alto, CA 94303



Visit CTC | myCFO online at www.ctcmycfo.com

This e-mail and any attachments contain confidential information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies.

BMO_00001861

EXCERPTED

Form **990-PF**

Department of the Treasury
Internal Revenue Service

## Return of Private Foundation
or Section 4947(a)(1) Trust Treated as Private Foundation
▶ Do not enter social security numbers on this form as it may be made public.
▶ Information about Form 990-PF and its separate instructions is at *www.irs.gov/form990pf*.

OMB No. 1545-0052

**2016**

Open to Public Inspection

**For calendar year 2016 or tax year beginning** 07/01 **, 2016, and ending** 06/30, 20 17

Name of foundation: MUSK FOUNDATION

**A** Employer identification number: ▮▮▮▮▮

Number and street (or P.O. box number if mail is not delivered to street address): P.O. BOX 10195, DEPT 863    Room/suite

**B** Telephone number (see instructions): ▮▮▮▮▮

City or town, state or province, country, and ZIP or foreign postal code: PALO ALTO, CA 94303

**C** If exemption application is pending, check here ▶ ☐

**G** Check all that apply:
☐ Initial return
☐ Initial return of a former public charity
☐ Final return
☐ Amended return
☐ Address change
☐ Name change

**D 1.** Foreign organizations, check here ▶ ☐
**2.** Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

**H** Check type of organization: ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust    ☐ Other taxable private foundation

**E** If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

**I** Fair market value of all assets at end of year *(from Part II, col. (c), line 16)* ▶ $ 362,932,713.

**J** Accounting method: ☒ Cash ☐ Accrual
☐ Other (specify) _____
*(Part I, column (d) must be on cash basis.)*

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

### Part I  Analysis of Revenue and Expenses *(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions).)*

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, etc., received (attach schedule) | | | | |
| 2 | Check ▶ ☐ if the foundation is not required to attach Sch. B | | | | |
| 3 | Interest on savings and temporary cash investments | 167. | 167. | ATCH 1 | |
| 4 | Dividends and interest from securities | 76. | 76. | ATCH 2 | |
| 5a | Gross rents | | | | |
| b | Net rental income or (loss) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | 11,039,556. | | | |
| b | Gross sales price for all assets on line 6a | 11,143,507. | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | 11,039,556. | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less: Cost of goods sold | | | | |
| c | Gross profit or (loss) (attach schedule) | | | | |
| 11 | Other income (attach schedule) ATCH 3 | 16. | 16. | | |
| 12 | **Total.** Add lines 1 through 11 | 11,039,815. | 11,039,815. | | |
| 13 | Compensation of officers, directors, trustees, etc. | 0. | | | |
| 14 | Other employee salaries and wages | | | | |
| 15 | Pension plans, employee benefits | | | | |
| 16a | Legal fees (attach schedule) ATCH 4 | 9,000. | | | 9,000. |
| b | Accounting fees (attach schedule) ATCH 5 | 10,000. | 5,000. | | 5,000. |
| c | Other professional fees (attach schedule) | | | | |
| 17 | Interest | | | | |
| 18 | Taxes (attach schedule) (see instructions) [6] | 220,330. | | | 330. |
| 19 | Depreciation (attach schedule) and depletion | | | | |
| 20 | Occupancy | | | | |
| 21 | Travel, conferences, and meetings | | | | |
| 22 | Printing and publications | | | | |
| 23 | Other expenses (attach schedule) | | | | |
| 24 | **Total operating and administrative expenses.** Add lines 13 through 23 | 239,330. | 5,000. | | 14,330. |
| 25 | Contributions, gifts, grants paid | 47,798,322. | | | 47,798,322. |
| 26 | Total expenses and disbursements. Add lines 24 and 25 | 48,037,652. | 5,000. | 0. | 47,812,652. |
| 27 | Subtract line 26 from line 12: | | | | |
| a | Excess of revenue over expenses and disbursements | -36,997,837. | | | |
| b | Net investment income (if negative, enter -0-) | | 11,034,815. | | |
| c | Adjusted net income (if negative, enter -0-) | | | | |

JSA
6E1410 1.000
7372IG 517K

**For Paperwork Reduction Act Notice, see instructions.**

Form **990-PF** (2016)

Page 4 of 9    MUS001-07    PAGE 2

CONFIDENTIAL    BMO_00001865

EXCERPTED

MUSK FOUNDATION                                    2016 FORM 990-PF ███████
                                                   ATTACHMENT 9

FORM 990PF, PART VII-A –DISTRIBUTION TO A DONOR ADVISED FUND

THE FOUNDATION TREATED DISTRIBUTIONS MADE TO VANGUARD CHARITABLE GIFT
FUND ("THE FUND"), A DONOR ADVISED FUND, AS QUALIFYING DISTRIBUTIONS
DURING THE YEAR ENDED JUNE 30, 2017. THE FOUNDATION AND/OR A
DISQUALIFIED PERSON HAD ADVISORY PRIVILEGES OVER THE FUND. THE
FOUNDATION DOES NOT HAVE LEGAL OWNERSHIP OF THE FUND ASSETS. GRANTS
MADE FROM THE FUND ARE MADE ONLY UPON APPROVAL BY VANGUARD CHARITABLE
GIFT FUND. DISTRIBUTIONS TO THE FUND WILL ACCOMPLISH THE PURPOSES
DESCRIBED IN IRC SECTION 170(C)(2)(B).

7372IG 517K                              MUS001-07

CONFIDENTIAL                                              BMO_00001888

EXCERPTED

CONFIDENTIAL

MUSK FOUNDATION                    2016 FORM 990-PF

FORM 990PF, PART XV - GRANTS AND CONTRIBUTIONS PAID DURING THE YEAR

ATTACHMENT 11

| RECIPIENT NAME AND ADDRESS | RELATIONSHIP TO SUBSTANTIAL CONTRIBUTOR AND FOUNDATION STATUS OF RECIPIENT | PURPOSE OF GRANT OR CONTRIBUTION | AMOUNT |
|---|---|---|---|
| YC.ORG<br>335 PIONEER WAY<br>MOUNTAIN VIEW, CA 94041 | NONE<br>PC | FOR SCIENTIFIC RESEARCH | 10,000,000. |
| VANGUARD CHARITABLE<br>P.O. BOX 9509<br>WARWICK, RI 02889-9509 | NONE<br>PC | FOR PUBLIC CHARITY SUPPORT | 37,798,322. |

TOTAL CONTRIBUTIONS PAID        47,798,322.

BMO_00001890

7372IG 517K

MUS001-07

ATTACHMENT 11
PAGE 26

EXCERPTED