# EXHIBIT 55

**Public Redacted Version**

**From:**  Gong, Ronald ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:**  3/11/2016 11:12:16 PM
**To:**  Chris Clark ▮▮▮▮▮▮▮▮
**CC:**  Harris myCFO MUS001FOS ▮▮▮▮▮▮▮▮▮▮ ; Jared Birchall ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮
**Subject:**  Re: cash

Thanks for the update Chris.

Sent from my BlackBerry 10 smartphone.

**From:** Chris Clark
**Sent:** Friday, March 11, 2016 1:39 PM
**To:** Gong, Ronald
**Cc:** Harris myCFO MUS001FOS; Jared Birchall; ▮▮▮▮▮▮
**Subject:** Re: cash

Hi Ron,

Thanks for checking in. I'm waiting for the legal team to get me some additional info. I have everything except the 1023.

OpenAI hasn't received a determination letter yet, so I'm also getting the status of fiscal sponsorship from them.

I'll get back to you asap.

Chris

On Fri, Mar 11, 2016 at 9:47 AM Gong, Ronald ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

> Hi Chris – checking back.  How is this coming along?
>
> Ron Gong
> Managing Director
> CTC|myCFO
> A Part of BMO Financial Group
> 2200 Geng Road, Suite 100 | Palo Alto, CA  94303
> Direct: +▮▮▮▮▮▮ | Mobile: +▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮
>
>
>
> **From:** Chris Clark [mailto▮▮▮▮▮▮▮▮ ]
> **Sent:** Wednesday, March 02, 2016 1:27 AM
> **To:** Gong, Ronald
> **Subject:** Re: cash
>
> Hi Ron,

CONFIDENTIAL                                                                 BMO_00000102

I'll get this info to you as soon as I have it.

Thanks,

Chris

On Tue, Mar 1, 2016 at 10:51 AM Sam Altman <███████████████████> wrote:

Chris Clark starts next week and can provide all this info then--thanks!

Sam

On Mon, Feb 29, 2016 at 3:50 PM, Gong, Ronald ██████████████████████ wrote:

Hi Sam -- great to speak to you last week.

Regarding the entity's pending tax exempt status, can you provide the following:

o   A copy of the Form 1023 filed with the IRS while application for tax exemption status is pending;

o   Entity's name, address and federal tax ID# (most likely already on the Form 1023)

o   Once receives the tax exempt status, please forward  the IRS Exemption Determination Letter

Best,

Ron

Ron Gong

Managing Director

CTC|myCFO

A Part of BMO Financial Group

2200 Geng Road, Suite 100 | Palo Alto, CA  94303

Direct: +██████████ | Mobile: +██████████ ██████████████

---

**From:** Elon Musk [mailto██████████████]
**Sent:** Thursday, February 25, 2016 6:36 PM
**To:** Sam Altman; Gong, Ronald
**Subject:** Re: cash

Ron, we need to wire $5M per quarter to OpenAI, starting April 1. This is a non-profit.

CONFIDENTIAL

BMO_00000103

On Feb 25, 2016, at 6:32 PM, Sam Altman ██████████████████████ wrote:

ok thanks, do you have an assistant or finance person or something i can coordinate with?

On Thu, Feb 25, 2016 at 6:30 PM, Elon Musk ██████████████████ wrote:

Agreed

Yes

> On Feb 25, 2016, at 6:13 PM, Sam Altman ██████████████████████ wrote:
>
> I think we're going to need more than I was originally budgeting given a) the salaries in the field and b) the speed at which you want to grow.
>
> Can you do $20MM a year for the each of the next 3 years?  I can do $10MM/year, and we'll have brought $5MM a year from other donors.
>
> Sam

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer  This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

CONFIDENTIAL

BMO_00000104