# EXHIBIT 56

**Public Redacted Version**

| | |
|---|---|
| **From:** | Chris Clark [chris@openai.com] |
| **Sent:** | 3/21/2023 5:17:21 AM |
| **To:** | Prologue [prologue@openai.com] |
| **Subject:** | [P3] Random Facilities Items |
| **Attachments:** | Updated Pioneer Estimates.eml; Pioneer Building.eml; New Pioneer Building Mgmt.eml; Mail.eml; Monthly Meeting_Call.eml; 2nd Floor Quiet Rooms.eml; OpenAI Updates.eml; Expense Management.eml; Pioneer building lease.eml; OpenAI_Neuralink Logistics.eml; Security Install.eml; Building Security.eml; Security Assessment.eml; Re_ OpenAI _ Musk Industries COI.eml; 3180 Parking Lot.eml; 3180 Security Officer Quotes.eml; FW_ Musk Industries, LLC . COI Needed.eml; 3180 18th Street . October rent Statement.eml |

CONFIDENTIAL                                                                                                    OPENAI_MUSK00003371

OPENAI_MUSK00003372 Omitted

| | |
|---|---|
| From: | Chris Clark [chris@openai.com] |
| Sent: | 1/15/2019 9:25:07 PM |
| To: | Jared Birchall [jbirchall@muskfoundation.org] |
| Subject: | Re: Pioneer Building |
| Attachments: | 2017 2018 NL Shared Expense Summary.pdf; DRAFT OpenAI Neuralink Shared Space Reimbursement Agreement.docx |

Jared,

We just received our last 2018 invoice for NL/OpenAI shared meals and ran everything by Greg Smithies this morning, so I think this is all ready for your review for both 2017 and 2018.

Here's what I changed based on your input from our last phone convo:

- Greatly simplified the framework by assuming an average of 25% NL building usage in 2017 for everything but meals. This is a reduction from the prior assumption based on your thoughts re: 2017 NL presence and your desire to keep things very simple.

- We broke out Neuralink's meal expenses as agreed.

- The 2017 total is just under $750k, which is quite a bit lower than the last version you saw due to the simplified formula. I believe this is also lower than Greg Smithies had estimated for 2017.

- To avoid extra paperwork we used the same framework for 2018 and simply adjusted the building utilization % based on the dates NL moved into various spaces.

- We drafted a very simple 1-page shared cost agreement to document this framework and keep the auditors happy (draft attached).

Summary of the totals:
2017 - $740,871
2018 - $1,989,313

A more detailed summary is attached for reference, and all the really granular details are available here. I will also share all the receipts/records/supporting docs with Greg Smithies.

If this is acceptable I will send invoices for 2017 and 2018 as well as the cost sharing agreement for signature.

Let me know if you have any questions, and thanks again for your patience with us!

Chris

CONFIDENTIAL                                                                                                                         OPENAI_MUSK00003374

Remainder of Attachments Omitted