# EXHIBIT 63

**Public Redacted Version**

| | |
|---|---|
| **From:** | Shivon Zilis [shivon@tesla.com] |
| **Sent:** | 11/5/2018 10:41:31 AM |
| **To:** | Reyna Ortiz [reyna@tesla.com]; Sam Teller [steller@tesla.com]; Omead Afshar [omead@tesla.com] |
| **Subject:** | Considerations for Deer Creek and Neuralink |

Hi!



1)   ==OpenAI: Will likely announce January of next year. Would prefer to keep OpenAI name (Elon was ok with that) and have the idea of posting a paragraph either attached to release or shortly after saying the new OpenAI capped profit structure is not associated with Elon so they can point to it in the future if journalists are behaving badly and trying to call it Elon's thing.==



HIGHLY CONFIDENTIAL – AEO          TESLA_000003501