# EXHIBIT 65

**Public Redacted Version**

| | |
|---|---|
| From: | steller@tesla.com [steller@tesla.com] |
| Sent: | 9/11/2018 11:18:25 PM |
| To: | Shivon Zilis [shivon@tesla.com] |
| CC: | Omead Afshar [oafshar@tesla.com]; Reyna Ortiz [reyna@tesla.com]; Jehn Balajadia [jehn@tesla.com] |
| Subject: | Re: Considerations for Deer Creek and Pioneer this week |

On Sep 11, 2018, at 11:12 PM, Shivon Zilis <shivon@tesla.com> wrote:

On Sep 11, 2018, at 11:02 PM, Sam Teller <steller@tesla.com> wrote:

On Sep 9, 2018, at 10:23 PM, Shivon Zilis <shivon@tesla.com> wrote:

Hi team!

2)   **OpenAI Reid Hoffman call (no longer a need to schedule)**
- Just for awareness, Elon does not need to do the Reid call because he's decided to be supportive in spirit of OpenAI but not participate in the new instrument.