# EXHIBIT 76

**Public Redacted Version**

**From:** Ilya Sutskever
**To:** Elon Musk <erm@spacex.com>, Greg Brockman
**Subject:** Current State
**Date:** Wed, 13 Sep 2017 06:44:15 +0000
**Importance:** Normal

Hi Elon,

To summarize our understanding of the current state:

On equity:

Greg:  10M grant/10M investment
Sam:   10M grant/10M investment
Ilya:  12M grant/2.5M investment + 5.5M loan from Greg securitized by Ilya's YC vested stock, from his work at OpenAI


On control:

3 board seats for Elon, 1 board seat each for Ilya/Greg/Sam. Plan to expand board over time through unanimous consent of current board, up to 12 people. Details TBD on tiebreak and whether the directors are statically allocated.


On credit:

Elon is extremely happy to help Greg and Ilya get credit for their work -- and is very open to any ideas Greg and Ilya may have.


Looking forward to the conclusions of your conversation with Sam tomorrow.

Ilya