# EXHIBIT 79

**Public Redacted Version**

**From:** Elon Musk <erm@spacex.com>
**To:** Shivon Zilis <shivon@openai.com>
**Cc:** Sam Teller <█████████████>, "emma@tesla.com" <emma@tesla.com>
**Subject:** Re: OpenAI
**Date:** Mon, 2 Oct 2017 15:55:35 -0700
**Importance:** Normal

---

Ok on email update for OpenAI.

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

> On Oct 2, 2017, at 3:46 PM, Shivon Zilis <shivon@openai.com> wrote:
>
> Greg and Ilya will send an email update on OpenAI work but if you'd prefer it in person we can slot that in. (They confirmed their thoughts are indeed not fully formed yet on the other matter)
>
> Re: Neuralink, the plan tonight was to do one on ones with some of the engineering team and go over decisions for the new building.
>
> Emma mentioned you may be up in SF tomorrow evening so if you'd like to do a deep dive on sewing machine and 10K plan we could schedule that too. (We can do a version of that tonight if you'd prefer, but that meeting should really include both Tim and Ian, and Tim is out today — so would recommend tomorrow or next week)
>
> Shivon
>
>> On Oct 2, 2017, at 1:29 PM, Elon Musk <erm@spacex.com> wrote:
>>
>> It would be good to get an update on OpenAI work progress, but we should table meeting with Greg and Ilya until their thoughts are fully formed.
>>
>>> On Oct 2, 2017, at 1:17 AM, Shivon Zilis <shivon@openai.com> wrote:
>>>
>>> Elon,
>>>
>>> I know you wanted to table thinking about OpenAI for a bit. Greg, Ilya (and Sam A) are happy to talk when you are ready but are not in a rush. Could happen this week or could wait until next week if you'd prefer?
>>>
>>> Shared the three requirements to resuming funding that you wanted them to know (four board seats, 2 year commitment, reasonable non-solicit). They understand and are thinking everything through.
>>>
>>> They've shared some rough thoughts but nothing incredibly urgent has popped up yet. Happy to discuss or defer as you see fit.
>>>
>>> Shivon
>>