# EXHIBIT 82

**Public Redacted Version**



3180 18th Street, Suite 100
San Francisco, CA 94110

January 24, 2018

Mr. Elon Musk
c/o CTC myCFO

Dear Musk:

This letter is to gratefully acknowledge, for your tax records, our receipt of your generous gift of the four vehicles listed below on October 2, 2017 with a total value of $248,295.00.

We also received additional upgrades to one of the vehicles on January 24, 2018 valued at 14,104.50.

As summarized below, the total combined donation valuation is $262,399.50:

| Vehicle Description | VIN | 2017 Donation Value | 2018 Additional Upgrades Donation Value | Total Combined Donation Value |
|---|---|---|---|---|
| 2017 Tesla Model 3 4-Door Sedan Mileage: 50 | | $66,144.00 | $0 | $66,144.00 |
| 2017 Tesla Model 3 4-Door Sedan Mileage: 50 | | $66,144.00 | $0 | $66,144.00 |
| 2017 Tesla Model 3 4-Door Sedan Mileage: 50 | | $66,144.00 | $0 | $66,144.00 |
| 2017 Tesla Model 3 4-Door Sedan Mileage: 50 | | $49,863.00 | $14,104.50 | $63,967.50 |
| TOTAL | | $248,295.00 | $14,104.50 | $262,399.50 |

No goods or services were provided to you in exchange for this gift. Therefore, the full amount of your gift qualifies as a charitable contribution for federal tax purposes. For reference, OpenAI's EIN is: 81-0861541.

Please let me know if we can provide any additional information, and thank you again for your generous gift!

Sincerely,



Chris Clark
Chief Operating Officer
OpenAI, Inc.
chris@openai.com

CONFIDENTIAL    OPENAI_MUSK00028000