# EXHIBIT 7
# PUBLIC REDACTED VERSION

**From:** Elon Musk
**To:** Satya Nadella
**Cc:** Sam Altman; Greg Brockman; Ilya Sutskever; Sam Altman; Sam Teller
**Subject:** Re: Congrats
**Date:** Friday, August 11, 2017 8:43:15 PM

==Indeed, much appreciated. Will make sure people know about Microsoft's help.==

On Aug 11, 2017, at 7:34 PM, Sam Altman <████████.com> wrote:

> thank you satya! we really appreciate the partnership with you guys.
>
> On Fri, Aug 11, 2017 at 7:32 PM Satya Nadella <████████.com> wrote:
>
>> Just wanted to pass on my Congrats on the win today!
>>
>> Satya
>>
>> Sent from Mail for Windows 10

Confidential

2024MUSK-0000669

EXHIBIT 5
Satya Nadella
9/24/2025
Buell Realtime Reporting
206.287.9066

| | |
|---|---|
| From: | Greg Brockman |
| To: | Satya Nadella |
| Cc: | Elon Musk; Ilya Sutskever; Sam Altman |
| Subject: | Re: Congrats |
| Date: | Friday, August 11, 2017 7:55:59 PM |

Thank you. Used quite a lot of Azure to make it happen :).

- gdb

On Fri, Aug 11, 2017 at 7:33 PM, Sam Altman <░░░░░░░░░░░.com> wrote:
> thank you satya! we really appreciate the partnership with you guys.
>
> On Fri, Aug 11, 2017 at 7:32 PM Satya Nadella <░░░░░░░░░░░.com> wrote:
>>
>> Just wanted to pass on my Congrats on the win today!
>>
>>
>> Satya
>>
>>
>>
>> Sent from Mail for Windows 10
>>
>>

Confidential

2024MUSK-0000670

**From:** Sam Altman
**To:** Elon Musk; Greg Brockman; Ilya Sutskever; Sam Altman; Satya Nadella
**Subject:** Re: Congrats
**Date:** Friday, August 11, 2017 7:34:32 PM

thank you satya! we really appreciate the partnership with you guys.

On Fri, Aug 11, 2017 at 7:32 PM Satya Nadella <██████.com> wrote:

> Just wanted to pass on my Congrats on the win today!
>
> Satya
>
> Sent from Mail for Windows 10

Confidential
2024MUSK-0000671