# EXHIBIT 8
# PUBLIC REDACTED VERSION

 Volume Licensing

# Amendment to Contract Documents

Enrollment Number
*Microsoft to Complete*

7-LOBPZLDSN

This amendment ("Amendment") is entered into between the parties identified on the attached program signature form. It amends the Enrollment or Agreement identified above. All terms used but not defined in this Amendment will have the same meanings provided in that Enrollment or Agreement.

## Server and Cloud Enrollment
## Amendment ID CTM

7-LOBPZLDSN

This amendment ("Amendment") is entered into between the parties identified on the attached program signature form. It amends the enrollment or agreement identified above ("Enrollment" or "Agreement," as applicable). All terms used but not defined in this Amendment will have the same meanings provided in the Enrollment or Agreement.

1. **Scope**. Enrolled Affiliate agrees that the services consumed on this Enrollment are solely for non-profit research activities.

2. **Microsoft Azure Services**. Enrolled Affiliate will commit to purchase a minimum of ▇▇▇ in Microsoft Azure services over ▇▇▇ and will pay Microsoft on the following installment payment schedule: (i) ▇▇▇, (ii) ▇▇▇, (iii) ▇▇▇ and (iv) any additional amounts that are due. For clarity, Enrolled Affiliate will have access to Azure services as of the Effective Date and the installment payment schedule above governs only the timing of payments, and not the amount of Azure services available to or usable by Enrolled Affiliate at any particular time. If, at any time, Enrolled Affiliate's Azure usage exceeds the prepaid amounts, Enrolled Affiliate will be invoiced in arrears for any such overage on a quarterly basis and such overage will not be applied as an offset to any future installments not yet paid. Enrolled Affiliate will receive the benefit of the discount set forth in Section 3 of this Amendment for any overage incurred. The Enterprise Agreement and accompanying Customer Price Sheet will implement the forgoing installment payment schedule.

3. **Discount:** Microsoft will provide Enrolled Affiliate with ▇▇▇ on Azure services that represents an ▇▇▇ of such Azure services as of the Effective Date of this Agreement or the date on which the applicable Azure service reaches general availability, whichever occurs earlier, with such discount ▇▇▇. The Customer Price Sheet attached to this Enrollment reflects the foregoing discount as applied to Azure services that Enrolled Affiliate has indicated that it intends to consume as of the Effective Date. Should Enrolled Affiliate want to apply the foregoing discount to any other Azure services not listed on the original Customer Price Sheet, Enrolled Affiliate will need to request the discount 30 days in advance so that Microsoft can provide Enrolled Affiliate with an updated Customer Price Sheet in which the discount is applied to such other Azure services. The foregoing discount will apply only to Azure services that are generally available and will not apply to any third-party offerings offered via the Azure Marketplace, any preview skus, or any Microsoft product or service other than Azure services.

4. **Marketing and Publicity**

    (a) **Joint marketing**: Microsoft and Enrolled Affiliate will work together to issue a public announcement about Enrolled Affiliate's selection and use of Azure as its primary public cloud for deep learning and artificial intelligence and will collaborate on the following

activities: mutual blog posts, two briefings with journalists, a video recording with Enrolled Affiliate's Sam Altman, Enrolled Affiliate's provision of quotes for Microsoft's blog post, and placement of the Azure logo on Enrolled Affiliate's "About" page.

(b)     **Evangelization with the developer community**. Throughout the Term, Microsoft and Enrolled Affiliate will use good faith efforts to jointly evangelize the parties' collaboration and technology adoption around artificial intelligence and cloud computing with the parties' respective developer communities. This collaboration will include alignment on joint messaging, PR, blogs, and marketing activities, as appropriate to demonstrate the ongoing advancement of the partnership.  Except as otherwise expressly provided herein, in no event will any collaboration, announcements, marketing or publicity require the participation of any specific director, officer, equity holder or donor of Enrolled Affiliate without such person's prior written consent.

