# EXHIBIT 24
# PUBLIC REDACTED VERSION

**In the Matter Of:**

*ELON MUSK vs*

*SAMUEL ALTMAN*

---

*MICHAEL WETTER*

*September 08, 2025*

---



1

```
 1                     UNITED STATES DISTRICT COURT

 2                     NORTHERN DISTRICT OF CALIFORNIA

 3

 4    ELON MUSK, et al.,                  )
                                          )
 5                         Plaintiffs,    )
                                          )
 6                  v.                    ) No. 4:24-cv-04722-YGR
                                          )
 7    SAMUEL ALTMAN, et al.,              )
                                          )
 8                         Defendants.    )
                                          )
 9                                        )

10

11         VIDEOTAPED 30(b)(6) MICROSOFT CORPORATION DEPOSITION

12                      UPON ORAL EXAMINATION OF

13                         MICHAEL C. WETTER
           _____

14

15              Taken at 401 Union Street, Suite 3300

16                      Seattle, Washington

17

18         *** TRANSCRIPT DEEMED HIGHLY CONFIDENTIAL ***

19

20

21

22    DATE TAKEN:  SEPTEMBER 8, 2025

23    REPORTED BY: BARBARA CASTROW, RMR, CRR, CCR

24                 WA CCR #2395
```

Case 4:24-cv-04722-YGR    Document 391-30    Filed 01/16/26    Page 4 of 44
ELON MUSK vs                                              Michael Wetter
SAMUEL ALTMAN              30(b)(6), Highly Confidential    September 08, 2025

2

```
 1                      APPEARANCES

 2    FOR PLAINTIFFS:

 3                 SARA TOFIGHBAKHSH
                   JENNIFER SCHUBERT
 4                 MOLOLAMKEN LLP
                   430 Park Avenue
 5                 New York, NY 10022
                   212.607.8160
 6                 stofighbakhsh@mololamken.com
                   jschubert@mololamken.com
 7

 8    FOR DEFENDANT MICROSOFT CORPORATION:

 9                 RUSSELL P. COHEN
                   Dechert LLP
10                 45 Fremont Street
                   26th Floor
11                 San Francisco, CA  94105
                   415.262.4500
12                 russ.cohen@dechert.com

13                 ELISA BENEZE
                   Dechert LLP
14                 Cira Centre 2929 Arch Street
                   Philadelphia, PA  19104-2808
15                 215.994.2315
                   elisa.beneze@dechert.com
16
                   REBECCA FRANCIS
17                 General Counsel Microsoft Corp.
                   5600 148th Ave NE
18                 Redmond, WA 98052-5104
                   425.704.8098
19                 becky.francis@microsoft.com

20
      FOR DEFENDANT SAMUEL ALTMAN:
21
                   STEVEN WINTER
22                 Wachtell, Lipton, Rosen & Katz
                   51 West 52nd Street
23                 New York, N.Y.  10019-6150
                   212.403.1000
24                 swinter@wlrk.com

25
```

3

```
 1                      EXAMINATION INDEX

 2   EXAMINATION BY:                              PAGE NO.

 3    MS. TOFIGHBAKHSH                                6

 4

 5                        EXHIBIT INDEX

 6     NO.    DESCRIPTION                         PAGE NO.

 7     1     9-page Press Release & Webcast Earnings    23
             Release FY25 Q4.
 7     2     1-page email dated 12/12/2015.            35
 9           MSFT_MUSK000044294 Confidential
10     3     2-page Introducing OpenAI document.       38
11     4     2-page email dated 9/16/2016.             51
             2024MUSK-0004477 Confidential
12
       5     9-page email chain.  MSFT_MUSK000000150   59
13           Highly Confidential
14     6     3-page email chain.  2024MUSK-0000669     73
             Confidential
15
       7     11-page PowerPoint.  OpenAI on the Azure Big  81
16           Compute.  CONFIDENTIAL
17     8     3-page email dated 11/15/2016.  Microsoft  94
             Daily News Digest, November 15, 2016.
18           MSFT_MUSK000049318
19     9     53-page Letter with attachments dated     124
             9/1/2016.  MSFT_MUSK000036519 Highly
20           Confidential
21    10     36-page Joint Development and Collaboration  143
             Agreement.  MSFT_MUSK000055169  Highly
22           Confidential
23    11     70-page Second Amended and Restated Joint  144
             Development and Collaboration Agreement.
24           MSFT_MUSK000055099 Highly Confidential
25    12     10-page Microsoft Memo dated 6/10/2019.   155
             MSFT_MUSK000083907  Highly Confidential
```

5

```
 1                    Seattle, Washington

 2                    September 8, 2025

 3                         9:09 a.m.

 4                         -o0o-

 5

 6            THE VIDEOGRAPHER:  Good morning.  We are now

 7    on the record.

 8            THE WITNESS:  All right.

 9            THE VIDEOGRAPHER:  My name is Shreve

10    VanZanten.  I'm the videographer representing Lexitas.

11    This is a video deposition for the United States

12    District Court, Northern District of California.

13    Today's date is September 8th, 2025, and the time is

14    9:09 a.m. Pacific Time.

15         This deposition is being held at 401 Union

16    Street, Suite 3300, Seattle, Washington 98101, taken in

17    the matter of Elon Musk versus Samuel Altman, et al.

18    The case number is 4:24-cv-04722-YGR.  The deponent is

19    Michael Wetter.  All counsel will be noted on the

20    stenographic record.

21         The court reporter is Barbara Castrow and will

22    now swear in the witness, and then counsel may proceed.

23    ///

24    ///

25    ///
```

