# EXHIBIT 26
# PUBLIC REDACTED VERSION

## JOINT DEVELOPMENT AND COLLABORATION AGREEMENT

This Joint Development and Collaboration Agreement ("**Agreement**") is among Microsoft Corporation, a Washington corporation having its principal place of business at One Microsoft Way, Redmond, Washington 98052 ("**Microsoft**"); OpenAI, Inc., a Delaware corporation having its principal place of business at 3180 18th Street, Suite 100, San Francisco, California 94110 ("**OpenAI**"); and OpenAI, L.P., a Delaware limited partnership having its principal place of business at 3180 18th Street, Suite 100, San Francisco, California 94110 ("**LP**"). This Agreement is effective on July 2, 2019 ("**Effective Date**").

This Agreement consists of:

- This document ("**Cover Page**");
- The attached terms and conditions ("**General Terms**");
- Exhibit A (Specifications), Exhibit B (Relationship Management), Exhibit C (Form of Statement of Work), and Exhibit D (Trademarks);
- The incorporated terms of the NDA (defined below);
- Any Joint Marketing Plans (defined below); and
- Any Statements of Work (defined below).

| Contact Details | | | |
|---|---|---|---|
| **OpenAI** | | **Microsoft** | |
| Address: | 3180 18th Street, Suite 100 San Francisco, California 94110 USA Attn: Sam Altman, CEO | Address: | Microsoft Corporation One Microsoft Way Redmond, Washington 98052 USA Attn: Kevin Scott, CTO |
| Phone #: | (415) 879-9686 | Phone #: | |
| | | Fax #: | |
| E-Mail: | sama@openai.com | E-Mail: | |
| Except as provided in Section 13(a) of the General Terms, a copy of all notices must also be sent to: OpenAI General Counsel Addressed in hard copy as above and also: Copied via email to david@openai.com To the Attention of: General Counsel, David Lansky | | Except as provided in Section 13(a) of the General Terms, a copy of all notices must also be sent to: Microsoft Corporation Corporate, External, and Legal Affairs Addressed in hard copy as above and also: Copied via fax to ▮▮▮▮▮ To the Attention of: Deputy General Counsel, IIPG | |
| **LP** | | | |
| Address: | 3180 18th Street, Suite 100 San Francisco, California 94110 USA | | |
| Phone #: | (415) 879-9686 | | |
| | | | |
| E-Mail: | sama@openai.com | | |
| Except as provided in Section 13(a) of the General Terms, a copy of all notices must also be sent to: | | | |

HIGHLY CONFIDENTIAL                                                    MSFT_MUSK000055169

OpenAI General Counsel
Addressed in hard copy as above and also:
Copied via email to david@openai.com
To the Attention of: General Counsel, David
Lansky



By signing below, each party agrees to be bound by this Agreement as of the Effective Date.

**Microsoft Corporation**

N. Sav

By: (Sign)

Satya Nadella
Name: (Print)

CEO
Title

Date of Execution:

**OpenAI, L.P.**

By: (Sign)

Name: (Print)

Title:

Date of Execution:

///
///
///
Remainder of page intentionally left blank

**OpenAI, Inc.**

By: (Sign)

Name: (Print)

Title:

Date of Execution:

> OpenAI General Counsel
> Addressed in hard copy as above and also:
> Copied via email to david@openai.com
> To the Attention of: General Counsel, David Lansky

By signing below, each party agrees to be bound by this Agreement as of the Effective Date.

**Microsoft Corporation**                    **OpenAI, Inc.**

_Sam Altman_
CDF868000A88472...

By: (Sign)                                    By: (Sign)

                                              Sam Altman

Name: (Print)                                 Name: (Print)

                                              Chief Executive Officer

Title:                                        By: (Sign)

                                              6/28/2019

Date of Execution:                            Date of Execution:


**OpenAI, L.P.**


**By:  OpenAI GP, L.L.C., its general partner**

        **By:  OpenAI, Inc., its sole member**

_Sam Altman_
CDF868000A88472...

By: (Sign)

Sam Altman

Name: (Print)

Chief Executive Officer

Title:   6/28/2019

Date of Execution:


///

///

///

Remainder of page intentionally left blank


*Joint Development and Collaboration Agreement – Microsoft, OpenAI, and LP Confidential*
*Cover Page*                                                        *Page 2 of 35*

US 164978448v24

HIGHLY CONFIDENTIAL                                        MSFT_MUSK000055171



**(b)**   "*AGI*" or "*Artificial General Intelligence*" means a highly autonomous system that outperforms humans at most economically valuable work.

