# EXHIBIT 27
# PUBLIC REDACTED VERSION

THE OFFER AND SALE OF PARTNERSHIP INTERESTS IN OPENAI, L.P., A DELAWARE LIMITED PARTNERSHIP, IS MADE ONLY BY MEANS OF THIS SUBSCRIPTION BOOKLET AND LIMITED PARTNERSHIP AGREEMENT.

SUBSCRIPTION BOOKLET

FOR

CONVERTIBLE LIMITED PARTNERSHIP INTERESTS IN

OPENAI, L.P.
A DELAWARE LIMITED PARTNERSHIP

PLEASE CAREFULLY REVIEW AND FOLLOW THE INSTRUCTIONS TO SUBSCRIBERS IMMEDIATELY FOLLOWING THIS COVER PAGE.

AN INCOMPLETE SUBSCRIPTION AGREEMENT WILL BE RETURNED TO SUBSCRIBER FOR COMPLETION.

HIGHLY CONFIDENTIAL

## INSTRUCTIONS

To subscribe for a Convertible Limited Partnership Interest in OpenAI, L.P., a Delaware limited partnership (the "Partnership"), please do the following:

1.     <u>Individual v. Entity</u>. If Subscriber is an entity (e.g., a corporation, partnership, trust, etc.) rather than an individual, please answer the questions in the Subscription Agreement from the perspective of the entity itself rather than from the perspective of the individual who will be signing for the entity. In such a case, the entity is the "Subscriber" for purposes of these instructions and the Subscription Agreement.

2.     <u>Execution - Subscriber is an Individual</u>. If Subscriber is an individual, answer all of the questions in the body of the Subscription Agreement, then provide all required information on the "Individuals" signature page (including the date of execution and your subscription amount) and sign the signature page.

3.     <u>Execution - Subscriber is an Entity</u>. If Subscriber is a corporation, partnership, trust or other type of entity, answer all of the questions in the body of the Subscription Agreement, then provide all required information on the "Corporations, Partnerships, Trusts or Other Entities" signature page (including the date of execution and your subscription amount) and sign the signature page.

4.     <u>Form W-8 or Form W-9</u>. Please make sure to complete U.S. Internal Revenue Service Form W-9 or the appropriate Form W-8 as set forth in Exhibit A. Exhibit A contains instructions to assist you in determining which form should be completed, but those instructions are not intended to replace consultation with your own tax advisor.

5.     <u>Domestic Grantor Trust Certification</u>. If Subscriber is organized as a trust, Subscriber must complete the Domestic Grantor Trust Certification attached as Exhibit B.

6.     <u>Updating Representations and Warranties</u>. Please note your obligation to update your representations and warranties, as set forth in Section 11.

7.     <u>When and Where to Send</u>. YOUR SIGNED AND COMPLETED SUBSCRIPTION AGREEMENT SHOULD BE DELIVERED AS SOON AS POSSIBLE, TO:

Goodwin Procter LLP
601 Marshall Street
Redwood City, California 94063
Attn: Wayne Medina
Tel: (650) 752-3164
Fax: (650) 471-6051
E-Mail: WMedina@goodwinlaw.com

Delivery via Fax or PDF is acceptable.

10.     <u>Check and Wire Transfer Instructions</u>. Please review Section 2 of the Subscription Agreement, the Amended and Restated Limited Partnership Agreement of OpenAI, L.P. dated June __, 2019, ("Partnership's Limited Partnership Agreement") as well as any capital calls or other notices issued by the General Partner, to determine when your capital contributions are due.

HIGHLY CONFIDENTIAL                                                     OPENAI_MUSK00011909

11.     <u>Questions</u>. If you have any questions about the Subscription Agreement, please contact Wayne Medina of Goodwin Procter LLP at (650) 752-3164 (Tel.), (650) 471-6051 (Fax) or WMedina@goodwinlaw.com (E-mail). *An incomplete Subscription Agreement will be returned to Subscriber for completion.*

[Remainder of this page intentionally left blank.]

iii

HIGHLY CONFIDENTIAL

OPENAI_MUSK00011910

Full Legal Name of Subscriber:  Microsoft Corporation

Subscription Amount:  US$1,000,000,000

SUBSCRIPTION AGREEMENT

FOR A

CONVERTIBLE LIMITED PARTNERSHIP INTEREST

IN

OPENAI, L.P.

