# EXHIBIT 32
# PUBLIC REDACTED VERSION

**EXHIBIT 35**

WITNESS: Shivon Zilis
CASE: Elon Musk v. Samual Altman, et al.
CASE No.: 4:24-cv-04722-YGR
DATE: Friday, September 12, 2025

| | |
|---|---|
| **From:** | Sam Altman [                    ] |
| **Sent:** | 3/6/2021 12:31:27 AM |
| **To:** | Reid Hoffman [                    ]; Adam D'Angelo [                    ]; Holden Karnofsky [                    ]; Shivon Zilis [                    ]; Tasha McCauley [                    ]; |
| | Greg Brockman [                    ]; Ilya Sutskever [                    ] |
| **CC:** | Brad Lightcap [                    ]; Mira Murati [                    ]; Chris Clark [                    ] |
| **Subject:** | MSFT investment and commercial deal |

We have finalized the documents with Microsoft and the committee of Shivon, Tasha, and I have approved. Satya has too, so we will plan to sign shortly.

Thanks for all of the help!

Sam

OPENAI_MUSK00030225