# EXHIBIT 35
# PUBLIC REDACTED VERSION

## SECOND AMENDED AND RESTATED JOINT DEVELOPMENT AND COLLABORATION AGREEMENT
### (*Argos II*)

This Second Amended and Restated Joint Development and Collaboration Agreement (Argos II) ("***Agreement***") is among Microsoft Corporation, a Washington corporation having its principal place of business at One Microsoft Way, Redmond, Washington 98052 ("***Microsoft***"); OpenAI, Inc., a Delaware corporation having its principal place of business at 3180 18th Street, Suite 100, San Francisco, California 94110 ("***OpenAI***"); and OpenAI OpCo, LLC, a Delaware limited liability company (formerly and successor to OpenAI, L.P. ("***LP***"), a Delaware limited partnership) having its principal place of business at 3180 18th Street, Suite 100, San Francisco, California 94110 ("***OpCo***"). This Agreement is effective on January 23, 2023 ("***Effective Date***") and it amends, supersedes, and replaces in its entirety that certain Amended and Restated Joint Development and Collaboration Agreement entered into between the parties as of March 5, 2021, as amended ("***Argos I Agreement***"), but only as of the Effective Date.

This Agreement consists of:

- This document ("***Cover Pages***");

- The attached terms and conditions ("***General Terms***");

- Exhibits A (Specifications), B (Relationship Management), C (Trademarks), D (Deployment Safety Board), E (Support), F (Pricing and Payment), G (Transition), H (New First Party Microsoft Product), and I (HPE Data Privacy and Security Agreement Schedule);

- The incorporated terms of the NDA (defined in Section 1(ee)); and

- Any Joint Marketing Plans (defined in Section 1(t)).

**EXHIBIT 11**

30(b)(6) Michael Wetter

9/8/2025

Buell Realtime Reporting
206.287.9066

| Table 1 – Contact Details | | | |
|---|---|---|---|
| **OpenAI** | | **Microsoft** | |
| **Address:** | OpenAI, Inc.<br>3180 18th Street, Suite 100<br>San Francisco, California 94110 USA<br>Attn: Sam Altman, CEO | **Address:** | Microsoft Corporation<br>One Microsoft Way<br>Redmond, Washington 98052 USA<br>Attn: Kevin Scott, CTO |
| **Phone #:** | (415) 879-9686 | **Phone #:** | |
| **Fax:** | N/A | **Fax #:** | |
| **E-Mail:** | sama@openai.com | **E-Mail:** | |
| Except as provided in Section 12(a) of the General Terms, a copy of all notices must also be sent to:<br><br>OpenAI General Counsel<br>Addressed in hard copy as above and also:<br>Copied via email to jason@openai.com<br>Attention: General Counsel, Jason Kwon | | Except as provided in Section 12(a) of the General Terms, a copy of all notices must also be sent to:<br><br>Microsoft Corporation<br>Corporate, External, and Legal Affairs<br>Addressed in hard copy as above and also:<br>Copied via email to ▇▇▇▇▇▇▇▇▇▇<br>Copied via fax to ▇▇▇▇▇▇▇<br>Attention: VP, Deputy General Counsel, Frank Morrow | | |
| **OpCo** | | | |

HIGHLY CONFIDENTIAL

| Address: | OpenAI OpCo, LLC 3180 18th Street, Suite 100 San Francisco, California 94110 USA | |
|---|---|---|
| Phone #: | (415) 879-9686 | |
| Fax: | N/A | |
| E-Mail: | sama@openai.com | |
| Except as provided in Section **Error! Reference source not found.** of the General Terms, a copy of all notices must also be sent to: | | |
| OpenAI General Counsel Addressed in hard copy as above and also: Copied via email to jason@openai.com Attention: General Counsel, Jason Kwon | | |

By signing below, each party agrees to be bound by this Second Amended and Restated Joint Development and Collaboration Agreement (Argos II) as of the Effective Date.

**Microsoft Corporation**

*Satya Nadella*
_____
By: (Sign)

*N Sanh*
_____
Name: Satya Nadella

*Chairman & Chief Executive Officer*
_____
Title: Chairman and Chief Executive Officer

*01 / 20 / 2023*
_____
Date of Execution:

**OpenAI, Inc.**

_____
By: (Sign)

_____
Name: (Print)

_____
Title:

_____
Date of Execution:

**OpenAI OpCo, LLC**

_____
By: (Sign)

_____
Name: (Print)

_____
Title:

_____
Date of Execution:

HIGHLY CONFIDENTIAL

| Address: | OpenAI OpCo, LLC<br>3180 18th Street, Suite 100<br>San Francisco, California 94110 USA |
|---|---|
| Phone #: | (415) 879-9686 |
| Fax: | N/A |
| E-Mail: | sama@openai.com |

Except as provided in Section 12(a) of the General Terms, a copy of all notices must also be sent to:

OpenAI General Counsel
Addressed in hard copy as above and also:
Copied via email to jason@openai.com
Attention: General Counsel, Jason Kwon

By signing below, each party agrees to be bound by this Second Amended and Restated Joint Development and Collaboration Agreement (Argos II) as of the Effective Date.

