# EXHIBIT 37
# PUBLIC REDACTED VERSION

Elon Musk v.                    FINAL                September 12, 2025
Samuel Altman           [HIGHLY CONFIDENTIAL]            Shivon Zilis

```
                                                              Page 1

    IN THE UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
    -----------------------------------------
    ELON MUSK, et al.,
          Plaintiffs,
    v.
    SAMUEL ALTMAN, et al.,
          Defendants.


    Case No. 4:24-cv-04722-YGR
    -----------------------------------------


    VIDEO DEPOSITION OF
    Shivon Zilis
    September 12, 2025
    San Francisco, California
    Lead: Sarah Eddy, Esquire
    Firm: Wachtell Lipton Rosen & Katz




    FINAL COPY - HIGHLY CONFIDENTIAL
    JANE ROSE REPORTING - 1-800-825-3341
```

JANE ROSE REPORTING                           California Firm No. 254
1-800-825-3341                         janerose@janerosereporting.com

Elon Musk v.　　　　　　　　　FINAL　　　　　　　　September 12, 2025
Samuel Altman　　　　[HIGHLY CONFIDENTIAL]　　　　Shivon Zilis

Page 2

A P P E A R A N C E S

ATTORNEYS FOR ELON MUSK AND THE PLAINTIFF AND THE WITNESS:
Jennifer Schubert, Esq.
Alexandra Eynon, Esq.
Steven F. Molo, Esq.
MOLOLAMKEN
430 Park Avenue
New York, NY 10022
(212) 607-8160
jschubert@mololamken.com
aeynon@mololamken.com
smolo@mololamken.com
and
Marc Toberoff, Esq.
Jaymie Parkkinen, Esq. (via Zoom)
TOBEROFF & ASSOCIATES
23823 Malibu Road, Suite 50-363
Malibu, California 90265
(310) 246-3333
mtoberoff@toberoffandassociates.com

ATTORNEYS FOR THE OPENAI DEFENDANTS:
Sarah Eddy, Esq.
Kelsey Borenzweig, Esq.
Ethan Cohen, Esq.
William Savitt, Esq.
Brad Wilson, Esq. (via Zoom)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
(212) 403-1147
skeddy@wlrk.com
kaborenzweig@wlrk.com
ezcohen@wlrk.com
wdsavitt@wlrk.com
and
Camila Tapernoux, Esq.
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482
(415) 268-6273
ctapernoux@mofo.com

Elon Musk v.                 FINAL                 September 12, 2025
Samuel Altman      [HIGHLY CONFIDENTIAL]        Shivon Zilis

Page 3

A P P E A R A N C E S

ATTORNEYS FOR MICROSOFT:
Nisha Patel Gupta, Esq.
Hannah Leone, Esq.
DECHERT, LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
(415) 262-4557
nisha.patelgupta@dechert.com
hannah.leone@dechert.com

JANE ROSE REPORTING
74 Fifth Avenue
New York, New York 10011
1-800-825-3341
Lorrie L. Marchant, Court Reporter
Vinny Bezerra, Videographer
CALIFORNIA FIRM CERT 254

Elon Musk v.                    FINAL                September 12, 2025
Samuel Altman            [HIGHLY CONFIDENTIAL]              Shivon Zilis

Page 4

TABLE OF CONTENTS

Witness:   SHIVON ZILIS

Examination
By Ms. Eddy ................................ Page   6
By Ms. Patel ............................... Page 314
By Ms. Schubert ............................ Page 327
By Ms. Eddy ................................ Page 333

Reporter Certificate.......................Page 341
Notice to Read and Sign....................Page 342
Index of Exhibits..........................Page 345

JANE ROSE REPORTING                          California Firm No. 254
1-800-825-3341                         janerose@janerosereporting.com

