# EXHIBIT 12

Public Redacted Version

| Schedule B<br>**(Form 990, 990-EZ,<br>or 990-PF)**<br>Department of the Treasury<br>Internal Revenue Service | **Schedule of Contributors**<br>► **Attach to Form 990, Form 990-EZ, or Form 990-PF.**<br>► Information about Schedule B (Form 990, 990-EZ, 990-PF) and its instructions is at *www.irs.gov/form990.* | OMB No. 1545-0047<br>**2016** |

| Name of the organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Organization type** (check one):

**Filers of:**                          **Section:**

Form 990 or 990-EZ

[X] 501(c)( 3 ) (enter number) organization

[ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

[ ] 527 political organization

Form 990-PF

[ ] 501(c)(3) exempt private foundation

[ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation

[ ] 501(c)(3) taxable private foundation

---

Check if your organization is covered by the **General Rule** or a **Special Rule.**

**Note.** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[X] For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[ ] For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33-1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000 or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h, or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I, II, and III.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year . . . . . . ► $ _____

**Caution.** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer 'No' on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990, 990-EZ, or 990-PF.**          **Schedule B (Form 990, 990-EZ, or 990-PF) (2016)**

TEEA0701L  08/09/16

CONFIDENTIAL                                                          OPENAI_MUSK00004697

Schedule B (Form 990, 990-EZ, or 990-PF) (2016)

Page **1** of **1** of **Part I**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part I** Contributors (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) Number | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | Elon Musk granted via YC ORG ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | $ 10,000,000. | Person [X]  Payroll [ ]  Noncash [ ]  (Complete Part II for noncash contributions.) |
| 2 | Sam Altman ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | $ 3,784,637. | Person [ ]  Payroll [ ]  Noncash [X]  (Complete Part II for noncash contributions.) |
| | | $ | Person [ ]  Payroll [ ]  Noncash [ ]  (Complete Part II for noncash contributions.) |
| | | $ | Person [ ]  Payroll [ ]  Noncash [ ]  (Complete Part II for noncash contributions.) |
| | | $ | Person [ ]  Payroll [ ]  Noncash [ ]  (Complete Part II for noncash contributions.) |
| | | $ | Person [ ]  Payroll [ ]  Noncash [ ]  (Complete Part II for noncash contributions.) |

BAA                    TEEA0702L  08/09/16                    Schedule B (Form 990, 990-EZ, or 990-PF) (2016)

CONFIDENTIAL

Schedule B (Form 990, 990-EZ, or 990-PF) (2016)                                          Page  1  to  1  of **Part II**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part II**  **Noncash Property** (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| 2 | Forgiveness of Debt | $ 3,784,637. | 12/31/16 |
| | | | |
| | | | |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| | | $ | |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| | | $ | |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| | | $ | |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| | | $ | |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| | | $ | |

BAA                                                          Schedule B (Form 990, 990-EZ, or 990-PF) (2016)

TEEA0703L   08/09/16

CONFIDENTIAL                                               OPENAI_MUSK00004699

Page **1** to **1** of **Part III**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part III** | *Exclusively* religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns (a) through (e) and the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.). . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ N/A

Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | N/A | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

BAA                                    TEEA0704L   08/09/16                    Schedule B (Form 990, 990-EZ, or 990-PF) (2016)

                                    OPENAI_MUSK00004700

**Schedule B**
**(Form 990, 990-EZ,**
**or 990-PF)**

Department of the Treasury
Internal Revenue Service

# Schedule of Contributors

► **Attach to Form 990, Form 990-EZ, or Form 990-PF.**
► **Go to** *www.irs.gov/Form990* **for the latest information.**

OMB No. 1545-0047

**2017**

| Name of the organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Organization type** (check one):

**Filers of:**

Form 990 or 990-EZ

**Section:**

[X] 501(c)( 3 ) (enter number) organization

[ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

[ ] 527 political organization

Form 990-PF

[ ] 501(c)(3) exempt private foundation

[ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation

[ ] 501(c)(3) taxable private foundation

---

Check if your organization is covered by the **General Rule** or a **Special Rule.**

