# EXHIBIT 20
# PUBLIC REDACTED VERSION

| | |
|---|---|
| **From:** | Jared Birchall [jbirchall@muskfoundation.org] |
| **Sent:** | 11/9/2016 11:28:50 PM |
| **To:** | Lo, Paula ██████████████ ] |
| **CC:** | Gong, Ronald ████████████████ ; Holland, Teresa ████████████████████ Harris myCFO MUS001FOS ███████████████ |
| **Subject:** | Re: projected giving - update |

Ok, thank you for the update, Paula!

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone: ████████

On Wed, Nov 9, 2016 at 2:25 PM, Lo, Paula ████████████████ wrote:

Hi Jared,

==We checked the account this morning and the additional ~$5M is not yet available for us to process the grant to Open AI.==

Vanguard received the shares on Tuesday.  The shares are in the process of being sold and the trades are not settled yet.

We are expecting the funds will be ready by early next week for us to process the grant payment.

Best,

Paula

_____

Paula Lo | Director
**CTC | myCFO** | 2200 Geng Road, Suite 100 | Palo Alto, CA  94303
(D) ███████████ | (F ████████████
████████████████

A Part of BMO Financial Group - Visit us at www.ctcmycfo.com

**From:** Jared Birchall [mailto:jbirchall@muskfoundation.org]
**Sent:** Wednesday, November 09, 2016 1:55 PM
**To:** Gong, Ronald
**Cc:** Holland, Teresa; Harris myCFO MUS001FOS
**Subject:** Re: projected giving - update

==Hi Ron - Any insight on the timing regarding sending the additional funds to OpenAI?==

Highly Confidential-AEO

Thanks,

Jared

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone: ██████████

On Fri, Nov 4, 2016 at 3:17 PM, Gong, Ronald ████████████████████ wrote:
Paula will send on Monday am. Thx

Sent from my BlackBerry 10 smartphone.

---

**From:** Simon-Ferrigno, Matilda N
**Sent:** Friday, November 4, 2016 3:09 PM
**To:** Gong, Ronald; Holland, Teresa
**Cc:** jbirchall@muskfoundation.org; Harris myCFO MUS001FOS
**Subject:** RE: projected giving - update


Hi Ron – yes, please send me the instructions to move the stock, thank you!


Matilda Simon-Ferrigno

Group Director

Assistant Vice President

Morgan Stanley Private Wealth Management

444 South Flower Street 34th Floor | Los Angeles, CA 90071

Phone: 213-486-7114   Fax: 213-784-5614

Matilda.Simon@morganstanleypwm.com | The Malone Neuhaus Group

---

**From:** Gong, Ronald ███████████████████████
**Sent:** Friday, November 04, 2016 2:49 PM
**To:** Simon-Ferrigno, Matilda N (Wealth Mgmt MS); Holland, Teresa
**Cc:** jbirchall@muskfoundation.org; Harris myCFO MUS001FOS
**Subject:** Re: projected giving - update


Hi Matilda- we would like to move these shares on Monday.


Just let us know what you will need. You mention DAF paperwork, do you mean the stock transfer details?

Highly Confidential-AEO

Sent from my BlackBerry 10 smartphone.

---

**From:** Simon-Ferrigno, Matilda N
**Sent:** Monday, October 31, 2016 10:42 AM
**To:** Gong, Ronald; Holland, Teresa
**Cc:** jbirchall@muskfoundation.org
**Subject:** RE: projected giving - update

Ok, great..!

Matilda Simon-Ferrigno

Group Director

Assistant Vice President

Morgan Stanley Private Wealth Management

444 South Flower Street 34th Floor | Los Angeles, CA 90071

Phone: 213-486-7114  Fax: 213-784-5614

Matilda.Simon@morganstanleypwm.com | The Malone Neuhaus Group

---

**From:** Gong, Ronald █████████████████████████
**Sent:** Monday, October 31, 2016 10:41 AM
**To:** Simon-Ferrigno, Matilda N (Wealth Mgmt MS); Holland, Teresa
**Cc:** jbirchall@muskfoundation.org
**Subject:** RE: projected giving - update

