# EXHIBIT 21
# PUBLIC REDACTED VERSION

| | |
|---|---|
| **From:** | Gong, Ronald |
| **Sent:** | 9/14/2016 12:37:32 PM |
| **To:** | Jared Birchall [ ]; Harris myCFO MUS001FOS |
| **Subject:** | Re: Pioneer Building Lease Payments |

Hi Jared

I would say 7-10 days lead time. Paula can check on the timing of the past payments and confirm.

Thanks,
Ron

Sent from my BlackBerry 10 smartphone.

**From:** Jared Birchall
**Sent:** Tuesday, September 13, 2016 11:41 PM
**To:** Gong, Ronald; Harris myCFO MUS001FOS
**Subject:** Pioneer Building Lease Payments

Ron - The Pioneer Building lease officially began on 9/1. As you may recall, we had already sent the first month's rent. We will need to start sending that monthly from the DAF and probably need some lead time so OpenAI gets the payment and has time to get it to the landlord. Based on your past experience working with the DAF, how much lead time do we need to give them?

Thanks,

Jared


*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone:

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.