# EXHIBIT 22

# PUBLIC REDACTED VERSION

**From:**       Lo, Paula ████████████████████████████████████
**Sent:**       2/15/2017 6:10:10 PM
**To:**         Jared Birchall ███████████████████
**CC:**         Harris myCFO MUS001FOS ██████████████████
**Subject:**    RE: OpenAI Rent

Hi Jared,

<mark>Yes, we have already input the rent increase in Vanguard's system so starting in March rent will be $175,000.</mark>

Best,
Paula

---

Paula Lo | Director
CTC | myCFO | 2200 Geng Road, Suite 100 | Palo Alto, CA  94303
(D) ███████████ | (F) ██████████
A Part of BMO Financial Group - Visit us at www.ctcmycfo.com

**From:** Jared Birchall ██████████████████████
**Sent:** Tuesday, February 14, 2017 10:30 PM
**To:** Lo, Paula; Harris myCFO MUS001FOS
**Subject:** OpenAI Rent

Hi Paula,

<mark>Just a reminder the the lease payment for the Pioneer building increase over time.  For now Elon has agreed to increase his monthly giving in conjunction with those increases.  Attached is the schedule of increases.</mark>

Thanks,

Jared

CONFIDENTIAL                                                            BMO_00000369