# EXHIBIT 25
# PUBLIC REDACTED VERSION

**In the Matter Of:**

*MUSK v*

*ALTMAN*

*ILYA SUTSKEVER*

*October 01, 2025*



```
                                                              1
 1              UNITED STATES DISTRICT COURT

 2                NORTHERN OF CALIFORNIA

 3                   OAKLAND DIVISION
     _____
 4   ELON MUSK, et al.,            )
                                   )
 5            Plaintiffs,          )
                                   )
 6   v.                            )  Case No. 4:24-cv-04722-YGR
                                   )
 7   SAMUEL ALTMAN, et al.,        )
                                   )
 8            Defendants.          )
     _____)
 9

10

11

12            ** HIGHLY CONFIDENTIAL **

13     Videotaped Deposition of ILYA SUTSKEVER

14           San Francisco, California

15         Wednesday, October 1, 2025

16

17

18

19

20

21

22

23        Reported Stenographically by

24   Michael P. Hensley, RDR, CSR No. 14114

25
```

## Page 2

```
 1            UNITED STATES DISTRICT COURT
 2               NORTHERN OF CALIFORNIA
 3                  OAKLAND DIVISION
   _____
 4   ELON MUSK, et al.,         )
                                )
 5         Plaintiffs,          )
                                )
 6   v.                         )   Case No. 4:24-cv-04722-YGR
                                )
 7   SAMUEL ALTMAN, et al.,     )
                                )
 8         Defendants.          )
   _____)
 9
10
11      Videotaped Deposition of ILYA SUTSKEVER,
12   commencing at the hour of 10:19 AM and concluding at
13   the hour of 8:07 PM on Wednesday, October 1, 2025,
14   at the location of Cooley, LLP,
15   3 Embarcadero Center, 20th Floor, San Francisco,
16   California 94111, before Michael Hensley, Registered
17   Diplomate Reporter, Certified Shorthand Reporter
18   No. 14114, in and for the State of California.
```

## Page 3

```
 1   APPEARANCES:
 2   For Plaintiffs:
 3         MOLOLAMKEN LLP
           BY:   STEVEN F. MOLO, ESQ.
 4               JENNIFER SCHUBERT, ESQ.
                 SARA TOFIGHBAKHSH, ESQ.
 5         430 Park Avenue
           New York, New York 10022
 6         212.607.8170
           smolo@mololamken.com
 7         jschubert@mololamken.com
           stofighbakhsh@mololamken.com
 8
 9   For Defendant Microsoft Corporation:
10         DECHERT LLP
           BY:   RUSSELL P. COHEN , ESQ.
11               YOSEF WEITZMAN, ESQ.
           45 Fremont Street, 26th Floor
12         San Francisco, California 94105
           415.262.4506
13         russ.cohen@dechert.com
           yosi.weitzman@dechert.com
14
15   For Defendant OpenAI:
16         WACHTELL, LIPTON, ROSEN & KATZ
           BY:   SARAH K. EDDY, ESQ.
17               KELSEY BORENZWEIG, ESQ.
                 WILLIAM SAVITT, ESQ.
18         51 West 52nd Street
           New York, New York 10019
19         212.403.1219
           skeddy@wlrk.com
20         kaborenzweig@wlrk.com
           wdsavitt@wlrk.com
21
```

## Page 4

```
 1   APPEARANCES (CONTINUED):
 2   For Deponent Ilya Sutskever:
 3         COOLEY LLP
           BY:   SIMONA AGNOLUCCI, ESQ.
 4               EDUARDO SANTACANA, ESQ.
                 ANIKA HOLLAND, ESQ.
 5               REMY CARREIRO, ESQ.
           3 Embarcadero Center, 20th Floor
 6         San Francisco, CA 94111
           415.693.2535
 7         sagnolucci@cooley.com
           esantacana@cooley.com
 8         anika.holland@cooley.com
           rcarreiro@cooley.com
 9
10   Also Present:
11         MIGUEL CONCEPCION, Videographer
12
13   Present Remotely:
14         ELIZABETH PRADO, AV Monitor
15         JAYMIE PARKKINEN, ESQ.
16         IANNI DRIVAS, ESQ.
```

## Page 5

```
 1                        INDEX
 2
 3                     EXAMINATIONS
 4   WITNESS:   ILYA SUTSKEVER                     Page
 5   BY ATTORNEY MOLO                                12
 6   BY ATTORNEY COHEN                              327
 7   BY ATTORNEY MOLO                               339
 8
 9                      EXHIBITS
10   No.           Description                    Page
11   1      (Confidential) Bates Number             19
          OPENAI_MUSK00016785:  Email
12        exchange, top message from Sam
          Altman 7/15/25
13
     2      (Confidential) Bates Number             24
14        OPENAI_MUSK00016833 - 00016844:
          Email exchange, top message from Sam
15        Altman 8/16/15
16   3      (Confidential) Bates Number             28
          2024MUSK-0005305:  Email exchange,
17        top message from Elon Musk 11/19/15
18   4      (Confidential) Bates Number             32
          2024MUSK-0004484:  Email exchange,
19        top message from Elon Musk 12/10/15
20   5      (Confidential) Bates Number             32
          2024MUSK-0005266:  Email from Elon
21        Musk 11/20/15
22   6      (Confidential) Bates Number             36
          2024MUSK-0009787:  Email from Elon
23        Musk 12/11/15
```

MUSK
ALTMAN
Case 4:24-cv-04722-YGR   Document 391-46   Filed 01/16/26   Page 5 of 14
Highly Confidential
Ilya Sutskever
October 01, 2025

