# EXHIBIT 39
# PUBLIC REDACTED VERSION

| | |
|---|---|
| From: on behalf of | Sam Altman [shga@ycombinator.com]<br>Sam Altman <shga@ycombinator.com> [shga@ycombinator.com] |
| Sent: | 9/13/2017 10:05:30 PM |
| To: | Matthew Krisiloff [matt@ycombinator.com] |
| Subject: | Fwd: elon notes |

can you review carefully?


---------- Forwarded message ----------
From: Greg Brockman <gdb@gregbrockman.com>
Date: 13 September 2017 at 19:01
Subject: elon notes
To: Sam Altman <shga@ycombinator.com>


the following are the notes i took in real-time. call yday:

- elon: talked to sam a fair bit. did you have a chance to connect?
- gdb: yep.
- elon: he was pretty hung up on ceo thing less night, seemed last so now heading into din. need at beginning who is running the company, sam was saying everyone would know it's elon, e said don't think should be diff from reality and title. i don't like being ceo of anything. intent to not be ceo of tesla once done with model 3 in particular, he was hungup, (he said showstopper).
- gdb: thought you talked about swapping the title.
- elon: not a certainty, not like he is guaranteed the job. if the consensus view of the senior team is that they want him as the ceo, inclusive as elon, right guy to be ceo, would support. don't want to be ceo for the sake of it, fucking hate being ceo, first startup tried extremely hard, did not want to be ceo, brother was ceo, wanted to be basically programming, vcs invested and hired a ceo, discovered that if you are not the ceo, people can put some bozo in charge who make you do crazy things that suck. so then after that was like goddamn it, i don't want to be ceo, if i'm stuck on the ship and can't get off the ship, then gotta be ceo. given the importance of this particular issue, can't see why it'd make sense -- it'd be highest priority thing. arguably is right now but have short-term obligations i can't release. this is not a case of sam gets to be ceo automatically. down the road.
- gdb: what would that look like?
- elon: this is wearing on me. if sam wants to join that's great, join as president/coo, great. if you wanna do something with me, i've had enough of dancing around the bush. not doing succession planning. i'm gonna go do my own my thing. am i clear?
- gdb: very clear.
- elon: have enough shit to deal with without this on my plate. dealing with someone's insecurities not something i want to do. can be this path or another path. not going to engage in complicated.
- gdb: understood. let's close out our conversation.
- ilya: so greg willing to do loan for 5.5M, securitized by YC stock. 2.5 from me. 12M.
- elon: what's the 2.5M that's not YC?
- ilya: i have 7M, half in tesla stock.
- elon: haha really? thank you. vote of confidence.
- ilya: can't sell it. i talk to you a lot. it's done very well for me.
- elon: i support it, when all the cards are on the table, can explain it to the rest of the team.
- ilya: gave up google cash, got a lot of YC stock.
- ilya: if i understood correct: 12M grant, 2.5M cash, 5.5M willing to do securitized YC stock (10x larger than the ones from others).
- elon: sounds good. would ask jared what occurred with neuralink. for any pledging exactly what assets are pledged. that works for me.
- ilya: to make sure on same page: current picture 10M, 10M, 12M, $2.5M from me, and $5.5M from greg securitized against YC stock.
- elon: think it's something that can be explained.
- ilya: question: i'm taking out the loans. would prefer to return sooner-ish if it's possible. what are your views on early liquidity?
- elon: yes, absolutely. the way it works at spacex. have been able to

