# EXHIBIT 69

# PUBLIC REDACTED VERSION

**From:** Holland, Teresa [ ███████████████████████████████████████████ ]
**Sent:** 5/27/2016 5:51:02 PM
**To:** Chris Clark ███████████ ; Gong, Ronald ████████████████████ ]
**CC:** Harris myCFO MUS001FOS ███████████████████ ; Jared Birchall ███████████████████ ; Jonathan levy ████████████████
**Subject:** RE: cash

Hi Chris –

I'm simply confirming the wire of $500K to YC.org was processed today, and the fed reference number is: 0527L2LFCK1C002413.

Best regards -

Teresa


Teresa A. Holland
Director
CTC | myCFO, LLC
Telephone: ███████████ | Fax: ███████████
Email: ████████████████████
2200 Geng Road, Suite 100 | Palo Alto, CA  94303


**From:** Chris Clark ███████████████████████
**Sent:** Thursday, May 26, 2016 9:37 PM
**To:** Holland, Teresa; Gong, Ronald
**Cc:** Harris myCFO MUS001FOS; Jared Birchall; Jonathan levy
**Subject:** Re: cash

Hi Teresa,

This should work very well and meet our near term needs until the DAF contribution is ready. I really appreciate your flexibility and Elon's generosity!

Thanks,
Chris

On Thu, May 26, 2016 at 4:24 PM Holland, Teresa < ███████████████████████████ > wrote:

Hi Chris –


I'm glad we had a chance to talk today.  With the understanding that there are immediate needs, Elon will make a contribution to YC.org tomorrow of $500K via wire transfer (with the intent the funds are to flow to OpenAI).


Our mutual expectation is that these funds will cover the needs until the DAF contribution is received in a few weeks.  Once the DAF gets through this first due diligence process, and we can calendar requests, future grants should be more timely.

CONFIDENTIAL

Best regards --


Teresa




Teresa A. Holland

Director

CTC | myCFO, LLC

Telephone: ███████████ | Fax: ███████████

Email: ███████████████████.

2200 Geng Road, Suite 100 | Palo Alto, CA  94303


**From:** Chris Clark ███████████████
**Sent:** Friday, May 20, 2016 5:09 PM
**To:** Gong, Ronald
**Cc:** Harris myCFO MUS001FOS; Jared Birchall; Jonathan levy
**Subject:** Re: cash


Ron,


I have some good news to share on our end. The fiscal sponsorship arrangement I'd previously described is being executed today, and YC.org is ready to accept donations. I have attached the following:


1) YC.org articles of incorporation

2) YC.org IRS determination letter

3) Letter describing the sponsorship arrangement

4) Wire transfer instructions


YC.org will be able to grant funds to OpenAI via the sponsorship arrangement described in the letter.


I know we're a few months behind, but we're hoping you'll be able to make the Q2 donation now for April-June, and then we can start a regular quarterly donation schedule starting in early July for Q3.


Please let me know if I can answer any additional questions, and thanks again for your patience over the last several weeks.


Thanks,

Chris Clark


                                                                 BMO_00000154

On Thu, Apr 28, 2016 at 12:46 AM Chris Clark < ▓▓▓▓▓▓▓▓ > wrote:

Hi Ron,

Yes, we are in the process of taking the necessary board actions to put the fiscal sponsorship in place. YC.org, which has received a determination letter, will be the entity to which the donations are made, and YC.org will then be able to issue project grants to OpenAI. We will provide a letter explaining everything for your records.

This should all be setup early next week. I'm just waiting for the YC.org board to take the necessary actions.

Chris

On Wed, Apr 27, 2016 at 3:43 PM Gong, Ronald ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

HI Chris – just checking back here.  Please let us know if there are updates.

thx

Ron Gong

Managing Director

CTC|myCFO

A Part of BMO Financial Group

2200 Geng Road, Suite 100 | Palo Alto, CA  94303

Direct: ▓▓▓▓▓▓ | Mobile: ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓

**From:** Chris Clark ▓▓▓▓▓▓▓▓
**Sent:** Saturday, April 02, 2016 7:58 PM

**To:** Gong, Ronald
**Cc:** Harris myCFO MUS001FOS; Jared Birchall
**Subject:** Re: cash

Hi Ron,

Quick Update: We received good news about using YC.org as a fiscal sponsor for OpenAI, so we are putting that in motion next week and hope to be ready to accept funds the following week.

BMO_00000155

I will send you all the info for YC.org next week. We already have a determination letter for that organization, which should hopefully simplify everything.

