# EXHIBIT 70
# PUBLIC REDACTED VERSION

| | |
|---|---|
| **From:** | Jared Birchall |
| **Sent:** | 6/15/2016 7:59:02 PM |
| **To:** | Holland, Teresa |
| **CC:** | Gong, Ronald ; Harris myCFO MUS001FOS |
| **Subject:** | Re: OpenAI wire - ok to process today |

OK, got it. Thank you!

On Wednesday, June 15, 2016, Holland, Teresa wrote:

> The initial rent payment was sent today by wire from Musk Industries LLC to Bridgeton Pioneer Property, LLC. We did this due to timing and the immediate need for the payment. This was a one-time transaction from Musk Industries.
>
> Remember that deductible gifts go to YC.org, who then funds to OpenAI.
>
> Thanks –
>
> Teresa
>
> Teresa A. Holland
> Director
> CTC | myCFO, LLC
> Telephone:           | Fax:
> Email:
> 2200 Geng Road, Suite 100 | Palo Alto, CA  94303
>
> **From:** Jared Birchall
> **Sent:** Wednesday, June 15, 2016 12:35 PM
> **To:** Gong, Ronald
> **Cc:** Harris myCFO MUS001FOS
> **Subject:** Re: OpenAI wire - ok to process today
>
> To confirm – this wire will go to OpenAI, then they will need to send it to the building manager, correct?
>
> On Wednesday, June 15, 2016, Gong, Ronald wrote:
>
>> I confirmed w Jared that we should process the first month's rent wire today from Musk Industries
>>
>> thx
>>
>> Ron Gong
>> Managing Director

CTC|myCFO

A Part of BMO Financial Group

2200 Geng Road, Suite 100 | Palo Alto, CA  94303

Direct: ▮▮▮▮▮▮▮▮▮ | Mobile: ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

--

*Jared J. Birchall*

Managing Director

**Musk Family Office**

Phone: ▮▮▮▮▮▮▮

CONFIDENTIALITY NOTICE: This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of the e-mail message is not the intended recipient, or an employee or agent responsible for the delivery of the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it, and notify me immediately by telephone at the number given above.

This information cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. This information is being used to support the promotion or marketing of the planning strategies discussed herein. BMO Harris Bank N.A. and its affiliates do not provide legal advice to clients. You should review your particular circumstances with your independent legal and tax advisors.

--

*Jared J. Birchall*
Managing Director
**Musk Family Office**
Phone: ▮▮▮▮▮▮▮