# EXHIBIT 7
# PUBLIC REDACTED VERSION

```
                                                                    1
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3

 4   ELON MUSK, et al.,                    )
                                           )
 5                   Plaintiffs,           )
                                           )
 6              v.                         ) No. 4:24-cv-04722-YGR
                                           )
 7   SAMUEL ALTMAN, et al.,                )
                                           )
 8                   Defendants.           )
                                           )
 9                                         )

10
        VIDEOTAPED 30(b)(6) MICROSOFT CORPORATION DEPOSITION
11
                     UPON ORAL EXAMINATION OF
12
                         MICHAEL C. WETTER
13   _____

14
             Taken at 401 Union Street, Suite 3300
15
                        Seattle, Washington
16

17

18
           *** TRANSCRIPT DEEMED HIGHLY CONFIDENTIAL ***
19

20

21

22      DATE TAKEN:  SEPTEMBER 8, 2025

23      REPORTED BY: BARBARA CASTROW, RMR, CRR, CCR

24                    WA CCR #2395
```

Page 2

```
 1                APPEARANCES
 2   FOR PLAINTIFFS:
 3            SARA TOFIGHBAKHSH
              JENNIFER SCHUBERT
 4            MOLOLAMKEN LLP
              430 Park Avenue
 5            New York, NY 10022
              212.607.8160
 6            stofighbakhsh@mololamken.com
              jschubert@mololamken.com
 7
 8   FOR DEFENDANT MICROSOFT CORPORATION:
 9            RUSSELL P. COHEN
              Dechert LLP
10            45 Fremont Street
              26th Floor
11            San Francisco, CA  94105
              415.262.4500
12            russ.cohen@dechert.com
13            ELISA BENEZE
              Dechert LLP
14            Cira Centre 2929 Arch Street
              Philadelphia, PA  19104-2808
15            215.994.2315
              elisa.beneze@dechert.com
16
              REBECCA FRANCIS
17            General Counsel Microsoft Corp.
              5600 148th Ave NE
18            Redmond, WA 98052-5104
              425.704.8098
19            becky.francis@microsoft.com
20
     FOR DEFENDANT SAMUEL ALTMAN:
21
              STEVEN WINTER
22            Wachtell, Lipton, Rosen & Katz
              51 West 52nd Street
23            New York, N.Y.  10019-6150
              212.403.1000
24            swinter@wlrk.com
25
```

Page 3

```
 1                EXAMINATION INDEX
 2   EXAMINATION BY:                            PAGE NO.
 3   MS. TOFIGHBAKHSH                                  6
 4
 5                 EXHIBIT INDEX
 6   NO.   DESCRIPTION                          PAGE NO.
 7    1    9-page Press Release & Webcast Earnings   23
          Release FY25 Q4.
 8    2    1-page email dated 12/12/2015.            35
 9        MSFT_MUSK000044294 Confidential
10    3    2-page Introducing OpenAI document.       38
11    4    2-page email dated 9/16/2016.             51
          2024MUSK-0004477 Confidential
12
      5    9-page email chain.  MSFT_MUSK000000150   59
13        Highly Confidential
14    6    3-page email chain.  2024MUSK-0000669     73
          Confidential
15
      7    11-page PowerPoint.  OpenAI on the Azure Big  81
16        Compute.  CONFIDENTIAL
17    8    3-page email dated 11/15/2016.  Microsoft    94
          Daily News Digest, November 15, 2016.
18        MSFT_MUSK000049318
19    9    53-page Letter with attachments dated    124
          9/1/2016.  MSFT_MUSK000036519 Highly
20        Confidential
21   10    36-page Joint Development and Collaboration  143
          Agreement.  MSFT_MUSK000055169  Highly
22        Confidential
23   11    70-page Second Amended and Restated Joint    144
          Development and Collaboration Agreement.
24        MSFT_MUSK000055099 Highly Confidential
25   12    10-page Microsoft Memo dated 6/10/2019.  155
          MSFT_MUSK000083907  Highly Confidential
```

Page 4

```
 1
                EXHIBIT INDEX (Continuing)
 2   NO.    DESCRIPTION                          PAGE NO.
 3   13    1-page chart.  MSFT_MUSK000090805 Highly   161
          Confidential
 4
     14    5-page Microsoft & OpenAI - Summary Term   195
 5        Sheet April 2019.  MSFT_MUSK000018616 Highly
          Confidential
 6
     15    Amended and Restated Joint Development and  200
 7        Collaboration Agreement.  MSFT_MUSK000064509
          Highly Confidential
 8
     16    2-page email chain.  MSFT_MUSK000054860    206
 9        Highly Confidential
10   17    4-page OpenAI document.  MSFT_MUSK000054862  211
          Confidential
11
     18    4-page email chain.  MSFT_MUSK000001632    229
12        Highly Confidential
13   19    11-page Updated Perspectives Based on      247
          Revised Watershed Forecast and Analysis.
14        MSFT_MUSK000084040 Highly Confidential
15   20    10-page Microsoft Memo dated 9/9/24.       255
          MSFT_MUSK000040990 Highly Confidential
16
     21    2-page email chain.  MSFT_MUSK000091829   261
17        Highly Confidential
18
19
20
21
22
23
24
25
```

Page 5

```
 1                Seattle, Washington
 2                September 8, 2025
 3                    9:09 a.m.
 4                     -o0o-
 5
 6        THE VIDEOGRAPHER:  Good morning.  We are now
 7   on the record.
 8        THE WITNESS:  All right.
 9        THE VIDEOGRAPHER:  My name is Shreve
10   VanZanten.  I'm the videographer representing Lexitas.
11   This is a video deposition for the United States
12   District Court, Northern District of California.
13   Today's date is September 8th, 2025, and the time is
14   9:09 a.m. Pacific Time.
15        This deposition is being held at 401 Union
16   Street, Suite 3300, Seattle, Washington 98101, taken in
17   the matter of Elon Musk versus Samuel Altman, et al.
18   The case number is 4:24-cv-04722-YGR.  The deponent is
19   Michael Wetter.  All counsel will be noted on the
20   stenographic record.
21        The court reporter is Barbara Castrow and will
22   now swear in the witness, and then counsel may proceed.
23   ///
24   ///
25   ///
```

Page 6

1  MICHAEL C. WETTER,     witness herein, having been
2                         first duly sworn under oath,
3                         was examined and testified as
4                         follows:
5              THE COURT REPORTER:  Thank you.
6
7                       EXAMINATION
8  BY MS. TOFIGHBAKHSH:
9      Q.  Good morning, Mr. Wetter.
10     A.  Good morning.
11     Q.  You're currently employed at Microsoft?
12     A.  Yes, that's correct.
13     Q.  And you are here representing Microsoft in its
14 corporate capacity?
15     A.  I am.
16         MR. COHEN:  Sara, just before you go on, let
17 me designate the transcript highly confidential under
18 the protective order.
19     Q.  (By Ms. Tofighbakhsh)  What's your title at
20 Microsoft?
21     A.  Yeah.  I'm corporate vice president for
22 corporate development.
23     Q.  And how long have you been at Microsoft?
24     A.  The exact number of years -- between 15 and 20
25 years, approaching.  I think I'm 17 or 18.

Page 7

1      Q.  That's a long time.
2      A.  Yes.
3      Q.  And have you ever been deposed before?
4      A.  It's been a while, but I have.
5      Q.  How many times?
6      A.  Once.
7      Q.  And what was that?
8      A.  It was in relation to a prior acquisition of
9  Microsoft's related to an IRS inquiry.
10     Q.  And that was the only time?
11     A.  Yes, that was the only time.
12     Q.  And so you were a witness in that lawsuit?
13     A.  I don't recall.  It's been a number of years.
14     Q.  So were you a party in that lawsuit?
15     A.  I don't believe -- I don't know.  I don't know.
16 I can't recall.
17     Q.  Did you prepare for this deposition?
18     A.  I did prepare for this deposition.
19     Q.  And you reviewed the topics that will be the
20 focus of this deposition?
21     A.  I did review the topics.
22     Q.  And I see that your counsel has prepared some
23 documents.  Did you review all of the documents --
24     A.  I did.
25     Q.  -- that your counsel prepared?

