# EXHIBIT 8
# PUBLIC REDACTED VERSION

| | |
|---|---|
| **Message** | |
| From: | Satya Nadella [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-SATYA NADELLA] |
| Sent: | 12/12/2015 1:34:33 AM |
| To: | Harry Shum [████████████]; Joseph Sirosh [████████████]; Scott Guthrie [████████████]; Qi Lu [████████████] |
| Subject: | OpenAI |

Did we get called to participate? AWS seems to have sneaked in there....i wonder how they plan to open if the only bindings they have is to was

## OpenAI
OpenAI is a non-profit artificial intelligence group.

https://openai.com/blog/introducing-openai/

Sent from Outlook Mail for Windows 10 phone