# EXHIBIT 9
# PUBLIC REDACTED VERSION

1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3   _____

4   ELON MUSK, et al.,                )
                                      )
5                   Plaintiffs,       )
                                      )
6                v.                   )  4:24-cv-04722-YGR
                                      )
7   SAMUEL ALTMAN, et al.,            )
                                      )
8                   Defendants.       )
                                      )
9                                     )

10  _____

11    VIDEOTAPED IN-PERSON AND VIDEOCONFERENCE DEPOSITION

12            UPON ORAL EXAMINATION OF

13                 SATYA NADELLA
    _____

14

15        Taken at 401 Union Street, Suite 3300

16              Seattle, Washington

17

18

19       *** TRANSCRIPT DEEMED HIGHLY CONFIDENTIAL
                  ATTORNEYS' EYES ONLY ***

20

21

22

23  DATE TAKEN:  SEPTEMBER 24, 2025

24  REPORTED BY: BARBARA CASTROW, RMR, CRR, CCR

25              WA CCR #2395

**2**

```
 1               APPEARANCES
 2   FOR PLAINTIFFS:
 3               JENNIFER SCHUBERT
                 SARA TOFIGHBAKHSH
 4               MoloLamken LLP
                 430 Park Avenue
 5               New York, NY 10022
                 212.607.8160
 6               jschubert@mololamken.com
                 stofighbakhsh@mololamken.com
 7
 8   FOR DEFENDANT MICROSOFT CORPORATION:
 9
                 JOHN (JAY) JURATA, JR.
10               Dechert LLP
                 1900 K Street NW
11               Washington, DC  20006-1110
                 202.261.3300
12               jay.jurata@dechert.com
13
                 ELISA BENEZE (VIA VIDEOCONFERENCE)
14               Dechert LLP
                 Cira Centre, 2929 Arch Street
15               Philadelphia, PA  19104-2808
                 215.994.2315
16               elisa.beneze@dechert.com
17   REBECCA FRANCIS
18               General Counsel Microsoft Corp.
                 5600 148th Ave NE
19               Redmond, WA 98052-5104
                 425.704.8098
20               becky.francis@microsoft.com
21               JONATHAN PALMER
22               Corporate Vice President &
                   Chief Legal Officer
23               Microsoft Corporation
                 One Microsoft Way
24               Redmond, WA  98052
                 jon.palmer@microsoft.com
25
```

**3**

```
 1        APPEARANCES:  (CONTINUED)
 2   FOR DEFENDANT SAMUEL ALTMAN:
 3               NATHANIEL D. CULLERTON
                 Wachtell, Lipton, Rosen & Katz
 4               51 West 52nd Street
                 New York, N.Y.  10019-6150
 5               212.403.1000
                 ndcullerton@wlrk.com
 6
 7
     ALSO PRESENT:  SHREVE VANZANTEN, VIDEOGRAPHER
 8
 9
                 *  *  *  *  *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
 1               EXAMINATION INDEX
 2   EXAMINATION BY:                          PAGE NO.
 3   MS. SCHUBERT                                8
 4   MR. JURATA                                267
 5   MR. CULLERTON                             278
 6   MS. SCHUBERT                              279
 7
 8               EXHIBIT INDEX
 9   NO.     DESCRIPTION                       PAGE NO.
10    1    2-page email chain.  OPENAI_MUSK00016768    32
          CONFIDENTIAL
11
      2    1-page email.  MSFT_MUSK0000044294    35
12         CONFIDENTIAL
13    3    3-page Introducing OpenAI document.   36
           2024MUSK-0011225
14
      4    11-page OpenAI on Azure Big Compute    47
15         PowerPoint. CONFIDENTIAL
16    5    3-page email chain.  2024MUSK-0000669    59
           CONFIDENTIAL
17
18    6    9-page email chain.  MSFT_MUSK00000150    62
           HIGHLY CONFIDENTIAL
19    7    3-page email chain.  MSFT_MUSK000044183    85
           HIGHLY CONFIDENTIAL
20
21    8    2-page email.  MSFT_MUSK000000993    98
           CONFIDENTIAL
22    9    2-page email chain.  MSFT_MUSK000068399    114
           HIGHLY CONFIDENTIAL
23
     10    10-page Microsoft Memo dated 6/10/19.    120
24         MSFT_MUSK000083907 HIGHLY CONFIDENTIAL
25
```

**5**

```
 1               EXHIBIT INDEX (CONTINUING)
     NO.     DESCRIPTION                       PAGE NO.
 2
     11    53-page document dated 9/1/16.        126
 3         MSFT_MUSK000036519 HIGHLY CONFIDENTIAL
 4   12    2-page OpenAI document.  MSFT_MUSK000036394    126
           HIGHLY CONFIDENTIAL
 5
 6   13    2-page email chain.  MSFT_MUSK000054738    135
           HIGHLY CONFIDENTIAL
 7   14    2-page document.  MSFT_MUSK0000054742 HIGHLY    135
           CONFIDENTIAL
 8
 9   15    4-page email chain.  MSFT_MUSK0000035590    142
           HIGHLY CONFIDENTIAL
10   16    4-page email chain.  MSFT_MUSK0000001632    156
           HIGHLY CONFIDENTIAL
11
12   17    4-page email chain.  MSFT_MUSK000000131    167
           HIGHLY CONFIDENTIAL
13   18    9-page Microsoft Memo dated 1/11/23.    172
           MSFT_MUSK000051723 HIGHLY CONFIDENTIAL
14
15   19    5-page Microsoft & OpenAI - Summary Term    177
           Sheet April 2019.  MSFT_MUSK000018616 HIGHLY
           CONFIDENTIAL
16
17   20    5-page document dated 3/5/21 Re:  Side    179
           Letter Agreement.  MSFT_MUSK000002098 HIGHLY
           CONFIDENTIAL
18
19   21    4-page Corrected Declaration of Reid    182
           Hoffman.  2024MUSK-0014108
20   22    22-page First Witness Statement of Satya    191
           Nadella.  MSFT_MUSK000056876 HIGHLY
21         CONFIDENTIAL
22   23    1-page text chain.  MSFT_MUSK000067087    223
           HIGHLY CONFIDENTIAL
23
24
25
```

10

1  the question before you --
2      A.  Sure.
3      Q.  -- respond.  Thank you.
4          Did you speak with anyone, apart from legal
5  counsel, about the substance of this deposition?
6      A.  No.
7      Q.  Did you review any documents with your legal
8  counsel?
9      A.  I just read one of my letters to the CMA that I
10  had written.  That's the only thing that I read.
11         MR. JURATA:  And just for the record,
12  Mr. Nadella read that in conjunction with Topic 8 of the
13  30(b)(6) corporation -- of the 30(b)(6) deposition which
14  was served on Microsoft Corporation.
15         And, Mr. Nadella, other than questions
16  regarding what you did to prepare to talk about the
17  events from November 17th to November 22nd, 2023, please
18  do not reveal any conversations with your lawyers that
19  you did to prepare for this deposition.
20         THE WITNESS:  Okay.
21      Q.  (By Ms. Schubert)  Did you also review the
22  exhibits that were attached to that letter?
23      A.  I did not.
24      Q.  Okay.  And that's the only document that you
25  reviewed in preparation for both the 30(b)(6) deposition

11

1  and also your personal deposition?
2      A.  Correct.
3      Q.  Did that review of the document help you
4  remember things related to the events of the dates
5  described?
6      A.  Nothing more than the general sort of sense I
7  have of the facts and everything else.  So it is just a
8  way for me to make sure that what I wrote again was just
9  fresh.
10      Q.  Understood.
11          You joined Microsoft in 1992; is that right?
12      A.  That is correct.
13      Q.  And is it fair to say you've held several roles
14  at the company?
15      A.  Yes, that is correct.
16      Q.  And just before you became CEO, you led
17  Microsoft's cloud and enterprise group?
18      A.  That is correct.
19      Q.  Azure is Microsoft's cloud computing platform;
20  is that correct?
21      A.  That is correct.
22      Q.  And that launched in 2010?
23      A.  I'm thinking about -- that is correct.
24      Q.  Did you lead that effort?
25      A.  I was not there for the initial launch, but I

12

1  joined in 2011 and was very much a part of the scaling
2  of it.
3      Q.  Would it be fair to say that you led Microsoft
4  into its cloud computing era?
5      A.  Yeah, that would be fair to say.
6      Q.  What were your goals in building the Azure
7  business?
8      A.  Our goal with Azure business was, we were one
9  of the leading providers of server -- in the server era.
10  Yeah, we went from client server to cloud as -- as the
11  paradigm shifted and the platform shifted.
12         And so our primary goal was to make sure that
13  we shifted with essentially what was the expectation of
14  our customers, that, you know, going from everyone who
15  was buying servers who were now looking to buy cloud,
16  and so we needed to make that transition.
17         And the other goal of course we had, Amazon and
18  AWS that had started the cloud business had sort of
19  taken a leadership position, so we had a competitive
20  challenge because we were starting later.  And our goal
21  was to be competitive versus Amazon and also, you know,
22  make sure that there's a path for our customers.
23      Q.  How would you position Microsoft to be
24  competitive with Amazon in the cloud space?
25      A.  We're a solid number two today in the

13

1  infrastructure of cloud.  Cloud has many elements to it,
2  and one of them is the infrastructure, which is the
3  largest segment, and Amazon is number one and we are
4  number two.
5      Q.  Let me ask this a different way.  What goals
6  did you set to make yourself competitive with Amazon?
7      A.  The goals primarily were just that, which is,
8  be competitive.  You know, the way I think about
9  competitiveness is, are you relevant in the customer
10  choice set, where the customers will be able to choose
11  Microsoft because of the value we offer was as
12  competition, and that's the primary goal and market
13  share and revenue share, and those are the types of
14  things that we track.
15      Q.  Do you believe you're in a position to still
16  outpace Amazon in this space?
17         MR. JURATA:  Objection to form.
18      A.  We have now a lot of competition.  There's
19  Amazon.  There's a number three strong player as well,
20  with Alphabet and Google and GCP, Oracle.  So we have,
21  you know -- and there's Chinese competitors worldwide.
22  And so there's -- it's a pretty competitive marketplace.
23         We feel good about our position.  We feel every
24  day we innovate and compete, but, you know, it's not
25  competition free, if that's the question.

14

1    Q. (By Ms. Schubert) Sure.
2        Fast-forwarding to when you become CEO, I would
3    like to focus on your senior leadership team.
4    A. Sure.
5    Q. Who is Kevin Scott?
6    A. He's our CTO.
7    Q. And how closely do you work with Mr. Scott?
8    A. Close enough. I mean, I have a significant
9    number of direct reports, but, yeah, he's a key member
10   of the leadership team.
11   Q. What responsibilities do you entrust him with?
12   A. He leads Microsoft Research. That's his
13   primary operational role. And then when it comes to
14   companywide technical strategy, he has an advisory role.
15   Q. And just so the record is clear, what do you
16   mean when you say "CTO"?
17   A. He's -- the title is chief technical officer.
18   Q. Thank you.
19   A. And as I said, his primary responsibility is
20   leading Microsoft Research and a couple of incubation
21   products.
22   Q. And by "research," would that include AI
23   research?
24   A. AI research is one part of it, yeah.
25   Q. What does the office of the CTO do to advance

15

1    your strategic goals for Microsoft?
2    A. We have a couple of things we do there, which
3    is, we coordinate technical work across groups, and we
4    also have some incubation efforts that are done out of
5    the office of the CTO. And as I said, Microsoft
6    Research and its direction is also led out of the office
7    of the CTO.
8    Q. When you say Microsoft's research direction, do
9    you see that as being a business function?
10   A. Microsoft Research was formed as one of the,
11   you know, best known and last known research labs in a
12   corporation, more in the style of Xerox PARC or Bell
13   Labs.
14       So they have a lot of academic freedom. They
15   are not obligated to directly work on our products.
16   They publish, and that's their core ethos of the
17   research lab. And so that's what --that research
18   agenda.
19       So it's not like the research in what is
20   today's, whether it's X.AI or OpenAI, because that's a
21   lot more directed towards commercialization and
22   products, whereas Microsoft Research is more old style,
23   Xerox PARC, and Bell Labs like.
24   Q. Okay. Who is Amy Hood?
25   A. She's our CFO.

16

1    Q. Chief financial officer?
2    A. Yes.
3    Q. What responsibilities do you look to her to
4    perform?
5    A. She's key, as a CFO, on all financial
6    decisions, strategic finance decisions, capital
7    allocation.
8    Q. Who is Brad Smith?
9    A. He's our president and general counsel.
10   Q. And what responsibilities do you look to Brad
11   to handle?
12   A. Many different aspects, primarily doing --
13   dealing with all of our government relations, obviously
14   heads the legal department. He also leads all of our
15   nonprofit work, and -- philanthropies work, rather, and
16   he even leads currently our education segment, which is
17   our products and services offered to education.
18   Q. Who else do you regularly rely on to employ
19   your duties as CFO?
20   A. I have an operational team that is functionally
21   organized, for the most part. I do have some CEOs of
22   divisions, and so I rely, based on the function and the
23   business area, on a variety of people who are part of my
24   leadership team, and beyond obviously.
25   Q. Okay. When you became CEO 11 years ago, you

17

1    had a vision for the company; is that right?
2    A. Yeah, sure.
3    Q. What -- what was that vision? What were your
4    goals?
5    A. My goal primarily, having grown up in Microsoft
6    throughout most of my professional career, was to ensure
7    that we pursued what is core part of I believe our
8    identity.
9        Microsoft was created or started in 1975 as a
10   company that creates software so that others could
11   create more software. And that meant a lot. That's
12   what attracted me to come to the company in '92.
13       And so when in 2014 I became CEO, I talk about
14   it today as, you know, what is a refounding moment
15   because I was essentially taking over from founders.
16   And my focus was to rediscover what that mission was.
17       And we describe it as empowering people in
18   organizations all over the planet through software, and
19   that's what I wanted to ground ourselves. Of course,
20   technology shifted, but the core mission basically is
21   the same that we had when we first created our first
22   product in '75.
23   Q. At the time that you became CEO, Microsoft was
24   starting to try to compete with Amazon and cloud
25   computing space; is that accurate?

