# EXHIBIT 10
# PUBLIC REDACTED VERSION

# OpenAI on Azure Big Compute

Overview, Recommendations and Models

MICROSOFT CONFIDENTIAL

# OpenAI Overview

- OpenAI is a non-profit artificial intelligence research company. Their goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return.

- Elon Musk (founder of Tesla) and Sam Altman (President of YCombinator) are founders and co-chairs of OpenAI. Additionally backed by Peter Thiel and Reid Hoffman.

- Currently create their models, algorithms and cutting edge research on AWS as part of a deal that provides them $50M in GPU compute for $10M in committed funds. Deal is coming for renewal on 9th September 2016 at $10M/60M in equivalent compute.

- First research organization in the world with access to NVIDIA's DGX-1 (Supercomputer in a box) offering with Pascal GPUs with additional 10k Maxwell GPUs donated.

- Satya approached Sam with the desire to work closer together given our focus on AI. AWS garners a lot of mindshare currently from OpenAI (**https://openai.com/blog/infrastructure-for-deep-learning/** )

# Benefits to Microsoft

- **Thought Leadership:** Unique opportunity for MS Corp to attach and support high profile, non profit organization driving innovation in the AI segment- Not many deals or opportunities like this
- **Momentum:** Announce the partnership at Ignite & get momentum ███████████████ – *their release is imminent*
- **Driving Azure Usage:**
    - "Halo effect" for upcoming GPUs launch via partnership with cutting edge technology company and thought leaders in the Deep Learning Space.
    - Enable Azure to recruit net-new audience of *next generation of developers & start-ups*
    - Accelerate our **development of DL in Azure** by having OpenAI develop their latest tools, algorithms & libraries **on Azure** and *accelerate the virtuous cycle of CNTK development*
    - Drive *increased bursting usage* from the DL community by attaching to the DGX 1 Device that Nvidia provides
    - **Grow algorithmic usage of Tensor Flow and Café in our solutions** – We'd have immediate customers
- **Attached Azure Revenue:** Generate pull through revenue for additional services in Azure herby creating a **"Better together"** story for deep learning solutions in Azure.
    - Standard compute for infrastructure based services such as web servers as part of the Deep Learning architecture
    - Strong Interest in Azure Batch for their deployment & scheduling DNN jobs across GPU based nodes
    - Azure Storage for storage of their input data, models

# Deal Ask

- Their ask ███████████████████████████████████████
  ██████ :

  - █ year deal worth the equivalent of ████████████████ Compute
  - Pay ███████████████████████████████████
  - Commit to ████████████████████████████████████████

- *LTV model implies* ████████████████████████████████████████

# LTV model

- Modeling implies
- We would **need to believe the**

**Key Assumptions**



# Next steps

- **Today -** Get approval on ▮▮▮▮▮▮▮ so we can negotiate remaining terms
- **From A2N to Close** – Nail the details – Target 9/9 but we have a little room if we are aligned on price
    - **Consumption Ramp/ Transition**
        - **They anticipate a** ▮▮▮▮▮▮▮▮▮; we will need to asses ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ note: ½ of current cluster can be made available in 2-3 weeks—currently used for dev validation)
        - **Ring-fence some preview capacity** for customer without impacting other preview customers;
        - They have flexibility on the SLA; and their consumption is peaky.  **We'd seek to accelerate build-out of GPU Compute clusters for this scenario**
    - **Partnership Momentum**
        - On OpenAI.com – Sponsor listing (in place of AWS); CNTK Shout out in OpenAI Gym
        - At **Ignite –** ***Proposal being figured out***
        - **Agreed to contribute and evangelize CNTK** as part of a hosting deal- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        - PM Team to engage and catch additional leads as part of engagement  – ***Need a program developed here***
- **Long Term Product Roadmap Impacts**– *Discussion on 9/12 at TDC*
    - **Nail the DL Long term hardware innovation strategy and roadmap -** *partnership with CSI, ABC, and CNTK teams*
        - What are our concrete plans beyond P40 GPU-   FPGA, ASIC?
        - May need ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    - **Accelerate Batch adoption via rich Accelerator, Orchestration,  and Job Management Capabilities**

MICROSOFT CONFIDENTIAL

# Appendix

# Scenarios to achieve break-even (growth, price, utilization)

**Scenarios**





MICROSOFT CONFIDENTIAL

# COGS models to identify LTV

- Standard Costs

- Capacity Costs only

# Assumptions

- **Costs assumptions**

- **Financial Model**

# CNTK LTV comparison

**Based on commitment for usage across the years we would** ██████████████████████████

 Standard Costs ████████████████████████████

████████████████████████████████████████████████████████████████