# EXHIBIT 12
# PUBLIC REDACTED VERSION

| | |
|---|---|
| **From:** | Elon Musk |
| **To:** | Satya Nadella |
| **Cc:** | Sam Altman; Greg Brockman; Ilya Sutskever; Sam Altman; Sam Teller |
| **Subject:** | Re: Congrats |
| **Date:** | Friday, August 11, 2017 8:43:15 PM |

Indeed, much appreciated. Will make sure people know about Microsoft's help.

On Aug 11, 2017, at 7:34 PM, Sam Altman <████████████> wrote:

> thank you satya! we really appreciate the partnership with you guys.
>
> On Fri, Aug 11, 2017 at 7:32 PM Satya Nadella <████████████> wrote:
>
>> Just wanted to pass on my Congrats on the win today!
>>
>> Satya
>>
>> Sent from Mail for Windows 10

Confidential
2024MUSK-0000669

| | |
|---|---|
| **From:** | Greg Brockman |
| **To:** | Satya Nadella |
| **Cc:** | Elon Musk; Ilya Sutskever; Sam Altman |
| **Subject:** | Re: Congrats |
| **Date:** | Friday, August 11, 2017 7:55:59 PM |

Thank you. Used quite a lot of Azure to make it happen :).

- gdb


On Fri, Aug 11, 2017 at 7:33 PM, Sam Altman <███> wrote:
> thank you satya! we really appreciate the partnership with you guys.
>
> On Fri, Aug 11, 2017 at 7:32 PM Satya Nadella <███> wrote:
>>
>> Just wanted to pass on my Congrats on the win today!
>>
>>
>> Satya
>>
>>
>>
>> Sent from Mail for Windows 10
>>
>>

| | |
|---|---|
| **From:** | Sam Altman |
| **To:** | Elon Musk; Greg Brockman; Ilya Sutskever; Sam Altman; Satya Nadella |
| **Subject:** | Re: Congrats |
| **Date:** | Friday, August 11, 2017 7:34:32 PM |

thank you satya! we really appreciate the partnership with you guys.

On Fri, Aug 11, 2017 at 7:32 PM Satya Nadella <​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

> Just wanted to pass on my Congrats on the win today!

> Satya

> Sent from Mail for Windows 10

Confidential