# EXHIBIT 19
# PUBLIC REDACTED VERSION

Message

| | |
|---|---|
| **From**: | Kevin Scott (CTO) [■■■■■■■■■■■■■■] |
| **Sent**: | 3/19/2018 7:26:13 PM |
| **To**: | Brett Tanzer [■■■■■■■■■■■■■]  Harry Shum [■■■■■■■■■■■ |
| **CC**: | Jason Zander [■■■■■■■■■■■■■■]  Corey Sanders [■■■■■■■■■■■■■■■■■]  Eric Horvitz [■■■■■■■■■■■■■■■■] |
| **Subject**: | Re: Summary of Meeting with Open AI on AGI |

Folks,

  I had a chance to debrief Satya and to do a non-trivial bit of note-comparing with Reid Hoffman.  To very briefly summarize their pitch again:

1.     They believe that they have a 5-year path to realizing an artificial general intelligence.

2.     They believe that the primary constraint to their ability to achieve AGI is compute.

3.     They believe that we will continue to see an annual 10x improvement in training performance for at least the next 5 years.

4.     They believe that within 5 years, given these performance improvements that a data-center-scale machine with specialized training silicon will have sufficient compute capacity to train an AGI model.

5.     They believe that they will be able to train their AGI using a simulation environment.

6.     The believe that ~$5B will give them the ability to pursue both the software and hardware infrastructure that they need to build said data-center-scale machine and realize AGI.  Part of these funds would be used, potentially, to buy a silicon startup to help bootstrap their hardware program.

7.     They believe that there are a bunch of intermediate milestones that will be interesting, e.g., in MRC.

We had a couple of things that we asked Sam for: 1) to share additional thinking they have about the topology of the training graph they anticipate using in their multi-agent RL environment; and 2) to help us understand a bit more about how they think they are going to be able to evolve an AGI through simulation.

I'm going to reach out to Sam this week to see how we could best get some of our questions answered.  We most certainly don't have enough right now to say whether or not we'd like to be part of the consortium that Sam is building.  (And if we did, figuring out the terms of a partnership, IMO, will be quite challenging.)

-K

---

**From:** Brett Tanzer
**Sent:** Monday, March 19, 2018 9:34 AM
**To:** Harry Shum; Kevin Scott
**Cc:** Jason Zander; Corey Sanders
**Subject:** RE: Summary of Meeting with Open AI on AGI

Hi Harry,

Sam said he was going to try and meet with you when he is back here in Redmond for other discussions on the 23rd so perhaps that is in the works.  Re their machine generated language work, they are working on a solution to generate language that matches the speech of the user – they only showed a light weight sample and did not dive in details

Kevin, any thoughts on next steps from your PoV?   They are looking for a deep partnership or MS to be member of a consortium here. IMHO This is one where we will need AiR or Corp to be a sponsor given the potential costs and alignment.

brettt

**From:** Harry Shum
**Sent:** Monday, March 19, 2018 9:26 AM
**To:** Brett Tanzer <████████████████>    Kevin Scott <████████████████>
**Cc:** Jason Zander <████████████████>    Corey Sanders <████████████████>
**Subject:** RE: Summary of Meeting with Open AI on AGI

Brett,

I bumped to Sam at the lobby of 34 right before I left for Suncadia on Tue. I don't see any meeting with Sam on the 23rd. Perhaps Kevin?

I did have a chance to talk to Reid for 20 mins at Suncadia, but not specifically on OpenAI.

I missed the meeting on Tue. What is their machine generated language work?

Harry

**From:** Brett Tanzer
**Sent:** Monday, March 19, 2018 8:31 AM
**To:** Kevin Scott <████████████████>    Harry Shum <████████████████>
**Cc:** Jason Zander <████████████████>    Corey Sanders <████████████████>
**Subject:** Fwd: Summary of Meeting with Open AI on AGI

Any guidance on how you want to engage on next steps.  Harry, Sam mentioned he's seeing you on the 23rd, and that he spent time  with Reed who gave encouraging feedback.

