# EXHIBIT 20
# PUBLIC REDACTED VERSION

# EXHIBIT 20
# PUBLIC REDACTED VERSION

Message

**From**: Kevin Scott (CTO) [█████████████]
**Sent**: 11/9/2018 8:08:19 PM
**To**: Satya Nadella [█████████████]
**Subject**: Open AI

Confidential

Satya,

  Craig and I had an interesting dinner with Sam Altman on Wednesday and then four hours with Sam and a couple of the members of the Open AI team who are inside the curtain on Project Duvall.  Few interesting things:

1) They have done the first close of a $500M fundraising round.  Second close is in early December, and they will announce their fundraising, new corporate structure, and new board in January.

2) Reid is joining the board and was a significant chunk of the $500M.  Sam is going full-time as head of OpenAI.

3) Their new corporate structure is a board that controls Open AI dot Org, a 501(c)3 non-profit, and an LLC that looks like a venture fund with limited partners, employees, and the 501(c)3 as stakeholders.  The non-profit and the LLC share the same board.  The "fund" LLC will allow them to take investments and to have a commercial vehicle for monetizing Open AI IP.  It's returns will be capped at $500B.  The first round of investors will be allocated $50B of the cap (100x best case payout with a preference of 1), the employees $100B, with the balance of the $350B reserved for future investors.  Future investors will be paid out at 10x, which would let them theoretically raise as much as an additional $35B.  If they ever get to $500B in returns, the balance over that goes directly to the 501(c)3.

4) Provided that we can commit ourselves to doing Duvall, there's definitely a deal to do.  In fact, they're so interested in working with us that Sam is asking whether they can invest capital to help us go faster.

5) They want to get off of Google immediately, but, █████████████████████████████

    a) █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

    b) █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

c) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6) Sam, Craig, and I will be in a tight loop over the next couple of weeks trying to get to a set of agreeable terms so that we can bring in the lawyers to do a contract.  We made a ton of progress this week.

7) If we are going to do Duvall, I want to get them into the design loop, given that their app ambition will really help push us on the design of things like the network and the memory hierarchy.

8) Their rate of change is accelerating.  They probably made more progress last year than Deep Mind, even though Deep Mind out mans them 10:1 in terms of PhDs.  Sam attributes this to their structure and systems talent.  I've mentioned that structure to you before which is making sure that research teams solve their problems "all the way" including packaging generally useful stuff up for reuse, and spinning generic infrastructure out of the research teams as they emerge and putting them into a platform team so that they can benefit all of the research groups.  What they've managed to accomplish since our last check-in is pretty incredible in NLP/NLU/MRC, robotics, multi-agent game play, etc.  Their next "stunt" is that they are now able to generate novel, short video content that is indistinguishable from something made by humans.  This isn't deep fakes; it's 60 second novel video content.  They now believe that they're 50% likely to achieve AGI by 2030.  (I'm not there yet, but their rate of change continues to surprise me on the high side.)

8) Google is going absolutely nuts chasing reinforcement learning talent.  They just made an offer to an OpenAI engineer that was $20M/year, cash.

I'll send out more detailed notes later, but these were the things that stuck out for me.

-K

--
Kevin Scott
CTO, Microsoft

CONFIDENTIAL                                                                                                                                                              MSFT_MUSK000000994