# EXHIBIT 23
# PUBLIC REDACTED VERSION

---

Message

**From:**  Amy Hood [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-AMY HOOD]
**Sent:**  6/11/2019 10:36:47 PM
**To:**  Satya Nadella [███████████████████]
**CC:**  Brad Smith (CELA) [███████████████████]
**Subject:**  Dinner points for tonight

Satya,

Per hallway conversation:

**Compliance**



**OpenAI**. Materials posted yesterday.
- Moved this from a $2B commit to $1B commit that is ██ % funding ██████████████
- Structure does press Open AI to commercialize as only $███████████████ fund
- We remain even more convinced that we need this to guide our massive investment in Duvall/Coldlogic/Quantum – not to mention Azure competitiveness in the next 12 months with GCP. We don't have the right workloads to push the frontier in the way that OpenAI can help
- We won't announce until we have solid commercial applications that we can discuss so that it lands as relevant today. We are hoping for some time in July

**Adobe.**



Let me know if you need anything else.

Amy

---

HIGHLY CONFIDENTIAL