# EXHIBIT 27
# PUBLIC REDACTED VERSION

| | |
|---|---|
| **From:** | Frank X. Shaw[] |
| **Sent:** | Sat 7/20/2019 9:32:28 PM (UTC) |
| **To:** | Kevin Scott[]; Amy Hood[] Marc Brown (CORPDEV)[] |
| **Cc:** | Marc Lauricella[] |
| **Subject:** | Re: comms open items |

Perfect

---

**From:** Kevin Scott <​>
**Sent:** Saturday, July 20, 2019 2:24:03 PM
**To:** Amy Hood <​> Marc Brown (CORPDEV) <​> Frank X. Shaw <​>
**Cc:** Marc Lauricella <​>
**Subject:** Fw: comms open items

Presume we are ok with this.  LMK if not.

-K

---

**From:** Greg Brockman <​>
**Sent:** Saturday, July 20, 2019 1:55 PM
**To:** Kevin Scott <​>
**Cc:** Marc Lauricella <​>
**Subject:** Re: comms open items

Ok, we're good with a.

To clarify — when asked about whether the cap is 100x, is it ok to reply like this: "We're not disclosing details of the investment. You can read about how OpenAI LP investments in general work here: https://openai.com/blog/openai-lp/#cap"?

Thanks for handling!

- gdb

On Sat, Jul 20, 2019 at 1:48 PM Kevin Scott <​> wrote:

> Greg,
>
>   We're ok with your language for b) & c) if asked.  If asked, Amy is also fine with us clarifying that the investment goes to Open AI LP.  We would however like to stick with our language for written comms on a).  Aside from that, and for a whole bunch of reasons I'm happy to chat about via phone, we'd like not to get into any discussion about more specific terms of the investment, like the cap, for instance.
>
>   Will that work for you all?

-K

---

**From:** Greg Brockman <​█​>
**Sent:** Friday, July 19, 2019 11:02 AM
**To:** Kevin Scott <​█​>   Marc Lauricella <​█​>
**Subject:** comms open items

Hey all,
Just putting you on one thread so we have it. Kevin said he'll check on Finance's hard position here on the following open items. Marc, please correct me if I'm mistaken on anything here.

a) Do not mention OpenAI LP in the blog post on the OpenAI site.
  - MSFT's language, something like: "Microsoft is investing $1 billion in OpenAI, which we'll apply in our work to build artificial general intelligence (AGI) with widely distributed economic benefits"
  - OpenAI's language: "Microsoft is investing $1 billion in OpenAI LP, our capped-profit company building artificial general intelligence (AGI) with widely distributed economic benefits." (OpenAI's justification: our LP is already public, is the only vehicle which can accept investment capital, and is a core differentiator for why people should trust OpenAI to actually deliver on widely distributed economic benefits. This is our blog post on our site.)

b) If asked "Will Microsoft have control over an AGI that OpenAI builds?":
  - Finance's language: "The OpenAI board remains in charge of OpenAI's AGI-relevant decisions."
  - OpenAI's language: "The OpenAI board remains in charge of OpenAI's AGI-relevant decisions. Microsoft has one board seat." (OpenAI's justification: part of what trustworthiness means is transparency around who will have control over AGI. If we decline to answer, people's interpretation may be that Microsoft has purchased control over any AGI we build.)

c) If asked "Is this partnership with OpenAI or OpenAI LP?"
  - Finance's language: "This is a partnership with the entire Open AI entity"
  - OpenAI's language: "The partnership is with the entire OpenAI entity. The investment is into OpenAI LP." (OpenAI's justification: we put a lot of effort into explaining the checks and balances on OpenAI LP investments. If we decline to answer, people's interpretation may be that we devised a different route for taking investment capital which may circumvent these checks and balances.)

Thank you,

- gdb