# EXHIBIT 29
# PUBLIC REDACTED VERSION

Message

| | |
|---|---|
| **From:** | Zoran Martinovic [███████████████] |
| **Sent:** | 3/31/2025 10:35:29 PM |
| **To:** | Satya Nadella [████████████████] Amy Hood [████████████████] Jon Tinter [████████████████] Andrew Lindsay [████████████████] Dee Templeton [████████████████] Frank Morrow (CELA) [████████████████] Scott Guthrie [████████████████] Jay Parikh [████████████████] Eric Boyd [█████████████] |
| **CC:** | Sarah Friar [████████████] Brad Lightcap [████████████] Zak Weiler [████████████] Kevin Weil [████████████] Sam Altman [████████████] |
| **Subject:** | [EXTERNAL] Re: Invitation: OAI/MSFT Partnership (Boardroom / Teams) @ Mon Mar 31, 2025 11:30am - 12:30pm (PDT) (null) |

Hi all,

Thank you for the time today.  We captured the next steps below and will follow up.  Please let us know if there are any questions.

**Next steps:**

- 
- **Open Source**
- 
- 
  - 
  - **[DONE] Next step: Sam to share tweet with MSFT / announcing today the intent to open source**
  - 
  - 
  - **Next step: OpenAI to share details about the model and run through the same process with Kevin/Dee on sim-shipping**
  - 
  - 
  - **Next step: OpenAI to think through what this means for MSFT/OAI exclusivity**
- 
- 
- **Emergency compute**
- 
- 
  - 
  - **Next step: Matt and Amy will send over a list of available compute resources**
- 
- 
- Partnerships amendments
- 
- 
- Sakura fundraise

HIGHLY CONFIDENTIAL

- 
- 
- **Models**
- 
- 
  - 
  - **Next step: Dee to organize a meeting with Mark and Karen (sp?) so we can discuss this in more detail**
- 
- 
- **Silicon**
- 
- 
  - 
  - **Next step: Does the document MSFT sent over address OpenAI concerns?  Brad and Jon will follow up**
  - 
  - **Next step: MSFT (Jon) will re-send the document including Amy and Sarah**
  - 
  - 
  - **Next step: Meeting to learn more about OpenAI Silicon efforts**
  - 
  - 
  - **Next step: Meeting to learn about Maya 200 / 300 and progress**
- **MSFT to OpenAI revenue share growth (trending flat)**
- 
- 
  - 
  - **Next step: Amy will discuss with Sarah offline**
  - 
  - 
  - **Next step: Amy will send % of incoming supply going to OpenAI. OpenAI ask around total commercial fleet for compute**
- 
- 
- **IP**
- 
- 
  - 
  - **Next step: Knowledge sharing session on Personalization**
  -

- o
- o        **Next step: Date for deep research mini**
- o
- o
- o        **Next step: deep research naming / positioning in the market.  Keep the deep research name.  Follow up with MSFT to understand their approach**
- 
- 
- **Nvidia**
- 
- 
  - o
  - o        **Next step: MSFT will reach out if help needed from OpenAI/Sam to escalate**


Best,
Zoran

On Mon, Mar 31, 2025 at 11:18 AM Zoran Martinovic < ███████████ > wrote:
Hi all,

Sharing the agenda for the call today.

**MSFT / OAI Agenda (March 31):**
- Open weights model
- Emergency short term compute
- Readout on partnerships amendments
- Sakura fundraise
- Update on MSFT model development efforts
- MSFT to OpenAI revenue share growth (trending flat)
- IP update
  - o        Roadmap update - o3, o4-mini, GG and HH mainline, API TT model, personalization, OSS model
  - o        IP update - Code sharing, support team hiring, bill of materials, sim-ship last 5-6 models and APs together, deep research
  - o        Opportunities to collaborate - GPT Hackathon, OSS model, Silicon

Thank you,
Zoran