# EXHIBIT 30
# PUBLIC REDACTED VERSION

**From:** Sam Altman <███@openai.com>
**Sent:** Wednesday, February 24, 2021 5:17:00 PM
**To:** Jon Tinter <███microsoft.com>
**Cc:** Kevin Scott (CTO) <███@microsoft.com>; Mira Murati <███@openai.com>; Rashmi Misra <███@microsoft.com>; Brad Lightcap <███@openai.com>
**Subject:** Re: [EXTERNAL] deal

Thanks for this! Looks generally good.

Kevin and I spoke earlier today. To summarize a few potential ideas we discussed:

1) We want to do everything we can to make you all commercially successful and are happy to move significantly from the term sheet. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████
████████████████████████████████████
███████████████████████████████████████ Our strong preference is to make you all a bunch of money as quickly as we can and for you to be enthusiastic about making this additional investment soon. If things are going well, I don't feel worried about it.

Does that all sound reasonable?

██████████████████████████████████████
████████████████████████████

Sam