# EXHIBIT 35
# PUBLIC REDACTED VERSION

## AMENDED AND RESTATED JOINT DEVELOPMENT AND COLLABORATION AGREEMENT

This Amended and Restated Joint Development and Collaboration Agreement ("**Agreement**") is among Microsoft Corporation, a Washington corporation having its principal place of business at One Microsoft Way, Redmond, Washington 98052 ("**Microsoft**"); OpenAI, Inc., a Delaware corporation having its principal place of business at 3180 18th Street, Suite 100, San Francisco, California 94110 ("**OpenAI**"); and OpenAI, L.P., a Delaware limited partnership having its principal place of business at 3180 18th Street, Suite 100, San Francisco, California 94110 ("**LP**"). This Agreement is effective on March 5, 2021 ("**Effective Date**") and it amends, supersedes, and replaces in its entirety that certain Joint Development and Collaboration Agreement entered into between the parties as of June 28, 2019, as amended ("**Original Agreement**"), but only as of the Effective Date.

This Agreement consists of:

- This document ("**Cover Pages**");
- The attached terms and conditions ("**General Terms**");
- Exhibits A (Specifications), B (Relationship Management), C (Trademarks), D (Additional Data and Privacy Terms), E (Deployment Safety Board), F (Support and Deliverables), G (Designated Engineers), H (Trusted Engineers), I (Pricing and Payment), J (Transition), K (Related IP), L (Listed Countries), M (OpenAI API Deployment Plan), and N (HPE Data Privacy and Security Agreement Schedule);
- The incorporated terms of the NDA (defined below); and
- Any Joint Marketing Plans (defined below).

| Table 1 – Contact Details | |
|---|---|
| **OpenAI** | **Microsoft** |
| **Address:**  OpenAI, Inc.<br>3180 18th Street, Suite 100<br>San Francisco, California 94110 USA<br>Attn: Sam Altman, CEO | **Address:**  Microsoft Corporation<br>One Microsoft Way<br>Redmond, Washington 98052 USA<br>Attn: Kevin Scott, CTO |
| **Phone #:**  (415) 879-9686 | **Phone #:**  ███████ |
| **Fax:**  N/A | **Fax #:**  ███████ |
| **E-Mail:**  sama@openai.com | **E-Mail:**  ███████ |
| Except as provided in Section 12(a) of the General Terms, a copy of all notices must also be sent to:<br><br>OpenAI General Counsel<br>Addressed in hard copy as above and also:<br>Copied via email to david@openai.com<br>Attention: General Counsel, David Lansky | Except as provided in Section 12(a) of the General Terms, a copy of all notices must also be sent to:<br><br>Microsoft Corporation<br>Corporate, External, and Legal Affairs<br>Addressed in hard copy as above and also:<br>Copied via fax to ███████<br>Attention: Deputy General Counsel, T+R |
| **LP** | ███████ |
| **Address:**  3180 18th Street, Suite 100<br>San Francisco, California 94110 USA | |
| **Phone #:**  (415) 879-9686 | |
| **Fax:**  N/A | |
| **E-Mail:**  sama@openai.com | |
| Except as provided in Section 12(a) of the General Terms, a copy of all notices must also be sent to:<br><br>OpenAI General Counsel | |

HIGHLY CONFIDENTIAL
MSFT_MUSK000064509

Addressed in hard copy as above and also:
Copied via email to david@openai.com
Attention: General Counsel, David Lansky



By signing below, each party agrees to be bound by this Amended and Restated Joint Development and Collaboration Agreement as of the Effective Date.

**Microsoft Corporation**

*Satya Nadella*
DocuSigned By: Satya Nadella

By: (Sign)

Satya Nadella

Name: (Print)

Chief Executive Officer

Title:

3/6/2021

Date of Execution:


**OpenAI, Inc.**

By: (Sign)

Sam Altman

Name: (Print)

Chief Executive Officer

Title:

March 5, 2021

Date of Execution:


**OpenAI, L.P.**

By: (Sign)

Sam Altman

Name: (Print)

Chief Executive Officer

Title:

March 5, 2021

Date of Execution:


///
///
///
Remainder of page intentionally left blank


*Amended and Restated Joint Development and Collaboration Agreement – Microsoft, OpenAI, and LP Confidential Cover Pages*                                                                     *Page 2 of 70*

HIGHLY CONFIDENTIAL                                                                                     MSFT_MUSK000064510



**(r)**　　　"*Licensed IP*" means all **(i)** Trained Models of LP, OpenAI, or both (or of any of their respective Affiliates) developed at any time during the Term, **(ii)** GPT-3, and **(iii)** the Odyssey Period Models, in each case, in object code form. For clarity, Licensed IP excludes: **(x)** any Research; **(y)** all Related IP; and **(z)** AGI.

