# EXHIBIT 36
# PUBLIC REDACTED VERSION

| From: | Chris Young[███████████████████████] |
|---|---|
| Sent: | Sun 2/13/2022 6:53:18 PM (UTC) |
| To: | Amy Hood[███████████████████]  Keith Dolliver (CELA)[██████████████] |
| Cc: | Kevin Scott (CTO)[████████████████]  Jon Tinter[█████████████████] |
| Subject: | FW: [EXTERNAL] OpenAI restructure |
| Attachment: | OpenAI Restructure Summary.pdf |

ACP

Amy and Keith (cc Jon),

On Friday Kevin and I had a short meeting with the Open AI team and they shared with us their intent to change their company structure to better handle their longer term objectives. At a high level, it all seems to make sense and they assured us this doesn't really change anything related to our interests. They have concluded that it would improve their ability to manage the OpenAI fund, for example, with less complexity.

That said, you will know far more about this than I do and both Kevin and I counseled that you will want to dive deeper on this with them.

Best,
Chris

**From:** Brad Lightcap <███████████████████>
**Sent:** Friday, February 11, 2022 9:31 PM
**To:** Chris Young <███████████████████>
**Cc:** Sam Altman <███████████████  Jason Kwon <███████████████>
**Subject:** RE: [EXTERNAL] OpenAI restructure

You don't often get email from ████████████. Learn why this is important

Chris —

Thank you for the time today, the feedback was very helpful. As mentioned, we're sharing the slides we reviewed summarizing the restructure. The last slide in here, which we did not spend time on today, just covers the transaction in greater detail.

You had mentioned forwarding this over to Amy and Keith. If that offer still stands, that is probably the most expedient way to get this process rolling and would be greatly appreciated. We are also happy to reach out directly but the context you bring might be helpful in moving this forward.

Thanks,
Brad

On Sat, Feb 05, 2022 at 10:56 AM, Chris Young <███████████████████> wrote:
Sam,

Thanks for reaching out. I'm happy to connect and Kevin and I can try to make it work. Copying Kristin to help here.

HIGHLY CONFIDENTIAL

Chris

**From:** Sam Altman <█████████████>
**Sent:** Saturday, February 5, 2022 10:36 AM
**To:** Kevin Scott (CTO) <█████████████> Chris Young <█████████████>
**Cc:** Brad Lightcap <█████████████> Jason Kwon <█████████████>
**Subject:** [EXTERNAL] OpenAI restructure

Kevin and Chris--

We are working on a restructure to OpenAI to address some of the challenges we've faced with our unusual structure (a nonprofit being in control of an LLC) as we become a more commercial effort.

We have something we like but we'd like to run it by you guys. Would you both be up for talking to Brad and Jason and md, together or separately if your schedules don't align, to go through it?

Thanks,
Sam

HIGHLY CONFIDENTIAL