# EXHIBIT 42
# PUBLIC REDACTED VERSION

*Execution Version*

# AMENDED AND RESTATED

# LIMITED LIABILITY COMPANY AGREEMENT OF

# OPENAI GLOBAL, LLC

# A DELAWARE LIMITED LIABILITY COMPANY

# January 23, 2023

---

## IMPORTANT

**\*\*Investing in OpenAI Global, LLC is a *high-risk investment*\*\***
**\*\*Investors could lose their capital contribution and not see any return\*\***
**\*\*It would be wise to view any investment in OpenAI Global, LLC in the spirit of a donation, with the understanding that it may be difficult to know what role money will play in a post-AGI world\*\***

**The Company exists to advance OpenAI, Inc.'s mission of ensuring that safe artificial general intelligence is developed and benefits all of humanity. The Company's duty to this mission and the principles advanced in the OpenAI, Inc. Charter take precedence over any obligation to generate a profit. The Company may never make a profit, and the Company is under no obligation to do so. The Company is free to re-invest any or all of the Company's cash flow into research and development activities and/or related expenses without any obligation to the Members. See Section 6.4 for additional details.**

HIGHLY CONFIDENTIAL

MSFT_MUSK000055001

NEITHER THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE REGULATORY AUTHORITY NOR THE REGULATORY AUTHORITY OF ANY OTHER COUNTRY HAS APPROVED OR DISAPPROVED THIS LIMITED LIABILITY COMPANY AGREEMENT OR THE LIMITED LIABILITY COMPANY INTERESTS ("INTERESTS") PROVIDED FOR HEREIN.   ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

THE INTERESTS HAVE NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933 (THE "SECURITIES ACT"), NOR UNDER THE SECURITIES LAWS OF ANY OTHER COUNTRY, AND THE COMPANY IS UNDER NO OBLIGATION TO REGISTER THE INTERESTS UNDER THE SECURITIES ACT OR ANY OTHER SUCH LAWS IN THE FUTURE.

AN INTEREST MAY NOT BE SOLD, PLEDGED, HYPOTHECATED OR OTHERWISE TRANSFERRED WITHIN THE UNITED STATES OR TO A "U.S. PERSON," WITHIN THE MEANING OF REGULATION S UNDER THE SECURITIES ACT, IN THE ABSENCE OF AN EFFECTIVE REGISTRATION UNDER THE SECURITIES ACT OR AN OPINION OF COUNSEL SATISFACTORY TO THE COMPANY THAT SUCH REGISTRATION IS NOT REQUIRED.   HEDGING TRANSACTIONS INVOLVING AN INTEREST MAY NOT BE CONDUCTED UNLESS IN COMPLIANCE WITH THE SECURITIES ACT.  ADDITIONAL RESTRICTIONS ON THE TRANSFER OF INTERESTS ARE CONTAINED IN SECTION 7 OF THIS AGREEMENT.  BASED UPON THE FOREGOING, EACH ACQUIROR OF AN INTEREST MUST BE PREPARED TO BEAR THE ECONOMIC RISK OF INVESTMENT THEREIN FOR AN INDEFINITE PERIOD OF TIME.

HIGHLY CONFIDENTIAL



WHEREAS, the Company was formed as a Delaware limited liability company pursuant to, and in accordance with the Act, by filing a certificate of formation of the Company (as amended or restated from time to time, the "***Certificate***") with the Delaware Secretary of State on December 28, 2022;

WHEREAS, upon its formation, the Company was governed by that certain Limited Liability Company Agreement of the Company entered into by OpenAI, L.L.C., as its initial member (the "***Initial Member***"), dated as of January 23, 2023 (the "***Original LLC Agreement***");

WHEREAS, the Members (i) were previously members of OpenAI OpCo, LLC (f/k/a OpenAI, L.P.), a Delaware limited liability company (that was converted from a limited partnership) ("***OpenAI OpCo***", which such term, for confirmation, shall, where applicable, include such entity in the form of a limited partnership prior to its conversion) and an indirect wholly-owned subsidiary of the Company, and (ii) received limited liability company interests in the Company by virtue of a Reorganization (as defined herein) involving OpenAI OpCo and certain of its Affiliates;





*Major Decisions* shall include the following:

