# EXHIBIT 44
# PUBLIC REDACTED VERSION

| | |
|---|---|
| **From:** | Satya Nadella[ ] |
| **Sent:** | Mon 12/5/2022 3:13:39 AM (UTC) |
| **To:** | Kevin Scott (CTO)[ ]; Jon Tinter[ ]; Mikhail Parakhin[ ]; Brad Smith (CELA)[ ]; Amy Hood[ ]; Rajesh [ ]; Scott Guthrie[ ]; Dave O'Hara[ ]; Chris Young[ ]; Jason Graefe[ ] |
| **Subject:** | ACP |

ACP

(3) Elon Musk on Twitter: "@waitbutwhy Not surprising, as I just learned that OpenAI had access to Twitter database for training. I put that on pause for now. Need to understand more about governance structure &amp; revenue plans going forward. OpenAI was started as open-source &amp; non-profit. Neither are still true." / Twitter

We need to find out more here. Did OAI pay for Twitter firehose?

This is going to be interesting.

Sent from Mail for Windows

HIGHLY CONFIDENTIAL                                                                                                    MSFT_MUSK000000001