# EXHIBIT 49
# PUBLIC REDACTED VERSION



HIGHLY CONFIDENTIAL

Page 35 / 104

MSFT_MUSK000067086



HIGHLY CONFIDENTIAL                                                                                           MSFT_MUSK000067087