# EXHIBIT 52
# PUBLIC REDACTED VERSION

## Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 80 | Date Range: 11/21/2023 |

## Outline of Conversations

💬 **CHAT - 96518_003.04.0000001 - 03838 - 2023/11/21** · 80 messages on 11/21/2023 · Kevin Scott <+​​​​​​​​​> · Sam Altman <+​​​​​​​​​0> · System Message · brad smith <+1​​​​​​​​​> · satya nadella <+1​​​​​​​​​>

CONFIDENTIAL                                                                                         OPENAI_MUSK00027478

**Messages in chronological order** (times are shown in GMT +00:00)

### 💬 CHAT - 96518_003.04.0000001 - 03838 - 2023/11/21

**SA** — Sam Altman <████>
can we talk soon? have a positive update, ish
*11/21/2023, 10:53 AM*

**KS** — Kevin Scott <████>
Not sure about Satya, but I'm around.
*11/21/2023, 10:53 AM*

**SN** — satya nadella ████
*11/21/2023, 11:04 AM*

**SA** — Sam Altman ████
emmett thinks its looking reasonably positive for the 5 member board option
*11/21/2023, 4:49 PM*

**SN** — satya nadella <████
Good
*11/21/2023, 4:50 PM*

**SN** — satya nadella ████
Any timeframe
*11/21/2023, 4:50 PM*

**SA** — Sam Altman <████
emmett is getting on a call with all of them soon
*11/21/2023, 4:58 PM*

**SN** — satya nadella <████
Is this Larry Summers and ████ and you three? Is that still the plan
*11/21/2023, 5:10 PM*

**SA** — Sam Altman <████
larry yes
*11/21/2023, 5:11 PM*

**SA** — Sam Altman <████
the other still up in air
*11/21/2023, 5:11 PM*

**SA** — Sam Altman <████
would ████ be ok with you?
*11/21/2023, 5:11 PM*

**SN** — satya nadella <+████
No
*11/21/2023, 5:11 PM*

**KS** — Kevin Scott ████
████ ?
*11/21/2023, 5:11 PM*

**KS** — Kevin Scott <████
████ strong no.
*11/21/2023, 5:11 PM*

**KS** — Kevin Scott <+████
Strong strong no.
*11/21/2023, 5:12 PM*

**KS** — Kevin Scott <+████
████ is great.
*11/21/2023, 5:12 PM*

**SN** — satya nadella <████
Liked "████ is great."
*11/21/2023, 5:13 PM*

| | | |
|---|---|---|
| SN | **satya nadella** <+1 ▇▇▇<br>Liked "Strong strong no." | 11/21/2023, 5:13 PM |
| SN | **satya nadella** <+1 ▇▇▇<br>How about ▇▇▇ | 11/21/2023, 5:24 PM |
| SA | **Sam Altman** <▇▇▇<br>suggesting | 11/21/2023, 5:25 PM |
| SN | **satya nadella** <▇▇▇<br>▇▇▇ is another name | 11/21/2023, 5:26 PM |
| KS | **Kevin Scott** <▇▇▇<br>▇▇▇ | 11/21/2023, 5:26 PM |
| KS | **Kevin Scott** <+▇▇▇<br>(Chair of ▇▇▇) | 11/21/2023, 5:27 PM |
| KS | **Kevin Scott** <+▇▇▇<br>▇▇▇ (President of ▇▇▇) | 11/21/2023, 5:28 PM |
| SM | **System Message**<br>▇▇▇ added ▇▇▇ to the conversation | 11/21/2023, 5:28 PM |
| KS | **Kevin Scott** <+▇▇▇><br>▇▇▇ | 11/21/2023, 5:28 PM |
| SN | **satya nadella** <▇▇▇><br>I just added Brad to this | 11/21/2023, 5:28 PM |
| BS | **brad smith** <+▇▇▇><br>▇▇▇ | 11/21/2023, 5:29 PM |
| KS | **Kevin Scott** <▇▇▇><br>▇▇▇ | 11/21/2023, 5:29 PM |
| KS | **Kevin Scott** <+1▇▇▇><br>▇▇▇ | 11/21/2023, 5:29 PM |
| KS | **Kevin Scott** <+▇▇▇><br>(Former Treasurer ▇▇▇, former CFO ▇▇▇) | 11/21/2023, 5:30 PM |
| KS | **Kevin Scott** <▇▇▇><br>▇▇▇ | 11/21/2023, 5:33 PM |
| BS | **brad smith** <+▇▇▇2><br>▇▇▇, operator at ▇▇▇, on the ▇▇▇ board. Solid, thoughtful, calm. | 11/21/2023, 5:33 PM |
| BS | **brad smith** <▇▇▇><br>▇▇▇. Former CMO at ▇▇▇ On board still. Incredibly smart, firm, practical, while also a good listener. | 11/21/2023, 5:34 PM |
| KS | **Kevin Scott** <▇▇▇><br>Yep. ▇▇▇ was on the ▇ board. Very reasonable. | 11/21/2023, 5:35 PM |

