# EXHIBIT 54
# PUBLIC REDACTED VERSION

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 9 | Date Range: 11/18/2023 - 11/19/2023 |

### Outline of Conversations

+1[redacted] • 9 messages between 11/18/2023 - 11/19/2023 • Sam Altman [redacted]0> • satya [redacted] <[redacted]>

**Messages in chronological order** (times are shown in GMT +00:00)

+[REDACTED]

SN **satya nadella** [REDACTED] 11/18/2023, 3:42 PM
Are you free for a call?

SA **Sam Altman** [REDACTED] 11/18/2023, 4:03 PM
on a board

SA **Sam Altman** [REDACTED] 11/18/2023, 4:04 PM
on a board call

SN **satya nadella** [REDACTED] 11/18/2023, 4:08 PM
Good

SN **satya nadella** [REDACTED] 11/18/2023, 4:08 PM
Call when done. I have one idea

SA **Sam Altman** [REDACTED] 11/18/2023, 11:29 PM
tried you back

SA **Sam Altman** [REDACTED] 11/19/2023, 2:20 AM
on with board

SN **satya nadella** <[REDACTED]> 11/19/2023, 4:25 AM
Here is the text from Brad:

Hi Satya – You can share with Sam that if it's needed, we'll have a new subsidiary opened on Monday. We did all the legal work today so the papers can be filed with the Washington Secretary of State as soon as the office opens Monday morning. For now, we are just calling it Microsoft RAI, Inc. We can update to change the name, Board of Directors and officers once it's established and we decide if we're going to use it and how, but for now, we'll just set it up as a standard Microsoft subsidiary.

We can then capitalize the subsidiary and take all the other steps needed to operationalize this and support Sam in whatever way is needed. But we are ready to go if that's the direction we need to head!

SA **Sam Altman** [REDACTED] 11/19/2023, 4:25 AM
kk