# EXHIBIT 59

**Public Redacted Version**

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 15 | Date Range: 11/20/2023 |

## Outline of Conversations

💬 **CHAT - 96518_003.04.0000001 - 04411 - 2023/11/20** · 15 messages on 11/20/2023 · Brad Lightcap <+1​​​​​​​> · Sam Altman <+​​​​​​​​0> · Sam Altman 0> · satya nadella <+1​​​​​​>

CONFIDENTIAL
OPENAI_MUSK00027459

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - 96518_003.04.0000001 - 04411 - 2023/11/20**

**SA** — **Sam Altman** <■■■> — 11/20/2023, 11:12 AM
satya, brad lightcap suggested this rewrite. ok?

**SA** — **Sam Altman** <■■■> — 11/20/2023, 11:12 AM
how about:

satya and my top priority remains to save openai

we are committed to fully providing continuity of operations to our partners and customers

our partnership makes this very doable

**SN** — **satya nadella** <■■■> — 11/20/2023, 11:16 AM
How about

Satya and my top priority remains to ensure OpenAI continues to thrive

….that will make it more positive

**SA** — **Sam Altman** <■■■> — 11/20/2023, 11:16 AM
ok!

**SA** — **Sam Altman** <■■■> — 11/20/2023, 11:16 AM
sending

**SA** — **Sam Altman** <■■■> — 11/20/2023, 11:16 AM
brad ok with you?

**SN** — **satya nadella** <■■■> — 11/20/2023, 11:19 AM
Brad - I briefed Jon Tinter and will be good for you to coordinate with him on this. Thx

**BL** — **Brad Lightcap** <■■■> — 11/20/2023, 11:20 AM
ok Sam let's shift over to new thread

**BL** — **Brad Lightcap** <■■■> — 11/20/2023, 11:34 AM
sam, ship it with satya's proposed change. I am good.

**BL** — **Brad Lightcap** <■■■> — 11/20/2023, 11:36 AM
posting here:

Satya and my top priority remains to ensure OpenAI continues to thrive

we are committed to fully providing continuity of operations to our partners and customers

our partnership makes this very doable

**SA** — **Sam Altman** <■■■> — 11/20/2023, 1:41 PM
brad can you confirm to satya how much equity we would need to issue to employees in total dollar amount? and if satya says yes let's let team know

**BL** — **Brad Lightcap** <■■■> — 11/20/2023, 1:42 PM
calculating now

**BL** — **Brad Lightcap** <■■■> — 11/20/2023, 3:56 PM
Satya - depending on how ■■■ is accounted for, OAI employee vehicle would require $25B ■■■

SN  **satya nadella** <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>                                              11/20/2023, 4:25 PM
    Thx Brad. I shared with Amy and Mike Wetter and they will follow up and make it all happen.

BL  **Brad Lightcap** <+​​​​​​​​​​​​​​​​​​​​​​​​​>                                                 11/20/2023, 4:25 PM
    thanks on with Mike now

CONFIDENTIAL                                                                                              OPENAI_MUSK00027461