# EXHIBIT 64
# PUBLIC REDACTED VERSION

*Confidential*
*Execution Version*

# MEMORANDUM OF UNDERSTANDING
## Proposed Recapitalization of the OpenAI For-Profit Enterprise

### September 9, 2025

*This Memorandum of Understanding summarizes certain terms relating to a potential recapitalization of the OpenAI for-profit enterprise. This Memorandum of Understanding does not contain all the terms, conditions and other provisions of the proposed transaction. With the exception of the Section entitled "Governing Law" (which shall be binding), this Memorandum of Understanding is not intended to constitute, and does not constitute, a legally binding agreement or an offer to consummate the contemplated transaction. This Memorandum of Understanding and the information contained herein are strictly confidential.*



HIGHLY CONFIDENTIAL

IN WITNESS WHEREOF, the parties have executed this Memorandum of Understanding as of the date first written above.

**OpenAI, Inc.**


By:  _____
Name:
Title:

**Microsoft Corporation**


By:  _____
Amy Hood (Sep 11, 2025 12:28:13 PDT)
Name:  Amy Hood
Title:  EVP and CFO

HIGHLY CONFIDENTIAL

## ANNEX A

### Pro Forma Cap Table – Waterfall

The below table shows pro forma ownership percentages before giving effect to (i) dilution from the convertible securities held by the Sakura Investors and Oct. 2024 Investors and (ii) adjustments for securities issued to M&A Sellers.  In addition, the NFP will receive warrants for shares of Class A Common Stock, with the number of shares, strike price, tenor and other terms to be mutually agreed and resulting in a present value at closing of $22.4 billion, calculated based on a Black-Scholes methodology using 50% volatility (the "**NFP Warrants**").  The NFP Warrants will dilute all PBC shareholders on a pro rata (as-converted) basis.  The Aestas percentage below will be distributed against 280 million[7] Aestas units.[8]

| | |
|---|---|
| Aestas | 33.0% |
| Microsoft | 32.5% |
| FCLPs (excluding the NFP's FCLP interest) | 3.0% |
| NFP (including its FCLP interest) | 31.5% |

MSFT_MUSK000092446