# EXHIBIT 68

**Public Redacted Version**

1

```
 1                UNITED STATES DISTRICT COURT

 2                  NORTHERN OF CALIFORNIA

 3                     OAKLAND DIVISION
     _____
 4   ELON MUSK, et al.,           )
                                  )
 5              Plaintiffs,       )
                                  )
 6   v.                           )   Case No. 4:24-cv-04722-YGR
                                  )
 7   Samuel Altman, et al.,       )
                                  )
 8              Defendants.       )
     _____)
 9

10


11                ** HIGHLY CONFIDENTIAL **

12         Videotaped Deposition of GREG BROCKMAN

13                San Francisco, California

14              Tuesday, September 23, 2025

15

16

17

18

19

20

21

22              Reported Stenographically by

23       Michael P. Hensley, RDR, CSR No. 14114

24

25
```

## Page 2

```
 1                  UNITED STATES DISTRICT COURT
 2                     NORTHERN OF CALIFORNIA
 3                         OAKLAND DIVISION
    _____
 4  ELON MUSK, et al.,          )
                                )
 5          Plaintiffs,         )
                                )
 6  v.                          )  Case No. 4:24-cv-04722-YGR
                                )
 7  Samuel Altman, et al.,      )
                                )
 8          Defendants.         )
    _____ )
 9
10
11       Videotaped Deposition of GREG BROCKMAN,
12  commencing at the hour of 10:28 A.M. and concluding
13  at the hour of 7:21 P.M. on Tuesday,
14  September 23, 2025, at the location of
15  425 Market Street, San Francisco, California 94105,
16  before Michael Hensley, Registered Diplomate
17  Reporter, Certified Shorthand Reporter No. 14114, in
18  and for the State of California.
19
20
21
22
23
24
25
```

## Page 3

```
 1  APPEARANCES:
 2  For Plaintiffs:
 3          MOLOLAMKEN LLP
            By:  ROBERT K. KRY, ESQ.
 4          600 New Hampshire Avenue, N.W.
            Washington, D.C. 20037
 5          202.553.2011
            rkry@mololamken.com
 6
 7          MOLOLAMKEN LLP
            BY:  ALEX EYNON, ESQ.
 8          430 Park Avenue
            New York, New York 10022
 9          212.607.8174
            aeynon@mololamken.com
10
11  For Defendant Microsoft Corporation:
12          DECHERT LLP
            By:  HOWARD ULLMAN, ESQ.
13          45 Fremont Street, 26th Floor
            San Francisco, California 94105
14          415.262.4500
            howard.ullman@dechert.com
15
16  For Defendant Gregory Brockman:
17          WACHTELL, LIPTON, ROSEN & KATZ
            BY:  WILLIAM SAVITT, ESQ.
18               KELSEY A. BORENZWEIG, ESQ.
                 SARAH K. EDDY, ESQ.
19          51 West 52nd Street
            New York, New York 10019
20          212.403.1000
            wdsavitt@wlrk.com
21          skeddy@wlrk.com
22
23
24
25
```

## Page 4

```
 1  APPEARANCES (CONTINUED):
 2  For Defendant Gregory Brockman:
 3          MORRISON & FOERSTER, LLP
            BY:  WILLIAM FRENTZEN, ESQ.
 4          425 Market Street
            San Francisco, California 94105
 5          415.268.7000
            wfrentzen@mofo.com
 6
 7  Also Present:
 8          RENNY HWANG, ESQ.
 9          ALEJANDRO ZAMORA RUIZ, Videographer
10
11  Present Remotely:
12          ROBERT CASTILLO, AV Monitor
13          ZACHARY DAVID, ESQ.
14          SARA TOFIGHBAKHSH, ESQ.
15          CAMILA TAPERNOUX, ESQ.
16          BRADLEY WILSON, ESQ.
17          YOSEF WEITZMAN, ESQ.
18          JAYMIE PARKKINEN, ESQ.
19
20
21
22
23
24
25
```

