# EXHIBIT 72
# PUBLIC REDACTED VERSION

# Microsoft & OpenAI – Summary Term Sheet
## April 2019

This term sheet sets forth an outline of certain material terms and conditions for a proposed transaction (described below) between Microsoft Corporation ("Microsoft") and OpenAI, L.P. ("OpenAI").

This letter of intent is not binding on either Microsoft or OpenAI. Only executed transaction documents reflecting the proposed transaction (described below) will be binding on Microsoft and OpenAI. This letter of intent and the provisions outlined herein are confidential.

| | |
|---|---|
| **IMPORTANT WARNING** | **\*\*Investing in OpenAI, L.P. (the Partnership) is a high-risk investment\*\*** <br> **\*\*Investors could lose their capital contribution and not see any return\*\*** <br> **\*\*It would be wise to view any investment in OpenAI, L.P. in the spirit of a donation, with the understanding that it may be difficult to know what role money will play in a post-AGI world\*\*** <br><br> As described herein and in the Limited Partnership Agreement, the Partnership exists to advance OpenAI, Inc.'s mission of ensuring that safe artificial general intelligence is developed and benefits all of humanity. The General Partner's duty to this mission and the principles advanced in the OpenAI, Inc. Charter take precedence over any obligation to generate a profit. The Partnership may never make a profit, and the General Partner is under no obligation to do so. The General Partner is free to re-invest any or all of the Partnership's cash flow into research and development activities and/or related expenses without any obligation to the Limited Partners. See Section 6.4 of the Limited Partnership Agreement for additional details. |
| **Investment** | Microsoft invests $2 billion and becomes a second close Limited Partner in OpenAI, L.P. with a corresponding Target Redemption Amount equal to 20x contributed capital ($40 billion) or any such greater multiple agreed by OpenAI after the date hereof. <br><br> [REDACTED] |
| **Board of Directors & General Partner Representation** | Microsoft may nominate a director to OpenAI, Inc.'s board of directors, or have Reid Hoffman serve as Microsoft's representative. OpenAI, Inc.'s board controls the General Partner of OpenAI L.P., and [REDACTED] as detailed in OpenAI's *Amended and Restated Conflict of Interest Policy*. |
| **Cloud Compute** | On the Effective Date of the Agreement, OpenAI will begin porting cloud services such as storage, compute, and web hosting to Microsoft Azure. [REDACTED] |

| | |
|---|---|
| | Microsoft will support the following number ▇▇▇▇ dedicated to OpenAI:<br>- at least ▇▇▇ by ▇▇▇ ;<br>- at least ▇▇▇ by ▇▇▇ ; and<br>- at least ▇▇▇ by ▇▇▇ .<br><br>OpenAI commits ▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Supercomputers** | Microsoft and OpenAI will collaborate on designing and building a machine, which will be operational ▇▇▇▇▇▇▇▇▇▇▇▇<br><br>OpenAI and Microsoft will additionally collaborate on building an "AGI relevant" supercomputer, with two years of joint exclusive access for first party use upon completion.<br><br>▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Pricing Model** | ▇▇▇▇▇▇▇▇▇▇▇▇ |
| **IP Ownership** | ▇▇▇▇▇▇▇▇▇▇▇▇<br><br>'Supercomputer Tech' means all IP related to the hardware and software required to operate the supercomputing projects anticipated under the agreement. Microsoft will own all rights in the Supercomputer Tech. ▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Commercialization of IP** | |

| OpenAI, L.P. | Microsoft Corporation |
|---|---|
| DocuSigned by: *Sam Altman* (9434DD374022448) | DocuSigned by: *kevin Scott* (DBE05C42F11D4EA) |
| By: | By: |
| Name: Sam Altman | Name: Kevin Scott |
| Title: CEO | Title: CTO |
| Date: April 12, 2019 | Date: April 14, 2019 |