# EXHIBIT 73
# PUBLIC REDACTED VERSION

March 5, 2021

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399
Attention: Keith Dolliver
Deputy General Counsel

**Re: Side Letter Agreement**

Ladies and Gentlemen:

      This letter is being delivered in connection with your subscription for additional Convertible Limited Partnership Interests of OpenAI, L.P. a Delaware limited partnership (the "**Partnership**"), which such interests constitute your Third Closing Capital Commitment under the Second Amended and Restated Limited Partnership Agreement of the Partnership dated as of the date hereof (the "**Second Amended LPA**"). Effective upon the execution of this letter by you and the Partnership, this letter shall amend, restate, and supersede in its entirety the letter agreement dated as of July 2, 2019, as amended by that certain Amendment to Side Letter dated July 22, 2019 (the "**Original Side Letter**"), and Microsoft Corporation ("**Microsoft**") shall be entitled to the rights set forth in this letter in lieu of the rights set forth in the Original Side Letter. All terms not otherwise defined in this letter will have the meaning ascribed to such terms in the Second Amended LPA.



1

MSFT_MUSK000002098



## 2.    NOMINATION OF A BOARD MEMBER

As long as Microsoft is a Converted Limited Partner or a Second/Third Close Limited Partner, Microsoft shall have the right, but not the obligation, to appoint a director (the "**Microsoft Director**") to OpenAI, Inc.'s board of directors (the "**Board**"). Microsoft may appoint, remove or replace the Microsoft Director from time to time by delivering a written notice to the Partnership with the name of the person selected as the Microsoft Director and OpenAI agrees to nominate and appoint such designee as a member of the Board effective within three business days of receipt of such notice. Microsoft agrees to provide the Partnership with thirty (30) days prior written notice of its intention to appoint a person to the Board as the Microsoft Director as long as Reid Hoffman is serving as a member of the Board.  The Board controls the General Partner of OpenAI L.P., and Microsoft's representative on the Board will be considered an "L.P. Insider," as detailed in OpenAI's Amended and Restated Conflict of Interest Policy.



HIGHLY CONFIDENTIAL                                                                 MSFT_MUSK000002099

Very truly yours,

OPENAI, L.P.

By:     OPENAI GP, L.L.C.,
        its general partner
By:     OPENAI, INC.,
        its sole member

Name: Sam Altman
Title:   Chief Executive Officer

OPENAI, INC.

By:

Name: Sam Altman
Title:   Chief Executive Officer

ACCEPTED AND AGREED TO THIS
_____DAY OF MARCH, 2021

MICROSOFT CORPORATION

By
Name:
Title:

5

HIGHLY CONFIDENTIAL

MSFT_MUSK000002102