1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  WILLIAM FRENTZEN (CA SBN 343918)
   WFrentzen@mofo.com
3  DAVID J. WIENER (CA SBN 291659)
   DWiener@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105
   Telephone:   (415) 268-7000
6  Facsimile:   (415) 268-7522

7  WILLIAM SAVITT (admitted *pro hac vice*)
   WDSavitt@wlrk.com
8  BRADLEY R. WILSON (admitted *pro hac vice*)
   BRWilson@wlrk.com
9  SARAH K. EDDY (admitted *pro hac vice*)
   SKEddy@wlrk.com
10 STEVEN WINTER (admitted *pro hac vice*)
   SWinter@wlrk.com
11 NATHANIEL CULLERTON (admitted *pro hac vice*)
   NDCullerton@wlrk.com
12 WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
13 New York, NY 10019
   Telephone:   (212) 403-1000
14 Facsimile:   (212) 403-2000

15 *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF WILLIAM FRENTZEN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OPINIONS 3 THROUGH 6 OF DR. C. PAUL WAZZAN** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

I, William Frentzen, hereby declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP and counsel of record for the OpenAI Defendants. I submit this declaration in support of Defendants' Motion to Exclude Opinions 3 through 6 of Dr. C. Paul Wazzan.

2. Attached as **Exhibit No. 1** is a true and correct copy of the Expert Report of C. Paul Wazzan, Ph.D. dated October 29, 2025.

3. Attached as **Exhibit No. 2** is a true and correct copy of the Supplemental Expert Report of C. Paul Wazzan, Ph.D. dated December 2, 2025.

4. Attached as **Exhibit No. 3** is a true and correct copy of C. Paul Wazzan, Ph.D. Summary of Assignment and Opinions submitted via email to this Court by Robert Kry, counsel for Plaintiff, on January 6, 2026.

5. Attached as **Exhibit No. 4** is a true and correct copy of the transcript of the video deposition of C. Paul Wazzan, Ph.D., taken December 5, 2025, with redactions applied to material designated for confidential treatment by Defendant Microsoft Corporation, as detailed in its forthcoming administrative motion to seal the redacted information.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of January, 2026 in Sausalito, California.

*/s/ William Frentzen*
WILLIAM FRENTZEN