# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON MUSK, an individual; X.AI CORP., a Nevada benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.<br><br>　　　　Defendants. | Case No. 4:24-cv-04722-YGR |

# Supplemental Expert Report of C. Paul Wazzan, Ph.D.

# December 2, 2025

## HIGHLY CONFIDENTIAL

**TABLE OF CONTENTS**

**I. Introduction** ....................................................................................................................... 1

**II. Revised Estimates of OpenAI's and Microsoft's Wrongful Gains** ...................................... 2

    A.    Summary of New Share Information ............................................................................. 2

    B.    Revised Estimates of OpenAI's and Microsoft's Wrongful Gains ................................. 3

Appendix A – PBC Restructure Document Production

HIGHLY CONFIDENTIAL

**I.     INTRODUCTION**

1. My name is C. Paul Wazzan. I am a Managing Director with Berkeley Research Group ("BRG"). On October 29, 2025, I submitted an expert report in this case which quantified the wrongful gains to defendants assuming the plaintiffs in this matter prevail (the "Wazzan Report").[1] Section X of the Wazzan Report ("Calculation of Wrongful Gains Based on Implied Valuation of OpenAI PBC") includes a calculation of wrongful gains that was calculated using publicly available information related to the conversion of the OpenAI For-Profit to a public benefit corporation ("OpenAI PBC").

2. The day before my expert report was due, OpenAI and Microsoft announced they had reached agreement on the conversion and their respective ownership percentages in OpenAI PBC. As I state in the Wazzan Report:[2]

> On October 28, 2025, the day before this report's filing, OpenAI and Microsoft announced they had consummated the transaction proposed in the MOU and provided some information about their new equity stakes. The precise terms of the final agreement are not public, and I have not received discovery materials showing those terms. Nonetheless, in this section, I update my calculations of wrongful gains based upon the limited information reported. I reserve the right to revise my analysis if and when additional details about the OpenAI PBC restructuring are made available to me.

3. I understand that, on November 14, 2025, OpenAI produced to plaintiffs certain documents relating to the PBC restructuring that describe the PBC conversion in more detail than what was disclosed publicly (the "PBC Restructure Document Production"). Plaintiffs' counsel subsequently shared those documents with me.[3] The PBC Restructure Document Production reveals information relevant to my analysis that was not available to me as of the date of the Wazzan Report.[4] Plaintiffs' counsel has asked that I supplement my opening report in light of these new facts.

---

[1] I described my background, qualifications, and compensation in Section I of the Wazzan Report. I also included a copy of my CV as Appendix A to the Wazzan Report and a copy of the materials I considered as Appendix B. I incorporate those materials here by reference. Apart from the additional documents listed in Appendix A to this Supplemental Expert Report, my prior disclosures on those topics remain current. Terms not defined in this Supplemental Expert Report have the meaning ascribed to them in the Wazzan Report.
[2] Wazzan Report ¶ 113.
[3] The contents of the PBC Restructure Document Production are included as Appendix A.
[4] Nor was such information available to me as of the date of my November 7, 2025 declaration in this case.

1

## II.     REVISED ESTIMATES OF OPENAI'S AND MICROSOFT'S WRONGFUL GAINS

### A.     Summary of New Share Information

4.     The PBC Restructure Document Production is comprised of twenty-three documents. One document is a post-recapitalization cap table for the PBC (the "PBC Cap Table").[5] The PBC Cap Table identifies the post-conversion shareholdings of the OpenAI Nonprofit, Microsoft, and other shareholders under three scenarios: (i) pre-warrants, (ii) diluted for the present value of the warrants, and (iii) "full" dilution for the present value of the warrants plus allocations to an employee-vehicle sponsored pool and an employee incentive plan ("EIP"). The first list of shareholdings (pre-warrants) is consistent with information that defendants publicly announced on October 28, which I set forth in Exhibit 18 to the Wazzan Report.[6] The second list of shareholdings (post-warrants) is similar to what I set forth in Wazzan Report Exhibit 18, although I have made certain adjustments in light of new information in the PBC Restructure Document Production.[7] The third list of shareholdings is new information that was not previously disclosed by defendants. Revised Exhibit 18 below shows the updated shareholding information in light of the PBC Cap Table:

