# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELON MUSK, an individual; X.AI CORP., a Nevada benefit corporation,

        Plaintiffs,

v.

SAMUEL ALTMAN, et al.

        Defendants.

Case No. 4:24-cv-04722-YGR

### C. Paul Wazzan, Ph.D. – Summary of Assignment and Opinions

**Assignment.** I have been asked to opine on the amount by which the OpenAI Defendants and Microsoft wrongly profited or were unjustly enriched by operating OpenAI as a commercial venture despite having received charitable contributions from Elon Musk on the understanding that OpenAI would remain a nonprofit dedicated to the public good.

Opening Report ¶ 8.

**Opinion 1.** Based on the PBC Restructure Document Production, the Softbank tender offer, over-the-counter trades, a discounted cash flow analysis, and other valuations, the value of OpenAI For-Profit as of October 28, 2025 is at least $500 billion.

Opening Report ¶¶ 31-51; Supplemnetal Report ¶ 4 & Rev. Ex. 18.

**Opinion 2.** Based on the PBC Restructure Document Production, OpenAI Nonprofit's share of OpenAI For-Profit is 29.2% on a warrants-only diluted basis and 26.2% on a warrants, EV-Sponsored Pool, and EIP diluted basis.

Opening Report ¶¶ 52-70; Supplemental Report ¶ 4 & Rev. Ex. 18.

**Opinion 3.** Based on Mr. Musk's share of total financial contributions to OpenAI prior to his departure at the start of 2018 (approximately 60%), Mr. Musk's proposed equity stake in the 2017 pro forma cap table and alternative scenarios (52.41% to 78.13%), Mr. Musk's current equity stake in x.AI (53%), and qualitative accounts of Mr. Musk's non-monetary contributions to OpenAI, a reasonable estimate for the share of OpenAI Nonprofit's value that is attributable to Mr. Musk's contributions is in the range of 50% to 75%.

Opening Report ¶¶ 71-98.

1

**Opinion 4.** Based on the foregoing opinions, the amount of OpenAI's wrongful gains attributable to Mr. Musk's contributions is between $65.50 billion and $109.43 billion.

Opening Report ¶¶ 99-101; Supplemental Report ¶ 5 & Rev. Ex. 19.

**Opinion 5.** Based on the foregoing opinions, the amount of Microsoft's wrongful gains attributable to Mr. Musk's contributions is between $13.30 billion and $25.06 billion.

Opening Report ¶¶ 102-106; Supplemental Report ¶ 5 & Rev. Ex. 20.

**Opinion 6.** The amount of OpenAI's and Microsoft's wrongful gains attributable to Mr. Musk's contributions may be apportioned across various time periods as stated in the report.

Opening Report ¶¶ 107-112.

Respectfully submitted,

_____
C. Paul Wazzan, Ph.D.