1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  WILLIAM FRENTZEN (CA SBN 343918)
   WFrentzen@mofo.com
3  DAVID J. WIENER (CA SBN 291659)
   DWiener@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105
   Telephone:   (415) 268-7000
6  Facsimile:   (415) 268-7522

7  WILLIAM SAVITT (admitted *pro hac vice*)
   WDSavitt@wlrk.com
8  BRADLEY R. WILSON (admitted *pro hac vice*)
   BRWilson@mofo.com
9  SARAH K. EDDY (admitted *pro hac vice*)
   SKEddy@wlrk.com
10 STEVEN WINTER (admitted *pro hac vice*)
   SWinter@wlrk.com
11 NATHANIEL CULLERTON (admitted *pro hac vice*)
   NDCullerton@wlrk.com
12 WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
13 New York, NY 10019
   Telephone:   (212) 403-1000
14 Facsimile:   (212) 403-2000

15 *Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

19 (Additional party and counsel on the next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>SAMUEL ALTMAN, et al.,<br><br>            Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DEFENDANTS' STIPULATED ADMIN. MOTION FOR LEAVE TO FILE CORRECTED NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS 3 THROUGH 6 OF DR. C. PAUL WAZZAN; MEMORANDUM OF POINTS AND AUTHORITIES** |

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA   94105
Telephone:      (415) 262-4500
Facsimile:       (415) 262-45555

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY   10036
Telephone:      (212) 698-3500
Facsimile:       (212) 698-3599

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone:      (213) 808-5700
Facsimile:       (213) 808-5760

JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC  20006
Telephone:      (202) 261-3300
Facsimile:       (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

Pursuant to Civil Local Rule 7-11, Defendants respectfully submit this Stipulated Administrative Motion for Leave to file a corrected version of Defendants' Notice of Motion and Motion to Exclude Opinions 3 Through 6 Of Dr. C. Paul Wazzan; Memorandum of Points and Authorities, filed at Dkt. 393 (the "Motion to Exclude").

Due to a word processing error that occurred shortly before the filing deadline set by the Court, the original version of the Motion to Exclude that Defendants filed contains formatting errors that Defendants would like to address. The proposed corrected version of the Motion to Exclude filed herewith does not change contain any substantive changes to the Motion to Exclude; the only changes are to formatting and to the Table of Contents and Table of Authorities.

As reflected in the accompanying stipulation, Plaintiff stipulates to the filing of this corrected version.

For the foregoing reasons, Defendants respectfully request the Court grant this Administrative Motion.

| | |
|---|---|
| Date: January 18, 2026 | MORRISON & FOERSTER LLP |
| | |
| | /s/ Jordan Eth |
| | JORDAN ETH (CA SBN 121617) |
| | JEth@mofo.com |
| | WILLIAM FRENTZEN (CA SBN 343918) |
| | WFrentzen@mofo.com |
| | DAVID J. WIENER (CA SBN 291659) |
| | DWiener@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, CA 94105 |
| | Telephone:   (415) 268-7000 |
| | Facsimile:   (415) 268-7522 |
| | |
| | WILLIAM SAVITT (admitted *pro hac vice*) |
| | WDSavitt@wlrk.com |
| | BRADLEY R. WILSON (admitted *pro hac vice*) |
| | BRWilson@mofo.com |
| | SARAH K. EDDY (admitted *pro hac vice*) |
| | SKEddy@wlrk.com |
| | NATHANIEL CULLERTON (admitted *pro hac vice*) |
| | NDCullerton@wlrk.com |
| | WACHTELL, LIPTON, ROSEN & KATZ |
| | 51 West 52nd Street |
| | New York, NY 10019 |
| | Telephone:   (212) 403-1000 |
| | Facsimile:   (212) 403-2000 |

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | /s/ Russell P. Cohen<br>RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com |
| 4 | HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com |
| 5 | 45 Fremont Street, 26th Floor<br>San Francisco, CA 94105 |
| 6 | Telephone: (415) 262-4500<br>Facsimile: (415) 262-45555 |

/s/ Russell P. Cohen
RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*