| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
| | JEth@mofo.com |
| 2 | WILLIAM FRENTZEN (CA SBN 343918) |
| | WFrentzen@mofo.com |
| 3 | DAVID J. WIENER (CA SBN 291659) |
| | DWiener@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, CA 94105 |
| | Telephone:   (415) 268-7000 |
| 6 | Facsimile:   (415) 268-7522 |
| 7 | WILLIAM SAVITT (admitted *pro hac vice*) |
| | WDSavitt@wlrk.com |
| 8 | BRADLEY R. WILSON (admitted *pro hac vice*) |
| | BRWilson@wlrk.com |
| 9 | SARAH K. EDDY (admitted *pro hac vice*) |
| | SKEddy@wlrk.com |
| 10 | STEVEN WINTER (admitted *pro hac vice*) |
| | SWinter@wlrk.com |
| 11 | NATHANIEL CULLERTON (admitted *pro hac vice*) |
| | NDCullerton@wlrk.com |
| 12 | WACHTELL, LIPTON, ROSEN & KATZ |
| | 51 West 52nd Street |
| 13 | New York, NY 10019 |
| | Telephone:   (212) 403-1000 |
| 14 | Facsimile:   (212) 403-2000 |

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global,LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

(Additional counsel listed on the next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**JOINT STIPULATION REGARDING DEFENDANTS' STIPULATED ADMIN. MOTION FOR LEAVE TO FILE CORRECTED NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS 3 THROUGH 6 OF DR. C. PAUL WAZZAN**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105)<br>Russ.cohen@dechert.com<br>HOWARD M. ULLMAN (SBN 206760)<br>Howard.ullman@dechert.com<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-4555<br><br>NISHA PATEL (SBN 281628)<br>Nisha.patelgupta@dechert.com<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760<br><br>ANDREW J. LEVANDER (admitted *pro hac vice*)<br>Andrew.levander@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>JAY JURATA (admitted *pro hac vice*)<br>Jay.jurata@dechert.com<br>DECHERT LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333<br><br>*Attorneys for Defendant Microsoft Corporation* | MARC TOBEROFF (CA SBN 188547)<br>MToberoff@toberoffandassociates.com<br>TOBEROFF & ASSOCIATES, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br><br>STEVEN F. MOLO (*pro hac vice*)<br>ROBERT K. KRY (*pro hac vice*)<br>JENNIFER M. SCHUBERT (*pro hac vice*)<br>MOLOLAMKEN LLP<br>430 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 607-8160<br><br>*Attorneys for Plaintiffs Elon Musk and X.AI Corp.* |

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff Elon Musk ("Plaintiff"), Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"), and Defendant Microsoft Corporation ("Microsoft," and together with Plaintiff and the OpenAI Defendants, the "Parties") hereby stipulate to Defendants' Administrative Motion for Leave to file a corrected version of Defendants' Notice of Motion and Motion to Exclude Opinions 3 Through 6 Of Dr. C. Paul Wazzan; Memorandum of Points and Authorities, filed at Dkt. 393.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Date: January 18, 2026 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | */s/ Jordan Eth*<br>JORDAN ETH (CA SBN 121617) |
| 4 | | *Attorneys for the OpenAI Defendants* |
| 5 | | |
| 6 | Date: January 18, 2026 | DECHERT LLP |
| 7 | | |
| 8 | | */s/ Russell P. Cohen*<br>RUSSELL P. COHEN (SBN 213105) |
| 9 | | *Attorneys for Defendant Microsoft Corporation* |
| 10 | | |
| 11 | | |
| 12 | Date: January 18, 2026 | MOLOLAMKEN LLP |
| 13 | | |
| 14 | | */s/ Robert K. Kry*<br>ROBERT K. KRY (*pro hac vice*) |
| 15 | | *Attorneys for Plaintiffs Elon Musk and X.AI Corp.* |

**ECF ATTESTATION**

I, Jordan Eth, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION REGARDING DEFENDANTS' STIPULATED ADMIN. MOTION FOR LEAVE TO FILE CORRECTED NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS 3 THROUGH 6 OF DR. C. PAUL WAZZAN**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Date: January 18, 2026                                 */s/ Jordan Eth*
                                                                    Jordan Eth