UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.<br><br>    Plaintiffs,<br><br> v.<br><br>SAMUEL ALTMAN, et al.,<br><br>    Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE CORRECTED NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS 3 THROUGH 6 OF DR. C. PAUL WAZZAN; MEMORANDUM OF POINTS AND AUTHORITIES** |

## [PROPOSED] ORDER

Before the Court is Defendants' Stipulated Administrative Motion for Leave to File Corrected Notice of Motion and Motion to Exclude Opinions 3 Through 6 of Dr. C. Paul Wazzan; Memorandum of Points and Authorities ("Administrative Motion"). Having reviewed Defendants' Stipulated Administrative Motion, good cause appearing therefrom, and pursuant to the Parties' stipulation, it is hereby ordered that the Motion is **GRANTED**.

The Clerk is directed to replace the previously filed version of Defendants' Notice of Motion and Motion to Exclude Opinions 3 Through 6 Of Dr. C. Paul Wazzan; Memorandum of Points and Authorities filed at Dkt. 393 with the corrected version filed contemporaneously with Defendants' Administrative Motion.

Dated: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge