MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN et al.,<br><br>　　　　Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DECLARATION OF ROBERT K. KRY IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE OPINIONS 3 THROUGH 6 OF DR. C. PAUL WAZZAN**<br><br>Date:  March 3, 2026<br>Time:  2:00 PM<br>Courtroom:  1 – 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers |

I, Robert K. Kry, declare as follows:

1.  I am a member of the bars of the State of New York and Washington, D.C. and am admitted *pro hac vice* to practice before this Court. I am over the age of 18, a partner at the law firm MoloLamken LLP, and counsel of record for Plaintiffs Elon Musk and X.AI Corp. I submit this Declaration in support of Plaintiff Elon Musk's Opposition to the OpenAI Defendants' and Microsoft Corporation's Motion to Exclude Opinions 3 Through 6 of Dr. C. Paul Wazzan. I have personal knowledge of the facts stated herein and if called as a witness could and would testify competently thereto.

2.  Attached as **Exhibit A** is a true and correct copy of a blog post titled "Evolving OpenAI's Structure," dated May 5, 2025, which I obtained on January 25, 2026 from OpenAI's website at openai.com/index/evolving-our-structure.

3.  Attached as **Exhibit B** is a true and correct copy of an excerpt from the transcript of the deposition of Dr. Ilya Strebulaev, dated December 16, 2025.

4.  Attached as **Exhibit C** is a true and correct copy of an excerpt from the transcript of the deposition of Dr. Jonathan Arnold, dated December 22, 2025.

5.  Attached as **Exhibit D** is a true and correct copy of an email from Elon Musk to Sam Altman, dated May 26, 2015, produced by Plaintiffs at 2024MUSK-0008283, with redactions.

6.  Attached as **Exhibit E** is a true and correct copy of an email from Elon Musk to Sam Altman, dated June 24, 2015, produced by Plaintiffs at 2024MUSK-0001230, with redactions.

7.  Attached as **Exhibit F** is a true and correct copy of Exhibit 1 to Plaintiff Elon Musk's Supplemental Responses and Objections to the OpenAI Defendants' First Set of Interrogatories, together with the verification page, dated September 25, 2025.

8.  Attached as **Exhibit G** is a true and correct copy of the OpenAI Summary Post-Recapitalization Cap Table excerpted from a document produced by the OpenAI Defendants at OPENAI_MUSK00038352.

9.  Attached as **Exhibit H** is a true and correct copy of an email from Jared Birchall to Elon Musk, dated September 11, 2017, produced by third party Excession / Musk Foundation at EXMF-0003257.

1

KRY DECLARATION IN OPPOSITION TO MOTION TO EXCLUDE OPINIONS 3 THROUGH 6 OF DR. C. PAUL WAZZAN
CASE NO.: 4:24-CV-04722-YGR

10. Attached as **Exhibit I** is a true and correct copy of an email from Elon Musk to Ilya Sutskever, copying Greg Brockman, dated September 13, 2017, produced by Plaintiffs at 2024MUSK-0009240, with redactions.

11. Attached as **Exhibit J** is a true and correct copy of an email from Elon Musk to Ilya Sutskever, copying Sam Altman and others, dated September 20, 2017, produced by Plaintiffs at 2024MUSK-0005100.

12. Attached as **Exhibit K** is a true and correct copy of an excerpt from Shannon P. Pratt, *The Market Approach to Valuing Businesses* (2d ed. 2005), produced by the OpenAI Defendants in connection with the Expert Rebuttal Report of Dr. Ilya Strebulaev, dated November 24, 2025.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2026

Washington, D.C.

                                           */s/ Robert K. Kry*
                                           Robert K. Kry

2

KRY DECLARATION IN OPPOSITION TO MOTION TO EXCLUDE OPINIONS 3 THROUGH 6 OF DR. C. PAUL WAZZAN
CASE NO.: 4:24-CV-04722-YGR

**ECF ATTESTATION**

I, Steven F. Molo, am the ECF User whose ID and password are being used to file this DECLARATION OF ROBERT K. KRY IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE OPINIONS 3 THROUGH 6 OF DR. C. PAUL WAZZAN.  In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Date:  January 30, 2026

    */s/ Steven F. Molo*
Steven F. Molo