**EXHIBIT C**

```
                                                              1
 1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                       - - -

 3   ELON MUSK, et al.,              :   CASE NO.
                                     :   4:24-CV-04722-
 4              Plaintiffs           :   YGR
                                     :
 5        v.                         :
                                     :
 6   SAMUEL ALTMAN, et al.,          :
                                     :
 7              Defendants.          :

 8
              - HIGHLY CONFIDENTIAL -
 9
              - ATTORNEYS' EYES ONLY -
10
                        - - -
11
                 December 22, 2025
12
                        - - -
13

14        Videotaped hybrid deposition of

15   JONATHAN I. ARNOLD, Ph.D., taken pursuant to

16   notice, was held at the law offices of Dechert LLP,

17   1900 K Street, Washington, D.C., beginning at 9:01

18   a.m., on the above date, before Michelle L.

19   Ridgway, a Registered Professional Reporter,

20   Certified Court Reporter (NJ-CCR # XI02126),

21   Certified Realtime Reporter, Certified Shorthand

22   Reporter (CA-CSR # 14592), and Notary Public.

23

24

25
```

**Page 98**

1  contributions, which I understand that, itself,
2  is a disputed question as to whether Mr. Musk is
3  the person who made various contributions, or at
4  least for a certain portion of them.
5        And then, secondly, that he made
6  these purportedly valuable nonmonetary
7  contributions.  I think the way I read
8  Dr. Wazzan is, ultimately, he says that it
9  should be at least 50 percent, because Mr. Musk
10 always wants more than 50 percent.  So that is a
11 separate argument that is not incorporating the
12 purportedly valuable nonmonetary contributions.
13       I mean, maybe at trial he'll say
14 that it supports the increment above 50 percent,
15 that can get you up to 75.  But which
16 nonmonetary contribution, you know, is worth 1
17 percentage point, which other one is worth 1 1/2
18 percentage points.
19       He doesn't -- he doesn't explain
20 how -- why and how much these -- this long list
21 of purportedly nonmonetary contributions map to
22 an economic interest in a not-for-profit entity.
23 BY MR. BLOOM:
24    Q.    If you look --
25    A.    And I would just also add that just

**Page 99**

1  because he -- even if you accept as true that
2  Mr. Musk -- Mr. Musk's nonmonetary contributions
3  were super valuable, and -- you know, and let's say
4  we can put a number on it.  It's -- on a scale of 1
5  to 100, it's 80.  And standing alone, that doesn't
6  get you to a percentage interest in the NFP,
7  because if Microsoft gave contributions and its
8  reputation contributed, well, where is that on the
9  scale of zero to 100.
10       How about other employees.  How
11 about board members.  You know, you have to go
12 through the list.
13       And then, you know, you can only
14 divide up 100 percentage points, you know, in a
15 fashion that consumes 100 percentage points and not
16 more.  So if somebody else's contribution was just
17 as valuable as Mr. Musk's, it can't be that both of
18 them would get 50 to 75 percent.  At most,
19 together, they could have 100.  So if one of them
20 has 75, the other one can't have 50.  It has to be
21 lower.
22       And Dr. Wazzan doesn't go through
23 that exercise.  He's just looking at Mr. Musk in
24 isolation, without any analysis of the other
25 contributions to the enterprise.

**Page 100**

1    Q.    Have you done any analysis to
2  compare Mr. Musk's contributions, the value of
3  Mr. Musk's contributions, relative to others?
4    A.    No, I have not.
5    Q.    If we look at Paragraph 29 of your
6  report.
7        You identify some additional
8  in-kind, non-capital contributions to OpenAI by
9  Microsoft; is that correct?
10   A.    Yes.
11   Q.    And one of those benefits at
12 Romanette iv is reputational benefits to OpenAI for
13 Microsoft's involvement?
14   A.    Yes.
15   Q.    And so that's a nonmonetary
16 contribution that you believe contributed value?
17   A.    Yes.
18   Q.    Did you attempt to quantify that
19 value?
20   A.    No, I did not.
21   Q.    Could you have?
22   A.    I don't know whether I could have.
23 Haven't made the determination one way or the
24 other.
25   Q.    Is it your opinion that analytical

**Page 101**

1  methods exist that would permit quantification of
2  Mr. Musk's nonmonetary contributions to OpenAI?
3    A.    I don't have a view one way or the
4  other.  I have not made a determination.
5        I can say that my understanding is
6  that it's the plaintiff's burden to support and
7  justify the remedy, the quantification of the
8  remedy that it is seeking.  And if a nonmonetary
9  contribution is the basis, or a part of the basis,
10 then it should be quantified.  And if it isn't,
11 then the usual -- at least for me -- the common way
12 I would handle it is to compute the remedy in the
13 absence of that consideration and drop a footnote
14 and say there are these other potential sources of
15 value that could mean that my estimate is lower
16 than it otherwise could be, and just acknowledge
17 that the -- that there's this potential value, but
18 it's unquantified, as opposed to just rolling it up
19 amorphously into, in Dr. Wazzan's case, a 50 to
20 75 percent economic participation.
21   Q.    So if I were to ask you to -- like
22 in Paragraph 29 -- to have quantified the value of
23 Microsoft's -- or the reputational benefits to
24 OpenAI for Microsoft's involvement, do you have any
25 idea how you would go about doing that?

