**EXHIBIT D**

**From:** "Elon Musk" <erm@spacex.com>
**To:** "Sam Altman"
**Subject:** Re: question
**Date:** Tue, 26 May 2015 06:09:20 -0000
**Importance:** Normal

---

Probably worth a conversation

On May 25, 2015, at 9:10 PM, Sam Altman <​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

Been thinking a lot about whether it's possible to stop humanity from developing AI.

I think the answer is almost definitely not.

If it's going to happen anyway, it seems like it would be good for someone other than Google to do it first.

Any thoughts on whether it would be good for YC to start a Manhattan Project for AI? My sense is we could get many of the top ~50 to work on it, and we could structure it so that the tech belongs to the world via some sort of nonprofit but the people working on it get startup-like compensation if it works. Obviously we'd comply with/aggressively support all regulation.

Sam

Confidential
2024MUSK-0008283