**EXHIBIT F**

# EXHIBIT 1

| Immediate Sender | Immediate Recipient | Amount | Date |
|---|---|---|---|
| Elon Musk | YC Org | $500,000.00 | 5/27/2016 |
| Elon Musk | OpenAI, Inc. | $248,295.00 | 10/2/2017 |
| Elon Musk | OpenAI, Inc. | $14,104.50 | 1/24/2018 |
| Elon Musk - Vanguard DAF | YC Org | $5,000,000.00 | 6/2/2016 |
| Musk Industries | Bridgeton Pioneer | $141,666.67 | 6/15/2016 |
| Musk Foundation | YC Org | $5,000,000.00 | 2/27/2017 |
| Musk Foundation | YC Org | $5,000,000.00 | 5/26/2017 |
| Musk Foundation - Vanguard DAF | YC Org | $4,500,000.00 | 08/19/2016 |
| Musk Foundation - Vanguard DAF | YC Org | $142,000.00 | 09/22/2016 |
| Musk Foundation - Vanguard DAF | YC Org | $142,000.00 | 10/17/2016 |
| Musk Foundation - Vanguard DAF | YC Org | $750,000.00 | 11/11/2016 |
| Musk Foundation - Vanguard DAF | YC Org | $142,000.00 | 11/15/2016 |
| Musk Foundation - Vanguard DAF | YC Org | $4,250,000.00 | 11/30/2016 |
| Musk Foundation - Vanguard DAF | YC Org | $142,000.00 | 12/15/2016 |
| Musk Foundation - Vanguard DAF | YC Org | $142,000.00 | 01/17/2017 |
| Musk Foundation - Vanguard DAF | YC Org | $142,000.00 | 02/15/2017 |
| Musk Foundation - Vanguard DAF | YC Org | $175,000.00 | 03/16/2017 |
| Musk Foundation - Vanguard DAF | OpenAI, Inc. | $175,000.00 | 04/18/2017 |
| Musk Foundation - Vanguard DAF | OpenAI, Inc. | $175,000.00 | 05/15/2017 |
| Musk Foundation - Vanguard DAF | OpenAI, Inc. | $175,000.00 | 06/15/2017 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $175,000.00 | 7/18/2017 |
| Musk Foundation - Fidelity DAF | YC Org* | $250,000.00 | 7/19/2017 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $175,000.00 | 8/14/2017 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $175,000.00 | 9/15/2017 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $85,000.00 | 9/29/2017 |

| Immediate Sender | Immediate Recipient | Amount | Date |
|---|---|---|---|
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $235,000.00 | 10/16/2017 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $235,000.00 | 11/14/2017 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $235,000.00 | 12/14/2017 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 1/18/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $390,000.00 | 2/20/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 3/14/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 4/16/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 5/15/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 6/14/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 7/16/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 8/14/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 9/18/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 10/17/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 11/14/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 12/17/2018 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 1/16/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 2/14/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 3/22/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 4/16/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 5/14/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 6/14/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 7/17/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 8/14/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 9/16/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 10/17/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 11/15/2019 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 12/17/2019 |

| Immediate Sender | Immediate Recipient | Amount | Date |
|---|---|---|---|
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 1/14/2020 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 2/14/2020 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 3/16/2020 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 4/13/2020 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 5/13/2020 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 6/15/2020 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 7/14/2020 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 8/17/2020 |
| Musk Foundation - Fidelity DAF | OpenAI, Inc. | $290,000.00 | 9/14/2020 |

\* For YC Org UBI Project.

## VERIFICATION

I, Elon Musk, hereby verify that the facts set forth in the answers to the Interrogatories are true to the best of my present knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 9/25/25.

_____
Elon Musk