**EXHIBIT G**

## OpenAI Summary Post-Recapitalization Cap Table

| Holder | Shares | Outstanding % (Pre-Warrants) | Diluted For Warrant PV % | Fully Diluted % (for Warrant PV, EV-Sponsored Pool and EIP) |
|---|---|---|---|---|
| NFP (incl. NFP FCLP) | 267,272,727 | 25.8% | 24.7% | 22.2% |
| NFP Warrant Shares | 135,591,509 | | 4.5% | 4.0% |
| MSFT (ex-GG/Sakura) | 275,757,574 | 26.6% | 25.5% | 22.9% |
| FCLP (ex-NFP FCLP) | 25,454,542 | 2.5% | 2.3% | 2.1% |
| EV Outstanding | 273,729,340 | 26.4% | 25.3% | 22.7% |
| EV Sponsored Pool | 6,270,660 | | | 0.5% |
| Golden Gate | Redacted | | | |
| Sakura | Redacted | | | |
| M&A (Icon + Nova) | Redacted | | | |
| EIP (ex-EV Sponsored Pool) | 115,691,024 | | | 9.6% |
| **Total** | **1,292,501,755** | **100.0%** | **100.0%** | **100.0%** |
| *Memo: Total Shares Outstanding* | *1,034,948,562* | | | |

Excerpted from OPENAI_MUSK00038352