**EXHIBIT H**

| | |
|---|---|
| **From:** | Jared Birchall [jared@excession.com] |
| **Sent:** | 9/11/2017 11:25:40 PM |
| **To:** | Elon Musk [erm@spacex.com] |
| **Subject:** | OpenAI Cap Table |
| **Attachments:** | OpenAI Cap Table.xlsx |

I've attached a more user friendly version of the cap table that Ilya and Greg are proposing.

Confidential                                                                                                                                              EXMF-0003257

| Shareholder | Initial Shares | % |
|---|---|---|
| **Elon Investment** | 100,000,000 | 51.20% |
| **Sam Investment** | 6,500,000 | 3.33% |
| Sam grant | 15,000,000 | 7.68% |
| **Ilya Investment** | 6,500,000 | 3.33% |
| Ilya grant | 15,000,000 | 7.68% |
| **Greg Investment** | 6,500,000 | 3.33% |
| Greg grant | 15,000,000 | 7.68% |
| John grant | 3,906,250 | 2.00% |
| Woj grant | 3,906,250 | 2.00% |
| **Employees** | 14,589,843 | 7.47% |
| **Pool** | 8,410,156 | 4.31% |
| Total | 195,312,499 | 100.00% |

| Initial thoughts for Employees | | % |
|---|---|---|
| rafal | 1,171,875 | 0.6% |
| jakub | 1,171,875 | 0.6% |
| szymon | 1,171,875 | 0.6% |
| marcin | 1,171,875 | 0.6% |
| jonas | 585,937 | 0.3% |
| vicki | 585,937 | 0.3% |
| csh | 585,937 | 0.3% |
| bob | 585,937 | 0.3% |
| pw | 585,937 | 0.3% |
| cberner | 585,937 | 0.3% |
| scott | 585,937 | 0.3% |
| jie | 585,937 | 0.3% |
| tim | 585,937 | 0.3% |
| josh | 585,937 | 0.3% |
| alec | 585,937 | 0.3% |
| prafulla | 585,937 | 0.3% |
| durk | 585,937 | 0.3% |
| igor | 195,312 | 0.1% |
| harri | 195,312 | 0.1% |
| jack | 195,312 | 0.1% |
| paul | 195,312 | 0.1% |
| dario | 195,312 | 0.1% |
| geoffrey | 195,312 | 0.1% |
| bradly | 97,656 | 0.05% |
| richardchen | 97,656 | 0.05% |
| yura | 97,656 | 0.05% |
| rein | 97,656 | 0.05% |

| | | |
|---|---:|---:|
| brooke | 97,656 | 0.05% |
| oleg | 97,656 | 0.05% |
| vicki pfau | 97,656 | 0.05% |
| karthik | 97,656 | 0.05% |
| maciek | 97,656 | 0.05% |
| alex nichol | 97,656 | 0.05% |
| chris | 97,656 | 0.05% |
| gail | 19,531 | 0.01% |
| kate | 19,531 | 0.01% |
| | 14,589,844 | 7.47% |