1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
3  Malibu, CA 90265
   Telephone: (310) 246-3333
4
5  STEVEN F. MOLO (*pro hac vice*)
   ROBERT K. KRY (*pro hac vice*)
   JENNIFER M. SCHUBERT (*pro hac vice*)
6  MOLOLAMKEN LLP
   430 Park Avenue
7  New York, NY 10022
   Telephone: (212) 607-8160
8
9  *Attorneys for Plaintiffs Elon Musk*
   *and X.AI Corp.*
10 (Additional counsel listed on the next page)

11           **UNITED STATES DISTRICT COURT**

12         **NORTHERN DISTRICT OF CALIFORNIA**

13                **OAKLAND DIVISION**

14 ELON MUSK et al.,                    | Case No. 4:24-cv-04722-YGR

15          Plaintiffs,                  | **JOINT STATEMENT
                                         | CONFIRMING COMPLIANCE
16     v.                                | WITH PRETRIAL ORDER**

17 SAMUEL ALTMAN et al.,                 | Date:  March 13, 2026
                                         | Time:  9:00 AM
18          Defendants.                  | Courtroom:  1 – 4th Floor
                                         | Judge:  Hon. Yvonne Gonzalez Rogers
19
20
21
22
23
24
25
26
27
28

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (*pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (*pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (*pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (*pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (*pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for the OpenAI Defendants*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (*pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JAY JURATA (*pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

Pursuant to Section 2 of the Court's Standing Order re: Pretrial Instructions in Civil Cases ("Standing Order") and Scheduling Order (Dkt. 278), Plaintiff Elon Musk; Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"); and Defendant Microsoft Corporation (together with Plaintiff Elon Musk and the OpenAI Defendants, the "Parties") hereby confirm that they have met and conferred in a timely manner on January 20, January 26, February 5, February 6, and February 12, 2026.  The Parties have read the Court's Standing Order, are in compliance with it, and do not have any questions or disputes concerning the Court's Standing Order that require the Court's attention at this time.  The Parties submit that there is good cause to vacate the Compliance Hearing currently set for February 20, 2026.  Dkt. 278.

1    Dated:  February 13, 2026                    MOLOLAMKEN LLP

2
                                          By:   */s/ Robert K. Kry*
3                                               Robert K. Kry (*pro hac vice*)

4                                               *Attorneys for Plaintiffs Elon Musk*
                                                *and X.AI Corp.*
5

6    Dated:  February 13, 2026                    MORRISON & FOERSTER LLP

7
                                          By:   */s/ David J. Wiener*
8                                               David J. Wiener (CA SBN 291659)

9                                               *Attorneys for the OpenAI Defendants*

10

11   Dated:  February 13, 2026                    DECHERT LLP

12
                                          By:   */s/ Russell P. Cohen*
13                                              Russell P. Cohen (SBN 213105)

14                                              *Attorneys for Defendant Microsoft*
                                                *Corporation*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1, I hereby attest that the signatories listed above, on whose behalf this Joint Compliance Statement is submitted, concur in the filing's content and have authorized the filing.


Dated:  February 13, 2026

/s/ Robert K. Kry
Robert K. Kry (*pro hac vice*)