# EXHIBIT 1



# ROB BONTA
*Attorney General*

# Attorney General Bonta Issues Statement on OpenAI's Recapitalization Plan

Press Release  /  *Attorney General Bonta Issues Statement on OpenAI's Recapi...*

Tuesday, October 28, 2025

Contact: (916) 210-6000, agpressoffice@doj.ca.gov

**OAKLAND** — California Attorney General Rob Bonta today released the following statement on OpenAI's recapitalization plan:

"Over the last year and a half, my office has conducted a robust investigation into OpenAI's initial plan to restructure, followed by its revised plan to recapitalize. This included extensive negotiations with OpenAI, and we secured concessions that ensure charitable assets are used for their intended purpose, safety will be prioritized, as well as a commitment that OpenAI will remain right here in California. With these important concessions in place, we will not be in court opposing OpenAI's recapitalization plan. And now, we look to the future. California companies can grow and thrive AND protect our people at the same time. As the Attorney General, my top priority is, and will always be, protecting our kids. We will be keeping a close eye on OpenAI to ensure ongoing adherence to its charitable mission and the protection of the safety of all Californians."