# EXHIBIT 1

PRIVILEGED AND CONFIDENTIAL

# RESOLUTIONS TO BE ADOPTED
# AT A JOINT MEETING OF THE MEMBERS AND DIRECTORS
# OF
# OPENAI, INC.

To Be Held on March 8, 2024

## REVIEW, RECOMMENDATIONS, AND ACTIONS OF SPECIAL COMMITTEE

**WHEREAS,** the Board of Directors (the "**Board**") of OpenAI, Inc. (the "**Corporation**") on December 11, 2023 formed, authorized, and established a special committee (the "**Special Committee**") to review events relating to the November 17, 2023 termination of Sam Altman and the governance relationship between the Corporation and its affiliates, including, in each instance, legal and regulatory risks arising therefrom (the "**Review**"); and

**WHEREAS,** the Board appointed Bret Taylor and Lawrence H. Summers to the Special Committee; and

**WHEREAS,** the Special Committee was vested with the full power and authority of the Board with respect to conducting the Review and assessing the Corporation's various alternatives with respect to governance relationships; and

**WHEREAS,** upon completion of the Review and determination of any recommended course of action based on the findings of the Review, the Special Committee was authorized to take any actions it deemed advisable and appropriate with respect to the Review, including, but not limited to, making its recommendation to the full Board, including with respect to governance changes, with the Board considering and approving any governance changes with respect to the Corporation or its for-profit affiliates, excluding from the discussion of and vote on any proposed change any member of the Board with a conflict of interest with respect to such proposed change; and

**WHEREAS,** the Special Committee was authorized to retain, and did so retain, for the benefit of the Corporation and at the Corporation's sole expense, Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") as outside counsel to the Special Committee; and

**WHEREAS,** the Special Committee has completed its Review and has reported its findings to the Board.

**NOW, THEREFORE, BE IT RESOLVED,** that the Board hereby acknowledges the findings of the Review and the actions taken in connection therewith; and **BE IT FURTHER**

**RESOLVED,** based on the recommendation of the Special Committee, the Board endorses the actions of the Board, including former members of the Board and including as reflected in the Board resolutions adopted on November 29, 2023, reappointing Sam Altman as Chief Executive Officer of OpenAI OpCo, LLC and Greg Brockman as President of OpenAI OpCo, LLC; and **BE IT FURTHER**

**RESOLVED,** that the Board hereby determines that the Special Committee has fulfilled its mandate as set forth in the resolutions of the Board, effective as of December 11, 2023.

HIGHLY CONFIDENTIAL
OPENAI_MUSK00027801