# EXHIBIT 3

| | |
|---|---|
| From: | Hannah Wong [hannah@openai.com] |
| Sent: | 3/10/2024 3:27:18 AM |
| To: | Bret Taylor [btaylor@openai.com]; Larry Summers [lhs@openai.com]; Adam D'Angelo [ad@openai.com]; Susan Desmond-Hellmann ███████████████; Fidji SIMO ███████████████; Nicole Seligman ███████████████; Derica Rice ███████████████ |
| CC: | Sam Altman [sama@openai.com]; Greg Brockman [gdb@openai.com]; Mira Murati [mira@openai.com]; Jason Kwon [jason@openai.com]; Brad Lightcap [brad@openai.com]; Che Chang [che@openai.com]; David A Shevlin [dshevlin@stblaw.com]; Julie Myers Wood ███████████████; Kelly Friendly ███████████████; Lindsey Held [lindsey@openai.com] |
| Subject: | Re: Coverage: Board updates |

Hi everyone - please find a day 2 update below. Looking forward to connecting next week.

Thank you!
Hannah

Our strategy of one high impact news moment paid off with coverage slowing significantly today. We've seen follow-on stories in lower tier publications including Al Jazeera, Barron's, Business Insider, Fortune, and The Guardian. A few top-tier outlets made minor updates to their stories from Friday including Reuters, WSJ, The Information, Axios, and The Washington Post.

Story themes are consistent with day one coverage and sentiment continues to be straightforward. A new small theme this morning touched on concerns Helen/Tasha raised during the investigation driven by their tweet from yesterday afternoon (Axios, The Washington Post).

Next week we plan to "turn the page" with a steady drumbeat of product and publisher deal announcements.

**Key Themes**
- **The end of "The Blip" era:** Media continue to reference that yesterday marks the end of the leadership changes over the last few months, showing investors and customers that we are moving past internal conflicts. – Al Jazeera, The Guardian
- **Breakdown of trust with the board and leadership – not in OAI:** New coverage also highlighted statements from Bret and WilmerHale noting The Blip wasn't caused by concerns over product safety and security, but rather breakdowns in trust with leadership. – Fortune, Business Insider
- **Increased diversity on the board:** Media continue to note that the appointment of three new women to the board addresses previous criticisms regarding the lack of diversity on the initial board. – Fortune, Business Insider

**Key Criticism/Concerns**
- **Helen Toner/Tasha McCauley:** A handful of top-tier outlets updated their stories to include Helen Toner and Tasha McCauley's statement, reiterating the concerns they raised during the investigation. – The Information, Axios, The Washington Post
- **The summary of investigation/corporate governance guidelines are light on details:** Media comment that the summary doesn't directly address the cause of the "breakdown in trust". Additionally, while media acknowledge we are adopting new corporate governance guidelines and creating a whistleblower hotline, they note there are few specific details available. – Business Insider, Fortune, Reuters, The Guardian

**Social Reaction**
Social sentiment is straightforward, with users resharing the news, opining about the new appointees, and hoping this marks an end to the drama. Some reporters shared Helen and Tasha's statement (Axios/Ina,

WSJ/Deepa, Big Tech/Alex). As of this afternoon, Mira's update has received significantly more engagement than Helen's post (1M views; 2K ♥ vs. ~78K views; 285 ♥). And in other reactions, Elon responded "lol" to our post sharing the review's conclusion.

