# EXHIBIT 4

**From:** Sahni, Anjan [anjan.sahni@wilmerhale.com]
**Sent:** 2/29/2024 4:33:31 AM
**To:** Bret Taylor [btaylor@openai.com]; Larry Summers [lhs@openai.com]
**CC:** Daniel Bergeson [dbergeson@be-law.com]; Davies, Christopher [christopher.davies@wilmerhale.com]; Levin, Hallie B. [hallie.levin@wilmerhale.com]; Neiman, Peter [peter.neiman@wilmerhale.com]; eseiler@fklaw.com
**Subject:** RE: hi from Deepa; FYI on story
**Attachments:** image001.jpg

# Redacted – Privilege

**From:** Bret Taylor <btaylor@openai.com>
**Sent:** Wednesday, February 28, 2024 11:27 PM
**To:** Larry Summers <lhs@openai.com>
**Cc:** Daniel Bergeson <dbergeson@be-law.com>; Davies, Christopher <Christopher.Davies@wilmerhale.com>; Levin, Hallie B. <Hallie.Levin@wilmerhale.com>; Neiman, Peter <Peter.Neiman@wilmerhale.com>; Sahni, Anjan <Anjan.Sahni@wilmerhale.com>; eseiler@fklaw.com
**Subject:** Re: hi from Deepa; FYI on story

**EXTERNAL SENDER**

# Redacted – Privilege

On Wed, Feb 28, 2024 at 8:25 PM Larry Summers <lhs@openai.com> wrote:

# Redacted – Privilege

Follow me on twitter @lhsummers
www.larrysummers.com

> On Feb 28, 2024, at 9:22 PM, Sahni, Anjan <Anjan.Sahni@wilmerhale.com> wrote:
>
> **PRIVILEGED & CONFIDENTIAL**

# Redacted – Privilege

**From:** Bret Taylor <btaylor@openai.com>
**Sent:** Wednesday, February 28, 2024 11:12 PM
**To:** Sahni, Anjan <Anjan.Sahni@wilmerhale.com>; Daniel Bergeson <dbergeson@be-law.com>; eseiler@fklaw.com; Levin, Hallie B. <Hallie.Levin@wilmerhale.com>; Larry Summers <lhs@openai.com>
**Subject:** Fwd: hi from Deepa; FYI on story

**EXTERNAL SENDER**

# Redacted – Privilege

---------- Forwarded message ---------
From: **Sam Altman**
Date: Wed, Feb 28, 2024 at 8:08 PM
Subject: Fwd: hi from Deepa; FYI on story

Confidential
OPENAI_MUSK00030894

To: Bret Taylor <btaylor@openai.com>, Hannah <hannah@openai.com>, Larry Summers <lhs@openai.com>

---------- Forwarded message ---------
From: **Deepa Seetharaman** <deepa.seetharaman@wsj.com>
Date: Wed, Feb 28, 2024 at 8:01 PM
Subject: hi from Deepa; FYI on story
To: Sam Altman

hey Sam,

Hope you're doing well. I think Hannah has already been in touch with you about a story we're working about the SEC's investigation. You probably got some version of these bullet points already, but in case not, I'm sharing here. As always, happy to chat on background if you think there's context we're missing.

-- Our understanding is that the SEC is scrutinizing your communications as part of a broader inquiry into whether OpenAI investors were misled.

-- the SEC sent a subpoena to OpenAI in December after the leadership turmoil, per our reporting

-- the SEC is seeking internal records from OpenAI officials, including senior execs and directors, per our reporting. Senior OpenAI officials have been asked to preserve internal documents i.e. "legal hold."

-- SEC officials based in New York are conducting the investigation.

-- Meanwhile, the Manhattan U.S. Attorney's Office has its own criminal investigation going on. I don't know the focus of that probe.

-- The WilmerHale review is expected to wrap up in a few weeks, per our reporting. The lawyers' line of questioning has largely focused on what happened in November, rather than a broader look at your conduct as CEO over the years, per our reporting.

Thanks,

Deepa

--
Deepa Seetharaman
REPORTER

M: 1 415 629 2723
E: deepa.seetharaman@wsj.com
Stories | join my mailing list
@dseetharaman |

Confidential

OPENAI_MUSK00030896