# EXHIBIT 5



**Mira Murati** ✓
@miramurati

Governance of an institution is critical for oversight, stability, and continuity. I am happy that the independent review has concluded and we can all move forward united.

It has been disheartening to witness the previous board's efforts to scapegoat me with anonymous and misleading claims in a last-ditch effort to save face in the media. Here is the message I sent to my team last night.

Onward.

6:41 PM · Mar 8, 2024 · **1.4M** Views

💬 106        🔁 179        ♡ 2.1K        🔖 316        ⬆

OPENAI_MUSK00039060