# EXHIBIT 1

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----------------------------------------

ELON MUSK, et al.,

        Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

        Defendants.


Case No. 4:24-cv-04722-YGR

----------------------------------------


VIDEO DEPOSITION OF

Elon Musk

September 26, 2025

San Francisco, California

LEAD: William Savitt, Esquire

FIRM: Wachtell Lipton Rosen & Katz


FINAL COPY - CONFIDENTIAL

JANE ROSE REPORTING - 1-800-825-3341

Elon Musk v.                   FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                  Elon Musk

```
                                                      Page 8
 1                  Friday, September 26, 2025
 2                   San Francisco, California
 3                      -    -    -
 4              THE VIDEOGRAPHER:  This is the start of
 5    Media Number 1 in the deposition of Elon Musk in
 6    the matter of Elon Musk v. Samuel Altman in the
 7    court of the United States District Court for the
 8    Northern District of California; Case Number
 9    4:24-cv-04722-YGR.
10              This deposition is being taken at 755
11    Sansome Street in San Francisco, California, on
12    September 26th, 2025, at approximately 9:53 a.m.
13              My name is Jason Butko with Jane Rose
14    Reporting, here with our court reporter,
15    Gail Inghram, with Jane Rose Reporting.
16              Counsel can you please identify yourself
17    and who you represent, starting with the
18    questioning attorney.
19              ATTORNEY SAVITT:  William Savitt,
20    Wachtell Lipton Rosen & Katz, for the OpenAI
21    defendants.  With me are my colleagues Sarah Eddy,
22    Ionnis Drivas, and Nate Cullerton.
23              ATTORNEY COHEN:  Good morning.  Russell
24    Cohen for Microsoft.  With me is Jay Jurata from
25    the Dechert LLP firm.
```

Elon Musk v.                     FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 9

1            ATTORNEY FRENTZEN:  Morning.  William

2    Frentzen here for the OpenAI defendants.

3            ATTORNEY MOLO:  Steven Molo from

4    MoloLamken on behalf of Mr. Musk and the

5    plaintiffs.

6            ATTORNEY TOBEROFF:  Marc Toberoff,

7    Toberoff & Associates, on behalf of Mr. Musk, the

8    plaintiff.

9            ATTORNEY KRY:  Robert Kry from

10    MoloLamken on behalf of Mr. Musk.

11            ATTORNEY HAWES:  Walter Hawes from

12    MoloLamken on behalf of Mr. Musk.

13            ATTORNEY PARKKINEN:  Jaymie Parkkinen,

14    Toberoff & Associates, on behalf of Mr. Musk.

15            THE VIDEOGRAPHER:  Will the court

16    reporter please swear in the witness.

17

18    WHEREUPON,

19                    ELON MUSK,

20    being first duly sworn or affirmed to testify to the

21    truth, the whole truth, and nothing but the truth,

22    was examined and testified as follows:

23    ///

24    ///

25    ///

Elon Musk v.                    FINAL                    September 26, 2025
Samuel Altman              [CONFIDENTIAL]                        Elon Musk

Page 10

1                          EXAMINATION

2     BY ATTORNEY SAVITT:

3          Q.    Good morning, Mr. Musk.

4          A.    Good morning.

5          Q.    Thank you for being here.

6                You're the CEO of xAI?

7          A.    Yes.

8          Q.    xAI was once incorporated as a public

9     benefit corporation; is that right?

10         A.    I think so.

11         Q.    In November 2024, you filed an amended

12    complaint in this case.

13               Do you know that?

14         A.    I don't recall exactly.

15         Q.    Do you recall that you filed an amended

16    complaint in this case?

17         A.    I don't recall.

18         Q.    One way or another?

19         A.    I don't recall.

20         Q.    Do you recall swearing the truth of the

21    complaint under penalty of perjury?

22         A.    I don't recall the specifics of this

23    complaint.

24         Q.    And you don't recall signing complaints

25    in this action under penalty of perjury?

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                    janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                      Elon Musk

```
                                              Page 11
  1          A.   I'm sure I signed a complaint, but if
  2     you're asking me to recall specific details, I
  3     don't recall.
  4          Q.   So you don't recall either that you a
  5     affirmed in the complaint that you swore under
  6     penalty of perjury that xAI was a public
  7     benefit corporation.
  8               Do I have that right?
  9          A.   I don't recall.
 10          Q.   You don't know.
 11               And you don't know -- or do you recall
 12     that you said that xAI was organized as a public
 13     benefit corporation because AGI is an existential
 14     threat?
 15          A.   I don't recall.
 16          Q.   Do you think AGI is an existential
 17     threat?
 18          A.   It has a risk.
 19          Q.   Do you know whether xAI was registered
 20     as a PBC in November 2024?
 21          A.   I don't recall.
 22          Q.   Do you know whether xAI is still a PBC?
 23          A.   I believe it is not currently.
 24          Q.   Yeah, it is not currently.
 25          A.   Yeah.
```

