# EXHIBIT 2

Elon Musk v.               FINAL              September 10, 2025
Samuel Altman           [CONFIDENTIAL]              Jared Birchall

Page 1

```
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
----------------------------------------
ELON MUSK, et al.,
        Plaintiffs,
v.
SAMUEL ALTMAN, et al.,
        Defendants.


Case No. 4:24-cv-04722-YGR
----------------------------------------


VIDEO DEPOSITION OF
Jared Birchall
September 10, 2025
San Francisco, California
Lead: Nathaniel Cullerton, Esquire
Firm: Wachtell Lipton Rosen & Katz




FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING - 1-800-825-3341
```

Elon Musk v.                    FINAL              September 10, 2025
Samuel Altman              [CONFIDENTIAL]              Jared Birchall

```
                                                Page 150
 1           THE VIDEOGRAPHER:  This is the beginning
 2    of Media Number 5.  We are back on the record at
 3    2:28 p.m.
 4    BY ATTORNEY CULLERTON:
 5        Q.   Mr. Birchall, just returning to
 6    something we were discussing a little bit this
 7    morning.
 8           Did the Musk Foundation ever make any
 9    donations directly to OpenAI?
10           ATTORNEY KRY:  You can feel free to
11    consult your documents if you need to.
12        A.   Yeah, let me actually go back and look
13    at that.
14        Q.   Sure.
15        A.   Yes, using the YC vehicle to donate to
16    OpenAI.
17        Q.   So other than the donation to YC org or
18    through a donor-advised fund, are you aware of
19    any other donations from the Musk Foundation to
20    OpenAI?
21        A.   Not that I know of at this time.
22        Q.   When was the first time you learned
23    that Mr. Musk was interested in forming xAI?
24        A.   Would have been early 2023.
25        Q.   Early 2023.
```

JANE ROSE REPORTING                  California Firm No. 254
1-800-825-3341                janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 10, 2025
Samuel Altman               [CONFIDENTIAL]              Jared Birchall

Page 151

1             Did you have any discussions with him
2    prior to early 2023 about the possibility of
3    forming what ultimately became xAI?
4             ATTORNEY KRY:  Before we get too far
5    into this, what's the relevance of this to the
6    Phase I issues?
7             ATTORNEY CULLERTON:  We'll get there.
8             ATTORNEY KRY:  Standing objection on
9    that basis, then.
10       A.   Not that I can specifically recall.
11   BY ATTORNEY CULLERTON:
12       Q.   Okay.  xAI was formed as a public
13   benefit corporation; correct?
14       A.   That's correct.
15       Q.   Is it still a public benefit
16   corporation today?
17       A.   It is not.
18       Q.   When was that change made?  Do you
19   recall?
20       A.   I don't recall the exact timing.  I
21   believe it was early 2024.
22             ATTORNEY KRY:  Give me Tab 128.
23             (Whereupon, Birchall Exhibit Number
24             20 was marked for identification and
25             is attached hereto.)

JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341                     janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 10, 2025
Samuel Altman              [CONFIDENTIAL]                 Jared Birchall

Page 152

1    BY ATTORNEY CULLERTON:

2         Q.    Exhibit 20 is a Certificate of

3    Amendment for X.AI Corp. filed with the Nevada

4    Secretary of State on May 9th, 2024.

5              Do you recognize this, Mr. Birchall?

6         A.    I do.

7         Q.    And is this the certificate of

8    amendment that amended xAI's certificate of

9    incorporation to eliminate its public benefit

10   corporation status?

11        A.    I believe so, yes.

12        Q.    And that was filed on May 9th, 2024;

13   correct?

14        A.    Yes.

15        Q.    And why did xAI change from a PBC to a

16   regular profit corporation?

17             ATTORNEY KRY:   Objection; foundation.

18             But you can answer if you know.

19        A.    The main rationale was that -- was

20   threefold actually.

21             One, on advice of outside advisors, the

22   administrative burden was a headache and that you

23   could accomplish the same thing with a C Corp. as

24   you could with a B Corp.  It was basically just a

25   lot of virtue signaling.

JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341              janerose@janerosereporting.com

Elon Musk v.                    FINAL                September 10, 2025
Samuel Altman              [CONFIDENTIAL]                Jared Birchall

                                                            Page 153

1          And, you know, if we held to the mission
2     of doing things the way we wanted them done, it
3     didn't matter whether we had a B Corp. or a
4     C Corp.  Investors didn't understand B Corps. as
5     much as they understood C Corps. as we thought
6     about the future of fundraising and -- yeah, those
7     were the main reasons.
8     BY ATTORNEY CULLERTON:
9          Q.   And when you say investors didn't
10    understand the B Corp. as opposed to a C Corp.,
11    was it a concern that it was harder to raise
12    investment as a B Corp. as opposed to a C Corp.?
13         A.   Partially, yeah.  I mean, it was -- case
14    law is based on mainly C Corps., and this is a
15    newer concept.
16         Q.   Did you have any conversations with any
17    investors or potential investors in xAI in which
18    they expressed that they would rather have it be
19    a C Corp. as opposed to a B Corp.?
20         A.   I don't believe so.
21         Q.   Are you aware that xAI announced its
22    Series B funding round on May 26th, 2024?
23         A.   That sounds right.
24         Q.   Okay.  And in that round, it raised
25    $6 billion.

