# EXHIBIT 3

Elon Musk v.                    FINAL                December 2, 2025
Samuel Altman              [CONFIDENTIAL]   Stuart Russell, OBE FRS

```
                                                          Page 1
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------
ELON MUSK, et al.,
      Plaintiffs,
v.
SAMUEL ALTMAN, et al.,
      Defendants.

Case No. 4:24-cv-04722-YGR
-------------------------------------------


VIDEO DEPOSITION OF
Stuart Russell, OBE FRS
December 2, 2025
Washington, D.C.
LEAD: Adam Tanne, Esquire
FIRM: Wachtell Lipton Rosen & Katz




FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING - 1-800-825-3341
```

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Elon Musk v. Samuel Altman   FINAL   [CONFIDENTIAL]   December 2, 2025   Stuart Russell, OBE FRS

Page 72

1  in this letter with anyone at the time?
2      A.  I think other than to observe that his
3  participation was helpful in getting the
4  attention of the news media.
5      Q.  All right.
6      A.  It's sort of annoying.  It's something
7  that we all noticed, that whatever we did, then
8  the headline would say, Musk says such-and-such
9  or, previous thing, you know, Stephen Hawking
10 says such-and-such.
11     Q.  In fact, if you look at the press on the
12 FLI website, five of the six articles have Elon's
13 name in the headline.
14     MR. NITZ:  Objection.
15 BY MR. CULLERTON:
16     Q.  So I -- do you know how it came to be
17 that Mr. Musk signed the letter?
18     A.  I do not.
19     Q.  And do you see there it's signed -- he
20 has signed as CEO of SpaceX, Tesla, and Twitter.
21     Do you see that?
22     A.  Okay.
23     Q.  Yeah.
24     A.  That's...
25     Q.  Were you aware at the time that Mr. Musk

| Elon Musk v. | FINAL | December 2, 2025 |
|---|---|---|
| Samuel Altman | [CONFIDENTIAL] | Stuart Russell, OBE FRS |

Page 73

```
 1   had already incorporated his AI company, xAI?
 2          MR. NITZ:  Objection.  I'm going to
 3   direct Professor Russell not to answer that
 4   question.  I think we're veering into what the
 5   court has said are phase 2 topics and not
 6   appropriate for discovery at this time.
 7          MR. CULLERTON:  Mr. Musk's involvement in
 8   a letter that Mr. Russell signed is a phase 2
 9   topic?  Really?
10          MR. NITZ:  We'll let him answer, but --
11          MR. CULLERTON:  Okay.  Thank you.
12          THE WITNESS:  Could you repeat the
13   question?
14   BY MR. CULLERTON:
15      Q.  Sure.
16          Were you aware that, at the time Mr. Musk
17   signed this letter, he had already incorporated
18   xAI?
19      A.  No --
20      Q.  Okay.
21      A.  -- I was not.  I was raising my eyebrows
22   because I wasn't aware that at that date he had
23   already bought Twitter.  Maybe I'm just
24   misremembering.
25      Q.  Is it relevant that he had already
```

| Elon Musk v. | FINAL | December 2, 2025 |
|---|---|---|
| Samuel Altman | [CONFIDENTIAL] | Stuart Russell, OBE FRS |

Page 74

1  incorporated xAI when he signed this letter?
2          MR. NITZ:  I'm going to object again.
3  BY MR. CULLERTON:
4      Q.  You can answer.
5      A.  Is it relevant?  I don't think it's -- is
6  it relevant to what?
7      Q.  Would it have been information that
8  people might want to know?
9          MR. NITZ:  Objection.
10         THE WITNESS:  I'm still not sure I
11 understand the question.
12 BY MR. CULLERTON:
13     Q.  Do you know that Grok was released in
14 November of 2023?
15     A.  I didn't know that exact date, but --
16     Q.  Okay.
17     A.  -- my general recollection is that xAI
18 were, as it were, late to the party, spent a lot
19 of money to catch up fast and release their first
20 system after ChatGPT and GPT-4.  That's all I
21 remember.
22     Q.  Do you have a view as to whether or not
23 Mr. Musk's -- xAI's development and release of
24 Grok complied with the pause that Mr. Musk was
25 advocating for in this letter?

