# EXHIBIT 4

FRANCISCO V. AGUILAR
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov



Filed in the office of
E28915122023-8
Filing Number
20233016144
Secretary of State
State Of Nevada
Filed On
03/09/2023 14:28:02 PM
Number of Pages
6

# Formation - Profit Corporation

[x] NRS 78 - Articles of Incorporation Profit Corporation
[ ] NRS 80 - Foreign Corporation
[ ] NRS 89 - Articles of Incorporation Professional Corporation

[ ] **78A Formation - Close Corporation**
(Name of closed corporation MUST appear in the below heading)

Articles of Formation of _____ a close corporation (NRS 78A)

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGH LIGHT

| | |
|---|---|
| **1. Name of Entity:** (If foreign, name in home jurisdiction) | X.AI Corp. |
| **2. Registered Agent for Service of Process:** (Check only one box) | [ ] Commercial Registered Agent (name only below)  [x] Noncommercial Registered Agent (name and address below)  [ ] Office or position with Entity (title and address below) <br><br> Registered Agent Solutions, Inc <br> Name of Registered Agent OR Title of Office or Position with Entity <br><br> 187 E. Warm Springs Rd, Suite B / Las Vegas / Nevada / 89119 <br> Street Address / City / / Zip Code <br><br> / / Nevada / <br> Mailing Address (If different from street address) / City / / Zip Code |
| **2a. Certificate of Acceptance of Appointment of Registered Agent:** | I hereby accept appointment as Registered Agent for the above named Entity. If the registered agent is unable to sign the Articles of Incorporation, submit a separate signed Registered Agent Acceptance form. <br><br> X Registered Agent Solutions, Inc.     03/09/2023 <br> Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity     Date |
| **3. Governing Board:** (NRS 78A, close corporation only, check one box; if yes, complete article 4 below) | This corporation is a close corporation operating with a board of directors   [ ] Yes OR [x] No |
| **4. Names and Addresses of the Board of Directors/ Trustees or Stockholders** (NRS 78: Board of Directors/ Trustees is required. NRS 78a: Required if the Close Corporation is governed by a board of directors. NRS 89: Required to have the Original stockholders and directors. A certificate from the regulatory board must be submitted showing that each individual is licensed at the time of filing. See instructions) | 1) Elon Musk — 216 Park Road, Burlingame, CA 94010 <br> 2) Elon Musk — 216 Park Road, Burlingame, CA 94010 <br> 3) Jared Birchall — 216 Park Road, Burlingame, CA 94010 <br> 4) Jared Birchall — 216 Park Road, Burlingame, CA 94010 |
| **5. Jurisdiction of Incorporation:** (NRS 80 only) | 5a. Jurisdiction of incorporation: _____  5b. I declare this entity is in good standing in the jurisdiction of its incorporation. [ ] |

Page 1 of 2 Pages

OPENAI_MUSK00037172



FRANCISCO V. AGUILAR
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Formation - profit Corporation
Continued, Page 2

| | | |
|---|---|---|
| **6. Benefit Corporation:** (For NRS 78, NRS 78A, and NRS 89, optional. See instructions.) | By selecting "Yes" you are indicating that the corporation is organized as a benefit corporation pursuant to NRS Chapter 78B with a purpose of creating a general or specific public benefit. The purpose for which the benefit corporation is created must be disclosed in the below purpose field. | Yes ☐ |
| **7. Purpose/Profession to be practiced:** (Required for NRS 80, NRS 89 and any entity selecting Benefit Corporation. See instructions.) | | |
| **8. Authorized Shares:** (Number of shares corporation is authorized to issue) | Number of common shares with Par value: 0    Par value: $ 0<br>Number of preferred shares with Par value: 0    Par value: $ 0<br>Number of shares with no par value: 0<br>If more than one class or series of stock is authorized, please attach the information on an additional sheet of paper. | |
| **9. Name and Signature of: Officer making the statement or Authorized Signer** for NRS 80.<br>**Name, Address and Signature of the Incorporator** for NRS 78, 78A, and 89. NRS 89 - Each Organizer/Incorporator must be a licensed professional. | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.<br><br>Jared Birchall    United States<br>Name    Country<br>216 Park Road    Burlingame    CA    94010<br>Address    City    State    Zip/Postal Code<br>X  Jared Birchall    (attach additional page if necessary) | |

