# EXHIBIT 5

TRY GROK



MAY 26, 2024

# Series B funding round

xAI is pleased to announce our series B funding round of $6 billion.

---

**xAI is pleased to announce…**

**Our Series B funding round of $6 billion with participation from key investors including Valor Equity Partners, Vy Capital, Andreessen Horowitz, Sequoia Capital, Fidelity Management & Research Company, Prince Alwaleed Bin Talal and Kingdom Holding, amongst others.**

xAI has made significant strides over the past year. From the announcement of the company in July 2023, to the release of Grok-1 on X in November, to the recent announcements of the improved Grok-1.5 model with long context capability, to Grok-1.5V with image understanding, xAI's model capabilities have improved rapidly. With the open-source release of Grok-1, xAI has opened doors for advancements in various applications, optimizations, and extensions of the model.

xAI will continue on this steep trajectory of progress over the coming months, with multiple exciting technology updates and products soon to be announced. The funds from the round will be used to take xAI's first products to market, build advanced infrastructure, and accelerate the research and development of future technologies.

xAI is primarily focused on the development of advanced AI systems that are truthful, competent, and maximally beneficial for all of humanity. The company's mission is to understand the true nature of the universe.

OPENAI_MUSK00037145

xAI is hiring for numerous roles and seeks talented individuals ready to join a small team focused on making a meaningful impact on the future of humanity. Those interested can apply today at x.ai/careers.

TRY GROK

---

### TRY GROK ON

Web

iOS

Android

Grok on X

### PRODUCTS

Grok

API

### COMPANY

Company

Careers

Contact

News

OPENAI_MUSK00037146

TRY GROK

RESOURCES

Documentation

Privacy policy

Security

Safety

Legal

Status

OPENAI_MUSK00037147