# EXHIBIT 6



OPENAI_MUSK00038572



OPENAI_MUSK00038573