# EXHIBIT 7

| Transcription of Audio | FINAL | Elon Musk Interview |
|---|---|---|
| Elon Musk v. Altman | CONFIDENTIAL | "I Created AI" |

```
                                                        Page 1
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
---------------------------------
ELON MUSK, et al.,
          Plaintiffs,


          v.

SAMUEL ALTMAN, et al.,
          Defendants.


Case No. 4:24-cv-04722-YGR
---------------------------------


TRANSCRIPTION OF AUDIO
Elon Musk Full CNBC
Interview: "I Created AI"
Interview with David Faber
Original Airing on May 16, 2023
https://www.youtube.com/watch?v=k2PynmefVC4




FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING   1-800-825-3341
```

JANE ROSE REPORTING        National Court-Reporting Coverage
1-800-825-3341             janerose@janerosereporting.com

OPENAI_MUSK00037486

| Transcription of Audio | FINAL | Elon Musk Interview |
|---|---|---|
| Elon Musk v. Altman | CONFIDENTIAL | "I Created AI" |

Page 53

1   there's a strong probability that it will make life
2   much better and that we'll have an age of abundance.
3   And there's some chance that it goes wrong and
4   destroys humanity.
5           Hopefully, that chance is small, but it's
6   not zero.  And so I think we want to take whatever
7   actions we can think of to minimize the probability
8   that AI goes wrong.
9           MR. FABER:  And you've called for a pause,
10  along with a number of other people?
11          MR. MUSK:  Yes.  Look, when I called for
12  the --
13          MR. FABER:  Yeah.
14          MR. MUSK:  A friend of mine, Max Tegmark,
15  who's a physicist at MIT, you know, wanted me to sign
16  onto the letter.  And it's -- like, I knew it would be
17  futile.
18          MR. FABER:  It is futile.  There's --
19          MR. MUSK:  It's futile.  I knew it would be
20  futile.  I just wanted to call it, like -- it's one of
21  those things, well, for the record, I recommended that
22  we pause.
23          MR. FABER:  Okay.
24          MR. MUSK:  Did I think we would -- there
25  would be a pause?  Absolutely not.  So --

JANE ROSE REPORTING           National Court-Reporting Coverage
1-800-825-3341                janerose@janerosereporting.com

OPENAI_MUSK00037538

| Transcription of Audio | FINAL | Elon Musk Interview |
|---|---|---|
| Elon Musk v. Altman | CONFIDENTIAL | "I Created AI" |

```
                                                         Page 54
 1            MR. FABER:  You're starting xAI.  I think
 2   that's what you're calling it.  Or some new AI effort.
 3   How's it going to be different than OpenAI or
 4   Alphabet?
 5            MR. MUSK:  This is not the time to --
 6   this -- we don't have enough time and nor is this the
 7   moment to really talk about it.
 8            MR. FABER:  Okay.
 9            MR. MUSK:  We will have a launch event, and
10   we'll explore the issues in more detail.  But I should
11   say that -- and I mentioned this at the shareholder
12   meeting, that Tesla has actually tremendous capability
13   in real world AI.
14            MR. FABER:  Yes.
15            MR. MUSK:  In fact, it is very far ahead of
16   anyone --
17            MR. FABER:  I know people actually on
18   Twitter prior to our interview were saying, you know,
19   he never gets asked about how advanced his AI is at
20   Tesla.  You always talk about the other names.
21            MR. MUSK:  Tesla AI is like if I -- it's
22   like -- I'm not even sure who's second, frankly.
23            MR. FABER:  Why is that?  Why then -- what
24   are people not understanding about what you have, and
25   why are we talking so much about ChatGPT and
```

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341               janerose@janerosereporting.com

OPENAI_MUSK00037539

| Transcription of Audio | FINAL | Elon Musk Interview |
|---|---|---|
| Elon Musk v. Altman | CONFIDENTIAL | "I Created AI" |

```
                                                        Page 55
 1   Generative AI at OpenAI and what Microsoft's going to
 2   be able to do with it and not about Tesla?
 3           MR. MUSK:  I don't know.  I mean, people do
 4   talk about it online.  I think Tesla will have sort of
 5   a ChatGPT moment.  Maybe if not this year, I'd say no
 6   later than next year.
 7           MR. FABER:  Wait.  Say that again.  I'm
 8   sorry.  You're going to have a --
 9           MR. MUSK:  Sort of ChatGPT moment.
10           MR. FABER:  Oh, you will?  In terms of
11   suddenly it will --
12           MR. MUSK:  Yeah.  Suddenly 3 million cars
13   will be able to drive themselves --
14           MR. FABER:  Right.
15           MR. MUSK:  -- with no one.
16           MR. FABER:  It goes back to that.  Right.
17           MR. MUSK:  Yeah.  And then 5 million cars,
18   and then 10 million cars.  So the -- and I would also
19   say that if positions were reversed and say -- well,
20   in fact, the positions are reversed.  For example,
21   Google has Waymo, which is, you know, sort of
22   attempting self-driving.
23           And they are able to make self-driving work
24   in a very limited geography with very tightly mapped
25   streets.  But as soon as anything goes wrong with
```