# EXHIBIT 8



FRANCISCO V. AGUILAR
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

Filed in the Office of
Secretary of State
State Of Nevada

Business Number
E54593472026-7
Filing Number
20265492447
Filed On
2/2/2026 10:24:00 AM
Number of Pages
5

ABOVE SPACE IS FOR OFFICE USE ONLY

# Articles of Conversion/Exchange/Merger
## NRS 92A.200 and 92A.205

This filing completes the following: ☐ Conversion  ☐ Exchange  ☒ Merger

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT

**1. Entity Information:** (Constituent, Acquired or Merging)
Entity Name: X.AI Holdings Corp.
Jurisdiction: Nevada    Entity Type*: Corporation
*If more than one entity being acquired or merging please attach additional page.*

**2. Entity Information:** (Resulting, Acquiring or Surviving)
Entity Name: K2 Merger Sub 2 LLC
Jurisdiction: Nevada    Entity Type*: LLC

**3. Plan of Conversion, Exchange or Merger:** (select one box)
☐ The entire plan of conversion, exchange or merger is attached to these articles.
☒ The complete executed plan of conversion is on file at the registered office or principal place of business of the resulting entity. The entire plan of exchange or merger is on file at the registered office of the acquiring corporation, limited-liability company or business trust, or at the records office address if a limited partnership, or other place of business of the acquiring entity (NRS 92A.200).
☐ The complete executed plan of conversion for the resulting domestic limited partnership is on file at the records office required by NRS 88.330. (Conversion only)

**4. Approval:** (If more than one entity being acquired or merging please attach additional approval page.)
Exchange/Merger:
Owner's approval (NRS 92A.200) (options a, b or c must be used for each entity)
☐ A. Owner's approval was not required from the:
  ☐ Acquired/merging
  ☐ Acquiring/surviving
☒ B. The plan was approved by the required consent of the owners of:
  ☒ Acquired/merging
  ☒ Acquiring/surviving
☐ C. Approval of plan of exchange/merger for Nevada non-profit corporation (NRS 92A.160):

Non-profit Corporations only: The plan of exchange/merger has been approved by the directors of the corporation and by each public officer or other person whose approval of the plan of merger is required by the articles of incorporation of the domestic corporation.
  ☐ Acquired/merging
  ☐ Acquiring/surviving

X.AI Holdings Corp.
Name of acquired/merging entity

K2 Merger Sub 2 LLC
Name of acquiring/surviving entity

**5. Effective Date and Time:** (Optional)
Date: _____    Time: _____
(must not be later than 90 days after the certificate is filed)

* corporation, limited partnership, limited-liability limited partnership, limited-liability company or business trust.

Page 1 of 4
Revised: 8/1/2023

OPENAI_MUSK00039043



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

ABOVE SPACE IS FOR OFFICE USE ONLY

# Articles of Conversion/Exchange/Merger

## NRS 92A.200 and 92A.205

This filing completes the following: ☐ Conversion  ☐ Exchange  ☒ Merger

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT

**4. Approval Continued:**
(If more than one entity being acquired or merging please attach additional approval page.)

**Exchange/Merger:**
Owner's approval (NRS 92A.200) (options a, b or c must be used for each entity)

☐ A. Owner's approval was not required from the:
  ☐ Acquired/merging
  ☐ Acquiring/surviving

☐ B. The plan was approved by the required consent of the owners of:
  ☐ Acquired/merging
  ☐ Acquiring/surviving

☐ C. Approval of plan of exchange for Nevada non-profit corporation (NRS 92A.160):

Non-profit Corporations only: The plan of exchange/merger has been approved by the directors of the corporation and by each public officer or other person whose approval of the plan of merger is required by the articles of incorporation of the domestic corporation.

  ☐ Acquired/merging
  ☐ Acquiring/surviving

[            ]
Name of acquired/merging entity

[            ]
Name of acquiring/surviving entity

---

**4. Approval Continued:**
(If more than one entity being acquired or merging please attach additional approval page.)

**Exchange/Merger:**
Owner's approval (NRS 92A.200) (options a, b or c must be used for each entity)

☐ A. Owner's approval was not required from the:
  ☐ Acquired/merging
  ☐ Acquiring/surviving

☐ B. The plan was approved by the required consent of the owners of:
  ☐ Acquired/merging
  ☐ Acquiring/surviving

☐ C. Approval of plan of exchange for Nevada non-profit corporation (NRS 92A.160):

Non-profit Corporations only: The plan of exchange/merger has been approved by the directors of the corporation and by each public officer or other person whose approval of the plan of merger is required by the articles of incorporation of the domestic corporation.

