# EXHIBIT 10

# TOBEROFF

Toberoff & Associates, P.C.<br>
23823 Malibu Road<br>
Suite 50-363<br>
Malibu, CA 90265<br>
Telephone: +1 310 246 3100<br>
<br>
**Marc Toberoff**<br>
Direct Line: +1 310 246 3333<br>
mtoberoff@toberoffandassociates.com

January 7, 2025

*Via Email and Overnight Mail*

Hon. Rob Bonta
Attorney General
California Department of Justice
1300 "I" Street
Sacramento, CA 95814-2919

Hon. Kathleen Jennings
Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801

**RE: <u>Proposed Changes to Ownership and Control of OpenAI, Inc.'s Assets</u>**

Dear Attorneys General Bonta and Jennings:

     I represent certain major investors in generative artificial intelligence. They are very interested in bidding on the assets of OpenAI, Inc. in connection with the recently announced "Proposed Transaction." *See* Brief Amicus Curiae of Kathleen Jennings, *Musk et al. v. Altman et al.*, No. 4:24-cv-04722 (N.D. Cal., filed Dec. 20, 2024) (Dkt. # 77); OpenAI Blog, *Why OpenAI's Structure Must Evolve To Advance Our Mission* (Dec. 27, 2024), https://openai.com/index/why-our-structure-must-evolve-to-advance-our-mission/. As both your offices must ensure any such transactional process relating to OpenAI's charitable assets provides at least fair market value to protect the public's beneficial interest, we assume you will provide a process for competitive bidding to actually determine that fair market value. We write to inquire as to the nature, terms, and timing of that process.

     If you do not intend to permit open, competitive bidding on OpenAI, Inc.'s assets and instead will allow only interested insiders to participate, please provide your response by Monday, January 13, 2025, so we may take appropriate remedial action.

     Please do not hesitate to contact us. We would be pleased to answer any questions or discuss any matters with you further.

Very truly yours,<br>
<br>
Marc Toberoff

CONFIDENTIAL     OPENAI_MUSK00038578