# EXHIBIT 12

1/23/26, 4:30 PM                                    Satya Nadella on X: "Welcome Grok 4 to Azure AI Foundry!" / X

← **Post**

**Satya Nadella** @satyanadella

Welcome Grok 4 to Azure AI Foundry!

> **Microsoft Azure** @Azure · Sep 29, 2025
>
> Grok 4 from @xAI is now in Azure AI Foundry! Advanced reasoning, real-time insights, and enhanced memorization, all powered by Azure.
>
> Learn more: msft.it/6017sQTDZ
> ...



ALT

9:57 AM · Sep 29, 2025 · **19.6M** Views

💬 482        🔁 1.2K        ♡ 13K        🔖 690        ↗

💬 Read 482 replies

MSFT_MUSK000097073