# EXHIBIT 14

**In the Matter Of:**

*MUSK v*

*ALTMAN*

*SAMUEL ALTMAN*

*September 16, 2025*



```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   ELON MUSK, et al.,

 5            Plaintiffs,

 6   v.                         Case No. 4:24-cv-04722-YGR

 7   SAMUEL ALTMAN, et al.,

 8            Defendants.

 9
     ------------------------------/
10

11

12

13              **HIGHLY CONFIDENTIAL**

14     VIDEO-RECORDED DEPOSITION OF SAMUEL ALTMAN

15              Tuesday, September 16, 2025

16

17

18

19

20

21   Stenographically reported by:
     LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22   California CSR No. 10523
     Washington CSR No. 3318
23   Oregon CSR No. 19-0458
     Texas CSR No. 11318
24

25   Lexitas Job No.:  2025-997402
     California Firm Registration No.: 179
```

Case 4:24-cv-04722-YGR   Document 404-14   Filed 02/24/26   Page 4 of 8
MUSK v                                                    Samuel Altman
ALTMAN                     Highly Confidential        September 16, 2025

114

1  don't recall, in particular.
2          BY MR. KRY:
3      Q.   Why would that be helpful for recruiting?
4      A.   As you said, at the time Mr. Musk was
5  thought of very highly.
6      Q.   So if he was publicly identified as an
7  adviser, that would encourage people to come work
8  for the venture?
9      A.   I believe that was my judgment at the time.
10     Q.   Why did you propose that Mr. Musk be on the
11 safety board with you?
12     A.   Well, in some sense, I thought safety was
13 the most important or one of the most important
14 things.
15     Q.   Did you believe that Mr. Musk shared that
16 view?
17     A.   I don't recall my mindset at the time; but,
18 in any case, I think it would -- would have been
19 important to try to pull him into that world.
20          I want to be clear.  I think, like, I had
21 disagreements with Mr. Musk, and I did think some of
22 his incentives were maybe not quite right or
23 different than mine.  But I wouldn't have done this
24 with him if I didn't think he was someone at the
25 time who could have been -- this was, like, way

Case 4:24-cv-04722-YGR   Document 404-14   Filed 02/24/26   Page 5 of 8
MUSK v                                                      Samuel Altman
ALTMAN                  Highly Confidential           September 16, 2025

115

1   before the Goonbot days, who I thought could be --
2   sorry.
3       Q.   Way before the what days?
4            (Stenographer interrupted for clarification
5             of the record.)
6            THE WITNESS:  It was a bad joke.
7            Mr. Musk at the time was someone that I
8   thought could be convinced to really care about AI
9   safety.
10           BY MR. KRY:
11      Q.   So you don't think he was already convinced
12  of the importance of AI safety at this point?
13      A.   I don't know if it was his top thing.  I
14  believe it was a factor.  And I believed I could get
15  him to care about it more.
16      Q.   So when you asked him to be on the safety
17  board with you, did you consider that some sort of
18  imposition that he would be doing that even though
19  it wasn't a priority for him?
20           MR. SAVITT:  Objection.
21           Answer.
22           THE WITNESS:  I don't recall thinking of it
23  as an imposition.
24           BY MR. KRY:
25      Q.   But isn't it a fact that you -- that

Case 4:24-cv-04722-YGR   Document 404-14   Filed 02/24/26   Page 6 of 8
MUSK v                                                                    Samuel Altman
ALTMAN                        Highly Confidential                    September 16, 2025

170

1    A.   I believe both Holden and Jed said
2    something like that.  I have known them both on the
3    donation side.
4         On the -- on the people side, I think many
5    people said they -- you know, there were like a lot
6    of fans of YC that wanted to work with me.
7    Q.   During this 2015-to-2018 time period,
8    throughout that, is it fair to say that Mr. Musk had
9    a higher public profile than you did?
10   A.   Certainly.
11   Q.   And is it -- so of the donors or
12   researchers that came to the company, if they
13   were -- if they did so because a certain person was
14   attached to the project, it more likely would have
15   been Mr. Musk than you?
16   A.   Absolutely disagree with that.  I don't
17   think people decide where to go or where to donate
18   based off of the profile of the highest profile
19   person.
20        I think -- I think the people who worked
21   with us day to day and many of these donors had a
22   great deal of confidence in me.  Some of them had a
23   great deal of confidence in Mr. Musk.  Some of them
24   had serious concerns.
25        But I think if you look at the fullness of

Case 4:24-cv-04722-YGR   Document 404-14   Filed 02/24/26   Page 7 of 8
MUSK v                                                          Samuel Altman
ALTMAN                    Highly Confidential              September 16, 2025

171

1   time and who's contributed more and done more for
2   the company and who's been a more rational actor
3   with thinking about how to make the company succeed
4   and the principles of AI safety, you would hear many
5   people talk about my involvement as important there.
6        Q.   Is it fair to say it probably depends who
7   you ask?
8             MR. SAVITT:  Objection.
9             You can answer.
10            THE WITNESS:  I think it's good that
11  there's choice in the world and that capital
12  allocators and talented researchers can choose where
13  they want to go, and they can look at the work
14  OpenAI is doing over this long period of time and
15  our safety record, our research, the products we
16  choose to launch, and what we choose not to launch,
17  the success that we've had with our research
18  program, the success we've had with our mission, and
19  really our -- our unusual and differentiated
20  approach to being unlike a standard company and that
21  we are doing this thing because we believe in the
22  responsibility entrusted to us and the need to
23  benefit humanity.  And that if they look at that and
24  if they look at my leadership in that and decide
25  that's how they want to spend their time or allocate

1   their capital, they can do that.
2           And if they look at X.AI or some other
3   competitor and say, "The way that company is run,
4   the culture there, the anime sex bots for children,
5   the flagrant disregard of basic safety testing, they
6   want to go work with Mr. Musk there," they can
7   choose to do that.
8           MR. KRY:  This is a good place to break for
9   lunch.
10          THE VIDEOGRAPHER:  Going off the record at
11  12:48 p.m. Pacific time.
12          (Recess taken from 12:48 to 1:27.)
13          THE VIDEOGRAPHER:  We're back on the record
14  at 1:27 p.m. Pacific time.
15          BY MR. KRY:
16     Q.   Mr. Altman, as a board member of OpenAI,
17  what fiduciary duties do you understand that you owe
18  to the organization?
19     A.   A duty to the mission of the nonprofit.
20     Q.   Do you have a duty to ensure that OpenAI
21  acts consistently with the scope of that mission?
22          MR. SAVITT:  Objection.
23          Answer if you can.
24          THE WITNESS:  Could you repeat the
25  question?