MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMUEL ALTMAN, et al.,<br><br>    Defendants. | Case No. 4:24-cv-04722-YGR (TSH)<br><br>**DECLARATION OF JENNIFER M. SCHUBERT IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PLAINTIFF'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE IRRELEVANT INFORMATION ABOUT PLAINTIFF ELON MUSK** |

I, Jennifer M. Schubert, declare as follows:

1. I am a member of the bar of the State of New York and am admitted to practice *pro hac vice* in this Court. I am a partner at the law firm MoloLamken LLP and counsel of record for Plaintiff Elon Musk ("Plaintiff") and non-party Shivon Zilis in this matter. I submit this declaration in support of Plaintiff's Administrative Motion To Seal Plaintiff's Motion *in Limine* No. 4. I have personal knowledge of the facts stated herein, and if called as a witness could and would testify competently thereto.

2. Plaintiff Elon Musk and non-party Shivon Zilis respectfully request redactions to Plaintiff's Motion *in Limine* No. 4 To Exclude Irrelevant Information About Elon Musk (the "Motion"), and exhibits thereto. The basis for each request is set forth below.

3. Attached as **Exhibit 1** to the Motion is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Elon Musk, dated September 26, 2025 ("Musk Tr."). Plaintiff seeks to redact certain discrete passages from this transcript as follows.

   a. **Musk Tr. at 15:20-16:10, 17:23-25, 19:25-20:14, 21:14-17.** This Court previously granted redactions of these passages, which concern Plaintiff's government service and communications with and about government officials. *See* Dkts. 375, 391-1, 391-39, 391-58. Disclosure would improperly intrude on sensitive matters. The testimony is irrelevant to any question at issue in Phase I of this bifurcated case.

   b. **Musk Tr. at 56:20-58:7.** This Court previously permitted redactions to this passage, which is a line of questioning that was irrelevant and improper and for obvious reasons should not be made part of the public record. *See* Dkts. 375, 391-1, 391-39, 391-58.

4. Attached as **Exhibit 2** to the Motion is a true and correct copy of OpenAI Trial Exhibit 1021, produced by Plaintiff at 2024MUSK-0006248.

5. Attached as **Exhibit 3** to the Motion is a true and correct copy of OpenAI Trial Exhibit 1011, produced by Plaintiff at 2024MUSK-0006235.

6. Exhibits 2 and 3 are private text messages between Plaintiff and a non-party dated February 3, 2025, and December 13, 2024, respectively. The text messages concern subject matter irrelevant to Phase I of this litigation. Sealing is appropriate because disclosure would be an unwarranted invasion of privacy and risks tainting potential jurors' impartial consideration of the evidence admissible at trial.

7. Attached as **Exhibit 4** to the Motion is a true and correct copy of excerpts of the transcript of the deposition of non-party Shivon Zilis, dated September 12, 2025 ("Zilis Tr."). This Court previously permitted redactions to other passages from that transcript. *See* Dkts. 375, 391-38. Plaintiff and Ms. Zilis seek to redact questions from opposing counsel that are personal in nature

and irrelevant to the case.  Zilis Tr. at 11:6-12:4, 307:12-21.  Redaction is appropriate because disclosure would be an unwarranted invasion of privacy.

8. On February 24, 2026, I emailed counsel for the OpenAI Defendants requesting their position on Plaintiff's request to redact and seal the aforementioned documents.  The OpenAI Defendants do not oppose Plaintiff's sealing request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2026

New York, NY

                 */s/ Jennifer M. Schubert*
                 Jennifer M. Schubert