**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAMUEL ALTMAN, et al.,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04722-YGR (TSH)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PLAINTIFF'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE IRRELEVANT INFORMATION ABOUT PLAINTIFF ELON MUSK** |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Administrative Motion To Seal Plaintiff's Motion *in Limine* No. 4. Having found the below identified papers to contain highlighted material and documents that are sealable pursuant to Civil Local Rule 79-5, the Motion is hereby **GRANTED**.

| Document | Description | Designating Party |
|---|---|---|
| Plaintiff's Motion *In Limine* No. 4 ("Musk MIL 4") | Musk MIL 4 To Exclude Irrelevant Information About Elon Musk | Plaintiff Elon Musk |
| Exhibit 1 | Excerpt of Transcript of the Deposition of Elon Musk ("Musk Tr.") | Plaintiff Elon Musk |
| Exhibit 2 | OpenAI Trial Exhibit 1021 (2024MUSK-0006248) | Plaintiff Elon Musk |
| Exhibit 3 | OpenAI Trial Exhibit 1011 (2024MUSK-0006235) | Plaintiff Elon Musk |
| Exhibit 4 | Excerpt of Transcript of the Deposition of Shivon Zilis ("Zilis Tr.") | Plaintiff Elon Musk |

**IT IS SO ORDERED.** The Clerk of the Court shall file the identified documents under seal.

DATED: _____

Hon. Yvonne Gonzalez Rogers
United States District Court Judge