# EXHIBIT 1
## Public Redacted Version

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman                [CONFIDENTIAL]                   Elon Musk

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------
ELON MUSK, et al.,
      Plaintiffs,
v.
SAMUEL ALTMAN, et al.,
      Defendants.

Case No. 4:24-cv-04722-YGR
-----------------------------------------

VIDEO DEPOSITION OF
Elon Musk
September 26, 2025
San Francisco, California
LEAD: William Savitt, Esquire
FIRM: Wachtell Lipton Rosen & Katz

FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING - 1-800-825-3341

JANE ROSE REPORTING                         California Firm No. 254
1-800-825-3341                    janerose@janerosereporting.com

| Elon Musk v. | FINAL | September 26, 2025 |
|---|---|---|
| Samuel Altman | [CONFIDENTIAL] | Elon Musk |

```
                                                    Page 15
 1    execution of the company.  And in order to
 2    emphasize the difficulty of competing with Google,
 3    I need to be emphatic that outstanding execution
 4    is needed for a small company to be a large
 5    company.
 6         Q.    Do you recall that earlier this year
 7    OpenAI announced a Stargate UAE initiative?
 8         A.    Yes.
 9         Q.    What's your understanding of that
10    initiative, sir?
11         A.    I don't know the details.
12         Q.    You don't know?
13         A.    No.
14         Q.    Do you remember that the initiative was
15    to be announced on a presidential trip?
16         A.    Something to that effect.
17         Q.    When did you learn that Stargate was
18    going to be announced, Mr. Musk?
19         A.    I don't recall.
20         Q.    Did you have a role with the federal
21    government at the time the Stargate initiative
22    was announced?
23    █    ███████████████
24         Q.    You were in frequent contact with the
25    President; isn't that right?
```

JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341                     janerose@janerosereporting.com

| Elon Musk v.<br>Samuel Altman | FINAL<br>[CONFIDENTIAL] | September 26, 2025<br>Elon Musk |

```
                                                      Page 16
 1     ███    ████
 2       Q.   When you learned that Stargate was to
 3     be announced, you complained to White House
 4     officials, didn't you?
 5     ███  █████
 6       Q.   What did you tell them?
 7     ███ ████████████████████████████████████████
 8     ████████████████████████████████
 9       Q.   Did you propose that your company xAI
10     be among the companies that were supported?
11            ATTORNEY MOLO:  So I object.  You're
12     asking questions that go to Phase II of the case.
13     If you want to describe how they go to Phase I
14     that's fine; but --
15            ATTORNEY SAVITT:  Are you instructing
16     the witness not to answer?
17            ATTORNEY MOLO:  I'm objecting, and
18     telling you that your questions are addressing
19     issues that relate to the competition part of the
20     case, which the judge has designated, quote,
21     Phase II claims.
22            ATTORNEY SAVITT:  Mr. Molo, I'm aware of
23     that.  Are you objecting?
24            ATTORNEY MOLO:  So you are aware that
25     you're asking Phase II claims?
```

JANE ROSE REPORTING                    California Firm No. 254
1-800-825-3341                         janerose@janerosereporting.com

Elon Musk v.              FINAL              September 26, 2025
Samuel Altman          [CONFIDENTIAL]                  Elon Musk

Page 17

```
 1         ATTORNEY SAVITT:  I don't think that is
 2   right.  If you have a relevance objection and you
 3   wish to say --
 4         ATTORNEY MOLO:  That is a relevant
 5   objection.
 6         ATTORNEY SAVITT:  Then state it and let
 7   the witness answer the question.  And if you want
 8   to instruct him not to answer, we'll see about
 9   that.
10         ATTORNEY MOLO:  If you're going to go
11   down this line -- I've let you ask a few
12   questions.  If you're going to go down this line,
13   we can get on the phone with the magistrate judge
14   and sort this out now, and it will make the day
15   much shorter for all of us.  But we're not going
16   to go into Phase II claims in this deposition.
17         ATTORNEY SAVITT:  So I'm going to ask my
18   questions, and you can keep your speeches for
19   yourself.  And if you want to call the judge, you
20   can be my guest.
21         ATTORNEY MOLO:  Okay.
22   BY ATTORNEY SAVITT:
23      Q.   What did you tell White House officials
24   when you complained about Stargate?
25         ████████████████████████████████████████
```

JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341                     janerose@janerosereporting.com

Elon Musk v.　　　　　　　FINAL　　　　　　　September 26, 2025
Samuel Altman　　　　　[CONFIDENTIAL]　　　　　　　　Elon Musk

Page 19

```
 1         THE VIDEOGRAPHER:  This is the beginning
 2  of Media Number 2.  We're back on the record at
 3  10:22 a.m.
 4         ATTORNEY SAVITT:  Are you going to make
 5  an objection to --
 6         ATTORNEY MOLO:  So that's the
 7  question -- okay.  Objection.  The question goes
 8  to issues that are outside of Phase I, consistent
 9  with the Court's orders in Dockets Number 237,
10  228, 199, 200 and 201.
11         So I instruct the witness not to answer.
12  BY ATTORNEY SAVITT:
13      Q.   And, Mr. Musk, are you going to follow
14  your lawyer's instruction?
15      A.   Yes.
16      Q.   All right.
17         ATTORNEY SAVITT:  Well, we certainly
18  disagree with your contention.  We'll take this
19  matter up with the Court at a convenient time.
20  Naturally, we reserve our right to re-examine
21  Mr. Musk in respect to this and any other such
22  matter as you may choose to block on relevance
23  grounds.
24  BY ATTORNEY SAVITT:
25      Q.   Did you -- do know who Peng Xiao is?
```

Elon Musk v.　　　　　　　FINAL　　　　　　September 26, 2025
Samuel Altman　　　　　[CONFIDENTIAL]　　　　　　　　Elon Musk

```
                                                          Page 20
 1      ████ ██████████████████████
 2      Q.   Did you arrange a call with Peng and
 3   other representatives of G42 before the Stargate
 4   transaction was announced?
 5      ███ █████████████
 6      ███ ██████████████████    ███████████████████
 7   █████████████████████████████████████
 8      ██ ██████████
 9      Q.   You're aware, aren't you, sir, of
10   public reports that you told G42 and Peng that
11   they would have no chance of securing Mr. Trump's
12   backing, the president's backing, unless your own
13   company, xAI, was included in the deal?
14      ███ ████
15           ATTORNEY MOLO:   Objection.  These
16   questions go to Phase II of the case pursuant to
17   orders 237, 228, 199, 200 and 201.
18           And I'm instructing the witness not to
19   answer consistent with the conversations that we
20   had off the record with defense counsel.
21           If it's okay with you, rather than cite
22   the docket numbers each time I make this
23   objection, if I can just say "the Court's orders,"
24   do we have an understanding --
25           ATTORNEY SAVITT:   We do.
```

Elon Musk v.           FINAL          September 26, 2025
Samuel Altman     [CONFIDENTIAL]          Elon Musk



Page 57

JANE ROSE REPORTING           California Firm No. 254
1-800-825-3341           janerose@janerosereporting.com