# EXHIBIT 4
## Public Redacted Version

Elon Musk v.             FINAL            September 12, 2025
Samuel Altman    [HIGHLY CONFIDENTIAL]    Shivon Zilis

```
                                              Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------
ELON MUSK, et al.,
     Plaintiffs,
v.
SAMUEL ALTMAN, et al.,
     Defendants.


Case No. 4:24-cv-04722-YGR
-----------------------------------------


VIDEO DEPOSITION OF
Shivon Zilis
September 12, 2025
San Francisco, California
Lead: Sarah Eddy, Esquire
Firm: Wachtell Lipton Rosen & Katz




FINAL COPY - HIGHLY CONFIDENTIAL
JANE ROSE REPORTING - 1-800-825-3341
```

JANE ROSE REPORTING                     California Firm No. 254
1-800-825-3341                          janerose@janerosereporting.com

Elon Musk v.　　　　　　　　　FINAL　　　　　　　　September 12, 2025
Samuel Altman　　　　　[HIGHLY CONFIDENTIAL]　　　　　Shivon Zilis



Elon Musk v. Samuel Altman    FINAL   [HIGHLY CONFIDENTIAL]    September 12, 2025    Shivon Zilis

Page 12



```
13            MS. SCHUBERT:  Objection.
14       ▉▉▉▉▉▉▉▉      ▉▉▉▉▉▉▉▉▉▉▉▉▉
15            BY MS. EDDY:
16       Q.   And did you discuss this deposition with
17   Mr. Musk?
18       A.   Nothing other than that I was going to it.
19       Q.   You haven't talked to him about what
20   questions you might be asked today?
21       A.   No.
22       Q.   "No"?
23       A.   No.
24       Q.   How did you prepare for this deposition?
25            MS. SCHUBERT:  Object to the extent it
```

Elon Musk v.　　　　　　　FINAL　　　　　　September 12, 2025
Samuel Altman　　　[HIGHLY CONFIDENTIAL]　　　Shivon Zilis

```
                                                    Page 307
 1   essentially, pilfered.  I don't know what you call
 2   it.  And that given that this was no longer a
 3   confidential matter, outside of my concern through
 4   illegally obtained means, I'm telling him about the
 5   situation.
 6   ████████████████████████████████████████████████
 7   ████████████████████████████████████████████████
 8   ████████████████████████████████████████████████
 9   ████████████████████████████████████████████████
10           MS. SCHUBERT:  Objection.  Calls for
11   speculation.
12   ████████████████████████████████████████████████
13   ████████████████████████████████████████████████
14   ████████████████████████████████████████████████
15   ████████████████████████████████████████████████
16   ████████████████████████████████████████████████
17   ████████████████████████████████████████████████
18           (Stenographer interrupted for clarification
19            of the record.)
20   ████████████████████████████████████████████████
21   ████████████████████████████████████████████████
22           THE STENOGRAPHER:  Thank you.
23           BY MS. EDDY:
24   ████████████████████████████████████████████████
25   ████████████████████████████████████████████████
```