1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  WILLIAM FRENTZEN (CA SBN 343918)
   WFrentzen@mofo.com
3  DAVID J. WIENER (CA SBN 291659)
   DWiener@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105
   Telephone:   (415) 268-7000
6  Facsimile:    (415) 268-7522

7  WILLIAM SAVITT (admitted *pro hac vice*)
   WDSavitt@wlrk.com
8  BRADLEY R. WILSON (admitted *pro hac vice*)
   BRWilson@wlrk.com
9  SARAH K. EDDY (admitted *pro hac vice*)
   SKEddy@wlrk.com
10 NATHANIEL CULLERTON (admitted *pro hac vice*)
   NDCullerton@wlrk.com
11 WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
12 New York, NY 10019
   Telephone:   (212) 403-1000
13 Facsimile:    (212) 403-2000

14 *Attorneys for Defendants Samuel Altman, Gregory Brockman,*
   *OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
15 *OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
   *OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
16 *OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
   *OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
17 *OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
   *OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
18 *OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
   *Aestas Management Company, LLC, and Aestas LLC*
19

20                         UNITED STATES DISTRICT COURT

21                       NORTHERN DISTRICT OF CALIFORNIA

22                                OAKLAND DIVISION

23 | ELON MUSK, et al.,              | Case No. 4:24-cv-04722-YGR                |
   |                                  |                                            |
24 |            Plaintiffs,           | **DECLARATION OF DAVID J.**                |
   |                                  | **WIENER IN SUPPORT OF OPENAI**            |
25 |       v.                         | **DEFENDANTS' MOTION IN LIMINE**           |
   |                                  | **#1**                                     |
26 | SAMUEL ALTMAN, et al.,           |                                            |
   |                                  | Date:  March 13, 2026                      |
27 |            Defendants.           | Time:  9:00 AM                             |
   |                                  | Courtroom:  1 – 4th Floor                  |
28 |                                  | Judge:  Hon. Yvonne Gonzalez Rogers        |

I, DAVID J. WIENER, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP and counsel of record for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (together, the "OpenAI Defendants"). I submit this Declaration in support of the OpenAI Defendants' Motion In Limine #1 in the above captioned matter. I make this Declaration based on facts that I personally know, except where otherwise indicated. If called as a witness, I would testify to the facts listed below.

2. Attached as **Exhibit A** is a true and correct copy of the expert report of Plaintiff Elon Musk's proposed testifying expert Dr. Stuart Russell, dated October 29, 2025.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript of the deposition of Elon Musk, dated September 26, 2025.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Stuart Russell, dated December 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2026, at Goleta, California.

                                        */s/ David J. Wiener*
                                        David J. Wiener

**ECF ATTESTATION**

I, Jordan Eth, am the ECF User whose ID and password are being used to file this **DECLARATION OF DAVID J. WIENER IN SUPPORT OF OPENAI DEFENDANTS' MOTION IN LIMINE #1**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Date: February 24, 2026

*/s/ Jordan Eth*
Jordan Eth