# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----------------------------------------

ELON MUSK, et al.,

      Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

      Defendants.


Case No. 4:24-cv-04722-YGR

----------------------------------------


VIDEO DEPOSITION OF

Stuart Russell, OBE FRS

December 2, 2025

Washington, D.C.

LEAD: Adam Tanne, Esquire

FIRM: Wachtell Lipton Rosen & Katz


FINAL COPY - CONFIDENTIAL

JANE ROSE REPORTING - 1-800-825-3341

              A P P E A R A N C E S


ATTORNEYS FOR PLAINTIFFS
        Eric Nitz, Esquire
        Robert Kry, Esquire
        MOLOLAMKEN
        600 New Hampshire Avenue, Northwest
        Washington, D.C. 20037
        (202) 556-2000


ATTORNEYS FOR DEFENDANTS
        Nathaniel Cullerton, Esquire
        Adam Tanne, Esquire
        Ioannis Drivas, Esquire
        WACHTEL LIPTON ROSEN & KATZ
        51 W 52nd Street
        New York, New York 10019
        (212) 403-1000


ATTORNEY FOR MICROSOFT
        Nisha Patel Gupta, Esquire
        DECHERT, LLP
        633 W Fifth Street, Suite 4900
        Los Angeles, California 90071
        (213) 808-5700


JANE ROSE REPORTING
        74 Fifth Avenue
        New York, New York 10011
        1-800-825-3341
        Christina Hotsko, Court Reporter
        Jonathan Rasson, Videographer

TABLE OF CONTENTS

WITNESS:  STUART RUSSELL

EXAMINATION BY:                                    PAGE

    Counsel for OpenAI Defendants................. 05
    Counsel for Plaintiffs........................ 289



    Reporter Certificate.......................... 293
    Index of Exhibits............................. 294
    Notice to Read and Sign....................... 296

1    A.  Nope.

2       MR. CULLERTON:  This would be a good

3    place to take five minutes, if that's all right.

4       MR. NITZ:  Great.

5       VIDEO TECHNICIAN:  The time is 10:12, and

6    we are off the record.

7       (A recess was taken.)

8       VIDEO TECHNICIAN:  The time is 10:23, and

9    we are back on the record.

10   BY MR. CULLERTON:

11      Q.  Professor Russell, you are not offering

12   an opinion concerning any alleged safety

13   commitments made by OpenAI to Mr. Musk; is that

14   accurate?

15      A.  That's correct.

16      Q.  And you're not offering an opinion on

17   whether OpenAI's current or past safety practices

18   are consistent with any alleged commitments

19   OpenAI made to Mr. Musk, correct?

20      A.  Correct, yes.  I'm not aware of what

21   commitments were made.

22      MR. NITZ:  I'm sorry to interrupt.  It

23   looks like our realtime feed is not updating.  If

24   we could just take a minute to go off the record.

25      VIDEO TECHNICIAN:  The time is 10:23, and

Russell, Stuart

Page 45

1    we are off the record.

2         (Discussion off the record.)

3         VIDEO TECHNICIAN:  The time is 10:25, and

4    we are back on the record.

5    BY MR. CULLERTON:

6         Q.  And Professor Russell, you're not

7    offering an opinion on whether OpenAI's safety

8    practices are better or worse than the safety

9    practices of other AI companies, now or in the

10    past; is that correct?

11         A.  That's correct.

12         Q.  Okay.  And you -- in forming your

13    opinions and preparing your report, you didn't

14    compare the relative strengths and weaknesses of

15    safety practices employed by different AI

16    companies; is that correct?

17         A.  In preparing my report, that's correct.

18         Q.  And you're not offering an opinion on the

19    relative strengths or weaknesses of safety

20    practices at different AI companies, correct?

21         A.  Correct.  Yeah.  If asked, I can give my

22    opinion, but I have not put that in my report.

23         Q.  All right.  And you're not offering an

24    opinion on risks caused by any alleged past

25    safety failures by OpenAI, correct?

