JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:   (212) 403-1000
Facsimile:    (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **DECLARATION OF DAVID J. WIENER IN SUPPORT OF OPENAI DEFENDANTS' MOTION IN LIMINE #2** <br><br> Date:  March 13, 2026 <br> Time:  9:00 AM <br> Courtroom:  1 – 4th Floor <br> Judge:  Hon. Yvonne Gonzalez Rogers |

I, DAVID J. WIENER, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP and counsel of record for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (together, the "OpenAI Defendants"). I submit this Declaration in support of the OpenAI Defendants' Motion In Limine #2 in the above captioned matter. I make this Declaration based on facts that I personally know, except where otherwise indicated. If called as a witness, I would testify to the facts listed below.

2. Attached as **Exhibit A** is a true and correct copy of a *Wall Street Journal* article, "The Secrets and Misdirection Behind Sam Altman's Firing From OpenAI," dated March 28, 2025, produced by the Plaintiff Elon Musk at 2024MUSK-0011437 and included as Plaintiff Trial Exhibit 324.

3. Attached as **Exhibit B** is a true and correct copy of an article in *The Economist*, "AI firms mustn't govern themselves, say ex-members of OpenAI's board," dated March 26, 2024, produced by the Defendant Microsoft at MSFT_MUSK000056581 and included as Plaintiff Trial Exhibit 363.

4. Attached as **Exhibit C** is a true and correct copy of a series of posts on X (formerly Twitter) by Jan Leike, dated May 17, 2024, produced by Plaintiff Elon Musk at 2024MUSK-0013709 and included as Plaintiff Trial Exhibit 362.

5. Attached as **Exhibit D** is a true and correct copy of excerpts of the transcript of the deposition of Elon Musk, dated September 26, 2025.

6. Attached as **Exhibit E** is a true and correct copy of excerpts of the transcript of the

1  deposition of Tasha McCauley, dated September 30, 2025.

2      7.    Attached as **Exhibit F** is a true and correct copy of excerpts of the transcript of the
3  deposition of Shivon Zilis, dated September 12, 2025.

4      8.    Attached as **Exhibit G** is a true and correct copy of excerpts of the transcript of the
5  deposition of Helen Toner, dated October 8, 2025.

6      I declare under penalty of perjury that the foregoing is true and correct. Executed on
7  February 24, 2026, at Goleta, California.

                                          */s/ David J. Wiener*
                                          David J. Wiener

## ECF ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file this **DECLARATION OF DAVID J. WIENER IN SUPPORT OF OPENAI DEFENDANTS' MOTION IN LIMINE #2**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Date: February 24, 2026

*/s/ Jordan Eth*
Jordan Eth