# EXHIBIT F

```
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------
ELON MUSK, et al.,
     Plaintiffs,
v.
SAMUEL ALTMAN, et al.,
     Defendants.


Case No. 4:24-cv-04722-YGR
-----------------------------------


VIDEO DEPOSITION OF
Shivon Zilis
September 12, 2025
San Francisco, California
Lead: Sarah Eddy, Esquire
Firm: Wachtell Lipton Rosen & Katz




FINAL COPY - HIGHLY CONFIDENTIAL
JANE ROSE REPORTING - 1-800-825-3341
```

A P P E A R A N C E S

ATTORNEYS FOR ELON MUSK AND THE PLAINTIFF AND THE WITNESS:
Jennifer Schubert, Esq.
Alexandra Eynon, Esq.
Steven F. Molo, Esq.
MOLOLAMKEN
430 Park Avenue
New York, NY 10022
(212) 607-8160
jschubert@mololamken.com
aeynon@mololamken.com
smolo@mololamken.com
and
Marc Toberoff, Esq.
Jaymie Parkkinen, Esq. (via Zoom)
TOBEROFF & ASSOCIATES
23823 Malibu Road, Suite 50-363
Malibu, California 90265
(310) 246-3333
mtoberoff@toberoffandassociates.com

ATTORNEYS FOR THE OPENAI DEFENDANTS:
Sarah Eddy, Esq.
Kelsey Borenzweig, Esq.
Ethan Cohen, Esq.
William Savitt, Esq.
Brad Wilson, Esq. (via Zoom)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
(212) 403-1147

skeddy@wlrk.com

kaborenzweig@wlrk.com

ezcohen@wlrk.com

wdsavitt@wlrk.com

and

Camila Tapernoux, Esq.

MORRISON & FOERSTER

425 Market Street

San Francisco, CA 94105-2482

(415) 268-6273

ctapernoux@mofo.com

A P P E A R A N C E S

ATTORNEYS FOR MICROSOFT:

Nisha Patel Gupta, Esq.

Hannah Leone, Esq.

DECHERT, LLP

45 Fremont Street, 26th Floor

San Francisco, CA 94105

(415) 262-4557

nisha.patelgupta@dechert.com

hannah.leone@dechert.com


JANE ROSE REPORTING

74 Fifth Avenue

New York, New York 10011

1-800-825-3341

Lorrie L. Marchant, Court Reporter

Vinny Bezerra, Videographer

CALIFORNIA FIRM CERT 254

TABLE OF CONTENTS

Witness: SHIVON ZILIS

Examination

By Ms. Eddy ............................... Page   6
By Ms. Patel .............................. Page 314
By Ms. Schubert ........................... Page 327
By Ms. Eddy ............................... Page 333


Reporter Certificate......................Page 341
Notice to Read and Sign...................Page 342
Index of Exhibits.........................Page 345

1    look at whatever transpired.
2       Q.  If you did approve that transaction, it's
3    fair to say that you did so consistent with your
4    fiduciary duties to OpenAI, Inc.?
5           MS. SCHUBERT:  Objection to form.
6           THE WITNESS:  Can you repeat that?
7           BY MS. EDDY:
8       Q.  Do you -- did you understand that as a
9    member of the board of OpenAI, Inc. you owed
10   fiduciary duties to that entity?
11      A.  Yes.
12      Q.  And what were those duties?
13      A.  To act in the best interest according to
14   how I knew how to.
15      Q.  So if you signed off on a transaction with
16   Microsoft in January 2023, you would have done so
17   consistent with those fiduciary duties; right?
18      A.  Correct.
19      Q.  And same with when you approved the Argos 1
20   transaction in 2021, you did so consistent with your
21   fiduciary duties as a board member of OpenAI; right?
22      A.  Correct.
23      Q.  And did all the other directors of OpenAI
24   act consistent with their fiduciary duties --
25          MS. SCHUBERT:  Objection.