# EXHIBIT G

1           IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    - - -

4

ELON MUSK, et al.,        :   CASE NO.

5                              :   4:24-CV-04722-

        Plaintiffs      :   YGR

6                              :

   v.                      :

7                              :

SAMUEL ALTMAN, et al.,      :

8                              :

        Defendants.      :

9

10           - HIGHLY CONFIDENTIAL -

11           - ATTORNEYS' EYES ONLY -

12                    - - -

13               October 8, 2025

14                    - - -

15

16           Videotaped hybrid deposition of

17   HELEN TONER, taken pursuant to notice, was held at

18   the law offices of 600 New Hampshire Avenue, NW,

19   Washington, D.C., beginning at 11:11 a.m., on the

20   above date, before Michelle L. Ridgway, a

21   Registered Professional Reporter, Certified Court

22   Reporter (NJ-CCR # XI02126), Certified Realtime

23   Reporter, Certified Shorthand Reporter (CA-CSR

24   # 14592), and Notary Public.

25

Page 2

```
 1    APPEARANCES:
 2
 3         MOLOLAMKEN LLP
      BY:  ROBERT K. KRY, ESQ.
 4         BY:  WALTER H. HAWES IV, ESQ.
      (In person)
 5         600 New Hampshire Avenue, N.W.
      Washington, D.C.  20037
 6         202.556.2000
      rkry@mololamken.com
 7         whawes@mololamken.com
 8          - and -
 9         MOLOLAMKEN LLP
      BY:  JENNIFER SCHUBERT, ESQ.
10         (Zoom)
      BY:  SARA TOFIGHBAKHSH, ESQ.
11         (Zoom)
      430 Park Avenue
12         New York, New York 10022
      212.607.8160
13         jschubert@mololamken.com
      stofighbakhsh@mololamken.com
14         Representing the Plaintiffs,
      Elon Musk and xAI
15
16         DECHERT LLP
      BY:  JOHN (JAY) JURATA, JR., ESQ.
17         (In person)
      1900 K Street, NW
18         Washington, D.C.  20006
      202.261.3300
19         jay.jurata@dechert.com
20          - and -
21         DECHERT LLP
      BY:  ELISA BENEZE, ESQ.
22         (In person)
      Cira Centre, 2929 Arch Street
23         Philadelphia, Pennsylvania  19104
      215.994.4000
24         elisa.beneze@dechert.com
      Representing the Defendant, Microsoft
25         Corporation
```

Page 3

```
 1        APPEARANCES:  (Cont'd.)
 2
    WACHTELL, LIPTON, ROSEN & KATZ
 3        BY:  NATHANIEL D. CULLERTON, ESQ.
    BY:  ADAM P. TANNE, ESQ.
 4        BY:  ETHAN Z. COHEN, ESQ.
    (In person)
 5        51 West 52nd Street
    New York, New York  10019
 6        212.403.1000
    ndcullerton@wlrk.com
 7        aptanne@wlrk.com
    ezcohen@wlrk.com
 8
      - and -
 9
    MORRISON & FOERSTER
10        BY:  CAMILA A. TAPERNOUX, ESQ.
    (Zoom)
11        425 Market Street
    San Francisco, California 94105
12        415.268.7000
    ctapernoux@mofo.com
13        Representing the Defendant, Samuel Altman
    and OpenAI
14
15        ELLIS GEORGE LLP
    BY:  KATHERINE A. PETTI, ESQ.
16        BY:  CHRIS BERG, ESQ.
    (Via zoom)
17        2121 Avenue of the Stars
    Suite 3000
18        Los Angeles, California  90067
    310.274.7100
19        kpetti@ellisgeorge.com
    cberg@ellisgeorge.com
20        Representing the witness, Helen Toner
21
    COOLEY LLP
22        BY:  ANIKA HOLLAND, ESQ.
    (Zoom)
23        3 Embarcadero Center
    San Francisco, California 94111
24        415.693.2000
    Anika.holland@cooley.com
25        Representing Ilya Sutskever
```

Toner, Helen



Page 4

1      APPEARANCES:  (Cont'd.)

2

       VIDEOTAPE TECHNICIAN:

