1  RUSSELL P. COHEN (SBN 213105)
   Russ.cohen@dechert.com
2  HOWARD M. ULLMAN (SBN 206760)
   Howard.ullman@dechert.com
3  DECHERT LLP
   45 Fremont Street, 26th Floor
4  San Francisco, CA 94105
   Telephone: (415) 262-4500
5  Facsimile: (415) 262-4555

6  NISHA PATEL (SBN 281628)
   Nisha.patelgupta@dechert.com
7  DECHERT LLP
   633 West 5th Street, Suite 4900
8  Los Angeles, CA 90071
   Telephone: (213) 808-5700
9  Facsimile: (213) 808-5760

   ANDREW J. LEVANDER (admitted *pro hac vice*)
   Andrew.levander@dechert.com
   DECHERT LLP
   Three Bryant Park
   1095 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 698-3500
   Facsimile: (212) 698-3599

   JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
   Jay.jurata@dechert.com
   DECHERT LLP
   1900 K Street, N.W.
   Washington, DC 20006
   Telephone: (202) 261-3300
   Facsimile: (202) 261-3333

10 *Attorneys for Defendant Microsoft Corporation*

11 (Additional counsel listed on the next page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Judge Yvonne Gonzalez Rogers |
| v. | **JOINT STIPULATION REGARDING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL EXCERPTS OF DR. ARNOLD DEPOSITION** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | Date: March 13, 2016<br>Time: 9:00 AM<br>Courtroom: 1 – 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
| | JEth@mofo.com |
| 2 | WILLIAM FRENTZEN (CA SBN 343918) |
| | WFrentzen@mofo.com |
| 3 | DAVID J. WIENER (CA SBN 291659) |
| | DWiener@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, CA 94105 |
| | Telephone: (415) 268-7000 |
| 6 | |
| | WILLIAM SAVITT (admitted *pro hac vice*) |
| 7 | WDSavitt@wlrk.com |
| | BRADLEY R. WILSON (admitted *pro hac vice*) |
| 8 | BRWilson@mofo.com |
| | SARAH K. EDDY (admitted *pro hac vice*) |
| 9 | SKEddy@wlrk.com |
| | NATHANIEL CULLERTON (admitted *pro hac vice*) |
| 10 | NDCullerton@wlrk.com |
| | WACHTELL, LIPTON, ROSEN & KATZ |
| 11 | 51 West 52nd Street |
| | New York, NY 10019 |
| 12 | Telephone: (212) 403-1000 |
| 13 | *Attorneys for Defendants Samuel Altman, Gregory Brockman,* |
| | *OpenAl, Inc., OpenAI L.P., OpenAl, L.L.C., OpenAI GP, L.L.C.,* |
| 14 | *OpenAl OpCo, LLC, OpenAl Global, LLC, OAI Corporation, LLC,* |
| | *OpenAl Holdings, LLC, OpenAl Startup Fund Management, LLC,* |
| 15 | *OpenAl Startup Fund GP I, L.L.C., OpenAl Startup Fund I, L.P.,* |
| | *OpenAl Startup Fund SPV GP I, L.L.C., OpenAl Startup Fund SPV GP II, L.L.C.,* |
| 16 | *OpenAl Startup Fund SPV GP III, L.L.C., OpenAl Startup Fund SPV GP IV, L.L.C.,* |
| | *OpenAl Startup Fund SPV I, L.P., OpenAl Startup Fund SPV II, L.P.,* |
| 17 | *OpenAl Startup Fund SPV III, L.P., OpenAl* Startup *Fund SPV IV, L.P.,* |
| | *Aestas Management Company, LLC, and Aestas LLC* |
| 18 | |
| 19 | MARC TOBEROFF (CA SBN 188547) |
| | MToberoff@toberoffandassociates.com |
| 20 | TOBEROFF & ASSOCIATES, P.C. |
| | 23823 Malibu Road, Suite 50-363 |
| 21 | Malibu, CA 90265 |
| | Telephone: (310) 246-3333 |
| 22 | |
| | Steven F. Molo (*pro hac vice*) |
| 23 | Robert K. Kry (*pro hac vice*) |
| | Jennifer Schubert (*pro hac vice*) |
| 24 | MOLOLAMKEN LLP |
| | 430 Park Avenue |
| 25 | New York, NY 10022 |
| | Telephone: (212) 607-8160 |
| 26 | |
| | *Attorneys for Plaintiffs Elon Musk and X.AI Corp.* |
| 27 | |
| 28 | |

- 1 -

JOINT STIPULATION RE MICROSOFT'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL
RULES 7-11, 7-12, AND 79-5
4:24-CV-04722-YGR

## STIPULATION OF THE PARTIES

WHEREAS, Defendant Microsoft Corporation's Motion in Limine No. 1 ("MIL No. 1") asks the Court to exclude evidence or argument at trial concerning the personal, family law litigation history of Microsoft's damages expert, Jonathan I. Arnold, Ph.D.;

WHEREAS, Microsoft has notified counsel for the OpenAI Defendants and Plaintiff Elon Musk (collectively, "the Parties") of its intent to file excerpts of Dr. Arnold's December 22, 2025 deposition transcript as Exhibit A to MIL No. 1;

WHEREAS, Microsoft has proposed narrow redactions to Exhibit A based on sensitive personal information concerning a third party;

WHEREAS, Microsoft seeks to maintain the information redacted in Exhibit A under seal for the reasons set forth in its Administrative Motion to Seal Pursuant to Local Rules 7-11 and 79-5, which it files concurrently herewith;

NOW, THEREFORE, subject to the Court's approval, the Parties agree that this information may be maintained under seal for purposes of Microsoft's MIL No. 1.

IT IS SO STIPULATED.

DATED: February 24, 2026            DECHERT LLP

                                    */s/  Russell P. Cohen*
                                    RUSSELL P. COHEN (SBN 213105)

                                    *Attorneys for Defendant Microsoft Corporation*


DATED: February 24, 2026            MORRISON & FOERSTER LLP

                                    */s/  Jordan Eth*
                                    JORDAN ETH (CA SBN 121617)

                                    *Attorneys for the OpenAI Defendants*

1  DATED: February 24, 2026                    MOLOLAMKEN LLP
2
3                                               */s/  Robert K. Kry*
                                                ROBERT K. KRY (*pro hac vice*)
4
                                                *Attorneys for Plaintiffs Elon Musk*
5                                               *and X.AI Corp.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 24, 2025

*By: /s/ Russell P. Cohen*
RUSSELL P. COHEN

- 4 -

JOINT STIPULATION RE MICROSOFT'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL RULES 7-11, 7-12, AND 79-5
4:24-CV-04722-YGR