| | |
|---|---|
| RUSSELL P. COHEN (SBN 213105) | ANDREW J. LEVANDER (admitted *pro hac vice*) |
| Russ.cohen@dechert.com | Andrew.levander@dechert.com |
| HOWARD M. ULLMAN (SBN 206760) | DECHERT LLP |
| Howard.ullman@dechert.com | Three Bryant Park |
| DECHERT LLP | 1095 Avenue of the Americas |
| 45 Fremont Street, 26th Floor | New York, NY 10036 |
| San Francisco, CA 94105 | Telephone: (212) 698-3500 |
| Telephone: (415) 262-4500 | Facsimile: (212) 698-3599 |
| Facsimile: (415) 262-4555 | |
| | JOHN (JAY) JURATA, JR. (admitted *pro hac vice*) |
| NISHA PATEL (SBN 281628) | Jay.jurata@dechert.com |
| Nisha.patelgupta@dechert.com | DECHERT LLP |
| DECHERT LLP | 1900 K Street, N.W. |
| 633 West 5th Street, Suite 4900 | Washington, DC 20006 |
| Los Angeles, CA 90071 | Telephone: (202) 261-3300 |
| Telephone: (213) 808-5700 | Facsimile: (202) 261-3333 |
| Facsimile: (213) 808-5760 | |

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF NISHA PATEL IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | Date Action Filed: August 5, 2024 |
| | Trial Date: April 27, 2026 |

I, Nisha Patel, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California and admitted to practice before this Court. I am a Partner at the law firm of Dechert LLP ("Dechert"), which represents Defendant Microsoft Corporation ("Microsoft"). I am an attorney of record for Microsoft. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them. I hereby submit this declaration in support of Microsoft's Administrative Motion to Seal.

2. Pursuant to Civil Local Rules 7-11 and 79-5, Microsoft seeks to seal portions of the following document, of which a redacted version was attached as Exhibit A to the Declaration of Nisha Patel filed with Defendant Microsoft's Motion in Limine No. 1 to Preclude Mentions of Dr. Arnold's Personal Litigations:

| Document | Portion(s) Requested to be Sealed |
|---|---|
| Deposition Transcript of Dr. Jonathan I. Arnold, as filed in redacted form at Dkt. 412-02 (Exhibit A to the Declaration of Nisha Patel filed with Defendant Microsoft's Motion in Limine No. 1 to Preclude Mentions of Dr. Arnold's Personal Litigations). | Limited portions of testimony on pp. 55-56, as marked in red boxes in Exhibit A to this Declaration. |

3. Redaction of this information is warranted because the disclosure of sensitive personal information concerning a third-party could result in invasion of privacy, or other misconduct directed toward the individuals involved.

For the foregoing reasons, Microsoft respectfully moves this Court pursuant to Civil L.R. 79-5 to keep the above-listed material under seal.

I declare under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 24th of February, 2026, in Porter Ranch, California.

                                                 /s/ Nisha Patel
                                                 NISHA PATEL

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: February 24, 2026         By: */s/ Russell P. Cohen*
                                 RUSSELL P. COHEN