**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAMUEL ALTMAN, et al.,<br><br>        Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL** |

Before the Court is Defendant Microsoft Corporation's Administrative Motion to Seal, as well as the Declaration of Nisha Patel in support of Microsoft's Motion, the Joint Stipulation Regarding Microsoft's Motion, and excerpts from the Deposition Transcript of Dr. Jonathan I. Arnold. The Court finds that compelling reasons exist to seal the limited material submitted in connection with Microsoft's Motion, as set forth below:

| Document(s) to be Sealed | Portion(s) to be Sealed |
|---|---|
| Deposition Transcript of Dr. Jonathan I. Arnold, as filed in redacted form at Dkt. 412-02 (Exhibit A to the Declaration of Nisha Patel filed with Defendant Microsoft's Motion in Limine No. 1 to Preclude Mentions of Dr. Arnold's Personal Litigations). | Limited portions of testimony on pp. 55-56, as marked in red boxes in Exhibit A to this Declaration. |

As such, the Administrative Motion is **GRANTED**, and the testimony identified by the table above shall be sealed.

**IT IS SO ORDERED**

Dated: _____    _____

The Honorable Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE