# EXHIBIT B

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>CONFIDENTIAL | December 23, 2025<br>David Schizer, Esquire |

```
                                                              Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
------------------------------------------
ELON MUSK, et al.,
      Plaintiffs,
v.
SAMUEL ALTMAN, et al.,
      Defendants.

Case No. 4:24-cv-04722-YGR
------------------------------------------


VIDEO DEPOSITION OF
David Schizer, Esquire
December 23, 2025
New York, New York
Lead: Nathaniel Cullerton, Esquire
Firm: Wachtell Lipton Rosen & Katz




    FINAL COPY - CONFIDENTIAL
    JANE ROSE REPORTING - 1-800-825-3341
```

| | |
|---|---|
| JANE ROSE REPORTING<br>1-800-825-3341 | National Court-Reporting Coverage<br>janerose@janerosereporting.com |

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>CONFIDENTIAL | December 23, 2025<br>David Schizer, Esquire |

```
                                                          Page 2
          A P P E A R A N C E S

           MOLOLAMKEN LLP
                   Attorneys for Plaintiff
                   600 New Hampshire Avenue, N.W.
                   Washington, DC 20037
            BY:    ERIC R. NITZ, ESQ.
                   ROBERT KRY, ESQ.


           WACHTELL LIPTON ROSEN AND KATZ
                   Attorneys for Defendant
                   51 West 52nd Street
                   New York, NY 10019
            BY:    NATHANIEL D. CULLERTON, ESQ.
                   ZACHARY DAVID, ESQ.
                   EMILY ROSS, ESQ.
                   BRADLEY R. WILSON, ESQ. Via Zoom


           DECHERT LLP
                   Attorneys for Defendant
                   Microsoft
                   45 Fremont Street, 26th Floor
                   San Francisco, CA 94105
            BY:    RUSSELL P. COHEN, ESQ.

           JANE ROSE REPORTING
                   74 Fifth Avenue
                   New York, New York 10011
                   1-800-825-341
                   Brooke Perry, Court Reporter
                   Jonathan Popham, Videographer
```

Case 4:24-cv-04722-YGR   Document 414-3   Filed 02/24/26   Page 4 of 12

| Elon Musk v. | FINAL | December 23, 2025 |
| Samuel Altman | CONFIDENTIAL | David Schizer, Esquire |

Page 3

TABLE OF CONTENTS

EXAMINATION OF                                              PAGE

By Nathaniel Cullerton..................Page 5
By Russell Cohen.......................Page 270


Index of Exhibits .................... Page 310
Reporter Certificate ................. Page 311
Instructions to Read and Sign ........ Page 312

JANE ROSE REPORTING                National Court-Reporting Coverage
1-800-825-3341                     janerose@janerosereporting.com

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>CONFIDENTIAL | December 23, 2025<br>David Schizer, Esquire |

Page 272

```
1       party or as the manager directly responsible.
2       Q.      And was this in your capacity as a board member
3       of SEACOR that you testified about earlier?
4       A.      Yes.  And also there were -- look, there have
5       been transactions for that business, for sure, while I
6       was the director.  I was also the director of two
7       private companies, and there were times when something
8       relating to safety was implicated by a transaction.
9       Q.      Let me ask a more specific question.  Do you
10      have any experience negotiating a safety board provision
11      in any agreement between two companies?
12      A.      Creating a safety board, no.
13      Q.      Have you ever worked for a for-profit company
14      aside from board service?
15      A.      So I was a lawyer at what I think was a
16      partnership at the time.  And so in that respect, yes, I
17      was a full-time employee.  But otherwise, I've worked as
18      a full-time employee at nonprofits, and it's been board
19      service at for-profits.
20      Q.      And does your book on nonprofits address
21      collaborations between for-profits and not-for-profits?
22      A.      Not that I recall.
23      Q.      And your book is not focused on for-profit
24      companies practices in entering into nonprofit
25      collaborations, is it?
```

Elon Musk v.　　　　　　　　FINAL　　　　　　　December 23, 2025
Samuel Altman　　　　　　CONFIDENTIAL　　　　David Schizer, Esquire

