RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DECLARATION OF NISHA PATEL IN SUPPORT OF MICROSOFT CORPORATION's MOTION *IN LIMINE* NO. 3**<br><br>Hearing Date: March 13, 2026<br>Time: 9:00 a.m<br>Courtroom: 1 – 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

1  I, Nisha Patel, declare as follows:

2  1.  I am an attorney licensed to practice before all courts of the State of California and admitted to practice before this Court. I am a Partner at the law firm of Dechert LLP ("Dechert"), counsel of record for Defendant Microsoft Corporation ("Microsoft"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them. I hereby submit this declaration in support of Microsoft's Motion *in Limine* No. 3.

2.  Attached as **Exhibit A** is a true and correct copy of the Expert Report of C. Paul Wazzan, dated October 29, 2025.

3.  Attached as **Exhibit B** is a true and correct copy of Exhibit 20 to the Supplemental Expert Report of C. Paul Wazzan, dated December 2, 2025.

4.  Attached as **Exhibit C** is a true and correct copy of excerpts from the deposition of Paul Wazzan, taken December 5, 2025.

5.  Attached as **Exhibit D** is a true and correct copy of Chapter 4 from the Litigation Services Handbook: The Role of the Financial Expert, Sixth Edition Edited by Roman L. Weil et al. © 2017.

I declare under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 24th day of February 2026, in Porter Ranch, California.

Dated:  February 24, 2026

DECHERT LLP

*/s/ Nisha Patel*
NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorney for Defendant Microsoft Corporation*

- 1 -

CASE NO. 4:24-cv-04722-YGR
DECLARATION OF NISHA PATEL

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: February 24, 2026                    By: */s/ Russell P. Cohen*
                                                RUSSELL P. COHEN

CASE NO. 4:24-cv-04722-YGR
DECLARATION OF NISHA PATEL

**CERTIFICATE OF SERVICE**

The undersigned, counsel of record for Defendant Microsoft Corporation, certifies that on February 24, 2026, a copy of the foregoing document(s) was electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel of record.

*/s/ Russell P. Cohen*
RUSSELL P. COHEN