# EXHIBIT B

| Description | | Warrants-Only Dilution | | Warrants, EV-Sponsored Pool and EIP Dilution | |
|---|---|---|---|---|---|
| | | Estimate 1 | Estimate 2 | Estimate 3 | Estimate 4 |
| Valuation of OpenAI For-Profit | [a] | $500.00 | $500.00 | $500.00 | $500.00 |
| Microsoft's Share (%) | [b] | 25.5% | 25.5% | 22.9% | 22.9% |
| Microsoft's Economic Interest ($) in OpenAI For-Profit | [c] = [a] × [b] | 127.50 | 127.50 | 114.50 | 114.50 |
| Microsoft Investments | | | | | |
|   Microsoft Tranche I | [d] | 1.00 | 1.00 | 1.00 | 1.00 |
|   Microsoft Tranche II | [e] | 2.00 | 2.00 | 2.00 | 2.00 |
|   Microsoft Tranche III | [f] | 10.00 | 10.00 | 10.00 | 10.00 |
| Total | [g] = sum([d]:[f]) | 13.00 | 13.00 | 13.00 | 13.00 |
| Microsoft's Economic Interest ($) in OpenAI For-Profit, Net of Capital Contributions | [h] = [c] - [g] | 114.50 | 114.50 | 101.50 | 101.50 |
| OpenAI Nonprofit Share (%) | [i] | 29.2% | 29.2% | 26.2% | 26.2% |
| Mr. Musk's Economic Interest (%) in OpenAI Nonprofit | [j] | 50.0% | 75.0% | 50.0% | 75.0% |
| Mr. Musk's Economic Interest ($) in OpenAI For-Profit | [k] = [h] × [i] × [j] | 16.71 | 25.06 | 13.30 | 19.94 |