1  RUSSELL P. COHEN (SBN 213105)          ANDREW J. LEVANDER (admitted *pro hac vice*)
   Russ.cohen@dechert.com                 Andrew.levander@dechert.com
2  HOWARD M. ULLMAN (SBN 206760)          DECHERT LLP
   Howard.ullman@dechert.com              Three Bryant Park
3  DECHERT LLP                            1095 Avenue of the Americas
4  45 Fremont Street, 26th Floor          New York, NY 10036
   San Francisco, CA 94105                Telephone: (212) 698-3500
5  Telephone: (415) 262-4500              Facsimile: (212) 698-3599
   Facsimile: (415) 262-4555
6
                                          JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
7  NISHA PATEL (SBN 281628)               Jay.jurata@dechert.com
   Nisha.patelgupta@dechert.com           DECHERT LLP
8  DECHERT LLP                            1900 K Street, N.W.
   633 West 5th Street, Suite 4900        Washington, DC 20006
9  Los Angeles, CA 90071                  Telephone: (202) 261-3300
   Telephone: (213) 808-5700              Facsimile: (202) 261-3333
10 Facsimile: (213) 808-5760

11 *Attorneys for Defendant Microsoft*
12 *Corporation*

13               **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
14                      **OAKLAND DIVISION**

15
   ELON MUSK et al.,                      Case No. 4:24-cv-04722-YGR
16
            Plaintiffs,                   **DEFENDANT MICROSOFT**
17                                        **CORPORATION'S OPPOSITION TO**
       v.                                 **PLAINTIFF'S MOTION *IN LIMINE***
18                                        **NO. 3 TO EXCLUDE X.AI CORP.'S**
   SAMUEL ALTMAN, et al.,                 **BUSINESS AND COMPETITIVE**
19                                        **PRACTICES**
            Defendants.
20                                        Date: March 13, 2026
21                                        Time: 9:00 AM
                                          Courtroom: 1 – 4th Floor
22                                        Judge: Hon. Yvonne Gonzalez Rogers

23                                        Date Action Filed: August 5, 2024
                                          Trial Date: April 27, 2026
24

25

26

27

28

Plaintiff's MIL #3 (Dkt. 404) seeks to "bar Defendants from prosecuting a distracting 'mini trial' on xAI's irrelevant business and competitive practices," by presenting evidence about "xAI's corporate structure, funding, and business and competitive practices." Dkt. 404 at 1-2. But the limited evidence that Microsoft seeks to present about *its own business practices* has no such purpose and nothing to do with any of those topics.

While primarily directed at OpenAI's proposed evidence regarding xAI, Plaintiff's motion also seeks to exclude certain exhibits and evidence regarding Microsoft's hosting on its Azure platform of other AI models, including xAI's Grok. *See* Dkt. 404 at 3; Microsoft DX 1539[1] (Dkt. 404-13, letter to shareholders), 1541 (Dkt. 404-11, Microsoft post regarding Grok), 1550 (Dkt. 404-12, same). DX 1539 (Dkt. 404-13) is a multi-page letter from Mr. Nadella to Microsoft's shareholders from October 2025 explaining Microsoft's mission and business developments. A single sentence in the seven-page letter references xAI, explaining that Microsoft's newly introduced Azure AI Foundry is "a platform to design, customize, and run powerful AI apps and agents," and "Foundry includes access to more than 11,000 models from partners like OpenAI, Cohere, DeepSeek, Meta, Mistral, xAI, and others, ensuring our customers can choose from the best frontier and open models in one place."[2] DX 1539 (Dkt. 404-13) at -96937. DX 1541 (Dkt. 404-11) is a Microsoft internet post from September 2025 titled, "Grok 4 is now available in Azure AI Foundry," and DX 1550 (Dkt. 404-12) is a Post on X from Mr. Nadella stating: "Welcome Grok 4 to Azure AI Foundry!"

Plaintiff contends that "Defendants should not be allowed to admit evidence or examine witnesses about the Microsoft/xAI 2025 agreement" as "xAI's commercial dealings are only relevant to the competition claims in Phase Two, as is any inference of Musk's purported

---

[1] Exhibit numbers refer to the revised exhibit list to be submitted with the Trial Readiness Binders. Microsoft's exhibits were renumbered following the initial MIL filings by adding 1500 to the prior number. For example, Microsoft DX 1539 was previously DX 039 when filed at Dkt. 404-13.

