# Exhibit 1

Elon Musk v.                      FINAL                September 26, 2025
Samuel Altman               [CONFIDENTIAL]                    Elon Musk

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----------------------------------------

ELON MUSK, et al.,

        Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

        Defendants.


Case No. 4:24-cv-04722-YGR

----------------------------------------


VIDEO DEPOSITION OF

Elon Musk

September 26, 2025

San Francisco, California

LEAD: William Savitt, Esquire

FIRM: Wachtell Lipton Rosen & Katz


FINAL COPY - CONFIDENTIAL

JANE ROSE REPORTING - 1-800-825-3341


JANE ROSE REPORTING                California Firm No. 254
1-800-825-3341                     janerose@janerosereporting.com

Elon Musk v.                        FINAL                    September 26, 2025
Samuel Altman                  [CONFIDENTIAL]                        Elon Musk

Page 22

1        Q.    All right.  Have you consulted with
2   Alex Spiro in connection with your deposition
3   today?
4        A.    No.
5        Q.    Whose idea was it to form the AI lab
6   that became OpenAI?
7        A.    I think -- well, my perspective is that
8   the origin of OpenAI, the reason it exists and I
9   don't think it would exist otherwise, is that I
10  was increasingly concerned about the danger of
11  Google being a monopoly in AI.  And my
12  conversations with Larry Page were alarming in
13  that he did not seem to be taking AI safety
14  seriously.
15           So I felt there needed to be a
16  counterbalance to Google, given that Larry Page
17  did not seem to be taking AI safety seriously.
18           At one point, he called me a specieist
19  for favoring humanity, which I felt was odd
20  because what side is he on?  Clearly, not
21  humanity's side, it would seem.
22           That's led me to conclude that we really
23  need to have some counterbalance to Google's AI
24  power.  The opposite of what Google was -- Google
25  is a for-profit, closed source company.  The

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman            [CONFIDENTIAL]                      Elon Musk

---

Page 23

1    counterbalance -- direct counterbalance seems to

2    me would be to have an open source nonprofit as

3    a -- to be the opposite of Google.

4            Q.    Thank you.

5                  Is it your -- is it your point of view

6    that the idea for creating the AI lab that became

7    OpenAI was your idea?

8            A.    Yes.

9                  ATTORNEY SAVITT:  Let's take a look and

10   mark what's been premarked as Exhibit 1, please.

11                 Give a copy to the witness.

12                 (Whereupon, Musk Exhibit Number 1 was

13                 marked for identification.)

14   BY ATTORNEY SAVITT:

15           Q.    That's for you, sir.

16                 Mr. Musk this is a June 24, 2015, email

17   exchange.  Do you see that?

18           A.    Yes.

19           Q.    Subject line:  "AI lab," and it's

20   between you and Sam Altman; right?

21           A.    Uh-huh.

22           Q.    What was the context, if you recall, of

23   this email exchange?

24           A.    I think this probably references a

25   number of conversations that I had with Sam and

---

Elon Musk v.                FINAL                September 26, 2025
Samuel Altman            [CONFIDENTIAL]                    Elon Musk

Page 26

1    back to you things that you had said to him?

2              ATTORNEY MOLO:  Objection to the form of

3    the question.

4              Go ahead and answer.

5         A.   No, not everything.

6    BY ATTORNEY SAVITT:

7         Q.   Okay.  What isn't?

8         A.   Some of the things he's proposing here

9    are his ideas, like the five people who would be

10   on the board --

11             The first thing -- the first thing, the

12   overall idea of mission to create a general AI

13   maximizing safety was my idea.  It's possible Sam

14   may have independently had that idea but he

15   certainly didn't suggest it to me.  That was my

16   idea.

17             Obviously, a start-up is going to start

18   with a small number of people.  That's point 2

19   here.

20             Point 3 is something, yeah, that he did

21   come up with.  That's clearly Sam writing things

22   here because he's suggesting five people on the

23   board, which I wouldn't -- some of whom I wouldn't

24   agree should be on the board.

25             So that's his idea in line -- point 3.

Elon Musk v.          FINAL          September 26, 2025
Samuel Altman      [CONFIDENTIAL]          Elon Musk

Page 260

1    they broke the deal.  Plain and simple.  It's not
2    complicated.  It's not like a -- some complex
3    legalese.  It's plain and simple.
4    BY ATTORNEY SAVITT:
5        Q.   Looking at the next bullet here in your
6    interrogatory, Mr. Musk, you write that it was a
7    further term of your implied contract that
8    "safety should be a first-class requirement of
9    OpenAI Inc.'s research and development of AI."
10           Do you see that, sir?
11       A.   Yes.
12       Q.   That was dated on or about June 24th,
13   2015; right?
14       A.   Yeah.
15       Q.   What was the source of this contract
16   term, so far as you know?
17       A.   I don't recall the exact origin of it.
18   These points are essentially all -- they're -- you
19   can sum up all these points as simply is it going
20   to be an open-source nonprofit or not.
21           And the deal was that it would be an
22   open-source nonprofit.  They broke those two --
23   those two fundamental requirements; and, thus, now
24   seeking to break them in their entirety.  Just
25   utterly, utterly the opposite of what was agreed

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman            [CONFIDENTIAL]                    Elon Musk

Page 261

1   to.

