# Exhibit 3

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  - - -

4

5    ELON MUSK, et al.,          :    CASE NO.
                                 :    4:24-CV-04722-
         Plaintiffs             :    YGR
6                                :
     v.                         :
7                                :
     SAMUEL ALTMAN, et al.,      :
8                                :
         Defendants.            :
9

10            - HIGHLY CONFIDENTIAL -

11            - ATTORNEYS' EYES ONLY -

12                  - - -

13            October 8, 2025

14                  - - -

15

16            Videotaped hybrid deposition of

17   HELEN TONER, taken pursuant to notice, was held at

18   the law offices of 600 New Hampshire Avenue, NW,

19   Washington, D.C., beginning at 11:11 a.m., on the

20   above date, before Michelle L. Ridgway,  a

21   Registered Professional Reporter, Certified Court

22   Reporter (NJ-CCR # XI02126), Certified Realtime

23   Reporter, Certified Shorthand Reporter (CA-CSR

24   # 14592), and Notary Public.

25

38

1    BY MR. KRY:

2         Q.        Had you communicated with

3    Mr. Altman about those issues before this post went

4    up on the website?

5         A.        I don't recall whether I had

6    communicated with him directly.  Certainly, my

7    understanding was that the board as a whole was

8    considering those factors and was interested in

9    those factors as a reason to invite me to the

10   board, which would, by implication, include Sam.

11        Q.        As a board member of the OpenAI

12   nonprofit, what did you understand your

13   responsibilities to be?

14        A.        To ensure the organization was

15   pursuing the mission previously described.

16        Q.        And just because you were being

17   appropriately precise with the language, can you

18   remind us what that mission was, in your

19   understanding?

20        A.        To ensure that artificial general

21   intelligence benefits all of humanity.

22        Q.        To pursue that mission, did you

23   consider that you also had an obligation as a board

24   member to ensure that OpenAI was effectively

25   managing AI safety risks?

39

1        A.        Yes.

2        Q.        In your view, what was the

3    relationship between ensuring that OpenAI

4    effectively managed AI safety risks and ensuring

5    that OpenAI was developing artificial general

6    intelligence for the benefit of all of humanity?

7        A.        As I saw it, the goal was to ensure

8    that AGI benefits all of humanity.  And during the

9    time that I served on the board, the approach that

10   the company was taking to that goal was to attempt

11   to build AGI themselves.  And the connection

12   between the approach and the goal would be that

13   OpenAI would build AGI in a way that would benefit

14   all of humanity more than if OpenAI were not

15   building it.

16       Q.        And within the framework of that

17   approach, how did that relate to AI safety issues?

18       A.        The idea would be that if -- that

19   OpenAI is striving to manage AI safety issues

20   better than other companies that might develop AGI,

21   and so, therefore, by building AGI safely, they are

22   working towards ensuring that AGI benefits all of

23   humanity.

24       Q.        You mentioned earlier that you

25   already knew when you joined OpenAI that the

**Attorneys Eyes Only**          Helen Toner - October 08, 2025

40

1  nonprofit also had a for-profit affiliate?

2          A.        Yes.

3          Q.        Was that called OpenAI LP?

4          A.        There are many subsidiary entities,

5  so I will not comment on the structure of those

6  without an org chart in front of me.

7          Q.        Fair enough.

8                    When you first joined in 2021, do

9  you know if the entity -- the principal for-profit

10  entity was named OpenAI LP?

11          A.        I don't recall.

12          Q.        At the point in time you joined in

13  2021, was Microsoft already a principal investor in

14  that for-profit entity?

15          A.        Yes.

16          Q.        In your view, did the existence of

17  OpenAI's for-profit affiliate give rise to any

18  additional challenges in managing OpenAI's AI

19  safety risks?

20                    MR. CULLERTON:  Object to

21    form.

22                    THE WITNESS:  Yes.  I think

23    in the community of researchers who had

24    thought -- been thinking about AGI

25    governance and risks from AGI, a concern

41

1      for years had been how commercial

2      incentives, including incentives to move

3      fast, could come into conflict with a

4      desire to develop AI in a way that would

5      benefit all of humanity.

6                     And so the shift from being

7      purely a nonprofit, which needed to satisfy

8      donors, to being a -- or to having the

9      capital come in through a for-profit, which

10     needed to satisfy investors, moved OpenAI,

11     clearly, into a situation where those

12     commercial incentives might come into

13     conflict with its mission.

14   BY MR. KRY:

15        Q.        And had the risks associated with

16   those commercial incentives been a topic that you

17   had already looked at even before you joined the

18   board of OpenAI?

19                     MR. CULLERTON:  Object to

20      form.

21                     THE WITNESS:  Yes.

22   BY MR. KRY:

23        Q.        In what context?

24        A.        Sort of -- it's a core theme

25   through, essentially, all work on how to develop