# Exhibit 4

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                        OAKLAND DIVISION

 4

 5   IN RE MATTER OF:               )
                                    )
 6   ELON MUSK, et al.,             )
                                    )
 7            Plaintiffs,           )
                                    )
 8       vs.                        )   CASE NO.
                                    )   4:24-CV-04722-YGR
 9   SAMUEL ALTMAN, et al.,         )
                                    )
10            Defendants.           )
                                    )
11

12                    ** CONFIDENTIAL **

13      VIDEOTAPED DEPOSITION OF TASHA McCAULEY

14               LOS ANGELES, CALIFORNIA

15              Tuesday, September 30, 2025

16

17

18

19

20

21   Stenographically Reported by:

22   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
     Realtime Systems Administrator
23   California CSR License #11600
     Oregon CSR License #21-0005
24   Washington License #21009491
     Texas CSR License #10725
25
```

                                                                        24

1            Is that consistent with your understanding of
2    this document?
3        A.   Yes.
4        Q.   And were you familiar with this charter?  You
5    mentioned that it was published before you joined --
6        A.   Um-hum.
7        Q.   -- but were you familiar with this at the time
8    that you joined OpenAI?
9        A.   Yes.
10       Q.   And when you joined, did you understand that
11   this reflected OpenAI's mission?
12       A.   Yes.  It -- it reflected what I knew of
13   OpenAI's mission, you know, as I was joining.
14       Q.   If you go to Page 3 --
15       A.   Yes.
16       Q.   -- under the section "Broadly Distributed
17   Benefits."
18            Do you see that?
19       A.   Yes.
20       Q.   The charter states, "We commit to use any
21   influence we obtain over AGI's deployment to ensure it
22   is used for the benefit of all and to avoid enabling
23   uses of AI or AGI that harm humanity or unduly
24   concentrate power."
25       A.   Yes.

Case 4:24-cv-04722-YGR   Document 417-4   Filed 02/25/26   Page 4 of 6
ELON MUSK vs
SAMUEL ALTMAN                    Confidential                   Tasha McCauley
                                                              September 30, 2025

25

1    Q.   Is that statement consistent with your
2  understanding of OpenAI's mission at the time you
3  joined?
4    A.   Yes.
5    Q.   How does AI safety relate to that aspect of
6  OpenAI's mission?
7         MR. SAVITT:  Objection to form.
8         THE WITNESS:  I would say, you know, that --
9  that -- I would say that's a fair -- a view that is very
10 aligned with most people working on AI safety; that they
11 would say that AI safety is focused around -- well, I
12 would say, in particular, it's sort of understanding how
13 mechanisms by which AI or AGI might harm humanity and
14 working to develop ways to reduce those risks, so,
15 related to this statement.
16   Q.   (By Mr. Hawes)  Is AI safety important to
17 ensure that AI benefits all humanity?
18   A.   I think so, yes.
19   Q.   You mentioned that OpenAI was a non-profit
20 organization when you joined.
21   A.   Yes.
22   Q.   Was that status as a non-profit important to
23 accomplishing OpenAI's mission?
24   A.   I believe that it was important at its
25 founding, although, you know, I wasn't present for any

131

1    Q.   (By Mr. Hawes)  This mentioned profit
2  incentives.  What profit incentives was OpenAI
3  experiencing?
4    A.   Well --
5         (Stenographer requested to go off the record to
6  address an equipment issue.)
7         THE VIDEOGRAPHER:  We're off the record.  The
8  time is 1:34 p.m.
9         (Recess taken from 1:34 p.m. to 1:38 p.m.)
10        THE VIDEOGRAPHER:  We're back on the record.
11 The time is 1:38 p.m.
12   Q.   (By Mr. Hawes)  Ms. McCauley, we were just
13 discussing the profit incentives that are mentioned in
14 this article, Exhibit 9.
15   A.   Yes.
16   Q.   In your time on the board, what profit
17 incentives did OpenAI experience?
18   A.   Well, the company was developing -- you know,
19 was commercializing a number of products in the time
20 that I was there, so it stood to make money on those
21 products, and those are the profit incentives I'm
22 talking about.
23        I'm also talking about profit incentives for --
24 for investors who had invested in the company -- well,
25 let me just make sure I see the wording exactly.

Case 4:24-cv-04722-YGR   Document 417-4   Filed 02/25/26   Page 6 of 6
ELON MUSK vs                                                Tasha McCauley
SAMUEL ALTMAN              Confidential              September 30, 2025

132

1    Q.   In the middle of that first paragraph, it
2   says --
3    A.   Yeah.
4    Q.   -- "Self-governance cannot reliably withstand
5   the pressure of profit incentives."
6    A.   Yeah, exactly.  So, you know, there were many
7   players who stood to get a return from the company, and
8   those -- those stakeholders would have -- you know,
9   there was potential for those -- those -- those
10  stakeholders to apply pressure.
11   Q.   Was OpenAI able to withstand those profit
12  incentives effectively?
13           MR. SAVITT:  Objection.
14           THE WITNESS:  In my experience -- I mean, this
15  is at the heart of the issue we're talking about.  In my
16  experience, we were concerned that, you know, decisions
17  were being made that we didn't see as prioritizing the
18  mission that the company was oriented around.  And in
19  our experience, that seemed to have potentially been
20  motivated by profit interests.
21   Q.   (By Mr. Hawes)  Later on the page in the second
22  full paragraph --
23   A.   Yes.
24   Q.   -- it says, "If any company could have
25  successfully governed itself while safely and ethically