# Exhibit 5

*Confidential*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

ELON MUSK, et al.,

               Plaintiffs,

     v.

SAMUEL ALTMAN, et al.,

             Defendants.

Case No. 4:24-cv-04722-YGR

**Expert Rebuttal Report of Professor Somesh Jha**

**November 24, 2025**

*Confidential*

thereof) from AI technologies.  It is unscientific and unreliable, as Professor Russell does, to focus on one viewpoint to the exclusion of others in the scientific community.

## VII.    PROFESSOR RUSSELL FAILS TO ACCOUNT FOR SIGNIFICANT EFFORTS BY AI RESEARCHERS AND ACADEMICS TO DEVELOP TOOLS AND STRATEGIES TO MITIGATE AI SAFETY RISKS

57.    In my own research and publications about AI safety, I have not only recognized the diversity of opinions that other researchers hold about the risks of AI, but also engaged with the efforts currently being undertaken by researchers and scholars to mitigate those risks.

58.    I have co-organized two workshops designed as forums to address risks: Identifying and Mitigating the Security Risks of Generative AI, held in June 2023,[84] and Securing the Future of GenAI: Policy and Technology, which was held in October 2023.[85]  Both workshops were co-organized by Google, the University of Wisconsin-Madison, and Stanford University.  Attendees of the workshops came from diverse backgrounds, such as information security, ML, law, and policy.  It was clear from both workshops that while some of the risks that Professor Russell discusses in his report are possible, it is also possible to create a comprehensive framework of safeguards and policies to mitigate these risks.  For example, the findings from these workshops, which are summarized in academic articles I co-authored,[86] discuss model misalignment risk, a topic Professor Russell discusses in his report.[87]  But unlike Professor Russell's report, the workshop papers document a range of mitigation approaches to address misalignment, such as model inspection, provenance tracking (determining whether content is AI generated or not),[88] and watermarking (that is, embedding in a model's output information indicating it is based on AI technology, and which specific model

---

84    Barrett, et al. (2023), at pp. 2, 4.
85    Mihai Christodorescu, et al. (2024) "Securing the Future of GenAI: Policy and Technology," *Cryptology ePrint Archive*, Paper 2024/855 ("Christodorescu, et al. (2024)"), at p. 19.
86    Barrett, et al. (2023), at pp. 2, 4; Christodorescu, et al. (2024), at p. 1.
87    Russell Report, at ¶¶ 88-97.
88    For an example of a company doing provenance tracking, *see* ZeroGPT, "Trusted GPT-5, ChatGPT and AI Detector tool by ZeroGPT," zerogpt.com.

*Confidential*

generated the content).[89]  These papers discuss more generally challenges and methods of achieving alignment,[90] and areas for continued development in AI alignment.[91]

59.   Continuing these efforts but focusing on agentic systems, I have also founded and co-organized workshops I mentioned above with SAGAI, which focus on the safety of agentic AI systems.  One such workshop convened researchers in May 2025 to address the issue of how safety, security, and privacy of AI agents can be addressed in a holistic manner that considers both the AI agents and the systems around them.  "Holistic" in this context refers to taking the entire context of a system into account, for example, include the data pipelines, storage, application programming interfaces ("APIs"), and user interfaces used in the system, and the purpose of the system, such as travel or medical.[92] Workshops like these show how AI researchers and industry representatives can mitigate AI risks by bringing together experts from diverse backgrounds and expertise.

60.   Of course, I am not the only researcher in this field.  Conference working groups developed by others have also taken a balanced view of AI safety risks, including by analyzing risk mitigants in connection with safety concerns.  For example, members of the ACM's Europe Technology Policy Committee published a paper in October 2025 that summarizes their findings and policy recommendations regarding the benefits and risks of agentic AI.[93]  The paper provides a balanced view of both the "transformative potential" and "systemic risks" of agentic AI.  Certain of the risks raised in the paper, such as the risk that agentic AI systems "self-optimize toward unintended goals because of misaligned or poorly specified objectives,"[94] mirror those that Professor Russell raised.[95]  But rather than raising such risks in isolation, the paper also puts forward

---

89      Barrett, et al. (2023), at pp. 15-19; Christodorescu, et al. (2024), at pp. 10-17.
90      Barrett, et al. (2023), at pp. 20-36; Christodorescu, et al. (2024), at pp. 9.
91      Barrett, et al. (2023), at pp. 15-19; Christodorescu, et al. (2024), at pp. 17-19.
92      SAGAI'25 @ IEEE S&P, "Secure Generative AI Agents Workshop," May 15, 2025, https://sites.google.com/ucsd.edu/sagai25-ieee-sp/.
93      ACM Europe - Autonomous Systems Subcommittee, "Systemic Risks Associated with Agentic AI: A Policy Brief," October 16, 2025, https://www.acm.org/binaries/content/assets/public-policy/europe-tpc/systemic_risks_agentic_ai_policy-brief_final.pdf ("ACM Europe Brief"); ACM, "Influential Policy Group Proposes Fundamental Rethinking of AI Regulation in Europe," October 29, 2025, https://www.acm.org/media-center/2025/october/agentic-ai-regulation.
94      ACM Europe Brief, at p. 4.
95      *See, e.g.*, Russell Report, at ¶¶ 88-97.

*Confidential*

we found that Bing did run a small flight that mixed in results from an early version of the model that eventually became GPT-4."[166]  Professor Schizer does not demonstrate that any users in India were even aware that they had access to the inadvertently released model.

November 24, 2025                    _____
                                     Somesh Jha

---

166    Simone Lobo, "Microsoft tested GPT-4 in India without Safety Board's approval: Report," *Medianama*, June 6, 2024, https://www.medianama.com/2024/06/223-microsoft-tested-gpt-4-in-india-without-safety-boards-approval-report/.