# Exhibit 6

```
                                                                    1
 1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                       - - -

 3   ELON MUSK, et al.,              :   CASE NO.
                                     :   4:24-CV-04722-
 4             Plaintiffs            :   YGR
                                     :
 5      v.                           :
                                     :
 6   SAMUEL ALTMAN, et al.,          :
                                     :
 7             Defendants.           :

 8
                 - HIGHLY CONFIDENTIAL -
 9
                 - ATTORNEYS' EYES ONLY -
10
                         - - -
11
                   December 18, 2025
12
                         - - -
13

14           Videotaped hybrid deposition of

15   PROFESSOR SOMESH JHA, taken pursuant to notice, was

16   held at the law offices of Wachtell, Lipton, Rosen

17   & Katz, 51 West 52nd Street, New York, New York,

18   beginning at 8:56 a.m., on the above date, before

19   Michelle L. Ridgway, a Registered Professional

20   Reporter, Certified Court Reporter (NJ-CCR #

21   XI02126), Certified Realtime Reporter, Certified

22   Shorthand Reporter (CA-CSR # 14592), and Notary

23   Public.

24

25
```

95

1   Q.   So working to mitigate the risks
2   isn't inconsistent with signing the statement?
3   A.   To me, signing the statement is
4   just identifying that the risk exists.
5   Q.   Do you believe that the risk
6   exists?
7   A.   Yes.  As I said, I take a holistic
8   view of this.  The -- a risk of extinction is one
9   small part of it.  But there's mitigation
10  strategies people are putting to mitigate these
11  risk.  And this entire landscape is not what is
12  considered in Professor Russell's report.
13  Q.   Do you believe that mitigating the
14  risk of extinction from AI should be a global
15  priority?
16  A.   Along with mitigating other risks.
17  Q.   Like the risks of pandemics?
18  A.   Sticking to AI, risks of
19  adversities using it, cyber security risks, all
20  those.  You have to take the holistic view and the
21  mitigation.  All these risks are also interrelated.
22  Q.   If you flip to the second page, the
23  very last name listed is Dan Hendrycks.  Do you
24  know who Dan Hendrycks is?
25  A.   Yes.

103

1  form.  Vague.
2              THE WITNESS:  I think if you can
3     point me to a specific risk, I would be more
4     comfortable answering, or a specific part of my
5     report.
6  BY MR. NITZ:
7        Q.       What about dual use risk, are there
8  dual use risks that arise from AI technology?
9        A.       Yes.  Like any -- any technology,
10 including AI, it can be either used for good use or
11 bad use.  And that's what's called the dual risk
12 dilemma.  But that's why people who worked on
13 safety, even for cryptography or LLMs, they try to
14 come up with mitigation frameworks to mitigate and
15 minimize those risks.
16       Q.       Are there risks that AI systems
17 will engage in discrimination?
18       A.       Yes, there are.  And that's why
19 there's an entire community, which is called the
20 ACM FAccT community that works on these kinds of
21 problems.
22              I'm actually not an expert on
23 fairness, but there is an entire community that
24 works on these kind -- that ML and AI models should
25 not be doing that.

