# EXHIBIT B

**HIGHLY CONFIDENTIAL**

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ELON MUSK, et al.,

Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

Defendants.

Case No.: 4:24-cv-04722-YGR

**OPENAI, INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF MUSK'S FIRST SET OF INTERROGATORIES**

Date Action Filed: August 5, 2024
Trial Date: March 30, 2026

HIGHLY CONFIDENTIAL

reasons for his removal, all Communications between any board members Concerning his removal or reinstatement, and any involvement of Microsoft in his reinstatement.

**RESPONSE TO INTERROGATORY NO. 13:**

Subject to and without waiving the foregoing objections, in response to Interrogatory No. 13, OpenAI, Inc. states that on November 16, 2023, Adam D'Angelo, Tasha McCauley, Ilya Sutskever, and Helen Toner, acting as members of OpenAI, Inc., voted to remove Altman and Brockman as members and board directors of OpenAI, Inc. The same day, pursuant to a consent of the sole and managing member of OpenAI OpCo, LLC ("OpCo"), signed by D'Angelo, McCauley, Sutskever, and Toner as representatives of OpenAI, Inc., Altman was terminated as CEO of OpCo. The remaining board members of OpenAI, Inc. subsequently informed then-Chief Technology Officer, Mira Murati, that they had appointed her as interim CEO.

On November 17, 2023, D'Angelo, McCauley, Sutskever, and Toner communicated their actions to Altman and Brockman by videoconference. Altman and Brockman had no advance notice of the actions or of the deliberations that preceded them. The leadership changes were announced the same day in a post to the OpenAI blog which said that "Mr. Altman's departure follows a deliberative review process by the board, which concluded that he was not consistently candid in his communications with the board, hindering its ability to exercise its responsibilities."

On November 18, 2023, Murati, OpCo Chief Strategy Officer Jason Kwon, and OpCo Chief Operating Officer Brad Lightcap sought to negotiate with D'Angelo, McCauley, Sutskever, and Toner for the reinstatement of Altman and Brockman and for the current directors' resignations. That same day, members of the OpenAI, Inc. board asked to negotiate directly with Altman concerning the return of Altman and Brockman and a reconstitution of the board. With the assent of both the board and OpCo management, former Salesforce Co-CEO and former Twitter board chair Bret Taylor became involved in the negotiations for a reconstituted OpenAI, Inc. board. On November 19, 2023, Taylor confirmed he was willing to be chair of a reconstituted board—an outcome supported by both OpCo management and the outside directors.

**HIGHLY CONFIDENTIAL**

By November 20, 2023, more than 700 of OpenAI's 770 employees, including Sutskever and Murati, had signed an open letter seeking reinstatement of Altman and Brockman and urging the current board to resign.

On November 21, 2023, Altman and Brockman reached an agreement in principle with interim OpCo management and the board to reinstate Altman as CEO, seat a reconstituted board consisting of Taylor, Lawrence Summers, and D'Angelo (with accompanying resignations from McCauley, Sutskever, and Toner), and commit to an independent review of the events surrounding the removal of Altman and Brockman. The agreement in principle was announced publicly.

From November 21 through November 29, 2023, D'Angelo, McCauley, Sutskever, and Toner, through counsel, negotiated with Altman, Brockman, Taylor, and Summers the detailed terms of the agreement that had been reached in principle. On November 29, 2023, the agreement that had been reached in principle on November 21 was finalized. Altman announced on OpenAI's blog that he would be returning as CEO, that the new board would be comprised of Taylor, Summers, and D'Angelo, and that Microsoft would have a non-voting observer role on the board. Taylor, as chair of the reconstituted board, made an announcement on the blog as well, expressing the board's plan to expand the board and strengthen corporate governance.

On November 29, 2023, Altman once again became CEO of OpCo. The same day, the OpenAI, Inc. board resolved to form a committee comprised of Taylor and Summers to conduct a review, with the scope of the review to be determined by the committee. On December 8, 2023, the committee retained the law firm of WilmerHale to assist with the review.

On March 8, 2024, following dozens of interviews with current and former members of the OpenAI, Inc. board, OpenAI executives, advisors to the prior board, and other witnesses, as well as review of more than 30,000 documents, WilmerHale concluded its review and delivered to the committee its findings. As OpenAI, Inc. disclosed at the time: "WilmerHale reviewed the public post issued by the prior Board on November 17 and concluded that the statement accurately recounted the prior Board's decision and rationales. WilmerHale found that the prior Board believed at the time that its actions would mitigate internal management challenges and did not anticipate that its actions would destabilize the Company. WilmerHale also found that the prior

Board's decision did not arise out of concerns regarding product safety or security, the pace of development, OpenAI's finances, or its statements to investors, customers, or business partners. Instead, it was a consequence of a breakdown in the relationship and loss of trust between the prior Board and Mr. Altman. WilmerHale found the prior Board implemented its decision on an abridged timeframe, without advance notice to key stakeholders, and without a full inquiry or an opportunity for Mr. Altman to address the prior Board's concerns. WilmerHale found that the prior Board acted within its broad discretion to terminate Mr. Altman, but also found that his conduct did not mandate removal." *Review Completed & Altman, Brockman to Continue to Lead OpenAI*, OpenAI, Mar. 8, 2024, https://openai.com/index/review-completed-altman-brockman-to-continue-to-lead-openai/.

Following the recommendation of the committee, the reconstituted OpenAI, Inc. board resolved to endorse the November 29, 2023 actions reappointing Altman as CEO and Brockman as President of OpCo. Altman was also made CEO of OpenAI, Inc. and re-appointed as an ex officio director of OpenAI, Inc. The Board also announced governance enhancements on March 8, 2024.

**HIGHLY CONFIDENTIAL**

Date: August 15, 2025

MORRISON & FOERSTER LLP

*/s/ Jordan Eth*

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*