1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  WILLIAM FRENTZEN (CA SBN 343918)
   WFrentzen@mofo.com
3  DAVID J. WIENER (CA SBN 291659)
   DWiener@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105
   Telephone:    (415) 268-7000
6  Facsimile:    (415) 268-7522

7  WILLIAM SAVITT (admitted *pro hac vice*)
   WDSavitt@wlrk.com
8  BRADLEY R. WILSON (admitted *pro hac vice*)
   BRWilson@wlrk.com
9  SARAH K. EDDY (admitted *pro hac vice*)
   SKEddy@wlrk.com
10 STEVEN WINTER (admitted *pro hac vice*)
   SWinter@wlrk.com
11 NATHANIEL CULLERTON (admitted *pro hac vice*)
   NDCullerton@wlrk.com
12 WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
13 New York, NY 10019
   Telephone:    (212) 403-1000
14 Facsimile:    (212) 403-2000

15 *Attorneys for Defendants Samuel Altman, Gregory Brockman,*
   *OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
16 *OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
   *OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
17 *OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
   *OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
18 *OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
   *OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
19 *OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
   *Aestas Management Company, LLC, and Aestas LLC*
20
                    UNITED STATES DISTRICT COURT
21                  NORTHERN DISTRICT OF CALIFORNIA
                            OAKLAND DIVISION
22

23 ELON MUSK, et al.,                         Case No. 4:24-cv-04722-YGR

24            Plaintiffs,                     **OPENAI DEFENDANTS'**
                                              **ADMINISTRATIVE MOTION TO**
25       v.                                   **CONSIDER WHETHER ANOTHER**
                                              **PARTY'S MATERIAL SHOULD BE**
26 SAMUEL ALTMAN, et al.,                     **SEALED**

27            Defendants.

28

---

Pursuant to Civil Local Rule 7-11 and 79-5(f), the OpenAI Defendants hereby move to file under seal their Opposition to Plaintiff's Motion *in Limine* No. 4 filed concurrently with this administrative motion.

Plaintiff moved to file much of his Motion *in Limine* No. 4 under seal (Dkt. 405). The OpenAI Defendants do not believe that any of the information in Plaintiff's Motion *in Limine* No. 4 is sealable under the applicable standards. However, because the OpenAI Defendants' Opposition to Plaintiff's Motion *in Limine* No. 4 and Exhibits B and C thereto reflect information that Plaintiff has moved to seal, the OpenAI Defendants are filing these documents under seal in an abundance of caution. Pursuant to Civ. L.R. 79-5(f)(3), Plaintiff bears the burden of establishing that his materials are sealable, so he must "file a statement and/or declaration as described in subsection (c)(1)" of Civil Local Rule 79-5 within seven days should he wish to keep any portion of the Opposition under seal. *Id.*

Accordingly, the OpenAI Defendants have provisionally filed under seal the documents listed below:

| Document and/or Portion of Document | Designating Party |
|---|---|
| Defendants' Opposition to Plaintiff's Motion *in Limine* No. 4 | Plaintiff |
| Exhibit B to the Declaration of David J. Wiener in Support of Defendants' Opposition to Plaintiff's Motion *in Limine* No. 4 | Plaintiff |
| Exhibit C to the Declaration of David J. Wiener in Support of Defendants' Opposition to Plaintiff's Motion *in Limine* No. 4 | Plaintiff |

1

OPENAI DEFENDANTS' ADMINISTRATIVE MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 4:24-CV-04722-YGR

| | |
|---|---|
| Date: February 25, 2026 | MORRISON & FOERSTER LLP<br><br>*/s/ Jordan Eth*<br>JORDAN ETH (CA SBN 121617)<br>JEth@mofo.com<br>WILLIAM FRENTZEN (CA SBN 343918)<br>WFrentzen@mofo.com<br>DAVID J. WIENER (CA SBN 291659)<br>DWiener@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone:   (415) 268-7000<br>Facsimile:   (415) 268-7522<br><br>WILLIAM SAVITT (admitted *pro hac vice*)<br>WDSavitt@wlrk.com<br>BRADLEY R. WILSON (admitted *pro hac vice*)<br>BRWilson@mofo.com<br>SARAH K. EDDY (admitted *pro hac vice*)<br>SKEddy@wlrk.com<br>STEVEN WINTER (admitted pro hac vice)<br>SWinter@wlrk.com<br>NATHANIEL CULLERTON (admitted *pro hac vice*)<br>NDCullerton@wlrk.com<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone:   (212) 403-1000<br>Facsimile:   (212) 403-2000<br><br>*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC* |