1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.<br><br>                Plaintiffs,<br><br>   v.<br><br>SAMUEL ALTMAN, et al.,<br><br>                Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**[PROPOSED] ORDER REGARDING OPENAI DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Before the Court is the OpenAI Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with their Opposition to Plaintiff's Motion *in Limine* No. 4. Having reviewed all filings and arguments submitted in support of and/or in opposition to the Administrative Motion, the Court hereby rules as follows:

| Document | Portion Sought to be Sealed | Designator | Requested Basis for Sealing | Ruling |
|---|---|---|---|---|
| OpenAI Defendants' Opposition to Plaintiff's Motion *in Limine* No. 4 | | Plaintiff | | |
| Exhibit B to the Declaration of David J. Wiener in Support of Defendants' Opposition to Plaintiff's Motion *in Limine* No. 4 | | Plaintiff | | |
| Exhibit C to the Declaration of David J. Wiener in Support of Defendants' Opposition to Plaintiff's Motion *in Limine* No. 4 | | Plaintiff | | |

IT IS SO ORDERED.

Dated: _____  _____
The Honorable Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE