```
 1  JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
 2  WILLIAM FRENTZEN (CA SBN 343918)
    WFrentzen@mofo.com
 3  DAVID J. WIENER (CA SBN 291659)
    DWiener@mofo.com
 4  MORRISON & FOERSTER LLP
    425 Market Street
 5  San Francisco, CA 94105
    Telephone:   (415) 268-7000
 6  Facsimile:   (415) 268-7522

 7  WILLIAM SAVITT (admitted pro hac vice)
    WDSavitt@wlrk.com
 8  BRADLEY R. WILSON (admitted pro hac vice)
    BRWilson@wlrk.com
 9  SARAH K. EDDY (admitted pro hac vice)
    SKEddy@wlrk.com
10  NATHANIEL CULLERTON (admitted pro hac vice)
    NDCullerton@wlrk.com
11  WACHTELL, LIPTON, ROSEN & KATZ
    51 West 52nd Street
12  New York, NY 10019
    Telephone:   (212) 403-1000
13  Facsimile:   (212) 403-2000
```

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**DECLARATION OF DAVID J. WIENER IN SUPPORT OF OPENAI DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 4**<br><br>Date: March 13, 2026<br>Time: 9:00 AM<br>Courtroom: 1 – 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

I, DAVID J. WIENER, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP and counsel of record for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (together, the "OpenAI Defendants"). I submit this Declaration in support of the OpenAI Defendants' Opposition to Plaintiff's Motion In Limine No. 4 in the above captioned matter. I make this Declaration based on facts that I personally know, except where otherwise indicated. If called as a witness, I would testify to the facts listed below.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of the transcript of proceedings held on January 7, 2026, before Judge Yvonne Gonzalez Rogers in the case of *Musk v. Altman et al*, Docket No. 4:24-cv-04722 (N.D. Cal. Aug 05, 2024).

3. Attached as **Exhibit B** is a true and correct copy of OpenAI Defendants' Exhibit DX-0761, a text message exchange produced by Shivon Zilis at ZILIS-0002324.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the transcript of the deposition of Shivon Zilis, dated September 12, 2025.

5. Attached as **Exhibit D** is a true and correct copy of excerpts of the transcript of the deposition of Elon Musk, dated September 26, 2025. The redactions in those excerpts are identical to those appearing in the public document filed with the Court at Dkt. 391-1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2026, at Goleta, California.

                                                              */s/ David J. Wiener*
                                                              David J. Wiener

## ECF ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file this **DECLARATION OF DAVID J. WIENER IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 4**. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Date: February 25, 2026                              */s/ Jordan Eth*
                                                     Jordan Eth