# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----------------------------------------

ELON MUSK, et al.,

      Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

      Defendants.


Case No. 4:24-cv-04722-YGR

----------------------------------------


VIDEO DEPOSITION OF

Elon Musk

September 26, 2025

San Francisco, California

LEAD: William Savitt, Esquire

FIRM: Wachtell Lipton Rosen & Katz


FINAL COPY - CONFIDENTIAL

JANE ROSE REPORTING - 1-800-825-3341

Musk, Elon

```
APPEARANCES:


ATTORNEY(S) FOR PLAINTIFFS AND THE WITNESS:

    STEVEN F. MOLO, ESQ.

    smolo@mololamken.com

    ROBERT K. KRY, ESQ.

    rkry@mololamken.com

    WALTER HAWES, ESQ.

    whawes@mololamken.com

    JENNIFER SCHUBERT, ESQ.

    jschubert@mololamken.com

    SARA TOFIGHBAKHSH, ESQ. (Via Zoom)

    stofighbakhsh@mololamken.com

    ALEXANDRA EYNON, ESQ.  (Via Zoom)

    aeynon@mololamken.com

        MOLOLAMKEN LLP

        600 New Hampshire Avenue, NW, Suite 660

        Washington, D.C. 20037

        202.556.2011
```

```
APPEARANCES (Cont'd):


ATTORNEY(S) FOR PLAINTIFFS AND THE WITNESS:

    MARC TOBEROFF, ESQ.

    mtoberoff@toberoffandassociates.com

    JAYMIE PARKKINEN, ESQ.

    jparkkinen@toberoffandassociates.com

        TOBEROFF & ASSOCIATES PC

        23823 Malibu Road, Suite 50-36

        Malibu, California 90265

        310.246.3333


ATTORNEY(S) FOR ALL DEFENDANTS EXCEPT MICROSOFT:

    WILLIAM FRENTZEN, ESQ.

    wfrentzen@mofo.com

        MORRISON & FOERSTER LLP

        425 Market Street

        San Francisco, California 94105

        415.268.6413
```

```
APPEARANCES (Cont'd):


ATTORNEY(S) FOR ALL DEFENDANTS EXCEPT MICROSOFT:


    WILLIAM S. SAVITT, ESQ.

    wdsavitt@wlrk.com

    NATHANIEL D. CULLERTON, ESQ.

    ndcullerton@wlrk.com

    IOANNIS DRIVAS, ESQ.

    iddrives@wlrk.com

    SARAH EDDY, ESQ.

    skeddy@wlrk.com

    BRADLEY R. WILSON, ESQ.  (Via Zoom)

    brwilson@wlrk.com

        WACHTELL, LIPTON, ROSEN & KATZ

        51 West 52nd Street

        New York, New York 10019

        212.403.1329
```

```
APPEARANCES (Cont'd):

ATTORNEY(S) FOR DEFENDANT MICROSOFT:

    RUSSELL P. COHEN, ESQ.

    russ.cohen@dechert.com

    HOWARD ULLMAN, ESQ.  (Via Zoom)

    howard.ullman@dechert.com

        DECHERT LP

        45 Fremont Street, 26th Floor

        San Francisco, California 94105

        415.262.4506


    NISHA PATEL GUPTA, ESQ. (Via Zoom)

    nisha.patelgupta@dechert.com

        DECHERT LLP

        US Bank Tower

        633 West 5th Street, Suite 4900

        Los Angeles, California 90071-2032

        213.808.5735


    JOHN A. JURATA, JR., ESQ.

    jay.jurata@dechert.com

        DECHERT

        1775 Eye Street, Northwest

        Washington, D.C.  20006

        202.261.3326
```

APPEARANCES (Cont'd):


    YOSEF WEITZMAN, ESQ. (Via Zoom)

    yosi.weitzman@dechert.com

        DECHERT

        CIRA Center 2929 Arch Street

        Philadelphia, Pennsylvania 19104

        215.994.4000




JANE ROSE REPORTING

            74 Fifth Avenue

            New York, New York 10011

            1-800-825-3341

            GAIL L. INGHRAM, Court Reporter

            BA, CRR, CLR, RDR, CSR-CA (No. 8635)

            JASON BUTKO, Videographer

```
                TABLE OF CONTENTS


EXAMINATION OF:                        PAGE

ELON MUSK
        By Attorney Savitt ..............10
        By Attorney Cohen ..............343
        By Attorney Molo ...............359
```

```
Reporter Certificate ................. Page 364
Notice to Read and Sign .............. Page 366
Index of Exhibits .................... Page 368
```

Musk, Elon

Page 15

1    execution of the company.  And in order to

2    emphasize the difficulty of competing with Google,

3    I need to be emphatic that outstanding execution

4    is needed for a small company to be a large

5    company.

