1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
3  Malibu, CA 90265
   Telephone: (310) 246-3333
4
5  STEVEN F. MOLO (*pro hac vice*)
   ROBERT K. KRY (*pro hac vice*)
   JENNIFER M. SCHUBERT (*pro hac vice*)
6  MOLOLAMKEN LLP
   430 Park Avenue
7  New York, NY 10022
   Telephone: (212) 607-8160
8
   *Attorneys for Plaintiffs Elon Musk*
9  *and X.AI Corp.*

10 (Additional counsel listed on the next page)

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14 | ELON MUSK et al.,           | Case No. 4:24-cv-04722-YGR
15 |        Plaintiffs,          | **JOINT FILING REGARDING DISPUTED DISCOVERY DESIGNATIONS**
16 |        v.                   |
17 | SAMUEL ALTMAN et al.,       | Date: March 13, 2026
                                   Time: 9:00 AM
18 |        Defendants.          | Courtroom: 1 – 4th Floor
                                   Judge: Hon. Yvonne Gonzalez Rogers

| | | |
|---|---|---|
| 1 | JORDAN ETH (CA SBN 121617) | RUSSELL P. COHEN (SBN 213105) |
| | JEth@mofo.com | Russ.cohen@dechert.com |
| 2 | WILLIAM FRENTZEN (CA SBN 343918) | HOWARD M. ULLMAN (SBN 206760) |
| | WFrentzen@mofo.com | Howard.ullman@dechert.com |
| 3 | DAVID J. WIENER (CA SBN 291659) | DECHERT LLP |
| | DWiener@mofo.com | 45 Fremont Street, 26th Floor |
| 4 | MORRISON & FOERSTER LLP | San Francisco, CA 94105 |
| | 425 Market Street | Telephone: (415) 262-4500 |
| 5 | San Francisco, CA 94105 | Facsimile: (415) 262-4555 |
| | Telephone: (415) 268-7000 | |
| 6 | Facsimile: (415) 268-7522 | NISHA PATEL (SBN 281628) |
| | | Nisha.patelgupta@dechert.com |
| 7 | WILLIAM SAVITT (*pro hac vice*) | DECHERT LLP |
| | WDSavitt@wlrk.com | 633 West 5th Street, Suite 4900 |
| 8 | BRADLEY R. WILSON (*pro hac vice*) | Los Angeles, CA 90071 |
| | BRWilson@wlrk.com | Telephone: (213) 808-5700 |
| 9 | SARAH K. EDDY (*pro hac vice*) | Facsimile: (213) 808-5760 |
| | SKEddy@wlrk.com | |
| 10 | STEVEN WINTER (*pro hac vice*) | ANDREW J. LEVANDER (*pro hac vice*) |
| | SWinter@wlrk.com | Andrew.levander@dechert.com |
| 11 | NATHANIEL CULLERTON (*pro hac vice*) | DECHERT LLP |
| | NDCullerton@wlrk.com | Three Bryant Park |
| 12 | WACHTELL, LIPTON, ROSEN & KATZ | 1095 Avenue of the Americas |
| | 51 West 52nd Street | New York, NY 10036 |
| 13 | New York, NY 10019 | Telephone: (212) 698-3500 |
| | Telephone: (212) 403-1000 | Facsimile: (212) 698-3599 |
| 14 | Facsimile: (212) 403-2000 | |
| | | JAY JURATA (*pro hac vice*) |
| 15 | *Attorneys for the OpenAI Defendants* | Jay.jurata@dechert.com |
| | | DECHERT LLP |
| 16 | | 1900 K Street, N.W. |
| | | Washington, DC 20006 |
| 17 | | Telephone: (202) 261-3300 |
| | | Facsimile: (202) 261-3333 |
| 18 | | |
| | | *Attorneys for Defendant Microsoft* |
| 19 | | *Corporation* |

Pursuant to Section 3(f) of the Court's Standing Order re: Pretrial Instructions in Civil Cases ("Standing Order"), Plaintiff Elon Musk; Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"); and Defendant Microsoft Corporation ("Microsoft") (together with Plaintiff Elon Musk and the OpenAI Defendants, the "Parties") hereby submit this joint statement regarding the parties' deposition designations and discovery excerpts.

**Attachment A** contains a Joint Statement of Disputed Discovery Designations for the Court's resolution pursuant to Section 3(f) of the Standing Order. **Attachment B** contains Musk's designations, Microsoft's objections and counter-designations, and Musk's cross-objections and cross-counter-designations. **Attachment C** contains Musk's designations, the OpenAI Defendants' objections and counter-designations, and Musk's cross-objections and cross-counter-designations. **Attachment D** contains the OpenAI Defendants' designations, Musk's objections and counter-designations, and the OpenAI Defendants' cross-objections and cross-counter-designations. **Attachment E** contains Microsoft's designations, Musk's objections and counter-designations, and Microsoft's cross-objections and cross-counter-designations.

Dated: February 26, 2026                                      MOLOLAMKEN LLP

                                                      By:   /s/ Steven F. Molo
                                                              Steven F. Molo (*pro hac vice*)

                                                              *Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

Dated: February 26, 2026              MORRISON & FOERSTER LLP

                                 By:  /s/ William Frentzen
                                      William Frentzen (CA SBN 343918)

Dated: February 26, 2026              WACHTELL, LIPTON, ROSEN & KATZ

                                 By:  /s/ William Savitt
                                      William Savitt (*pro hac vice*)

                                      *Attorneys for the OpenAI Defendants*

Dated: February 26, 2026              DECHERT LLP

                                 By:  /s/ Russell P. Cohen
                                      Russell P. Cohen (SBN 213105)

                                      *Attorneys for Defendant Microsoft Corporation*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1, I hereby attest that the signatories listed above, on whose behalf this Joint Compliance Statement is submitted, concur in the filing's content and have authorized the filing.

Dated: February 26, 2026

/s/ Steven F. Molo
Steven F. Molo (*pro hac vice*)