JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (*pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (*pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (*pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (*pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (*pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for the OpenAI Defendants*

*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>SAMUEL ALTMAN et al.,<br><br>              Defendants. | Case No. 4:24-cv-04722-YGR<br>**COMPETING VERDICT FORMS**<br>Judge:  Hon. Yvonne Gonzalez Rogers |

| | |
|---|---|
| MARC TOBEROFF (CA SBN 188547)<br>MToberoff@toberoffandassociates.com<br>TOBEROFF & ASSOCIATES, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br><br>STEVEN F. MOLO (*pro hac vice*)<br>ROBERT K. KRY (*pro hac vice*)<br>JENNIFER M. SCHUBERT (*pro hac vice*)<br>MOLOLAMKEN LLP<br>430 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 607-8160<br><br>*Attorneys for Plaintiffs Elon Musk<br>and X.AI Corp.* | RUSSELL P. COHEN (CA SBN 213105)<br>Russ.cohen@dechert.com<br>HOWARD M. ULLMAN (CA SBN 206760)<br>Howard.ullman@dechert.com<br>DECHERT LLP<br>45 Fremont Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-4555<br><br>NISHA PATEL (CA SBN 281628)<br>Nisha.patelgupta@dechert.com<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760<br><br>ANDREW J. LEVANDER (*pro hac vice*)<br>Andrew.levander@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>JAY JURATA (*pro hac vice*)<br>Jay.jurata@dechert.com<br>DECHERT LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333<br><br>*Attorneys for Defendant Microsoft Corporation* |

Pursuant to the Court's Standing Order re: Pretrial Instructions in Civil Cases (last updated March 17, 2025), and in advance of the Pretrial Conference set for March 13, 2026, Plaintiff Elon Musk and Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI, L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"), and Microsoft Corporation ("Microsoft," together with the OpenAI Defendants, "Defendants," and collectively with Plaintiff, the "Parties") hereby submit their proposed verdict forms for the trial set to begin on April 27, 2026. The Parties met and conferred but were unable to reach agreement on a verdict form. Plaintiff's proposed verdict form is attached as Exhibit A, and Defendants' proposed verdict form is attached as Exhibit B.

| | |
|---|---|
| DATED: February 26, 2026 | WACHTELL, LIPTON, ROSEN & KATZ |
| | |
| | */s/ William Savitt* |
| | William Savitt (*pro hac vice*) |
| | |
| | MORRISON & FOERSTER LLP |
| | |
| | */s/ William Frentzen* |
| | William Frentzen (CA SBN 343918) |
| | |
| | *Attorneys for the OpenAI Defendants* |
| DATED: February 26, 2026 | DECHERT LLP |
| | |
| | */s/ Russell P. Cohen* |
| | Russell P. Cohen (SBN 213105) |
| | |
| | *Attorneys for Defendant Microsoft Corporation* |
| DATED: February 26, 2026 | MOLOLAMKEN LLP |
| | |
| | */s/ Steven F. Molo* |
| | Steven F. Molo (*pro hac vice*) |
| | |
| | *Attorneys for Plaintiff Elon Musk* |

**ECF ATTESTATION**

I, William Frentzen, am the ECF User whose ID and password are being used to file these COMPETING VERDICT FORMS. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Date: February 26, 2026                    /s/ *William Frentzen*
                                           William Frentzen