UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Elon Musk,

Plaintiff(s),

v.

Samuel Altman, et al.,

Defendant(s).

Case No. 24-cv-04722-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Randall W. Jackson, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see Exhibit A in the above-entitled action. My local co-counsel in this case is Jordan Eth, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 121617.

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
MY ADDRESS OF RECORD

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 403-1000
MY TELEPHONE # OF RECORD

(415) 268-7000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

RWJackson@wlrk.com
MY EMAIL ADDRESS OF RECORD

JEth@mofo.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5274048.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/27/2026

Randall W. Jackson
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Randall W. Jackson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE