UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Elon Musk,

    Plaintiff(s),

v.

Samuel Altman, et al.,

    Defendant(s).

Case No. 24-cv-04722-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Randall W. Jackson, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: see Exhibit A in the above-entitled action. My local co-counsel in this case is Jordan Eth, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 121617.

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
MY ADDRESS OF RECORD

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 403-1000
MY TELEPHONE # OF RECORD

(415) 268-7000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

RWJackson@wlrk.com
MY EMAIL ADDRESS OF RECORD

JEth@mofo.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5274048.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 2/27/2026                                  Randall W. Jackson
                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Randall W. Jackson  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   March 4, 2026

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

## **EXHIBIT A**

Defendants:

1. Samuel Altman;
2. Gregory Brockman;
3. OpenAI, Inc.;
4. OpenAI L.P.;
5. OpenAI, L.L.C.;
6. OpenAI GP, L.L.C.;
7. OpenAI OpCo, LLC;
8. OpenAI Global, LLC;
9. OAI Corporation, LLC;
10. OpenAI Holdings, LLC;
11. OpenAI Startup Fund Management, LLC;
12. OpenAI Startup Fund GP I, L.L.C.;
13. OpenAI Startup Fund I, L.P.;
14. OpenAI Startup Fund SPV GP I, L.L.C.;
15. OpenAI Startup Fund SPV GP II, L.L.C.;
16. OpenAI Startup Fund SPV GP III, L.L.C.;
17. OpenAI Startup Fund SPV GP IV, L.L.C.;
18. OpenAI Startup Fund SPV I, L.P.;
19. OpenAI Startup Fund SPV II, L.P.;
20. OpenAI Startup Fund SPV III, L.P.;
21. OpenAI Startup Fund SPV IV, L.P.;
22. AESTAS Management Company, LLC; and
23. AESTAS LLC

## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Randall Wade Jackson

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 16, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on February 27, 2026.

*Robert D. Mayberger*

Clerk of the Court

CertID-00277142



State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022