1  MARC TOBEROFF (CA SBN 188547)
   MToberoff@toberoffandassociates.com
2  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
3  Malibu, CA 90265
   Telephone: (310) 246-3333
4
5  STEVEN F. MOLO (*pro hac vice*)
   ROBERT K. KRY (*pro hac vice*)
   JENNIFER M. SCHUBERT (*pro hac vice*)
6  MOLOLAMKEN LLP
   430 Park Avenue
7  New York, NY 10022
   Telephone: (212) 607-8160
8
   *Attorneys for Plaintiffs Elon Musk*
9  *and X.AI Corp.*

10 (Additional counsel listed on the next page)

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                      OAKLAND DIVISION

14 ELON MUSK et al.,                 | Case No. 4:24-cv-04722-YGR
15        Plaintiffs,                | **AMENDED ATTACHMENT A: JOINT STATEMENT OF DISPUTED DISCOVERY DESIGNATIONS**
16    v.                             | Date: March 13, 2026
17 SAMUEL ALTMAN et al.,             | Time: 9:00 AM
                                     | Courtroom: 1 – 4th Floor
18        Defendants.                | Judge: Hon. Yvonne Gonzalez Rogers

1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  WILLIAM FRENTZEN (CA SBN 343918)
   WFrentzen@mofo.com
3  DAVID J. WIENER (CA SBN 291659)
   DWiener@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  WILLIAM SAVITT (*pro hac vice*)
   WDSavitt@wlrk.com
8  BRADLEY R. WILSON (*pro hac vice*)
   BRWilson@wlrk.com
9  SARAH K. EDDY (*pro hac vice*)
   SKEddy@wlrk.com
10 STEVEN WINTER (*pro hac vice*)
   SWinter@wlrk.com
11 NATHANIEL CULLERTON (*pro hac vice*)
   NDCullerton@wlrk.com
12 WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
13 New York, NY  10019
   Telephone: (212) 403-1000
14 Facsimile: (212) 403-2000

15 *Attorneys for the OpenAI Defendants*

   RUSSELL P. COHEN (SBN 213105)
   Russ.cohen@dechert.com
   HOWARD M. ULLMAN (SBN 206760)
   Howard.ullman@dechert.com
   DECHERT LLP
   45 Fremont Street, 26th Floor
   San Francisco, CA 94105
   Telephone: (415) 262-4500
   Facsimile: (415) 262-4555

   NISHA PATEL (SBN 281628)
   Nisha.patelgupta@dechert.com
   DECHERT LLP
   633 West 5th Street, Suite 4900
   Los Angeles, CA 90071
   Telephone: (213) 808-5700
   Facsimile: (213) 808-5760

   ANDREW J. LEVANDER (*pro hac vice*)
   Andrew.levander@dechert.com
   DECHERT LLP
   Three Bryant Park
   1095 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 698-3500
   Facsimile: (212) 698-3599

   JAY JURATA (*pro hac vice*)
   Jay.jurata@dechert.com
   DECHERT LLP
   1900 K Street, N.W.
   Washington, DC 20006
   Telephone: (202) 261-3300
   Facsimile: (202) 261-3333

