MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **AMENDED ATTACHMENT B: PLAINTIFF'S DEPOSITION AND DISCOVERY DESIGNATIONS AND MICROSOFT'S RESPONSES** |
| v. | |
| SAMUEL ALTMAN et al., | Date:  March 13, 2026 |
| Defendants. | Time:  9:00 AM |
| | Courtroom:  1 – 4th Floor |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

## I.    DEPOSITION DESIGNATIONS[1]

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| Tasha McCauley | | | |
| 1 | 10:3-10:4 | | |
| 2 | 16:13-16:21 | | |
| 3 | 18:6-18:12 | | |
| 4 | 20:13-20:15 | | |
| 5 | 20:16-20:25 | | |
| 6 | 21:1-21:14 | | |
| 7 | 21:24-21:24 | | |
| 8 | 22:5-22:22 | | |
| 9 | 42:9-42:22 | | |
| 10 | 46:7-46:25 | | |
| 11 | 49:1-49:3 | | |
| 12 | 49:5-49:9 | | |
| 13 | 49:10-49:10 | | |
| 14 | 49:11-49:11 | | |
| 15 | 50:16-50:22 | | |
| 16 | 50:23-51:10 | | |
| 17 | 51:11-51:15 | | |
| 18 | 53:5-53:8 | | |
| 19 | 53:13-53:20 | | |
| 20 | 53:20-53:20 | | |
| 21 | 53:22-53:25 | | |
| 22 | 54:1-54:17 | | |
| 23 | 59:12-59:18 | | |

[1] Where Microsoft identifies counters to a grouping of designations, it reserves the right to play the identified counter even if Plaintiff withdraws a subset of the corresponding designations. Microsoft reserves all other rights, including the right to modify or add to its preliminary objections and counters.

1

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 24 - 54 | 62:7-62:12<br>62:13-62:13<br>62:14-62:24<br>63:1-63:13<br>64:12-65:13<br>68:5-68:7<br>68:9-68:18<br>69:22-69:25<br>71:24-72:21<br>72:22-72:24<br>73:6-73:7<br>73:8-74:1<br>75:19-76:1<br>76:14-76:25<br>79:4-79:14<br>79:16-79:20<br>79:21-80:11<br>80:20-80:25<br>81:5-81:16<br>81:21-82:8<br>83:21-83:24<br>84:10-84:20<br>84:21-84:23<br>84:24-86:21<br>88:2-88:5<br>88:6-88:12<br>88:14-88:15<br>89:2-89:5<br>89:6-89:8<br>89:10-90:11<br>90:12-91:7 | As to Exhibit 3 and any Q&A that quotes from Exhibit 3: 801, 802, 402, 403, and subject to OpenAI's MIL No. 2<br><br>As to remaining Q&A that lacks foundation without inadmissible hearsay: 901 | |
| 55 | 96:13-96:15 | | |
| 56 | 96:18-96:22 | | |
| 57 | 96:23-97:11 | | |
| 58 - 59 | 100:3-101:4<br>101:20-102:10 | If OAI's statements are offered against Microsoft: 105, 801, 802<br><br>Counter: 282:21-283:13; 284:2-9, 284:11-19, 285:16-19, 285:21, 286:4-8 | |

2

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 60 | 103:2-103:13 | | |
| 61 | 110:4-110:9 | | |
| 62 | 110:23-110:24 | Counter: 284:2-9, 284:11-19, 285:16-19, 285:21, 286:4-8 | **Beyond Scope** (as to 284:2-9) |
| 63 - 66 | 113:9-113:16<br>113:25-114:6<br>114:12-114:13<br>114:14-114:20 | As to Exhibit 8 and any Q&A that quotes from Exhibit 8 if offered against MSFT: 105, 402, 403, 801, 802, 805<br><br>As to remaining Q&A that lacks foundation without inadmissible hearsay: 901 | |
| 67 - 78 | 129:17-129:25<br>130:1-130:12<br>130:14-130:25<br>131:16-131:25<br>132:1-132:12<br>132:14-132:20<br>133:15-133:25<br>134:1-134:13<br>135:22-135:23<br>135:25-136:17<br>141:20-142:2<br>142:5-142:19 | As to Exhibit 9 and any Q&A that quotes from Exhibit 9 if offered against MSFT);<br><br>As to remaining Q&A that lacks foundation without inadmissible hearsay: 901, 602, 701 | |
| 79 - 87 | 288:9-288:11<br>288:12-288:15<br>288:16-288:16,<br>288:17-289:5,<br>289:8-289:14,<br>289:16-20,<br>289:22-22<br>290:1-290:5<br>290:7-290:12<br>290:20-290:22<br>290:23-290:25<br>291:1-291:3<br>291:5-291:6 | As to Exhibit 3 and any Q&A that quotes from Exhibit 3: 801, 802, 402, 403, and subject to OpenAI's MIL No. 2 (a)<br><br>As to remaining Q&A that lacks foundation without inadmissible hearsay: 901<br><br>Counter: 186:7-187:1 | **Beyond Scope** |
| **Microsoft 30(b)(6) – Michael Wetter** | | | |
| 88 | 6:9-6:15 | | |

