RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ALTMAN, et al.,<br><br>Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**AMENDED ATTACHMENT E: MICROSOFT'S DEPOSITION AND DISCOVERY DESIGNATIONS AND PLAINTIFF'S RESPONSES**<br><br>Hearing Date: March 13, 2026<br>Time: 9:00 a.m.<br>Courtroom: 1, 4th floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases 3(f), the Court's Order Re: Request to Modify Case Management and Pretrial Order [Dkt. 278], and in advance of the Pretrial Conference set for March 13, 2026, at 9:00 a.m., Defendant Microsoft Corporation ("Microsoft") hereby submits the following deposition and discovery designations.

## I.    Deposition Designation

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| Jared Birchall (September 10, 2025) | | | |
| 1 | 7:8 - 7:11 | | |
| 2 | 7:14 - 7:15 | | |
| 3 | 9:3 - 9:3 | | |
| 4 | 9:5 - 9:5 | | |
| 5 | 9:7 - 9:23 | | |
| 6 | 10:2 - 10:23 | | |
| 7 | 11:2 - 11:6 | | |
| 8 | 11:10 - 11:21 | | |
| 9 | 12:3 - 12:8 | | |
| 10 | 13:6 - 14:7 | 169:24-174:7; 174:13-176:7 | Improper counter - 32(a)(6) |
| 11 | 14:9 - 14:9 | 169:24-174:7; 174:13-176:7 | Improper counter - 32(a)(6) |
| 12 | 16:2 - 16:5 | | |
| 13 | 79:7 - 79:11 | **Vague** | |
| 14 | 79:13 - 79:14 | **Vague** | |
| 15 | 79:16 - 80:3 | 81:5-81:19; 83:20-84:2; 86:2-86:3 | As to 81:5-19: Lack of Foundation without MSFT Counters and 106 Incomplete - Add 80:24-81:4 |
| 16 | 84:11 - 84:12 | | |
| 17 | 84:17 - 85:6 | **FRE 802** | |
| 18 | 85:11 - 85:18 | **FRE 802** 85:19-85:23 | |
| 19 | 85:24 - 86:1 | | |
| 20 | 86:11 - 86:20 | **FRE 802** 86:21-87:7 | |

- 1 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 21 | 87:20 - 88:16 | 89:9-89:12 | |
| 22 | 93:4 - 93:17 | **FRE 602, FRE 106** 93:22-93:25; 94:2-94:3; 94:5-94:16 | As to 94:2-3: Lack of Foundation without MSFT Counters and 106 Incomplete - Add 93:19-21<br><br>As to 94:5-16: 602 and 701 |
| 23 | 95:10 - 96:11 | **FRE 602, FRE 802** | |
| 24 | 96:13 - 96:13 | **FRE 602, FRE 802** | |
| 25 | 97:1 - 97:9 | **FRE 602, FRE 802** | |
| 26 | 97:12 - 97:20 | **FRE 802, FRE 106** | |
| 27 | 98:4 - 98:19 | **Mischaracterization, FRE 802** | |
| 28 | 98:21 - 99:1 | **FRE 802** | |
| 29 | 102:2 - 102:11 | 93:22-93:25; 94:2-94:3; 94:5-94:16 | As to 94:2-3: Lack of Foundation without MSFT Counters and 106 Incomplete - Add 93:19-21<br><br>As to 94:5-16: 602 and 701 |
| 30 | 105:5 - 106:1 | **FRE 802** | |
| 31 | 106:9 - 106:10 | | |
| 32 | 106:12 - 106:12 | | |
| 33 | 142:7 - 142:10 | **FRE 602, Vague** 139:23-139:25; 140:2-140:8; 140:19-141:2; 143:12-143:15; 143:17-143:23; 145:18-145:21; 141:8-20 | As to 139:23-25; 140:2-8: Lack of foundation and Improper Counter - 32(a)(6)<br><br>As to 140:19-141:2; 141:8-20; 143:12-15; 143:17-23: 602 and 701 |
| 34 | 142:12 - 143:2 | **FRE 602, FRE 106** 139:23-139:25; 140:2-140:8; 140:19-141:2; 143:12-143:15; 143:17-143:23; 145:18-145:21; 141:8-20 | As to 139:23-25; 140:2-8: Lack of foundation; Improper Counter - 32(a)(6)<br><br>As to 140:19-141:2; 141:8-20; 143:12-15; 143:17-23: 602 and 701 |
| 35 | 147:4 - 147:18 | **FRE 106** | |
| 36 | 158:7 - 159:8 | **FRE 802, FRE 402** | |

