**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **[PROPOSED] ORDER RE AMENDED DISPUTED DISCOVERY DESIGNATIONS** |
| v. | Date:  March 13, 2026 |
| SAMUEL ALTMAN et al., | Time:  9:00 AM |
| Defendants. | Courtroom:  1 – 4th Floor |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

Having reviewed the parties' Amended Joint Statement of Disputed Discovery Designations, the Court rules as follows regarding the disputes asserted:

| No. | Form | In Dispute | Court's Ruling |
|---|---|---|---|
| **Plaintiff's Disputed Designations** | | | |
| OpenAI 138 | Elon Musk Deposition Video (with transcript) | 56:21-58:4 (representative example) | ☐ Designation Use Permitted<br>☐ Designation Use Not Permitted<br>☐ Designation Use Permitted with modification:_____ |
| OpenAI 187 | * | 192:10-193:19 (representative example) | ☐ Designation Use Permitted<br>☐ Designation Use Not Permitted<br>☐ Designation Use Permitted with modification:_____ |
| OpenAI 210-215 | * | 301:4-9; 301:15-302:5, 302:10-303:7, 316:24-317:12, 318:9-18, 319:4-320:3, 320:23-321:8 (representative example) | ☐ Designation Use Permitted<br>☐ Designation Use Not Permitted<br>☐ Designation Use Permitted with modification:_____ |
| OpenAI 126 | Ermira Murati Deposition Video (with transcript) | 214:1-214:20 | ☐ Designation Use Permitted<br>☐ Designation Use Not Permitted<br>☐ Designation Use Permitted with modification:_____ |

| **Defendants' Disputed Designations** | | | |
|---|---|---|---|
| Musk 24-25, 28, 43 | Tasha McCauley Deposition Video (with transcript) | 62:7-63:13, 64:12-65:13, 81:21-82:8 (representative examples) | ☐ Designation Use Permitted<br><br>☐ Designation Use Not Permitted<br><br>☐ Designation Use Permitted with modification:_____<br><br>_____ |
| Musk 816, 817 | Helen Toner Deposition Video (with transcript) | 154:15-154:23 155:15-156:22 (representative examples) | ☐ Designation Use Permitted<br><br>☐ Designation Use Not Permitted<br><br>☐ Designation Use Permitted with modification:_____<br><br>_____ |
| Musk 721-22, 742-43, 755-56 | * | 46:9-46:13, 46:16-46:22, 57:15-18, 57:21-58:19, 64:24-65:1, 65:4-65:9 (representative examples) | ☐ Designation Use Permitted<br><br>☐ Designation Use Not Permitted<br><br>☐ Designation Use Permitted with modification:_____<br><br>_____ |

IT IS SO ORDERED.

DATED: March ___, 2026

By:_____
    Hon. Yvonne Gonzalez Rogers