# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 13, 2026 | **Time:** 4 hours 2 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 24-cv-4722-YGR | **Case Name:** Musk et al. v. Altman et al. | |

**Attorney for Plaintiff:** Steven Molo (Lead), Marc Toberoff, Robert Kry, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, and Harry Larson

**Attorney for Defendant OpenAI:** William Savitt (Lead), William Frentzen, Sarah Eddy, Nathaniel Cullerton, and Jordan Eth

**Attorney for Defendant Microsoft:** Russell Cohen (Lead), Nisha Patel, Hannah Leone, Howard Ullman, and Jay Jurata

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** April Brott

## PROCEEDINGS

Pretrial Conference; Motion to Exclude; Motions in Limine Hearing – held.

The Court laid down the procedures and instructions for Jury Trial. The Court heard argument on pending pretrial disputes.

Pretrial deadlines are set.

Pretrial Order to issue.