United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELON MUSK, ET AL.,**<br><br>Plaintiffs,<br><br>**VS.**<br><br>**SAMUEL ALTMAN, ET AL.,**<br>Defendants. | Case No. 4:24-CV-4722- YGR<br><br>**PARTY CERTIFICATION RE EXHIBITS DELIVERED TO JURY (ATTACHMENT B TO PRETRIAL ORDER NO. 1)** |

I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

(Party Name) _____          (Party Name) _____

_____          _____
Signature (Plaintiff's Attorney)                    Signature (Defense Attorney)