**VIA ECF**

March 20, 2026

      Re:    *Musk, et al.* v. *Altman, et al.*, Case No. 4:24-cv-04722-YGR

Dear Judge Gonzalez Rogers:

Pursuant to Pretrial Order No. 1 Re: Pretrial Conference (Dkt. 446) ("PO No. 1"), the parties respectfully submit this joint letter to provide the Court with the following updates:

1. Per the Court's instruction (PO No. 1 ¶ 9(a)), the parties have met and conferred and have reached an agreement in principle to substantially reduce the number of OpenAI entities listed on the verdict form(s). The parties are still in the process of preparing a stipulation that will memorialize their agreement on this issue and request permission to file that stipulation on or before March 24, 2026.

2. Per the Court's instruction (PO No. 1 ¶ 9(b)), the parties have met and conferred regarding the manner in which the stipulated facts will be presented to the jury. The parties agree that the list of undisputed facts contained in the Pretrial Conference Statement (Dkt. 427) will be submitted to the jury in the form of an exhibit that the parties will prepare.

3. Per the Court's instruction (PO No. 1 ¶ 9(c)), over the past week, the parties have met and conferred regarding the treatment at trial of documents that one or more parties contend contain competitively sensitive information or personal identifying information. Microsoft has shared proposed redactions for its competitively sensitive information and the OpenAI Defendants plan to share their proposed redactions next week. Meet-and-confer discussions on this topic are ongoing.

4. Per the Court's instruction (PO No. 1 ¶ 14), the parties have met and conferred regarding the mechanism for facilitating public access to admitted trial exhibits. The parties have tentatively agreed, subject to the Court's approval, to post admitted trial exhibits to a publicly accessible site each day. The parties agree that if material is redacted or otherwise sealed at trial, then that same information would be redacted from the publicly posted version of the exhibits. The parties are still meeting and conferring over whether any additional information should be redacted from the publicly posted versions of exhibits.

Judge Gonzalez Rogers
Page 2

Dated:  March 20, 2026                                        MORRISON & FOERSTER LLP


                                                             By:      /s/ William Frentzen
                                                                      William Frentzen (SBN 343918)

                                                             *Attorneys for the OpenAI Defendants*


Dated:  March 20, 2026                                        MOLOLAMKEN LLP


                                                             By:      /s/ Robert K. Kry
                                                                      Robert K. Kry (*pro hac vice*)

                                                             *Attorneys for Plaintiffs Elon Musk
                                                             and X.AI Corp.*


Dated:  March 20, 2026                                        DECHERT LLP


                                                             By:      /s/ Russell P. Cohen
                                                                      Russell P. Cohen (SBN 213105)

                                                             *Attorneys for Defendant Microsoft
                                                             Corporation*

Judge Gonzalez Rogers
Page 3

## ATTESTATION OF E-FILED SIGNATURE

I, William Frentzen, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all other signatories concur in this filing.

Dated: March 20, 2026                    */s/ William Frentzen*
                                         William Frentzen