MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

(Additional counsel listed on the next page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **JOINT STIPULATION AND PROPOSED ORDER REGARDING PARTIES** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (*pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (*pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (*pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (*pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (*pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for the OpenAI Defendants*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (*pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JAY JURATA (*pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft
Corporation*

Plaintiff Elon Musk; Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas, LLC (collectively, the "OpenAI Defendants"); and Defendant Microsoft Corporation (together with the OpenAI Defendants, "Defendants," and collectively with Plaintiff and the OpenAI Defendants, the "Parties"), hereby stipulate as follows:

WHEREAS Count 4 of the Second Amended Complaint (Dkt. 170) for "Breach of Quasi-Contract / Unjust Enrichment" (designated "Second Claim: Unjust Enrichment" in the pretrial submissions and hereinafter referred to as the "Unjust Enrichment Claim") named as defendants: (1) Samuel Altman; (2) Gregory Brockman; (3) OpenAI, Inc.; (4) OpenAI, L.P.; OpenAI, L.L.C.; OpenAI GP, L.L.C.; OpenAI OpCo, LLC; OpenAI Global, LLC; OAI Corporation, LLC; OpenAI Holdings, LLC; Aestas Management Company, LLC; and Aestas, LLC (the "OpenAI For-Profit Entities"); (5) OpenAI Startup Fund Management, LLC; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund SPV GP I, L.L.C.; OpenAI Startup Fund SPV GP II, L.L.C.; OpenAI Startup Fund SPV GP III, L.L.C.; OpenAI Startup Fund SPV GP IV, L.L.C.; OpenAI Startup Fund SPV I, L.P.; OpenAI Startup Fund SPV II, L.P.; OpenAI Startup Fund SPV III, L.P.; and OpenAI Startup Fund SPV IV, L.P. (the "OpenAI Startup Fund Entities"); and (6) Microsoft Corporation;

WHEREAS, on or about October 28, 2025, OpenAI, Inc., was renamed The OpenAI Foundation;

WHEREAS, on or about October 28, 2025, OpenAI Group PBC was formed as a public benefit corporation to undertake certain for-profit activities formerly carried out by some of the OpenAI For-Profit Entities;

WHEREAS, on January 15, 2026, the Court granted summary judgment in favor of Microsoft Corporation on the Unjust Enrichment Claim;

WHEREAS, to streamline the issues for trial, Plaintiff seeks to revise the defendants against whom the Unjust Enrichment Claim is asserted;

WHEREAS, the OpenAI Defendants' counsel represent that they have authority to enter into this Stipulation on behalf of OpenAI Group PBC; and

WHEREAS, the OpenAI Defendants deny that Plaintiff has shown any legal basis for asserting the Unjust Enrichment Claim against the OpenAI For-Profit Entities or the OpenAI Startup Fund Entities;

NOW, THEREFORE, the Parties stipulate as follows:

1.      OpenAI Group PBC shall be substituted for the OpenAI For-Profit Entities for purposes of the Unjust Enrichment Claim, so that if liability is established against any of the OpenAI For-Profit Entities on that claim then OpenAI Group PBC shall bear that liability;

2.      The Unjust Enrichment Claim is hereby dismissed with prejudice as against the OpenAI For-Profit Entities, with the parties bearing their own costs, and OpenAI Group PBC is added as a defendant named in that claim;

3.      The Unjust Enrichment Claim is hereby dismissed with prejudice as against the OpenAI Startup Fund Entities, with the parties bearing their own costs;

4.      This Stipulation shall have no effect on the Unjust Enrichment Claim against Samuel Altman, Gregory Brockman, or OpenAI, Inc. (now known as The OpenAI Foundation) or on the relief that might otherwise be ordered against any of those defendants; and

5.      The Stipulation shall have no effect on the Parties' rights with respect to the dismissed Unjust Enrichment Claim against Microsoft Corporation, including any rights on appeal.

Dated:  March 23, 2026                          MOLOLAMKEN LLP

                                        By:     /s/ Robert K. Kry
                                                Robert K. Kry (*pro hac vice*)

                                                *Attorneys for Plaintiffs Elon Musk
                                                and X.AI Corp.*

Dated:  March 23, 2026                          MORRISON & FOERSTER LLP

                                        By:     /s/ William Frentzen
                                                William Frentzen (SBN 343918)

                                                *Attorneys for the OpenAI Defendants*

Dated:  March 23, 2026                          DECHERT LLP

                                        By:     /s/ Russell P. Cohen
                                                Russell P. Cohen (SBN 213105)

                                                *Attorneys for Defendant Microsoft
                                                Corporation*

JOINT STIPULATION AND PROPOSED ORDER REGARDING PARTIES
CASE NO.: 4:24-CV-04722-YGR

## SIGNATURE ATTESTATION

I hereby attest that the signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 23, 2026

/s/ Robert K. Kry
Robert K. Kry (*pro hac vice*)

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the foregoing Stipulation.  It is accordingly hereby ordered that:

1.     OpenAI Group PBC shall be substituted for the OpenAI For-Profit Entities for purposes of the Unjust Enrichment Claim, so that if liability is established against any of the OpenAI For-Profit Entities on that claim then OpenAI Group PBC shall bear that liability;

2.     The Unjust Enrichment Claim is hereby dismissed with prejudice as against the OpenAI For-Profit Entities, with the parties bearing their own costs, and OpenAI Group PBC is added as a defendant named in that claim;

3.     The Unjust Enrichment Claim is hereby dismissed with prejudice as against the OpenAI Startup Fund Entities, with the parties bearing their own costs;

4.     This Stipulation shall have no effect on the Unjust Enrichment Claim against Samuel Altman, Gregory Brockman, or OpenAI, Inc. (now known as The OpenAI Foundation) or on the relief that might otherwise be ordered against any of those defendants; and

5.     The Stipulation shall have no effect on the Parties' rights with respect to the dismissed Unjust Enrichment Claim against Microsoft Corporation, including any rights on appeal.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge