MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **PLAINTIFF'S NOTICE OF FILING IN RESPONSE TO PRETRIAL ORDER NO. 2 RE MOTIONS *IN LIMINE* AND MOTIONS TO SEAL (DKT. 452)** |
| v. | |
| SAMUEL ALTMAN, et al., | Judge:  Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

Pursuant to the Court's March 25, 2025 Pretrial Order No. 2 re Motions *in Limine* and Motions to Seal (Dkt. 425), Plaintiff hereby files an unredacted copy of Plaintiff's Motion *in Limine* No. 4 To Exclude Irrelevant Information About Plaintiff Elon Musk filed at Dkt. 405-2; unredacted copies of Exhibits 1 and 4 filed at Dkts. 405-3, 405-6; and redacted copies of Exhibits 2 and 3 filed at Dkts. 405-4, 405-5.

Dated:  March 27, 2026                                      MOLOLAMKEN LLP

By:     /s/ Steven F. Molo
        Steven F. Molo (*pro hac vice*)

Marc Toberoff (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

Robert K. Kry (*pro hac vice*)
Jennifer M. Schubert (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*