# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-----------------------------------------

ELON MUSK, et al.,

        Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

        Defendants.


Case No. 4:24-cv-04722-YGR

-----------------------------------------


VIDEO DEPOSITION OF

Elon Musk

September 26, 2025

San Francisco, California

LEAD: William Savitt, Esquire

FIRM: Wachtell Lipton Rosen & Katz


FINAL COPY - CONFIDENTIAL

JANE ROSE REPORTING - 1-800-825-3341

Elon Musk v.
Samuel Altman

FINAL
[CONFIDENTIAL]

September 26, 2025
Elon Musk

Page 15

execution of the company.  And in order to emphasize the difficulty of competing with Google, I need to be emphatic that outstanding execution is needed for a small company to be a large company.

Q.   Do you recall that earlier this year OpenAI announced a Stargate UAE initiative?

A.   Yes.

Q.   What's your understanding of that initiative, sir?

A.   I don't know the details.

Q.   You don't know?

A.   No.

Q.   Do you remember that the initiative was to be announced on a presidential trip?

A.   Something to that effect.

Q.   When did you learn that Stargate was going to be announced, Mr. Musk?

A.   I don't recall.

Q.   Did you have a role with the federal government at the time the Stargate initiative was announced?

A.   I was an advisor.

Q.   You were in frequent contact with the President; isn't that right?

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                   Elon Musk

Page 16

A.    Yes.

Q.    When you learned that Stargate was to be announced, you complained to White House officials, didn't you?

A.    I did.

Q.    What did you tell them?

A.    I said that there needs to be more than one company that is supported in this way.

Q.    Did you propose that your company xAI be among the companies that were supported?

ATTORNEY MOLO:  So I object.  You're asking questions that go to Phase II of the case. If you want to describe how they go to Phase I that's fine; but --

ATTORNEY SAVITT:  Are you instructing the witness not to answer?

ATTORNEY MOLO:  I'm objecting, and telling you that your questions are addressing issues that relate to the competition part of the case, which the judge has designated, quote, Phase II claims.

ATTORNEY SAVITT:  Mr. Molo, I'm aware of that.  Are you objecting?

ATTORNEY MOLO:  So you are aware that you're asking Phase II claims?

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman              [CONFIDENTIAL]                  Elon Musk

Page 17

ATTORNEY SAVITT:  I don't think that is right.  If you have a relevance objection and you wish to say --

ATTORNEY MOLO:  That is a relevant objection.

ATTORNEY SAVITT:  Then state it and let the witness answer the question.  And if you want to instruct him not to answer, we'll see about that.

ATTORNEY MOLO:  If you're going to go down this line -- I've let you ask a few questions.  If you're going to go down this line, we can get on the phone with the magistrate judge and sort this out now, and it will make the day much shorter for all of us.  But we're not going to go into Phase II claims in this deposition.

ATTORNEY SAVITT:  So I'm going to ask my questions, and you can keep your speeches for yourself.  And if you want to call the judge, you can be my guest.

ATTORNEY MOLO:  Okay.

BY ATTORNEY SAVITT:

Q.    What did you tell White House officials when you complained about Stargate?

A.    Well, this is not pertinent to the case.

Elon Musk v.                  FINAL                September 26, 2025
Samuel Altman          [CONFIDENTIAL]                  Elon Musk

Page 19

THE VIDEOGRAPHER:  This is the beginning of Media Number 2.  We're back on the record at 10:22 a.m.

ATTORNEY SAVITT:  Are you going to make an objection to --

ATTORNEY MOLO:  So that's the question -- okay.  Objection.  The question goes to issues that are outside of Phase I, consistent with the Court's orders in Dockets Number 237, 228, 199, 200 and 201.

So I instruct the witness not to answer.

BY ATTORNEY SAVITT:

Q.   And, Mr. Musk, are you going to follow your lawyer's instruction?

A.   Yes.

Q.   All right.

ATTORNEY SAVITT:  Well, we certainly disagree with your contention.  We'll take this matter up with the Court at a convenient time. Naturally, we reserve our right to re-examine Mr. Musk in respect to this and any other such matter as you may choose to block on relevance grounds.

BY ATTORNEY SAVITT:

Q.   Did you -- do know who Peng Xiao is?

Elon Musk v.                FINAL              September 26, 2025
Samuel Altman          [CONFIDENTIAL]              Elon Musk

Page 20

A.   I've met him a few times.

Q.   Did you arrange a call with Peng and other representatives of G42 before the Stargate transaction was announced?

A.   I don't recall.

Q.   You don't recall.  You may have, you may have not, you don't know; correct?

A.   Possible.

Q.   You're aware, aren't you, sir, of public reports that you told G42 and Peng that they would have no chance of securing Mr. Trump's backing, the president's backing, unless your own company, xAI, was included in the deal?

A.   No.

ATTORNEY MOLO:  Objection.  These questions go to Phase II of the case pursuant to orders 237, 228, 199, 200 and 201.

And I'm instructing the witness not to answer consistent with the conversations that we had off the record with defense counsel.

If it's okay with you, rather than cite the docket numbers each time I make this objection, if I can just say "the Court's orders," do we have an understanding --

ATTORNEY SAVITT:  We do.

Elon Musk v.                    FINAL                September 26, 2025
Samuel Altman             [CONFIDENTIAL]                  Elon Musk

Page 57

A.   It's a festival in the desert.

Q.   The Musk Foundation has given a lot of money to Burning Man, hasn't it?

A.   It -- I think $5 million.

Q.   You attended Burning Man in 2017, didn't you?

A.   I may have.

Q.   You were with Tim Schulz?

A.   With who?

Q.   Tim Schulz?

A.   Who?

Q.   Tim Schulz.

A.   I don't recall.

Q.   Do you know when Burning Man happens?

A.   Labor Day weekend.

Q.   Late August/early September?

A.   Yeah.

Q.   Do you know what rhino ket is?

A.   No.

Q.   Do you know what rhino ketamine is?

A.   No.

Q.   Do you recall, at Burning Man in 2017, ingesting rhino ket?

A.   No.

Q.   Are you saying it didn't happen?