# EXHIBIT 2

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 6 | Date Range: 2/3/2025 |

## Outline of Conversations

 • 6 messages on 2/3/2025 • Elon Musk ███████████ • Elon Musk <███████████> • Mark Zuckerberg <███████████>

Confidential

**Messages in chronological order** (times are shown in GMT -08:00)

💬    +█████████████

MZ    **Mark Zuckerberg** ‹██████████›    ▶ 2/3/2025, 10:04 PM

Looks like DOGE is making progress. I've got our teams on alert to take down content doxxing or threatening the people on your team. Let me know if there's anything else I can do to help.

Receipts · Elon Musk ‹████████› [R:2/3/2025, 10:32 PM]

> EM    **Elon Musk** ‹██████████›    ◀ 2/3/2025, 10:32 PM

Reacted 🖤 to "Looks like DOGE is making progress. I've got our t…"

Receipts · Mark Zuckerberg ‹████████› [D:2/3/2025, 10:32 PM]

>> EM    **Elon Musk** ‹██████████›    ◀ 2/3/2025, 10:32 PM

Are you open to the idea of bidding on the OpenAI IP with me and some others?

Receipts · Mark Zuckerberg ‹████████› [R:2/3/2025, 10:33 PM]

>>>    **Mark Zuckerberg** ‹████████████›    ▶ 2/3/2025, 10:34 PM
MZ    Want to discuss live?

Receipts · Elon Musk ██████████ [R:2/3/2025, 10:59 PM]

>>>>    **Elon Musk** ████████████    ◀ 2/3/2025, 10:59 PM
EM    Liked "Want to discuss live?"

Receipts · Mark Zuckerberg ‹████████› [D:2/3/2025, 10:59 PM]

>>>>>    **Elon Musk** ‹██████████›    ◀ 2/3/2025, 10:59 PM
EM    Will call in the morning

Receipts · Mark Zuckerberg ████████ [R:2/4/2025, 3:09 PM]

Confidential    2024MUSK-0006249