# EXHIBIT 3

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 3 | Date Range: 12/13/2024 |

## Outline of Conversations



+▮▮▮▮▮▮▮▮ · 3 messages on **12/13/2024** · Elon Musk <▮▮▮▮▮▮> · · Elon Musk <▮▮▮▮▮▮> · Mark Zuckerberg <▮▮▮▮▮▮>

Highly Confidential-AEO

**Messages in chronological order** (times are shown in GMT -08:00)



MZ    **Mark Zuckerberg** ◄ ██████████ ►                    ► 12/13/2024, 4:09 PM

Quick heads up that Meta sent a letter to the California AG supporting your lawsuit against OpenAI. Someone (not us) leaked leaked the letter and it will be public in the next hour. Wanted to make sure you heard this from me.

Receipts • Elon Musk ◄ █████████ ► [R:12/13/2024, 4:19 PM]

> EM    **Elon Musk** < ████████                    ◄ 12/13/2024, 4:20 PM

Ok

Receipts • Mark Zuckerberg ◄ ████████ [R:12/13/2024, 4:20 PM]

>> MZ    **Mark Zuckerberg** ◄ ████████ ►                    ► 12/13/2024, 6:24 PM

I have an idea to run by you. Not urgent, but let me know if there's a good time to call in the next few days.

Receipts • Elon Musk ████████ [R:12/13/2024, 8:00 PM]

Highly Confidential-AEO                    2024MUSK-0006236