# EXHIBIT 4

Elon Musk v.                    FINAL            September 12, 2025
Samuel Altman        [HIGHLY CONFIDENTIAL]            Shivon Zilis

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-----------------------------------------

ELON MUSK, et al.,

        Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

        Defendants.


Case No. 4:24-cv-04722-YGR

-----------------------------------------


VIDEO DEPOSITION OF

Shivon Zilis

September 12, 2025

San Francisco, California

Lead: Sarah Eddy, Esquire

Firm: Wachtell Lipton Rosen & Katz


FINAL COPY - HIGHLY CONFIDENTIAL

JANE ROSE REPORTING - 1-800-825-3341


JANE ROSE REPORTING              California Firm No. 254
1-800-825-3341              janerose@janerosereporting.com

Page 11

BY MS. EDDY:

Q.   What term would you use?

A.   Well, a relationship implies some sort of discussed structure and so I don't know how to answer that question.

Q.   When were you first romantic with Elon Musk?

A.   Briefly, a very long time ago.  I don't remember exactly what year it would have been.

Q.   Would it have been before 2016?

A.   I don't remember that exact year.  It would have been plus or minus a year 2016.

Q.   Was it before or after you started working with OpenAI?

A.   Again, difficult question because I was an informal adviser out of the gate.  So I don't know if that's considered employment or not.

Q.   Was it before or after you became an informal adviser to OpenAI?

A.   It would have been after because I did not know him before.

Q.   Are you in a romantic relationship with Mr. Musk now?

A.   Yes.

Q.   Do you live with Mr. Musk?

Page 12

A. Difficult question because he has his own house so technically, no.

Q. Do you live with him sometimes?

A. He stays over to visit the kids sometimes.

Q. Have you communicated with -- with Mr. Musk today?

A. I said, "Good morning."

Q. Over the phone?

A. No.

Q. In person?

A. Correct.

Q. Where is he today?

MS. SCHUBERT: Objection.

THE WITNESS: In the Bay Area.

BY MS. EDDY:

Q. And did you discuss this deposition with Mr. Musk?

A. Nothing other than that I was going to it.

Q. You haven't talked to him about what questions you might be asked today?

A. No.

Q. "No"?

A. No.

Q. How did you prepare for this deposition?

MS. SCHUBERT: Object to the extent it

Page 307

essentially, pilfered.  I don't know what you call it.  And that given that this was no longer a confidential matter, outside of my concern through illegally obtained means, I'm telling him about the situation.

Q.    Were -- had the press not gotten wind of the fact that Elon Musk was the father of your children, were you planning to tell the board that fact?

MS. SCHUBERT:  Objection.  Calls for speculation.

THE WITNESS:  The agreement was a confidential donation.  And then the amended agreement was if he was indeed the real day-to-day father of the children, by the time they were of real speaking age, then that might change.  But until that point, fully confidential (inaudible) --

(Stenographer interrupted for clarification of the record.)

THE WITNESS:  I'm sorry.

-- for safety and security reasons.

THE STENOGRAPHER:  Thank you.

BY MS. EDDY:

Q.    Were you involved romantically with Mr. Musk while you were on the board of OpenAI?