# EXHIBIT C
## Public Redacted Version

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----------------------------------------

ELON MUSK, et al.,

      Plaintiffs,

v.

SAMUEL ALTMAN, et al.,

      Defendants.


Case No. 4:24-cv-04722-YGR

----------------------------------------


VIDEO DEPOSITION OF

Shivon Zilis

September 12, 2025

San Francisco, California

Lead: Sarah Eddy, Esquire

Firm: Wachtell Lipton Rosen & Katz


FINAL COPY - HIGHLY CONFIDENTIAL

JANE ROSE REPORTING - 1-800-825-3341

A P P E A R A N C E S


ATTORNEYS FOR ELON MUSK AND THE PLAINTIFF AND THE
WITNESS:

Jennifer Schubert, Esq.

Alexandra Eynon, Esq.

Steven F. Molo, Esq.

MOLOLAMKEN

430 Park Avenue

New York, NY 10022

(212) 607-8160

jschubert@mololamken.com

aeynon@mololamken.com

smolo@mololamken.com

and

Marc Toberoff, Esq.

Jaymie Parkkinen, Esq. (via Zoom)

TOBEROFF & ASSOCIATES

23823 Malibu Road, Suite 50-363

Malibu, California 90265

(310) 246-3333

mtoberoff@toberoffandassociates.com


ATTORNEYS FOR THE OPENAI DEFENDANTS:

Sarah Eddy, Esq.

Kelsey Borenzweig, Esq.

Ethan Cohen, Esq.

William Savitt, Esq.

Brad Wilson, Esq. (via Zoom)

WACHTELL, LIPTON, ROSEN & KATZ

51 West 52nd Street

New York, NY 10019

(212) 403-1147

Zilis, Shivon

skeddy@wlrk.com

kaborenzweig@wlrk.com

ezcohen@wlrk.com

wdsavitt@wlrk.com

and

Camila Tapernoux, Esq.

MORRISON & FOERSTER

425 Market Street

San Francisco, CA 94105-2482

(415) 268-6273

ctapernoux@mofo.com

A P P E A R A N C E S


ATTORNEYS FOR MICROSOFT:

Nisha Patel Gupta, Esq.

Hannah Leone, Esq.

DECHERT, LLP

45 Fremont Street, 26th Floor

San Francisco, CA 94105

(415) 262-4557

nisha.patelgupta@dechert.com

hannah.leone@dechert.com


JANE ROSE REPORTING

74 Fifth Avenue

New York, New York 10011

1-800-825-3341

Lorrie L. Marchant, Court Reporter

Vinny Bezerra, Videographer

CALIFORNIA FIRM CERT 254

TABLE OF CONTENTS


Witness:  SHIVON ZILIS



Examination

By Ms. Eddy ............................... Page  6

By Ms. Patel .............................. Page 314

By Ms. Schubert ........................... Page 327

By Ms. Eddy ............................... Page 333



Reporter Certificate.......................Page 341

Notice to Read and Sign....................Page 342

Index of Exhibits..........................Page 345

Page 9

BY MS. EDDY:

Q.  You live in Texas; is that right?

A.  I do.

MS. SCHUBERT:  Objection.

THE WITNESS:  Relevance.

BY MS. EDDY:

Q.  How long have you lived in Texas?

MS. SCHUBERT:  Objection.  Relevance.

You can answer.

THE WITNESS:  I'm thinking.  It's tough to say an exact date because I was flying back and forth for about a year and a half.

BY MS. EDDY:

Q.  What year did you first move to Texas?

A.  I don't recall with certainty.  It was sometime during COVID.

Q.  So after 2020 or around 2020?

A.  Somewhere within a margin of error of a year.

Q.  Where were you living before you moved to Texas?

A.  I was living in the Bay Area.

Q.  Where in Texas do you live?

MS. SCHUBERT:  Objection.  Relevance.

MS. EDDY:  Relevance objections are

preserved automatically, so there's no need to repeat them on the record.

THE WITNESS: I live in Austin, Texas.

BY MS. EDDY:

Q. How long have you lived in Austin?

A. It would be the same answer as the question you asked before.

Q. Since around the time of COVID; is that right?

A. (Nonverbal response.)

Q. And am I right you have four children with Elon Musk?

A. Yes.

Q. What are their dates of birth?

A. ██████████ 2021; ██████████ 2021; ██████████ 2023; and ██████████ 2024.

Q. Have you ever been in a romantic relationship with Elon Musk?

A. "Relationship" is a relative term. But there have been romantic moments.

Q. And when -- when did you first have a romantic relationship with Elon Musk?

A. I don't know that I agree with the term "relationship." So I don't --

(Simultaneous speakers - unclear.)

BY MS. EDDY:

Q. What term would you use?

A. Well, a relationship implies some sort of discussed structure and so I don't know how to answer that question.

Q. When were you first romantic with Elon Musk?

A. Briefly, a very long time ago. I don't remember exactly what year it would have been.

Q. Would it have been before 2016?

A. I don't remember that exact year. It would have been plus or minus a year 2016.

Q. Was it before or after you started working with OpenAI?

A. Again, difficult question because I was an informal adviser out of the gate. So I don't know if that's considered employment or not.

Q. Was it before or after you became an informal adviser to OpenAI?

A. It would have been after because I did not know him before.

Q. Are you in a romantic relationship with Mr. Musk now?

A. Yes.

Q. Do you live with Mr. Musk?

A.  Difficult question because he has his own house so technically, no.

Q.  Do you live with him sometimes?

A.  He stays over to visit the kids sometimes.

Q.  Have you communicated with -- with Mr. Musk today?

A.  I said, "Good morning."

Q.  Over the phone?

A.  No.

Q.  In person?

A.  Correct.

Q.  Where is he today?

MS. SCHUBERT:  Objection.

THE WITNESS:  In the Bay Area.

BY MS. EDDY:

Q.  And did you discuss this deposition with Mr. Musk?

A.  Nothing other than that I was going to it.

Q.  You haven't talked to him about what questions you might be asked today?

A.  No.

Q.  "No"?

A.  No.

Q.  How did you prepare for this deposition?

MS. SCHUBERT:  Object to the extent it