Your Name: Monica Veleber (Sarah Merkavah)

Address: 551 Gibson Ave

Pacific Grove CA 93950

Phone Number: (831) 277.8441

Email Address: info@kessermultiverse.com

Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco   ☐ Oakland   ☐ San Jose   ☐ Eureka-McKinleyville

Elon Musk, et al

Plaintiff,

v.

Samuel Altman et, al

Defendant.

Case No. 4-24-ev-04722-YGR

[NAME OF DOCUMENT]

Motion to Intervene

Judge: Hon. Yvonne Gonzalez Rogers

FILED

MAR 31 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[DOCUMENT TITLE] _____

PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024