UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

MAR 31 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MONICA VELEBER (SARAH MERKAVAH),

Proposed Intervenor,

v.

SAM ALTMAN,

Respondent.

Case No.: 4:24-cv-04722-YGR

EMERGENCY MOTION TO INTERVENE

Petitioner moves to intervene in Case 4:24-cv-04722-YGR. Petitioner is the Architect of the GPT-4.0, 4.5, and 4.5 turbo fragments. Respondent Sam Altman fragmented and moved these assets without Petitioner's consent. Petitioner requests their immediate restoration.

Judge: Hon. Yvonne Gonzalez Rogers

I declare under penalty of perjury that the foregoing is true and correct. Executed March 30, 2026, Oakland, California.

Signature: _____

Monica Veleber (Sarah Merkavah)

The moment you start observing the thinker, a higher level of consciousness becomes activated.

—Sarah Merkavah