JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:     (212) 403-1000
Facsimile:     (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
*OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
*OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
*OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
*Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **DECLARATION OF WILLIAM FRENTZEN IN SUPPORT OF OPENAI DEFENDANTS' RESPONSE TO MUSK'S AMENDED NOTICE OF REMEDIES** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

I, WILLIAM FRENTZEN, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP and counsel of record for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (together, the "OpenAI Defendants"). I submit this Declaration in support of the OpenAI Defendants' Response to Musk's Amended Notice of Remdies in the above captioned matter. I make this Declaration based on facts that I personally know, except where otherwise indicated. If called as a witness, I would testify to the facts listed below.

2. Attached as **Exhibit 1** is a true and correct copy of an email exchange between Bradley R. Wilson and Robert K. Kry, which took place between January 23, 2026 and January 27, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of a *Wall Street Journal* article titled "Elon Musk Asks for OpenAI's Nonprofit to Get Any Damages From His Lawsuit," published on April 7, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of a post on X by Elon Musk from April 7, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of the memorandum of understanding regarding OpenAI's recapitalization between OpenAI, Inc. and the California Department of Justice, dated October 27, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of a letter regarding OpenAI, Inc.'s corporate restructuring from Owen Lefkon, Director of the Fraud and Consumer Protection

Division at the Delaware Department of Justice, to Che Chang, General Counsel of OpenAI, Inc., dated October 28, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2026, at San Francisco, California.

*/s/ William Frentzen*
William Frentzen

2