# EXHIBIT 1

| | |
|---|---|
| **From:** | Kry, Robert K. (MoloLamken LLP) |
| **Sent:** | Tuesday, January 27, 2026 10:08 AM |
| **To:** | Wilson, Bradley R.; Molo, Steven F. (MoloLamken LLP); Schubert, Jennifer; Marc Toberoff |
| **Cc:** | Cohen, Russell P. (Dechert LLP); Jurata, John A. (Dechert LLP); Eth, Jordan D. (Morrison & Foerster, LLP); Frentzen, William; Wiener, David J. (Morrison & Foerster, LLP); Savitt, William D.; Eddy, Sarah K.; Winter, Steven; Cullerton, Nate |
| **Subject:** | RE: Deficient Notice of Remedies |

## **External Email-Use Caution**

Brad,

We disagree that our notice was deficient.  My recollection is that Judge Gonzalez Rogers asked for more information about what remedies we were seeking and how they differ among the different claims.  That's what we provided.  We did not understand her to be ordering us to file a binding statement of all legal and equitable relief we might seek at trial, or to specify the precise contours of all equitable relief we might seek from the court after trial.

We will be including remedy instructions in our proposed jury instructions.  If those don't address your concerns, let's plan to discuss at the meet and confer.

Best regards,

Robert


**Robert K. Kry**

**ML MOLOLAMKEN**

MoloLamken LLP
600 New Hampshire Ave., NW, Suite 500
Washington, DC 20037
T:  (202) 556-2011
M: (202) 631-1067
rkry@mololamken.com
www.mololamken.com

**From:** Wilson, Bradley R. <BRWilson@wlrk.com>
**Sent:** Friday, January 23, 2026 2:00 PM
**To:** Molo, Steven <smolo@mololamken.com>; Kry, Robert <rkry@mololamken.com>; Schubert, Jennifer <JSchubert@mololamken.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>
**Cc:** Cohen, Russell P. (Dechert LLP) <russ.cohen@dechert.com>; Jurata, John A. (Dechert LLP) <jay.jurata@dechert.com>; Eth, Jordan D. (Morrison & Foerster, LLP) <jeth@mofo.com>; Frentzen, William <WFrentzen@mofo.com>; Wiener, David J. (Morrison & Foerster, LLP) <dwiener@mofo.com>; Savitt, William D. <wdsavitt@WLRK.com>; Eddy, Sarah K. <SKEddy@wlrk.com>; Winter, Steven <SWinter@wlrk.com>; Cullerton, Nate <NDCullerton@wlrk.com>
**Subject:** Deficient Notice of Remedies

Counsel,

Plaintiff's Notice of Remedies (Dkt. 392) states that the "primary remedy that Plaintiff seeks is disgorgement of wrongful gains," that Plaintiff "intends to seek other monetary remedies at trial as well,

<u>including</u> punitive damages," and that "Plaintiff plans to seek appropriate equitable relief from the Court, <u>including</u> an injunction." (Emphases added.)

On its face, the Notice fails to inform Defendants (or the Court) of all of the remedies that Plaintiff will seek at trial. We therefore request that you promptly disclose to us, on a claim-by-claim basis, (1) all of the "other monetary remedies" (in addition to punitive damages) that Plaintiff intends to seek in Phase 1 of this action; and (2) all of the "equitable relief" (in addition to an injunction) that Plaintiff intends to seek in Phase 1 of this action.

Please confirm that you will comply with this request. The OpenAI Defendants reserve all rights.

Regards,
Brad

**Bradley R. Wilson**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1108 (Direct) | +1 (212) 403-2108 (Fax)
BRWilson@wlrk.com | www.wlrk.com

============================================================

Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
============================================================

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.