# EXHIBIT 2

Case 4:24-cv-04722-YGR   Document 460-3   Filed 04/10/26   Page 2 of 5

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/tech/ai/elon-musk-asks-for-openais-nonprofit-to-get-any-damages-from-his-lawsuit-76089f6f

TECHNOLOGY • ARTIFICIAL INTELLIGENCE   Follow

# Elon Musk Asks for OpenAI's Nonprofit to Get Any Damages From His Lawsuit

## Tesla billionaire also seeks Sam Altman's removal from OpenAI nonprofit's board in amendment to suit over for-profit conversion

By Jessica Toonkel   Follow

Updated April 7, 2026 8:04 pm ET



Elon Musk is seeking more than $150 billion in damages from OpenAI and Microsoft. MARKUS SCHREIBER/AP

> **Quick Summary**    ⌄
>
> • Elon Musk amended his lawsuit against OpenAI, seeking to award any damages to the company's charitable arm instead of himself.
>
> **View more**

Elon Musk has amended his lawsuit against OpenAI to ask that any damages he might win be awarded to the company's charitable arm rather than to himself.

The amendment, which also asks that OpenAI Chief Executive Sam Altman be removed from the OpenAI nonprofit's board, is the latest development in the continuing feud between the two tech titans. The suit is expected to go to trial later this month in Oakland, Calif.

Musk is seeking more than $150 billion in damages from OpenAI and Microsoft, its partner and investor, arguing that OpenAI strayed from its nonprofit mission and defrauded him as a donor in seeking to convert it into a for-profit company.

Altman and Musk were the co-chairs of the group that founded OpenAI in 2015 as a nonprofit dedicated to ensuring AI would benefit humanity. In 2019, after Musk left the company and Altman became CEO, OpenAI created a for-profit subsidiary that has served as a vehicle for it to raise money from Microsoft and other investors.

Since then, Altman has turned its for-profit subsidiary into a public-benefit corporation, a conversion that gave OpenAI's nonprofit parent a stake in the for-profit company and the ability to increase its ownership as the company becomes more valuable. The startup, which is now valued at $852 billion, is aiming to go public later this year.

Musk is amending his suit to make it clear that he "is not seeking a single dollar for himself," said his lawyer, Marc Toberoff.

"He is asking the court to return everything that was taken from a public charity—and to make sure the people responsible are never in a position to do this again," Toberoff said in a statement. "That was the essence of his complaint from the outset of this case, until OpenAI's spin doctors got to work distorting it. This filing sets the record straight."

In the amendment, Musk also requests that Altman and OpenAI President Greg Brockman turn over any equity or other financial benefits to the

charity arm.

In a posting on X, OpenAI said Musk's lawsuit "remains nothing more than a harassment campaign that is driven by ego, jealousy and a desire to slow down a competitor." A Microsoft spokesperson declined to comment.

As the trial date approaches, the back-and-forth between the two camps has grown more heated. On Monday, OpenAI wrote a letter to the attorneys general of Delaware and California, accusing Musk of "circulating false and wholly unfounded allegations in a last-ditch effort to discredit OpenAI and its leadership." In the letter, OpenAI asked the officials to investigate "improper and anti-competitive" behavior by Musk and his associates.

Toberoff called OpenAI's letter a "desperate deflection," noting that "a judge and jury will properly decide this case."

*Appeared in the April 8, 2026, print edition as 'Musk Amends His Lawsuit Against OpenAI'.*

---

<u>Jessica Toonkel</u> covers the biggest corporate developments in media, entertainment and tech. She joined The Wall Street Journal from the Information, where she broke many stories, including Amazon's acquisition of MGM and the New York Times' buyout of the Athletic as well as Disney's…

 



**CONTENT FROM OUR SPONSOR: DELOITTE**

## 3 Reasons Why the Private Credit Market Is Still Open for Business

Case 4:24-cv-04722-YGR   Document 460-3   Filed 04/10/26   Page 5 of 5

Private credit funds are expected to continue to play a critical and possibly growing role in the leveraged finance community.

The Wall Street Journal news department was not involved in the creation of this content.

## Videos