# EXHIBIT 3

 **Elon Musk** ✓ 🏴
@elonmusk

Subscribe   ⊘   ···

OpenAI's Nonprofit to Get Any Damages From Lawsuit



Elon Musk Asks for OpenAI's Nonprofit to Get Any Damages From His Lawsuit

From wsj.com

5:44 PM · Apr 7, 2026 · **15.1M** Views

💬 2.8K        ↻ 4.8K        ♡ 35K        🔖 1.5K        ↑