RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-45555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendants Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | Judge Yvonne Gonzalez Rogers |
| v. | **DEFENDANT MICROSOFT CORPORATION'S NOTICE OF JOINDER IN OPENAI DEFENDANTS' RESPONSE TO MUSK'S AMENDED NOTICE OF REMEDIES** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |
| | Date Action filed:  August 5, 2024 |
| | Trial Date: April 27, 2026 |

Defendant Microsoft Corporation ("Microsoft") hereby joins and adopts by reference the OpenAI Defendants' Response to Musk's Amended Notice of Remedies [Dkt. No. 460] for all the reasons stated in the OpenAI Defendants' Response.  Musk has abandoned the only remedy he pursued, and the Court should preclude him from pursuing any new remedies.

DATED: April 10, 2026                              Respectfully Submitted,

                                                   DECHERT LLP


                                                   By:    */s/ Russell P. Cohen*

                                                          Russell P. Cohen (SBN 213105)
                                                          Russ.cohen@dechert.com
                                                          Howard M. Ullman (SBN 206760)
                                                          Howard.ullman@dechert.com
                                                          45 Fremont Street, 26th Floor
                                                          San Francisco, CA 94105
                                                          Telephone: (415) 262-4500
                                                          Facsimile: (415) 262-45555

                                                          Nisha Patel (SBN 281628)
                                                          Nisha.patelgupta@dechert.com
                                                          DECHERT LLP
                                                          633 West 5th Street, Suite 4900
                                                          Los Angeles, CA 90071
                                                          Telephone: (213) 808-5700
                                                          Facsimile: (213) 808-5760

                                                          Andrew J. Levander (admitted *pro hac vice*)
                                                          Andrew.levander@dechert.com
                                                          DECHERT LLP
                                                          Three Bryant Park
                                                          1095 Avenue of the Americas
                                                          New York, NY 10036
                                                          Telephone: (212) 698-3500
                                                          Facsimile: (212) 698-3599

                                                          John (Jay) Jurata, Jr. (admitted *pro hac vice*)
                                                          Jay.jurata@dechert.com
                                                          DECHERT LLP1900 K Street, N.W.
                                                          Washington, DC 20006
                                                          Telephone: (202) 261-3300
                                                          Facsimile: (202) 261-3333


                                                          *Attorneys for Defendants Microsoft*
                                                          *Corporation*

- 1 -