# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** April 13, 2026 | **Time:** 10:00 a.m. - 10:23 a.m. | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 4:24-cv-04722-YGR | **Case Name:** Musk et al. v. Altman et al. | |

**Attorney for Plaintiffs:** Steven Molo (Lead), Robert Kry, and Marc Toberoff
**Attorney for OpenAI Defendants:** William Savitt (Lead)
**Attorney for Defendant Microsoft:** Russell Cohen (Lead)

**Deputy Clerk:** Nicole Hall                         **Court Reporter:** Not Reported

### PROCEEDINGS

Status Conference — Held.

The Court raised the issue of bifurcation and asked the parties to meet and confer and submit their positions by no later than Thursday, April 16, 2026 at 10:00 a.m. PT.

The Court sets a further conference via public Zoom on Friday, April 17, 2026 on the Court's 10:00 a.m. calendar. Parties shall submit a proposed agenda for the conference with their Thursday morning filing.