JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (admitted pro hac vice)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:    (212) 403-1000
Facsimile:    (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,*
*OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,*
*OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,*
*OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,*
*OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,*
*OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,*
*OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,*
*OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,*
*OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,*
*Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **OPENAI DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE** |
| v. | |
| SAMUEL ALTMAN, et al., | Judge:  Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

On March 31, 2026, Monica Veleber ("Movant") filed a one-page document styled as an "Emergency Motion to Intervene."  Federal Rule of Civil Procedure 24 governs intervention. Movant's filing does not satisfy any requirement for intervention under Fed. R. Civ. P. 24.  It does not attempt to establish entitlement to intervention as of right under Rule 24(a), nor does it meet the standard for permissive intervention under Rule 24(b).  Further, intervention at this late stage would unduly delay and prejudice the adjudication of the rights of the parties to this litigation.  *See* Fed. R. Civ. P. 24(b)(3).  The filing also fails to set out the claim(s) or defense(s) for which intervention is sought as required by Rule 24(c).  The motion should be denied.

Date: April 14, 2026                    MORRISON & FOERSTER LLP

                                        /s/ *Jordan Eth*
                                        JORDAN ETH (CA SBN 121617)
                                        JEth@mofo.com
                                        WILLIAM FRENTZEN (CA SBN 343918)
                                        WFrentzen@mofo.com
                                        DAVID J. WIENER (CA SBN 291659)
                                        DWiener@mofo.com
                                        MORRISON & FOERSTER LLP
                                        425 Market Street
                                        San Francisco, CA 94105
                                        Telephone:    (415) 268-7000
                                        Facsimile:    (415) 268-7522

                                        WILLIAM SAVITT (admitted *pro hac vice*)
                                        WDSavitt@wlrk.com
                                        BRADLEY R. WILSON (admitted *pro hac vice)*
                                        BRWilson@wlrk.com
                                        SARAH K. EDDY (admitted *pro hac vice)*
                                        SKEddy@wlrk.com
                                        STEVEN WINTER (admitted *pro hac vice*)
                                        SWinter@wlrk.com
                                        NATHANIEL CULLERTON (admitted *pro hac vice*)
                                        NDCullerton@wlrk.com
                                        WACHTELL, LIPTON, ROSEN & KATZ
                                        51 West 52nd Street
                                        New York, NY 10019
                                        Telephone:    (212) 403-1000
                                        Facsimile:    (212) 403-2000

                                        *Attorneys for the OpenAI Defendants*

OPENAI DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE
CASE NO. 4:24-CV-04722-YGR