MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

(Additional counsel listed on the next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

ELON MUSK, et al.,

    Plaintiffs,

    v.

SAMUEL ALTMAN, et al.,

    Defendants.

Case No. 4:24-cv-04722-YGR

**JOINT STIPULATION REGARDING DEPOSITION TRANSCRIPTS THAT MAY BE USED AT TRIAL**

Jury Selection:  April 27, 2026
Trial Date:  April 28, 2026
Courtroom: 1, 4th floor
Judge:  Hon. Yvonne Gonzalez Rogers

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (*pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (*pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (*pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (*pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (*pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for the OpenAI Defendants*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (*pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JAY JURATA (*pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft
Corporation*

Plaintiff Elon Musk; Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., et al. (collectively, the "OpenAI Defendants"); and Defendant Microsoft Corporation (collectively with Plaintiff and the OpenAI Defendants, the "Parties"), hereby stipulate as follows:

WHEREAS, Pretrial Order No. 1 (Dkt. 446) requires the Parties to lodge deposition transcripts that may be used at trial with the Court by Friday, April 17, 2026;

WHEREAS, Pretrial Order No. 1 further requires that lodged deposition transcripts shall be signed original copies or a certified/stipulated copy if, for any reason, the original is not available;

NOW, THEREFORE, the Parties stipulate that the certified deposition transcripts and any errata sheets being lodged with the Court may be used at trial.

Dated:  April 17, 2026                    MOLOLAMKEN LLP

By:    /s/ *Robert K. Kry*
       Robert K. Kry (*pro hac vice*)

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

Dated:  April 17, 2026                    WACHTELL, LIPTON, ROSEN & KATZ

By:    /s/ *William Savitt*
       William Savitt (*pro hac vice*)

MORRISON & FOERSTER LLP

By:    /s/ *William Frentzen*
       William Frentzen (SBN 343918)

*Attorneys for the OpenAI Defendants*

Dated:  April 17, 2026                    DECHERT LLP

By:    /s/ *Russell P. Cohen*
       Russell P. Cohen (SBN 213105)

*Attorneys for Defendant Microsoft Corporation*

JOINT STIPULATION REGARDING DEPOSITION TRANSCRIPTS THAT MAY BE USED AT TRIAL
CASE NO.: 4:24-CV-04722-YGR

**SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 17, 2026                                                        /s/ *Robert K. Kry*
                                                                                    Robert K. Kry (*pro hac vice*)