MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **PLAINTIFF'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL** |
| v. | |
| SAMUEL ALTMAN, et al., | Jury Selection:  April 27, 2026 |
| Defendants. | Trial Date:  April 28, 2026 |
| | Courtroom: 1, 4th floor |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

Plaintiff Elon Musk respectfully moves the Court pursuant to Civil Local Rule 7-11 and the Court's Pretrial Order No. 1, ¶ 16 (Dkt. 446) for an order authorizing Plaintiff to bring the following equipment to Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, for jury selection on April 27, 2025, and for the trial commencing April 28, 2025:

Laptops and power adapters

Tablets and power adapters

Phones and power adapters

External speakers and power adapters

External hard drives

Flash drives

Keyboards and mouses

Power strips

Power cables

Power extension cords

USB cables and adapters

VGA and HDMI cables

HDMI switches

HDMI switch/Streamdeck

HDMI splitters

VGA splitters

External monitors

ELMO Document Camera

Digital wireless microphones, including XLR microphones

Headphones

Portable tech table and skirt

Desktop printer

PowerPoint clickers

Digital pointer

1

Gaffer tape

Demonstrative boards

Demonstrative easels

Laptop stands

Library carts

Lucite podium

WiFi hotspots

Boxes of office supplies

Dated:  April 17, 2026

MOLOLAMKEN LLP

By:    ___/s/ Steven F. Molo___
Steven F. Molo (*pro hac vice*)

Marc Toberoff (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

Robert K. Kry (*pro hac vice*)
Jennifer M. Schubert (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*