

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Forrest Lovett, Esq.*

**DATE OF ADMISSION**

*October 22, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  April 17, 2026**

Darian Holland
Chief Clerk