# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR (TSH) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL |
| v. | |
| SAMUEL ALTMAN, et al., | Jury Selection:  April 27, 2026 |
| Defendants. | Trial Date:  April 28, 2026 |
| | Courtroom: 1, 4th floor |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Plaintiff Elon Musk's Administrative Motion to Allow Certain Equipment for Trial. The Court **GRANTS** Plaintiff's motion. Plaintiff may bring the following equipment to Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, for jury selection on April 27, 2025, and for the trial commencing April 28, 2025:

Laptops and power adapters

Tablets and power adapters

Phones and power adapters

External speakers and power adapters

External hard drives

Flash drives

Keyboards and mouses

Power strips

Power cables

Power extension cords

USB cables and adapters

VGA and HDMI cables

HDMI switches

HDMI switch/Streamdeck

HDMI splitters

VGA splitters

External monitors

ELMO Document Camera

Digital wireless microphones, including XLR microphones

Headphones

Portable tech table and skirt

Desktop printer

PowerPoint clickers

1

Digital pointer

Gaffer tape

Demonstrative boards

Demonstrative easels

Laptop stands

Library carts

Lucite podium

WiFi hotspots

Boxes of office supplies

**IT IS SO ORDERED.**

DATED: April 20, 2026

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

2