UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING OPENAI DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR USE DURING TRIAL** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

Trial Date: April 27, 2026
Time:        8:30 a.m.
Crtrm:       1 – 4th Floor
Judge:       Hon. Yvonne Gonzalez Rogers

In connection with the upcoming trial before the Court in the above-captioned matter, starting Monday, April 27, 2026, at 8:30 a.m., and for testing on Monday, April 20, 2026, at 9:00 a.m., Defendants' counsel is hereby permitted to bring the following equipment into this Court:

1. Laptops and power adapters

2. Tablets and power adapters

3. Phones and power adapters

4. External hard drives

5. Flash drives

6. Keyboards and mice

7. Power extension cords

8. Power strips

9. VGA and HDMI cables

10. Monitors

11. Portable tech table and skirt

12. HDMI switches

13. HDMI splitters

14. VGA splitters

15. USB cables and adapters

16. Laptop stands

17. Gaffer tape

18. PowerPoint clickers

19. Demonstrative boards

20. Demonstrative easels

21. Printer

22. WiFi Hotspots

23. Boxes of office supplies

[PROPOSED] ORDER RE: OPENAI DEFENDANTS' ADMIN. MOTION TO BRING ELECTRONIC EQUIPMENT TO COURT
CASE NO. 4:24-CV-04722-YGR

Date:  April 20, 2026

_____
HON. YNONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

2