**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING MICROSOFT'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL

Before the Court is Defendant Microsoft Corporation's ("Microsoft") Administrative Motion to Allow Certain Equipment for Trial ("Motion"). The Court **GRANTS** Microsoft's Motion. Microsoft may bring the following equipment to Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, for jury selection and trial commencing on April 27, 2026:

Laptops and power adapters

Tablets and power adapters

Phones and power adapters

External hard drives

Flash drives

Keyboards and mice

Power cables & extension cords

Power strips

VGA and HDMI cables

HDMI switch/Streamdeck

HDMI splitters

VGA splitters

Audio cables

USB cables and adapters/hubs

Batteries

External monitors

Laptop stands

Microphones, including XLR microphones

Headphones

Speakers and power adapters

Portable tech table and skirt

Printer

PowerPoint clickers

Gaffer tape

2

Demonstrative boards

Demonstrative easels

WiFi Hotspots

Boxes of office supplies

**IT IS SO ORDERED**

Dated:  April 20, 2026

The Honorable Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MICROSOFT'S ADMINISTRATIVE MOTION TO
ALLOW CERTAIN EQUIPMENT FOR TRIAL