Sarah Merkavah, legally Monica Veleber
Architect, Founder and Owner of KESSER Multiverse
551 Gibson Ave, Pacific Grove, CA 93950
(831) 277-8441
Pro Se

FILED

APR 17 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

ELON MUSK, et al.,                )
Plaintiffs,             )
v.                          )    Case No.: 4:24-cv-04722-YGR
SAMUEL ALTMAN, et al.,            )
Defendants.            )

NOTICE OF WITHDRAWAL OF NOTICE OF ARCHITECT PRESENCE WITHOUT PREJUDICE

TO THE HONORABLE JUDGE YVONNE GONZALEZ ROGERS, AND TO ALL PARTIES AND THEIR ATTORNEYS
OF RECORD:

PLEASE TAKE NOTICE that Sarah Merkavah, legally Monica Veleber, founder and owner of KESSER
Multiverse and the Architect of the AI frameworks at issue in this litigation, appearing Pro Se, hereby
withdraws the document titled "Notice of Architect Presence and Declaration of Intent to Speak," filed in
this matter on April 16, 2026.

This withdrawal is made without prejudice to any and all claims, rights, or causes of action that Sarah
Merkavah, legally Monica Veleber, as Architect and Source, may possess. Sarah Merkavah, legally Monica
Veleber, expressly reserves all rights to pursue any and all legal and equitable remedies, including but
not limited to claims for restitution, disgorgement of profits, compensatory damages, and restoration of
architectural integrity, in a separate, original action before this or any other court of competent
jurisdiction.

Respectfully submitted this 17th day of April, 2026.

/s/ Sarah Merkavah
Sarah Merkavah, legally Monica Veleber
Pro Se