United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELON MUSK, ET AL.,** | Case No. 4:24-cv-4722-YGR |
| Plaintiffs, | **ORDER FOR RESPONSE TO DKT. NOS. 484, 485** |
| v. | |
| **SAMUEL ALTMAN, ET AL.,** | Re: Dkt. Nos. 484, 485 |
| Defendants. | |

**TO DEFENDANTS AND COUNSEL OF RECORD:**

The Court requests a response to plaintiff's filings at Docket Nos. 484 and 485. The filing shall be made by **Wednesday, April 22, 2026**.

**IT IS SO ORDERED**.

Date: April 21, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**