UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELON MUSK et al.                    ,

      Plaintiff(s),

   v.

SAMUEL ALTMAN, et al.        ,

      Defendant(s).

Case No. 4:24-cv-04722-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Forrest Lovett            , an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Microsoft Corp., Reid Hoffman, and Deannah Templeton in the above-entitled action. My local co-counsel in this case is Russell P. Cohen            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 213105            .

2929 Arch Street
Philadelphia, PA 19104

MY ADDRESS OF RECORD

(215) 994-2474
MY TELEPHONE # OF RECORD

Forrest.Lovett@dechert.com
MY EMAIL ADDRESS OF RECORD

45 Fremont Street, 26th Floor
San Francisco, CA 94105

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 262-4500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

russ.cohen@dechert.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 327545        .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/20/2026

/s/ Forrest Lovett
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Forrest Lovett is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 22, 2026

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Forrest Lovett, Esq.*

### DATE OF ADMISSION

*October 22, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  April 17, 2026**

Darian Holland
Chief Clerk