# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 17, 2026 | **Time:** 2 hours 19 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 24-cv-4722-YGR | **Case Name:** Musk et al. v. Altman et al. | |

**Attorney for Plaintiff:** Steven Molo (Lead), Marc Toberoff, and Robert Kry; via Zoom
**Attorney for Defendant OpenAI:** William Savitt (Lead), William Frentzen, and Sarah Eddy; via Zoom
**Attorney for Defendant Microsoft:** Russell Cohen (Lead), Nisha Patel, and Jay Jurata; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Irene Rodriguez; via Zoom

## PROCEEDINGS

Status Conference – held via Zoom Webinar.

The Court met with the parties to discuss trial logistics, remedies, and jury instructions.

Pretrial deadlines are set.

Written Order to issue.