**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELON MUSK, ET AL.,** | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **ORDER DEEMING FRAUD AND CONSTRUCTIVE FRAUD CLAIMS DISMISSED WITH PREJUDICE** |
| v. | |
| **SAMUEL ALTMAN, ET AL.,** | Re: Dkt. No. 485 |
| Defendants. | |

The Court has reviewed Musk's notice regarding fraud claims (Dkt. No. 485) and defendants' responses (Dkt. Nos. 491, 492). In his notice, Musk stated that "so long as the Court plans to proceed to trial on the breach of charitable trust and unjust enrichment claims," he "confirms that this notice may be treated as a notice of voluntary dismissal of [his fraud and constructive fraud] claims." (Dkt. No. 485 at 2.) The Court plans to proceed to trial, including on Musk's breach of charitable trust and unjust enrichment claims.

Accordingly, the Court hereby **DEEMS** Musk's fraud and constructive fraud claims—counts VII and VI of the second amended complaint—voluntarily **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Date:    April 24, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California