MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk*
*and X.AI Corp.*

(Additional counsel listed on the next page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **AMENDED APPENDIX A TO JOINT EXHIBIT LIST** |
| v. | Date:  April 27, 2026 |
| SAMUEL ALTMAN et al., | Time:  8:30 AM |
| Defendants. | Courtroom:  1 – 4th Floor |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (*pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (*pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (*pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (*pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (*pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for the OpenAI Defendants*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (*pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JAY JURATA (*pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

**Appendix A**

1.     PX-016 / DX-0511 (OPENAI_MUSK00000416 – OPENAI_MUSK00000421)

2.     PX-017 (2024MUSK-0014466 - 2024MUSK-0014469)

3.     PX-022 / DX-0659 (2024MUSK-0003112 - 2024MUSK-0003133)

4.     PX-024 (OPENAI_MUSK00012044 - OPENAI_MUSK00012048)

5.     PX-050 (compilation exhibit)

6.     PX-051 (OPENAI_MUSK00009189 - OPENAI_MUSK00009231)

7.     PX-052 / DX-1265 (OPENAI_MUSK00006040)

8.     PX-053 / DX-1266 (OPENAI_MUSK00005412)

9.     PX-054 / DX-1267 (OPENAI_MUSK00005462)

10.    PX-055 / DX-1268 (OPENAI_MUSK00005617)

11.    PX-056 / DX-1269 (OPENAI_MUSK00005667)

12.    PX-057 / DX-1270 (OPENAI_MUSK00005934)

13.    PX-058 / DX-1271 (OPENAI_MUSK00005983)

14.    PX-059 (2024MUSK-0014413 - 2024MUSK-0014448)

15.    PX-060 (VC000240-308)

16.    PX-071 (BMO_00000131)

17.    PX-073 (BMO_00000172)

18.    PX-086 (2024Foundation-0000001)

19.    PX-087 (2024Foundation-0000002)

20.    PX-091 (FIDCHAR-OPENAI-000761 - FIDCHAR-OPENAI-000842)

21.    PX-100 (2024Excession-0000002)

22.    PX-166 / DX-0770 (OPENAI_MUSK00037070 - OPENAI_MUSK00037071)

23.    PX-200 (OPENAI_MUSK00013411 - OPENAI_MUSK00013478)

24.    PX-201 / DX-0875 (MSFT_MUSK000059951 - MSFT_MUSK000060043)

25.    PX-202 (MSFT_MUSK000055169 - MSFT_MUSK000055204)

26.    PX-203 (MSFT_MUSK000064573 - MSFT_MUSK000064684)

27.    PX-204 / DX-0935 (OPENAI_MUSK00010268 - OPENAI_MUSK00010331)

28.     PX-206 (MSFT_MUSK000055001 - MSFT_MUSK000055091)

29.     PX-207 / DX-1009 (OPENAI_MUSK00010528 - OPENAI_MUSK00010597)

30.     PX-209 (MSFT_MUSK000063039 - MSFT_MUSK000063131)

31.     PX-211 / DX-1169 (OPENAI_MUSK00037469 - OPENAI_MUSK00037482)

32.     PX-212 / DX-1170 (OPENAI_MUSK00037449 - OPENAI_MUSK00037468)

33.     PX-214 (OPENAI_MUSK00037823 - OPENAI_MUSK00037913)

34.     PX-217 (OPENAI_MUSK00037952 - OPENAI_MUSK00037981)

35.     PX-218 (OPENAI_MUSK00037982 - OPENAI_MUSK00038004)

36.     PX-219 / DX-1180 (OPENAI_MUSK00038105 - OPENAI_MUSK00038195)

37.     PX-234 (MSFT_MUSK000036394 - MSFT_MUSK000036395)

38.     PX-241 (2024MUSK-0014452 - 2024MUSK-0014457)

39.     PX-249 (OPENAI_MUSK00025055 - OPENAI_MUSK00025104)

40.     PX-250 (OPENAI_MUSK00037558 - OPENAIMUSK00037560)

41.     PX-255 (OPENAI_MUSK00025684 - OPENAI_MUSK00025733)

42.     PX-277 / DX-1260 (OPENAI_MUSK00037714)

43.     PX-285 (2024MUSK-0014401 - 2024MUSK-0014402)

44.     PX-286 (OPENAI_MUSK00038352)

45.     PX-287 (OPENAI_MUSK00038352)

46.     PX-292 (OPENAI_MUSK00026285)

47.     PX-305 (2024MUSK-0014150 - 2024MUSK-0014155)

48.     PX-323 (2024MUSK-0014458 - 2024MUSK-0014463)

49.     PX-351 (OPENAI_MUSK00000419 - OPENAI_MUSK00000421)

50.     DX-0512 (OPENAI_MUSK00039198)

51.     DX-0527 (OPENAI_MUSK00038353)

52.     DX-0529 (OPENAI_MUSK00018907)

53.     DX-0530 (Catalyst0000192)

54.     DX-0531 (OPENAI_MUSK00018902)

