**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

ELON MUSK et al.,

        Plaintiffs,

    v.

SAMUEL ALTMAN, et al.,

        Defendants.

Case No. 4:24-cv-04722-YGR

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL**

Before the Court is Defendant Microsoft Corporation's Administrative Motion to Seal pursuant to Civil Local Rules 7-11 and 79-5; the Declaration of Nisha Patel in support of Microsoft's Motion; and copies of the representative examples attached to the Motion as Exhibits A and B, filed provisionally under seal with proposed redactions marked. The Court finds that compelling reasons exist to seal the limited material submitted in connection with Microsoft's Motion, as set forth below:

| Documents Sought to be Sealed | Portions to be Sealed |
|---|---|
| All trial exhibits containing business contact information (i.e., email addresses and phone numbers) of Microsoft employees, officers, or directors, including as shown in the representative examples PX-221 and MDX-1521 [excerpted].[1] | Limited contact information, as marked in red boxes in exemplary Exhibits A (PX-221) and B (MDX-1521 [excerpted]). |

As such, the Administrative Motion is **GRANTED**, and the portions identified above shall be sealed. This order extends to all trial exhibits publicly displayed in the courtroom at trial and/or publicly posted with the above-described business contact information. The parties shall apply this ruling to all other trial exhibits that contain the same types of information.

**IT IS SO ORDERED**

Dated: April 25, 2026

The Honorable Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

---

[1] The same business contact information was redacted from the public versions of documents filed at summary judgment. *See, e.g.,* Dkt. No. 391-60.

1

[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S
ADMINISTRATIVE MOTION TO SEAL