MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

(Additional counsel listed on the next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **JOINT FILING REGARDING AMENDED DISCOVERY DESIGNATIONS** |
| v. | Date:  April 27, 2026 |
| SAMUEL ALTMAN et al., | Time:  8:30 AM |
| Defendants. | Courtroom:  1 – 4th Floor |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (*pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (*pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (*pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (*pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (*pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for the OpenAI Defendants*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (*pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JAY JURATA (*pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

Pursuant to the Court's March 26, 2026 email, the parties have met and conferred regarding the impact of the Court's rulings on motions *in limine* on their respective deposition designations and have amended those designations accordingly.

Therefore, in accordance with Section 3 and 3(f) of the Court's Standing Order re: Pretrial Instructions in Civil Cases ("Standing Order"), Plaintiff Elon Musk; Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"); and Defendant Microsoft Corporation ("Microsoft") (together with Plaintiff Elon Musk and the OpenAI Defendants, the "Parties") hereby submit this joint statement regarding the Parties' amended discovery designations.

**Attachment A** to this filing contains the Parties' amended Joint Statement of Disputed Discovery Designations. **Attachment B** to this filing contains Musk's amended designations, Microsoft's amended objections and counter-designations, and Musk's amended cross-objections and cross-counter-designations. **Attachment C** contains Musk's amended designations, the OpenAI Defendants' amended objections and counter-designations, and Musk's amended cross-objections and cross-counter-designations. **Attachment D** contains the OpenAI Defendants' amended designations, Musk's amended objections and counter-designations, and the OpenAI Defendants' amended cross-objections and cross-counter-designations. **Attachment E** contains Microsoft's amended designations, Musk's amended objections and counter-designations, and Microsoft's amended cross-objections and cross-counter-designations.

The Parties will supply the Court with updated hard copies of the amended documents on Monday morning, April 27, 2026.

Dated:  April 25, 2026

MORRISON & FOERSTER LLP

By:     /s/ *William Frentzen*
        William Frentzen (CA SBN 343918)

Dated:  April 25, 2026

WACHTELL, LIPTON, ROSEN & KATZ

By:     /s/ *William Savitt*
        William Savitt (*pro hac vice*)

        *Attorneys for the OpenAI Defendants*

Dated:  April 25, 2026

DECHERT LLP

By:     /s/ *Russell P. Cohen*
        Russell P. Cohen (SBN 213105)

        *Attorneys for Defendant Microsoft Corporation*

Dated:  April 25, 2026

MOLOLAMKEN LLP

By:     /s/ *Steven F. Molo*
        Steven F. Molo (*pro hac vice*)

        *Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1, I hereby attest that the signatories listed above, on whose behalf this Joint Compliance Statement is submitted, concur in the filing's content and have authorized the filing.


Dated:  April 25, 2026                                     /s/ *William Frentzen*
                                                           William Frentzen