JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone:    (212) 403-1000
Facsimile:     (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>SAMUEL ALTMAN, et al.,<br><br>            Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES**<br><br>Date:  April 27, 2026<br>Time:  8:30 a.m.<br>Courtroom:  1 – 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers |

In accordance with Section 3(f) of the Court's Standing Order re: Pretrial Instructions in Civil Cases (last updated March 17, 2025), the OpenAI Defendants submit the following list of designated excerpts of discovery material and other audio/video material that the OpenAI Defendants may offer at trial.

## I.    OpenAI Defendants' Deposition Designations

| Designation No. | Form of Excerpt | OpenAI's Designations | Musk's Counter-Designations & Objections | OpenAI's Objections & Cross-Counter Designations |
|---|---|---|---|---|
| **Jared Birchall (September 10, 2025 Dep.)** | | | | |
| 1 | Video of deposition (with transcript) | 6:5-10 | | |
| 2 | * | 9:3-10:24; 11:1-12:22; 13:6-14:9 | | |
| 3 | * | 16:2-10 | | |
| 4 | * | 20:25-21:3; 21:11-13 | | |
| 5 | * | 28:7-29:20; 30:2-32:3 | **Mischaracterization, Rule 802\*** | |
| 6 | * | 32:4-35:21; 36:3-24; 38:5-39:23; 42:5-43:13; 44:12-45:18 | **Rule 802\*, Mischaracterization, Vague** 40:16-40:22; 169:24-174:7; 174:13-176:7 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to 169:24-174:7; 174:13-176:7)<br><br>Cross-Counters: 43:14-24 |
| 7 | * | 48:3-12; 48:17-49:2 | **Calls for Legal Conclusion, Rule 602** | |
| 8 | * | 49:16-51:15 | **Rule 602, Rule 802\*** 169:24-174:7; 174:13-176:7 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 9 | * | 51:16-24; 52:1-21 | **Rule 802\*, Rule 602** | |

| 10 | * | 53:8-58:19; 59:21-60:6 | **Mischaracterization, Calls for Legal Conclusion, Rule 106, Rule 602, Rule 802\*** <br> 59:2-59:10; 60:7-60:13; 169:24-174:7; 174:13-176:7 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to 169:24-174:7; 174:13-176:7) |
|---|---|---|---|---|
| 11 | * | 60:14-24 | **Calls for Legal Conclusion, Rule 602** <br> 60:7-60:13 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 12 | * | 61:21-62:4 | | |
| 13 | * | 62:16-64:7; 64:11-18 | | |
| 14 | * | 64:19-24; 65:1-68:17 | **Rule 602, Rule 402, Rule 802\*** | |
| 15 | * | 71:16-73:14; 73:21-74:22 | **Vague, Rule 602** | |
| 16 | * | 75:2-76:1; 76:7-77:1; 77:12-78:9; 79:1-79:6 | **Rule 602, Vague, Rule 106** <br> 169:24-174:7; 174:13-176:7 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 17 | * | 79:7-80:10 | **Vague, Rule 106, Rule 602** | |
| 18 | * | 80:16-19; 80:24-81:4 | | |
| 19 | * | 81:22-83:14 | **Vague, Rule 602** <br> 81:5-81:19; 83:20-84:2 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) <br><br> Cross-Counters: 84:3-10 |
| 20 | * | 84:11-85:6; 85:11-86:1; 86:11-20 | **Rule 802, Rule 602** <br> 86:2-86:3; 86:21-87:7 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to 87:4-7) |
| 21 | * | 87:15-89:1; 89:24-90:9 | **Rule 602, Rule 106, Rule 802** <br> 89:9-89:12 | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S
RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 22 | * | 90:10-93:21 | **Rule 602, Rule 106, Rule 802**<br>93:22-93:25; 94:2-94:3; 94:5-94:8; 94:9-94:16 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and 611(a) (non-responsive) (as to 94:11-16) |
|---|---|---|---|---|
| 23 | * | 95:4-96:19; 97:14-20; 98:4-99:1 | **Rule 802, Rule 602, Mischaracterization** | |
| 24 | * | 99:17-20 | | |
| 25 | * | 99:23-100:11; 101:1-17; 102:2-22 | **Rule 802, Compound, Rule 602**<br>93:22-93:25; 94:2-94:3; 94:5-94:8; 94:9-94:16 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 26 | * | 104:24-106:1; 106:4-23 | **Rule 802, Rule 602** | |
| 27 | * | 107:14-108:12 | **Rule 602** | |
| 28 | * | 108:15-110:20 | **Mischaracterization, Rule 602** | |
| 29 | * | 110:25-113:15; 114:24-115:13 | **Rule 602** | |
| 30 | * | 116:3-117:7 | **Rule 602** | |
| 30A | * | 132:10-21 | | |
| 31 | * | 136:10-20; 137:13-140:14 | **Mischaracterization, Rule 802, Rule 602**<br>140:19-141:2 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 32 | * | 145:18-146:13 | | |
| 33 | * | 146:25-147:18; 147:21-148:17 | 148:25-149:17 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 611(a) (non-responsive) (as to 149:8-17) |
| 34 | * | 150:4-25 | **Rule 402, Rule 403, Musk MIL 3**<br>169:24-174:7; 174:13-176:7 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |

| 35 | * | 151:11-153:15; 153:21-154:2; 154:8-25 | **Rule 402, Rule 403, Musk MIL 3** | |
|---|---|---|---|---|
| 36 | * | 155:21-156:25 | **Rule 602** | |
| 37 | * | 158:6-159:8; 159:14-160:18 | **Rule 802, Rule 402** | |
| 38 | * | 178:21-180:13 | **Calls for Legal Conclusion, Beyond Scope, Rule 602, Rule 402** | |
| **Tasha McCauley (September 30, 2025 Dep.)** | | | | |
| 39 | Video of deposition (with transcript) | 10:2-5 | | |
| 40 | * | 25:19-26:11 | | |
| 41 | * | 121:24-122:8 | | |

| 42 | * | 123:4-125:21 | **Rule 402, Rule 403, Musk MIL 2, Rule 106**<br><br>126:17-127:23, 259:1-3, 259:4-22<br><br>128:2-129:2, 136:19-138:2, 139:6-141:9<br><br>288:9-11, 288:17-289:5, 289:8-289:14, 289:16-20, 289:22-22, 290:1-5, 290:7-12, 290:20-291:3, 291:5-6 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); question withdrawn and FRE 602 (as to 259:1-3, 259:4-22); FRE 802 (as to 136:19-137:10, 139:6-141:1); FRE 602 (as to 137:11-138:2); FRE 611(c) (as to 288:9-16, 289:3-5, 289:8-14, 289:16-20, 289:22-24, 290:1-5, 290:7-12, 290:20-291:3, 291:5-6); beyond scope (as to 128:2-129:2, 136:19-138:2, 139:6-141:9, 288:9-289:5, 289:8-289:14, 289:16-20, 289:22-24, 290:1-5, 290:7-12, 290:20-291:3, 291:5-6)<br><br>Cross-Counters: 290:13-18 (as to 290:7-12, 290:20-291:3, 291:5-6) |
| 43 | * | 156:19-157:19 | 157:20-157:23 | |
| 43A | * | 164:12-168:9; 174:12-175:7 | **Rule 602** | |
| 44 | * | 175:16-18 | | |
| 45 | * | 176:1-23 | **Rule 602, Vague** | |
| 46 | * | 178:21-179:15 | | |
| 47 | * | 180:1-181:19 | | |
| 48 | * | 184:2-19; 184:24-185:16 | **Rule 602** | |
| 49 | * | 185:17-191:14; 194:17-196:10 | **Rule 602** | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES

