MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

(Additional counsel listed on the next page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **[PROPOSED] ORDER RE AMENDED DISPUTED DISCOVERY DESIGNATIONS** |
| v. | Date:  April 27, 2026 |
| SAMUEL ALTMAN et al., | Time:  8:30 AM |
| Defendants. | Courtroom:  1 – 4th Floor |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (*pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (*pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (*pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (*pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (*pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for the OpenAI Defendants*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (*pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JAY JURATA (*pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

Having reviewed the parties' Amended Joint Statement of Disputed Discovery Designations, the Court rules as follows regarding the disputes asserted:

| No. | Form | In Dispute | Court's Ruling |
|---|---|---|---|
| **Defendants' Disputed Designations** | | | |
| Musk 28, 35, 47, 82 (partial) | Tasha McCauley Deposition Video (with transcript) | 65:5-13, 73:8-74:1, 85:17-86:21, 288:17-289:5, 289:8-14, 289:16-289:20, 289:22-289:24, 290:1-2 (representative examples) | ☐ Designation Use Permitted<br><br>☐ Designation Use Not Permitted<br><br>☐ Designation Use Permitted with modification:_____<br>_____ |
| Musk 29, 30, 77, 78, 82 (partial), 83, 86, 87 | * | 68:5-68:7, 68:9-68:18, 141:24-142:2, 142:5-142:19 (representative examples) | ☐ Designation Use Permitted<br><br>☐ Designation Use Not Permitted<br><br>☐ Designation Use Permitted with modification:_____<br>_____ |
| Musk 82 (partial), 83, 86, 87 | * | 290:3-5, 290:7-12, 291:1-291:3, 291:5-291:6 (representative examples) | ☐ Designation Use Permitted<br><br>☐ Designation Use Not Permitted<br><br>☐ Designation Use Permitted with modification:_____<br>_____ |
| Musk 727 (partial), 728, 729, 730 (partial), 736, 737 | Helen Toner Deposition Video (with transcript) | 50:14-50:16, 50:19-51:2, 51:5-51:9, 51:12, 54:20-54:22, 54:25-55:4 (representative examples) | ☐ Designation Use Permitted<br><br>☐ Designation Use Not Permitted<br><br>☐ Designation Use Permitted with modification:_____<br>_____ |

| Musk 755, 756, 763, 764 | * | 64:24-65:1, 65:4-65:9, 76:14-76:16, 76:18 (representative examples) | ☐ Designation Use Permitted<br><br>☐ Designation Use Not Permitted<br><br>☐ Designation Use Permitted with modification:_____<br><br>_____ |
|---|---|---|---|
| Musk 817 (partial), 818, 819 (partial), 820 | * | 156:19-22, 156:25-157:6, 165:21-22, 165:25-166:2 (representative examples) | ☐ Designation Use Permitted<br><br>☐ Designation Use Not Permitted<br><br>☐ Designation Use Permitted with modification:_____<br><br>_____ |
| **Plaintiff's Disputed Designations** | | | |
| OpenAI 42 | Tasha McCauley Deposition Video (with transcript) | 123:4-125:21 | ☐ Designation Use Permitted<br><br>☐ Designation Use Not Permitted<br><br>☐ Designation Use Permitted with modification:_____<br><br>_____ |

　　　　IT IS SO ORDERED.

DATED: April ___, 2026

By:_____
　　Hon. Yvonne Gonzalez Rogers

2