UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELON MUSK, et al.,

           Plaintiffs,

    v.

SAMUEL ALTMAN, et al.,

           Defendants.

Case No.24-cv-04722-YGR

**CLERK'S NOTICE**

Re: Dkt. No. 466

You are hereby notified that pursuant to the Court's Pretrial Order No. 1 Re: Pretrial Conference, Dkt. 446 , the parties have conferred and are providing the below link for public access to admitted exhibits:

https://app.box.com/s/d8dxew0n3g2xg13y5812lioqa9hxyoo4

The parties will upload all admitted exhibits by 3 pm on the day of their admission.

Dated: April 28, 2026

Mark B. Busby
Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106373540