**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbaksh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry | | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frenzen, Jordan Eth, Nathaniel Cullerton; Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leonne, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| DATE: April 27, 2026 | REPORTER: Irene Rodriguez | | CLERK: Edwin Cuenco |
| TIME IN COURT: 5 hours 1 minute | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is convened. Administrative matters on trial logistics are discussed with the parties. The Court heard argument on parties' objections to slide presentations. | |
| | | 8:38 am | | | The Court is in recess. | |
| | | 9:25 am | | | The first 20 prospective jurors are seated in the jury box with the rest of the panel seated in the gallery. | |
| | | 9:30 am | | | The Court is reconvened. All prospective jurors are sworn for voir dire. | |
| | | 9:50 am | | | Voir dire begins. | |
| | | 11:14 am | | | The prospective jurors are admonished and exit the courtroom for break. Matters are discussed outside the presence of the panel. | |
| | | 11:16 am | | | The Court is in recess. | |
| | | 11:30 am | | | The second 20 prospective jurors are seated in the jury box with the rest of the panel seated in the gallery. | |
| | | 11:39 am | | | The Court is reconvened. Voir dire is resumed. | |
| | | 12:42 am | | | Mr. Molo questions the prospective jurors. | |
| | | 1:06 pm | | | Mr. Savitt questions the prospective jurors. | |
| | | 1:24 pm | | | Mr. Cohen questions the prospective jurors. | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:25 pm | | | The prospective jurors are admonished and given instructions to return at 1:50 pm. | |
| | | 1:26 pm | | | The prospective jurors exit the courtroom. Prospective juror #s 18, 23, 34, 40, 44, 45, and 50 are excused for financial hardship. Prospective juror # 36 is excused for cause. Peremptory challenge begins. | |
| | | 1:55 pm | | | Prospective jurors reenter the courtroom. | |
| | | 1:59 pm | | | 9 jurors are seated and sworn. The rest of the panel is excused. | |
| | | 2:00 pm | | | The jury is admonished and given further instructions. | |
| | | 2:05 pm | | | The jury is excused until April 28, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 2:16 pm | | | The Court is in recess. Matter is continued to Tuesday, April 28, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |