JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
RANDALL W. JACKSON (admitted *pro hac vice*)
RWJackson@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:    (212) 403-1000
Facsimile:     (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,
OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,
OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,
OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,
OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,
OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,
OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,
OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,
OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,
Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **OPENAI DEFENDANTS' MEMORANDUM OF LAW REGARDING DR. RUSSELL'S TESTIMONY** |
| v. | |
| SAMUEL ALTMAN, et al., | Judge:  Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

The OpenAI Defendants respectfully file this memorandum of law under the Federal Rules of Civil Procedure to preclude Plaintiff from eliciting improper testimony from Dr. Stuart Russell regarding "climate risk" and "concentration risk" that was never disclosed in his report. In their opening statement, Plaintiff's counsel told the jury that Plaintiff's AI safety expert would testify regarding four risks, including "risks for things like AI being able to manipulate the climate and affect the atmosphere, which could have very serious consequences." Trial Tr. Vol. 2, 235:6-9. Plaintiff's counsel also told the jury: "The last risk he's going to talk about is concentration risk. And concentration risk is the risk that this power of AI, or AGI specifically, is held by one powerful corporation or maybe a small group, and that the rest of us become subservient to that corporation or group." Trial Tr. Vol. 2, 235:10-14.

Such testimony exceeds the scope of his disclosed opinions and should be excluded under Rule 26. Fed. R. Civ. P. 26(a)(2)(B). The federal rules generally "forbid[ ] the use of any information not properly disclosed." *Key v. Qualcomm Inc.*, 129 F.4th 1129, 1143 (9th Cir. 2025). Thus, "when a party fails to provide information required by Rule 26, such party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless." *Engilis v. Monsanto Co.*, 151 F.4th 1040, 1051–52 (9th Cir. 2025).

Neither of the two risks identified in Plaintiff's opening statement match any of Dr. Russell's disclosed opinions. Dr. Russell's report does not reference any ability of AI systems to manipulate the climate and affect the atmosphere other than one line that AI systems "might gradually change our view of climate change so that we pay less attention to it." Russell Rpt. ¶ 77. (Defendants assume Plaintiff is not trying to violate the Court's Order on Dr. Russell by introducing one of his "[e]xtinction scenarios" in para. 104 of the report, which posits a scenario in which the planet becomes uninhabitable.)

Dr. Russell also never offered an opinion on "concentration risk" as framed by Plaintiff. The entirety of his writing on this issue is one sentence: "The winner-take-all nature of AGI could also result in the benefits of AI being controlled or concentrated in one company or a small handful of companies." Russell Rpt. ¶ 58. Plaintiff's demonstratives for Dr. Russell now

highlight "concentration risk" as a key area of risk to be evaluated by him.  In truth, Dr. Russell does not opine that such concentration would render others "subservient" to any company or group, much less provide any methodology or reasoning supporting such an opinion.

The prejudice to the OpenAI Defendants would be substantial. These are not minor elaborations on disclosed opinions; they are new and inflammatory theories presented for the first time at trial, after expert discovery has closed and after the OpenAI Defendants prepared their examination strategy and response based on the opinions Dr. Russell actually disclosed. Permitting Plaintiff to elicit these undisclosed opinions would deprive the OpenAI Defendants of a fair opportunity to test the basis for the opinions in deposition or otherwise move against them in the ordinary course before trial.

Because these opinions were never disclosed and that failure would cause the OpenAI Defendants significant harm, Plaintiff should be barred from eliciting them from Dr. Russell at trial.

Date: April 29, 2026

MORRISON & FOERSTER LLP

/s/ *William Frentzen*

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice)*
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice)*
SKEddy@wlrk.com
RANDALL W. JACKSON (admitted *pro hac vice*)
RWJackson@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:    (212) 403-1000
Facsimile:    (212) 403-2000

*Attorneys for the OpenAI Defendants*