**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry | | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton;<br>Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| DATE:<br>April 29, 2026 | REPORTER:<br>Irene Rodriguez | | CLERK: Edwin Cuenco |
| TIME IN COURT:<br>5 hours 54 minutes | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is convened. Administrative matters on trial logistics are discussed outside the presence of the jury. The following stipulated exhibits are provisionally admitted:<br>Plaintiff's 25, 51, 52, 60, 71, 73, 75, 79, 80. 84, 86, 87, 91, 92, 93, 98, 99, 100, 103.<br>Defendant OpenAI's 502, 504, 507, 509, 512, 516, 522, 524, 532, 556, 559, 631, 640, 642, 662, 679, 686, 691, 719, 726, 749, 761, 773, 774, 806, 819, 827, 844, 853, 862, 863, 869, 898, 915, 921, 922, 927, 962, 1001, 1025, 1026, 1032, 1038, 1070, 1083, 1149, 1154, 1156, 1157, 1264, 1265, 1293.<br>Defendant Microsoft's 1501, 1535.<br>Dr. Maya Belitski is admonished. The public is reminded against recording/taking photographs in the courthouse.<br>Note from the Jury #1 received and discussed with the parties. | |
| | | 8:20 am | | | Plaintiff's witness Mr. Elon Musk retakes the stand. | |
| | | 8:29 am | | | The jury reentered the courtroom and was given instructions by the Court. Mr. Molo resumes direct examination of Mr. Musk. | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 25 | | | x | x | Email of Mr. Musk to Mr. Sam Altman dated November 20, 2015. | |
| 12 | | | x | x | Previously admitted. | |
| 98 | | | x | x | Email of Mr. Ilya Sutskever to Mr. Musk dated January 1, 2018. | |
| 99 | | | x | x | Email of Mr. Greg Brockman to Mr. Musk dated January 1, 2018. | |
| 153 | | | x | x | Previously admitted. | |
| 156 | | | x | x | Email of Mr. Musk to Mr. Sutskever dated September 13, 2017. | |
| 157 | | | x | x | Email of Mr. Musk to Mr. Sutskever dated September 20, 2017. | |
| 158 | | | x | x | Email from Mr. Altman to Mr. Musk dated September 21, 2017. | |
| 159 | | | x | x | Email by Ms. Shivon Zilis to Mr. Musk dated September 22, 2017. | |
| 233 | | | x | x | Email by Mr. Musk to Ms. Zilis dated April 23, 2018. | |
| 236 | | | x | x | Email of Mr. Altman to Mr. Musk dated August 31, 2018. | |
| 239 | | | x | x | Email of Mr. Altman to Mr. Musk dated March 6, 2019. | |
| 251 | | | x | x | Post dated September 24, 2020. | |
| 105 | | | x | x | Text message: Mr. Musk and Mr. Altman dated October 1, 2020. | |
| 252 | | | x | x | Text message: Mr. Musk and Mr. Altman dated October 8, 2020. | |
| 296 | | | x | x | Text message: Mr. Musk and Mr. Altman dated October 23, 2020. | |
| 295 | | | x | x | News article on OpenAI valuation. The jury is given instructions by the Court. | |
| 355 | | | x | x | Text message: Mr. Musk and Mr. Altman dated May 1, 2023. | |
| | | 9:55 am | | | The jury takes a break. Mr. Musk steps down for break. | |
| | | 9:56 am | | | The Court is in recess. | |
| | | 10:22 am | | | The Court is reconvened. Mr. Musk retakes the stand. | |
| | | 10:32 am | | | The jury reenters the courtroom. Cross examination of Mr. Musk by Mr. Savitt for Defendant OpenAI. | |
| | 144 | | x | x | Post (Tweet) by Mr. Musk dated March 4, 2026. | |
| | 1025 | | x | x | Post by Mr. Musk. | |
| | 507 | | x | x | Email of Mr. Musk to Mr. Altman dated November 20, 2015. | |
| | 559 | | x | x | Email of Mr. Musk to Mr. Paul Merolla dated December 12, 2016. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 631 | | x | x | Email of Mr. John Schulman to Mr. Musk dated July 21, 2017. | |
| | 642 | | x | x | Email of Mr. Brockman to Mr. Musk dated August 12, 2017. | |
| | 679 | | x | x | Email of Mr. Musk to Mr. Brockman dated September 11, 2017. | |
| | 686 | | x | x | Email of Mr. Musk to Mr. Sutskever dated September 13, 2017. | |
| | 691 | | x | x | Text Messages: Mr. Musk – Mr. Jared Birchall – Ms. Zilis – Mr. Altman dated September 13, 2017. | |
| | 662 | | x | x | Email of Mr. Musk to Mr. Birchall dated August 29, 2017. | |
| | 773 | | x | x | Email of Mr. Musk to Mr. Sam Teller dated June 8, 2017. | |
| | 719 | | x | x | Email of Mr. Musk to Mr. Ben Rapoport dated October 23, 2017. | |
| | 749 | | x | x | Email of Mr. Musk to Mr. Sutskever dated February 1, 2018. | |
| | | 11:55 am | | | The jury exits the courtroom for break. Mr. Musk is admonished and steps down for break. | |
| | | 11:56 am | | | The Court is in recess. | |
| | | 12:15 pm | | | The Court is reconvened. Mr. Musk retakes the stand. | |
| | | 12:18 am | | | The jury reenters the courtroom. Mr. Savitt resumes his cross examination of Mr. Musk. | |
| | 844 | | x | x | Email of Mr. Musk to Mr. Gabe Newell dated November 2, 2018. | |
| | 761 | | x | x | Text Messages: Mr. Musk – Ms. Zilis dated February 16, 2018. | |
| | 853 | | x | x | Email of Mr. Musk to Mr. Altman dated December 31, 2018. | |
| | 806 | | x | x | Email by Mr. Musk to Ms. Zilis dated April 23, 2018. | |
| | 819 | | x | x | Email by Ms. Zilis to Mr. Musk dated July 5, 2018. | |
| | 827 | | x | x | Email of Mr. Altman to Mr. Musk dated August 31, 2018. | |
| | 862 | | x | x | Email by Ms. Zilis to Mr. Musk dated March 8, 2019. | |
| | 863 | | x | x | Text message: Mr. Musk and Mr. Altman dated March 10, 2019. | |
| | 869 | | x | x | Text message: Mr. Musk and Mr. Altman dated April 3, 2019. | |
| | 1293 | | x | x | Musk v. Altman undisputed facts. Page 10. | |
| | 927 | | x | x | Text message: Mr. Musk and Mr. Altman dated October 28, 2020. | |
| | | 1:38 pm | | | The jury is admonished. | |

3

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:40 pm | | | The jury is excused until April 30, 2026, at 8:30 am. Mr. Musk steps down from the stand and ordered to appear on Thursday, April 30, 2026, at 8:30 a.m. Matters are discussed outside the presence of the jury; plaintiff's witness sequence, guidance on admitted exhibits, and objections. Charging Conference is set on Friday, May 1, 2026, at 10:00 a.m. | |
| | | 2:39 pm | | | The Court is in recess. Matter is continued to Thursday, April 30, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |