# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# <u>AMENDED CIVIL MINUTES</u>

| **Date:** April 27, 2026 | **Time:** 5 Hours 1 Minute | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 24-cv-4722-YGR | **Case Name:** Musk v. Altman et al | |

**Attorney for Plaintiff:** Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry

**Attorney for Defendant OpenAI:** William Savitt, Sarah Eddy, William Frentzen, Jordan Eth, Nathaniel Cullerton, Randall Jackson

**Attorney for Defendant Microsoft:** Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Irene Rodriguez

## PROCEEDINGS

Jury Selection – HELD.

Voir dire began and completed as to 9 prospective jurors; 9 jurors are selected and sworn.  Trial log is attached.

Matter is continued to Tuesday, April 28, 2026, at 8:00 AM (attorneys and parties) and at 8:30 AM (jury) for Jury Trial.