# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry | | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton;<br>Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| DATE:<br>April 28, 2026 | REPORTER:<br>Irene Rodriguez | | CLERK: Edwin Cuenco |
| TIME IN COURT:<br>4 hours 59 minutes | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:06 am | | | Court is convened. Administrative matters on trial logistics are discussed outside the presence of the jury. | |
| | | 8:23 am | | | The Court is in recess. | |
| | | 8:35 am | | | The Court is reconvened. The jury reentered the courtroom and was given instructions by the Court. | |
| | | 8:59 am | | | Plaintiff's opening statement by Mr. Molo. | |
| | | 9:43 am | | | The Court is in recess. | |
| | | 10:00 am | | | The Court is reconvened. The public is admonished prohibited from recording the trial proceedings. | |
| | | 10:05 am | | | The jury reenters the courtroom. Defendant OpenAI opening statement by Mr. Savitt. | |
| | | 10:56 am | | | Defendant Microsoft opening statement by Mr. Cohen. | |
| | | 11:29 am | | | The jury exits the courtroom for break. Matters are discussed outside the presence of the jury. The Court Grants the stipulation re: parties in Docket Number 448. | |
| | | 11:31 am | | | The Court is in recess. | |
| | | 11:50 am | | | The Court is reconvened. The Court provisionally admits exhibits 5, 7, 12, 14, 16, 17, 105, 152, 153, 156, 157, 158, 159, 233, 236, 239, 251, 252, 295, 296, 355, and 388 as stipulated by the parties. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:56 am | | | The jury reenters the courtroom. | |
| | | 11:59 am | | | Plaintiff's witness Mr. Elon Musk is called and sworn. Direct examination by Mr. Molo. | |
| 5 | | | x | x | Email of Mr. Musk to Mr. Sam Altman dated June 25, 2015. | |
| 7 | | | x | x | Email of Mr. Altman to Mr. Musk dated October 19, 2015. | |
| 12 | | | x | x | Email of Mr. Musk to Mr. Altman dated November 23, 2015. | |
| 14 | | | x | x | Email of Mr. Altman to Mr. Musk dated December 8, 2015. | |
| 16 | | | x | x | Certificate of Incorporation of Non-Stock Corporation (OpenAI) filed in the State of Delaware on December 8, 2015. | |
| 70 | | | x | x | Email of Mr. Musk to Mr. Jensen Huang dated April 20, 2016. | |
| 152 | | | x | x | Email of Mr. Musk to Ms. Shivon Zilis dated August 28, 2017. | |
| 153 | | | x | x | Email of Mr. Jared Birchall to Mr. Musk dated September 11, 2017. | |
| 388 | | | x | x | Photo of Mr. Musk and Mr. Huang. | |
| | | 1:38 pm | | | The jury is admonished. Mr. Musk steps down from the stand and ordered to appear on Wednesday, April 29, 2026, at 8:30 a.m. | |
| | | 1:40 pm | | | The jury is excused until April 29, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 1:53 pm | | | The Court is in recess. Matter is continued to Wednesday, April 29, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |