## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTES

| **Date:** April 29, 2026 | **Time:** 5 Hours 54 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 24-cv-4722-YGR | **Case Name:** Musk v. Altman et al | |

**Attorney for Plaintiff:** Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry

**Attorney for Defendant OpenAI:** William Savitt, Sarah Eddy, William Frentzen, Jordan Eth, Nathaniel Cullerton, Randall Jackson

**Attorney for Defendant Microsoft:** Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Irene Rodriguez

### PROCEEDINGS

Jury Trial – HELD. See Trial Sheet, Exhibit and Witness List attached.

The following witness was called by the plaintiff: Mr. Elon Musk.

Matter is continued to Thursday, April 30, 2026, at 8:00 AM (attorneys and parties) and at 8:30 AM (jury) for Jury Trial. Charging Conference is set on Friday, May 1, 2026, at 10:00 a.m.