## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry | | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton; Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| DATE: April 30, 2026 | REPORTER: Irene Rodriguez | | CLERK: Edwin Cuenco |
| TIME IN COURT: 5 hours 32 minutes | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is convened. Administrative matters on trial logistics are discussed outside the presence of the jury. The following stipulated exhibits are provisionally admitted: Plaintiff's 53, 54, 55, 200, 201, 202, 203, 204, 206, 207, 211, 212, 222, 229, 245, 257, 279, 284. Defendant OpenAI's 545, 546, 621, 638, 810, 911, 1256, 1264, 1265, 1266, 1267, 1268, 1269, 1270, 1271, 1284, 1285. Defendant Microsoft's 1503, 1504. | |
| | | 8:26 am | | | Plaintiff's witness, Mr. Elon Musk retakes the stand. | |
| | | 8:29 am | | | The jury reentered the courtroom and was given instructions by the Court. Mr. Savitt resumes cross examination of Mr. Musk. | |
| | 827 | | x | x | Previously admitted. | |
| | 1293 | | x | x | Previously admitted. | |
| | 556 | | x | x | 08/30/2016 Email from Musk to Altman re microsoft/openAI | |
| | 502 | | x | x | 06/24/2015 Email from Musk to Altman re AI lab | |
| | 516 | | x | x | 01/02/2016 Email from Musk to Sutskever, Altman, Brockman re congrats on the falcon 9 | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 532 | | x | x | 05/21/2016 Email from Musk to Brockman, Teller, Altman, Sutskever re google policy conversation | |
| | 1083 | | x | x | 12/13/2024 Text message between Musk and Zuckerberg | |
| | 1156 | | x | x | 02/03/2025 Text message between Musk and Zuckerberg | |
| | 1157 | | x | x | 02/10/2025 Letter of Intent from Toberoff to Members of the Board of OpenAI, Inc | |
| | | 9:15 am | | | Cross examination of Mr. Musk by Mr. Cohen for Defendant Microsoft. | |
| | 251 | | x | x | Previously admitted. | |
| | 1503 | | x | x | 2020.02.17 Elon Musk tweet | |
| | 1504 | | x | x | 2020.09.22 Microsoft blog titled "Microsoft teams up with OpenAI to exclusively license GPT-3 language model" | |
| | 921 | | x | x | 09/22/2020 OpenAI blog post re OpenAI licenses GPT-3 technology to Microsoft | |
| | 105 | | x | x | Previously admitted. | |
| | | 9:27 am | | | Redirect examination of Mr. Musk by Mr. Molo. | |
| 507 | | | x | x | Previously admitted. | |
| 12 | | | x | x | Previously admitted. | |
| | 1444 | | x | x | Previously admitted. | |
| | 806 | | x | x | Previously admitted. | |
| | 862 | | x | x | Previously admitted. | |
| 16 | | | x | x | Previously admitted. | |
| 17 | | | x | x | 12/11/2015 OpenAI blog post titled "Introducing OpenAI" | |
| 24 | | | x | x | 4/9/2018 OpenAI Charter | |
| 157 | | | x | x | Previously admitted. | |
| 158 | | | x | x | Previously admitted. | |
| 159 | | | x | x | Previously admitted. | |
| | | 10:00 am | | | The jury takes a break. Mr. Musk is admonished and steps down for break. Matters are discussed outside the presence of jury. | |
| | | 10:02 am | | | The Court is in recess. | |
| | | 10:23 am | | | The Court is reconvened. Mr. Musk retakes the stand. | |
| | | 10:24 am | | | The jury reenters the courtroom. Mr. Molo resumes his redirect examination of Mr. Musk. | |
| | | 10:36 am | | | Recross examination of Mr. Musk by Mr. Savitt for OpenAI. | |
| | 664 | | x | | 08/30/2017 Email from Zilis to Teller re OpenAI starting sketch | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:46 am | | | Mr. Musk steps down, admonished, and informed by the Court that he is subject to recall. | |
| | | 10:47 am | | | Plaintiff's witness Mr. Jared Birchall is called and sworn. Direct examination by Mr. Kry. | |
| 73 | | | x | x | 5/27/2016 Donor letter to E. Musk re: May 2016 $500k contribution | |
| 86 | | | x | x | 3/1/2017 Donor letter to E. Musk re: Feb. 2017 $5M contribution | |
| 87 | | | x | x | 6/1/2017 Donor letter re: May 2017 $5M contribution | |
| 60 | | | x | x | 7/10/2014 Vanguard Charitable Grant Confirmations | |
| 91 | | | x | x | 7/18/2017 - 9/14/2020 Fidelity Charitable Grant Confirmations | |
