# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 1, 2026 | **Time:** 1 Hour 25 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 24-cv-4722-YGR | **Case Name:** Musk v. Altman et al | |

**Attorney for Plaintiff:** Steven Molo, Marc Toberoff, Robert Kry

**Attorney for Defendant OpenAI:** William Savitt, Sarah Eddy, Bradley Wilson

**Attorney for Defendant Microsoft:** Russell Cohen, Nisha Patel

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Irene Rodriguez

## PROCEEDINGS

Charging Conference – HELD.

The Court met with the parties to discuss the oral motion to strike certain testimony by Jared Birchall, jury instructions, a limiting instruction for exhibit 284, and trial logistics.

The oral motion to strike is granted.

Matter is continued to Monday, May 4, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial.