JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522

WILLIAM SAVITT (admitted *pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (admitted *pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (admitted *pro hac vice*)
SKEddy@wlrk.com
RANDALL W. JACKSON (admitted *pro hac vice*)
RWJackson@wlrk.com
STEVEN WINTER (admitted *pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (admitted *pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:    (212) 403-1000
Facsimile:     (212) 403-2000

*Attorneys for Defendants Samuel Altman, Gregory Brockman,
OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C.,
OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC,
OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC,
OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P.,
OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C.,
OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C.,
OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P.,
OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P.,
Aestas Management Company, LLC, and Aestas LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL ALTMAN, et al., <br><br> Defendants. | Case No. 4:24-cv-04722-YGR <br><br> **OPENAI DEFENDANTS' REQUEST FOR A CURATIVE INSTRUCTION** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

The OpenAI Defendants respectfully move for a brief instruction to cure counsel Mr. Molo's improper questioning of Greg Brockman, which falsely suggested to the Court and the jury that OpenAI's lawyers and Mr. Brockman had invented the phrase "small adjunct" in reference to the for-profit contemplated, and that Mr. Musk had not previously used the term during trial. That allegation was simply false because the phrase was elicited many times by Mr. Molo during his questioning of Mr. Musk.

On direct examination of Mr. Brockman, counsel for OpenAI Defendants asked, "What, if anything, did Mr. Musk say about **a small adjunct for-profit** in 2017?" Trial Tr. vol. 6, 1138:11-12. Mr. Brockman responded: "I literally never heard those words until the beginning of this trial." *Id*. at 1138:13-14. During Plaintiff's cross examination of Mr. Brockman today, Mr. Molo then asserted that Mr. Musk had not used the term "adjunct" and accused counsel of inventing the phrase, stating: "Those are words your lawyers have come up with?" Trial Tr. vol. 7, 1366:6-25.

**Q.** YOU WERE ASKED IN AUGUST AND SEPTEMBER OF 2017, "DID YOU DISCUSS WITH MR. MUSK THE IDEA OF CREATING AN OPENAI FOR-PROFIT EXTENSIVELY?" ALSO, "WERE THOSE DISCUSSIONS ABOUT A SMALL ADJUNCT TO THE NONPROFIT?"

"NO."

"WHAT, IF ANYTHING, DID MR. MUSK SAY ABOUT A SMALL ADJUNCT FOR-PROFIT IN 2017?"

"ANSWER: I LITERALLY NEVER HEARD THOSE WORDS REALLY UNTIL THE BEGINNING OF THIS TRIAL."

**HE [MR. MUSK] DIDN'T USE THE WORDS "ADJUNCT." RIGHT?**

**A.** NO.

**Q. THOSE ARE WORDS THAT YOUR LAWYERS CAME UP WITH?**

**A.** ISN'T IT A WORD THAT YOU WERE USING?

**Q.** NO, I WASN'T USING THE WORD ADJUNCT. YOUR LAWYERS WERE?

**MS. EDDY:** OBJECTION.

1

**THE COURT:** SUSTAINED AS TO THE FORM.

**BY MR. MOLO:**

**Q.** HE WAS TALKING ABOUT CREATING A FOR-PROFIT THAT WOULD FUND THE NONPROFIT THOUGH; RIGHT?

**A.** ONCE AGAIN, I HAVE NOT HEARD THIS FORMULATION, I THINK, BEFORE THIS TRIAL. *Id.* at 1366:10-1367:7 (emphasis added).

Mr. Molo's assertion that he and his client had not used the phrase "small adjunct for-profit" or "adjunct" was false. The term "adjunct" first came up in this trial during Mr. Musk's direct examination by Mr. Molo. In response to Mr. Molo's question asking Mr. Musk to explain how the "formation of the for-profit… came up in conversations," Mr. Musk testified: "So there was discussion of creating a for-profit, but it was very much in the vein of it being **a small adjunct** to the nonprofit." Trial Tr. vol. 2, 369:2-7. Later in the same examination, Mr. Musk repeated the term again: "[i]t was essentially as a **small adjunct** to the nonprofit, but the profits from the for-profit would flow to the nonprofit." *Id*. at 369:19-22.

Mr. Musk then repeatedly used the same phrase and concept again the following day. In response to questioning by his counsel about whether anyone had ever corrected Mr. Musk that "they were not on the same page with you about creating an independent 501(c)(3)," Mr. Musk testified: "No. Everyone was in complete agreement that OpenAI would be an independent pure play 501(c)(3). It could have an **adjunct for-profit** where the profits would flow to the nonprofit." Trial Tr. vol. 3, 410:17-23. Mr. Musk further testified: "Well, the for-profit, as long as it is effectively a subsidiary of the nonprofit, and as long as the for-profit was an **adjunct** to the nonprofit, and not the main event -- like what you can't have is the for-profit becomes the main event, and that's the issue we've got really at stake here." *Id*. at 415:23-416:2. Mr. Musk also testified: "Yeah, I don't think -- [t]here's any problem with creating a capped **for-profit adjunct** to a non-profit." *Id*. at 551:15-18. And he later reiterated: "Well, I'm okay with a capped profit that is an **adjunct** to a nonprofit." *Id*. at 575:23-24. In total, Mr. Musk used this exact phrase five times in response to Mr. Molo on direct and then twice on cross.

Mr. Brockman's testimony was accurate. He first heard it "at the beginning of this trial."

But Mr. Molo's cross examination improperly attempted to turn that testimony into a false accusation that counsel for OpenAI invented the phrase "adjunct."  They did not.

A curative instruction is warranted to correct Mr. Molo's false accusations and to prevent the jury from retaining an improper and incorrect and provably false impression that Mr. Brockman or OpenAI's counsel invented this phrase.  To prevent any prejudice, the Ninth Circuit has endorsed the use of a curative instruction.  *Navellier v. Sletten*, 262 F.3d 923, 943 (9th Cir. 2001).

Accordingly, the OpenAI Defendants respectfully request the Court provide the following curative instruction to the jury:

> During Mr. Brockman's testimony yesterday you heard a reference to the phrase "small adjunct" or "small adjunct for-profit."  Mr. Molo's suggestion that OpenAI's lawyers created that phrase and that Mr. Musk had not used the term himself in his testimony at this trial was false.  The phrase was first used by Mr. Musk during his direct examination by Mr. Molo.

OPENAI DEFENDANTS' REQUEST FOR A CURATIVE INSTRUCTION
CASE NO. 4:24-CV-04722-YGR

Date: May 5, 2026                    MORRISON & FOERSTER LLP

                                     /s/ *William Frentzen*
                                     JORDAN ETH (CA SBN 121617)
                                     JEth@mofo.com
                                     WILLIAM FRENTZEN (CA SBN 343918)
                                     WFrentzen@mofo.com
                                     DAVID J. WIENER (CA SBN 291659)
                                     DWiener@mofo.com
                                     MORRISON & FOERSTER LLP
                                     425 Market Street
                                     San Francisco, CA 94105
                                     Telephone:    (415) 268-7000
                                     Facsimile:    (415) 268-7522

                                     WILLIAM SAVITT (admitted *pro hac vice*)
                                     WDSavitt@wlrk.com
                                     BRADLEY R. WILSON (admitted *pro hac vice)*
                                     BRWilson@wlrk.com
                                     SARAH K. EDDY (admitted *pro hac vice)*
                                     SKEddy@wlrk.com
                                     RANDALL W. JACKSON (admitted *pro hac vice*)
                                     RWJackson@wlrk.com
                                     STEVEN WINTER (admitted *pro hac vice*)
                                     SWinter@wlrk.com
                                     NATHANIEL CULLERTON (admitted *pro hac vice*)
                                     NDCullerton@wlrk.com
                                     WACHTELL, LIPTON, ROSEN & KATZ
                                     51 West 52nd Street
                                     New York, NY 10019
                                     Telephone:    (212) 403-1000
                                     Facsimile:    (212) 403-2000

                                     *Attorneys for the OpenAI Defendants*

4