**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton;<br>Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| | | **FOR ILYA SUTSKEVER:** |
| | | Simona Agnolucci, Eduardo Santacana, Anika Holland |
| **DATE:**<br>May 4, 2026 | **REPORTER:**<br>Irene Rodriguez | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:**<br>5 hours 21 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Administrative matters on trial logistics are discussed outside the presence of the jury. Ms. Holland informed the Court that her party wishes to be heard after the day's standing calendar is heard. | |
| | | 8:29 am | | | The jury reentered the courtroom and was given instructions by the Court. | |
| | | 8:31 am | | | Plaintiff's witness Prof. Stuart Russell is called and sworn. Direct examination by Mr. Molo. Professor Russell is admitted as an expert in his field. | |
| | | 8:57 am | | | Cross examination of Prof. Russell by Mr. Frentzen for defendant OpenAI. | |
| | 1393 | | x | | Post dated 04/18/2026 | |
| | 1417 | | x | | Video clip | |
| | | 9:27 am | | | Cross examination of Prof. Russell by Mr. Jurata for defendant Microsoft. | |
| | | 9:33 am | | | Redirect examination of Prof. Russell by Mr. Molo. | |
| | | 9:35 am | | | Recross examination of Prof. Russell by Mr. Frentzen for defendant OpenAI. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:38 am | | | Redirect examination of Prof. Russell by Mr. Molo. | |
| | | 9:42 am | | | Plaintiff's witness Prof. Russell is excused by the Court. | |
| | | 9:45 am | | | Defense witness Mr. Greg Brockman is called and sworn. Cross examination by Mr. Molo. | |
| 8 | | | x | x | 10/26/2015 Email from G. Brockman to N. Jain and S. Altman re: yc ai ask | |
| 17 | | | x | x | Previously admitted. | |
| 24 | | | x | x | Previously admitted. | |
| | | 10:00 am | | | The jury takes a break. | |
| | | 10:01 am | | | Mr. Brockman steps down for break. Matters are discussed outside the presence of the jury. | |
| | | 10:03 am | | | The Court is in recess. | |
| | | 10:18 am | | | The Court is reconvened. Mr. Brockman retakes the stand. | |
| | | 10:22 am | | | The jury reenters the courtroom. Mr. Molo resumes his cross examination of Mr. Brockman. | |
| 16 | | | x | x | Previously admitted. | |
| 67 | | | x | x | 12/11/2015 Email from E. Musk to I. Sutskever, et al. re: The OpenAI Company | |
| 66 | | | x | x | 12/6/2015 Email from G. Brockman to S. Altman re: Decision | |
| 74 | | | x | x | 5/31/2016 Email from E. Musk to G. Brockman re: visa letter | |
| 99 | | | x | x | Previously admitted. | |
| 90 | | | x | x | 6/28/2017 Email from G. Brockman to E. Musk re: The 10,000 | |
| 350 | | | x | x | 8/18/2017 Email from G. Brockman to I. Sutskever re: OpenAI | |
| 390 | | | x | x | G. Brockman's fourth amended supplementary response to plaintiff's interrogatories. | |
| 153 | | | x | x | Previously admitted. | |
| 154 | | | x | x | 9/12/2017 Journal Entry authored by G. Brockman re: Elon call | |
| 157 | | | x | x | Previously admitted. | |
| 161 | | | x | x | 11/6/2017 Journal entry authored by G. Brockman | |
| 164 | | | x | x | 1/31/2018 Email from G. Brockman to E. Musk, et al. re: Top AI institutions today | |
| 163 | | | x | x | 11/12/2017 Journal entry authored by G. Brockman | |
| 151 | | | x | x | 8/21/2017 Journal entry authored by G. Brockman | |
| 241 | | | x | x | 3/11/2019 OpenAI blog post titled "OpenAI LP" | |
| | | 11:50 am | | | The jury takes a break. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:51 am | | | Mr. Brockman is admonished and steps down for break. Matters are discussed outside the presence of jury. The following stipulated exhibits are provisionally admitted: Defendant OpenAI's 508, 509, 521, 622, 632, 626, 1201. | |
| | | 11:52 am | | | The Court is in recess. | |
| | | 12:09 pm | | | The Court is reconvened. | |
| | | 12:10 pm | | | Mr. Brockman retakes the stand. | |
| | | 12:12 pm | | | The jury reenters the courtroom. Mr. Molo resumes his cross examination of Mr. Brockman. | |
| 359 | | | x | x | 12/30/2023 Email from G. Brockman to J. Kwon, et al. re: Benefit corp | |
| | | 12:44 pm | | | Direct examination of Mr. Brockman by Ms. Eddy for defendant OpenAI. | |
| 159 | | | x | x | Previously admitted. | |
| 1 | | | x | | Demonstrative: OpenAI's early years. | |
| | 508 | | x | x | 11/21/2015 Text message between Brockman and Sutskever | |
| | 509 | | x | x | 11/24/2015 Email from Musk to Brockman, Altman re follow up from call | |
| | 1201 | | x | x | Photo at Brockman's apartment | |
| | 521 | | x | x | 03/01/2016 Email from Teller to Altman, Gallagher, Brockman, Sutskever re OpenAI – Weekly Visit | |
| | | 1:40 pm | | | The Court instructs the jury Mr. Birchall's testimony regarding the funding of the bid to buy the assets of OpenAI is stricken for lack of sufficient personal knowledge about that topic. The Jury is admonished and exits the courtroom. Mr. Brockman steps down from the stand and ordered to appear on Tuesday, May 5, 2026. | |
| | | 1:44 pm | | | The Court is in recess. | |
| | | 2:26 pm | | | The Court is reconvened. Logistical matters re: calling Mr. Ilya Sutskever for his testimony are discussed outside the presence of the jury. | |
| | | 2:35 pm | | | The Court is in recess. Matter is continued to Tuesday, May 5, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |