**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry | | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton, Bradley Wilson; Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| DATE: May 5, 2026 | REPORTER: Irene Rodriguez | | CLERK: Edwin Cuenco |
| TIME IN COURT: 5 hours 26 minutes | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Administrative matters on trial logistics are discussed outside the presence of the jury. The following stipulated exhibits are provisionally admitted: Plaintiff: 167, 244, 301, 302, 306, 309, 315, 1046, 1048 Defendant OpenAI: 622, 626, 632, 640, 653, 704, 734, 748, 805, 813, 877, 899, 906, 912, 913, 942, 962, 1008, 1024, 1203, 1204, 1205, 1291, 1250.16, 1250.46 | |
| | | 8:24 am | | | The Court is in recess. | |
| | | 8:28 am | | | Court is reconvened. Witness Mr. Greg Brockman retakes the stand. | |
| | | 8:30 am | | | The jury reenters the courtroom. | |
| | | 8:32 am | | | Ms. Eddy resumes direct examination of Mr. Brockman for defendant OpenAI. | |
| 1 | | | x | | Demonstrative. OpenAI's Early Years. | |
| | 1291 | | x | | 07/12/2017 Text message between Brockman and Zilis | |
| | | 8:50 am | | | Bench conference with all parties. | |
| | | 8:52 am | | | Bench conference ends. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 622 | | x | x | 07/03/2017 Email from Musk to Sutskever, Brockman, Altman re openai biweekly update | |
| | 626 | | x | x | 07/13/2017 Text message between Zilis and Brockman | |
| | 632 | | x | x | 07/22/2017 Email from Gallagher to Brockman, Sutskever re Beijing Wants A.I. to Be Made in China by 2030 - NYTimes.com | |
| | 642 | | x | x | Previously admitted. | |
| | 532 | | x | x | Previously admitted. | |
| 2 | | | x | | Demonstrative. Timeline of Major Conversations/ Milestones. | |
| 154 | | | x | x | Previously admitted. | |
| 153 | | | x | x | Previously admitted. | |
| | 653 | | x | x | 08/22/2017 Text message between Brockman and Sutskever | |
| | 1250.16 | | x | x | Entries from Brockman's personal files | |
| | 704 | | x | x | 09/20/2017 Email from Musk to Sutskever, Altman, Brockman, Teller, Zilis re Honest Thoughts | |
| 151 | | | x | x | Previously admitted. | |
| | | 10:01 am | | | The jury takes a break. Mr. Brockman is admonished and steps down for break. Matters are discussed outside the presence of the jury. | |
| | | 10:05 am | | | The Court is in recess. | |
| | | 10:20 am | | | The Court is reconvened. Mr. Brockman retakes the stand | |
| | | 10:22 am | | | The jury reenters the courtroom. Ms. Eddy resumes direct examination of Mr. Brockman. | |
| 161 | | | x | x | Previously admitted. | |
| 163 | | | x | x | Previously admitted. | |
| | 734 | | x | x | 01/08/2018 Email from Brockman to Musk, Sutskever, Altman re biweekly update | |
| | 748 | | x | x | 02/01/2018 Email from Brockman to Musk, Sutskever, Altman, Teller, Zilis re Top AI institutions today | |
| 3 | | | x | | Demonstrative. OpenAI's Technological Progress. | |
| | 899 | | x | x | 06/11/2020 OpenAI blog post re OpenAI API | |
| | 1203 | | x | x | Photo at OpenAI's office | |
| | 1204 | | x | x | Photo at OpenAI's office | |
| | 1205 | | x | x | Photo at OpenAI's office | |
| | | 11:23 am | | | Direct examination of Mr. Brockman by Mr. Jurata for defendant Microsoft. | |
| | | 11:27 am | | | Recross examination of Mr. Brockman by Mr. Molo. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 16 | | | x | x | Previously admitted. | |
| | | 11:48 am | | | The jury is admonished. | |
| | | 11:50 am | | | The jury takes a break. Mr. Brockman is reminded of previous admonishment and steps down for break. Matters are discussed outside the presence of the jury. | |
| | | 11:51 am | | | The Court is in recess. | |
| | | 12:10 pm | | | Mr. Brockman retakes the stand. | |
| | | 12:12 pm | | | The Court is reconvened. The jury reenters the courtroom. Mr. Molo resumes his recross examination of Mr. Brockman. | |
| 156 | | | x | x | Previously admitted. | |
| 532 | | | x | x | Previously admitted. | |
| 15 | | | x | x | 12/8/2015 Email from S. Altman to G. Brockman re: thoughts? from Elon | |
| 164 | | | x | x | Previously admitted. | |
| 157 | | | x | x | Previously admitted. | |
| 158 | | | x | x | Previously admitted. | |
| 99 | | | x | x | Previously admitted. | |
| | | 12:58 pm | | | Redirect examination of Mr. Brockman by Ms. Eddy | |
| | 1250.52 | | x | x | Entries from Brockman's personal files (redacted). | |
| | | 1:09 pm | | | Mr. Brockman steps down, admonished, and informed by the Court that he is subject to recall. | |
| | | 1:12 pm | | | The video deposition of plaintiff's witness Mr. Robert Wu is played on the record. | |
| 200 | | | x | x | 10/10/2018 Limited Partnership Agreement of OpenAI, L.P., A Delaware Limited Partnership | |
| 201 | | | x | x | 7/2/2019 Amended and Restated Limited Partnership Agreement of Open AI, L.P., A Delaware Limited Partnership | |
| 202 | | | x | x | 7/2/2019 Joint Development and Collaboration Agreement between Microsoft, OpenAI Inc., and OpenAI, L.P | |
| 203 | | | x | x | 3/6/2021 Second Amended and Restated Limited Partnership Agreement of Open AI, L.P., A Delaware Limited Partnership | |
| 204 | | | x | x | 3/6/2021 Amended and Restated Joint Development and Collaboration Agreement between Microsoft, OpenAI Inc., and OpenAI, L.P. | |
| 206 | | | x | x | 1/23/2023 Amended and Restated Limited Liability Company Agreement of OpenAI Global, LLC, a Delaware Limited Liability Company | |
| 207 | | | x | x | 1/23/2023 Second Amended Joint Development and Collaboration Agreement (Argos II) between Microsoft, OpenAI Inc., and OpenAI OpCo, LLC | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **211** | | | x | x | 9/11/2025 Memorandum of Understanding between OpenAI and Microsoft regarding a Proposed Recapitalization of the OpenAI For-Profit Enterprise | |
| **212** | | | x | x | 9/11/2025 ARGOS 3 Term Sheet | |
| | | 1:47 pm | | | The jury exits the courtroom. | |
| | | 1:49 pm | | | The Court is in recess. | |
| | | 3:07 pm | | | The Court is reconvened. Matters are discussed outside the presence of the jury. | |
| | | 3:24 pm | | | The Court is in recess. Matter is continued to Wednesday, May 6, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |