# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 6, 2026 | **Time:** 5 Hours 14 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 24-cv-4722-YGR | **Case Name:** Musk v. Altman et al | |

**Attorney for Plaintiff:** Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry

**Attorney for Defendant OpenAI:** William Savitt, Sarah Eddy, William Frentzen, Jordan Eth, Nathaniel Cullerton, Randall Jackson, Bradley Wilson

**Attorney for Defendant Microsoft:** Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Irene Rodriguez

## PROCEEDINGS

Jury Trial – HELD. See Trial Sheet, Exhibit and Witness List attached.

The following witness was called by the plaintiff: Ms. Shivon Zilis. The video depositions of Ms. Ermira Murati and Ms. Helen Toner were played on the record.

Matter is continued to Thursday, May 7, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial.