# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 24-cv-4722-YGR
Case Name: Musk v. Altman

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton, Bradley Wilson; Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| **DATE:** May 6, 2026 | **REPORTER:** Irene Rodriguez | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 5 hours 14 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Administrative matters on trial logistics are discussed outside the presence of the jury. The following stipulated exhibits are provisionally admitted: Plaintiff: 302, 304, 1040, 1046, 1049 Defendant OpenAI: 613, 617, 619, 627, 643, 644, 650, 651, 652, 654, 657, 664, 669, 678, 690, 707, 708, 710, 712, 715, 716, 724, 725, 728, 753, 754, 756, 757, 758, 766, 802, 824, 830, 835, 877, 900, 909, 915, 925, 926, 930, 949, 1015, 1017, 1018, 1022, 1145, 1290, 1291 Parties stipulate that jury will be given instructions that exhibits 301, 302, 315 cannot be used against Defendant Microsoft. | |
| | | 8:25 am | | | The jury reenters the courtroom and is instructed by the Court. | |
| | | 8:33 am | | | The video deposition of plaintiff's witness Ms. Ermira Murati is played on the record. | |
| 302 | | | x | x | 11/1/2023 Excerpt of Altman Memo prepared by I. Sutskever | |
| 301 | | | x | x | 11/1/2023 Excerpt of Altman Memo prepared by I. Sutskever | |
| 244 | | | x | x | 5/11/2019 Email from M. Murati to P. Waymouth re: OpenAI Edits | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 306 | | | x | x | 11/17/2023 Text thread between S. Nadella and Mira Murati | |
| | 1048 | | x | x | 11/20/2023 Text message between Nadella and Murati | |
| 309 | | | x | x | 11/17/2023 Text message chain between K. Scott and M. Murati re something extremely urgent | |
| 315 | | | x | x | 11/19/2023 Short Message Report between S. Altman and M. Murati re please officially invite me | |
| | 1046 | | x | x | 11/20/2023 Letter from OpenAI employees to Board of Directors at OpenAI | |
| | | 9:19 am | | | Plaintiff's witness Ms. Shivon Zilis is called and sworn. Direct examination by Ms. Schubert. | |
| 159 | | | x | x | Previously admitted. | |
| | 761 | | x | x | Previously admitted. | |
| 167 | | | x | x | 02/17/2018 Text message | |
| | | 9:55 am | | | The jury takes a break. Ms. Zilis is admonished and steps down for break. | |
| | | 9:56 am | | | The Court is in recess. | |
| | | 10:15 am | | | The Court is reconvened. Ms. Zilis retakes the stand. | |
| | | 10:16 am | | | The jury reenters the courtroom. Ms. Schubert resumes direct examination of Ms. Zilis. | |
| | | 10:21 am | | | Cross examination of Ms. Zilis by Ms. Eddy for defendant OpenAI. | |
| | | | x | | Demonstrative. Video clip of Ms. Zilis' deposition; page 33 lines 6 to 23. | |
| | 627 | | x | x | 07/18/2017 Email from Zilis to Musk, Teller re OpenAI notes in advance of tonight's meeting | |
| | 644 | | x | x | 08/15/2017 Text message between Zilis, Teller, and Gallagher | |
| | 664 | | x | x | 08/30/2017 Email from Zilis to Teller re OpenAI starting sketch | |
| | 1291 | | x | x | 07/12/2017 Text message. The jury is instructed by the Court. | |
| | 643 | | x | x | 08/12/2017 Email from Zilis to Teller, Gallagher re Decisions and Notes | |
| | 657 | | x | x | 08/27/2017 Email from Zilis to Teller, Birchall re OpenAI Notes from Today | |
| | 651 | | x | x | 08/21/2017 Email from Zilis to Birchall re Fwd: OpenAI possible notes | |
| | 669 | | x | x | 09/01/2017 Text message between Zilis and Teller | |
| 158 | | | x | x | Previously admitted. | |
| | | | x | | Demonstrative. Video clip of Ms. Zilis' deposition; page 183 lines 18 to 12. | |
| 159 | | | x | x | Previously admitted. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 712 | | x | x | 10/02/2017 Email from Teller to Zilis re OpenAI notes (Question for Sam on top!) | |
| | 707 | | x | x | 09/27/2017 Email from Musk to Teller, Zilis, Birchall re OpenAI Board Update | |
| | 708 | | x | x | 09/28/2017 Email from Teller to Zilis re Greg and Ilya | |
| | 710 | | x | x | 09/28/2017 Email from Zilis to Birchall re OpenAI | |
| | 715 | | x | x | 10/20/2017 Email from Teller to Zilis re Ilya | |
| | 716 | | x | x | 10/22/2017 Email from Teller to Zilis re Greg + Ilya | |
| | 728 | | x | x | 12/22/2017 Email from Teller to Zilis re Update | |
| | 724 | | x | x | 11/27/2017 Email from Zilis to O'Brien re Tesla AI Event (First Draft of FAQs) | |
| | 753 | | x | x | 02/03/2018 Text message between Altman and Zilis | |
| | 754 | | x | x | 02/03/2018 Email from Zilis to Teller re So far | |
| | 758 | | x | x | 02/13/2018 Email from Zilis to Musk, Teller re OpenAI / Possible AI scenarios | |
| | 619 | | x | x | 06/09/2017 Text message between Gallagher, Zilis, and Teller | |
| | 766 | | x | x | 02/17/2018 Text message between Teller and Zilis | |
| | 756 | | x | x | 02/09/2018 Email from Teller to Zilis re A few things | |
| | 757 | | x | x | 02/11/2018 Email from Musk to Zilis, Teller re OpenAI and this upcoming week | |
| | 827 | | x | x | Previously admitted. | |
| | 830 | | x | x | 09/01/2018 Email from Zilis to Birchall, Teller, Ortiz re AI decisions | |
| | 824 | | x | x | 08/27/2018 Text message between Ortiz and Zilis | |
| | 835 | | x | x | 09/11/2018 Email from Teller to Zilis, Afshar, Ortiz, Balajadia re Considerations for Deer Creek and Pioneer this week | |
| | 877 | | x | x | 07/22/2019 OpenAI blog post re Microsoft invests in and partners with OpenAI to support us building beneficial AGI | |
| | 900 | | x | x | 07/22/2019 Text message between Altman and Zilis | |
| | | 11:49 am | | | The jury exits the courtroom for break. | |
| | | 11:50 am | | | Ms. Zilis is admonished and steps down for break. Matters are discussed outside the presence of the jury. | |
| | | 11:54 am | | | The Court is in recess. | |
| | | 12:05 pm | | | The Court is reconvened. Matters are discussed outside the presence of the jury. | |
| | | 12:07 pm | | | The Court is in recess. | |
| | | 12:09 pm | | | The Court is reconvened. Ms. Zilis retakes the stand. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:11 pm | | | The jury reenters the courtroom. The jury is given limiting instructions on exhibits 710, 715, 754 and 756. Ms. Eddy resumes cross examination of Ms. Zilis. | |
| | | | x | | Demonstrative. Video clip of Ms. Zilis' deposition; page 268 lines 5 to 20. | |
| | 925 | | x | x | 10/18/2020 Text message between Altman and Zilis | |
| | 926 | | x | x | 10/19/2020 Text message between Altman and Zilis | |
| | 1145 | | x | x | 02/17/2023 X post by Musk | |
| | 1451 | | x | | 02/17/2023 Text message | |
| | | | x | | Demonstrative. Video clip of Ms. Zilis' deposition; page 302 lines 17 to 23. | |
| | 1017 | | x | x | 02/25/2023 Text message between "Shahini Rubicon Fluffer" and Zilis | |
| | | 12:31 pm | | | Cross examination of Ms. Zilis by Ms. Patel for Defendant Microsoft. | |
| 251 | | | x | x | Previously admitted. | |
| | | 12:36 pm | | | Redirect examination of Ms. Zilis by Ms. Schubert. | |
| | | 12:46 pm | | | Recross examination of Ms. Zilis by Ms. Eddy for Defendant OpenAI. | |
| | | 12:48 pm | | | Ms. Zilis steps down, admonished, and informed by the Court that she is subject to recall. | |
| | | 12:50 pm | | | The video deposition of plaintiff's witness Ms. Helen Toner is played on the record. | |
| | | 1:00 pm | | | The jury is given limiting instructions re exhibits. | |
| 304 | | | x | x | 11/16/2023 Unanimous Written Consent of the Board of Directors of OpenAI | |
| | | 1:39 pm | | | The jury is instructed by the Court. | |
| | | 1:40 pm | | | The jury is excused until May 7, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 1:46 pm | | | The Court is in recess. Matter is continued to Thursday, May 7, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |