**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton, Bradley Wilson; Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| | | **ILYA SUTSKEVER:** |
| | | Remy Carreiro |
| **DATE:** May 7, 2026 | **REPORTER:** Irene Rodriguez | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 5 hours 15 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Administrative matters on trial logistics are discussed outside the presence of the jury. The following stipulated exhibits are provisionally admitted: Plaintiff: 22, 53, 54, 55, 56, 57, 58 Defendant Microsoft: 322 | |
| 284 | | | x | x | 10/17/2025 Declaration of Robert Wu | |
| | | 8:21 am | | | The jury reenters the courtroom and is instructed by the Court. The continuation of the video deposition of plaintiff's witness Ms. Helen Toner is played on the record. | |
| | 1040 | | x | x | 11/17/2023 OpenAI blog post re OpenAI announces leadership transition | |
| | 1049 | | x | x | 11/20/2023 Email from Toner to Sutskever, D'Angelo, McCauley re Slack message | |
| | | 8:43 am | | | The jury is given limiting instructions by the Court. | |
| 301 | | | x | x | Previously admitted. | |
| | | 8:54 am | | | Plaintiff's witness Ms. Rosie Campbell is called and sworn. Direct examination by Ms. Schubert. | |
| | | 9:10 am | | | Cross examination of Ms. Campbell by Mr. Jackson for defendant OpenAI. | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:22 am | | | Redirect examination of Ms. Campbell by Ms. Schubert. | |
| | | 9:24 am | | | Ms. Campbell is excused by the Court. | |
| | | 9:26 am | | | The video deposition of plaintiff's witness Ms. Tasha McCauley is played on the record. | |
| | | 9:59 am | | | The jury exits the courtroom for break. Matters are discussed outside the presence of the jury. | |
| | | 10:00 am | | | The Court is in recess. | |
| | | 10:19 am | | | The Court is reconvened. Matters are discussed outside the presence of the jury. | |
| | | 10:24 am | | | The jury reenters the courtroom. The continuation of the video deposition of plaintiff's witness Ms. McCauley is played on the record. | |
| 319 | | | x | x | 11/20/2023 Email from H. Toner to I. Sutskever et al. re: Slack message | |
| | | 10:45 am | | | Plaintiff's witness Mr. David Schizer is called and sworn. Direct examination by Mr. Molo. Mr. Schizer is admitted as an expert on non-profit organizations. | |
| | | | x | | Demonstrative. Board Fiduciary Duties. | |
| | | | x | | Demonstrative. Non Profit Uses of For Profit Affiliates. | |
| 51 | | | x | x | Previously admitted. | |
| 52 | | | x | x | Previously admitted. | |
| 53 | | | x | x | OpenAI Inc's 2018 Form 990 | |
| 54 | | | x | x | OpenAI Inc's 2019 Form 990 | |
| 55 | | | x | x | OpenAI Inc's 2020 Form 990 | |
| 56 | | | x | x | OpenAI Inc's 2021 Form 990 | |
| 57 | | | x | x | OpenAI Inc's 2022 Form 990 | |
| 58 | | | x | x | OpenAI Inc's 2023 Form 990 | |
| 16 | | | x | x | Previously admitted. | |
| 22 | | | x | x | 8/28/2017 Initial Registration OpenAI, Inc. | |
| 24 | | | x | x | Previously admitted. | |
| | | 11:27 am | | | The Court instructed the jury. | |
| | | | x | | Demonstrative. Microsoft Investments. | |
| | | | x | | Demonstrative. Entitled to TRA Payments. | |
| | | 11:51 am | | | The jury exits the courtroom for break. Mr. Schizer is admonished by the Court and steps down for break. Matters are discussed outside the presence of the jury. | |
| | | 11:54 am | | | The Court is in recess. | |
| | | 12:12 pm | | | The Court is reconvened. Mr. Schizer retakes the stand. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:17 pm | | | The jury reenters the courtroom. Mr. Molo resumes the direct examination of Mr. Schizer. | |
| | | | x | | Demonstrative. Scope of Microsoft License. | |
| | | 12:30 pm | | | Cross examination of Mr. Schizer by Mr. Jackson for defendant OpenAI. | |
| | | | x | | Demonstrative. Mr. Schizer's qualifications. | |
| | | | x | | Demonstrative. 2023 Total Payments. | |
| | | 1:15 pm | | | Cross examination of Mr. Schizer by Ms. Patel for defendant Microsoft. | |
| | | 1:24 pm | | | Redirect examination of Mr. Schizer by Mr. Molo. | |
| | | 1:28 pm | | | Recross examination of Mr. Schizer by Mr. Jackson for defendant OpenAI. | |
| | | 1:30 pm | | | Mr. Schizer is excused by the Court. | |
| | | 1:31 pm | | | The video deposition of plaintiff's witness Mr. Michael Wetter is played on the record. | |
| 229 | | | x | x | 1/12/2018 Email from B. Tanzer to A. Hood, S. Nadella, et al. re: Update on OpenAI | |
| 222 | | | x | x | 9/1/2016 Tax exemption application of OpenAI, Inc. | |
| | | | x | | Demonstrative. Letter from the IRS. | |
| | | 1:42 pm | | | The jury is admonished and excused until May 11, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. Ms. Remy Carreiro requested that her client Mr. Ilya Sutskever be called on May 12, 2026. The Court ordered Ms. Carreiro to meet and confer with the parties' attorneys. A note is received from the jury stating that the jury will deliberate starting on May 18, 2026. The Court will be dark on May 15, 2026. | |
| | | 1:52 pm | | | The Court is in recess. Matter is continued to Monday, May 11, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |