**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton, Bradley Wilson; Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| **DATE:** May 11, 2026 | **REPORTER:** Irene Rodriguez | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 5 hours 47 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Administrative matters on trial logistics are discussed outside the presence of the jury. The following stipulated exhibits are provisionally admitted: Defendant OpenAI: 1050, 1057, 1068, 1150, 1163. 1165, 1168, 1174, 1175, 1176, 1177, 1185, 1188 and 1190. | |
| | | 8:32 am | | | The jury reenters the courtroom. Plaintiff's Witness Mr. David Schizer is admitted as an expert. The continuation of the video deposition of plaintiff's witness Mr. Michael Wetter is played on the record. | |
| 245 | | | x | x | 6/10/2019 Memo from A. Hood and K. Scott to Board of Directors re: Investment in OpenAI | |
| 207 | | | x | x | Previously admitted. | |
| 257 | | | x | x | 2/13/2022 Email from C. Young to A. Hood and K. Dolliver re: OpenAI restructure and attachment | |
| 279 | | | x | x | 9/9/2024 Microsoft Memo from S. Nadella et al. to Board of Directors | |
| | | 8:57 am | | | Plaintiff's witness Mr. Satya Nadella is called and sworn. Cross examination by Mr. Jurata for defendant Microsoft. | |
| | 1571 | | x | x | 2018.03.01 Emails including Jakub Pachocki, Szymon Sidor, and Sam Altman | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 1528 | | x | x | 2019.06.10 Memo to the Board of Directors from Amy Hood and Kevin Scott, Re: Investment in Open AI LP | |
| | 2.1 | | x | | Demonstrative. OpenAI-Microsoft Strategic Partnership Overview. | |
| | 1597 | | x | x | 2025.09.29 Elon Musk, post on X | |
| | | 9:40 am | | | Direct examination of Mr. Nadella by Mr. Molo for the plaintiff. | |
| 220 | | | x | x | 4/17/2015 Email from S. Altman to S. Nadella re: AI | |
| 221 | | | x | x | 12/12/2015 Email from S. Nadella to H. Shum, et al. re: OpenAI | |
| 17 | | | x | x | Previously admitted. | |
| 229 | | | x | x | Previously admitted. | |
| 228 | | | x | x | 8/11/2017 Email from E. Musk to S. Nadella re: Congrats | |
| 230 | | | x | x | 3/7/2018 Email from K. Scott to S. Nadella, et al. re: Info ahead of your call with Sam Altman tomorrow | |
| | | 10:00 am | | | The jury takes a break. Matters are discussed outside the presence of the jury. Mr. Nadella steps down for break. | |
| | | 10:04 am | | | The Court is in recess. | |
| | | 10:20 am | | | The Court is reconvened. Matters are discussed outside the presence of the jury. | |
| | | 10:25 am | | | Mr. Nadella retakes the stand. The jury reenters the courtroom. Mr. Molo resumes his direct examination of Mr. Nadella. | |
| 259 | | | x | x | 4/28/2022 Email from S. Nadella to J. Tinter, et al. re: two documents for tomorrow | |
| 261 | | | x | x | 7/13/2022 Email from M. Wetter to K. Dolliver re: deal thoughts | |
| 267 | | | x | x | 1/11/2023 Memorandum from S. Nadella et al. to Board of Directors re OpenAI Strategic Investment | |
| | | | x | | Demonstrative. OpenAI-Microsoft Strategic Partnership Overview (with Mr. Molo's marginal notes). | |
| 269 | | | x | x | 1/14/2023 Text thread between S. Altman and S. Nadella | |
| 270 | | | x | x | 1/15/2023 Excerpts of a text thread between S. Altman and S. Nadella | |
| 272 | | | x | x | 1/29/2023 Excerpts of a text thread between S. Altman and S. Nadella | |
| 305 | | | x | x | 11/17/2023 OpenAI blog post titled "OpenAI announces leadership transition" | |
| 311 | | | x | x | 11/18/2023 Text thread between S. Altman and S. Nadella | |
| 317 | | | x | x | 11/20/2023 Tweet from the user @satyanadella | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 318 | | | x | x | 11/20/2023 Text thread between Brad Lightcap, S. Altman, and S. Nadella | |
| 306 | | | x | x | Previously admitted. | |
| 316 | | | x | x | 11/20/2023 Email from C. McCabe to A. Hood, et al. re: Draft | |
| 313 | | | x | x | 11/19/2023 Text thread between S. Altman, S. Nadella | |
| 320 | | | x | x | 11/21/2023 Message chain between S. Altman and S. Nadella et al. re board | |
| | | 11:21 am | | | Recross examination of Mr. Nadella by Mr. Jurata for defendant Microsoft. | |
| | | 11:36 am | | | Redirect examination of Mr. Nadella by Mr. Molo. | |
| | | 11:39 am | | | Recross examination of Mr. Nadella by Mr. Jurata. | |
| | | 11:40 am | | | Plaintiff's Witness Mr. Satya Nadella is excused by the Court. | |
| | | 11:42 am | | | Plaintiff's Witness Mr. Ilya Sutskever is called and sworn. Direct examination by Mr. Molo. | |
| 63 | | | x | x | 11/19/2015 Email from E. Musk to I. Sutskever, et al. re: YC AI/Google | |
| 98 | | | x | x | Previously admitted. | |
| 17 | | | x | x | Previously admitted. | |
| 156 | | | x | x | Previously admitted. | |
| 157 | | | x | x | Previously admitted. | |
| | | 12:01 pm | | | The jury exits the courtroom for break. Mr. Sutskever steps down for break. Matters are discussed outside the presence of the jury. Defense exhibits 720, 755, 957, 1528, 1571, 1597 are provisionally admitted. | |
| | | 12:22 pm | | | The Court is reconvened. Mr. Sutskever retakes the stand. | |
| | | 12:24 pm | | | The jury reenters the courtroom. Mr. Molo resumes direct examination of Mr. Sutskever. | |
| | | 12:31 pm | | | Cross examination of Mr. Sutskever by Ms. Eddy for defendant OpenAI. | |
| | | 12:55 pm | | | Cross examination of Mr. Sutskever by Mr. Cohen for defendant Microsoft. | |
| | | 12:56 pm | | | Redirect examination of Mr. Sutskever by Mr. Molo. | |
| | | 12:58 pm | | | Mr. Sutskever is excused by the Court. The plaintiff rests. | |
| | | 12:59 pm | | | Defendant OpenAI's Witness Mr. Bret Taylor is called and sworn. Direct examination by Mr. Savitt. | |
| | | | x | | Demonstrative. OpenAI Foundation Board Members. | |
| | 1057 | | x | x | 11/29/2023 Resolutions of the Board of Directors of OpenAI, Inc. | |
| | | | x | | Demonstrative. OpenAI Structure as of November 2023. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | x | | Demonstrative. OpenAI Current Structure. | |
| | 1068 | | x | x | 04/23/2024 Minutes of meetings of the Mission & Strategy Committee of the Board of Directors of OpenAI, Inc. | |
| | 1065 | | x | x | 03/12/2024 X post by Musk | |
| | 1150 | | x | x | 12/27/2024 OpenAI blog post re Why OpenAI's structure must evolve to advance our mission | |
| | 1163 | | x | x | 05/05/2025 OpenAI blog post re Evolving OpenAI's structure | |
| | 1168 | | x | x | 09/11/2025 OpenAI blog post re Statement on OpenAI's Nonprofit and PBC | |
| | | 1:39 pm | | | The jury is admonished. | |
| | | 1:40 pm | | | The jury and witness Mr. Taylor are excused until May 12, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. A note is received from the jury stating that the jury will stay until 3:00 p.m. on Thursday, May 14, 2026. | |
| | | 1:45 pm | | | The Court is in recess. | |
| | | 2:36 pm | | | The Court is reconvened. The Closing Argument, Jury Instructions, Verdict Form, and anticipated witness list are discussed outside the presence of the jury. | |
| | | 1:52 pm | | | The Court is in recess. Matter is continued to Tuesday, May 12, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |