**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton, Bradley Wilson; Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| **DATE:** May 12, 2026 | **REPORTER:** Irene Rodriguez | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 5 hours 2 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Administrative matters on trial logistics are discussed outside the presence of the jury. The following stipulated exhibits are provisionally admitted: Defendant OpenAI: 501, 648, 720, 770, 808, 859, 861, 864, 867, 876, 928, 1305 and 1306. Defendant Microsoft: Limiting instructions on 253. | |
| | | 8:29 am | | | The jury reenters the courtroom. Defendant OpenAI's Witness Mr. Bret Taylor retakes the stand. Mr. Savitt continues his direct examination of Mr. Taylor. | |
| | 1190 | | x | x | 10/28/2025 Framework Agreement – Ex. B | |
| | | | x | | Demonstrative. Governance Rights of OpenAI Foundation. | |
| | 1157 | | x | x | Previously admitted. | |
| | | 8:41 am | | | Cross examination of Mr. Taylor by Mr. Hawes for the plaintiff. | |
| 312 | | | x | x | 11/19/2023 Text thread between B. Taylor, S. Altman, and S. Nadella | |
| | | 8:51 am | | | Cross examination of Mr. Taylor by Mr. Jurata for the defendant Microsoft. | |
| | | 8:53 am | | | The Court questioned Mr. Taylor. | |
| | | 8:54 am | | | Mr. Taylor is excused by the Court. | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:55 am | | | Defendant OpenAI's Witness Mr. Sam Altman is called and sworn. Direct examination by Mr. Savitt. | |
| | 501 | | x | x | 05/25/2015 Email from Musk to Altman re question | |
| | 648 | | x | x | 08/19/2017 Email from Zilis to Teller re Fwd: Re: | |
| 157 | | | x | x | Previously admitted. | |
| | 720 | | x | x | 11/01/2017 Text message between Altman and Teller | |
| | 1305 | | x | x | Summary Exhibit 2 - Contributions to OpenAI, Inc. Per IRS Form 990 Schedule B (2016-2023) | |
| | 1306 | | x | x | Summary Exhibit 3 - Contributions to OpenAI, Inc. Per IRS Form 990 Schedule B (2016-2023) | |
| | | | x | | Demonstrative. Donations 2015-2020. | |
| | 770 | | x | x | 02/20/2018 OpenAI blog post re OpenAI supporters | |
| | 808 | | x | x | 04/25/2018 Text message between Altman and Zilis | |
| | | | x | | Demonstrative. Photo of Tesla Office. | |
| | 827 | | x | x | Previously admitted. | |
| | 876 | | x | x | 07/17/2019 Valuation of Selected Assets of OpenAI, Inc. for the Purpose of Transferring those Assets to a For Profit Entity, prepared by Hemming Morse, LLP | |
| | 853 | | x | x | Previously admitted. | |
| | 864 | | x | x | 03/11/2019 Text message between Altman and Zilis | |
| | 861 | | x | x | 03/05/2019 Text message between Altman and Zilis | |
| 251 | | | x | x | Previously admitted. | |
| | | 9:59 am | | | The jury takes a break. Mr. Altman is admonished and steps down for break. | |
| | | 10:00 am | | | The Court is in recess. | |
| | | 10:20 am | | | The Court is reconvened. Mr. Altman retakes the stand. | |
| | | 10:22 am | | | The jury reenters the courtroom. Mr. Savitt resumes direct examination of Mr. Altman. | |
| 105 | | | x | x | Previously admitted. | |
| | 925 | | x | x | Previously admitted. | |
| | 926 | | x | x | Previously admitted. | |
| | 927 | | x | x | Previously admitted. | |
| | 928 | | x | x | 11/12/2020 Text message between Altman and Zilis | |
| | | 10:50 am | | | Cross examination of Mr. Altman by Mr. Molo for plaintiff. | |
| 3 | | | x | x | 5/25/2015 Email from E. Musk to S. Altman re: question | |
| 5 | | | x | x | Previously admitted. | |
| 107 | | | x | x | 2/18/2023 Text thread between E. Musk and S. Altman | |

2

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 156 | | | x | x | Previously admitted. | |
| 23 | | | x | x | 4/2/2018 Email from E. Musk to S. Altman and S. Zilis re: The OpenAI Charter | |
| 239 | | | x | x | Previously admitted. | |
| 241 | | | x | x | Previously admitted. | |
| 253 | | | x | x | 2/25/2021 Email from M. Wetter to J. Tinter re: [EXTERNAL] deal | |
| 258 | | | x | x | 2/16/2022 Email from M. Wetter to C. Young, et al. re: OpenAI restructure | |
| | | 11:37 am | | | Video deposition of Mr. Altman | |
| 385 | | | x | x | 4/22/2026 S. Altman Second Amended Supplemental Response to Interrogatories | |
| | | 11:51 am | | | The jury takes a break. Mr. Altman is admonished and steps down for break. Matters are discussed outside the presence of the jury. | |
| | | 11:52 am | | | The Court is in recess. | |
| | | 12:11 pm | | | The Court is reconvened. Mr. Altman retakes the stand. | |
| | | 12:14 pm | | | The jury reenters the courtroom. Mr. Molo resumes direct examination of Mr. Altman. | |
| 296 | | | x | x | Previously admitted. | |
| | | 12:37 pm | | | Cross examination of Mr. Altman by Mr. Jurata for defendant Microsoft. | |
| | | 12:42 pm | | | Redirect examination of Mr. Altman by Mr. Savitt. | |
| | | 12:55 pm | | | Mr. Altman is admonished, steps down and informed by the Court that he is subject to recall. | |
| | | 12:56 pm | | | Defendant OpenAI's Witness Mr. Jeremy Kolter is called and sworn. Direct examination by Mr. Frentzen. | |
| | | 1:14 pm | | | Cross examination of Mr. Kolter by Ms. Eynon for the plaintiff. | |
| | | 1:17 pm | | | Mr. Kolter is excused by the Court. | |
| | 755 | | x | x | 02/04/2018 Text message between Teller and Zilis | |
| | | 1:18 pm | | | Video interview of Ms. Sam Teller is played on the record. | |
| | 643 | | x | x | Previously admitted. | |
| | 664 | | x | x | Previously admitted. | |
| | 830 | | x | x | Previously admitted. | |
| | | 1:40 pm | | | The jury is excused until May 13, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 1:41 pm | | | The Court is in recess. Matter is continued to Wednesday, May 13, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |