# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 13, 2026 | **Time:** 4 Hours 27 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 24-cv-4722-YGR | **Case Name:** Musk v. Altman et al | |

**Attorney for Plaintiff:** Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry, Eric Nitz

**Attorney for Defendant OpenAI:** William Savitt, Sarah Eddy, William Frentzen, Jordan Eth, Nathaniel Cullerton, Randall Jackson, Bradley Wilson

**Attorney for Defendant Microsoft:** Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Irene Rodriguez

## PROCEEDINGS

Jury Trial – HELD. See Trial Sheet, Exhibit and Witness List attached.

The following witnesses were called by the defendant Microsoft: Mr. James Kevin Scott, and Mr. Michael Wetter.

OpenAI: Mr. Joshua Achiam, Mr. Daniel Hemel, Mr. John Coates, and Mr. Louis Dudney.

Video depositions of Ms. Tasha McCauley and Ms. Ermira Murati were played on the record. The defense rests.

Matter is continued to Thursday, May 14, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial.