**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry, Eric Nitz | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton, Bradley Wilson; Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| DATE:<br>May 13, 2026 | REPORTER:<br>Irene Rodriguez | CLERK: Edwin Cuenco |
| TIME IN COURT:<br>4 hours 27 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Administrative matters on trial logistics are discussed outside the presence of the jury.<br>The following stipulated exhibits are provisionally admitted:<br>Plaintiff: 271.<br>Defendant OpenAI: 1313, 1304 and 1263. | |
| | | 8:30 am | | | The jury reenters the courtroom. | |
| | | 8:31 am | | | Defendant Microsoft witness Mr. James Kevin Scott is called and sworn. Direct examination by Mr. Cohen. | |
| 230 | | | x | x | Previously admitted. | |
| | 1598 | | x | x | 2018.03.19 Emails including Kevin Scott, Brett Tanzer, and Harry Shum Re: Summary of Meeting with Open AI on AGI | |
| | 1516 | | x | x | 2018.11.09 Email from Kevin Scott to Satya Nadella, Re: Open | |
| | 1600 | | x | x | 2019.03.07 Microsoft Memo to Board of Directors from Kevin Scott and Amy Hood Re: Investing in the Future of Large Model Artificial Intelligence | |
| | | 9:00 am | | | Cross examination of Mr. Scott by Ms. Schubert for the plaintiff. | |
| 229 | | | x | x | Previously admitted. | |
| 451 | | | x | x | Previously admitted. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 271 | | | x | x | Previously admitted. | |
| | | 9:12 am | | | Redirect examination of Mr. Scott by Mr. Cohen. | |
| | | 9:13 am | | | Mr. Scott is excused by the Court. | |
| | | 9:15 am | | | Defendant Microsoft witness Mr. Michael Wetter is called and sworn. Direct examination by Mr. Cohen. | |
| 24 | | | x | x | Previously admitted. | |
| 222 | | | x | x | Previously admitted. | |
| | 1531 | | x | x | 2018.10.20 Action by Unanimous Written Consent of the Board of Directors of OpenAI, Inc. | |
| | 1532 | | x | x | 2019.02.11 Action by Unanimous Written Consent of the Reorganization Committee of OpenAI, Inc. | |
| | 1534 | | x | x | 2018.10.10 Collaboration Agreement between OpenAI, Inc. and OpenAI, L.P. | |
| | 1601 | | x | x | 2018.09.19 Certificate of Limited Partnership of SummerSafe, L.P. | |
| | 1602 | | x | x | 2019.02.19 OpenAI Amended and Restated Conflict of Interest Policy | |
| | 1603 | | x | x | OpenAI, L.P. Capitalization Table as of March 1, 2019 | |
| | 1604 | | x | x | OpenAI Consolidated Balance Sheet as of December 31, 2018 | |
| | | | x | | Demonstrative. Microsoft Conducts Due Diligence on OpenAI. | |
| 202 | | | x | x | Previously admitted. | |
| | | 9:38 am | | | Cross examination of Mr. Wetter by Ms. Tofighbakhsh. | |
| | | 9:46 am | | | Redirect examination of Mr. Wetter by Mr. Cohen. | |
| | | 9:47 am | | | Recross examination of Mr. Wetter by Ms. Tofighbakhsh. | |
| | | 9:48 am | | | Mr. Wetter is excused by the Court. | |
| | | 9:49 am | | | Defendant OpenAI witness Mr. Joshua Achiam is called and sworn. Direct examination by Mr. Jackson. | |
| | | 10:00 am | | | The jury exits the courtroom for break. Mr. Achiam is admonished and steps down for break. | |
| | | 10:01 am | | | The Court is in recess. | |
| | | 10:18 am | | | Bench conference begins. | |
| | | 10:20 am | | | Bench conference ends. The Court is reconvened. | |
| | | 10:26 am | | | The jury reenters the courtroom and is instructed by the Court. | |
| | | 10:27 am | | | Mr. Jackson resumes the direct examination of Mr. Achiam. | |
| | | 10:41 am | | | Cross examination of Mr. Achiam by Ms. Eynon for the plaintiff. | |
| | | 10:48 am | | | Redirect examination of Mr. Achiam by Mr. Jackson. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:50 am | | | Mr. Achiam is excused by the Court. | |
| | | 10:51 am | | | Video deposition of Ms. Tasha McCauley is played on the record. | |
| | 957 | | x | x | 10/06/2022 Email from McCauley to Toner, Altman, Hoffman, D'Angelo, Sutskever, Hurd, Brockman, Zilis re OpenAI topics | |
| | | 10:59 am | | | Video deposition of Ms. Ermira Murati is played on the record. | |
| | | 11:02 am | | | Defendant OpenAI witness Mr. Daniel Hemel is called and sworn. Direct examination by Mr. Frentzen. | |
| | | | x | | Demonstrative. Mr. Hemel's background. | |
| | | 11:08 am | | | Mr. Hemel is admitted by the Court as an expert. | |
| | | | x | | Demonstrative. Form 1990. | |
| | | | x | | Demonstrative. For-Profit Funds the Nonprofit. | |
| 16 | | | x | x | Previously admitted. | |
| | | 11:28 am | | | Cross examination of Mr. Hemel by Mr. Nitz for the plaintiff. | |
| | | 11:36 am | | | Mr. Hemel is excused by the Court. | |
| | | 11:37 am | | | Defendant OpenAI's witness Mr. John Coates is called and sworn. Direct examination by Mr. Savitt. | |
| | | | x | | Demonstrative. Mr. Coates' background. | |
| | | 11:41 am | | | Mr. Coates is admitted by the Court as an expert. | |
| | 1313 | | x | | Demonstrative. Ownership of OpenAI Public Benefit Corporation. | |
| | | | x | | Demonstrative. Mr. Schizer's testimony. | |
| | | | x | | Demonstrative. 2025: After 20% Annual Increase in Payments. | |
| | | | x | | Mr. Schizer's demonstrative. | |
| | | | x | | Mr. Coates' demonstrative. | |
| | | 11:51 am | | | The jury takes a break. Mr. Coates steps down for break. | |
| | | 11:53 am | | | The Court is in recess. | |
| | | 12:11 pm | | | The Court is reconvened. Mr. Coates retakes the stand. | |
| | | 12:14 pm | | | The jury reenters the courtroom. Mr. Savitt resumes the direct examination of Mr. Coates. | |
| | | 12:19 pm | | | Cross examination of Mr. Coates by Mr. Nitz for the plaintiff. | |
| 461 | | | x | | Order Granting in Part and Denying in Part Motion to Exclude Expert Witness Testimony. | |
| | | 12:28 pm | | | Redirect examination of Mr. Coates by Mr. Savitt. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:29 pm | | | Mr. Coates is excused by the Court. Bench conference starts. | |
| | | 12:31 pm | | | Bench conference ends. | |
| | | 12:32 pm | | | Defendant OpenAI's witness Mr. Louis Dudney is called and sworn. Direct examination by Mr. Wilson. | |
| | | | x | | Demonstrative. Background of Mr. Dudney. | |
| | 1304 | | x | x | Summary Exhibit 1 – Plaintiff Musk's Claimed Monetary Donations to OpenAI, Inc. | |
| | | | x | | Demonstrative. OpenAI Checking Account Balance (2016 – 2017) | |
| | | | x | | Demonstrative. Musk Contribution Balance (Quarterly Donations) | |
| | | 12:51 pm | | | Cross examination of Mr. Dudney by Mr. Hawes. | |
| | | 12:57 pm | | | Redirect examination of Mr. Dudney by Mr. Wilson. | |
| | | 12:58 pm | | | Mr. Dudney is excused by the Court. The defense rests. | |
| | | 12:59 pm | | | The jury is instructed by the Court. | |
| | | 1:00 pm | | | The jury is excused until May 14, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 1:04 pm | | | The Court is in recess. Matter is continued to Thursday, May 14, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |