RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft
Corporation*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ELON MUSK et al.,

      Plaintiffs,

    v.

SAMUEL ALTMAN, et al.,

      Defendants.

Case No. 4:24-cv-04722-YGR

**DEFENDANT MICROSOFT
CORPORATION'S NOTICE OF
WITHDRAWAL OF
ADMINISTRATIVE MOTION TO
SEAL PORTIONS OF WAZZAN
DEPOSITION**

Date Action Filed: August 5, 2024
Trial Date: April 27, 2026

DEFENDANT MICROSOFT'S NOTICE OF WITHDRAWAL OF MOTION TO SEAL

TO THE COURT AND ALL PARTIES OF RECORD, PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-7(e), Defendant Microsoft Corporation's Administrative Motion to Seal Portions of Dr. C. Paul Wazzan's Deposition Transcript, dated January 18, 2026 [Dkt. 395], is hereby withdrawn.

Dated:  May 14, 2026

DECHERT LLP
*/s/ Russell P. Cohen*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (admitted *pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JOHN (JAY) JURATA, JR. (admitted *pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

DEFENDANT MICROSOFT'S NOTICE OF WITHDRAWAL OF MOTION TO SEAL