**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry, Eric Nitz | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton, Bradley Wilson; Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| **DATE:** May 14, 2026 | **REPORTER:** Irene Rodriguez | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 6 hours 56 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Administrative matters on trial logistics are discussed outside the presence of the jury. | |
| | | 8:30 am | | | The jury reenters the courtroom. The jury is instructed by the Court. | |
| | | 9:03 am | | | Closing argument for the plaintiff by Mr. Molo. | |
| | | 10:27 am | | | The jury exits the courtroom for break. | |
| | | 10:28 am | | | The Court is in recess. | |
| | | 10:41 am | | | The Court is reconvened. | |
| | | 10:43 am | | | The jury reenters the courtroom and receives instructions from the Court. Mr. Molo resumes closing argument for the plaintiff. | |
| | | 11:07 am | | | Closing argument for defendant OpenAI by Ms. Eddy. | |
| | | 12:28 pm | | | The jury exits the courtroom. The Court is in recess. | |
| | | 12:57 pm | | | The Court is reconvened. | |
| | | 1:00 pm | | | The jury reenters the courtroom. Defendant OpenAI's closing argument is continued by Mr. Savitt. | |
| | | 2:08 pm | | | Closing argument for defendant Microsoft by Mr. Cohen. | |
| | | 2:52 pm | | | The jury exits the courtroom for break. Matters are discussed outside the presence of the jury. | |
| | | 2:54 pm | | | The Court is in recess. | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 3:01 pm | | | The Court is reconvened. | |
| | | 3:03 pm | | | The jury reenters the courtroom. Plaintiff's rebuttal by Mr. Molo. | |
| | | 3:41 pm | | | The jury is given further instructions and is admonished by the Court. | |
| | | 3:43 pm | | | The jury is excused until May 18, 2026, at 8:30 am. Jury Note Number 1 is received. Matters are discussed outside the presence of the jury. | |
| | | 3:45 pm | | | The Court is in recess. Matter is continued to Monday, May 18, 2026, at 8:30 a.m. (jury) for deliberation and at 9:00 a.m. (attorneys and parties) for evidentiary hearing | |