# Appendix 1

# Ilya A. Strebulaev

### Curriculum Vitae

Graduate School of Business, Stanford University
655 Knight Way, Stanford, CA, 94305-7298
Tel: 650-725-8239; Fax: 650-725-8916
Email: istrebulaev@stanford.edu
https://www.gsb.stanford.edu/faculty-research/faculty/ilya-strebulaev
This version: February 2026

## Education

2004    Ph.D., Finance, London Business School

2002    M.Phil., Finance, London Business School

1999    M.A., Economics, New Economic School, Moscow

1997    B.A., Economics, Lomonosov Moscow State University

## Academic Appointments

2016–    The David S. Lobel Professor of Private Equity and Professor of Finance (tenured),
Graduate School of Business, Stanford University

2010–    Research Associate, National Bureau of Economic Research

2014–2016    Professor of Finance (tenured),
Graduate School of Business, Stanford University

2010–2014    Associate Professor of Finance (tenured),
Graduate School of Business, Stanford University

2009–2010    Visiting Associate Professor of Finance, London Business School

2008–2010    Associate Professor of Finance, Graduate School of Business, Stanford University

2004–2008    Assistant Professor of Finance, Graduate School of Business, Stanford University

## Non-Academic Appointments

2018–2022    Non-Executive Board Member, Board of Directors, Yandex N.V. (Nasdaq: YNDX)
Chair of Audit Committee (2021–2022)
Member of Audit Committee (2018–2022)

## Publications

### A.    Refereed Publications

1. "Alumni Networks in Venture Capital Financing," *Journal of Financial and Quantitative Analysis*, forthcoming (with Jon A. Garfinkel, Erik J. Mayer, and Emmanuel Yimfor)

2. "The Value of Privacy and the Choice of Limited Partners by Venture Capitalists," *Journal of Financial Economics* 2025, 169, article 104063, 1–20 (with Rustam Abuzov and Will Gornall)

- Summary reprinted in *Harvard Law School Forum on Corporate Governance*, June 2025

3. "Gender, Race, and Entrepreneurship: A Randomized Field Experiment on Venture Capitalists and Angels," *Management Science* 2025, 5308–5327 (with Will Gornall)

4. "A Unified Model of Distress Risk Puzzles," 2022, *Journal of Financial Economics* 146, 357–384 (with Zhiyao Chen and Dirk Hackbarth)

   - Lead article

5. "Proactive Capital Structure Adjustments: Evidence from Corporate Filings," 2022, *Journal of Financial and Quantitative Analysis* 57, 31–66 (with Arthur Korteweg and Michael Schwert)

6. "Venture Capitalists and COVID-19," 2021, *Journal of Financial and Quantitative Analysis* 56, 2474–2499 (with Paul A. Gompers, Will Gornall, and Steven N. Kaplan)

7. "Beyond Random Assignment: Credible Inference and Extrapolation in Dynamic Economies," 2020, *Journal of Finance* 75, 825–866 (with Christopher Hennessy)

8. "Corporate Taxes and Capital Structure: A Long-Term Historical Perspective," 2020, *Critical Finance Review* 9, 1–28 (with Matthias Fleckenstein and Francis A. Longstaff)

   - Lead article

9. "Empirical Analysis of Corporate Tax Reforms: What Is the Null and Where Did It Come From?" 2020, *Journal of Financial Economics* 135, 555–576 (with Christopher Hennessy and Akitada Kasahara)

   - Lead article

10. "Squaring Venture Capital Valuations with Reality," 2020, *Journal of Financial Economics* 135, 120–143 (with Will Gornall)

    - Best Paper, Private Equity Research Consortium Best Paper Award
    - Highly commended paper, Best Private Equity paper 2017, Savvy Investor Awards

11. "How Do Venture Capitalists Make Decisions?" 2020, *Journal of Financial Economics* 135, 169–190 (with Paul A. Gompers, Will Gornall, and Steven N. Kaplan)

    - First Prize, Jensen Prize for Best Paper published in 2020 in the *Journal of Financial Economics* in the areas of Corporate Finance and Organizations
    - The Inaugural Doriot Award for the Best Private Equity Research Paper, 2021

12. "Strategic Risk Shifting and the Idiosyncratic Volatility Puzzle: An Empirical Investigation," *Management Science* 67, 2751–2772 (with Zhiyao Chen, Yuhang Xing and Xiaoyan Zhang)

13. "Macroeconomic Risk and Idiosyncratic Risk-Taking," 2019, *Review of Financial Studies* 32, 1148–1187 (with Zhiyao Chen)

14. "Financing as a Supply Chain: The Capital Structure of Banks and Borrowers," 2018, *Journal of Financial Economics* 129, 510–530 (with Will Gornall)

15. "Firm Size and Capital Structure," 2015, *Quarterly Journal of Finance* 5, 3, 1–46 (with Alexander Kurshev)

16. "Macroeconomic Effects of Corporate Default Crises: A Long-Term Perspective," 2014, *Journal of Financial Economics* 111, 297–310 (with Kay Giesecke, Francis A. Longstaff, and Stephen M. Schaefer)

17. "Investment, Reputation, and the Temptation to Blend in with the Crowd," 2014, *Journal of Financial Economics* 111, 137–157 (with Steven R. Grenadier and Andrey Malenko)

18. "Government Policy and Ownership of Financial Assets," 2014, *Journal of Financial Economics* 111, 70–85 (with Kristian Rydqvist and Joshua Spizman)

    - Finalist, 2014 TIAA-CREF Paul A. Samuelson Award
    - Short version reprinted in *Finance and Accounting Memos*, 2016, 3.

19. "Dynamic Corporate Finance is Useful: A Comment on Welch (2013)," 2013, *Critical Finance Review* 2, 173–191 (with Toni M. Whited)

20. "The Mystery of Zero-Leverage Firms," 2013, *Journal of Financial Economics* 109, 1–23 (with Baozhong Yang)

    - Lead article
    - Winner, the Emerald Citations of Excellence for 2016

21. "Dynamic Models and Structural Estimation in Corporate Finance," 2012, *Foundations and Trends in Finance* 6, 1–163 (with Toni M. Whited)

22. "Cash Holdings and Credit Risk," 2012, *Review of Financial Studies* 25, 3573–3609 (with Viral Acharya and Sergei Davydenko)

23. "A Market-Based Study of the Costs of Default," 2012, *Review of Financial Studies* 25, 2959–2999 (with Sergei Davydenko and Xiaofei Zhao)

24. "Corporate Bond Default Risk: A 150-Year Perspective," 2011, *Journal of Financial Economics* 102, 233–250 (with Kay Giesecke, Francis A. Longstaff, and Stephen M. Schaefer)

    - Lead article
    - First Place, Fama–DFA Prize for the best papers published in the areas of capital markets and asset pricing in the *Journal of Financial Economics* in 2011

25. "The Aggregate Dynamics of Capital Structure and Macroeconomic Risk," 2010b, *Review of Financial Studies* 23, 12, 4187–4241 (with Harjoat S. Bhamra and Lars-Alexander Kühn)

    - Lead article

26. "Temporary versus Permanent Shocks: Explaining Corporate Financial Policies," 2010, *Review of Financial Studies* 23, 7, 2591–2647 (with Alexander S. Gorbenko)

    - Lead article
    - The Best Paper Award, 13th Mitsui Symposium on Finance, U. of Michigan, 2007

27. "Long-Run Risks, Credit Markets, and Financial Structure," 2010, *American Economic Review, Papers & Proceedings* 100, 2, 547–551 (with Harjoat S. Bhamra and Lars-Alexander Kühn)

28. "The Levered Equity Risk Premium and Credit Spreads: A Unified Framework," 2010a, *Review of Financial Studies* 23, 2, 645–703 (with Harjoat S. Bhamra and Lars-Alexander Kühn)

29. "Repo Auctions and the Market for Liquidity," 2009, *Journal of Money, Credit and Banking* 41, 7, 1391–1421 (with Ulrich Bindseil and Kjell Nyborg)

30. "Structural Models of Credit Risk Are Useful: Evidence from Hedge Ratios on Corporate Bonds," 2008, *Journal of Financial Economics* 90, 1–19 (with Stephen M. Schaefer)

    - Lead article
    - Third Prize, Q Conference, 2004

31. "Strategic Actions, Capital Structure, and Credit Spreads: An Empirical Investigation," 2007, *Journal of Finance* 62, 6, 2633–2671 (with Sergei Davydenko)

    - Reprinted in *World Scientific Reference on Contingent Claims Analysis in Corporate Finance*, ed.: Michael Crouhy, Dan Galai, and Zvi Wiener, World Scientific, 2019, pp. 213–258.

32. "Do Tests of Capital Structure Theory Mean What They Say?," 2007, *Journal of Finance* 62, 4, 1747–1788

    - First Paper Prize, Brattle Award, Journal of Finance, 2007
    - Trefftzs Award, Western Finance Association, 2004
    - Dimitris Chorafas Award, 2004

33. "Multiple Unit Auctions and Short Squeezes," 2004, *Review of Financial Studies*, 17, 545–580 (with Kjell Nyborg)

34. "Collateral and Short Squeezing of Liquidity in Fixed Rate Tenders," 2001, *Journal of International Money and Finance*, 20, 769–792 (with Kjell Nyborg)

## B.  Books and Book Chapters

1. *The Venture Mindset: How to Make Smarter Bets and Achieve Extraordinary Growth*, 2024, Portfolio/Penguin Random House (with Alex Dang)

2. "The Contracting and Valuation of Venture Capital-Backed Companies," 2023, in Eckbo, Espen B., Gordon Phillips, and Morten Sorensen (Editors), *Private Equity and Entrepreneurial Finance, Handbook of the Economics of Corporate Finance*, Vol. 1, Ch. 1, pp. 3–76, Handbooks in Economics Series, Elsevier/North-Holland (with Will Gornall)

Curriculum Vitae: Ilya A. Strebulaev    5

## C.    Working papers

1. "Selling to Yourself: Continuation Funds in Private Equity," 2025 (with Rustam Abuzov, Will Gornall, Sophie Shive, and Michael S. Weisbach)

2. "Interim Valuations, Predictability, and Outcomes in Private Equity," 2025 (with Ege Ercan and Steven N. Kaplan)

3. "Organization Structure and Decision-Making in Corporate Venture Capital," 2021 (with Amanda Y. Wang)

4. "The Economic Impact of Venture Capital: Evidence From Public Companies," 2021 (with Will Gornall)

5. "A Valuation Model of Venture Capital-Backed Companies with Multiple Financing Rounds," 2021 (with Will Gornall)

6. "Returns on Venture Capital Investments: Insiders vs. Outsiders," 2017 (with Michael Ewens and Matt Rhodes-Kropf)

7. "Optimal Issuance under Information Asymmetry and Accumulation of Cash Flows," 2016 (with Haoxiang Zhu and Pavel Zryumov)

8. "An $(S, s)$ Model of Capital Structure: Theory and Evidence," 2014 (with Arthur Korteweg)

9. "Capital Structure and Systematic Risk," 2014 (with Michael Schwert)

## D.    Work in progress

1. "Human Capital in Venture Capital: Evidence from 100,000 Venture Capitalists," (with Blake Jackson)

2. "Career and Impact of Business School Faculty," (with Blake Jackson)

3. "Evolution of Corporate Governance in VC-Backed Companies," (with Will Gornall)

4. "The Economics of VC Funds," (with Will Gornall)

## E.    Teaching cases and notes

(many cases are co-authored with Stanford case writers, PhD/MBA/MSx students, or faculty)

1. "Economics of Private Equity Industry," 2025, Series of Teaching Notes

2. "Evaluating Venture Capital Term Sheets (Parts A, B)," 2014, Revised 2017

3. "Sand Hill Angels: To Fund or Not To Fund?" 2013, Revised 2019–2025

4. "Floodgate: Business Model of a Seed Fund," 2016

5. "SelfScore: Series A2 or SeriesB?" 2016

6. "Broadway Angels: Preparing for the Future," 2014

7. "Dropbox – Series B Financing", 2014

8. "Trulia: IPO or Sale?", 2014

9. "Angel Investing in India," 2013

10. "VC Decision-Making in India: Aavishkaar and Milk Mantra (Parts A, B, C)," 2013

11. "Venture Capital Deal Sourcing and Screening," 2013

12. "Note on Angel Financing," 2013

13. "SunRun: Raising Series A Round," 2013

14. "OpenLane: M&A or IPO?" 2013

15. "A Day in the Life of a Venture Capitalist," 2013

16. "Wikimart: Raising the Angel Round," 2013

## F.   Select other work

1. "Valuation of early-stage firms implied by SAFEs and convertible notes," 2025, *Westlaw Today* article (with Stefano Collina, Sylvain Delalay, and Manuel Vasconcelos)

2. "Make Decisions with a VC Mindset" 2024, *Harvard Business Review* May-June, (with Alex Dang)

3. "Steer Clear of Corporate Venture Capital pitfalls,"*MIT Sloan Management Review*, Spring 2004, pp. 30-35 (with Amanda Wang)

4. "San Francisco Bay Area's venture capital-based economy is heading to court," *San Francisco Chronicle* op-ed, December 5, 2023.

5. "Venture Capital Valuation," 2023, In: Cumming, D., Hammer, B. (eds) *The Palgrave Encyclopedia of Private Equity*. Palgrave Macmillan, Cham.

6. "Why Private VC-Backed Cos. Need a New Valuation Method," 2022, Law360 article (with Manuel Vasconcelos)

7. "How Venture Capitalists Make Decisions" 2021, *Harvard Business Review* March – April, 70–78 (with Paul A. Gompers, Will Gornall, and Steven N. Kaplan)

8. "Check the fair value estimate of your shares and options for ANY U.S. public company," LinkedIn posting, March 12, 2020.

9. "Fair Value of Uber Estimated at $49 Billion," LinkedIn article, January 31, 2018.

10. Letter to the SEC Re: Proposed Rule on Good Faith Determinations of Fair Value (Release No. IC-33845; File No. S7-07-20 RIN 3235-AM71) (with Will Gornall).

# Presentations

## A.    Presentations at conferences (including by co-authors)

| | |
|---|---|
| 2025 | London Business School Private Equity conference |
| 2024 | Private Markets Research Conference, Lausanne |
| | Private Markets Symposium, Oxford University |
| 2022 | European Finance Association, Barcelona |
| 2020 | American Finance Association Meeting, San Diego |
| 2019 | European Finance Association, Portugal |
| | National Bureau of Economic Research, Summer conference, Boston |
| | London Business School Private Equity conference |
| | Private Equity Research Consortium, Rome |
| 2018 | Western Finance Association Meeting, San Diego |
| | American Finance Association Meeting, Philadelphia (2 papers) |
| | Financial Intermediation Research Society Conference |
| | ASU Sonoran Finance Conference |
| | Stanford Financing of Innovation Summit |
| 2017 | Anniversary NES Academic Conference |
| | Private Equity Conference, UNC Kenan-Flager Business School |
| | Workshop on Finance and Innovation, University of California, Berkeley |
| | New Frontiers in Banking Research Conference |
| 2016 | National Bureau of Economic Research, Summer conference, Boston |
| | Private Equity Conference, Duke University |
| | American Finance Association Meeting, Chicago |
| 2015 | American Finance Association Meeting, Boston |
| | Causal Inference in Finance and Economics, London Business School |
| 2014 | Causality in Social Sciences, Stanford |
| 2013 | National Bureau of Economic Research Meeting, Stanford |
| | American Finance Association Meeting, San Diego |
| | Duke-UNC Finance Conference |
| 2012 | American Finance Association Meeting, Chicago (2 papers) |
| | American Economic Association Meeting, Chicago |
| | Finance Theory Group, HBS Meeting |
| | New Economic School 20th Anniversary Conference (2 papers) |
| 2011 | European Finance Association Meeting, Stockholm |
| 2010 | American Economic Association Meeting, Atlanta |
| | Corporate Finance Workshop, Carlson School of Management, University of Minnesota |
| 2009 | Western Finance Association Meeting, San Diego |
| | 2nd FARFE conference in honor of Hayne Leland |
| 2008 | American Finance Association Meeting, New Orleans (2 papers) |
| | UNC Tax Symposium |
| | UBC Summer Finance Conference, Whistler |
| | Western Finance Association Meeting, Hawaii |
| | Shifting Capital Markets & Corporate Performance, Yale SOM |
| 2007 | Western Finance Association Meeting, Montana (2 papers) |
| | Duke-UNC Asset pricing conference |
| | 13th Mitsui Symposium on Finance, U. of Michigan |
| | European Finance Association Meeting, Ljubljana |

| 2006 | Western Finance Association Meeting, Keystone |
|---|---|
| | Asset Returns and Firm Policies, Verona, Italy |
| 2005 | European Finance Association Meeting, Moscow |
| | American Finance Association Meeting, Philadelphia |
| 2004 | American Finance Association Meeting, San Diego |
| | Western Finance Association Meeting, Vancouver |
| | European Finance Association Meeting, Maastricht (2 papers) |
| | Recent Advances in Credit Risk Research, New York |
| 2003 | American Finance Association Meeting, Washington (2 papers) |
| | European Finance Association Meeting, Glasgow |
| | Credit Risk and Risk Management, Verona |
| 2002 | American Finance Association Meeting, Atlanta |
| | European Finance Association Meeting, Berlin |
| | Financial Management Association European Meeting, Paris |
| | European Financial Management Association Meeting, Lugano |
| | Auctions and Market Design, Milan, Italy |
| 2001 | European Finance Association Meeting, Barcelona |

## B.   Invited presentations

| 2025 | London Business School Private Equity conference (keynote speaker); Harvard University |
|---|---|
| 2024 | Private Markets Research Conference, Lausanne (keynote speaker) |
| 2022 | Ross School of Business, University of Michigan |
| 2021 | Virtual Corporate Finance Seminar, Dartmouth Tuck School of Business |
| 2020 | Virtual finance seminar, Michigan State University |
| 2018 | Harvard University; UNC Kenan-Flagler Business School; Columbia Business School |
| 2016 | University of Melbourne; NVCA Board of Directors; University of British Columbia |
| 2015 | Imperial College, London; University of Amsterdam; University of Lausanne |
| 2014 | Bank of Canada; University of Zurich; Tsinghua University School of Economics and Management; Cheung Kong Graduate School of Business |
| 2013 | University of Texas at Austin; University of Oklahoma; Mendoza College of Business, University of Notre Dame; ESSEC Business School |
| 2012 | Darden School of Business, University of Virginia; Lancaster University; London Business School |
| 2011 | Ohio State University; Simon School of Business, University of Rochester; Olin Business School, University of Washington; Federal Reserve Bank of Philadelphia; New Economic School, Moscow; Higher School of Economics, Moscow |
| 2010 | University of Vienna; Brunel University; Copenhagen Business School; Said School of Business, Oxford University; University of Exeter; London School of Economics; Arizona State University; Erasmus University, Rotterdam; Nova School of Economics & Business, Lisbon |
| 2009 | Georgia State University; Marshall School of Business, USC; Michigan Business School; Stern School of Business, NYU; Imperial College |
| 2008 | Owen School of Management; Vanderbilt University; University of Illinois at Urbana-Champaign; Boston College; London Business School; Stockholm School of Economics; University of Maryland; Columbia Business School; Yale School of Management; Florida State University; Anderson School of Management, UCLA; Colorado University at Boulder |

| | |
|---|---|
| 2007 | Norwegian School of Business, University of Bergen; Wharton School, University of Pennsylvania; National University of Singapore; Singapore Management University; Nanyang Technological University; Smeal College of Business, Penn State University, Hong Kong University of Science and Technology; Chicago GSB |
| 2006 | Baruch College, City University of New York; Fuqua School of Business, Duke University; Kenan-Flagler School of Business, University of North Carolina; University of Toronto; MIT Sloan |
| 2005 | Arizona State University; Joint Stanford/Berkeley Finance seminar; Toulouse Business School; University of Lausanne; University of Vienna |
| 2004 | Binghamton University; Federal Bank of New York; Federal Reserve Board, Washington, D.C.; University of Wisconsin - Madison; McCombs School of Business, University of Texas at Austin; GSIA, Carnegie-Mellon University; Johnson School of Management, Cornell University; Graduate School of Business, Stanford University; Anderson School of Management, UCLA; Kellogg School of Management, Northwestern University; Simon School of Business, Rochester University; Columbia Business School; Stern School of Business, New York University; Goizueta Business School; Emory University; Harvard Business School; Michigan Business School; Wharton School, University of Pennsylvania; London School of Economics |
| 2003 | Bologna University; Verona University; Said Business School, Oxford University; The Judge Institute of Management, Cambridge University; Venice University; Turin University |
| 2002 | Hebrew University, Jerusalem; School of Business, Tel Aviv University |
| 2001 | Padova University; Toulouse Business School |

## Awards and Distinctions

2021–2022 Shanahan Family Faculty Fellow, Stanford GSB

2021      First Place, Jensen prize, *Journal of Financial Economics*

2021      The Inaugural Doriot Award for the Best Private Equity Research Paper

2020      Professor of The Week, Poets & Quants

2017      Best Paper, Private Equity Research Consortium Best Paper Award

2017      Highly commended paper, Best Private Equity paper 2017, Savvy Investor Awards

2014–2015 Dhirubhai Ambani Faculty Fellow in Entrepreneurship, Stanford GSB

2014      Finalist, 2014 TIAA-CREF Paul A. Samuelson Award

2013–2014 Shanahan Family Faculty Scholar, Stanford GSB

2013      The Sloan Teaching Excellence Award, Stanford GSB

- Awarded annually to one faculty member by Stanford Sloan fellows

2011      First Place, Fama–DFA Prize, *Journal of Financial Economics*

2010–2011 Spence Faculty Scholar, Stanford GSB

2010      The Masters in Management Inaugural Best Teacher Award, London Business School

- Awarded annually to one faculty member by LBS MiM students

2009        The MBA Distinguished Teacher Award, Stanford GSB

- Awarded annually to one faculty member by Stanford MBA students

2008        The MBA Distinguished Teacher Award (shortlisted), Stanford GSB

2007        First Paper Prize, Brattle Award, *Journal of Finance*

2007        Distinguished Alumni Award, New Economic School

2007        The Best Paper Award, 13th Mitsui Symposium on Finance, U. of Michigan

2007        The MBA Distinguished Teacher Award (shortlisted), Stanford GSB

2006–2007  Fletcher Jones Faculty Scholar, Stanford GSB

2005        Moody's Grant for $30,000 (with S. Schaefer)

2004        The Dimitris N. Chorafas Foundation Award for the best paper

2004        The Trefftzs Award, Western Finance Association

2003–2004  Inquire UK research grant for GBP10,000 (with S. Schaefer)

2003–2004  Inquire Europe research grant for euro 10,000 (with S. Schaefer)

2003        Lehman Brothers Fellowship for Research Excellence in Finance (finalist)

2002–2004  Kaplanis Fellowship, London Business School

2001–2002  Citigroup Ph.D. Scholar, London Business School

1996–1997  MacArthur Foundation grant for $10,000

1995–1997  Moscow Mayor Scholarship

# Select Ongoing Professional Academic Activities

- Member, Scientific Council, Tilburg School of Economics and Management, 2021–
- Faculty Director, Stanford GSB Venture Capital Initiative, Stanford University, 2015–
- Faculty Advisor, Center for Entrepreneurial Studies, Stanford GSB, 2012–
- Board Member, American Friends of NES (AFNES), 2008–

# Select Ongoing Professional Industry Activities

- Faculty leader, executive workshops and economic consulting, 2010–
- Expert witness, multiple legal cases, 2015–

# Select Expert Witness Work, including all expert testimony within the last five years

- Expert witness, Confidential arbitration, in a dispute related to the venture capital industry, JAMS, Report 2026, Deposition 2026
- Expert witness, Elon Musk, et al., v. Samuel Altman, et al., United States District Court, Northern District of California, Case No. 4:24-cv-04722-YGR, Report 2025, Rebuttal Report 2025, Deposition 2025

- Expert witness, ATP III GP, Ltd. v. Rigmora Biotech Investor One LP and Rigmora Biotech Investor Two LP, Court of Chancery of the State of Delaware, C.A. No. 2025-0607-KSJM, Report 2025, Deposition 2025, Trial Testimony 2025

- Expert witness, Confidential arbitration, in a dispute related to the venture capital industry, JAMS, Report 2025, Rebuttal Report 2025, Deposition Testimony 2025, Trial Testimony 2026

- Expert witness, Confidential arbitration, in a dispute related to the private equity industry, JAMS, Report 2025, Deposition 2025

- Expert witness, Biao Wang, Individually and on Behalf of All Others Similarly Situated, vs. Zymergen, Inc. et al., United States District Court, Northern District of California, San Jose Division, Case No. 5:21-cv-06028-PCP, Report 2025

- Expert witness, Facebook Inc. Derivative Litigation, Court of Chancery of the State of Delaware, C.A. No. 2018-0307-JTL, Report 2025, Rebuttal Report 2025, Deposition 2025

- Expert witness, Redwood Liquidating Co. v. Paul Hastings LLP and Does 1-20, inclusive, Case No. 23STCV15242, Superior Court of the State of California, County of Los Angeles, Report 2025, Rebuttal Report 2025, Deposition 2025

- Expert witness, SEC Inquiry In The Matter of GrubMarket, Inc., Declaration 2024

- Expert witness, Pierre Caland v. Alexander J. Davis, Superior Court of the State of California, County of Los Angeles – West District, Case No. 21SMCV01083, Report 2024, Deposition 2024

- Expert witness, Citigroup Global Markets Inc., et al. v. SCIP Capital Management, LLC and The Silverfern Group, Inc., Supreme Court of the State of New York, New York County, 651031/2019, Report 2022, Rebuttal Report 2022, Deposition 2022, Trial Testimony 2024

- Expert witness, Confidential arbitration, in a dispute related to the acquisition of a public company, JAMS, Report 2024, Trial Testimony 2024

- Expert witness, Valhalla Partners II, L.P. et al., v. Vistar Media, Inc., Delaware Chancery Court, C.A. No. 2019-0101-SG, Report 2022, Deposition 2022, Trial Testimony 2024

- Expert Witness, Johnson v. Friedensohn, et al., No. CGC-19-580960, Superior Court of the State of California, County of San Francisco, Declaration 2023, Deposition 2023

- Expert witness, Confidential arbitration, in a dispute between a PE firm and its investor, Report 2023, Report 2023, Trial Testimony 2023

- Expert Witness, in Toptal, LLC, vs. Denis Grosz and Mechanism Ventures, LLC, Second Judicial District Court of the State of Nevada, Case No. CV20-00555, Report 2023, Report 2023, Deposition 2023

- Expert witness, Confidential arbitration, in a dispute between a VC firm and its former partners, Report 2023, Report 2023, Deposition 2023, Trial Testimony 2023

- Expert witness, in In Re: Packaged Seafood Products Antitrust Litigation, Case No. 15-md-02670-JLS-MDD (S.D. Cal.), Report 2019, Deposition 2019, Report 2022, Report 2023, Deposition 2023

- Expert witness, in AllRounds, Inc. v. eShares et al., Case No. 3:20-CV-07083-VC-DMR, Report 2022, Deposition 2022

- Expert witness, Khosla Ventures IV, LP, Khosla Ventures IV (CF), LP v. Neutron Holdings, Inc., Brad Bao, David Richter, and Michael Hillman; Khosla Ventures IV, LP, Khosla Ventures IV (CP), LP v. Structural Capital Investments II, LP, Ocean II PLO LLC, Shojin Enterprises, LLC, and Neutron Holdings, Inc., Superior Court of the State of California, County of San Francisco, Declaration 2022, Deposition 2022

- Expert witness, Confidential arbitration, Individual v. Management company, JAMS, Report 2021, Report 2021, Trial Testimony 2022

- Expert witness, in Sean Rad et al., v. IAC/InteractiveCorp, Match Group, Inc., and Match Group, LLC, Supreme Court of the State of New York, Index No. 654038/2018, Report 2021, Rebuttal Report 2021, Deposition 2021

- Expert witness, Confidential arbitration, Investor v. Fund Manager, American Arbitration Association, Report 2021, Trial Testimony 2021

- Expert witness, in YA Global Investments, et al., v. Commissioner of Internal Revenue, Docket No. 14546-15, 28751-15, Report 2020, Deposition 2020, Trial Testimony 2020

- Expert witness, Confidential dispute, Investors v. Company, U.S. District Court for the Northern District of California, Mediation Report 2020

- Expert witness, in Robinson and Moorthy v. Koo et al., JAMS ADR, Case No. 1100101991, Report 2020, Trial Testimony 2020

- Expert witness, in Facebook, Inc. & Subsidiaries v. Commissioner of Internal Revenue, Docket No. 21959-16, Report 2019, Report 2021, Trial Testimony 2022

- Expert witness, in ICSID Case No. UNCT/19/1: Maria Lazareva v. The State of Kuwait, Report 2019, Report 2020, Trial Testimony 2021

- Expert witness, in Allison Huynh v. Scott Hassan, Case No. 615FL013853, Deposition 2017, Report 2018, Deposition 2018, Trial Testimony 2021

## Editorial Activities

- Associate Editor, *Finance Research Letters*, 2013–2017
- Associate Editor, *Management Science*, 2012–2016
- Referee for *American Economic Review*, *Econometrica*, *European Finance Review*, *Journal of Corporate Finance*, *Journal of Economic Dynamics and Control*, *Journal of Finance*, *Journal of Financial and Quantitative Analysis*, *Journal of Financial Economics*, *Journal of Financial Intermediation*, *Journal of Financial Markets*, *Journal of Political Economy*, *Journal of Royal Statistical Society*, *Management Science*, *Quarterly Journal of Economics*, *Rand Journal of Economics*, *Review of Finance*, *Review of Financial Studies*.

## Past Professional Activities

- Member of Faculty Senate, Stanford University, 2021–2025
- Faculty Director, The Emerging CFO, Stanford GSB Executive Education Program, 2012–2023
- Director, European Finance Association, 2019–2022
- Member, Committee on Graduate Studies, Stanford University, 2017–2020
- Member, Dean's Advisory Group, Stanford GSB, 2012–2015

- Faculty Director, Strategic Leadership for CFOs, Enterprise Ireland/Stanford GSB Executive Education Program, 2010–2015
- Member, AFA Nominating Committee, 2014
- Board Member, Finance Theory Group, 2011–2013
- Finance Ph.D. Liaison, Stanford GSB, 2011–2013
- Member, Executive Education Faculty Oversight Committee, Stanford GSB, 2011–2013
- Member, CREEES (Stanford Center for Russian, East European, and Eurasian Studies) Steering Committee, 2010–2013
- Finance Ph.D. admission coordinator, Stanford GSB, 2010–2011
- Co-chair, Corporate Theory workshop committee, 2010–2011
- Co-organizer, NBER Corporate Finance meeting, Stanford, November 2011
- Co-organizer, 4th Corporate Theory workshop, Stanford, May 2011
- Member, Conference Program Committee, "Stability and Risk Control in Banking, Insurance and Financial Markets", Venice, 2011
- Chairman, Conference Program Committee, "Credit Risk, Financial Crisis, and the Macroeconomy", Venice, 2009
- Panelist, PhD in Finance Project, WFA 2009 meeting, San Diego; WFA 2010 meeting, Victoria
- Session organizer, AFA 2010 Meeting; WFA 2011 Meeting
- Associate Chair, WFA 2010 meeting program committee; Member, WFA 2008, 2011 meetings program committee
- Discussant, NBER Corporate Meeting, 2010; NBER Asset Pricing Meeting , 2012 (scheduled)
- Discussant, American Finance Association Meetings (2005, 2006 (2), 2007, 2009 (2))
- Discussant, Western Finance Association Meetings, (2005, 2009, 2010)
- Discussant, European Finance Association Meetings (2000–2003, 2005 (2))
- Reviewer, Social Sciences and Humanities Research Council of Canada
- Co-organizer, SITE Workshop on "Dynamic Investment and Financing", Stanford, 2007
- Member, EFA meeting program committee (2005, 2009)
- Faculty leader, PhD Corporate Finance reading group, Stanford GSB, 2004–2005
- Member, Spencer Award Committee, Stanford GSB, 2006
- Finance seminar co-organizer, Stanford GSB, 2005–2006
- Faculty member, MBA academic committee, Stanford GSB, 2006–2007
- Co-founder of weekly Ph.D. Lunch Seminars at LBS

## Giving back

2025-Present  Ilya A. Strebulaev PhD in Finance Fund, London Business School

- Financial support for LBS Finance PhD students in the final year of their studies

2004–Present  Anna S. Dvornikova and Ilya A. Strebulaev Fund, New Economic School

Curriculum Vitae: Ilya A. Strebulaev                                                          14

- Financial support for NES students applying to Ph.D. Programs (GRE, GMAT, TOEFL, applications, airfare)
- 159 students received support over these years

## Teaching Experience

| | |
|---|---|
| MBA Program | *Venture Capital and Angels: Finance and Decision-Making*, Stanford GSB: Fall 2025 (142 students), Fall 2024 (142 students), Fall 2023 (144 students), Fall 2022 (144 students), Fall 2021 (132 students), Fall 2020 (128 students), Fall 2019 (119 students), Fall 2018 (110 students), Fall 2017 (123 students), Fall 2016 (117 students), Fall 2014 (84 students), Fall 2013 (80 students), Winter 2013 (85 students) |
| | *Economics of the Private Equity Industry*, Stanford GSB: Fall 2025 (48 students), Fall 2024 (72 students), Fall 2023 (72 students), Fall 2022 (72 students), Fall 2021 (48 students) |
| | *Corporate Finance* (core/elective, case-based), Stanford GSB: 2012 (46 students), 2011 (56 students), 2008 (110 students), 2007 (179 students), 2006 (101 students), 2005 (45 students); LBS: 2010 (65 students) |
| Sloan/MSx Program | Finance (core), Stanford GSB (Fall 2017, Fall 2014, Fall 2013, Winter 2013) |
| Executive Education | Innovation, venture capital, angel investment; Financial decision-making, strategic judgment in decision-making, behavioral finance; Finance strategy, corporate finance, risk management, 2010–2025 |
| Masters in Management Program | Finance (core): LBS, 2010 (115 students) |
| Ph.D./Research Programs | Venture Capital and Innovation, Stanford GSB, 2018–2021 |
| | Advanced Corporate Finance, Stanford GSB, 2007–2009, 2011–2015 |

## Graduate Students

2014–2019  Roy Roth (Ph.D. advisor), 1st job: Analysis Group

2013–2018  Daria Anosova (Ph.D. co-advisor), 1st job: Cornerstone Research

2012–2017  Akitada Kasahara (Ph.D. co-advisor), 1st job: Waseda University

2011–2016  Michael Schwert (Ph.D. advisor), 1st job: Ohio State University

2010–2015  Will Gornall (Ph.D. advisor), 1st job: University of British Columbia

2010–2015  Pavel Zryumov (Ph.D. advisor), 1st job: Wharton School, University of Pennsylvania

2008–2013  Will Cong (Ph.D. co-advisor), 1st job: Booth Graduate School of Business, University of Chicago

2007–2010  Alexander Gorbenko (Ph.D. advisor), 1st job: London Business School

2006–2009  Zhipeng Zhang (Ph.D. co-advisor), 1st job: Boston College

2005–2008  Baozhong Yang (Ph.D. co-advisor), 1st job: Georgia State University

2005–2007  Scott Joslin (Ph.D. reading committee), 1st job: MIT Sloan

2004–2006  Leandro Saita (Ph.D. reading committee), 1st job: Goldman Sachs

## Research Interests

- Venture capital, angel investments, private equity
- Corporate innovation, corporate venture capital
- Financing innovation, innovative ecosystems, entrepreneurial finance
- Financial decision-making, dynamic corporate finance, behavioral biases, real options

## Teaching Interests

| | |
|---|---|
| MBA | Venture capital, private equity, entrepreneurial finance |
| Executive Education | Venture capital, innovation, Silicon Valley, private equity, GP-LP relationships, Finance strategy, strategic judgment in decisions |
| Ph.D. | Corporate finance, Financing innovation |

## Personal Information

- Date of Birth: 17 May 1975
- Marital Status: Married, 2 children
- Languages: English, Russian (mother tongue), Italian (basics)
- Hobbies: Wine, Science and Innovation, Classical Music, Opera, Philately, Travel, History and Culture (in particular: British, Italian, Russian)