**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELON MUSK, ET AL.,<br><br>    Plaintiffs,<br><br>    VS.<br><br>SAMUEL ALTMAN, ET AL.,<br><br>    Defendants. | Case No. 4:24-cv-4722-YGR<br><br>PROCEDURAL STIPULATIONS (ATTACHMENT A TO PRETRIAL ORDER NO. 1) |

**RECEIVED**

MAY 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLEASE INITIAL AND SIGN as acceptable:

It is stipulated that the Jury Instructions and the Exhibits may go into the Jury Room during deliberations.

For the Plaintiff _____    For the Defendant _____

It is stipulated that the parties need not be present when, during jury deliberations, the jurors are excused for lunch, return for lunch, and/or are discharged in the evening and resume in the morning.

For the Plaintiff _____    For the Defendant _____

It is stipulated that, during jury deliberations, the jury may recess without further admonition and without assembling in the jury box, and that they may resume their deliberations upon the Deputy Clerk's determination that all jurors are present.

For the Plaintiff _____    For the Defendant _____

United States District Court
Northern District of California

In the absence of the trial judge, any judge of this court may receive the verdict.

For the Plaintiff _____

For the Defendant _____

(Party Name) ELON MUSK

(Party Name) _____

_____

_____

Signature (Plaintiff's Attorney)

Signature (Defense Attorney)

For the Defendant _____OpenAI____

(Party Name) _MICROSOFT_

_____

Signature (Defense Attorney)

2