# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

ELON MUSK, ET AL.,

               Plaintiffs,

   v.

SAMUEL ALTMAN, ET AL.,

               Defendants.

Case No. 4:24-cv-04722-YGR

## VERDICT FORM

# FILED

MAY 18 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**WE, THE JURY IN THE ABOVE-ENTITLED CASE**, unanimously find as follows:

1.  On the Claim for Breach of Charitable Trust, is the claim barred by the Statute of Limitations?

    ___✓___ YES    _____ NO

    *If you answered "YES" to Question 1, then proceed to Question 3.*

    *If you answered "NO" to Question 1, then proceed to Question 2.*

2.  On the Claim for Aiding and Abetting Breach of Charitable Trust, is the claim barred by the Statute of Limitations?

    _____ YES    _____ NO

    *Proceed to Question 3.*

3.  On the Claim for Restitution based on Unjust Enrichment, is the claim barred by the Statute of Limitations?

    ___✓___ YES    _____ NO

    *If you answered "YES" to both Question 1 **and** Question 3, then skip the other questions and the presiding juror should sign and date this form.*

    *If you answered "NO" to any Question, proceed to the next page and follow the instructions.*

*Only answer Question 4 if you answered "NO" to Question 1. Said differently, if you answered "YES" to Question 1, skip this Question:*

4. On the First Claim for Breach of Charitable Trust, did Musk prove the claim against any of these defendants?

| | | |
|---|---|---|
| Samuel Altman | _____ YES | _____ NO |
| Gregory Brockman | _____ YES | _____ NO |
| The OpenAI Foundation | _____ YES | _____ NO |

*Only answer Question 5 if you answered "NO" to Question 3. Said differently, if you answered "YES" to Question 3, skip this Question:*

5. On the Second Claim for Restitution based on Unjust Enrichment, did Musk prove the claim by a preponderance of the evidence against any of these defendants?

| | | |
|---|---|---|
| Samuel Altman | _____ YES | _____ NO |
| Gregory Brockman | _____ YES | _____ NO |
| The OpenAI Foundation | _____ YES | _____ NO |
| OpenAI Group PBC | _____ YES | _____ NO |

*Only answer Question 6 if you answered "NO" to Question 2 **and** "YES" as to any defendant in Question 4. Said differently, if you answered "YES" to Question 2 **or** "NO" for every defendant in Question No. 4, skip this Question:*

6. On the Third Claim for Aiding and Abetting Breach of Charitable Trust, did Musk prove the claim by a preponderance of the evidence against Microsoft Corporation?

_____ YES _____ NO

*If you answered "YES" as to any defendant in Questions 4, 5, **or** 6, then proceed to the next page and answer Questions 7 and 8.*

Case No. 4:24-cv-04722-YGR

*If you answered "NO" for every defendant in Questions 4, 5, **and** 6, then skip the other questions and the presiding juror should sign and date this form.*

7. On the Affirmative Defense of Laches, did the defendants prove by a preponderance of the evidence that Musk delayed bringing this lawsuit for an unreasonable length of time, resulting in prejudice to the defendants?

_____ YES _____ NO

8. On the Affirmative Defense of Unclean Hands, did the defendants prove by a preponderance of the evidence that Musk engaged in conduct that was unconscionable and directly related to his claims, resulting in prejudice to the defendants so that it would be unfair to hold the defendants liable for Musk's claims?

_____ YES _____ NO

Signed: _____
**Presiding Juror**

Dated: 5/18/26

*After the verdict form has been signed, notify the Courtroom Deputy.*