UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE YVONNE GONZALEZ ROGERS      Case No. 24-cv-04722-YGR

CASE NAME: Musk v. Altman et al

NOTE FROM THE JURY

Note No. ___1_____

Date _5/14/26_____

Time _3:54pm_____

1.      The Jury has reached a unanimous verdict ( )

        or

2.      The Jury has the following question or communication:

Monday   8:30 - 2:30

_____

_____

                                    NAME REDACTED
                                    _____
                                    Foreperson of the Jury

**RECEIVED**

MAY 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

#### JUROR QUESTIONS
#### FOR CIVIL CASES

CASE NAME: MUSK V. ALTMAN ET AL

CASE NUMBER: 24-CV-4722-YGR

A question for a witness may be submitted to the Court through the clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

FROM:

Why is forming a non-profit desirable for a technology company formation?

Juror #7

**RECEIVED**

APR 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE AND TIME RECEIVED: 4/29/2026   7:43 AM



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### JUROR QUESTIONS
### FOR CIVIL CASES

CASE NAME: MUSK V. ALTMAN ET AL

CASE NUMBER: 24-CV-4722-YGR

A question for a witness may be submitted to the Court through the clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

FROM:

Juror no: 9

\# Was Mr. Greg & Mr. Altman hired as a W-2 employee by Mr. Musk?
\# Was they seeing him (Mr. Musk) as a group-contributator as they didn't contribute any money to start the company only they contributing with their knowledge?

# RECEIVED

MAY 0 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE AND TIME RECEIVED: _____



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JUROR QUESTIONS**
**FOR CIVIL CASES**

CASE NAME: MUSK V. ALTMAN ET AL

CASE NUMBER: 24-CV-4722-YGR

A question for a witness may be submitted to the Court through the clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

FROM:  Juror  # 7

Does the exclusive license to microsoft mean that Open AI can not use the IP given to microsoft?

**RECEIVED**

MAY 0 5 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE AND TIME RECEIVED: _____



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTIONS
FOR CIVIL CASES

CASE NAME: MUSK V. ALTMAN ET AL

CASE NUMBER: 24-CV-4722-YGR

A question for a witness may be submitted to the Court through the clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

FROM:  6

① All jurors agree we will not be here on Friday May 15.

② We will start deliberations at 0830 until 1500 but can leave earlier if needed.

**RECEIVED**

MAY 07 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE AND TIME RECEIVED: 5/7/26





**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JUROR QUESTIONS**
**FOR CIVIL CASES**

CASE NAME: MUSK V. ALTMAN ET AL

CASE NUMBER: 24-CV-4722-YGR

A question for a witness may be submitted to the Court through the clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

FROM: Juror 102

The jurors agreed to staying until 3pm on Thursday, May 14, 2026

**RECEIVED**

MAY 1 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE AND TIME RECEIVED: _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### JUROR QUESTIONS
### FOR CIVIL CASES

CASE NAME: MUSK V. ALTMAN ET AL

CASE NUMBER: 24-CV-4722-YGR

A question for a witness may be submitted to the Court through the clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

FROM: Row 3

___

- How they are working on Control all misinfomation and manipulation

- How the Energy Consumption & Emission will impact the planet

- Water Depletion
- How do the water used  to cool down th AI data center ir helping humanity if AI ir meant to serve humanity? while Using gallons of water that severs human Pace?

## RECEIVED

### MAY 13 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE AND TIME RECEIVED: _____