**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cv-4722-YGR
Case Name: <u>Musk v. Altman</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Steven Molo, Marc Toberoff, Sara Tofighbakhsh, Jennifer Schubert, Alex Eynon, Walter Hawes, Robert Kry, Eric Nitz | OpenAI: William Savitt, Sarah Eddy, Randall Jackson, William Frentzen, Jordan Eth, Nathaniel Cullerton, Bradley Wilson; Microsoft: Russell Cohen, Nisha Patel, Jay Jurata, Hannah Leone, Howard Ullman, Yosef Weitzman, Forrest Lovett |
| **DATE:** May 18, 2026 | **REPORTER:** Irene Rodriguez | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 1 hour 51 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:58 am | | | Court is reconvened. The jury is in deliberation. Administrative matters are discussed, and motion to preclude and strike Dr. Wazzan's testimony is taken under submission. Plaintiff's exhibits 286 and 292 are provisionally admitted. | |
| | | 9:20 am | | | Evidentiary hearing is convened. Plaintiff's witness Dr. Christopher Paul Wazzan is called and sworn. Direct examination by Mr. Kry. | |
| 286 | | | x | x | OpenAI Summary: Post-Recapitulation Cap Table. | |
| | | | x | | Demonstrative. OpenAI For-Profit Allocation. | |
| 373 | | | x | | 10/29/2025 Exhibit 9 to P. Wazzan Expert Report. | |
| 98 | | | x | x | Previously admitted. | |
| 99 | | | x | x | Previously admitted. | |
| | | 10:14 am | | | A member of the public is admonished for recording court proceedings and ordered to the U.S. Marshals for inspection of electronic devices. | |
| | | | | | | |
| | | 10:23 am | | | The verdict is received from the jury. Evidentiary hearing is terminated. Dr. Wazzan is ordered to step down from the stand. | |
| | | 10:27 am | | | The jury reenters the courtroom. The verdict is read on the record. | |
| | | 10:34 am | | | The jury is polled, and the verdict is recorded. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:36 am | | | The Court addressed the jury. The jury is admonished and discharged from service. | |
| | | 10:40 am | | | The jury exits the courtroom. The Court is in recess. | |
| | | 11:31 am | | | The Court is reconvened. Further discussions with the parties re post-trial motions. | |
| | | 11:40 am | | | Court is adjourned. | |