MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SAMUEL ALTMAN, et al.,<br><br>                    Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**[PROPOSED] ORDER ON ADVISORY VERDICT AND RULE 54(b) CERTIFICATION** |

An advisory jury empaneled in this matter having found that Plaintiff's Phase I claims are barred by the statute of limitations, the Court hereby ADOPTS its statements on the record at trial concerning the advisory verdict at 5/18 Tr. 2690:16-25, 2693:22-2695:2 as its findings of fact and conclusions of law for purposes of Federal Rule of Civil Procedure 52(a), having applied the same legal standards it provided to the advisory jury with all objections preserved.

Having determined that there is no just reason for delay, the Court ORDERS that judgment be entered on this decision under Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge