# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELON MUSK, ET AL.,** | Case No.  4:24-cv-04722-YGR |
| Plaintiffs, | **POST-TRIAL ORDER RE: ADVISORY VERDICT** |
| vs. | |
| **SAMUEL ALTMAN, ET AL.,** | |
| Defendants. | |

The Court reaffirms that it empaneled an advisory jury in this matter and that the advisory jury found that plaintiff's trial claims are barred by the statute of limitations. The Court further reaffirms that it **ADOPTED THE JURY VERDICT AND HEREBY ADOPTS** its statements on the record at trial concerning the advisory verdict (*see* Trial Tr. 2690:16–25, 2693:22–2695:2) as its findings of fact and conclusions of law for purposes of Federal Rule of Civil Procedure 52(a). The Court confirms that, in so adopting that verdict, it applied the same legal standards it provided to the advisory jury with all objections preserved and a substantial amount of evidence supporting the jury's verdict, as reflected in the evidence cited during the defendants' closing arguments.

**IT IS SO ORDERED.**

Dated:   May 20, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California