RECEIVED

MAY 26 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

USPS CERTIFIED MAIL

