Musk v. Altman, 24-cv-4722-YGR

# Joint Index of Admitted Exhibits

By Exhibit Number

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 3 | 5/25/2015 Email from E. Musk to S. Altman re: question (2024MUSK-0010861) | Sam Altman | 5/25/2015 | 5/12/2026 | 501 |
| 5 | 6/25/2015 Email from E. Musk to S. Altman re: AI lab (2024MUSK-0008261) | Elon Musk | 6/25/2015 | 4/28/2026 | 502 |
| 7 | 10/19/2015 Email from S. Altman to E. Musk re: followup (2024MUSK-0005439 - 2024MUSK-0005440) | Elon Musk | 10/19/2015 | 4/28/2026 | |
| 8 | 10/26/2015 Email from G. Brockman to N. Jain and S. Altman re: yc ai ask (OPENAI_MUSK00021496 - OPENAI_MUSK00021497) | Greg Brockman | 10/26/2015 | 5/4/2026 | |
| 12 | 11/23/2015 Email from E. Musk to S. Altman re: Thought Summary (2024MUSK-0010041 - 2024MUSK-0010043) | Elon Musk | 11/23/2015 | 4/28/2026 | |
| 14 | 12/8/2015 Email from S. Altman to E. Musk re: Draft opening paragraphs (2024MUSK-0000366- 2024MUSK-0000367) | Elon Musk | 12/8/2015 | 4/28/2026 | |
| 15 | 12/8/2015 Email from S. Altman to G. Brockman re: thoughts? from Elon (OPENAI_MUSK00016993) | Greg Brockman | 12/8/2015 | 5/5/2026 | |
| 16 | 12/8/2015 Delaware Certificate of Incorporation of a Non-Stock Corporation OpenAI, Inc. (OPENAI_MUSK00000416 - OPENAI_MUSK00000421) | Elon Musk | 12/8/2015 | 4/28/2026 | 511 |
| 17 | 12/11/2015 OpenAI blog post titled "Introducing OpenAI" (2024MUSK-0014466 - 2024MUSK-0014469) | Elon Musk | 12/11/2015 | 4/30/2026 | 512 |
| 22 | 8/28/2017 Initial Registration OpenAI, Inc. (2024MUSK-0003112 - 2024MUSK-0003133) | David Schizer | 8/28/2017 | 5/7/2026 | 659 |
| 23 | 4/2/2018 Email from E. Musk to S. Altman and S. Zilis re: The OpenAI Charter (OPENAI_MUSK00000859 - OPENAI_MUSK00000860) | Sam Altman | 4/2/2018 | 5/12/2026 | 804 |
| 24 | 4/9/2018 OpenAI Charter (OPENAI_MUSK00012044 - OPENAI_MUSK00012048) | Elon Musk | 4/9/2018 | 4/30/2026 | 805 |
| 25 | 11/20/2015 Email from Musk to Altman re AI docs (2024MUSK-0009963) | Elon Musk | 11/20/2015 | 4/29/2026 | 507 |
| 51 | OpenAI Inc's 2016 Form 990 (OPENAI_MUSK00009189 - OPENAI_MUSK00009231) | Jared Birchall | 12/31/2016 | 4/30/2026 | 1264 |
| 52 | OpenAI Inc's 2017 Form 990 (OPENAI_MUSK00006040 - OPENAI_MUSK00006083) | Jared Birchall | 12/31/2017 | 4/30/2026 | 1265 |
| 53 | OpenAI Inc's 2018 Form 990 (OPENAI_MUSK00005412 - OPENAI_MUSK00005453) | David Schizer | 12/31/2018 | 5/7/2026 | 1266 |
| 54 | OpenAI Inc's 2019 Form 990 (OPENAI_MUSK00005462 - OPENAI_MUSK00005505) | David Schizer | 12/31/2019 | 5/7/2026 | 1267 |
| 55 | OpenAI Inc's 2020 Form 990 (OPENAI_MUSK00005617 - OPENAI_MUSK00005661) | David Schizer | 12/31/2020 | 5/7/2026 | 1268 |
| 56 | OpenAI Inc's 2021 Form 990 (OPENAI_MUSK00005667 - OPENAI_MUSK00005704) | David Schizer | 12/31/2021 | 5/7/2026 | 1269 |
| 57 | OpenAI Inc's 2022 Form 990 (OPENAI_MUSK00005934 - OPENAI_MUSK00005977) | David Schizer | 12/31/2022 | 5/7/2026 | 1270 |
| 58 | OpenAI Inc's 2023 Form 990 (OPENAI_MUSK00005983 - OPENAI_MUSK00006034) | David Schizer | 12/31/2023 | 5/7/2026 | 1271 |
| 60 | 7/10/2014 Vanguard Charitable Grant Confirmations (VC000240 - VC000308) | Jared Birchall | 7/10/2014 | 4/30/2026 | |

Musk v. Altman, 24-cv-4722-YGR
# Joint Index of Admitted Exhibits
By Exhibit Number

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 63 | 11/19/2015 Email from E. Musk to I. Sutskever, et al. re: YC AI/Google (2024MUSK-0005305) | Ilya Sutskever | 11/19/2015 | 5/11/2026 | |
| 66 | 12/6/2015 Email from G. Brockman to S. Altman re: Decision (OPENAI_MUSK00016951 - OPENAI_MUSK00016956) | Greg Brockman | 12/6/2015 | 5/4/2026 | |
| 67 | 12/11/2015 Email from E. Musk to I. Sutskever, et al. re: The OpenAI Company (2024MUSK-0009787) | Greg Brockman | 12/11/2015 | 5/4/2026 | 513 |
| 70 | 4/20/2016 Email from E. Musk to J. Huang re: DGX-1 (2024MUSK-0004103) | Elon Musk | 4/20/2016 | 4/28/2026 | |
| 71 | 5/21/2016 Email from C. Clark to R. Gong, et al. re: cash; attachment titled "YC.org (Sponsor) Letter OpenAI Donors May 2016" (BMO_00000120 - BMO_00000131) | Jared Birchall | 5/21/2016 | 4/30/2026 | |
| 73 | 5/27/2016 Donor letter to E. Musk re: May 2016 $500k contribution (BMO_00000172) | Jared Birchall | 5/27/2016 | 4/30/2026 | |
| 74 | 5/31/2016 Email from E. Musk to G. Brockman re: visa letter (OPENAI_MUSK00000114) | Greg Brockman | 5/31/2016 | 5/4/2026 | |
| 75 | 6/13/2016 Email from J. Birchall to myCFO re: Pioneer Building Open AI lease comments (BMO_00000192 - BMO_00000203) | Jared Birchall | 6/13/2016 | 4/30/2026 | |
| 79 | 7/1/2016 Email from J. Birchall to E. Musk and S. Teller re: Pioneer Building Lender Approval (SPX-002475 - SPX-002525) | Jared Birchall | 7/1/2016 | 4/30/2026 | 546 |
| 80 | 7/10/2016 Email from E. Musk to J. Birchall re: Weekly Update (2024MUSK-0009632 - 2024MUSK-0009634) | Jared Birchall | 7/10/2016 | 4/30/2026 | 547 |
| 84 | 11/9/2016 Email from J. Birchall to P. Lo re: projected giving Update (EXMF-0003982 - EXMF-0003989) | Jared Birchall | 11/9/2016 | 4/30/2026 | |
| 86 | 3/1/2017 Donor letter to E. Musk re: Feb. 2017 $5M contribution (2024Foundation-0000001) | Jared Birchall | 3/1/2017 | 4/30/2026 | |
| 87 | 6/1/2017 Donor letter re: May 2017 $5M contribution (2024Foundation-0000002) | Jared Birchall | 6/1/2017 | 4/30/2026 | 615 |
| 90 | 6/28/2017 Email from G. Brockman to E. Musk re: The 10,000 (OPENAI_MUSK00000308) | Greg Brockman | 6/28/2017 | 5/4/2026 | 1509 |
| 91 | 7/18/2017 - 9/14/2020 Fidelity Charitable Grant Confirmations (FIDCHAR-OPENAI-000761 - FIDCHAR-OPENAI-000842) | Jared Birchall | 2017 - 2020 | 4/30/2026 | |
| 92 | 7/19/2017 E-mail from leeder.hsu to J. Birchall re: YCR Basic Income Grant (EXMF-0000102 - EXMF-0000103) | Jared Birchall | 7/19/2017 | 4/30/2026 | |
| 93 | 7/21/2017 Email from J. Birchall to E. Musk, et al. re: Beijing Wants A.I. to Be Made in China by 2030 (2024MUSK-0006126 - 2024MUSK-0006127) | Jared Birchall | 7/21/2017 | 4/30/2026 | 629 |
| 98 | 1/1/2018 Email from I. Sutskever to E. Musk, et al. re: Note (OPENAI_MUSK00007198) | Elon Musk | 1/1/2018 | 4/29/2026 | |
| 99 | 1/1/2018 Email from G. Brockman to E. Musk, et al. re: thank you (OPENAI_MUSK00000814) | Elon Musk | 1/1/2018 | 4/29/2026 | |
| 100 | 1/24/2018 Donor letter from OpenAI to E. Musk re: Teslas (2024Excession-0000002) | Jared Birchall | 1/24/2018 | 4/30/2026 | |
| 103 | 7/22/2020 Email from C. Clark to J. Birchall re: OpenAI Update (EXMF-0003682) | Jared Birchall | 7/22/2020 | 4/30/2026 | |
| 105 | 10/1/2020 Texts between S. Altman and E. Musk (2024MUSK-0006301 - 2024MUSK-0006303) | Elon Musk | 10/1/2020 | 4/29/2026 | 923; 1506 |
| 107 | 2/18/2023 Text thread between E. Musk and S. Altman (2024MUSK-0006237 - 2024MUSK-0006238) | Sam Altman | 2/18/2023 | 5/12/2026 | |
| 112 | Summary Exhibit showing Musk's contributions to OpenAI (full version) | Jared Birchall | N/A | 4/30/2026 | |
| 151 | 8/21/2017 Journal entry authored by G. Brockman (OPENAI_MUSK00039292 - OPENAI_MUSK00039293) | Greg Brockman | 8/21/2017 | 5/4/2026 | |

# Joint Index of Admitted Exhibits

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 152 | 8/28/2017 Email from E. Musk to S. Zilis re: OpenAI notes (2024MUSK-0005521 - 2024MUSK-0005522) | Elon Musk | 8/28/2017 | 4/28/2026 | 660 |
| 153 | 9/11/2017 Email from J. Birchall to E. Musk re: OpenAI Cap Table (EXMF-0003257 - EXMF-0003258) | Elon Musk | 9/11/2017 | 4/28/2026 | 680 |
| 154 | 9/12/2017 Journal Entry authored by G. Brockman re: Elon call (OPENAI_MUSK00039364 - OPENAI_MUSK00039372) | Greg Brockman | 9/12/2017 | 5/4/2026 | |
| 156 | 9/13/2017 Email from E. Musk to I. Sutskever re: Current State (2024MUSK-0009240 - 2024MUSK-0009241) | Elon Musk | 9/13/2017 | 4/29/2026 | 686 |
| 157 | 9/20/2017 Email from E. Musk to I. Sutskever, et al. re: Honest Thoughts (2024MUSK-0005100 - 2024MUSK-0005101) | Elon Musk | 9/20/2017 | 4/29/2026 | |
| 158 | 9/21/2017 Email from S. Altman to E. Musk and I. Sutskever, et al. re: Honest Thoughts (2024MUSK-0005049 - 2024MUSK-0005050) | Elon Musk | 9/21/2017 | 4/29/2026 | 705 |
| 159 | 9/22/2017 Email from S. Zilis to E. Musk, et al. re: Non-profit (2024MUSK-0010384 - 2024MUSK-0010385) | Elon Musk | 9/22/2017 | 4/29/2026 | |
| 161 | 11/6/2017 Journal entry authored by G. Brockman (OPENAI_MUSK00039470 - OPENAI_MUSK00039479) | Greg Brockman | 11/6/2017 | 5/4/2026 | |
| 163 | 11/12/2017 Journal entry authored by G. Brockman (OPENAI_MUSK00039484 - OPENAI_MUSK00039492) | Greg Brockman | 11/12/2017 | 5/4/2026 | |
| 164 | 1/31/2018 Email from G. Brockman to E. Musk, et al. re: Top AI institutions today (2024MUSK-0004593 - 2024MUSK-0004596) | Greg Brockman | 1/31/2018 | 5/4/2026 | |
| 167 | 02/17/2018 Text message between Altman and Zilis (ZILIS-0002197) | Shivon Zilis | 2/17/2018 | 5/6/2026 | 765 |
| 200 | 10/10/2018 Limited Partnership Agreement of OpenAI, L.P., A Delaware Limited Partnership (OPENAI_MUSK00013411 - OPENAI_MUSK00013478) | OpenAI Corporate Representative (Robert Wu) | 10/10/2018 | 5/5/2026 | 839 |
| 201 | 7/2/2019 Amended and Restated Limited Partnership Agreement of Open AI, L.P., A Delaware Limited Partnership (MSFT_MUSK000059951 - MSFT_MUSK000060043) | OpenAI Corporate Representative (Robert Wu) | 7/2/2019 | 5/5/2026 | 875 |
| 202 | 7/2/2019 Joint Development and Collaboration Agreement between Microsoft, OpenAI Inc., and OpenAI, L.P (MSFT_MUSK000055169 - MSFT_MUSK000055204) | OpenAI Corporate Representative (Robert Wu) | 7/2/2019 | 5/5/2026 | 1522 |
| 203 | 3/6/2021 Second Amended and Restated Limited Partnership Agreement of Open AI, L.P., A Delaware Limited Partnership (MSFT_MUSK000064573 - MSFT_MUSK000064684) | OpenAI Corporate Representative (Robert Wu) | 3/6/2021 | 5/5/2026 | 1529 |
| 204 | 3/6/2021 Amended and Restated Joint Development and Collaboration Agreement between Microsoft, OpenAI Inc., and OpenAI, L.P. (OPENAI_MUSK00010268 - OPENAI_MUSK00010331) | OpenAI Corporate Representative (Robert Wu) | 3/6/2021 | 5/5/2026 | 935 |
| 206 | 1/23/2023 Amended and Restated Limited Liability Company Agreement of OpenAI Global, LLC, a Delaware Limited Liability Company (MSFT_MUSK000055001 - MSFT_MUSK000055091) | OpenAI Corporate Representative (Robert Wu) | 1/23/2023 | 5/5/2026 | 1010; 1525 |
| 207 | 1/23/2023 Second Amended Joint Development and Collaboration Agreement (Argos II) between Microsoft, OpenAI Inc., and OpenAI OpCo, LLC (OPENAI_MUSK00010528 - OPENAI_MUSK00010597) | OpenAI Corporate Representative (Robert Wu) | 1/23/2023 | 5/5/2026 | 1009 |

# Joint Index of Admitted Exhibits

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 211 | 9/11/2025 Memorandum of Understanding between OpenAI and Microsoft regarding a Proposed Recapitalization of the OpenAI For-Profit Enterprise (OPENAI_MUSK00037469 - OPENAI_MUSK00037482) | OpenAI Corporate Representative (Robert Wu) | 9/11/2025 | 5/5/2026 | 1169 |
| 212 | 9/11/2025 ARGOS 3 Term Sheet (OPENAI_MUSK00037449 - OPENAI_MUSK00037468) | OpenAI Corporate Representative (Robert Wu) | 9/11/2025 | 5/5/2026 | 1170 |
| 220 | 4/17/2015 Email from S. Altman to S. Nadella re: AI (OPENAI_MUSK00016768 - OPENAI_MUSK00016769) | Satya Nadella | 4/17/2015 | 5/11/2026 | |
| 221 | 12/12/2015 Email from S. Nadella to H. Shum, et al. re: OpenAI (MSFT_MUSK000044294) | Satya Nadella | 12/12/2015 | 5/11/2026 | |
| 222 | 9/1/2016 Tax exemption application of OpenAI, Inc. (MSFT_MUSK000036519 - MSFT_MUSK000036571) | Microsoft Corporate Representative (Michael Wetter) | 9/1/2016 | 5/7/2026 | 1518 |
| 228 | 8/11/2017 Email from E. Musk to S. Nadella re: Congrats (2024MUSK-0000669 - 2024MUSK-0000671) | Satya Nadella | 8/11/2017 | 5/11/2026 | 641; 1501 |
| 229 | 1/12/2018 Email from B. Tanzer to A. Hood, S. Nadella, et al. re: Update on OpenAI (MSFT_MUSK000000150 - MSFT_MUSK000000159) | Microsoft Corporate Representative (Michael Wetter) | 1/12/2018 | 5/7/2026 | |
| 230 | 3/7/2018 Email from K. Scott to S. Nadella, et al. re: Info ahead of your call with Sam Altman tomorrow (MSFT_MUSK000044183 - MSFT_MUSK000044185) | Satya Nadella | 3/7/2018 | 5/11/2026 | 1599 |
| 233 | 4/23/2018 Email from E. Musk to S. Zilis, et al. re: AI updates (2024MUSK-0005604 - 2024MUSK-0005605) | Elon Musk | 4/23/2018 | 4/29/2026 | 806 |
| 236 | 8/31/2018 Email from S. Altman to E. Musk, et al. re: OpenAI_LP_-_Summary_of_Principal_Terms.pdf (SPX-001642 - SPX-001647) | Elon Musk | 8/31/2018 | 4/29/2026 | 827; 1575 |
| 239 | 3/6/2019 Email from S. Altman to E. Musk, et al. re: OpenAI (2024MUSK-0005585 - 2024MUSK-0005588) | Elon Musk | 3/6/2019 | 4/29/2026 | |
| 241 | 3/11/2019 OpenAI blog post titled "OpenAI LP" (2024MUSK-0014452 - 2024MUSK-0014457) | Greg Brockman | 3/11/2019 | 5/4/2026 | 865 |
| 244 | 5/11/2019 Email from M. Murati to P. Waymouth re: OpenAI Edits (MSFT_MUSK000015915) | Mira Murati | 5/11/2019 | 5/6/2026 | |
| 245 | 6/10/2019 Memo from A. Hood and K. Scott to Board of Directors re: Investment in OpenAI (MSFT_MUSK000083907 - MSFT_MUSK000083916) | Microsoft Corporate Representative (Michael Wetter) | 6/10/2019 | 5/11/2026 | 1528 |
| 251 | 9/24/2020 Tweet from the user @WholeMarsBlog (MSFT_MUSK000085666) | Elon Musk | 9/24/2020 | 4/29/2026 | 922; 1537 |
| 252 | 10/28/2020 S. Altman - E. Musk text (2024MUSK-0006317 - 2024MUSK-0006318) | Elon Musk | 10/28/2020 | 4/29/2026 | 927; 1507 |
| 253 | 2/25/2021 Email from M. Wetter to J. Tinter re: [EXTERNAL] deal (MSFT_MUSK000068284 - MSFT_MUSK000068289) (with redaction) | Sam Altman | 2/25/2021 | 5/12/2026 | |
| 257 | 2/13/2022 Email from C. Young to A. Hood and K. Dolliver re: OpenAI restructure and attachment (MSFT_MUSK000054860 - MSFT_MUSK000054865) | Microsoft Corporate Representative (Michael Wetter) | 2/13/2022 | 5/11/2026 | |
| 258 | 2/16/2022 Email from M. Wetter to C. Young, et al. re: OpenAI restructure (MSFT_MUSK000035611 - MSFT_MUSK000035612) | Sam Altman | 2/16/2022 | 5/12/2026 | |

# Joint Index of Admitted Exhibits

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 259 | 4/28/2022 Email from S. Nadella to J. Tinter, et al. re: two documents for tomorrow (MSFT_MUSK000054738 - MSFT_MUSK000054739) & Proposal re Microsoft funds OpenAI (MSFT_MUSK000054742 - MSFT_MUSK000054743) | Satya Nadella | 4/28/2022 | 5/11/2026 | |
| 261 | 7/13/2022 Email from M. Wetter to K. Dolliver re: deal thoughts (MSFT_MUSK000035590 - MSFT_MUSK000035593) | Satya Nadella | 7/13/2022 | 5/11/2026 | |
| 267 | 1/11/2023 Memorandum from S. Nadella et al. to Board of Directors re OpenAI Strategic Investment (MSFT_MUSK000051723 - MSFT_MUSK000051731) | Satya Nadella | 1/11/2023 | 5/11/2026 | |
| 269 | 1/14/2023 Text thread between S. Altman and S. Nadella (OPENAI_MUSK00026473 - OPENAI_MUSK00026474) | Satya Nadella | 1/14/2023 | 5/11/2026 | |
| 270 | 1/15/2023 Excerpts of a text thread between S. Altman and S. Nadella (OPENAI_MUSK00026475 - OPENAI_MUSK00026476) | Satya Nadella | 1/15/2023 | 5/11/2026 | |
| 272 | 1/29/2023 Excerpts of a text thread between S. Altman and S. Nadella (OPENAI_MUSK00026550 - OPENAI_MUSK00026551) | Satya Nadella | 1/29/2023 | 5/11/2026 | |
| 279 | 9/9/2024 Microsoft Memo from S. Nadella et al. to Board of Directors (MSFT_MUSK000040990 - MSFT_MUSK000040999) | Microsoft Corporate Representative (Michael Wetter) | 9/9/2024 | 5/11/2026 | |
| 284 | 10/17/2025 Declaration of Robert Wu | OpenAI Corporate Representative (Robert Wu) | 10/17/2025 | 5/7/2026 | |
| 295 | 10/22/2022 Information article titled "OpenAI, Valued at Nearly $20 Billion, in Advanced Talks with Microsoft For More Funding" (2024MUSK-0014486 - 2024MUSK-0014489) | Elon Musk | 10/22/2022 | 4/29/2026 | |
| 296 | 10/23/2022 texts between E. Musk and S. Altman (2024MUSK-0006375 - 2024MUSK-0006377) | Elon Musk | 10/23/2022 | 4/29/2026 | 958 |
| 301 | 11/1/2023 Excerpt of Altman Memo prepared by I. Sutskever (SUTSKEVER_MUSKSUB_ 00000532 - SUTSKEVER_MUSKSUB_ 00000533) | Mira Murati | 11/1/2023 | 5/6/2026 | |
| 302 | 11/1/2023 Excerpt of Altman Memo prepared by I. Sutskever (SUTSKEVER_MUSKSUB_ 00000565 - SUTSKEVER_MUSKSUB_ 00000566) | Mira Murati | 11/1/2023 | 5/6/2026 | |
| 304 | 11/16/2023 Unanimous Written Consent of the Board of Directors of OpenAI (OPENAI_MUSK00027400 - OPENAI_MUSK00027404) | Helen Toner | 11/16/2023 | 5/6/2026 | |
| 305 | 11/17/2023 OpenAI blog post titled "OpenAI announces leadership transition" (2024MUSK-0014150 - 2024MUSK-0014155) | Satya Nadella | 11/17/2023 | 5/11/2026 | 1040 |
| 306 | 11/17/2023 Text thread between S. Nadella and Mira Murati (MSFT_MUSK000065692) | Mira Murati | 11/17/2023 | 5/6/2026 | 1048 |
| 309 | 11/17/2023 Text message chain between K. Scott and M. Murati re something extremely urgent (MSFT_MUSK000056765 - MSFT_MUSK000056766) | Mira Murati | 11/17/2023 | 5/6/2026 | 1053 |
| 311 | 11/18/2023 Text thread between S. Altman and S. Nadella (OPENAI_MUSK00027413 - OPENAI_MUSK00027414) | Satya Nadella | 11/18/2023 | 5/11/2026 | |
| 312 | 11/19/2023 Text thread between B. Taylor, S. Altman, and S. Nadella (OPENAI_MUSK00027433 - OPENAI_MUSK00027436) | Bret Taylor | 11/19/2023 | 5/12/2026 | |

# Joint Index of Admitted Exhibits

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 313 | 11/19/2023 Text thread between S. Altman, S. Nadella (OPENAI_MUSK00027423 - OPENAI_MUSK00027424) | Satya Nadella | 11/19/2023 | 5/11/2026 | |
| 315 | 11/19/2023 Short Message Report between S. Altman and M. Murati re please officially invite me (OPENAI_MUSK00027451 - OPENAI_MUSK00027457) | Mira Murati | 11/19/2023 | 5/6/2026 | 1047 |
| 316 | 11/20/2023 Email from C. McCabe to A. Hood, et al. re: Draft (MSFT_MUSK000054866 - MSFT_MUSK000054871) | Satya Nadella | 11/20/2023 | 5/11/2026 | |
| 317 | 11/20/2023 Tweet from the user @satyanadella (MSFT_MUSK000058711) | Satya Nadella | 11/20/2023 | 5/11/2026 | |
| 318 | 11/20/2023 Text thread between Brad Lightcap, S. Altman, and S. Nadella (OPENAI_MUSK00027459 - OPENAI_MUSK00027461) | Satya Nadella | 11/20/2023 | 5/11/2026 | |
| 319 | 11/20/2023 Email from H. Toner to I. Sutskever et al. re: Slack message (SUTSKEVER_MUSKSUB_00000525 - SUTSKEVER_MUSKSUB_00000526) | Tasha McCauley | 11/20/2023 | 5/7/2026 | 1049 |
| 320 | 11/21/2023 Message chain between S. Altman and S. Nadella et al. re board (MSFT_MUSK000057808 MSFT_MUSK000057809 MSFT_MUSK000057810 MSFT_MUSK000057811 MSFT_MUSK000057806 MSFT_MUSK000057807) | Satya Nadella | 11/21/2023 | 5/11/2026 | |
| 350 | 8/18/2017 Email from G. Brockman to I. Sutskever re: OpenAI (OPENAI_MUSK00023430 - OPENAI_MUSK00023431) | Greg Brockman | 8/18/2017 | 5/4/2026 | |
| 355 | 5/1/2023 Text messages between E. Musk, A. Spiro, S. Altman (2024MUSK-0006349 - 2024MUSK-0006351) | Elon Musk | 5/1/2023 | 4/29/2026 | 1034 |
| 359 | 12/30/2023 Email from G. Brockman to J. Kwon, et al. re: Benefit corp (OPENAI_MUSK00030769 - OPENAI_MUSK00030770) | Greg Brockman | 12/30/2023 | 5/4/2026 | |
| 385 | 4/22/2026 S. Altman Second Amended Supplemental Response to Interrogatories | Sam Altman | 4/22/2026 | 5/12/2026 | |
| 388 | Photo of Jensen Huang, Elon Musk, and others | Elon Musk | | 4/28/2026 | |
| 390 | 4/29/2026 Gregory Brockman's Fourth Amended Supplemental Responses and Objections to Plaintiff Musk's First Set of Interrogatories | Greg Brockman | 4/29/2026 | 5/4/2026 | |
| 501 | 05/25/2015 Email from Musk to Altman re question (2024MUSK-0010861) | Sam Altman | 5/25/2015 | 5/12/2026 | 3 |
| 502 | 06/24/2015 Email from Musk to Altman re AI lab (2024MUSK-0001230) | Elon Musk | 6/24/2015 | 4/30/2026 | 5 |
| 507 | 11/20/2015 Email from Musk to Altman re AI docs (2024MUSK-0009963) | Elon Musk | 11/20/2015 | 4/29/2026 | 25 |
| 508 | 11/21/2015 Text message between Brockman and Sutskever (OPENAI_MUSK00021615) | Greg Brockman | 11/21/2015 | 5/4/2026 | |
| 509 | 11/24/2015 Email from Musk to Brockman, Altman re follow up from call (2024MUSK-0000384) | Greg Brockman | 11/24/2015 | 5/4/2026 | |
| 516 | 01/02/2016 Email from Musk to Sutskever, Altman, Brockman re congrats on the falcon 9 (2024MUSK-0005755) | Elon Musk | 1/2/2016 | 4/30/2026 | 1586; 1508 |
| 521 | 03/01/2016 Email from Teller to Altman, Gallagher, Brockman, Sutskever re OpenAI - Weekly Visit (OPENAI_MUSK00029161) | Greg Brockman | 3/1/2016 | 5/4/2026 | |
| 532 | 05/21/2016 Email from Musk to Brockman, Teller, Altman, Sutskever re google policy conversation (OPENAI_MUSK00000089) | Elon Musk | 5/21/2016 | 4/30/2026 | |
| 539 | 06/10/2016 Email from Musk to Birchall re A few things (2024MUSK-0005224) | Jared Birchall | 6/10/2016 | 4/30/2026 | |

Musk v. Altman, 24-cv-4722-YGR

# Joint Index of Admitted Exhibits

By Exhibit Number

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 545 | 06/22/2016 Email from Clark to Birchall, Imhof, Altman re Pioneer Building Lease (OPENAI_MUSK00017240 through OPENAI_MUSK00017242) | Jared Birchall | 6/22/2016 | 4/30/2026 | 78 |
| 556 | 08/30/2016 Email from Musk to Altman re microsoft/openAI (2024MUSK-0005033) | Elon Musk | 8/30/2016 | 4/30/2026 | |
| 559 | 12/12/2016 Email from Musk to Merolla, Sabes, Hanson, Hodak, Seo, Teller re Communicative rhesus? (2024MUSK-0003264) | Elon Musk | 12/12/2016 | 4/29/2026 | 1505 |
| 600 | 01/18/2017 Email from Teller to Birchall re Pioneer (TESLA_000000897) | Jared Birchall | 1/18/2017 | 4/30/2026 | |
| 619 | 06/09/2017 Text message between Gallagher, Zilis, and Teller (GALLAGHER00000166 through GALLAGHER00000165) | Shivon Zilis | 6/9/2017 | 5/6/2026 | |
| 621 | 06/21/2017 Fidelity Charitable Investment Advisor Program Application (FIDCHAR-OPENAI-000751) | Jared Birchall | 6/21/2017 | 4/30/2026 | |
| 622 | 07/03/2017 Email from Musk to Sutskever, Brockman, Altman re openai biweekly update (2024MUSK-0009473) | Greg Brockman | 7/3/2017 | 5/5/2026 | |
| 626 | 07/13/2017 Text message between Zilis and Brockman (ZILIS-0001517) | Greg Brockman | 7/13/2017 | 5/5/2026 | |
| 627 | 07/18/2017 Email from Zilis to Musk, Teller re OpenAI notes in advance of tonight's meeting (2024MUSK-0010721) | Shivon Zilis | 7/18/2017 | 5/6/2026 | 1588 |
| 631 | 07/21/2017 Email from Schulman to Musk, Brockman, Sutskever, Zaremba re Beijing Wants A.I. to Be Made in China by 2030 - NYTimes.com (2024MUSK-0006107) | Elon Musk | 7/21/2017 | 4/29/2026 | |
| 632 | 07/22/2017 Email from Gallagher to Brockman, Sutskever re Beijing Wants A.I. to Be Made in China by 2030 - NYTimes.com (OPENAI_MUSK00008719) | Greg Brockman | 7/22/2017 | 5/5/2026 | |
| 638 | 08/08/2017 Fidelity Charitable Account Contribution Form and Letter of Instruction (FIDCHAR-OPENAI-000876) | Jared Birchall | 8/8/2017 | 4/30/2026 | |
| 642 | 08/12/2017 Email from Brockman to Musk, Zilis, Sutskever, Altman, Teller re Tomorrow afternoon (2024MUSK-0005629) | Elon Musk | 8/12/2017 | 4/29/2026 | |
| 643 | 08/12/2017 Email from Zilis to Teller, Gallagher re Decisions and Notes (TESLA_000002038) | Shivon Zilis | 8/12/2017 | 5/6/2026 | |
| 644 | 08/15/2017 Text message between Zilis, Teller, and Gallagher (ZILIS-0002719) | Shivon Zilis | 8/15/2017 | 5/6/2026 | |
| 646 | 08/16/2017 Email from Zilis to Birchall, Teller re OpenAI conversion (OPENAI_MUSK00003808) | Elon Musk | 8/16/2017 | 4/30/2026 | |
| 648 | 08/19/2017 Email from Zilis to Teller re Fwd: Re: (OPENAI_MUSK00023438) | Sam Altman | 8/19/2017 | 5/12/2026 | |
| 651 | 08/21/2017 Email from Zilis to Birchall re Fwd: OpenAI possible notes (OPENAI_MUSK00023469) | Shivon Zilis | 8/21/2017 | 5/6/2026 | |
| 653 | 08/22/2017 Text message between Brockman and Sutskever (OPENAI_MUSK00023473) | Greg Brockman | 8/22/2017 | 5/5/2026 | |
| 657 | 08/27/2017 Email from Zilis to Teller, Birchall re OpenAI Notes from Today (Neuralink_0000744) | Shivon Zilis | 8/27/2017 | 5/6/2026 | |
| 662 | 08/29/2017 Email from Musk to Birchall re Q3 2017 Grant (2024MUSK-0009625) | Elon Musk | 8/29/2017 | 4/29/2026 | 1510 |
| 664 | 08/30/2017 Email from Zilis to Teller re OpenAI starting sketch (Neuralink_0000729) | Shivon Zilis | 8/30/2017 | 5/6/2026 | 1593 |
| 668 | 09/01/2017 Email from Clark to Birchall re Q3 2017 Grant (EXMF-0003122) | Jared Birchall | 9/1/2017 | 4/30/2026 | |
| 669 | 09/01/2017 Text message between Zilis and Teller (ZILIS-0000932) | Shivon Zilis | 9/1/2017 | 5/6/2026 | |
| 679 | 09/11/2017 Email from Musk to Brockman, Altman, Sutskever re proposed cap table (2024MUSK-0009373) | Elon Musk | 9/11/2017 | 4/29/2026 | |

# Joint Index of Admitted Exhibits

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 686 | 09/13/2017 Email from Musk to Sutskever, Brockman re Current State (2024MUSK-0009240) | Elon Musk | 9/13/2017 | 4/29/2026 | 156 |
| 691 | 09/13/2017 Text message between Musk, Birchall, Teller, and Zilis (2024MUSK-0014185) | Elon Musk | 9/13/2017 | 4/29/2026 | |
| 693 | 09/15/2017 Certificate of Incorporation of Open Artificial Intelligence Technologies, Inc., a Public Benefit Corporation (OPENAI_MUSK00038360) | Elon Musk | 9/15/2017 | 4/30/2026 | |
| 698 | 09/19/2017 Text message between Zilis and Birchall (ZILIS-0001032) | Jared Birchall | 9/19/2017 | 4/30/2026 | 1578 |
| 704 | 09/20/2017 Email from Musk to Sutskever, Altman, Brockman, Teller, Zilis re Honest Thoughts (2024MUSK-0000224 through 2024MUSK-0000226) | Greg Brockman | 9/20/2017 | 5/5/2026 | |
| 707 | 09/27/2017 Email from Musk to Teller, Zilis, Birchall re OpenAI Board Update (2024MUSK-0008757) | Shivon Zilis | 9/27/2017 | 5/6/2026 | |
| 708 | 09/28/2017 Email from Teller to Zilis re Greg and Ilya (TESLA_000002281) | Shivon Zilis | 9/28/2017 | 5/6/2026 | |
| 710 | 09/28/2017 Email from Zilis to Birchall re OpenAI (OPENAI_MUSK00023783) | Shivon Zilis | 9/28/2017 | 5/6/2026 | |
| 712 | 10/02/2017 Email from Teller to Zilis re OpenAI notes (Question for Sam on top!) (OPENAI_MUSK00003882) | Shivon Zilis | 10/2/2017 | 5/6/2026 | |
| 715 | 10/20/2017 Email from Teller to Zilis re Ilya (OPENAI_MUSK00023876) | Shivon Zilis | 10/20/2017 | 5/6/2026 | |
| 716 | 10/22/2017 Email from Teller to Zilis re Greg + Ilya (OPENAI_MUSK00023889) | Shivon Zilis | 10/22/2017 | 5/6/2026 | |
| 719 | 10/31/2017 Email from Zilis to Teller re Minimally Invasive Neural Arrays Update (Neuralink_0000549) | Elon Musk | 10/31/2017 | 4/29/2026 | |
| 720 | 11/01/2017 Text message between Altman and Teller (OPENAI_MUSK00023911) | Sam Altman | 11/1/2017 | 5/12/2026 | |
| 724 | 11/27/2017 Email from Zilis to O'Brien re Tesla AI Event (First Draft of FAQs) (TESLA_000002597) | Shivon Zilis | 11/27/2017 | 5/6/2026 | |
| 728 | 12/22/2017 Email from Teller to Zilis re Update (OPENAI_MUSK00024218) | Shivon Zilis | 12/22/2017 | 5/6/2026 | |
| 734 | 01/08/2018 Email from Brockman to Musk, Sutskever, Altman re biweekly update (2024MUSK-0005513) | Greg Brockman | 1/8/2018 | 5/5/2026 | |
| 748 | 02/01/2018 Email from Brockman to Musk, Sutskever, Altman, Teller, Zilis re Top AI institutions today (2024MUSK-0004547) | Greg Brockman | 2/1/2018 | 5/5/2026 | |
| 749 | 02/01/2018 Email from Musk to Sutskever, Brockman re Fwd: Top AI institutions today (2024MUSK-0005444) | Elon Musk | 2/1/2018 | 4/29/2026 | 1584 |
| 753 | 02/03/2018 Text message between Altman and Zilis (ZILIS-0002089) | Shivon Zilis | 2/3/2018 | 5/6/2026 | |
| 754 | 02/03/2018 Email from Zilis to Teller re So far (SPX-006856) | Shivon Zilis | 2/3/2018 | 5/6/2026 | |
| 755 | 02/04/2018 Text message between Teller and Zilis (ZILIS-0002525) | Sam Teller | 2/4/2018 | 5/12/2026 | |
| 756 | 02/09/2018 Email from Teller to Zilis re A few things (OPENAI_MUSK00004332) | Shivon Zilis | 2/9/2018 | 5/6/2026 | |
| 757 | 02/11/2018 Email from Musk to Zilis, Teller re OpenAI and this upcoming week (2024MUSK-0004497) | Shivon Zilis | 2/11/2018 | 5/6/2026 | |
| 758 | 02/13/2018 Email from Zilis to Musk, Teller re OpenAI / Possible AI scenarios (SPX-006748 through SPX-006752) | Shivon Zilis | 2/13/2018 | 5/6/2026 | |
| 761 | 02/16/2018 Text message between Musk and Zilis (ZILIS-0002324) | Elon Musk | 2/16/2018 | 4/29/2026 | |
| 766 | 02/17/2018 Text message between Teller and Zilis (ZILIS-0002599) | Shivon Zilis | 2/17/2018 | 5/6/2026 | |
| 770 | 02/20/2018 OpenAI blog post re OpenAI supporters (OPENAI_MUSK00037070) | Sam Altman | 2/20/2018 | 5/12/2026 | 166 |

# Joint Index of Admitted Exhibits

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 773 | 06/08/2017 Email from Musk to Teller re Fwd: Andrej Karpathy (2024MUSK-0011151) | Elon Musk | 6/8/2017 | 4/29/2026 | |
| 806 | 04/23/2018 Email from Musk to Zilis, Teller re AI updates (2024MUSK-0005604) | Elon Musk | 4/23/2018 | 4/29/2026 | 233 |
| 808 | 04/25/2018 Text message between Altman and Zilis (OPENAI_MUSK00017686) | Sam Altman | 4/25/2018 | 5/12/2026 | |
| 810 | 05/03/2018 Musk Foundation Form 990 Return of Private Foundation for the tax year beginning July 1, 2016 and ending June 30, 2017 (BMO_00001865) | Jared Birchall | 5/3/2018 | 4/30/2026 | |
| 819 | 07/05/2018 Email from Zilis to Musk, Teller re AI Updates (2024MUSK-0009985) | Elon Musk | 7/5/2018 | 4/29/2026 | |
| 824 | 08/27/2018 Text message between Ortiz and Zilis (ZILIS-0000500) | Shivon Zilis | 8/27/2018 | 5/6/2026 | |
| 827 | 08/31/2018 Email from Altman to Musk, Teller, Zilis re OpenAI term sheet (SPX-001642 through SPX-001647) | Elon Musk | 8/31/2018 | 4/29/2026 | 236; 1575 |
| 828 | 08/31/2018 Email from Birchall to Zilis re OpenAI term sheet (ZILIS-0004162) | Jared Birchall | 8/31/2018 | 4/30/2026 | 1579 |
| 830 | 09/01/2018 Email from Zilis to Birchall, Teller, Ortiz re AI decisions (SPX-003576) | Shivon Zilis | 9/1/2018 | 5/6/2026 | |
| 835 | 09/11/2018 Email from Teller to Zilis, Afshar, Ortiz, Balajadia re Considerations for Deer Creek and Pioneer this week (TESLA_000003416) | Shivon Zilis | 9/11/2018 | 5/6/2026 | |
| 844 | 11/02/2018 Email from Newell to Musk re Two things (2024MUSK-0010577) | Elon Musk | 11/2/2018 | 4/29/2026 | |
| 849 | 11/30/2018 Text message between Birchall and Smithies (BIRCHALL-0000061) | Jared Birchall | 11/30/2018 | 4/30/2026 | |
| 853 | 12/31/2018 Email from Musk to Altman, Musk, Brockman, Sutskever, Zilis re I feel I should reiterate (2024MUSK-0009072) | Elon Musk | 12/31/2018 | 4/29/2026 | |
| 857 | 01/22/2019 Email from Musk to Birchall re Update (2024MUSK-0008904) | Jared Birchall | 1/22/2019 | 4/30/2026 | |
| 861 | 03/05/2019 Text message between Altman and Zilis (OPENAI_MUSK00017874) | Sam Altman | 3/5/2019 | 5/12/2026 | |
| 862 | 03/08/2019 Email from Zilis to Musk re Fwd: OpenAI (2024MUSK-0006183) | Elon Musk | 3/8/2019 | 4/29/2026 | |
| 863 | 03/10/2019 Text message between Altman and Musk (2024MUSK-0014335) | Elon Musk | 3/10/2019 | 4/29/2026 | |
| 864 | 03/11/2019 Text message between Altman and Zilis (ZILIS-0001676) | Sam Altman | 3/11/2019 | 5/12/2026 | |
| 869 | 04/03/2019 Text message between Altman and Musk (2024MUSK-0014343) | Elon Musk | 4/3/2019 | 4/29/2026 | |
| 876 | 07/17/2019 Valuation of Selected Assets of OpenAI, Inc. for the Purpose of Transferring those Assets to a For Profit Entity, prepared by Hemming Morse, LLP (OPENAI_MUSK00009914) | Sam Altman | 7/17/2019 | 5/12/2026 | 248 |
| 877 | 07/22/2019 OpenAI blog post re Microsoft invests in and partners with OpenAI to support us building beneficial AGI (OPENAI_MUSK00037558) | Shivon Zilis | 7/22/2019 | 5/6/2026 | 250; 1573 |
| 899 | 06/11/2020 OpenAI blog post re OpenAI API (OPENAI_MUSK00039684) | Greg Brockman | 6/11/2020 | 5/5/2026 | |
| 900 | 07/22/2019 Text message between Altman and Zilis (OPENAI_MUSK00018000) | Shivon Zilis | 7/22/2019 | 5/6/2026 | 1563 |
| 921 | 09/22/2020 OpenAI blog post re OpenAI licenses GPT-3 technology to Microsoft (OPENAI_MUSK00039065) | Elon Musk | 9/22/2020 | 4/30/2026 | |
| 925 | 10/18/2020 Text message between Altman and Zilis (OPENAI_MUSK00018211) | Shivon Zilis | 10/18/2020 | 5/6/2026 | |
| 926 | 10/19/2020 Text message between Altman and Zilis (OPENAI_MUSK00018213) | Shivon Zilis | 10/19/2020 | 5/6/2026 | |

# Joint Index of Admitted Exhibits

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 927 | 10/28/2020 Text message between Musk and Altman (2024MUSK-0006317) | Elon Musk | 10/28/2020 | 4/29/2026 | 252; 1507 |
| 928 | 11/12/2020 Text message between Altman and Zilis (OPENAI_MUSK00018221) | Sam Altman | 11/12/2020 | 5/12/2026 | 1565 |
| 957 | 10/06/2022 Email from McCauley to Toner, Altman, Hoffman, D'Angelo, Sutskever, Hurd, Brockman, Zilis re OpenAI topics (OPENAI_MUSK00015245) | Tasha McCauley | 10/6/2022 | 5/13/2026 | |
| 1017 | 02/25/2023 Text message between "Shahini Rubicon Fluffer" and Zilis (ZILIS-0000937) | Shivon Zilis | 2/25/2023 | 5/6/2026 | 1577 |
| 1025 | 03/15/2023 X post by Musk (OPENAI_MUSK00039675) | Elon Musk | 3/15/2023 | 4/29/2026 | |
| 1040 | 11/17/2023 OpenAI blog post re OpenAI announces leadership transition (OPENAI_MUSK00039061) | Helen Toner | 11/17/2023 | 5/7/2026 | 305 |
| 1046 | 11/20/2023 Letter from OpenAI employees to Board of Directors at OpenAI (OPENAI_MUSK00037737) | Mira Murati | 11/20/2023 | 5/6/2026 | |
| 1048 | 11/20/2023 Text message between Nadella and Murati (MSFT_MUSK000065692) | Mira Murati | 11/20/2023 | 5/6/2026 | 306 |
| 1049 | 11/20/2023 Email from Toner to Sutskever, D'Angelo, McCauley re Slack message (SUTSKEVER_MUSKSUB_00000525) | Helen Toner | 11/20/2023 | 5/7/2026 | 319 |
| 1057 | 11/29/2023 Resolutions of the Board of Directors of OpenAI, Inc. (OPENAI_MUSK00027549) | Bret Taylor | 11/29/2023 | 5/11/2026 | |
| 1068 | 04/23/2024 Minutes of meetings of the Mission & Strategy Committee of the Board of Directors of OpenAI, Inc. (OPENAI_MUSK00010958) | Bret Taylor | 4/23/2024 | 5/11/2026 | |
| 1083 | 12/13/2024 Text message between Musk and Zuckerberg (2024MUSK-0006235) | Elon Musk | 12/13/2024 | 4/30/2026 | |
| 1092 | 11/29/2017 Email from J. Birchall to C. Clark and S. Zilis | Jared Birchall | 11/29/2017 | 4/30/2026 | |
| 1145 | 02/17/2023 X post by Musk (OPENAI_MUSK00039692) | Shivon Zilis | 2/17/2023 | 5/6/2026 | |
| 1150 | 12/27/2024 OpenAI blog post re Why OpenAI's structure must evolve to advance our mission (OPENAI_MUSK00038574) | Bret Taylor | 12/27/2024 | 5/11/2026 | |
| 1156 | 02/03/2025 Text message between Musk and Zuckerberg (2024MUSK-0006248) | Elon Musk | 2/3/2025 | 4/30/2026 | |
| 1157 | 02/10/2025 Letter of Intent from Toberoff to Members of the Board of OpenAI, Inc. (OPENAI_MUSK00038583) | Elon Musk | 2/10/2025 | 4/30/2026 | |
| 1163 | 05/05/2025 OpenAI blog post re Evolving OpenAI's structure (OPENAI_MUSK00039207) | Bret Taylor | 5/5/2025 | 5/11/2026 | |
| 1165 | 06/18/2025 Unanimous Written Consent of the Mission & Strategy Committee and the Transaction Committee of the Board of Directors of OpenAI, Inc. (OPENAI_MUSK00012104) | Bret Taylor | 6/18/2025 | 5/11/2026 | |
| 1168 | 09/11/2025 OpenAI blog post re Statement on OpenAI's Nonprofit and PBC (OPENAI_MUSK00038592) | Bret Taylor | 9/11/2025 | 5/11/2026 | |
| 1190 | 10/28/2025 Framework Agreement – Ex. B (OPENAI_MUSK00037952) | Bret Taylor | 10/28/2025 | 5/12/2026 | 217 |
| 1201 | Photo at Brockman's apartment (OPENAI_MUSK00039802) | Greg Brockman | | 5/4/2026 | |
| 1203 | Photo at OpenAI's office (OPENAI_MUSK00039804) | Greg Brockman | | 5/5/2026 | |
| 1204 | Photo at OpenAI's office (OPENAI_MUSK00039805) | Greg Brockman | | 5/5/2026 | |
| 1205 | Photo of Brockman and Sutskever (OPENAI_MUSK00039806) | Greg Brockman | | 5/5/2026 | |
| 1250.16 | Entry from Brockman's personal files (REDACTED) (OPENAI_MUSK00039212) | Greg Brockman | | 5/5/2026 | |
| 1250.52 | Entry from Brockman's personal files (REDACTED) (OPENAI_MUSK00039212) | Greg Brockman | | 5/5/2026 | |
| 1256 | Fidelity Charitable Policy Guidelines (2017-2022) (Wiener Decl. Exs. 23-30) | Jared Birchall | 2017 - 2022 | 4/30/2026 | |

# Joint Index of Admitted Exhibits

| Ex. No. | Description | Admitting Witness | Document Date | Date Admitted | Duplicate Exhibits |
|---|---|---|---|---|---|
| 1284 | Vanguard Charitable Gift Agreement for Individuals or Trusts (VC000411) | Jared Birchall | 7/10/2014 | 4/30/2026 | |
| 1285 | Vanguard Charitable Policies and Guidelines (2014-2017) (Wiener Decl. Exs. 17-20) | Jared Birchall | 2014 - 2017 | 4/30/2026 | |
| 1290 | 11/17/2023 Text message between S. Zilis and S. Altman | Shivon Zilis | 11/17/2023 | 5/6/2026 | |
| 1291 | 7/12/2017 Text messages between G. Brockman and S. Zilis | Shivon Zilis | 7/12/2017 | 5/6/2026 | |
| 1293 | Statement of Undisputed Facts | N/A | N/A | 4/29/2026 | |
| 1304 | Summary Exhibit 1 - Plaintiff Musk's Claimed Monetary Donations to OpenAI, Inc. | Louis Dudney | N/A | 5/13/2026 | |
| 1305 | Summary Exhibit 2 - Contributions to OpenAI, Inc. Per IRS Form 990 Schedule B (2016-2023) | Bret Taylor | N/A | 5/12/2026 | |
| 1306 | Summary Exhibit 3 - Contributions to OpenAI, Inc. Per IRS Form 990 Schedule B (2016-2023) | Bret Taylor | N/A | 5/12/2026 | |
| 1444 | 3/4/2026 X.com post by Elon Musk | Elon Musk | 3/4/2026 | 4/29/2026 | |
| 1503 | 2020.02.17 Elon Musk tweet (2024MUSK-0001681) | Elon Musk | 2/17/2020 | 4/30/2026 | |
| 1504 | 2020.09.22 Microsoft blog titled "Microsoft teams up with OpenAI to exclusively license GPT-3 language model" (2024MUSK-0002583 - 2024MUSK-0002584) | Elon Musk | 9/22/2020 | 4/30/2026 | |
| 1516 | 2018.11.09 Email from Kevin Scott to Satya Nadella, Re: Open AI (MSFT_MUSK000000993 - MSFT_MUSK000000994) | Kevin Scott | 11/9/2018 | 5/13/2026 | 237 |
| 1528 | 2019.06.10 Memo to the Board of Directors from Amy Hood and Kevin Scott, Re: Investment in Open AI LP (MSFT_MUSK000071339 - MSFT_MUSK000071348) | Satya Nadella | 6/10/2019 | 5/11/2026 | 245 |
| 1531 | 2018.10.20 Action by Unanimous Written Consent of the Board of Directors of OpenAI, Inc. (MSFT_MUSK000084930 - MSFT_MUSK000084931) | Michael Wetter | 10/20/2018 | 5/13/2026 | |
| 1532 | 2019.02.11 Action by Unanimous Written Consent of the Reorganization Committee of OpenAI, Inc. (MSFT_MUSK000084932 - MSFT_MUSK000084936) | Michael Wetter | 2/11/2019 | 5/13/2026 | |
| 1534 | 2018.10.10 Collaboration Agreement between OpenAI, Inc. and OpenAI, L.P. (MSFT_MUSK000085095 - MSFT_MUSK000085102) | Michael Wetter | 10/10/2018 | 5/13/2026 | 840 |
| 1571 | 2018.03.01 Emails including Jakub Pachocki, Szymon Sidor, and Sam Altman (OPENAI_MUSK00029929 - OPENAI_MUSK00029930) | Satya Nadella | 3/1/2018 | 5/11/2026 | 801 |
| 1597 | 2025.09.29 Elon Musk, post on X (MSFT_MUSK000097109) | Satya Nadella | 9/29/2025 | 5/11/2026 | |
| 1598 | 2018.03.19 Emails including Kevin Scott, Brett Tanzer, and Harry Shum Re: Summary of Meeting with Open AI on AGI (MSFT_MUSK000001461 - MSFT_MUSK000001464) | Kevin Scott | 3/19/2018 | 5/13/2026 | 231 |
| 1600 | 2019.03.07 Microsoft Memo to Board of Directors from Kevin Scott and Amy Hood Re: Investing in the Future of Large Model Artificial Intelligence (MSFT_MUSK000083882 - MSFT_MUSK000083890) | Kevin Scott | 3/7/2019 | 5/13/2026 | 240 |
| 1601 | 2018.09.19 Certificate of Limited Partnership of SummerSafe, L.P. (MSFT_MUSK000085007 - MSFT_MUSK000085008) | Michael Wetter | 9/19/2018 | 5/13/2026 | |
| 1602 | OpenAI Amended and Restated Conflict of Interest Policy (MSFT_MUSK000036396) | Michael Wetter | N/A | 5/13/2026 | |
| 1603 | OpenAI, L.P. Capitalization Table (MSFT_MUSK000036415) | Michael Wetter | N/A | 5/13/2026 | |
| 1604 | OpenAI Consolidated Balance Sheet (MSFT_MUSK000036655) | Michael Wetter | N/A | 5/13/2026 | |