MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

(Additional counsel listed on the next page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELON MUSK et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAMUEL ALTMAN et al.,<br><br>        Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**JOINT SUBMISSION OF TRANSCRIPTS OF VIDEOS PRESENTED AT TRIAL** |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (*pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (*pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (*pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (*pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (*pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for the OpenAI Defendants*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (*pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JAY JURATA (*pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft Corporation*

Plaintiff Elon Musk; Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (collectively, the "OpenAI Defendants"); and Defendant Microsoft Corporation hereby submit the following transcripts of videos presented at trial.

- **Exhibit 1700** is a transcript of designations from the October 3, 2025 deposition of the OpenAI Defendants' Corporate Representatives Robert Wu and Nora Puckett that were presented at trial on May 5, 2026.

- **Exhibit 1701** is a transcript of designations from the November 2, 2025 deposition of Ermira Murati that were presented at trial on May 6, 2026, and the supplemental errata to that transcript.

- **Exhibit 1702** is a transcript of deposition designations from the October 8, 2025 deposition of Helen Toner that were presented at trial on May 6 and May 7, 2026.

- **Exhibit 1703** is a transcript of designations from the September 30, 2025 deposition of Tasha McCauley that were presented at trial on May 7, 2026.

- **Exhibit 1704** is a transcript of designations from the September 8 and September 25, 2025 depositions of Microsoft Corporation's Corporate Representative Michael Wetter that were presented at trial on May 7 and May 11, 2026, and the errata to that transcript.

- **Exhibit 1705** is a transcript of designations from the September 22, 2025 deposition of Sam Teller presented at trial on May 12, 2026.

- **Exhibit 1706** is a transcript of designations from the September 30, 2025 deposition of Tasha McCauley that were presented at trial on May 13, 2026.

- **Exhibit 1707** is a transcript of designations from the November 2, 2025 deposition

of Ermira Murati that were presented at trial on May 13, 2026.

- **Exhibit 1708** is a transcript of designations from the September 26, 2025 deposition of Elon Musk, presented at trial on April 30, 2026.

- **Exhibit 1709** is a transcript of excerpts of Lex Fridman Podcast #419 that were presented at trial on May 12, 2026.

Dated:  May 29, 2026                                   MOLOLAMKEN LLP

By:   */s/ Steven F. Molo*
      Steven F. Molo (*pro hac vice*)

      *Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

Dated:  May 29, 2026                                   WACHTELL, LIPTON, ROSEN & KATZ

By:   */s/ William Savitt*
      William Savitt (*pro hac vice*)

      *Attorneys for the OpenAI Defendants*

Dated: May 29, 2026                                    DECHERT LLP

By:   */s/ Russell P. Cohen*
      Russell P. Cohen (SBN 213105)

      *Attorneys for Defendant Microsoft Corporation*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1, I hereby attest that the signatories listed above, on whose behalf this Joint Submission of Transcripts of Videos Presented at Trial is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 29, 2026

/s/ Steven F. Molo
Steven F. Molo (*pro hac vice*)