# Open AI 30(b)(6) Robert Wu FINAL

Designation List Report



United States District Court
Northern District of California

π PLAINTIFF π

Case No. **4:24-CV-04722-YGR**

Case Title **Musk et al. v. Altman et al.**

Exhibit No. **1700**

Date Entered _____

Mark Busby, Clerk

By: _____ , Deputy Clerk

**WU, Robert**                                **2025-10-03**

| | |
|---|---|
| Plaintiff Affirmative | 00:24:19 |
| OAI Counters to Musk Aff | 00:08:37 |
| **TOTAL RUN TIME** | **00:32:56** |

Documents linked to video:

16

53

54

55

200

201

202

203

204

206

207

211

212



**ID: DL5A**

2026-05-04

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:17 - 11:18 | **WU, Robert 2025-10-03** | 00:00:05 | **DL5A.1** |

11:17    The deponent is Robert Wu as a 30(b)(6)
11:18    witness for OpenAI Incorporated.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 20:25 - 20:25 | **WU, Robert 2025-10-03** | 00:00:03 | **DL5A.2** |

20:25    I'd like to mark Exhibit 2.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:03 - 21:09  🔗 16.2 | **WU, Robert 2025-10-03** | 00:00:18 | **DL5A.3** |

21:03    Q.  Mr. Wu, have you seen this document
21:04        before?
21:05    A.  I have reviewed this document, yes.
21:06    Q.  What is it?
21:07    A.  This is the Delaware certificate of
21:08        incorporation for OpenAI, Inc., filed in
21:09        December 2015.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:24 - 22:11  🔗 16.2.1 | **WU, Robert 2025-10-03** | 00:00:35 | **DL5A.4** |

21:24    Looking at the third article here, about
21:25    the second sentence, this says:
22:01    [As Read]  The specific purpose of
22:02    this corporation is to provide funding for
22:03    research, development, and distribution of
22:04    technology related to artificial
22:05    intelligence.  The resulting technology
22:06    will benefit the public and the
22:07    corporation will seek to open source
22:08    technology for the public benefit when
22:09    applicable.  The corporation is not
22:10    organized for the private gain of any
22:11    person.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:23 - 22:24  ✖ Clear | **WU, Robert 2025-10-03** | 00:00:04 | **DL5A.5** |

22:23    Q.  Does this language accurately state
22:24        OpenAI's mission?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:01 - 23:04 | **WU, Robert 2025-10-03** | 00:00:09 | **DL5A.6** |

23:01    THE WITNESS:  The language in the
23:02    certificate of incorporation does reflect what was
23:03    approved by the board, at that time, as the mission
23:04    reflecting in the Delaware charter.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:06 - 23:09 | **WU, Robert 2025-10-03** | 00:00:17 | **DL5A.7** |

23:06    Q.  Is that still OpenAI's mission today?
23:07    A.  The exact language of the mission, as

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

stated in the Delaware charter, has changed over time.  The core mission has not.

| 86:03 - 86:04 | **WU, Robert 2025-10-03** | 00:00:05 | **DL5A.17** |

🔗 200.1

Okay.  So this will be marked as Exhibit 14, please.

| 86:08 - 86:11 | **WU, Robert 2025-10-03** | 00:00:17 | **DL5A.18** |

🔗 200.1.1

This document is dated October 10th, 2018. It is titled "Limited Partnership Agreement of OpenAI LP," and the beginning Bates stamp is OPENAI_MUSK00013411.

| 86:13 - 86:15 | **WU, Robert 2025-10-03** | 00:00:09 | **DL5A.19** |

❌ Clear

Q.  Mr. Wu, is this OpenAI LP's original limited partnership agreement?
A.  Yes.

| 86:16 - 86:20 | **WU, Robert 2025-10-03** | 00:00:18 | **DL5A.134** |

Q.  Did OpenAI's board vote to approve this agreement?
A.  My understanding is, yes, they approved this overall structure and, I believe, this agreement.

| 87:13 - 87:13 | **WU, Robert 2025-10-03** | 00:00:02 | **DL5A.20** |

Q.  What was the purpose of this agreement?

| 87:17 - 87:19 | **WU, Robert 2025-10-03** | 00:00:09 | **DL5A.21** |

THE WITNESS:  My understanding is this was the initial formation of the entity which would become the for-profit subsidiary of OpenAI, Inc.

| 101:08 - 101:21 | **WU, Robert 2025-10-03** | 00:00:50 | **DL5A.136** |

Q.  The chart has an arrow that shows -- that -- it has an arrow coming from OpenAI, Inc., and the text over the arrow says "assets." Does that reflect that assets were transferred from OpenAI, Inc., to OpenAI LP?
A.  I can't speak to this specific chart because this is the first time I've reviewed it. But my -- if you're asking for my view, my -- I would guess that this represents OpenAI, Inc.'s contribution into OpenAI LP in exchange for an FCLP interest or a limited partner interest in OpenAI LP.

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 101:19  Q.  Okay. | | |
| | And that is, in fact, what happened; | | |
| | correct? | | |
| 101:23 - 102:03 | **WU, Robert 2025-10-03** | 00:00:21 | **DL5A.137** |
| | THE WITNESS:  OpenAI, Inc., did contribute | | |
| | certain assets in 2019 open -- into OpenAI LP, and | | |
| | in exchange it received economic interest in OpenAI | | |
| | LP, both through its first closed limited | | |
| | partnership interest and what we refer to as the | | |
| | "residual interest." | | |
| 102:05 - 102:17 | **WU, Robert 2025-10-03** | 00:00:52 | **DL5A.28** |
| | Q.  What assets did OpenAI, Inc., transfer to | | |
| | OpenAI LP in 2019? | | |
| | A.  OpenAI, Inc., primarily contributed IP | | |
| | into OpenAI LP in exchange for the FCLP interest in | | |
| | residual, and, also, most employees, I believe, at | | |
| | that time, had moved over into OpenAI LP at some | | |
| | point in 2019. | | |
| | Q.  Which intellectual property did OpenAI, | | |
| | Inc., transfer to OpenAI LP in 2019? | | |
| | A.  My understanding is that was substantially | | |
| | all of the IP that was developed at the nonprofit at | | |
| | that point in time was contributed down to OpenAI | | |
| | LP. | | |
| 103:03 - 103:05 | **WU, Robert 2025-10-03** | 00:00:04 | **DL5A.138** |
| | Q.  Okay. | | |
| | What assets were left in OpenAI, Inc., if | | |
| | any? | | |
| 103:08 - 103:12 | **WU, Robert 2025-10-03** | 00:00:17 | **DL5A.139** |
| | THE WITNESS:  I don't remember -- or I | | |
| | don't recall specifics.  I think certain employees | | |
| | remained at OpenAI, Inc.  I think it retained | | |
| | certain IP, including, for example, trademarks to | | |
| | OpenAI and perhaps there were other assets. | | |
| 104:11 - 104:12 | **WU, Robert 2025-10-03** | 00:00:04 | **DL5A.31** |
| | Do you recall how many employees were left | | |
| | with the nonprofit? | | |
| 104:13 - 104:15 | **WU, Robert 2025-10-03** | 00:00:12 | **DL5A.32** |
| | A.  I don't recall specifics, but I believe | | |

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

most of the researchers and the like had transferred
over to OpenAI LP.

| 104:16 - 104:25 | **WU, Robert 2025-10-03** | 00:00:39 | **DL5A.140** |

Q. Do you know why some employees were left
in the nonprofit?
A. I don't want to speculate.  There were, I
think -- there were activities at the nonprofit
level in terms of nonprofit activities, in terms of
initiatives and programs that they had in place that
may have been appropriate to stay at the nonprofit.
And I think there were also employees that had to
support administrative functions and operational
kind of activities there.

| 105:21 - 105:24 | **WU, Robert 2025-10-03** | 00:00:12 | **DL5A.33** |

🔗 201.1.1

This is the document we looked at very
briefly earlier that's titled "Amended and Restated
Limit Partnership Agreement of OpenAI LP."  And it's
dated July 2nd, 2019.

| 105:25 - 106:07 | **WU, Robert 2025-10-03** | 00:00:40 | **DL5A.34** |

Take a moment to look at this document, if
you'd like.  And then will you tell me if this is,
in fact, the amended and restated limited
partnership agreement for OpenAI LP from July 2019.
A. Yes.  Based on my review right here, it
appears to be the amended and restated limited

❌ Clear

partnership agreement of OpenAI LP dated July 2nd,
2019.

| 106:08 - 106:12 | **WU, Robert 2025-10-03** | 00:00:14 | **DL5A.141** |

Q. Did OpenAI's board vote to approve this
agreement?
A. My understanding is, yes, the board did --
board of directors of OpenAI, Inc., did vote to
approve this agreement.

| 106:19 - 106:20 | **WU, Robert 2025-10-03** | 00:00:06 | **DL5A.35** |

Q. What was the purpose of this amended and
restated limited partnership agreement?

| 106:23 - 107:01 | **WU, Robert 2025-10-03** | 00:00:19 | **DL5A.36** |

THE WITNESS:  My understanding is that
this was an amendment entered into around the time

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

106:25  of when Microsoft made its initial investment into

107:01  OpenAI LP.

| 107:03 - 107:06 | **WU, Robert 2025-10-03** | 00:00:26 | **DL5A.142** |

🔗 201.74.1

107:03  Q.  Turning to Schedule A, which begins on the

107:04  page with Bates stamp ending 60024, does this

107:05  schedule set out the limited partners's capital

107:06  commitments and target redemption amounts?

| 107:09 - 107:11 | **WU, Robert 2025-10-03** | 00:00:09 | **DL5A.164** |

107:09  THE WITNESS:  Based on my review right

❎ Clear

107:10  now, it does appear that this is a schedule of all

107:11  of the LPs in OpenAI LP.

| 110:11 - 110:17 | **WU, Robert 2025-10-03** | 00:00:29 | **DL5A.37** |

🔗 201.74.1

110:11  Q.  Finally, at the bottom of this page, there

110:12  is an entry for Microsoft Corporation.  Microsoft

110:13  invested $1 billion and has a target redemption

110:14  amount of $20 billion.

110:15  Did OpenAI understand that Microsoft

110:16  decided to invest 1 billion in OpenAI because it

110:17  wanted access to OpenAI's intellectual property?

| 110:20 - 110:25 | **WU, Robert 2025-10-03** | 00:00:20 | **DL5A.38** |

110:20  THE WITNESS:  I can't speak to what the

110:21  negotiating teams at Microsoft or OpenAI were --

110:22  what was in their heads at that time.  I will say

110:23  that the investment was part of an important

❎ Clear

110:24  partnership and there were deal terms that were

110:25  struck both at commercial and investment terms.

| 111:25 - 112:02 | **WU, Robert 2025-10-03** | 00:00:10 | **DL5A.144** |

111:25  What did OpenAI's board do to evaluate

112:01  whether a 20X return was reasonable and fair to the

112:02  nonprofit?

| 112:07 - 112:16 | **WU, Robert 2025-10-03** | 00:00:30 | **DL5A.145** |

112:07  THE WITNESS:  Yeah, I won't speak to the

112:08  specifics.  I would say my understanding is that the

112:09  board took into consideration, as always, what was

112:10  in the best interests of the mission.  And in taking

112:11  into consideration all of that, kind of the need for

112:12  capital to purchase compute and attract talent,

112:13  ultimately took into effect -- into account all of

112:14  those considerations and made a determination that

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 112:15    this was a fair and -- fair deal that was in the | | |
| | 112:16    best interests of the mission. | | |
| 126:19 - 126:19 | **WU, Robert 2025-10-03** | 00:00:04 | **DL5A.158** |
| | 126:19    ATTORNEY EYNON:  I'll now mark Exhibit 17. | | |
| 126:23 - 127:05 | **WU, Robert 2025-10-03** | 00:00:41 | **DL5A.45** |
| 🔗 202.1.2 | 126:23  Q.  Mr. Wu, along with the LP agreement that | | |
| | 126:24    we just looked at, did Microsoft also enter into a | | |
| | 126:25    joint development and collaboration agreement or a | | |
| | 127:01    JDCA with OpenAI in 2019? | | |
| | 127:02  A.  Yes.  They entered into a JDCA with both | | |
| | 127:03    OpenAI Inc. and OpenAI LP. | | |
| | 127:04  Q.  Is Exhibit 17 a copy of that JDCA? | | |
| ✖ Clear | 127:05  A.  Yes. | | |
| 127:13 - 127:15 | **WU, Robert 2025-10-03** | 00:00:13 | **DL5A.146** |
| | 127:13  Q.  Did OpenAI's board vote on the JDCA? | | |
| | 127:14  A.  My understanding is, yes, the board | | |
| | 127:15    approved the JDCA and the LPA. | | |
| 129:04 - 129:05 | **WU, Robert 2025-10-03** | 00:00:09 | **DL5A.46** |
| 🔗 202.9.1 | 129:04  Q.  Under this agreement, did OpenAI agree to | | |
| | 129:05    use Microsoft as its exclusive supplier of compute? | | |
| 129:07 - 129:11 | **WU, Robert 2025-10-03** | 00:00:17 | **DL5A.47** |
| | 129:07    THE WITNESS:  My understanding is that | | |
| | 129:08    there were commitments to use Azure and Microsoft | | |
| | 129:09    compute for certain things, including API.  I can't | | |
| ✖ Clear | 129:10    speak to the specificity of exactly what the exact | | |
| | 129:11    terms of all of that exclusivity were. | | |
| 135:15 - 135:15 | **WU, Robert 2025-10-03** | 00:00:01 | **DL5A.159** |
| | 135:15    And I will now mark Exhibit 18. | | |
| 135:21 - 136:06 | **WU, Robert 2025-10-03** | 00:00:53 | **DL5A.52** |
| 🔗 203.1 | 135:21    Mr. Wu, what is this document? | | |
| | 135:22  A.  This appears to be the second amended and | | |
| 🔗 203.1.1 | 135:23    restated limited partnership agreement of OpenAI LP. | | |
| | 135:24  Q.  And what's the date on the document? | | |
| | 135:25  A.  March 6th, 2021. | | |
| | 136:01  Q.  Under this agreement, did Microsoft agree | | |
| | 136:02    to invest an additional $2 billion into OpenAI? | | |
| | 136:03  A.  Yes.  I believe this is the agreement | | |
| | 136:04    that -- or the amendment to the LP that was entered | | |

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

136:05    into in connection with Microsoft's investment in
136:06    2021.

🗙 Clear

| 136:07 - 136:10 | **WU, Robert 2025-10-03** | 00:00:12 | **DL5A.147** |

136:07  Q.  Did the OpenAI board vote to approve this
136:08       deal?
136:09  A.  I believe, yes, OpenAI's board -- OpenAI,
136:10       Inc.'s board voted to approve this deal.

| 143:02 - 143:03 | **WU, Robert 2025-10-03** | 00:00:10 | **DL5A.160** |

143:02    ATTORNEY EYNON:  Thank you.  You can set
143:03    that aside.  And I will now mark Exhibit 19.

| 143:15 - 143:19 | **WU, Robert 2025-10-03** | 00:00:21 | **DL5A.62** |

🔗 204.1.1

143:15  Q.  Mr. Wu, what is this document?
143:16  A.  This appears to be the amended and
143:17       restated draft of the joint development and
143:18       collaboration agreement that was entered into
143:19       effective March 5th, 2021.

| 143:22 - 143:24 | **WU, Robert 2025-10-03** | 00:00:09 | **DL5A.63** |

143:22    In connection with Microsoft's -- did
143:23    Microsoft enter into this agreement in connection
143:24    with its additional $2 billion investment?

| 144:01 - 144:04 | **WU, Robert 2025-10-03** | 00:00:14 | **DL5A.64** |

144:01    THE WITNESS:  Microsoft did enter into
144:02    this amended and restated JDCA at around the same
144:03    time as it entered into the limited partnership
144:04    agreement on March 6th, 2021.

| 170:21 - 170:21 | **WU, Robert 2025-10-03** | 00:00:03 | **DL5A.68** |

🔗 206.1.1

170:21    Mr. Wu, what is this document?

| 170:22 - 170:24 | **WU, Robert 2025-10-03** | 00:00:13 | **DL5A.69** |

170:22  A.  This appears to be the amended and
170:23       restated LLC agreement of OpenAI Global, LLC, dated
170:24       January 23rd, 2023.

| 171:01 - 171:06 | **WU, Robert 2025-10-03** | 00:00:35 | **DL5A.151** |

171:01    Under this agreement, was the for-profit
171:02    entity in OpenAI's structure now an LLC?
171:03  A.  I don't recall the exact timing of the
171:04    steps, but my understanding is that OpenAI Global,
171:05    which is an LLC, became the holding company for the
171:06    capped-profit subsidiary.

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 172:05 - 172:07 | **WU, Robert 2025-10-03** | 00:00:07 | **DL5A.71** |

172:05    Does this schedule reflect that, at this
172:06    point, Microsoft had only contributed 1 billion of
172:07    that $2 billion commitment?

| 172:08 - 172:18 | **WU, Robert 2025-10-03** | 00:00:45 | **DL5A.72** |
|---|---|---|---|

172:08  A.  I believe that's correct, although there's
172:09    a footnote that says inclusive of funds in the
172:10    escrow account, which I think gets into a level of
172:11    detail I -- I'm not going to speak to at this point.
172:12  Q.  Did Microsoft subsequently contribute
172:13    the -- the full $2 billion capital commitment?
172:14  A.  My understanding is they have committed --
172:15    or contributed the full 2 billion.  Although,
172:16    there's -- again, some of that is, I believe,
172:17    without getting into all of the technical details,
172:18    credit for compute spend and all of that.

| 172:19 - 172:21 | **WU, Robert 2025-10-03** | 00:00:12 | **DL5A.73** |
|---|---|---|---|
| 🔗 206.85.2 | | | |

172:19  Q.  Under the -- the next entry in this
172:20    schedule reflects that Microsoft made a capital
172:21    commitment of $10 billion.

| 172:22 - 172:24 | **WU, Robert 2025-10-03** | 00:00:10 | **DL5A.74** |
|---|---|---|---|

172:22    Is this a new -- under this agreement, had
172:23    Microsoft agreed to contribute an additional
172:24    $10 billion to OpenAI?

| 172:25 - 173:09 | **WU, Robert 2025-10-03** | 00:00:36 | **DL5A.75** |
|---|---|---|---|

172:25  A.  Under this agreement, Microsoft did make
173:01    an additional capital commitment of $10 billion.
173:02    Again, I think similar to prior -- prior versions of
173:03    this partnership, a portion of that was actual cash
173:04    contributed, and a portion of that was for compute.
173:05  Q.  The target redemption amount for
173:06    Microsoft's $10 billion investment is $60 billion.
173:07    That -- is that a six-times return on
173:08    investment?
173:09  A.  Correct.

| 173:10 - 173:12 | **WU, Robert 2025-10-03** | 00:00:08 | **DL5A.76** |
|---|---|---|---|

173:10  Q.  What did the OpenAI board do to determine
173:11    whether that 6X return was reasonable and fair to
173:12    the nonprofit?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 173:14 - 173:25 | **WU, Robert 2025-10-03** | 00:00:46 | **DL5A.77** |

THE WITNESS: I think similar to prior
investments made by Microsoft and prior investments
made by other investors, the board took into
consideration, first and foremost, what was in the
best interests of the nonprofit's mission.
And then taking into consideration that,
the timing, the partnership with Microsoft,
including the commercial agreement, and balancing
things like investability, made the determination
that a 6X return -- or a 6X target redemption amount
on capital committed was in the best interests of
the mission.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 174:02 - 174:08 | **WU, Robert 2025-10-03** | 00:00:27 | **DL5A.78** |

Q. Did the board do any quantitative analysis
to determine whether this 6X return was appropriate?
A. I -- I don't know.
Q. Did the board do any financial modeling to
determine whether the 6X return was appropriate?
A. I don't know about specific financial
modeling.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 174:09 - 174:17 | **WU, Robert 2025-10-03** | 00:00:26 | **DL5A.79** |

Q. Do you understand that your counsel agreed
that you would testify about OpenAI's fixed maximum
return and capped-profit structures, including the
process by which OpenAI determined the profit
maximums or caps for those structures?
A. I do.
Q. But you can't tell me whether the board
performed any quantitative analysis at all to
determine whether this -- this cap was appropriate?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 174:25 - 175:12 | **WU, Robert 2025-10-03** | 00:00:38 | **DL5A.80** |

THE WITNESS: Yeah.
I mean, I can speak to the board having
met with management and the team that was
negotiating this deal with Microsoft.
And they did review the terms, including
all of the terms beyond just the investment, as
well, taking into consideration the compute that was
necessary, talent, the state of the company and the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

industry at that point, and made a determination
that this deal was fair and in the best interests of
the mission.
I can't speak to specific financial
modeling or analysis that was done.

| 175:14 - 175:16 | **WU, Robert 2025-10-03** | 00:00:05 | **DL5A.81** |

Q. And you don't know whether any of that was
done?
A. I don't.

| 176:08 - 176:20 | **WU, Robert 2025-10-03** | 00:00:36 | **DL5A.152** |

You don't know if it did any modeling to
determine whether it would have sufficient profits
to pay Microsoft back?
ATTORNEY WINTER:  Objection.
THE WITNESS:  My understanding is that the
board would've considered the state of the business
at that point, and I think that would've considered
the financials and the commercial operations of the
for-profit subsidiary and other operational and
financial metrics.
I'm not aware of the specific financial
analysis, and I probably can't speak to that level
of specificity.

| 176:23 - 177:09 | **WU, Robert 2025-10-03** | 00:01:28 | **DL5A.84** |

Under this agreement, based on the target
redemption amounts in this schedule, how much would
the limited partners have to be paid before the
nonprofit received any residual proceeds?
A. Based on my kind of back-of-the-napkin
math here, appears that the total target redemption
amounts for all of the limited partners, including
the nonprofit and Microsoft, amounted to north of
250 billion.
And the residual, the nonprofit-specific
residual interest, would not be paid until those
target redemption amounts were paid out.

| 180:02 - 180:07 | **WU, Robert 2025-10-03** | 00:00:28 | **DL5A.89** |

Q. And starting in 2025, do the target

🔗 206.21.1    redemption amounts for the limited partners increase

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 180:04    by 20 percent for each full fiscal year? | | |
| | 180:05   A.   Correct. The target redemption amounts | | |
| | 180:06    increase, starting in 2025, for each full fiscal | | |
| | 180:07    year by 20 percent for the members. | | |
| 180:08 - 180:10 | **WU, Robert 2025-10-03** | 00:00:13 | **DL5A.90** |
| | 180:08   Q.   Did that apply to Microsoft's target | | |
| | 180:09    redemption amounts? | | |
| | 180:10   A.   It did. | | |
| 181:13 - 181:13 | **WU, Robert 2025-10-03** | 00:00:07 | **DL5A.161** |
| 🔗 207.1.1 | 181:13    And I would like to mark Exhibit 24. | | |
| 181:19 - 181:23 | **WU, Robert 2025-10-03** | 00:00:21 | **DL5A.91** |
| | 181:19    Mr. Wu, what is this document? | | |
| | 181:20   A.   This appears to be the second amended and | | |
| | 181:21    restated joint development and collaboration | | |
| | 181:22    agreement between OpenAI, Inc., OpenAI OpCo, and | | |
| | 181:23    Microsoft dated effective January 23, 2023. | | |
| 181:24 - 182:01 | **WU, Robert 2025-10-03** | 00:00:09 | **DL5A.92** |
| | 181:24   Q.   In connection with Microsoft's $10 billion | | |
| | 181:25    investment, did OpenAI and Microsoft enter into this | | |
| | 182:01    further amendment to the JDCA? | | |
| 182:03 - 182:08 | **WU, Robert 2025-10-03** | 00:00:22 | **DL5A.93** |
| | 182:03    THE WITNESS: My understanding is that | | |
| | 182:04    both the global -- or sorry -- the global amended | | |
| | 182:05    and restated LLC agreement of OpenAI Global and this | | |
| | 182:06    second amended and restated joint development and | | |
| | 182:07    collaboration agreement were entered into on the | | |
| | 182:08    same day. | | |
| 183:01 - 183:03 | **WU, Robert 2025-10-03** | 00:00:07 | **DL5A.94** |
| | 183:01    Under this agreement, did OpenAI give | | |
| | 183:02    Microsoft a license to all of OpenAI's intellectual | | |
| | 183:03    property except AGI? | | |
| 183:05 - 183:10 | **WU, Robert 2025-10-03** | 00:00:30 | **DL5A.95** |
| 🔗 207.7.1 | 183:05    THE WITNESS: Based kind of on a review of | | |
| | 183:06    this definition of "licensed IP" and the definitions | | |
| | 183:07    of "IP" and "technology" in this agreement, it does | | |
| | 183:08    appear that OpenAI, Inc., OpCo, licensed all IP and | | |
| | 183:09    technology as defined in this agreement, excluding | | |
| | 183:10    only AGI. | | |

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 183:21 - 183:24 | **WU, Robert 2025-10-03** | 00:00:17 | **DL5A.96** |

Clear

Q. Does the -- does this agreement provide for a broader IP license than the intellectual property license Microsoft had under the 2021 JDCA that we reviewed?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 184:01 - 184:08 | **WU, Robert 2025-10-03** | 00:00:25 | **DL5A.97** |

THE WITNESS: I can't speak to the specifics of the IP that was included. I think if you look at the definition of licensed IP and compare it to the definition of licensed IP in the prior iteration of the JDCA, there are -- you know, subject to kind of me understanding all of the specific defined terms, it does appear that it is broader.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 195:12 - 195:16 | **WU, Robert 2025-10-03** | 00:00:23 | **DL5A.101** |

Q. Does OpenAI, Inc., still have employees today?
A. I don't believe it has any full-time employees. It has a board of directors, and Sam is the CEO.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 196:02 - 196:07 | **WU, Robert 2025-10-03** | 00:00:42 | **DL5A.153** |

Q. Do any entities besides -- well, which entity employs the majority of OpenAI's employees?
A. I believe the -- the majority of employees are employed by OpenAI OpCo LLC, OpenAI LLC, or the -- in the case of international employees, international subsidiaries underneath OpenAI.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 210:10 - 210:13 | **WU, Robert 2025-10-03** | 00:00:16 | **DL5A.104** |

Q. Was -- around this time in September 2024, was OpenAI's board considering converting the for-profit subsidiary into an uncapped for-profit structure?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 210:15 - 211:08 | **WU, Robert 2025-10-03** | 00:01:16 | **DL5A.105** |

THE WITNESS: In September 2024 or around that time, there were discussions with the board's independent financial advisors and legal advisors on potential structures and different considerations to put the for-profit entity in the best position to kind of advance the mission, and that includes

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

210:21   putting itself in the best position to maintain
210:22   technical leadership, to attract investors again to
210:23   raise the capital needed to purchase compute and
210:24   attract talent and retain talent -- all while
210:25   ensuring that the mission and the governing
211:01   structure remained aligned with the mission.
211:02   And so one of those potential
211:03   considerations was converting the capital structure
211:04   of the for-profit subsidiary, which is an LLC, as
211:05   you know, into a more traditional corporate
211:06   structure that was not a bespoked capped profit
211:07   structure but more of a traditional stock
211:08   corporation.

| 211:10 - 211:12 | **WU, Robert 2025-10-03** | 00:00:16 | **DL5A.106** |
|---|---|---|---|

211:10   Q.   And was the new for-profit structure that
211:11        the board was considering a structure that would not
211:12        have any cap on its profits?

| 211:14 - 211:19 | **WU, Robert 2025-10-03** | 00:00:25 | **DL5A.107** |
|---|---|---|---|

211:14   THE WITNESS:  One of the considerations
211:15   was converting the LLC waterfall into a more
211:16   traditional corporate stock ownership capital
211:17   structure, and in that structure, stock that
211:18   investors, employees, or others hold would not be
211:19   subject to a particular cap on profit distributions.

| 211:21 - 212:12 | **WU, Robert 2025-10-03** | 00:01:17 | **DL5A.156** |
|---|---|---|---|

211:21   Q.   When did OpenAI's board first begin
211:22        considering a plan to convert the LLC entity into a
211:23        more traditional corporate stock structure?
211:24   A.   I don't have the exact date on when this
211:25        was discussed, but as kind of mentioned -- excuse
212:01        me -- in April '24, or perhaps it was May '24, when
212:02        the mission and strategy committee was first formed,
212:03        one of the areas they worked with advisors on was
212:04        examining the structure and making sure that OpenAI,
212:05        as an enterprise, was best set up for success to
212:06        advance the mission.
212:07        I think through many meetings and the
212:08        course of many discussions with those advisors and
212:09        others, over time one of the options became under
212:10        consideration was converting that LLC for-profit

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 212:11     waterfall into a traditional corporate stock OpenAI | | |
| | 212:12     structure.  I would say sometime in 2024. | | |
| 233:25 - 234:01 | **WU, Robert 2025-10-03** | 00:00:04 | **DL5A.162** |
| 🔗 211.1.1 | 233:25     ATTORNEY EYNON:  I'd now like to show you | | |
| | 234:01     Exhibit 31. | | |
| 234:07 - 234:17 | **WU, Robert 2025-10-03** | 00:00:35 | **DL5A.112** |
| | 234:07     Mr. Wu, did you review this document to | | |
| | 234:08     prepare for your deposition? | | |
| | 234:09    A.   I did. | | |
| | 234:10    Q.   What is it? | | |
| | 234:11    A.   This is the watershed MOU entered into | | |
| | 234:12     between OpenAI and Microsoft laying out, at a high | | |
| | 234:13     level, the governance and capital structure for the | | |
| | 234:14     proposed recapitalization of the for-profit | | |
| | 234:15     subsidiary. | | |
| | 234:16    Q.   Is it dated September 11th, 2025? | | |
| | 234:17    A.   It is. | | |
| 242:23 - 242:23 | **WU, Robert 2025-10-03** | 00:00:06 | **DL5A.163** |
| | 242:23     I'd now like to mark Exhibit 32. | | |
| 243:09 - 243:12 | **WU, Robert 2025-10-03** | 00:00:21 | **DL5A.113** |
| | 243:09    Q.   What is it? | | |
| 🔗 212.1.1 | 243:10    A.   This is, I believe, the term sheet -- the | | |
| | 243:11     nonbinding term sheet outlining the high-level key | | |
| | 243:12     terms for the Microsoft commercial relationship. | | |
| 243:13 - 243:15 | **WU, Robert 2025-10-03** | 00:00:23 | **DL5A.114** |
| | 243:13    Q.   When was this term sheet executed? | | |
| | 243:14    A.   I believe it was executed on the same day | | |
| | 243:15     as the watershed MOU. | | |
| 243:17 - 243:24 | **WU, Robert 2025-10-03** | 00:00:45 | **DL5A.115** |
| 🔗 212.6.1 | 243:17     On page 6 of the document, there is a | | |
| | 243:18     Section 1, "Licensed IP," which states: | | |
| | 243:19     [As Read]  Licensed IP, A, the current | | |
| | 243:20     definition of licensed IP in the JDCA | | |
| | 243:21     remains unchanged except for the inclusion | | |
| | 243:22     of AGI and the exclusion of the following. | | |
| | 243:23     Then it lists a few things, among other | | |
| | 243:24     things, AGI research IP. | | |
| 244:17 - 245:05 | **WU, Robert 2025-10-03** | 00:01:04 | **DL5A.157** |

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| ⊠ Clear | 244:17  Q.  So under these new terms, would Microsoft | | **DL5A.157** |
| | 244:18      now have rights in OpenAI's intellectual property | | |
| | 244:19      even after OpenAI achieves AGI? | | |
| | 244:20      ATTORNEY WINTER:  Objection. | | |
| | 244:21      THE WITNESS:  I believe under the current | | |
| | 244:22      proposed construct under the Argos 3 MOU is that | | |
| | 244:23      upon -- there are certain modifications upon a | | |
| | 244:24      determination of AGI in which Microsoft would not | | |
| | 244:25      receive certain intellectual property, including | | |
| | 245:01      those AGI research IP and the other kind of | | |
| | 245:02      categories listed here but would receive certain | | |
| | 245:03      product IP. | | |
| | 245:04      Subject to certain conditions, which I | | |
| | 245:05      can't get into the specifics on. | | |
| 245:07 - 245:09 | **WU, Robert 2025-10-03** | 00:00:12 | **DL5A.116** |
| | 245:07  Q.  Under this provision, was -- did -- will | | |
| | 245:08      Microsoft get new rights in OpenAI's post-AGI | | |
| | 245:09      intellectual property? | | |
| 245:11 - 245:15 | **WU, Robert 2025-10-03** | 00:00:21 | **DL5A.117** |
| | 245:11      THE WITNESS:  Under the current Argos 3 | | |
| | 245:12      construct, Microsoft would receive, once there is a | | |
| | 245:13      determination that there is AGI through this | | |
| | 245:14      third-party panel, certain access to certain product | | |
| | 245:15      IP. | | |
| 276:23 - 276:25 | **WU, Robert 2025-10-03** | 00:00:13 | **DL5A.125** |
| | 276:23      ATTORNEY EYNON:  You can set that aside, | | |
| | 276:24      and I will show you what will be marked as | | |
| | 276:25      Exhibit 38. | | |
| 277:05 - 277:07 | **WU, Robert 2025-10-03** | 00:00:15 | **DL5A.126** |
| | 277:05      Ms. Puckett, is this OpenAI's 2018 | | |
| 🔗 53.1 | 277:06      Form 990? | | |
| | 277:07  A.  Yes.  It appears to be. | | |
| 277:13 - 277:14 | **WU, Robert 2025-10-03** | 00:00:09 | **DL5A.127** |
| 🔗 54.1 | 277:13  Q.  Thank you.  You can set that aside, and I | | |
| | 277:14      will show you what will be marked as Exhibit 39. | | |
| 277:17 - 277:18 | **WU, Robert 2025-10-03** | 00:00:04 | **DL5A.128** |
| 🔗 55.1 | 277:17      ATTORNEY EYNON:  Why don't we go ahead and | | |
| | 277:18      mark Exhibit 40 at the same time. | | |

**DL5A - Open AI 30(b)(6) Robert Wu FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 277:22 - 278:01 | **WU, Robert 2025-10-03** | 00:00:27 | **DL5A.129** |

🔗 54.1

277:22  Q.  Starting with Exhibit 39, this is a
277:23       document with beginning Bates stamp
277:24       OPENAI_MUSK-0005462.
277:25       Is this OpenAI, Inc.'s 2019 Form 990?
278:01  A.  Yes.  It appears to be.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 278:08 - 278:10 | **WU, Robert 2025-10-03** | 00:00:19 | **DL5A.130** |

🔗 55.1

278:08       Turning to Exhibit 40, is this document
278:09       OpenAI, Inc.'s 2020 Form 990?
278:10  A.  Yes.  It appears to be.

| | |
|---|---|
| Plaintiff Affirmative | 00:24:19 |
| OAI Counters to Musk Aff | 00:08:37 |
| **TOTAL RUN TIME** | **00:32:56** |

📄 Documents linked to video:
16
53
54
55
200
201
202
203
204
206
207
211
212