# Ermira Murati All NEW

## Designation List Report



π PLAINTIFF π

United States District Court
Northern District of California

Case No.  **4:24-CV-04722-YGR**

Case Title **Musk et al. v. Altman et al.**

Exhibit No.  **1701**

Date Entered _____

Mark Busby, Clerk

By: _____ , Deputy Clerk

**Murati, Ermira**                          **2025-11-02**

| | |
|---|---|
| Plaintiff Affirmative | 00:16:39 |
| OAI Counters to Musk Aff | 00:20:18 |
| MSFT Counters to Musk Aff | 00:07:41 |
| **TOTAL RUN TIME** | **00:44:38** |

Documents linked to video:

244

301

302

306

309

315

1046

1048



**ID: DL1**

2026-05-06

**DL1 - Ermira Murati All NEW**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:08 - 9:09 | **Murati, Ermira 2025-11-02** | 00:00:04 | **DL1.1** |

9:08    Please state your full name for the record.

9:09    THE WITNESS:  Ermira Murati.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:01 - 11:10 | **Murati, Ermira 2025-11-02** | 00:00:21 | **DL1.2** |

11:01   Q.  And where did you work after you graduated

11:02       college?

11:03   A.  I worked at Zodiac Aerospace, which is

11:04       aerospace, and I was there for about a year and a half.

11:05   Q.  What did you do there?

11:06   A.  I was a design engineer.

11:07   Q.  Where did you go after that?

11:08   A.  I went to --

11:09       (Stenographer clarification.)

11:10       THE WITNESS:  -- Tesla.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:11 - 11:15 | **Murati, Ermira 2025-11-02** | 00:00:15 | **DL1.3** |

11:11   Q.  (By Ms. Schubert)  What drew you to work at

11:12       Tesla?

11:13   A.  The mission of the company, mainly; and, also,

11:14       the complexity of the work, working on something that

11:15       felt very meaningful and -- and important.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:24 - 11:25 | **Murati, Ermira 2025-11-02** | 00:00:04 | **DL1.4** |

11:24   Q.  Did Elon Musk play a role in your decision to

11:25       join Tesla?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:01 - 12:05 | **Murati, Ermira 2025-11-02** | 00:00:17 | **DL1.5** |

12:01   A.  Yes.

12:02   Q.  Tell me about that.

12:03   A.  I found Elon to be a very inspiring leader, and

12:04       I -- I really respected what he had done with Tesla up

12:05       to that point.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:18 - 14:19 | **Murati, Ermira 2025-11-02** | 00:00:12 | **DL1.6** |

14:18   Q.  How did you find his leadership?

14:19   A.  Firm, effective, and, at the time, inspiring.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:01 - 21:09 | **Murati, Ermira 2025-11-02** | 00:00:35 | **DL1.7** |

21:01   Q.  Did Mr. Musk's involvement in OpenAI play a

21:02       role in your decision to seek employment there?

21:03   A.  I think so, yes.

21:04   Q.  How?

21:05   A.  In the sense that I respected his leadership

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

21:06 and accomplishments, and -- and I thought he had done
21:07 incredible things with Tesla and SpaceX and Neuralink,
21:08 so I felt -- I felt that this would be -- this would be
21:09 a worthy pursuit.

| 21:10 - 21:12 | **Murati, Ermira 2025-11-02** | 00:00:07 | **DL1.74** |
|---|---|---|---|

21:10 Q. Did you discuss pursuing employment at OpenAI
21:11 with Elon before you did?
21:12 A. No.

| 21:13 - 21:14 | **Murati, Ermira 2025-11-02** | 00:00:05 | **DL1.8** |
|---|---|---|---|

21:13 Q. You joined OpenAI in 2018; is that right?
21:14 A. Yes.

| 21:17 - 21:19 | **Murati, Ermira 2025-11-02** | 00:00:16 | **DL1.9** |
|---|---|---|---|

21:17 Q. How did you come to join OpenAI?
21:18 A. I had a few conversations with Ilya Sutskever,
21:19 Greg Brockman, Dario Amodei --

| 21:21 - 21:25 | **Murati, Ermira 2025-11-02** | 00:00:25 | **DL1.10** |
|---|---|---|---|

21:21 THE WITNESS: -- Wojciech Zaremba, and I
21:22 thought they were all really committed and incredibly
21:23 smart, and I found the direction of OpenAI very
21:24 inspiring. The role wasn't very clear initially, but
21:25 I -- I thought it would be worth -- worth a shot anyway.

| 24:18 - 25:02 | **Murati, Ermira 2025-11-02** | 00:00:33 | **DL1.11** |
|---|---|---|---|

24:18 Q. (By Ms. Schubert) Do you recall whether, at
24:19 some point, OpenAI did, in fact, move in a more
24:20 commercial direction?
24:21 A. Yes.
24:22 Q. Do you recall around when that was?
24:23 A. That would have been around the time that --
24:24 prior -- prior to the release of the API, so shortly
24:25 after GPT-3 release -- or, sorry, GPT-3 being ready.
25:01 Q. Do you remember what year, approximately, that
25:02 was?

| 25:03 - 25:03 | **Murati, Ermira 2025-11-02** | 00:00:03 | **DL1.12** |
|---|---|---|---|

25:03 A. Around 2020.

| 33:01 - 33:11 | **Murati, Ermira 2025-11-02** | 00:00:32 | **DL1.13** |
|---|---|---|---|

33:01 Q. Would you have considered yourself the primary
33:02 point person for the Microsoft relationship?
33:03 A. With regards to operationalizing the work, yes.

**DL1 - Ermira Murati All NEW**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

33:04  Q.  What do you mean by "operationalizing the
33:05        work"?
33:06  A.  So meaning being responsible for the
33:07        workstreams of the partnership.
33:08  Q.  OpenAI's workstreams?
33:09  A.  Yes.
33:10  Q.  And also Microsoft's workstreams, insofar as
33:11        they involved OpenAI's IP?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 33:15 - 33:15 | **Murati, Ermira 2025-11-02** | 00:00:02 | **DL1.14** |

33:15  A.  Yes.

| 38:01 - 38:02 | **Murati, Ermira 2025-11-02** | 00:00:06 | **DL1.15** |
|---|---|---|---|

38:01  Q.  (By Ms. Schubert)  Were you promoted for your
38:02        success in the Microsoft partnership?

| 38:04 - 38:10 | **Murati, Ermira 2025-11-02** | 00:00:18 | **DL1.16** |
|---|---|---|---|

38:04        THE WITNESS:  I don't believe that was the
38:05        primary reason for me becoming CTO, because I was
38:06        already VP of partnerships.
38:07  Q.  (By Ms. Schubert)  Did you believe it was one
38:08        of the reasons for becoming CTO?
38:09  A.  Executing well on goals of the partnership,
38:10        yes.

| 38:11 - 38:14 | **Murati, Ermira 2025-11-02** | 00:00:11 | **DL1.75** |
|---|---|---|---|

38:11  Q.  What were your responsibilities as CTO?
38:12  A.  I was running the entire technical
38:13        organization, engineering, research, product safety,
38:14        security.

| 38:15 - 38:20 | **Murati, Ermira 2025-11-02** | 00:00:14 | **DL1.17** |
|---|---|---|---|

38:15  Q.  Encompassed in that, was it your job to lead
38:16        the product arm of OpenAI?
38:17  A.  Yes.
38:18  Q.  Was it also primarily your responsibility to
38:19        commercialize OpenAI's technology as CTO?
38:20  A.  Yes.

| 39:01 - 39:04 | **Murati, Ermira 2025-11-02** | 00:00:12 | **DL1.18** |
|---|---|---|---|

39:01        As CTO, who did you report to at OpenAI?
39:02  A.  To Sam Altman.
39:03  Q.  And who reported to you?
39:04  A.  Several people.

**DL1 - Ermira Murati All NEW**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 43:25 - 44:13 | **Murati, Ermira 2025-11-02** | 00:00:58 | **DL1.76** |

43:25    What did you understand in the early years that

44:01    Microsoft wanted from a relationship with OpenAI?

44:02  A.  There were two aspects of the relationship; one

44:03    was build on compute, and the other was the commercial

44:04    aspect of the partnership.

44:05    The -- the compute part was about securing the

44:06    necessary compute for OpenAI to do its research and also

44:07    helping Microsoft advance Azure while we were doing

44:08    that.

44:09    And then the commercial aspect of the

44:10    partnership was about sharing IP once we had -- once we

44:11    at OpenAI had deemed it commercializable.

44:12    And, of course, the third part was about

44:13    funding.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 45:02 - 45:03 | **Murati, Ermira 2025-11-02** | 00:00:08 | **DL1.19** |

45:02  Q.  Why did you understand Microsoft to want to

45:03    share, as you said, OpenAI's IP?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 45:09 - 45:10 | **Murati, Ermira 2025-11-02** | 00:00:07 | **DL1.20** |

45:09    THE WITNESS:  To eventually deploy it in the

45:10    world through -- through products and services.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 50:13 - 50:15 | **Murati, Ermira 2025-11-02** | 00:00:12 | **DL1.21** |

🔗 244.1.4

50:13  Q.  (By Ms. Schubert)  Okay.

50:14    I'd like to show you what we'll mark Exhibit 4,

50:15    which is Bates stamped MSFT_MUSK_15915.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 50:17 - 50:22 | **Murati, Ermira 2025-11-02** | 00:01:00 | **DL1.22** |

50:17  Q.  (By Ms. Schubert)  This is an e-mail from you

50:18    to Phil Waymouth at Microsoft dated May 11th of 2019.

50:19    Let me know when you've had a chance to review.

50:20    The attachment title is "Odyssey Joint

50:21    Develop -- Joint Dev and Collab Agr."

50:22    Do you know what that's a reference to?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 50:23 - 51:04 | **Murati, Ermira 2025-11-02** | 00:00:19 | **DL1.23** |

❌ Clear

50:23  A.  It's a reference to the agreement that OpenAI

50:24    and Microsoft were working on together.

50:25  Q.  What -- the agreement that ultimately became

51:01    the 2019 JDCA?

51:02  A.  Yes.

51:03  Q.  Did you see the final 2019 JDCA?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. Yes.

| 51:18 - 51:25 | **Murati, Ermira 2025-11-02** | 00:00:24 | **DL1.24** |

Q. What were Microsoft's goals with regard to the commercial side of the agreement as far as Phil conveyed to you?

A. To have access to OpenAI IP.

Q. What would "access" encompass?

A. Access to commercialize the --

(Stenographer clarification.)

THE WITNESS:  -- IP.

| 52:23 - 52:25 | **Murati, Ermira 2025-11-02** | 00:00:07 | **DL1.25** |

Q. (By Ms. Schubert)  Did you have an understanding of why Microsoft wanted to license the language model technology that OpenAI had created?

| 53:04 - 53:05 | **Murati, Ermira 2025-11-02** | 00:00:03 | **DL1.26** |

THE WITNESS:  To eventually be at liberty to commercialize.

| 54:01 - 54:13 | **Murati, Ermira 2025-11-02** | 00:00:50 | **DL1.111** |

Q. Was there a disagreement between OpenAI and Microsoft about open sourcing the GPT language model?

(Stenographer clarification.)

THE WITNESS:  It wasn't specific to open sourcing or not open sourcing the -- the OpenAI -- this is -- this is about OpenAI having -- you know, deciding what to do with the model, whether to release it publicly or not, and what that actually meant for -- for the commercial agreement of the partnership. I believe OpenAI would have decided to do what was the right thing to do anyway, and this was more about making the commercial agreement fit that, what was the company's strategy.

| 54:14 - 54:19 | **Murati, Ermira 2025-11-02** | 00:00:21 | **DL1.27** |

Q. (By Ms. Schubert)  Why did you offer to provide Microsoft with six months or one year of exclusivity prior to open sourcing?

A. As part of the commercial agreement, so that they could -- they could have the benefit of getting a head start on -- on commercializing.

| 55:18 - 55:19 | **Murati, Ermira 2025-11-02** | 00:00:04 | **DL1.28** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 55:18  Q.  And commercializing the IP is one way to yield<br>55:19       a profit; right? | | **DL1.28** |
| 55:21 - 55:21 | **Murati, Ermira 2025-11-02** | 00:00:02 | **DL1.29** |
| | 55:21       THE WITNESS:  Yes. | | |
| 56:19 - 56:22 | **Murati, Ermira 2025-11-02** | 00:00:09 | **DL1.112** |
| | 56:19  Q.  During the course of your negotiations with<br>56:20       Microsoft, they were deeply engaged in the terms of this<br>56:21       deal; fair to say?<br>56:22  A.  Yes. | | |
| 56:25 - 57:01 | **Murati, Ermira 2025-11-02** | 00:00:08 | **DL1.113** |
| | 56:25  Q.  (By Ms. Schubert)  Did they ask a number of<br>57:01       questions during your meetings and dealings with them? | | |
| 57:04 - 57:05 | **Murati, Ermira 2025-11-02** | 00:00:06 | **DL1.114** |
| | 57:04  Q.  (By Ms. Schubert)  Did they conduct diligence<br>57:05       with regard to this deal between OpenAI and Microsoft? | | |
| 57:10 - 57:10 | **Murati, Ermira 2025-11-02** | 00:00:01 | **DL1.129** |
| | 57:10  A.  Yes. | | |
| 57:11 - 57:18 | **Murati, Ermira 2025-11-02** | 00:00:23 | **DL1.115** |
| | 57:11  Q.  Did Microsoft ask OpenAI for diligence<br>57:12       materials in connection with the deal?<br>57:13  A.  What kind of diligence materials?<br>57:14  Q.  Information about OpenAI that it could review<br>57:15       to make an informed choice about how to negotiate the<br>57:16       deal.<br>57:17  A.  I know the technological information; and as<br>57:18       far as that goes, yes. | | |
| 57:19 - 57:24 | **Murati, Ermira 2025-11-02** | 00:00:15 | **DL1.30** |
| | 57:19  Q.  Did you spend a great deal of time working with<br>57:20       Microsoft on the JDCA and investment deals?<br>57:21  A.  Yes.<br>57:22  Q.  Would it be fair to say that Microsoft was<br>57:23       detail-oriented in its dealings with you?<br>57:24  A.  Yes. | | |
| 60:01 - 60:08 | **Murati, Ermira 2025-11-02** | 00:00:27 | **DL1.31** |
| | 60:01  Q.  Was one of OpenAI's goals to assist Microsoft<br>60:02       in building products that would use OpenAI's IP?<br>60:03  A.  To support.<br>60:04  Q.  In what way? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. In the way of understanding the technology. As we would transfer the technology, making sure that they understood and they could use it and integrate it properly.

| 60:09 - 60:10 | **Murati, Ermira 2025-11-02** | 00:00:04 | **DL1.32** |

Q. Into commercializable products?
A. Yes.

| 60:16 - 60:18 | **Murati, Ermira 2025-11-02** | 00:00:07 | **DL1.77** |

Q. And so OpenAI needed to be producing IP that Microsoft could use in commercial products?
A. Not --

| 60:21 - 60:25 | **Murati, Ermira 2025-11-02** | 00:00:19 | **DL1.78** |

Q. (By Ms. Schubert) Why do you say "no"?
A. Because OpenAI had full autonomy on the research roadmap and the best path to build safe AGI.
Q. Was OpenAI creating IP that Microsoft could use in its commercial products?

| 61:02 - 61:05 | **Murati, Ermira 2025-11-02** | 00:00:11 | **DL1.79** |

THE WITNESS: Yes, as a result of building research IP on --
(Stenographer clarification.)
THE WITNESS: -- the path to AGI.

| 61:25 - 62:02 | **Murati, Ermira 2025-11-02** | 00:00:07 | **DL1.80** |

Q. You understood that the -- that OpenAI's large language models were of primary interest to Microsoft; right?

| 62:07 - 63:03 | **Murati, Ermira 2025-11-02** | 00:01:17 | **DL1.81** |

THE WITNESS: Yes.
Q. (By Ms. Schubert) And is that what OpenAI focused on developing during the course of its partnership with Microsoft?
A. Not as a result of the commercial interest. I'd say it's the other way around.
Q. Elaborate.
A. The commercial -- there was commercial interest because the technology was viable. The technology was not developed with the purpose of becoming commercially interesting. When the GPT series of models was developed, there was no expectation that these would be

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

62:19 commercially interesting.

62:20 Q. Eventually, OpenAI did go on to build

62:21 commercial products itself; correct?

62:22 A. Correct.

62:23 Q. Why did OpenAI make that change?

62:24 A. Because it was core to achieving the mission,

62:25 both from a perspective of having enough capital to buy

63:01 compute, but also, in my opinion, because it's important

63:02 to be in touch with reality as we're building

63:03 increasingly consequential research.

| 68:02 - 68:04 | **Murati, Ermira 2025-11-02** | 00:00:08 | **DL1.33** |

68:02 Q. Was it one of your responsibilities at OpenAI

68:03 to work to make Microsoft commercially successful, as

68:04 described by Sam Altman?

| 68:08 - 68:08 | **Murati, Ermira 2025-11-02** | 00:00:02 | **DL1.34** |

68:08 THE WITNESS: Broadly, yes.

| 76:23 - 76:24 | **Murati, Ermira 2025-11-02** | 00:00:06 | **DL1.116** |

76:23 Did you think Microsoft was also trying to work

76:24 with your structure as its top priority in mind?

| 77:01 - 77:03 | **Murati, Ermira 2025-11-02** | 00:00:09 | **DL1.117** |

77:01 THE WITNESS: In order for the agreement to be

77:02 successful, yes. And we managed to negotiate not one

77:03 but three of these deals so I would say yes.

| 78:25 - 79:08 | **Murati, Ermira 2025-11-02** | 00:00:43 | **DL1.82** |

78:25 Q. (By Ms. Schubert) In the 2023 deal, what did

79:01 Microsoft express to you that they most wanted out of

79:02 the deal?

79:03 A. The structure of the deal was not any

79:04 different. It was a continuation of the existing

79:05 relationship; OpenAI being successful in obtaining

79:06 compute and investment to carry out its mission, and

79:07 OpenAI and Microsoft partnering together to

79:08 commercialize the technologies.

| 80:16 - 80:20 | **Murati, Ermira 2025-11-02** | 00:00:29 | **DL1.37** |

80:16 Q. Did OpenAI agree to remove certain impediments

80:17 to commercialization in the 2023 deal?

80:18 A. So we agreed to come up with the correct

80:19 structure to reduce unnecessary tension in

80:20 commercialization.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 80:21 - 81:17 | **Murati, Ermira 2025-11-02** | 00:01:22 | **DL1.118** |

For example, when we first thought about sharing IP, we had this notion that very few people would have access to the code.  And this was -- you know, this notion was built on a completely different expectation and reality of what it takes to actually commercialize the technology and -- but -- but the thing that we cared most about was that there was some level of alignment on how the technology was scaled.  So while that specific notion of operationalization was no longer valid, like it just didn't work, we'd come up with a different one.  So I would say the principle remain -- principles remained the same, but the way that we achieved them at each -- at -- at each deal negotiation was slightly different.

Q.  And that change over time was in tandem with the increased commercializations and the reality of releasing those products on the market?

A.  That's right, yes.

Q.  In 2023, were you all contemplating including OpenAI's technology into Microsoft's designer and GitHub Copilot features?

A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 89:24 - 90:01 | **Murati, Ermira 2025-11-02** | 00:00:10 | **DL1.38** |

Q.  (By Ms.  Schubert)  By fall of 2023, did you perceive that Mr.  Altman was not candid with you at any time?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 90:01 - 90:06 | **Murati, Ermira 2025-11-02** | 00:00:25 | **DL1.39** |

time?

A.  Sorry.  He wasn't what?

Q.  Candid with you; truthful, honest.

A.  Not always.

Q.  He was not always candid with you?

A.  Um-hum.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 90:11 - 90:18 | **Murati, Ermira 2025-11-02** | 00:00:20 | **DL1.40** |

Q.  Okay.  By fall of 2023, did you feel that Mr.  Altman undermined you in your role as CTO?

A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. And by that same time period, did you feel that
Mr. Altman had pitted OpenAI's executives against each
other?
A. Yes.

| 108:11 - 108:16 | **Murati, Ermira 2025-11-02** | 00:00:19 | **DL1.83** |

Q. (By Ms. Schubert)  What is your criticism of
Mr. Altman?
A. It is completely management related.  I had an
incredibly hard job to do in an organization that was
very complex, and I was asking Sam to lead and lead with
clarity and not undermine my ability to do my job.

| 111:08 - 111:16 | **Murati, Ermira 2025-11-02** | 00:00:28 | **DL1.41** |

🔗 302.1.3

Q. (By Ms. Schubert)  Towards the bottom of this
first black box under the number 2, it says, "This year,
the most cited goal to the company has been the 100M,"
for million, "revenue goal."
You said that "Kevin and Satya said this was
needed to raise the next 10B," for billion.  "It didn't
matter how we got to this number, we needed to get
there.  We pressured the GTM team to do big contracts
instead of carrying out" --

| 111:18 - 111:19 | **Murati, Ermira 2025-11-02** | 00:00:03 | **DL1.42** |

Q. (By Ms. Schubert)  -- "a cohesive strategy
around the platform."

| 111:20 - 111:25 | **Murati, Ermira 2025-11-02** | 00:00:13 | **DL1.43** |

What is the $100 million revenue goal that
you're referring to here?
A. It was a company-level goal to get to on
revenue.
Q. Who told you about that goal?
A. Sam.

| 112:01 - 112:11 | **Murati, Ermira 2025-11-02** | 00:00:37 | **DL1.44** |

Q. Did he say that Microsoft had set the goal?
A. I believe Sam set the goal.
Q. Okay.
It states that "Kevin and Satya said this was
needed to raise the next 10 billion."

❌ Clear

Who did you learn that from?
A. Sam.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. And did Mr. Altman tell you that it was important to achieve this goal to receive Microsoft's continued investments?
A. Yes.

| 112:14 - 112:16 | **Murati, Ermira 2025-11-02** | 00:00:04 | **DL1.45** |

Q. Did OpenAI take steps to achieve this goal, as far as you knew?
A. Yes.

| 112:17 - 112:25 | **Murati, Ermira 2025-11-02** | 00:00:24 | **DL1.119** |

Q. What steps?
A. We grew the GTM team and tried to build more of an enterprise business around API.
Q. What's GTM?
A. Go to market.
Q. Is that for taking products to market for commercial purposes?
A. Yes. But this was already a goal of the company.

| 113:01 - 114:02 | **Murati, Ermira 2025-11-02** | 00:01:49 | **DL1.84** |

Q. You referred to big quick contracts. What are you referring to there?
A. I -- I don't know precisely what the contracts were. But the -- the point of this note to him is not that I'm disagreeing with the amount of revenue that OpenAI had to -- had to create into the world, but it's more about the specific strategy or lack of in this case.
Q. What do you mean by that?
A. What I mean is that you could send a lot of salespeople into the world to pursue different markets, different verticals, or you could pick specific verticals that you want to do and go after that and -- but whichever the way, it's important to have the strategy.
And, again, my issues with Sam were very much around, like, management and how -- and providing direction to the organization and decision-making. It wasn't so much about the -- it wasn't about the revenue. It wasn't about OpenAI creating revenue. I thought it was very good for the company. I thought it was good

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

113:22  for the world.
113:23  Q.  And so if I'm understanding it correctly, your
113:24  concern was that he was not setting a specific strategy
113:25  with regard to seeking that revenue.
114:01  A.  Yes, or not agreeing to any specific strategy
114:02  that the -- his direct reports would send.

| 119:20 - 119:23 | **Murati, Ermira 2025-11-02** | 00:00:09 | **DL1.46** |

🔗 301.1.3

119:20  Q.  Did Mr. Altman tell you that OpenAI's legal
119:21  department had said that GPT Turbo did not need to go
119:22  through OpenAI's deployment safety board?
119:23  A.  Yes.

| 120:02 - 120:06 | **Murati, Ermira 2025-11-02** | 00:00:12 | **DL1.47** |

120:02  Q.  As you understand it, was Mr. Altman telling
120:03  the truth when he made that statement to you?
120:04  A.  No.
120:05  Q.  Why did you check with Mr. Kwon to confirm
120:06  whether what Mr. Altman had said was true?

| 120:08 - 120:09 | **Murati, Ermira 2025-11-02** | 00:00:02 | **DL1.48** |

120:08  THE WITNESS:  Because I wanted to be sure
120:09  before --

| 120:11 - 120:12 | **Murati, Ermira 2025-11-02** | 00:00:03 | **DL1.49** |

120:11  THE WITNESS:  -- actioning it, seeking action
120:12  on it.

| 120:13 - 120:16 | **Murati, Ermira 2025-11-02** | 00:00:14 | **DL1.50** |

🔗 301.1.4

120:13  Q.  (By Ms. Schubert)  What did you learn?
120:14  A.  That there was misalignment between what Jason
120:15  was saying and what Sam was saying, so to be safe, I
120:16  made sure that it went through Legal.

| 120:17 - 120:18 | **Murati, Ermira 2025-11-02** | 00:00:03 | **DL1.85** |

120:17  Q.  So did you confirm that Mr. Altman had not told
120:18  you the truth?

| 120:21 - 120:22 | **Murati, Ermira 2025-11-02** | 00:00:05 | **DL1.86** |

❌ Clear

120:21  THE WITNESS:  I confirmed that what Jason was
120:22  saying and what Sam was saying were not the same thing.

| 128:19 - 128:24 | **Murati, Ermira 2025-11-02** | 00:00:15 | **DL1.51** |

128:19  Q.  (By Ms. Schubert)  Ms. Murati, the OpenAI board
128:20  fired Sam in November of 2023; right?
128:21  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

128:22  Q.  And at the same time, they removed Greg
128:23      Brockman from his role on the board.
128:24  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 128:25 - 129:02 | **Murati, Ermira 2025-11-02** | 00:00:04 | **DL1.87** |

128:25  Q.  And then they asked if you would become the
129:01      interim CEO.
129:02  A.  Yes.

| 129:07 - 129:08 | **Murati, Ermira 2025-11-02** | 00:00:05 | **DL1.52** |
|---|---|---|---|

129:07  Q.  (By Ms. Schubert)  Did you expect that the
129:08      board would ask you to become the interim CEO of OpenAI?

| 129:10 - 129:13 | **Murati, Ermira 2025-11-02** | 00:00:04 | **DL1.53** |
|---|---|---|---|

129:10      THE WITNESS:  No.
129:11  Q.  (By Ms. Schubert)  Did you agree to be interim
129:12      CEO?
129:13  A.  I did.

| 129:14 - 129:17 | **Murati, Ermira 2025-11-02** | 00:00:10 | **DL1.88** |
|---|---|---|---|

129:14  Q.  Why?
129:15  A.  Because I cared a lot about the company and
129:16      stabilizing it, and it seemed like the obvious thing to
129:17      do when they asked.

| 129:18 - 130:02 | **Murati, Ermira 2025-11-02** | 00:00:33 | **DL1.89** |
|---|---|---|---|

129:18  Q.  Did you ask the board whether they had yet told
129:19      Microsoft about firing Sam?
129:20  A.  I asked them whether they had let Microsoft
129:21      know.
129:22  Q.  Why did you ask that?
129:23  A.  Because they were a stakeholder in the company,
129:24      and it seemed like the right thing to do when you fire
129:25      the CEO of a company.
130:01  Q.  And what did the board respond?
130:02  A.  They said, "No."

| 130:12 - 130:17 | **Murati, Ermira 2025-11-02** | 00:00:15 | **DL1.54** |
|---|---|---|---|

130:12  Q.  Did you have conversations with Satya Nadella
130:13      during the period when Mr. Altman was ousted?
130:14  A.  I did.
130:15  Q.  How often did you speak with Mr. Nadella during
130:16      that time frame?
130:17  A.  I don't remember.  It was frequent.

**DL1 - Ermira Murati All NEW**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 131:07 - 131:08 | **Murati, Ermira 2025-11-02** | 00:00:04 | **DL1.90** |

131:07  Q.  What did Microsoft communicated that they
131:08      wanted to happen in the situation?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 131:11 - 131:20 | **Murati, Ermira 2025-11-02** | 00:00:29 | **DL1.91** |

131:11      THE WITNESS:  They wanted to support the
131:12      company and support what we were doing, but didn't make
131:13      any requests or requirements --
131:14  Q.  (By Ms. Schubert)  Did anyone at Microsoft say
131:15      that they wanted Mr. Altman to be reinstated as CEO?
131:16  A.  No.
131:17  Q.  Did anyone from Microsoft ask to have --
131:18      (Stenographer clarification.)
131:19  Q.  (By Ms. Schubert)  -- the board step down?
131:20  A.  No.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 131:21 - 131:24 | **Murati, Ermira 2025-11-02** | 00:00:12 | **DL1.55** |

131:21  Q.  Did Microsoft communicate to you that it would
131:22      hire Mr. Altman and Mr. Brockman?
131:23  A.  They communicated it to the public; that's how
131:24      I found out.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 132:08 - 132:10 | **Murati, Ermira 2025-11-02** | 00:00:10 | **DL1.56** |

132:08  Q.  Did you speak with Microsoft about their
132:09      intention to hire other OpenAI employees?
132:10  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 132:11 - 132:13 | **Murati, Ermira 2025-11-02** | 00:00:20 | **DL1.57** |
| 🔗 306.1 | | | |

132:11      MS. SCHUBERT:  I'd like to show you what's
132:12      Bates stamped MSFT_MUSK_65692.  We'll mark this Exhibit
132:13      13.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 132:22 - 133:01 | **Murati, Ermira 2025-11-02** | 00:00:13 | **DL1.58** |
| 🔗 306.1.1 | | | |

132:22  Q.  (By Ms. Schubert)  In Exhibit 13, on November
132:23      17th, Satya Nadella texts you saying, "Hi, Mira.  Call
132:24      when you have a chance."
132:25      Do you recall if you spoke with Mr. Nadella
133:01      after that text message?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 133:02 - 133:03 | **Murati, Ermira 2025-11-02** | 00:00:04 | **DL1.59** |

133:02  A.  I'm sure I called him, but I don't remember the
133:03      conversation.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 133:04 - 133:23 | **Murati, Ermira 2025-11-02** | 00:01:33 | **DL1.92** |

133:04  Q.  Okay.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

🔗 306.1.5

In the next text on November 18th, you wrote, "Satya, could you please call me when you have a chance so we can coordinate how to talk with Sam here." What did you mean by coordinating on how to talk with Sam here?

A. I'm not sure specifically, but what I can tell you, this was a very complex situation. I was in charge of stabilizing the company and figuring out how to move forward, and there were many people involved in the situation. At this point, I had already decided that the best thing to stabilize the company was for Sam to be reinstated.

Q. What made you decide that?

A. A set of things. One, I realized that the board had not followed the process that could be trusted, and it wasn't transparent. With regards to firing Sam, they were not prepared for the transition and stabilizing the company; and throughout the process, they, as a governance body, lost credibility.

✖ Clear

| 133:24 - 134:02 | **Murati, Ermira 2025-11-02** | 00:00:12 | **DL1.60** |
|---|---|---|---|

Q. Had your views about Sam's management performance changed between the time that you submitted your screenshots to Ilya for the board and now November 17th?

| 134:04 - 134:06 | **Murati, Ermira 2025-11-02** | 00:00:11 | **DL1.61** |
|---|---|---|---|

THE WITNESS: I've been gone from OpenAI for over a year. Up to the point that I left, my views were consistent.

| 134:07 - 134:17 | **Murati, Ermira 2025-11-02** | 00:00:27 | **DL1.93** |
|---|---|---|---|

🔗 306.1.6

Q. (By Ms. Schubert) In the next text on this chain, you ask Satya to join meeting with the board, and you state, "I'm not putting my name on this." What was that in reference to?

A. I don't know.

Q. Do you know why you were inviting Satya to meet with the board?

A. He was the voice of reason. It was kind of a crazy situation.

Q. Did the board authorize that?

✖ Clear

A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 134:18 - 134:22 | **Murati, Ermira 2025-11-02** | 00:00:24 | **DL1.62** |

Q. Why did you maintain such consistent contact with Mr. Nadella over this ouster period?
A. Microsoft was a very important partner to OpenAI, and it seemed critical to keep them up to date with what was going on.  OpenAI was --

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 134:24 - 134:25 | **Murati, Ermira 2025-11-02** | 00:00:03 | **DL1.63** |

THE WITNESS:  -- at catastrophic risk of falling apart.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 135:01 - 135:05 | **Murati, Ermira 2025-11-02** | 00:00:15 | **DL1.94** |

Q. (By Ms. Schubert)  Were you concerned about losing Microsoft's funding?
A. I was concerned about the company completely blowing up.  The funding was probably the last of my concern.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 135:06 - 135:10 | **Murati, Ermira 2025-11-02** | 00:00:25 | **DL1.64** |

Q. Were you concerned about -- why did you believe that -- that Microsoft should be involved in preventing the company from blowing up?
A. I'm not sure if it's preventing; that they were a key stakeholder, and having their input was valuable.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 135:16 - 135:19 | **Murati, Ermira 2025-11-02** | 00:00:08 | **DL1.65** |

Q. So fair to say you did not involve any other stakeholders during the ouster period?
A. I can't think of any that would have been appropriate to involve.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 135:20 - 136:04 | **Murati, Ermira 2025-11-02** | 00:00:28 | **DL1.66** |

🔗 306.1.8

Q. Okay.
In your next messages with Mr. Nadella, you write, "The petition we're sending says the following, per your conversation with Sam.  'Microsoft has assured us that there are positions for all OpenAI employees with the same compensation at this new subsidiary, should we choose to join.'"
Is the petition you're referring to an employee petition calling for Mr. Altman to be reinstated?
A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 136:05 - 136:13 | **Murati, Ermira 2025-11-02** | 00:00:26 | **DL1.95** |

**DL1 - Ermira Murati All NEW**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

🗙 Clear

136:05  Q.  And that petition was Sam's idea?  **DL1.95**

136:06  A.  Sorry?

136:07  Q.  That petition was Sam's idea?

136:08  A.  No.  I don't know whose idea it was.

136:09  Q.  Who wrote it?

136:10  A.  It was written in collaboration by a few

people.  I don't know precisely who.  There were several

people, several execs at OpenAI working on it, and I did

a final review.

---

**136:19 - 136:20**  **Murati, Ermira 2025-11-02**  00:00:09  **DL1.67**

🔗 309.1

136:19  Q.  I'll hand you now Exhibit 14 with Bates Stamp

136:20      MSFT_MUSK_56765.

---

**136:22 - 136:23**  **Murati, Ermira 2025-11-02**  00:00:05  **DL1.68**

136:22  Q.  (By Ms. Schubert)  Are these your text messages

136:23      from this ouster period with Kevin Scott?

---

**136:24 - 136:24**  **Murati, Ermira 2025-11-02**  00:00:02  **DL1.69**

136:24  A.  Yes.

---

**137:04 - 137:11**  **Murati, Ermira 2025-11-02**  00:00:20  **DL1.120**

137:04      Why did you tell Kevin about Ilya signing the

137:05      petition?

137:06  A.  To show --

137:07      (Stenographer clarification.)

137:08      THE WITNESS:  -- unity.

137:09  Q.  (By Ms. Schubert)  Why was it important to show

137:10      that to Kevin Scott?

137:11  A.  I mean, Kevin was a very --

---

**137:13 - 137:17**  **Murati, Ermira 2025-11-02**  00:00:23  **DL1.121**

137:13      THE WITNESS:  Kevin was a close partner.

137:14      Microsoft was a very close partner for us, in general,

137:15      and there is this, you know, insane event that's

137:16      happening, and I'm trying to stay -- keep them up to

137:17      date with the key events.

---

**137:18 - 137:24**  **Murati, Ermira 2025-11-02**  00:00:21  **DL1.96**

137:18  Q.  (By Ms. Schubert)  Why was it important

137:19      specifically that Ilya had signed the petition?

137:20  A.  I think it showed unity from --

137:21      (Stenographer clarification.)

137:22      THE WITNESS:  -- from the employees of OpenAI,

137:23      including Ilya, of what was the correct thing to do for

---

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| Clear | 137:24    the company. | | |
| 139:01 - 139:03 | **Murati, Ermira 2025-11-02** | 00:00:11 | **DL1.70** |

139:01  Q.  Okay.

139:02      I'll show you now MUSK -- OPENAI_MUSK_SUB27451.

139:03      We'll mark it as Exhibit 15.

| | | | |
|---|---|---|---|
| 139:05 - 139:07 | **Murati, Ermira 2025-11-02** | 00:00:05 | **DL1.71** |

139:05  Q.  (By Ms. Schubert)  These are text messages

139:06      between you and Sam Altman.

139:07  A.  Um-hum.

| | | | |
|---|---|---|---|
| 140:07 - 140:08 | **Murati, Ermira 2025-11-02** | 00:00:02 | **DL1.97** |
| 🔗 315.2.3 | | | |

140:07  Q.  (By Ms. Schubert)  Do you know why you told Sam

140:08      "this is very bad"?

| | | | |
|---|---|---|---|
| 140:12 - 140:20 | **Murati, Ermira 2025-11-02** | 00:00:29 | **DL1.98** |

140:12      THE WITNESS:  Yes.  Because at this point, I

140:13      had asked the board to resign and to reinstate Sam, and

140:14      they had given me encouragement that they were working

140:15      on that, on a solution in that direction, but when I

140:16      showed up on the call, they blindsided me with other

140:17      things.

140:18  Q.  (By Ms. Schubert)  Did that include appointing

140:19      a new interim CEO?

Clear    140:20  A.  Yes.

| | | | |
|---|---|---|---|
| 143:15 - 143:17 | **Murati, Ermira 2025-11-02** | 00:00:05 | **DL1.72** |

143:15  Q.  (By Ms. Schubert)  Do you know if Mr. Altman

143:16      learned that you had shared screenshots of conversations

143:17      with the board?

| | | | |
|---|---|---|---|
| 143:20 - 144:07 | **Murati, Ermira 2025-11-02** | 00:00:47 | **DL1.73** |

143:20  A.  Yes.

143:21  Q.  Did you discuss it with him?

143:22  A.  Yes.

143:23  Q.  What was -- what did he say?

143:24  A.  Right after he was reinstated and the company

143:25      felt stable, I discussed with him and I discussed with

144:01      Greg very specifically what had happened, and we decided

144:02      from that point onwards to just move forward and focus

144:03      on the company and give it -- give it another shot

144:04      working -- working on it productively together.

144:05  Q.  Did the problems that you had experienced

144:06      previously with Mr. Altman persist?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 144:07  A.  Yes. | | |
| 144:08 - 144:10 | **Murati, Ermira 2025-11-02** | 00:00:07 | **DL1.99** |

144:08  Q.  Did the problems that you had experienced with
144:09      Mr. Brockman previously persist?
144:10  A.  Less so.

| 157:22 - 158:12 | **Murati, Ermira 2025-11-02** | 00:01:03 | **DL1.100** |
|---|---|---|---|

157:22  Q.  I think you -- you had a discussion with
157:23      Ms. Schubert earlier about the Microsoft partnership.
157:24      And I think you -- you said it was important for OpenAI
157:25      that the partnership with Microsoft be successful.
158:01      Do you remember that?
158:02  A.  Yes.
158:03  Q.  Why was that important to OpenAI?
158:04  A.  Because we had made the strategic decision to
158:05      work with Microsoft along the way all the way to AGI,
158:06      and Microsoft was a very important partner in obtaining
158:07      compute, which is one of the key resources to do
158:08      research for AGI, and it was also a very important
158:09      partner in -- in fundraising and funding.
158:10  Q.  And was all of that important to advancing
158:11      OpenAI's mission?
158:12  A.  Yes.

| 161:12 - 162:09 | **Murati, Ermira 2025-11-02** | 00:01:05 | **DL1.101** |
|---|---|---|---|

161:12  Q.  And I think -- I think you described the -- the
161:13      management concerns you had in sort of two buckets, is
161:14      that right, or two categories?
161:15      And the first was that Sam was not making
161:16      decisions quickly enough and dragging things out; is
161:17      that right?
161:18  A.  Or making decisions on big controversial things
161:19      at all.
161:20  Q.  Not making decisions --
161:21  A.  That's right.
161:22  Q.  -- is that right?  Okay.
161:23      And then the other was that, though you believe
161:24      that Sam meant well, he told people what they wanted to
161:25      hear --
162:01  A.  Yes.
162:02  Q.  -- is that right?  Okay.
162:03      So is that -- that's -- those are the two

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

162:04 species of management concerns that you had with respect
162:05 to Sam; is that right?
162:06 A. Those are the big things, yes.
162:07 Q. And -- and Mr. Sutskever asked you to collect
162:08 evidence to support your concerns; is that right?
162:09 A. Yes. So after the board asked for my feedback,

| 172:24 - 173:03 | **Murati, Ermira 2025-11-02** | 00:00:11 | **DL1.102** |
|---|---|---|---|

172:24 Q. Did you want Sam to be terminated at the time
172:25 you provided --
173:01 A. At the time of my feedback?
173:02 Q. Yes.
173:03 A. No.

| 178:06 - 178:13 | **Murati, Ermira 2025-11-02** | 00:00:20 | **DL1.103** |
|---|---|---|---|

178:06 You had a concern about Sam's conduct related
178:07 to GPT-4 Turbo; is that right?
178:08 A. No.
178:09 Q. What was the concern?
178:10 A. My -- my concern was about Sam saying one thing
178:11 to one person and completely the opposite to another
178:12 person, and this made it a very difficult and chaotic
178:13 environment to work with.

| 179:22 - 179:25 | **Murati, Ermira 2025-11-02** | 00:00:09 | **DL1.104** |
|---|---|---|---|

179:22 Q. (By Ms. Eddy) Am I right, GPT-4 Turbo was an
179:23 enhancement of GPT-4 and not an -- an entirely new
179:24 model; is that right?
179:25 A. Yes.

| 180:06 - 180:21 | **Murati, Ermira 2025-11-02** | 00:01:02 | **DL1.105** |
|---|---|---|---|

180:06 Q. And did you think that GPT-4 Turbo presented
180:07 incremental safety risks over GPT-4?
180:08 A. That we had not contained? No.
180:09 Q. Do you know one way or another whether GPT-4
180:10 Turbo did go through the DSB?
180:11 A. I believe we did push it through DSB, yes.
180:12 Q. Did you -- did you know that at the time you
180:13 provided Ilya the screenshots?
180:14 A. I -- I don't remember.
180:15 Q. Do you remember discussing with Ilya the fact
180:16 that GPT-4 Turbo had gone through the DSB?
180:17 A. No, I don't remember that. But, again, this

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

180:18 screenshot is not about safety of GPT-4 Turbo.  It's
180:19 about Sam creating chaos --
180:20 Q. I understand.
180:21 A. -- and misunderstanding.

| 194:24 - 195:19 | **Murati, Ermira 2025-11-02** | 00:00:51 | **DL1.106** |
|---|---|---|---|

194:24 Q. At some point, did you press the board for more
194:25 information about what had grounded their decisions to
195:01 remove Sam and Greg?
195:02 A. Yes.
195:03 Q. When was the first time you did that?
195:04 A. When they let me know.
195:05 Q. On November 16th?
195:06 A. Yes.
195:07 Q. Okay.
195:08 When was the next time?
195:09 A. When we were on the call with the executive
195:10 team.
195:11 Q. When was that?
195:12 A. I don't remember exactly when, but on Friday,
195:13 after we were able to tell people.
195:14 Q. And what -- what happened on that executive
195:15 team call?
195:16 A. The board was not providing any level of detail
195:17 about why they had made the decision that they made, and
195:18 they also couldn't provide any level of detail at all on
195:19 the process that they followed.

| 199:01 - 199:22 | **Murati, Ermira 2025-11-02** | 00:01:20 | **DL1.107** |
|---|---|---|---|

199:01 Q. Did you have any further -- did you ever have
199:02 any further insight into what the bases for the board's
199:03 decisions were?
199:04 A. No.
199:05 Q. You said that it was their responsibility to
199:06 follow a process that would not destroy the company.
199:07 What -- what do you -- I take it, your view is that they
199:08 did not follow such a process.
199:09 A. Correct.
199:10 Q. And tell me why -- how you got that view.
199:11 A. As we can see in retrospect, the way that they
199:12 handled it led to complete and utter chaos, and I think
199:13 if you're going to remove the CEO, you need to be on a

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

transparent process.  We need to be able to justify to

people what's going on and also be present to actually

transition power and stabilize the company, and they

didn't do any of those things.

Q.  And by "they," you mean --

A.  The board.

Q.  -- the four board members who took the

actions --

A.  Yes.

| 201:17 - 201:25 | **Murati, Ermira 2025-11-02** | 00:00:30 | **DL1.108** |
|---|---|---|---|

Q.  (By Ms. Eddy)  Did you press them to legitimize

their decision?

A.  I did.

Q.  And what was their reaction?

A.  They kept telling me that their lawyers had

advised them not to share what the process was like, the

details, and because of all the secrecy, I started to

think that there was national security risks and

criminal stuff.  Obviously, there wasn't.

| 205:22 - 207:04 | **Murati, Ermira 2025-11-02** | 00:01:54 | **DL1.109** |
|---|---|---|---|

🔗 1048.1

Q.  You have another exhibit also in this pile,

Exhibit 13, which Ms. Schubert asked you about.  And

this was a text exchange between you and Satya

Nadella --

A.  Um-hum.

Q.  -- and I wanted to just look at the text

message at the bottom --

A.  Um-hum.

Q.  -- from November 20th --

A.  Um-hum.

🔗 1048.1.2

Q.  -- where you write, "Satya, could you please

make a public statement soon that shows support for the

joint OpenAI team" --

(Stenographer clarification.)

Q.  (By Ms. Eddy)  -- "the joint OpenAI team,

basically bringing the team together.  It's very

important that we don't lose researchers to Demis or

Elon."

❌ Clear

Did you have a concern at this time that

researchers would leave to join Demis Hassabis?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. The company was pretty much imploding, and I was very much focused on stabilizing it and ensuring it could continue its mission. Given the level of chaos, people were trying to recruit the OpenAI team, including Sam and Greg, and I was trying to unify the group and get as much support as I could. And Microsoft and Satya, in particular, were important allies in unifying the team and making sure that nobody left as a result of -- of these events.

Q. Did you have information that Demis or -- Demis Hassabis or Elon Musk were trying to recruit from OpenAI?

A. I had heard from our team, yes.

| 209:12 - 209:22 | **Murati, Ermira 2025-11-02** | 00:00:38 | **DL1.110** |

🔗 1046.1

Q. (By Ms. Eddy) This is Exhibit 19, which is OPENAI_MUSK_00037737, which I believe is the petition that you were discussing with Ms. Schubert earlier; is that right?

A. Yes.

Q. And this is the petition that you signed in November of 2023; correct?

A. Yes.

Q. And Ilya Sutskever also signed this, along with many other people; correct?

🗙 Clear

A. Yes.

| 230:12 - 230:24 | **Murati, Ermira 2025-11-02** | 00:00:28 | **DL1.122** |

Q. Earlier today, there was some testimony about a hundred-million-dollar revenue goal. Do you recall that?

A. Yes.

Q. And I think that was brought up in the context of feedback that you had provided Mr. Altman; is that right?

A. Yes.

Q. And am I correct that you brought up the goal not because you had an issue with OpenAI generating revenue, but because you had some frustrations with Mr. Altman's management style?

A. Correct.

| 231:08 - 231:16 | **Murati, Ermira 2025-11-02** | 00:00:20 | **DL1.123** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

231:08  Q.  Is it correct that Microsoft did not enforce any such revenue goal?

231:10  A.  Correct.

231:11  Q.  Is it fair to say that it was OpenAI's decision to commercialize its LLMs?

231:13  A.  Absolutely.

231:14  Q.  And that decision to commercialize was made independent of Microsoft; is that right?

231:16  A.  Yes.

**DL1.123**

| 231:17 - 231:20 | **Murati, Ermira 2025-11-02** | 00:00:10 | **DL1.130** |

231:17  Q.  And is it also true that OpenAI made that decision to commercialize its LLMs in furtherance of its non-profit mission?

231:20  A.  Yes.

| 232:08 - 232:14 | **Murati, Ermira 2025-11-02** | 00:00:24 | **DL1.124** |

232:08  Did you feel like the JDCA, that collaboration with Microsoft, was, in fact, congruent with how OpenAI was operationalizing the mission?

232:11  A.  Yes.

232:12  Q.  Is that also true of the 2021 and 2023 amendments to the JDCA?

232:14  A.  Yes.

| 232:15 - 233:02 | **Murati, Ermira 2025-11-02** | 00:00:52 | **DL1.125** |

232:15  Q.  I want to switch gears to Mr. Altman's November 2023 firing and then subsequent rehiring. I believe that you testified that your goal, during this time, was to stabilize the company; is that right?

232:20  A.  Yes.

232:21  Q.  Is it fair to say that your decision to rehire Mr. Altman was motivated by your goal to stabilize the company, as opposed to pressure from Microsoft?

232:24  A.  Correct.

232:25  Q.  Based on your experiences during that time period, did you feel Microsoft was supportive of OpenAI throughout Mr. Altman's firing and subsequent rehiring?

| 233:04 - 233:12 | **Murati, Ermira 2025-11-02** | 00:00:22 | **DL1.126** |

233:04  THE WITNESS:  I felt so, yes.

233:05  Q.  (By Ms. Patel)  And did you feel like Microsoft

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

supported your goal to stabilize the company during that
time?

A. Yes.

Q. Earlier, you saw an exhibit, Exhibit 19, which
was the employee petition.
Do you remember that?

A. Um-hum.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 233:17 - 234:06 | **Murati, Ermira 2025-11-02** | 00:00:33 | **DL1.127** |

Q. (By Ms. Patel)  Well, let me ask you:  Was it
OpenAI's decision to create the OpenAI employee petition
challenging the board's firing of Mr. Altman?

A. It was.

Q. And was that decision to create the petition
OpenAI's and not the result of any pressure from
Microsoft?

A. Yes.

Q. And I believe you said you signed that
petition; is that right?

A. Yes.

Q. Was your decision to sign the petition your
decision and not the result of any pressure from
Microsoft?

A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 238:05 - 238:11 | **Murati, Ermira 2025-11-02** | 00:00:12 | **DL1.128** |

Q. Did you discuss with Microsoft what your
employment terms would look like at Microsoft if you did
leave OpenAI?

A. Never.

Q. You didn't discuss a potential role or title at
Microsoft?

A. No.

| | | |
|---|---|---|
| Plaintiff Affirmative | 00:16:39 | |
| OAI Counters to Musk Aff | 00:20:18 | |
| MSFT Counters to Musk Aff | 00:07:41 | |
| **TOTAL RUN TIME** | **00:44:38** | |

📄 Documents linked to video:

244

301

302

306

309

315

1046

1048

**Musk v. Altman, No. 24-cv-4722-YGR (N.D. Cal.)**

**Supplemental Errata Sheet of Ermira Murati**

**Deposition Date: November 2, 2025**

| Page | Line | Change | Reason |
|---|---|---|---|
| 57 | 02 | Add: "Yes" | Erroneously omitted from transcript |
| 227 | 06 | Add: "Correct" | Erroneously omitted from transcript |