# Helen Toner All

## Designation List Report



United States District Court
Northern District of California

Case No.  **4:24-CV-04722-YGR**

Case Title **Musk et al. v. Altman et al.**

Exhibit No.  **1702**

Date Entered _____

Mark Busby, Clerk

By: _____ , Deputy Clerk

π **PLAINTIFF** π

**Toner, Helen**                                     **2025-10-08**

| | |
|---|---|
| Plaintiff Affirmative | 00:39:22 |
| OAI Counters to Musk Aff | 00:24:21 |
| Musk Counters to OAI Counter | 00:05:18 |
| MSFT Counters to Musk Aff | 00:05:21 |
| **TOTAL RUN TIME** | **01:14:22** |

Documents linked to video:
301
304
1040
1046
1049_1



**ID: DL2**
2026-05-06

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:16 - 11:20 | **Toner, Helen 2025-10-08** | 00:00:09 | **DL2.226** |
| | This is being taken in the matter of Elon Musk et al. versus Samuel Altman et al. The name of the deponent is Helen Toner. | | |
| 14:19 - 14:21 | **Toner, Helen 2025-10-08** | 00:00:07 | **DL2.2** |
| | Q. After your college studies, did you work for an organization called the Open Philanthropy Project? | | |
| 14:22 - 14:22 | **Toner, Helen 2025-10-08** | 00:00:01 | **DL2.3** |
| | A. Yes. | | |
| 15:15 - 15:23 | **Toner, Helen 2025-10-08** | 00:00:33 | **DL2.5** |
| | Q. What -- what types of policy issues does Open Philanthropy get involved in as they relate to artificial intelligence? A. Quite a range. Broadly, their focus is largely on what they would call catastrophic risks from artificial intelligence, as part of a broader program of work on catastrophic risks more generally. So their policy perspective kind of flows from that focus. | | |
| 18:07 - 18:10 | **Toner, Helen 2025-10-08** | 00:00:05 | **DL2.9** |
| | Q. Have you ever been associated with the University of Oxford's Centre for the Governance of AI? A. Yes. | | |
| 19:25 - 20:09 | **Toner, Helen 2025-10-08** | 00:00:36 | **DL2.10** |
| | Q. What is the nature of the work that GovAI does? A. They focus on questions relating to how to govern AI. So understanding what kinds of laws and regulations could help AI to go better for the broad public interest. Understanding more sort of soft governance mechanisms, whether that's voluntary, you know, company-driven mechanisms or standards. Lots of things in that general direction. | | |

**DL2 - Helen Toner All**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:03 - 22:06 | **Toner, Helen 2025-10-08** | 00:00:07 | **DL2.11** |

22:03   Q.   In 2019, did you help set up
        Georgetown's Center for Security and Emerging
        Technology?
22:06   A.   Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 24:04 - 24:10 | **Toner, Helen 2025-10-08** | 00:00:22 | **DL2.13** |

24:04   Q.   What portion of your work for the
        center relates to artificial intelligence?
24:06   A.   Depending how you count, roughly,
        all of it.  These days my role is leading the whole
        center, so a lot of my work is management
        administrative.  But, substantively, I would say
        roughly all of my work relates to AI.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 24:25 - 25:04 | **Toner, Helen 2025-10-08** | 00:00:12 | **DL2.14** |

24:25   Q.   As a result of your educational and
        professional work, do you consider yourself an
        expert on artificial intelligence policy issues?
25:03   A.   Inasmuch as anyone is an expert, I
        would say yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 38:11 - 39:01 | **Toner, Helen 2025-10-08** | 00:00:40 | **DL2.18** |

38:11   Q.   As a board member of the OpenAI
        nonprofit, what did you understand your
        responsibilities to be?
38:14   A.   To ensure the organization was
        pursuing the mission previously described.
38:16   Q.   And just because you were being
        appropriately precise with the language, can you
        remind us what that mission was, in your
        understanding?
38:20   A.   To ensure that artificial general
        intelligence benefits all of humanity.
38:22   Q.   To pursue that mission, did you
        consider that you also had an obligation as a board
        member to ensure that OpenAI was effectively
        managing AI safety risks?
39:01   A.   Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 39:24 - 40:02 | **Toner, Helen 2025-10-08** | 00:00:08 | **DL2.20** |

39:24   Q.   You mentioned earlier that you
        already knew when you joined OpenAI that the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 40:01  nonprofit also had a for-profit affiliate? | | |
| | 40:02  A.  Yes. | | |
| 40:12 - 40:15 | **Toner, Helen 2025-10-08** | 00:00:12 | **DL2.21** |

40:12  Q.  At the point in time you joined in
40:13      2021, was Microsoft already a principal investor in
40:14      that for-profit entity?
40:15  A.  Yes.

| 42:08 - 43:23 | **Toner, Helen 2025-10-08** | 00:02:05 | **DL2.23** |
|---|---|---|---|

42:08  Q.  While you were at OpenAI, did
42:09      OpenAI -- or, rather, had OpenAI and Microsoft set
42:10      up a joint safety board to review the safety of new
42:11      AI models for products that OpenAI was planning to
42:12      make public?
42:13  A.  I don't recall exactly when that
42:14      got set up, whether it was before I joined or
42:15      thereafter.  But, yes, while I was on the board,
42:16      they had a -- I always heard it referred to as a
42:17      deployment safety board, or DSB.
42:18  Q.  And to your knowledge, what
42:19      procedures did the deployment safety board follow
42:20      when evaluating whether to release a model or
42:21      product?
42:22  A.  I believe that the procedures
42:23      changed during the course -- or, you know, evolved
42:24      during the course of my time on the board, because,
42:25      initially, it was brand-new, and they were
43:01      essentially making things up as they went along.
43:02      My understanding was that the DSB
43:03      had three members from Microsoft, three members
43:04      from OpenAI, and needed a majority vote -- well,
43:05      they made decisions about whether to deploy some
43:06      kinds of AI systems.  They had some criteria for
43:07      which systems they should review.
43:08      I believe they would typically
43:09      review some materials regarding a given system
43:10      around whether it was safe to deploy or not and
43:11      then would take a vote on whether to approve the
43:12      deployment.
43:13      My understanding is, in the event
43:14      of a tie, the OpenAI members held sway.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. Was Mr. Altman one of the three
OpenAI members on the deployment safety board?
A. I believe so, yes.
Q. And so if Mr. Altman and the three
Microsoft members voted in favor of deployment, the
product would be cleared for release even if the
other two OpenAI members dissented?
A. To the best of my understanding,
yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 43:24 - 44:01 | **Toner, Helen 2025-10-08** | 00:00:12 | **DL2.24** |

Q. Did the practical ways in which the
deployment safety board carry out its
responsibilities evolve over time?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 44:04 - 45:10 | **Toner, Helen 2025-10-08** | 00:01:50 | **DL2.25** |

THE WITNESS: I believe so.
BY MR. KRY:
Q. In what respects?
A. I am not that familiar with the
details. I think the board should have been more
familiar with the details.
My impression is that the processes
by which they produced and reviewed materials
relevant to their decisions got more mature over
time.
Q. What do you mean by "mature"?
A. I mean, building these AI systems
is not a science. It is -- some AI researchers
refer to it as more like alchemy than, like,
chemistry. So you throw some things together and
see what works.
And so if you're trying to
determine if a new model is safe, we don't actually
have any scientific standards or clear principled
ways to make that determination. And so, instead,
the companies building the models are making it up
as they go along, in terms of what risks should
they test for, how should they test for those
risks, what results -- what test results are
acceptable versus unacceptable.
And so my impression is that, over

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

the time that the DSB existed -- perhaps it still
exists. I'm not sure. The approach that they use
to selecting what tests to run and evaluating the
test results became somewhat less slapdash. But,
again, I'm less familiar with the details than I
would have liked to be.

| 45:11 - 46:08 | **Toner, Helen 2025-10-08** | 00:01:04 | **DL2.26** |
|---|---|---|---|

Q. As a board member of the nonprofit,
did you rely on OpenAI's officers to provide you
with candid and complete information about OpenAI's
safety practices?

A. I would have liked to rely on them
for that.
In practice, I also had
relationships with some OpenAI staff who I would
have informal conversations with and sometimes
learn things from those informal conversations that
were not conveyed to us through official channels.

Q. As a board member of the nonprofit,
did you feel that you should have been able to rely
on Mr. Altman to provide you with candid and
complete information about OpenAI's safety
practices?

A. Yes.

Q. And we'll get into specifics
momentarily.
But in general terms, did you feel
that Mr. Altman provided candid and complete
information to you about OpenAI's safety practices?

A. No.

| 48:06 - 48:08 | **Toner, Helen 2025-10-08** | 00:00:09 | **DL2.29** |
|---|---|---|---|

Q. What did Mr. Altman tell the board
about the approval status of those three products
by the -- by the deployment safety board?

| 48:11 - 49:04 | **Toner, Helen 2025-10-08** | 00:00:44 | **DL2.30** |
|---|---|---|---|

THE WITNESS: To the best of
my recollection, he either directly said or
strongly implied that all three types of
release had been approved by the DSB.
BY MR. KRY:

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. In what context did Mr. Altman communicate that information?

A. At a in-person board meeting. We called it an onsite. It was an all-day board meeting at their offices.

Q. When did that board meeting occur?

A. To the best of my recollection, in December 2022.

Q. Did you take steps to verify the information that Mr. Altman had provided to the board?

A. Yes. I asked for the deployment safety board materials to review what had been approved and on what basis.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:05 - 49:06 | **Toner, Helen 2025-10-08** | 00:00:04 | **DL2.31** |

Q. To whom did you make that request?

A. I don't recall.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:15 - 50:04 | **Toner, Helen 2025-10-08** | 00:00:29 | **DL2.33** |

Q. Did you receive the materials you had asked for?

A. Yes.

Q. What did those materials show about the approval stratus -- status of the three variants?

A. To the best of my recollection, I received materials showing that the API release had been submitted to the deployment safety board and approved. I don't recall -- to the best of my recollection, I don't believe I received any materials about the other two, which -- and I drew the conclusion that they had not -- they had been neither submitted nor approved.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 52:12 - 53:13 | **Toner, Helen 2025-10-08** | 00:01:27 | **DL2.37** |

How did you first learn about the fact that this launch of a test of GPT-4 by Microsoft had occurred?

A. We had adjourned for the day the meeting. I was in a break room, and Tasha McCauley came and found me in the break room and told me

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

that she had had a conversation with an employee
who had informed her about this release or who
had -- I believe she had asked her if she knew
about it, or asked her what she thought about it,
something along those lines, and we did not know
about it before then.

Q.  Had Mr. Altman raised that topic
with you at all during the board meeting that had
just concluded?

A.  No.  Despite the fact that we had
very actively discussed at the board meeting that
oversight of the DSB and ensuring that it was
functioning well was a core board responsibility.

Q.  Can you describe in any more detail
what Ms. McCauley said she had learned from this
other employee about what had happened?

A.  I don't recall the details.  To the
best of my recollection, she said that Microsoft
had released a test version without DSB approval,
when they should have had it.  Or something along
those lines.

| 53:21 - 54:02 | **Toner, Helen 2025-10-08** | 00:00:30 | **DL2.38** |

Q.  What's the -- what was the basis
for that understanding?

A.  To the best of my recollection, it
sounded, from her description, like the employee
who had informed her was assuming that we already
knew and was treating it as a pretty big deal that
the company leadership knew about.

| 56:03 - 56:09 | **Toner, Helen 2025-10-08** | 00:00:19 | **DL2.39** |

Q.  When OpenAI released ChatGPT in
November '22, did it provide any advance notice to
the OpenAI board?

A.  No.

Q.  How did you learn about ChatGPT?

A.  We started -- or I started seeing
screen shots on Twitter.

| 56:22 - 56:24 | **Toner, Helen 2025-10-08** | 00:00:07 | **DL2.40** |

Q.  When you saw that on Twitter, were
you surprised that no one at OpenAI had given you

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 56:24      any advanced notice about ChatGPT's release? | | |
| 57:02 - 57:04 | **Toner, Helen 2025-10-08** | 00:00:04 | **DL2.41** |

57:02      THE WITNESS:  No, I was not
57:03      surprised, because I was used to the board
57:04      not being very informed about things.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 58:11 - 58:19 | **Toner, Helen 2025-10-08** | 00:00:26 | **DL2.42** |

58:11   Q.   Did this incident cause you to
58:12      question Mr. Altman's candor to the board?
58:13   A.   Again, I will say it caused me to
58:14      believe that he was not motivated to help the board
58:15      perform the oversight role.
58:16   Q.   Did this incident make it more
58:17      difficult for the board to manage OpenAI safety
58:18      risks?
58:19   A.   It contributed to that, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 59:03 - 59:10 | **Toner, Helen 2025-10-08** | 00:00:26 | **DL2.45** |

59:03   Q.   When did that incident occur?
59:04   A.   I'm not sure.  I believe at some
59:05      point during 2023.
59:06   Q.   How did you learn about the
59:07      incident?
59:08   A.   I forget whether it was Ilya
59:09      Sutskever or Mira Murati who first described it to
59:10      me, but it was one of the two of them.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 59:11 - 59:14 | **Toner, Helen 2025-10-08** | 00:00:10 | **DL2.46** |

59:11   Q.   What did he or she describe to you?
59:12   A.   Actually, it's also possible that I
59:13      heard about it secondhand from them via Adam
59:14      D'Angelo or Tasha McCauley.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 59:16 - 59:17 | **Toner, Helen 2025-10-08** | 00:00:03 | **DL2.47** |

59:16   Q.   What was communicated to you about
59:17      what had happened?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 59:19 - 60:22 | **Toner, Helen 2025-10-08** | 00:01:24 | **DL2.48** |

59:19      THE WITNESS:  That Sam had
59:20      claimed that Jason Kwon said that GPT-4
59:21      Turbo did not need DSB review.  And that --
59:22      Sam claimed to Mira that Jason said it
59:23      didn't need DSB review.
59:24      Mira then later checked with

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Jason and found that he had not said that, and Mira felt that Sam had -- had either misled her or lied to her.

BY MR. KRY:

Q.  And at the time you learned about this incident, did you review any documentary record that reported on the issue?

A.  Within a few weeks -- I forget the exact sequencing -- but yes.  In the period where we learned about this, we were -- we had -- we were given access to screen shots of a Slack exchange between Mira and Jason.

Q.  And what do you recall that Slack exchange showing?

A.  That Mira asked Jason if he had, in fact, said that GPT-4 Turbo didn't need DSB review, and Jason said he had said something different and also said he was confused how Sam got that impression.

Q.  And during what period of time did you learn about this incident and see these screen shots?

A.  This was in the fall of 2023.

| 61:07 - 61:10 | **Toner, Helen 2025-10-08** | 00:00:07 | **DL2.49** |

Q.  Did this incident cause you concerns about the effectiveness of OpenAI's safety processes?

A.  Yes.

| 61:11 - 61:14 | **Toner, Helen 2025-10-08** | 00:00:08 | **DL2.50** |

Q.  Do you recall some long-running discussions on the board about whether to appoint another independent board member focused on AI safety?

| 61:17 - 61:24 | **Toner, Helen 2025-10-08** | 00:00:16 | **DL2.51** |

THE WITNESS:  Yes.

BY MR. KRY:

Q.  Over what time period did those discussions unfold?

A.  I would say much of 2023.

Q.  Did you favor adding another

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

61:23      independent board member focused on AI safety?

61:24    A.   Yes.

| 62:16 - 62:18 | **Toner, Helen 2025-10-08** | 00:00:11 | **DL2.53** |

62:16    Q.   During these discussions, how did

62:17      Mr. Altman react to your proposals to add another

62:18      AI safety expert to the board?

| 62:21 - 62:23 | **Toner, Helen 2025-10-08** | 00:00:04 | **DL2.54** |

62:21      THE WITNESS: I would say he

62:22      was generally -- he generally seemed

62:23      supportive.

| 62:25 - 63:03 | **Toner, Helen 2025-10-08** | 00:00:06 | **DL2.55** |

62:25    Q.   Did those discussions result in the

63:01      appointment of another AI safety expert to the

63:02      board?

63:03    A.   No.

| 64:01 - 64:05 | **Toner, Helen 2025-10-08** | 00:00:08 | **DL2.56** |

64:01    Q.   Was it your impression that

64:02      Mr. Altman was dragging his feet in these

64:03      discussions?

64:04    A.   Yes.  I think that's a fair

64:05      description.

| 65:22 - 66:02 | **Toner, Helen 2025-10-08** | 00:00:27 | **DL2.57** |

65:22    Q.   Ms. Toner, I'm going to mark as

65:23      Exhibit 2 a document Bates-stamped 2024MUSK 14031.

65:24      This is an October 2023 academic

65:25      paper published by the Center for Security and

66:01      Emerging Technology, titled "Decoding Intentions:

66:02      Artificial Intelligence and Costly Signals."

| 66:06 - 66:07 | **Toner, Helen 2025-10-08** | 00:00:04 | **DL2.58** |

66:06    Q.   Were you one of the co-authors of

66:07      this academic paper?

| 66:10 - 66:15 | **Toner, Helen 2025-10-08** | 00:00:11 | **DL2.59** |

66:10      THE WITNESS: Yes.  I was

66:11      going to say I would not describe this as

66:12      an academic paper.  It's not published in

66:13      an academic journal.

66:14      But, yes, I was the author

66:15      of this policy white paper.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 73:08 - 73:11 | **Toner, Helen 2025-10-08** | 00:00:12 | **DL2.65** |

73:08  Q.  After this white paper was
published, did you come to learn that Mr. Altman
had become aware of it?
A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 73:12 - 73:20 | **Toner, Helen 2025-10-08** | 00:00:31 | **DL2.66** |

73:12  Q.  How did you become aware of that?
A.  I don't remember the exact
sequence.  He asked to talk, I believe, via Signal
message.  We set up a time, maybe the following day
or two days later, maybe the same day, set up a
time within a couple of days.
I think I didn't know before the
call what the topic would be, so I think I found
out when we began our phone call.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 73:21 - 74:21 | **Toner, Helen 2025-10-08** | 00:01:41 | **DL2.67** |

73:21  Q.  What did he tell you on that phone
call?
A.  He said that he was concerned about
the content of the paper.  He was concerned about
board member criticizing or being seen to criticize
the company.  He was concerned about the
implications for the ongoing -- at that time,
ongoing FTC investigation into OpenAI.  And he was
concerned that this reflected -- what's the way to
put it?  That this meant we were not on the same
page about the company's decisionmaking, or
something along those lines.
Q.  What did you say in response to
Mr. Altman?
A.  I described to him that this was
not a paper about safety practices or the adequacy
of OpenAI's safety practices.  That it was a paper
about external perceptions thereof.
That the description of the ChatGPT
release here did not reflect my on-balance
assessment of the cost and benefits of releasing,
as it had been released.
That I was happy to -- if there was
anything I could do to help mitigate effects he was

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

concerned about from the paper, I was happy to
discuss those.  That's what I recall.

| 75:09 - 76:11 | **Toner, Helen 2025-10-08** | 00:01:43 | **DL2.68** |

Q.  Did you subsequently learn that
Mr. Altman had made a statement to Ilya Sutskever
about something that one of your colleagues had
allegedly told him?
A.  Yes.
Q.  What happened?
A.  At the time, when we were -- when
Sam wanted to talk about this paper, four of the
board members were already having conversations
about our serious concerns about Sam continuing to
serve as CEO.  And because of that, Tasha, Adam,
Ilya, and I were in much closer touch than we
otherwise would have been and that we normally were
during our tenure on the board.
And I forget the exact sequence of
events, but because we were having conversations
multiple times a week, which was much higher than
usual, we discovered that Sam had told Ilya -- Sam
had talked to Ilya about his concerns about this
paper and had also had a conversation with Tasha,
and he told Ilya that Tasha thought I had to leave
the board because of the fact that I had written
this paper, which Tasha had not said.
Q.  How did you know that Ms. McCauley
had not said that?
A.  Because she said she hadn't.
Q.  To you?
A.  Yes.

| 83:04 - 83:07 | **Toner, Helen 2025-10-08** | 00:00:09 | **DL2.71** |

Q.  When did you first hear about the
OpenAI Startup Fund?
A.  I don't recall.  I believe shortly
after it was announced publicly.

| 83:10 - 83:14 | **Toner, Helen 2025-10-08** | 00:00:21 | **DL2.72** |

Q.  What did you understand about -- at
the time that you first learned about it, what did
you understand about what OpenAI Startup Fund does?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A.  I understood it to be investing in
companies that could use OpenAI products.

| | | | |
|---|---|---|---|
| 83:24 - 84:06 | **Toner, Helen 2025-10-08** | 00:00:17 | **DL2.74** |

Q.  Did Mr. Altman ever disclose to the
board that he had any ownership interest in the
OpenAI Startup Fund?
A.  No.
Q.  Did you subsequently learn that
Mr. Altman had previously undisclosed connections
to this fund?
A.  Yes.

| | | | |
|---|---|---|---|
| 86:17 - 86:20 | **Toner, Helen 2025-10-08** | 00:00:13 | **DL2.75** |

Q.  In addition to OpenAI Startup Fund,
to your knowledge, has Mr. Altman ever owned,
directly or indirectly, any other stake in any
OpenAI entity?

| | | | |
|---|---|---|---|
| 86:24 - 87:03 | **Toner, Helen 2025-10-08** | 00:00:17 | **DL2.76** |

THE WITNESS:  My -- I
believe that it is publicly disclosed on
their website that he has a small stake in
OpenAI through some Y Combinator fund that
he has interest in.

| | | | |
|---|---|---|---|
| 87:05 - 87:10 | **Toner, Helen 2025-10-08** | 00:00:18 | **DL2.77** |

Q.  Was that indirect interest through
a Y Combinator fund disclosed to the board?
A.  Yes.
Q.  When was it first disclosed?
A.  I don't recall.  It was public on
their website for as long as I can remember.

| | | | |
|---|---|---|---|
| 87:11 - 87:16 | **Toner, Helen 2025-10-08** | 00:00:10 | **DL2.78** |

Q.  Was Mr. Altman considered an
independent director on the board despite that
stake through Y Combinator?
A.  Yes.
Q.  And why -- why was that stake not
disqualifying?

| | | | |
|---|---|---|---|
| 87:19 - 87:22 | **Toner, Helen 2025-10-08** | 00:00:10 | **DL2.79** |

THE WITNESS:  I don't know.
I found it strange that he was considered

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 87:21   an independent board director regardless of | | |
| | 87:22   that stake, given his position as CEO. | | |
| 91:23 - 92:04 | **Toner, Helen 2025-10-08** | 00:00:17 | **DL2.80** |

91:23   Q.   Did you think that Mr. Altman's
91:24         role in the OpenAI Startup Fund presented a
91:25         potential conflict of interest?
92:01   A.   I thought it presented a potential
92:02         conflict of interest.  I primarily thought it was
92:03         clearly something that the board should be aware
92:04         of.

| 102:25 - 103:01 | **Toner, Helen 2025-10-08** | 00:00:05 | **DL2.81** |

102:25  Q.   So marking as Exhibit 4 the
🔗 304.1      103:01        document Bates-stamped OPENAI_MUSK00027400.

| 103:14 - 104:01 | **Toner, Helen 2025-10-08** | 00:00:37 | **DL2.82** |

🔗 304.1      103:14  Q.   This is a November 16, 2023,
103:15        unanimous written consent signed by you and three
103:16        other directors.  And at -- as the witness noted,
🔗 304.1.1    103:17        at the bottom of Page 1, the document states:
103:18        "Now, therefore, be it resolved, that the Board
103:19        hereby, effective immediately, terminates
103:20        Mr. Altman's employment with the Corporation."
103:21        Ms. Toner, is this the resolution
103:22        by which the board formally removed Mr. Altman as
103:23        CEO and board member of OpenAI?
103:24  A.   Yes.
❌ Clear      103:25  Q.   Were you one of the board members
104:01        who voted to remove Mr. Altman?

| 104:02 - 104:02 | **Toner, Helen 2025-10-08** | 00:00:01 | **DL2.83** |

104:02  A.   Yes.

| 104:11 - 105:12 | **Toner, Helen 2025-10-08** | 00:01:43 | **DL2.85** |

104:11  Q.   How did those discussions of
104:12        potentially removing Mr. Altman originate?
104:13  A.   I would say the starting point was
104:14        Ilya Sutskever reaching out to me to ask to talk.
104:15        We then had a first conversation which was very
104:16        circuitous and confusing to me.  Very clearly, Ilya
104:17        had some very significant concern but told me that
104:18        he couldn't tell me what his concern was,
104:19        essentially.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

I would put that as the -- the starting point.

Q. And did you subsequently have discussions with the other board members?

A. Yes.

Q. And over the course of those discussions, what were the grounds for removing Mr. Altman that the board members discussed?

A. It was a number of things.  A -- the phrase we used was "a pattern of behavior."  So no one single cause. The pattern of behavior related to his honesty and candor, his resistance of board oversight, as well as the concerns that two of his senior management team, Ilya Sutskever and Mira Murati, raised to the board about his management practices, his manipulation of board processes.  A range of concerns in that vicinity.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 105:13 - 105:17 | **Toner, Helen 2025-10-08** | 00:00:13 | **DL2.86** |

Q. So when you refer to his pattern of behavior related to honesty and candor, does that include all the incidents that we've discussed during your testimony this morning?

A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 111:08 - 111:19 | **Toner, Helen 2025-10-08** | 00:00:45 | **DL2.87** |

Q. At what point did the board finally decide to go through with removing Mr. Altman?

A. I would say that our decision was clear by the Saturday night preceding our removal, which would have been the 11th of November, I believe.

Q. Prior to informing Mr. Altman that you were removing him, did you have discussions with any candidate to fill the role of interim CEO?

A. Yes.  Prior to removing him, we spoke the evening before with Mira Murati about becoming interim CEO.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 111:24 - 112:01 | **Toner, Helen 2025-10-08** | 00:00:05 | **DL2.88** |

Q. Was that after you had executed the board resolution?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

112:01  A.  Yes.

| 112:02 - 112:06 | **Toner, Helen 2025-10-08** | 00:00:21 | **DL2.89** |

Q.  How did Ms. Murati react to your proposal that she be interim CEO?
A.  I interpreted her as being supportive of our decision and up for the -- yeah, up for -- being up for it, to being interim CEO.

| 113:15 - 113:22 | **Toner, Helen 2025-10-08** | 00:00:17 | **DL2.90** |

Q.  Okay.  When did the board inform Mr. Altman of its decision to remove him?
A.  On November 17, 2023.
Q.  In what manner?
A.  On a video call.
Q.  Where was Mr. Altman?
A.  He was at some event, Grand Prix, Las Vegas, something like that.

| 114:15 - 115:04 | **Toner, Helen 2025-10-08** | 00:00:36 | **DL2.91** |

How did Mr. Altman react to the news?
A.  As I recall, he seemed shocked and confused.
Q.  What did he say?
A.  I don't remember.  The one -- the one-liner I remember is towards the end, asking -- that he asked, "How can I help?"
Q.  Did anyone respond to that question?
A.  We asked that he support Mira in her new position.
Q.  And what did he say in response?
A.  I don't remember what he said, but I recall he seemed willing.

| 119:10 - 119:16 | **Toner, Helen 2025-10-08** | 00:00:18 | **DL2.92** |

Q.  Ms. Toner, after having this call with Mr. Altman to inform him of his removal from the board, did you also communicate a similar decision to Mr. Brockman?
A.  Yes.
Q.  How was that communicated?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 119:16  A.  Likewise, via video call. | | |
| 122:17 - 122:24 | **Toner, Helen 2025-10-08** | 00:00:28 | **DL2.94** |

122:17  Q.  Okay.  Did anyone -- or did the

122:18      board instruct anyone to communicate Mr. Altman's

122:19      termination to Microsoft before that termination

122:20      was the subject of a public post?

122:21  A.  Yes.  We discussed in advance what

122:22      the best way to inform Microsoft would be and, in

122:23      consultation with Mira, decided that her informing

122:24      Satya Nadella directly would be the best approach.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 124:02 - 124:12 | **Toner, Helen 2025-10-08** | 00:00:32 | **DL2.95** |

124:02  Q.  Do you know what Ms. Murati

124:03      communicated to Microsoft?

124:04  A.  To the best of -- to my

124:05      understanding, she communicated that we had removed

124:06      Sam.  The reason, using similar language to what we

124:07      used in the press release.  That she would be

124:08      interim CEO and we would be conducting a search.

124:09      That we were committed to the partnership with

124:10      Microsoft.

124:11      That's my understanding of what she

124:12      conveyed.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 124:25 - 125:12 | **Toner, Helen 2025-10-08** | 00:00:55 | **DL2.96** |

124:25  Q.  Okay.  So in the hours and days

125:01      following the public announcement, what steps did

125:02      Ms. Murati take as interim CEO, to your knowledge?

125:03  A.  I believe she began by hosting an

125:04      all-hands meeting with Ilya, or, perhaps, before

125:05      that, she had one-on-one conversations with several

125:06      members of her executive team and then had an

125:07      all-hands meeting.

125:08      I don't know how much detail or how

125:09      many steps you want me to go into.  We had some

125:10      meetings between the board and the executive team,

125:11      and then throughout the course of the weekend, a

125:12      chaotic series of conversations of various kinds.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 125:13 - 125:23 | **Toner, Helen 2025-10-08** | 00:00:43 | **DL2.97** |

125:13  Q.  When did the process start to

125:14      become chaotic?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. I'd say Friday evening.

Q. What happened?

A. I'd say a notable part of the timeline was conversations between the board and the executive team on Friday evening, and then through Friday night, where the executive team made quite unreasonable demands of the board and threatened that they would all quit if they did not accede to their unreasonable demands.

| 127:01 - 127:12 | **Toner, Helen 2025-10-08** | 00:00:43 | **DL2.99** |
|---|---|---|---|

Q. What role's Mira Murati playing in these discussions?

A. Mira was strikingly unsupportive during these conversations. She seemed totally uninterested in telling her team that her conversations with us had been a significant factor in our decision to fire Sam and astonishingly uninterested in telling her team that she thought it was -- as far as I could tell, she thought it was a good thing, that -- or she thought it would be a good thing if Sam left the company. She was remarkably passive.

| 128:12 - 128:16 | **Toner, Helen 2025-10-08** | 00:00:09 | **DL2.102** |
|---|---|---|---|

Q. At that time that you had that final conversation with Ms. Murati, had she given you any indication that she was going to suddenly become unsupportive of the board's decision?

A. No.

| 128:20 - 128:22 | **Toner, Helen 2025-10-08** | 00:00:07 | **DL2.103** |
|---|---|---|---|

Q. Did you ever learn any information about what caused Ms. Murati to become suddenly unsupportive of the board's decision?

| 128:25 - 129:21 | **Toner, Helen 2025-10-08** | 00:01:10 | **DL2.104** |
|---|---|---|---|

THE WITNESS: My impression is that -- well, so she told us that a couple of days later, while the crisis was still ongoing, she told us that she could not serve as CEO -- as interim CEO unless the board was able to -- the word I

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

remember her using is "legitimize" the
decision.
I think she did not seem to
understand, either wilfully or not, that
she had a pivotal role in legitimizing the
decision herself.  The way I would maybe
put it is that she was waiting to see which
way the wind would blow, and she didn't
realize that she was the wind.
So I think she was not
willing to stick her neck out and say that
she had told the board about severe
concerns she had about Sam, because she
was, in my interpretation, concerned about
retaliation that might lead to or -- or
blowback for her career.

| 130:16 - 130:21 | **Toner, Helen 2025-10-08** | 00:00:15 | **DL2.105** |

Q.  At that point did the board
consider other candidates for interim CEO?
A.  Yes.
Q.  And who did you settle on?
A.  We ultimately appointed Emmett
Shear CEO -- interim CEO later that evening.

| 131:21 - 132:06 | **Toner, Helen 2025-10-08** | 00:00:48 | **DL2.106** |

Q.  Up till the point of the
announcement of Mr. Shear's appointment as interim
CEO, to your knowledge, had Microsoft been in
communications with anyone on the OpenAI board?
A.  Yes.
Q.  Who were they in contact with?
A.  I believe they had some contact
with Adam directly.  I'm not sure.  And then we, I
believe Adam, Tasha and I, had a call with Satya
Nadella on Sunday evening before we announced --
before we announced the appointment of Emmett.

| 132:16 - 133:03 | **Toner, Helen 2025-10-08** | 00:00:48 | **DL2.107** |

Q.  And then the call that the three of
you had with Microsoft, what -- how did that call
come about?
A.  We wanted to inform Microsoft about

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

our decision to appoint a different interim CEO and
asked if we could state in the announcement that
they were supportive of the decision.
Q. What did they say?
A. I recall Satya saying that
Microsoft would, of course, continue partnering
with OpenAI, and that he would think about whether
there was something that we could say in the
post -- or in the announcement.

| 133:12 - 133:16 | **Toner, Helen 2025-10-08** | 00:00:11 | **DL2.108** |

Q. Do you know whether Mr. Nadella had
ever expressed any views on whether somebody else
should be appointed interim CEO?
A. I'm not aware of any views he
expressed on that question.

| 133:17 - 133:19 | **Toner, Helen 2025-10-08** | 00:00:07 | **DL2.109** |

Q. Were you aware at that point if
Mr. Nadella had hoped that Mr. Altman would be
reinstated as CEO?

| 133:22 - 134:05 | **Toner, Helen 2025-10-08** | 00:00:26 | **DL2.110** |

THE WITNESS: I believe at
that point my impression was that he would
be glad if Sam were reappointed.
BY MR. KRY:
Q. Why was that your impression?
A. Because there was a coalition of
different people pushing for Sam's reappointment,
and my understanding was that Microsoft was part of
that.

| 146:18 - 148:03 | **Toner, Helen 2025-10-08** | 00:02:42 | **DL2.111** |

Okay. When did the board decide to
reinstate Mr. Altman as CEO?
A. Tuesday night, the 21st of
November.
Q. How did that come about?
A. There had been, over the course of
the weekend, a lot of back-and-forth over different
possible futures of the company, with a recurring
theme being employees threatening to leave if

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

certain demands were not met.

Over the course of the few days

following our firing, those demands became

gradually more reasonable and the threat of mass

resignations continued.

Q. Who were the demands being made by?

A. Some combination of Sam, Greg, the

executive team, typically conveyed to us via Mira.

And employees directly.

Q. And did you observe that Microsoft

was involved in those discussions at all?

A. Microsoft became clearly involved

on Sunday night when, after we announced that

Emmett would be interim CEO, Microsoft announced

that Sam and Greg would be joining Microsoft.  And

over the subsequent hours -- I don't recall how I

came to learn this -- but over the subsequent hours

I came to the understanding that Microsoft was

offering to hire away the entire OpenAI team and

would have jobs for anyone who wanted them at

Microsoft.

Q. So what impact did Microsoft's

announcement that it was hiring Mr. Altman and

Mr. Brockman, an open offer to hire anyone from

OpenAI that wanted to come over, impact the board's

ability to carry out its duties as the board of

OpenAI?

| 148:05 - 149:03 | **Toner, Helen 2025-10-08** | 00:01:31 | **DL2.112** |

THE WITNESS:  It -- it

created a threat of Microsoft destroying

the company in a way that changed the

calculus for us about what the best way to

pursue the nonprofit mission was.

BY MR. KRY:

Q. In what sense?

A. In the sense that it significantly

increased the credibility of employees' threats

that they would leave en masse and gave Sam

significantly more leverage to demand his own

reinstatement to avoid the company falling apart.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. What did the board do in response to this change to the circumstances?

A. In response to the totality of the circumstances on Tuesday, which includes Microsoft's involvement, as well as other factors, we were able to reach an agreement on Tuesday that was amenable to all sides, which involved Sam being reinstated as CEO but not reappointed to the board; most of the existing board members resigning, but not all; and a thorough, independent investigation being carried out into Sam's conduct in the events of the previous few days.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 149:04 - 149:05 | **Toner, Helen 2025-10-08** | 00:00:05 | **DL2.113** |

Q. Were you one of the board members that was removed as part of this deal?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 149:08 - 149:08 | **Toner, Helen 2025-10-08** | 00:00:00 | **DL2.114** |

THE WITNESS: Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 149:12 - 149:14 | **Toner, Helen 2025-10-08** | 00:00:06 | **DL2.115** |

Q. And was Ms. McCauley one of the board members that was removed pursuant to this compromise?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 149:17 - 149:17 | **Toner, Helen 2025-10-08** | 00:00:00 | **DL2.116** |

THE WITNESS: Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 154:15 - 154:23 | **Toner, Helen 2025-10-08** | 00:00:28 | **DL2.117** |

Q. So I've marked as Exhibit 10 a document stamped MSFT_MUSK 56581. This is a May 26, 2024, article from The Economist, published by -- or authored by you and Ms. McCauley, with the title "AI firms mustn't govern themselves, say ex-members of OpenAI's board." Ms. Toner, did you co-author this article with Ms. McCauley?

A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 155:15 - 156:18 | **Toner, Helen 2025-10-08** | 00:02:17 | **DL2.118** |

What about your experience at OpenAI led you to believe that self-governance cannot reliably withstand the pressure of profit incentives?

A. Several things.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

155:20    Partly, some relevant factors
155:21    included the role that we perceived expected
155:22    profits to have played in the pushback to our
155:23    decision to fire Sam.
155:24    I think the profit incentives is
155:25    maybe an incomplete phrase here.  I think profit
156:01    and personal gain is maybe a more complete way to
156:02    put it, because I think my judgment of Sam's
156:03    resistance to board oversight was not purely about
156:04    the financial incentives at play for him but also
156:05    about the enormous amount of power that he would
156:06    wield if OpenAI was successful in developing
156:07    extremely advanced AI systems.  So that was one
156:08    element.
156:09    Profit played a more direct part in
156:10    what we perceived to be Microsoft's role in the
156:11    aftermath of firing Sam and also in the reaction of
156:12    some employees who were concerned about their
156:13    equity stakes and the potential loss of an upcoming
156:14    stock sale, tender deal.
156:15    All of which we believed played
156:16    significant roles in what turned out to be the
156:17    nonprofit's ability to perform one of its most
156:18    basic duties, which is to hire and fire the CEO.

| 165:02 - 165:04 | **Toner, Helen 2025-10-08** | 00:00:16 | **DL2.119** |
|---|---|---|---|

165:02  Q.  Taking those in turn.
165:03    For the deployment safety board,
165:04    why did that guardrail turn out to be fragile?

| 165:08 - 165:20 | **Toner, Helen 2025-10-08** | 00:00:38 | **DL2.120** |
|---|---|---|---|

165:08  A.  So things like the -- things like
165:09    models being deployed without actually going
165:10    through DSB approval, which should have been
165:11    required, as with the Microsoft tests in India.
165:12    Things like the board not being
165:13    informed about that failure.
165:14    Things like the board being misled
165:15    about what products were approved and not approved.
165:16    And also the Jason-Mira interaction
165:17    around whether GPT-4 Turbo needed to be -- needed
165:18    to go through approval I think were all instances

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

of that guardrail being more fragile than it should
have been.

| 166:04 - 166:08 | **Toner, Helen 2025-10-08** | 00:00:15 | **DL2.121** |

Q. And then the second one you
mentioned, the board having the right to remove the
CEO on paper but the reality turning out
differently, how did that illustrate the fragility
of one of the nonprofit's internal guardrails?

| 166:11 - 166:16 | **Toner, Helen 2025-10-08** | 00:00:09 | **DL2.122** |

THE WITNESS:  Well, because
there was a guardrail around the nonprofit
being able to make certain decisions, and
then it turned out that, in practice, those
decisions could be reversed.
BY MR. KRY:

| 173:08 - 173:12 | **Toner, Helen 2025-10-08** | 00:00:10 | **DL2.123** |

Since Mr. Altman was reinstated as
CEO, you have spoken to the press a number of times
about the events leading up to his termination,
correct?
A. Yes.

| 175:22 - 176:01 | **Toner, Helen 2025-10-08** | 00:00:10 | **DL2.127** |

Q. Okay.  Did you have anyone advising
you on public relations at the time that you had
any of the conversations you just described with
any of these journalists?
A. Yes.

| 176:09 - 176:17 | **Toner, Helen 2025-10-08** | 00:00:19 | **DL2.228** |

Q. Okay.  But they are PR consultants.
Is that a fair characterization?
A. Approximately, yeah.
Q. And when did they start -- first
start advising you?
A. In December of 2023.
Q. Okay.  And how long did they advise
you for?
A. Something like six or seven months.

| 197:05 - 197:07 | **Toner, Helen 2025-10-08** | 00:00:07 | **DL2.132** |

Q. Okay.  And before GPT-4 was

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 197:06    released, it did go through a DSB review, correct?<br>197:07  A.  I believe so, yes. | | |
| 197:14 - 197:15 | **Toner, Helen 2025-10-08** | 00:00:04 | **DL2.133** |
| | 197:14  Q.  Do you think it was a mistake for<br>197:15    OpenAI to release GPT-4? | | |
| 197:17 - 197:18 | **Toner, Helen 2025-10-08** | 00:00:01 | **DL2.134** |
| | 197:17    THE WITNESS:  On balance,<br>197:18    no. | | |
| 198:09 - 198:14 | **Toner, Helen 2025-10-08** | 00:00:17 | **DL2.135** |
| | 198:09  Q.  Okay.  And do you know whether the<br>198:10    three -- I'm using the term "enhancements" because<br>198:11    it was used in the article -- but do you know<br>198:12    whether they went through the DSB review process,<br>198:13    ultimately?<br>198:14  A.  I'm not sure. | | |
| 199:01 - 199:06 | **Toner, Helen 2025-10-08** | 00:00:22 | **DL2.224** |
| | 199:01  Q.  Okay.  And do you know which OpenAI<br>199:02    technologies are -- were required to go through the<br>199:03    DSB review?<br>199:04  A.  I don't know the specific criteria<br>199:05    off the top of my head.  I believe it was intended<br>199:06    to capture especially novel and advanced models. | | |
| 199:07 - 199:14 | **Toner, Helen 2025-10-08** | 00:00:20 | **DL2.229** |
| | 199:07  Q.  Okay.  Did you personally make an<br>199:08    assessment as to whether any of the three<br>199:09    enhancements described here needed to go through<br>199:10    DSB review?<br>199:11  A.  No.<br>199:12  Q.  Okay.  And who at the company was<br>199:13    responsible for making that determination?<br>199:14  A.  I'm not sure. | | |
| 202:05 - 202:16 | **Toner, Helen 2025-10-08** | 00:00:27 | **DL2.138** |
| | 202:05  Q.  Now, I think you testified on this<br>202:06    issue during Mr. Kry's questioning, that your<br>202:07    recollection was that Mr. Altman either directly<br>202:08    said or strongly implied that all three of these<br>202:09    had gone through DSB review.<br>202:10    Do you recall that?<br>202:11  A.  Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. Okay. And so do you have any recollection of Mr. Altman actually saying that they had gone through DSB review?

A. As I said, I recall him either saying that or strongly implying it.

| 203:10 - 203:13 | **Toner, Helen 2025-10-08** | 00:00:09 | **DL2.141** |
|---|---|---|---|

Q. The question I asked is whether you have a specific recollection of Mr. Altman telling you or the directors that all three of these had gone through DSB review.

| 203:16 - 203:20 | **Toner, Helen 2025-10-08** | 00:00:06 | **DL2.142** |
|---|---|---|---|

THE WITNESS: I don't recall specific words.

BY MR. CULLERTON:

Q. Do you have a recollection of him saying that at all?

| 203:22 - 204:09 | **Toner, Helen 2025-10-08** | 00:00:25 | **DL2.143** |
|---|---|---|---|

THE WITNESS: I have a recollection of him bringing the board to believe that all three had gone through review.

BY MR. CULLERTON:

Q. And how did you -- and -- well, tell me everything you remember about it. The words he used, the context in which it came up.

A. This is almost three years ago, so I don't recall the exact words that he used. It was in a conversation about the upcoming GPT-4 release. I don't recall more specifics than that.

| 204:15 - 204:25 | **Toner, Helen 2025-10-08** | 00:00:30 | **DL2.144** |
|---|---|---|---|

Q. Ultimately, you don't believe that the release of any of these enhancements created a safety risk to the public, do you?

A. No. I believe that the safety challenges posed by the models OpenAI was releasing in 2023 turned out to not be severe, which is great. And I believe that the safety risks associated with their technology are growing over

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

time, and the importance of the board functioning
well and governing the company effectively is
growing over time.

| 208:04 - 208:12 | **Toner, Helen 2025-10-08** | 00:00:33 | **DL2.148** |
|---|---|---|---|

Q.  Okay.  And same question with
respect to the issue we were just discussing, the
DSB review of the enhancements.  Did you ever have
any discussion with Mr. Altman on that subject
prior to voting to terminate him as CEO of OpenAI?
A.  I don't believe so, because I knew
that it would be seen as irritating overreach by a
board member.  And I -- we had many different
things to discuss, and I prioritized other issues.

| 208:16 - 209:08 | **Toner, Helen 2025-10-08** | 00:00:40 | **DL2.149** |
|---|---|---|---|

Q.  And you're not aware of any
negative safety impacts resulting from the limited
testing release of GPT-4 in India, correct?
A.  Correct.
Q.  Okay.  And, ultimately, I think, as
we discussed, GPT-4 was reviewed by the DSB,
correct?
A.  I believe so, yes.
Q.  And you're not aware of Mr. Altman
having any objections to GPT-4 being reviewed by
DSB, correct?
A.  Not GPT-4, but GPT-4 Turbo.
Q.  Okay.  We'll talk about GPT-4 Turbo
in a minute.
But you're not aware of any
objections raised by Altman to the review by the
DSB of GPT-4, correct?
A.  Not that I'm aware of.

| 209:21 - 210:16 | **Toner, Helen 2025-10-08** | 00:00:54 | **DL2.150** |
|---|---|---|---|

Q.  Mr. Altman was not an investor in
the startup fund, correct?
A.  I don't want to comment on the
specifics of his relationship to it without having
documentation in front of me.
Q.  Okay.  So you don't know one way or
the other whether he was an investor in the startup

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

fund; is that right?

A. I don't want to mischaracterize his exact relationship with the startup fund.

Q. Okay. And are you aware whether Mr. Altman ever received a distribution or other economic benefit from the fund?

A. I'm not sure.

Q. And are you aware that Mr. Altman transferred the interest that he had in the fund to another OpenAI employee after -- following the discussions that you were describing earlier with the board?

A. I know that they made some changes to the arrangements. I don't recall the specifics.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 216:24 - 217:07 | **Toner, Helen 2025-10-08** | 00:00:25 | **DL2.153** |

Q. It's true that ChatGPT was built on a less advanced LLM, GPT-3.5; is that right?

A. Less advanced than GPT-4?

Q. Yes.

A. That's correct.

Q. Okay. And GPT-3.5 had already been widely in use by OpenAI customers prior to ChatGPT's release, correct?

A. That's correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 217:19 - 217:24 | **Toner, Helen 2025-10-08** | 00:00:27 | **DL2.154** |

It wasn't a surprise that OpenAI was developing a chat-based product, was it, though?

A. I believe the possibility had been discussed with the board. I don't believe that I thought that was a done deal.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 218:25 - 219:09 | **Toner, Helen 2025-10-08** | 00:00:28 | **DL2.155** |

Q. Do you believe anything about the release of GPT-3.5 was unsafe?

A. I don't believe so.

Q. You believe that the release of ChatGPT was unsafe?

A. I don't know. I feel uncomfortable making sweeping statements because "safe" is a very broad term. I don't have significant concerns

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

219:08    about the release of ChatGPT from an "impact on
219:09    users" perspective.

| 224:12 - 224:17 | **Toner, Helen 2025-10-08** | 00:00:38 | **DL2.156** |

🔗 1040.1

224:12  Q.  Flip back to Exhibit 6.  And this
224:13    is the blog post published on November 17th,
224:14    announcing that Mr. Altman had been removed as CEO.
224:15    And on -- I'll just direct you to
224:16    the first full paragraph on the second page.
224:17  A.  Mm-hmm.

| 226:01 - 226:15 | **Toner, Helen 2025-10-08** | 00:00:27 | **DL2.157** |

226:01    BY MR. CULLERTON:

🔗 1040.1.2

226:02  Q.  Sorry.  Actually above that
226:03    paragraph, the blog post states that "Mr. Altman's
226:04    departure follows a deliberative review process by
226:05    the board."
226:06    Do you see that?
226:07  A.  Yes.
226:08  Q.  Okay.  And that deliberative review
226:09    process did not involve any discussions with
226:10    Mr. Altman, correct?
226:11  A.  Correct.
226:12  Q.  Board didn't give Mr. Altman an
226:13    opportunity to respond to any of the concerns it
226:14    had prior to terminating him, correct?

❌ Clear

226:15  A.  Correct.

| 226:16 - 226:24 | **Toner, Helen 2025-10-08** | 00:00:18 | **DL2.158** |

226:16  Q.  And the board didn't give
226:17    Mr. Altman an opportunity to tell his side of the
226:18    story, correct?
226:19  A.  Our concerns about him related to
226:20    his honesty and his willingness to remain
226:21    effectively overseen by the board, and so, in our
226:22    judgment, we all felt strongly and clearly that
226:23    involving him in our decisionmaking process would
226:24    not be productive.

| 227:03 - 227:06 | **Toner, Helen 2025-10-08** | 00:00:09 | **DL2.159** |

227:03  Q.  My question was, the board didn't
227:04    give Mr. Altman an opportunity to sell his side of
227:05    the story before voting to terminate him, correct?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 227:06  A.  Correct. | | |
| 228:02 - 228:10 | **Toner, Helen 2025-10-08** | 00:00:16 | **DL2.160** |
| | 228:02  Q.  And it's true the board never gave | | |
| | 228:03      Mr. Brockman an opportunity to respond to any | | |
| | 228:04      concerns they claim to have about him, correct? | | |
| | 228:05  A.  Correct. | | |
| | 228:06  Q.  And it's true that the board never | | |
| | 228:07      gave Mr. Brockman an opportunity to tell his side | | |
| | 228:08      of the story before voting to remove him from the | | |
| | 228:09      board, correct? | | |
| | 228:10  A.  That's correct. | | |
| 230:15 - 230:25 | **Toner, Helen 2025-10-08** | 00:00:30 | **DL2.162** |
| | 230:15  Q.  Board didn't conduct any formal | | |
| | 230:16      interviews with any OpenAI employees, correct? | | |
| | 230:17  A.  Again, we felt that the | | |
| | 230:18      confidentiality of our deliberation was of the | | |
| | 230:19      utmost importance, so no. | | |
| | 230:20  Q.  Did the board discuss any of the | | |
| | 230:21      concerns that had been raised by Ms. Murati or | | |
| | 230:22      Mr. Sutskever with anyone in the company's human | | |
| | 230:23      resources department? | | |
| | 230:24  A.  Not during that deliberative | | |
| | 230:25      process period. | | |
| 231:20 - 231:25 | **Toner, Helen 2025-10-08** | 00:00:10 | **DL2.164** |
| | 231:20      yes -- did you ask to review Mr. Brockman's HR | | |
| | 231:21      file, yes or no? | | |
| | 231:22  A.  No. | | |
| | 231:23  Q.  Did you ask to review Mr. Altman's | | |
| | 231:24      HR file, yes or no? | | |
| | 231:25  A.  No. | | |
| 233:25 - 234:02 | **Toner, Helen 2025-10-08** | 00:00:10 | **DL2.165** |
| | 233:25      The board's, what it described as | | |
| | 234:01      deliberative process, didn't involve any discussion | | |
| | 234:02      with other OpenAI stakeholders, correct? | | |
| 234:04 - 234:13 | **Toner, Helen 2025-10-08** | 00:00:17 | **DL2.166** |
| | 234:04      THE WITNESS:  As we | | |
| | 234:05      discussed, we believed that keeping our | | |
| | 234:06      conversation and deliberative process | | |
| | 234:07      confidential was of the utmost importance | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

234:08  for ensuring the integrity of that
234:09  deliberative process and our ability to
234:10  carry out our legally mandated duties.
234:11  So, no, we did not disclose
234:12  it to any other outside parties.
234:13  BY MR. CULLERTON:

| 234:17 - 234:24 | **Toner, Helen 2025-10-08** | 00:00:12 | **DL2.225** |
|---|---|---|---|

234:17  Q.  Did you solicit any input from
234:18  anyone at Microsoft?
234:19  A.  No.
234:20  Q.  Did you solicit any input from any
234:21  other OpenAI investors?
234:22  A.  I've already answered the question.
234:23  Q.  Did you solicit --
234:24  A.  No.

| 235:01 - 235:04 | **Toner, Helen 2025-10-08** | 00:00:09 | **DL2.167** |
|---|---|---|---|

235:01  Did you solicit any input from any
235:02  of OpenAI's customers?
235:03  A.  I've answered the question.
235:04  No.

| 242:12 - 243:01 | **Toner, Helen 2025-10-08** | 00:00:38 | **DL2.171** |
|---|---|---|---|

242:12  And Exhibit 8, I believe we looked

🔗 1049_1.1

242:13  at a bit earlier, Ms. Toner.  And if you look --
242:14  and this is the draft of an e-mail to all employees
242:15  that you participated in drafting, correct,
242:16  Ms. Toner?
242:17  A.  Draft of a Slack message.  Yes.
242:18  Q.  Yes.  Okay.
242:19  And if you look under "Our
242:20  decision," maybe one, two, three, four paragraphs

🔗 1049_1.1.1

242:21  down, the message states, "We want to be abundantly
242:22  clear:  We believe in OpenAI, its people, and its
242:23  products.  This decision is not about product
242:24  safety or security."
242:25  Do you see that?

✖ Clear

243:01  A.  Yes.

| 243:02 - 244:08 | **Toner, Helen 2025-10-08** | 00:01:51 | **DL2.172** |
|---|---|---|---|

243:02  Q.  Is that an accurate statement?
243:03  A.  This was a complicated issue to

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

communicate about. I believe this phrasing is more accurate than the phrasing you used a moment ago. The decision we made to fire Sam was about trust, accountability, and oversight. And the reason that trust, accountability, and oversight mattered for OpenAI, Inc., and its board were because of potentially severe risks and safety issues that its technologies could pose, now or in the future, as well as the board's obligation to ensuring that AI benefits humanity, not just does not harm them. And so in some sense, the board's decision was deeply related to product safety and security, and, in particular to -- I guess beyond product safety. More to the safety of the human race going forward. At the same time, we, as the board, did not, at the time of the firing, have immediate concerns about the safety of specific products that, you know, were immediately likely to harm users in an ongoing way. And it was our understanding that there was some concern externally that the board's decision related to the immediate safety of products already on the market. So we were attempting to communicate that that was not the primary motivation for our decision. But due to the nature of the company and the nature of OpenAI, Inc.'s, mission, your phrasing earlier that it was not related to safety is inaccurate.

| 245:03 - 245:15 | **Toner, Helen 2025-10-08** | 00:00:32 | **DL2.173** |

Q. Is it true that the decision to remove Mr. Altman had nothing to do with the safety or security of any OpenAI products that had been released as of the date of this e-mail?

A. Again, that phrasing is extremely broad. I will -- I would not say that it had nothing to do with those things. I will say that it was not primarily driven by concerns of that kind.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. Okay. Well, you were prepared to tell all of the employees of OpenAI that the decision was not about product safety or security, correct?

| 245:17 - 246:01 | **Toner, Helen 2025-10-08** | 00:00:18 | **DL2.174** |

THE WITNESS: Yes. I think the implication of this statement is about what the decision was primarily driven by, which is a different question than whether it related to those things in any way.

BY MR. CULLERTON:

Q. Okay. So at a minimum, you'd agree the decision was not primarily driven by product safety or security, correct?

A. Yes.

| 250:07 - 250:14 | **Toner, Helen 2025-10-08** | 00:00:28 | **DL2.178** |

Q. Okay. But fair, then, that Mr. Altman was not removed because the board wanted to slow down the pace of AI development, right?

A. Correct.

Q. Okay. And Mr. Altman was not terminated because the board wanted to slow down OpenAI's pace of development, correct?

A. Correct.

| 250:21 - 251:05 | **Toner, Helen 2025-10-08** | 00:00:35 | **DL2.177** |

Q. And is it true that Mr. Altman's removal as CEO also was not about OpenAI's relationship with any of its investors?

MR. KRY: Objection to form.

THE WITNESS: I would say that the issues that we were concerned about -- some of the issues that contributed to our decision to fire Sam were exacerbated by relationships with investors.

| 251:13 - 251:19 | **Toner, Helen 2025-10-08** | 00:00:21 | **DL2.179** |

Q. Okay. But to be very clear, and I believe you testified to this earlier, you don't believe, ultimately, that any of the products that

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | had been released as of the date of this e-mail | | |
| | were unsafe to the public? | | |
| | A. Not in ways that give me | | |
| | significant concern, no. | | |
| 260:23 - 262:12 | **Toner, Helen 2025-10-08** | 00:01:59 | **DL2.185** |

Q. And after Mr. Altman -- in the days following Mr. Altman's removal, did you have any conversations with anyone at Anthropic?

A. Yes.

Q. And who did you speak with?

A. We had, I believe, one, possibly two, conversations with their board.

Q. With their board?

A. Yes.

Q. Did that include Mr. Amodei?

A. I think so, yes.

Q. Mrs. Amodei?

A. Yes.

Q. Okay. And what -- you participated in this communication with the Anthropic board?

A. Yes.

Q. Okay. And what was the communication about?

A. So it was -- I believe it was late Saturday night. It was at the point where we had already had multiple threats from the entire executive team to resign, and where it had become clear that Mira was not willing -- we had not had the final conversations we had with her about this, that we talked about Sunday, but it was pretty clear that Mira was not willing to serve -- beginning to serve as interim CEO. So we were beginning to consider our options for what it could look like to salvage the company.

Q. Who was on the call from the OpenAI side?

A. I believe it would have been me, Tasha, and Adam, and, perhaps, Ilya.

Q. Okay. And when you say you were beginning to consider options for what it could

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

262:08    look like to salvage the company, what options did
262:09    you discuss with the Anthropic board?
262:10  A.  I believe we discussed whether it
262:11    might make sense for Anthropic to merge with OpenAI
262:12    in some way, but I don't recall the specifics.

| 262:18 - 262:23 | **Toner, Helen 2025-10-08** | 00:00:20 | **DL2.186** |

262:18  Q.  And so you discussed a merger
262:19    between OpenAI and Anthropic on this call, correct?
262:20  A.  Something along those lines.
262:21  Q.  Did you discuss whether Mr. Amodei
262:22    could become the CEO of OpenAI?
262:23  A.  I believe so, yes.

| 263:02 - 263:12 | **Toner, Helen 2025-10-08** | 00:00:46 | **DL2.187** |

263:02  Q.  Were you supportive of a merger
263:03    with Anthropic?
263:04  A.  I thought it would have been an
263:05    extremely risky move.
263:06    I would not describe myself as
263:07    supportive of it.  I would say I thought it was an
263:08    option worth considering among our set of difficult
263:09    options.
263:10  Q.  And it's true that Anthropic is not
263:11    a not-for-profit company, correct?
263:12  A.  Correct.

| 264:16 - 264:21 | **Toner, Helen 2025-10-08** | 00:00:17 | **DL2.188** |

264:16  Q.  Were you supportive of the idea of
264:17    Mr. Amodei becoming CEO of OpenAI?
264:18  A.  Per my previous testimony, I did
264:19    not feel particularly supportive of it, but it
264:20    seemed like an option worth exploring, given the
264:21    extremeness of the situation.

| 274:10 - 275:03 | **Toner, Helen 2025-10-08** | 00:00:54 | **DL2.189** |

274:10  Q.  Ultimately, nearly all of OpenAI's
274:11    employees signed a letter to the board seeking to
274:12    have Mr. Altman and Mr. Brockman reinstated, right?
274:13  A.  Yes.
274:14  Q.  Okay.  Do you recall how many
274:15    OpenAI employees signed that letter?
274:16  A.  Over 700.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. Okay. And how many employees did
OpenAI have at the time?
A. I believe less than 800.
Q. Okay. And why don't we show you
🔗 1046.1    what will be marked as Exhibit 17.
(Document marked for identification
as Toner Exhibit 17.)
BY MR. CULLERTON:
Q. And do you recognize this as the
letter to the board, signed by 751 of OpenAI's
employees?
A. Yes.

| 275:20 - 277:16 | **Toner, Helen 2025-10-08** | 00:02:00 | **DL2.190** |

Q. Okay. All right. If you look at
the first paragraph, it says -- and this is the
first paragraph of the letter signed by 751 of
OpenAI's employees.
🔗 1046.1.1    And it states: "OpenAI is the
worlds leading AI company. We, the employees of
OpenAI, have developed the best models and pushed
the field to new frontiers. Our work on AI safety
and governance shapes global norms. The products
we build" -- "built are used by millions of people
around the world. Until now, the company we work
for and cherish has never been in a stronger
position."
Do you see that?
A. Mm-hmm.
Q. And did you agree with these 751
OpenAI employees that, at the time Mr. Altman was
removed by the board, OpenAI was the world's
leading AI company?
A. Certainly one of the top three.
Q. And did you agree with the 751
OpenAI employees that, at the time Mr. Altman was
removed from the board, the company had never been
in a stronger position?
A. Yes.
Q. Did you agree with the 751 OpenAI
employees that OpenAI's work on safety and

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

276:22   governance shaped global norms?

276:23   A.  To some extent, probably.

276:24   There were not many global norms.

276:25   There still are not many global norms.

277:01   Q.  And if you look down at the second

🔗 1046.1.2   277:02   paragraph, the employees write:  "The process

277:03   through which you terminated Sam Altman and removed

277:04   Greg Brockman from the board has jeopardized all of

277:05   this work and undermined our mission and company.

277:06   Your conduct has made it clear you did not have the

277:07   competence to oversee OpenAI."

277:08   And did you agree with these 751

277:09   employees of OpenAI that the board's handling of

277:10   the removal of Mr. Altman and Mr. Brockman

277:11   undermined OpenAI's mission?

277:12   A.  No.

277:13   Q.  Did you agree with the 751

277:14   employees of OpenAI that the board's removal of

🔗 1046.1   277:15   Altman and Brockman jeopardized OpenAI's work?

277:16   A.  No.

| 277:17 - 277:25 | **Toner, Helen 2025-10-08** | 00:00:20 | **DL2.191** |

277:17   Q.  Did you agree with the 751

277:18   employees of OpenAI that the board's conduct made

277:19   it clear that it did not have the competence to

277:20   oversee OpenAI?

277:21   A.  No.  And I also would note that

277:22   it's not clear to me that all 751 signatories would

277:23   disagree with that, given public reporting and

277:24   private conversations I've heard about the immense

277:25   social pressure to sign this letter.

| 278:07 - 278:11 | **Toner, Helen 2025-10-08** | 00:00:11 | **DL2.192** |

278:07   Q.  Okay.  Do you have examples of any

278:08   OpenAI employees that -- did any OpenAI employees

278:09   who signed this letter tell you they did so under

278:10   pressure?

278:11   A.  No.

| 280:12 - 280:15 | **Toner, Helen 2025-10-08** | 00:00:12 | **DL2.193** |

280:12   Q.  The 751 OpenAI employees who signed

280:13   this letter were demanding that you and the other

280:14   current members of the board resign, correct?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| Clear | 280:15  A.  Yes. | | |
| 281:07 - 281:18 | **Toner, Helen 2025-10-08** | 00:00:22 | **DL2.194** |

Q.  But Mr. Altman was reinstated as
CEO, though, correct?
A.  Correct.
Q.  And you resigned from the board,
correct?
A.  Yes.
Q.  And Mr. -- Ms. McCauley resigned
from the board, correct?
A.  Yes.
Q.  And Mr. D'Angelo stayed on as part
of the reconstituted board, correct?
A.  Yes.

| 281:19 - 282:13 | **Toner, Helen 2025-10-08** | 00:00:54 | **DL2.230** |

Q.  Okay.  And one of the new directors
that was brought on following these events was Bret
Taylor, correct?
A.  Yes.
Q.  Okay.  And you approved, you and
the rest of the board, approved having Mr. Taylor
join the OpenAI board, correct?
A.  Yes.
Q.  And another of the directors that
joined at that time was Larry Summers, correct?
A.  Yes.
Q.  And you and the other directors at
OpenAI approved Mr. Summers joining the OpenAI
board, correct?
A.  Yes.
Q.  And Mr. Summers and Mr. Taylor, do
you understand that Mr. Summers and Mr. Taylor
formed a special committee to investigate the
circumstances of Mr. Altman's termination?
A.  Yes.

| 293:08 - 293:12 | **Toner, Helen 2025-10-08** | 00:00:12 | **DL2.198** |

Q.  And -- so the claim being made by
Mr. Sutskever here relates to alleged
misrepresentations by Mr. Altman to Ms. Murati,
concerning Mr. Kwon's views on DSB review for GPT-4

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 293:12    Turbo, correct? | | |
| 293:14 - 293:19 | **Toner, Helen 2025-10-08** | 00:00:10 | **DL2.199** |

293:14    THE WITNESS:  Yes.
293:15    BY MR. CULLERTON:
293:16  Q.  And Mr. Sutskever then includes
293:17    some screen shots here in support of the claim,
293:18    correct?
293:19  A.  Yes.

| 293:23 - 294:01 | **Toner, Helen 2025-10-08** | 00:00:09 | **DL2.200** |
|---|---|---|---|

293:23  Q.  Okay.  Do you know whether the
293:24    screen shots represent the entire conversation on
293:25    the topic of DSB review of GPT-4 Turbo between
294:01    Mr. Kwon and Mr. -- Ms. Murati?

| 294:04 - 294:19 | **Toner, Helen 2025-10-08** | 00:00:35 | **DL2.201** |
|---|---|---|---|

294:04    THE WITNESS:  I'm not sure.
294:05    BY MR. CULLERTON:
294:06  Q.  Did you or anyone on the board make
294:07    any effort to verify whether this was the full
294:08    conversation thread that Mr. Sutskever included in
294:09    this document?
294:10  A.  My recollection is that the
294:11    conversation as portrayed here was consistent with
294:12    what we understood from Mira, but I forget exactly
294:13    who we spoke to, in what order.
294:14  Q.  All right.  Did you speak to Ms.
294:15    Murati about this?
294:16  A.  I don't remember if I spoke to her
294:17    about it or another independent board member spoke
294:18    to her about it, or if we had it solely by Ilya.
294:19    I'm not sure.

| 297:13 - 297:15 | **Toner, Helen 2025-10-08** | 00:00:08 | **DL2.202** |
|---|---|---|---|

297:13  Q.  And did you or anyone else on the
297:14    board ever discuss this allegation with Mr. Kwon?
297:15  A.  No, not that I'm aware of.

| 298:10 - 298:13 | **Toner, Helen 2025-10-08** | 00:00:11 | **DL2.203** |
|---|---|---|---|

298:10    You agree that Mr. Kwon would be in
298:11    the best position to know how he felt about his
298:12    interaction with Mr. Altman on the topic of DSB
298:13    review of GPT-4 Turbo, right?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 298:15 - 298:15 | **Toner, Helen 2025-10-08** | 00:00:01 | **DL2.204** |

THE WITNESS:  Sure.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 300:21 - 301:03 | **Toner, Helen 2025-10-08** | 00:00:17 | **DL2.205** |

Q.  And you are aware that GPT-4 Turbo
ultimately went through DSB review as well?
A.  I'm not sure.
Q.  And are you aware that GPT-4 Turbo
was ultimately approved by the DSB?
A.  As I said, I'm not sure whether it
went review -- through review, so I don't know if
it was approved.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 301:06 - 301:14 | **Toner, Helen 2025-10-08** | 00:00:19 | **DL2.206** |

Did you know whether GPT-4 Turbo
was required to go through DSB review?
A.  I don't have a position on that.
Q.  Okay.  So you don't know whether it
was required to go through DSB review or not,
correct?
A.  I don't know what they ultimately
determined, no.  Or I've forgotten if I've been
told.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 301:15 - 301:19 | **Toner, Helen 2025-10-08** | 00:00:16 | **DL2.231** |

Q.  And you don't believe that the
release of GPT-4 Turbo was unsafe to the public,
correct?
A.  I am not aware of any major safety
concerns associated with the release, no.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 316:17 - 318:19 | **Toner, Helen 2025-10-08** | 00:02:14 | **DL2.210** |

Q.  Ms. Toner, could you turn to Page
🔗 301.1    532 of that document.
A.  Mm-hmm.
Q.  Do you recognize these as the
screen shots you were sent recounting an exchange
between Mira Murati and Jason Kwon?
🔗 301.1.5    A.  Yes.
Q.  And on this first page, do you see
where Mira Murati states in this screen-shotted
conversation, "On Turbo, going through DSB, I don't
really want to argue with people, and it takes no

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

317:03 real extra effort to put together the review docs

317:04 for it. But Sam told me that you had said it

317:05 doesn't need to, per legal. Is this correct?"

317:06 And then Mr. Kwon responds, "Ugh"?

317:07 A. Yes.

317:08 Q. And then if you turn over one page.

🔗 301.2.1

317:09 You see that Mr. Kwon states in this screen shot,

317:10 "On Turbo, I actually said something different,

317:11 which was, one, that people were saying it needed

317:12 DSB, but that it also didn't seem like that much

317:13 work and that it would be handled. And, two, we

317:14 should, going forward, not let anyone just decide

317:15 something goes through DSB but instead have a

317:16 lawyer, it doesn't have to be me, probably prefer

317:17 it that way, maybe Shay (ph), be the one to make

317:18 the determination, since it's a question of

317:19 interpretation of the contract."

317:20 Do you see that response from

317:21 Mr. Kwon there?

317:22 A. Yes.

317:23 Q. Even without further investigating

317:24 this interest -- this exchange and speaking with

317:25 Mr. Kwon directly, did these screen shots cause you

318:01 significant concerns about the safety review

318:02 processes at OpenAI and how they were being

318:03 handled?

318:04 A. I would say that it primarily

318:05 served to me as a further example cementing the

318:06 perception that we discussed at the board level,

318:07 that Sam had a habit of putting words in other

318:08 people's mouths to get people where he wanted them

318:09 to go, which was of concern for many reasons,

318:10 including the integrity of OpenAI's safety review

318:11 processes but also more generally.

318:12 Q. And I think you testified earlier

318:13 that you took some screen shots of these particular

318:14 screen shots in the document?

318:15 A. That's right.

318:16 Q. Why was that?

318:17 A. This seemed like a particularly

318:18 important and clear example of a pattern we were

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | Clear | 318:19   concerned about. | | |
| 332:01 - 332:12 | **Toner, Helen 2025-10-08** | | 00:00:30 | **DL2.212** |

332:01   The first thing -- you testified
332:02   earlier that it was your understanding that the DSB
332:03   process was such that if Microsoft's three members
332:04   voted, and Sam voted along with them, that those
332:05   four votes would be sufficient to have approval
332:06   granted.  Is that accurate?
332:07  A.  That's my understanding.  Yes.
332:08  Q.  Are you aware of any instance in
332:09   which something was approved by the DSB by a vote
332:10   of the three Microsoft members and Sam?
332:11  A.  I do not have any definitive
332:12   knowledge of votes going that way.

| 332:13 - 332:20 | **Toner, Helen 2025-10-08** | | 00:00:16 | **DL2.213** |

332:13  Q.  You also testified earlier --
332:14   turning to a different topic -- that it was your
332:15   impression, during the events of the November 17th
332:16   weekend, that Satya would be glad if Sam was
332:17   reinstated.  Is that accurate?
332:18  A.  Yes.
332:19  Q.  And that was your impression?
332:20  A.  Yes.

| 334:11 - 334:24 | **Toner, Helen 2025-10-08** | | 00:00:33 | **DL2.214** |

334:11   Satya himself never told you that,
334:12   specifically, Microsoft or he wanted Sam to be
334:13   reinstated; is that true?
334:14  A.  Not directly.  That's true.
334:15  Q.  Did anyone else at Microsoft ever
334:16   tell you directly that they wanted Sam to be
334:17   reinstated?
334:18  A.  Not to my recollection.
334:19  Q.  And you also testified that you had
334:20   the impression that Microsoft wanted Sam to be
334:21   reinstated, in part, because Microsoft was part of
334:22   a coalition that was pushing to have Sam
334:23   reinstated.  Is that accurate?
334:24  A.  Yes.

| 336:09 - 336:15 | **Toner, Helen 2025-10-08** | | 00:00:12 | **DL2.215** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | Q. And, again, regarding this impression that Microsoft was part of a coalition pushing to reinstate Sam, no one at Microsoft ever told you specifically that they were part of a coalition to push to reinstate Sam; is that correct?<br>A. That's correct. | | **DL2.215** |
| 337:12 - 338:06 | **Toner, Helen 2025-10-08** | 00:00:48 | **DL2.216** |

Q. And on that Sunday night call, the board also asked Mr. Nadella to issue a public statement of support for Mr. Shear; is that true?

A. That sounds right.  I forget if that was a separate ask from us including in our message or the same ask.

Q. And you also testified that during that conversation, Mr. Nadella said that Microsoft would, of course, continue to support the OpenAI-Microsoft partnership?

A. I forget the exact wording, but it was something along the lines of, of course we'll continue working together.  Of course we'll continue partnering with OpenAI.  That's my recollection.

Q. And Mr. Nadella did tweet on Sunday night that he was excited to work with Mr. Shear as the interim CEO of OpenAI, didn't he?

A. I don't exactly recall, but that sounds about right.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 339:17 - 340:11 | **Toner, Helen 2025-10-08** | 00:00:48 | **DL2.217** |

Q. Did you ever express to Mr. Nadella that you were concerned that Microsoft was putting pressure on OpenAI to reinstate Mr. Altman?

A. I don't recall.

Q. Did you send any e-mails to Mr. Nadella expressing a concern about this pressure?

A. I don't believe.

Q. Did you ever discuss with anyone else at Microsoft that you were concerned that Microsoft was putting pressure on OpenAI to

**DL2 - Helen Toner All**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 340:03    reinstate Mr. Altman? | | |
| | 340:04  A.  I don't believe so. | | |
| | 340:05  Q.  Did you send any e-mails to OpenAI, | | |
| | 340:06    the OpenAI board, about your concerns that | | |
| | 340:07    Microsoft was putting pressure on the OpenAI board | | |
| | 340:08    to reinstate Sam? | | |
| | 340:09  A.  We were communicating primarily via | | |
| | 340:10    video call and tending to not put things in | | |
| | 340:11    writing.  So no. | | |

| | |
|---|---|
| Plaintiff Affirmative | 00:39:22 |
| OAI Counters to Musk Aff | 00:24:21 |
| Musk Counters to OAI Counter | 00:05:18 |
| MSFT Counters to Musk Aff | 00:05:21 |
| **TOTAL RUN TIME** | **01:14:22** |

Documents linked to video:

301

304

1040

1046

1049_1