(c)     **Case studies and customer evidence**. Microsoft may use Enrolled Affiliate's choice of Azure for Enrolled Affiliate's artificial intelligence work in its case studies and its customer evidence to market and promote Azure services.  With Enrolled Affiliate's prior written consent (not to be unreasonably withheld), Microsoft may use Enrolled Affiliate's name, trademarks and logos, and the description of the parties' collaboration in its case studies and customer evidence.

(d)     **Enrolled Affiliate Review**. Microsoft will obtain Enrolled Affiliate's input and consent (not to be unreasonably withheld) with respect to any public announcements or media engagements in advance of publication if such announcements or media engagements (i) are produced pursuant to subsections (a) through (c) above and (ii) mention or refer to Enrolled Affiliate.



HIGHLY CONFIDENTIAL                                           MSFT_MUSK000055337

# Payment Terms Exceptions
## Amendment ID M19

| Enrollment Number | | |
|---|---|---|
| *Microsoft to complete for initial term*<br>*Partner to complete for renewal* | | 7-LOBPZLDSN |

Notwithstanding anything to the contrary in the Enrollment and subject to Microsoft's review of Customer's financial condition and overall credit worthiness, all amounts will be due and owing within 90 calendar days of the date of Microsoft's invoice ("Payment Due Date"). This Payment Due Date will be specified on the invoice. In the event that payment is past due on more than two occasions, Microsoft may change the Payment Due Date to net 30 days from the date of invoice. Failure to comply with the payment terms set forth in this Amendment may result in Microsoft's termination of this Amendment. Microsoft reserves all rights and remedies for nonpayment it may have under the terms of the Enrollment.

The terms of any extension of credit under this Amendment may be revised or withdrawn at any time upon Microsoft's written notice to Customer. Microsoft may, at its option, assess a finance charge of the lesser of ▮▮▮▮▮▮▮▮▮▮, accrued, calculated and payable monthly, or the highest amount allowed by law, on all past due amounts due to Microsoft, calculated from the first day the amount is past due until the amount is paid in full. Such finance charge will be payable on demand. Customer must make all payments in the form of bank wire transfers or electronic funds transfers through an automated clearinghouse with electronic remittance detail, in accordance with the payment instructions Microsoft provides on its invoice to you.

Any bona fide dispute of an invoice must be communicated to Microsoft within 5 business days from the date of such invoice. Payment of such disputed invoice is nonetheless due by the applicable Payment Due Date.

This Amendment shall automatically terminate upon any termination or expiration of the Enrollment. In addition, Microsoft shall have the right to immediately terminate this Enrollment in the event Enrolled Affiliate breaches any obligation in this Amendment.

# Azure Monetary Commitment Adjustment
## Amendment ID M300

The parties agree that the Enrollment is amended by adding the following new section:

**Purchasing Monetary Commitment**

Notwithstanding anything to the contrary in the Product Terms, Customer's Monetary Commitment purchases will be available for consumption during the term of the Enrollment. After November 30, 2019, any unused portion of purchased Monetary Commitment will be forfeited.

Except for changes made by this Amendment, the Enrollment or Agreement identified above remains unchanged and in full force and effect. If there is any conflict between any provision in this Amendment and any provision in the Enrollment or Agreement identified above, this Amendment shall control.

Except for changes made by this Amendment, the Enrollment or Agreement identified above remains unchanged and in full force and effect. If there is any conflict between any provision in this Amendment and any provision in the Enrollment or Agreement identified above, this Amendment shall control.

**This Amendment must be attached to a signature form to be valid.**

**Microsoft Internal Use Only:**

| | | | |
|---|---|---|---|
| 10.26 Open AI V2 CCTM(CTM-CTC-ENR-M300)(IU)-20161025-223619 | CTM | CTM-CPT-CPC-CTC-OTC | BD |
| EnrAmend(Dir)(ExtendInvoiceTerms)(WW)(ENG)(Oct2015) | | M19 | B |
| EnrAmend(Azure Monetary Commitment Adjustment)(WW)(ENG)(Sept2015) | CTM | M300 | BD |