6

```
 1    MICHAEL C. WETTER,      witness herein, having been
 2                            first duly sworn under oath,
 3                            was examined and testified as
 4                            follows:
 5              THE COURT REPORTER:  Thank you.
 6
 7                       EXAMINATION
 8    BY MS. TOFIGHBAKHSH:
 9       Q.  Good morning, Mr. Wetter.
10       A.  Good morning.
11       Q.  You're currently employed at Microsoft?
12       A.  Yes, that's correct.
13       Q.  And you are here representing Microsoft in its
14    corporate capacity?
15       A.  I am.
16              MR. COHEN:  Sara, just before you go on, let
17    me designate the transcript highly confidential under
18    the protective order.
19       Q.  (By Ms. Tofighbakhsh)  What's your title at
20    Microsoft?
21       A.  Yeah.  I'm corporate vice president for
22    corporate development.
23       Q.  And how long have you been at Microsoft?
24       A.  The exact number of years -- between 15 and 20
25    years, approaching.  I think I'm 17 or 18.
```

Case 4:24-cv-04722-YGR   Document 391-30   Filed 01/16/26   Page 8 of 44
ELON MUSK vs
SAMUEL ALTMAN          30(b)(6), Highly Confidential          Michael Wetter
September 08, 2025

19

1   made a -- we had made a capital commitment, ███████

███████████████████████████████████

███████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████

7        So for the 2023 investment, it was about

8   2 billion. ████████████████████████████████

█████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

███████████. 

13       Q.  And ██████████████████████████████

█████████████████████████?

15       A.  Correct.

16       Q.  ███████████████████████████████?

17       A.  Yeah.  That's right.

18       Q.  And then the other amount, you said, ███████

███████████████?

20       A.  Yeah, ████████████████████████████████

██████████████████████████████████

████████████.

23       Q.  And internally, ██████████████████████

███████████████████?

25       A.  Yeah, that's right.  So I think they were

Case 4:24-cv-04722-YGR    Document 391-30    Filed 01/16/26    Page 9 of 44
ELON MUSK vs
SAMUEL ALTMAN                    30(b)(6), Highly Confidential

Michael Wetter
September 08, 2025

124

1          A.   So 2019, we entered into a new commercial

2     agreement, the Joint Development and Collaboration

3     Agreement.   And we also entered into an investment

4     agreement with them.

5          Q.   In connection with that 2019 agreement, did

6     Microsoft conduct due diligence on OpenAI?

7          A.   Yes.   We did conduct due diligence as part of

8     the investment review.

9          Q.   What did that due diligence entail?

10          A.   Typical corporate due diligence, governance,

11     documents, organizational documents, tax documents,

12     et cetera.

13          Q.   So you looked at documents related to OpenAI,

14     Inc.?

15          A.   Our focus was on OpenAI's for-profit entity

16     that they had formed, OpenAI's limited partnership, but

17     I believe we also reviewed OpenAI, Inc., documentation

18     as well, as part of that process.

19          Q.   I'm going to show you a document.

20               (Exhibit No. 9 marked.)

21               MS. TOFIGHBAKHSH:   This is Exhibit 9, I

22     believe.

23               THE COURT REPORTER:   Correct.

24          Q.   (By Ms. Tofighbakhsh)   So this is Exhibit 9.

25     Is this one of the documents that Microsoft reviewed as

125

1   part of its due diligence in 2019?

2      A.   Let me -- I have the diligence documents in my

3   binder that we did review.   Let me just scan and see if

4   it seems like this is one of them or not.   This cover

5   page is not familiar to me, but I should keep -- I

6   should keep looking through just to make sure that I

7   haven't misplaced it.

8      Q.   I -- I will say that Microsoft's interrogatory

9   responses identify this document as part of the due

10   diligence --

11      A.   Did it?

12      Q.   -- performed in 2019.

13      A.   Okay.   Oh, there it is.

14         MR. COHEN:   Mr. Wetter, take a look at

15   Tab 39.   I think that's --

16         THE WITNESS:   Thank you.   Yeah, that cover

17   sheet wasn't familiar.   It didn't have a title on it.

18   So that's helpful.   Thank you.

19      Q.   (By Ms. Tofighbakhsh)   And this document is --

20   the cover sheet that is on the document that I handed to

21   you --

22      A.   That's right.

23      Q.   -- it is a letter to the Internal Revenue

24   Service?

25      A.   It seems to be a letter to the -- yes.

126

1        Q.   And based on the paragraph under the Dear line,

2    it's:  OpenAI seeks a determination that it's a

3    charitable organization, correct?

4        A.   OpenAI seeks -- yes, I see that sentence.

5    Yeah.  Thank you.

6        Q.   So this is part of the packet that Microsoft

7    reviewed in its due diligence prior to entering the 2019

8    agreement?

9        A.   Yes.  I haven't looked, you know, page for

10   page, but this cover sheet, yes.

11       Q.   Okay.  And in this packet, there are several

12   documents related to OpenAI, Inc., the non-profit

13   organization, correct?

14       A.   OpenAI, Inc., yes.

15       Q.   Uh-huh.  And one of them is a Form 1023?  If

16   you turn to the next page, 522, it says:  Form 1023

17   Checklist?

18       A.   Page 22.

19       Q.   36522 in the Bates number.

20       A.   Okay.  Yep.

21       Q.   Uh-huh.  So this is an application to the IRS,

22   correct?

23       A.   I'm not familiar with applications to the IRS,

24   so I just have to read it for a moment.

25            It appears to be an application to the IRS.

130

1      Q.   The certification of corporation was attached

2  to this packet, correct?

3           MR. WINTER:  Objection to the form.

4      A.   I don't technically know if this was attached

5  to this packet, but...

6      Q.   (By Ms. Tofighbakhsh)  But this is what

7  Microsoft reviewed in its due diligence?

8      A.   We did review this in our due diligence.

9      Q.   The 2019 agreement involved the creation of a

10  for-profit entity, correct?

11           MR. COHEN:  Objection to form.

12      A.   No, it did not.  OpenAI, the non-profit,

13  created a for-profit entity prior to our 2019 agreement.

14      Q.   (By Ms. Tofighbakhsh)  And what did the 2019

15  agreement -- or sorry.

16           Which entity was the 2019 agreement with?

17      A.   I believe it was with the OpenAI for-profit

18  entity, the limited partnership.

19      Q.   Was the OpenAI non-profit entity also a

20  counterparty to Microsoft in that agreement?

21           MR. WINTER:  Objection to form.

22      A.   I will have to go look at the documents to

23  remind myself if they also signed on.  I do believe they

24  also signed the -- well, let me just go look.  JDC- --

25  you are referring to the JDCA?

1    those technologies to offer them to customers.  And yes,

2    we offered them for -- to customers.  And in many

3    circumstances, they then -- you know, we generate

4    revenue off of those relationships.

5         Q.  When you say you are offering them to

6    customers, Microsoft is not offering them to customers

7    for no money in exchange; is that right?

8         A.  Certain services are free.  Copilot, for

9    example, for consumers, my understanding is, it's a free

10   offering.  So yes, some offerings are free.  Some

11   offerings are paid.

12        Q.  And Microsoft wanted to integrate OpenAI's

13   technology into its paid and unpaid offerings?

14        A.  Yeah.  I think we wanted to utilize their AI

15   technologies across our offerings to offer that service

16   to our customers.

17        Q.  Okay.  Let's talk about the JDCA then and how

18   it helped Microsoft achieve those goals.

19        A.  Okay.

20        Q.  How much money was involved in the first JDCA?

21             MR. COHEN:  Objection to form.

22        A.  So I believe our original investment was

23   a billion dollar investment in 2019.  That was to

24   support ██████████████████████████████████████

██████████████████████████████████████████████████,

150

```
 1        A.  Yes, the OpenAI LP agreement.

 2            Let me just pause for a moment, though.  I

 3   don't want to misstate our role, whether we were an LP

 4   specifically or not.  We invested in the OpenAI LP.  I

 5   just want to make sure that I'm not misstating that we

 6   were an LP specifically.

 7        Q.  Did Microsoft get any rights --

 8        A.  And maybe I will just say I don't know if we

 9   were specifically an LP.  We were an investment -- we

10   were an investor into the OpenAI LP.  Maybe I will just

11   make that clear.

12        Q.  Sure.

13        A.  But...

14        Q.  Did Microsoft obtain a right to appoint a board

15   member in 2019?

16        A.  In 2019.  I don't recall.

17        Q.  Was there a side letter to the 2019 --

18        A.  As a note, we don't currently have a board

19   seat, and I don't believe we've ever sat on the OpenAI's

20   board as a board member.

21        Q.  But in 2019, was there a side letter to the

22   2019 JDCA?

23        A.  Not that I'm aware of.

24        Q.  There was a side letter, and you should be

25   prepared on this subject because it's part of the
```

Case 4:24-cv-04722-YGR    Document 391-30    Filed 01/16/26    Page 15 of 44
ELON MUSK vs
SAMUEL ALTMAN
30(b)(6), Highly Confidential
Michael Wetter
September 08, 2025

160

1          MR. WINTER:  I'm going to object to the

2    form.

3          A.  We've referred to our investment as an economic

4    interest.  It's listed here as a convertible security.

5    The original deal may have been a convertible security.

6    I'm not sure if that was used specifically to describe

7    the security or not.

8          Q.  (By Ms. Tofighbakhsh)  Is it still a

9    convertible security?

10          A.  We have in -- now it's an LLC that we are a

11    member of.  And it is a membership interest that we have

12    in the LLC.

13          Q.  But Microsoft still has an economic interest in

14    the profits, correct?

15          A.  Yes.  Microsoft, via the total redemption

16    amount, has an economic interest in the future profits,

17    the potential future profits, of OpenAI.

18          Q.  Has Microsoft received any profits from OpenAI

19    to this date?

20          A.  We have not received any return via the

21    investment -- via the target redemption amounts.

22          Q.  The LLC you mentioned was converted to an LLC,

23    correct?

24          A.  Correct.

25          Q.  That conversion happened in 2023, right?

161

1        A.   I believe so.

2        Q.   And other OpenAI entities were created?

3        A.   I believe so.

4        Q.   Do you know how many OpenAI entities were

5   created?

6        A.   I don't.

7        Q.   I'm going to show you a document.

8             (Exhibit No. 13 marked.)

9             MS. TOFIGHBAKHSH:   13.

10            MR. COHEN:   I need my glasses.

11       Q.   (By Ms. Tofighbakhsh)   This is a structure

12  chart, correct?

13       A.   Yes, this is a structure chart.

14       Q.   And in the date up in the left corner, it says

15  June 21st, 2024?

16       A.   It does.

17       Q.   So this is a pretty recent chart, right?

18       A.   Yeah.   It's been at least, you know, 15 months,

19  12 months.

20       Q.   That's your email address that's sort of

21  watermarked on top of it, right?

22       A.   That is.

23       Q.   What does that watermark mean?

24       A.   It means I looked -- I accessed this document

25  likely via either OpenAI's portal or a virtual data

ELON MUSK vs
SAMUEL ALTMAN                    30(b)(6), Highly Confidential

Michael Wetter
September 08, 2025

162

1   room.  I'm not sure.

2        Q.  So you've seen this document before, right?

3        A.  I have.

4        Q.  Is this the current structure of OpenAI?

5             MR. COHEN:  Objection to form.

6        A.  I don't know if this is the current structure

7   of OpenAI.

8        Q.  (By Ms. Tofighbakhsh)  Okay.  You see in --

9   sort of right under your watermark, it says OpenAI --

10   OpenAI Corporation (Holding Company)?

11       A.  Under my -- oh, up here.  Yeah.  Yes, I do see

12   that.

13       Q.  And it's a majority member of OpenAI Global,

14   LLC?

15       A.  Yes.

16       Q.  Which is itself a holding company?

17       A.  Yes.

18       Q.  And Microsoft is a minority member of OpenAI

19   Global, LLC, correct?

20       A.  Yes, we are a minority member.  That's my

21   understanding is that we are a minority member.

22       Q.  And then the OpenAI Global, LLC, is -- has a

23   single member and a manager and is the manager of OpenAI

24   OpCo, LLC, correct?

25             MR. COHEN:  Objection to form.  I mean, are

Case 4:24-cv-04722-YGR    Document 391-30    Filed 01/16/26    Page 18 of 44

ELON MUSK vs
SAMUEL ALTMAN                30(b)(6), Highly Confidential

Michael Wetter
September 08, 2025

163

1    you asking him, is that what it says?

2                MS. TOFIGHBAKHSH:  Yes.

3        A.  That's what this chart --

4                MR. COHEN:  Then you can answer.

5        A.  -- does say.

6        Q.  (By Ms. Tofighbakhsh)  And it says, underneath

7    OpenAI OpCo, LLC, fka OpenAI, LP.  And "fka" means

8    formerly known as, right?

9        A.  Yes.  Generally, I believe, that's right.  Fka

10   is formerly known as.  I do not see the fka reference

11   that you are making, though.

12       Q.  It is in the box that says OpenAI OpCo, LLC,

13   under Global, LLC.

14       A.  Oh, yes, I see it now.  Yes.

15       Q.  So in 2019, the former entity was what

16   Microsoft had made an investment in, correct?

17       A.  Yes, I believe that's right.

18       Q.  And now there are a lot more entities, and

19   Microsoft is only invested in OpenAI Global, LLC?

20       A.  I believe that is where our investment

21   membership -- or our membership is, is with the global

22   LLC, membership interest.

23       Q.  Does Microsoft have an interest of any kind in

24   any of the other entities on this chart?

25       A.  Not that I'm aware of, no.

Case 4:24-cv-04722-YGR    Document 391-30    Filed 01/16/26    Page 19 of 44
ELON MUSK vs
SAMUEL ALTMAN                    30(b)(6), Highly Confidential

Michael Wetter
September 08, 2025

166

1    Microsoft's costs, right?

2            MR. COHEN:  Objection to form.

3        A.  I don't know if I would characterize it ▆

6        Q.  (By Ms. Tofighbakhsh)  And ▆▆▆▆▆▆▆▆▆▆

correct?

8        A.  Yes.  I believe ▆▆▆▆▆▆▆▆▆▆

10        Q.  Under the 2019 JDCA, if OpenAI needed more

11    compute than Microsoft could build --

12        A.  Yes.

13        Q.  -- could it go anywhere else?

14            MR. WINTER:  Objection to the form.

15        A.  In our relationship with OpenAI, when we

16    haven't been able to deliver sufficient cloud compute,

17    we've given waivers for them to go elsewhere.  My

18    understand- -- I'm not aware of anything in 2019 where

19    they were unable to get sufficient cloud compute from us

20    in the 2019 agreement.  But most recently, we've

21    extended their ability to get cloud services from a

22    number of other third parties.

23        Q.  (By Ms. Tofighbakhsh)  That's because, under

24    the 2019 JDCA, OpenAI was exclusively required to rely

25    on Azure for cloud computing; is that right?

1    Q.  Uh-huh.

2    A.  I'm more familiar with the current structure in

3  the 2023 where there's a manager.  But I believe -- I

4  actually don't want to speculate what the general

5  partner reference was there, but in the 2023, we have a

6  manager that -- that works with the OpenAI LLCA and the

7  non-profit.

8    Q.  What's the name of the manager?

9    A.  Sam Altman.

10    Q.  The paragraph that we looked at said that

11  Microsoft negotiated a set of protective provisions on

12  major decisions.

13          What are the major decisions?

14    A.  Sorry.  Say that again.

15    Q.  What are the major decisions --

16    A.  Oh, the major decisions.  They are basically

17  protective provisions that we put in place so that for

18  the investment capital that we had put -- that we had

19  invested, we would have the protection from something

20  that, you know, from an event that might

21  disproportionately negatively impact Microsoft.

22          And then there was a set of decisions, such as

23  a sale of the company, or other events like changes to

24  the TRA that we went through that could impact Microsoft

25  that we would have a decision right over.

182

1    Q.  In 2019, it was a convertible limited

2    partnership interest?

3    A.  I believe that's right.

4    Q.  Who decided to structure the interest that way?

5    A.  OpenAI has been the drafter of these agreements

6    and the approaches and the structuring work that has

7    gone into all of our agreements, and then we've invested

8    into those entities.

9         So if you go back to the original LLP, they had

10   set up that entity in advance of our investment, and

11   then we invested into that entity when they decided to

12   do the LLC.  Similarly, we invested into that entity.

13   Q.  Could Microsoft sell its interest in OpenAI if

14   it wanted to?

15   A.  No.  I don't believe there is a path for us to

16   sell our interest in the LLC.  But I would have to -- I

17   don't know, to be honest, if there's a path for us to

18   sell our interest in the LLC.

19   Q.  So is it --

20   A.  I don't know.

21   Q.  -- fair to call Microsoft's investment

22   illiquid?

23   A.  It is fair to consider our investment, yeah,

24   illiquid.

25   Q.  So then what does its interest allow Microsoft

1     to do with respect to OpenAI's decisions other than the

2     major decisions we discussed?

3          A.   Just the major decisions.

4          Q.   Does it have any voting rights?

5          A.   Zero voting rights.

6          Q.   Has a right to receive dividends?

7          A.   No.  It only gives us the right to profit

8     sharing under the TRA distribution waterfall, along with

9     all the other TRA holders in the membership -- in the

10    LLC.

11         Q.   And all the other rights are defined in the

12    JDCA?

13              MR. COHEN:  Objection to form.

14         A.   All the other rights.  Maybe be a bit more

15    specific.

16         Q.   Major decision rights.

17              MR. COHEN:  Objection to form.

18         A.   The major decision rights, I believe, are in

19    our investment agreement, not in the JDCA.

20         Q.   (Ms. Tofighbakhsh)  Any other rights of

21    commercialization that's in the JDCA?

22              MR. COHEN:  Objection to form.

23         A.   I would have to be more specific about what you

24    are -- what you're asking.

25         Q.   The IP rights we discussed.

Case 4:24-cv-04722-YGR    Document 391-30    Filed 01/16/26    Page 23 of 44
ELON MUSK vs
SAMUEL ALTMAN                    30(b)(6), Highly Confidential
Michael Wetter
September 08, 2025

197

1    but I don't know specifically when he became a Microsoft

2    board member.

3         Q.  Does 2017 sound right?

4         A.  I don't know, but...

5         Q.  And he's still on the Microsoft board?

6         A.  Reid Hoffman is on the Microsoft board.

7         Q.  Was Reid Hoffman on the OpenAI board at any

8    point?

9              MR. COHEN:  Objection; form, outside the

10   scope.

11        A.  I don't recall if he was on the OpenAI board or

12   not.  But he was -- yeah, I don't recall.

13        Q.  (By Ms. Tofighbakhsh)  So you don't know if he

14   was on the OpenAI board when this agreement was being

15   negotiated?

16             MR. COHEN:  Objection to form; outside the

17   scope.

18        A.  I'm not sure specifically if he was on the

19   OpenAI board.

20        Q.  (By Ms. Tofighbakhsh)  But this term sheet

21   contemplates him serving as Microsoft's representative

22   on the OpenAI board, right?

23        A.  It does.  Well, I should take it back.  It

24   contemplates the possibility of him serving as

25   Microsoft's representative on the board.  We never had

198

1    Reid Hoffman serve as a board member for Microsoft.

2         Q.  But by April 2019, the parties considered that

3    he could be a board member representing Microsoft's

4    interest at OpenAI; is that right?

5              MR. COHEN:  Objection to form.

6         A.  In this term sheet, the parties identified Reid

7    as a potential representative for Microsoft, but we

8    never executed against Reid Hoffman being a board member

9    on behalf of Microsoft at OpenAI.

10        Q.  As a member of Microsoft's board, he receives

11   the memos that we just looked at, correct?

12        A.  Generally, Reid would receive board memos.  My

13   understanding is, he was recused from any OpenAI-related

14   reviews, given his prior work with OpenAI.

15        Q.  What was that work?

16        A.  Given his relationship with the company, I

17   don't know what his work specifically was.

18        Q.  Do you know the nature of his relationship with

19   OpenAI?

20        A.  I don't know the details of his relationship

21   with OpenAI.  I know he was an early -- one of the --

22   his charitable fund invested in OpenAI.

23        Q.  Invested in OpenAI, the non-profit?

24              MR. WINTER:  Objection.

25        A.  He -- my understanding is in the LP, the

Case 4:24-cv-04722-YGR    Document 391-30    Filed 01/16/26    Page 25 of 44

ELON MUSK vs
SAMUEL ALTMAN

30(b)(6), Highly Confidential

Michael Wetter
September 08, 2025

201

1    accompanied the JDCA?

2        A.  That's correct.

3        Q.  And the investment agreement that accompanied

4    the JDCA increased Microsoft's investment, correct?

5        A.  It did.

6        Q.  And we talked about how that was $2 billion?

7        A.  Yeah, it was $2 billion.

8        Q.  So by the date of this agreement, which is

9    March 5th, 2021, Microsoft invested a total of

10   $3 billion in OpenAI, correct?

11       A.  We committed to invest $3 billion.  So like I

12   said a bit earlier,

. But we committed to $3 billion in aggregate

17   at that point.

18       Q.  And what did Microsoft get in return for its

19   $2 billion?

20       A.  So we talked about there was a TRA in place,

21   structure for capped profit returns.  So that was the

22   primary vehicle that the investment returns were

23   governed by.

24       Q.  Okay.  Did it get anything else, like expanded

25   IP rights?

Case 4:24-cv-04722-YGR    Document 391-30    Filed 01/16/26    Page 26 of 44

ELON MUSK vs
SAMUEL ALTMAN

30(b)(6), Highly Confidential

Michael Wetter
September 08, 2025

235

```
 1         A.   No.

 2         Q.   Do you -- did you ever discuss the valuation of

 3    OpenAI with Mikhail?

 4         A.   We discussed the target redemption amount

 5    construct that we have with OpenAI.   And we discussed

 6    the -- as we adjusted it for 2023, he was part of those

 7    discussions.   So yes, we discussed the TRA, but not

 8    valuation per se.

 9         Q.   Was the TRA ever constructed in reference to

10    OpenAI's valuation at the time?

11         A.   No.   The TRA just might be -- it's a

12    profit-sharing construct, as opposed to a valuation

13    construct.

14         Q.   So Microsoft's investment is not based on the

15    value of OpenAI?

16         A.   Microsoft's investment to date in OpenAI has

17    been based on this total redemption amount construct,

18    which is an approach to share profits to recoup the

19    investment in the future.

20         Q.   Is this an unusual investment arrangement?

21         A.   A capped return investment is -- is a -- I

22    don't know if I would frame it as unusual.   It's

23    different than our other investments that we've made at

24    Microsoft.

25         Q.   Have you ever seen an investment structured
```

ELON MUSK vs
SAMUEL ALTMAN          30(b)(6), Highly Confidential          Michael Wetter
September 08, 2025

237

1    that right?

2         A.   That's right.

3         Q.   Okay.  There are a couple of code names that

4    Microsoft and OpenAI use to refer to certain projects,

5    right?

6         A.   Sure.

7         Q.   Okay.  What is Project Golden Gate?

8         A.   Golden Gate is the October 2024 financing.  It

9    was led by Thrive Capital.  I believe they raised

10   6.7 billion of investor capital up to an incremental

11   billion, so a total of 7.7.

12        Q.   Did Microsoft participate in that fundraising

13   round?

14        A.   We did participate.  We invested $750 million

15   in that round.

16        Q.   Okay.  Did Microsoft have to give a waiver to

17   OpenAI to accept that funding?

18        A.   Yes.  We gave them a waiver once they were

19   pursuing that financing.

20        Q.   What is Project Sakura?

21        A.   That is the fundraising round that's being led

22   by SoftBank.  It's an aggregate capital raise of -- they

23   actually extended it beyond $40 to $41 billion.  Like I

24   said, led by SoftBank.  And then there's a host of other

25   investors that are participating in that round.

238

1          Q.   Is Microsoft participating in this round?

2          A.   Yeah.  We agreed to contribute $100 million

3    into that round.

4          Q.   That fundraising hasn't concluded yet, has it?

5          A.   No, it has not.  They did have a first close

6    and I think maybe an additional close or two, but it has

7    not completed.

8          Q.   SoftBank's investment in Project Sakura, is

9    there -- well, first, are you familiar with the terms of

10   that investment?

11         A.   Generally, yes.

12         Q.   Is there a term in that investment where

13   certain amounts of money would be clawed back if OpenAI

14   does not restructure by the end of this year?

15         A.   Their commitment to complete the fundraising is

16   subject to OpenAI completing their recapitalization.  I

17   believe -- I can't remember the exact dollar amount, but

18   I believe it's the amount that they have yet to invest

19   from the SoftBank side.

20              So in the first close, they invested, and then

21   the remaining amount is subject to -- some portion of

22   the remaining amount is subject to them completing their

23   recapitalization.

24         Q.   And by "recapitalization," you mean conversion

25   of the for-profit entity into the corporation?

Case 4:24-cv-04722-YGR   Document 391-30   Filed 01/16/26   Page 29 of 44

ELON MUSK vs
SAMUEL ALTMAN                    30(b)(6), Highly Confidential

Michael Wetter
September 08, 2025

269

1    through rebuilding their board of the non-profit.  And

2    her job was essentially -- or her purpose there was to

3    understand and help assure us that they had made

4    improvements to the governance at OpenAI's board.

5         Q.  Improvements to the governance meaning what?

6         A.  Maybe "improvements" is the wrong word.  That

7    we understood -- again, this is just understanding.  We

8    have no role, to be super clear, but this is just

9    understanding how they were going to set up their board

10   after making changes.

11        Q.  And why would Microsoft need Dee Templeton to

12   be there, to have that understanding?

13        A.  In -- in order for us to internally feel like

14   their board structure and governance was -- just

15   understand how they put it together so we could have

16   assurances internally around the governance of the board

17   going forward.

18        Q.  Why did Microsoft want that assurance?

19        A.  Again, they were rebuilding the board at the

20   time, and so we wanted to understand how it would be

21   constructed.

22        Q.  Did Microsoft gain that understanding?

23        A.  Yes.  I believe we did gain that understanding

24   of how they ultimately reconstructed the board, the new

25   members that they added, and then we exited that

270

1    nonvoting board observer role in July.

2         Q.   Was Dee Templeton involved with the OpenAI

3    relationship before becoming a board observer?

4         A.   Yes, she was.

5         Q.   And does she continue to be involved --

6         A.   Yes.

7         Q.   -- with the OpenAI relationship?

8         A.   She does.

9         Q.   What does she do?

10        A.   So she's also a member of our research

11   organization, CTO and research -- or technology and

12   research organization.  She focuses on partnerships and

13   operations.

14        Q.   I understand that you can't speak on behalf of

15   the company about the events of November 17th, 2021.

16   That's what your counsel is saying, right?

17             MR. COHEN:  That is what his counsel is

18   saying, correct.

19        Q.   (By Ms. Tofighbakhsh)  Okay.  Then we'll move

20   on.

21             What is the deployment safety board?

22        A.   You know, I don't totally recall exactly how

23   the deployment safety board is managed right now.  There

24   is a deployment safety board.  I am aware of that.  But

25   I don't have the details on how it's organized and

294

1                    C E R T I F I C A T E

2


3    STATE OF WASHINGTON

4    COUNTY OF KING

5


6         I, Barbara K. Castrow, a Certified Court Reporter

7    in and for the State of Washington, do hereby certify

8    that the foregoing transcript of the deposition of

9    Michael C. Wetter, having been duly sworn, on

10   September 8, 2025, is true and accurate to the best of

11   my knowledge, skill and ability.

12        IN WITNESS WHEREOF, I have hereunto set my hand

13   and seal this 10th day of September, 2025.

14


15


16   _____

17        Barbara K. Castrow, CCR, RMR, CRR
          Certified Court Reporter #2395
18


19   My certification expires:
     November 24, 2025
20


21


22


23


24


25

**ERRATA SHEET**

*MUSK V. ALTMAN, ET AL*

*No. 4:24-cv-04722-YGR*

Witness Name:       Michael Wetter

Deposition Date:      September 8, 2025

I, Michael Wetter, wish to make the following changes to the record:

| Page | Line(s) | Now Reads | Should Read | Reason |
|------|---------|-----------|-------------|--------|
| 14 | 19 | J.S. Morgan | J.P. Morgan | Typographical error |
| 20 | 14, 16 | Mark | Marc | Typographical error |
| 175 | 4 | opening AI | OpenAI | Typographical error |
| 188 | 12 | $2 million | $2 billion | Typographical error |
| 221 | 23-24 | higher firepower | hire/fire power | Typographical error |
| 226 | 8 | to – for the | -- 2 for the | Typographical error |
| 232 | 23 | by | buy | Typographical error |
| 242 | 16 | Microsoft's plan | OpenAI's plan | Clarification |
| 249 | 17, 19 | evaluation | valuation | Typographical error |
| 275 | 12 | requesting | rejecting | Typographical error |

I, Michael Wetter, reserve the right to further supplement these errata should discrepancies between the video and transcript be later identified.

Date: 10/10/2025 _____

Signed: _____
Michael Wetter (CORPDEV) (Oct 10, 2025 22:56:02 PDT)

**In the Matter Of:**

*ELON MUSK vs*

*SAMUEL ALTMAN*

---

*MICHAEL WETTER*

*September 25, 2025*

---



295

1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3

4    ELON MUSK, et al.,                    )
                                           )
5                       Plaintiffs,        )
                                           )
6                  v.                       ) No. 4:24-cv-04722-YGR
                                           )
7    SAMUEL ALTMAN, et al.,                )
                                           )
8                       Defendants.        )
                                           )
9                                          )

10

11          VIDEOTAPED IN-PERSON AND VIDEOCONFERENCE

12          30(b)(6) MICROSOFT CORPORATION DEPOSITION

13                    UPON ORAL EXAMINATION OF

14          MICHAEL C. WETTER, VOLUME II
     _____

15

16             Taken at 401 Union Street, Suite 3300

17                     Seattle, Washington

18

19

20          *** TRANSCRIPT DEEMED HIGHLY CONFIDENTIAL
                    ATTORNEYS' EYES ONLY ***

21

22

23       DATE TAKEN:  SEPTEMBER 25, 2025

24       REPORTED BY: BARBARA CASTROW, RMR, CRR, CCR

25                    WA CCR #2395

Case 4:24-cv-04722-YGR    Document 391-30    Filed 01/16/26    Page 35 of 44

ELON MUSK vs
SAMUEL ALTMAN                    Attorneys Eyes Only

Michael Wetter
September 25, 2025

296

```
 1                    APPEARANCES

 2    FOR PLAINTIFFS:

 3                 JENNIFER SCHUBERT
                   SARA TOFIGHBAKHSH
 4                 MoloLamken LLP
                   430 Park Avenue
 5                 New York, NY 10022
                   212.607.8160
 6                 jschubert@mololamken.com
                   stofighbakhsh@mololamken.com
 7

 8    FOR DEFENDANT MICROSOFT CORPORATION:

 9                 JOHN (JAY) JURATA, JR.
                   Dechert LLP
10                 1900 K Street NW
                   Washington, DC  20006-1110
11                 202.261.3300
                   jay.jurata@dechert.com
12
                   ELISA BENEZE (VIA VIDEOCONFERENCE)
13                 Dechert LLP
                   Cira Centre, 2929 Arch Street
14                 Philadelphia, PA  19104-2808
                   215.994.2315
15                 elisa.beneze@dechert.com

16                 REBECCA FRANCIS
                   General Counsel Microsoft Corp.
17                 5600 148th Ave NE
                   Redmond, WA 98052-5104
18                 425.704.8098
                   becky.francis@microsoft.com
19

20    FOR DEFENDANT SAMUEL ALTMAN:

21                 STEVEN WINTER (VIA VIDEOCONFERENCE)
                   Wachtell, Lipton, Rosen & Katz
22                 51 West 52nd Street
                   New York, N.Y.  10019-6150
23                 212.403.1000
                   swinter@wlrk.com
24

25    ALSO PRESENT:  ADAM SWEETS, VIDEOGRAPHER
```

297

```
 1                    EXAMINATION INDEX

 2    EXAMINATION BY:                              PAGE NO.

 3     MS. SCHUBERT                                    298

 4

 5                      EXHIBIT INDEX

 6     NO.    DESCRIPTION                          PAGE NO.

 7     22    2-page Microsoft Memo dated 3/11/24.      300
             MSFT_MUSK000083532  HIGHLY CONFIDENTIAL

 7     23    13-page Memorandum of Understanding dated  302
 9           09/09/25.  MSFT_MUSK000092434 HIGHLY
             CONFIDENTIAL
10
       24    6-page OpenAI Update February 2025 slides.  309
11
       25    9-page email chain. MSFT_MUSK000088870     316
12           HIGHLY CONFIDENTIAL
13

14

15

16

17

18

19

20

21

22

23

24

25
```

298

```
 1                    Seattle, Washington

 2                  September 25, 2025

 3                     1:35 p.m.

 4                      -o0o-

 5

 6           THE VIDEOGRAPHER:  We are now on the record.

 7  Today's date is September 25th, 2025.  The time is

 8  approximately 1:35 p.m.  The location of this deposition

 9  is 401 Union Street, Suite 3300, Seattle, Washington

10  98101.

11           My name is Adam Sweets.  I will be your

12  videographer today.  Barbara Castrow is our court

13  reporter today.  We both represent Lexitas.  The civil

14  action number is 4:24-cv-04722-YGR.  This is in the

15  matter of Elon Musk, et al., versus Samuel Altman,

16  et al.

17           And the deposition -- and this deposition is

18  for Michael C. Wetter.  The video deposition was

19  requested by Plaintiff from X.AI and Elon Musk.

20           Will counsel please identify themselves for the

21  record?

22           MS. SCHUBERT:  Good afternoon.  Jennifer

23  Schubert and Sara Tofighbakhsh, from MoloLamken, on

24  behalf of Plaintiffs X.AI and Elon Musk.

25           MR. JURATA:  Good afternoon.  John Jay
```

```
 1   Jurata, Jr., on behalf of Microsoft Corporation and the

 2   witness.  Here with me is Becky Francis, associate

 3   general counsel for Microsoft Corporation.

 4               MR. WINTER:  And Steven Winter, of Wachtel

 5   Lipton Rosen & Katz, for the OpenAI defendants.

 6               THE VIDEOGRAPHER:  The court reporter may

 7   now swear in the witness.

 8

 9   MICHAEL C. WETTER,     witness herein, having been

10                          first duly sworn under oath,

11                          was examined and testified as

12                          follows:

13                          EXAMINATION

14   BY MS. SCHUBERT:

15       Q.  Good afternoon, Mr. Wetter.

16       A.  Good afternoon.

17       Q.  You were previously deposed on September 8th of

18   this year; is that right?

19       A.  Yes, that's right.

20       Q.  And just three days after that, on

21   September 11th of 2025, Microsoft executed a Memorandum

22   of Understanding with OpenAI; is that correct?

23       A.  Yes.

24       Q.  For brevity, I will refer to that as the MOU,

25   if that's all right with you.
```

308

```
 1                 MS. SCHUBERT:  Counsel --

 2                 MR. JURATA:  -- you move on.

 3                 MS. SCHUBERT:  -- if I don't lay a

 4   foundation, then I'm not able to proceed without a lack

 5   of foundation objection.  And so I'm trying to quickly

 6   lay foundation.

 7                 MR. JURATA:  I will let you proceed,

 8   reserving all rights.

 9                 MS. SCHUBERT:  Understood.

10        Q.  (By Ms. Schubert)  To your understanding, was

11   Microsoft's approval required to allow OpenAI to convert

12   to a PBC?

13                 MR. WINTER:  Objection to form.

14        A.  So as part of our investment agreements, we

15   have major decision rights.  It's our understanding that

16   our major decision rights would cover a recapitalization

17   of the company for-profit unit into a PBC.  So it is our

18   understanding that that would be covered under the major

19   decision right.

20        Q.  (By Ms. Schubert)  And you've testified about

21   SoftBank's investment.  Was that partially contingent on

22   OpenAI converting to a PBC by the end of this year?

23                 MR. WINTER:  Objection to form.

24             And, Counsel, we can probably dispense with

25   some of these form objections if you could just be a
```

ELON MUSK vs
SAMUEL ALTMAN                   Attorneys Eyes Only

Michael Wetter
September 25, 2025

317

1    first set of conversations happened. ██████████████

      ████████████████████████████████████████████████████

      ████████████████████████████████████. That's my

4    knowledge.

5         Q.  (By Ms. Schubert)  How ██████████████?

6         A.  I don't recall.

7         Q.  Was it significant?

8         A.  I don't recall how significant it was.

9         Q.  Did Microsoft want at least a ██ percent stake

10   in OpenAI?

11        A.  What I can say is where we -- where we've

12   ultimately, you know, agreed on an MOU, where we've

13   agreed an MOU to move forward is at 32 and a half

14   percent.

15        Q.  Was that in the middle of the two positions of

16   OpenAI and Microsoft?

17        A.  Not necessarily.

18        Q.  Was it more favorable to Microsoft or more

19   favorable to OpenAI?

20             MR. WINTER:  Objection to form.

21        A.  Unknown.

22        Q.  (By Ms. Schubert)  Do you think that that is a

23   fair value for Microsoft's stake in OpenAI?

24        A.  As we look across both the term sheet with

25   ARGOS 3, the package including the MOU that we've

318

1    arrived at, we believe it represents a fair value to

2    move forward.

3         Q.   Who negotiated this deal for Microsoft?

4         A.   There's a team of folks at Microsoft that

5    participate with the OpenAI management team.

6         Q.   Were you on the team?

7         A.   Yes.

8         Q.   Who negotiated this deal for OpenAI?

9         A.   There are various people on the OpenAI side

10   that spent time on this deal.  There's their leadership

11   team, as well as their legal team.  Do you want to be

12   more specific on --

13        Q.   I will ask you a few specific questions.

14             Was Sam Altman part of the OpenAI negotiation

15   team?

16        A.   Sam -- Sam Altman did negotiate on behalf of

17   OpenAI, yes.

18        Q.   And did Greg Brockman negotiate on behalf of

19   OpenAI?

20        A.   Not to my knowledge.

21        Q.   What terms of this deal were the most important

22   to Microsoft?

23        A.   For us, what was important, I would say, you

24   know, what's represented across the ARGOS term sheet and

25   the Watershed MOU, it's hard to say, like, there was

320

1        A.    No, not to my knowledge.

2        Q.    Did Microsoft give OpenAI any other expected

3    milestones in connection with this deal?

4        A.    Expected milestones.    I don't believe so, in

5    our MOU in terms of milestones, but I don't want to

6    speak broadly.    I'm not aware of any.

7        Q.    Okay.    Microsoft ultimately agreed that it will

8    give its approval for OpenAI's for-profit LLC to convert

9    to a PBC, right?

10                  MR. JURATA:    Objection to form.

11       A.    It's a nonbinding MOU, and we have work to do

12   to get to definitive agreements.    But it's our intention

13   to give our approval subject to getting to definitive

14   agreements.

15       Q.    (By Ms. Schubert)    What did Microsoft get in

16   exchange for that punitive concession?

17                  MR. WINTER:    Objection to form.

18       A.    So our -- our approval as a major decision will

19   be based on the finalization of the definitive

20   agreements for both the move to the PBC and the

21   recapitalization, as well as our final JDCA agreements.

22       Q.    (By Ms. Schubert)    I understand that.    But my

23   question is, what deal terms or benefits did Microsoft

24   get in exchange for conceding its approval to the

25   conversion?

330

```
 1    others.  But I'm not certain on the specific elements

 2    that he spent time on.

 3         Q.  Did you learn what Sam Altman said in

 4    connection with the negotiations?

 5         A.  We would get pass-downs from conversations,

 6    from time to time.  I don't think all conversations or

 7    all information about what was important to Sam from

 8    time to time.

 9         Q.  What was important to Sam --

10              MR. WINTER:  Objection to form.

11         Q.  (By Ms. Schubert)  -- as far as what you

12    learned?

13         A.  I don't recall.

14         Q.  When do you expect the deal terms to be

15    finalized for board approval?

16         A.  I don't know.  We have a timeline in our MOU

17    that calls for working through this in the next 45 days,

18    starting from the date of the MOU.  So we're going to

19    work with that timeline.  But it's unclear whether we'll

20    get all the work done inside of 45 days or not.

21         Q.  Do you expect the deal to close by the end of

22    the year?

23         A.  I don't know.  I would say, assuming we, you

24    know -- I think there's a good chance that we can get

25    the deal done inside of the calendar year, but it's
```

ELON MUSK vs
SAMUEL ALTMAN

Attorneys Eyes Only

Michael Wetter
September 25, 2025

333

```
 1                    C E R T I F I C A T E

 2

 3   STATE OF WASHINGTON

 4   COUNTY OF KING

 5

 6        I, Barbara K. Castrow, a Certified Court Reporter

 7   in and for the State of Washington, do hereby certify

 8   that the foregoing transcript of the deposition of

 9   Michael C. Wetter, having been duly sworn, on

10   September 25, 2025, is true and accurate to the best of

11   my knowledge, skill and ability.

12        IN WITNESS WHEREOF, I have hereunto set my hand

13   and seal this 29th day of September, 2025.

14

15

16

17

18

19

20                  Barbara K. Castrow, CCR, RMR, CRR

21                  Certified Court Reporter #2395

22

23   My certification expires:

24   November 24, 2025

25
```