HIGHLY CONFIDENTIAL



**(q)** *"Language Model Technology"* means any LP or OpenAI model trained on the objective of correctly predicting words from context, including various schemes or algorithms for predicting words (e.g., autoregressive models, BERT, or GANs, and the model known as GPT-2 and all successors to and future

versions thereof), but not including the use of language in other tasks (for example, a joint image/language model) or game-based reinforcement training environments (such as DOTA2 or Atari-level games).  Language Model Technology includes any Improvements thereto developed, conceived or reduced to practice pursuant to the Collaboration.

**(dd)**  "***Supercomputer***" means any embodiment, in whole or in part, of Supercomputer Tech.

**(ee)**  "***Supercomputer Tech***" means any supercomputing hardware, software related to such supercomputing hardware (including the supercomputer operating system, computer architecture, and designs) and any other Technology that primarily embodies, or primarily relates to such supercomputing hardware or software, including Improvements thereto.  For the avoidance of doubt: **(i)** the Supercomputer Processing Unit and the AGI Relevant Supercomputer are Supercomputing Tech; and **(ii)** Supercomputer Tech may be developed both

pursuant to, and outside of, the Collaboration, but excluding in all cases, any application-layer software that executes on a Supercomputer.



██████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████

**(f)** **Supercomputer development.** The parties will, in accordance with this Section 2, collaborate on designing and building: **(i)** a supercomputer processing unit to be operational within calendar year 2020 (as further described in Section 3(a) of Exhibit A, the "***Supercomputer Processing Unit***"); and **(ii)** a supercomputer expected to be operational later in the Term (as further described in Section 3(b) of Exhibit A, the "***AGI Relevant Supercomputer***"). On Completion of the AGI Relevant Supercomputer, Microsoft will make it (or instances or embodiments of it, as applicable) available for commercial access and use (at commercially reasonable pricing determined by Microsoft to be generally consistent with Microsoft's current pricing models, as reasonably adjusted to reflect improved performance, research investment recapture, and other costs of making and operating the AGI Relevant Supercomputer as well as market-appropriate margins on the foregoing) solely by Microsoft, LP, OpenAI, and their respective Permitted Affiliates to run workloads of Microsoft, LP, OpenAI, or such Permitted Affiliates (and not including workloads of Microsoft, LP, OpenAI, or Permitted Affiliates run on behalf of others where the workload is primarily designed or primarily specified by such others, but including workloads processed by Microsoft, LP, OpenAI, or Permitted Affiliates as part of commercially available products or services (e.g., Cortana) that are made available to others, and also including Microsoft, LP, OpenAI, or Permitted Affiliates testing, evaluating, or benchmarking workloads of others) for a period of two (2) calendar years (after which Microsoft may freely make such AGI Relevant Supercomputer available to third parties in its discretion). After the exclusivity period, during the Term, Microsoft will continue to make available the AGI Relevant Supercomputer (or instances or embodiments of it, as applicable) for commercial access and use under commercially reasonable pricing terms. "***Completion***" for purposes of this Section 2(f) means that the parties have agreed in writing (including email) that the AGI Relevant Supercomputer complies with all specifications in this Agreement (and any other specifications the parties have agreed in writing (including email) will apply), with any failure to agree being referred to Dispute resolution under Section 2 of Exhibit B. "***Permitted Affiliates***" means, for a given party, all third parties that were Affiliates of that party as of the Effective Date.

**(g)** **Limited Exclusivity.** During the Term, LP, OpenAI and their respective Affiliates will collaborate exclusively with Microsoft (except as otherwise provided in this Section 2(g)) on designing and building any Supercomputer, Supercomputer Tech, or other supercomputing technology, including LP's and OpenAI's obligations to collaborate with Microsoft as set forth in Section 2(f) as well as any other obligations to collaborate on supercomputing technology that may be set forth in any SOW. The foregoing exclusivity obligation will not be construed to prevent LP and OpenAI from testing and evaluating any third-party hardware, and (subject to the confidentiality obligations under this Agreement and Microsoft's IP rights) providing limited benchmarking data to the hardware manufacturer, but solely to the extent that: **(i)** no LP or OpenAI personnel engaging in such testing will participate in the Collaboration; and **(ii)** neither LP nor OpenAI, in connection with such testing and evaluation or otherwise, will participate in any way in designing, building, or manufacturing any Supercomputer, Supercomputer Tech, or other supercomputing technology in collaboration with any such third party, or provide feedback to any such third party related to such designing, building, or manufacturing; the only information that LP, OpenAI, or both may provide to such third parties in relation to such testing and evaluation or in relation to such hardware is raw benchmarking data that is not based on the use of models developed as part of the Collaboration, together with associated comments and analysis, but without any design or manufacturing feedback. ████████████████████████

██████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████    ███████
██████████
██████████

**(h)    Migration to Azure.**  In accordance with this Section 2: **(i)** LP and OpenAI will, beginning on the Effective Date, port their cloud services (e.g., storage, compute, and web hosting) to Azure as soon as commercially practical; and **(ii)** the parties will, within three (3) months after the Effective Date, agree on a set of features for Microsoft to include in Azure that will improve Azure's compatibility or performance with the migrated LP or OpenAI cloud services ("***Improved Azure Feature Set***").  Microsoft will make commercially reasonable efforts to, as soon as commercially practicable, implement the Improved Azure Feature Set in Azure.

**(j)    Open source.**  The Governing Board will review whether and when the parties will make Technology licensed or made available under or in relation to this Agreement available pursuant to open source terms (and no party will make such Technologies generally available to third parties, under open source terms, unless and until such licensing has been discussed by the Governing Board).  As among the parties, however, and although the parties will discuss this in the Governing Board: **(i)** LP or OpenAI will make the final determination regarding whether and when to make the Language Model Technology generally available under open source terms; and **(ii)** Microsoft will make the final determination regarding whether and when to make any Supercomputer Tech generally available under open source terms.  Notwithstanding the foregoing, where LP or OpenAI have licensed to Microsoft a Selected Technology, LP and OpenAI will not make any version of such Technology available under open source terms unless at the time such version of the Technology is to be made available under open source terms: **(x)** a version has been licensed to Microsoft for at least twelve (12) months, and **(y)** Microsoft is licensed, on terms that are as broad as those of any earlier version, to an upgraded version (as compared to the version being made available under open source terms) of the Technology that is also the most advanced version (from a feature and capability perspective) of the Technology that has passed any necessary safety review.



**(g)    Future Technology License.**  The parties will, within ninety (90) days of the Effective Date, review OpenAI technologies developed as of such date and jointly agree on and select via the Governing Board either: **(i)** a specific state of the art language model (from the Language Model Technology), or, **(ii)** if OpenAI elects to make another technology (e.g., the multimodal AI technology discussed by the parties) available for selection as an alternative, such alternative technology.  The selected technology agreed on by the parties is referred to herein as the "**Selected Technology**."  LP and OpenAI each hereby grants and, to the extent such grant is not operative as of the Effective Date, will each be deemed to have granted as of the date such selection is agreed, to Microsoft and Microsoft's Affiliates an exclusive (except for LP's and OpenAI's non-commercial research use and as permitted pursuant to Section 2(j)), perpetual, irrevocable, worldwide, royalty-free, fully paid: **(i)** license under each such grantor's Patents in the Selected Technology, to make, have made, use, sell, offer to sell, import, export, lease, transfer, and otherwise distribute the Selected Technology alone or in combination with Microsoft Licensed Products (except to the extent any of the foregoing exposes any Trade Secrets embodied in the Selected Technology resulting from Microsoft not making reasonable efforts to avoid such exposure); **(ii)** license under each such grantor's Non-Patent IP, to reproduce, distribute, format, publicly perform and display, import, broadcast, transmit, license, rent, lease, and create derivative works of the Selected Technology (except to the extent any of the foregoing could expose any Trade Secrets embodied in the Selected Technology), and combine the Selected Technology (or derivative works of the Selected Technology) with any Microsoft Licensed Product; and **(iii)** right to sublicense to third parties the foregoing rights, including the right to sublicense to further third parties, in each case solely to the extent necessary to enable Microsoft and its applicable Affiliates to exercise the rights granted under the foregoing clauses 3(g)(i) and (ii) in connection with the development and commercialization of Microsoft Licensed Products. Notwithstanding the foregoing exclusivity, OpenAI may make the Selected Technology available under open source terms subject to

and in accordance with Section 2(j).  In 

**Section 4.  Right of first negotiation.**  Throughout the Term, if LP or OpenAI intends to make any Commercial Use of any LP or OpenAI Technology other than the Selected Technology or an AGI system, LP and OpenAI will first notify Microsoft of such intent and the parties will then negotiate, exclusively and in good faith, the terms of an exclusive license to Microsoft and its Affiliates of such Technology.  The parties will diligently engage in such negotiation for at least sixty (60) days from the date of Microsoft's receipt of such notice.  If such negotiations do not result in an agreement before the end of such sixty (60)-day period (and the parties do not agree to extend the period), then nothing in this Agreement will prevent LP and OpenAI from making Commercial Use of such Technology, including by entering into an agreement with any third party with respect

MSFT_MUSK000055182

to the sale, licensing, or other distribution of such Technology, but to the extent that LP or OpenAI implements such Commercial Use of an LP or OpenAI Technology other than the Selected Technology in a cloud environment during the Term, LP and OpenAI will ensure that during the Term their use or hosting of the Technology is at all times hosted only on Azure servers if commercially practicable.  Any such use will be governed by the Volume Licensing Agreement and count toward the spending commitment under Section 5(b).

**(a)    Azure hardware commitment.**  Microsoft will make Dedicated Hardware available for use by LP and OpenAI (in the aggregate) in the numbers, and by the dates, specified in Table 1 below.  The parties acknowledge that Microsoft's ability to make such Dedicated Hardware available to LP and OpenAI is contingent on: **(i)** Microsoft being able to obtain sufficient component parts from third-party vendors (e.g., NVIDIA Corporation) over which Microsoft has no control; **(ii)** Microsoft solving certain engineering power problems related to such Dedicated Hardware; and **(iii)** the parties completing the steps set forth in Section 5(d)(i) below.  Therefore, so long as Microsoft continues to make commercially reasonable efforts to make such Dedicated Hardware available for use by LP and OpenAI in accordance with this Section 5(a) and Table 1 below, Microsoft's failure timely to do so will not breach this Agreement, although for each day by which Microsoft fails timely to make the required minimum quantities of Dedicated Hardware available to LP and OpenAI, LP's and OpenAI's time to meet their spending commitment under Section 5(b) will be extended by one day.

| | | |
|---|---|---|
|  | ███████████████ | |
| █████████████████████████ | | ████████ |
| ██████████ | | █████████████ |
| ██████████ | | █████████████ |
| ██████████ | | |

**(b)    Spending commitment.**  LP and OpenAI will, in the aggregate, after the Effective Date, spend at least ██████████████████ US dollars (██████████████) on Azure services (which are deemed to include costs for LP and OpenAI to use the AGI Relevant Supercomputer, once it is made available to LP and OpenAI by Microsoft, and use of the Dedicated Hardware), in accordance with the pricing model in Section 5(d) below and Section 2(f) above, no later than December 31, 2024 or five (5) years after Microsoft has made the Improved Azure Feature Set available for OpenAI's or LP's use, whichever is later (subject to extension in accordance with Section 5(a) above) (the *"Spending Deadline"*).  Contemporaneous with execution of this Agreement, the parties will amend the enrollment under the Volume Licensing Agreement to: **(i)** extend the term of the Azure enrollment to December 31, 2024 (if that enrollment currently expires before then); **(ii)** incorporate the foregoing spending commitment; and **(iii)** include a true-up mechanism in the event LP and OpenAI have not spent such amount by the Spending Deadline.  ██████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████████

██████████████████████████████████████████     █████████
████████████
████████████

**(i)     Dedicated Hardware price.**  Upon request from LP or OpenAI to put in place new clusters of Dedicated Hardware, Microsoft will provide LP and OpenAI with a price for use of the new clusters of Dedicated Hardware.  Such price will be calculated at a fixed ████████████ margin ████ Microsoft's cost, which will be calculated using the following two variables: **(A)** ████████; and **(B)** a ████████████████ .

**(e)     Purchase and use of Azure services.**  The parties acknowledge that LP and OpenAI will be purchasing Azure services (including use of the Dedicated Hardware and the AGI Relevant Supercomputer, which services will be considered "Preview" under the terms of the Volume Licensing Agreement until such services have been made generally commercially available) under that certain Server and Cloud Enrollment (Direct) effective as of April 1, 2018 between LP and Microsoft or Microsoft's applicable Affiliate ("***Volume Licensing Agreement***").  Except for any disputes under the Investment Agreement or related to the Spending Deadline under this Agreement, any party's use of any Azure service and related disputes will be governed solely by the Volume Licensing Agreement.



**Representations and warranties.** Each party continuously represents and warrants that: **(a)** it has full power and authority to enter into, and perform its obligations under, and grant the rights granted pursuant to, this Agreement; **(b)** it will perform its obligations in a good and workmanlike manner, **(c)** this Agreement is a legal and valid obligation binding on it and enforceable according to its terms; and **(d)** its (or its Affiliate's) performance of activities pursuant to this Agreement will not violate any rights of third parties, any agreement or obligation between it and any third party, or any applicable Law.  LP and OpenAI each further represent and warrant that LP and OpenAI have no Patents as of the Effective Date.



**(b)    Termination.**

**(iii)    Change Event.**  Solely as applicable to Microsoft as the terminating party, on one hundred eighty (180) days' notice if a Change Event has occurred, provided that such notice of termination is provided within thirty (30) days after Microsoft becomes aware of the applicable Change Event.  "*Change Event*" means that:

**(B)** a change in the Chief Executive Officer of OpenAI.  "