A DELAWARE LIMITED PARTNERSHIP

---

**IMPORTANT**

**\*\*Investing in OpenAI, L.P. is a *high-risk investment*\*\***
**\*\*Investors could lose their capital contribution and not see any return\*\***
**\*\*It would be wise to view any investment in OpenAI, L.P. in the spirit of a**
**donation, with the understanding that it may be difficult to know what**
**role money will play in a post-AGI world\*\***

**The Partnership exists to advance OpenAI, Inc.'s mission of ensuring that safe artificial general intelligence is developed and benefits all of humanity.  The General Partner's duty to this mission and the principles advanced in the OpenAI, Inc. Charter take precedence over any obligation to generate a profit. The Partnership may never make a profit, and the General Partner is under no obligation to do so.  The General Partner is free to re-invest any or all of the Partnership's cash flow into research and development activities and/or related expenses without any obligation to the Limited Partners.  See Section 6.4 of the Limited Partnership Agreement of the Partnership for additional details.**

---

NEITHER THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE REGULATORY AUTHORITY NOR THE REGULATORY AUTHORITY OF ANY OTHER COUNTRY HAS APPROVED OR DISAPPROVED THIS SUBSCRIPTION AGREEMENT OR THE CONVERTIBLE LIMITED PARTNERSHIP INTEREST ("PARTNERSHIP INTEREST") PROVIDED FOR HEREIN. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

THE PARTNERSHIP INTEREST HAS NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933 (THE "SECURITIES ACT"), NOR UNDER THE SECURITIES LAWS OF ANY OTHER COUNTRY, AND THE PARTNERSHIP IS UNDER NO OBLIGATION TO REGISTER THE PARTNERSHIP INTEREST UNDER THE SECURITIES ACT OR ANY SUCH OTHER LAWS IN THE FUTURE. THE PARTNERSHIP INTEREST MAY NOT BE SOLD, PLEDGED, HYPOTHECATED OR OTHERWISE TRANSFERRED WITHIN THE UNITED STATES

OR TO A UNITED STATES PERSON, WITHIN THE MEANING OF REGULATION S UNDER THE SECURITIES ACT, IN THE ABSENCE OF AN EFFECTIVE REGISTRATION UNDER THE SECURITIES ACT OR AN OPINION OF COUNSEL SATISFACTORY TO THE PARTNERSHIP'S GENERAL PARTNER THAT SUCH REGISTRATION IS NOT REQUIRED. HEDGING TRANSACTIONS INVOLVING THE PARTNERSHIP INTEREST MAY NOT BE CONDUCTED UNLESS IN COMPLIANCE WITH THE SECURITIES ACT. ADDITIONAL RESTRICTIONS ON THE TRANSFER OF THE PARTNERSHIP INTEREST AS WELL AS WITHDRAWALS FROM THE PARTNERSHIP ARE CONTAINED IN THE PARTNERSHIP'S LIMITED PARTNERSHIP AGREEMENT.

BASED UPON THE FOREGOING, SUBSCRIBER MUST BE PREPARED TO BEAR THE ECONOMIC RISK OF INVESTMENT IN THE PARTNERSHIP INTEREST FOR AN INDEFINITE PERIOD OF TIME. SUBSCRIBER IS ENCOURAGED TO SEEK INDEPENDENT LEGAL, INVESTMENT, ACCOUNTING AND TAX ADVICE BEFORE EXECUTING THIS SUBSCRIPTION AGREEMENT.

HIGHLY CONFIDENTIAL



10.    ***Representations and Warranties of the General Partner and the Partnership***. Upon the General Partner's execution of the Partnership Agreement on behalf of Subscriber, the General Partner and the Partnership shall be deemed to make the following representations and warranties. As of the Closing Time:

(a)    Each of the Partnership and the General Partner is: (i) duly formed, validly existing and in good standing as a limited partnership or limited liability company under the laws of the State of Delaware; and (ii) has all requisite power and authority to carry on its business and to execute, deliver and satisfy its obligations under this Subscription Agreement and the Partnership Agreement and such actions will not cause it to be in breach or violation of any contractual, legal or regulatory duty or obligation.



16



US$1,000,000,000
Subscription Amount

HIGHLY CONFIDENTIAL

OPENAI_MUSK00011930