**Microsoft Corporation**

By: (Sign)
_____

Name: (Print)
_____

Title:
_____

Date of Execution:
_____

**OpenAI, Inc.**

DocuSigned by:
Sam Altman
4B37B7B167EE44D

By: (Sign)

Sam Altman

Name: (Print)

Chief Executive Officer

Title:

January 23, 2023

Date of Execution:

**OpenAI OpCo, LLC**

DocuSigned by:
Sam Altman
4B37B7B167FF44D

By: (Sign)

Sam Altman

Name: (Print)

Chief Executive Officer

Title:

January 23, 2023

Date of Execution:

*Second Amended and Restated Joint Development and Collaboration Agreement (Argos II) – Microsoft, OpenAI, and OpCo Confidential    Page 2 of 69*

HIGHLY CONFIDENTIAL



The parties recognize that, to effectively achieve their respective relationship goals, enhanced support is required, namely, OpenAI desires improved support from Microsoft's applicable teams to optimize OpenAI's use of Azure compute, and Microsoft desires improved support from OpenAI regarding implementing OpenAI's IP in Microsoft's and its Affiliates' products and services.

MSFT_MUSK000055102

**(v)** "*Licensed IP*" means all **(i)** of OpenAI's and OpCo's Background IP, **(ii)** Foreground IP (including OpCo's and OpenAI's interest in any Jointly Developed Foreground IP), and **(iii)** Improvements to OpCo's and OpenAI's and OpCo's Background IP, in each case of the foregoing clauses (i) – (iii), whether developed at any time during the Term or at any time before the Effective Date. For clarity, Licensed IP expressly includes all IP and Technology of OpenAI, OpCo, or both, excluding only AGI.



MSFT_MUSK000055105



**(nn)** "*Supercomputer Tech*" means any supercomputing hardware (including networking), software related to such supercomputing hardware (including the supercomputer operating system, networking software, cluster and fabric managers, compilers, runtimes, computer architecture, and designs), frameworks and other middleware (including storage services) developed by or for Microsoft and used by supercomputer users for application layer and model development, and any other Technology of Microsoft or its Affiliates that primarily embodies, or primarily relates to, such supercomputing hardware or software. For the avoidance of doubt: **(i)** the Argos I Dedicated System and the Argos II Dedicated System are, without limitation, Supercomputer Tech; and **(ii)** Supercomputer Tech excludes any application-layer software that executes on a supercomputer, but includes all other software layers/middleware (e.g., Singularity, ONNX, ONNX RT, or future derivatives of or successors to any of these) that relate to supercomputing hardware.

MSFT_MUSK000055106



**(c)    Licensed IP.** OpCo and OpenAI each grants and, to the extent such grant is not operative as of the Effective Date, will be deemed to have granted in the future, to Microsoft and Microsoft's Affiliates a perpetual, irrevocable, worldwide, exclusive (solely during the Term, and except for the limited rights in retained by OpenAI), royalty-free, and fully paid license under all Licensed IP and for all purposes. At the same time, OpCo and OpenAI each retain identical rights to those granted in the immediately preceding sentence, except OpCo's and OpenAI's retained rights are not exclusive and (except as set forth in Section 3(d)) may be exercised only by OpCo and OpenAI and their respective Affiliates.

MSFT_MUSK000055111



**(i)    Open Source.** The Governing Board will review whether and when the parties will make Licensed IP licensed or made available under or in relation to this Agreement available pursuant to open source terms (and

HIGHLY CONFIDENTIAL                                                                                    MSFT_MUSK000055114

during the Term no party will make such Licensed IP generally available to third parties, under open source terms, unless and until such licensing has been discussed by the Governing Board and the parties have mutually agreed). Notwithstanding the foregoing, or anything in Section 7 to the contrary, however, the parties both recognize the importance of the open source community and advancing the state and understanding of artificial intelligence and machine learning through the publication of appropriate scholarly research. The parties will, therefore, work together in good faith through the Governing Board to agree from time to time on: **(i)** appropriate open source projects to which the parties can contribute (jointly or solely), along with guidelines regarding what can be contributed; and **(ii)** scholarly papers that can be published that may disclose certain Trade Secret information of a party. The Governing Board will prioritize this activity consistent with OpCo's and OpenAI's mission of making artificial intelligence available to benefit all mankind.



MSFT_MUSK000055115



During the Term, Microsoft will make commercially reasonable efforts to increase its generally available Azure Computing Capacity to address growing demands across Microsoft and OpenAI.

HIGHLY CONFIDENTIAL

MSFT_MUSK000055118



HIGHLY CONFIDENTIAL

**(i)    Commercialization Lead Time for Primarily Developed OAI Models.** With respect to each Model (including any Fine Tuning Model) developed primarily by OpenAI during the Term that is considered a major new release (e.g., GPT-3 to GPT-4) and not a minor release (**"Primarily Developed OAI Models"**), neither Microsoft nor its Affiliates will make such Primarily Developed OAI Model available through the Microsoft API for a period commencing on the date the Primarily Developed OAI Model (irrespective of its characterization as a pre-release or non-final version) is first made publicly available through the OpenAI API or otherwise by OpenAI or OpCo and expiring ▮▮▮▮ after such date. The covenant in the previous sentence does not prohibit the following during such ▮▮▮▮ period: **(A)** Microsoft's or its Affiliate's internal, first party use of the Primarily Developed OAI Model; **(B)** Microsoft's or its Affiliate's release of private previews of the Primarily Developed OAI Models that Microsoft or its Affiliate has a bona fide interest in publicly releasing following expiration of the ▮▮▮▮ period; **(C)** Microsoft's or its Affiliate's use of the of the Primarily Developed OAI Model in any Licensed Products of Microsoft or its Affiliates (other than the Microsoft API); and **(D)** Microsoft's or its Affiliate's use of such Primarily Developed OAI Model to help customers other than by making such Primarily Developed OAI Model available to such customers via a generally available API (e.g., Microsoft and its Affiliates can use the Primarily Developed OAI Model to help fine tune that Model for specific customers). Nothing in this Section 4(j)(i) limits or modifies OpCo's and OpenAI's obligations to promptly disclose any Primarily Developed OAI Models under Section 3(a). "**Fine Tuning Model**" means a Model, exposed as an API, that enables a customer (or Microsoft, OpCo, or OpenAI, each on a customer's behalf) to further train or tune a base Model using that customer's data.

**(ii)    Collaboration.** The parties will collaborate on commercialization of certain Licensed IP. To that end, the parties will establish a joint product planning and commercialization process for such Licensed IP, including identification by Microsoft or its applicable Affiliate of one or more specific technologies or product capabilities that require development support. Consistent with and as determined in this joint process, OpCo, OpenAI, or both will create technology and deploy products or services in collaboration with Microsoft, Microsoft's applicable Affiliates, or both, and Microsoft or the applicable Affiliates will take on mass-scale commercialization activities, including marketing, sales, hosting, compliance, and support. Microsoft (or its applicable Affiliate) and OpCo, OpenAI, or both will build a joint team that will transfer knowledge and methods via co-development rotations and joint research to ensure successful application of Licensed IP into the Licensed Products of Microsoft or its Affiliates.

**(iii)    Commercialization Revenue.**

**(A)    Generated by OpCo or OpenAI.** OpCo and OpenAI will retain 80%, and Microsoft and its Affiliates will receive 20%, of Net Revenue generated by OpCo and OpenAI during the Term through the Commercial Use of any Technology embodying any Licensed IP as permitted in this Agreement, whether such Commercial Use is through the OpenAI API or otherwise.

**(B)    Generated by Microsoft or its Affiliates.** Microsoft and its Affiliates will retain 80%, and OpCo and OpenAI will receive 20%, of Net Revenue generated by Microsoft or its Affiliates during the Term through third-party Commercial Use of the Microsoft API and the Commercial Use of any New First Party Microsoft Products.



HIGHLY CONFIDENTIAL                                                                    MSFT_MUSK000055120

**Section 8.  Representations and Warranties.** Each party continuously represents and warrants that: **(a)** it has full power and authority to enter into, perform its obligations under, and grant the rights granted pursuant to, this Agreement; **(b)** it will use commercially reasonable efforts to perform its obligations in a good and workmanlike manner; **(c)** this Agreement is a legal and valid obligation binding on it and enforceable according to its terms; and **(d)** its (or its Affiliate's) performance of activities pursuant to this Agreement will not violate any rights of third parties, any agreement or obligation between it (or its Affiliates) and any third party, or, to its knowledge, any Law.