Elon Musk v.　　　　　　　　FINAL　　　　　　September 12, 2025
Samuel Altman　　　[HIGHLY CONFIDENTIAL]　　　　Shivon Zilis

```
                                                      Page 5
 1   Friday, September 12, 2025            9:12 a.m. PDT
 2            THE VIDEOGRAPHER:  Good morning.  Here
 3   begins Volume 1 of Media No. 1 in the deposition of
 4   Shivon Zilis in the matter of Elon Musk versus
 5   Samuel Altman, filed in the United States District
 6   Court, Northern District of California, Oakland
 7   Division.  The case number is 4:24-cv-04722-YGR.
 8            Today's date is September 12th of 2025.
 9   The time now on the monitor is 9:12 a.m.
10            The video operator today is Vinny Bezerra,
11   contracted by Jane Rose Reporting.
12            This deposition is taking place at
13   755 Sansome Street in San Francisco, California.
14            Counsel, please identify yourselves and
15   state who you represent.
16            MS. EDDY:  Sarah Eddy and Kelsey Borenzweig
17   and Ethan Cohen and William Savitt, all from
18   Wachtell Lipton on behalf of the OpenAI defendants.
19            MS. PATEL:  Nisha Patel and Hannah Leone
20   from Dechert, LLP, representing Microsoft
21   Corporation.
22            MS. SCHUBERT:  Jennifer Schubert and
23   Alexandra Eynon from MoloLamken for plaintiffs as
24   well as Marc Toberoff from Toberoff & Associates for
25   plaintiffs.
```

Elon Musk v.                    FINAL              September 12, 2025
Samuel Altman          [HIGHLY CONFIDENTIAL]           Shivon Zilis

```
                                                          Page 6
 1         We also represent Ms. Zilis.
 2         THE VIDEOGRAPHER:  Will the court reporter
 3   please introduce yourself and swear in the witness.
 4         THE STENOGRAPHER:  My name is
 5   Lorrie Marchant.  I am a California Certified
 6   Shorthand Reporter.  My CSR license number is 10523.
 7         I will go ahead and swear in the witness.
 8               SHIVON ZILIS,
 9   FIRST DULY SWORN/AFFIRMED, TESTIFIED AS FOLLOWS:
10              EXAMINATION BY MS. EDDY
11         BY MS. EDDY:
12    Q.   Good morning, Ms. Zilis.
13    A.   Good morning.
14    Q.   Have you been deposed before?
15    A.   I have not.
16    Q.   Why do you have Elon Musk in your phone as
17   "Schr dinger's cat"?
18   ███ ████████████████████████████████
     █ ██████████████████ █████████████████
     █ ████████████████████████████████████
     █ █████████████████████████████████████████
     █ ████████████████ ████████
23    Q.   Have --
     █ ███ ████████████████████████
25    Q.   Have you always had him in your phone as
```

Elon Musk v.　　　　　　　　FINAL　　　　　　　September 12, 2025
Samuel Altman　　　[HIGHLY CONFIDENTIAL]　　　　Shivon Zilis

Page 263

1　　　investment with him"?
2　　A.　M-hm.
3　　Q.　Does that trigger any recollection of any
4　discussions between Mr. Altman and Mr. Musk about --
5　　A.　Don't remember -- sorry.
6　　Q.　-- the upcoming Microsoft investment?
7　　A.　I don't recall this exchange, but I'm
8　reading the words.
9　　Q.　Do you remember there was another
10　transaction referred to as Argos 2 with Microsoft in
11　January 2023?
12　　A.　Again, the "Argos" word is vaguely
13　familiar.  I would have to be reminded on context
14　other than that.
15　　Q.　Do you recall approving a -- another deal
16　with Microsoft in January of 2023?
17　　A.　I don't recall, but I -- I'm happy to look
18　at whatever.
19　　Q.　Do you remember discussing the terms of any
20　other Microsoft deal with Mr. Musk?
21　　A.　Don't recall.
22　　Q.　Do you have any reason to dispute that you
23　approved the transaction in January 2023 with
24　Microsoft?
25　　A.　I don't recall.  Again, I said I'm happy to

Elon Musk v.                    FINAL                September 12, 2025
Samuel Altman          [HIGHLY CONFIDENTIAL]              Shivon Zilis

Page 264

1   look at whatever transpired.
2       Q.   If you did approve that transaction, it's
3   fair to say that you did so consistent with your
4   fiduciary duties to OpenAI, Inc.?
5            MS. SCHUBERT:  Objection to form.
6            THE WITNESS:  Can you repeat that?
7            BY MS. EDDY:
8       Q.   Do you -- did you understand that as a
9   member of the board of OpenAI, Inc. you owed
10  fiduciary duties to that entity?
11      A.   Yes.
12      Q.   And what were those duties?
13      A.   To act in the best interest according to
14  how I knew how to.
15      Q.   So if you signed off on a transaction with
16  Microsoft in January 2023, you would have done so
17  consistent with those fiduciary duties; right?
18      A.   Correct.
19      Q.   And same with when you approved the Argos 1
20  transaction in 2021, you did so consistent with your
21  fiduciary duties as a board member of OpenAI; right?
22      A.   Correct.
23      Q.   And did all the other directors of OpenAI
24  act consistent with their fiduciary duties --
25           MS. SCHUBERT:  Objection.

Elon Musk v.                FINAL            September 12, 2025
Samuel Altman        [HIGHLY CONFIDENTIAL]         Shivon Zilis

```
                                                    Page 312
 1   laid out.
 2            I recall in this text exchange it says he
 3   was offered and happy to offer it again, is what
 4   Altman said to some degree in there, but ...
 5       Q.   And if that was true, would that have
 6   resolved the issue, as you identified it?
 7       A.   Well, hard to say.  It would have to be up
 8   to them whether their issue was resolved, but I'm
 9   just highlighting two points of frustration.
10       Q.   And you don't know where that second one
11   stands today?
12       A.   I do not.
13       Q.   Are you aware of any restrictions that
14   Mr. Musk placed on his donations to OpenAI at the
15   time he made them?
16       A.   I was not --
17            MS. SCHUBERT:  Objection.  Speculation.
18            THE WITNESS:  -- employed there at that
19   time.
20            BY MS. EDDY:
21       Q.   And have you learned of any restrictions
22   that were placed on those donations?
23       A.   I don't recall.
24       Q.   You don't recall?
25       A.   Hm-m.
```

Elon Musk v.                    FINAL                September 12, 2025
Samuel Altman          [HIGHLY CONFIDENTIAL]            Shivon Zilis

```
                                                        Page 313
 1        Q.    You understand that Mr. Musk has alleged in
 2   this case that a contract exists between him and
 3   OpenAI and Sam Altman?
 4              MS. SCHUBERT:  Objection.  Calls for
 5   privilege.  Also, legal conclusion.
 6              BY MS. EDDY:
 7        Q.    Do you understand that he's made an
 8   allegation that a contract exists with Sam Altman
 9   and OpenAI?
10        A.    I read the counts that I was listed in.
11        Q.    So you don't know one way or another
12   whether he's alleged that?
13        A.    I -- I don't know.
14        Q.    Okay.  Are you aware of any agreement
15   between Mr. Musk and OpenAI?
16              MS. SCHUBERT:  Objection.  Vague.
17              THE WITNESS:  Any agreement between
18   Mr. Musk and OpenAI.
19              I don't know what this is in reference to.
20              BY MS. EDDY:
21        Q.    Are you aware of any agreement of any kind
22   between Mr. Musk and OpenAI?
23              MS. SCHUBERT:  Objection.  Vague.
24              THE WITNESS:  I don't know or recall.
25   ///
```

Elon Musk v.　　　　　　　FINAL　　　　　　September 12, 2025
Samuel Altman　　　[HIGHLY CONFIDENTIAL]　　　　Shivon Zilis

Page 341

```
 1              STENOGRAPHER'S CERTIFICATE
 2           I, LORRIE L. MARCHANT, Certified Shorthand
 3   Reporter, Certificate No. 10523, for the State of
 4   California, hereby certify that SHIVON ZILIS  was by
 5   me duly sworn/affirmed to testify to the truth, the
 6   whole truth and nothing but the truth in the
 7   within-entitled cause; that said deposition was
 8   taken at the time and place herein named; that the
 9   deposition is a true record of the witness's
10   testimony as reported to the best of my ability by
11   me, a duly certified shorthand reporter and a
12   disinterested person, and was thereafter transcribed
13   under my direction into typewriting by computer;
14   that request [  ] was [ x ] was not made to read and
15   correct said deposition.
16           I further certify that I am not interested
17   in the outcome of said action, nor connected with,
18   nor related to any of the parties in said action,
19   nor to their respective counsel.
20           IN WITNESS WHEREOF, I have hereunto set my
21   hand this 13th day of September, 2025.
22
23
24   _____
          LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
25     Stenographic Certified Shorthand Reporter #10523
```

JANE ROSE REPORTING　　　　　　　　　　California Firm No. 254
1-800-825-3341　　　　　　　　　　janerose@janerosereporting.com