**Note.** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[X] For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[ ] For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33-1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000 or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h; or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I, II, and III.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year . . . . . . ► $ _____

**Caution.** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer 'No' on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

**BAA  For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF.** **Schedule B (Form 990, 990-EZ, or 990-PF) (2017)**

TEEA0701L  08/09/17

CONFIDENTIAL

OPENAI_MUSK00006060

Schedule B (Form 990, 990-EZ, or 990-PF) (2017)

Page **1** of **2** of **Part I**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part I** Contributors (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) Number | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | Aphorism Foundation<br>314 Lytton Avenue #200<br>Palo Alto, CA 94301 | $ 5,000,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 2 | Elon Musk granted via Fidelity<br>200 Seaport Blvd NCW4B<br>Boston, MA 02210 | $ 1,140,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 3 | Good Ventures Foundation<br>2440 West El Camino Real #300<br>Mountain View, CA 94040 | $ 10,000,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 4 | Elon Musk Via Vanguard Charitable<br>2670 Warwick Avenue<br>Warwick, RI 02889 | $ 700,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 5 | Musk Foundation via YC ORG<br>335 Pioneer Way<br>Mountain View, CA 94041 | $ 16,028,500. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 6 | Elon Musk<br>███████████<br>███████████ | $ 248,295. | Person ☐<br>Payroll ☐<br>Noncash ☒<br>(Complete Part II for noncash contributions.) |

BAA

TEEA0702L  08/09/17

Schedule B (Form 990, 990-EZ, or 990-PF) (2017)

Schedule B (Form 990, 990-EZ, or 990-PF) (2017)                                                    Page **2** of **2** of **Part I**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part I** **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) Number | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 7 | Donor's Trust DAF <br><br> 1800 Diagonal Street Suite 280 <br><br> Alexandria, VA 22314 | $ 100,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br><br> (Complete Part II for noncash contributions.) |
| | | $ | Person ☐ <br> Payroll ☐ <br> Noncash ☐ <br><br> (Complete Part II for noncash contributions.) |
| | | $ | Person ☐ <br> Payroll ☐ <br> Noncash ☐ <br><br> (Complete Part II for noncash contributions.) |
| | | $ | Person ☐ <br> Payroll ☐ <br> Noncash ☐ <br><br> (Complete Part II for noncash contributions.) |
| | | $ | Person ☐ <br> Payroll ☐ <br> Noncash ☐ <br><br> (Complete Part II for noncash contributions.) |
| | | $ | Person ☐ <br> Payroll ☐ <br> Noncash ☐ <br><br> (Complete Part II for noncash contributions.) |

BAA                    TEEA0702L  08/09/17                    Schedule B (Form 990, 990-EZ, or 990-PF) (2017)

CONFIDENTIAL                                                    OPENAI_MUSK00006062

Schedule B (Form 990, 990-EZ, or 990-PF) (2017)                    Page  1  to  1  of **Part II**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part II**    **Noncash Property** (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| 6 | Vehicles | $ 248,295. | |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| | | $ | |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| | | $ | |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| | | $ | |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| | | $ | |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| | | $ | |

BAA                                        Schedule B (Form 990, 990-EZ, or 990-PF) (2017)

TEEA0703L    08/09/17

                                        OPENAI_MUSK00006063

Schedule B (Form 990, 990-EZ, or 990-PF) (2017)　　　　　　　　　　Page　　1　to　　1　of **Part III**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part III** | ***Exclusively*** religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns **(a)** through **(e)** and the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.) . . . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ N/A

Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| N/A | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

**BAA**　　　　　　　　TEEA0704L　08/09/17　　　　　　　　Schedule B (Form 990, 990-EZ, or 990-PF) (2017)

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　OPENAI_MUSK00006064

| Schedule B<br>(Form 990, 990-EZ,<br>or 990-PF)<br><br>Department of the Treasury<br>Internal Revenue Service | **Schedule of Contributors**<br><br>► **Attach to Form 990, Form 990-EZ, or Form 990-PF.**<br>► **Go to** *www.irs.gov/Form990* **for the latest information.** | OMB No. 1545-0047<br><br>**2018** |

| Name of the organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Organization type** (check one):

**Filers of:**                                              **Section:**

Form 990 or 990-EZ                          [X] 501(c)( 3 ) (enter number) organization

                                       [ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

                                       [ ] 527 political organization

Form 990-PF                                   [ ] 501(c)(3) exempt private foundation

                                       [ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation

                                       [ ] 501(c)(3) taxable private foundation

---

Check if your organization is covered by the **General Rule** or a **Special Rule.**

**Note:** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[X] For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[ ] For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33-1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000; or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h; or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I (entering 'N/A' in column (b) instead of the contributor name and address), II, and III.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year . . . . . . ► $ _____

**Caution:** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer 'No' on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

BAA  For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF.        Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

TEEA0701L  09/20/18

CONFIDENTIAL
OPENAI_MUSK00005432

Schedule B (Form 990, 990-EZ, or 990-PF) (2018)                                            1        2    **Page 2**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) Number | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | Aphorism Foundation<br>314 Lytton Avenue #200<br>Palo Alto, CA 94301 | $ 5,000,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 2 | ==Fidelity Charitable==<br>200 Seaport Blvd NCW4B<br>Boston, MA 02210 | $ ==3,630,000.== | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 3 | Good Ventures Foundation<br>2440 West El Camino Real #300<br>Mountain View, CA 94040 | $ 20,000,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 4 | ==Elon Musk==<br>████████████████<br>████████████ | $ ==14,105.== | Person ☐<br>Payroll ☐<br>Noncash ☒<br>(Complete Part II for noncash contributions.) |
| 5 | Alameda Research<br>2000 Center St, STE 400<br>Berkeley, CA 94704 | $ 500,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 6 | Gabe Newell<br>████████████████<br>████████████ | $ 20,008,279. | Person ☒<br>Payroll ☐<br>Noncash ☒<br>(Complete Part II for noncash contributions.) |

BAA                              TEEA0702L   09/20/18                    Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

Schedule B (Form 990, 990-EZ, or 990-PF) (2018)                                          2          2   Page **2**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part I**  **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) Number | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 7 | BLTE, LLC<br><br>690 Long Bridge St.<br><br>San Francisco, CA 94158 | $ 10,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| 8 | Amazon Web Services (aws)<br><br>410 Terry Avenue N<br><br>Seattle, WA 98109 | $ 600,000. | Person ☐<br>Payroll ☐<br>Noncash ☒<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |

BAA                                    TEEA0702L   09/20/18                  Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

CONFIDENTIAL                                                    OPENAI_MUSK00005434

Schedule B (Form 990, 990-EZ, or 990-PF) (2018)                    1        1      Page **3**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part II**  Noncash Property (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| 4 | Vehicle Upgrades | $ 14,105. | 1/24/18 |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| 6 | 5,810 Shares of IJH 1,055 Shares of IWD 1,027 Shares of IWN 7,337 Shares of IWM 5,810 Shares of IJH 80,008.874 Shares of HLMIX 4,395.637 Shares of OPMYX 34,389 Shares of HIEMX 5,810 Shares of IJH | $ 5,005,426. | Various |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| 8 | Donated Amazon Web Services | $ 600,000. | Various |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
|  |  | $ |  |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
|  |  | $ |  |

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
|  |  | $ |  |

BAA                                           Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

CONFIDENTIAL

OPENAI_MUSK00005435

Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

| | | | 1 | 1 | Page **4** |

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

| **Part III** | *Exclusively* religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), |
|---|---|

or (10) that total more than $1,000 for the year from any one contributor. Complete columns **(a)** through **(e)** and the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.)............. ▶ $ _ _ _ _ _ _ _ _ N/A

Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | N/A | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

BAA                                    TEEA0704L   09/20/18                    Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

CONFIDENTIAL                                                                    OPENAI_MUSK00005436

**Schedule B**

**(Form 990, 990-EZ,
or 990-PF)**
Department of the Treasury
Internal Revenue Service

# Schedule of Contributors

► **Attach to Form 990, Form 990-EZ, or Form 990-PF.**
► **Go to www.irs.gov/Form990 for the latest information.**

OMB No. 1545-0047

**2019**

| Name of the organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Organization type** (check one):

**Filers of:**                    **Section:**

Form 990 or 990-EZ        [X]  501(c)( 3 )    (enter number) organization

                          [ ]  4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

Form 990-PF               [ ]  527 political organization

                          [ ]  501(c)(3) exempt private foundation

                          [ ]  4947(a)(1) nonexempt charitable trust treated as a private foundation

                          [ ]  501(c)(3) taxable private foundation

Check if your organization is covered by the **General Rule** or a **Special Rule.**
**Note:** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[X]  For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[ ]  For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33-1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of (**1**) $5,000; or (**2**) 2% of the amount on (i) Form 990, Part VIII, line 1h; or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ]  For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I, II, and III.

[ ]  For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year. ► $ _____

**Caution:** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer 'No' on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

BAA  For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF.          Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

TEEA0701L  08/09/19

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                              1      1    Page **2**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part I**  Contributors (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | Fidelity Charitable<br><br>P.O. Box 770001<br><br>Cincinnati, OH 45277 | $ 3,480,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 2 | Amazon Web Services (aws)<br><br>410 Terry Avenue N<br><br>Seattle, WA 98109 | $ 100,000. | Person ☐<br>Payroll ☐<br>Noncash ☒<br>(Complete Part II for noncash contributions.) |
| 3 | Silicon Valley Community Foundation<br><br>2440 West El Camino Real #300<br><br>Mountain View, CA 94040 | $ 30,000,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |

BAA                          TEEA0702L  08/09/19                 Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

CONFIDENTIAL                                                       OPENAI_MUSK00005483

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

| | 1 | 1 | Page **3** |

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

| **Part II** | Noncash Property | (see instructions). Use duplicate copies of Part II if additional space is needed. |
|---|---|---|

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| 2 | AWS | $ 100,000. | Various |
| | (a) No. from Part I / (b) Description of noncash property given / (c) FMV (or estimate) (See instructions.) / (d) Date received | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

BAA

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

TEEA0703L   08/09/19

CONFIDENTIAL

OPENAI_MUSK00005484

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                              1          1        Page **4**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

| **Part III** | *Exclusively* religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns **(a)** through **(e)** and the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.) . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ N/A |
|---|---|

Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | N/A | | |
| | | | |
| | | | |

| | (e) Transfer of gift | | |
|---|---|---|---|
| | Transferee's name, address, and ZIP + 4 | | Relationship of transferor to transferee |
| | | | |
| | | | |
| | | | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | (e) Transfer of gift | | |
|---|---|---|---|
| | Transferee's name, address, and ZIP + 4 | | Relationship of transferor to transferee |
| | | | |
| | | | |
| | | | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | (e) Transfer of gift | | |
|---|---|---|---|
| | Transferee's name, address, and ZIP + 4 | | Relationship of transferor to transferee |
| | | | |
| | | | |
| | | | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | (e) Transfer of gift | | |
|---|---|---|---|
| | Transferee's name, address, and ZIP + 4 | | Relationship of transferor to transferee |
| | | | |
| | | | |
| | | | |

BAA                                                                  Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

TEEA0704L   08/09/19

CONFIDENTIAL                                              OPENAI_MUSK00005485

**Schedule B**

**(Form 990, 990-EZ, or 990-PF)**
Department of the Treasury
Internal Revenue Service

# Schedule of Contributors

► Attach to Form 990, Form 990-EZ, or Form 990-PF.
► Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

**2020**

| Name of the organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Organization type** (check one):

**Filers of:**                 **Section:**

Form 990 or 990-EZ         [X]  501(c)( 3 )    (enter number) organization

                [ ]  4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

                [ ]  527 political organization

Form 990-PF             [ ]  501(c)(3) exempt private foundation

                [ ]  4947(a)(1) nonexempt charitable trust treated as a private foundation

                [ ]  501(c)(3) taxable private foundation

---

Check if your organization is covered by the **General Rule** or a **Special Rule.**

**Note:** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[ ]  For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[X]  For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33-1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of (**1**) $5,000; or (**2**) 2% of the amount on (i) Form 990, Part VIII, line 1h; or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ]  For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I (entering 'N/A' in column (b) instead of the contributor name and address), II, and III.

[ ]  For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year . ► $ _____

**Caution:** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer 'No' on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

---

BAA  For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF.        Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

TEEA0701L  07/28/20

CONFIDENTIAL                                                                                          OPENAI_MUSK00005637

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                    1         1    Page **2**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part I** **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | Fidelity Charitable<br><br>200 Seaport Blvd NCW4B<br><br>Boston, MA 02210 | $ 2,610,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |

BAA                          TEEA0702L   07/28/20                    Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

                                                OPENAI_MUSK00005638

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                    1        1        Page **3**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part II**   **Noncash Property** (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| _ _ _ _ | | $ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ | | $ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ | | $ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ | | $ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ | | $ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ | | $ _ _ _ _ _ _ _ _ _ | |

BAA                                             Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

TEEA0703L   01/20/21

CONFIDENTIAL                                                          OPENAI_MUSK00005639

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

| | 1 | 1 | Page **4** |

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part III** | **Exclusively** religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns **(a)** through **(e)** and the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.) ............ ▶$ _ _ _ _ _ _ _ _ N/A
Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | N/A | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

BAA

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

TEEA0704L  07/28/20

OPENAI_MUSK00005640

**Schedule B**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

## Schedule of Contributors

**Attach to Form 990, 990-EZ, or 990-PF.**
**Go to *www.irs.gov/Form990* for the latest information.**

OMB No. 1545-0047

**2023**

| Name of the organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Organization type** (check one):

**Filers of:**   **Section:**

Form 990 or 990-EZ   [X] 501(c)( 3 )   (enter number) organization

[ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

[ ] 527 political organization

Form 990-PF   [ ] 501(c)(3) exempt private foundation

[ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation

[ ] 501(c)(3) taxable private foundation

---

Check if your organization is covered by the **General Rule** or a **Special Rule.**
**Note:** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[ ]   For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[X]   For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33-1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000; or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h; or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ]   For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I (entering "N/A" in column (b) instead of the contributor name and address), II, and III.

[ ]   For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____

---

**Caution:** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990), but it **must** answer "No" on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990).

---

**BAA For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF.**     **Schedule B (Form 990) (2023)**

TEEA0701L   08/09/23

CONFIDENTIAL

Schedule B (Form 990) (2023)

|  |  | 1 | 1 | **Page 2** |

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part I** **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | Schwab Fund for Charitable Giving<br><br>211 Main Street<br><br>San Francisco, CA 94105 | $ 5,000,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |

BAA    TEEA0702L    08/09/23    Schedule B (Form 990) (2023)

CONFIDENTIAL    OPENAI_MUSK00006004

Schedule B (Form 990) (2023)

| | | | 1 | 1 | Page **3** |

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

**Part II**   **Noncash Property** (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| | N/A | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

CONFIDENTIAL                                          OPENAI_MUSK00006005

Schedule B (Form 990) (2023) | 1 | 1 | Page **4**

| Name of organization | Employer identification number |
|---|---|
| OpenAI Inc. | 81-0861541 |

| **Part III** | *Exclusively* religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns **(a)** through **(e)** and the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.)............ $ _ _ _ _ _ _ _ _ N/A |
|---|---|

Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | N/A | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

BAA TEEA0704L 08/09/23 Schedule B (Form 990) (2023)

CONFIDENTIAL

OPENAI_MUSK00006006