Hi Matilda – sounds good – probably toward the end of the week.  Will let you know

thanks

Ron Gong | Managing Director
**CTC | myCFO** | 2200 Geng Road, Suite 100 | Palo Alto, CA  94303
(D) █████████ | (M) █████████
███████████████████
A Part of BMO Financial Group - Visit us at www.ctcmycfo.com

Highly Confidential-AEO

**From:** Simon-Ferrigno, Matilda N [mailto:Matilda.Simon@morganstanleypwm.com]
**Sent:** Monday, October 31, 2016 10:04 AM
**To:** Gong, Ronald; Holland, Teresa
**Cc:** jbirchall@muskfoundation.org
**Subject:** RE: projected giving - update

I can do this any time you are ready. I do not need to break the cert. Thx!

Best,

Matilda

Matilda Simon-Ferrigno

Group Director

Assistant Vice President

Morgan Stanley Private Wealth Management

444 South Flower Street 34th Floor | Los Angeles, CA 90071

Phone: 213-486-7114  Fax: 213-784-5614

Matilda.Simon@morganstanleypwm.com | The Malone Neuhaus Group

---

**From:** Simon-Ferrigno, Matilda N (Wealth Mgmt MS)
**Sent:** Monday, October 31, 2016 8:50 AM
**To:** Gong, Ronald ██████████████████ 'Holland, Teresa'
**Cc:** jbirchall@muskfoundation.org
**Subject:** FW: projected giving

Hi Ron/Teresa – I hope you are both well.  Please let me know how I can help. I may need to break a certificate for 26k shs, which will take approximately 1 week.  Please forward the DAF paperwork when you can.

Thanks!

Best,

Matilda

Matilda Simon-Ferrigno

Group Director

Assistant Vice President

Morgan Stanley Private Wealth Management

444 South Flower Street 34th Floor | Los Angeles, CA 90071

Phone: 213-486-7114  Fax: 213-784-5614

Matilda.Simon@morganstanleypwm.com | The Malone Neuhaus Group

Highly Confidential-AEO

---------- Forwarded message ----------
From: **Gong, Ronald** ██████████████████████
Date: Friday, October 28, 2016
Subject: projected giving
To: Jared Birchall <jbirchall@muskfoundation.org>, "Holland, Teresa" ████████████████████
Cc: "Lo, Paula" ████████████████

Yes, that would be the amount. Can you please check w MS on my procedure to move? Thx

Sent from my BlackBerry 10 smartphone.

---

**From:** Jared Birchall
**Sent:** Friday, October 28, 2016 9:50 PM
**To:** Holland, Teresa
**Cc:** Gong, Ronald; Lo, Paula
**Subject:** Re: projected giving

<mark>I reconfirmed with Elon that he is ok with us moving shares from the Musk Foundation as needed to cover any charitable commitments.  It looks like we should consider sending 26k shares, which would give us about $5.2MM to tide us over through the end of the year.</mark>  Agreed?

Thanks,

Jared

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone: ████████████

On Thu, Oct 27, 2016 at 3:59 PM, Holland, Teresa ██████████████████████████ wrote:
Hi Jared –

Please see the schedule for discussion of the liquidity needs for charitable giving, and the anticipated stock grant from the foundation to a DAF account during the upcoming window.

The current DAF account balances are:
The Musk Foundation Charitable Fund $914,298
The Musk Charitable Fund $1,647,557

Highly Confidential-AEO

Many thanks –

Teresa

Teresa A. Holland

Director

CTC | myCFO, LLC

Telephone: ▮▮▮▮▮▮▮ | Fax: ▮▮▮▮▮▮▮

Email: ▮▮▮▮▮▮▮▮▮▮▮▮

2200 Geng Road, Suite 100 | Palo Alto, CA  94303

---

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

---

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

--
*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone: ▮▮▮▮▮▮▮

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers  If you cannot access these links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you consent to the foregoing and to the voice recording of conversations with personnel of Morgan Stanley.

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers  If you cannot access these links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you consent to the foregoing and to the voice recording of conversations with personnel of Morgan Stanley.

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers  If you cannot access these links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you consent to the foregoing and to the voice recording of conversations with personnel of Morgan Stanley.

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.

Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

Highly Confidential-AEO