Page 22

1    Did you know anything about Elon Musk's
2 view on AI safety at the time you attended the
3 dinner?
4    A.   No.
5    Q.   Did you know anything about Sam Altman's
6 views on AI safety at the time you attended the
7 dinner?
8    A.   No.
9    Q.   Okay.
10       Did you meet Greg Brockman for the first
11 time at that dinner?
12   A.   Yes.
13   Q.   What -- what was discussed at the dinner,
14 to the best of your recollection?
15   A.   All things related to AI in the future.
16   Q.   Okay.
17   A.   It covered a lot of ground.
18   Q.   Safety being one of them?
19   A.   To some degree.  I actually don't recall
20 it being discussed very explicitly.
21   Q.   Monetization?
22   A.   I don't recall that being discussed
23 either.
24   Q.   Okay.
25       Anything specific that you do discuss --

Page 23

1 remember?
2    A.   I remember discussion about whether Google
3 is so ahead that it's impossible to catch up with
4 it.
5    Q.   Okay.
6        Did you remember anything that Elon Musk
7 said at that dinner?
8    A.   Not precisely.
9    Q.   All right.
10       Do you remember anything he said
11 generally?
12   A.   Not precisely enough.  I would be
13 guessing.
14   Q.   Okay.
15       How did you decide to join up with OpenAI?
16   A.   It was a long and multistep process.
17       During that dinner, they were already
18 discussing -- I think Sam was discussing to do this
19 new research effort in YC.
20       At that time, I was itching to do
21 something new.  I'd been at Google for three years,
22 and that looked like a good opportunity.
23       So I emailed Sam, and I told him that, if
24 you are looking for someone to lead this, I would be
25 interested.  So we met.  And that's how our

Page 24

1 conversation about me joining this smaller
2 organization began.
3    Q.   Okay.
4    A.   At some point, I told Google of my
5 intention to leave, and Google started to try really
6 hard to retain me, and I find their efforts
7 convincing.
8        And I believe that at that point Sam
9 looped in Elon into the endeavor to make it more
10 appealing to me.
11       ATTORNEY MOLO:  Okay.
12       I'm going to show you Exhibit 2.
13       (Exhibit 2 was marked for identification.)
14 BY ATTORNEY MOLO:
15   Q.   This is an email chain.  At the top, it's
16 from Sam Altman --
17   A.   Yes.
18   Q.   -- to you dated August 16th of 2015.
19       If you could look at the email below that,
20 and I've just highlighted it for your convenience.
21 It says August 15th of 2015.  It's from you to
22 Altman.
23       And this is at the time that you were
24 being recruited to join OpenAI?
25   A.   Yes.

Page 25

1    Q.   All right.
2        If you turn to the -- the flip side of
3 that, there's a -- this is a email from you in -- to
4 Sam.  You're saying "What will be the extent of
5 Elon's involvement?"
6        You see that?
7    A.   Yes.
8    Q.   Why did you ask that?
9    A.   I don't -- I mean, I can guess, but I
10 don't remember exactly.
11   Q.   What's the best of your -- what's your
12 best recollection?
13   A.   I mean --
14       ATTORNEY AGNOLUCCI:  Objection.  Form.
15       Calls for speculation.
16       THE WITNESS:  Yeah, I don't have a clear
17 enough recollection.
18 BY ATTORNEY MOLO:
19   Q.   Okay.
20       And then Sam responds to you in the email
21 above in the -- in the penultimate paragraph there:
22       [As Read]  Elon is thinking about how
23       involved he wants to be, but it sounds
24       like the answer is "very."  How involved
25       would you like him to be?

Page 26

```
 1            Did you recall responding to that?
 2       A.   I -- I don't even recall this email.
 3       Q.   Okay.
 4            At the time, how -- how involved did you
 5  want Elon Musk to be in the project?
 6       A.   I don't remember precisely.  I can guess,
 7  but I don't have a precise recollection.
 8       Q.   Okay.
 9            Generally, do you recall being excited at
10  the prospect of Elon Musk working with you?
11       A.   Yes.  Very much.
12       Q.   Okay.
13            Why is that?
14       A.   Because I -- I used to, like -- because I
15  spent a lot of time studying Elon and his company
16  and I -- companies and I looked up a lot to his
17  achievements and capabilities.
18       Q.   Okay.
19            Compensation was an issue for you; right?
20       A.   Yes.
21       Q.   Google offered you more money to stay at
22  OpenAI than OpenAI was offering to pay you
23  initially; correct?
24       A.   To stay at Google, yes.
25       Q.   Google.
```

Page 27

```
 1  [redacted]
 2  [redacted]
 3       A.   Yes, that's correct.
 4       Q.   All right.
 5            You discussed this Google offer with Elon
 6  Musk and Sam Altman?
 7       A.   I don't -- I definitely discussed with it
 8  Sam Altman.  I am not sure whether I discussed it
 9  with Elon Musk.
10       Q.   Okay.
11            What convinced you to join OpenAI?
12       A.   The fact that -- in the end, the fact that
13  there was this really dramatic constellation of
14  really unusual and exceptional people that might
15  never recur again.
16            I thought that -- if you look at the whole
17  package, I mentioned many times that I was very
18  impressed with Greg Brockman's talents.  I was very
19  impressed with -- you know, like, incredibly in awe
20  impressed with Elon Musk's involvement.  I also
21  looked up to Sam.  I was also very -- there were
22  other lesser-known names that I thought very highly
23  of as well.
24            And that combination, to me, looked like
25  something that will just never happen again, and if
```

Page 28

```
 1  I am ever to do something audacious like this, now
 2  is the time.
 3            And, furthermore, that's actually been a
 4  dream of mine for many years -- to start a company
 5  like OpenAI.
 6       Q.   Okay.
 7            Why was it a dream of yours?
 8       A.   Even though -- it's a combination of many
 9  factors.  Even though, at that point, my training
10  has been that of a scientist, I always -- I also
11  looked up and -- to and admired entrepreneurships --
12  entrepreneurship, and I also wanted to be an
13  entrepreneur.
14            And, furthermore, the idea of creating the
15  company that would be working on building the best,
16  most useful, most advanced, most beneficial AI
17  appealed to me greatly.
18            ATTORNEY MOLO:  Okay.
19            Let me show you Exhibit 3.
20            This is another email chain.
21            (Exhibit 3 was marked for identification.)
22  BY ATTORNEY MOLO:
23       Q.   Take a moment just to look at it.  At the
24  top, you'll see it's an email from Elon Musk to you.
25       A.   Yes.
```

Page 29

```
 1       Q.   And it's dated November 19th of 2015.
 2            The chain starts midway on the page there.
 3  Wednesday, November 18th at 1:06 PM.  Altman writes:
 4            [As Read]  Elon, as we discussed, Ilya
 5            is trying to decide between leaving YCAI
 6            and a massive counteroffer from Google.  I
 7            think talking to you would help him make
 8            the right choice.
 9            And then he gives a phone number and says:
10            [As Read]  It sounds like he's free
11            after 5:00 PM.  Sam.
12            And you then respond:
13            [As Read]  Hi, Elon.  I would like to
14            talk to you about this matter over the
15            phone.  Any chance you could call today
16            before 4:00 PM., after 8:00 PM?  Let me
17            know what time works best for you.  Ilya.
18            And your email is sent at 8:41 PM.
19            And then at 9:14, yes, a little more than
20  a half hour, Musk responds to you -- Elon Musk
21  responds to you:
22            [As Read]  No problem.  Will call
23            today.
24            Do you recall that email?
25       A.   Extremely vaguely.
```

MUSK
ALTMAN
Case 4:24-cv-04722-YGR   Document 391-46   Filed 01/16/26   Page 7 of 14
Highly Confidential
Ilya Sutskever
October 01, 2025

Page 30

1  Q. Do you recall having a phone conversation
2  with Elon Musk?
3  A. Yes.
4  Q. And what was the conversation about? What
5  did he say to you, and what did you say to him?
6  A. I don't remember at all.
7  Q. You --
8  A. But I remember being excited about his
9  phone call.
10 Q. Oh, you were excited that Elon Musk was
11 calling you?
12 A. Yes.
13 Q. And did he persuade you to join the
14 company?
15 A. I don't remember. I don't remember.
16 Q. Okay.
17    Do you recall having other discussions
18 with Elon Musk about joining OpenAI?
19 A. I have a vague recollection of more
20 discussions.
21 Q. Okay.
22    Do you recall what was said in any of
23 those?
24 A. No.
25 Q. In those discussions, was he generally

Page 31

1  recruiting you to join OpenAI?
2  A. Like, I cannot imagine what else we'd be
3  talking about, but I also don't remember.
4  Q. Okay.
5     So right before OpenAI was to be announced
6  as an entity, people were founding it, you -- you
7  hesitated a bit about joining; is that right.
8     Do you recall that?
9  A. Yes.
10 Q. And you recall Elon Musk calling you again
11 at that time?
12 A. I have a -- it's -- I have a -- I mean, I
13 think so.
14 Q. Okay.
15 A. But I also don't remember exactly.
16    ATTORNEY MOLO: Okay.
17    So this is not an email -- I'm just going
18 to show you. It's an email between Elon Musk --
19 from Elon Musk to Sam Altman dated Friday
20 November 20th at 2015. And you're not on the email,
21 but in it, he says:
22    [As Read] I had a good conversation
23    with Ilya yesterday.
24    I'll show you --
25    ///

Page 32

1     (Exhibit 4 was marked for identification.)
2     THE WITNESS: Okay.
3  BY ATTORNEY MOLO:
4  Q. Does that help you remember that you had a
5  conversation with Elon Musk around November 20th?
6  A. It strongly suggests that. I should -- I
7  should say that my recollection of this time is
8  very -- like a blur.
9  Q. Sure.
10 A. So, I mean, it's extremely plausible that
11 I had conversations with Elon Musk, and this
12 suggests it; so I have every reason to believe that
13 I had a conversation with him.
14 Q. Okay.
15    I'm going to show you one more like that,
16 Exhibit 5.
17    That -- you're not on the email, but I'm
18 just asking you if it helps you remember.
19 A. Mm-hmm. Yeah.
20    (Exhibit 5 was marked for identification.)
21 BY ATTORNEY MOLO:
22 Q. Okay.
23    This is -- Exhibit 5 is an email from Elon
24 Musk to Sam Teller, subject "Ilya," dated
25 December 10th of 2015.

Page 33

1  A. Sam Teller?
2     ATTORNEY AGNOLUCCI: Objection to form.
3     ATTORNEY TOFIGHBAKHSH: Objection. Yeah.
4     ATTORNEY EDDY: Objection. Yeah.
5     THE WITNESS: Sam Teller?
6     ATTORNEY MOLO: Yes.
7     THE WITNESS: Oh, I see. Is this the one
8  I'm looking at right now?
9     ATTORNEY AGNOLUCCI: The one I'm looking
10 at does not have Sam Teller.
11    (Admonition by the court reporter.)
12    ATTORNEY MOLO: Oh.
13    ATTORNEY SANTACANA: Can you clarify which
14 one is Exhibit 5.
15    ATTORNEY MOLO: It's an email dated
16 December 10th of 2015.
17    (Admonition by the court reporter.)
18    ATTORNEY MOLO: My mistake.
19    ATTORNEY AGNOLUCCI: For clarity,
20 Exhibit 4 is an email to Sam Teller dated
21 December 10th, and Exhibit 5 is an email to Ilya, cc
22 Sam Altman, dated November 19th.
23    ATTORNEY MOLO: You are correct.
24    ATTORNEY AGNOLUCCI: Okay.
25    ATTORNEY EDDY: I do not have that.

MUSK
v.
ALTMAN

Case 4:24-cv-04722-YGR   Document 391-46   Filed 01/16/26   Page 8 of 14

Highly Confidential

Ilya Sutskever
October 01, 2025

Page 34

1     ATTORNEY MOLO:  Maybe you're not correct.
2     ATTORNEY EDDY:  I have a different
3  exhibit.
4     ATTORNEY SANTACANA:  Exhibit 5 has Bates
5  number 2024MUSK-0005266.
6     ATTORNEY MOLO:  Right.
7     ATTORNEY AGNOLUCCI:  What is the one
8  ending in 305?
9     ATTORNEY EDDY:  I do not have that.
10    ATTORNEY AGNOLUCCI:  That is a
11 November 19th email to Ilya.
12    ATTORNEY MOLO:  That's Exhibit 3.
13    ATTORNEY SANTACANA:  Exhibit 3.
14    ATTORNEY AGNOLUCCI:  That's Exhibit 3, ah.
15    Exhibit 4 ends in 484.
16    ATTORNEY MOLO:  Yes.
17    ATTORNEY AGNOLUCCI:  That's what we have.
18    (Indiscernible cross-talk.)
19    ATTORNEY AGNOLUCCI:  We're all set now.
20 Thank you.
21    ATTORNEY HOLLAND:  We need a copy of
22 Exhibit 5.
23    ATTORNEY AGNOLUCCI:  I have one right
24 here.
25    ATTORNEY BORENZWEIG:  Exhibit 5 ends

Page 35

1  in 66; is that right?
2     ATTORNEY AGNOLUCCI:  Yes.
3  BY ATTORNEY MOLO:
4     Q.  So Exhibit 5 is dated November 20th of
5  2015.
6     What was it?
7     Okay.  All right.
8     And that's Elon Musk to Sam Altman.  And
9  it said at the beginning --
10    (Telephonic interruption.)
11    ATTORNEY MOLO:  I'm sorry.
12    [As Read]  I had a good --
13    conversation with Ilya yesterday.  We
14    definitely need to do more in comp and he
15    asked for a commitment on my part to be
16    involved which I agreed to.
17    Do you recall asking Elon Musk for a
18 commitment on his part to be involved?
19    THE WITNESS:  I don't recall any specific
20 details, but it is extreme -- I mean, it is the kind
21 of thing I would've asked for.
22 BY ATTORNEY MOLO:
23    Q.  Okay.
24    And what was it important to you that he
25 be involved?

Page 36

1     A.  Because I -- I looked up to Elon's
2  achievements and abilities, and I believe that he
3  knows something that very few people do.  And I was
4  excited to learn from him.  Also, I didn't know
5  exactly what would happen.  I thought it would be
6  good.
7     Q.  Great.
8     On December 11th of 2015, you actually did
9  join OpenAI; is that right?
10    A.  I don't remember.
11    Q.  The day that it was announced publicly,
12 you were part of the public announcement; is that
13 right?
14    A.  I was part of the public announcement.
15    ATTORNEY MOLO:  Okay.
16    I'm going to show you Exhibit 6 now.
17 Bears a Bates stamp number ending 9787.
18    (Exhibit 6 was marked for identification.)
19 BY ATTORNEY MOLO:
20    Q.  Take a moment to look at that.
21    Okay.
22    This is an email from Elon Musk to you, as
23 well as a number of others.  And subject is "The
24 OpenAI Company" dated Friday, December 11th, 2015.
25 And in it, Musk states:

Page 37

1     [As Read]  Congratulations on a great
2     beginning.  We are outmanned and outgunned
3     by a ridiculous margin by organizations
4     you know well, but we have right on our
5     side and that counts for a lot.
6     What did you understand he meant by saying
7  "We have right on our side"?
8     A.  My recollection -- I don't have a very
9  precise recollection.  The recollection that I do
10 have is that he was referring to Google as the other
11 organization.
12    Q.  Okay.
13    A.  And that he was expressing the view that
14 it would be better if OpenAI were to succeed.
15 That's my understanding of his remark.
16    Q.  And better for what reason?
17    ATTORNEY AGNOLUCCI:  Objection.  Calls for
18 speculation.
19 BY ATTORNEY MOLO:
20    Q.  As you understood it?
21    A.  Elon has expressed various concerns about
22 the leadership of Google --
23    Q.  Okay.
24    A.  -- at the time.
25    Q.  And do you recall what those concerns were

```
                                    Page 38                                                Page 40
 1  that you heard?                              1       You recall him saying something to that
 2       A.   Like, for example -- there is one  2  effect?
 3  example that, I believe, was mentioned a few 3       A.   What I would say is that his actions
 4  times about Elon staying in Larry Page's     4  were consistent with that, but this is not the
 5  house and having a conversation with him     5  same as him saying that.
 6  about the future of AI.  And Elon asking,    6       Q.   Okay.
 7  "Well, what about the people?  What's going  7            In the second paragraph of Exhibit 6,
 8  to happen?  It seems scary."                 8  Elon Musk says:
 9            And Larry Page says, "Whatever.    9            [As Read]  Our most important
10  These are our successors."                 10            consideration is recruitment of the
11            This how I recall Elon Musk      11            best people.
12  presented part of his concerns with Google,12            And then he says:
13  based on anecdotes such as this one.  This 13            [As Read]  To this end, please give
14  one I happen to remember him telling us.   14            a lot of thought to who should join.
15       Q.   Is it fair to say that your      15            If I can be helpful with recruitment
16  understanding was that Elon Musk felt that 16            or anything else, I am at your
17  Google was not concerned enough about AI   17            disposal.
18  safety as it should have been?             18            Did Elon Musk help with recruiting?
19            ATTORNEY HOLLAND:  Objection.    19       A.   Yes.
20            ATTORNEY AGNOLUCCI:  Objection to20       Q.   Okay.
21  form.                                      21            What did he do?
22            THE WITNESS:  I wouldn't say --  22       A.   The primary -- the thing that I
23  yeah, I -- I wouldn't say that this is     23  remember Elon Musk doing is calling candidates
24  exactly my understanding.                  24  to convince them to join.
25  BY ATTORNEY MOLO:                          25       Q.   Okay.
                                                         And was that, in your experience, a

                                    Page 39                                                Page 41
 1       Q.   Okay.                             1  powerful tool in recruiting?
 2            But Elon Musk expressed to you    2       A.   For some candidates, it was powerful.
 3  concerns about Google's approach to AI      3            ATTORNEY MOLO:  Okay.
 4  safety?                                     4            I'm going to show you Exhibit 7.
 5       A.   I wouldn't phrase it this way.    5            (Exhibit 7 was marked for
 6       Q.   Okay.                             6  identification.)
 7            How would you phrase it?          7  BY ATTORNEY MOLO:
 8       A.   I think -- my recollection is    8       Q.   Okay.  This is an email chain
 9  that he was more concerned about the people 9  forwarded to you by Greg Brockman.
10  who were in charge and their intentions.  10       A.   Yes.
11       Q.   I see.                          11       Q.   And it is --
12            And he was concerned -- was it  12            (Sotto voce discussion.)
13  your understanding that Elon Musk was     13  BY ATTORNEY MOLO:
14  concerned about the people in charge of   14       Q.   It contains an email from -- if you
15  Google's views on AI safety?              15  look sort of about a third of the way down the
16       A.   I can't confirm that it was AI  16  page -- from D.P. Kingma dated December 6th,
17  safety.                                   17  2015.
18       Q.   Okay.                           18  "Subject:  Decision to Brockman."
19       A.   My recollection is that it was a19            And he offers his decisions for
20  more generalized concern.                 20  accepting the position at OpenAI; right?
21       Q.   Okay.                           21       A.   Yes.
22            And their concern was that those22       Q.   And he says:
23  people who were running Google should not 23            [As Read]  You might wonder what
24  be in charge of the most advanced AI?     24            made me change my mind.  First,
25            ATTORNEY AGNOLUCCI:  Objection. 25            perhaps most importantly, I realize
    Calls for speculation.                              that doing AI research the way OpenAI
            THE WITNESS:  Yeah, I don't think --        intends to is almost certainly the
    I don't recall Elon Musk literally stating          more ethical choice
    that.
    BY ATTORNEY MOLO:
         Q.   Okay.
```

### Page 42

1      in the long run.
2          Did you have any understanding about what
3  he meant by that?
4          ATTORNEY AGNOLUCCI:  Objection.  Calls for
5  speculation.
6          THE WITNESS:  I don't remember precisely
7  what he meant by that.
8  BY ATTORNEY MOLO:
9      Q.  Okay.
10         In response to the email being forwarded
11 to you, you respond to Brockman "strong, true
12 words"?
13         So I don't know.  Did you agree with what
14 he was saying, that research the way OpenAI intends
15 to is almost certainly the more ethical choice in
16 the long run?
17     A.  I don't remember exactly which part of --
18 which part of this paragraph I was responding to.
19     Q.  Okay.
20         And he says "Elon's involvement is
21 awesome."
22         Do you see that?
23     A.  Yes.
24     Q.  Do you know whether Elon Musk was involved
25 in recruiting Mr. Kingma?

### Page 43

1      A.  I don't know if he was directly involved
2  in literally calling him.
3      Q.  Okay.
4          You did communicate regularly with
5  Mr. Musk about recruiting?
6      A.  Yes.
7      Q.  Okay.
8          I'm going to show you Exhibit 8.
9      A.  Can I take a quick bathroom break.
10         ATTORNEY MOLO:  Sure.  No problem.
11         THE WITNESS:  Thank you.
12         THE VIDEOGRAPHER:  Okay.
13         Going off the record at 10:57 AM.
14         (A break was taken.)
15         (Exhibit 8 was marked for identification.)
16         THE VIDEOGRAPHER:  And we're back on the
17 record at 11:06 AM.
18         ATTORNEY MOLO:  Great.
19 BY ATTORNEY MOLO:
20     Q.  Ilya, take a look at Exhibit 8 if you
21 will.
22     A.  Yes.
23     Q.  It's an email from you to Elon Musk.
24     A.  Yes.
25     Q.  And Musk responding to you and then you

### Page 44

1  responding to him.
2          So on the bottom of the page, the email
3  dated May 3rd, 2016, from you.  You wrote to Elon:
4          [As Read]  How did your calls with
5          Roger and Igor go?  Anything notable?
6          Ilya.
7          Do you recall who Roger and Igor were?
8      A.  I recall who they were, yes.
9      Q.  Who were they?
10     A.  They were people we were trying to recruit
11 to OpenAI.
12     Q.  Okay.
13         Did -- were those -- what -- were you
14 successful in recruiting them to OpenAI?
15     A.  We were successful in recruiting Igor but
16 not successful with recruiting Roger.
17     Q.  Okay.
18         And was -- when you say "How did your
19 calls with Roger and Igor go," were you asking Elon
20 Musk how recruiting calls with them were going?
21     A.  I don't -- so I don't have direct
22 recollections of this.
23     Q.  Sure.
24     A.  It looks consistent.
25     Q.  Okay.

### Page 45

1          There's no other reason that you can think
2  of that he would be calling them at this point in
3  time; correct?
4      A.  Correct.  Correct.
5      Q.  All right.
6          And then there's an email from Musk to you
7  and then a response from you to him all about
8  recruiting; right?
9      A.  Yeah.
10     Q.  Okay.
11         You testified earlier that:
12         [As Read]  Elon Musk knows something
13         very few people do, and I was excited to
14         learn from him.
15         What did you mean by that?
16     A.  What I meant was that the -- so this was
17 2015.  For context, all the different Silicon Valley
18 companies were doing, you know, like, sophisticated
19 websites essentially, and Elon Musk was doing Tesla
20 and SpaceX which, to me, looked like companies of a
21 very different category in terms of their difficulty
22 and scope and impact.
23         And, furthermore, there was this 2008
24 Bloomberg documentary about Elon that I saw that
25 influenced me greatly about how he put all his

Page 46

1  remaining money into his companies to save them.
2  And I found that to be incredibly inspiring.
3         And so the combination of all that made me
4  think, like, if someone can produce these impossible
5  results, what's the story?  Is there a story, and
6  can I learn something?  Is there something I can
7  learn from someone who can do things like this?
8     Q.   All right.
9         He had a track record of scaling
10 complicated companies in relatively short time;
11 right?
12        ATTORNEY AGNOLUCCI:  Objection.  Form.
13        THE WITNESS:  So I wouldn't agree with
14 this characterization in the sense that it is true,
15 but I think it actually misses the mark.
16 BY ATTORNEY MOLO:
17    Q.   How so?
18    A.   It's -- like, for example, I recall
19 watching various videos about Tesla, and they -- and
20 they -- in those videos, Elon would explain very,
21 very clearly blow-by-blow exactly why the Tesla car
22 would work and be successful.
23        And it just made so much sense.  Words
24 like -- I mean, I can -- I remember them even very
25 clearly right now.  In fact, I could precisely

Page 47

1  recount the explanation, and it made a huge amount
2  of sense.
3         But then I also understood, okay, so --
4  and it's something that wasn't obvious to other
5  people.  So this is the idea of insight.  And then
6  there is the very difficult practical challenge of
7  turning this insight into something real, and you
8  had this against very steep odds.
9         And it is the combination of all those --
10 all those things that made me feel like there is --
11 to the extent that there is something very special
12 there.  And learning from this, you know, hidden
13 knowledge is something which I would -- it's a way
14 of speaking.
15        Because I didn't actually know there was a
16 hidden knowledge, you know.  If you go to, I don't
17 know, an Olympic runner or something and you ask
18 them how they run, you know, they could only tell
19 you that much, but maybe they'll tell you about the
20 training regimen or something; you could get some
21 good ideas about that.
22        So that's how I was approaching.  I
23 didn't literally expect to learn even a big
24 fraction because I didn't think it was possible, but
25 I did think that there was something worth learning.

Page 48

1     Q.   But you did learn a lot from him, didn't
2  you?
3     A.   I learned --
4         It's difficult to quantify.
5         I would say that I learned some things.
6         I would say I learned a small -- a smaller
7  number of more important things.  I wouldn't -- I
8  would say that the total amount of interaction we
9  had over the open -- course of OpenAI was actually
10 not very huge.  So I would say I learned a small
11 number of important things as opposed to a large
12 number of things.
13    Q.   Okay.
14        And those important things contributed to
15 OpenAI's success?
16    A.   I would say yes.
17        ATTORNEY MOLO:  I'm going to show you
18 Exhibit 9.
19        (Exhibit 9 was marked for identification.)
20 BY ATTORNEY MOLO:
21    Q.   This is an email from -- it's a chain.  At
22 the top of it, it's from Elon Musk to you dated
23 February 18th of 2016.
24    A.   Yeah.
25    Q.   And that is responding to an email from

Page 49

1  you to Sam Teller, Elon Musk, and Greg Brockman, and
2  your email --
3     A.   Yes.
4     Q.   -- at the bottom.
5         It says:
6         [As Read]  Greg and I think it would
7            be useful for OpenAI's long-term success
8            if the two of us had a 30-minute meeting
9            with Elon every two weeks.
10        And then he responds -- he responds that
11 same day, a few hours later:
12        [As Read]  I think I should probably
13            do this every week.
14        And then he says:
15        [As Read]  My dinner with Dennis was
16            extremely alarming.  I feel like they are
17            playing the Super Bowl and we are playing
18            the Puppy Bowl.  Unless want to have our
19            ass handed to us, we need to step up our
20            game dramatically.
21        Then he invites you -- he says:
22        [As Read]  Let's have a conference
23            call later today with the key people of
24            OpenAI.  Later today, if possible;
25            otherwise, tomorrow.

Page 50

1  Q. Do you recall having a conversation with
2  Mr. Musk that day to talk about those things?
3  A. I have -- my recollection of those times
4  is vague enough that the answer is "not true," even
5  though I'm sure it happened.
6  ATTORNEY MOLO: Okay.
7  Let me show you Exhibit 10.
8  (Exhibit 10 was marked for
9  identification.)
10 BY ATTORNEY MOLO:
11 Q. Okay.
12 And this is an email from you to Elon
13 Musk. It's actually an exchange dated
14 September 24th of 2016.
15 And your email to him says:
16 [As Read] I find our meetings to be
17 very helpful for running OpenAI and for
18 figuring out right -- the right medium
19 term goals.
20 Do you recall telling him that?
21 A. I don't have an exact recollection, but I
22 have every reason to believe that I said exactly
23 this.
24 Q. And did you find it helpful to meet with
25 Mr. Musk and figure out medium term goals?

Page 51

1  A. I don't have direct recollections, but it
2  sounds extremely plausible.
3  Q. Do you have recollections of having
4  meetings with him to discuss that sort of thing?
5  A. I have very vague recollections.
6  Q. Okay.
7  And then he responds:
8  [As Read] Cool. I certainly enjoy
9  them too. Also, really want to learn more
10 at a detailed level about the technical
11 issues that we are wrestling with.
12 Do you recall Mr. Musk being engaged in
13 understanding technical issues that OpenAI was
14 facing?
15 A. My recollection is too vague to give a
16 direct confirmation.
17 Q. Okay.
18 Do you recall having meetings with him
19 regularly to discuss goals?
20 A. I recall having meetings regularly with
21 him.
22 Q. And do you recall -- okay.
23 And do you recall having meetings
24 regularly to discuss technical issues?
25 A. I don't have a direct recollection, but it

Page 52

1  sounds extremely plausible.
2  Q. Okay.
3  If you go to the top, you're saying:
4  [As Read] Good luck with both.
5  And that's responding to an email from
6  Elon Musk at 11:55 in which he says:
7  [As Read] Once the SolarCity merger
8  is done and the rocket is flying again, I
9  should be able to do so.
10 Did Mr. Musk -- did you understand
11 Mr. Musk, in saying that, was referring to other
12 business ventures that he had going on?
13 A. That's what I understand now. I'm sure I
14 understood it back then, also.
15 Q. Okay.
16 So while he was helping you and others at
17 OpenAI, he was also dealing with a SolarCity merger
18 and -- which was a Tesla transaction.
19 Do you recall that?
20 ATTORNEY AGNOLUCCI: Objection to form.
21 Calls for speculation. Lacks foundation.
22 THE WITNESS: I recall that Tesla was
23 acquiring SolarCity.
24 BY ATTORNEY MOLO:
25 Q. Okay.

Page 53

1  And "the rocket is flying again," that
2  refers to SpaceX?
3  ATTORNEY AGNOLUCCI: Same objections.
4  BY ATTORNEY MOLO:
5  Q. In your mind?
6  A. That's -- that's how -- that's how I
7  interpreted it now, and I'm sure I interpreted it
8  similarly back then.
9  Q. Okay.
10 Mr. Musk had other business ventures in
11 addition to SolarCity and SpaceX at that time that
12 you knew about; is that right?
13 A. Can you repeat the question.
14 Q. Sure. It wasn't a good question, so I'll
15 ask if a different way.
16 A. Sure.
17 Q. Do you recall Mr. Musk having other
18 business interests besides Tesla and SpaceX at the
19 time that OpenAI was beginning?
20 ATTORNEY AGNOLUCCI: Objection. Vague.
21 THE WITNESS: At the time that OpenAI was
22 beginning, I definitely know that he had a business
23 interest in SolarCity.
24 BY ATTORNEY MOLO:
25 Q. Okay.

Page 54

1  And so did you understand -- let me ask
2  about your understanding.  Did you understand
3  Mr. Musk to be engaged in other businesses besides
4  OpenAI at the time that he was working with you at
5  OpenAI?
6      A.   Yes.
7      Q.   Okay.
8           And did you know of problems occurring at
9  any of those businesses?
10          ATTORNEY AGNOLUCCI:  Objection.  Calls for
11 speculation.  Lacks foundation.
12 BY ATTORNEY MOLO:
13     Q.   I'm asking about your knowledge.
14     A.   The particular problem that I'm aware of,
15 that Elon has told us directly, is that there were
16 challenging self-driving with Tesla self-driving
17 efforts, and Elon expressed the desire, repeatedly,
18 for OpenAI to work on self-driving.
19     Q.   Okay.
20          Did he mention to you that there were
21 problems with the production in 2017 of a particular
22 Tesla model?
23     A.   I don't have direct recollection.
24          ATTORNEY MOLO:  Okay.
25          I'm going to show you Exhibit 11.

Page 55

1       (Exhibit 11 was marked for
2       identification.)
3  BY ATTORNEY MOLO:
4      Q.   Okay.
5           This is an email from you to Elon Musk
6  sent on January 1st of 2018.
7           And -- so you've been working with him for
8  a couple of years at that point in time; right?
9      A.   That's what the email says.
10     Q.   And you say:
11          [As Read]  Hi, Elon.  We've been
12          working together for almost exactly two
13          years, so felt appropriate to send this
14          note.  I enjoy working together.  You
15          quickly pushed me out of my academic
16          comfort zone.
17          What did you mean by that?
18     A.   Where is it?
19     Q.   When you say -- it's the second
20 paragraph --
21     A.   Yeah, I see.
22     Q.   -- the first line:
23          [As Read]  You quickly pushed me out
24          of my academic comfort zone.
25     A.   So I don't have direct recollection of

Page 56

1  what I meant.  It looks like -- yeah, I don't have a
2  precise recollection of what I meant.
3      Q.   Okay.
4           Did he push you out of your academic
5  comfort zone?
6      A.   I can confirm that he pushed me out of any
7  comfort zone.
8      Q.   Okay.  Good.
9           And did he -- did he help you become a
10 good businessman?
11          ATTORNEY AGNOLUCCI:  Objection.  Form.
12          THE WITNESS:  I don't know, because I
13 don't -- yeah, I don't know.
14 BY ATTORNEY MOLO:
15     Q.   Okay.
16          Do you consider yourself a good
17 businessman?
18     A.   I -- I wouldn't say that yet.
19     Q.   Okay.
20          Are you trying to become a good
21 businessman?
22     A.   It would be nice.
23     Q.   Okay.
24          Then you say in your email, Exhibit 11:
25          [As Read]  With time, I grew to

Page 57

1           appreciate the vast depth of your
2           strategic insight, and I can think of many
3           examples.  The biggest one is the decision
4           to build the custom hardware.
5           What did you mean by "strategic insight"?
6      A.   So I also don't have a direct
7  recollection, but it looks like -- yeah, I don't
8  have a direct recollection.
9      Q.   Okay.
10          And in the next paragraph, you say:
11          [As Read]  We're trying to accomplish
12          a difficult task, but with effort, we may
13          be able to do it.
14          And then you say:
15          [As Read]  It helps that we have the
16          overwhelming --
17          I'm sorry, you say:
18          [As Read]  It helps that we have the
19          most overwhelmingly competent person in
20          the world helping us.
21          You see where you said that?
22     A.   Yes.
23     Q.   Okay.
24          Are you referring to Elon Musk?
25     A.   Yes.

Page 58

1   Q.  Okay.
2       He made you better at your job?
3   A.  In various -- in many -- in many various
4   ways.
5   Q.  And did you observe him making other
6   people at OpenAI better at their jobs?
7       ATTORNEY EDDY:  Objection.  Vague.
8       (Court reporter clarification.)
9       ATTORNEY MOLO:  Could you read the
10  question back, please.
11      (Court reporter readback.)
12      THE WITNESS:  Yes.
13  BY ATTORNEY MOLO:
14  Q.  You cc'd Greg Brockman on this email to
15  Mr. Musk.
16      Was it your view that Greg Brockman shared
17  your views about Mr. Musk at the time you wrote the
18  email?
19      ATTORNEY AGNOLUCCI:  Objection.  Calls for
20  speculation.
21  BY ATTORNEY MOLO:
22  Q.  I'm asking about your view.
23      ATTORNEY AGNOLUCCI:  I know that that's
24  how you phrased it, but it's not what you're really
25  asking.

Page 59

1       ATTORNEY EDDY:  I'll join in the objection
2   and --
3       ATTORNEY MOLO:  The transcript reflects
4   what I'm asking.
5       THE WITNESS:  I mean, it's conceivable.
6   BY ATTORNEY MOLO:
7   Q.  Okay.
8       ATTORNEY EDDY:  Just for the -- for the
9   ease of transcript and so on, can we have an
10  agreement that anytime counsel for the witness
11  objects, I also join in that objection.
12      ATTORNEY MOLO:  Sounds great.
13      ATTORNEY COHEN:  And Microsoft as well,
14  please.
15      ATTORNEY MOLO:  Even better.
16  BY ATTORNEY MOLO:
17  Q.  So at the beginning of OpenAI, when the
18  work really began, you had many exploratory research
19  projects.
20      Is that fair?
21  A.  Yes.
22  Q.  Okay.
23      Language models were only part of that;
24  correct?
25  A.  Yes.

Page 60

1   Q.  GPT-1 was not created until 2018; correct?
2   A.  I don't remember the exact dates.
3   Q.  Okay.
4       It was your insight into transformers that
5   led OpenAI's natural language breakthroughs; is that
6   correct?
7   A.  Yes.
8   Q.  Okay.
9       Around 2020, OpenAI began devoting more
10  resources to researching large language models; is
11  that right?
12  A.  I don't remember the dates.
13  Q.  Okay.
14      Do you think it may have been around 2020?
15  A.  It's plausible.
16  Q.  Okay.
17      The first deal with Microsoft happened in
18  2019; is that correct?
19  A.  I don't remember the exact dates.
20  Q.  Okay.
21      Did the resources being devoted to
22  researching large language models increase after the
23  first Microsoft transaction?
24      ATTORNEY AGNOLUCCI:  Objection.  Vague.
25  Foundation.

Page 61

1       THE WITNESS:  I don't remember precisely
2   enough.
3   BY ATTORNEY MOLO:
4   Q.  Okay.
5   A.  Plausible.
6   Q.  I'm sorry.
7       Do you remember the sequence of events,
8   though, that, after the first Microsoft transaction,
9   more resources were devoted to large language model
10  research?
11      ATTORNEY AGNOLUCCI:  Same objections.
12  Foundation.  Vague.
13      THE WITNESS:  Which -- which --
14      I actually would say "No."
15  BY ATTORNEY MOLO:
16  Q.  Okay.
17      And why not?
18  A.  The first Microsoft transaction, the
19  resources were primarily -- primarily allocated to
20  reinforcement learning on games.
21      (Court reporter clarification.)
22  BY ATTORNEY MOLO:
23  Q.  So that was, you're saying, after the
24  first Microsoft transaction?  Reinforcement learning
25  in games?