CONFIDENTIAL
OPENAI_MUSK00017450

get the best of all possible worlds. the liquidity of a public company without all the pain. e.g. stock moving randomly up or down. can be a mood thermometer. at spacex external valuation done every 6 months, liquidity event 2x a year. spacex participates in stock buybacks every financing round. want to keep # of shareholders under control. will do the same thing here. aspire at least once a year (maybe 2x) can sell stock at a valuation determined by an outside company.
- gdb: at spacex, was a while into the company right?
- elon: first 5 years, trying not to die. the first liquidity event where people able to sell 2008. 2006 brink of destruction. to some measure of prosperity. i suspect 1-2 years. could accelerate that if there.
- gdb: assume $10M is comfort limit.
- elon: subsequent rounds, i'll invest there.
- gdb: you'll be in spotlight,
- elon: i would like to be in the spotlight the least amount possible. would like to highlight you. anything you can think of.
- gdb: means quite a bit.
- elon: not looking for awards/praise/anything else. my reasons for doing this are because my #1 thing keeping me awake at night is AGI. what the fuck are we gonna do. sure hope this ends up mitigating that. #1 buzzkill in life. don't want any awards, any anything. nothing. ███ if there's anything you can think of that dimishes me and highlights
- gdb: what would your role look like, as you scale up?
- elon: want to amp up security.
- gdb: over weekend was home and reviewing my NSA stuff.
- elon: playtime is over on this matter. ███
- gdb: know how to do infosec. less so the physical security.
- elon: amping that up for myself. ███
- gdb: (reminds quesiton)
- elon: needs to gain a much better understanding on AI on a fundamental level. want to get to the same level of understanding as of rockets + electric cars. in order to make right decisions quite fundamental. a lot of info to upload. way it worked at spacex/tesla from beginning involved in countless design meetings of every aspect of the rocket + car. not something that can be created overnight. present, listen and ask questions, read whatever i can, look at the software, understand the math, understand the fundamental algo.
- ilya: are you considering getting hands on exp with writing the software?
- elon: think i should. wrote all the code of zip2, with lousy computing tech. lots of video games. stopped programming seriously in mid- to late-20s. gotta do some of that.
- ilya: think it'd be really helpful.
- elon: gotta close loop around ground truth. gonna make my brain hurt.
- gdb: definitely made my brain hurt, but not that hard if you really dig in.
- elon: gotta do it. kind of thing i like. like technology. load up the old brain. huge part is gonna be a talent war. how do we convince the best people to join us.
- gdb: if you and sam get more involved, will be unstoppable.
- ilya: new structure will help a lot too.
- elon: alright sounds good. game is afoot. gonna be battle.
- gdb: pretty soon will remember the days when enemy was just DM.
- elon: hah. don't want to pave road to hell with good intentions.
- ilya: don't create the AGI before making it act in our best interests. should be fundamental tenant. especially once we have the 10GW datacenter, can do a lot of smart things, things they do should be good for us.
- elon: i feel fear. don't know about you guys.
- gdb: used to feel born 10 years too late. missed the 90s. just grateful to have an opp to help this go well.
- elon: hard to believe this is real. reality is increasingly surreal.
- ilya: let's hope it doesn't take a negative turn.
- elon: don't approach with too heavy a heart. it's a serious matter. if things do go awry, enjoy these years on earth.
- gdb: mix of hedonistic parties and heads down writing code.

- elon: have a few parties, celebrate the wins. reasonably good time along the way.
- gdb: over upcoming weeks, how much of your time should we plan for?
- elon: coming weeks, top priority. gotta figure out how do we transition from non-profit to something which is essentially philanthropic endeavor and is B-corp or C-corp or something. must tell the story and not lose moral high ground. absolutely vital.
- gdb: yep.
- elon: need to understand B-corp situation.
- ilya: i have *some* thoughts. one idea keep non-profit and have C-corp. but i find this approach less appealing because in some sense C-corp not beholden. one formulation: mission is to minimize ex risk by building friendly AGI. could be a good way to go. like it more as new entity beholden to the mission.
- elon: agree, does sound better. never even heard of a B-corp until sam brought it up. it does sound like right move. would not shut down the non-profit, should still exist in some form.
- ilya: no opinion, as long as the main entity has something fundamentally philanthropic.
- elon: any prefs on name?
- ilya: openai. continuity of the mission. it's all the same.
- elon: i agree, think that makes sense. well, i'm pretty excited about doing this with you.
- ilya: all that's left is the minor thing of actually doing it.
- elon: alright cool. i'm gonna figure out the details of the whole B-corp thing tomorrow and get that process under way. and then let's just stay in frequent touch. make this happen as quickly as possible.
- gdb: super excited.
- ilya: most drastic thing that can possibly be done.
- elon: call quality is degrading. maybe too many people spying on the call.

call today:

- elon: this is just to go over the board stuff, you may have other things you want to work. intended to reflect the principle, year to 18 months, that would erode to not having control. over time dropping to 25%. which is what he has at tesla.
- ilya: we were a bit surprised because thought it was going to be 3 not 4.
- elon: wouldn't be appointing people right off the board, would be 4 of us assuming altman's in. you will meet everyone who is added chance to say like them or not, if you don't like them won't put them on. not gonna railroad in people without good judgement. while i'm ordinarily not an advocate of a large board, because quite unwieldy, even 16 person board relatively small. real challenge, how to find enough people w/ good morals, tech, reasonable understanding of AI. all the properties, really fucking hard to find such people.
- ilya: to make sure that we understand, previously was 3 board seats, now 4 board seats, but get to veto people with bad morals, anyone i suggest that you don't like, then can veto them.
- teller: do you mean collectively?
- elon: way i have it set it up here, 2 functioning neurons right now. if all but 1 of other boards members are supportive. avoid the one stick in the mud problem.
- ilya: make sense. want to think it over.
- elon: like i said, as we play this out into the future, if we don't catch up and not relevant who cares, not gonna matter. if we are actually successful, gonna be a push for >16. then the challenge is gonna be how do we find, who should decide the fate of the world. i don't want to decide, want to weigh in. some of these things not obvious.
- gdb: how do elections work exactly?
- elon: normally in private company, couple of founders seats, when vcs invest, take board control at the series A. 2 founders seats, 3 vc seats, one reserved for bozo CEO. with each subsequent round, lead in that round can't be gotten rid of. we can do it in a way where we can get rid of them. all but 2. don't want to be stuck with rogue terrible board member. when goes public all stock goes to 1 class. i would be very surprised if we wanna go public. public may demand that we go public. people vote on future of the world with dollars.
- ilya: makes sense, different from the old proposal, need to think.
- elon: way it works in practice, unanimous consent. no one against adding. only moved forward when the board was in favor. zero dissenting voices. mostly while looking at candidates.
- ilya: i just want to understand, greg/sam/ilya get 3 board members

CONFIDENTIAL
OPENAI_MUSK00017452

- of our own. do we nominate? how does this work?
- elon: i think that what we would do, say who do we think would be great to add. if there was a strong disagreement for common stock seats, could move forward and put that person on the board against my reservations, but suspect that's unlikely.
- ilya: specific thing: appoint board member
- elon: in practice that's what occurs
- gdb: want to talk about the adversarial case. like with vantage.
- elon: not board member himself, but head of the firm.
- gdb: does the concern make sense?
- elon: certainly worth considering. don't think it's gonna come down to tiebreak, highly unlikely but possible. think we'll see it coming. unlikey to be something that springs out of nowhere. if there's a board member who is consistently showing ways of thought or
- gdb: vesting. let's say we're fired. should we assume common shares are forfeit?
- elon: for sure if live. if fired for fraud, then no acceleration. if fired for angry disagreement, some reasonable acceleration is probably ok, but comes back to have to defend that with other people. if say don't have acceleration for termination that's not for cause, then people will think about it. you guys are not gonna get fired. have you seen any indication that you'll get fired.
- gdb: if we're not doing well, then should be fired.
- elon: would recommend no acceleration. not gonna be fired immediately. half of stock is vesting, half investment. extremely unlikely that we would be fired. if we don't have acceleration, strong moral basis for refusing that with others. that outweighs the outcome of being fired. if slight diff
- gdb: common vest over next 4 years, no cliff.
- ilya: last question on how board members are appointed. if i'm appointing, say i really like this person. others gotta approve.
- elon: essentially, you/greg/sam, 3 board members. i'd be me. gotta find 3 board members, slight bias towards me, but really who would be the most useful. anyone you think is not right, not gonna push. if sam is not in favor but you guys are, would say let's put them on the board. what we're looking for here.
- ilya: makes sense, need to think on it, since different from old.
- elon: see how it evolves over time, much more collegial than one would think. really about creating alliance of smart, strong-willed peolpe who will advance the cause of the company, make the decisions for the future of the world. hard to find 12-16 people in that category. some understanding of tech. nailing board together is gonna be difficult. as soon as we find someone with. if you think i'm starting to lose my mind, let me know. i really trust you guys. think you have great abilities, great morals, strength of will.
- gdb: have you talked to sama?
- elon: haven't, sent him a note. i'm really surprised how hung up he is over the title. down the road if team wants you to be CEO, not gonna stand in the way. am an anarchist. personal philosophy is anarchy. never ran for president of any club, or class president. or any of those things. have to be boss in certain cases, VC put asshole as CEO. terrible decisions that would destroy the company, create products that he didn't know existed to keep the company alive.
- gdb: my interpretation was sam wanted title to be out there talking to gov/etc
- elon: not true. if they do, they can ping.
- teller: gwynne does it a lot.
- elon: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ never any question mark at spacex. particularly for any product currently in operation. at spacex i ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. that was a case where hard to understand what questions to ask. now confident something pretty great. at least version 1. if launch anomaly, something explodes, then get involved.
- gdb: did you say that to sam?
- elon: didn't go into details. for some reason, gwynne started out as VP. in 2008 when had no choice but to go CEO at tesla, had her become pres/COO. over time build credibility with nasa, heads of senate committees, etc. almost never unwound decisions of gwynne's. once every 3 years.
- gdb: if you don't mind me asking, what's an example decision you unwound?

- elon: gotta think about it. (spends a minute thinking.) . few cases like that where ███████████████████████████ super rare to disagree. put us in two separate rooms and ask a bunch of qs and get the same answers. 90-95% fidelity. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ maybe sam should talk to gwynne. this isn't meant to mean way that gwynne and my working relationship to be like how gwynne and i work. sam would get a bit more into the tech than gwynne does. she is an engineer -- 10 year on spy sattelites. she understands at a deep level how the tech works, but i think sam would be much more closely involved in that. this is *a* model of how it has worked. alleviated a huge amount of time for me. because had to fly to washington dc a lot less. didn't have to go to conferences. with very few exceptions don't go to conferences. don't have to meet politicians. sam seems to like being out there and being gregarious and meeting people, and being a connector. i don't really like doing that. that seems to give sam energy. for me that's painful.
- gdb: i really hope sam feels good, think that the four of us will be unstoppable.
- ilya: team of the four of us together has the best chance.
- elon: i agree, tell sam the same thing. really value his capabilities, trust his judgement, enjoy working with him, like you guys said significantly improve p(success). bring
- elon: think he'll come around, not 100% sure. figure out today. said trust me, you will be a happy camper. you will not be unhappy, it'll be cool, will work out well. good feeling about this. neural net giving a thumbs up. high probability. not indentured servitude. if he doesn't like it, 6 months down the road, take a while to unwind other stuff anyway, stop doing that and go in a diff direction.
- ilya: the band must stick together
- elon: i can whistle.
- ilya: before you hang up, one q. woj really cares about having co-founder title. from my perspective, very comfortable. if we do to woj, then should john. to me seems like a great gesture, doesn't cost us much.
- elon: if you think true reflection of reality, then i support. love woj, haven't talked to schulman.
- teller: middle ground: founding team.
- elon: in this case, go with co-founder.
- elon: co-founders for the 6 of us, founding team for the others who join off the bat. if there are a few aces out there where you think founding team status.
- gdb: how big of a window for stock?
- elon: six months
- gdb: longer than i thought
- elon: 409a come in under stock price. common stock. depends on risk of IRS battle. optimize the best thing for people now. not for IRS arg 5-10 years down the road. initial stock: 0.1 or 0.01c, then to a penny, then 2 pennies, write it as low as we can.
- gdb: at stripe when i bought my shares, i put $6 on patrick's desk. openai non-profit didn't have a window.
- elon: now have a window. time to pounce is now.

- gdb

CONFIDENTIAL
OPENAI_MUSK00017454