Thanks,

Chris

On Mon, Mar 21, 2016 at 9:37 PM Gong, Ronald ███████████████████ wrote:

Thanks for the update, Chris. We're fine with any delay.

Sent from my BlackBerry 10 smartphone.

---

**From:** Chris Clark

**Sent:** Monday, March 21, 2016 9:21 PM

---

**To:** Gong, Ronald

**Cc:** Harris myCFO MUS001FOS; Jared Birchall

---

**Subject:** Re: cash

Ron,

I just want to update you on this since it's been a few days. We are trying to determine whether we can use one of our existing 501(c) orgs as a fiscal sponsor instead of going through a 3rd party since the 3rd party sponsor would take a sizable sum off the top. I'm chatting again with the legal team on Weds.

We will sort everything out as soon as possible, but worst case scenario is that we request a delay for the April 1st donation while we get this settled. Hopefully it won't be too much trouble to send this quarter's funds a little later in April and then resume a regular quarterly schedule after that, but I will do my best to still meet the April 1st date.

Thanks,

Chris Clark

Chief Operating Officer

OpenAI

███████████

On Fri, Mar 11, 2016 at 3:12 PM Gong, Ronald ███████████████████ wrote:

Thanks for the update Chris.

CONFIDENTIAL

Sent from my BlackBerry 10 smartphone.

---

**From:** Chris Clark
**Sent:** Friday, March 11, 2016 1:39 PM
**To:** Gong, Ronald
**Cc:** Harris myCFO MUS001FOS; Jared Birchall; ██████████
**Subject:** Re: cash


Hi Ron,

Thanks for checking in. I'm waiting for the legal team to get me some additional info. I have everything except the 1023.

OpenAI hasn't received a determination letter yet, so I'm also getting the status of fiscal sponsorship from them.

I'll get back to you asap.

Chris


On Fri, Mar 11, 2016 at 9:47 AM Gong, Ronald ██████████████████████████ wrote:

> Hi Chris – checking back.  How is this coming along?
>
>
> Ron Gong
> Managing Director
> CTC|myCFO
> A Part of BMO Financial Group
> 2200 Geng Road, Suite 100 | Palo Alto, CA  94303
> Direct: ████████████ | Mobile: ████████████ | ██████████████████

**From:** Chris Clark ██████████████████████
**Sent:** Wednesday, March 02, 2016 1:27 AM
**To:** Gong, Ronald
**Subject:** Re: cash


Hi Ron,


I'll get this info to you as soon as I have it.

CONFIDENTIAL

Thanks,

Chris

On Tue, Mar 1, 2016 at 10:51 AM Sam Altman ██████████████████ wrote:

Chris Clark starts next week and can provide all this info then--thanks!

Sam

On Mon, Feb 29, 2016 at 3:50 PM, Gong, Ronald ████████████████████ wrote:

Hi Sam – great to speak to you last week.

Regarding the entity's pending tax exempt status, can you provide the following:

o  A copy of the Form 1023 filed with the IRS while application for tax exemption status is pending;

o  Entity's name, address and federal tax ID# (most likely already on the Form 1023)

o  Once receives the tax exempt status, please forward  the IRS Exemption Determination Letter

Best,

Ron

Ron Gong

Managing Director

CTC|myCFO

A Part of BMO Financial Group

2200 Geng Road, Suite 100 | Palo Alto, CA  94303

Direct: ████████████ | Mobile: ████████████ ████████████████

**From:** Elon Musk ████████████████
**Sent:** Thursday, February 25, 2016 6:36 PM
**To:** Sam Altman; Gong, Ronald
**Subject:** Re: cash

Ron, we need to wire $5M per quarter to OpenAI, starting April 1. This is a non-profit.

On Feb 25, 2016, at 6:32 PM, Sam Altman ████████████████ wrote:

ok thanks, do you have an assistant or finance person or something i can coordinate with?

BMO_00000158

On Thu, Feb 25, 2016 at 6:30 PM, Elon Musk ███████████████ wrote:

Agreed

Yes

> On Feb 25, 2016, at 6:13 PM, Sam Altman ███████████████████ wrote:
>
> I think we're going to need more than I was originally budgeting given a) the salaries in the field and b) the speed at which you want to grow.
>
> Can you do $20MM a year for the each of the next 3 years?  I can do $10MM/year, and we'll have brought $5MM a year from other donors.
>
> Sam

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

BMO_00000159

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

CONFIDENTIAL