Page 8

1      A.  I did review all of the documents.
2      Q.  Do you have any independent knowledge of any of
3  the topics that you reviewed with your counsel?
4      A.  I've been involved with the OpenAI relationship
5  for a number of years, so I have independent knowledge
6  through my involvement in our strategic partnership with
7  them.
8      Q.  And when did that involvement begin?
9      A.  It began just ahead of the 2021 joint
10 development and collaboration agreement and investment.
11     Q.  And so you have recollection, personal
12 recollection, of the events that are identified in the
13 topics that you reviewed?
14     A.  For most of the topics, yes, I do have personal
15 understanding of.  For some, the agreements are dated
16 before I was working with OpenAI.  And so I've reviewed
17 the documents to get up to speed on those.
18     Q.  So which events do you personally recall?
19     A.  Yeah.  So starting in -- with our joint
20 development and collaboration agreement in 2021 and the
21 investment agreement in 2021, that's when my engagement
22 started, was just prior to that.
23     Q.  Uh-huh.
24     A.  So the process of working with OpenAI on those
25 agreements.

Page 9

1      Q.  And you're currently involved in the --
2      A.  Yeah.
3      Q.  -- relationship?
4      A.  Yeah.  So my focus is the investment agreement
5  itself.  That includes, you know, our rights of first
6  refusal for investments and for tender offers, and so I
7  will review those when they come in as well.  So, yeah,
8  active -- active involvement with the company.
9      Q.  Earlier you said that you reviewed the
10 documents your counsel showed you?
11     A.  Yes.
12     Q.  What else did you do to prepare for this
13 deposition?
14         MR. COHEN:  Go ahead.
15     A.  Yeah.  Mainly reviewed these documents.
16     Q.  (By Ms. Tofighbakhsh)  Did you meet with
17 counsel?
18     A.  I did meet with counsel, yes.
19     Q.  And who was present at those meetings?
20     A.  Russ, Elisa, and Becky.
21     Q.  Apart from the list of topics and these
22 documents, did you review anything else?
23     A.  No.
24     Q.  You didn't review your own communications?
25     A.  No, I did not review my own communications.

Page 18

```
1   and investment with OpenAI.
2       Q.  (By Ms. Tofighbakhsh)  And what did your work
3   involve when you first came on?
4       A.  It was -- my work essentially involved working
5   with the team to evaluate the investment of 2021.
6       Q.  And after that investment?
7       A.  So we made the investment. ████████████
    ████████████████████████████████████████████████
    ██████████████████████████████████.  So I
10  would -- I would work with the treasury team to execute
11  those.
12          If they had a tender offer for employee vehicle
13  units, I would evaluate those.
14          If they had a net new investment that they were
15  considering, I would similarly evaluate that.
16      Q.  About how many tender offers have you
17  evaluated?
18      A.  ████████████████████████████████████████
    ████████████████████████████
    ████████████████████████████████████████████
    ██████████████.
22      A.  I can't -- yes, I believe so.  I believe so.
23      Q.  And when you are evaluating ██████████
    ████████████████████  what does that entail?
25      A.  Yeah, so it was pretty straightforward.  We had
```

Page 19

```
1   made a -- we had made a capital commitment, ███████
    ████████████████████████████████████████
    ████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████
    ██████████████.
7           So for the 2023 investment, it was about
8   2 billion.  ████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████.
13      Q.  And ████████████████████████████
    ████████████████████████████
15      A.  Correct.
16      Q.  ████████████████████████████████████
17      A.  Yeah.  That's right.
18      Q.  And then the other amount, you said, ██████
    ████████████████?
20      A.  Yeah, ████████████████████████████████
    ████████████████████████████████████████
    ████████.
23      Q.  And internally, ████████████████████████
    ████████████████████████████████████
25      A.  Yeah, that's right.  So I think they were
```

Page 20

```
1   defined in the agreement ████████████████████████
    ██████████
3       Q.  And were you involved in any of the
4   expenditures ████████████████
5           MR. COHEN:  Objection; vague.
6           Answer, if you can.
7       A.  No.
8       Q.  (By Ms. Tofighbakhsh)  Okay.
9       A.  Not directly.
10      Q.  So when did you first learn that Microsoft had
11  gotten into a partnership with OpenAI?
12      A.  I was on the corporate development team at the
13  time, and I believe, at the announcement of our
14  investment, my boss at the time, Mark Brown, worked on
15  the original investment, and so we knew about it shortly
16  after the announcement, and Mark gave the team an
17  update.
18      Q.  So that was around 2019?
19      A.  That's correct.
20      Q.  So that's when you learned about the agreement?
21      A.  That's right.
22      Q.  But you weren't involved in negotiating that
23  agreement?
24      A.  I was not.
25      Q.  Or evaluating it?
```

Page 21

```
1       A.  I was not.
2       Q.  But you were in 2021?
3       A.  Correct.  Yeah, my engagement started prior to
4   the 2021 investment and joint development agreement.
5       Q.  So you don't know about any relationship
6   Microsoft had with OpenAI prior to 2019?
7           MR. COHEN:  Objection to form.
8       Q.  (By Ms. Tofighbakhsh)  You can answer.
9       A.  Oh, sorry.  Do you mind repeating the question?
10      Q.  Yes.  You don't know about any relationship
11  that Microsoft had with OpenAI prior to 2019; is that
12  right?
13          MR. COHEN:  Objection to form.
14      A.  I -- I was not aware, prior to 2019, of our
15  engagement with OpenAI.
16      Q.  (By Ms. Tofighbakhsh)  Did you know about
17  OpenAI?
18      A.  I can't recall my knowledge prior to my
19  engagement in the -- prior to the announcement in 2019.
20      Q.  So you weren't involved in any offer of Azure
21  compute that was provided to OpenAI prior to then?
22      A.  I was not.
23      Q.  I'm going to talk about Microsoft generally a
24  little bit.  Right now, Microsoft is the second most
25  valuable public company in the world, right?
```

Case 4:24-cv-04722-YGR   Document 391-59   Filed 01/16/26   Page 6 of 17

ELON MUSK vs.                                                                    Michael Wetter
SAMUEL ALTMAN                     30(b)(6), Highly Confidential              September 08, 2025

### Page 38

1  Q. (By Ms. Tofighbakhsh) Would it help to look at
2  the link that he linked to?
3  A. Sure. Yeah, because I don't know the context
4  of the AWS reference either.
5      (Exhibit No. 3 marked.)
6  Q. (By Ms. Tofighbakhsh) So that's the document
7  linked to by Satya Nadella in 2015.
8  A. Got it.
9      MR. COHEN: And just for the record, I don't
10 see a Bates number on this. So same objection if it
11 hasn't been previously produced.
12     MR. WINTER: Same objection for OpenAI.
13 Q. (By Ms. Tofighbakhsh) Look up when you are
14 done reading.
15 A. Okay.
16 Q. So what is that document?
17 A. It looks like the introduction of OpenAI. It's
18 a press release, it seems, a blog post from the company.
19 Q. Dated when?
20 A. December 11th, 2015.
21 Q. And it states that OpenAI is a research lab; is
22 that right?
23 A. OpenAI is a -- yeah, I don't know if it
24 specifically says research lab, but I see an artificial
25 intelligence research company.

### Page 39

1  Q. And the press release states that it's a
2  non-profit; is that also correct?
3  A. It does.
4  Q. It states OpenAI's founding mission; is that
5  right?
6      MR. WINTER: Objection to the form.
7  A. It states a goal here, which looks consistent
8  with the mission, which is -- well, it's slightly
9  different than the mission in the opening here. But is
10 there a specific place where it says its "mission"? I
11 see "our goal is."
12 Q. (By Ms. Tofighbakhsh) It says its mission is
13 to create AI most likely to benefit humanity as a whole,
14 unconstrained by a need to generate financial return.
15     Do you see where that says that?
16     MR. COHEN: Objection to form.
17     MR. WINTER: Objection to form; misstates
18 the document.
19     MR. COHEN: The document speaks for itself.
20 A. Yeah, I do see that in the document.
21 Q. (By Ms. Tofighbakhsh) And the next sentence
22 after that in the document says, "Since our research is
23 free from financial obligations, we can better focus on
24 a positive human impact."
25     That's their mission statement; is that right?

### Page 40

1      MR. COHEN: Objection to form.
2      MR. WINTER: Objection to form.
3      MR. COHEN: Sorry, Barbara.
4  A. I don't know that that full statement here is
5  their mission statement. My understanding of their
6  mission statement is slightly different than this.
7  Q. (By Ms. Tofighbakhsh) Tell me your
8  understanding of their mission statement.
9  A. I think they have it on -- in their document
10 here, just so I don't misstate it. I think there's a
11 couple words that are different, and the second
12 sentence, I don't believe, is part of their mission
13 statement.
14 Q. Read what you think is their mission statement.
15 A. Okay.
16 Q. From the document. Is there another document
17 you want to refer to?
18 A. Yeah, I mean, their charter is -- or not their
19 charter. Their -- I mean, their mission statement is
20 stated throughout all of our documents with them, but it
21 is slightly different than this description here, and it
22 doesn't have the second sentence that you read, which
23 is: Since the research, et cetera, et cetera. It does
24 not include that in their mission statement. And the
25 first word where it says digital intelligence is not

### Page 41

1  part of their -- digital is not part of their mission
2  statement.
3  Q. So --
4      MR. COHEN: Mr. Wetter, if there's anything
5  that you need to consult in the materials that you have
6  with you in order to answer one of Counsel's questions,
7  you should feel free to go ahead and do so.
8  A. Got it.
9  Q. (By Ms. Tofighbakhsh) Please identify what you
10 are reading from.
11 A. All right. So their charter says: OpenAI's
12 mission is to ensure that artificial intelligence -- and
13 then it defines artificial intelligence -- benefits all
14 of humanity.
15 Q. So that charter that you are looking at, does
16 it have a date?
17 A. I do not see a date on this charter.
18 Q. Are you aware if that charter has remained the
19 same since 2015?
20 A. I'm not aware if it is exactly the same.
21 Q. But in that blog post that I showed you --
22 A. Yes.
23 Q. -- it includes the sentence: Since our
24 research is free from financial obligations, we can
25 better focus on a positive human impact.

ELON MUSK, et al. v. SAMUEL ALTMAN
Case 4:24-cv-04722-YGR   Document 391-59   Filed 01/16/26   Page 7 of 17
30(b)(6), Highly Confidential
Michael Wetter
September 08, 2025

Page 122

1  has to think about how does this create value to
2  shareholders; is that right?
3      A.  Yeah, Microsoft evaluates, in any potential
4  deal, the value of that deal to our shareholders.
5      Q.  Okay.  And in this email from Jason Zander
6  referencing how the potential deal with OpenAI could
7  cost $150 million, Microsoft has to view that potential
8  deal through the same lens, correct?
9      A.  I think, generally, Microsoft views deals
10 through the lens of does this create shareholder value.
11     Q.  So if Microsoft is going to lose $150 million,
12 it has a fiduciary duty to get some kind of value in
13 return; is that right?
14          MR. COHEN:  Objection to form.
15     A.  I don't know in the specifics of any one given
16 deal, but certainly that is a framework that we would
17 think about, is, you know, generating value for the
18 Microsoft shareholders as part of any given transaction.
19          MS. TOFIGHBAKHSH:  I think we can take a
20 break.
21          MR. COHEN:  Great.
22          THE VIDEOGRAPHER:  The time is 12:03 p.m.
23 We are going off the record.
24          (Recess was taken from 12:03 p.m. to
25           12:57 p.m.)

Page 123

1           THE VIDEOGRAPHER:  The time is 12:57 p.m.,
2  and we're going on -- we're back on the record.
3      Q.  (By Ms. Tofighbakhsh)  Okay.  Mr. Wetter, I'm
4  just going to wrap up what we talked about before the
5  break.  We were talking about a deal that was being
6  talked about in 2018, correct?
7      A.  I thought we were talking about a 2016 deal.
8      Q.  We were talking about a 2016 deal and we were
9  looking at emails from 2018.
10     A.  Yes, there were emails from 2018.  Yeah.
11     Q.  And they were discussing another possible deal
12 that didn't happen; is that right?
13     A.  In 2018, there was reference to a potential
14 deal.
15     Q.  And you said that that deal didn't happen,
16 right?
17     A.  Yeah, not to my knowledge.
18     Q.  Okay.  And then the relationship between OpenAI
19 and Microsoft moved forward after that?
20     A.  My engagement, I mean, there was -- then there
21 was a 2019 commercial agreement that was formed and an
22 investment that was formed.  So yes, we did reengage on
23 another deal post that 2016 deal.
24     Q.  Are you aware of what happened between
25 Microsoft and OpenAI between 2018 and 2019?

Page 124

1      A.  So 2019, we entered into a new commercial
2  agreement, the Joint Development and Collaboration
3  Agreement.  And we also entered into an investment
4  agreement with them.
5      Q.  In connection with that 2019 agreement, did
6  Microsoft conduct due diligence on OpenAI?
7      A.  Yes.  We did conduct due diligence as part of
8  the investment review.
9      Q.  What did that due diligence entail?
10     A.  Typical corporate due diligence, governance,
11 documents, organizational documents, tax documents,
12 et cetera.
13     Q.  So you looked at documents related to OpenAI,
14 Inc.?
15     A.  Our focus was on OpenAI's for-profit entity
16 that they had formed, OpenAI's limited partnership, but
17 I believe we also reviewed OpenAI, Inc., documentation
18 as well, as part of that process.
19     Q.  I'm going to show you a document.
20          (Exhibit No. 9 marked.)
21          MS. TOFIGHBAKHSH:  This is Exhibit 9, I
22 believe.
23          THE COURT REPORTER:  Correct.
24     Q.  (By Ms. Tofighbakhsh)  So this is Exhibit 9.
25 Is this one of the documents that Microsoft reviewed as

Page 125

1  part of its due diligence in 2019?
2      A.  Let me -- I have the diligence documents in my
3  binder that we did review.  Let me just scan and see if
4  it seems like this is one of them or not.  This cover
5  page is not familiar to me, but I should keep -- I
6  should keep looking through just to make sure that I
7  haven't misplaced it.
8      Q.  I -- I will say that Microsoft's interrogatory
9  responses identify this document as part of the due
10 diligence --
11     A.  Did it?
12     Q.  -- performed in 2019.
13     A.  Okay.  Oh, there it is.
14          MR. COHEN:  Mr. Wetter, take a look at
15 Tab 39.  I think that's --
16          THE WITNESS:  Thank you.  Yeah, that cover
17 sheet wasn't familiar.  It didn't have a title on it.
18 So that's helpful.  Thank you.
19     Q.  (By Ms. Tofighbakhsh)  And this document is --
20 the cover sheet that is on the document that I handed to
21 you --
22     A.  That's right.
23     Q.  -- it is a letter to the Internal Revenue
24 Service?
25     A.  It seems to be a letter to the -- yes.

Page 126

1  Q. And based on the paragraph under the Dear line,
2  it's: OpenAI seeks a determination that it's a
3  charitable organization, correct?
4  A. OpenAI seeks -- yes, I see that sentence.
5  Yeah. Thank you.
6  Q. So this is part of the packet that Microsoft
7  reviewed in its due diligence prior to entering the 2019
8  agreement?
9  A. Yes. I haven't looked, you know, page for
10 page, but this cover sheet, yes.
11 Q. Okay. And in this packet, there are several
12 documents related to OpenAI, Inc., the non-profit
13 organization, correct?
14 A. OpenAI, Inc., yes.
15 Q. Uh-huh. And one of them is a Form 1023? If
16 you turn to the next page, 522, it says: Form 1023
17 Checklist?
18 A. Page 22.
19 Q. 36522 in the Bates number.
20 A. Okay. Yep.
21 Q. Uh-huh. So this is an application to the IRS,
22 correct?
23 A. I'm not familiar with applications to the IRS,
24 so I just have to read it for a moment.
25    It appears to be an application to the IRS.

Page 127

1  Q. And attached to this application, on Page 36539
2  is the certificate of incorporation of a non-stock
3  corporation OpenAI, Inc., correct?
4  A. That's the certificate of incorporation for
5  OpenAI, Inc., yes.
6  Q. Microsoft reviewed this as part of its due
7  diligence, correct?
8  A. Yes, we did.
9  Q. And in the paragraph that starts with:
10 Third --
11 A. Yes.
12 Q. -- in the second sentence of that paragraph, it
13 states: The specific purpose of this corporation is to
14 provide funding for research, development, and
15 distribution of technology related to artificial
16 intelligence.
17    Are you with me?
18 A. Uh-huh.
19 Q. And then it says: The resulting technology
20 will benefit the public, and the corporation will seek
21 to open source technology for the public benefit when
22 applicable. The corporation is not organized for the
23 private gain of any person.
24    Do you see that?
25 A. Yes, I -- yes, I do.

Page 128

1  Q. Microsoft would have reviewed that language
2  when it entered into the agreement, correct?
3  A. Yes.
4  Q. So it understood that OpenAI, Inc., was a
5  non-profit corporation?
6  A. Yes, we understood that OpenAI, Inc., was a
7  non-profit.
8  Q. And that the organization of OpenAI, Inc., was
9  not organized for the private gain of any person?
10 A. That OpenAI, Inc., the non-profit, was -- yes,
11 that is our understanding.
12 Q. And if you go down to the paragraph that starts
13 with: Fifth. And it says: The property of this
14 corporation is irrevocably dedicated to the purposes in
15 Article 3 hereof. Which is what we just read.
16    And no part of the net income or assets of this
17 corporation shall ever inure to the benefit of any
18 director, officer or member thereof or to the benefit of
19 any private person.
20    Do you see where I am?
21 A. Yep.
22 Q. Okay. So the certificate of incorporation of
23 OpenAI, Inc., the non-profit, states that the property
24 is irrevocably dedicated to the purposes that are stated
25 earlier, right?

Page 129

1  A. Purposes of -- I'm just going to make sure I
2  make the connection here. Yeah. So then the purpose is
3  broader, and it's covered here in -- in 3. That's
4  right.
5  Q. And the property of this corporation involves
6  what, to your knowledge?
7  A. The property of this corporation? The
8  non-profit itself?
9  Q. The non-profit.
10 A. I don't specifically know what the property of
11 OpenAI, Inc., the non-profit, was in -- when this
12 document was formed.
13 Q. The front page of the document says:
14 September 1st, 2016. Correct?
15 A. Front page of the document.
16 Q. All the way at the front of the letter that we
17 looked at --
18 A. Oh, yes.
19 Q. -- the cover letter?
20 A. The cover letter, yes.
21 Q. Yeah. So in 2016 --
22 A. But I don't know if the cover letter is
23 referencing a -- a certificate of incorporation from an
24 earlier date. But, yes, I understand what you are
25 saying.

Page 130

1  Q. The certification of corporation was attached
2  to this packet, correct?
3       MR. WINTER: Objection to the form.
4  A. I don't technically know if this was attached
5  to this packet, but...
6  Q. (By Ms. Tofighbakhsh) But this is what
7  Microsoft reviewed in its due diligence?
8  A. We did review this in our due diligence.
9  Q. The 2019 agreement involved the creation of a
10 for-profit entity, correct?
11      MR. COHEN: Objection to form.
12 A. No, it did not. OpenAI, the non-profit,
13 created a for-profit entity prior to our 2019 agreement.
14 Q. (By Ms. Tofighbakhsh) And what did the 2019
15 agreement -- or sorry.
16      Which entity was the 2019 agreement with?
17 A. I believe it was with the OpenAI for-profit
18 entity, the limited partnership.
19 Q. Was the OpenAI non-profit entity also a
20 counterparty to Microsoft in that agreement?
21      MR. WINTER: Objection to form.
22 A. I will have to go look at the documents to
23 remind myself if they also signed on. I do believe they
24 also signed the -- well, let me just go look. JDC- --
25 you are referring to the JDCA?

Page 131

1  Q. (By Ms. Tofighbakhsh) The 2019 JDCA, yes. And
2  maybe for the record, you could say what that stands
3  for.
4  A. Yeah. The Joint Development and Collaboration
5  Agreement. So I'm just making sure this is the 2019
6  agreement.
7       Yes, it does -- it does seem that Inc., the
8  non-profit, also signed our 2019 JDCA agreement, Joint
9  Development and Collaboration Agreement.
10 Q. What was Microsoft's goal in entering the 2019
11 JDCA with OpenAI?
12 A. What was our goal?
13 Q. Uh-huh.
14 A. I think it was for both OpenAI, on one hand,
15 and for Microsoft, on the other. So I think OpenAI had
16 a need for compute capacity to train their models, and
17 Microsoft wanted to partner with OpenAI to incorporate
18 their models into our services.
19      So that was the -- that was the main purpose of
20 working together, was to progress the development of AI,
21 all in service to the OpenAI, Inc., non-profit's
22 mission.
23 Q. When you say incorporate its products into
24 Microsoft services --
25 A. Yeah, "utilize" is probably a better word.

Page 132

1  Q. Utilize as in what?
2  A. Sure. So our Azure service -- we have an Azure
3  service so customers can access OpenAI's models via
4  Azure. And so a developer can utilize those models as
5  part of their product offerings. So we offer that as an
6  Azure service.
7  Q. Does Microsoft sell that as an Azure service?
8  A. Yes. We do sell Azure OpenAI services.
9  Q. And are there any other products that Microsoft
10 hopes to integrate or utilize OpenAI's technology in?
11 A. Yeah. And I should back up.
12      In 2019, I'm not certain exactly what product
13 offerings we were pursuing at that moment, but at this
14 point, we now have the Azure OpenAI service. We've also
15 utilized the models for the purpose of our Copilot
16 offerings, so that's everything from our consumer
17 Copilot to our Microsoft 365 Copilot. And there's a
18 number of other under the Copilot -- a number of other
19 Copilot services.
20 Q. When you say "offer," Microsoft is not giving
21 these away for free, right?
22 A. No, we are not giving it away for free.
23 Q. So one of the goals was to commercialize
24 OpenAI's technologies; is that right?
25 A. For Microsoft, our approach was to utilize

Page 133

1  those technologies to offer them to customers. And yes,
2  we offered them for -- to customers. And in many
3  circumstances, they then -- you know, we generate
4  revenue off of those relationships.
5  Q. When you say you are offering them to
6  customers, Microsoft is not offering them to customers
7  for no money in exchange; is that right?
8  A. Certain services are free. Copilot, for
9  example, for consumers, my understanding is, it's a free
10 offering. So yes, some offerings are free. Some
11 offerings are paid.
12 Q. And Microsoft wanted to integrate OpenAI's
13 technology into its paid and unpaid offerings?
14 A. Yeah. I think we wanted to utilize their AI
15 technologies across our offerings to offer that service
16 to our customers.
17 Q. Okay. Let's talk about the JDCA then and how
18 it helped Microsoft achieve those goals.
19 A. Okay.
20 Q. How much money was involved in the first JDCA?
21      MR. COHEN: Objection to form.
22 A. So I believe our original investment was
23 a billion dollar investment in 2019. That was to
24 support ████████████████████████████
████████████████████████████████████

## Page 154

```
 1    Q.  Is he still on the governing board?
 2    A.  I don't know.
 3    Q.  Does the governing board still exist?
 4    A.  My understanding is, the governing board has
 5  evolved substantially.  It's now -- because how far the
 6  relationship has come, it's more -- it's not a formal
 7  group like this that meets.
 8        It's more of an informal opportunity for people
 9  to get together and discuss OpenAI and Microsoft
10  relationship.  But we don't -- my understanding is, we
11  are not actively utilizing the governing board approach
12  anymore.
13    Q.  So it's defunct?
14        MR. COHEN:  Objection to form.
15    A.  I would not say it's defunct.
16    Q.  (By Ms. Tofighbakhsh)  But there's no formal
17  meetings anymore?
18    A.  My understanding is, there are a lot of
19  meetings between Microsoft and OpenAI for very specific,
20  you know, work that we do together, whether that's
21  technical, and so teams get together on a regular basis
22  to work through the relationship.  But it's not -- my
23  understanding is, current form, we're not utilizing the
24  governing board.
25    Q.  So basically the governing board doesn't do any
```

## Page 155

```
 1  of the functions that we discussed anymore, does it?
 2        MR. COHEN:  Objection to form.
 3    A.  I don't know.
 4    Q.  (By Ms. Tofighbakhsh)  I'm going to show you a
 5  document, 83907.
 6        (Exhibit No. 12 marked.)
 7        MS. TOFIGHBAKHSH:  This is Exhibit 12?
 8        THE COURT REPORTER:  12.
 9    Q.  (By Ms. Tofighbakhsh)  This is a Microsoft memo
10  to the board of directors dated June 10th, 2019,
11  correct?
12    A.  That's right.
13    Q.  We discussed board of directors memos earlier?
14    A.  That's right.
15    Q.  So this is a memo that is drafted for the
16  purposes of getting board approval for certain deals,
17  right?
18    A.  Yes.  Memos can be used to seek board approval.
19    Q.  And this is dated June 10th, 2019?
20    A.  I should be clear.  It's part of the process to
21  get board approval.  The memo itself is not the board
22  approval, but it's part of the process of getting board
23  approval --
24    Q.  Right.  Understood.
25    A.  -- for a particular deal.
```

## Page 156

```
 1    Q.  And the subject line says:  Investment in
 2  OpenAI LP.  Right?
 3    A.  Yes.
 4    Q.  So that's what we were talking about earlier,
 5  the for-profit entity that was created by OpenAI?
 6    A.  That's right.  That's right.
 7    Q.  If you go to 910.
 8    A.  Say that again.
 9    Q.  910?
10    A.  Oh, 910.  Yep.
11    Q.  There's a chart at the top of the page,
12  correct?
13    A.  There is.
14    Q.  And at the bottom of the chart, there's a box
15  that says OpenAI For-Profit Entity, right?
16    A.  That's right.
17    Q.  That is the limited partnership, correct?
18    A.  That's right.
19    Q.  And then at the bottom, there's a chart that
20  says "Return Principles"?
21    A.  Yes.
22    Q.  And the very first line says "Open NP."  That's
23  the non-profit?
24    A.  That, I believe, is referring to the
25  non-profit.  Yes.
```

## Page 157

```
 1    Q.  And there's an asterisk next to it?
 2    A.  There is.
 3    Q.  And the asterisk says this contribution was in
 4  the form of assets?
 5    A.  It does say that.
 6    Q.  So when this structure was created, the
 7  non-profit transferred assets to the for-profit entity?
 8        MR. COHEN:  Objection to form.
 9    A.  So this is a summary of what we understood the
10  total return amounts to be.  So this was, you know, us
11  showing the contributions, as we understood them, from
12  OpenAI, and the target redemption amounts for each of
13  the parties that made contributions.
14    Q.  (By Ms. Tofighbakhsh)  And one of the parties
15  that made contributions is the non-profit?
16    A.  Correct.
17    Q.  And the non-profit's contribution was in the
18  form of assets?
19        MR. COHEN:  Objection to form.
20    Q.  (By Ms. Tofighbakhsh)  According to this
21  document?
22    A.  Yeah.
23    Q.  That's the asterisk at the bottom of the chart?
24    A.  Yeah.  I see the asterisk, and I see the words.
25  Our understanding was they did, OpenAI, Inc., did
```

Page 158

1  contribute IP and people in the formation of the
2  for-profit entity.
3      Q.  So by "IP," we mean OpenAI's technology, right?
4          MR. COHEN:  Objection; form.
5          MR. WINTER:  Objection.
6      A.  Yes.  I believe that's right.
7      Q.  (By Ms. Tofighbakhsh)  And by employees, you
8  mean the non-profit's researchers were transferred to
9  the LP?
10         MR. COHEN:  Objection; form.
11     A.  I believe at the formation.  And, again, this
12 is OpenAI when they -- so it's not our investment
13 agreement.  I just want to be clear.  We invested into
14 the LP.
15         And this is just a chart that is highlighting
16 the total return amounts.  That's the purpose of this
17 chart.  It's not to discuss, you know, what was or
18 wasn't contributed, what's included in those
19 contributions.  This is really just a summary chart of
20 total redemption amount dollars.
21     Q.  (By Ms. Tofighbakhsh)  Uh-huh.  But the summary
22 chart says that the non-profit contributed assets to the
23 LP?
24     A.  It does.
25     Q.  That was Microsoft's understanding at the time?

Page 159

1      A.  That is our understanding, that they
2  contributed to the LP at the time and received the
3  target redemption amount.
4      Q.  Okay.  And that contribution was not cash,
5  correct?
6      A.  I don't know if it was cash -- if cash was
7  involved or not.  But I don't believe cash was involved
8  in that.  But, again, I don't know.  OpenAI made that
9  contribution, not Microsoft.
10     Q.  Okay.  What kind of ownership interest did
11 Microsoft gain in the LP?
12     A.  We don't have ownership in the LP.
13     Q.  What kind of interest did it gain in the LP?
14     A.  We gained an economic interest in the form of
15 the total redemption amount.
16     Q.  Let's go back to the first page.  It says
17 "Investment."
18     A.  Okay.
19     Q.  And the second paragraph under that says:  The
20 convertible security converts into an equity limited
21 partnership interest in Open FP.
22         Do you see that?
23     A.  I do.
24     Q.  Okay.  So Microsoft gained a convertible
25 security in the LP?

Page 160

1          MR. WINTER:  I'm going to object to the
2  form.
3      A.  We've referred to our investment as an economic
4  interest.  It's listed here as a convertible security.
5  The original deal may have been a convertible security.
6  I'm not sure if that was used specifically to describe
7  the security or not.
8      Q.  (By Ms. Tofighbakhsh)  Is it still a
9  convertible security?
10     A.  We have in -- now it's an LLC that we are a
11 member of.  And it is a membership interest that we have
12 in the LLC.
13     Q.  But Microsoft still has an economic interest in
14 the profits, correct?
15     A.  Yes.  Microsoft, via the total redemption
16 amount, has an economic interest in the future profits,
17 the potential future profits, of OpenAI.
18     Q.  Has Microsoft received any profits from OpenAI
19 to this date?
20     A.  We have not received any return via the
21 investment -- via the target redemption amounts.
22     Q.  The LLC you mentioned was converted to an LLC,
23 correct?
24     A.  Correct.
25     Q.  That conversion happened in 2023, right?

Page 161

1      A.  I believe so.
2      Q.  And other OpenAI entities were created?
3      A.  I believe so.
4      Q.  Do you know how many OpenAI entities were
5  created?
6      A.  I don't.
7      Q.  I'm going to show you a document.
8          (Exhibit No. 13 marked.)
9          MS. TOFIGHBAKHSH:  13.
10         MR. COHEN:  I need my glasses.
11     Q.  (By Ms. Tofighbakhsh)  This is a structure
12 chart, correct?
13     A.  Yes, this is a structure chart.
14     Q.  And in the date up in the left corner, it says
15 June 21st, 2024?
16     A.  It does.
17     Q.  So this is a pretty recent chart, right?
18     A.  Yeah.  It's been at least, you know, 15 months,
19 12 months.
20     Q.  That's your email address that's sort of
21 watermarked on top of it, right?
22     A.  That is.
23     Q.  What does that watermark mean?
24     A.  It means I looked -- I accessed this document
25 likely via either OpenAI's portal or a virtual data

Case 4:24-cv-04722-YGR   Document 391-59   Filed 01/16/26   Page 12 of 17

ELON MUSK v.
SAMUEL ALTMAN
30(b)(6), Highly Confidential

Michael Wetter
September 08, 2025

**Page 186**

1  MR. COHEN: Objection to form.
2  A. No. I don't believe we did valuation analysis
3  to support our investments into OpenAI.
4  Q. (By Ms. Tofighbakhsh) What about the
5  investments or the figures that OpenAI provided to
6  Microsoft?
7  A. Yeah, the -- oh, those figures.
8  Q. The figures of the contribution amounts from
9  the other investors in OpenAI?
10  A. Yeah, those were predetermined before we made
11  our investment.
12  Q. Under the target redemption amount waterfall --
13  A. Yes.
14  Q. -- the OpenAI non-profit would get paid out up
15  to its cap first, correct?
16  A. Yes. So, yeah, the waterfall works that way,
17  such that the caps get paid out, and then any profits
18  beyond the caps defined in the TRA would then be
19  delivered to the non-profit.
20  Q. And the non-profit's cap is 100 times the
21  contribution amount, correct?
22  A. That's right.
23  Q. And the same thing for the existing investors?
24  A. Yeah.
25  Q. Microsoft's return multiple is 20 times?

**Page 187**

1  A. That's right.
2  Q. Why was Microsoft's investment multiple only
3  20 times its investment amount?
4  A. I was not there for the negotiation of the
5  20 times.
6  Q. Microsoft agreed to an even smaller multiple in
7  the other JDCAs, correct?
8  A. Yes, we did.
9  Q. Six times?
10  A. That's right.
11  Q. Why did Microsoft agree to smaller multiples in
12  the subsequent JDCAs?
13  A. In the subsequent JDCAs, the company had made
14  substantial progress from the 2019 JDCA -- or in our
15  investment, and it was a negotiated return multiple.
16  Q. Which company made substantial progress?
17  A. We made substantial progress -- both companies
18  had made substantial progress. OpenAI made substantial
19  progress in developing their tech and IP and large
20  language models, and similarly, we had made substantial
21  progress on our cloud infrastructure in supporting our
22  work with OpenAI.
23  Q. Was there -- that substantial progress meant
24  that Microsoft invested more in OpenAI, correct?
25  MR. COHEN: Objection to form.

**Page 188**

1  A. We invested more in each subsequent round based
2  on OpenAI's capital needs and compute needs. And so
3  really the amounts were set as a by-product of their
4  needs for funding each of those subsequent investments.
5  Q. If OpenAI did not make substantial progress,
6  would Microsoft continue to invest?
7  MR. COHEN: Objection to form; calls for
8  speculation.
9  A. Yeah, unknown as to whether we would have
10  invested or not invested. But we did.
11  Q. (By Ms. Tofighbakhsh) In 2021, Microsoft
12  invested another $2 million?
13  A. Yes, that's correct.
14  Q. What progress had OpenAI made by then?
15  A. My understanding is, between 2019 and 2021,
16  they continued to make progress in developing their AI
17  models.
18  Q. Any specific AI model?
19  A. I could look at our memo very quickly and see
20  if we referenced a specific model. But broadly, they
21  were making progress on developing AI models.
22  Q. After 2019, did OpenAI make any of its models
23  opensource?
24  A. OpenAI recently made a couple of their models
25  open source.

**Page 189**

1  Q. Between 2019 and 2021, did it make any of its
2  models opensource?
3  A. Not to my knowledge.
4  Q. Between 2019 and 2021, did it make any of its
5  models opensource?
6  A. Not to my knowledge.
7  Q. Between 2023 and just this year, did it make
8  any of its models opensource?
9  A. Yes, they did. They made two of their models
10  opensource.
11  Q. A few months ago?
12  A. I think it was -- yes. I think it was a couple
13  months ago or --
14  Q. That's gpt-oss?
15  A. I don't know the specific references.
16  Q. But until gpt-oss, going back to 2019, OpenAI
17  didn't make any of its models open source; is that
18  right?
19  MR. COHEN: Objection; form; asked and
20  answered.
21  A. That -- that is my understanding, prior to the
22  most recent open source releases.
23  Q. (By Ms. Tofighbakhsh) And generally we talked
24  about open source before. It means that it's open,
25  right?

Page 202

1    A.  So there was an investment agreement, and it
2  had a specific return mechanic that we just talked
3  about.  We also did sign a new JDCA at that point in
4  time.  And the JDCA had the IP terms that are included
5  in the JDCA in 2021 in this case.
6    Q.  By 2021, had Microsoft already begun
7  incorporating OpenAI's technology into its products?
8    A.  By 2021.  I don't know if we had.
9    Q.  When did Copilot launch?
10   A.  I don't know the exact release date for
11 Copilot.
12   Q.  Is GitHub Copilot different?
13   A.  So GitHub Copilot is, you know, a pair
14 developer.  So if you are a developer, utilizing GitHub,
15 you could use Copilot as a, you know, AI agent to help
16 with development tasks.  So it is different than the
17 large language model -- sorry -- than the Copilot for
18 consumer, which is essentially a chat experience.
19   Q.  A chatbot?
20   A.  You could call it a chatbot.  But a chat
21 experience for consumers is what Copilot is for
22 consumer.
23   Q.  Is that what ChatGPT is?
24   A.  They are both in very similar categories, the
25 Microsoft Copilot consumer product and the ChatGPT

Page 203

1  consumer product.
2    Q.  And most people refer to them as chatbots,
3  right?
4        MR. COHEN:  Objection to form.
5    A.  I think that's a term that is used broadly.  I
6  don't know if OpenAI would agree that what they've
7  released is a chatbot.
8    Q.  (By Ms. Tofighbakhsh)  Okay.  But GitHub
9  Copilot is not a chatbot?
10   A.  I don't think of it as a chatbot.
11   Q.  And that was the first product that Microsoft
12 released with OpenAI technology?
13   A.  I believe so.
14   Q.  Did Microsoft begin to realize revenues from
15 technology using OpenAI's IP by 2021?
16   A.  I can't remember when we started recognizing
17 revenue for Microsoft products inside of the term of the
18 deal, because we -- even the GitHub Copilot I believe
19 was originally not a -- you know, it was a, you know,
20 kind of a product that was in beta out of the gate.
21       So I don't know when we started charging for
22 GitHub Copilot or when we started charging for any of
23 our Azure OpenAI services.
24   Q.  Has Microsoft, as of this date, made revenues
25 from products that incorporate OpenAI technology?

Page 204

1    A.  Yes.
2    Q.  What are those revenues?
3    A.  Yeah.  I think we detail them in one of our
4  responses.  I believe the response is as of the
5  March 31st quarter.  And I think the aggregate revenue,
6  which you kind of have to have the full context of all
7  the invested capital to date, because now we've
8  committed $13 billion via these investment agreements.
9  And then similarly, for all of the Azure inferencing
10 services, we similarly have to invest in cloud
11 infrastructure ahead of recognizing revenue.
12       So with that context, we've recognized, I
13 believe, approximately ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of total
14 revenue life to date in our relationship with OpenAI.
15   Q.  Does that include the ▮▮▮▮▮▮ revenue share?
16   A.  It does.
17   Q.  So that includes products that OpenAI has
18 launched separately from Microsoft?
19   A.  It does.
20   Q.  So Microsoft ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24       MR. COHEN:  Objection to form.
25   A.  I think it's worth considering that the

Page 205

1  investments we have -- for the investments that we've
2  made, we have not received any return via the TRA
3  mechanic in our investment agreements.  So that
4  $13 billion has been committed, but we haven't received
5  a direct return from that.
6        So similarly -- so the amount of money that
7  we've invested and committed to invest is a minimum of
8  that $13 billion.  And then we obviously invest ahead of
9  the services that we provide to customers, both
10 resources at Microsoft, as well as, like I said, the
11 infrastructure builds we have to do ahead of serving the
12 Azure OpenAI service.
13       And so when you think about it from an
14 investment recouping perspective, ▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮
17   Q.  Did Microsoft subtract those outlays, the
18 amount that it spent to build Azure and the
19 infrastructure, before it gets to ▮▮▮▮▮▮▮▮▮ in
20 revenue?
21   A.  No.  The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is gross
22 revenue, and then there are costs to serve that revenue.
23 So that's everything, like I said, the depreciation of
24 the infrastructure that we purchased in advance.  It's
25 the resources that we expand -- that we spend internally

ELON MUSK
SAMUEL ALTMAN
Case 4:24-cv-04722-YGR   Document 391-59   Filed 01/16/26   Page 14 of 17
30(b)(6), Highly Confidential
Michael Wetter
September 08, 2025

Page 210

1   A.  I do not.
2   Q.  Did Microsoft experience any challenges because
3   of OpenAI's unusual structure?
4   A.  Not necessarily, no.  We were able to partner
5   with them.
6   Q.  So OpenAI came to Microsoft to propose a
7   restructure of OpenAI, correct?
8   A.  Yes.
9   Q.  And under its major decision power, Microsoft
10  had to approve that restructure?
11  A.  I believe a restructure of the entity would
12  have been one of the major decisions.
13  Q.  So every time OpenAI wanted to restructure, it
14  had to come to Microsoft to ask for its permission?
15      MR. WINTER:  Objection to form.
16  A.  I should go look at the decision, the major
17  decisions, to confirm.  I don't know that it's all
18  restructuring, but if it was a restructuring that
19  impacted the entity that we were an investor in, I'm
20  sure that would have been a major decision.
21  Q.  (By Ms. Tofighbakhsh)  Okay.  I'm going to show
22  you another document, which is the attachment to this
23  email chain.
24  A.  Okay.
25  Q.  It's 54862.

Page 211

1       MS. TOFIGHBAKHSH:  Exhibit 17?
2       THE COURT REPORTER:  Exhibit 17.
3       (Exhibit No. 17 marked.)
4   Q.  (By Ms. Tofighbakhsh)  So this was attached to
5   this chain.
6   A.  Okay.  Just -- okay.
7   Q.  This is a presentation, right?
8   A.  Yes.
9   Q.  It's a presentation by OpenAI?
10  A.  Yes.  That's what it looks like.
11  Q.  And it's dated February 2022?
12  A.  Yes.
13  Q.  If you go to the first slide, the one that
14  says:  OpenAI restructure objectives?
15  A.  Uh-huh.
16  Q.  So this is a presentation from OpenAI to
17  Microsoft explaining why it wants to restructure?
18      MR. COHEN:  Objection to form.
19  A.  It states OpenAI restructure objectives as the
20  title of this slide.
21  Q.  (By Ms. Tofighbakhsh)  And there's five bullet
22  points?
23  A.  There are.
24  Q.  And the second bullet point says:  Remove
25  non-profit from formal control to mitigate private

Page 212

1   benefit risk.
2   A.  I see that.
3   Q.  What is private benefit risk?
4   A.  I do not know.
5   Q.  And what is the formal control referenced here?
6   A.  I don't know what they are referencing.
7   Q.  We discussed earlier that the non-profit
8   retains control of the for-profit entity at OpenAI?
9   A.  It currently has control of the for-profit
10  entity, yes.
11  Q.  And that control is formalized?
12  A.  Yes.  It has control per all of the documents.
13  Q.  So that could be the formal control that's
14  referenced here, right?
15      MR. COHEN:  Objection to form.
16  A.  Unclear.  Unclear what they are referring to.
17  Q.  (By Ms. Tofighbakhsh)  Okay.  The fourth bullet
18  says:  Retain fiduciary duty to OpenAI mission and
19  profit cap.
20  A.  Yep.
21  Q.  Right?
22  A.  I see that.
23  Q.  If the non-profit doesn't have formal control,
24  how would it retain its fiduciary duty to OpenAI?
25      MR. COHEN:  Objection to form.

Page 213

1   A.  I don't know.
2   Q.  (By Ms. Tofighbakhsh)  At the bottom there's
3   this huge bold --
4   A.  Uh-huh.
5   Q.  -- capital text that says:  No change to MS
6   rights or commercial partnership terms.
7   A.  I see that.
8   Q.  Did OpenAI have to reassure Microsoft that its
9   restructure wouldn't impact its rights?
10      MR. COHEN:  Objection; form.
11  A.  Maybe repeat that question again just to make
12  sure I got it.
13  Q.  (By Ms. Tofighbakhsh)  Did OpenAI have to
14  reassure Microsoft that its restructure wouldn't impact
15  its rights?  That being Microsoft.
16  A.  I don't know that they would at this point.
17  Q.  In 2022?
18  A.  Well, they didn't do -- if they were -- if they
19  actually did a restructuring, we would have to have a
20  conversation at that point in time about the rights, but
21  they didn't do this restructuring that's referenced
22  here, to my knowledge.
23  Q.  So prior to a restructuring, OpenAI did not
24  have to come to Microsoft to ask for its approval?
25  A.  If they needed -- sorry.  Maybe I'm getting

Page 214

1  words mixed up on these slides.  But yes, if they -- if
2  they wanted to restructure the for-profit entity that we
3  were part of, that would have been a major decision
4  right, and we would have had approval for that.
5      Q.  Okay.  Go to the next slide.
6      A.  Okay.
7      Q.  So this is the proposed restructuring, correct?
8      A.  Yeah.  This is the first time I have seen this
9  particular slide deck.  So it is connected to this slide
10 deck where it talks about a proposed restructuring, so
11 yes, I assume so.
12     Q.  And this is different than the restructuring
13 chart we looked at in the Microsoft memo from 2019,
14 right?
15     A.  I believe so, yes.
16         MR. WINTER:  Objection to form.  Is it 2019
17 or a later date?
18         MS. TOFIGHBAKHSH:  2019.  This is different
19 than the 2019 memo.
20         MR. WINTER:  Sure.
21     A.  But the chart I did look at was not a 2019
22 chart.  It was --
23     Q.  (By Ms. Tofighbakhsh)  You looked at a few
24 charts.
25     A.  A chart from 2024, I believe, was the -- was

Page 215

1  the org chart that we looked at.
2      Q.  We looked at another chart in the Microsoft
3  memo from 2019.
4      A.  Oh.
5      Q.  This is different than that chart.
6      A.  Oh, yes, I understand what you are saying.
7  Yeah.
8      Q.  Yes.  And in this chart, it shows the OpenAI
9  non-profit off in the corner, unconnected to any of the
10 other entities, correct?
11     A.  It does -- that's where -- what's on the slide,
12 yes.
13     Q.  There is an OpenAI non-profit that is connected
14 to the other entities, but it just says investor
15 interest?
16     A.  OpenAI non-profit investor interest.  It does
17 say that.
18     Q.  Uh-huh.  It doesn't say anything about it
19 having control.
20     A.  There is no reference to it having control on
21 the slide.
22     Q.  And Microsoft is on this chart too, right?
23     A.  It is.  Well, it's not specific.  It says
24 "investors" and then there's a parenthetical.
25     Q.  And it says "including MS"?

Page 216

1      A.  Correct.
2      Q.  So that's specifically Microsoft?
3      A.  Yeah.  Microsoft would be included there with
4  investors.
5      Q.  Okay.  The parentheses under the OpenAI
6  non-profit box that is sort of floating says:  No GP
7  control.
8          The GP is the general partner?
9      A.  Yes, I believe so.
10     Q.  And if it has no GP control, according to the
11 previous slide, that mitigates private benefit risk?
12         MR. COHEN:  Objection; form.
13     A.  I don't know.
14     Q.  (By Ms. Tofighbakhsh)  Down at the bottom,
15 there's two boxes, and the one on the right says OpenAI
16 Startup Fund Carry Pool.
17         Do you see that?
18     A.  Yes.
19     Q.  What is the OpenAI startup fund?
20     A.  It's a fund that OpenAI started.  I believe it
21 was after our -- I actually can't recall which
22 investment it came after.  But it was -- the objective
23 was to invest in AI -- or in startups that were working
24 with -- well, just startups.  So it was a startup fund
25 that was formed by OpenAI.

Page 217

1      Q.  Did Microsoft contribute to the startup fund?
2      A.  We did.
3      Q.  How much?
4      A.  I believe it was 2▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ that
5  we contributed to the OpenAI startup fund.
6      Q.  Was that the first startup fund?
7      A.  There was -- I believe we extended the dollar
8  amount from our original investment, may have started at
9  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, I believe.
10     Q.  Is there more than one startup fund?
11     A.  Not to my knowledge.
12     Q.  When was the last time Microsoft contributed to
13 the startup fund?
14     A.  The startup fund does capital calls, so we made
15 a commitment for a specific amount.  ▆▆▆▆▆▆▆▆▆
16 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.  And then they call
17 capital to go make investments.  I believe -- I don't
18 know where they are at right now on how much of that
19 capital has been called.
20     Q.  So you don't know if Microsoft has had all of
21 its capital called for the startup fund?
22     A.  I don't know that we have.  In fact, I think it
23 hasn't all been called.
24     Q.  Who controlled the startup fund?
25     A.  I don't know who controls the startup fund.  I

Case 4:24-cv-04722-YGR   Document 391-59   Filed 01/16/26   Page 16 of 17

ELON MUSK v.
SAMUEL ALTMAN

30(b)(6), Highly Confidential

Michael Wetter
September 08, 2025

Page 234

1  Q. (By Ms. Tofighbakhsh) That's what Mikhail
2  has -- is saying in this email, correct?
3  A. You framed it -- you've stated it differently
4  than how Mikhail said it, and I don't agree necessarily
5  even with Mikhail's note here.
6  Q. Okay. If you go to the email on 1633 at the
7  bottom by Satya Nadella --
8  A. 16.
9  Q. -- your name is kind of a little bit all over
10 this email, right?
11     MR. COHEN: Objection; form.
12 A. I see my name referenced in this email.
13 Q. (By Ms. Tofighbakhsh) And the last paragraph
14 on that page says: Do you want me to set up a call with
15 Michael Wetter and Jon tomorrow, and we can talk through
16 this?
17 A. I do see that.
18 Q. Did you end up having a call in July of 2022
19 with Mikhail about --
20 A. Not to my knowledge. We did have a lot of
21 conversations in 2022 leading up to the 2023 investment
22 with Mikhail and others. I don't remember this specific
23 email coming my way that I'm aware of.
24 Q. Do you recall ever discussing a call option to
25 acquire OpenAI?

Page 235

1  A. No.
2  Q. Do you -- did you ever discuss the valuation of
3  OpenAI with Mikhail?
4  A. We discussed the target redemption amount
5  construct that we have with OpenAI. And we discussed
6  the -- as we adjusted it for 2023, he was part of those
7  discussions. So yes, we discussed the TRA, but not
8  valuation per se.
9  Q. Was the TRA ever constructed in reference to
10 OpenAI's valuation at the time?
11 A. No. The TRA just might be -- it's a
12 profit-sharing construct, as opposed to a valuation
13 construct.
14 Q. So Microsoft's investment is not based on the
15 value of OpenAI?
16 A. Microsoft's investment to date in OpenAI has
17 been based on this total redemption amount construct,
18 which is an approach to share profits to recoup the
19 investment in the future.
20 Q. Is this an unusual investment arrangement?
21 A. A capped return investment is -- is a -- I
22 don't know if I would frame it as unusual. It's
23 different than our other investments that we've made at
24 Microsoft.
25 Q. Have you ever seen an investment structured

Page 236

1  like this before?
2  A. I have not worked personally on an investment
3  like this before specifically.
4  Q. And have you ever heard of a structure like
5  this anywhere else?
6  A. Not specifically like this.
7  Q. I'm going to show you another document, 5173.
8     THE COURT REPORTER: Can we go off the
9  record real quick, please?
10    MS. TOFIGHBAKHSH: Yes.
11    THE VIDEOGRAPHER: The time is 4:13 p.m.,
12 and we're going off the record.
13    (Recess was taken from 4:13 p.m. to
14     4:42 p.m.)
15    THE VIDEOGRAPHER: The time is 4:42 p.m.
16 We're going on the record.
17 Q. (By Ms. Tofighbakhsh) Let's go to the present
18 day.
19 A. Okay.
20 Q. Okay. So since the 2023 JDCA, there -- you
21 mentioned that there had been some amendments to the
22 JDCA?
23 A. That's right.
24 Q. And Microsoft has given some waivers for
25 various investments into OpenAI by other entities; is

Page 237

1  that right?
2  A. That's right.
3  Q. Okay. There are a couple of code names that
4  Microsoft and OpenAI use to refer to certain projects,
5  right?
6  A. Sure.
7  Q. Okay. What is Project Golden Gate?
8  A. Golden Gate is the October 2024 financing. It
9  was led by Thrive Capital. I believe they raised
10 6.7 billion of investor capital up to an incremental
11 billion, so a total of 7.7.
12 Q. Did Microsoft participate in that fundraising
13 round?
14 A. We did participate. We invested $750 million
15 in that round.
16 Q. Okay. Did Microsoft have to give a waiver to
17 OpenAI to accept that funding?
18 A. Yes. We gave them a waiver once they were
19 pursuing that financing.
20 Q. What is Project Sakura?
21 A. That is the fundraising round that's being led
22 by SoftBank. It's an aggregate capital raise of -- they
23 actually extended it beyond $40 to $41 billion. Like I
24 said, led by SoftBank. And then there's a host of other
25 investors that are participating in that round.

Case 4:24-cv-04722-YGR   Document 391-59   Filed 01/16/26   Page 17 of 17

ELON MUSK v.
SAMUEL ALTMAN
30(b)(6), Highly Confidential

Michael Wetter
September 08, 2025

### Page 278

1 responsible AI does.  I generally know that we have had
2 this office, generally speaking.  I don't know the
3 specifics.
4     Q.  It's separate from the DSB?
5     A.  Yes.
6     Q.  The DSB was created in the 2021 JDCA; is that
7 right?
8     A.  The DSB was created in the 2021 -- I would have
9 to confirm, but...
10     Q.  There's an Exhibit D there.
11     A.  I do believe it was created in the 2021.  And I
12 should go back on this office of responsible AI.  I do
13 believe we have an office of responsible AI.  We have
14 lots of names of AI programs at Microsoft, including
15 safe AI and -- and I just don't want to misrepresent
16 that I know what that organization is or -- or know the
17 details of our initiatives.
18     Q.  But the office of responsible AI is a
19 Microsoft-only entity; is that right?
20     A.  I believe -- yes, I believe that's right.
21     Q.  It doesn't extend to OpenAI?
22     A.  It would not if it was -- it would be a
23 Microsoft organization, if that's where it is.  Again, I
24 just -- I want to be cautious that I might not know the
25 specifics of our office of responsible AI.

### Page 279

1     Q.  The DSB existed when OpenAI deployed ChatGPT;
2 is that right?
3         MR. WINTER:  Objection to form.
4     A.  I believe -- I believe the DSB did exist
5 because it was part of the 2021 arrangement.
6     Q.  (By Ms. Tofighbakhsh)  And ChatGPT launched in
7 November 2022; is that right?
8     A.  That's about right, yes.
9     Q.  Was Microsoft aware, prior to the launch, that
10 OpenAI was going to launch ChatGPT?
11         MR. COHEN:  Objection to the form; outside
12 the scope.
13     A.  Sorry.  Repeat the question.
14     Q.  (By Ms. Tofighbakhsh)  Was Microsoft aware that
15 ChatGPT was going to be launched before OpenAI launched
16 it?
17         MR. COHEN:  Objection to the form; outside
18 the scope.
19     A.  Yeah, I don't know the specifics of when we
20 knew about the launch of ChatGPT.  I don't know the
21 specifics.
22     Q.  (By Ms. Tofighbakhsh)  And so you don't know if
23 the DSB reviewed the deployment of ChatGPT?
24         MR. COHEN:  Objection; outside the scope.
25     A.  Per the agreement, I believe it would have.  I

### Page 280

1 just don't have direct knowledge of whether or not it
2 did review that because I'm not a member of the DSB.  So
3 I don't know.
4     Q.  (By Ms. Tofighbakhsh)  Who would be able to
5 speak to the DSB at Microsoft?
6     A.  A member of the DSB, I suppose, could speak to
7 the DSB.  There are other people on our team that also
8 have knowledge of, you know, our commercialization and
9 the DSB.  So there are people at Microsoft that probably
10 have that knowledge.
11     Q.  Who would be able to speak to the office of
12 responsible -- responsible AI at Microsoft?
13     A.  I'm guessing Natasha might be a good candidate
14 for that, given the title here.  But, again, I don't
15 have direct knowledge of the office.
16     Q.  And you don't know if Natasha is still at
17 Microsoft?
18     A.  I do not.
19     Q.  What about Eric Horvitz?
20     A.  I believe Eric is still at Microsoft, yes.
21     Q.  Are you aware of any negotiations related to
22 changing the deployment safety board in the JDCA?
23     A.  Am I aware of any changes to the deployment
24 safety board?
25     Q.  Any proposed changes in negotiations with

### Page 281

1 OpenAI about changing the DSB?
2     A.  I'm not aware of any.
3         MS. TOFIGHBAKHSH:  So I think we'll reserve
4 our rights on another witness who can speak to the
5 safety provisions of the agreements because he seems
6 unprepared to speak about it.
7         MR. COHEN:  That is outside of the scope of
8 the topics that you noticed, subject to our responses
9 and objections to which you acceded to.  We were clear
10 that we would provide a witness on the agreements and
11 their principal terms.  There was no topic relating to
12 safety or to DSB.
13         So I've heard your position, and you've heard
14 ours, and we reserve our disagreement over it.
15         MS. SCHUBERT:  I think we may be finished,
16 but if we could just have five minutes to circle the
17 wagons.
18         MR. COHEN:  Yes.
19         THE VIDEOGRAPHER:  The time is 5:46 p.m.  We
20 are going off the record.
21         (Recess was taken from 5:46 p.m. to
22         6:01 p.m.)
23         THE VIDEOGRAPHER:  The time is 6:01 p.m.
24 We're back on the record.
25     Q.  (By Ms. Tofighbakhsh)  I'm just going to ask a