18

1    A.  Oh, yeah.
2    Q.  And you've already testified, Amazon
3  effectively dominated that cloud market in 2014 to 2015?
4    A.  Yeah.  They were number one buyer, large
5  margin.
6    Q.  When you became CEO, was Microsoft at all
7  involved in machine learning and AI?
8    A.  Yeah.  Microsoft has been working on AI.  I
9  think, in fact, going back to Microsoft Research, it's
10  probably the first group we created, was a speech group
11  back in 1995.  And so, yes, ever since, Microsoft has
12  always been involved in machine learning and AI
13  research.
14    Q.  What did you know personally about AI when you
15  became CEO?
16    A.  I managed, through the various groups I led, a
17  lot of different AI research groups.  I led even our
18  search effort in Bing and advertising, and that was all
19  applied machine learning.
20    Q.  Uh-huh.
21    A.  And so over the years, I've had the opportunity
22  to work with lots of AI engineers and AI researchers and
23  Microsoft Research.
24    Q.  AI was a pretty small field in 2015; is that
25  right?

19

1    MR. JURATA:  Objection to form.
2    A.  You know, AI was always an important field for
3  us.  I think that what has lately happened, in terms of
4  some of the breakthroughs in AI, of course, they've
5  created a much more front-and-center profile.
6    But I would say always AI, whether it's speech
7  or vision or text, were very important pieces of what
8  products we built.  They were not as mainstream or as
9  popular as they are today, but it is an important area.
10    Q.  (By Ms. Schubert)  Did Microsoft have many
11  people in 2015 who were specialized in machine learning?
12    A.  A substantial investment.  I would say we
13  were -- I mean, Google was by far the dominant player,
14  especially after they acquired Google DeepMind.  But,
15  yeah, we were one of the labs and the research
16  organizations that were definitely also investing in
17  space.
18    Q.  Was there a time when you felt Microsoft should
19  pursue AI more aggressively?
20    A.  I've always felt that throughout, and we did,
21  you know, whether it was in Bing or whether it was in
22  Azure or whether it was across all of our different
23  product groups, yeah.
24    Q.  And today, your stated vision for the company
25  includes AI transformation; is that right?

20

1    A.  That is correct.
2    Q.  What do you mean by "AI transformation"?
3    A.  If you think about sort of any business,
4  fundamentally, they use digital technology to drive up
5  productivity and better outcomes, whether it's customer
6  service, whether it's sales, whether it's finance or
7  what have you.
8    And so the ability to use technology as an
9  input to transform a business outcome is essentially
10  what we are in the business of.  And we did that with
11  cloud as a means to business transformation.  We are now
12  using cloud and AI as a means to business
13  transformation.
14    Q.  When would you say that you realized AI was, in
15  fact, the future of Microsoft?
16    MR. JURATA:  Objection; form.
17    A.  I've -- as I stated earlier, I've always
18  believed AI to be a very important area, and we've
19  always invested in it.  So, therefore, it's been a
20  continuous piece.
21    I would say my interest in AI, in particular,
22  with natural language, because Microsoft being an office
23  productivity company, we deal with a lot of text, so I
24  would say we had a particular interest in natural
25  language.

21

1    And so, you know, vision is important.  But we
2  are not in robotics.  We are not in autonomy.  Speech is
3  important.  But we were not a major player in phones.
4  So I would say text is one of the things that we were
5  focused a lot more on.
6    Q.  (By Ms. Schubert)  As of today, you have got
7  the company deeply on AI; is that right?
8    A.  Absolutely.  I mean, AI -- at this point I
9  think, for any company of our sort of scale and as a
10  platform company, you have to be completely leaned into
11  what the new paradigm is and the new platform is, and
12  today it's AI.
13    Q.  You all have invested heavily in AI
14  infrastructure?
15    A.  Yes, we have.
16    Q.  And AI software development?
17    A.  Yeah.
18    Q.  And large language models as well?
19    A.  Yes.
20    Q.  Looking back to 2015, Microsoft already had a
21  decent amount of cloud infrastructure; is that right?
22    A.  Yes, we did.
23    Q.  And even back in 2015, AI development was
24  dependent on those cloud computing resources, as far as
25  you know?

22

1    A.  Yes.  I mean, cloud was very important.
2  Obviously, we had by then, 2015, recognized deep neural
3  networks, the use of GPUs in particular to drive
4  breakthroughs in AI through neural networks.  But I
5  would say, in 2015, it was not clear about what people
6  describe as scaling loss today.
7    Q.  When did you decide you wanted to position
8  Azure as a platform for AI development specifically?
9    A.  Throughout.  You know, AI was just really much
10  part and parcel.  I mean, we would call it maybe more
11  machine learning.  I think Azure ML was a service that
12  we've had, as far as I can tell, for the longest time,
13  be it -- you know, we had -- and so, yeah, so we always
14  thought of AI and applied machine learning or machine
15  learning as a core thing that people do to build
16  applications.
17    Q.  In marketing Azure specifically, was it fair to
18  say you wanted to show that amazing things could be done
19  on your platform as different from other platforms?
20    A.  Yeah.  That was always the goal.
21    Q.  Ideally, you would like for the top AI
22  researchers in the field to make breakthroughs using
23  Azure; is that right?
24    A.  Yeah, that's right.  As a platform company,
25  just, you know, we always wanted to make sure that

23

1  developers of all forms, AI developers included, were
2  always building on our platform.  That's kind of core to
3  our Microsoft DNA.
4    Q.  You just mentioned that Google was -- I believe
5  you said by far the dominant player in machine learning
6  around 2015?
7    A.  I would say so, yeah.
8    Q.  And you mentioned they had acquired DeepMind?
9    A.  That's correct.
10    Q.  Did you understand DeepMind to be making a lot
11  of progress in that field of machine learning?
12    A.  I -- I now can't recall specifically what state
13  DeepMind's breakthroughs were, but, yeah, I mean,
14  DeepMind was well known, even in that time frame, for --
15  and Google had DeepMind, had Google Brain.  They had
16  many, many different efforts they were publishing.
17    They were -- I would say, you know, back in the
18  day, Microsoft Research was probably leading, and I
19  think, starting in 2010 and onwards, I think Google took
20  on a leading position.
21    Q.  And DeepMind was led by Demis Hassabis; is that
22  right?
23    A.  That's right.
24    Q.  Did you know him personally in the 2015 time
25  period?

24

1    A.  I probably knew him a little.  I met him maybe
2  around that time frame for the first time.  And there
3  were people at Microsoft who knew him, but I probably
4  met him, you know, for the first time just after I
5  became CEO.
6    Q.  Okay.  Were you concerned about Google's lead
7  at this time?
8    A.  I mean, competitively, yes, in the sense that
9  we wanted to make sure that we also were, you know,
10  doing AI work and were competitive.  But at the same
11  time, I've always approached competition with an angle
12  of what it is that Microsoft uniquely can do, given our
13  position, our customers, our segments in the market that
14  we participate in.  Was it just -- you know, thinking of
15  competition, you know, just because someone else has
16  something.
17    Q.  Sure.
18    Were you tracking DeepMind's progress back
19  then?
20    A.  Yes.  At that time I think we had lots of
21  different products, especially around, let's call it
22  speech and language translation.  One of the first
23  products that, you know, we launched during sort of my
24  CEO tenure was Skype translate.  And in that relation in
25  particular, I was tracking Google's, you know, products

25

1  around language translation.
2    Q.  Why were you tracking DeepMind's progress?
3    A.  Just because of the breakthroughs that this
4  particular regime of AI around deep neural networks were
5  showing real promise of making breakthroughs in fields
6  like language translation that had not been seen before.
7  And so that's why we were waiting to see how we could
8  also participate and make sure that we have those
9  breakthroughs.
10    Q.  Were you looking actively for research talent
11  to assist Microsoft with those breakthroughs in 2015?
12    A.  Absolutely.  I mean, we were -- organically,
13  you know, at Microsoft, I've always believed in two
14  things.  One is, you organically keep building both in
15  terms of talent and capability and products, and also
16  partner broadly as a platform company.
17    One of the principles of -- as platform company
18  we've had is, we want to create more value about the
19  platform in order for us to be a successful platform.
20  That's another one of those Microsoft principles that
21  we've had.
22    And so, therefore, you always are looking for
23  others who are AI companies, AI researchers who will use
24  any layer of our platform as they see fit.
25    Q.  Was it difficult to recruit AI researchers at

26

1  the right caliber in 2015?
2      A.  We had competition.  I mean, Microsoft has over
3  the years had, you know, good brand, good ability to
4  attract talent, retain talent.  But we also had many
5  competitors, whether it was -- by then, I think I'm sure
6  Meta had also -- and Facebook at that time had also
7  emerged as someone who was very focused on AI.  And
8  so -- and I'm sure Amazon was competing in the same
9  space.
10     So we had competition, but we were always
11 through our own unique brand and even sort of our value
12 proposition.  Like, Microsoft Research, having the
13 academic freedom, was always a helpful thing for us to
14 be able to get good talent.
15     Q.  What else were you doing to accelerate
16 Microsoft's progress in the field?
17     A.  I mean, I think I've sort of talked about all
18 the things we were doing, which is, we were doing our
19 own research work.  We were doing our own applied
20 product work.  We were building the platforms for others
21 to build on our platform.  And so that's kind of how --
22 that was the comprehensive nature in which we were going
23 about it.
24     Q.  Did you feel that your progress was moving more
25 slowly than you had liked?

27

1      A.  I mean, always as a CEO of a company, I feel my
2  job is to sort of be dissatisfied with the rate of
3  progress at all times.  And so yes would be the answer,
4  which is both in the absolute sense, which is, can we
5  build products that are more capable in any particular
6  domain, and also, you know, vis-a-vis competition.
7      There were others achieving things that we
8  looked at and said, hey, that's great, and so how can we
9  make sure we are competitive with it.
10     Q.  When did you first meet Elon Musk?
11     A.  I think I may have met Elon first time -- I can
12 definitely say I met him first when I first became CEO,
13 and he had come to our CEO summit.  And I met him there.
14 I may have met him prior to that when I was even leading
15 our cloud, but I definitely met him at one of our
16 events.
17     Q.  When is the first time you recall having a
18 substantive conversation with Mr. Musk?
19     A.  I don't know if I've had deep substantive
20 conversations with him, but it's mostly brief
21 interludes, if you will.
22     I think there was, perhaps related to this
23 topic, I think he had reached out.  This is in the very
24 beginning phases of OpenAI when they wanted some Azure
25 credits.

28

1      And -- and so I think we were trying to connect
2  up some app -- like, just again, going back to us being
3  a platform company that's always ensure -- you know,
4  trying to make sure that AI can build on our platform.
5  I think that's probably one of the dialogues I had, and
6  that is mostly I think in email.
7      Q.  Okay.  Do you know why Elon was invited to the
8  2014 CEO summit?
9      A.  I think because he -- you know, at that time
10 I'm assuming he was CEO of Tesla and -- and, I mean, as
11 a founder, CEO of a variety of companies, he was
12 invited.
13     Q.  He was already famous at that point for his
14 cutting-edge technology companies?
15         MR. CULLERTON:  Object to form.
16     A.  Yeah, I mean, Elon, you know, over the years
17 has grown pretty nonlinearly in his profile.  So I don't
18 specifically know.  But, I mean, he was already a CEO of
19 a substantive company by then.
20     Q.  (By Ms. Schubert)  In 2015, did Microsoft have
21 relationships with any of Musk's companies?
22     A.  Oh, I'm sure we did.  I mean -- I mean, over
23 the years, Elon has always sent emails on, you know, our
24 products, whether it's on Windows or on Teams and what
25 have you, and I think I've always, you know, paid a lot

29

1  of attention to his product feedback.  He's a person of
2  high standards on technology, and so, yes.
3      Q.  Do you recall which of his companies Microsoft
4  had specific relationships with in 2015?
5      A.  I don't have the specifics, but I would assume
6  that there is some use of Microsoft technology across
7  all his companies.  When I say "all," I'm not, you know,
8  particularly sure what all the companies he has, but,
9  you know, I think Tesla or SpaceX would be two examples
10 of it.
11     Q.  Do you recall if you had a relationship with
12 Neuralink?
13     A.  I have a personal investment in Neuralink
14 through some kind of an investment vehicle, but that's
15 not something that I ever talk to Elon or it's just
16 through some financial advisor who, you know, basically
17 allocated some of my capital to it.
18     Q.  Are you invested in any other of Elon Musk's
19 companies?
20     A.  Not that I know of directly.  I mean, you know,
21 I'm -- I don't know whether any of the funds I have in
22 public markets has, you know, his public company
23 holdings, but I'm not tracking that individually.
24     Q.  Okay.  In the 2015 time period, would you have
25 described your relationship with Mr. Musk as

30

1  professional or personal or both?
2      A.  Professional.
3      Q.  About how often were you communicating in your
4  early years as CEO with Mr. Musk?
5      A.  You know, maybe once or twice a year, I would
6  say, at most.  It's not -- there was no rhythm to it, if
7  I could say so.
8      Q.  Sure.
9          Around 2015, you became aware of Mr. Musk's
10 concerns about AI.  Do you recall that?
11         MR. JURATA:  Objection to form.
12     A.  I don't -- I mean, I personally didn't focus
13 that much on Elon's concerns about AI because at some
14 level mostly, at least my study of Elon, has always been
15 about, you know, his philosophy of engineering, you
16 know, being a fan of how he has approached how he likes
17 to build.
18         So I've never thought about -- you know, I
19 mean, Elon is a pretty idiosyncratic guy in the sense he
20 has a lot of opinions on lots of things, but what I have
21 found to be most inspiring is how he goes about building
22 what he does.
23         So I mostly focus my efforts on studying that,
24 versus his wide-ranging opinions on a lot of topics.
25     Q.  (By Ms. Schubert)  Fair enough.

31

1          Did you -- do you recall if you read his open
2  letter with Stephen Hawking, warning about the dangers
3  of AI?
4      A.  I haven't, actually.
5      Q.  Did you know Sam Altman back in 2015?
6      A.  Yes, I did know Sam Altman.  Because I had met
7  Sam Altman maybe back in the late 2000s when I was
8  running Bing, when he had founded I forget the name of
9  his first company.
10         So I was introduced to him, and that was the
11 context in which I met him first.  And then there was a
12 massive gap because I just lost track of him.
13     Q.  When did you next reconnect with him?
14     A.  Maybe when he was at Y Combinator.
15     Q.  And how did you reconnect?
16     A.  It could have been I'm thinking when he became
17 CEO of Y Combinator relating to just his Y Combinator
18 portfolio companies and so on.
19     Q.  Did you develop a professional relationship
20 with him in connection with his role at Y Combinator?
21     A.  Like with any other CEO seed stage, I've always
22 been, you know, for us, as a platform provider, it's
23 pretty important to have professional relationships with
24 people who are investing in emerging companies, and
25 Y Combinator was obviously a marquee player in that.

32

1      Q.  How often would you say you were communicating
2  with Sam Altman before the start of OpenAI?
3      A.  Again, no rhythm to it.  And it would have been
4  an email or I may have run into him at an event or what
5  have you.
6      Q.  In 2015, do you recall Sam Altman reached out
7  to you, asking you to sign a letter that he was writing
8  with Elon Musk addressed to the U.S. Government?
9      A.  I don't recall.
10     Q.  Okay.  I will show you what we'll mark as
11 Exhibit 1, which is Bates-stamped OpenAI Musk 16768.
12         (Exhibit No. 1 marked.)
13     Q.  (By Ms. Schubert)  These are in reverse order
14 so you could read the bottom half first and then the top
15 half follows.  Just let me know when you're done.
16     A.  Got it.
17     Q.  Okay.  So I'll direct you to the bottom email
18 on Page 16769, which is from Sam Altman to you, dated
19 March 29th of 2015.
20         Do you see that?
21     A.  Yes, I do.
22     Q.  Does this refresh your recollection about Sam
23 Altman reaching out to you to join a letter to the U.S.
24 Government with Elon Musk?
25     A.  I mean, I see it, obviously this exchange.  But

33

1  I don't really recall this at all.
2      Q.  Okay.  Do you see where Sam describes AI as the
3  biggest risk to the continued existence of humanity?
4          MR. JURATA:  Objection to form.  The
5  document speaks for itself.
6      A.  Yeah.
7          MS. SCHUBERT:  I'm simply asking if he sees
8  that.
9      A.  Yeah, I see it.
10     Q.  (By Ms. Schubert)  Okay.  In -- from this
11 email, did you understand Altman and Elon to be
12 concerned about AI safety?
13     A.  Yeah, I mean, the words speak for themselves.
14 And I think my own -- I've always thought about safety
15 and quality as important considerations that need to
16 just be part of the engineering process.  I mean, it is
17 true for any software.
18         So I think I definitely don't fall into the
19 camp of AI safety as somehow any bigger issue than we
20 have in general with a lot of software products that are
21 not safe.
22     Q.  And looking to the very front of the document,
23 top email, on the page ending in 768, on Thursday,
24 April 16th, 2015, do you see your reply?
25     A.  This is the 5:57 p.m.?

34

1    Q.  Yes.
2    A.  Yes.
3    Q.  You expressed here that it was a premature call
4  for regulation?
5    A.  That is correct.
6    Q.  Did you believe at this time, in April of 2015,
7  that Microsoft could have benefitted from more AI
8  research?
9    A.  That's I think what I wrote here, is primarily
10  saying, this is a research problem, not a problem of
11  regulatory policy, and so thinking of what research
12  needs to be done, whether it's in the federal labs or
13  government or private sector.
14    Q.  And then you write:  Issue of human safety and
15  the control problem will become real issues.
16       Do you see that?
17    A.  Yes, I do.
18    Q.  When did you think AI safety or human safety
19  would become a real issue?
20    A.  In AI research and in computer science, there's
21  always been this what I describe or what I think of as
22  the theoretical risk of AI takeoff or self-improvement,
23  and so that's always been there in the literature of AI.
24       And so people have talked about it over the
25  decades at different times as a real safety issue.  And

35

1  so I felt back in 2015, as I even feel today, that it's
2  more important for us not to worry about some
3  eventuality, but to deal with the here and now, what are
4  we doing to advance the researcher on safety and also
5  making sure that the models that we deploy today are
6  going through all the safety practices that I think
7  are -- you know, things that are available to us.
8    Q.  Okay.  After this email, do you recall Sam
9  Altman reaching out to you again about the topic of AI?
10    A.  Again, I think I -- what I recall again is the
11  same time that Elon and Sam were doing more of the games
12  and reinforcement learning, and I think that's sort of
13  the first time at least I had even heard of OpenAI and
14  what they were doing, and I think that's where the Azure
15  credits came about.
16    Q.  Do you recall when you truly did first learn
17  about OpenAI?
18    A.  As I said, I think the substantial piece is
19  when they were doing reinforcement learning research,
20  and we were engaged.  That was the most concrete thing
21  that I remember.
22    Q.  Okay.  I'll show you another document, which
23  we'll label Exhibit 2.  And it's Bates-stamped MSFT Musk
24  044294.
25       (Exhibit No. 2 marked.)

36

1       MS. SCHUBERT:  And then we can also pull as
2  Exhibit 3 the document Bates-stamped 2024 Musk 011225.
3       (Exhibit No. 3 marked.)
4    Q.  (By Ms. Schubert)  Let me know when you've had
5  a chance to glance at those.  No need to read in great
6  detail the second document.
7       MR. JURATA:  Mr. Nadella, you should feel
8  free to take whatever time you need to familiarize
9  yourself with documents today.
10    Q.  (By Ms. Schubert)  Absolutely.
11    A.  Okay.  This is the same document twice.
12    Q.  Oh, there are two copies there by accident.
13  I'll take back one of those out of your way.  Thank you.
14    A.  Yes.
15    Q.  Okay.  Do you recall sending this email on
16  December 12th of 2015 to folks at Microsoft about the
17  foundation of OpenAI?
18    A.  I see it now, but I don't recall it.
19    Q.  In this email, you include a link to OpenAI's
20  launch announcement.
21       Do you see that?
22    A.  Yes, I do.
23    Q.  And right above that link, do you see where it
24  says:  OpenAI is a nonprofit artificial intelligence
25  group?

37

1    A.  I think that seems to be the -- pasted from the
2  link, yeah.
3    Q.  In your email in reference to that link, you
4  ask if Microsoft got called to participate.  Was that a
5  reference to participation in OpenAI's launch?
6       MR. JURATA:  Object to form.
7    A.  I think I am inferring that this is running on
8  AWS when they initially launched, or their API, if they
9  launched an API.  I can't tell.
10       So my point is, you know, the bindings, which
11  is API bindings is how the reference is to AWS, and I
12  was asking, hey, were we in the consideration set.
13    Q.  (By Ms. Schubert)  Why did you want to know if
14  Microsoft was in the consideration set for participating
15  in the launch of OpenAI?
16    A.  It goes --
17       MR. JURATA:  Objection to form.
18    A.  It goes back to the comments I made earlier,
19  which is, as a platform company and with Azure, it was
20  important for us to be, you know, competitive and
21  attractive to any developer, any company building any
22  product, and obviously we were competing with AWS.  So
23  that's the reason why I asked.
24    Q.  (By Ms. Schubert)  And you sent this to Harry
25  Shum.

38

1          Do you see that?
2     A.  I do.
3     Q.  What was his role at the time?
4     A.  Harry Shum at that time was the person leading
5  Microsoft Research, I think, at that time.  I forget now
6  exactly what his role there was.  But Harry Shum was
7  leading our Microsoft Research.
8     Q.  Why did you send this to him specifically?
9     A.  So he kind of, prior to Kevin Scott, was kind
10  of like the CTO role.  I mean, it's not called CTO, but
11  he was head of Microsoft Research.  And Joseph Sirosh is
12  the other person.  He was leading Azure ML service.
13     Q.  Okay.  Just so I'm clear on your testimony, was
14  it your understanding that OAI -- OpenAI, or OAI, I will
15  refer to it for brevity, was potentially developing its
16  AI research using AWS's platform?
17     A.  Yeah.  From this mail, at least it seems like I
18  was asking the question that -- this particular launch
19  seems to be on AWS, and I was asking, is it something
20  that we were called on.
21          And I know, through the history of OpenAI, it
22  also looks like they used AWS.  They definitely used
23  Google.  That much, I know.  So, yeah, they thought
24  about different platforms for different times.
25     Q.  Did you have a concern at this time that AWS

39

1  might have access to OpenAI's research in the AI space?
2     A.  This one is more -- again, as a platform
3  company, it's not about access to anything other than,
4  are they using our platform to build what they are
5  building.
6     Q.  Sure.
7          Also in your email you write:  I wonder how
8  they plan to open?
9          What did you mean by "open"?
10     A.  I -- I guess I was asking whether they want the
11  APIs everywhere or they had a deal with AWS.
12     Q.  Okay.  Is it safe to say that you have read the
13  link -- what's been posted in the LinkedIn, your email,
14  before sending this email?
15          MR. JURATA:  Object to form.
16     A.  I probably would have not.  I mean, at some
17  level, if I look at my skimming habits of news, I may
18  have read the headline.  And I don't think that a lot of
19  my at least news diet is about trying to just synthesize
20  at a high level what may be the content of it and then
21  try and get to the gist of what I care about, which is
22  in this case, here's a company that's being launched.
23  Is this company going to look at Azure as a platform.
24  That was more my most important thing.
25     Q.  (By Ms. Schubert)  So is your testimony that

40

1  you might have skimmed this document before sending the
2  link?
3     A.  I don't recall.
4     Q.  Okay.  Let's take a look at the linked article,
5  which is marked Exhibit 3.
6          Do you see at the top, in very tiny font, that
7  this is a December 11th, 2015, announcement titled:
8  Introducing OpenAI?
9     A.  I see it.  I see it.
10     Q.  And then if you look down beneath the graphic,
11  if you could just read closely that first paragraph if
12  you haven't yet.
13     A.  I see -- I read it.
14     Q.  Okay.  Do you see that OpenAI here describes
15  their goal as creating AI in a way likely to benefit
16  humanity, unconstrained by the need to generate a
17  financial return?
18     A.  I see it.
19     Q.  And if we go down to the bottom of the second
20  page, you see the header that says:  OpenAI?
21     A.  I see it.
22     Q.  And then in the very last paragraph is where
23  AWS is mentioned, right?
24     A.  In the last paragraph, you say?
25     Q.  Yes.  Under the OpenAI header.  It starts:

41

1  Sam, Greg, Elon, Reid Hoffman, Jessica Livingston?
2     A.  Yes, I see it.
3     Q.  And it continued that AWS are donating to
4  support OpenAI?
5     A.  I see it.
6     Q.  And your email mentions AWS, the involvement of
7  AWS, right?
8     A.  I do.
9     Q.  So that would have been from this potentially
10  last paragraph of the document?
11          MR. CULLERTON:  Object to form.
12          MR. JURATA:  And before the witness answers,
13  can we get a stipulation that an objection for one party
14  serves as an objection for both parties?
15          MS. SCHUBERT:  Sure.
16          MR. CULLERTON:  Thanks for that, Jay.  I'm
17  sure the court reporter will also be grateful.
18     A.  I'm sorry.  Can I get the question again?  What
19  was the --
20     Q.  (By Ms. Schubert)  Of course, yes.
21          Is -- AWS is first mentioned in this article in
22  the last paragraph of the document?
23     A.  Right.
24     Q.  Is that right?
25     A.  Right.  Correct.

42

1    Q. And do you have reason to believe that you
2  would have gotten information about AWS contributing to
3  OpenAI's launch from some other place, apart from this
4  last paragraph in the document?
5    A. Probably not, yeah. I mean, I'm assuming that
6  that's kind of where I must have looked at the initial
7  list, or it must -- you know, of people who are backing
8  the launch. And of all those names in there, the only
9  name that we would have cared about would have been AWS
10 since we were a platform competitor of AWS.
11   Q. Also listed here right above this paragraph are
12 Sam Altman and Elon Musk as OpenAI's cochairs.
13       Do you see that?
14   A. I don't see the titles.
15   Q. It's in the paragraph directly above AWS in the
16 very last sentence: OpenAI's cochairs are Sam Altman --
17   A. Oh, yeah, I see it.
18   Q. -- and Elon Musk.
19       And you knew both of them, right?
20   A. Yes.
21   Q. And did you also know Reid Hoffman in 2015?
22   A. Yes, I did.
23   Q. Would any of those names have been of interest
24 to you in reading this?
25   A. I mean, I knew Vishal. I may have known by

43

1  then Yoshua Bengio as well. But, yeah, I mean, all
2  these are big names and people I knew and respected,
3  yeah.
4    Q. And then if you go back up to the middle of the
5  page, do you see the header that says: Looking forward?
6    A. Yes.
7    Q. If you could just give that paragraph a read,
8  and let me know when you are done.
9    A. I see.
10   Q. Do you see the very last clause where it says:
11 It is equally hard to imagine how much it could damage
12 society if built or used incorrectly in reference to
13 human level AI?
14   A. I see it.
15   Q. This was just a few months after Altman and
16 Musk asked you to join that open letter on AI safety; is
17 that right?
18   A. I -- I have to verify the dates, but I will
19 take your word for that.
20   Q. And do you see this says "related to AI safety"
21 in the paragraph titled: Looking forward?
22       MR. CULLERTON: Object to form.
23       MR. JURATA: Object --
24   A. Yeah, as written, I think, yeah, it states that
25 AI safety is important.

44

1    Q. (By Ms. Schubert) Would you say that that was
2  one of the purposes of this company, to address AI
3  safety?
4        MR. JURATA: Object to form.
5    A. I think -- yeah, I think the mission that
6  OpenAI, as I've always understood it, has been about
7  creating technology that -- I think they talk about it
8  as benefitting humanity and doing it safely.
9        And, in fact, you know, it's pretty compatible
10 with -- when we talk about empowering people and
11 organizations all over the planet to achieve more as our
12 mission.
13       I have always internalized it as democratizing
14 technology, and doing it safely is sort of, in some
15 sense, the social permission, and any organization rests
16 on that.
17   Q. (By Ms. Schubert) And did you also understand
18 from this announcement that this was a nonprofit
19 organization?
20   A. Yes, I did.
21   Q. And it's clear from that -- is it clear to you
22 that OpenAI did not have shareholders?
23   A. Yeah, I did. Yeah.
24   Q. And so was it also clear to you that, instead
25 of profits, OpenAI's duty was to its stated mission?

45

1        MR. CULLERTON: Object to form.
2    A. Yeah. I mean, their mission -- the way the
3  OpenAI evolved is, they started as a nonprofit, and then
4  over time, they did create a for-profit entity in order
5  to, in fact, make progress on their mission because they
6  realized that financially it was not possible to just
7  raise donations, and because it was going to become much
8  more compute-intensive and so on. And so I think that's
9  the revolution as -- as a -- as a nonprofit.
10   Q. (By Ms. Schubert) Sure.
11       Focusing just on this early launch time period
12 of 2015 to 2016, it was clear to you that this was a
13 nonprofit organization; is that right?
14   A. Yeah.
15   Q. And also in this article, in the very last
16 paragraph, there's a statement of who donated to support
17 OpenAI up to $1 billion in total; is that right?
18   A. I read it, yeah.
19   Q. And you understood that -- and listed that you
20 knew many of the people and entities supporting that?
21   A. Yes.
22       MR. JURATA: Objection; misstates his prior
23 testimony.
24   Q. (By Ms. Schubert) Is that a fair
25 characterization?

54

1  recall supporting any other contributions to a nonprofit
2  at this great of an expected loss?
3      MR. CULLERTON:  Object to form.
4      A.  It's a pretty specific question.  I don't
5  have -- I'm sure we contribute compute.  We have an
6  entire program of contributing products and services at
7  massive discounts to nonprofits.  And so -- and then we
8  even plow the revenue in the margins.  We have an entire
9  program there, so we do a lot of it.
10     Q.  (By Ms. Schubert)  How do you balance those
11 contributions with your fiduciary duty to Microsoft
12 shareholders to ensure profitable return?
13     A.  You know, it's -- even in -- as a for-profit
14 company, we always believe that we earn the permission
15 to operate one community and one country at a time by
16 ensuring that we are meeting the broader needs of that
17 community and country.
18     And so whether it's in Seattle area or whether
19 it's in Jakarta, if all we think of is just the profit,
20 but not think of the broader impact, the far technology
21 and underserved communities around, you know, long term
22 that's not great for our shareholders because our
23 license to operate would not be there.
24     Q.  So there are limits to the amount of those
25 types of contributions Microsoft can make?

55

1      A.  At the end of the day, we are a for-profit
2  company, and so we have to, to your point about our
3  fiduciary responsibilities, to make the case to our
4  shareholders that the absolute maximizing of profit is
5  not the only way to go about it, that we have to be
6  mindful that sometimes supporting nonprofits is
7  important, discounting to certain segments that can't
8  pay retail price is important because that's I think the
9  way we maintain permission to operate.
10     Q.  Did you believe you could make the case to your
11 shareholders that a $15 million loss served the
12 fiduciary interest of Microsoft?
13     A.  This one would have been more around marketing.
14 The consideration here would have been -- you know,
15 platforms are formed by lead -- leading developers and
16 leading research organizations using your platform.  It
17 would be the same thing as a well-known university
18 research organization using Microsoft to advance
19 research.
20     So I would have thought about it more in those
21 realms, which is, you know, a branded university
22 research organization with OpenAI used it, yet we
23 made -- you know, we were losing money on an NPV basis,
24 but overall, by association, it created marketing
25 benefits.  That's a reasonable call.  There are limits

56

1  to it, but you can make those calls.
2      Q.  Okay.  If you could flip to the next page where
3  the title says, "Next steps."  And feel free to review
4  as much of it as you like.  I will focus on the bullet,
5  starting Partnership Momentum, about halfway down the
6  page.
7      A.  I have read it.
8      Q.  Okay.  Under the bullet titled Partnership
9  Momentum, do you see where it says:  On
10 OpenAI.com-sponsor listing in place of AWS?
11     A.  I see it.
12     Q.  Do you understand here -- what do you
13 understand that to mean?
14     A.  I'm assuming this is the same thing that we
15 talked about earlier in the mail you showed where they
16 were running on AWS and this would be about them
17 switching over from AWS to Azure.
18     Q.  Such that Microsoft would be listed as a
19 sponsor in place of AWS?
20     A.  That is correct.
21     Q.  At this time did you see OpenAI as a
22 high-profile AI research lab?
23     A.  Yeah.  I mean, with the people involved and --
24 yeah, they were -- yeah, there was -- I mean, I don't
25 think the profile of OpenAI today is way different than

57

1  what it was then, but, you know, it had great
2  researchers.
3      Q.  Who were the people involved that you believed
4  made OpenAI a high-profile AI research lab?
5      A.  I mean, primarily Ilya, at least my...
6      I have always thought of OpenAI as, you know,
7  obviously Elon and Sam and all of those people are
8  high-profile people but they're not researchers.  And so
9  the only person of high caliber there who had a great
10 reputation, of real seminal breakthroughs, was Ilya
11 Sutskever.
12     Q.  Did Elon and Sam contribute to your belief that
13 OpenAI was a high-profile organization?
14     A.  Their association with it meant a lot.  I mean,
15 in the sense that, you know, they were great at picking
16 great talent.
17     Q.  You've mentioned -- oh, you can put that
18 document aside.  And you've mentioned a few times
19 discussing OpenAI in the gaming context; isn't that
20 right?
21     A.  Yeah.  They used gaming as environments for
22 their research and reinforcement learning.
23     Q.  Do you recall Elon Musk reaching out to you in
24 around June 2017 about supporting OpenAI's gaming
25 efforts?

58

1      A.  I don't recall.
2      Q.  Do you recall OpenAI's involvement with a video
3  game entitled Dota?
4      A.  As I said, I think that's one of the first
5  things I think of when I think about their sort of work
6  on reinforcement learning.
7      Q.  The Dota game specifically?
8      A.  Yeah.
9      Q.  What do you understand that video game to be?
10     A.  I'm not a gamer.  And I think it's a Steam
11 game, if I'm not mistaken.
12     Q.  Do you recall that OpenAI was working on a bot
13 that could beat a human at Dota?
14     A.  That's right.  Yeah, that makes sense.
15     Q.  And that would show that AI could beat humans;
16 is that right?
17     A.  It's sort of a --
18         MR. CULLERTON:  Object to form.  Sorry.
19 Sorry.  Object to form.
20     A.  I mean, one of the things that -- that's why
21 gaming environments being closed words were a great sort
22 of, you know, environment to do reinforcement learning.
23 Right?
24         The objective function is clear.  The reward
25 function is clear.  And so that's sort of of what -- by

59

1  then I think -- I forget now when and what time frame
2  some of the breakthroughs on AlphaGo and so on happened,
3  but, you know, Demis was a game developer.  There's a
4  long history of AI developers who came out of using
5  games in environments, building AI bots in games, so
6  it's sort of a -- it's a given.
7      Q.  (By Ms. Schubert)  Do you recall that the Dota
8  project required a lot of compute?
9      A.  I would imagine.  Right?  Because they had to
10 both, you know, have compute infrastructure to run the
11 game and then to run AI in the game.
12     Q.  I will move to what we'll mark as Exhibit 5,
13 2024 Musk 669.
14         And while we're waiting on the document, do you
15 recall that OpenAI's bot actually did win Dota?
16     A.  I don't recall.
17     Q.  Okay.
18         (Exhibit No. 5 marked.)
19     Q.  (By Ms. Schubert)  Let me know when you have
20 reviewed this.
21     A.  I have.  Oh, maybe there's a second page.  Yep.
22     Q.  Does this refresh your recollection that
23 OpenAI's bot won Dota?
24     A.  Yeah.  I congratulated them, yeah, so I...
25     Q.  And on this email, do you see that there's an

60

1  email written by you to -- actually -- sorry.  Strike
2  that.
3         Do you see, copied on this email, Elon Musk,
4  Sam Altman, Greg Brockman, Ilya Sutskever, and Sam
5  Teller?
6      A.  Yes.
7      Q.  Did you know each of those individuals?
8      A.  I don't recall Sam Teller, but I know everyone
9  else.
10     Q.  Okay.  And do you see the email dated Friday,
11 August 11th, 2017, at 8:43 p.m. from Elon Musk on the
12 page ending in 669?
13     A.  8:43?
14     Q.  Correct.
15     A.  Yeah, I do.
16     Q.  Elon writes:  Indeed, much appreciated.  Will
17 make sure people know about Microsoft's help.
18     A.  Yes.
19     Q.  Does that refresh your recollection that
20 Microsoft supported OpenAI by offering compute for the
21 Dota game?
22     A.  Yes, I do.
23     Q.  Did Microsoft get attention for its role in the
24 Dota effort, if you recall?
25     A.  I don't recall.  But that would have been the

61

1  intent, is to get some platform PR for that OpenAI's
2  Dota to -- or sort of feat was achieved on Azure.
3      Q.  Microsoft didn't profit from that Dota win, did
4  it?
5      A.  Not by the Dota win.  But as I go back again,
6  as a platform company for us, when someone achieves
7  success on your platform, that's pretty important for
8  us.  And someone says they were able to make a great
9  product or win a competition and -- you know, it's
10 always a helpful thing.
11     Q.  Okay.  Do you recall whether you wanted to
12 reengage with another OpenAI deal for Microsoft right
13 after the Dota win?
14     A.  My -- I don't recall clearly.  I'm sure you
15 will give me some documents.  But I think the next phase
16 was the one that I think we passed on.  And so this was
17 the phase -- you know, first they were on AWS.  We then
18 got them to switch by giving them discounted compute.
19 They achieved this.  They had the next ask.  We passed.
20 They went to Google.  And so that's kind of how it kept
21 lobbying.
22     Q.  Do you recall why you passed in this next phase
23 after the Dota win?
24     A.  I mean, at some level for me, this goes back a
25 little bit to the comment I think I made earlier is, you

66

team?

A. Yes, I have seen that.

Q. Noting that: I know we have been on this road before?

A. Yes.

Q. Then if you could just read the next email up from Jason Zander, dated August 25th. It spans 156 to 157 of the document.

A. I have read Jason's email. Do you want me to read more or...?

Q. You read his email dated August 25th?

A. Yes.

Q. Okay. Then I will direct you to the next email in the chain, August 29th, in which he writes: Update.

A. Yeah, I have read that mail.

Q. In these two emails, what is Jason Zander analyzing at a high level?

MR. JURATA: Object to form.

A. Yeah, this is again consistent with the previous testimony, which is, I think we were trying to -- I mean, obviously they wanted the next phase of compute, and we were trying to understand from Jason and team and trying to grapple with the need for more compute and essentially the GM or the NPV analysis and the cost-benefit piece. And fundamentally, that's the

67

struggle in the mails.

Q. (By Ms. Schubert) By "GM," do you mean gross margin?

A. Gross margin, yeah.

Q. In his August 29th email, do you see where Jason Zander writes that: The deal would cost us $150 million negative loss?

A. Yeah.

Q. And he calls that a non-starter.

Do you see that?

A. I see that.

Q. Did you agree that $150 million loss was a non-starter for Microsoft at this time?

A. Yeah. I think at this entire thing -- and that's where I think we passed on this, and then they went to Google, because we didn't see the marketing benefits to be sufficient enough for us to justify the type of investment we were being asked to make.

Q. This discussion is about Microsoft's business goals, right?

A. Yes, they are.

Q. And is it fair to say that these numbers are past the point of giving back to the community in the way that one of your donations might?

A. You know, we may have even given to other

68

organizations and so on even larger sums. I think in this context, you know, each one of these things is a decision you make independently. And I think our overall idea was that just donating to OpenAI, given their research angle, was not something that made sense to us at that time.

Q. Okay. Then if you go to the next page of this document with the Bates stamp 155, do you see the email from Brett Tanzer on January 10th of 2018, which is several months after Jason Zander's email?

A. I see it.

Q. If you could just read that email which spans back on to 156 as well.

MR. JURATA: Ms. Schubert, while Mr. Nadella is reading that, I'm going to designate this transcript as highly confidential attorneys' eyes only.

MS. SCHUBERT: What's the basis for that designation?

MR. JURATA: We're getting into testimony regarding Microsoft's internal decision-making processes.

MS. SCHUBERT: Okay. Assuming that, by the end, you still think that designation is appropriate for the full transcript, we're happy to look at it or maybe that certain portions we'd ask you to designate as --

69

MR. JURATA: I'm going to designate the entire transcript.

MS. SCHUBERT: Okay.

MR. JURATA: At some point afterwards, we will go through it to see if portions of it could be downgraded.

MS. SCHUBERT: Okay.

MR. JURATA: But we will initially designate the entire transcript as highly confidential, attorneys' eyes only, unless we get to forward-looking business strategy, at which point I may make that designation as well.

MS. SCHUBERT: Okay. Understood. We'll reserve our rights.

A. Okay. I have read this mail.

Q. (By Ms. Schubert) Okay. Do you notice, at the beginning of the email, Brett Tanzer describes that you are nearing ██████████████████████?

A. Yes, I do.

Q. And then he indicates that he will be advising OpenAI that Microsoft will not ██████████████ ████████████████████ right?

A. Yes, I do.

Q. You respond on the top of Page 155, on January 10th. If you could just read your response.

90

1    to what the name "OpenAI" meant?
2            MR. CULLERTON:  Object to form.  At what
3    time?
4        A.  I think that the -- I've always thought that
5    their intent was to be about open source and open access
6    and just be more of a democratizing force in AI versus
7    what Google represented at that time as a big tech
8    company that is vertically integrated with all of the --
9    the secrets and closed source.
10       Q.  (By Ms. Schubert)  In this email, looking back
11   in the next sentence, Kevin Scott writes:  That would be
12   good competitive insurance.
13           What do you understand by that phrase reading
14   this email?
15       A.  It's -- it's the point I was making about, you
16   know, I think all of us at this point and to date
17   continue to think that Google has got a lot of
18   capability and a lot of talent and a lot of -- you know,
19   a lot of ways so that they can essentially go game, set,
20   match.  And so that will always be the concern for all
21   of us who are competing with Google.
22       Q.  Why would open source technology make it more
23   appealing for Microsoft to fund -- did you agree with
24   his statement that it might be worth funding if the
25   technology was open source?

91

1        A.  Yeah, I mean, to us -- to some degree, as a
2    platform company that was not trying to vertically
3    integrate everything, and as we were watching Google
4    vertically integrate everything, having more access to
5    models, to AI systems, was always going to be a better
6    structural world for us.
7        Q.  Is it better if you have access that is access
8    to public research than access through private
9    licensing?
10       A.  I mean, from Microsoft's standpoint, we want to
11   be competitive, and there are two ways for us to be
12   competitive.  One is, if there is a lot of open source,
13   you know, and that open source runs well on Azure and we
14   can use that open source in our products, that's one
15   way, or for us to have equal and functionality that
16   Google has that we have access to.
17       Q.  If OpenAI's technology was open source, did you
18   understand whether Microsoft would have access no matter
19   how much or how little it donated to OpenAI?
20           MR. CULLERTON:  Objection; calls for
21   speculation.
22       A.  If it is truly open source and the license was
23   unrestricted, then yes.  But, you know, that was --
24   yeah, I mean, we love open source.  In fact, we're the
25   largest contributor to open source, including Linux.

92

1            And so, yes, I think we would always sort of --
2    I always say that, whenever possible, contribute to open
3    source and thereby earn the right to benefit from open
4    source.
5            And then sometimes it doesn't make economic
6    sense to participate in open source and you have to do
7    closed source, and that's a different set of analytics.
8        Q.  (By Ms. Schubert)  In the last two lines of
9    this email, Kevin writes:  I wonder if the big OpenAI
10   donors are aware of these plans?  Ideologically, I can't
11   imagine that they funded an open effort to concentrate
12   ML talent so they could then go build a closed
13   for-profit thing on its back.
14           Do you see that?
15       A.  I see that.
16       Q.  Who were the big OpenAI donors, to your
17   knowledge, at this time of March 2018?
18       A.  I -- I mean, I think, in one of the previous --
19   in the launch email, you had the list of the donors.
20       Q.  Was that still your understanding of the
21   primary donors in March of 2018?
22       A.  I -- I didn't keep specific track on who were
23   all additional people, but broadly I knew that obviously
24   Elon was associated, Sam was associated, Reid Hoffman
25   was associated.

93

1        Q.  And Kevin notes that the funders of OpenAI
2    expected its technology would be open source and not for
3    profit.
4            Did you agree with that statement -- do you
5    agree with that statement, that the funders expected
6    that its technology would be open source and not for
7    profit?
8            MR. JURATA:  Object to form;
9    mischaracterizes what the document says.
10       A.  I didn't -- like, I think the challenge, as you
11   can see with all the previous email exchanges, is that
12   this was becoming pretty capital-intensive and
13   compute-intensive.
14           And at least our 2019 deal came about when the
15   OpenAI nonprofit, to further their mission, you know,
16   recognized the need to create a subsidiary that they
17   controlled, which was a commercial entity.  That, I
18   think, was the foundational piece that allowed us to
19   even do our deal.
20       Q.  (By Ms. Schubert)  Kevin expresses a concern
21   that the big funders might have an idealogical issue
22   with their contributions being used to build a
23   for-profit.
24           Did you share that concern?
25           MR. JURATA:  Object; form.  Mischaracterizes

94

1  the document.
2          MS. SCHUBERT:  Counsel, we don't need the
3  tone.
4      A.  I -- I don't know -- you know, I can't speak
5  for Kevin and what he's saying here.  But I thought -- I
6  think that the nonprofit board of OpenAI gets to make
7  the decision on what's the best way for them to realize
8  their mission.
9          And so, therefore, they, you know, always my
10 expectation is, hey, if you really need to raise lots of
11 money in order to build a lot of compute, then you need
12 to create some vehicle which is a for-profit vehicle.
13 And so, to me, it screams very logical reasoning in
14 terms of what they were doing.
15     Q.  (By Ms. Schubert)  Do you recall ever relaying
16 Kevin's big questions to Sam Altman?
17     A.  I don't recall.
18     Q.  Do you recall ever expressing the concerns laid
19 out here to Sam Altman?
20          MR. CULLERTON:  Object to form.
21          MR. JURATA:  Object to form.
22     A.  I don't recall.
23     Q.  (By Ms. Schubert)  In March of 2018, did you
24 enter into any deals with OpenAI, to your recollection?
25     A.  March of 2018?  I don't -- I think our big deal

95

1  was in 2019, if I'm not mistaken.
2      Q.  Are you aware of whether anyone visited
3  OpenAI's offices after these email exchanges?
4      A.  I don't recall.
5          MR. CULLERTON:  (Inaudible.)
6          THE COURT REPORTER:  I'm sorry.  Did you
7  object?
8          MR. CULLERTON:  I did object.  Vague as to
9  time period, but...
10         MS. SCHUBERT:  Offer these emails.
11     Q.  (By Ms. Schubert)  Did you become aware that
12 Kevin Scott visited OpenAI's offices in 2018?
13     A.  I don't recall.
14     Q.  Do you recall Bill Gates ever visiting OpenAI's
15 offices?
16     A.  I don't recall.
17     Q.  Did you know where OpenAI's offices were housed
18 in 2018?
19     A.  I actually don't.
20     Q.  I'm going to show you what we'll mark as
21 Exhibit 8, with Bates stamp MSFT Musk 01290.
22         Okay.  Strike that, please.
23         Do you recall ever discussing OpenAI with Bill
24 Gates?
25     A.  Discussing OpenAI with Bill Gates?

96

1      Q.  Correct.
2      A.  Yes.
3      Q.  When?
4      A.  I don't recall.  I think Bill Gates was still
5  on our board when we did the 2019 deal, and so therefore
6  I'm sure in that context would have been the first time
7  maybe when we discussed.
8      Q.  Do you recall what his opinion on OpenAI was in
9  those early discussions?
10     A.  It was a very divided opinion.  I think the big
11 debate was, you know, for us, whether we should -- this
12 is more in the context of 2019.  Until 2019, it was
13 just, you know, we were a platform provider and, you
14 know, we did what we did.
15         And then when we made our first big investment
16 after they had created the capped profit entity to
17 further their mission and all of that, that was a big
18 decision for us because we were going to put a lot of
19 capital in, which was going to be very risky.  And also,
20 as I said, massive opportunity costs by concentrating
21 all of our compute resource on this partnership.
22         So the fundamental debate internally was why do
23 this versus just fund ourselves and fund our own
24 research teams that would have loved to have the same
25 compute.  And so that debate was the debate probably we

97

1  had.  And Bill was a much more stronger voice on wanting
2  us to just do our own.
3      Q.  Do you recall, in late 2018 or before the 2019
4  deal, discussing OpenAI with Kevin Scott?
5      A.  You know, in the mails, you know, through the
6  various stages of partnering with OpenAI, Kevin was
7  obviously involved in all of those phases.
8      Q.  Do you recall, before the 2019 deal, whether
9  Kevin Scott was a proponent of investing in OpenAI?
10     A.  Yeah.  In 2019, Kevin was definitely in favor
11 of investing in OpenAI.
12     Q.  Do you remember if he articulated to you why he
13 was in favor of investing in OpenAI in 2019?
14     A.  Yeah, I mean, I don't know if there's a
15 specific document -- if there is, I'm sure you will show
16 it to me.  But between Kevin and me, the conclusion we
17 came to was that, given the change in research
18 direction -- when I say "research direction," they were
19 getting more focused on transformers, these GPT class of
20 models -- this idea that we can make progress in text in
21 natural language, all of that appealed a lot more to me
22 and Kevin, and I relied on his technical judgment on
23 that as well.
24         And so that's what led me to really the
25 decision to invest in 2019.

98

1    Q.  Do you recall if Kevin had viewed the GPT
2  models himself before the deal in 2019?
3    A.  Viewed?  Sorry?
4    Q.  Had he gotten a demonstration of any sort of
5  the GPT models, if you recall?
6    A.  I don't recall specifically, but I'm sure, you
7  know, we were tracking the various models, and he may
8  have had some demos of what they were working on.
9          MS. SCHUBERT:  I would like to now mark
10  Exhibit 8 with a document Bates-stamped MSFT Musk 0993.
11          (Exhibit No. 8 marked.)
12    A.  Got it.  I have read it.
13    Q.  (By Ms. Schubert)  Okay.  In this email, do you
14  see that Kevin Scott explains he spent four hours with
15  Sam and a couple members of the OpenAI team?
16    A.  I read it, yeah.
17    Q.  And he references Project Duvall.  Do you
18  recall what Project Duvall is?
19    A.  Yeah, yeah.  It's not a lost memory.  It's -- I
20  think it was our -- some kind of a hardware -- it was
21  our AI training system project.
22    Q.  Whose project?
23    A.  Microsoft's.
24    Q.  And in this email, Kevin Scott reports that
25  there will be a new board for OpenAI.

99

1        Do you see that?
2    A.  I see that.
3    Q.  And he states that Reid Hoffman is joining it.
4  Do you remember Reid Hoffman joining the OpenAI board?
5    A.  Yeah, I remember that.
6    Q.  In 2018, what was Reid Hoffman's role with or
7  connection to Microsoft?
8    A.  He was on our board.
9    Q.  Do you know how he came to be -- do you know
10  how he came to join the OpenAI board?
11    A.  I don't know.  But I'm assuming he was one of
12  the donors to OpenAI.
13    Q.  Did you speak with him about joining the OpenAI
14  board?
15    A.  I did not.
16    Q.  In terms of the new corporate structure, Kevin
17  notes that returns will be capped.
18        Did you understand the new structure to be a
19  capped for-profit structure?
20    A.  Yeah.  For sure, by the time we did the 2019
21  deal, that was when we had to get comfortable with all
22  the constructs of this new capped profit entity that was
23  controlled by a nonprofit and what it meant, because
24  there is no such thing as a traditional shareholder
25  right.  So you kind of had these, whatever, the TRAs.

100

1  So, yes, we had to get comfortable with essentially
2  investing in this entity in 2019.
3    Q.  What was the entity, as you understood it, in
4  2019?
5    A.  So it's a -- it's a nonprofit company -- board
6  that controls OpenAI, and OpenAI has a capped profit
7  entity.  And the capped profit entity can have
8  investors, and those investors have return rights, but
9  they are very long-term oriented.  And so, yes, that's
10  kind of what the basic structure is.
11    Q.  In No. 3 in Kevin's Scott's email, the very
12  last sentence says:  If they ever get to 500 B, for
13  billion, in returns, the balance over that goes directly
14  to the 501(c)(3).
15    A.  That's right.
16    Q.  Back in 2018, did you expect OpenAI to make
17  over 500 billion in returns?
18    A.  Yeah.  I mean, in 2018 or 2019, you know, we
19  were not -- we were taking a much more strategic view
20  that this is -- this is a research organization, a
21  nonprofit organization with a research arm that had come
22  up with this novel way to generate profits that were
23  capped, and that this is not going to be a traditional
24  type of investment, that, as long as we were patient, we
25  could get benefits of just learning.

101

1        And so that's why we constructed the
2  partnership to have all these elements.  It was not
3  about just the return on the -- on the investment, but
4  it had IP.  It had revenue share.  It had use of Azure.
5  And then that allowed us to fund them with the compute
6  they needed.
7    Q.  Okay.  Who, if you recall, came up with the
8  500 billion figure noted here?
9    A.  I have no idea.  I'm assuming he's recalling or
10  he's sort of talking about something that he learned
11  from OpenAI, I'm assuming.
12    Q.  It's okay.  I won't ask you to assume.
13        In 2018, how long would you have expected it to
14  take OpenAI to get to 500 billion in returns?
15    A.  In 2018?
16    Q.  Correct.
17    A.  I don't know whether I really seriously thought
18  about it in 2018.  But what I can tell you what we
19  thought about it when we put our billion dollars in 2019
20  is that it just felt so far-fetched that there would be
21  a return.
22        So that's why I felt most of the investment was
23  made, and that's why there was robust debate even in our
24  board about, you know, is this, you know, crazy for us
25  to be taking this kind of risk and not doing it on our

102

1  own.
2         And so, yes, I don't think we expected any of
3  the things that obviously OpenAI has achieved now to be
4  achievable, quite frankly, in the time frame that we're
5  now talking about.
6     Q.  He also mentions in Paragraph 3 monetizing
7  OpenAI IP.
8         What do you understand monetizing OpenAI IP to
9  mean?
10    A.  Can I read it again?
11    Q.  Of course.
12    A.  In Paragraph 3?
13    Q.  Yes.  It's about the third sentence, the Fund
14  LLC.
15    A.  I think this is the point about creating this
16  entity that is some form of a for-profit entity that can
17  then license the IP, monetize the IP.
18    Q.  What does it mean to monetize IP?
19    A.  To be able to sell it and recognize revenue out
20  of it in order to, obviously, further their mission.  I
21  mean, that's sort of the logic, was, they realized that,
22  in order for them to continue to fund their research and
23  compete against Google, they needed to generate revenue.
24  In order to generate revenue, they needed a for-profit
25  entity and raise capital.

103

1     Q.  Under No. 4, Kevin Scott writes:  In fact, they
2  are so interested in working with us that Sam is asking
3  whether they can invest capital to help us go faster.
4         Did you know why OpenAI was so interested in
5  working with Microsoft?
6     A.  I think that this is in reference to this
7  Project Duvall, which was the AI system we were building
8  at that time.  And so I think the dialogue that Kevin
9  would have had with them is whether they should use
10  Duvall and we should accelerate Duvall.
11    Q.  Did you know whether at this time OpenAI had
12  approached any of the other cloud providers with an
13  offer to invest in their new structure?
14    A.  I think so.  It was generally accepted, because
15  after all, you know, they were constantly moving between
16  AWS to Azure to GCP.  They had relationships with all
17  the hyperscale cloud providers.  And so, therefore, I'm
18  sure -- I mean, I was always fully expecting them to get
19  the best partner and the best deal.
20    Q.  Did Sam Altman discuss the possibility of this
21  restructuring with you before it happened?
22    A.  No.  He did not discuss, you know, what they
23  were doing to restructure, but at some point in 2019,
24  when we did the deal, that's when I think we all had to
25  sort of educate ourselves on what this entity was.

104

1     Q.  Did you ever tell OpenAI that they needed to
2  restructure in order for Microsoft to invest?
3     A.  No.
4     Q.  Did you suggest any conditions to OpenAI on
5  which Microsoft would reinvest in 2019?
6         MR. CULLERTON:  Object to form.
7     A.  I don't think we went and made suggestions.  I
8  think they came to us in different times with different
9  constructs of what a deal could look like.
10    Q.  (By Ms. Schubert)  Under the new structure with
11  the capped profits, did you learn whether OpenAI's past
12  donors would have their donations converted into some
13  sort of stake in the new for-profit entity?
14    A.  I am not technically sort of in the detail of
15  exactly what converted and what didn't convert.
16  Actually, I'm not really -- I don't understand exactly
17  what happened mechanically there as to who donated in
18  what form and in what donations got converted into this
19  for profit.  Was it a second raise or was it the first
20  one?  I don't know.
21    Q.  Did Kevin Scott ever reiterate his concern to
22  you -- strike that.
23        Did Kevin Scott ever raise to you again his
24  note that OpenAI was building a for-profit on the
25  nonprofit's back?

105

1         MR. JURATA:  Objection to form;
2  mischaracterizes the document.
3     A.  I don't recall any conversations with Kevin or
4  in general at Microsoft, because the way to me is, it is
5  more the responsibility of the OpenAI board to do what
6  is obviously in the interest of their mission.
7         And so it is pretty opaque to me and us on
8  their restructuring and creating entities.  So we only
9  started working with them on our investment in 2019
10  based on the structure they created.
11    Q.  (By Ms. Schubert)  When did you decide that
12  Microsoft should move ahead with the investment in
13  OpenAI in 2019?
14    A.  You are asking for a date or...?
15    Q.  An approximation, if you have one.
16    A.  I don't.  But I'm sure that there are documents
17  on -- on it.  But I don't have the date.  But it was in
18  2019.
19    Q.  Do you recall there being a specific moment
20  that you thought it was the right decision?
21    A.  Yeah.  I mean, we had a board because this is a
22  board-approved investment.
23    Q.  Who led the negotiations of the 2019 deal from
24  the Microsoft side?
25    A.  I think -- I mean, there were several players

118

1  data from GitHub.  And we were going to use it in GitHub
2  Copilot.
3        And of course, you know, people debated whether
4  that was something that Microsoft should allow.  But as
5  I said, in all these partnerships over, you know, the
6  duration of the partnership, you have to show
7  flexibility to ensure that there's a win-win in the
8  spirit of things.
9        Q.  Do you recall whether Microsoft had a share of
10 revenue that would come from Codex?
11       A.  Yeah, we had an overall construct.  Now, I
12 specifically, yeah, this is in 2021, so I think in 2019,
13 we had the same construct that anything that we had rev
14 shares back to them on certain things, they had rev
15 shares back to us on certain things.  So yes.
16       Q.  When you were considering this 2019 investment
17 in OpenAI, what assets did you know the nonprofit
18 organization to have?
19       A.  The -- the simple sort of framework I have --
20 had is, nonprofit controls is the only, you know, entity
21 that has no cap.  Right?  So ultimately everybody else
22 has capped returns and even the for-profit, nonprofit
23 has uncapped and is the controller.  Like everybody else
24 has no votes and nothing.  They just have investment
25 rights, I guess.

119

1        And so the asset they have is pretty much all
2  of OpenAI, with a set of investors with capped profits.
3        Q.  Before the restructuring in 2019, what did
4  you -- what assets did you understand the nonprofit to
5  have?
6        A.  Before they created the for-profit entity?
7        Q.  Exactly.  I can ask it a different way as well.
8        A.  Yes, please.
9        Q.  Did you view OpenAI's IP as an asset?
10       MR. CULLERTON:  Object to form.
11       A.  OpenAI's IP is an asset that needs constant
12 nourishment.  It's a -- it's an asset that depreciates
13 in value if you don't invest in its upkeep in a
14 significant way.  Right?
15       I mean, that's kind of the fundamental
16 challenge in here, is, it's not an asset if you can't
17 invest tomorrow more significantly than you did
18 yesterday.  And that's the foundational challenge.
19 Right?  This is not like creating -- one fixed cost
20 creates a product, and after that, it just keeps
21 generating revenue.
22       This entire thing is pretty capital-intensive.
23 It's optics-intensive, to keep the researchers and what
24 have you.  And so, yes, it's an asset at a point in
25 time, but it's only good if you can continue to

120

1  reinvest.
2        Q.  (By Ms. Schubert)  And in 2019, before the
3  restructuring, did you understand whether OpenAI owned
4  that asset of its IP?
5        MR. CULLERTON:  Object to form.
6        A.  I mean, yes, it is an open -- and it remained
7  even an OpenAI asset even after.  Right?  So the
8  nonprofit controls the for-profit.
9        Q.  (By Ms. Schubert)  Okay.  I will show you a
10 document that we'll mark Exhibit 10, with the Bates
11 stamp MSFT Musk 83907.
12       (Exhibit No. 10 marked.)
13       Q.  (By Ms. Schubert)  This is entitled:  Microsoft
14 memo to board of directors, dated June of 2019,
15 regarding the investment in OpenAI's LP.
16       It is a lengthy document.  For right now, I
17 only intend to ask you about the charts that are on
18 Page 192 or Bates stamp 83910.  Of course, you may read
19 as much as you would like.
20       A.  I'm sorry.  The Page 192 and the -- just the
21 pictures?
22       Q.  Yes.
23       A.  Okay.
24       Q.  Here.
25       A.  Yeah.  And you want me to just focus on the

121

1  pictures?
2        Q.  Read that, yes.
3        MR. JURATA:  But as Ms. Schubert told you,
4  Mr. Nadella, if you need to review other parts of the
5  document, you should feel free to do so.
6        A.  Got it.
7        Q.  (By Ms. Schubert)  Okay.  Looking at this
8  chart, at the bottom half of the page, on the left-hand
9  side, there's a column titled:  Limited partner
10 category.
11       And the first row beneath that, it says:  Open
12 NP.
13       Do you see that?
14       A.  Yes.
15       Q.  Do you understand open NP to be open not for
16 profit?
17       A.  That's right.
18       Q.  OpenAI not for profit?
19       A.  Uh-huh.
20       Q.  And there's an asterisk with a footnote that
21 says:  Note, this contribution was in the form of assets
22 regarding the $50 million contribution made by open NP.
23       A.  Yes.
24       Q.  Do you see that?
25       A.  I see that.

122

1    Q. Did you know what those assets were?
2    A. I'm assuming it's that -- you know, the IP
3 that's the starting point to all of this, and that's the
4 reason why they have the return multiple -- the existing
5 investors and open NP have, you know, the return
6 multiple of 100 X.
7    Q. Did you also consider OpenAI's employees to be
8 an asset to OpenAI, the nonprofit?
9    A. Yeah. I mean, I think in some sense, you know,
10 the way I have always thought about employees -- I don't
11 know whether in this construct it's the same thing or
12 not, but, yeah, I mean, you need the employees in order
13 to keep your asset healthy.
14    Q. Okay. Have OpenAI employees played a role in
15 helping Microsoft develop commercial products?
16    A. Open --
17       MR. JURATA: Object to form.
18    A. You asked about OpenAI employees.
19    Q. (By Ms. Schubert) Yes. Have OpenAI employees
20 played a role in helping Microsoft develop commercial
21 products?
22    A. I mean, OpenAI work for OpenAI, and they are
23 developing OpenAI IP. And then we, as a partner, work
24 with them as a partner company to build our products.
25 So that's the partnership. Right? So they are doing

123

1 what is in the interest of OpenAI and the contractual
2 obligations OpenAI has.
3    Q. So certainly, OpenAI employees have played a
4 role in Microsoft developing the products that use
5 OpenAI's IP?
6       MR. JURATA: Object to form;
7 mischaracterizes prior testimony.
8    A. I think OpenAI's employees are building OpenAI
9 IP that we then get to use, and then we have rights to
10 that IP. So that's what I was characterizing, because I
11 just want to be clear that OpenAI employees are not
12 working on Microsoft products. OpenAI employees are
13 working on OpenAI products that we use to build
14 Microsoft products.
15    Q. (By Ms. Schubert) I do understand that, and
16 thank you for the clarification.
17       I don't mean to suggest that OpenAI employees
18 are building Microsoft products, but rather, is it
19 accurate that there were 20 Microsoft employees working
20 at OpenAI embedded at the organization for a period of
21 time?
22    A. Oh, so that's a -- that's different. This is
23 Microsoft employees.
24    Q. I have a new question, which is --
25    A. Oh, okay.

124

1    Q. -- are you aware that there were 20 Microsoft
2 employees allotted to work at OpenAI alongside OpenAI
3 employees?
4    A. Yes. So we had a system of an embedded
5 engineer that is where Microsoft employees -- because,
6 as part of our IP partnership, right, it's one thing to
7 get cold, but it's also about the know-how.
8       And so in order to ensure that there's
9 knowledge transfer and that know-how, we have embedded
10 engineers, and these embedded engineers -- you know, the
11 program has gone through multiple changes over time and
12 adjusted it. We're also working on real projects for
13 OpenAI because that's the best way to learn.
14    Q. In the course of that embedded relationship,
15 did OpenAI employees assist Microsoft employees in
16 learning how to develop Microsoft products?
17    A. They -- they would have assisted in mostly
18 learning about OpenAI IP, which then these engineers
19 would know how to parlay into Microsoft products.
20    Q. So they could better incorporate OpenAI's IP --
21    A. Correct.
22    Q. -- into Microsoft products?
23    A. That's right.
24    Q. And looking at it today, would you say that
25 Microsoft has yet benefitted financially from products

125

1 created with OpenAI's IP?
2    A. Very much so. I mean, I think one of the
3 reasons why this partnership has been successful is
4 that -- is that we have been able to build successful
5 products.
6       OpenAI, obviously, has built successful
7 products. And we were able to sustain our investments
8 while at the same time being flexible of our OpenAI as
9 they have grown, you know, in their own product set to
10 be able to do what they need to do.
11    Q. Can you also say today that Microsoft has
12 benefitted financially from your partnership with
13 OpenAI?
14    A. I mean, our entire -- we -- we were the biggest
15 invest. I think, even to date, we are the biggest
16 investor in OpenAI, as far as capital in. And as I
17 said, from our vantage point or if you put yourself in
18 our shoes, we took a massive risk of concentrating our
19 scarce resource, compute, and putting real money into an
20 entity that was unproven. And, yes, it has worked well
21 for us, but it has worked super well for OpenAI.
22    Q. Before entering into the 2019 deal, did
23 Microsoft do due diligence on OpenAI?
24    A. I'm sure, you know, our corporate team and what
25 have you would have done due diligence.

126

1  Q. Have you reviewed OpenAI's certificate of
2  incorporation?
3  A. I have not personally.
4  Q. Have you reviewed OpenAI's bylaws?
5  A. I have not personally.
6  Q. Have you reviewed OpenAI's charter?
7  A. I haven't.
8  Q. Okay. I would like to just show you those
9  documents. So I'm going to mark as Exhibit 11 a
10 document ending in MSFT Musk 36519. And I will also
11 mark and hand you Exhibit 12, MSFT Musk 36394.
12     (Exhibit Nos. 11-12 marked.)
13 Q. (By Ms. Schubert) We'll tackle the shorter
14 document first, which is actually marked Exhibit 12.
15 And I'm only going to ask you about the first OpenAI
16 charter, but take your time with the document as you
17 wish.
18     MR. JURATA: Just to confirm, Ms. Schubert,
19 you're going -- you want to ask him questions about a
20 document that he's testified he hasn't seen before?
21     MS. SCHUBERT: Correct.
22     MR. JURATA: Okay.
23 A. Okay.
24 Q. (By Ms. Schubert) In reading the mission
25 stated under the section called OpenAI Charter, do you

127

1  view this as consistent with what you understand
2  OpenAI's mission to be?
3  A. Yeah, I do.
4  Q. And then looking at the other document, which
5  is Exhibit 11, this is quite lengthy. I'm going to
6  focus on the page ending in 539, which is the
7  Certificate of Incorporation. So if you can turn to the
8  page with 539 in the Bates stamp.
9  A. Yeah.
10 Q. It's just a one-pager, so if you want to let me
11 know when you have read that, please.
12 A. Okay.
13 Q. I will direct you to the language in the
14 paragraph starting "Third" about halfway down. Do you
15 see where it says: The resulting technology will
16 benefit the public, and the corporation will seek to
17 open source technology for the public benefit when
18 applicable. The corporation is not organized for the
19 private gain of any person.
20 A. I read it.
21 Q. Do you see that?
22 A. Yeah.
23 Q. And in looking down at the section starting
24 with "Fifth," do you see the second sentence where it
25 starts: No part of the net income or assets of this

128

1  corporation shall ever inure to the benefit of any
2  director, officer or member thereof or to the benefit of
3  any private person?
4  A. I see that.
5  Q. Were you aware that OpenAI's cofounders agreed
6  that none of OpenAI's income or assets should benefit
7  any private person?
8      MR. CULLERTON: Objection to the form.
9  A. I was not aware of any -- I mean, I knew that
10 they were a nonprofit, and that was the extent, and so
11 they were subject to all the nonprofit obligations. And
12 so that's sort of how I thought about it. And -- and as
13 I said, the nonprofit board created a for-profit or
14 capped profit entity, which is what allowed us to
15 participate without investments.
16 Q. (By Ms. Schubert) Did you view that as a
17 workaround?
18     MR. JURATA: Object to form.
19 A. Not as a workaround. I think, first of all,
20 that's a question for the nonprofit board, because I
21 think fundamentally our understanding in all of the
22 discussion we had even today is that, in order for them
23 to pursue their mission, they needed a mechanism to
24 raise capital. And in order to raise capital beyond
25 just donations and when the numbers became big, they

129

1  needed to create a mechanism that allowed.
2      And from what I understand is, a for-profit
3  having a nonprofit -- a nonprofit having a capped profit
4  or a for-profit company in which they are investors is a
5  structure that is used in many places, and so that's
6  kind of what I think they did.
7  Q. (By Ms. Schubert) They transferred their
8  OpenAI's assets to the for-profit entity before the 2019
9  deal; is that right?
10     MR. JURATA: Object to form.
11 A. They didn't just transfer. They still have a
12 lot of the returns from this for-profit entity going
13 back to the nonprofit's benefit. If I think about even
14 what we just or at least contemplating doing with the
15 MOU in 2025, at some level I'm proud that Microsoft
16 somehow has contributed to the two largest nonprofits in
17 the world, right, the Gates Foundation and the OpenAI
18 nonprofit, because if it all goes through at their
19 current valuations, this is going to be one -- if not
20 the largest, the second largest nonprofit in the world.
21 Q. (By Ms. Schubert) OpenAI's assets have
22 benefitted private corporations at this point, right?
23     MR. CULLERTON: Object to the form.
24     MR. JURATA: Yeah.
25 A. The OpenAI's assets were contributed to a

226

1  know, type of thing.  But other than that, I don't think
2  I engaged much on that.
3      Q.  Okay.  You mentioned that either you or Sam,
4  more likely Sam, came up with the idea from Microsoft to
5  hire him and others from OpenAI?
6      A.  Yeah.  I mean, the basic construct was what's
7  the best way to continue pushing forward.  What we were
8  already working on was to, quote/unquote, have
9  Microsoft, now as the partner, also have the same, you
10  know, talent that was there on OpenAI site come partner
11  with OpenAI.  So I was trying to put it together in
12  haste, and so that was the idea.
13      Q.  Did you think that hiring OpenAI's punitively
14  departing employees would be competitive with OpenAI?
15      A.  Yeah.  So this is -- you know, it's a good
16  principle question to me, but I felt that that was the
17  only way I could support OpenAI, because the worst
18  outcome would have been all these people leave and they
19  go to our competition.  Whereas here, I am partnered
20  with OpenAI, and I wanted to put the partnership back
21  with the talent instead of why everybody deserting
22  OpenAI.
23          So it was not -- in a world of bad choices,
24  that was definitely not my preferred thing.  My
25  preferred thing is that actually the OpenAI, under

227

1  either the new CEO, can stabilize.  That would have been
2  fine.  I come in on Friday night.
3          If everybody, other than two or three people
4  leaving, Mira was in control, and the board had
5  explained to their employees there was no petition, it
6  would have been a very different world.
7      Q.  Okay.  Moving back to your statement, which is
8  Exhibit 22, I will direct you to Paragraph 40.  You
9  start Paragraph 40 by saying:  By Saturday morning, the
10  nonprofit board seemed to have a change of heart and
11  were asking Mr. Altman to return.  I had a brief call
12  with Mr. Altman, Ms. Murati, and Mr. D'Angelo around
13  10 a.m.
14          Do you recall how you learned that the board
15  had seemed to have a change of heart?
16      A.  It's a little sketchy at this point exactly
17  what was happening, but obviously they were in dialogue
18  with Sam.
19      Q.  Uh-huh.
20      A.  And I'm assuming this is -- by then the
21  petition must have come out or was in the works or it
22  was -- Mira herself I think probably texted me, saying
23  that she had lost confidence in the board.  So I knew
24  something was wrong by Saturday morning.
25      Q.  Okay.  And then in this section, you enumerate

228

1  a number of times when you reach out to Mr. D'Angelo, at
2  least three or four times; is that right?
3      A.  That is correct.
4      Q.  Do you know approximately how many times you
5  reached out to Mr. D'Angelo between Friday and Sunday of
6  that weekend?
7      A.  Yeah.  I don't have the detail, but all the
8  texts I saw are in the binder.  I'm happy to look at
9  those.
10      Q.  No, that's okay.
11      A.  Yeah.
12      Q.  Is that the -- to your best knowledge, the
13  complete universe of outreach that you had with
14  Mr. D'Angelo?
15      A.  Yeah.  Yeah.  So it was mostly trying to get
16  hold of -- like, I mean, just to get a status.  And I
17  think they were all trying to have conversations as a
18  board as to what to do.  And so, yes.
19      Q.  Why did you continue to reach out to
20  Mr. D'Angelo?
21      A.  Just to understand, why are they sticking with
22  Mira.  Mira herself is saying that she wants the board
23  to resign, or are they actually engaging in the
24  conversation to bring Sam back?  Is that what they were
25  going to do?  So just to understand, like, what their

229

1  plan was.
2      Q.  You were also pressuring him to move quickly,
3  right?
4      A.  Yeah, because I wanted come Monday morning to
5  be able to have some answers, as I said, for our
6  customers and the markets.
7      Q.  Were you concerned about market open on Monday
8  with this still unresolved?
9      A.  Yeah.  I mean, I had to do something by Monday
10  morning.  And so that's definitely what was on my mind.
11      Q.  At this time, were you advocating to Adam
12  D'Angelo what you thought should specifically happen to
13  resolve the situation at OpenAI?
14      A.  Not -- you know, at some level, they were not
15  really sort of soliciting my input on what should
16  happen.  But what I was mostly stressing on is pick a
17  path and then advocate for that path, get on the front
18  foot with the path, communicate with your own employees.
19          And so that was the main thing that I was
20  trying to communicate, because by the -- sort of the end
21  of the weekend, it was real chaos, right, because even
22  the interim CEO didn't want to be a CEO.
23      Q.  Did you reach out to Helen Toner over the
24  weekend?
25      A.  I think so.  I think I tried to text both Tasha

230

and Helen, and I don't think they responded back, if
I -- if my memory serves me right. And maybe I had the
wrong numbers or whatever, but I think I tried to reach
out to them, but...

Q. Why did you try to reach out to them?

A. Just to, again, make sure that, if they needed
to communicate something, your point about not
consistently candid or what have you. Right? I was
just trying to just again --

Q. Right.

A. -- mostly be available to them if they thought
that it's worth talking to me.

Q. Were you also in contact with -- who else from
OpenAI were you in contact with on Saturday, to the best
of your recollection?

A. I think on Saturday, I don't think I was in
contact with anybody else than the people we talked
about.

Q. You were in contact with Sam Altman on
Saturday?

A. Yeah.

Q. What was discussed with him at that point, if
you recall?

A. I think, you know, it went through the entire
weekend if I recall moments where he thought, yep, it's

231

going to just happen where he's going to be reinstated
or he's going to come back. There was this famous
photograph of him reentering the OpenAI buildings. It
was just high drama of all that kind.

Q. And at some point you learned that OpenAI was
considering a new board; is that right?

A. That's right. That's right.

Q. Did you support that?

A. Yeah, I mean, I think that it was mostly
expanding if I remember right. I think the idea was to
add a bunch of new board members, just as a way to bring
a good set of new voices and sterilize.

That -- that -- that was -- I forget right now
whether they wanted to remove board members or mostly
add board members, but I thought the thing was, hey,
let's have ten board members because I think they had
come down to two or three independent board members
since the idea was to add board members.

Q. Looking at Paragraph 41 of your statement at
the bottom of Page 13 of the statement, Mr. D'Angelo
responded to say that they were looking into some board
candidates, I responded, urging him to move forward
quickly and suggested some obvious names which I knew
Mr. Altman had already floated. And then you list some
of those individuals. When had Sam Altman floated those

232

names?

A. I think there was a thread, if I'm not
mistaken, with Brett, Adam, and me, in which, you know,
Sam was giving names. We were giving names. At one
point Kevin Scott, I don't know, I forget, it was
multiple threads where people were throwing out a bunch
of names for ultimately recognizing that the only people
who could decide on all of this was the board members of
OpenAI.

Q. Why was Sam Altman's list of names your
starting point for sharing with Mr. D'Angelo?

MR. CULLERTON: Object to form.

A. It was not as much Sam Altman. Even Sam was
trying to pick names that were not just Sam's people,
but fundamentally people that could help the board. I
think that was the spirit of it.

Like, the way I thought about it was, I was not
taking Sam's list and forwarding, hey, these are names
you should consider if you want a board that has a
couple of different voices that interests can be
represented. I think ███████ because I think he was an
investor in OpenAI.

Anyway, so that was the idea, is to just get
some good professional board members. Like Brett Taylor
was another example. I think Brett was someone they

233

were talking to that is the OpenAI board independently.

Q. Sam knew all the people on the list you
provided, right?

MR. JURATA: Objection; form.

Q. (By Ms. Schubert) Did Sam express to you that
he knew everybody on the list provided?

A. I -- I don't know, but, you know, Sam obviously
is a pretty well connected guy, and at least from all
these Silicon Valley folks, so I would assume he knew
most of these names, yeah.

Q. Did he express concern about having new board
members that he didn't know at OpenAI?

A. I don't -- at least I didn't talk to him about
that.

Q. Okay. In Paragraph 42, you mention that
competitors were raiding talent from OpenAI.

How did you know about talent raids?

A. Just, you know, from, you know, talking to
Kevin. I think the call -- I think I know for a fact
that Greg himself shared -- this is Brockman -- that
Sergey reached out to him. So I think that, you know,
there were people running around, calling everybody.

Q. And were you concerned that loss of talent
could hurt OpenAI's ability to perform?

A. Yeah.

234

1    Q. And then that, of course, could impact
2  profitization?
3    A. That's right.
4    Q. Did it occur to you that the nonprofit was
5  taking their time for a reason?
6    A. Yeah.  I mean, I had no issues with the
7  nonprofit doing whatever they needed -- I mean, the
8  board obviously doing whatever is in the interest of
9  OpenAI.
10      I think the most important thing for -- I would
11  imagine even for them is the company exist Monday
12  morning unless they decided that, you know, we want to
13  shut it down.
14      So that's kind of -- I just wanted mostly them
15  to be clear, what is it that they're trying to do.  And
16  if you want to retain your employees, then you need to
17  figure out how to earn their trust back by having either
18  a CEO or advocating for a CEO being in the front lines
19  of it.
20      And so, I mean, at the end of the day, as I
21  said earlier, I was going to, no matter what, support
22  OpenAI with whomever the CEO was and whatever state it
23  was going to be.
24      I was mostly trying to get clarity on, come
25  Monday morning, what do you want me to say?  Because I

235

1  think Emmett Shear was also the guy who they introduced
2  on Sunday night as the next CEO.  And so I issued a
3  statement even there and said, great, we'll support
4  Emmett Shear.
5    Q. But OpenAI didn't have that same Wall Street
6  Monday morning ticker clock, did it?
7    A. It's not -- as I said, it's not -- you know,
8  Wall Street I think is just a -- it's not the biggest
9  issue.  It's not even for me.  It's the customers.
10  Right?
11      So the point is, there were customers calling.
12  And in fact, even during the weekend, people were moving
13  off of Open- -- in fact, OpenAI endpoint to Azure OpenAI
14  endpoint.
15      So it was all about really ensuring that the
16  customers who were running businesses that are using
17  these APIs, if they felt like all this was just all
18  going to disappear, they would just, like, they would
19  have to move or we have to be truthful.  Like, we can't
20  say if some material impact was going to happen.  So I
21  think that that was more of my concern.
22    Q. And there came a time when you tried to give a
23  deadline to the OpenAI board of 10 a.m. on Sunday
24  morning.  Do you recall that?
25    A. Maybe.  Just so that I could get some clarity

236

1  on what they wanted to do.
2    Q. Do you remember who you communicated that
3  10 a.m. Sunday morning deadline to?
4    A. Adam, must be.
5    Q. Okay.  We know that the board did not resolve
6  the situation by 10 a.m. on Sunday, right?
7    A. Yeah.
8    Q. I would like to show you what we'll mark as
9  Exhibit 24.
10      THE COURT REPORTER:  Can we go off the
11  record, please?
12      MS. SCHUBERT:  Sure.
13      THE VIDEOGRAPHER:  The time is 4:11 p.m.  We
14  are going off the record.
15      (Recess was taken from 4:11 p.m. to
16      4:25 p.m.)
17      THE VIDEOGRAPHER:  The time is 4:25 p.m.
18  We're back on the record.
19    Q. (By Ms. Schubert)  Mr. Nadella, I'm handing to
20  you what we'll mark as Exhibit 24 with Bates stamp
21  OpenAI Musk 27413.
22      (Exhibit No. 24 marked.)
23    Q. (By Ms. Schubert)  This is the text chain that
24  is between you and Sam Altman.  I'm going to ask about
25  the bottom of it, but you're welcome of course to read

237

1  the whole thing.
2    A. Okay.
3    Q. Okay.  You see this message you sent towards
4  the bottom that is in the morning of November 19th,
5  which is a Sunday at this point?
6    A. Yep.
7    Q. What is the new subsidiary that you're
8  referencing?
9    A. I think that this is when we were trying to
10  figure out if we were going to stand up essentially a
11  new AI lab, what's the best way to get that set up
12  because I think one of the challenges we were trying
13  to -- because I think it was becoming abundantly clear
14  that is not just to hire Sam and Greg and five people.
15  It is like a mass exodus of folks.
16      So I think at that point, we were trying to
17  figure out what's the way to create what structure, and
18  so I think we were, quite frankly, just trashing around
19  and trying to come up with a solution.
20    Q. Sure.  And this says:  We would have the new
21  subsidiary opened on Monday.  We did all the legal work
22  today.
23      So this plan was sort of well in the works as
24  you've described?
25      MR. JURATA:  Objection to form;

238

1  mischaracterizes testimony.
2          MR. CULLERTON:  Object to form.
3          MR. JURATA:  And the document.
4      A.  Yeah, the only thing I'd say is, when you said
5  well on the works, I think we were trying to react over
6  the weekend and create something so that on Monday
7  morning, if a bunch of employees had to leave, they left
8  to a company that was, you know, part of at least
9  Microsoft.
10     Q.  (By Ms. Schubert)  Did you make an agreement to
11 match the salaries of any employees leaving OpenAI?
12     A.  Yeah.  So I think that that was the other thing
13 that we were trying to figure out is what's the
14 continuity, what do we do about all their equity.  There
15 is unrest there, so those are all things we were trying
16 to deal with.
17         I mean, essentially what was happening was
18 competition was coming and saying, hey, we'll take your
19 unvested equity and we'll match it and hire you.  So the
20 way I said it is, like, let's just take what the
21 competition is doing and just sort of use that and match
22 it.
23     Q.  And did Microsoft do calculations about what
24 that would cost?
25     A.  Yeah, I think this is where I'm sure you have

239

1  documents on all of that.  I think there was a lot of
2  work being done in parallel on what would that cost and
3  what would that all mean, yes.
4      Q.  And does the figure of about 25 billion to
5  acquire the OpenAI employee vehicle sound right to you?
6      A.  I don't have it in front of me, but it does
7  sound kind of about right.
8      Q.  Okay.  And now we'll move to what we'll mark as
9  Exhibit 25, which is 2024 Musk 13912.
10         Do you recall giving an interview with Kara
11 Swisher on November 21st of 2023?
12     A.  Yeah.  Vaguely.
13         (Exhibit No. 25 marked.)
14     Q.  (By Ms. Schubert)  I'm going to hand you what I
15 understand to be a transcript of that interview.  And
16 I'll direct you to the bottom of the Bates stamp that
17 ends in 914.
18         Starting about in the middle of the page, you
19 say:  All through the weekend I quite frankly didn't
20 engage with the OpenAI board.
21         And then I'll direct you to the last paragraph
22 as well.
23     A.  You want me to read the -- all through the
24 weekend thing or just the last paragraph?
25     Q.  The very last paragraph, but you may need the

240

1  one above it for context.
2          She asks:  And where does that stand because
3  you have invested, is it 13 billion?
4      A.  Yeah.
5          MR. JURATA:  And, Mr. Nadella, don't feel
6  limited to just that paragraph above that for context.
7          THE WITNESS:  Yeah.
8      A.  Yeah.
9      Q.  (By Ms. Schubert)  You say:  This thing it's
10 not hands off, right, we are in there, we are below
11 them, above them, around them.
12         As of November 21st, how exactly were you
13 below, above, and around OpenAI?
14     A.  Yeah.  So what I was trying -- you know, if you
15 sort of take that and the previous paragraph, again,
16 going back to my main concern was, how do I, you know,
17 talk to my customers, saying, like, we got it, in the
18 sense that we know how to have continuity of service
19 and, quite frankly, continuity of innovation, because
20 that was the key message that any customer would need to
21 hear, and we needed to have that.
22         And we have this.  Right?  Which is the cloud
23 infrastructure is all Azure.  We -- you know, so all of
24 OpenAI runs on Azure, you know.  And the good news here
25 was, we have Azure OpenAI, which was sort of where we

241

1  have the full IP.  We stand up the endpoints.  It was
2  not even -- not a single engineer from OpenAI is
3  involved in that.  So we had that full control.
4          And then we do all the kernel and the inference
5  optimization, and we have the know-how.  We build
6  applications on top.  We have the tooling around it.  So
7  the main point I was trying to use in this interview as
8  a mechanism is to reassure our customers that, you know,
9  come Monday morning, you know, we will be there one way
10 or the other with OpenAI and whatever happens to have
11 the service continue and the innovation continue.
12     Q.  Were you informing the public that you were
13 still in control of this situation?
14     A.  Yeah.  And mainly to say -- because I think the
15 media -- and quite honestly, the amount of media
16 attention to this particular event was unprecedented.
17 It stunned me as well how much interest there was on
18 what was happening.
19         And so that's why I felt it was more important
20 for us -- and our calls from our customers were also,
21 you know, pretty frantic, and so we just wanted to make
22 sure we communicated correctly.
23     Q.  Just to be clear that this was November 21st,
24 which was actually a Tuesday in the timeline to orient
25 you, does that impact your view of what message you were

270

1           MS. SCHUBERT:  Object to form; outside of
2  the scope.
3       A.  I'm not familiar with any of the litigations
4  there.
5       Q.  (By Mr. Jurata)  Okay.  And I'm not asking you
6  about the details of the litigation.  Are you just aware
7  that there was litigation between --
8           MS. SCHUBERT:  Asked and answered.  Sorry.
9       Q.  (By Mr. Jurata)  -- Mr. Musk and OpenAI and
10  Mr. Altman?
11           MS. SCHUBERT:  Asked and answered.
12       A.  I'm not.
13       Q.  (By Mr. Jurata)  Okay.  That's fine.
14           Between the time of OpenAI's founding and
15  today, in any of your communications with Mr. Altman,
16  did he ever indicate that there was an agreement between
17  OpenAI and Mr. Musk that would prevent Microsoft's
18  investment and strategic partnership with OpenAI?
19           MS. SCHUBERT:  Object to form.
20       A.  No.
21       Q.  (By Mr. Jurata)  Okay.  And in any of your
22  discussions with Mr. Altman, did he communicate to you
23  that there was any type of agreement between him
24  personally and Mr. Musk that would prevent Microsoft's
25  strategic partnership with the OpenAI for-profit

271

1  subsidiary?
2       A.  No.
3           MS. SCHUBERT:  Object to form.
4       Q.  (By Mr. Jurata)  In any of your discussions
5  with Mr. Altman, did he indicate to you that there were
6  any restrictions associated with financial contributions
7  that Mr. Musk had made to the not-for-profit?
8       A.  No.
9       Q.  In any of your discussions with Mr. Altman, did
10  he represent that there were any commitments amongst the
11  founders as to what the concept of "open" meant in the
12  name OpenAI?
13           MS. SCHUBERT:  Object to form.
14       A.  I don't recall any conversations on -- on any
15  of that.  If anything, I think the explanation, which
16  also again made sense to me, is the reason after a
17  certain threshold for safety reasons, the OpenAI board
18  decided to close source OpenAI models, and I think that
19  that's the stance that they have taken, and as I said,
20  they have now come back to doing some of the open source
21  models.  But I understand, again, that it's much more
22  mission aligned for them to do what they are doing.
23       Q.  (By Mr. Jurata)  Thank you.
24           And in any of your discussions with Mr. Altman,
25  did he indicate that there were any commitments amongst

272

1  the founders as to whether or not to open source
2  OpenAI's technology?
3           MS. SCHUBERT:  Object to form.
4       A.  Not that I'm aware of.
5       Q.  (By Mr. Jurata)  Have you spoken with anyone at
6  OpenAI, other than Mr. Altman, concerning Microsoft's
7  strategic partnership with OpenAI's for-profit
8  subsidiary?
9       A.  Say that again, sir.
10       Q.  Yeah, that was a bad question.
11           Excluding the weekend of November 2023, which I
12  believe we're referring to as the blip, is there anyone
13  else at OpenAI who you would talk about concerning
14  Microsoft's strategic partnership with the for-profit
15  subsidiary?
16           MS. SCHUBERT:  Object to form.
17       A.  No.  I think the principal person that I've
18  talked to is Sam.
19       Q.  (By Mr. Jurata)  I believe you also testified
20  earlier today, Mr. Nadella, that you've had some
21  conversations with Mr. Musk?
22       A.  Yeah, I'm definitely in touch with Elon, yeah.
23       Q.  And between the time of OpenAI's founding to
24  today, approximately how often do you communicate with
25  Mr. Musk?

273

1       A.  Yeah.  It's pretty infrequent.  And since the
2  OpenAI founding, maybe five or six times in different
3  contexts but never actually about -- other than the
4  first phase in what the 2016 when we were doing the
5  Dota 2 competition and Azure credits, all my
6  conversations with Elon are about gaming or about
7  Windows or about SpaceX and Tesla and Teams usage, or
8  lately it's all about X.AI.
9       Q.  In any of those discussions, did Mr. Musk
10  communicate to you that there was any agreement between
11  OpenAI and Mr. Musk that would prevent Microsoft's
12  strategic partnership with the for-profit subsidiary?
13           MS. SCHUBERT:  Object to form.
14       A.  I have not heard anything from Elon about that.
15       Q.  (By Mr. Jurata)  In any of your discussions
16  with Mr. Musk, did he communicate to you that there was
17  any agreement between Mr. Altman personally and Mr. Musk
18  that would prevent Microsoft's strategic partnership
19  with the for-profit subsidiary?
20           MS. SCHUBERT:  Object to form.
21       A.  No.
22       Q.  (By Mr. Jurata)  In any of your discussions
23  with Mr. Musk, did he communicate to you that there were
24  any restrictions associated with financial contributions
25  he may have made to the not-for-profit?