Was curious if this came up in Suncadia,and whether there was more discussion on moving forward here

Brett

---

**From:** Brett Tanzer
**Sent:** Wednesday, March 14, 2018 4:35:35 PM
**To:** Satya Nadella; Doug Burger; Kevin Scott; Marc Tremblay; Jason Zander; Corey Sanders; Henry Sanders; Mike Neil; Jason Graefe; Joseph Sirosh; Harry Shum; Nagraj Kashyap; Peggy Johnson; Kevin Scott; Scott Guthrie; Eric Horvitz; Umesh Madan; Douglas Carmean
**Subject:** Summary of Meeting with Open AI on AGI

We had a good conversation with Sam Altman and the Open AI Engineers yesterday.  Below is the concise summary - thanks all for the notes!

OpenAI has realized that in order to realize the vision and promise of Artificial Generalized Intelligence (AGI), they need a massive amount of compute and they are not going to be able to raise the capital they need as an NPO; they have already gotten sponsorship from AWS, then Azure, and now Google is on deck.

They have decided to create a commercial venture, current thinking is that it will still be controlled by the NPO, and invite in a consortium or single partner to invest.  They estimate that they will need from $5-10B of compute over the next 3-4 years, much of the capital is needed in years 3-4 vs early on.

- They have a recipe in mind to breakthrough on AGI that they describe as: One AI Learning Algorithm + Burst of Hardware Speedup + Competitive Multi Agent Training Environment
  - They use a mix of reinforcement and deep learning approaches
  - They are transitioning from single agent to multiple agent approaches in the next phase of their Dota2 research which aims to have 5 bots defeat 5 humans (5v5)
  - They claim to have figured out *The Algorithm* that allows an AI to automatically learn from their environment, they would not discuss in detail what the algorithm was or what was differentiated about it.
- They discussed some of their current work and outlined a few next steps in their research
  - They showed impressive samples of their work, including machine generated language , a robotic hand solving a Rubik's cube, and bots learning in multiplayer agent games with various reward structures.
  - Looking ahead they are investing in:
    - Robotics – Continue to make progress on transfer learning, Focused on Sim2Real for both perception and control
    - Dota – Massive Multi Agent Play and learning
    - Language – Focus on Understanding and Language Generation
    - Safety – They have the largest team on the planet focused on Governance, and AGI Safety
    - Theorem proving and reasoning are areas of current investigation
- They asserted clearly their position that the realization of AGI is blocked behind lack of compute resources dedicated to the task
  - By their analysis it will take ~$10^{15}$ usable flops to perform a single experiment that approximates the functioning of a human brain and ~$10^{20}$ to achieve usable AGI
  - An exaflop computer/Architecture can run a brain-scale model 1,000x real-time, 1 week runtime on an exaflop architecture = 2 decades of learned experience for a human
- We had brief discussions on the challenges of their proposed deal model throughout the meeting
  - The need for strict governance, and ensuring that shortcuts which do more harm than good are not taken was a consistent theme- It will be faster to get there if we don't care about the harmful effects of some of these techniques so we have to ensure the motivation and incentives are correct to ensure the right behavior.
  - We need clarity around who decision makers are in a consortium
  - In the end we agreed that it was feasible, but it would be challenging with multiple parties
- The topic of custom hardware came up several times
  - Sam and team are exploring with Graphcore and several startups, and believe that no major silicon provider has exactly what they need from a performance and capability perspective, but some of the startups were closer
  - The notion of a broadly connected fabric of compute that enables them to vary the ratio of Accelerators to core processors was attractive to them
  - We did not get any concrete details on the silicon designs that they have in mind.

After Sam and the team left I connected with a few MS folks.  In the end there was consensus that
- We should continue the discussion and see if a partnership is viable
- No one at Microsoft is really working on a dedicated AGI as a project, their mix of researchers and entrepreneurship might help us accelerate and focus here
- We weren't convinced that they had unique IP in terms of algorithms, or hardware designs – we'd have to learn more

In terms of next steps
- we are going to connect Doug Burger &  team with them to talk about our first party work on accelerators for training and inference and see where that leads.
- We teed up a conversation on Quantum computing for feasibility and will follow up with Doug Carmean on that front

Kevin suggested that we follow up with a smaller group on the partnership opportunities, which I think is the right next step.  Kevin, who beyond you would you like in the conversation? Sam pinged me today

Thanks,
Brettt

CONFIDENTIAL                                                                                                                                            MSFT_MUSK000001464