HIGHLY CONFIDENTIAL　　　　　MSFT_MUSK000064513



**(mm)** "*Supercomputer Tech*" means any supercomputing hardware (including networking), software related to such supercomputing hardware (including the supercomputer operating system, networking software, cluster and fabric managers, compilers, runtimes, computer architecture, and designs), frameworks and other middleware (including storage services) developed by Microsoft and used by supercomputer users for application layer and model development, and any other Technology of Microsoft or its Affiliates that

HIGHLY CONFIDENTIAL    MSFT_MUSK000064514

primarily embodies, or primarily relates to, such supercomputing hardware or software. For the avoidance of doubt: **(i)** the Phase 2 Supercomputer and the Phase 3 Supercomputer are Supercomputing Tech; and **(ii)** Supercomputer Tech excludes any application-layer software that executes on a supercomputer but includes all other software layers/middleware (e.g., Singularity, ONNX, ONNX RT, or future derivatives of or successors to any of these) that relate to supercomputing hardware.



HIGHLY CONFIDENTIAL    MSFT_MUSK000064515

**(b)** **Licensed IP.** LP and OpenAI each grants and, to the extent such grant is not operative as of the Effective Date, will be deemed to have granted in the future, to Microsoft and Microsoft's Affiliates a perpetual, irrevocable, worldwide, royalty-free and fully paid (except as provided in Section 11(c) (Effect of Termination)): **(i)** license under each such grantor's Patents in the Licensed IP, to make, have made, use, sell, offer to sell, import, export, lease, transfer, and otherwise distribute (through multiple tiers and models of distribution) Licensed Products of Microsoft or its Affiliates to the extent incorporating or using the Licensed IP; **(ii)** license under each such grantor's Non-Patent IP in the Licensed IP, to use, reproduce, format, distribute and license (but in each case solely in object code form and as part of Licensed Products of Microsoft or its Affiliates), import, and create derivative works of the Licensed IP, and combine the Licensed IP (or derivative works of the Licensed IP), but in each case solely to create, and to incorporate and use the Licensed IP in or with, Licensed Products of Microsoft or its Affiliates; and **(iii)** right to sublicense to subcontractors, distributors, resellers, and end-users the foregoing licenses, including the right to further sublicense to other subcontractors, distributors, resellers, and end users, in each case solely to the extent necessary or desirable to enable Microsoft and its applicable Affiliates to exercise the rights granted under the foregoing clauses 3(b)(i) and (ii) in connection with development and commercialization of Licensed Products of Microsoft or its Affiliates. For clarity, the license to GPT-3 under this Section 3(b) is complementary to the license to GPT-3 under Exhibit J, and Microsoft and its Affiliates are entitled to the aggregate or superset of rights from both licenses with respect to GPT-3. Moreover, no limitations or restrictions that apply to Licensed IP under this Agreement that are not in Exhibit J will apply to GPT-3.



HIGHLY CONFIDENTIAL                                                      MSFT_MUSK000064519

DocuSign Envelope ID: A55B2F35-7E39-452C-94AD-82765D2751DC

**(g)**       **Open Source.** The Governing Board will review whether and when the parties will make Licensed IP licensed or made available under or in relation to this Agreement available pursuant to open source terms (and during the Term no party will make such Licensed IP generally available to third parties, under open source terms, unless and until such licensing has been discussed by the Governing Board and the parties have mutually agreed). Notwithstanding the foregoing, or anything in Section 7 to the contrary, however, the parties both recognize the importance of the open source community and advancing the state and understanding of artificial intelligence and machine learning through the publication of appropriate scholarly research. The parties will, therefore, work together in good faith through the Governing Board to agree from time to time on: **(i)** appropriate open source projects to which the parties can contribute (jointly or solely), along with guidelines regarding what can be contributed; and **(ii)** scholarly papers that can be published that may disclose certain Trade Secret information of a party. The Governing Board will prioritize this activity consistent with LP's and OpenAI's mission of making artificial intelligence available to benefit all mankind.

HIGHLY CONFIDENTIAL                                                              MSFT_MUSK000064522



**(b)** **Phase 3 Supercomputer.** During the Term, Microsoft will commence the design, build, and deployment of a Phase 3 Supercomputer for use by LP and OpenAI, including use in their next phase of research and development of AGI. The intended delivery date of the Phase 3 Supercomputer is (and Microsoft will use commercially reasonable efforts to effect the initial modular delivery of the Phase 3 Supercomputer by) the first quarter of 2023. Although all specifications for the Phase 3 Supercomputer will be determined solely by Microsoft, Microsoft will regularly seek and consider in good faith the input of LP and OpenAI regarding such specifications. On completion of the Phase 3 Supercomputer, LP and OpenAI will ███████ ██████████████████████████████, during the Term (and, to the extent set forth in Section 11(c) (Effect of Termination) thereafter), purchase 100% of the computing capacity of such Phase 3 Supercomputer for use solely by LP and OpenAI, including use to develop and train Models that would be made available to Microsoft as Licensed IP.

**(c)** **Phase 4 Supercomputer.** During the Term, Microsoft will commence as soon as Microsoft deems reasonably appropriate the design, build, and deployment of a Phase 4 Supercomputer for use by LP and OpenAI. The intended delivery date of the Phase 4 Supercomputer is 2025. Although all specifications for the Phase 4 Supercomputer will be determined solely by Microsoft, Microsoft will regularly seek and consider in good faith the input of LP and OpenAI regarding such specifications.

*Agreement*")

*Agent*")



████████ *Licensing Agreement*").

████ ████████████████████

**(i)    Microsoft's Right to Commercialize.** Microsoft's license to Licensed IP and Related IP includes the right for Microsoft and its Affiliates to commercialize Licensed IP (and, as applicable based on the nature of the Related IP, Related IP) through their respective Licensed Products, including: **(A)** during or after the Term, Licensed Products developed independently by Microsoft; and **(B)** during the Term, Licensed Products developed independently by LP or OpenAI (or a combination of LP and OpenAI) or Jointly Developed by Microsoft (or any of its Affiliates) and LP or OpenAI.

**(ii)    Collaboration.** The parties will collaborate on commercialization of certain Licensed IP (and, as applicable based on the nature of the Related IP, Related IP). To that end, the parties will establish a joint product planning and commercialization process for such Licensed IP, including identification by Microsoft or its applicable Affiliate of one or more specific technologies or product capabilities that require development support. Consistent with and as determined in this joint process, LP, OpenAI, or both will create technology and deploy products or services in collaboration with Microsoft, Microsoft's applicable Affiliates, or both, and Microsoft or the applicable Affiliates will take on mass-scale commercialization activities, including marketing, sales, hosting, compliance, and support. Microsoft (or its applicable Affiliate) and LP, OpenAI, or both will build a joint team that will transfer knowledge and methods via co-development rotations and joint research to ensure successful application of Licensed IP (and, as applicable based on the nature of the Related IP, Related IP) into the Licensed Products of Microsoft or its Affiliates. In some cases, such as with the OpenAI API, the parties, their respective Affiliates, or both will work closely together in accordance with such process. For purposes of the OpenAI API, the parties' respective operational plan is set forth in Exhibit M. The parties will work together, promptly after the Effective Date and in good faith, to Jointly Develop under this Agreement an Azure-class implementation of the OpenAI API, which Microsoft will host and operate as part of its Azure service.

**(iii)    Commercialization Revenue.** Microsoft and its Affiliates will receive all revenue generated by any party during the Term (and by Microsoft or its Affiliates after the Term) through commercialization of Licensed IP, Related IP, or Foreground IP. For Licensed Products Jointly Developed between Microsoft and LP, OpenAI, or both, or developed independently (or otherwise independently commercialized) by LP, OpenAI, or both, Microsoft will receive such revenue net of any reasonable, actual, and documented direct production costs incurred by LP, OpenAI, or both to commercialize such Licensed IP, Related IP, or Foreground IP (e.g., hosting, fine tuning, operating, third-party software licenses, and third-party support, etc. but expressly excluding all Research costs and first-party support costs). All such revenue will be reported and paid over to Microsoft in accordance with Exhibit I.

**(iv)    Commercialization by LP and OpenAI.** Subject to Section 4(h)(iii), LP and OpenAI may independently develop and commercialize the OpenAI API (and any successor versions to such OpenAI API),

HIGHLY CONFIDENTIAL    MSFT_MUSK000064524

but OpenAI may not otherwise independently commercialize any Licensed IP, Related IP, or Foreground IP during the Term absent the mutual, written agreement of all parties.



MSFT_MUSK000064525

**(f)** **Onsite Engineers.** Microsoft may, throughout the Term and in accordance with Section 12(m), place up to 10 Microsoft engineers concurrently onsite at LP's and OpenAI's facilities to collaborate on development and use of Licensed IP and Related IP ("*Onsite Engineers*"), and Microsoft may change such Onsite Engineers from time to time.

MSFT_MUSK000064527

**Representations and Warranties.** Each party continuously represents and warrants that: **(a)** it has full power and authority to enter into, and perform its obligations under, and grant the rights granted pursuant to, this Agreement; **(b)** it will use commercially reasonable efforts to perform its obligations in a good and workmanlike manner; **(c)** this Agreement is a legal and valid obligation binding on it and enforceable according to its terms; and **(d)** its (or its Affiliate's) performance of activities pursuant to this Agreement will not violate any rights of third parties, any agreement or obligation between it (or its Affiliates) and any third party, or, to its knowledge, any applicable Law.

is