(i)    increase the Target Redemption Amount of the Employee Vehicle above $150 billion (disregarding adjustments to such Target Redemption Amount pursuant to clause (i) of the definition of "Target Redemption Amount");

8

MSFT_MUSK000055014

(ii)     an adverse change in the timing, amount, or priority of distributions to the Members;

(iii)     make any distribution to any Member in respect of its interest in the Company except as otherwise provided under this Agreement;

(iv)     approve any transaction, pay any amounts or transfer any assets between the Company and a Manager Related Person (other than compensation or employment related arrangements for Manager Related Persons) except as contemplated under this Agreement or the Joint Development Agreement;

(v)     call for contributions to capital from a Member in excess of its Capital Commitment;

(vi)     dissolve, liquidate, or otherwise terminate the Company or any Specified Subsidiary;

(vii)     except as expressly contemplated by this Agreement, effect or permit a merger, division, or consolidation of the Company or any Specified Subsidiary with or into another Person that would have a material adverse effect on the Company or result in a conversion, division, transfer or domestication of the Company or any Specified Subsidiary to another form or jurisdiction, or knowingly take or permit any other action to occur that would adversely affect or otherwise alter the structure of the Company or any Specified Subsidiary; provided that if the Manager reasonably determines in good faith that a value-aligned safety-conscious project (the "**_Project_**") will within a two year period build AGI which would be before the Company is able to do so, the Manager can proceed (and such action shall not be treated as a Major Decision) to effect or permit a merger or consolidation of the Company with or into such Person ("**_Merger Transaction_**") only if such Person is running the Project and is, or is controlled by, a U.S. federal governmental entity or a non-profit entity whose board of directors is not majority controlled by Persons who are employed by, serve as an officer and/or director of, or own a material interest in, a competitor (or its affiliate) of the Converted Member; provided further that the Manager shall provide the Converted Member with written notice immediately following its determination that the Project will within a two year period build AGI, shall cause such Merger Transaction to be consummated within one year of such written notice to the Converted Member, and shall also provide notice and information regarding the terms and conditions of any such Merger Transaction at least thirty days prior to the consummation of such Merger Transaction;

(viii)     confess a judgment against the Company or any Specified Subsidiary in an amount exceeding $50,000,000 if, at the time of payment of any such judgment the Company or such Specified Subsidiary does not have sufficient unrestricted cash to make such payment, or join in, initiate, or take any action for foreclosure, bankruptcy or any other insolvency proceedings of the Company or any Specified Subsidiary;

(ix)     enter into any transaction with a Manager Related Person involving the purchase of Securities of a company that is, or is reasonably expected as of the time of the transaction to become, a portfolio company of a Manager Related Person and more generally to co-invest or cross invest in the same portfolio company with a Manager Related Person, in each

9

     MSFT_MUSK000055015

case unless such purchase, co-investment or cross-investment is made through an Affiliate specifically organized for the purposes of making venture capital or similar investments (which for clarity, neither the Company nor any of its Affiliates are obligated to organize);

(x)     except as expressly contemplated by this Agreement and other than the Converted Member, engagement of any Member or its Affiliate (other than the Converted Member) to provide services to the Company or any Specified Subsidiary in exchange for consideration exceeding $20,000,000 annually;

(xi)     the Company or any Specified Subsidiary incurring any indebtedness or entering into any loans for amounts in excess of $100,000,000 (including any modifications, extensions, renewals or amendments thereof) or pledging any assets of the Company or any Specified Subsidiary as security for indebtedness or loans;

(xii)     any actions or activities taken by the Manager or any of the Manager Related Persons that would otherwise be prohibited by Section 6.4(i);

(xiii)     increase or decrease the Target Redemption Amounts of one or more Members pursuant to clause (ii) of the definition of "Target Redemption Amount", and

(xiv) other than as provided for in this Agreement any increases or decreases to the Target Redemption Amounts that would have an adverse effect as to the timing or amount of the Converted Member's allocations and distributions under this Agreement.



MSFT_MUSK000055016



***Member Change in Control*** shall mean, with respect to a Member that is not an individual, any transaction or series of related transactions that constitute a direct or indirect Transfer of more than 50 percent of the effective voting control over or beneficial ownership of such Member;

11

provided, however, that a Member Change in Control shall not be deemed to occur with respect to a Member solely in consequence of: (i) a restructuring of such Member that does not include a Transfer of the ultimate effective voting control or beneficial ownership of such Member; (ii) in the case of a Member that is a pension fund or substantial equivalent, a change in the beneficiaries or trustees thereof in the normal course of operation; or (iii) in the case of a Member that is (or is a subsidiary of) a publicly traded corporation, a change in the shareholders of such corporation in the normal course of public trading activity or via acquisition of such corporation by another publicly traded corporation that, in the reasonable judgment of the Manager, does not (and is not likely to) present substantial conflicts of interest with the Core Mission.



12

MSFT_MUSK000055018



**Target Redemption Amount** shall mean, for each Member and the Converted Member, the dollar amount specified for such Person under the heading "Target Redemption Amount" on Schedule A.



(2)     Such Target Redemption Amount shall be further increased by ▮ for each full Fiscal Year starting on or after January 1, 2025; <u>provided</u>, that for purposes of calculating any such annual increase to the Target Redemption Amount of the Converted

Member's Fourth Closing Capital Commitment listed on Schedule A, appropriate adjustments shall be made in good faith by the Company to cause such Target Redemption Amount to be increased in a manner that treats the Converted Member as having made the amount of its then cumulative Fourth Closing Capital Contributions as of the earlier of (i) the date of the initial Fourth Closing Capital Contribution or (ii) December 31, 2024.

For clarity, with respect to any partial or full Fiscal Year, the increases in clauses (1) and (2) above will be added together rather than sequentially compounded; by way of example only, if the Inflation Rate for such Fiscal Year is 10%, the combined increase for such Fiscal Year will be ███████████████████████████████████████████████████.



| Name and Contact Information | Capital Commitment | Capital Contributions | Target Redemption Amount* |
|---|---|---|---|
|  | | | |
| Microsoft Corporation One Microsoft Way Redmond, Washington 98052 Attn: Keith Dolliver, Vice President and Deputy General Counsel E-mail: ████████@microsoft.com | $10,000,000,000**** | $0 | $60,000,000,000 |
| and Michael Wetter, Managing Director, Corporate Development | | | |
| Email: ██████@microsoft.com | | | |

* Not including any adjustments pursuant to the definition of "Target Redemption Amount."

**EXHIBIT A**

**OPENAI, INC. CHARTER**

[See attached]

HIGHLY CONFIDENTIAL



# OpenAI

| | |
|---|---|
| **OpenAI Charter** | OpenAI's mission is to ensure that artificial general intelligence (AGI)—by which we mean highly autonomous systems that outperform humans at most economically valuable work—benefits all of humanity. We will attempt to directly build safe and beneficial AGI, but will also consider our mission fulfilled if our work aids others to achieve this outcome. To that end, we commit to the following principles: |
| **Broadly Distributed Benefits** | We commit to use any influence we obtain over AGI's deployment to ensure it is used for the benefit of all, and to avoid enabling uses of AI or AGI that harm humanity or unduly concentrate power. |
| | Our primary fiduciary duty is to humanity. We anticipate needing to marshal substantial resources to fulfill our mission, but will always diligently act to minimize conflicts of interest among our employees and stakeholders that could compromise broad benefit. |
| **Long-Term Safety** | We are committed to doing the research required to make AGI safe, and to driving the broad adoption of such research across the AI community. |
| | We are concerned about late-stage AGI development becoming a competitive race without time for adequate safety precautions. Therefore, if a value-aligned, safety-conscious project comes close to building AGI before we do, we commit to stop competing with and start assisting this project. We will work out specifics in case-by-case agreements, but a typical triggering condition might be "a better-than-even chance of success in the next two years." |
| **Technical Leadership** | To be effective at addressing AGI's impact on society, OpenAI must be on the cutting edge of AI capabilities—policy and safety advocacy alone would be insufficient. |
| | We believe that AI will have broad societal impact before AGI, and we'll strive to lead in those areas that are directly aligned with our mission and expertise. |
| **Cooperative Orientation** | We will actively cooperate with other research and policy institutions; we seek to create a global community working together to address AGI's global challenges. |
| | We are committed to providing public goods that help society navigate the path to AGI. Today this includes publishing most of our AI research, but we expect that safety and security concerns will reduce our traditional publishing in the future, while increasing the importance of sharing safety, policy, and standards research. |

OPENAI.COM

HIGHLY CONFIDENTIAL

MSFT_MUSK000055090