| | | |
|---|---|---|
| KS | **Kevin Scott** <███████> <br> ███████? | 11/21/2023, 5:37 PM |
| KS | **Kevin Scott** <███████> <br> ███████? | 11/21/2023, 5:38 PM |
| SN | **satya nadella** <███████> <br> Liked "███████?" | 11/21/2023, 5:38 PM |
| SN | **satya nadella** <███████> <br> ███████ board or a consultant | 11/21/2023, 5:38 PM |
| KS | **Kevin Scott** <███████> <br> He's off now. | 11/21/2023, 5:38 PM |
| KS | **Kevin Scott** <███████> <br> But valid. | 11/21/2023, 5:38 PM |
| KS | **Kevin Scott** <███████> <br> Have you all thought about Emmett? They already picked him and he seems sane. | 11/21/2023, 5:41 PM |
| SA | **Sam Altman** <+1███████> <br> we have offered that earlier | 11/21/2023, 5:43 PM |
| SA | **Sam Altman** <███████> <br> still happy | 11/21/2023, 5:43 PM |
| SN | **satya nadella** <███████> <br> I really think they need Emmett for their own reputation, I did say this to Adam | 11/21/2023, 5:44 PM |
| SA | **Sam Altman** <███████> <br> agreed | 11/21/2023, 5:44 PM |
| SN | **satya nadella** <███████> <br> Maybe Bret can stress that to Adam as well if he has not already done | 11/21/2023, 5:44 PM |
| KS | **Kevin Scott** <+1███████> <br> I can quit for six months and do it. (Ready to be downvoted by Satya on this one, and not really serious. 😜) | 11/21/2023, 5:46 PM |
| SN | **satya nadella** <███████> <br> Disliked "I can quit for six months and do it. (Ready to be..." | 11/21/2023, 5:47 PM |
| KS | **Kevin Scott** <+1███████> <br> 😊 | 11/21/2023, 5:48 PM |
| SM | **System Message** <br> ███████ added +1 ███████ to the conversation | 11/21/2023, 5:53 PM |
| SN | **satya nadella** <███████> <br> Just added Bret so that he also sees all the names | 11/21/2023, 5:53 PM |
| SA | **Sam Altman** <███████> <br> we are still waiting for a proposal | 11/21/2023, 7:15 PM |

**SN** — satya nadella <████8>  11/21/2023, 7:24 PM
Got it.

**SN** — satya nadella <████>  11/21/2023, 7:43 PM
Do you think we get this done tonight and we issue statements or we think this is tomorrow? Do you want me to ping Adam with you and Bret on it and ask?

**SA** — Sam Altman <████>  11/21/2023, 7:45 PM
bret on with them now

**SN** — satya nadella <████>  11/21/2023, 7:45 PM
Liked "bret on with them now"

**SM** — System Message  11/21/2023, 7:49 PM
████ removed +████ from the conversation

**SA** — Sam Altman <+████>  11/21/2023, 7:54 PM
would you do this

**SA** — Sam Altman <████>  11/21/2023, 7:55 PM
bret, larry summers, adam

**SA** — Sam Altman <████>  11/21/2023, 7:55 PM
as the board

**SA** — Sam Altman <+1████>  11/21/2023, 7:55 PM
and me as ceo

**SA** — Sam Altman <████>  11/21/2023, 7:55 PM
and then bret handles the investigation

**BS** — brad smith <████>  11/21/2023, 7:55 PM
You would be ceo but lot on the board

**SA** — Sam Altman <████>  11/21/2023, 7:55 PM
yes

**BS** — brad smith <████>  11/21/2023, 7:56 PM
Your future would be decided by Larry Summer. He's smart but so mercurial. I think it's too risky a propositions

**SA** — Sam Altman <████>  11/21/2023, 7:57 PM
id accept it given my conversations with him

**SA** — Sam Altman <████>  11/21/2023, 7:57 PM
and where we right

**SA** — Sam Altman <████>  11/21/2023, 7:57 PM
now

**SA** — Sam Altman <+████>  11/21/2023, 7:57 PM
it's bullshit but i want to save this

**SA** — Sam Altman <████>  11/21/2023, 7:58 PM
can you guys live with it?

**SN** — satya nadella <████>  11/21/2023, 8:01 PM
Can I call Larry tonight?

| | | |
|---|---|---|
| SA | **Sam Altman** <▮▮▮> <br> sure any time | 11/21/2023, 8:01 PM |
| SN | **satya nadella** <▮▮▮ <br> Give me his cell number | 11/21/2023, 8:01 PM |
| SA | **Sam Altman** <+▮▮▮ <br> we are going to talk with larry, bret, emmett, and the board in a few mins | 11/21/2023, 8:02 PM |
| SA | **Sam Altman** <▮▮▮ <br> thank you guys for the partnership and trust. excited to get this all sorted to a long-term configuration you can really depend on | 11/21/2023, 10:38 PM |
| SN | **satya nadella** <▮▮▮ <br> Loved "thank you guys for the partnership and trust. exci…" | 11/21/2023, 10:40 PM |
| BS | **brad smith** <▮▮▮ <br> Thank you! A tough several days. Let's build on this and regain momentum. | 11/21/2023, 10:41 PM |
| SA | **Sam Altman** <▮▮▮ <br> Loved "Thank you! A tough several days. Let's build on th…" | 11/21/2023, 10:41 PM |
| SN | **satya nadella** <▮▮▮ <br> Really looking forward to getting back to building…. | 11/21/2023, 10:44 PM |