## Page 5

```
 1                           INDEX
 2
 3                        EXAMINATIONS
 4  WITNESS:  GREG BROCKMAN                            Page
 5  BY ATTORNEY KRY                                      10
 6  BY ATTORNEY ULLMAN                                  303
 7
 8                          EXHIBITS
 9  No.           Description                          Page
10  1     (Highly Confidential) Bates Number             12
        OPENAI_MUSK00029106:  Untitled
11      Document
12  2   Bates Number 2024MUSK-0013670: "My               33
        path to OpenAI"
13
    3   (Highly Confidential) Bates Number               45
14      2024MUSK-00029118:  "Memory"
15  4   (Confidential) Bates Number                      53
        OPENAI_MUSK005733 - 005734:  Email
16      from Greg Brockman 11/22/15
17  5   (Confidential) Bates Number                      61
        SPX-00021496 - 00021497:  Email from
18      Greg Brockman 10/26/2015
19  6   (Confidential) Bates Number                      66
        OPENAI_MUSK00023430 - 00023431:
20      Email exchange, top message from
        Greg Brockman 8/18/17
21
    7   (Confidential) Bates Number                      70
22      2024MUSK-0004680 - 0004683:  Email
        exchange, top message from Elon Musk
23      12/7/15
24
25
```

Page 298

1  published on the entity's website that you
2  referenced as reflected in the minutes?
3      A.  I am uncertain what draft of charter 2.0
4  would've been presented at this specific meeting.
5      Q.  What questions and feedback did the
6  directors offer in response to your presentation of
7  charter 2.0?
8      A.  I don't remember in this specific meeting
9  what specific feedback, comments, the directors had
10 said as I presented or as we talked about charter
11 2.0.
12          (Exhibit 31 was marked for
13          identification.)
14 BY ATTORNEY KRY:
15     Q.  Marked as Exhibit 31, a document produced
16 as 2024MUSK-11867.  This is a August 19th, 2025, New
17 York Times article titled "OpenAI In Deal Talks That
18 Would Value the Company At 500 Billion."  The first
19 paragraph states that:
20          [As Read]  OpenAI, the maker of
21          ChatGPT, is in talks to sell $6 billion in
22          shares owned by its current and former
23          employees to investors in a deal that
24          would value the artificial intelligence
25          company at roughly 500 billion according

Page 299

1          to two people with knowledge of the
2          discussions.
3          Mr. Brockman, are you familiar with the
4  employee tender that's being discussed in this news
5  article?
6      A.  I am aware of an employee tender, yeah,
7  tender being run that we are offering to employees.
8      Q.  What is the current status of that tender?
9      A.  I believe that tender is currently open.
10     Q.  When is it expected to be completed?
11     A.  I believe that the last day for people to
12 make elections is one week from now or something
13 like that.  I don't know when it will actually fund.
14     Q.  Have you personally tendered any of your
15 shares in this tender offering?
16     A.  I have not elected to participate in this
17 tender offering.
18     Q.  Do you expect to participate over the
19 course of the next week?
20     A.  I do not expect to participate over the
21 course of the next week.
22     Q.  The 6 billion share offering figure quoted
23 in this article, does that assume that a certain
24 number of OpenAI employees offered to tender their
25 shares?

Page 300

1      A.  I do not know where this $6 billion number
2  comes from specifically.
3      Q.  Do you know how the implied valuation
4  number of $500 billion was calculated?
5      A.  I expect it was calculated on the basis of
6  some share price and somehow did the math to --
7  yeah, so short answer is I'm not sure exactly what
8  calculation was done.
9      Q.  At this point, have the investors that are
10 lined up to purchase shares in this tender already
11 subscribed?
12     A.  I'm not an expert, but my understanding is
13 that I think that investors have to commit ahead of
14 time in some way, but I don't know enough to be
15 confident.
16     Q.  Okay.
17         So based on your understanding of how this
18 process works, the investor interests that would be
19 necessary to justify a $500 valuation has already
20 been concerned at this time, and the only open piece
21 of the process is which employees are going to
22 contribute those shares?
23         ATTORNEY SAVITT:  Objection.  Form.
24         Answer if you can.
25         THE WITNESS:  My understanding is that

Page 301

1  investors have agreed to whatever the terms are and
2  that we're waiting to see what employee demand is
3  with those terms.
4          But, again, I am not an expert and not
5  certain of that answer.
6  BY ATTORNEY KRY:
7      Q.  Is it your understanding that the
8  $500 billion valuation referred to in this article
9  is a correct calculation of the value of OpenAI that
10 is implied by this employee tender?
11         ATTORNEY SAVITT:  Objection.
12         THE WITNESS:  I have no reason to believe
13 that this number is inaccurate as implied by
14 whatever agreements have been reached with investors
15 for this employee tender.
16 BY ATTORNEY KRY:
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22     A.  When I mentioned the paper equity value
23 that I understand my grant to be, it was using this
24 share price that this tender offer -- this tender
25 offering it happening at.

Page 302

1  Q.  So would you agree that the $500 val --
2  billion dollar valuation referenced in this article
3  is a reasonable estimate of OpenAI's value?
4      ATTORNEY SAVITT:  Objection.  Form.
5  Knowledge.  Speculation.
6      Answer.
7      THE WITNESS:  I have not spent enough time
8  to review the documents or details that we required
9  to access whether this is a correct valuation.  I
10 can only trust that the investors and everyone
11 involved have done their best to get to an accurate
12 number.
13 BY ATTORNEY KRY:
14 Q.  And it's reliable enough, in your view, to
15 support your own account of your own personal net
16 worth?
17     ATTORNEY SAVITT:  Objection.  Asked and
18 answered.
19     Go ahead.  Do it again.
20     THE WITNESS:  I have no reason to doubt
21 these numbers.  And actually, the calculation that I
22 mentioned does not depend on the 500 billion number.
23 It just refers to the share price number, and the
24 share price number, I believe, is what is agreed
25 upon.

Page 303

1  BY ATTORNEY KRY:
2  Q.  Okay.
3      But once have you the share price number,
4  do you need to know any additional information to
5  determine the valuation of OpenAI as a whole?
6  A.  I actually don't know whether the employee
7  share price is enough to determine the valuation of
8  OpenAI as a whole.
9      ATTORNEY KRY:  All right.  I will reserve
10 the rest of my time.
11     ATTORNEY SAVITT:  What is the time check,
12 just by the way?
13     THE VIDEOGRAPHER:  6 hours 48 minutes.
14     ATTORNEY SAVITT:  Thank you.
15     Pass the witness to Microsoft.
16     ATTORNEY ULLMAN:  I do have a few
17 questions.
18     ATTORNEY SAVITT:  Do you want to sit
19 here or do you want --
20     ATTORNEY ULLMAN:  Yeah, if you -- thank
21 you.
22              EXAMINATION
23 BY ATTORNEY ULLMAN:
24 Q.  All right.
25     Mr. Brockman, good afternoon or good

Page 304

1  evening.  My name's Howard Ullman.  I represent
2  Microsoft in this matter.  I know it's been a long
3  day already.  I have a few questions for you, but I
4  will endeavor to be brief.
5  A.  And sorry, just to check.  How much time
6  do you have or how does it work?
7      ATTORNEY SAVITT:  He's --
8      THE WITNESS:  As long as you want?  You do
9  your thing.
10     ATTORNEY SAVITT:  Let's do it as fast as
11 we can.  How about we say that.
12     ATTORNEY ULLMAN:  I'll promise to be as
13 quick as I can be.
14 BY ATTORNEY ULLMAN:
15 Q.  All right.
16     Did you ever tell anyone at Microsoft that
17 there was an agreement between OpenAI and Mr. Musk?
18     ATTORNEY KRY:  Objection to form.
19     THE WITNESS:  I do not recall having
20 mentioned to anyone at Microsoft that there was an
21 agreement with -- between OpenAI and Elon Musk.
22 BY ATTORNEY ULLMAN:
23 Q.  Are you aware of any communication between
24 anyone else, whether at OpenAI or otherwise and
25 anyone at Microsoft, to the effect that there was an

Page 305

1  agreement between OpenAI and Mr. Musk?
2      ATTORNEY KRY:  Objection to form.
3      ATTORNEY SAVITT:  Objection to form.
4      THE WITNESS:  Sorry.  Can you repeat the
5  question?
6      ATTORNEY ULLMAN:  Yes.  I will.  I will
7  repeat it.
8  BY ATTORNEY ULLMAN:
9  Q.  Are you aware of any communication between
10 anyone else, other than yourself, that is, and
11 anyone at Microsoft, to the effect that there was an
12 agreement between OpenAI and Mr. Musk?
13 A.  I am not aware --
14     ATTORNEY KRY:  Objection to form.
15     THE WITNESS:  -- of communications between
16 such parties about dealings with Elon Musk.
17 BY ATTORNEY ULLMAN:
18 Q.  Did you ever tell anybody at Microsoft
19 that OpenAI owed any obligations to Mr. Musk?
20     ATTORNEY KRY:  Objection to form.
21     ATTORNEY SAVITT:  Objection.
22     THE WITNESS:  Do not recall communication
23 of obligations to Elon Musk.
24 BY ATTORNEY ULLMAN:
25 Q.  And are you aware of any communications --