---

[5] OPENAI_MUSK00038352 ("PBC Cap Table")
[6] *See*, Wazzan Report, ¶ 114.
[7] In the Wazzan Report, to account for dilution from the warrants, I diluted the shares of all entities *except* OpenAI Nonprofit. In the PBC Cap Table, OpenAI dilutes the shares of all entities *including* OpenAI Nonprofit. For the purposes of this supplemental report, I adopt the methodology shown in the PBC Cap Table. This change results in a modest downward impact on the wrongful gain calculations.

HIGHLY CONFIDENTIAL

**Revised Exhibit 18**
**Allocation of OpenAI For-Profit $500 Billion Valuation to Stakeholders**
**Using Equity Shares in PBC Restructure Announcement**

| Stakeholder | Pre-Dilution | | Warrants-Only Dilution | | Warrants, EV-Sponsored Pool and EIP Dilution | |
|---|---|---|---|---|---|---|
| | Restructure Allocation ($ billions) | Restructure Ownership Percent | Dilution for OpenAI Nonprofit Warrants ($ billions) | Post - Dilution Ownership Percentage | Dilution for Warrants and EVSP/EIP ($ billions) | Post - Dilution for Warrants and EVSP/EIP Ownership Percentage |
| Valuation of OpenAI For-Profit | $500.00 | 100.0% | $500.00 | 100.0% | $500.00 | 100.0% |
| Apportionment | | | | | | |
|   OpenAI Nonprofit | 129.00 | 25.8% | 145.90 | 29.2% | 131.00 | 26.2% |
|   Microsoft | 133.00 | 26.6% | 127.50 | 25.5% | 114.50 | 22.9% |
|   Other | 238.00 | 47.6% | 226.60 | 45.3% | 254.50 | 50.9% |
| OpenAI Nonprofit Warrants | 22.40 | | | | | |

*Notes and Sources*: PBC Cap Table. The PBC Cap Table assumes OpenAI's valuation is $500 billion. Dollars in billions unless otherwise indicated. OpenAI Nonprofit's warrants are valued at $22.4 billion (4.48% of $500 billion).

### B. Revised Estimates of OpenAI's and Microsoft's Wrongful Gains

5. My calculations of OpenAI's wrongful gains and Microsoft's wrongful gains depend on the shares attributable to OpenAI and Microsoft in the OpenAI PBC. Therefore, the information in the PBC Cap Table necessitates a revision to my estimates of wrongful gains. Aside from the change in share attribution as shown in Revised Exhibit 18, no other changes were made to my calculation of wrongful gains. My revised estimates are shown below for OpenAI (Revised Exhibit 19) and Microsoft (Revised Exhibit 20):

HIGHLY CONFIDENTIAL

### Revised Exhibit 19
### OpenAI's Wrongful Gains Based on PBC Restructure Announcement

| Description | | Warrants-Only Dilution | | Warrants, EV-Sponsored Pool and EIP Dilution | |
|---|---|---|---|---|---|
| | | Estimate 1 | Estimate 2 | Estimate 3 | Estimate 4 |
| Valuation of OpenAI For-Profit | [a] | $500.00 | $500.00 | $500.00 | $500.00 |
| OpenAI Nonprofit Share (%) | [b] | 29.2% | 29.2% | 26.2% | 26.2% |
| OpenAI Nonprofit Economic Interest ($) in OpenAI For-Profit | [c] = [a] × [b] | 145.90 | 145.90 | 131.00 | 131.00 |
| Mr. Musk's Economic Interest (%) in OpenAI Nonprofit | [d] | 50.0% | 75.0% | 50.0% | 75.0% |
| Mr. Musk's Economic Interest ($) in OpenAI For-Profit | [e] = [c] × [d] | 72.95 | 109.43 | 65.50 | 98.25 |

*Notes and Sources*: PBC Cap Table. The PBC Cap Table assumes OpenAI's valuation is $500 billion. Dollars in billions unless otherwise indicated.

### Revised Exhibit 20
### Microsoft's Wrongful Gains Based on PBC Restructure Announcement

| Description | | Warrants-Only Dilution | | Warrants, EV-Sponsored Pool and EIP Dilution | |
|---|---|---|---|---|---|
| | | Estimate 1 | Estimate 2 | Estimate 3 | Estimate 4 |
| Valuation of OpenAI For-Profit | [a] | $500.00 | $500.00 | $500.00 | $500.00 |
| Microsoft's Share (%) | [b] | 25.5% | 25.5% | 22.9% | 22.9% |
| Microsoft's Economic Interest ($) in OpenAI For-Profit | [c] = [a] × [b] | 127.50 | 127.50 | 114.50 | 114.50 |
| Microsoft Investments | | | | | |
|   Microsoft Tranche I | [d] | 1.00 | 1.00 | 1.00 | 1.00 |
|   Microsoft Tranche II | [e] | 2.00 | 2.00 | 2.00 | 2.00 |
|   Microsoft Tranche III | [f] | 10.00 | 10.00 | 10.00 | 10.00 |
| Total | [g] = sum([d]:[f]) | 13.00 | 13.00 | 13.00 | 13.00 |
| Microsoft's Economic Interest ($) in OpenAI For-Profit, Net of Capital Contributions | [h] = [c] - [g] | 114.50 | 114.50 | 101.50 | 101.50 |
| OpenAI Nonprofit Share (%) | [i] | 29.2% | 29.2% | 26.2% | 26.2% |
| Mr. Musk's Economic Interest (%) in OpenAI Nonprofit | [j] | 50.0% | 75.0% | 50.0% | 75.0% |
| Mr. Musk's Economic Interest ($) in OpenAI For-Profit | [k] = [h] × [i] × [j] | 16.71 | 25.06 | 13.30 | 19.94 |

*Notes and Sources*: PBC Cap Table. The PBC Cap Table assumes OpenAI's valuation is $500 billion. Dollars in billions unless otherwise indicated.

HIGHLY CONFIDENTIAL

Respectfully submitted,

_____

C. Paul Wazzan, Ph.D.
December 2, 2025

# APPENDIX A
# PBC RESTRUCTURE DOCUMENT PRODUCTION

HIGHLY CONFIDENTIAL

# APPENDIX A

## PBC Restructure Document Production

OPENAI_MUSK00037786 - OPENAI_MUSK00037809
OPENAI_MUSK00037810 - OPENAI_MUSK00037815
OPENAI_MUSK00037816 - OPENAI_MUSK00037822
OPENAI_MUSK00037823 - OPENAI_MUSK00037913
OPENAI_MUSK00037914 - OPENAI_MUSK00037951
OPENAI_MUSK00037952 - OPENAI_MUSK00037981
OPENAI_MUSK00037982 - OPENAI_MUSK00038004
OPENAI_MUSK00038005 - OPENAI_MUSK00038011
OPENAI_MUSK00038012 - OPENAI_MUSK00038020
OPENAI_MUSK00038021 - OPENAI_MUSK00038029
OPENAI_MUSK00038030 - OPENAI_MUSK00038055
OPENAI_MUSK00038056 - OPENAI_MUSK00038069
OPENAI_MUSK00038070 - OPENAI_MUSK00038077
OPENAI_MUSK00038078 - OPENAI_MUSK00038079
OPENAI_MUSK00038080 - OPENAI_MUSK00038081
OPENAI_MUSK00038082 - OPENAI_MUSK00038104
OPENAI_MUSK00038105 - OPENAI_MUSK00038195
OPENAI_MUSK00038196 - OPENAI_MUSK00038335
OPENAI_MUSK00038336 - OPENAI_MUSK00038345
OPENAI_MUSK00038346 - OPENAI_MUSK00038346
OPENAI_MUSK00038347 - OPENAI_MUSK00038349
OPENAI_MUSK00038350 - OPENAI_MUSK00038351
OPENAI_MUSK00038352 - OPENAI_MUSK00038352