Page 102

1  A.   I -- I don't, off the top of my
2  head.
3       I think what I would say is that
4  if -- for example, if I were in front of the jury,
5  I would say there's a claim that Mr. Musk is
6  contributing nonmonetary value to OpenAI through
7  his reputation and his presence, et cetera.
8       It is also the case that Microsoft,
9  as one of the largest companies in the history of
10 the world, with a great reputation in this
11 industry, associated itself with OpenAI, and, you
12 know, it's reasonable to think that Microsoft's
13 engagement with OpenAI is an additional source of
14 reputational benefit.
15      So I would encourage the jury to
16 consider the balance of those two contributions in
17 any analysis and findings that they reach.  But I
18 don't have a way to put a number on it, and the
19 truth is, I don't think Dr. Wazzan has a way to put
20 a number on it.  And yet he's rolling it up into
21 his analysis as part of his 50 to 75 percent
22 economic interest argument.
23 Q.   Have you ever attempted to quantify
24 the value of nonmonetary contributions to a startup
25 in your prior expert work?

Page 103

1  A.   Well, one can see it regularly in
2  founder shares and formation documents for
3  companies.  Something that you'll see.
4  Q.   And have you yourself attempted to
5  quantify the value of nonmonetary contributions to
6  a startup in a prior case?
7  A.   I don't know whether you consider
8  this a quantification, but if -- if you have -- if
9  a founder has an idea for a company and goes out
10 and raises, say, a million dollars, and at the end
11 of that fundraising, that individual has 100
12 founder shares, and the person who put in the
13 million dollars has -- gets 100 shares for the
14 million dollars, one can infer that the value
15 imputed to the founder for coming up with the idea
16 is worth a million dollars, because he has the same
17 number of shares as the person who put in the
18 million.
19 Q.   Have you ever offered an opinion
20 like that in your prior expert work?
21 A.   Not that I recall.
22 Q.   Are you familiar with any published
23 authorities that address methods to quantify the
24 value of nonmonetary contributions to a startup?
25 A.   I'm sorry.  Say that again.

Page 104

1  Q.   Are you familiar with any
2  publication -- sorry.  Strike that.  Let me start
3  over.
4       Are you familiar with any published
5  authorities that address methods to quantify the
6  value of nonmonetary contributions to a startup?
7  A.   I don't have any names off the top
8  of my head, no.
9  Q.   If we go back to your report,
10 Paragraph 20.  I'm on Page 10, Paragraph 20.
11      About the middle it says, "In
12 September 2017, Mr. Musk withdrew from the
13 discussions when Messrs. Brockman and Sutskever
14 expressed to Mr. Musk that they could not agree to
15 Mr. Musk's demand for 'unilateral absolute control'
16 of the OpenAI for-profit entity at the time of its
17 founding as well as some period of time after."
18      So, actually, let me take a step
19 back and, I guess, put this in context a little
20 bit.
21      Is that sentence, with respect to
22 discussions in 2017 between Mr. Musk and certain
23 other OpenAI cofounders about -- around forming a
24 non -- sorry -- around forming a for-profit venture
25 associated with OpenAI?

Page 105

1  A.   Yes.
2  Q.   And does that sentence that I read,
3  does that fully capture of why those 2017
4  discussions ended?
5       MR. JURATA:  Object to form.
6       THE WITNESS:  No, I wouldn't say
7  fully.  I'd say I would invite everybody to go
8  to the deposition cites in Footnote 28 for more
9  testimony on this topic.
10 BY MR. BLOOM:
11 Q.   But that's what your understanding
12 is based on, those deposition excerpts and any
13 exhibits introduced during those excerpts?
14 A.   Yes.  Musk Deposition Exhibit 3, to
15 be -- to be more precise.
16 Q.   Okay.  The reference to unilateral
17 absolute control, is that a reference to board
18 seats on the new for-profit venture?
19 A.   I'd have to go back and look at the
20 deposition.  There was a discussion of board
21 control, and there was also a discussion of
22 shareholdings.  I don't recall, as I sit here,
23 which of those two that phrase relates.
24 Q.   Okay.  Do you believe it was
25 related to one of them?