### Media highlights

- @dseetharaman: Statement from two of the four OpenAI board members who voted to fire Sam. "As we told the investigators, deception, manipulation, and resistance to thorough oversight should be unacceptable."
    - @hlntnr: A statement from Helen Toner and Tasha McCauley:
    - @dseetharaman: This comes after @miramurati tweeted this. "It has been disheartening to witness the previous board's efforts to scapegoat me with anonymous and misleading claims in a last-ditch effort to save face in the media."
- @inafried: Updated with comments from former board members Helen Toner and Tasha McCauley who reiterated their concerns and urged the new board to hold the company accountable to its mission.
- @Kantrowitz: Ex-OpenAI board members go scorched earth. "As we told the investigators, deception, manipulation, and resistance to through oversight should be unacceptable."
    - @hlntnr: A statement from Helen Toner and Tasha McCauley:
- @lexnfx: TLDR: We're never going to tell you anything more about what actually went down. Just trust us that you don't need to worry about it.
- @shiringhaffary: Former OpenAI board members, Helen Toner and Tasha McCauley, put out a statement. "We hope the new board does its job in governing OpenAI and holding it accountable to the mission."
    - @hlntnr: A statement from Helen Toner and Tasha McCauley:
- @alexeheath: During a brief call with reporters today that I was on, Altman was asked about the employment status of OpenAI co-founder Ilya Sutskever, who played a key role in the failed coup and has since gone quiet. Altman said there was "nothing to announce" but that "Ilya is awesome," and "I hope we work together for the rest of our careers" https://theverge.com/2024/3/8/24094885/openai-sam-altman-investigation-board-results
- @GarrisonLovely: OpenAI is increasingly behaving like a normal company (e.g. reinstating the hyper-successful founder/CEO, not publishing an embarrassing report), but what they're doing is far from normal. Their top employees think that the work they're doing could literally drive humanity extinct.

### Non-media highlights

- @elonmusk: lol
    - @OpenAI: "We have unanimously concluded that Sam and Greg are the right leaders…
    - @DavidSacks: We've investigated ourselves and concluded that we did nothing wrong. P.S. it was unanimous.
- @apples_jimmy: Openai is nothing without its drama. Now this is out of the way let's move the fuck on to the release already.
    - @sama: i'm very happy to welcome our new board members…
- @CeciliaZin: 🚨 Breaking - OpenAI appointed 3 new board members. Solid choices from my pov as a lawyer, AI founder, and corporate board member - here's why. 👇
    - @OpenAI: New additions to our board: Dr. Sue Desmond-Hellmann, Nicole Seligman, and Fidji Simo; Sam Altman will also rejoin
- @GaryMarcus: A quote that may well live in infamy. For years, decades, possibly even centuries.
    - @xriskology: Altman is rejoining OpenAI's board. He once said that "the board can fire me." That was a lie. Not only was the board unable to fire him, but their attempt to fire him resulted in much of the board being dismissed--and now Altman is back where he started, on the board.

On Fri, Mar 08, 2024 at 10:10 PM, Hannah Wong <hannah@openai.com> wrote:
There is widespread coverage of today's announcements in outlets including ABC, Associated Press, Axios, Bloomberg, CNBC, CNN, Financial Times, Forbes, The New York Times, Reuters, TechCrunch, Semafor, The Verge, The Washington Post, Wall Street Journal and WIRED. They highlight Bret and Larry's "full confidence" in Sam and Greg, Sam's return to the board, and the appointment of three new board members.

To control the narrative, Bret and Sam hosted an internal all-hands, followed immediately by an invite-only press conference with top reporters.

**Key Themes**

- **The end of "The Blip" era:** Media say this marks the end of the leadership "upheaval" of the last few months, and an end to "recovery mode" per CNN. The conclusion of the review and appointment of new board members are positive signs for investors and customers and point to closure for the company – Associated Press, Axios, CNBC
- **Breakdown of trust between the former board and leadership – not in OpenAI:** Pointing to statements from Bret and findings from WilmerHale, most say the former board's decisions weren't caused by concerns over product safety and security, but rather breakdowns in trust — CNN, CNBC, Financial Times, The New York Times, Semafor
- **Increased diversity on the board:** Coverage highlights that the appointment of three women to the board comes after criticism from corporate governance experts and The Congressional Black Caucus regarding the lack of diversity on the board. These mentions have been balanced — Associated Press, The New York Times, TechCrunch
- **Helen Toner:** Several stories quote Sam's statement during the press conference where he "expressed remorse" per WIRED for an incident involving a former board member, noting he said: "I think I could have handled that situation with more grace and care—I apologize for that" — Semafor, The Verge, WIRED, Wall Street Journal

**Key Criticism/Concerns**

- **Questions about future governance structure:** Some note questions linger about the company's future governance structure and specifics of new guidelines and policies. Media point to the "unique" governance structure as a major source of the conflict and issues — Associated Press, Axios
- **Only a summary of review is released:** Media call out that only a summary of the review was released, with some raising concerns that the review process might not have allowed for thorough scrutiny of Sam's past actions (e.g. lack of anonymity for current employees) — Axios, The Verge