Elon Musk v.                    FINAL                    September 26, 2025
Samuel Altman            [CONFIDENTIAL]                        Elon Musk

```
                                                        Page 12
 1        Q.   So you don't know whether you
 2   truthfully told the Court that xAI was a public
 3   benefit corporation?
 4             ATTORNEY MOLO:   Objection; form of the
 5   question.
 6             You can go ahead and answer.
 7        A.   I don't recall.
 8   BY QUESTIONER:
 9        Q.   You don't know one way or the other
10   whether you told the truth in that pleading?
11             ATTORNEY MOLO:   Object to the form of
12   the question.
13        A.   I don't recall.
14   BY QUESTIONER:
15        Q.   Now, in the past, you've told -- in the
16   past, you've tweeted on X, and previously what
17   was called Twitter, that you donated $100 million
18   to OpenAI.
19             Do you remember that?
20        A.   Yes.  I guess my estimates were higher
21   than I thought.
22        Q.   It wasn't true that you had donated
23   $100 million to OpenAI, was it?
24        A.   I was mistaken.
25        Q.   You were mistaken.
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 15

1   execution of the company.  And in order to
2   emphasize the difficulty of competing with Google,
3   I need to be emphatic that outstanding execution
4   is needed for a small company to be a large
5   company.
6        Q.   Do you recall that earlier this year
7   OpenAI announced a Stargate UAE initiative?
8        A.   Yes.
9        Q.   What's your understanding of that
10  initiative, sir?
11       A.   I don't know the details.
12       Q.   You don't know?
13       A.   No.
14       Q.   Do you remember that the initiative was
15  to be announced on a presidential trip?
16       A.   Something to that effect.
17       Q.   When did you learn that Stargate was
18  going to be announced, Mr. Musk?
19       A.   I don't recall.
20       Q.   Did you have a role with the federal
21  government at the time the Stargate initiative
22  was announced?
23       A.   ███████████████
24       Q.   You were in frequent contact with the
25  President; isn't that right?

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

```
                                                    Page 16
   1      A.    ███
   2      Q.    When you learned that Stargate was to
   3   be announced, you complained to White House
   4   officials, didn't you?
   5      A.    ████
   6      Q.    What did you tell them?
   7      A.    ██████████████████████████████
   8   █ ████████████████████████████████
   9      Q.    Did you propose that your company xAI
  10   be among the companies that were supported?
  11           ATTORNEY MOLO:  So I object.  You're
  12   asking questions that go to Phase II of the case.
  13   If you want to describe how they go to Phase I
  14   that's fine; but --
  15           ATTORNEY SAVITT:  Are you instructing
  16   the witness not to answer?
  17           ATTORNEY MOLO:  I'm objecting, and
  18   telling you that your questions are addressing
  19   issues that relate to the competition part of the
  20   case, which the judge has designated, quote,
  21   Phase II claims.
  22           ATTORNEY SAVITT:  Mr. Molo, I'm aware of
  23   that.  Are you objecting?
  24           ATTORNEY MOLO:  So you are aware that
  25   you're asking Phase II claims?
```

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                  janerose@janerosereporting.com

Elon Musk v.                     FINAL                    September 26, 2025
Samuel Altman                 [CONFIDENTIAL]                        Elon Musk

---

Page 17

1              ATTORNEY SAVITT:  I don't think that is
2     right.  If you have a relevance objection and you
3     wish to say --
4              ATTORNEY MOLO:  That is a relevant
5     objection.
6              ATTORNEY SAVITT:  Then state it and let
7     the witness answer the question.  And if you want
8     to instruct him not to answer, we'll see about
9     that.
10             ATTORNEY MOLO:  If you're going to go
11    down this line -- I've let you ask a few
12    questions.  If you're going to go down this line,
13    we can get on the phone with the magistrate judge
14    and sort this out now, and it will make the day
15    much shorter for all of us.  But we're not going
16    to go into Phase II claims in this deposition.
17             ATTORNEY SAVITT:  So I'm going to ask my
18    questions, and you can keep your speeches for
19    yourself.  And if you want to call the judge, you
20    can be my guest.
21             ATTORNEY MOLO:  Okay.
22    BY ATTORNEY SAVITT:
23        Q.  What did you tell White House officials
24    when you complained about Stargate?
25        A.  ███████████████████████████████

---

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

```
                                                Page 18
 1        Q.   So I'm asking you to answer the
 2    question.  You're obligated to do so, absent an
 3    instruction not to answer.
 4        A.   Well, should we ask the judge, given
 5    that the judge's instructions not to -- postpone
 6    this to Phase II?
 7             ATTORNEY MOLO:  If you want to explain
 8    how this relates to Phase I --
 9             ATTORNEY SAVITT:  I'm not explaining
10    anything to you, Mr. Molo.  I'm asking my
11    questions.
12             ATTORNEY MOLO:  Okay.  All right.
13             ATTORNEY SAVITT:  Do you understand
14    that?
15             ATTORNEY MOLO:  Let's just go ahead and
16    get the magistrate judge on the phone, and
17    we'll --
18             THE WITNESS:  Let's call the judge.
19             ATTORNEY SAVITT:  Perfect.  We can go
20    off the record.
21             ATTORNEY MOLO:  Sure.
22             THE VIDEOGRAPHER:  We're off the record
23    at 10:02 a.m.
24             (Recess taken from 10:02 a.m. to
25             10:22 a.m.)
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

```
                                                    Page 19
 1              THE VIDEOGRAPHER:  This is the beginning
 2     of Media Number 2.  We're back on the record at
 3     10:22 a.m.
 4              ATTORNEY SAVITT:  Are you going to make
 5     an objection to --
 6              ATTORNEY MOLO:  So that's the
 7     question -- okay.  Objection.  The question goes
 8     to issues that are outside of Phase I, consistent
 9     with the Court's orders in Dockets Number 237,
10     228, 199, 200 and 201.
11              So I instruct the witness not to answer.
12     BY ATTORNEY SAVITT:
13        Q.   And, Mr. Musk, are you going to follow
14     your lawyer's instruction?
15        A.   Yes.
16        Q.   All right.
17              ATTORNEY SAVITT:  Well, we certainly
18     disagree with your contention.  We'll take this
19     matter up with the Court at a convenient time.
20     Naturally, we reserve our right to re-examine
21     Mr. Musk in respect to this and any other such
22     matter as you may choose to block on relevance
23     grounds.
24     BY ATTORNEY SAVITT:
25        Q.   Did you -- do know who Peng Xiao is?
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 20

1      A.    ███████████████████████

2      Q.    Did you arrange a call with Peng and

3   other representatives of G42 before the Stargate

4   transaction was announced?

5      A.    █████████████████

6      Q.    █████████████████    ████████████████

7  ██  █████████████████████████████████

8      A.    █████████████

9      Q.    You're aware, aren't you, sir, of

10  public reports that you told G42 and Peng that

11  they would have no chance of securing Mr. Trump's

12  backing, the president's backing, unless your own

13  company, xAI, was included in the deal?

14      A.   ██████

15          ATTORNEY MOLO:  Objection.  These

16  questions go to Phase II of the case pursuant to

17  orders 237, 228, 199, 200 and 201.

18          And I'm instructing the witness not to

19  answer consistent with the conversations that we

20  had off the record with defense counsel.

21          If it's okay with you, rather than cite

22  the docket numbers each time I make this

23  objection, if I can just say "the Court's orders,"

24  do we have an understanding --

25          ATTORNEY SAVITT:  We do.

Elon Musk v.                  FINAL                September 26, 2025
Samuel Altman            [CONFIDENTIAL]                    Elon Musk

```
                                              Page 21
 1             ATTORNEY MOLO:  -- that that's what I'm
 2    referring to?
 3             ATTORNEY SAVITT:  Thank you.  We do.
 4    Thank you.
 5             ATTORNEY MOLO:  Okay.
 6    BY ATTORNEY SAVITT:
 7        Q.   And, Mr. Musk, are you going to follow
 8    your counsel's instructions?
 9        A.   Yes.
10        Q.   Okay.
11             ATTORNEY SAVITT:  We reserve, of course,
12    our objections to those instructions.
13    BY ATTORNEY SAVITT:
14        Q.   You called Peng to try to stop the
15    Stargate project from going forward with OpenAI,
16    did you?
17        A.   ███
18             ATTORNEY MOLO:  Objection.  This is a
19    question that goes to Phase II of the case, and
20    consistent with the Court's orders, I'm
21    instructing the witness not to answer.
22    BY ATTORNEY FRENTZEN:
23        Q.   Are you going to follow your counsel's
24    instruction?
25        A.   Yes.
```

JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341                   janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]              Elon Musk

Page 22

1      Q.   All right.  Have you consulted with
2  Alex Spiro in connection with your deposition
3  today?
4      A.   No.
5      Q.   Whose idea was it to form the AI lab
6  that became OpenAI?
7      A.   I think -- well, my perspective is that
8  the origin of OpenAI, the reason it exists and I
9  don't think it would exist otherwise, is that I
10  was increasingly concerned about the danger of
11  Google being a monopoly in AI.  And my
12  conversations with Larry Page were alarming in
13  that he did not seem to be taking AI safety
14  seriously.
15          So I felt there needed to be a
16  counterbalance to Google, given that Larry Page
17  did not seem to be taking AI safety seriously.
18          At one point, he called me a specieist
19  for favoring humanity, which I felt was odd
20  because what side is he on?  Clearly, not
21  humanity's side, it would seem.
22          That's led me to conclude that we really
23  need to have some counterbalance to Google's AI
24  power.  The opposite of what Google was -- Google
25  is a for-profit, closed source company.  The

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

```
                                              Page 23
1    counterbalance -- direct counterbalance seems to
2    me would be to have an open source nonprofit as
3    a -- to be the opposite of Google.
4         Q.    Thank you.
5               Is it your -- is it your point of view
6    that the idea for creating the AI lab that became
7    OpenAI was your idea?
8         A.    Yes.
9               ATTORNEY SAVITT:  Let's take a look and
10   mark what's been premarked as Exhibit 1, please.
11              Give a copy to the witness.
12              (Whereupon, Musk Exhibit Number 1 was
13              marked for identification.)
14   BY ATTORNEY SAVITT:
15        Q.    That's for you, sir.
16              Mr. Musk this is a June 24, 2015, email
17   exchange.  Do you see that?
18        A.    Yes.
19        Q.    Subject line:  "AI lab," and it's
20   between you and Sam Altman; right?
21        A.    Uh-huh.
22        Q.    What was the context, if you recall, of
23   this email exchange?
24        A.    I think this probably references a
25   number of conversations that I had with Sam and
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 55

1    agreement forever; correct?

2         A.    I'm saying you can't steal a charity.

3         Q.    Yeah, but that wasn't my question.  My

4    question was whether you think Mr. Altman is

5    obligated to follow the terms of what you say --

6         A.    Yeah, I don't think you should steal --

7    I don't think Sam Altman should steal a charity,

8    that's wrong.

9         Q.    Right.

10             You visited with Brockman and Altman

11   before filing your lawsuit in 2023, didn't you?

12        A.    I don't recall.

13        Q.    You proposed to them that OpenAI merge

14   with xAI; isn't that true?

15        A.    I don't recall.

16        Q.    You don't recall one way or another?

17        A.    No.

18        Q.    Okay.  You know it's true that you

19   proposed that xAI and OpenAI open merge, don't

20   you?

21             ATTORNEY MOLO:  Object to the form of

22   the question.

23        A.    I don't recall.

24   BY ATTORNEY SAVITT:

25        Q.    Okay.  You certainly can't say it

Elon Musk v.                    FINAL              September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 56

```
 1    didn't happen; right?
 2            ATTORNEY MOLO:  Object to the form of
 3    the question.
 4        A.   I don't recall.
 5    BY ATTORNEY SAVITT:
 6        Q.   You don't recall.
 7            You don't recall.  So you don't recall
 8    one way or another whether you made that proposal?
 9            ATTORNEY MOLO:  Asked and answered.
10    Objection.
11    BY ATTORNEY SAVITT:
12        Q.   You can answer.
13            ATTORNEY MOLO:  Don't answer the
14    question.
15            ATTORNEY SAVITT:  You're instructing him
16    not to answer?
17            ATTORNEY MOLO:  I'm instructing him not
18    to answer the question that he's answered three
19    times already.  Correct.
20    BY ATTORNEY SAVITT:
21        ███    ████████████████
██    ███    ███████████████████████████████
██    ███    █████████████
██    ███    ███████
██    ███    ████████████████████████
```

Elon Musk v.                    FINAL                    September 26, 2025
Samuel Altman              [CONFIDENTIAL]                          Elon Musk

Page 63

1         Q.    And a C Corp. is a for-profit
2    corporation, isn't it?
3         A.    Yes.
4         Q.    And a public benefit corporation is
5    also a for-profit corporation; right?
6         A.    I don't know that much about public
7    benefit corporations.
8         Q.    Until recently, you were the CEO of
9    one, weren't you?
10        A.    I don't know that much about public
11   benefit corporations.
12        Q.    When you were the CEO of xAI, when it
13   was a benefit corporation, did you think it was a
14   for-profit organization?
15        A.    My understanding is it is largely a
16   for-profit corporation.
17        Q.    Right.
18              Did you discuss in 2017 a merger with
19   Tesla and OpenAI?
20        A.    It was one of the ideas bounced around.
21        Q.    Did you discuss an acquisition of
22   OpenAI by Tesla?
23        A.    Not exactly, no.  It was -- I don't
24   think OpenAI can be acquired, because it's a
25   nonprofit.  But, potentially, people could leave

Elon Musk v.                        FINAL                    September 26, 2025
Samuel Altman                  [CONFIDENTIAL]                        Elon Musk

Page 64

1    OpenAI, or those who wanted to could leave OpenAI
2    to join Tesla.
3          Q.    So --
4          A.    Tesla can't acquire a nonprofit.  That's
5    not a thing.
6          Q.    You think that a for-profit corporation
7    cannot acquire a not-for-profit corporation?
8          A.    Maybe I'm wrong, but I don't think so.
9          Q.    Didn't xAI make a bid to buy OpenAI
10    in the past year?
11          A.    I think that was more about the
12    intellectual property.
13          Q.    I see.
14                Well, so help them, then.  What do you
15    understand your idea to have been about Tesla
16    acquiring assets of OpenAI as a solution to
17    OpenAI's situation in 2017?
18          A.    There were many ideas that were
19    discussed.  But, I mean, just -- there -- we were
20    just spitballing.  There was just ideas being
21    passed around, not --
22          Q.    Okay.  I don't want to interrupt you,
23    sir, so my apologies.
24                But what ideas did you have for Tesla
25    being involved in advancing OpenAI and OpenAI's

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 301

1      Q.   And the only answer you'll give me is
2  you'll leave it up to the system?
3      A.   I leave that up to the legal system.
4      Q.   You incorporated a new AI development
5  company called xAI in March 2023, didn't you?
6      A.   Yes.
7      Q.   When did you first start contemplating
8  forming xAI?
9      A.   I don't recall.
10     Q.   Were you contemplating forming xAI
11 when you purchased Twitter?
12     A.   I don't recall.
13     Q.   You don't know one way or another?
14     A.   I don't think so.  I don't think so.
15     Q.   When you incorporated xAI in March of
16 2023, you didn't publicly announce that you had
17 done so, did you?
18     A.   I don't recall.
19     Q.   Did you issue a press release or a blog
20 post respecting the formation of xAI?
21     A.   At some point, we did.
22     Q.   Do you know when that was?
23     A.   I don't recall the date.
24     Q.   It was a long time thereafter, wasn't
25 it?

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 302

1          A.    I don't know.
2          Q.    It was in July 2023 that you publicly
3     announced the formation of xAI; isn't that
4     right, sir?
5          A.    Yeah, probably.
6          Q.    And you recruited heavily from OpenAI
7     in seeking to launch the xAI venture, didn't
8     you?
9          A.    I wouldn't say we recruited heavily.
10         Q.    In March 2023, you signed a public
11    letter calling for AI Labs to immediately pause
12    for at least six months to train its AI systems
13    more powerful than GPT-4.
14               Do you remember doing that?
15         A.    Yes.
16         Q.    Okay.  Why did you sign that letter?
17         A.    I was worried about AI safety.
18         Q.    That's why?
19         A.    Yeah.
20         Q.    And you signed it in your capacity as
21    the CEO of SpaceX, Twitter, and Tesla; is that
22    right?
23         A.    I don't recall how -- in what capacity I
24    signed it, but I was asked to, you know, sign the
25    thing about AI safety, and it seemed like a good

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 303

1    idea.

2         Q.    Did you disclose that you were -- had

3    just incorporated an AI company that was seeking

4    to develop advanced AI yourself?

5         A.    No, I just signed a -- I signed it, as

6    many people did, to urge caution with AI

7    development.

8         Q.    So you wanted the leaders in the -- in

9    the AI business to slow down, didn't you?

10        A.    I just wanted to -- AI safety to be

11   prioritized.

12        Q.    And you prioritize AI safety at xAI?

13        A.    I think we do.

14              Nobody has committed suicide because of

15   Grok, but apparently they have because of

16   Chat GPT.

17              ATTORNEY SAVITT:  Let's take a look at

18   Tab 254.

19              Please mark this as Exhibit 22.

20              (Whereupon, Musk Exhibit Number 22

21              was marked for identification and is

22              attached hereto.)

23   BY ATTORNEY SAVITT:

24        Q.    I've marked -- Exhibit 22, Mr. Musk, is

25   a text exchange between you and Helen Toner;

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 309

1      Q.    Anything else other than this that you
2    recall reading about that formed your view about
3    the circumstances of Altman's removal?
4      A.    There were a lot of posts on X about it.
5      Q.    Anything else you recall specifically?
6      A.    No.
7      Q.    On February 10th, 2025, you purported
8    to make a bid to purchase the assets of OpenAI,
9    didn't you?
10     A.    I think so.
11     Q.    xAI joined that mid, Mr. Musk?
12     A.    I don't recall.
13     Q.    Were there a number of other private
14   investors with you as well?
15          ATTORNEY MOLO:  Object.  I'm going to
16   object here.  I didn't know where you're going.
17   But the judge has clearly ruled that this is
18   Phase II -- the bid was Phase II.
19          ATTORNEY SAVITT:  Are you instructing
20   the witness not to answer?
21          ATTORNEY MOLO:  No.  I'm raising this to
22   you to say to you that this is supposed to be
23   discovery that would occur in Phase II of the
24   case.  The case has been bifurcated in that way.
25          The witness is not obligated to answer.

JANE ROSE REPORTING                 California Firm No. 254
1-800-825-3341              janerose@janerosereporting.com

Elon Musk v.                    FINAL                    September 26, 2025
Samuel Altman              [CONFIDENTIAL]                      Elon Musk

```
                                                    Page 310
 1    And, no, you should not answer questions about
 2    Phase II issues.
 3              ATTORNEY SAVITT:  Okay.  So why don't we
 4    just make a good record, and I'll ask my question.
 5    You can instruct the witness not to answer.  Is
 6    that okay?
 7              ATTORNEY MOLO:  Okay.
 8    BY ATTORNEY SAVITT:
 9         Q.   Did xAI join your bid that you made
10    on February 10th, 2025, to purchase the assets
11    of OpenAI?
12         A.   I don't recall.
13         Q.   Do you recall seeking to enlist private
14    investors to join you in your bid for OpenAI on
15    February 10th, 2025?
16              ATTORNEY MOLO:  I object to the
17    question.  This is discovery into Phase II of the
18    case.  The Court's orders in Dockets Number 237,
19    228, 199, 200, 203 prohibit that.  And I'm
20    instructing you not to answer those.
21    BY ATTORNEY SAVITT:
22         Q.   And you're going to follow that
23    instruction, Mr. Musk?
24         A.   Yes.
25         Q.   You contacted Mark Zuckerberg about
```

Elon Musk v.                    FINAL                    September 26, 2025
Samuel Altman              [CONFIDENTIAL]                      Elon Musk

```
                                              Page 311
 1    your bid?
 2            ATTORNEY MOLO:  Objection; same
 3    objection.
 4            And directing the witness not to answer
 5    that.
 6    BY ATTORNEY SAVITT:
 7        Q.   You're going to take -- you're not
 8    going to answer my question?
 9        A.   Yes.
10        Q.   What did you discuss with
11    Mr. Zuckerberg?
12            ATTORNEY MOLO:  Objection.  The same
13    objection that this is Phase II discovery.
14            And I'm directing the witness not to
15    answer questions relating to Phase II discovery.
16    BY ATTORNEY SAVITT:
17        Q.   Are you focused on trying to slow
18    OpenAI down?
19            ATTORNEY MOLO:  Objection; this is
20    Phase II discovery.
21            I'm instructing the witness not to
22    answer questions in Phase II discovery.
23            ATTORNEY SAVITT:  You're saying that the
24    question whether the witness is trying to slow
25    OpenAI down is Phase II discovery?
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

```
                                                  Page 312
  1              ATTORNEY MOLO:  Correct.
  2              ATTORNEY SAVITT:  Okay.  That's great.
  3     BY ATTORNEY SAVITT:
  4         Q.   So are you doing -- are you working to
  5     try to slow OpenAI down, Mr. Musk?
  6              ATTORNEY MOLO:  Objection.  This is
  7     Phase II discovery.
  8              And I'm directing the witness not to
  9     answer Phase II discovery questions.
 10     BY ATTORNEY SAVITT:
 11         Q.   Are you going to follow that
 12     instruction?
 13         A.   I don't think I'm trying to slow OpenAI
 14     down.
 15         Q.   It's right, isn't it, that xAI is
 16     offering a special bonus to departing employees
 17     that they receive if they go anywhere but OpenAI?
 18              ATTORNEY MOLO:  Objection; this is
 19     Phase II discovery.
 20              And I'm directing the witness not to
 21     answer questions that are Phase II discovery.
 22         A.   Well, in this case, that's --
 23              ATTORNEY MOLO:  You don't have to answer
 24     the question.
 25         A.   Okay.  Well -- I don't think so.
```

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                    janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                  Elon Musk

Page 313

1  BY ATTORNEY SAVITT:

2      Q.   I'm sorry.  Are you answering the

3  question, Mr. Musk?

4      A.   Yeah.  I think I can answer that

5  question because I think -- I think -- that's not

6  happening, to the best of my knowledge.

7      Q.   So are you answering questions when the

8  answer is "no" but not answering when the answer

9  is "yes" in response to Mr. Molo's --

10          ATTORNEY MOLO:  Objection; that is

11  really --

12      A.   I can just not answer if you'd prefer.

13  BY ATTORNEY SAVITT:

14      Q.   I don't prefer.  I'm just trying to

15  understand whether your basis for ignoring your

16  counsel's instruction was the substance of your

17  answer.

18          ATTORNEY MOLO:  Object to the form of

19  the question.

20      A.   Going forward, I'll just adhere to

21  counsel's advice.

22  BY ATTORNEY SAVITT:

23      Q.   All right.  You caused GPT-5 to be

24  deboosted on X, didn't you?

25          ATTORNEY MOLO:  Objection to the form of

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

---

Page 314

1    the question.  This is Phase II discovery.  We've
2    raised this issue.  We can take up the rest of the
3    deposition doing this but he's not going to answer
4    Phase II questions --
5              ATTORNEY SAVITT:  Just state your
6    objection.  Just tell him not to answer, and he'll
7    either listen or not.  It's fine.  Just do it.
8    That's all.  I'm going to ask my questions.  You
9    note your objections.
10             That's what we do, okay?
11   BY ATTORNEY SAVITT:
12        Q.  You cancelled OpenAI's contract with X,
13   didn't you?
14             ATTORNEY MOLO:  Object to the form of
15   the question.
16             This is Phase II discovery, and I'm
17   instructing the witness not to answer questions
18   that are Phase II discovery.
19   BY ATTORNEY SAVITT:
20        Q.  Are you going to follow that
21   instruction?
22        A.  Yes.
23        Q.  You've contacted the Attorney General
24   of Delaware about OpenAI's potential
25   restructuring, haven't you?

---

Elon Musk v.                  FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

```
                                                    Page 315
 1              ATTORNEY MOLO:   Object to the form of
 2      the question.
 3              This is Phase II discovery, and I'm
 4      directing the witness not to answer questions that
 5      are Phase II discovery.
 6      BY ATTORNEY SAVITT:
 7          Q.   Are you going to follow that
 8      instruction, Mr. Musk?
 9          A.   Yes.
10          Q.   Will you tell me with whom you met at
11      the Attorney General of Delaware?
12              ATTORNEY MOLO:   Objection.
13              This is Phase II discovery, and I am not
14      going to allow the witness to answer questions
15      that are Phase II discovery.
16      BY ATTORNEY SAVITT:
17          Q.   You've also contacted the Office of the
18      Attorney General of California about OpenAI's
19      potential --
20              ATTORNEY MOLO:   Excuse me one second.
21              Can we take a very short break?   I mean
22      very short break.
23              ATTORNEY SAVITT:   Yeah.
24              THE VIDEOGRAPHER:   We're off the record
25      at 6:11 p.m.
```

Elon Musk v.                      FINAL                September 26, 2025
Samuel Altman                [CONFIDENTIAL]                    Elon Musk

```
                                                  Page 316
 1              (Recess taken from 6:11 p.m. to
 2        6:17 p.m.)
 3              THE VIDEOGRAPHER:  This is the beginning
 4        of Media Number 8.  We're back on the record at
 5        6:17 p.m.
 6              ATTORNEY MOLO:  Okay.  Just for the
 7        record, I objected to a question.  The question
 8        was:  "You contacted the Attorney General of
 9        Delaware about OpenAI's potential restructuring,
10        haven't you?"
11              And you also were asked a question:
12        "You also contacted the office of the Attorney
13        General of California by" -- it says "by OpenAI's
14        potential" -- and I withdraw my objections to
15        those questions.
16              So you can go ahead and ask the
17        questions again if you'd like or, however,
18        Mr. Musk will answer them.
19              ATTORNEY SAVITT:  Thank you.  And I take
20        it, however, you stand on all the other
21        objections.
22              ATTORNEY MOLO:  Yes.
23        BY ATTORNEY SAVITT:
24           Q.  So you've contacted the Attorney
25        General of Delaware about OpenAI's potential
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman               [CONFIDENTIAL]                  Elon Musk

                                                      Page 317
1    restructuring, haven't you?
2         A.    My counsel contacted.
3         Q.    Which counsel?
4         A.    I believe Mr. Toberoff.
5         Q.    And anyone else?
6         A.    Not that I'm aware of.
7         Q.    Do you know how many times your counsel
8    contacted the Delaware Attorney General?
9         A.    No.
10        Q.    Do you know anything about those
11   contacts?
12        A.    Not much.
13        Q.    Did you instruct Mr. Toberoff to
14   contact the Delaware Attorney General?
15              ATTORNEY MOLO:  Object to the form of
16   the question -- object to the question that it
17   calls for an attorney-client-privileged
18   conversation.
19        A.    Yeah, privileged conversation.
20   BY ATTORNEY SAVITT:
21        Q.    Did Mr. Toberoff contact the Delaware
22   Attorney General with your knowledge?
23              THE WITNESS:  Is that privileged?
24              ATTORNEY MOLO:  To the extent that it
25   requires a conversation or would disclose a

JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341              janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman            [CONFIDENTIAL]                    Elon Musk

```
                                                    Page 318
 1   conversation or communication between you and your
 2   counsel, I'm instructing you not to answer.
 3           THE WITNESS:  Okay.  Seems like it might
 4   be privileged.
 5   BY ATTORNEY SAVITT:
 6       Q.   Might be privileged, so you're not
 7   going to answer?
 8       A.   Yeah.
 9       Q.   Did you know that Mr. Toberoff was
10   going to contact the Delaware Attorney General?
11           ATTORNEY MOLO:  Same objection that
12   it -- to the extent that it calls for a
13   confidential communication between you and your
14   lawyer, I'm directing you not to answer.
15       A.   Privileged conversation.
16   BY ATTORNEY SAVITT:
17       Q.   And you're not going to answer?
18       A.   Yes.
19       Q.   And to your knowledge, what did
20   Mr. Toberoff tell the Delaware Attorney General?
21           ATTORNEY MOLO:  To the extent that the
22   conversation -- that the question calls for you to
23   disclose a confidential communication between you
24   and Mr. Toberoff, I'm directing you not to answer.
25   ///
```

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]              Elon Musk

```
                                                    Page 319
 1    BY ATTORNEY SAVITT:
 2         Q.    And you're not going to answer?
 3         A.    Correct.
 4         Q.    So let me just make sure my question is
 5    really clear.  I'm asking you to tell me what you
 6    know of what Mr. Toberoff said to the Delaware
 7    Attorney General.  Can you please answer that.
 8              ATTORNEY MOLO:  And to the extent that
 9    the question calls for you to disclose a
10    confidential attorney-client communication, I'm
11    directing you not to answer.
12         A.    Then I will not answer.
13    BY ATTORNEY SAVITT:
14         Q.    Okay.  And you also contacted the
15    Office of the Attorney General of California
16    about OpenAI's potential restructuring; right?
17         A.    I think that was Mr. Toberoff.
18         Q.    Anyone other than Mr. Toberoff contact
19    the California Attorney General's office?
20         A.    Not that I'm aware of.
21         Q.    There was -- how many times did
22    Mr. Toberoff contact the California Attorney
23    General's office, to your knowledge?
24              ATTORNEY MOLO:  To the extent that that
25    calls for you to disclose a confidential
```

JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341                     janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 320

1    attorney-client communication, I'm directing you
2    not to answer.
3         A.    I will not answer that.
4    BY ATTORNEY SAVITT:
5         Q.    Do you know what constitutes a
6    confidential attorney-client communication?
7               ATTORNEY MOLO:   You didn't have to
8    answer that question.   A confidential
9    communication between you and your lawyer for
10   purposes of rendering legal advice.
11              THE WITNESS:   Yeah.
12   BY ATTORNEY SAVITT:
13        Q.    Yeah.   So you're not going to tell me
14   how many times time Mr. Toberoff contacted the
15   California Attorney General, to your knowledge?
16              ATTORNEY MOLO:   To the extent that that
17   question calls for you to disclose a confidential
18   communication between you and your lawyer, I'm
19   directing you not to answer the question.
20   BY ATTORNEY SAVITT:
21        Q.    You're not going to answer?
22        A.    I will not answer.
23        Q.    And to your knowledge, what did
24   Mr. Toberoff communicate to the Office of the
25   Attorney General of California?

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                   Elon Musk

---

                                                    Page 321
1           ATTORNEY MOLO:  To the extent that the
2      question calls for you to disclose a confidential
3      communication between you and your lawyer, for
4      purposes of rendering legal advice, I'm directing
5      you not to answer the question.
6      BY ATTORNEY SAVITT:
7           Q.   Will you answer the question?
8           A.   I'll decline to answer in that case.
9           Q.   And here again, just so it's real
10     clear:  I'm asking for your recitation of what
11     was communicated between Mr. Toberoff and the
12     California Attorney General's office, and you're
13     declining to answer my question; correct?
14          ATTORNEY MOLO:  Objection.  My objection
15     is to the extent that the question calls for you
16     to disclose a confidential communication between
17     you and your lawyer, I'm directing you not to
18     answer the question on the basis that it's
19     privileged.
20          A.   I guess I will not answer.
21     BY ATTORNEY SAVITT:
22          Q.   Because you think that what
23     Mr. Toberoff said to the California Attorney
24     General is a confidential attorney-client
25     communication?

---