Elon Musk v.                    FINAL                September 10, 2025
Samuel Altman              [CONFIDENTIAL]                 Jared Birchall

Page 154

1              Does that sound right?
2         A.    It does.
3         Q.    And did you have any conversations with
4    any investors in the Series B round about xAI
5    status as a B Corp. or C Corp.?
6         A.    Not that I can recall.  Again, this was
7    in motion before we launched the round.
8         Q.    And you're aware -- you reference
9    administrative burden.  One of the administrative
10   burdens you were referring to, the requirement
11   that PBCs file an annual report to shareholders
12   about how they're pursuing the mission stated in
13   their certificate?
14        A.    Yeah, that's I believe, one of the
15   issues that is brought up to us.
16        Q.    And did xAI ever file a report during
17   the time -- the required report during the time
18   that it was a PBC, or did it convert to a C Corp.
19   before needing to file the report?
20        A.    I don't recall the details on that.
21        Q.    You're not aware of it ever having
22   filed the PBC report required by statute?
23              ATTORNEY KRY:  Objection; foundation.
24        A.    I don't recall whether one was filed or
25   not.

Elon Musk v.          FINAL          September 10, 2025
Samuel Altman     [CONFIDENTIAL]        Jared Birchall

Page 155

```
 1   BY ATTORNEY CULLERTON:
 2       Q.   What other administrative burdens were
 3   you referring to?
 4       A.   I don't remember all the details of what
 5   it required, but it was just beyond what a
 6   standard C Corp. was requiring.
 7       Q.   Do you know whether Mr. Musk was
 8   contemplating forming xAI at the time that he was
 9   acquiring Twitter?
10           ATTORNEY KRY:  Objection; foundation.
11       A.   I wouldn't be able to tell you -- not
12   that I was aware of, whether or not he was
13   contemplating that, no.
14   BY ATTORNEY CULLERTON:
15       Q.   You never had any conversations with
16   him during the process of the Twitter acquisition
17   about potentially forming xAI?
18       A.   No.
19           ATTORNEY CULLERTON:  Do Tab 112.
20           Actually --
21           (Whereupon, Birchall Exhibit Number
22           21 was marked for identification and
23           is attached hereto.)
24   BY ATTORNEY CULLERTON:
25       Q.   Exhibit 21 is a text message chain
```

Elon Musk v.                    FINAL                September 10, 2025
Samuel Altman              [CONFIDENTIAL]              Jared Birchall

Page 156

1   dated May 1st, 2023, with Mr. Altman, Alex Spiro,
2   Mr. Musk and yourself, Mr. Birchall.
3           Do you recognize this document?
4       A.    I do.
5       Q.    And what's going on here?  What is this
6   document about?
7       A.    Elon initially sending Alex Spiro and me
8   to gather information; ended up being more of an
9   Alex thing than me, but he was wanting to get
10  formation documents and things like that.
11      Q.    Do you know why he was looking for
12  those documents?
13      A.    I don't -- he didn't specifically say
14  the rationale behind gathering that.  But it was
15  based on his concern of furthering the mission of
16  the nonprofit that he had funded.
17      Q.    And as of this time, May 1st, 2023,
18  xAI had been incorporated; correct?
19      A.    I believe it was right around this time.
20      Q.    Was Mr. Musk looking for evidence to
21  support a potential lawsuit against OpenAI?
22           ATTORNEY KRY:  Objection; calls for
23  speculation and foundation.
24      A.    Yeah, there was no mention of a lawsuit.
25  But I don't -- I don't know that to be the case.

Elon Musk v.                    FINAL                September 10, 2025
Samuel Altman               [CONFIDENTIAL]              Jared Birchall

Page 157

1    BY ATTORNEY CULLERTON:

2         Q.   Did you -- well, what sort of documents

3    did you receive in connection with this?

4         A.   As mentioned, I didn't receive any.

5    I -- it was Alex who pursued the -- I guess the

6    request from Elon to gather documents.  And so I

7    don't know the extent of everything that was

8    received and reviewed at that time.

9         Q.   Okay.  So you didn't yourself go to

10   OpenAI to review the documents or obtain any of

11   the documents?

12        A.   I did not.

13        Q.   And none of those documents were

14   provided to you after Mr. Spiro went and got

15   them?

16        A.   No.

17             ATTORNEY CULLERTON:  Let me take five

18   minutes, make sure I have nothing else, but I

19   think I'm just about done.

20             THE VIDEOGRAPHER:  This is the end of

21   Media Number 5.  And we are off the record

22   at 2:42 p.m.

23             (Recess taken from 2:42 p.m. to

24             2:49 p.m.)

25             (Whereupon, Birchall Exhibit Number