Elon Musk v.　　　　　　　FINAL　　　　　　December 2, 2025
Samuel Altman　　　　[CONFIDENTIAL]　　Stuart Russell, OBE FRS

Page 75

1　　　　MR. NITZ:  I'm going to object.  I think
2　you're veering into topics that -- part of the
3　counterclaim.  They're getting into phase 2
4　topics.  This has nothing to do with the opinions
5　that Professor Russell expressed in his report or
6　anything that's relevant to phase 1.
7　　　　MR. CULLERTON:  Well, I think it
8　absolutely has something to do with the opinions
9　that Mr. Russell has expressed.  He's expressed
10　opinions on the safety of AI companies generally,
11　as he has mentioned a couple of times.  This is a
12　letter that he signed, along with the plaintiff
13　in the lawsuit, and I'm exploring his views on
14　Mr. Musk's views about AI safety and his own
15　views about AI safety.  This is directly
16　relevant.
17　　　　So if you're going to instruct him not to
18　answer, we can take it up with the court.
19　　　　MR. NITZ:  In connection with discovery
20　disputes, the court has said that discussions
21　about this letter and the events in March of 2023
22　were part of phase 2.
23　　　　MR. CULLERTON:  This is not a phase 2
24　topic.  You have an expert here, Professor
25　Russell, who is opining about AI safety risks,

| Elon Musk v. | FINAL | December 2, 2025 |
|---|---|---|
| Samuel Altman | [CONFIDENTIAL] | Stuart Russell, OBE FRS |

Page 76

```
 1   has signed a letter, along with the plaintiff in
 2   this case, calling for a moratorium on
 3   development of OpenAI's products on the basis of
 4   safety risk that are discussed in Professor
 5   Russell's report, and I'm completely entitled to
 6   probe his views about that, along with his
 7   interactions with Mr. Musk and whatever views
 8   Mr. Musk might have had and whether he thinks
 9   Mr. Musk's safety views are -- are adequate or
10   not.
11           MR. NITZ:  We'll let him answer the
12   question, but I maintain my objection that this
13   is not relevant and outside the scope of phase 1
14   discovery.
15           MR. CULLERTON:  Okay.
16           MR. NITZ:  We reserve our rights on it.
17           MR. CULLERTON:  The objection is noted
18   for the record.
19           THE WITNESS:  Could you repeat the
20   question?
21           MR. CULLERTON:  Of course.
22   BY MR. CULLERTON:
23      Q.   Do you have a view as to whether or not
24   Mr. Musk or xAI's development and release of Grok
25   in November of 2023 demonstrated a commitment to
```

Elon Musk v. Samuel Altman                 FINAL   December 2, 2025
                         [CONFIDENTIAL]   Stuart Russell, OBE FRS

Page 77

```
 1   the pause that was advocated for in this letter
 2   in March of 2023?
 3           MR. NITZ:  Objection.
 4           THE WITNESS:  I don't think it violated
 5   what the pause letter is asking for because Grok
 6   was not more powerful than GPT-4.
 7   BY MR. CULLERTON:
 8      Q.  Okay.  The letter actually called for a
 9   pause of training of AI systems more powerful
10   than GPT-4.
11           So your position is that Grok, when it
12   was released, was not more powerful and xAI was
13   not training models more powerful than that?
14      A.  That's my understanding.  I can't say
15   what they were doing behind closed doors --
16      Q.  Okay.
17      A.  -- that was proprietary and not released,
18   but my understanding is that Grok at that time
19   was not considered competitive with GPT-4.
20      Q.  So no issue, from your perspective as an
21   AI safety expert today, with Mr. Musk signing
22   this letter and then releasing an advanced AI
23   model six months later?
24           MR. NITZ:  Objection.
25           THE WITNESS:  I did not find it
```

Elon Musk v.                FINAL              December 2, 2025
Samuel Altman          [CONFIDENTIAL]   Stuart Russell, OBE FRS

Page 78

1  unreasonable.  I was aware, in the subsequent
2  months, that there were newspaper articles
3  pointing to this contrast between his general
4  advocacy for AI safety and his decision to create
5  an AI company.
6  BY MR. CULLERTON:
7       Q.  But that didn't give you any concerns?
8           MR. NITZ:  Objection.
9           THE WITNESS:  I think some background
10 concern.  My assumption was that the one -- one
11 of the guiding principles of xAI would be that it
12 should develop AI within the envelope of safe AI
13 systems.
14 BY MR. CULLERTON:
15      Q.  And why did you believe that was going to
16 be one of the guiding principles of xAI?
17          MR. NITZ:  Objection.
18          THE WITNESS:  Because of Mr. Musk's
19 stated views on AI safety.
20 BY MR. CULLERTON:
21      Q.  Has anything in the intervening years
22 caused you to question whether xAI was being
23 developed within the envelope of safe AI systems,
24 to use your words?
25          MR. NITZ:  Objection.

Elon Musk v.　　　　　　　FINAL　　　　　　December 2, 2025
Samuel Altman　　　　[CONFIDENTIAL]　　Stuart Russell, OBE FRS

Page 79

1　　　　　THE WITNESS:  I actually don't think I
2　know enough about how that -- how xAI is
3　developing its AI systems to say so.
4　　　　　I think the only information that I have
5　is that xAI has talked about the property of
6　Grok, that it should -- it should converge
7　towards a true set of beliefs about the world.
8　BY MR. CULLERTON:
9　　　Q.　Have you served as a reviewer for any of
10　the FLI safety reports that FLI puts out from
11　time to time?
12　　　A.　For the AI Safety Index?
13　　　Q.　Correct.
14　　　A.　I have.  Yes.
15　　　Q.　Okay.  And does the AI Safety Index rank
16　the Grok model?
17　　　A.　I --
18　　　Q.　Grok models.
19　　　　　MR. NITZ:  Objection.
20　　　　　THE WITNESS:  I believe it does.
21　BY MR. CULLERTON:
22　　　Q.　And what's your recollection of how Grok
23　ranks on safety in the FLI safety index?
24　　　　　MR. NITZ:  Objection.
25　　　　　THE WITNESS:  So my review was only of

Elon Musk v.　　　　　　　FINAL　　　　　December 2, 2025
Samuel Altman　　　　[CONFIDENTIAL]　Stuart Russell, OBE FRS

Page 80

```
 1   existential safety.  I think there are several
 2   different lines of review, so I only opined on
 3   the existential safety.
 4   BY MR. CULLERTON:
 5        Q.  Grok got an F, didn't it?
 6             MR. NITZ:  Objection.
 7             THE WITNESS:  That's my recollection.
 8   BY MR. CULLERTON:
 9        Q.  Okay.  So when you graded Grok with an F
10   on existential safety, that didn't give you any
11   reason to question that Grok was being developed
12   within the envelope of AI safety, as you
13   testified a moment ago?
14             MR. NITZ:  Objection.
15             THE WITNESS:  So this was based on the
16   materials -- so the way the FLI AI Safety Index
17   works is that -- I assume FLI staff are scanning
18   lots of documentary evidence, whatever is
19   publicly available, about these systems.  In some
20   cases, for example I think some of the Chinese AI
21   systems, there's just -- there's no available
22   information to speak of that's relevant to
23   existential safety.  So -- and that may have been
24   true for xAI.
25             I don't -- I don't recall exactly what
```

Elon Musk v.          FINAL         December 2, 2025
Samuel Altman    [CONFIDENTIAL]    Stuart Russell, OBE FRS

Page 81

```
 1   information we were given about xAI, but at the
 2   time, I did not find that there was convincing
 3   information of serious consideration of
 4   existential safety in the information I was
 5   given.
 6   BY MR. CULLERTON:
 7       Q.   Okay.  The question I asked is whether
 8   that review process gave you any reason to
 9   question that Grok was being developed within the
10   envelope of AI safety --
11           MR. NITZ:  Objection.
12   BY MR. CULLERTON:
13       Q.   -- to use the words you used earlier,
14   Professor Russell.
15           MR. NITZ:  Objection.  Asked and
16   answered.
17   BY MR. CULLERTON:
18       Q.   You can answer.
19       A.   So it didn't give me any information
20   in -- to say that it was not being developed, but
21   it was more the -- it was more the absence of
22   information.  There was no -- there was no clear
23   evidence that was in the materials I was
24   evaluating to indicate that there was a serious
25   effort to prevent existential risk.
```

JANE ROSE REPORTING     National Court-Reporting Coverage
1-800-825-3341     janerose@janerosereporting.com

Elon Musk v.　　　　　　　FINAL　　　　　　December 2, 2025
Samuel Altman　　　　[CONFIDENTIAL]   Stuart Russell, OBE FRS

```
                                                     Page 82
 1      Q.  Okay.  And did the fact that there was no
 2   materials available at all give you reason to
 3   doubt xAI's commitment to addressing existential
 4   risk?
 5           MR. NITZ:  Objection.
 6           THE WITNESS:  It was frustrating that
 7   there were no materials available, but it could
 8   just be that they're keeping their approach
 9   proprietary and decided not to publish their
10   approach.
11   BY MR. CULLERTON:
12      Q.  Okay.
13           MR. NITZ:  We've been going for about an
14   hour, if you're coming up on a good time for a
15   break.
16           MR. CULLERTON:  Let me just do one more
17   thing here, and then we can -- if that's okay.
18           Is that okay with you, Professor Russell?
19           THE WITNESS:  To take a break or --
20           MR. CULLERTON:  No, to just do one more
21   little chunk here before we take a break.
22           THE WITNESS:  I'm good.
23           MR. CULLERTON:  Very good.
24   BY MR. CULLERTON:
25      Q.  You're affiliated with an organization
```

JANE ROSE REPORTING　　　　National Court-Reporting Coverage
1-800-825-3341　　　　　　　　janerose@janerosereporting.com