## AN INITIAL LIST OF OFFICERS MUST ACCOMPANY THIS FILING

Please include any required or optional information in space below:
(attach additional page(s) if necessary)

Page 2 of 2 Pages

OPENAI_MUSK00037173

FRANCISCO V. AGUILAR
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov



Secretary of State
State Of Nevada

Business Number
E28915122023-8
Filing Number
20233016144
Filed On
03/09/2023 14:28:02 PM
Number of Pages
6

ABOVE SPACE IS FOR OFFICE USE ONLY

# Formation - Profit Corporation

☒ NRS 78 - Articles of Incorporation Domestic Corporation   ☐ NRS 80 - Foreign Corporation   ☐ NRS 89 - Articles of Incorporation Professional Corporation

☐ **78A Formation - Close Corporation**

(Name of Close Corporation MUST appear in the below heading)

Articles of Formation of _____ a close corporation (NRS 78A)

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT

| | |
|---|---|
| **1. Name of Entity:** (If foreign, name in home jurisdiction) | X.AI CORP. |
| **2. Registered Agent for Service of Process:** (Check only one box) | ☒ Commercial Registered Agent:(name only below)  ☐ Noncommercial Registered Agent (name and address below)  ☐ Office or Position with Entity (title and address below)<br>Registered Agent Solutions, Inc.<br>Name of Registered Agent OR Title of Office or Position with Entity<br>Street Address / City / Nevada / Zip Code<br>Mailing Address (if different from street address) / City / Nevada / Zip Code |
| **2a. Certificate of Acceptance of Appointment of Registered Agent:** | I hereby accept appointment as Registered Agent for the above named Entity. If the registered agent is unable to sign the Articles of Incorporation, submit a separate signed Registered Agent Acceptance form.<br>X _Jaclyn Wright_ Jaclyn Wright, Asst. Secretary    03/09/2023<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity / Date |
| **3. Governing Board:** (NRS 78A, close corporation only, check one box; if yes, complete article 4 below) | This corporation is a close corporation operating with a board of directors ☐ Yes OR ☐ No |
| **4. Names and Addresses of the Board of Directors/ Trustees or Stockholders**<br><br>(NRS 78: Board of Directors/ Trustees is required.<br>NRS 78a: Required if the Close Corporation is governed by a board of directors.<br>NRS 89: Required to have the Original stockholders and directors. A certificate from the regulatory board must be submitted showing that each individual is licensed at the time of filing. See instructions) | 1) Elon Musk / USA<br>Name / Country<br>216 Park Road / Burlingame / CA / 94010<br>Street Address / City / State / Zip/Postal Code<br>2) Name / Country<br>Street Address / City / State / Zip/Postal Code<br>3) Name / Country<br>Street Address / City / State / Zip/Postal Code |
| **5. Jurisdiction of Incorporation:** (NRS 80 only) | 5a. Jurisdiction of incorporation:<br>5b. I declare this entity is in good standing in the jurisdiction of its incorporation. ☐ |

*This form must be accompanied by appropriate fees.*

Page 1 of 2
Revised: 12/12/2022

OPENAI_MUSK00037174



FRANCISCO V. AGUILAR
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Formation - Profit Corporation
Continued, Page 2

**6. Benefit Corporation:**
(For NRS 78, NRS 78A, and NRS 89, optional. See instructions.)

By selecting "Yes" you are indicating that the corporation is organized as a benefit corporation pursuant to NRS Chapter 78B with a purpose of creating a general or specific public benefit. The purpose for which the benefit corporation is created must be disclosed in the below purpose field.

Yes ☐

**7. Purpose/Profession to be practiced:**
(Required for NRS 80, NRS 89 and any entity selecting Benefit Corporation. See instructions.)

**8. Authorized Shares:**
(Number of shares corporation is authorized to issue)

Number of Authorized shares with Par value: 100,000,000   Par value: $0.001
Number of Common shares with Par value:   Par value: $
Number of Preferred shares with Par value:   Par value: $
Number of shares with no par value:

If more than one class or series of stock is authorized, please attach the information on an additional sheet of paper.

**9. Name and Signature of:** Officer making the statement or Authorized Signer for NRS 80.
**Name, Address and Signature** of the **Incorporator** for NRS 78, 78A, and 89. NRS 89 - Each Organizer/Incorporator must be a licensed professional.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

Jared Birchall
Name                                                                                         Country

216 Park Road          | Burlingame | CA    | 94010
Address                | City       | State | Zip/Postal Code

X _____                                           (attach additional page if necessary)

## AN INITIAL LIST OF OFFICERS MUST ACCOMPANY THIS FILING

**Please include any required or optional information in space below:**
(attach additional page(s) if necessary)

This form must be accompanied by appropriate fees.   Page 2 of 2   Revised: 12/12/2022

OPENAI_MUSK00037175



FRANCISCO V. AGUILAR
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Initial List and State Business License Application

**Initial List of Officers, Managers, Members, General Partners, Managing Partners, or Trustees:**

X.AI CORP.
NAME OF ENTITY

**TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT**

*IMPORTANT:* Read instructions before completing and returning this form.

Please indicate the entity type (check only one):

☒ Corporation

☐ This corporation is publicly traded, the Central Index Key number is:

☐ Nonprofit Corporation (see nonprofit sections below)

☐ Limited-Liability Company

☐ Limited Partnership

☐ Limited-Liability Partnership

☐ Limited-Liability Limited Partnership (If formed at the same time as the Limited Partnership)

☐ Business Trust

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

| CHECK ONLY IF APPLICABLE |
| --- |
| Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.<br>☐ 001 - Governmental Entity<br>☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number |
| **For nonprofit entities formed under NRS Chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those claiming an exemption under 501(c) designation must indicate by checking box below.<br>☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee.<br>Exemption code 002 |
| **For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. § 501(c) are excluded from the requirement to obtain a state business license. Please indicate below if this entity falls under one of these categories by marking the appropriate box. If the entity does not fall under either of these categories please submit $200.00 for the state business license.<br>☐ Unit-owners' Association   ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. § 501(c) |
| **For nonprofit entities formed under NRS Chapter 82 and 80:** Charitable Solicitation Information - check applicable box<br>Does the Organization intend to solicit charitable or tax deductible contributions?<br>☐ No – no additional form is required<br>☐ Yes – the "Charitable Solicitation Registration Statement" is required.<br>☐ The Organization claims exemption pursuant to NRS 82A.210 - the "Exemption From Charitable Solicitation Registration Statement" is required<br>** Failure to include the required statement form will result in rejection of the filing and could result in late fees.** |

Page 1 of 2
Revised: 12/12/2022

OPENAI_MUSK00037176



**FRANCISCO V. AGUILAR**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Initial List and State Business License Application - Continued

**Officers, Managers, Members, General Partners, Managing Partners or Trustees:**

| CORPORATION, INDICATE THE PRESIDENT, OR EQUIVALENT OF: | Title: | Chief Executive Officer |
|---|---|---|
| Name: Elon Musk | | Country: USA |
| Address: 216 Park Road | City: Burlingame | State: CA  Zip/Postal Code: 94010 |

| CORPORATION, INDICATE THE SECRETARY, OR EQUIVALENT OF: | Title: | Secretary |
|---|---|---|
| Name: Jared Birchall | | Country: USA |
| Address: 216 Park Road | City: Burlingame | State: CA  Zip/Postal Code: 94010 |

| CORPORATION, INDICATE THE TREASURER, OR EQUIVALENT OF: | Title: | Chief Financial Officer |
|---|---|---|
| Name: Jared Birchall | | Country: USA |
| Address: 216 Park Road | City: Burlingame | State: CA  Zip/Postal Code: 94010 |

| CORPORATION, INDICATE THE DIRECTOR: | | |
|---|---|---|
| Name: Elon Musk | | Country: USA |
| Address: 216 Park Road | City: Burlingame | State: CA  Zip/Postal Code: 94010 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _[signature]_
**Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Member, Owner of Business, Partner or Authorized Signer** FORM WILL BE RETURNED IF UNSIGNED.

Title: Secretary
Date: 3/8/2023

Page 2 of 2
Revised: 12/12/2022

OPENAI_MUSK00037177