  ☐ Acquired/merging
  ☐ Acquiring/surviving

[            ]
Name of acquired/merging entity

[            ]
Name of acquiring/surviving entity

\* *corporation, limited partnership, limited-liability limited partnership, limited-liability company or business trust.*

Page 2 of 4
Revised: 8/1/2023



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Articles of Conversion/Exchange/Merger
## NRS 92A.200 and 91A.205

| | |
|---|---|
| **6. Forwarding Address for Service of Process:** (Conversion and Mergers only, if resulting/surviving entity is foreign) | Name / Country<br>Care of:<br>Address / City / State / Zip/Postal Code |
| **7. Amendment, if any, to the articles or certificate of the surviving entity. (NRS 92A.200):** (Merger only) ** | Article One of the Articles of Organization of K2 Merger Sub 2 LLC (the "Surviving Entity") is hereby amended to change the name of the Surviving Entity to be the following: "X.AI Holdings LLC".<br><br>** Amended and restated articles may be attached as an exhibit or integrated into the articles of merger. Please entitle them "Restated" or "Amended and Restated," accordingly. The form to accompany restated articles prescribed by the secretary of state must accompany the amended and/or restated articles. Pursuant to NRS 92A.180 (merger of subsidiary into parent - Nevada parent owning 90% or more of subsidiary), the articles of merger may not contain amendments to the constituent documents of the surviving entity except that the name of the surviving entity may be changed. |
| **8. Declaration:** (Exchange and Merger only) | **Exchange:**<br>☐ The undersigned declares that a plan of exchange has been adopted by each constituent entity (NRS 92A.200).<br><br>**Merger:** (Select one box)<br>☒ The undersigned declares that a plan of merger has been adopted by each constituent entity (NRS 92A.200).<br>☐ The undersigned declares that a plan of merger has been adopted by the parent domestic entity (NRS 92A.180). |
| **9. Signature Statement:** (Required) | ☐ **Conversion:**<br>A plan of conversion has been adopted by the constituent entity in compliance with the law of the jurisdiction governing the constituent entity.<br><br>Signatures - must be signed by:<br>1. If constituent entity is a Nevada entity: an officer of each Nevada corporation; all general partners of each Nevada limited partnership or limited-liability limited partnership; a manager of each Nevada limited-liability company with managers or one member if there are no managers; a trustee of each Nevada business trust; a managing partner of a Nevada limited-liability partnership (a.k.a. general partnership governed by NRS chapter 87).<br>2. If constituent entity is a foreign entity: must be signed by the constituent entity in the manner provided by the law governing it.<br><br>Name of constituent entity |

Form will be returned if unsigned.
This form must be accompanied by appropriate fees.
Page 3 of 4
Revised: 8/1/2023

OPENAI_MUSK00039045



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Articles of Conversion/Exchange/Merger
## NRS 92A.200 and 91A.205

**9. Signature Statement Continued:** (Required)

☐ **Exchange:**
Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or a member if there are no Managers; A trustee of each Nevada business trust (NRS 92A.230)

Unless otherwise provided in the certificate of trust or governing instrument of a business trust, an exchange must be approved by all the trustees and beneficial owners of each business trust that is a constituent entity in the exchange.

The articles of exchange must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

☒ **Merger:**
Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or one member if there are no managers; A trustee of each Nevada business trust (NRS 92A.230).

The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

**10. Signature(s):** (Required)

X.AI Holdings Corp.
Name of acquired/merging entity

X _[signature]_
Signature (Exchange/Merger)    Title: President    Date: 02/02/2026

*If more than one entity being acquired or merging please attach additional page of informaiton and signatures.*

K2 Merger Sub 2 LLC
Name of acquiring/surviving entity

X _____
Signature (Exchange/Merger)    Title    Date

X _____
Signature of Constituent Entity (Conversion)    Title    Date

**Please include any required or optional information in space below:**
*(attach additional page(s) if necessary)*

Form will be returned if unsigned.
This form must be accompanied by appropriate fees.
Page 4 of 4
Revised: 8/1/2023

OPENAI_MUSK00039046



FRANCISCO V. AGUILAR
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Articles of Conversion/Exchange/Merger
## NRS 92A.200 and 91A.205

| 9. Signature Statement Continued: (Required) | ☐ **Exchange:** Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or a member if there are no Managers; A trustee of each Nevada business trust (NRS 92A.230) Unless otherwise provided in the certificate of trust or governing instrument of a business trust, an exchange must be approved by all the trustees and beneficial owners of each business trust that is a constituent entity in the exchange. The articles of exchange must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed. |
|---|---|
| | ☒ **Merger:** Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or one member if there are no managers; A trustee of each Nevada business trust (NRS 92A.230). The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed. |

**10. Signature(s): (Required)**

X.AI Holdings Corp.
Name of acquired/merging entity

X _____  Title: President  Date: 02/02/2026
Signature (Exchange/Merger)

*If more than one entity being acquired or merging please attach additional page of informaiton and signatures.*

K2 Merger Sub 2 LLC
Name of acquiring/surviving entity

X _____/√_____  Title: President  Date: 02/02/2026
Signature (Exchange/Merger)

X _____  Title: _____  Date: _____
Signature of Constituent Entity (Conversion)

**Please include any required or optional information in space below:**
(attach additional page(s) if necessary)

Form will be returned if unsigned.
This form must be accompanied by appropriate fees.

Page 4 of 4
Revised: 8/1/2023

OPENAI_MUSK00039047

**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

*FVAguilar*
Secretary of State
State Of Nevada

| | |
|---|---|
| Filed in the Office of | Business Number<br>E47698452025-8 |
| | Filing Number<br>20265491666 |
| | Filed On<br>2/2/2026 8:20:00 AM |
| | Number of Pages<br>8 |

ABOVE SPACE IS FOR OFFICE USE ONLY

# Articles of Conversion/Exchange/Merger
### NRS 92A.200 and 92A.205

This filing completes the following: ☐ Conversion   ☐ Exchange   ☒ Merger

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT

**1. Entity Information:** (Constituent, Acquired or Merging)
- Entity Name: K2 Merger Sub Inc.
- Jurisdiction: Nevada
- Entity Type*: Corporation

*If more than one entity being acquired or merging please attach additional page.*

**2. Entity Information:** (Resulting, Acquiring or Surviving)
- Entity Name: X.AI Holdings Corp.
- Jurisdiction: Nevada
- Entity Type*: Corporation

**3. Plan of Conversion, Exchange or Merger:** (select one box)
- ☐ The entire plan of conversion, exchange or merger is attached to these articles.
- ☒ The complete executed plan of conversion is on file at the registered office or principal place of business of the resulting entity. The entire plan of exchange or merger is on file at the registered office of the acquiring corporation, limited-liability company or business trust, or at the records office address if a limited partnership, or other place of business of the acquiring entity (NRS 92A.200).
- ☐ The complete executed plan of conversion for the resulting domestic limited partnership is on file at the records office required by NRS 88.330. (Conversion only)

**4. Approval:** (If more than one entity being acquired or merging please attach additional approval page.)

Exchange/Merger:
Owner's approval (NRS 92A.200) (options a, b or c must be used for each entity)
- ☐ A. Owner's approval was not required from the:
  - ☐ Acquired/merging
  - ☐ Acquiring/surviving
- ☒ B. The plan was approved by the required consent of the owners of:
  - ☒ Acquired/merging
  - ☒ Acquiring/surviving
- ☐ C. Approval of plan of exchange/merger for Nevada non-profit corporation (NRS 92A.160):

Non-profit Corporations only: The plan of exchange/merger has been approved by the directors of the corporation and by each public officer or other person whose approval of the plan of merger is required by the articles of incorporation of the domestic corporation.
- ☐ Acquired/merging
- ☐ Acquiring/surviving

K2 Merger Sub Inc.
Name of acquired/merging entity

X.AI Holdings Corp.
Name of acquiring/surviving entity

**5. Effective Date and Time:** (Optional)
Date: _____  Time: _____
(must not be later than 90 days after the certificate is filed)

* corporation, limited partnership, limited-liability limited partnership, limited-liability company or business trust.

Page 1 of 4
Revised: 8/1/2023

OPENAI_MUSK00039048



FRANCISCO V. AGUILAR
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

ABOVE SPACE IS FOR OFFICE USE ONLY

# Articles of Conversion/Exchange/Merger
## NRS 92A.200 and 92A.205

This filing completes the following: ☐ Conversion  ☐ Exchange  ☒ Merger

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT

**4. Approval Continued:**
(If more than one entity being acquired or merging please attach additional approval page.)

**Exchange/Merger:**
Owner's approval (NRS 92A.200) (options a, b or c must be used for each entity)

☐ A. Owner's approval was not required from the:
  ☐ Acquired/merging
  ☐ Acquiring/surviving

☐ B. The plan was approved by the required consent of the owners of:
  ☐ Acquired/merging
  ☐ Acquiring/surviving

☐ C. Approval of plan of exchange for Nevada non-profit corporation (NRS 92A.160):

Non-profit Corporations only: The plan of exchange/merger has been approved by the directors of the corporation and by each public officer or other person whose approval of the plan of merger is required by the articles of incorporation of the domestic corporation.
  ☐ Acquired/merging
  ☐ Acquiring/surviving

_____
Name of acquired/merging entity

_____
Name of acquiring/surviving entity

---

**4. Approval Continued:**
(If more than one entity being acquired or merging please attach additional approval page.)

**Exchange/Merger:**
Owner's approval (NRS 92A.200) (options a, b or c must be used for each entity)

☐ A. Owner's approval was not required from the:
  ☐ Acquired/merging
  ☐ Acquiring/surviving

☐ B. The plan was approved by the required consent of the owners of:
  ☐ Acquired/merging
  ☐ Acquiring/surviving

☐ C. Approval of plan of exchange for Nevada non-profit corporation (NRS 92A.160):

Non-profit Corporations only: The plan of exchange/merger has been approved by the directors of the corporation and by each public officer or other person whose approval of the plan of merger is required by the articles of incorporation of the domestic corporation.
  ☐ Acquired/merging
  ☐ Acquiring/surviving

_____
Name of acquired/merging entity

_____
Name of acquiring/surviving entity

\* corporation, limited partnership, limited-liability limited partnership, limited-liability company or business trust.

Page 2 of 4
Revised: 8/1/2023



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Articles of Conversion/Exchange/Merger
## NRS 92A.200 and 91A.205

| | |
|---|---|
| **6. Forwarding Address for Service of Process:** (Conversion and Mergers only, if resulting/surviving entity is foreign) | Name / Country<br>Care of:<br>Address / City / State / Zip/Postal Code |
| **7. Amendment, if any, to the articles or certificate of the surviving entity. (NRS 92A.200):** (Merger only) ** | The Fourth Amended and Restated Articles of Incorporation of X.AI Holdings Corp. are attached.<br><br>** Amended and restated articles may be attached as an exhibit or integrated into the articles of merger. Please entitle them "Restated" or "Amended and Restated," accordingly. The form to accompany restated articles prescribed by the secretary of state must accompany the amended and/or restated articles. Pursuant to NRS 92A.180 (merger of subsidiary into parent - Nevada parent owning 90% or more of subsidiary), the articles of merger may not contain amendments to the constituent documents of the surviving entity except that the name of the surviving entity may be changed. |
| **8. Declaration:** (Exchange and Merger only) | **Exchange:**<br>☐ The undersigned declares that a plan of exchange has been adopted by each constituent entity (NRS 92A.200).<br><br>**Merger:** (Select one box)<br>☒ The undersigned declares that a plan of merger has been adopted by each constituent entity (NRS 92A.200).<br>☐ The undersigned declares that a plan of merger has been adopted by the parent domestic entity (NRS 92A.180). |
| **9. Signature Statement:** (Required) | ☐ **Conversion:**<br>A plan of conversion has been adopted by the constituent entity in compliance with the law of the jurisdiction governing the constituent entity.<br><br>Signatures - must be signed by:<br>1. If constituent entity is a Nevada entity: an officer of each Nevada corporation; all general partners of each Nevada limited partnership or limited-liability limited partnership; a manager of each Nevada limited-liability company with managers or one member if there are no managers; a trustee of each Nevada business trust; a managing partner of a Nevada limited-liability partnership (a.k.a. general partnership governed by NRS chapter 87).<br>2. If constituent entity is a foreign entity: must be signed by the constituent entity in the manner provided by the law governing it.<br><br>Name of constituent entity |

Form will be returned if unsigned.
This form must be accompanied by appropriate fees.

Page 3 of 4
Revised: 8/1/2023



FRANCISCO V. AGUILAR
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Articles of Conversion/Exchange/Merger
## NRS 92A.200 and 91A.205

**9. Signature Statement Continued: (Required)**

☐ **Exchange:**
Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or a member if there are no Managers; A trustee of each Nevada business trust (NRS 92A.230)

Unless otherwise provided in the certificate of trust or governing instrument of a business trust, an exchange must be approved by all the trustees and beneficial owners of each business trust that is a constituent entity in the exchange.

The articles of exchange must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

☒ **Merger:**
Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or one member if there are no managers; A trustee of each Nevada business trust (NRS 92A.230).

The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

**10. Signature(s): (Required)**

K2 Merger Sub Inc.
Name of acquired/merging entity

X _____[signature]_____   Title: President   Date: 02/02/2026
Signature (Exchange/Merger)

*If more than one entity being acquired or merging please attach additional page of informaiton and signatures.*

X.AI Holdings Corp.
Name of acquiring/surviving entity

X _____   Title: President   Date: 02/02/2026
Signature (Exchange/Merger)

X _____   Title: _____   Date: _____
Signature of Constituent Entity (Conversion)

Please include any required or optional information in space below:
(attach additional page(s) if necessary)

Form will be returned if unsigned.
This form must be accompanied by appropriate fees.
Page 4 of 4
Revised: 8/1/2023

OPENAI_MUSK00039051



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Articles of Conversion/Exchange/Merger
## NRS 92A.200 and 91A.205

| 9. Signature Statement Continued: (Required) | ☐ **Exchange:** Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or a member if there are no Managers; A trustee of each Nevada business trust (NRS 92A.230) Unless otherwise provided in the certificate of trust or governing instrument of a business trust, an exchange must be approved by all the trustees and beneficial owners of each business trust that is a constituent entity in the exchange. The articles of exchange must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed. |
|---|---|
| | ☒ **Merger:** Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or one member if there are no managers; A trustee of each Nevada business trust (NRS 92A.230). The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed. |

**10. Signature(s): (Required)**

K2 Merger Sub Inc.
Name of acquired/merging entity

X _____   Title _____   Date _____
Signature (Exchange/Merger)

*If more than one entity being acquired or merging please attach additional page of informaiton and signatures.*

X.AI Holdings Corp.
Name of acquiring/surviving entity

X _[signature]_____   Title: President   Date: 02/02/2026
Signature (Exchange/Merger)

X _____   Title _____   Date _____
Signature of Constituent Entity (Conversion)

Please include any required or optional information in space below:
(attach additional page(s) if necessary)

Form will be returned if unsigned.
This form must be accompanied by appropriate fees.
Page 4 of 4
Revised: 8/1/2023

OPENAI_MUSK00039052



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

# Profit Corporation:
## Certificate of Amendment (PURSUANT TO NRS 78.380 & 78.385/78.390)
## Certificate to Accompany Restated Articles or Amended and Restated Articles (PURSUANT TO NRS 78.403)
## Officer's Statement (PURSUANT TO NRS 80.030)

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT

| | |
|---|---|
| **1. Entity information:** | Name of entity as on file with the Nevada Secretary of State: <br> X.AI Holdings Corp. <br> Entity or Nevada Business Identification Number (NVID): NV20253321550 |
| **2. Restated or Amended and Restated Articles:** (Select one) <br> (If <u>amending and restating only</u>, complete section 1,2 3, 5 and 6) | [X] Certificate to Accompany Restated Articles or Amended and Restated Articles <br>  [ ] Restated Articles - No amendments; articles are restated only and are signed by an officer of the corporation who has been authorized to execute the certificate by resolution of the board of directors adopted on: _____ <br> The certificate correctly sets forth the text of the articles or certificate as amended to the date of the certificate. <br> [X] Amended and Restated Articles <br> * Restated or Amended and Restated Articles must be included with this filing type. |
| **3. Type of Amendment Filing Being Completed:** (Select only one box) <br> (If amending, complete section 1, 3, 5 and 6.) | [ ] Certificate of Amendment to Articles of Incorporation (Pursuant to NRS 78.380 - Before Issuance of Stock) <br> The undersigned declare that they constitute at least two-thirds of the following: (Check only one box) [ ] incorporators  [ ] board of directors <br> The undersigned affirmatively declare that to the date of this certificate, no stock of the corporation has been issued <br><br> [X] Certificate of Amendment to Articles of Incorporation (Pursuant to NRS 78.385 and 78.390 - After Issuance of Stock) <br> The vote by which the stockholders holding shares in the corporation entitling them to exercise at least a majority of the voting power, or such greater proportion of the voting power as may be required in the case of a vote by classes or series, or as may be required by the provisions of the articles of incorporation* have voted in favor of the amendment is: 100% <br> Or [ ] No action by stockholders is required, name change only. <br><br> [ ] Officer's Statement (foreign qualified entities only) - <br> Name in home state, if using a modified name in Nevada: _____ <br> Jurisdiction of formation: _____ <br> Changes to takes the following effect: <br> [ ] The entity name has been amended.  [ ] Dissolution <br> [ ] The purpose of the entity has been amended.  [ ] Merger <br> [ ] The authorized shares have been amended.  [ ] Conversion <br> [ ] Other: (specify changes) <br><br> * Officer's Statement must be submitted with either a certified copy of or a certificate evidencing the filing of any document, amendatory or otherwise, relating to the original articles in the place of the corporations creation. |

This form must be accompanied by appropriate fees.

Page 1 of 2
Revised: 9/1/2023

OPENAI_MUSK00039053



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

# Profit Corporation:
## Certificate of Amendment (PURSUANT TO NRS 78.380 & 78.385/78.390)
## Certificate to Accompany Restated Articles or Amended and Restated Articles (PURSUANT TO NRS 78.403)
## Officer's Statement (PURSUANT TO NRS 80.030)

| | |
|---|---|
| **4. Effective Date and Time:** (Optional) | Date: _____ Time: _____ (must not be later than 90 days after the certificate is filed) |
| **5. Information Being Changed:** (Domestic corporations only) | Changes to takes the following effect:<br>☐ The entity name has been amended.<br>☐ The registered agent has been changed. (attach Certificate of Acceptance from new registered agent)<br>☐ The purpose of the entity has been amended.<br>☒ The authorized shares have been amended.<br>☐ The directors, managers or general partners have been amended.<br>☐ IRS tax language has been added.<br>☐ Articles have been added.<br>☒ Articles have been deleted.<br>☒ Other.<br>The articles have been amended as follows: (provide article numbers, if available)<br><br>(attach additional page(s) if necessary) |
| **6. Signature:** (Required) | X ____/s/____  President<br>Signature of Officer or Authorized Signer     Title<br><br>X _____  _____<br>Signature of Officer or Authorized Signer     Title<br>*If any proposed amendment would alter or change any preference or any relative or other right given to any class or series of outstanding shares, then the amendment must be approved by the vote, in addition to the affirmative vote otherwise required, of the holders of shares representing a majority of the voting power of each class or series affected by the amendment regardless to limitations or restrictions on the voting power thereof. |

**Please include any required or optional information in space below:**
(attach additional page(s) if necessary)

SEE ATTACHED FOR FOURTH AMENDED AND RESTATED ARTICLES OF INCORPORATION OF X.AI HOLDINGS CORP.

This form must be accompanied by appropriate fees.

Page 2 of 2
Revised: 9/1/2023

OPENAI_MUSK00039054

# FOURTH AMENDED AND RESTATED ARTICLES OF INCORPORATION
# OF
# X.AI HOLDINGS CORP.

Pursuant to Nevada Revised Statute (as amended from time to time, the "**NRS**") §92A.250(f), the undersigned officer of X.AI Holdings Corp., a Nevada corporation, does hereby certify as follows:

A. The amendment and restatement of the articles of incorporation as set forth below was provided in the plan of merger dated January 31, 2026.

B. The articles of incorporation of the corporation are amended and restated in their entirety as follows:

## ARTICLE I
## NAME of CORPORATION

The name of the corporation is X.AI Holdings Corp. (the "**Corporation**").

## ARTICLE II
## REGISTERED AGENT

The address of the registered office of the Corporation in the State of Nevada is 112 North Curry Street, Carson City, Nevada 89703. The name of its registered agent at such address is Corporation Service Company.

## ARTICLE III
## PURPOSE

The Corporation is organized as a private corporation pursuant to Chapter 78 of the NRS.

## ARTICLE IV
## CAPITAL STOCK

The total number of shares of stock which the Corporation shall have authority to issue is 1,000, which shall consist of one class of common stock, par value $0.001 per share.

\* \* \*