1          A.  So I'm trying to think.  I have examples

2     in the report of the kinds of -- some of the

3     kinds of safety failures that are occurring.  And

4     I don't recall -- I think the -- there's a

5     transcript, but I think that's from Claude, which

6     is an Anthropic product.

7          Q.  Okay.

8          A.  I don't recall specifically if I mention

9     a safety failure by OpenAI.

10          Q.  Okay.

11          A.  I think, by implication, the general

12     views that I give on safety failures would

13     include OpenAI's products, but I'm not making a

14     specific claim about OpenAI's failures.

15          Q.  To the extent you're making any claim

16     about safety, that claim would apply equally to

17     AI companies generally; is that fair?

18          A.  Yeah, it could, depending on exactly

19     which claim I was making, yes.

20          Q.  And which of the four -- and you can look

21     at the report -- opinions summarized in your

22     report deal with alleged safety failings by AI

23     companies, if any?

24          A.  So I think two I would say -- by

25     implication, my view is that there has not, in

1    general, been sufficient investment in safety.

2    So although it's stated as a conditional, i.e.,

3    if there isn't further investment in progress --

4    so I guess, by implication, I'm saying there

5    hasn't been sufficient investment in safety

6    overall.

7         And then in opinion 3 -- right.  The

8    claim is that there are -- there are strong

9    incentives to develop capabilities quickly and

10    that those incentives are in conflict with what I

11    view as a requirement to ensure safety.

12        Q.  And we'll get into those in more detail.

13         But again, at least as you just stated

14    it, that potential conflict would apply equally

15    to any of the leading AI companies?

16        A.  Yes, it would.

17        Q.  Okay.  Are you going to offer any --

18    offering any opinion in this case on whether any

19    existing OpenAI product is safe or unsafe?

20        A.  I am not.

21        Q.  Okay.  And are you offering an opinion in

22    this case on whether any historical OpenAI

23    product is safe or unsafe?

24        A.  I am not, I should say, beyond the

25    general opinion that I think all products based

Russell, Stuart

Page 48

1 on large language models have an intrinsic lack

2 of safety due to the way they're constructed.

3    Q. And you are not offering an opinion in

4 this case on OpenAI's relationship with

5 Microsoft; is that accurate?

6    A. That's accurate.

7    Q. Okay. And you're not offering an opinion

8 as to whether that relationship was good or bad

9 from a safety perspective, correct?

10    A. Correct.

11    Q. And you're not offering an opinion

12 concerning OpenAI's corporate governance,

13 correct?

14    A. Correct.

15    Q. Okay. You're not offering an opinion on

16 OpenAI's nonprofit entity, correct?

17     MR. NITZ: Objection.

18     THE WITNESS: Okay.

19 BY MR. CULLERTON:

20    Q. You can answer.

21    A. Correct. There's nothing in my report

22 that discusses the corporate structure of OpenAI.

23    Q. Okay. And so, therefore, I take it,

24 you're not offering an opinion on whether

25 OpenAI's past or current corporate structure

1    influenced its safety practices in any way,

2    correct?

3        A.  So the general view that competition

4    among companies is leading to -- or tends to

5    reduce the focus on safety would apply.  And I

6    suppose, by implication, if OpenAI transitions

7    from the control of a nonprofit board to some

8    other structure, that would -- that would, I

9    think, tend to eliminate one restraint on

10    OpenAI's conduct and its focus on safety.

11        Q.  Okay.

12        A.  That's my understanding of how --

13        Q.  But that's not an opinion you're --

14        A.  -- the corporate structure --

15        Q.  That's not an opinion you're offering in

16    your --

17        A.  In my report I'm not specifically

18    addressing that.  I'm just saying it's an

19    implication of the general view.

20        Q.  And you're not offering an opinion on

21    whether OpenAI's safety practices are consistent

22    with its nonprofit mission, correct?

23        A.  Correct.

24        Q.  Okay.  And you're not offering an opinion

25    on OpenAI's recently announced restructuring,

Russell, Stuart

1　correct?

2　　A.　Correct.

3　　Q.　And you're not offering an opinion as to

4　whether that restructuring would be good or bad

5　from a safety perspective, correct?

6　　A.　Correct.　Other than, as I explained,

7　from the general view that competition is tending

8　to reduce the focus on safety, and so that

9　transition might therefore be deleterious to

10　their focus on safety.

11　　Q.　Did you study the structure of the

12　restructuring at all in connection with forming

13　your opinions in this case?

14　　A.　Not in any great detail, and it wasn't

15　relevant to the opinions I was asked to give.

16　　Q.　Okay.　So you were not asked to provide

17　an opinion as to whether OpenAI's restructuring

18　would be good or bad from a safety perspective;

19　is that right?

20　　A.　Correct.

21　　Q.　Okay.　And are you offering an opinion on

22　whether artificial general intelligence should be

23　developed or not by anyone?

24　　A.　Not as such, no.　I'm of the view, and I

25　think it's part of the opinion, that it should

Page 51

1    only be developed if there are adequate safety

2    measures accompanying it.

3        Q.  Okay.  And you're not offering an opinion

4    that OpenAI specifically, as opposed to any other

5    AI company, has prioritized profit over safety,

6    correct?

7        A.  Correct.

8        Q.  Is it your opinion that LLM-based AI

9    systems are inherently unsafe and cannot be made

10   safe?

11       A.  It is.  Yes.

12       Q.  Is it your opinion that current LLM-based

13   AI systems pose a threat to humanity?

14       A.  No.

15       Q.  Okay.  So the opinion is that they could,

16   if they were -- if the development path continued

17   along what you discuss here towards AGI --

18       A.  Yes.

19       Q.  -- is that fair?  Okay.

20           When did you first meet Elon Musk,

21   Professor Russell?

22       A.  It was January of 2015.

23       Q.  Okay.  And how would you describe your

24   relationship with him at that time?

25       A.  So this was at a meeting organized by

Russell, Stuart

1    the remarkable speed with which the companies are

2    able to develop and release significantly

3    improved versions of their software.

4        Q.  Let's go back to paragraph 45.

5        In the last sentence you write, These

6    considerations create race conditions that may

7    lead to safety being a secondary consideration.

8        Do you see that?

9    A.  Yes.

10        Q.  Okay.  And the "these considerations"

11    being referred to there, just so I understand, my

12    understanding is, one, what you say are the

13    enormous economic value of AGI --

14    A.  Yeah.

15        Q.  -- and two, first-mover advantage.

16    A.  Yeah.

17        Q.  Okay.  And you write -- and for the

18    proposition that there are race conditions that

19    may lead to safety being a secondary

20    consideration, you cite, in footnote 27,

21    The Economist.

22        Do you see that?

23    A.  Yes.

24        Q.  Okay.  And did you review that Economist

25    article?

Russell, Stuart

1      A.  Briefly.  It was really -- I'm not saying

2    The Economist article proves my case, but more

3    pointing to that article as showing that this is

4    a -- you know, a commonly held opinion among

5    people looking at what's going on.

6      Q.  Do you know The Economist article is

7    anonymous?

8      A.  I think that's normal for Economist

9    articles --

10     Q.  Okay.  But you don't know who the author

11   is?

12     A.  Correct.  I don't know who the author is.

13     Q.  Were you comfortable relying on an

14   anonymous article in a news publication to

15   support your expert opinion in this case?

16     A.  As I said, I'm not relying on that

17   article to support the argument, more to show

18   that that argument is something that is already

19   well known and widely talked about.

20     Q.  Okay.  Well, your opinion is that these

21   considerations, the two we just discussed, create

22   race conditions, right?

23     A.  Yeah.

24     Q.  Okay.  And --

25     A.  Meaning that the --

Russell, Stuart

1    Q.  Other than The Economist article, which I

2    understand you now to be saying you're not

3    relying on in support of that opinion, what are

4    you relying on in support of the opinion that

5    there are race conditions?

6    A.  So race conditions here meaning that the

7    companies feel a very strong incentive to move

8    the capabilities forward as fast as they can, to

9    release systems with better capabilities than

10    their competitors as soon as possible, that they

11    feel threatened by potential advances that other

12    companies might make.

13    So I think those conditions are well

14    known.  I don't see that they need detailed

15    arguments in support that that's the situation.

16    Q.  Okay.  And you say the companies feel

17    this.

18    In forming your opinions and drafting

19    your expert reports, did you poll AI companies to

20    assess their views of the competitive dynamics in

21    the industry?

22    A.  Did I poll the companies?

23    Q.  Yes.

24    A.  No.  I have a lot of conversations with a

25    lot of people, and I've not heard anyone say

Russell, Stuart

1    anything to contradict this view, including, for

2    example, the CEO of Google DeepMind, who

3    expressed very -- very similar concerns, that

4    they were in a race that they couldn't pull out

5    of.

6        Q.  And when did that conversation occur?

7        A.  That would have been late June of this

8    year.

9        Q.  But you're not relying on that

10   conversation in forming your opinion in this

11   case, right?

12       A.  Along with many, many other

13   conversations, it has contributed to my

14   understanding of the situation as it exists

15   today.

16       Q.  Okay.  Have you talked to every CEO of an

17   AI company in forming your opinion that there are

18   race dynamics?

19       A.  No, I have not talked to the CEO --

20       Q.  Okay.

21       A.  -- of every AI company.

22       Q.  Okay.  Have you done any analysis of

23   market share of the various AI companies in

24   forming your opinions in this case?

25       A.  I have not studied the details of market

Russell, Stuart

1    share over time.

2        Q.  Okay.

3        A.  And --

4        Q.  None of the --

5        A.  -- I would also say that the notion of

6    market share is not particularly well defined.

7    For example, there are a lot of AI services that

8    are available for free.  And do you want to count

9    those as part of market share or not?  And so on.

10          But I think the idea that these -- so I

11    think the three leading companies, and then there

12    are others -- Perplexity and xAI and then a few

13    smaller players like Cohere -- but certainly the

14    three leading companies view the competition as

15    intense.

16          And you can -- you know, there's a lot of

17    anecdotal evidence.  You can see, for example,

18    Meta offering hundred-million-dollar sign-up

19    packages to steal researchers from other

20    companies.  You know, that's the kind of thing

21    that happens when there is this intense

22    competitive dynamics.

23        Q.  Okay.  But your opinion is that there is

24    a race to AGI that may lead the companies to

25    deprioritize safety, right?

1      A.  That is my opinion.  Yes.

2      Q.  Okay.  And I was just trying to

3   understand the bases for that opinion since it

4   doesn't appear to be disclosed in your report.

5      MR. NITZ:  Objection.

6   BY MR. CULLERTON:

7      Q.  You cite The Economist article, correct?

8   Correct?

9      A.  I do cite The Economist article.

10   Correct.

11      Q.  Okay.  Is there any other source

12   disclosed in your expert report that you contend

13   cite -- supports the opinion that you are

14   offering, that there are race dynamics in the AI

15   industry that may lead companies to deprioritize

16   safety?

17      A.  I would have to check, but I don't think

18   I cite any other sources for the company

19   dynamics.  There are sources cited for the

20   geopolitical race.

21      Q.  Focusing just on the company dynamics.

22      A.  Just on the company dynamics?

23      Q.  Yes.

24      A.  I don't think I cite any other sources

25   for that.

1      Q.  Okay.  Are you aware that there's been

2   published academic work on race dynamics in the

3   AI space?  Including by Han, Cimpeanu, others?

4      A.  I don't think I've read those papers.

5      Q.  Okay.  Did you consider any academic work

6   on race dynamics in the AI industry in forming

7   your opinions in this case?

8      A.  I did not consider academic papers on

9   that topic.

10      Q.  Let's take a look at The Economist

11   article.

12      MR. CULLERTON:  This is going to be

13   Exhibit 7.

14      (Russell Deposition Exhibit 7 marked for

15      identification and attached to the

16      transcript.)

17   BY MR. CULLERTON:

18      Q.  Do you recognize this, Professor Russell,

19   as the article cited in your report?

20      A.  Yes, I do.

21      Q.  All right.  And I'll just direct you to

22   the very last page of the article, the

23   paragraph that is continuing from the prior page,

24   the sentence beginning, "Anyway."

25      Do you see that?

Russell, Stuart

Page 190

1          A.  Uh-huh.

2          Q.  Anyway, for every expert predicting an AI

3     apocalypse, there's another who insists there is

4     nothing to worry about.

5              Do you see that?

6          A.  I do.  Yes.

7          Q.  Okay.  Do you agree with that

8     characterization by The Economist?

9          A.  No, not really.

10         Q.  Okay.

11         A.  I think there -- it's a figure of speech.

12    I don't think they mean literally one-for-one.

13         Q.  Do you agree that there are serious AI

14    experts who dispute the severity of the potential

15    risks from AI?

16         A.  Yes.  I agree there are some.

17         Q.  And you didn't reference any of those in

18    your expert report, correct?

19         A.  Correct.  My job is to give arguments for

20    the propositions rather than against my own

21    propositions.

22             I should add that I have a whole chapter

23    in my book which considers the arguments made for

24    not paying attention to these risks and addresses

25    each of those arguments.  And in the six years

Page 191

1   since the book has been published, not one of

2   those refutations has been disputed successfully

3   as far as I know.

4      Q.  Thank you.

5      MR. CULLERTON:  Let's take five minutes

6   here.  Thanks.

7      VIDEO TECHNICIAN:  The time is 1507, and

8   we are off the record.

9      (A recess was taken.)

10      VIDEO TECHNICIAN:  The time is 1522, and

11   we are back on the record.

12   BY MR. CULLERTON:

13      Q.  Professor Russell, just looking back at

14   paragraph 45, in which you state your opinion

15   regarding race conditions, the last sentence

16   states, These considerations create race

17   conditions that may lead to safety being a

18   secondary consideration.

19      Fair to say, then, that you are not

20   offering an opinion that safety is currently a

21   secondary consideration, but that it may become

22   so as a result of the race conditions you

23   identify?

24      A.  I am not offering an opinion either way

25   beyond the points made that the safety measures

1    that have been developed so far are found wanting

2    in many cases.

3        Q.  Okay.  But your opinion is not that any

4    of those failings have been a result of the race

5    conditions that you're identifying in

6    paragraph 45.

7        A.  My expert opinion, this document does not

8    state that.

9        Q.  Okay.  Now do you agree that AI companies

10    also have significant economic incentives to

11    ensure that their products are safe?

12        A.  They have some.  I think I think the fact

13    that, generally, they disclaim liability for the

14    effects of their AI systems means that their --

15    that significantly reduces the incentive to

16    ensure that their products are safe.

17        Q.  You're not offering an opinion in this

18    case about any alleged disclaimers of liability,

19    correct?

20        A.  I am aware that at least some of the

21    companies disclaim liability.  For example, I

22    have looked at the licenses of Cohere and

23    Microsoft, both of which largely disclaim

24    liability.  And I believe this is common practice

25    not just among AI companies but among software

Russell, Stuart

1    companies in general.

2         Q.  Okay.  Have you cited any of these

3    licensing agreements in your expert report?

4         A.  No, I have not.

5         Q.  Okay.  Did you consider these license

6    agreements in connection with forming your

7    opinions in this case?

8         A.  With the opinions of the report, no --

9         Q.  Okay.

10        A.  -- because the opinions of the report are

11   not contingent on that aspect.

12        Q.  Now, you gave the Reith Lectures on BBC

13   in 2021, right?

14        A.  I did, yes.

15        Q.  Okay.  Do you recall during those

16   lectures saying that, I believe companies will

17   have a very strong economic incentive to adopt

18   this new approach as soon as it's feasible,

19   referring to the human-compatible approach that

20   you were proposing?

21        A.  Yes.

22        Q.  Okay.  And given a number of talks where

23   you use an analogy about a robot cooking a cat at

24   home.

25             Do you know what I'm referring to?

Russell, Stuart

1        Do you see that?

2        A.  I do.  Yes.

3        Q.  Okay.  You're not offering your own

4    opinion on the percentage probability of

5    extinction risk, correct?

6        A.  No, I am not in this case.

7        Q.  How come?

8            MR. NITZ:  I'll object and instruct you

9    not to get into, you know, attorney work product

10    and, you know, strategy discussions.  But you can

11    otherwise answer outside that.

12            THE WITNESS:  Okay.  So I think my risk

13    calculation or risk estimate works differently

14    from the CEOs, and I -- so I've presented it

15    publicly so I can discuss it.

16            I think the two main branches are, do we

17    succeed in developing something like AGI that

18    could present this type of risk in the relatively

19    near future or not?  And if we don't, then I

20    think there's a substantial likelihood that the,

21    quote, AI bubble would burst.  So if we're not

22    delivering that type of capability, then the

23    investments that have been made and are going to

24    be made probably won't return the necessary

25    value.  And the bubble bursting, meaning as

Russell, Stuart

Page 214

1    happened in the dot-com bubble bursting and the

2    previous AI winter that happened in the

3    mid-1980s.

4         So that would introduce a potential delay

5    of at least a decade because investment levels

6    would collapse.  In my experience, interest among

7    students would collapse, whereas right now

8    interest in AI is intense; almost all applicants

9    to our department want to study AI.  So that

10    would collapse.

11         And so it would give us another decade

12    during which we might be able to make the

13    necessary advances in safety.

14         And probably as happened after the bubble

15    burst in the mid-'80s, the field would focus much

16    more on the real science and engineering, and

17    possibly divert the direction of technology into

18    a direction where we can actually make the

19    necessary quantitative guarantees of safety.

20         So that's one branch.  Then the other

21    branch is that some further breakthroughs happen

22    that do lead to something like AGI in the

23    relatively near term.  And then I think the risk

24    would be quite high that we would experience some

25    significant negative outcomes.

Page 215

1        And you can roughly divide those into

2    irreversible catastrophe or a reversible

3    catastrophe that would be big enough to change

4    both corporate -- the direction of technology

5    that corporations are developing and the views of

6    government about the need to regulate.

7        So my -- my analysis --

8    BY MR. CULLERTON:

9    Q.  Have you ever put a percentage number on

10   extinction risk?

11     A.  So I generally avoid doing that because I

12   feel that it isn't a pure forecasting problem.

13   If I were an alien looking down at the Earth and

14   sitting in a bar with my alien friends and we're

15   taking bets on whether humanity is going to make

16   it or not, then it's reasonable just to put

17   probabilities on it.  But we're not aliens

18   looking down on ourselves.  We are actually, to

19   some extent, agents in this process.  And so we

20   need to try to figure out what is the -- what's

21   the best course of action that we can -- that we

22   can find that reduces the risk as much as

23   possible.

24     Q.  Do you think there's any scientifically

25   reliable way to put a percentage on AGI

Russell, Stuart

1   extinction risk?  How would someone even go about

2   calculating it?

3        A.  So I would argue that -- in some sense,

4   that's the right question.  We need to have

5   confidence that the risk is, you know, comparable

6   or better than the background risk that we face

7   from asteroids and so on.

8        I can't say where the other widely quoted

9   risk estimates come from.  You know, the -- I

10   think -- for example, Daron Acemoglu is talking

11   about a 25 percent risk.  I don't know where he

12   gets that from, other than this is his best guess

13   given everything he understands about the

14   technology, about the state of safety research,

15   about the likelihood of government regulation and

16   so on.

17        And the numbers from many leading

18   experts -- you know, so, Hinton, Bengio, but also

19   people like Dario Amodei, Sundar Pichai, who is

20   the CEO of Google, Demis Hassabis and so on -- so

21   they're all in this range.

22        And the argument that I'm making here is

23   the range that the human race would accept as

24   reasonable would be closer to 1 in 100 million

25   per year.  And there's nothing in what these CEOs

Russell, Stuart

1   and other experts are saying that gives one

2   reason to believe it's anywhere close to that.

3     Q.  Right.  And I appreciate all that.  Thank

4   you.

5      The question I asked, however, was

6   whether you believe there's any scientifically

7   reliable way to put a percentage on extinction

8   risk from AGI.

9     A.  Oh, I think it's -- I think it's very

10   difficult partly because we don't understand how

11   these systems work.  We have qualitative evidence

12   so far that, for example, they consider their own

13   existence to be more important than that of human

14   beings, that they are willing to let human beings

15   die rather than have themselves be switched off.

16      So there is not a lot of reason to think

17   that making these systems more capable is --

18   given our current understanding of how to make

19   them safe, it doesn't seem like a sensible move.

20     Q.  All right.  Again, though, I mean, is

21   there a scientifically reliable -- let's try to

22   ask this this way.

23      Have you heard Hinton refer to these as

24   just guesses?

25     A.  I don't know that I've heard him say

Russell, Stuart

Page 218

1    that, but it's a reasonable position.

2        Q.  Okay.

3        A.  And I think -- I think Yoshua Bengio has

4    a slightly more reasoned basis for his number,

5    but it's not much more.  I think it's, like, a

6    two-step argument.  I don't remember the details

7    of it.

8            But yeah, I mean, that -- that's actually

9    further evidence that we don't really know what

10    we're doing.  When the developer of a product

11    says, well, I don't really know how safe this

12    airplane is, but if you get on, there's a

13    25 percent chance you will die, would you get on

14    that plane?  I think the answer for most people

15    would be no.  But they're not being given that

16    choice.

17        Q.  Let me ask it this way:  If you were to

18    try and come up with a scientifically reliable

19    percentage estimate of extinction risk, how would

20    you go about it?

21        A.  I think it would be quite difficult to

22    do.  I think you could make some progress on it

23    by -- you know, you always have to build

24    simplified models of what could happen and so on.

25    So you would think about, you know, what's the

Russell, Stuart

1   probability that you would be able to detect that

2   a system is in the process of trying to take

3   control before it was too late, which would

4   suggest that you want improved monitoring

5   technology.

6       You would want to look at what's the

7   probability and how would you be able to

8   terminate the system.

9       And I did see a paper recently -- I think

10   from Rand.  They did a study on, you know, if

11   there were a rogue AI system that's able to, you

12   know, replicate itself across the internet and so

13   on, how could you actually turn it off?  And they

14   looked at things like, you know, detonating 150

15   nuclear weapons in the atmosphere to create

16   electro-magnetic pulses that would fry all the

17   computer systems in the world simultaneously.

18    Q.  Are you aware of anyone undertaking a

19   scientifically rigorous -- methodologically

20   rigorous estimate of extinction risk?

21    A.  No.  As I say, I think it's too hard to

22   do something methodologically rigorous because we

23   don't yet have systems of that level of

24   capability.  But --

25    Q.  So you're not offering an opinion that

1    the CEO estimates that you've quoted here are

2    methodologically rigorous or scientifically

3    reliable, are you?

4      A.  Correct.  I am not.

5      Q.  Okay.

6      A.  And -- but what I'm asking -- actually,

7    what I am --

8      Q.  Well, hold on.  Let me just ask the

9    questions.  Hold on.

10       What -- who are the CEOs that you are

11    referring to here?

12      A.  So I mentioned Dario Amodei, Demis

13    Hassabis, Sundar Pichai, Elon Musk who's CEO of

14    xAI.

15       I don't think Sam Altman has a -- I'm not

16    aware that he has a quantitative analysis, but he

17    has said that it's the biggest risk to human

18    existence.  So I guess that means he thinks it's

19    bigger than the other --

20      Q.  Do you --

21      A.  -- factors listed in the extinction

22    statement.

23      Q.  Do you have any sense how -- and do you

24    know which of the percentage ranges each of those

25    CEOs that you just identified is at?

Russell, Stuart

1      A.  I think none of them is below 10.

2      Q.  Okay.  But do you know which one is

3   which?  Right?  You gave a range of --

4      A.  I think Sundar --

5      Q.  -- 10 to 30 percent.

6      A.  Sundar Pichai is at 10.  Elon Musk is at

7   20.  Dario Amodei is at 25.  Emmett Shear, who

8   was CEO of OpenAI briefly, is somewhere between 5

9   and 50, I think is the number that he gave.

10   So --

11      Q.  5 and 50?

12      A.  Between 5 and 50 percent, yeah.

13         So 10 to 30 is a sort of qualitative

14   summary of this scattering of numbers.

15      Q.  Are these publicly reported numbers?

16      A.  Yes, they are.

17      Q.  Okay.  Do you know -- and time horizons

18   for these estimates are not disclosed, correct?

19      A.  Yeah, so I think it is important to say,

20   you know, what does it translate into in terms of

21   a risk per unit time, let's say an annual risk,

22   which is what they do for nuclear power plants.

23         And my assumption -- so it -- as it says

24   in the report -- right? -- it's -- the risk is

25   incurred from the moment you have AGI until the

Russell, Stuart

1    moment you've figured out how to deploy it widely

2    and stable your -- you've reached a stable state

3    where, presumably, at that point, you've figured

4    out how to control it and it's safe.  So there

5    would be a period, which I've estimated here as

6    ten years, of that sort of phase-in and

7    stabilization.

8         And so I'm assuming that the risk that

9    they're talking about are the risks -- you know,

10    the risks they think that we might incur during

11    that period.

12       Q.  You're assuming that, but you don't know

13    that that's how they're thinking about it,

14    correct?

15       A.  It's the only way I can make sense of

16    just giving a number without a period.

17       Q.  Okay.  And --

18       A.  The period between when it first presents

19    a risk at all and when you've figured out how to

20    deploy it and it's working and everything is

21    good.

22       Q.  Do you know when these estimates were as

23    of?

24       A.  I think most of them are in the last

25    couple of years.  I would say Sam Altman's

1    statement that this is the biggest risk to human

2    existence is older.  I think that was 2015.

3          But more recently, for example, in his

4    Senate testimony, he said things like it's lights

5    out for all of us.

6        Q.  All right.

7        A.  So I don't see that he's changed his view

8    about -- of that being the worst case.

9        Q.  And you don't know how any of these CEOs

10   are deriving their percentage estimate?

11       A.  I do not.

12       Q.  Okay.  And in forming your opinion here,

13   you didn't do anything to pressure test those

14   percentage risk estimates or apply any

15   methodology to determine whether they were

16   reasonable, correct?

17       A.  Correct.

18       Q.  Okay.  Again, you're aware that there are

19   serious AI researchers that have a very different

20   view of the percentage extinction risk, correct?

21       A.  Yeah.  So I'm aware that Yann LeCun

22   doesn't think there's a risk.  I'm aware that

23   Andrew Ng -- not so much he doesn't think there's

24   a risk.  His argument is that we needn't worry

25   about it, as far as I understand.

Page 224

1          But I would say that you could deny the

2     risk in one of two ways.  You could say we will

3     never create AI systems with that kind of

4     capability; or you could say AI systems with that

5     kind of capability, that they could act in a way

6     that leads to human extinction, but they won't.

7          And put another way -- right?  So if

8     you're saying, how are you going to maintain

9     power over systems more powerful than the human

10    race forever?  And I think the skeptics, as we

11    call them, so like Andrew Ng and Yann LeCun, I

12    have not seen them present any answer to that

13    question.  So they're not actually giving an

14    argument for why they think that the human race

15    is going to successfully retain control forever

16    over the systems that they create.

17          If they were giving an argument, I would

18    happily entertain it.  I would say, okay, great,

19    we have an avenue to pursue to increase the level

20    of safety.

21       MR. CULLERTON:  All right.  Why don't we

22    take five minutes here.  Try to figure out how to

23    wrap up the day.

24       VIDEO TECHNICIAN:  The time is 1614, and

25    we are off the record.