3

        Jonathan Perry - Lexitas

4

5      ALSO PRESENT:

6

       Jacob Figueroa - Document Tech/Zoom

7         (Lexitas)

8

9              - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1                    - - -

2          I N D E X

3            - - -

4

Testimony of:

5

                   HELEN TONER

6

7        By Mr. Kry            12, 316, 344

8        By Mr. Cullerton          173, 319

9        By Ms. Beneze                331

10

11              - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

```
 1              - - -
 2          E X H I B I T S
 3              - - -
 4
 5   NO.           DESCRIPTION           PAGE
 6   Toner
```

Exhibit 1     Helen Toner Joins     34

```
 7              OpenAI's Board of
          Directors
 8              2024MUSK-0014029-30
 9
```
Toner
```
10   Exhibit 2     Decoding Intentions     66
          Artificial Intelligence
11              And Costly Signals
          2024MUSK-0014031-96
12
13   Toner
```
Exhibit 3     SEC Form D          82
```
14              2024MUSK=0011596-00
15
16   Toner
```
Exhibit 4     Unanimous Written     102
```
17              Consent of BOD of
          OpenAI, Inc.
18              OPENAI_MUSK00027400-4
19
```
Toner
```
20   Exhibit 5     E-mail Thread     115
          11/17/23
21              Subject, Board Update
          SUTSKEVER_MUSKSUB_000000527
22
23   Toner
```
Exhibit 6     OpenAI Announces     116
```
24              Leadership Transition
          2024MUSK-0014150-55
25
```

```
                                                        Page 7
1                - - -
2              E X H I B I T S
3                - - -
4
5   NO.           DESCRIPTION              PAGE
6   Toner
Exhibit 7      Slack Messages        135
7              11/19/23
         2024MUSK-0010950-51

8
9   Toner
Exhibit 8      E-mail Thread         144
10             11/20/23
         Subject, Slack Message
11             SUTSKEVER_MUSKSUB_000000625-26
12
Toner
13   Exhibit 9     Tweet               152
         (Helen Toner)
14             3/8/24
         MSFT_MUSK000085635
15
16   Toner
Exhibit 10     AI Firms Mustn't       154
17             Govern Themselves
         MSFT_MUSK000056581-87
18
19   Toner
Exhibit 11     Transcript of the TED AI   157
20             Episode
         MSFT_MUSK000056588-02
21
22   Toner
Exhibit 12     Written Testimony      161
23             Of Helen Toner
         9/17/24
24             2024MUSK-0013545-50
25
```

Toner, Helen

Page 8

```
 1                  - - -
 2              E X H I B I T S
 3                  - - -
 4
 5   NO.          DESCRIPTION          PAGE
 6
Toner
 7   Exhibit 13     The Secrets and        166
             Misdirection
 8              Behind Sam Altman's
             Firing from OpenAI
 9                2024MUSK-00111437-45
10
Toner
11   Exhibit 14     (Retained by Wachtell    236
             Counsel)
12              Not Distributed
13
Toner
14   Exhibit 15     Tweet              252
             (Emmett Shear)
15              11/20/23
             2024MUSK-0014175-76
16
17   Toner
Exhibit 16     E-mail Thread         269
18              11/20/23
             Subject, Please Reconsider
19                OPENAI_MUSK00027462-63
20
Toner
21   Exhibit 17     To the Board of Directors  274
             Of OpenAI
22                OPENAI_MUSK00037737-51
23
24
25
```

Toner, Helen

Page 9

1                 - - -

2            E X H I B I T S

3                 - - -

4

5   NO.           DESCRIPTION              PAGE

6   Toner

Exhibit 18      Review Completed &       285

7               Altman, Brockman to Continue

        To Lead OpenAI

8               OPENAI_MUSK00037731-33

9

10              - - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Toner, Helen

Page 10

```
 1              - - -

 2          DEPOSITION SUPPORT INDEX

 3              - - -

 4

 5   Direction to Witness Not to Answer

 6   PAGE    LINE    PAGE LINE       PAGE LINE
None.

 7

 8   Request for Production of Documents

 9   PAGE    LINE    PAGE LINE       PAGE LINE
None.

10

11    Stipulations

12   PAGE    LINE    PAGE LINE       PAGE LINE
None.

13

14    Questions Marked

15   PAGE    LINE    PAGE LINE       PAGE LINE
None.

16

17

18

19

20

21

22

23

24

25
```

Toner, Helen

Page 154

1   oversight should be unacceptable."

2        Is that an accurate statement of

3   what you told WilmerHale?

4    A.     Yes.

5    Q.     And is the reference to deception,

6   manipulation, and resistance to thorough oversight

7   your description of the conduct that Mr. Altman

8   engaged in?

9        MR. CULLERTON:  Object to

10    form.

11        THE WITNESS:  Yes.

12        (Document marked for identification

13     as Toner Exhibit 10.)

14   BY MR. KRY:

15    Q.     So I've marked as Exhibit 10 a

16   document stamped MSFT_MUSK 56581.  This is a May

17   26, 2024, article from The Economist, published

18   by -- or authored by you and Ms. McCauley, with the

19   title "AI firms mustn't govern themselves, say

20   ex-members of OpenAI's board."

21        Ms. Toner, did you co-author this

22   article with Ms. McCauley?

23    A.     Yes.

24    Q.     Why did you decide to publish the

25   article?

Toner, Helen

Page 155

1       A.      We believed that there were

2   important aspects of the board's decision to fire

3   Sam that had not been made clear publicly, and we

4   wanted to share them.

5       Q.      So on the second page of this

6   article, the second sentence, it says, "When we

7   were recruited to the board of OpenAI - Tasha in

8   2018 and Helen in 2021 - we were cautiously

9   optimistic that the company's innovative approach

10  to self-governance could offer a blueprint for

11  responsible AI development.  But based on our

12  experience, we believe that self-governance cannot

13  reliably withstand the pressure of profit

14  incentives."

15              What about your experience at

16  OpenAI led you to believe that self-governance

17  cannot reliably withstand the pressure of profit

18  incentives?

19      A.      Several things.

20              Partly, some relevant factors

21  included the role that we perceived expected

22  profits to have played in the pushback to our

23  decision to fire Sam.

24              I think the profit incentives is

25  maybe an incomplete phrase here.  I think profit

1   and personal gain is maybe a more complete way to

2   put it, because I think my judgment of Sam's

3   resistance to board oversight was not purely about

4   the financial incentives at play for him but also

5   about the enormous amount of power that he would

6   wield if OpenAI was successful in developing

7   extremely advanced AI systems.  So that was one

8   element.

9            Profit played a more direct part in

10   what we perceived to be Microsoft's role in the

11   aftermath of firing Sam and also in the reaction of

12   some employees who were concerned about their

13   equity stakes and the potential loss of an upcoming

14   stock sale, tender deal.

15            All of which we believed played

16   significant roles in what turned out to be the

17   nonprofit's ability to perform one of its most

18   basic duties, which is to hire and fire the CEO.

19       Q.    Did you perceive that profit

20   incentives also played a role in the various

21   episodes where AI safety breaches either occurred

22   or were not promptly disclosed to the board?

23            MR. CULLERTON:  Object to

24    form.

25            THE WITNESS:  Yes.  I

Page 157

1    generally believed that being part of to

2    move fast and be ahead of competitors and

3    earn market share were significant factors

4    in the ways in which mission-critical

5    information was and wasn't communicated to

6    the board.

7   BY MR. KRY:

8        Q.     Does that include the failures to

9   communicate information that you testified about

10   earlier today?

11              MR. CULLERTON:  Object to

12    form.

13              THE WITNESS:  Yes.

14              (Document marked for identification

15         as Toner Exhibit 11.)

16   BY MR. KRY:

17        Q.     I have marked as Exhibit 11 a

18   document stamped MSFT_MUSK 56588.

19              This is a transcript of a podcast

20   you appeared on called the TED AI Show, on May 28,

21   2024.  The episode was entitled, "What Really Went

22   Down at OpenAI and the Future of Regulation with

23   Helen Toner."

24              Do you remember appearing on this

25   podcast?