Page 280

```
 1     correct?
 2     A.     So because I was asked to look at this
 3     situation -- and in this situation, OpenAI was
 4     partnering initially with the FCLPs and then
 5     particularly with Microsoft.  I think that Microsoft's
 6     role and the relationship between them was within the
 7     scope of what I was asked to consider.
 8     Q.     My question was quite specific, though.  I
 9     asked you whether you were asked to provide expert
10     testimony on the usual practice of for-profit companies,
11     the customary and usual practice of for-profit companies
12     in collaborating with nonprofits.
13     A.     So I certainly was not asked to provide
14     opinions about for-profit companies generally.  I do
15     think that I was asked to talk about joint ventures and
16     affiliations between for-profits and not-for-profits.
17            And so in that respect, the assignment would
18     include observations about the choices, conduct of the
19     for-profit partner.  But I also think that my focus was
20     on the not-for-profit here.
21     Q.     Do you speak about, in your report, the
22     customary and usual practices for considering the
23     choices and conduct of the for-profit partner?
24                   MR. NITZ:  Objection.
25     A.     So I think that in ways I do, and I also think
```

| Elon Musk v.<br>Samuel Altman | FINAL<br>CONFIDENTIAL | December 23, 2025<br>David Schizer, Esquire |
|---|---|---|

```
                                                        Page 282
 1     Q.     So separate and apart from the impact of the
 2     for-profit company's conduct on the not-for-profit, are
 3     there independent or separate standards or customs and
 4     practices regarding the for-profit's conduct in such
 5     collaborations?
 6     A.     That's not my focus.  My focus is really on how
 7     the for-profit firm's conduct can affect the nonprofit
 8     and its mission.
 9     Q.     Let me ask you about your Opinion Number 2 and
10     specifically your discussion beginning at paragraph 68
11     that you testified about earlier regarding Microsoft's
12     inclusion on the DSB.
13            Do you recall that?
14     A.     Yes, mm-hmm.
15     Q.     Is it your opinion, Dean Schizer, that
16     Microsoft did anything wrong when it was included in
17     safety reviews under the DSB structure?
18     A.     So my particular concern is that OpenAI agreed
19     to this.  I don't think it's great that Microsoft asked
20     for it, but I would say that the problem this creates is
21     particularly for the not-for-profit, and, therefore,
22     it's the not-for-profit that should have not done it.
23     Q.     What is your understanding based on -- as to
24     who asked for what in the negotiation of the JDCA?
25     A.     I don't have an understanding as to that
```

| Elon Musk v.<br>Samuel Altman | FINAL<br>CONFIDENTIAL | December 23, 2025<br>David Schizer, Esquire |
|---|---|---|

```
                                                  Page 299
 1      A.      No.  It's because I have enough experience to
 2      know that, when a nonprofit develops a new technology
 3      and licenses it, there will be a sharing of revenue.
 4      And as I've mentioned, I've been involved at a level of
 5      policy, if not in negotiations, through university.
 6              So it actually doesn't follow from my lack of
 7      familiarity, so much as I think -- I think, in
 8      principle, having licensing is fine.  What just strikes
 9      me as unexpected and potentially concerning here is this
10      idea of pairing it with equity.  It just seems like a
11      lot.
12      Q.      Did Microsoft do anything wrong in negotiating
13      for the IP rights it negotiated for in any of the JDCAs?
14      A.      So my general reaction on that issue is that
15      Microsoft is a for-profit company seeking to maximize
16      value to its shareholders.  It tried to cut the best
17      deal that it could.
18              And my impression is that they got a really,
19      really, really good deal.  And I have questions about
20      why OpenAI agreed to it, but my focus is on OpenAI.
21      Q.      In paragraph 161 of your opening report, you
22      mentioned the major decision rights provision.
23              Do you see that?
24      A.      I do.
25      Q.      And do you have an understanding of whether
```

| | | |
|---|---|---|
| Elon Musk v.<br>Samuel Altman | FINAL<br>CONFIDENTIAL | December 23, 2025<br>David Schizer, Esquire |

Page 300

```
 1     such a provision is a common feature of venture
 2     investments?
 3     A.    I think there are often veto rights about
 4     various issues, yes.
 5     Q.    Did Microsoft do anything wrong in negotiating
 6     for major decision rights?
 7     A.    I can understand why they wanted it.  I think
 8     OpenAI needed to be careful, probably more careful than
 9     they were about the extent to which they wanted, for
10     example, to grant approval rights for restructurings.
11           There was an e-mail I hadn't seen when I wrote
12     this initial draft.  It was, as I recall, an exhibit in
13     Mr. Nadella's deposition where he turns down terms,
14     saying that -- and I've mentioned this before -- saying
15     that he -- you know, essentially, Microsoft's approval
16     is necessary, and he's not going to grant it.  And he
17     alludes to the 20 percent increase and all the rest.
18           So again, this is part of Microsoft having
19     gotten a really good deal.
20     Q.    I'm turning to your Opinions 8 and 9.
21           You note in paragraph 231 that immediately
22     after Mr. Altman was -- sorry.  Are you there?
23     A.    Not yet.
24     Q.    Paragraph 231.  Second sentence:
25                 "Immediately after Mr. Altman was
```

Elon Musk v.          FINAL            December 23, 2025
Samuel Altman      CONFIDENTIAL      David Schizer, Esquire

Page 304

```
 1        Mr. D'Angelo, correct?
 2                 MR. NITZ:  Objection.
 3        A.    So it doesn't support the idea that he was
 4        urging Mr. D'Angelo in those conversations.  It does
 5        seem in other aspects of his deposition as if he was
 6        trying to create a situation in which they would bring
 7        Mr. Altman back.
 8        Q.    Was it improper for Microsoft to offer to hire
 9        Sam Altman and Greg Brockman?
10        A.    I would -- no, not in my opinion.  But I would
11        distinguish between the offer to hire the two of them
12        and the offer to hire everyone and to recreate OpenAI as
13        a subsidiary.
14        Q.    Was it improper to offer to hire additional
15        OpenAI employees?
16        A.    So Mr. Nadella says in his deposition that his
17        goal was to try to stabilize OpenAI.  It is an
18        unexpected method of stabilization to say that you will
19        recreate OpenAI without OpenAI.  I think that's
20        particularly true if you give an interview during this
21        period where you talk about the fact that Microsoft is
22        perfectly capable of doing this on their own and they
23        don't need OpenAI.  So I was surprised to see all of
24        that.
25        Q.    Do you understand the concern was that the key
```

Elon Musk v.                    FINAL              December 23, 2025
Samuel Altman                CONFIDENTIAL         David Schizer, Esquire

```
                                                          Page 306
 1                 MR. COHEN:  Not many.  A few minutes,
 2         just to close up.
 3                 MR. NITZ:  All right.  A few minutes.
 4                 MR. COHEN:  Appreciate it.
 5                 THE WITNESS:  I do have to go pretty
 6         soon, just...
 7                 MR. COHEN:  I appreciate that.
 8                 THE WITNESS:  I was supposed to have
 9         gone a couple -- you know, this was supposed to
10         be eight days ago, and I changed my schedule
11         around to do it.
12                 MR. COHEN:  And we appreciate that.
13         BY MR. COHEN:
14         Q.    You understand Mr. Nadella, as the CEO of
15    Microsoft, also understood what Mr. Gates said, that if
16    OpenAI lost it's key people, then the value of OpenAI
17    could be lost entirely?
18                 MR. NITZ:  Objection.
19         A.    I'm sure that Mr. Nadella appreciates the value
20    of talent.
21         Q.    Do you -- do you think that Microsoft did
22    anything wrong in suggesting board members to OpenAI, to
23    Sam or Bret Taylor?
24         A.    I have concerns about that, yes.
25         Q.    And what is it that Microsoft did wrong in
```

| Elon Musk v.<br>Samuel Altman | FINAL<br>CONFIDENTIAL | December 23, 2025<br>David Schizer, Esquire |
|---|---|---|

Page 307

1   suggesting the names of board members?
2   A.   So I suppose I wouldn't necessarily
3   characterize that conversation as suggestions.  There
4   seemed to be some vetoing going on.  There seemed to be
5   the assertion of a role to screen going on.  And so to
6   characterize it as just suggestions maybe doesn't fully
7   capture what I think I read in that text exchange.
8        But to be clear, this is a situation where a
9   nonprofit needs its board to protect its mission and its
10  economic interests in partnering with a for-profit
11  institution -- in this case, one of the most successful
12  and sophisticated and valuable companies in the world.
13       And the only way in which that conforms with
14  customary practice is if the board has a measure of
15  independence.  So if the for-profit partner is choosing
16  or significantly influencing or dictating the very
17  people who are supposed to hold that line, it's a
18  problem.
19  Q.   You would agree that Microsoft has -- strike
20  that.
21       Do you know, of the names that Microsoft
22  suggested, which ones were put on the board?
23  A.   One of them, the person who used to run the
24  Gates Foundation, was put on later, as I recall.
25  Q.   And the other 14 that Microsoft suggested?