[2] Plaintiff proposed that it would not move to exclude DX 1539 (Dkt. 404-13) to the extent that Microsoft seeks only to describe Microsoft's business model and its hosting of numerous developers' models, which includes xAI's Grok. But it maintains an objection to the extent that Microsoft seeks to specifically address its hosting of Grok, as well as to DX 1541 (Dkt. 404-11) and DX 1550 (Dkt. 404-12). This distinction makes no sense and is impractical, providing little guidance on permissible versus impermissible use of the evidence. For the reasons set out in this Opposition, Microsoft submits that the motion should be denied as to all of the at-issue exhibits and regardless of their use.

1

motive to compete with OpenAI." Dkt. 404 at 3. But Microsoft does not seek to introduce this evidence to show competition between OpenAI and xAI, or anything relating to Phase Two issues. Instead, Microsoft seeks to explain that its business model—consistent with its "platform and tools" approach over the past 50 years—is to provide access to multiple AI models and model makers, including xAI's Grok.

This evidence is plainly relevant. Microsoft's efforts to compete with other cloud providers like Google and Amazon by making its Azure platform attractive for AI developers—including OpenAI but also others—helps to explain Microsoft's reasons for its initial investment and commercial relationship with OpenAI. Nadella Tr. (Dkt. 391-61) at 22:7-23:3 (ensuring that developers "were always building on our platform" is "core to our Microsoft DNA").

It is also relevant to Musk's motives and credibility, which is an "appropriate area for examination at trial." *S. Lake Union Hotel LLC v. F&F Rogers Fam. Ltd. P'ship,* No. C23-1868-KKE, 2025 WL 2495086, at *2 (W.D. Wash. Aug. 29, 2025). Indeed, "[p]roof of bias is almost always relevant." *United States v. Abel*, 469 U.S. 45, 52 (1984). That Musk has chosen to sue Microsoft for its strategic collaboration with OpenAI, while at the same time xAI has partnered with Microsoft to make Grok available on Azure, is relevant to Musk's motivation and credibility in asserting a claim against Microsoft.

Because Microsoft's evidence has nothing to do with competition between xAI and OpenAI, or any other Phase Two issue, and it is relevant, Plaintiff's MIL No. 3 should be denied as to Microsoft trial exhibits DX 1539, 1541, and 1550.

1    Dated:  February 25, 2026                DECHERT LLP

2

3                                              */s/ Russell P. Cohen*
                                              RUSSELL P. COHEN (SBN 213105)
                                              Russ.cohen@dechert.com
4                                              HOWARD M. ULLMAN (SBN 206760)
                                              Howard.ullman@dechert.com
5                                              45 Fremont Street, 26th Floor
                                              San Francisco, CA 94105
6                                              Telephone: (415) 262-4500
                                              Facsimile: (415) 262-4555
7

8                                              NISHA PATEL (SBN 281628)
                                              Nisha.patelgupta@dechert.com
9                                              DECHERT LLP
                                              633 West 5th Street, Suite 4900
10                                             Los Angeles, CA 90071
                                              Telephone: (213) 808-5700
11                                             Facsimile: (213) 808-5760

12

13                                             ANDREW J. LEVANDER (admitted *pro hac vice*)
                                              Andrew.levander@dechert.com
14                                             DECHERT LLP
                                              Three Bryant Park
15                                             1095 Avenue of the Americas
                                              New York, NY 10036
16                                             Telephone: (212) 698-3500
                                              Facsimile: (212) 698-3599
17

18                                             JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
                                              Jay.jurata@dechert.com
19                                             DECHERT LLP1900 K Street, N.W.
                                              Washington, DC 20006
20                                             Telephone: (202) 261-3300
                                              Facsimile: (202) 261-3333
21

22                                             *Attorneys for Defendant Microsoft Corporation*

23

24

25

26

27

28

3

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendant Microsoft Corporation, certifies that on February 25, 2026, a copy of the foregoing document(s) was electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel of record.

*/s/ Russell P. Cohen*
RUSSELL P. COHEN

DEFENDANT MICROSOFT'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 3
4:24-CV-04722-YGRx