2        Q.   Do you think that OpenAI no longer

3   views safety as a first-class requirement?

4        A.   I certainly don't trust them.  I don't

5   trust them to view safety as a first-class

6   requirement.

7        Q.   What causes you to think that OpenAI

8   does not view safety as a first-class

9   requirement?

10       A.   I think Sam Altman is -- just wants to

11   maximize profits at all costs.  That's my opinion.

12   And that's what seems to be the case.

13       Q.   Is there anything you can point to in

14   the safety functions and research of OpenAI that

15   you think causes it to be something other than a

16   first-class safety commitment?

17       A.   Just that the priority seemed to be

18   profit maximization.

19       Q.   Anything other than that?

20       A.   No, but that's obviously a great deal of

21   their putting profit before safety.

22       Q.   But the reason you're thinking they put

23   property before safety is simply because the

24   incentive structure that you think exists; right?

25       A.   Yeah, they've gotten greedy.

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                    Elon Musk

Page 263

1      A.    I -- I just know what I read.  I said,

2  if that's accurate, that's pretty bad.

3      Q.    You don't believe everything you read

4  in the New York Times, do you, Mr. Musk?

5      A.    No.

6      Q.    No.

7            Would you agree that reasonable minds

8  can and do disagree with respect to the best

9  approaches to AI safety?

10     A.    I'm sure there's not complete agreement.

11     Q.    Is there a particular approach to AI

12  safety that you believe this contract term

13  required OpenAI to adopt?

14     A.    Safety should come before profits.

15     Q.    Anything else?

16     A.    Not that I can think of.

17     Q.    When did OpenAI, Inc. or Altman first

18  breach this first-class safety requirement?

19     A.    I guess I first became very concerned

20  about it in the 2023 Microsoft deal, where it

21  seemed like they were really chasing

22  profitability; just chasing money.

23     Q.    Do you say that the Altman and OpenAI,

24  Inc. broke the promise to make safety a

25  first-class requirement when they entered into

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                   Elon Musk

Page 264

1  the Microsoft deal in 2023?

2       A.    My perception was that they were putting
3  profits over safety.

4       Q.    Did anything about the terms of the
5  Microsoft deal in 2023 indicate a reduced
6  commitment to OpenAI safety, that you can
7  remember for me today?

8            ATTORNEY MOLO:  Object to the form of
9  the question.  To the extent -- and have complete
10 visibility into the terms of the deal.

11      A.    I don't know the full extent.  But -- I
12 don't know what they're doing with regard to
13 safety.  But they do appear to be prioritizing
14 profits over safety.

15 BY ATTORNEY SAVITT:

16      Q.    But my question was -- it was a narrow
17 one.

18            Is there anything -- do you know of
19 anything about the Microsoft deal in 2023 that
20 tended to suggest that OpenAI or Microsoft were
21 devaluing AI safety?

22      A.    I don't know of anything specific.  I
23 just know that -- it just -- I'm just saying like
24 it seemed as though they were prioritizing growth
25 and profit over safety.  That was -- that's the

Elon Musk v.                        FINAL                    September 26, 2025
Samuel Altman                  [CONFIDENTIAL]                        Elon Musk

Page 265

1    impression I got.

2        Q.    If an AI model hallucinates, is it

3    unsafe?

4        A.    In some cases.

5        Q.    But not always?

6        A.    Yeah.

7        Q.    Are you familiar with an OpenAI product

8    called Whisper?

9        A.    I've heard of it.

10       Q.    Did its release breach any commitment

11   between you and OpenAI or Altman?

12       A.    Its release?

13       Q.    Yeah.

14       A.    I don't know.

15       Q.    Did the release of GPT-4o breach your

16   safety term?

17       A.    Not that I'm aware of.

18       Q.    Did the release of OpenAI's o1 model

19   breach your safety term?

20       A.    Not that I'm aware of.  I don't know.

21   If it convinced that kid to commit suicide, I

22   suppose it would.

23       Q.    Are AI products that interact with

24   minors in an inappropriate or suggestive way

25   unsafe, in your opinion?