105

1  Dr. Russell's report.  He focuses on one part of
2  the risk and not on the mitigation techniques that
3  a lot of the researchers are working on.
4          Q.        Are there risks that AI can assist
5  someone in creating a weapon of mass destruction?
6          A.        The risk exists, but that's why a
7  lot of the companies, and also there are
8  researchers working on guardrails to mitigate those
9  risks.
10                   Again, as I said, my opinion is a
11 lot of that activity is completely not even
12 mentioned inside Dr. Russell's report.
13         Q.        I understand that, Professor Jha,
14 you've mentioned it a few times now.
15                   So, you know, you'll agree with me
16 then that there's risks that AI could help someone
17 create a biological weapon?
18         A.        Yeah.  This has been reported.  As
19 I said, there are -- in response to some of these
20 risks, people are putting very specific guardrails
21 for exactly those kind of things, and it's being
22 worked on by academia and industry.
23         Q.        And it can be a little bit of an
24 arms race between, for lack of a better word, the
25 bad guys and the good guys, right?

```
 1   scientific method.
 2          Q.      So among those substantiated
 3   risks -- I guess, among those risks that are
 4   substantiated by scientific method, do you study
 5   the risk of misalignment?
 6          A.      Yes.  Misalignment is a very
 7   interesting research problem.  And there's a large
 8   community in AI safety, including myself, that do
 9   study that.
10          Q.      So you think that's a real risk
11   then?
12          A.      It is a real risk, but there are
13   also a very active community working on the
14   mitigation strategies for misalignment risk.
15                  So it's, again, coming back to,
16   also, it's an evolving landscape.
17          Q.      If you can turn to Paragraph 56,
18   please.
19                  You write in Paragraph 56 something
20   that's very similar to what you've said a couple
21   times now this morning.  You say, "My point in
22   cataloguing these examples of other AI researchers
23   and their varied levels of concern regarding AI
24   safety risks is not to conclude that Professor
25   Russell is necessarily wrong and other scientists
```

Attorneys Eyes Only       Professor Somesh Jha - December 18, 2025

196

```
 1   some of the risks that Professor Russell discusses
 2   in his report are possible."
 3                    Which risks were you referring to
 4   when you wrote that, that clause?
 5        A.          I'd have to go back to the paper to
 6   go through the entire list.
 7                    But for example, some of the risks
 8   of disinformation and cyber security risks are also
 9   addressed in those papers.  But, in the same way,
10   there are also mitigation strategies and frameworks
11   to mitigate those risks.  And that's the entire
12   point; that you cannot just focus on the risks, you
13   also have to see what mitigation can be done and
14   that's why these papers took a more holistic view
15   of the entire field.
16        Q.          So -- so you say some of the risks
17   that Professor Russell discusses in his report are
18   possible.  You mentioned two of them:
19   disinformation and cyber security.
20                    Why don't you take a minute right
21   now and just flip through Professor Russell's
22   report and let me know if there's any other risks
23   that he mentions that you think are possible.
24        A.          I'll have to also get the paper,
25   the --
```

1  paper.  You're asking for my opinion.
2          Q.      Yes.
3                  If you flip to Page 13 of his
4  report.  Starting with Section 43, there is the
5  heading that says, "Risks from artificial
6  intelligence."
7                  And then we've talked through a
8  number of those paragraphs already.
9                  And then if you flip to
10 Paragraph 59 on Page 17, he has the heading, "Risks
11 from Misuse."
12                 In Paragraph 62 he talks about
13 racial, gender, and other forms of discrimination
14 have been a concern in the machine learning field
15 for more than a decade?
16         A.      Mm-hmm.
17         Q.      Do you agree that risks of racial,
18 gender, and other forms of discrimination are
19 possible in artificial intelligence?
20         A.      Yeah, and this actually predates
21 even LLMs.  These issues were there even in machine
22 learning before the large language models.
23                 But, again, as I said, I'm not part
24 of that community.  But the entire community which
25 he actually mentions, ACM FAccT, that works on

```
 1   these issues.
 2                  So the risk is there.  But also
 3   there's an entire community of people from industry
 4   and academia that are working mitigating those
 5   risks.
 6       Q.         And then in Paragraph 64, he talks
 7   about disinformation.  You know, he mentions it, he
 8   describes it as something that human beings have
 9   produced for centuries to influence markets, gain
10   political advantage, subvert enemy nations, and so
11   on.
12                  And then in the next paragraph in
13   the bullet points, he talks about how generative AI
14   systems can produce deepfakes, image, voice, and
15   video renderings that are virtually
16   indistinguishable from reality, and that those
17   tools are used for criminal fraud, fake
18   kidnappings, and electoral fraud all over the
19   world.
20                  Do you agree that that's a risk
21   that's possible from artificial intelligence?
22       A.         Yes.  I think those are possible
23   risks.  But, again, as I said, there are very
24   specific techniques by industry and academics like
25   watermarking, provenance tracking, that are being
```