6        Q.  Do you recall that earlier this year

7    OpenAI announced a Stargate UAE initiative?

8        A.  Yes.

9        Q.  What's your understanding of that

10   initiative, sir?

11       A.  I don't know the details.

12       Q.  You don't know?

13       A.  No.

14       Q.  Do you remember that the initiative was

15   to be announced on a presidential trip?

16       A.  Something to that effect.

17       Q.  When did you learn that Stargate was

18   going to be announced, Mr. Musk?

19       A.  I don't recall.

20   ███ ████████████████████

███ ████████████████████████

███ ███████████████

███ ███ ███████████

███ ███ █████████████████████

███ ███████████████

███   ███  ████

███   ███  █████████████████████

███  ███████████████████████████

███  █████████████

███   ███  ████

███   ███  █████████████

███   ███  ████████████████████

███  ███████████████████████

███   ███  █████████████████████

███  ██████████████████████████

11          ATTORNEY MOLO:  So I object.  You're

12    asking questions that go to Phase II of the case.

13    If you want to describe how they go to Phase I

14    that's fine; but --

15          ATTORNEY SAVITT:  Are you instructing

16    the witness not to answer?

17          ATTORNEY MOLO:  I'm objecting, and

18    telling you that your questions are addressing

19    issues that relate to the competition part of the

20    case, which the judge has designated, quote,

21    Phase II claims.

22          ATTORNEY SAVITT:  Mr. Molo, I'm aware of

23    that.  Are you objecting?

24          ATTORNEY MOLO:  So you are aware that

25    you're asking Phase II claims?

1   didn't happen; right?

2        ATTORNEY MOLO:  Object to the form of

3   the question.

4        A.   I don't recall.

5   BY ATTORNEY SAVITT:

6        Q.   You don't recall.

7             You don't recall.  So you don't recall

8   one way or another whether you made that proposal?

9        ATTORNEY MOLO:  Asked and answered.

10   Objection.

11   BY ATTORNEY SAVITT:

12        Q.   You can answer.

13        ATTORNEY MOLO:  Don't answer the

14   question.

15        ATTORNEY SAVITT:  You're instructing him

16   not to answer?

17        ATTORNEY MOLO:  I'm instructing him not

18   to answer the question that he's answered three

19   times already.  Correct.



Page 58

8      Q.   In the summer of 2017,

9    August/September, actually, even starting in

10    June, you and Altman and Brockman and Sutskever

11    began discussing a potential conversion of OpenAI

12    into a for-profit organization; is that correct?

13      A.   We had various discussions.  I don't

14    recall the exact details.

15      Q.   Those discussions concerned, in

16    substantial part, didn't they, the possibility of

17    OpenAI having a for-profit arm?

18      A.  I don't recall.

19      Q.  You don't recall one way or the other?

20    Is that what you're saying?

21      A.  Yeah.

22      Q.  You were open to a for-profit structure

23    for OpenAI at the time, in the summer of 2017;

24    right?

25      A.  I don't think so.

Musk, Elon

1          Q.   You think -- is your testimony that you

2     were opposed to a for-profit structure for OpenAI

3     at that time?

4          A.   I certainly don't think OpenAI should

5     turn into a for-profit organization.

6          Q.   My question was a little different.  It

7     was whether you were open to OpenAI having a

8     for-profit venture or arm and had discussions

9     about that question in the summer of 2017.

10         A.   I don't recall.

11         Q.   You just don't know one way or the

12     other?

13         A.   I would be speculating.

14         Q.   We don't want you to do that.

15             You recall the Dota one-against-one

16     meeting that OpenAI had in August 2017?

17         A.   Yes.

18         Q.   You viewed that as a trigger event,

19     didn't you?

20         A.   Yes.  I believe I raised the probability

21     of OpenAI succeeding from 1 percent to 10 percent

22     after Dota 2.

23         Q.   Right.

24             Do you know whether the technology

25     associated with the Dota 1 was open sourced?