   *Attorneys for Defendant Microsoft Corporation*

16
17
18
19
20
21
22
23
24
25
26
27
28

I.     **PLAINTIFF'S DISPUTED DESIGNATIONS**

| Elon Musk (plaintiff) | | | |
|---|---|---|---|
| **No.** | **Form** | **In Dispute** | **Legal Objection** |
| OpenAI 138 | Deposition Video (with transcript) | 56:21-58:4 (representative example) | FRE 402, 403: Musk objects for the reasons stated in Musk's Motion in Limine No. 4 (Dkt. 406).<br><br>OAI Response: *See* Opp. to Musk MIL 4 (Dkt. 426). |
| OpenAI 187 | * | 192:10-193:19 (representative example) | FRE 402, 403: Musk objects to this argumentative colloquy, including counsel's provocative questioning. Musk further objects for the reasons stated in Musk's Motion in Limine No. 2 (Dkt. 403).<br><br>OAI Response: Musk's unprovoked testimony that opposing counsel represents a "crook" reveals his bias and personal animus toward Altman and OpenAI. The only part of the colloquy that is argumentative is the answers, and there is no basis for Musk to invoke FRE 403 to exclude his own testimony. Regarding Musk's other objection, the designated testimony does not even reveal WilmerHale's conclusions; it only refers to the fact of the investigation. *See* Opp. Musk MIL 2 (Dkt. 424). |
| OpenAI 210-215 | * | 301:4-9; 301:15-302:5, 302:10-303:7, 316:24-317:12, 318:9-18, 319:4-320:3, 320:23-321:8 (representative examples) | FRE 402, 403: Musk objects for the reasons stated in Musk's Motions in Limine Nos. 1 and 3 (Dkts. 402, 404).<br><br>OAI Response: *See* Opp. to Musk MIL 1 (Dkt. 422) and Opp. to Musk MIL 3 (Dkt. 423). |

| **Ermira Murati** (non-party) ||||
| *(Third-party witness; former Chief Technology Officer of OpenAI)* ||||
| OpenAI 126 | * | 214:1-214:20 | FRE 402, 403, 602, 802: The supposed investigation findings read into the record by questioning counsel are inadmissible hearsay. Those findings are irrelevant and highly prejudicial to Mr. Musk. The testimony should be excluded for the reasons stated in Musk's Motion in Limine No. 2 (Dkt. 403).<br><br>OAI Response: OpenAI is not offering the conclusions of WilmerHale's investigation for their truth. Testimony about those conclusions is being offered to explain the effect of those conclusions on the OpenAI directors' states of mind and decision-making, an issue Musk has injected into the case. *See* Opp. to Musk MIL 2 (Dkt. 424). |

## II. DEFENDANTS' DISPUTED DESIGNATIONS

| Tasha McCauley (non-party) | | | |
|---|---|---|---|
| *Former OAI director who voted to remove Sam Altman from the board and resigned in 2023.* | | | |
| No. | Form | In Dispute | Legal Objection |
| Musk 24-25, 28, 43 | Deposition Video (with transcript) | 62:7-63:13, 64:12-65:13, 81:21-82:8 (representative examples) | FRE 801, 802: Counsel recites out-of-court statements from *Wall Street Journal* and *Economist* articles and asks witness to adopt this hearsay as her own substantive testimony. OAI MIL 2 (Dkt. 410).<br><br>Response: The questioning references the articles only as context for the witness's testimony about her first-hand experiences. That is a permissible, non-hearsay use. Opp. to OAI MIL 2 (Dkt. 418). |

| Helen Toner (non-party) | | | |
|---|---|---|---|
| *Former OAI director who voted to remove Sam Altman from the board and resigned in 2023.* | | | |
| No. | Form | In Dispute | Legal Objection |
| Musk 816, 817 | * | 154:15-154:23 155:15-156:22 (representative examples) | FRE 801, 802: Same issue as McCauley (above). OAI MIL 2 (Dkt. 410).<br><br>Response: Same response as above. Opp. to OAI MIL 2 (Dkt. 418). |
| Musk 721-22, 742-43, 755-56 | * | 46:9-46:13, 46:16-46:22, 57:15-18, 57:21-58:19, 64:24-65:1, 65:4-65:9 (representative examples) | FRE 611(c): Over repeated objections, counsel poses questions that suggest an answer by asking the witness to adopt counsel's characterization rather than provide her own account. Plaintiff laid no foundation that witness is hostile or adverse to him and made no attempt to develop her testimony with non-leading questions.<br><br>Response: The questioning did not "suggest an answer," and the witness plainly "provide[d] her own account," including by repeatedly disagreeing with questioning counsel's phrasing. The Court should not exercise its broad discretion to exclude highly relevant testimony from a potentially unavailable witness based on debatable form objections. |