3

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 89 | 6:19-6:22 | | |
| 90 | 25:14-25:16 | | |
| 91 | 25:20-25:23 | | |
| 92 | 26:3-26:12 | | |
| 93 | 31:2-31:15 | 106 Incomplete: Add 30:10-12, 30:14-18, 30:20-31:1 | **Not Rule 106** (as to 30:10-12, 30:14-18) <br><br> **FRCP 32(a), Rule 602 (30(b)(6) Witness)** |
| 94 | 59:21-59:25 | | |
| 95 | 61:12-61:19 | | |
| 96 | 61:21-61:23 | | |
| 97 | 62:11-62:13 | 401, 402, 403, 602, 701 | |
| 98 | 73:4-73:5 | | |
| 99 | 76:16-76:17 | 106 Incomplete: Add 73:7-12, 74:16-20, 75:1-3, 75:17-76:1, 76:10-15 | |
| 100 | 76:19-76:21 | | |
| 101 | 81:22-81:22 | | |
| 102 - 104 | 81:23-81:24 <br> 83:7-83:11 <br> 84:25-85:4 | As to Exhibit 7 and Q&A quoting from Exhibit 7: 401, 402, 403, 602, 30(b)(6) | |
| 105 | 93:14-93:20 | | |
| 106 - 107 | 94:18-94:22 <br> 94:23-95:4 | As to Exhibit 8 and testimony quoting from Exhibit 8: 30(b)(6), 401, 402, 403, 602, 801, 802, 805 <br><br> As to remaining Q&A that lacks foundation without inadmissible hearsay: 901 | |
| 108 | 105:12-105:14 | 106 Incomplete: Add 105:5-8 and 105:10-11 | **Not Rule 106** <br><br> **FRCP 32(a), Rule 602 (30(b)(6) Witness)** |
| 109 - 110 | 105:16-105:18 <br> 106:13-106:17 | 106 Incomplete: Add 105:25-106:4 | **Not Rule 106** <br><br> **FRCP 32(a), Rule 602 (30(b)(6) Witness)** |

4

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 111 - 112 | 115:7-115:14 115:19-116:1 | 401, 402, 403 | |
| 113 | 119:19-119:21 | | |
| 114 | 119:24-120:1 | | |
| 115 | 120:3-120:4 | | |
| 116 | 121:24-122:4 | | |
| 117 -119 | 124:5-124:8 124:24-125:1 125:8-125:13 | 611(a)<br><br>106 Incomplete: Add 123:24-124:4, 124:9-18 | **Not Rule 106** (as to 123:24-124:4)<br><br>**FRCP 32(a), Rule 602 (30(b)(6) Witness)** |
| 120 | 125:19-126:10 | | |
| 121 | 127:1-127:8 | | |
| 122 | 127:19-128:11 | 106 Incomplete: Add 127:9-18 | **Not Rule 106**<br><br>**FRCP 32(a), Rule 602 (30(b)(6) Witness)** |
| 123 | 135:2-135:12 | | |
| 124 | 136:15-136:25 | | |
| 125 | 137:2-137:6 | | |
| 126 | 144:6-144:8 | | |
| 127 | 144:10-144:11 | | |
| 128 | 144:12-144:12 | | |
| 129 | 155:4-155:5 | | |
| 130 | 155:9-155:12 | | |
| 131 | 156:19-156:25 | | |
| 132 -136 | 157:3-157:7 157:9-157:18 157:20-158:3 158:6-158:9 158:11-159:3 | 30(b)(6), 602, 403, 701 | |
| 137 | 172:7-172:18 | | |
| 138 | 172:20-173:11 | | |
| 139 | 173:14-173:23 | | |
| 140 | 173:25-174:14 | | |
| 141 | 174:16-174:21 | | |
| 142 | 177:17-178:9 | 106 Incomplete: Add 177:7 | |

5

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
|  |  | 30(b)(6), 602, 701 |  |
| 143 | 200:14-200:17 |  |  |
| 144 | 200:25-201:2 | 106 Incomplete: Add 200:21-24 | **Not Rule 106** <br><br> **FRCP 32(a), Rule 602 (30(b)(6) Witness)** |
| 145 | 203:24-204:19 |  |  |
| 146 | 206:8-206:8 |  |  |
| 147 | 207:9-207:10 |  |  |
| 148 | 207:14-207:18 |  |  |
| 149 - 150 | 208:24-208:25 209:15-209:16 | 401, 402, 403, 30(b)(6), 602, 702 |  |
| 151 | 210:6-210:12 |  |  |
| 152 | 226:5-226:18 | 106 Incomplete: Add 225:3-9 |  |
| 153 | 227:2-227:5 | 106 Incomplete: Add 226:24-25 |  |
| 154 | 227:6-227:9 |  |  |
| 155 | 227:10-227:17 |  |  |
| 156 | 235:20-236:6 | 401, 402, 403, 701 <br><br> 106 Incomplete: Add 235:9-15 | **Not Rule 106** <br><br> **FRCP 32(a), Rule 602 (30(b)(6) Witness)** |
| 157 | 237:7-237:19 |  |  |
| 158 | 237:20-238:3 |  |  |
| 159 | 241:1-241:5 |  |  |
| 160 | 241:24-242:3 |  |  |
| 161 -162 | 242:13-242:15 242:23-243:1 | 106 Incomplete: Add 242:16-17 (as corrected in errata), 242:19-22, 243:2-3, 243:6-9 | **Not Rule 106** <br><br> **FRCP 32(a), Rule 602 (30(b)(6) Witness)** |
| 163 -164 | 245:1-245:2 245:4-245:8 | 401, 402, 403, 602, 30(b)(6), 702 |  |
| 165 | 245:10-245:12 |  |  |
| 166 | 247:20-247:20 |  |  |
| 167 | 247:21-248:4 | As to Exhibit 19 and testimony concerning Exhibit 19: 402, 403, 801, 801 |  |

6

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 168 | 255:6-255:14 | | |
| 169 | 265:14-265:14 | | |
| 170 | 265:18-266:14 | | |
| 171 | 267:23-268:4 | | |
| 172 | 268:12-268:15 | | |
| 173 | 268:22-269:17 | | |
| 174 | 272:6-273:5 | | |
| 175 | 273:21-273:23 | | |
| 176 | 274:1-274:7 | | |
| 177 | 274:10-274:11 | | |
| 178 | 274:16-274:18 | | |
| 179 | 275:4-275:14 | | |
| 180 | 275:16-275:17 | | |
| 181 | 292:8-292:14 | | |
| 182 | 299:20-300:1 | 106 Incomplete: Add 299:17-19 | |
| 183 | 300:10-300:12 | | |
| 184 | 300:12-300:13 | | |
| 185 | 300:15-300:20 | | |
| 186 | 300:21-301:7 | | |
| 187 | 301:13-302:2 | As to Exhibit 22 and testimony concerning Exhibit 22: 401, 402, 403 | |
| 188 | 302:10-302:14 | | |
| 189 | 302:25-303:2 | 401, 402, 403 | |
| 190 | 306:6-306:16 | | |
| 191 | 309:13-309:14 | | |
| 192 | 309:16-309:23 | | |
| 193 | 316:7-316:7 | | |
| 194 | 316:8-316:9 | | |
| 195 | 316:11-316:12 | | |
| 196 | 316:13-316:13 | | |
| 197 | 327:2-327:3 | | |
| 198 | 327:6-327:9 | | |
| 199 | 328:22-329:1 | | |
| **Ermira Murati** | | | |
| 200 | 9:8-9:9 | | |

7

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 201 | 11:1-11:10 | | |
| 202 | 11:11-11:15 | | |
| 203 | 11:24-11:25 | | |
| 204 | 12:1-12:5 | | |
| 205 | 14:18-14:19 | | |
| 206 | 21:1-21:9 | | |
| 207 | 21:13-21:14 | | |
| 208 | 21:17-21:19 | | |
| 209 | 21:21-21:25 | | |
| 210 | 23:12-23:25 | | |
| 211 | 24:18-25:2 | | |
| 212 | 25:3-25:3 | | |
| 213 | 33:1-33:11 | 602, 403 | |
| 214 | 33:15-33:15 | | |
| 215 | 38:1-38:2 | | |
| 216 | 38:4-38:10 | | |
| 217 | 38:15-38:20 | | |
| 218 | 38:21-38:24 | | |
| 219 | 38:25-38:25 | | |
| 220 | 39:1-39:4 | | |
| 221 - 222 | 45:2-45:3<br>45:9-45:10 | 602 | |
| 223 - 233 | 50:13-50:15<br>50:17-50:22<br>50:23-50:25<br>51:1-51:4<br>51:18-51:23<br>51:25-51:25<br>52:23-52:25<br>53:4-53:5<br>54:14-54:19<br>55:18-55:19<br>55:21-55:21 | If Ex. 4 is offered against MSFT: 105, 402, 403, 602, 801, 802<br><br>602, 403, Lack of Foundation<br><br><br>Counters: 54:1-2, 54:4-13, 55:7-17, 55:22-24 | |

8

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 234 - 239 | 57:19-57:24<br>58:12-58:14<br>58:19-58:25<br>59:1-59:1<br>60:1-60:8<br>60:9-60:10 | If Murati or OAI's statements are offered against MSFT: 105, 402, 403, 602, 801, 802<br><br>Counters: 56:19-22, 56:25-57:2, 57:4-5, 57:10-18, 229:7 – 23, 62:20-63:3, 76:23-24, 77:1-3, | |
| 240 - 244 | 66:11-66:13<br>66:16-66:19<br>67:18-68:1<br>68:2-68:4<br>68:8-68:8 | If Altman or OAI's statements are offered against MSFT: 105, 402, 403, 602, 801, 802<br><br>602, 403 (as to 68:2 – 4, 68:8) | |
| 245 - 248 | 79:9-79:10<br>79:16-79:25<br>80:1-80:17<br>80:18-80:20 | 602<br><br>106 as to 80:18 -20 (add 80:21 – 81:19)<br><br>Counters: 78:25 – 79:8, 232:8 -14 | **Not Rule 106** (as to 81:10-19) |
| 249 | 89:24-89:25 | | |
| 250 | 90:1-90:6 | | |
| 251 | 90:11-90:18 | | |
| 252 - 256 | 111:8-111:16<br>111:18-111:19<br>111:20-111:25<br>112:1-112:11<br>112:14-112:16 | If Murati or OAI's statements are offered against MSFT: 105, 402, 403, 602, 801, 802, 805, 403<br><br>106 as to 112:14-16 (add 112:17 – 112:25)<br><br>Counters: 230:12 – 231:20 | **Not Rule 106** |
| 257 - 261 | 119:20-119:23<br>120:2-120:6<br>120:8-120:9<br>120:11-120:12<br>120:13-120:16 | If Altman or OAI's statements are offered against MSFT: 402, 403, 801, 802, 805<br><br>Counters: 234:22-24, 235:1-6 | |

9

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 262 | 123:1-123:3 | | |
| 263 - 281 | 128:19-128:24<br>129:7-129:8<br>129:10-129:13<br>130:12-130:17<br>131:21-131:24<br>132:8-132:10<br>132:11-132:13<br>132:22-133:1<br>133:2-133:3<br>133:24-134:2<br>134:4-134:6<br>134:18-134:22<br>134:24-134:25<br>135:6-135:10<br>135:16-135:19<br>135:20-136:4<br>136:19-136:20<br>136:22-136:23<br>136:24-136:24 | If Murati or OAI's statements are offered against MSFT: 105, 402, 403, 801, 802, 805<br><br>106 Incomplete:<br>Add 135:1-5<br><br>Counters: 129:14-17, 133:5-23, 134:7 – 17, 134:18 – 135:5, 232:15 - 233:2, 233:4 – 12, 233:17 – 234:6, 238:5 - 11 | **Not Rule 106**<br><br><br>**Rule 602** (as to 232:15-233:4) |
| 282 - 283 | 139:1-139:3<br>139:5-139:7 | If Altman or Murati's statements are offered against MSFT: 105, 402, 403, 801, 802, 805 | |
| 284 | 143:15-143:17 | | |
| 285 | 143:20-143:25 | | |
| 286 | 144:1-144:7 | | |
| **Satya Nadella** | | | |
| 287 | 8:13-8:23 | | |
| 288 | 30:9-30:24 | 602<br><br>Counter:  29:23 – 30:7, 272:23 – 273:8 | **Beyond Scope** (as to 29:23-30:7, 272:23-273:8)<br><br>**Musk MIL 3** (as to 272:23-273:8) |

AMENDED ATTACHMENT B: PLAINTIFF'S DISCOVERY DESIGNATIONS AND MICROSOFT'S RESPONSES
CASE NO.: 4:24-CV-04722-YGR

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 289 - 301 | 35:22-35:24<br>36:1-36:2<br>36:15-36:18<br>36:19-36:22<br>37:13-37:15<br>37:18-37:23<br>38:13-38:25<br>39:1-39:5<br>40:4-40:5<br>40:6-40:9<br>42:11-42:20<br>44:17-44:23<br>45:11-45:14 | If Ex. 3 is offered against MSFT: 105, 402, 403, 602, 801, 802, 901 (all except 602, 901 withdrawn as to 35:22-35:24, 36:15-36:18 36:19-36:22, 37:13-37:15, 37:18-37:23, 38:13-38:25 39:1-39:5)<br><br>106 Incomplete: Add 37:3-5, 37:7-12, 44:1-3, 44:5-16, 44:24-25, 45:2-9)<br><br>Counter: 22:21 – 23:3 | **Not Rule 106** (as to 44:1-3, 44:5-16)<br><br>**Beyond Scope** (as to 22:21-23:3) |
| 302 | 51:13-51:20 | | |
| 303 | 54:24-55:9 | Counter: 54:10 – 54:23 | |
| 304 | 56:21-56:25 | | |
| 305 | 57:1-57:16 | | |
| 306 - 310 | 58:2-58:6<br>59:12-59:13<br>59:22-59:24<br>59:25-60:9<br>61:22-62:13 | Counter: 60:10 – 18, 61:3-10<br><br>106 (add 62:14-18) | |
| 311 - 319 | 62:19-62:21<br>63:12-63:15<br>64:24-65:2<br>67:5-68:6<br>70:18-70:21<br>71:17-71:22<br>73:3-73:9<br>74:13-74:18<br>74:25-75:10 | If Ex. 6 is offered against MSFT:  402, 403, 602, 801, 802<br><br>As to 71:17-71:22 and 73:3-73:9: 401, 402, 403<br><br>106 Incomplete: Add 70:22 – 71:2<br><br>Counters: 65:10 – 65:23, 66:11 – 67:4; 69:16 – 70:17, 80:3-4, 80:7-11, 278:6 - 13 | **Not Rule 106** (as to 70:22-71:2)<br><br>**Beyond Scope** (as to 278:6-13) |

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 320 - 327 | 84:23-84:25<br>87:1-87:8<br>88:12-88:18<br>89:8-89:11<br>89:25-90:1<br>90:4-90:9<br>92:8-92:19<br>92:20-92:25 | As to 89:8 - 89:11, 89:25 – 90:1, 90:4-9: 602<br><br>106 Incomplete: Add 88:5 – 11, 89:12 – 24<br><br>Counters: 88:19-25, 89:3 – 89:7, 91:17 - 19, 91:22 – 92:7 | **Not Rule 106** (as to 89:12-24) |
| 328 - 337 | 97:8-97:11<br>97:12-97:25<br>98:9-98:10<br>98:12-98:12<br>99:16-100:2<br>100:11-100:25<br>101:1-101:6<br>101:13-102:5<br>104:23-104:25<br>105:3-105:10 | 106 Incomplete: Add 100:3-10<br><br>Counters: 267:14 – 17, 267:19 - 24 | |
| 338 - 353 | 110:10-110:20<br>112:10-112:11<br>112:13-112:18<br>113:3-113:6<br>114:17-114:19<br>114:24-114:25<br>115:2-115:11<br>115:23-115:24<br>116:18-117:4<br>120:9-120:11<br>120:13-120:15<br>121:7-121:18<br>121:19-121:23<br>122:1-122:13<br>124:1-124:23<br>124:24-125:21 | If embedded statements within Ex. 8 are offered against MSFT: 801, 802<br><br>As to 112:10-11 and 112:13-18: Calls for Legal Conclusion<br><br>106 Incomplete: Add 115:12 – 22<br><br>Counter: 268:2 – 11; 268:13 – 268:25, 269:2 – 269:8; 269:10 – 269:14; 269:16 – 18 | **Rule 602** (as to 268:8-11, 268:23-25, 269:2-8, 269:10-14, 269:16-18) |

12

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 354 - 361 | 125:22-125:25<br>126:8-126:10<br>126:10-126:11<br>126:24-127:3<br>128:5-128:7<br>128:9-128:15<br>129:21-129:22<br>129:25-130:7 | If Ex. 12 is offered against MSFT: 401, 402, 403, 602, 801, 802, 901<br><br>As to 126:24-127:3, 128:5-7, 128:9-15: 602<br><br>As to 129:21 – 129:22 and 129:25 – 130:7: Calls for Legal Conclusion<br><br>106 Incomplete: Add 126:1 – 7, 126:13 – 21, 130:9 - 20<br><br>Counters: 128:16-17, 128:19-129:6, 129:7-9, 129:11-20 | **Not Rule 106**<br><br>**Attorney Testimony** (as to 126:13-21) |
| 362 - 366 | 135:6-135:8<br>135:11-135:14<br>136:8-136:12<br>137:4-137:13<br>137:21-138:3 | If Altman or OAI's statements in Ex. 13 and 14 are offered against MSFT: 105, 402, 403, 801, 802<br><br>As to Ex. 14: 602, 901 | |
| 367 - 369 | 142:18-142:19<br>143:10-143:14<br>143:15-143:16 | If Altman's statements in Ex. 15 are offered against MSFT: 105, 402, 403, 801, 802<br><br>106 Incomplete: Add 143:17 – 144:1 | |
| 370 | 156:21-156:22 | | |
| 371 | 157:7-157:9 | | |
| 372 | 167:2-167:3 | | |
| 373 | 167:22-167:24 | | |
| 374 | 172:21-172:22 | | |
| 375 | 172:24-173:3 | | |
| 376 - 378 | 175:21-176:7<br>176:15-176:18<br>176:21-177:16 | Calls for Legal Conclusion, 402, 403<br><br>106 Incomplete: Add 177:20-23 | |

13

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 379 - 387 | 177:18-177:19<br>177:24-178:3<br>178:25-179:2<br>179:20-179:24<br>[*Additional designations withdrawn*] | If Ex. 21 is offered against MSFT:<br>401, 402, 403, 602, 801, 802, 805<br><br>As to 181:23 – 182:9: Asked and Answered<br><br>As to 182:11-15, 183:21-25, 184:1-12: 602, 801, 802<br><br>106 (add 179:25 – 180:3, 183:20)<br><br>Counter: 275:8 – 12, 275:15 | **Not Rule 106** (as to 183:20)<br><br>**Rule 602** (as to 275:8-12, 275:15) |
| 388 - 394 | 205:12-205:13<br>205:15-205:16<br>205:20-205:20<br>205:21-205:23<br>206:1-206:7<br>206:8-206:9<br>206:13-206:16 | Calls for Legal Conclusion, 402, 403<br><br>106: Add 206:17 – 207:2 | **Not Rule 106** (as to 206:17-207:2) |
| 395 | 214:11-214:18 | 401, 402, 403 | |
| 396 | 222:24-223:2 | | |
| 397 - 406 | 223:6-223:7<br>223:17-223:19<br>223:25-224:3<br>224:5-224:7<br>226:3-226:12<br>227:25-228:3<br>228:19-229:6<br>229:7-229:10<br>233:23-234:3<br>235:22-236:7 | If Murati's statements in Ex. 23 are offered against MSFT:<br>105, 402, 403, 801, 802<br><br>As to 226:3 – 12: 801, 802<br><br>106: Add 226:13 – 227:7, 229:11 – 22, 233:15 – 22<br><br>Counter: 234:4 – 235:4, 235:5-21 | **Not Rule 106** (226:13-227:7, 229:11-22) |

AMENDED ATTACHMENT B: PLAINTIFF'S DISCOVERY DESIGNATIONS AND MICROSOFT'S RESPONSES
CASE NO.: 4:24-CV-04722-YGR

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 407 - 411 | 236:19-236:21<br>236:23-236:24<br>237:3-237:24<br>238:4-238:9<br>238:10-239:7 | If Altman's statements are offered against MSFT: 105, 402, 403, 801, 802<br><br>602<br><br>As to 237:23 – 24, 238:4 – 9: Argumentative<br><br>106 (add 236:25 – 237:2) | **Not Rule 106** (as to 236:25-237:2) |
| 412 | 239:8-239:12 | | |
| 413 | 239:14-239:17 | | |
| 414 | 243:16-243:25 | | |
| 415 | 244:1-244:19 | | |
| 416 | 246:1-246:2 | | |
| 417 | 246:4-246:9 | | |
| 418 | 246:19-248:11 | | |
| 419 | 248:12-248:21 | | |
| 420 | 251:7-251:11 | | |
| 421 | 251:13-251:19 | | |
| 422 | 252:12-253:23 | 401, 402, 403 | |
| 423 - 424 | 257:15-257:16<br>257:18-257:25 | Calls for Legal Conclusion | |
| **OpenAI 30(b)(6) – Robert Wu** | | | |
| 425 | 11:17-11:18 | | |
| 426 | 20:25-20:25 | | |
| 427 | 21:1-21:1 | | |
| 428 | 21:3-21:4 | | |
| 429 | 21:5-21:9 | | |
| 430 | 21:24-22:11 | | |
| 431 | 22:23-22:24 | | |
| 432 | 23:1-23:4 | | |
| 433 | 23:6-23:9 | | |
| 434 | 23:22-23:22 | | |
| 435 | 23:23-23:24 | | |
| 436 | 24:2-24:3 | | |
| 437 | 24:4-24:4 | | |

15

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 438 | 24:6-24:6 | | |
| 439 | 24:7-24:8 | | |
| 440 | 69:15-69:15 | | |
| 441 | 69:18-69:23 | | |
| 442 | 69:24-69:25 | | |
| 443 | 70:1-70:9 | | |
| 444 | 70:10-70:11 | | |
| 445 | 70:15-70:19 | | |
| 446 | 70:20-70:20 | | |
| 447 | 71:10-71:19 | | |
| 448 | 72:3-72:7 | | |
| 449 | 85:9-85:12 | | |
| 450 | 86:3-86:6 | | |
| 451 | 86:8-86:10 | | |
| 452 | 86:13-86:14 | | |
| 453 | 86:15-86:15 | | |
| 454 | 87:13-87:13 | | |
| 455 | 87:17-87:19 | | |
| 456 | 89:2-89:3 | | |
| 457 | 89:6-89:15 | | |
| 458 | 98:20-98:20 | | |
| 459 | 100:7-100:7 | | |
| 460 | 100:9-100:13 | | |
| 461 | 100:15-100:16 | | |
| 462 | 100:18-100:21 | | |
| 463 | 102:5-102:17 | | |
| 464 | 102:19-102:20 | | |
| 465 | 102:22-103:1 | | |
| 466 | 104:11-104:12 | | |
| 467 | 104:13-104:15 | | |
| 468 - 472 | 105:18-105:19<br>105:21-105:24<br>105:25-106:7<br>106:19-106:20<br>106:23-107:1 | | |
| 473 - 474 | 110:11-110:17<br>110:20-110:25 | 402, 403, 602 | |

16

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 475 - 479 | 111:2-111:4<br>111:5-111:12<br>112:18-112:19<br>112:19-112:21<br>113:3-113:9 | | |
| 480 | 118:23-119:3 | | |
| 481 | 119:5-119:8 | | |
| 482 - 491 | 126:19-126:21<br>126:23-126:25<br>127:1-127:1<br>127:2-127:5<br>129:4-129:5<br>129:7-129:11<br>129:14-129:15<br>129:19-129:21<br>131:8-131:10<br>131:16-131:20 | | |
| 492 - 507 | 135:15-135:17<br>135:21-135:21<br>135:22-135:25<br>136:1-136:6<br>136:20-136:23<br>137:8-137:11<br>137:12-137:12<br>137:13-137:22<br>137:23-138:4<br>139:6-139:21<br>141:9-141:12<br>141:16-141:18<br>143:2-143:5<br>143:15-143:19<br>143:22-143:24<br>144:1-144:4 | | |
| 508 | 160:14-160:15 | | |
| 509 | 160:18-160:22 | | |
| 510 | 161:6-161:9 | | |
| 511 | 170:15-170:15 | | |

17

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 512 | 170:21-170:21 | | |
| 513 | 170:22-170:24 | | |
| 514 | 172:3-172:4 | | |
| 515 | 172:5-172:7 | | |
| 516 | 172:8-172:18 | | |
| 517 | 172:19-172:21 | | |
| 518 | 172:22-172:24 | | |
| 519 | 172:25-173:8 | | |
| 520 | 173:9-173:12 | | |
| 521 | 173:14-173:25 | | |
| 522 | 174:2-174:8 | | |
| 523 | 174:9-174:17 | | |
| 524 | 174:25-174:25 | | |
| 525 | 175:1-175:12 | | |
| 526 | 175:14-175:16 | | |
| 527 | 175:18-175:20 | | |
| 528 | 175:22-176:5 | | |
| 529 | 176:23-177:9 | | |
| 530 | 178:17-179:6 | | |
| 531 | 179:16-179:17 | | |
| 532 | 179:18-179:19 | | |
| 533 | 179:21-179:25 | | |
| 534 | 180:2-180:7 | | |
| 535 | 180:8-180:10 | | |
| 536 | 181:13-181:13 | | |
| 537 | 181:19-181:23 | | |
| 538 | 181:24-182:1 | | |
| 539 | 182:3-182:8 | | |
| 540 | 183:1-183:3 | | |
| 541 | 183:5-183:10 | | |
| 542 | 183:21-183:24 | | |
| 543 | 184:1-184:8 | | |
| 544 | 193:25-194:1 | | |
| 545 | 194:2-194:4 | | |
| 546 | 194:5-194:7 | | |
| 547 | 195:12-195:16 | | |
| 548 | 207:22-207:25 | | |

18

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 549 | 208:4-208:8 | | |
| 550 | 210:10-210:13 | | |
| 551 | 210:15-211:8 | | |
| 552 | 211:10-211:12 | | |
| 553 | 211:14-211:19 | | |
| 554 | 217:7-217:8 | | |
| 555 | 217:14-217:16 | | |
| 556 | 217:17-217:24 | | |
| 557 | 217:25-218:4 | | |
| 558 | 218:6-218:10 | | |
| 559 | 218:11-218:13 | | |
| 560 | 220:7-220:17 | | |
| 561 | 233:25-234:1 | | |
| 562 | 234:7-234:8 | | |
| 563 | 234:9-234:17 | | |
| 564 | 242:23-242:23 | | |
| 565 | 243:9-243:12 | | |
| 566 | 243:13-243:15 | | |
| 567 | 243:17-243:24 | | |
| 568 | 245:7-245:9 | 401, 402, 403 | |
| 569 | 245:11-245:15 | 106 Incomplete: Add 244:17 – 19, 244:21 – 245:5 | **Not Rule 106**<br>**FRCP 32(a), Rule 602 (30(b)(6) Witness)** |
| 570 | 269:20-270:1 | | |
| 571 | 274:8-274:10 | | |
| 572 | 274:17-274:19 | | |
| 573 | 275:5-275:9 | | |
| 574 | 276:5-276:6 | | |
| 575 | 276:7-276:7 | | |
| 576 | 276:11-276:13 | | |
| 577 | 276:23-276:25 | | |
| 578 | 277:5-277:7 | | |
| 579 | 277:13-277:14 | | |
| 580 | 277:17-277:18 | | |
| 581 | 277:22-278:1 | | |
| 582 | 278:8-278:10 | | |
| 583 | 278:17-278:18 | | |

19

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 584 | 278:23-278:25 | | |
| 585 | 279:1-279:5 | | |
| **Ilya Sutskever** | | | |
| 586 | 10:17-10:17 | | |
| 587 | 13:22-14:3 | | |
| 588 | 14:9-14:13 | | |
| 589 | 15:6-15:10 | | |
| 590 | 16:3-16:7 | | |
| 591 | 16:22-16:25 | | |
| 592 | 17:2-17:4 | | |
| 593 | 17:10-18:1 | | |
| 594 | 18:13-18:16 | | |
| 595 | 21:8-21:10 | | |
| 596 | 21:14-21:24 | | |
| 597 | 24:11-24:11 | | |
| 598 | 24:12-24:12 | | |
| 599 | 24:14-24:25 | | |
| 600 | 26:9-26:17 | | |
| 601 | 27:11-28:5 | | |
| 602 | 30:1-30:12 | | |
| 603 | 30:17-30:20 | | |
| 604 | 35:4-35:9 | | |
| 605 | 35:12-35:21 | | |
| 606 | 35:23-36:6 | | |
| 607 | 36:16-36:17 | | |
| 608 | 36:21-36:24 | | |
| 609 | 40:7-41:2 | | |
| 610 | 45:11-46:7 | | |
| 611 | 48:1-48:16 | | |
| 612 | 54:25-54:25 | | |
| 613 | 57:9-58:6 | | |
| 614 | 58:12-58:12 | | |
| 615 | 63:23-63:24 | | |
| 616 | 64:5-64:6 | | |
| 617 | 64:7-64:9 | | |
| 618 | 64:10-64:19 | | |
| 619 | 66:2-66:4 | | |

AMENDED ATTACHMENT B: PLAINTIFF'S DISCOVERY DESIGNATIONS AND MICROSOFT'S RESPONSES
CASE NO.: 4:24-CV-04722-YGR

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 620 | 66:6-66:9 | | |
| 621 | 67:8-67:10 | | |
| 622 | 67:15-67:18 | | |
| 623 | 73:18-73:19 | | |
| 624 | 73:23-74:2 | | |
| 625 | 74:15-75:6 | 106 Incomplete: Add 75:7 – 75:21 | **Not Rule 106** (as to 75:12-21) |
| 626 | 84:20-84:22 | | |
| 627 | 85:11-85:24 | | |
| 628 | 86:1-86:4 | | |
| 629 | 86:6-86:6 | | |
| 630 | 86:7-86:8 | | |
| 631 | 86:9-86:11 | | |
| 632 | 87:14-87:17 | | |
| 633 | 89:25-89:25 | | |
| 634 | 90:1-90:1 | | |
| 635 | 90:1-90:9 | | |
| 636 | 90:4-90:5 | | |
| 637 | 91:11-91:17 | | |
| 638 | 92:2-92:4 | | |
| 639 | 92:17-93:6 | | |
| 640 | 93:8-93:15 | | |
| 641 | 93:17-93:19 | | |
| 642 | 102:3-102:5 | | |
| 643 | 102:7-102:11 | | |

21

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 644 - 657 | 116:21-116:21<br>117:1-117:13<br>117:25-118:3<br>118:5-118:21<br>119:13-119:18<br>119:24-120:4<br>121:2-121:3<br>121:7-121:8<br>121:9-121:12<br>121:15-121:16<br>122:3-122:4<br>122:6-122:8<br>122:18-122:21<br>123:6-123:12 | 403, 602, 801, 802, 805, 901<br><br>106 Incomplete: Add 122:11-17 | **Not Rule 106** |
| 658 - 660 | 125:19-125:22<br>125:25-126:1<br>126:4-126:9 | 602, 403, 801, 802<br><br>Counter: 333:21 – 334:7 | |
| 661 | 128:5-128:19 | | |
| 662 | 128:21-128:22 | | |
| 663 | 128:24-129:8 | | |
| 664 | 130:15-130:21 | | |
| 665 | 130:23-131:1 | | |
| 666 | 131:2-131:6 | | |
| 667 | 131:8-131:10 | | |
| 668 | 131:12-131:15 | | |
| 669 - 671 | 138:20-138:25<br>139:5-139:15<br>139:16-139:17 | 602, 403<br><br>106 Incomplete: Add 139:18-19, 139:23 – 140:22 | **Not Rule 106** |
| 672 | 145:23-145:24 | | |
| 673 | 146:3-146:4 | Counter: 146:6 – 14, 328:18–22 | **Beyond Scope** (as to 328:18-22) |
| 674 - 675 | 148:16-148:18<br>148:23-148:25 | 602, Argumentative | |
| 676 | 152:12-152:12 | | |
| 677 | 152:18-153:16 | | |
| 678 | 153:18-153:20 | | |
| 679 | 153:21-153:22 | | |

22

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 680 | 154:3-154:25 | | |
| 681 | 155:1-155:3 | | |
| 682 | 169:24-170:8 | | |
| 683 | 173:2-173:7 | | |
| 684 | 174:3-174:12 | | |
| 685 | 339:19-339:19 | | |
| 686 | 339:20-339:22 | | |
| 687 | 339:23-340:3 | | |
| 688 - 691 | 340:5-340:5 340:10-341:8 341:10-341:11 341:17-342:4 | If Ex. 10 is offered: 401, 402, 403, 602, 801, 802, 902, Subject to OAI MIL #2<br><br>602, 801, 802 | |
| 692 | 374:6-374:7 | 401 | |
| 693 | 374:17-374:17 | 401 | |
| 694 | 376:17-376:19 | 401 | |
| 695 | 388:5-388:6 | 401, 402, 403 | |
| 696 | 388:17-388:18 | 401 | |
| 697 | 402:1-402:4 | 401 | |
| 698 | 402:16-402:24 | 401 | |
| **Helen Toner** | | | |
| 699 | 11:16-11:20 | | |
| 700 | 14:19-14:21 | | |
| 701 | 14:22-14:22 | | |
| 702 | 14:23-14:24 | | |
| 703 | 14:25-15:5 | | |
| 704 | 15:5-15:9 | | |
| 705 | 15:10-15:14 | | |
| 706 | 15:15-15:23 | | |
| 707 | 18:7-18:10 | | |
| 708 | 19:14-19:18 | | |
| 709 | 19:25-20:15 | | |
| 710 | 22:3-22:6 | | |
| 711 | 24:4-24:10 | | |
| 712 | 24:25-25:4 | 701, 403 | |
| 713 | 31:4-31:8 | | |
| 714 | 38:11-38:25 | | |

23

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 715 | 39:1-39:1 | | |
| 716 | 39:24-40:2 | | |
| 717 | 40:12-40:19 | | |
| 718 | 40:22-41:13 | | |
| 719 | 42:8-43:23 | 106 Incomplete: Add 43:24-44:1; 44:4-45:10; 332:1-12 | **Not Rule 106** (as to 332:1-12) |
| 720 | 45:11-46:8 | | |
| 721 | 46:9-46:13 | | |
| 722 | 46:16-46:22 | | |
| 723 | 46:23-48:5 | | |
| 724 | 48:6-48:8 | | |
| 725 | 48:11-49:4 | | |
| 726 | 49:15-50:9 | | |
| 727 | 50:12-50:16 | | |
| 728 | 50:19-51:2 | | |
| 729 | 51:5-51:9 | | |
| 730 | 51:12-51:16 | | |
| 731 | 51:19-51:24 | | |
| 732 | 52:12-53:17 | 801, 802 | |
| 733 | 53:21-54:4 | 801, 802 | |
| 734 | 54:7-54:14 | | |
| 735 | 54:16-54:18 | | |
| 736 | 54:20-54:22 | | |
| 737 | 54:25-55:4 | | |
| 738 | 55:6-55:10 | | |
| 739 | 56:3-56:9 | | |
| 740 | 56:22-56:24 | | |
| 741 | 57:2-57:8 | | |
| 742 | 57:11-57:18 | | |
| 743 | 57:21-58:19 | | |
| 744 | 58:20-58:23 | | |
| 745 | 59:1-59:1 | | |
| 746 | 59:3-59:10 | 801, 802 | |
| 747 | 59:16-59:17 | 801, 802 | |
| 748 | 59:19-61:1 | 801, 802 | |
| 749 | 61:7-61:10 | | |
| 750 | 61:11-61:14 | | |

24

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 751 | 61:17-61:17 | | |
| 752 | 61:19-61:24 | | |
| 753 | 62:25-64:8 | | |
| 754 | 64:11-64:13 | | |
| 755 | 64:24-65:1 | | |
| 756 | 65:4-65:9 | | |
| 757 | 65:22-66:2 | | |
| 758 | 66:6-66:7 | | |
| 759 | 66:10-66:15 | | |
| 760 | 73:8-73:11 | | |
| 761 | 73:12-73:20 | | |
| 762 | 73:21-76:11 | | |
| 763 | 76:14-76:16 | | |
| 764 | 76:18-76:18 | | |
| 765 | 76:20-76:22 | | |
| 766 | 76:25-77:4 | | |
| 767 | 81:8-81:12 | | |
| 768 | 81:15-81:15 | | |
| 769 | 81:17-81:20 | | |
| 770 | 81:23-81:23 | | |
| 771 | 83:4-83:7 | | |
| 772 | 83:10-83:14 | | |
| 773 | 83:24-85:21 | | |
| 774 | 86:17-86:20 | | |
| 775 | 86:24-87:3 | | |
| 776 | 87:11-87:16 | | |
| 777 | 87:19-87:22 | | |
| 778 | 87:24-88:6 | | |
| 779 | 91:23-92:7 | | |
| 780 | 92:10-92:10 | | |
| 781 | 98:21-98:25 | | |
| 782 | 99:3-99:3 | | |
| 783 | 99:5-99:10 | | |
| 784 | 101:9-101:25 | | |
| 785 | 102:1-102:15 | | |
| 786 | 102:25-103:1 | | |
| 787 | 103:14-104:1 | | |

25

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 788 | 104:2-104:2 | | |
| 789 | 104:11-105:12 | | |
| 790 | 105:13-105:17 | | |
| 791 | 105:20-105:24 | | |
| 792 | 106:2-106:8 | | |
| 793 | 106:11-106:11 | | |
| 794 | 111:8-111:19 | | |
| 795 | 112:2-112:6 | | |
| 796 | 113:15-113:22 | | |
| 797 | 119:10-119:16 | | |
| 798 | 122:17-123:7 | 106 Incomplete: Add 124:2-12 | **Rule 802, Rule 602** |
| 799 | 124:25-125:12 | | |
| 800 | 125:13-126:5 | | |
| 801 | 127:1-127:12 | | |
| 802 | 128:12-128:16 | | |
| 803 | 128:20-128:22 | | |
| 804 | 128:25-129:21 | | |
| 805 | 130:6-130:21 | | |
| 806 - 809 | 131:18-132:6 132:16-133:3 133:17-133:19 133:22-134:5 | 602<br><br>106 Incomplete: Add 133:12-16<br><br>Counters: 332:13-20; 334:11-335:3; 336:9-15; 337:12-338:6; 339:17-340:23; 340:25-341:2; 341:5-11; 341:14-20; 342:2-13; 342:20-21; 343:5-14 | **Rule 602** |
| 810 | 146:18-148:3 | | |
| 811 | 148:5-149:3 | | |
| 812 | 149:4-149:5 | | |
| 813 | 149:8-149:8 | | |
| 814 | 149:12-149:14 | | |
| 815 | 149:17-149:17 | | |
| 816 | 154:15-154:23 | | |
| 817 | 155:15-156:22 | | |
| 818 | 156:25-157:6 | 602, 403 | |
| 819 | 165:2-165:22 | | |

26

| Designation No. | Plaintiff's Designations | Defendants' Counter Designations and Objections | Plaintiff's Objections to Counters |
|---|---|---|---|
| 820 | 165:25-166:2 | 602 | |
| 821 | 166:4-166:8 | | |
| 822 | 166:11-166:18 | | |
| 823 | 166:21-166:22 | | |

27

## II.    DISCOVERY RESPONSE DESIGNATIONS

| Designation No. | Document | Designations | Microsoft's Counter Designations and Objections |
|---|---|---|---|
| 1. | [*Withdrawn*] | | |
| 2. | Samuel Altman's Amended Supplemental Responses and Objections to Interrogatories (9/15/2025) | Entirety | |
| 3. | Gregory Brockman's Second Amended Supplemental Responses and Objections to Interrogatories (9/21/2025) | Entirety | |
| 4. | Declaration of Robert Wu (10/17/2025) | Entirety | If offered against MSFT: 105, 402, 403, 801, 802 |

AMENDED ATTACHMENT B: PLAINTIFF'S DISCOVERY DESIGNATIONS AND MICROSOFT'S RESPONSES
CASE NO.: 4:24-CV-04722-YGR