- 2 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 37 | 159:14 - 160:3 | **FRE 802, FRE 402** | |
| 38 | 160:16 - 160:18 | | |
| 39 | 162:8 - 162:14 | | |
| 40 | 162:21 - 164:8 | | |
| 41 | 164:24 - 165:17 | | |
| 42 | 165:19 - 165:20 | | |
| 43 | 165:23 - 166:2 | | |
| **Tasha McCauley (September 30, 2025)** | | | |
| 44 | 8:15 - 8:15 | | |
| 45 | 10:2 - 10:5 | | |
| 46 | 20:13 - 20:15 | | |
| 47 | 143:9 - 143:12 | | |
| 48 | 156:19 - 157:2 | | |
| 49 | 175:16 - 175:18 | | |
| 50 | 176:1 - 176:7 | **FRE 602, Vague** | |
| 51 | 176:9 - 176:9 | **FRE 602, Vague** | |
| 52 | 176:11 - 176:14 | | |
| 53 | 176:16 - 176:23 | | |
| 54 | 179:2 - 179:15 | | |
| 55 | 180:18 - 181:5 | | |
| 56 | 184:2 - 184:19 | | |
| 57 | 184:24 - 185:1 | | |
| 58 | 185:3 - 185:3 | | |
| 59 | 185:17 - 187:1 | | |
| 60 | 187:3 - 187:11 | | |
| 61 | 187:13 - 187:16 | | |
| 62 | 187:20 - 188:2 | | |
| 63 | 188:4 - 188:17 | | |
| 64 | 189:1 - 189:12 | | |
| 65 | 189:14 - 191:4 | **FRE 602** | |
| 66 | 191:6 - 191:14 | | |
| 67 | 194:23 - 195:15 | | |
| 68 | 195:19 - 196:10 | **FRE 602** | |
| 69 | 199:8 - 199:10 | **FRE 602** | |
| 70 | 199:12 - 199:21 | **FRE 602** | |

- 3 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 71 | 199:22 - 200:5 | | |
| 72 | 200:6 - 200:6 | | |
| 73 | 200:8 - 200:9 | | |
| 74 | 200:11 - 200:12 | | |
| 75 | 203:5 - 203:19 | | |
| 76 | 203:21 - 203:21 | | |
| 77 | 278:3 - 279:10 | | |
| 78 | 279:25 - 280:9 | | |
| 79 | 280:15 - 280:21 | | |
| 80 | 281:6 - 281:9 | | |
| 81 | 281:11 - 281:18 | | |
| 82 | 282:3 - 282:10 | | |
| 83 | 282:12 - 282:19 | | |
| **Ermira Murati (November 2, 2025)** | | | |
| 84 | 9:7 - 9:9 | | |
| 85 | 21:13 - 21:16 | | |
| 86 | 22:10 - 22:18 | | |
| 87 | 23:16 - 23:25 | 24:1-24:12 | |
| 88 | 27:3 - 27:5 | 26:18-26:19; 26:21-27:2 | |
| 89 | 27:8 - 27:10 | 26:18-26:19; 26:21-27:2 | |
| 90 | 27:14 - 27:16 | 26:18-26:19; 26:21-27:2 | |
| 91 | 29:4 - 29:6 | 29:7-29:15; 29:17-29:18 | |
| 92 | 32:13 - 32:15 | 32:16-32:25 | |
| 93 | 33:1 - 33:7 | | |
| 94 | 34:14 - 34:16 | | |
| 95 | 36:6 - 36:8 | | |
| 96 | 37:5 - 37:13 | | |
| 97 | 37:17 - 37:21 | | |
| 98 | 38:11 - 38:20 | | |
| 99 | 39:1 - 39:11 | | |
| 100 | 40:19 - 40:21 | 40:13-40:15; 40:18-40:18 | |
| 101 | 40:23 - 41:9 | 40:13-40:15; 40:18-40:18 | |
| 102 | 41:14 - 41:24 | 41:25-42:3 | |
| 103 | 42:4 - 42:19 | | |

- 4 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 104 | 49:1 - 49:6 | 49:7-49:18; 49:20-49:21; 50:5-50:7; 50:9-50:12 | As to 50:5-7; 50:9-12: 602, 403, Lack of Foundation |
| 105 | 57:19 - 57:24 | | |
| 106 | 62:20 - 63:3 | | |
| 107 | 66:4 - 66:10 | | |
| 108 | 76:23 - 76:24 | 77:11-77:13; 77:17-77:18; 129:7-129:8; 129:10-129:13 | As to 77:11-13; 77:17-18: 602, Vague as to Time Period |
| 109 | 77:1 - 77:3 | 77:11-77:13; 77:17-77:18; 129:7-129:8; 129:10-129:13 | As to 77:11-13; 77:17-18: 602, Vague as to Time Period |
| 110 | 85:4 - 85:6 | | |
| 111 | 85:8 - 85:11 | | |
| 112 | 106:3 - 106:7 | | |
| 113 | 106:11 - 106:15 | | |
| 114 | 128:19 - 128:21 | | |
| 115 | 128:25 - 129:2 | | |
| 116 | 129:18 - 130:2 | | |
| 117 | 130:12 - 130:14 | | |
| 118 | 131:7 - 131:8 | | |
| 119 | 131:11 - 131:20 | 131:21-131:24 | If Murati or OAI's statements are offered against MSFT: 105, 402, 403, 801, 802, 805 |
| 120 | 134:18 - 134:25 | | |
| 121 | 146:9 - 146:17 | | |
| 122 | 147:14 - 148:1 | | |
| 123 | 151:19 - 152:3 | | |
| 124 | 152:8 - 152:11 | **FRE 602, Vague** | |
| 125 | 152:13 - 152:16 | **FRE 602, Vague** | |
| 126 | 152:18 - 152:18 | **FRE 602** | |
| 127 | 155:10 - 155:20 | **FRE 602** | |
| 128 | 155:24 - 156:5 | **FRE 602** | |
| 129 | 157:3 - 158:18 | **FRE 602** | |
| 130 | 158:20 - 159:10 | **FRE 602, Vague** | |
| 131 | 159:12 - 160:2 | **FRE 602** | |
| 132 | 160:4 - 160:12 | **FRE 602** | |

- 5 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 133 | 160:14 - 160:17 | **FRE 602** | |
| 134 | 160:19 - 160:19 | **FRE 602** | |
| 135 | 206:15 - 207:4 | **FRE 402, FRE 403, FRE 602, Musk MIL 3** | |
| 136 | 209:11 - 209:19 | **FRE 802** | |
| 137 | 212:5 - 212:7 | | |
| 138 | 219:12 - 219:18 | **FRE 402** | |
| 139 | 226:20 - 227:19[1] | **Vague** | |
| 140 | 227:21 - 228:1 | | |
| 141 | 228:4 - 228:22 | | |
| 142 | 228:24 - 229:6 | | |
| 143 | 229:24 - 230:11 | | |
| 144 | 231:11 - 231:20 | **FRE 602** | |
| 145 | 231:22 - 232:2 | **Mischaracterization** | |
| 146 | 232:8 - 233:2 | | |
| 147 | 233:4 - 233:12 | **Vague, FRE 602, FRE 802** | |
| 148 | 233:17 - 234:6 | | |
| 149 | 237:22 - 238:11 | | |
| **Elon Musk (September 26, 2025)** | | | |
| 150 | 8:4 - 8:9 | | |
| 151 | 9:19 - 10:4 | | |
| 152 | 10:6 – 10:7 | **FRE 402, Musk MIL 3** | |
| 153 | 13:18 - 13:25 | | |
| 154 | 14:17 - 14:21 | **FRE 106**<br>14:22-15:5 | |
| 155 | 43:17 - 43:25 | | |

[1] Ms. Murati's deposition transcript erroneously omits her response to the question Microsoft's counsel posed at 227:3-5, which is audible in the video recording. Out of an abundance of caution and consistent with the Court's Standing Order Re: Pretrial Instructions in Civil Cases, Microsoft clarifies that it is designating both the question, "So given that, is it correct that you did not tell anyone at Microsoft that there were restrictions associated with Mr. Musk's contributions to OpenAI?" and Ms. Murati's response, "Correct." Plaintiff objected to Microsoft's request to correct the final transcript but indicated that Plaintiff has no objection to Microsoft designating Ms. Murati's response to the question on the basis that it was omitted from the transcript.

AMENDED ATTACHMENT E: MICROSOFT'S DISCOVERY DESIGNATIONS AND PLAINTIFF'S RESPONSES
4:24-CV-04722-YGR

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 156 | 52:11 - 52:23 | **FRE 106** 51:20-52:7; 53:2-53:13 | As to 51:20-52:7: 401, 402, 403 |
| 157 | 63:18 - 63:20 | **FRE 106** 63:21-64:2; 64:14-64:21 | |
| 158 | 68:10 - 68:12 | | |
| 159 | 68:16 - 68:21 | | |
| 160 | 68:23 - 68:25 | **Vague** | |
| 161 | 69:5 - 69:11 | | |
| 162 | 70:25 - 71:24 | | |
| 163 | 74:9 - 75:1 | **FRE 106** 75:2-75:6 | |
| 164 | 75:7 - 75:12 | **FRE 106** 75:2-75:6 | |
| 165 | 76:16 - 76:24 | **FRE 106** 76:25-77:5 | |
| 166 | 78:19 - 79:8 | | |
| 167 | 85:3 - 85:8 | **FRE 106** 83:4-83:20; 85:16-85:25; 86:6-86:13 | |
| 168 | 87:15 - 87:20 | | |
| 169 | 94:5 - 94:11 | | |
| 170 | 95:8 - 95:21 | | |
| 171 | 98:2 - 99:12 | | |
| 172 | 100:15 - 101:5 | **FRE 106** 101:6-101:9 | |
| 173 | 103:6 - 103:15 | **FRE 106** 105:5-105:14 | |
| 174 | 106:4 - 106:19 | | |
| 175 | 106:24 - 107:24 | **FRE 106** 107:25-108:17; 109:19-109:25 | As to 109:19-25: 106 Incomplete |
| 176 | 143:21 - 144:1 | **FRE 106** 151:18-20; 151:23-151:23 | |
| 177 | 145:24 - 146:8 | **FRE 106** 151:18-20; 151:23-151:23 | |

- 7 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 178 | 149:22 - 150:4 | **FRE 106** <br> 149:12-149:21; 150:5-150:7 | |
| 179 | 150:8 - 150:13 | **FRE 106** <br> 149:12-149:21; 150:5-150:7; 151:18-20; 151:23-151:23; 154:5-154:16; 360:4-360:18; 361:4-361:5; 361:8-361:8; 361:10-361:11; 361:13-361:13; 361:15-361:25; 362:1-362:2 | |
| 180 | 162:6 - 162:12 | | |
| 181 | 164:8 - 164:12 | | |
| 182 | 169:12 - 170:8 | | |
| 183 | 170:12 - 171:12 | | |
| 184 | 172:6 - 172:24 | | |
| 185 | 174:6 - 174:15 | | |
| 186 | 177:14 - 177:15 | **FRE 602, FRE 404** | |
| 187 | 177:18 - 177:19 | **FRE 602, FRE 404** | |
| 188 | 177:21 - 177:23 | **FRE 602, FRE 404** | |
| 189 | 178:1 - 178:1 | **FRE 402, FRE 403, FRE 602, FRE 404** | |
| 190 | 178:3 - 178:5 | **FRE 402, FRE 403, FRE 602, FRE 404** | |
| 191 | 178:8 - 178:11 | **FRE 602, FRE 404** | |
| 192 | 178:25 - 179:6 | | |
| 193 | 208:1 - 208:8 | **FRE 106** <br> 207:13-207:25; 208:9-208:11 | As to 208:9-11: Non-Responsive |
| 194 | 219:8 - 219:12 | **FRE 106** <br> 218:12-218:20; 220:21-220:22; 288:3-288:11; 288:14-288:19 | |
| 195 | 220:15 - 220:18 | **FRE 106** <br> 220:21-220:22 | |
| 196 | 221:2 - 221:5 | **FRE 106** <br> 220:21-220:22 | |

- 8 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 197 | 228:18 - 228:21 | **Vague, FRE 602, FRE 106** 225:7-225:16; 225:17-225:19; 226:7-226:18; 227:2-227:5; 227:25-228:3; 229:2-229:4; 229:8-229:11 | As to 225:7-225:16; 225:17-225:19; 226:7-226:18; 227:2-227:5; 227:25-228:3: 105, 401, 402, 403 |
| 198 | 228:24 - 228:25 | **Vague, FRE 602, FRE 106** 225:7-225:16; 225:17-225:19; 226:7-226:18; 227:2-227:5; 227:25-228:3; 229:2-229:4; 229:8-229:11 | As to 225:7-16; 225:17-19; 226:7-18; 227:2-5; 227:25-228:3: 105, 401, 402, 403 |
| 199 | 230:2 - 230:12 | **Calls for Legal Conclusion, FRE 602, FRE 106** 230:19-230:21; 231:7-231:9; 231:16-232:3 | |
| 200 | 230:15 - 230:17 | **Calls for Legal Conclusion, FRE 602, FRE 106** 230:19-230:21; 231:7-231:9; 231:16-232:3 | |
| 201 | 240:24 - 241:16 | | |
| 202 | 248:23 - 249:20 | | |
| 203 | 250:5 - 251:13 | **FRE 106** 251:14-251:25; 252:1-252:2; 252:9-252:19; 253:15-253:22 | |
| 204 | 263:7 - 263:10 | | |
| 205 | 271:1 - 271:14 | | |
| 206 | 285:14 - 285:23 | **FRE 602, FRE 106** 287:2-287:9; 287:10-287:14 | |
| 207 | 286:1 - 286:24 | | |
| 208 | 290:20 - 291:6 | | |
| 209 | 328:22 - 328:25 | | |
| 210 | 344:3 - 344:21 | | |
| 211 | 345:2 - 346:1 | **FRE 402, FRE 403, Musk MIL 3** | |
| 212 | 346:4 - 346:9 | **FRE 402, FRE 403, FRE 802, FRE 106** 346:10-346:16; 346:23-347:5 | |

- 9 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 213 | 346:18 - 346:22 | **FRE 106**<br>346:10-346:16; 346:23-347:5 | |
| 214 | 347:15 - 347:23 | | |
| 215 | 348:2 - 349:1 | | |
| 216 | 352:18 - 352:21 | **FRE 106**<br>349:6-349:15 | |
| 217 | 353:18 - 354:23 | **FRE 106**<br>353:2-353:17 | |
| 218 | 355:20 - 356:3 | | |
| 219 | 357:4 - 357:6 | | |
| 220 | 357:13 - 358:25 | | |
| **Ilya Sutskever (October 1, 2025)** | | | |
| 221 | 10:13 - 10:17 | | |
| 222 | 12:21 - 12:23 | | |
| 223 | 13:22 - 14:3 | | |
| 224 | 14:9 - 14:13 | | |
| 225 | 14:16 - 14:23 | | |
| 226 | 15:9 - 15:14 | | |
| 227 | 16:3 - 16:11 | 16:16-16:18 | |
| 228 | 16:22 - 16:25 | | |
| 229 | 18:22 - 19:1 | | |
| 230 | 19:7 - 19:8 | | |
| 231 | 23:15 - 24:2 | | |
| 232 | 74:15 - 75:21 | | |
| 233 | 76:12 - 77:3 | | |
| 234 | 77:13 - 78:23 | 79:11-79:12; 79:14-79:21; 79:24-80:12; 80:13-80:16; 80:18-81:1; 81:3-81:3 | |
| 235 | 78:25 - 79:8 | **FRE 106** | |
| 236 | 81:6 - 81:10 | | |
| 237 | 81:12 - 81:16 | | |
| 238 | 81:22 - 83:6 | | |
| 239 | 83:8 - 83:10 | | |
| 240 | 115:7 - 115:9 | | |

- 10 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 241 | 157:9 - 157:13 | | |
| 242 | 159:17 - 159:19 | | |
| 243 | 159:21 - 159:21 | | |
| 244 | 159:23 - 159:23 | | |
| 245 | 160:1 - 160:1 | | |
| 246 | 164:2 - 164:6 | **FRE 106** 164:7-164:11 | |
| 247 | 187:25 - 188:2 | **Vague** | |
| 248 | 188:6 - 188:8 | | |
| 249 | 188:10 - 188:25 | | |
| 250 | 189:7 - 189:13 | | |
| 251 | 203:25 - 205:23 | | |
| 252 | 241:6 - 242:10 | **FRE 106** 242:11-242:13; 242:16-242:17 | |
| 253 | 243:12 - 243:13 | | |
| 254 | 243:17 - 243:20 | | |
| 255 | 247:3 - 248:8 | | |
| 256 | 262:23 - 263:12 | **FRE 106** 263:13-263:16 | |
| 257 | 264:4 - 264:10 | | |
| 258 | 272:11 - 273:8 | **Leading, Vague** | |
| 259 | 273:11 - 273:12 | | |
| 260 | 273:14 - 273:15 | **Leading, Mischaracterization** | |
| 261 | 273:18 - 274:4 | | |
| 262 | 274:6 - 274:7 | **Leading** | |
| 263 | 274:12 - 274:15 | | |
| 264 | 327:6 - 328:13 | | |
| 265 | 338:17 - 339:2 | | |
| **Sam Teller (September 22, 2025)** | | | |
| 266 | 4:1 - 4:4 | | |
| 267 | 5:19 - 5:20 | | |
| 268 | 8:22 - 9:8 | | |
| 269 | 10:6 - 11:1 | | |
| 270 | 58:15 - 58:16 | **Vague, FRE 106** | |

- 11 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| | | 57:23-57:25; 58:2-58:14 | |
| 271 | 58:18 - 59:4 | **Vague, FRE 106** 57:23-57:25; 58:2-58:14 | |
| 272 | 59:6 - 59:8 | **Vague, FRE 106** | |
| 273 | 59:10 - 59:10 | 59:17-60:1 | |
| 274 | 60:11 - 60:13 | **Vague, FRE 106** 59:17-60:1 | |
| 275 | 60:15 - 60:18 | **Vague, FRE 106** 60:2-60:10 | |
| 276 | 60:20 - 60:20 | 60:2-60:10; 60:21-61:9 | |
| 277 | 61:14 - 61:15 | **Vague, FRE 106** 60:2-60:10; 60:21-61:9 | |
| 278 | 61:17 - 62:2 | **Compound** 60:2-60:10; 60:21-61:9 | |
| 279 | 62:4 - 62:14 | **Compound** | |
| 280 | 62:16 - 63:7 | **Compound** | |
| 281 | 63:9 - 63:10 | | |
| 282 | 74:17 - 74:22 | | |
| 283 | 75:2 - 75:14 | | |
| 284 | 75:17 - 75:20 | | |
| 285 | 90:2 - 91:3 | **Vague, FRE 602** | |
| 286 | 91:5 - 91:13 | | |
| 287 | 96:18 - 96:20 | **FRE 602** | |
| 288 | 96:22 - 97:17 | | |
| 289 | 98:4 - 98:11 | **FRE 106** 98:12-98:15; 98:17-98:18 | |
| 290 | 98:19 - 99:9 | | |
| 291 | 105:9 - 105:23 | | |
| 292 | 106:6 - 106:19 | | |
| 293 | 152:13 - 153:1 | | |
| 294 | 163:21 - 163:25 | | |
| 295 | 165:6 - 165:15 | | |
| 296 | 165:23 - 166:4 | | |
| 297 | 166:23 - 167:20 | | |
| 298 | 168:6 - 168:15 | | |

- 12 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 299 | 174:10 - 175:9 | 175:13-175:21 | |
| 300 | 187:12 - 188:5 | | |
| 301 | 193:16 - 193:23 | | |
| 302 | 215:16 - 216:11 | **FRE 602** | |
| 303 | 232:25 - 234:3 | | |
| 304 | 255:18 - 256:6 | | |
| 305 | 275:12 - 276:3 | **Asked and Answered** | |
| 306 | 276:5 – 276:16 | | |
| 307 | 276:23 - 277:1 | | |
| 308 | 277:4 - 277:9 | **Compound** | |
| 309 | 277:12 - 277:16 | | |
| 310 | 277:25 - 278:3 | | |
| 311 | 278:5 - 278:5 | | |
| 312 | 278:14 - 278:20 | | |
| 313 | 278:23 - 279:1 | | |
| 314 | 279:4 - 279:7 | | |
| 315 | 279:10 - 279:13 | | |
| 316 | 279:16 - 279:16 | | |
| **Shivon Zilis (September 12, 2025)** | | | |
| 317 | 6:12 - 6:13 | | |
| 318 | 7:24 - 8:1 | **FRE 402** | |
| 319 | 10:11 - 10:20 | **FRE 402, FRE 403, Musk MIL 4** | |
| 320 | 11:6 - 11:12 | **FRE 402, FRE 403, Musk MIL 4** | |
| 321 | 11:22 - 11:24 | | |
| 322 | 24:11 - 24:17 | | |
| 323 | 28:9 - 28:14 | | |
| 324 | 64:14 - 65:3 | | |
| 325 | 65:8 - 66:3 | | |
| 326 | 66:8 - 66:18 | 67:5-67:9 | 602, 403 and Lack of Foundation without MSFT counters<br><br>106 Incomplete - Add 66:19-67:4 |

- 13 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 327 | 73:20 - 73:24 | **FRE 106, FRE 802, FRE 602**<br>74:24-75:1 | |
| 328 | 74:2 - 74:23 | | |
| 329 | 79:7 - 79:11 | | |
| 330 | 81:9 - 81:22 | | |
| 331 | 113:8 - 113:12 | | |
| 332 | 113:23 - 114:10 | 114:11-114:19 | |
| 333 | 115:23 - 116:5 | **FRE 602** | |
| 334 | 116:7 - 116:9 | | |
| 335 | 134:19 - 135:1 | **FRE 602** | |
| 336 | 158:21 - 158:23 | | |
| 337 | 183:11 - 183:12 | | |
| 338 | 183:15 - 183:22 | | |
| 339 | 183:24 - 183:24 | | |
| 340 | 186:4 - 186:6 | | |
| 341 | 186:15 - 186:16 | **FRE 802*** | |
| 342 | 186:18 - 186:21 | **FRE 802*** | |
| 343 | 187:20 - 188:2 | | |
| 344 | 193:13 - 193:15 | **FRE 802*, FRE 602** | |
| 345 | 193:23 - 194:12 | **FRE 802*** | |
| 346 | 195:6 - 196:11 | **FRE 802*, FRE 602** | |
| 347 | 196:25 - 197:9 | | |
| 348 | 197:11 - 197:11 | | |
| 349 | 207:9 - 207:15 | **FRE 802** | |
| 350 | 207:20 - 208:4 | **FRE 802** | |
| 351 | 209:16 - 209:22 | | |
| 352 | 232:1 - 232:2 | **FRE 802** | |
| 353 | 232:4 - 233:6 | **FRE 802** | |
| 354 | 236:12 - 237:16 | | |
| 355 | 240:25 - 241:2 | **FRE 802** | |
| 356 | 241:4 - 241:10 | **FRE 802** | |
| 357 | 242:10 - 242:12 | **FRE 802** | |
| 358 | 243:10 - 243:19 | **FRE 802, FRE 602** | |
| 359 | 243:21 - 244:21 | **FRE 802, FRE 602** | |

- 14 -

| Designation No. | Microsoft's Designations | Plaintiff's Counter-Designations and Objections | Microsoft's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|
| 360 | 260:3 - 261:8 | **FRE 802\*, FRE 602** | |
| 361 | 264:8 - 264:22 | **FRE 701** | |
| 362 | 267:19 - 267:23 | | |
| 363 | 268:5 - 268:20 | | |
| 364 | 271:10 - 271:12 | **Vague** | |
| 365 | 271:14 - 272:1 | | |
| 366 | 272:14 - 273:3 | | |
| 367 | 302:13 - 303:23 | **FRE 802, FRE 106** 303:24-304:6 | |
| 368 | 304:7 - 304:20 | **FRE 106, FRE 403, Musk MIL 4** 303:24-304:6; 304:21-305:9 | |
| 369 | 314:18 - 315:8 | | |
| 370 | 315:17 - 315:19 | **Vague** | |
| 371 | 315:21 - 316:1 | | |
| 372 | 316:9 - 316:12 | | |
| 373 | 316:21 - 317:7 | **FRE 602** | |
| 374 | 317:16 - 317:22 | **Vague** | |
| 375 | 317:24 - 318:2 | | |
| 376 | 319:6 - 319:18 | | |
| 377 | 321:3 - 321:7 | **Vague** | |
| 378 | 321:10 - 321:19 | | |
| 379 | 321:21 - 323:8 | **FRE 802\*** | |
| 380 | 323:12 - 323:17 | **FRE 802\*, FRE 602** | |
| 381 | 333:5 - 333:21 | 327:15-328:8; 329:3-329:6; 329:8-329:9; 329:11-329:18; 329:20-329:21 | As to 329:3-6; 329:8-9; 329:11-18; 329:20-21: 602  As to 328:3-8: 402, 403, lack of foundation, assumes facts not established |
| 382 | 334:4 - 334:7 | 327:15-328:8; 329:3-329:6; 329:8-329:9; 329:11-329:18; 329:20-329:21 | As to 329:3-6; 329:8-9; 329:11-18; 329:20-21: 602  As to 328:3-8: 402, 403, Lack of Foundation, Assumes Facts not Established |

- 15 -

## II.    Discovery Response Designations

| Document | Microsoft's Designations | Plaintiff's Counter-Designations and Objections |
|---|---|---|
| Plaintiff Musk's Verified Supplemental Responses and Objections to Microsoft's First Set of Interrogatories (August 21, 2025) | No. 1, Interrogatory at 8:3 - 8:6 and Response at 8:18 - 8:20<br><br>No. 2, Interrogatory at 8:22 - 8:25 and Response at 9:9 - 9:11 | No. 2, Response at 9:11-18. |
| Plaintiff Musk's Verified Supplemental Responses and Objections to OpenAI Defendants' First Set of Interrogatories (September 25, 2025) | No. 4, Interrogatory at 16:17-16:28 and Response at 17:16-17:21, including Exhibit 1 at 29:1-31:11<br><br>No. 9, Interrogatory at 21:19-21:23 and Response at 22:15 - 22:18 | |

AMENDED ATTACHMENT E: MICROSOFT'S DISCOVERY DESIGNATIONS AND PLAINTIFF'S RESPONSES
4:24-CV-04722-YGR