55.     DX-0534 (YCORG_0000001)

56. DX-0538 (YCORG_0000002)

57. DX-0544 / PX-077 (2024MUSK-0000519)

58. DX-0558 (OPENAI_MUSK00038355)

59. DX-0560 (OPENAI_MUSK00020201)

60. DX-0608 (YCORG_0000004)

61. DX-0615 (YCORG_0000005)

62. DX-0621 (FIDCHAR-OPENAI-000751)

63. DX-0638 (FIDCHAR-OPENAI-000876)

64. DX-0743 (OPENAI_MUSK00028000)

65. DX-0805 (OPENAI_MUSK00039196)

66. DX-0839 (OPENAI_MUSK00013341)

67. DX-0865 (OPENAI_MUSK00039145)

68. DX-0874 (OPENAI_MUSK00011872)

69. DX-0877 (OPENAI_MUSK00037558)

70. DX-0908 (OPENAI_MUSK00000470)

71. DX-0921 (OPENAI_MUSK00039065)

72. DX-0929 (2024MUSK-0002986)

73. DX-0932 (OPENAI_MUSK00039063)

74. DX-0936 (OPENAI_MUSK00005506)

75. DX-0943 (OPENAI_MUSK00039210)

76. DX-0945 (2024MUSK-0003069)

77. DX-1005 (OPENAI_MUSK00038412)

78. DX-1008 (OPENAI_MUSK00038514)

79. DX-1010 (OPENAI_MUSK00016184)

80. DX-1030 (OPENAI_MUSK00005825)

81. DX-1040 (OPENAI_MUSK00039061)

82. DX-1056 (OPENAI_MUSK00039056)

83. DX-1174 (OPENAI_MUSK00038991)

3

84.    DX-1175 (OPENAI_MUSK00039014)

85.    DX-1176 (OPENAI_MUSK00039039)

86.    DX-1177 (OPENAI_MUSK00039019)

87.    DX-1178 (OPENAI_MUSK00038626)

88.    DX-1188 / PX-215 (OPENAI_MUSK00037914)

89.    DX-1189 / PX-286 (OPENAI_MUSK00038352)

90.    DX-1190 / PX-217 (OPENAI_MUSK00037952)

91.    DX-1191 (OPENAI_MUSK00038336)

92.    DX-1192 (OPENAI_MUSK00038005)

93.    DX-1255 (Wiener Decl. Ex. 11)

94.    DX-1256 (Wiener Decl. Exs. 23-30)

95.    DX-1257 (Wiener Decl. Ex. 9)

96.    DX-1258 (Wiener Decl. Ex. 10)

97.    DX-1259 (OPENAI_MUSK00006084)

98.    DX-1261 (OPENAI_MUSK00000452)

99.    DX-1262 / PX-242 (MSFT_MUSK000053363)

100.   DX-1264 (OPENAI_MUSK00005365)

101.   DX-1272 (OPENAI_MUSK00039150)

102.   DX-1273 (OPENAI_MUSK00010139)

103.   DX-1274 (OPENAI_MUSK00028668)

104.   DX-1275 (OPENAI_MUSK00028666)

105.   DX-1276 (OPENAI_MUSK00010152)

106.   DX-1277 (OPENAI_MUSK00010167)

107.   DX-1278 (OPENAI_MUSK00010206)

108.   DX-1279 (OPENAI_MUSK00010332)

109.   DX-1280 (MSFT_MUSK000090697)

110.   DX-1281 (MSFT_MUSK000090724)

111.   DX-1284 (VC000411)

112. DX-1285 (Wiener Decl. Exs. 17-20)

113. DX-1286 (OPENAI_MUSK00029105)

114. DX-1287 (OPENAI_MUSK00028929)

115. DX-1288 (OPENAI_MUSK00028759)

116. DX-1289 (OPENAI_MUSK00029049)

117. MDX-1504 (2024MUSK-0002583 - 2024MUSK-0002584)

118. MDX-1511 (2024MUSK-0013736 - 2024MUSK-0013739)

119. MDX-1521 (MSFT_MUSK000055099 - MSFT_MUSK000055168)

120. MDX-1522 (MSFT_MUSK000055169 - MSFT_MUSK000055204)

121. MDX-1523 (MSFT_MUSK000055382 - MSFT_MUSK000055474)

122. MDX-1524 (MSFT_MUSK000055895 - MSFT_MUSK000055920)

123. MDX-1525 (MSFT_MUSK000055937 - MSFT_MUSK000056027)

124. MDX-1527 (MSFT_MUSK000064509 - MSFT_MUSK000064572)

125. MDX-1529 (MSFT_MUSK000064573 - MSFT_MUSK000064684)

126. MDX-1533 (MSFT_MUSK000084939 - MSFTMUSK000085006)

127. MDX-1559 (OPENAI_MUSK00011908 - OPENAI_MUSK00011972)

128. MDX-1574 (OPENAI_MUSK00038105 -OPENAI_MUSK00038195)

Dated: April 24, 2026                MOLOLAMKEN LLP

By:    /s/ Steven F. Molo
Steven F. Molo (*pro hac vice*)

*Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

Dated: April 24, 2026                WACHTELL, LIPTON, ROSEN & KATZ

By:    /s/ William Savitt
William Savitt (*pro hac vice*)

MORRISON & FOERSTER LLP

By:    /s/ William Frentzen
William Frentzen (SBN 343918)

*Attorneys for the OpenAI Defendants*

Dated: April 24, 2026                DECHERT LLP

By:    /s/ Russell P. Cohen
Russell P. Cohen (SBN 213105)

*Attorneys for Defendant Microsoft Corporation*

6

**SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

Dated: April 24, 2026

/s/ Steven F. Molo
Steven F. Molo (*pro hac vice*)