CASE NO. 4:24-CV-04722-YGR

| 50 | * | 196:25-200:12; 200:24-203:21; 204:3-205:5 | **Rule 602** | |
| 51 | * | 224:23-227:25 | **Rule 106** 228:9-230:10 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 611(a) (non-responsive) (as to all); FRE 602 (as to 228:15-229:5, 230:1-6); FRE 404(b), 608 (as to 229:15-230:2) |
| 52 | * | 238:25-239:4 | **Rule 106** 236:4-236:8; 236:14-237:14; 237:18-238:18; 238:20-238:23 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 53 | * | 239:8-12; 239:20-243:15 | **Rule 106, Rule 602, Compound** 243:18-244:2; 244:4-244:16 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 54 | * | 245:19-246:9 | | |
| 55 | * | 254:1-255:3 | | |
| 56 | * | 258:17-24; 260:13-262:23; 263:16-19; 264:6-11 | **Argumentative, Question Withdrawn** 264:13-264:20 | Objections: FRE 611(a) (non-responsive; no question pending) |
| 57 | * | 286:4-8 | | |
| **Ermira Murati (November 2, 2025 Dep.)** | | | | |
| 58 | Video of deposition (with transcript) | 9:7-9 | | |
| 59 | * | 10:22-11:15 | 16:4-16:6; 16:14-16:19 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 60 | * | 15:17-16:3 | | |
| 61 | * | 16:20-17:2 | | |
| 62 | * | 18:19-21 | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 63 | * | 21:10-25 | | |
|---|---|---|---|---|
| 64 | * | 22:10-23:7 | | |
| 65 | * | 25:4-23 | | |
| 66 | * | 32:13-33:9 | | |
| 67 | * | 33:16-34:13 | | |
| 68 | * | 34:14-16; 37:5-21 | | |
| 69 | * | 38:11-14 | | |
| 70 | * | 42:10-16 | | |
| 71 | * | 45:12-46:12 | | |
| 72 | * | 48:12-50:4 | 50:5-50:7; 50:9-50:12 | Objections: FRE 602 |
| 73 | * | 60:1-61:5 | | |
| 74 | * | 61:25-63:3 | | |
| 75 | * | 65:18-66:11 | | |
| 76 | * | 72:2-11 | | |
| 77 | * | 77:23-78:4 | | |
| 78 | * | 78:25-79:8 | 79:9-79:10; 79:16-80:20 | Objections: FRE 602, 701 (as to 79:9-79:10; 79:16-80:15) |
| 79 | * | 82:22-83:12 | | |
| 80 | * | 84:12-17; 85:13-86:25 | | |
| 81 | * | 87:13-89:10 | | |
| 82 | * | 96:12-97:1; 97:12-16 | | |
| 83 | * | 99:1-3 | | |
| 84 | * | 101:19-103:14; 103:22-105:2 | | |
| 85 | * | 105:3-108:10 | | |
| 86 | * | 108:11-109:8 | | |
| 87 | * | 109:18-111:7 | | |
| 88 | * | 111:8-19; 113:1-22 | 111:20-112:11; 112:14-112:16; 112:17-112:25 | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES

CASE NO. 4:24-CV-04722-YGR

| 89 | * | 114:4-117:18 | | |
| 90 | * | 117:19:-22; 118:18-25 | 119:20-119:23; 120:2-120:6; 120:8-120:9; 120:11-120:12; 120:13-120:16 | Objections: FRE 805 (as to 119:20-23); FRE 602 (as to 120:2-4) <br><br> Cross-Counters: 120:17-18, 120:21-22 |
| 91 | * | 119:4-12 | 119:20-119:23; 120:2-120:6; 120:8-120:9; 120:11-120:12; 120:13-120:16 | Objections: FRE 805 (as to 119:20-23); FRE 602 (as to 120:2-4) <br><br> Cross-Counters: 120:17-18, 120:21-22 |
| 92 | * | 128:19-131:24 | | |
| 93 | * | 132:22-135:10 | | |
| 94 | * | 135:21-136:18 | | |
| 95 | * | 136:19-137:24 | | |
| 96 | * | 138:13-20 | | |
| 97 | * | 139:2-13; 140:12-20 | | |
| 98 | * | 142:9-10 | | |
| 99 | * | 145:7-9 | **Rule 402, Rule 802** | |
| 100 | * | 147:14-148:1 | **Rule 602** | |
| 101 | * | 151:19-152:13 | | |
| 102 | * | 152:14-153:11 | | |
| 103 | * | 153:12-155:13 | | |
| 104 | * | 155:24-156:5; 157:3-160:19 | | |
| 105 | * | 160:20-162:21 | **Rule 602, Rule 802, Vague** | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 106 | * | 163:6-9 | 163:10-163:17 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
|---|---|---|---|---|
| 107 | * | 164:23-166:16 | **Rule 802, Rule 602** | |
| 108 | * | 166:21-167:16 | **Rule 802, Rule 602** 167:20-168:8 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 109 | * | 172:13-173:3 | **Rule 602** | |
| 110 | * | 178:6-13 | 179:5-179:12 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 111 | * | 179:22-180:21 | **Mischaracterization** 179:5-179:12 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 112 | * | 181:5-182:17 | **Rule 602** | |
| 113 | * | 183:18-184:4 | 184:5-184:10; 184:12-184:13 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 114 | * | 184:21-186:6 | | |
| 115 | * | 186:21-187:19 | | |
| 116 | * | 189:22-190:5 | | |
| 117 | * | 191:13-192:5 | **Rule 602, Rule 802** | |
| 118 | * | 194:24-195:25 | **Rule 602** | |
| 119 | * | 199:1-199:23 | **Rule 602, Rule 802** | |
| 120 | * | 199:24-201:25 | **Rule 602, Rule 802** | |
| 121 | * | 205:22-207:13 | **Rule 403*[1]; Rule 602** | |
| 122 | * | 207:20-209:10 | **Rule 602, Rule 802** | |
| 123 | * | 209:11-210:11 | **Rule 602, Rule 802** | |

---

[1] Reserving potential FRE 403 objection consistent with the Court's Pretrial Order No. 2, Dkt. 452.

| 124 | * | 210:24-211:21 | **Vague, Rule 602** | |
| 125 | * | 212:5-7 | | |
| 126 | * | | **Musk MIL 2** | |
| 127 | * | 219:12-19 | **Rule 402** | |
| 128 | * | 229:24-230:11 | | |
| 129 | * | 232:15-233:8 | **Vague, Rule 602** | |
| **Elon Musk (September 26, 2025 Dep.)** | | | | |
| 130 | Video of deposition (with transcript) | 10:3-12:7 | **Rule 403*** | |
| 131 | * | 12:15-13:10 | | |
| 132 | * | 13:18-14:4; 14:9-20 | **Rule 106** <br><br> 14:21-15:5 | |
| 133 | * | 22:5-23:3 | **Rule 106** <br><br> 23:4-23:8 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 134 | * | 37:5-38:12 | | |
| 135 | * | 49:3-8 | **Rule 106** <br><br> 48:22-49:2 | |
| 136 | * | 49:24-50:13 | | |
| 137 | * | 52:11-23; 54:2-4; 54:16-55:8 | **Rule 106** 50:19-50:22; 50:23-51:5; 51:6-51:9; 51:20-52:7; 53:2-54:1 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 611(a) (non-responsive) (as to 51:20-52:7, 53:2-54:1) |
| 138 | * | 56:21-57:17 | **Rule 402, Rule 403, Musk MIL 4** | |
| 139 | * | 58:8-59:13 | **Rule 106** <br><br> 68:10-68:12; 68:16-68:21 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 |
| 140 | * | 59:15-60:16 | | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 |

| | | | | |
|---|---|---|---|---|
| 141 | * | 60:24-63:16 | **Rule 403\*, Rule 106,** 68:10-68:12; 68:16-68:21 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 |
| 142 | * | 63:18-64:21 | **Rule 403\*** | |
| 143 | * | 65:3-20; 66:8-12 | | |
| 144 | * | 67:14-25 | **Rule 106** 67:4-67:13; 68:1-68:9 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 (as to all); FRE 611(a) (non-responsive) (as to 67:8-13, 68:1-9) |
| 145 | * | 69:12-70:9 | **Rule 106** 67:4-67:13; 68:1-68:9 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 (as to all); FRE 611(a) (non-responsive) (as to 67:8-13, 68:1-9) |
| 146 | * | 72:16-73:3; 73:24-74:8 | **Rule 106** 48:22-49:2; 71:16-71:24; 72:6-72:15 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 (as to 48:22-49:2, 71:16-24) |
| 147 | * | 74:17-75:12 | | |
| 148 | * | 76:16-77:5 | | |
| 149 | * | 78:19-79:8 | | |
| 150 | * | 79:10-80:4 | | |
| 151 | * | 80:18-25; 83:4-20; 84:1-85:1; 85:4-15 | | |
| 152 | * | 86:14-87:20 | **Rule 106** 87:4-87:10; 87:12-87:14 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802, 602, 805, 404(a), 611(a) (non-responsive) |
| 153 | * | 89:9-11; 90:3-8; 90:19-91:10; 91:17-92:7 | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 154 | * | 92:18-93:11; 93:24-94:11 | | |
|---|---|---|---|---|
| 155 | * | 95:8-21 | | |
| 156 | * | 96:1-3; 98:17-99:1; 99:7-12 | | |
| 157 | * | 103:6-15 | | |
| 158 | * | 105:1-4 | **Rule 106**<br><br>105:5-105:14 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 |
| 159 | * | 114:1-17; 117:3-6 | **Mischaracterization, Vague, Rule 106**<br><br>105:5-105:14; 118:6-118:9; 118:12-118:15; 122:15-122:17; 122:21-123:2 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 |
| 160 | * | 129:6-130:14 | **Rule 402, Rule 403** | |
| 161 | * | 130:21-23; 130:25-131:2; 131:25-133:9 133:15-23; 134:2-18 | | |
| 162 | * | 136:3-17 | | |
| 163 | * | 137:7-9; 137:16-17; 137:21-138:4; 139:14-18; 140:20-142:5 | **Rule 106**<br><br>139:19-139:21; 139:22-140:1; 360:4-360:18; 361:4-361:5; 361:8-361:8; 361:10-361:11; 361:13-361:13; 361:15-362:2 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 |
| 164 | * | 142:17-143:12 | | |
| 165 | * | 143:15-17 | | |
| 166 | * | 143:22-144:1; 144:10-23 | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S
RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 167 | * | 145:13-146:8; 146:17-22 | | |
|---|---|---|---|---|
| 168 | * | 147:7-17 | **Rule 106** 147:1-147:6; 231:7-9; 231:16-232:3 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 (as to 231:7-9, 231:16-232:3); FRE 403 (as to 231:16-232:3) |
| 169 | * | 148:11-17 | **Calls for Legal Conclusion** | |
| 170 | * | 149:4-21 | **Rule 106** 149:12-149:21 | Objections: FRE 611(a) (non-responsive) |
| 171 | * | 149:22-150:7 | **Rule 106** 150:5-150:7 | |
| 172 | * | 150:8-151:6 | | |
| 173 | * | 151:7-20; 151:23-152:1; 152:4-18; 152:21-153:2 | **Rule 106** 360:4-360:18; 361:4-361:5; 361:8-361:8; 361:10-361:11; 361:13-361:13; 361:15-362:2 | Objections: FRCP 32(a)(6) (improper FRE 106 counters); FRE 801, 802 |
| 174 | * | 153:3-14 | | |
| 175 | * | 156:18-157:7; 157:12-16 | **Rule 106** 157:17-157:19; 157:22-157:23 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 |
| 176 | * | 158:2-4; 158:9-11; 158:20-159:4; 159:21-160:4 | **Rule 802*** | |
| 177 | * | 160:10-14; 161:11-18 | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 178 | * | 162:6-12; 164:8-23; 166:7-21; 169:6-11 | **Rule 106**<br><br>165:2-165:6; 165:8-165:22; 166:22-168:9; 168:15-168:17; 169:1-169:5; 360:4-360:18; 361:4-361:5; 361:8-361:8; 361:10-361:11; 361:13-361:13; 361:15-362:2 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 (as to 165:8-22, 166:22-168:9, 168:15-17, 169:1-5, 360:4-18, 361:4-5, 361:8, 361:10-11, 361:13, 361:15-362:2) |
|---|---|---|---|---|
| 179 | * | 169:12-22 | | |
| 180 | * | 170:2-8 | | |
| 181 | * | 170:12-172:24 | | |
| 182 | * | 173:10-22 | | |
| 183 | * | 174:6-15 | | |
| 184 | * | 177:5-8 | | |
| 185 | * | 178:3-11 | **Rule 402, Rule 403** | |
| 186 | * | 178:25-179:6 | | |
| 187 | * | 192:23-193:19 | **Rule 403, Rule 402, Musk MIL 2, Argumentative** | |
| 188 | * | 209:23-210:7 | **Rule 106**<br><br>210:8-210:9; 210:14-211:6; 212:12-212:18 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 (as to all); FRE 403 (as to 210:18-19, 212:16-18) |
| 189 | * | 220:15-18; 220:23-221:5 | **Rule 106**<br><br>220:21-220:22 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802, 611(a) (non-responsive) |
| 190 | * | 221:9-222:3 | | |
| 191 | * | 230:2-21 | **Rule 602** | |
| 192 | * | 239:20-240:6 | | |
| 193 | * | 240:16-241:16 | | |
| 194 | * | 256:22-257:2 | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| | | | | |
|---|---|---|---|---|
| 195 | * | 260:5-11; 261:13-25 | | |
| 196 | * | 263:7-16 | | |
| 197 | * | 264:18-265:1 | | |
| 198 | * | 265:23-266:7 | **Rule 402, Rule 403,** | |
| 199 | * | 271:1-23 | **Calls for Legal Conclusion, Rule 602, Rule 106**<br><br>270:16-270:25 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 |
| 200 | * | 272:17-273:6 | **Mischaracterization, Vague** | |
| 201 | * | 278:17-279:5 | | |
| 202 | * | 280:23-281:17 | **Rule 602** | |
| 203 | * | 285:14-286:4 | **Rule 602, Rule 106**<br><br>286:5-286:24; 287:2-287:14 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 (as to all); FRE 611(a) (non-responsive) (as to 286:5-24) |
| 204 | * | 287:15-288:25 | **Mischaracterization** | |
| 205 | * | 290:2-16 | **Mischaracterization, Rule 106**<br><br>290:17-18 | |
| 206 | * | 290:22-291:6 | | |
| 207 | * | 291:19-295:25 | **Calls for Legal Conclusion, Vague, Argumentative, Rule 106, Rule 602**<br><br>213:7-213:19; 214:13-214:15; 214:18-214:18; 214:20-215:5; 234:1-234:10 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 (as to all); FRE 403, 611(a) (non-responsive) (as to 234:9-10) |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 208 | * | 296:22-297:20 | **Calls for Legal Conclusion, Vague, Argumentative, Rule 106, Rule 602**<br><br>213:7-213:19; 214:13-214:15; 214:18-214:18; 214:20-215:5; 234:1-234:10 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 (as to all); FRE 403, 611(a) (non-responsive) (as to 234:9-10) |
|---|---|---|---|---|
| 209 | * | 299:4-301:3 | **Calls for Legal Conclusion, Vague, Argumentative, Rule 602, Rule 402, Rule 403, Rule 106**<br><br>213:7-213:19; 214:13-214:15; 214:18-214:18; 214:20-215:5; 234:1-234:10 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802 (as to all); FRE 403, 611(a) (non-responsive) (as to 234:9-10) |
| 210 | * | 301:4-9; 301:15-302:5 | **Rule 403\*** | |
| 211 | * | 302:10-303:7 | **Rule 403\*** | |
| 212 | * | 316:24-317:12 | **Rule 402, Rule 403, Musk MIL 1** | |
| 213 | * | 318:9-18 | **Rule 402, Rule 403, Musk MIL 1** | |
| 214 | * | 319:4-320:3 | **Rule 402, Rule 403, Musk MIL 1** | |
| 215 | * | 320:23-321:8 | **Rule 402, Rule 403, Musk MIL 1** | |
| 216 | * | 326:20-327:13 | | |
| 217 | * | 347:15-348:1 | | |
| 218 | * | 350:24-351:4 | | |
| 219 | * | 352:18-25 | | |
| 220 | * | 353:2-17 | | |
| **Ilya Sutskever (October 1, 2025 Dep.)** | | | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 221 | Video of deposition (with transcript) | 10:9-17 | | |
|---|---|---|---|---|
| 222 | * | 12:21-23 | | |
| 223 | * | 13:22-14:3; 14:9-15:23; 16:3-16:25 | | |
| 224 | * | 18:22-19:8; 21:8-20; 22:10-23:4 | **Rule 106** 21:22-21:24 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 225 | * | 23:15-24:10 | 26:9-26:17 | Objections: FRCP 32(a)(6) (improper FRE 106 counters)<br><br>Cross-Counters: 26:4-8 |
| 226 | * | 27:11-28:17 | | |
| 227 | * | 36:8-40:5 | | |
| 228 | * | 53:17-54:18 | | |
| 229 | * | 59:16-25; 60:4-19 | | |
| 230 | * | 61:7-62:13 | 62:15-62:25; 63:2-63:4; 63:7-63:8; 63:11-63:22 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 611(b) (beyond the scope) (as to all); FRE 602 (as to 62:15-25, 63:2-4, 62:7-8, 63:15-22) |
| 231 | * | 67:21-72:10 | 66:2-66:4; 66:6-66:9; 67:8-67:10; 67:15-67:18; 73:5-73:6; 73:9-73:16 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 611(b) (beyond the scope) and 602 (as to 73:5-6; 73:9-16); FRE 611(c) (as to 66:2-4, 66:6-9) |
| 232 | * | 73:18-75:21 | | |
| 233 | * | 76:12-77:4; 77:12-80:12 | **Rule 106** 80:13-80:16; 80:18-80:25; 81:1-81:1; 81:3-81:3 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 611(b) (beyond the scope) (as to all); FRE 602 (as to 80:25-81:1, 81:3) |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S
RESPONSES
CASE NO. 4:24-CV-04722-YGR

| | | | | |
|---|---|---|---|---|
| 234 | * | 81:6-16 | 81:22-81:24; 82:12-83:6; 83:8-83:10 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 235 | * | 88:4-89:15 | 87:2-87:4; 87:7-87:17 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 236 | * | 93:21-100:9 | **Rule 106** 100:10-100:25; 101:1-102:5; 102:7-102:11 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to 100:21-25, 101:1-102:5, 102:7-102:11); FRE 602 (as to 102:7-11) |
| 237 | * | 104:12-19 | 103:11-103:16; 103:23-104:10 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 611(b) (beyond the scope), 602 |
| 238 | * | 106:7-107:7; 107:19-109:2 | 109:18-110:5; 110:7-110:21 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 611(b) (beyond the scope), 602 |
| 239 | * | 116:16-23; 120:3-4; 128:5-13; 128:21-129:8 | **Rule 106** 129:11-129:13; 130:15-130:21; 130:23-131:6; 131:8-131:10; 131:12-131:15 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to 130:15-21, 130:23-131:6, 131:8-10, 131:12-15) |
| 240 | * | 132:6-10 | | |
| 241 | * | 136:18-137:6 | **Rule 106** 135:16-136:13; 137:8-137:9; 137:11-137:14; 137:16-137:25 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 801, 802, 602 (as to 135:16-136:13) |
| 242 | * | 145:23-146:14 | | |
| 243 | * | 148:6-15 | | |
| 244 | * | 150:15-151:13 | | |
| 245 | * | 157:9-18 | 146:15-146:16; 146:22-146:22 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 611(b) (beyond the scope) |
| 246 | * | 160:23-161:1 | | |

| 247 | * | 165:6-13 | **Rule 106** 165:17-165:18; 165:21-165:23 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 602, 403 Cross-Counters: 165:14-17 |
|---|---|---|---|---|
| 248 | * | 166:14-17 | | |
| 249 | * | 169:12-170:8 | **Rule 106** 170:10-170:12 | |
| 250 | * | 171:3-10 | 171:19-171:25 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 602, 801, 802 |
| 251 | * | 172:10-174:12 | 172:25-173:1 | |
| 252 | * | 176:23-180:2 | **Rule 106** 180:3-180:10 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 602, 701 |
| 253 | * | 180:11-181:6 | | |
| 254 | * | 183:7-184:11 | | |
| 255 | * | 184:12-187:16 | | |
| 256 | * | 187:25-190:13; 190:19-191:8; 192:19-193:4; 193:12-197:16; 197:18-198:5; 199:1-24 | **Vague, Rule 602** | |
| 257 | * | 202:11-207:22 | **Vague, Rule 602, Rule 802** 207:23-208:8 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 258 | * | 208:16-210:9; 210:18-24 | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 259 | * | 212:4-24; 213:1-214:8; 214:25-218:7 | **Vague, Rule 802** | |
| 260 | * | 221:4-223:1; 223:9-225:24; 226:5-227:24; 228:4-24; 229:7-23 | **Rule 106, Rule 403, Vague, Rule 602** 223:3-223:4; 223:6-223:7 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 261 | * | 231:9-232:8; 232:22-234:13; 234:20-235:19 | | |
| 262 | * | 236:3-20 | | |
| 263 | * | 238:24-240:16; 240:21-243:11 | **Vague, Rule 602, Rule 402, Rule 403** | |
| 264 | * | 243:12-246:5; 247:3-251:10 | **Vague, Rule 602, Rule 402, Rule 403** 246:7-246:8; 246:10-246:12 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 401, 402, 403 |
| 265 | * | 252:24-253:22 | **Rule 602** | |
| 266 | * | 259:5-260:12 | **Rule 402, Rule 403, Musk MIL 3** 260:18-260:20 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 267 | * | 261:3-262:5 | **Leading, Rule 402** | |
| 268 | * | 262:24-265:8 | | |
| 269 | * | 267:25-269:8 | **Rule 402, Rule 403, Musk MIL 4** | |
| 270 | * | 272:11-274:15 | **Leading, Vague, Mischaracterization** | |
| 271 | * | 275:18-276:23 | **Rule 106** 276:25-277:4 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 272 | * | 278:21-282:9 | **Leading, Vague, Compound, Rule 602** | |
| 273 | * | 282:11-22; 283:6-23 | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S
RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 274 | * | 288:9-25; 289:2-292:15; 292:18-25; 293:9-14 | | |
|---|---|---|---|---|
| 275 | * | 294:1-10 | **Rule 106** 294:12-294:14; 294:16-294:18; 295:9-295:13 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) and FRE 602 |
| 276 | * | 301:2-25 | 340:1-340:3 | Objections: FRCP 32(a)(6) (improper FRE 106 counters), FRE 602 |
| 277 | * | 304:11-24; 305:5-20 | **Rule 402** | |
| 278 | * | 305:22-312:8; 312:17-23 | **Rule 106, Rule 602, Rule 802** 312:9-312:16 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 279 | * | 313:4-316:19; 317:15-318:10 | **Rule 402, Rule 403, Rule 602** | |
| 280 | * | 319:12-321:19 | **Rule 106** 321:20-321:22 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 281 | * | 321:23-322:5 | **Rule 602** | |
| 282 | * | 336:15-338:13 | **Asked and Answered, Rule 802** | |
| **Sam Teller (September 22, 2025 Dep.)** | | | | |
| 283 | Video of deposition (with transcript) | 5:5-5:11 | | |
| 284 | * | 8:11-8:16; 8:22-9:4; 9:14-9:18; 9:25-10:24; 11:15-11:17 | **Rule 106** 9:5-9:8; 9:19-9:24; 10:25-11:1 | |
| 285 | * | 14:15-15:10 | | |
| 286 | * | 16:10-16:13 | | |
| 287 | * | 17:3-17:7 | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 288 | * | 25:11-27:10 | **Rule 402**<br><br>27:20-27:21; 27:23-28:8 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
|---|---|---|---|---|
| 289 | * | 28:9-29:7 | 29:8-29:11; 29:13-29:25; 30:2-30:2; 30:3-30:8; 30:17-30:25 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 290 | * | 33:18-34:3; 34:8-34:18; 35:1-35:3 | | |
| 291 | * | 38:13-39:1; 40:9-41:5 | | |
| 292 | * | 47:11-47:22; 48:9-48:24; 50:11-50:18 | **Rule 106**<br><br>48:3-48:6; 50:3-50:10 | |
| 293 | * | 59:2-63:10 | **Vague, Compound** | |
| 294 | * | 69:11-70:4 | | |
| 295 | * | 70:9-71:1 | 71:5-71:15 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 296 | * | 73:22-74:3; 74:17-74:22; 75:2-75:20 | | |
| 297 | * | 78:16-78:24 | | |
| 298 | * | 79:10-79:12; 79:17-81:4; 81:11-81:20 | **Rule 106**<br><br>79:13-79:16; 81:5-81:10; 81:21-82:3; 82:4-82:9 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to 82:4-9) |
| 299 | * | 90:2-91:5; 91:14-91:23; 92:5-13 | **Vague, Rule 106, Rule 602**<br><br>91:6-91:13 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 300 | * | 92:14-20; 95:3-95:18; 96:18-96:20; 96:22-97:15; 98:4-98:11; 98:19-99:18 | **Rule 106, Rule 602**<br><br>94:18-94:20; 94:22-95:2; 98:12-98:15; 98:17-98:18 | Objections: FRCP 32(a)(6) (improper FRE 106 counters)<br><br>Cross-Counters: 94:7-17 (as to 94:18-94:20; 94:22-95:2) |
| 301 | * | 100:5-100:10; 100:18-101:7 | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 302 | * | 101:14-101:20; 102:7-103:16 | **Rule 106**<br>101:21-102:2 | |
| 303 | * | 104:17-104:24 | | |
| 304 | * | 105:9-105:18; 106:6-106:19 | **Rule 106**<br>105:19-105:23 | |
| 305 | * | 107:2-107:9; 108:5-108:15 | | |
| 306 | * | 111:22-111:25; 112:9-112:22 | **Rule 402, Rule 403** | |
| 307 | * | 113:8-113:19; 114:10-115:5; 115:19-117:7 | **Rule 402, Rule 403** | |
| 308 | * | 119:4-119:24; 121:25-122:23; 123:15-123:19 | **Rule 402, Rule 403** | |
| 309 | * | 126:2-127:12 | **Vague, Rule 106, Rule 602**<br>127:18-127:20; 127:22-128:1 | |
| 310 | * | 145:4-145:23; 148:4-149:1; 149:12-150:1; 151:15-152:5 | **Rule 106**<br>148:3-148:3; 152:6-152:8 | |
| 311 | * | 152:13-153:1 | | |
| 312 | * | 153:17-154:10 | | |
| 313 | * | 154:13-155:19; 156:13-158:12 | **Argumentative** | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S
RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 314 | * | 163:21-163:22; 165:8-165:15; 166:23-168:15 | | |
| 315 | * | 174:3-174:14; 174:23-175:9; 175:13-175:21 | | |
| 316 | * | 177:24-178:1; 178:8-178:14; 178:22-179:7; 180:10-181:4; 183:1-183:5 | **Rule 106, Rule 802**<br><br>181:5-181:11; 193:11-193:15 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to 193:11-15) |
| 317 | * | 185:3-185:4; 185:9-186:7; 187:12-188:5; 188:18-189:1 | | |
| 318 | * | 193:12-193:23 | | |
| 319 | * | 198:14-198:22; 199:1-199:19; 200:23-201:22 | | |
| 320 | * | 202:24-202:25-203:1; 204:1-204:6; 204:13-205:21; 205:23-206:6; 207:19-207:25 | **Compound, Rule 602** | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S
RESPONSES
CASE NO. 4:24-CV-04722-YGR

| | | | | |
|---|---|---|---|---|
| 321 | * | 209:3-211:6 | | |
| 322 | | 211:7-212:8 | | |
| 323 | * | 213:18-213:24 | | |
| 324 | * | 217:13-217:14; 222:3-223:19 | **Vague, Compound, Rule 602** | |
| 325 | * | 224:12; 224:18-225:22; 227:3-227:22 | | |
| 326 | * | 228:22-229:10 | | |
| 327 | * | 229:13-231:16 | **Compound, Rule 402, Rule 403, Rule 802** | |
| 328 | * | 232:25-234:2 | | |
| 329 | * | 234:4; 234:11-236:19 | **Rule 106, Rule 802**<br>236:20-236:24 | |
| 330 | * | 237:22-237:23; 238:11-241:7; 243:10-244:6; 244:13-244:25 | **Rule 602, Rule 802** | |
| 331 | * | 245:5-247:10; 247:13-252:12 | **Vague, Argumentative, Rule 602, Compound, Asked and Answered** | |
| 332 | * | 267:3-268:16; 268:24-269:6 | **Vague, Mischaracterization, Rule 602** | |
| Helen Toner (October 8, 2025 Dep.) | | | | |
| 333 | Video of deposition (with transcript) | 11:2-20 | | |
| 334 | * | 29:14-30:18 | | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S
RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 335 | * | 31:4-22 | | |
|---|---|---|---|---|
| 336 | * | 42:8-17 | | |
| 337 | * | 71:12-72:2 | **Rule 402** | |
| 338 | * | 94:5-20 | **Rule 106** 92:12-92:15; 92:18-92:21; 92:23-92:25; 93:3-93:3; 93:14-93:16; 93:17-93:20; 93:23-93:24; 94:21-94:22; 94:25-95:8; 95:11-95:25; 96:1-96:3; 96:4-96:18 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 602 (as to 95:6-8, 95:11-96:18); FRE 611(c) (as to 92:12-15; 92:18-92:21; 92:23-25; 93:3, 93:17-20; 93:23-24, 94:21-22, 94:25-95:8) <br><br> Cross-Counters: 94:1-4 (as to 93:14-20, 93:23-24) |
| 338A | * | 134:11-135:3 | **Rule 106** 135:4-16 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 339 | * | 135:20-136:2; 137:5-23 | 136:16-136:25; 137:3-137:4 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to 136:21-25, 137:3-4) |
| 340 | * | 140:3-142:9 | **Rule 106** 136:16-136:25; 137:3-137:4 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to 136:21-25, 137:3-4) |
| 341 | * | 173:5-176:17 | **Rule 402; Rule 106** 176:22-176:25; 177:1-177:3 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 341A | * | 177:19-178:19; 186:20-25; 187:2-7; 187:9-10 | **Rule 402** <br><br> **Rule 106** 179:12-19, 182:2-183:3, 185:14-21 | Objections: FRCP 32(a)(6) (improper FRE 106 counters); beyond scope; FRE 602; FRE 802 (as to 182:21-183:3) <br><br> Cross-Counters: 179:20-180:1, 180:3-12, 180:14-24, 181:3, 181:6-20, 181:23-182:1 (as to 182:2-183:3), 184:15-185:13 (as to 185:14-21) |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 342 | * | 197:5-7; 197:14-199:14 | **Rule 602, Vague** 44:4-45:10; 43:24-44:1; 195:1-195:8; 194:21-194:25; 195:9-195:10; 195:19-195:21; 195:22-195:25; 243:2-244:8; 245:3-11 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all except 195:19-25); FRE 602 (as to 44:7-13, 45:4-10) |
|---|---|---|---|---|
| 343 | * | 204:15-25 | **Rule 106** 44:4-45:10; 43:24-44:1; 195:1-195:8; 194:21-194:25; 195:9-195:10; 195:19-195:21; 195:22-195:25; 46:9-13; 46:16-18; 50:14-50:16; 50:19-50:23; 50:25-51:2; 51:5-51:5; 51:7-9; 51:12; 243:2-244:8; 245:3-11 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all except 195:19-25); FRE 602 (as to 44:7-13, 45:4-10, 50:14-16, 51:5-9); FRE 611(c) (as to 46:9-13, 46:16-18, 50:14-16, 50:19-23, 50:25-51:2, 51:5; 51:7-9, 51:12); FRE 608 and 404(a) (as to 50:14-16) |
| 344 | * | 208:15-209:8 | **Rule 602** 205:1-205:15; 205:23-205:24; 205:20-205:21; 55:6-55:10; 54:25-55:4; 54:20-54:22; 54:16-54:18; 54:12-54:14; 243:2-244:8; 245:3-11 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 602 (as to 54:20-22, 54:25-55:4, 55:6-10), FRE 608 and 404(a) (as to 54:20-22, 54:25-55:4)<br><br>Cross-Counters: 206:1-6 (as to 205:23-24, 205:20-21), 242:12-243:1 (as to 243:2-244:8) |
| 345 | * | 211:23-213:7 | 92:12-92:15; 92:18-92:21; 92:23-92:25; 93:3-93:3; 213:24-214:12; 213:12-213:23; 213:8-213:11; 92:1-92:7; 91:23-91:25; 92:10-92:10; 245:3-11 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 611(c) (as to 92:1-7, 92:10, 92:12-15, 92:18-21, 92:23-25; 93:3); FRE 404(a) and 608 (as to 92:5-7, 92:10); FRE 801 and 802 (as to 213:24-214:12, 213:12-23, 213:8-11) |
| 346 | * | 215:19-216:20; 216:24-217:7 | **Rule 402** | |

| 347 | * | 218:25-219:9 | **Rule 106**<br><br>243:2-244:8; 245:3-11 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 611(a) (non-responsive) (as to 243:2-244:8)<br><br>Cross-Counters: 242:12-243:1 |
|---|---|---|---|---|
| 348 | * | 224:12-17; 226:1-15; 227:3-6 | **Rule 106**<br>226:16-226:24; 229:3-230:5; 230:20-231:12; 231:16-231:18; 233:6-233:15 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 611(a) (non-responsive) (as to 226:16-24, 229:21-230:5); FRE 801 and 802 (as to 231:5-12)<br><br>Cross-Counters: 230:15-19 (as to 230:20-231:12) |
| 349 | * | 228:1-10 | **Rule 106**<br>227:7-227:12; 228:11-228:17; 230:15-230:19; 230:20-231:12; 231:16-231:18; 233:6-233:15 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 611(a) (non-responsive) (as to 227:7-12, 228:11-17) |
| 350 | * | 231:20-25 | **Rule 106**<br><br>230:20-231:12; 231:16-18 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 351 | * | 233:25-234:24 | **Rule 106, Vague**<br>235:5-235:10; 235:13-236:1; 302:17-302:25; 303:1-303:8; 305:24-307:7 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 611(a) (non-responsive) (as to 235:13-236:1) |
| 352 | * | 242:10-243:1; 245:3-246:1 | **Rule 106, Rule 802, Leading, Argumentative**<br>243:2-244:8; 244:20-245:2; 244:15-244:18; 244:10-244:13; 245:3-11; 246:2-5; 246:7-20 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 611(a) (non-responsive) (as to 246:2-5, 246:7-20) |

| 353 | * | 250:7-14 | **Rule 106** 248:12-250:5; 248:7-248:10 | Objections: FRCP 32(a)(6) (improper FRE 106 counters), FRE 611(a) (non-responsive) |
|---|---|---|---|---|
| 354 | * | 251:13-19 | **Rule 802, Rule 402, Rule 602, Argumentative, Compound** | |
| 355 | * | 251:20-252:12 | | |
| 355A | * | 259:13-24 | | |
| 356 | * | 260:23-262:12; 262:18-23; 263:2-12 | **Rule 402, Rule 106** 263:20-263:22; 263:24-264:3; 264:5-264:15 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) Cross-Counters: 263:13-29, 264:16-21 |
| 357 | * | 264:16-21 | **Rule 402, Rule 106** 264:22-264:24 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 358 | * | 268:16-23; 269:12-273:11 | **Rule 602, Rule 802** 277:17-277:25; 279:1-279:10; 279:12-279:16; 325:4-325:19; 326:4-326:15; 302:17-302:25; 303:1-303:8; 305:24-307:7; 230:15-230:19; 302:17-302:25; 303:1-303:8. | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 801, 802 (as to 277:21-25 (after "no")); FRE 602 (as to 325:4-19, 326:4-15) |
| 359 | * | 274:10-275:3; 277:1-16; 280:12-15 | **Rule 106, Rule 802** 277:17-277:25; 279:1-279:10; 279:12-279:16; 325:4-325:19; 326:4-326:15 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 801, 802 (as to 277:21-25 (after "no")) |
| 360 | * | 281:10-282:13 | **Rule 106, Rule 403, Rule 602, Musk MIL 2, Compound** 283:6-283:8; 283:11-283:11; 283:13-283:23 | Objections: Objections: FRCP 32(a)(6) (improper FRE 106 counters), FRE 602, 801, 802 |

| 361 | * | 288:12-18; 289:3-290:5; 290:20-291:7; 291:9; 291:11-20; 301:15-19; 301:22-302:9 | **Rule 106** 245:3-11; 243:2-244:8; 290:6-12, 302:17-303:8, 316:20-318:11 <br><br> **Rule 602** (as to 290:20-291:7) | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all except 290:6-12); FRE 602 (as to 290:6-12) <br><br> Cross-Counters: 242:12-243:1 |
|---|---|---|---|---|
| 361A | * | 302:17-303:12; 304:15-24; 305:9-12 | **Rule 106** 303:13-304:2, 304:25-305:8, 305:13-307:7 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all except 303:13-15); FRE 611(a) (non-responsive) (as to 303:16-304:2, 304:25-305:8, 305:17-23); FRE 602 (as to 306:3-18) <br><br> Cross-Counters: 304:15-24 (as to 304:25-305:8) |
| 361B | * | 309:10-310:20; 311:9-11; 311:14; 311:19-312:5; 312:7-10; 312:13-313:16 | **Rule 106** 302:17-303:8, 304:25-305:8, 310:21-311:7, 314:17-20, 314:22-23, 314:25-315:6 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 611(a) (non-responsive) (as to 304:25-305:8) |
| 361C | * | 319:22-320:8; 320:19-321:6; 321:18-322:4; 323:24-324:18 | **Rule 602** (as to 319:22-320:8; 320:19-321:6) | |
| 362 | * | 327:8-331:3 | **Rule 106, Rule 802** 69:12-70:21 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 363 | * | 332:1-12 | **Rule 106** 44:4-45:10; 43:24-44:1 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 602 (as to 44:7-13, 45:4-10) |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| | | | | |
|---|---|---|---|---|
| 363A | * | 342:7-13; 342:18-21; 343:5-14 | 40:12-15, 155:15-156:22, 156:25-157:6, 162:1-9, 162:19-163:2, 163:13-25, 164:3-4, 164:6-165:22, 165:25-166:8, 166:11-18, 166:21-22 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 611(c) (as to 156:19-22, 156:25-157:6, 163:13-25, 164:3-4, 165:21-22, 165:25-166:8, 166:11-18, 166:21-22); FRE 802 (as to 155:15-156:18, 156:25-157:6, 163:13-25, 164:3-4, 164:6-165:22, 165:25-166:8, 166:11-18, 166:21-22); beyond scope (as to 40:12-15, 155:15-156:22, 163:13-20, 164:6-165:22, 165:25-166:8, 166:11-18, 166:21-22) |
| **Shivon Zilis (September 12, 2025 Dep.)** | | | | |
| 364 | Video of deposition (with transcript) | 5:2-7 | | |
| 365 | * | 6:2-9 | | |
| 366 | * | 6:16-7:2 | **Rule 402, Musk MIL 4** | |
| 367 | * | 10:11-12:11 | **Rule 402, Rule 403, Musk MIL 4** | |
| 368 | * | 23:10-23 | | |
| 369 | * | 28:9-14 | | |
| 370 | * | 30:11-32:1 | **Compound** 33:6-33:20 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 371 | * | 32:20-33:5 | | |
| 372 | * | 34:11-35:16 | | |
| 373 | * | 36:25-37:24 | **Rule 106** 36:17-36:24 | |
| 374 | * | 38:20-39:11 | | |
| 375 | * | 40:21-24 | | |
| 376 | * | 41:6-42:1 | **Rule 106; Rule 602** 42:2-42:14 | |
| 377 | * | 42:15-23 | **Rule 602** | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S
RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 378 | * | 46:5-11 | **Mischaracterization, Argumentative** 45:1-45:7; 45:10-45:14; 45:16-45:22; 47:2-47:3; 47:8-47:12; 47:14-47:15; 47:17-47:19 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 602, 403 (as to 47:2-3, 47:8-12) |
|---|---|---|---|---|
| 379 | * | 64:14-22 | | |
| 380 | * | 65:8-66:1; 66:4-14 | | |
| 381 | * | 66:19-67:4; 67:10-23 | 67:5-67:9; 67:24-68:4; 68:5-68:17 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to 67:24-68:4, 68:5-17) |
| 382 | * | 70:13-19 | 69:12-69:13; 69:16-69:20; 70:4-70:5; 70:8-70:11; 70:20-70:23 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 383 | * | 79:17-23; 80:4-82:13 | **Rule 106, Rule 102, Rule 602** 79:24-80:3 | |
| 384 | * | 90:1-11 | | |
| 385 | * | 90:21-23 | | |
| 386 | * | 104:15-20; 105:6-20 | **Rule 106** 104:21-104:23 | |
| 387 | * | 106:7-107:13 | 107:14-107:16; 107:20-107:22; 107:24-108:7 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 388 | * | 108:8-10 | 108:11-108:22 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 389 | * | 115:23-116:9 | **Rule 602** | |
| 390 | * | 119:19-120:4 | **Rule 802*, Rule 602** | |
| 391 | * | 120:15-122:23 | **Rule 106, 802*, Rule 602** 122:24-123:16; 124:4-124:21 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 392 | * | 129:14-131:21 | **Rule 106, Rule 602** 131:22-131:23; 132:2-132:10 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 393 | * | 138:24-139:6 | | |
| 394 | * | 141:24-142:22 | 141:14-141:15; 141:18-141:19 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 395 | * | 146:18-147:11 | **Rule 602** | |
|---|---|---|---|---|
| 396 | * | 158:3-23 | | |
| 397 | * | 160:9-161:1 | **Rule 602** | |
| 398 | * | 165:2-165:18 | **Rule 602** | |
| 399 | * | 172:24-173:7 | | |
| 400 | * | 174:9-175:22 | **Rule 602** | |
| 401 | * | 176:1-178:3; 178:25-181:6 | **Rule 602** | |
| 402 | * | 181:13-183:24 | **Vague, Calls for legal conclusion** | |
| 403 | * | 184:7-186:3 | **Rule 802*, Rule 602** | |
| 404 | * | 186:4-192:1 | **Rule 802*, Rule 602** | |
| 405 | * | 193:14-196:15 | **Rule 802*, Rule 602** | |
| 406 | * | 196:25-197:11 | **Rule 602, Vague, Calls for Legal Conclusion** | |
| 407 | * | 197:12-199:17 | **Rule 602, Vague, Calls for Legal Conclusion** | |
| 408 | * | 199:22-200:8 | **Rule 106** 201:1-201:3; 201:7-201:11 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 409 | * | 202:22-203:7 | **Rule 402, Rule 403** | |
| 410 | * | 203:23-204:20 | **Rule 802** | |
| 411 | * | 204:23-207:5 | **Rule 802, Rule 402, Rule 403, Rule 602, Vague** | |
| 412 | * | 207:6-212:20 | **Rule 802, Rule 402, Rule 403, Rule 602, Vague** | |
| 413 | * | 212:23-216:4 | **Rule 802, Rule 602, Rule 402, Rule 403** | |
| 414 | * | 222:1-223:6 | **Vague, Rule 602** 223:7-223:17 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S
RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 415 | * | 227:1-14 | **Vague** | |
| 416 | * | 229:19-231:14 | **Rule 602** | |
| 417 | * | 232:1-233:6 | | |
| 418 | * | 235:3-235:23 | **Rule 402, Rule 403** | |
| 419 | * | 236:2-11 | **Rule 602** | |
| 420 | * | 242:23-244:24 | **Rule 802, Rule 602** | |
| 421 | * | 251:13-24 | **Rule 802, Rule 602, Rule 402, Rule 403** | |
| 422 | * | 257:23-258:19 | **Rule 602** | |
| 423 | * | 258:21-260:8 | **Rule 802*, Rule 602** | |
| 424 | * | 260:10-262:14 | **Rule 802*, Rule 602** | |
| 425 | * | 262:15-264:22 | **Rule 802*, Rule 602, Rule 402, Rule 403, Rule 701** | |
| 426 | * | 266:14-267:2 | | |
| 427 | * | 267:19-268:20 | **Compound** | |
| 428 | * | 269:16-271:9 | **Rule 602** | |
| 429 | * | 274:13-275:25 | **Rule 402, Rule 403, Argumentative** 276:10-277:10; 277:22-278:6; 278:12-279:2; 279:7-279:17; 279:25-280:3; 280:9-280:15; 281:19-282:14; 283:25-284:17 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 430 | * | 285:20-288:14 | **Rule 402, Rule 403** 288:15-289:7; 289:12-289:13; 289:16-289:17; 289:19-290:2; 290:17-291:14; 291:16-291:17 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) |
| 431 | * | 303:4-308:14 | **Rule 802, Rule 602, Rule 402, Rule 403, Musk MIL 3** | |
| 432 | * | 312:13-25 | | |

35

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S
RESPONSES
CASE NO. 4:24-CV-04722-YGR

| 433 | * | 313:21-24 | **Rule 602** | |
| 434 | * | 314:1-9 | **Rule 602, Vague, Asked and Answered** | |
| 435 | * | 333:6-334:7 | **Vague** 327:15-328:8; 329:3-329:6; 329:8-329:9; 329:11-329:18; 329:20-329:21 | Objections: FRCP 32(a)(6) (improper FRE 106 counters) (as to all); FRE 602 (as to 329:3-6, 329:8-9, 329:11-18, 329:20-21) |

## II.    OpenAI Defendants' Discovery Excerpts

| Designation No. | Form of Excerpt | OpenAI's Excerpts | Musk's Objections | OpenAI's Objections & Cross-Counter-Designations |
|---|---|---|---|---|
| 1 | Read to jury and admitted in evidence | 2025.04.28 Plaintiff Musk's Responses and Objections to OpenAI Defendants' First Set of Requests for Admission: Response 3 | | |
| 2 | * | 2025.04.28 Plaintiff Musk's Responses and Objections to OpenAI Defendants' First Set of Requests for Admission: Response 6 | | |
| 3 | * | 2025.09.25 Plaintiff Musk's Supplemental Responses and Objections to OpenAI Defendants' First Set of Interrogatories: Supplemental Response 4 | | |
| 4 | * | 2025.09.25 Plaintiff Musk's Supplemental Responses and Objections to OpenAI Defendants' First Set of Interrogatories: Response 10 | **Rule 402, Rule 403, Musk MIL 1** | |
| 5 | | 2025.09.25 Plaintiff Musk's Supplemental Responses and Objections to OpenAI Defendants' First Set of Interrogatories: Supplemental Response 11 | **Rule 403\*** | |
| 6 | * | 2025.09.25 Plaintiff Musk's Supplemental Responses and Objections | **Rule 403\*** | |

| | | | | |
|---|---|---|---|---|
| | | to OpenAI Defendants' First Set of Interrogatories: Supplemental Response 12 | | |
| 7 | * | 2025.09.25 Plaintiff Musk's Supplemental Responses to OpenAI Defendants' Second Set of Interrogatories: Supplemental Response 15 | | |

## III.    OpenAI Defendants' Other Audio and Video Designations

| Ex. No. | Description | OpenAI's Designations | Musk's Counter-Designations & Objections | OpenAI's Objections & Cross-Counter-Designations |
|---|---|---|---|---|
| DX-1036 DX-1037 | 5/16/23 CNBC Interview of Musk titled "I Created AI" with attached transcript (sponsoring witness: Musk, Elon) | 54:1-56:19 | **Rule 602, Rule 403\*** | |
| * | * | 57:6-61:16 | **Rule 602** | |

AMENDED ATTACHMENT D: OPENAI DEFENDANTS' DEPOSITION AND DISCOVERY DESIGNATIONS AND MUSK'S RESPONSES
CASE NO. 4:24-CV-04722-YGR