| 112 | | | x | x | Summary Exhibit showing Musk's contributions to OpenAI | |
| 79 | | | x | x | 7/1/2016 Email from J. Birchall to E. Musk and S. Teller re: Pioneer Building Lender Approval | |
| 75 | | | x | x | 6/13/2016 Email from J. Birchall to myCFO re: Pioneer Building Open AI lease comments | |
| 103 | | | x | x | 7/22/2020 Email from C. Clark to J. Birchall re: OpenAI Update | |
| 93 | | | x | x | 7/21/2017 Email from J. Birchall to E. Musk, et al. re: Beijing Wants A.I. to Be Made in China by 2030 | |
| 100 | | | x | x | 1/24/2018 Donor letter from OpenAI to E. Musk re: Teslas | |
| 92 | | | x | x | 7/19/2017 E-mail from leeder.hsu to J. Birchall re: YCR Basic Income Grant | |
| 51 | | | x | x | OpenAI Inc's 2016 Form 990 | |
| 52 | | | x | x | OpenAI Inc's 2017 Form 990 | |
| 71 | | | x | x | 5/21/2016 Email from C. Clark to R. Gong, et al. re: cash; attachment titled "YC.org (Sponsor) Letter OpenAI Donors May 2016" | |
| 80 | | | x | x | 7/10/2016 Email from E. Musk to J. Birchall re: Weekly Update | |
| 84 | | | x | x | 11/9/2016 Email from J. Birchall to P. Lo re: projected giving - Update | |
| | | 11:35 am | | | Cross examination of Mr. Birchall by Mr. Wilson for Defendant OpenAI. | |
| | 810 | | x | x | 05/03/2018 Musk Foundation Form 990 Return of Private Foundation for the tax year beginning July 1, 2016 and ending June 30, 2017 | |
| | 638 | | x | x | 08/08/2017 Fidelity Charitable Account Contribution Form and Letter of Instruction | |
| | 621 | | x | x | 06/21/2017 Fidelity Charitable Investment Advisor Program Application | |
| | 1256 | | x | x | Fidelity Charitable Policy Guidelines (2017-2022) | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:50 am | | | The jury takes a break. Mr. Birchall is admonished and steps down for break. Matters are discussed outside the presence of the jury. | |
| | | 11:52 am | | | The Court is in recess. | |
| | | 12:12 pm | | | The Court is reconvened. Mr. Birchall retakes the stand. | |
| | | 12:14 pm | | | Mr. Wilson resumes cross examination of Mr. Birchall. | |
| | 1284 | | x | x | Vanguard Charitable Gift Agreement for Individuals or Trusts | |
| | 1285 | | x | x | Vanguard Charitable Policies and Guidelines (2014-2017) | |
| | 539 | | x | x | 06/10/2016 Email from Musk to Birchall re A few things | |
| | 600 | | x | x | 01/18/2017 Email from Teller to Birchall re Pioneer | |
| | 545 | | x | x | 06/22/2016 Email from Clark to Birchall, Imhof, Altman re Pioneer Building Lease | |
| | 1092 | | x | x | 11/29/2017 Email from Birchall to Clark | |
| | 646 | | x | x | 08/16/2017 Email from Zilis to Birchall, Teller re OpenAI conversion | |
| | 698 | | x | x | 09/19/2017 Text message between Zilis and Birchall | |
| | 693 | | x | x | 09/15/2017 Certificate of Incorporation of Open Artificial Intelligence Technologies, Inc., a Public Benefit Corporation | |
| | 668 | | x | x | 09/01/2017 Email from Clark to Birchall re Q3 2017 Grant | |
| | 849 | | x | x | 11/30/2018 Text message between Birchall and Smithies | |
| | 857 | | x | x | 01/22/2019 Email from Musk to Birchall re Update | |
| | 827 | | x | x | Previously admitted. | |
| | 828 | | x | x | 08/31/2018 Email from Birchall to Zilis re OpenAI term sheet | |
| | | 1:18 pm | | | Cross examination of Mr. Birchall by Ms. Patel for Defendant Microsoft. | |
| | | 1:19 pm | | | Redirect examination of Mr. Birchall by Mr. Kry. | |
| | | 1:23 pm | | | The jury is admonished. | |
| | | 1:25 pm | | | The jury is excused until May 4, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 1:38 pm | | | Recross examination of Mr. Birchall by Mr. Wilson outside the presence of the jury. | |
| | | 2:02 pm | | | Mr. Birchall steps down, admonished, and informed by the Court that he is subject to recall. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2:13 pm | | | The Court is in recess. Matter is continued to Friday, May 1, 2026, at 10:00 a.m. for Charging Conference and on Monday, May 4, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |