# Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2

## Designation List Report

United States District Court
Northern District of California

Case No. **4:24-CV-04722-YGR**

Case Title **Musk et al. v. Altman et al.**

Exhibit No. **1704**

Date Entered _____

Mark Busby, Clerk

By: _____ , Deputy Clerk

π PLAINTIFF π

| | |
|---|---|
| **Wetter, Michael** | **2025-09-08** |
| **Wetter, Michael** | **2025-09-25** |

| | |
|---|---|
| Plaintiff Affirmative | 00:28:18 |
| MSFT Counters to Musk Aff | 00:04:54 |
| **TOTAL RUN TIME** | **00:33:12** |

Documents linked to video:

207

222

245

257

279



**ID: DL3**

2026-05-11

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:09 - 6:15 | **Wetter, Michael 2025-09-08** | 00:00:11 | **DL3.1** |

Q. Good morning, Mr. Wetter.
A. Good morning.
Q. You're currently employed at Microsoft?
A. Yes, that's correct.
Q. And you are here representing Microsoft in its corporate capacity?
A. I am.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:19 - 6:22 | **Wetter, Michael 2025-09-08** | 00:00:07 | **DL3.2** |

Q. (By Ms. Tofighbakhsh)  What's your title at Microsoft?
A. Yeah.  I'm corporate vice president for corporate development.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 25:14 - 25:16 | **Wetter, Michael 2025-09-08** | 00:00:05 | **DL3.3** |

Q. (By Ms. Tofighbakhsh)  Do you agree that artificial intelligence is a big part of Microsoft's business strategy?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 25:20 - 25:23 | **Wetter, Michael 2025-09-08** | 00:00:07 | **DL3.4** |

A. Yes.
Q. And earlier you mentioned Azure.
A. Yes.
Q. So what is Azure?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 26:03 - 26:12 | **Wetter, Michael 2025-09-08** | 00:00:43 | **DL3.5** |

A. Azure is our cloud services business at Microsoft.
Q. (By Ms. Tofighbakhsh)  And Azure is central to the agreements that Microsoft has made with OpenAI; is that right?
A. Yes.  It is our -- well, Azure is a large component of all of our investments with OpenAI.  It is the cloud compute that we provide to OpenAI for them to train the models for them to run their services via -- via Azure.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:10 - 30:12 | **Wetter, Michael 2025-09-08** | 00:00:07 | **DL3.6** |

Q. (By Ms. Tofighbakhsh)  What's the earliest that you can recall that AI has been integrated into Microsoft's project?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:14 - 30:18 | **Wetter, Michael 2025-09-08** | 00:00:15 | **DL3.7** |

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. Yeah, I can't -- I can't recall when we first incorporated AI technologies into our product offerings.

Q. (By Ms. Tofighbakhsh) And would you say, however, that the AI that has been integrated thus far has been successful?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:20 - 31:01 | **Wetter, Michael 2025-09-08** | 00:00:32 | **DL3.8** |

A. Yes. We have -- it's been a successful -- or stretching for words to explain. But yeah, we've incorporated AI technologies into our products, and that's enabled us to give incremental services to our customers, whether that be consumers utilizing Copilot, businesses using Copilot and/or our Azure services for developers and enterprises. So yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 31:02 - 31:15 | **Wetter, Michael 2025-09-08** | 00:01:01 | **DL3.9** |

Q. (By Ms. Tofighbakhsh) What about the integration of OpenAI's products specifically into Microsoft products?

A. Yes. We've had success utilizing OpenAI's AI models in our products. It's been -- it's been a good partnership between OpenAI and Microsoft.

Q. And it's been a good partnership financially for Microsoft?

A. At this point, you know, where we're at, we've invested $13 billion committed through our partnership. We've also invested kind of ahead of a lot of the -- we've invested in our Azure infrastructure ahead of financial results, and so while it's very promising, we're still early in that journey.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 59:21 - 59:25 | **Wetter, Michael 2025-09-08** | 00:00:25 | **DL3.10** |

Q. (By Ms. Tofighbakhsh) The court reporter will have just handed you Exhibit 5. Take a moment to look at it. Look up when you are done. This is an email chain; is that right?

A. Yes, it looks like an email chain.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:12 - 61:19 | **Wetter, Michael 2025-09-08** | 00:00:23 | **DL3.11** |

Q. And in this email, Brett says: The 2016 deal where they agreed to pay $10 million for 60 million Azure services was projected at a 15 million loss over three years, given assumed usage profile.

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. I see that.
Q. Does that mean that the discount that was
offered to OpenAI was projected to lose Microsoft
$15 million?

| 61:21 - 61:23 | **Wetter, Michael 2025-09-08** | 00:00:11 | **DL3.12** |

Clear

A. Just reading the context, because I wasn't
there for this particular deal, it does look like that
is what's represented in this email.

| 62:11 - 62:13 | **Wetter, Michael 2025-09-08** | 00:00:10 | **DL3.13** |

Q. (By Ms. Tofighbakhsh) Is that a substantial
amount of money for Microsoft?
A. $15 million is a substantial amount of money.

| 105:12 - 105:14 | **Wetter, Michael 2025-09-08** | 00:00:08 | **DL3.32** |

Q. (By Ms. Tofighbakhsh) Would it benefit
Microsoft by having OpenAI depend on Microsoft for cloud
computing?

| 105:16 - 105:18 | **Wetter, Michael 2025-09-08** | 00:00:20 | **DL3.33** |

A. The way you have framed it, I -- I think, at a
high level, having innovative AI developers develop on
Azure is a benefit to Microsoft.

| 105:25 - 106:04 | **Wetter, Michael 2025-09-08** | 00:00:26 | **DL3.34** |

Q. How does that help Microsoft?
A. Well, in the case of OpenAI, it's pushed us to
develop infrastructure technology at a pace -- at an
accelerated pace. It also is a great customer reference
for us as a -- as a company.

| 106:13 - 106:17 | **Wetter, Michael 2025-09-08** | 00:00:25 | **DL3.35** |

Q. Would there be a marketing benefit to Microsoft
having OpenAI use Azure for developing AI?
A. Yes. I think it is -- that is a benefit to
Microsoft for others to see innovators and AI developers
developing on Azure.

| 119:19 - 119:21 | **Wetter, Michael 2025-09-08** | 00:00:08 | **DL3.40** |

Q. Microsoft is a public company, right?
A. Correct.
Q. It's a business with a duty to make profits?

| 119:24 - 120:01 | **Wetter, Michael 2025-09-08** | 00:00:06 | **DL3.41** |

A. We have a fiduciary duty to our shareholders.

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

119:25  Q.  (By Ms. Tofighbakhsh)  What does that fiduciary
120:01       duty entail?

| 120:03 - 120:04 | **Wetter, Michael 2025-09-08** | 00:00:07 | **DL3.42** |
|---|---|---|---|

120:03  A.  My understanding is, to maximize shareholder
120:04       value for Microsoft.

| 121:24 - 122:04 | **Wetter, Michael 2025-09-08** | 00:00:26 | **DL3.45** |
|---|---|---|---|

121:24  Q.  (By Ms. Tofighbakhsh)  So even in a deal like
121:25       the one that's in the A2N that we looked at, Microsoft
122:01       has to think about how does this create value to
122:02       shareholders; is that right?
122:03  A.  Yeah, Microsoft evaluates, in any potential
122:04       deal, the value of that deal to our shareholders.

| 123:24 - 124:04 | **Wetter, Michael 2025-09-08** | 00:00:17 | **DL3.46** |
|---|---|---|---|

123:24  Q.  Are you aware of what happened between
123:25       Microsoft and OpenAI between 2018 and 2019?
124:01  A.  So 2019, we entered into a new commercial
124:02       agreement, the Joint Development and Collaboration
124:03       Agreement.  And we also entered into an investment
124:04       agreement with them.

| 124:05 - 124:08 | **Wetter, Michael 2025-09-08** | 00:00:13 | **DL3.47** |
|---|---|---|---|

124:05  Q.  In connection with that 2019 agreement, did
124:06       Microsoft conduct due diligence on OpenAI?
124:07  A.  Yes.  We did conduct due diligence as part of
124:08       the investment review.

| 124:09 - 124:18 | **Wetter, Michael 2025-09-08** | 00:00:46 | **DL3.48** |
|---|---|---|---|

124:09  Q.  What did that due diligence entail?
124:10  A.  Typical corporate due diligence, governance,
124:11       documents, organizational documents, tax documents,
124:12       et cetera.
124:13  Q.  So you looked at documents related to OpenAI,
124:14       Inc.?
124:15  A.  Our focus was on OpenAI's for-profit entity
124:16       that they had formed, OpenAI's limited partnership, but
124:17       I believe we also reviewed OpenAI, Inc., documentation
124:18       as well, as part of that process.

| 124:24 - 125:01 | **Wetter, Michael 2025-09-08** | 00:00:09 | **DL3.49** |
|---|---|---|---|

🔗 222.1

124:24  Q.  (By Ms. Tofighbakhsh)  So this is Exhibit 9.
124:25       Is this one of the documents that Microsoft reviewed as
125:01       part of its due diligence in 2019?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 125:08 - 125:13 | **Wetter, Michael 2025-09-08** | 00:00:15 | **DL3.50** |

Q. I -- I will say that Microsoft's interrogatory responses identify this document as part of the due diligence --
A. Did it?
Q. -- performed in 2019.
A. Okay. Oh, there it is.

| | | | |
|---|---|---|---|
| 125:19 - 126:10 | **Wetter, Michael 2025-09-08** | 00:00:59 | **DL3.51** |

Q. (By Ms. Tofighbakhsh) And this document is -- the cover sheet that is on the document that I handed to you --
A. That's right.
Q. -- it is a letter to the Internal Revenue Service?

🔗 222.1.1

A. It seems to be a letter to the -- yes.
Q. And based on the paragraph under the Dear line, it's: OpenAI seeks a determination that it's a charitable organization, correct?
A. OpenAI seeks -- yes, I see that sentence. Yeah. Thank you.
Q. So this is part of the packet that Microsoft reviewed in its due diligence prior to entering the 2019 agreement?

❌ Clear

A. Yes. I haven't looked, you know, page for page, but this cover sheet, yes.

| | | | |
|---|---|---|---|
| 127:01 - 127:08 | **Wetter, Michael 2025-09-08** | 00:00:26 | **DL3.52** |

Q. And attached to this application, on Page 36539 is the certificate of incorporation of a non-stock corporation OpenAI, Inc., correct?
A. That's the certificate of incorporation for OpenAI, Inc., yes.
Q. Microsoft reviewed this as part of its due diligence, correct?
A. Yes, we did.

| | | | |
|---|---|---|---|
| 127:09 - 127:18 | **Wetter, Michael 2025-09-08** | 00:00:22 | **DL3.53** |

Q. And in the paragraph that starts with:

🔗 222.21.1

Third --
A. Yes.
Q. -- in the second sentence of that paragraph, it

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

127:13    states:  The specific purpose of this corporation is to
127:14    provide funding for research, development, and
127:15    distribution of technology related to artificial
127:16    intelligence.
127:17    Are you with me?
127:18  A.  Uh-huh.

| 127:19 - 128:11 | **Wetter, Michael 2025-09-08** | 00:00:45 | **DL3.54** |
|---|---|---|---|

127:19  Q.  And then it says:  The resulting technology
127:20    will benefit the public, and the corporation will seek
127:21    to open source technology for the public benefit when
127:22    applicable.  The corporation is not organized for the
127:23    private gain of any person.
127:24    Do you see that?
127:25  A.  Yes, I -- yes, I do.

✖ Clear

128:01  Q.  Microsoft would have reviewed that language
128:02    when it entered into the agreement, correct?
128:03  A.  Yes.
128:04  Q.  So it understood that OpenAI, Inc., was a
128:05    non-profit corporation?
128:06  A.  Yes, we understood that OpenAI, Inc., was a
128:07    non-profit.
128:08  Q.  And that the organization of OpenAI, Inc., was
128:09    not organized for the private gain of any person?
128:10  A.  That OpenAI, Inc., the non-profit, was -- yes,
128:11    that is our understanding.

| 135:02 - 135:12 | **Wetter, Michael 2025-09-08** | 00:00:43 | **DL3.57** |
|---|---|---|---|

135:02  Q.  There is a second part of the deal related to
135:03    Azure exclusivity; is that right?
135:04  A.  Yes.
135:05  Q.  So part of the deal was that OpenAI would
135:06    exclusively use Azure for its cloud computing?
135:07  A.  That's right.  They would exclusively use Azure
135:08    for cloud computing.  That said, I think it's good to
135:09    keep the overall context of our deal in mind.  So as we
135:10    were dedicating that amount of resource, we wanted to
135:11    ensure that the two of us were partnered on this joint
135:12    effort together.

| 136:15 - 136:24 | **Wetter, Michael 2025-09-08** | 00:00:42 | **DL3.58** |
|---|---|---|---|

136:15    There's another part -- a big major part of the
136:16    deal for Microsoft relating to exclusive rights to

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

136:17    OpenAI's IP; is that right?
136:18  A.  Yes.  We've -- we had exclusive rights to
136:19    commercialize the IP, which we've augmented over time.
136:20    Currently OpenAI offers their models as a service
136:21    directly to consumers, to developers, to enterprises, as
136:22    does Microsoft.
136:23    So it's not an exclusive arrangement at this
136:24    point.

| 144:08 - 144:08 | **Wetter, Michael 2025-09-08** | 00:00:14 | **DL3.144** |

144:08    55099.  This is Exhibit 11.

| 144:10 - 144:12 | **Wetter, Michael 2025-09-08** | 00:00:04 | **DL3.145** |

144:10  Q.  (By Ms. Tofighbakhsh)  This is the 2023 JDCA,
144:11    correct?
144:12  A.  Right.

| 155:09 - 155:12 | **Wetter, Michael 2025-09-08** | 00:00:06 | **DL3.62** |

🔗 245.1
🔗 245.1

155:09  Q.  (By Ms. Tofighbakhsh)  This is a Microsoft memo
155:10    to the board of directors dated June 10th, 2019,
155:11    correct?
155:12  A.  That's right.

| 157:06 - 157:07 | **Wetter, Michael 2025-09-08** | 00:00:08 | **DL3.64** |

157:06  Q.  So when this structure was created, the
157:07    non-profit transferred assets to the for-profit entity?

| 157:09 - 157:18 | **Wetter, Michael 2025-09-08** | 00:00:32 | **DL3.65** |

157:09  A.  So this is a summary of what we understood the
157:10    total return amounts to be.  So this was, you know, us
157:11    showing the contributions, as we understood them, from
157:12    OpenAI, and the target redemption amounts for each of
157:13    the parties that made contributions.
157:14  Q.  (By Ms. Tofighbakhsh)  And one of the parties
157:15    that made contributions is the non-profit?
157:16  A.  Correct.
157:17  Q.  And the non-profit's contribution was in the
157:18    form of assets?

| 157:20 - 158:03 | **Wetter, Michael 2025-09-08** | 00:00:35 | **DL3.66** |

157:20  Q.  (By Ms. Tofighbakhsh)  According to this
157:21    document?
157:22  A.  Yeah.
157:23  Q.  That's the asterisk at the bottom of the chart?
157:24  A.  Yeah.  I see the asterisk, and I see the words.

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

157:25  Our understanding was they did, OpenAI, Inc., did
158:01  contribute IP and people in the formation of the
158:02  for-profit entity.
158:03  Q.  So by "IP," we mean OpenAI's technology, right?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 158:06 - 158:06 | **Wetter, Michael 2025-09-08** | 00:00:03 | **DL3.67** |

158:06  A.  Yes.  I believe that's right.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 172:07 - 172:18 | **Wetter, Michael 2025-09-08** | 00:00:45 | **DL3.70** |

🔗 207.7
🔗 207.7.1

172:07  Q.  (By Ms. Tofighbakhsh)  Just go back to the 2023
172:08  JDCA, Exhibit 11.  Yeah.  And we can look at Page 55105,
172:09  at the very top.
172:10  A.  Yes.
172:11  Q.  Subsection V, it says:  License IP?
172:12  A.  Yeah.
172:13  Q.  And it's the definition of the licensed IP as
172:14  used in the 2023 JDCA, right?
172:15  A.  You got it.
172:16  Q.  And it says:  It means all of OpenAI and OpCo's
172:17  background, IP foreground, IP, et cetera, et cetera.
172:18  So it says "all," right?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 172:20 - 173:11 | **Wetter, Michael 2025-09-08** | 00:00:51 | **DL3.71** |

172:20  A.  It means -- I think you have to take it in each
172:21  segment.  So it means all of these described IP
172:22  components that are listed here.
172:23  Q.  (By Ms. Tofighbakhsh)  Uh-huh.  And it has a
172:24  clause that discusses the time frame too, right?  At the
172:25  end of that sentence, it says:  Whether developed at any
173:01  time, during the term or at any time before the
173:02  effective date?
173:03  A.  That's right.
173:04  Q.  And the next sentence says:  For clarity,
173:05  license IP expressly includes all IP and technology of
173:06  OpenAI, OpCo or both, excluding only AGI, right?
173:07  A.  Yes.
173:08  Q.  That definition doesn't exist in the 2019 JDCA;
173:09  is that right?

✖ Clear

173:10  A.  I would have to go look at the 2019 JDCA and
173:11  compare what we called licensed IP in the 2019 JDCA.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 173:14 - 173:23 | **Wetter, Michael 2025-09-08** | 00:00:40 | **DL3.72** |

173:14  If you go to Exhibit 10 and you go to 55174,

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

the definitions are laid out alphabetically.  This is
where licensed IP would be, right?
A.  So I see licensed products there.
Q.  Uh-huh.  But that's not the same as licensed
IP, right?
A.  These are different definitions, so, yeah,
licensed IP is here.  Licensed products is here.
Q.  So it's fair to say, by the 2023 JDCA, the
licensed IP was everything, right?

| 173:25 - 174:14 | **Wetter, Michael 2025-09-08** | 00:00:42 | **DL3.73** |

A.  I think you have to go to the definition and
read the definition specifically.  It says "all" and
then it describes each of the components.  It then says:
Includes technology and IP of OpenAI, OpCo or both
excluding AGI.
Q.  But it's not time limited by the term of the
agreement, right?
A.  It is for IP that's developed during the term
of the agreement.
Q.  And any IP developed before the effective date,
correct?
A.  It does say that, yes, and before the effective
date.
Q.  Okay.  So this is a license for all IP that
OpenAI has ever developed up to 2030, correct?

| 174:16 - 174:21 | **Wetter, Michael 2025-09-08** | 00:00:25 | **DL3.74** |

A.  It covers before the effective date.  So it
says what it says.  It is IP and technology developed
during the term or anytime before the effective date.
Q.  The effective date meaning the date this
agreement was signed?
A.  Correct.

| 177:07 - 177:16 | **Wetter, Michael 2025-09-08** | 00:00:32 | **DL3.75** |

Q.  Let's go back to the memo, which is Exhibit 12.
A.  Yep.
Q.  Yep.
If you go to 907 and 908.  So the first page,
flipping over to the second page.  At the bottom of the
page, there's a paragraph that starts with:  Given the
history of OpenAI, correct?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

177:14  A.  Uh-huh.

177:15  Q.  Do you see that?

177:16  A.  Yes.

| 177:17 - 178:09 | **Wetter, Michael 2025-09-08** | 00:01:05 | **DL3.76** |

🔗 245.1.2

177:17  Q.  So the paragraph reads:  Given the history of
OpenAI as a charitable non-profit organization and the
structural constraints related to existing investments
and to OpenFP, which gives the general partner
considerable control over the partnership, management
has negotiated a set of protective provisions on major
decisions.
What is the general partner of OpenFP?

177:25  A.  The general partner?

178:01  Q.  Uh-huh.

✂ Clear

178:02  A.  I'm more familiar with the current structure in
the 2023 where there's a manager.  But I believe -- I
actually don't want to speculate what the general
partner reference was there, but in the 2023, we have a
manager that -- that works with the OpenAI LLCA and the
non-profit.

178:08  Q.  What's the name of the manager?

178:09  A.  Sam Altman.

| 203:24 - 204:19 | **Wetter, Michael 2025-09-08** | 00:01:15 | **DL3.80** |

203:24  Q.  Has Microsoft, as of this date, made revenues
from products that incorporate OpenAI technology?

204:01  A.  Yes.

204:02  Q.  What are those revenues?

204:03  A.  Yeah.  I think we detail them in one of our
responses.  I believe the response is as of the
March 31st quarter.  And I think the aggregate revenue,
which you kind of have to have the full context of all
the invested capital to date, because now we've
committed $13 billion via these investment agreements.
And then similarly, for all of the Azure inferencing
services, we similarly have to invest in cloud
infrastructure ahead of recognizing revenue.
So with that context, we've recognized, I
believe, approximately $9 and a half billion of total
revenue life to date in our relationship with OpenAI.

204:15  Q.  Does that include the 20 percent revenue share?

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 204:16  A.  It does. | | |
| | 204:17  Q.  So that includes products that OpenAI has | | |
| | 204:18      launched separately from Microsoft? | | |
| | 204:19  A.  It does. | | |
| 207:09 - 207:10 | **Wetter, Michael 2025-09-08** | 00:00:03 | **DL3.83** |
| 🔗 257.1 | 207:09  Q.  (By Ms. Tofighbakhsh)  So I just handed you | | |
| | 207:10      Exhibit 16. | | |
| 207:14 - 207:18 | **Wetter, Michael 2025-09-08** | 00:00:13 | **DL3.84** |
| | 207:14  Q.  It's an email chain, right? | | |
| | 207:15  A.  It is. | | |
| 🔗 257.1.1 | 207:16  Q.  The latest email on it is dated February 13th, | | |
| | 207:17      2022? | | |
| | 207:18  A.  Yes. | | |
| 208:24 - 208:25 | **Wetter, Michael 2025-09-08** | 00:00:06 | **DL3.85** |
| ✗ Clear | 208:24  Q.  So by 2022, OpenAI was actively working to | | |
| | 208:25      commercialize its IP, correct? | | |
| 209:15 - 209:16 | **Wetter, Michael 2025-09-08** | 00:00:07 | **DL3.86** |
| | 209:15  A.  I don't believe OpenAI had started | | |
| | 209:16      commercializing its IP directly at that point. | | |
| 210:06 - 210:12 | **Wetter, Michael 2025-09-08** | 00:00:21 | **DL3.87** |
| | 210:06  Q.  So OpenAI came to Microsoft to propose a | | |
| | 210:07      restructure of OpenAI, correct? | | |
| | 210:08  A.  Yes. | | |
| | 210:09  Q.  And under its major decision power, Microsoft | | |
| | 210:10      had to approve that restructure? | | |
| | 210:11  A.  I believe a restructure of the entity would | | |
| | 210:12      have been one of the major decisions. | | |
| 225:03 - 225:09 | **Wetter, Michael 2025-09-08** | 00:00:20 | **DL3.88** |
| | 225:03  Q.  In 2023, Microsoft and OpenAI executed the | | |
| | 225:04      third JDCA, correct? | | |
| | 225:05  A.  Yes. | | |
| | 225:06  Q.  And there was an investment agreement that went | | |
| | 225:07      along with that? | | |
| | 225:08  A.  Yes.  We -- we signed both the JDCA in 2023, as | | |
| | 225:09      well as an investment agreement. | | |
| 226:05 - 226:18 | **Wetter, Michael 2025-09-08** | 00:00:48 | **DL3.89** |
| | 226:05  Q.  And the investment agreement was for | | |
| | 226:06      $10 billion, correct? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. The investment agreement was for $10 billion to -- for the operating expenditure/corporate purposes and then 8 to invest in supercomputer capacity.

Q. And that's a pretty substantial increase from the prior JDCA investments?

A. It's a significant increase from the prior investments.

Q. It's more than triple what Microsoft had already invested in OpenAI?

A. It is a commitment to invest $10 billion over the term of the -- of the investment agreement in JDCA, yeah.

| 226:24 - 226:25 | **Wetter, Michael 2025-09-08** | 00:00:07 | **DL3.147** |

Q. Did Microsoft embed any employees with OpenAI as a result of the 2023 JDCA?

| 227:02 - 227:05 | **Wetter, Michael 2025-09-08** | 00:00:17 | **DL3.91** |

A. The JDCA, I believe, called for on-site engineering, but we did not -- the word "embed" could be misunderstood. But we did have on-site engineers at OpenAI.

| 227:06 - 227:09 | **Wetter, Michael 2025-09-08** | 00:00:13 | **DL3.92** |

Q. By on-site engineers, did they work at OpenAI's offices?

A. Yes, I believe they worked on-site at OpenAI's facilities.

| 227:10 - 227:17 | **Wetter, Michael 2025-09-08** | 00:00:25 | **DL3.93** |

Q. And they worked on OpenAI projects?

A. They did work on OpenAI projects.

Q. But they were employed by Microsoft?

A. They were employed by Microsoft.

Q. So they are Microsoft's engineers working at OpenAI?

A. Microsoft engineers working on-site in OpenAI's facilities.

| 235:09 - 235:15 | **Wetter, Michael 2025-09-08** | 00:00:27 | **DL3.94** |

Q. Was the TRA ever constructed in reference to OpenAI's valuation at the time?

A. No. The TRA just might be -- it's a profit-sharing construct, as opposed to a valuation

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

235:13 construct.
235:14 Q. So Microsoft's investment is not based on the
235:15 value of OpenAI?

| 241:01 - 241:05 | **Wetter, Michael 2025-09-08** | 00:00:15 | **DL3.98** |

241:01 Q. What is Project Watershed?
241:02 A. Project Watershed is the project that was
241:03 started by OpenAI around this potential recapitalization
241:04 that we just talked about to a public benefit
241:05 corporation.

| 241:24 - 242:03 | **Wetter, Michael 2025-09-08** | 00:00:22 | **DL3.100** |

241:24 Q. Is Microsoft's approval required for OpenAI to
241:25 convert to a PBC?
242:01 A. It would be required. Our approval would be
242:02 required to go from the current structure of the
242:03 for-profit entity into the contemplated PBC.

| 242:13 - 242:15 | **Wetter, Michael 2025-09-08** | 00:00:06 | **DL3.102** |

242:13 Q. Does Microsoft oppose OpenAI's plan to convert
242:14 to a PBC?
242:15 A. We don't oppose it.

| 242:16 - 242:17 | **Wetter, Michael 2025-09-08** | 00:00:04 | **DL3.103** |

242:16 Q. Does it support Microsoft's plan to convert to
242:17 a PBC?

| 242:19 - 242:22 | **Wetter, Michael 2025-09-08** | 00:00:14 | **DL3.104** |

242:19 A. It's completely in OpenAI's decision, like,
242:20 it's their control. If they want to recapitalize the
242:21 for-profit entity, that's up to the non-profit to
242:22 decide.

| 242:23 - 243:01 | **Wetter, Michael 2025-09-08** | 00:00:08 | **DL3.105** |

242:23 Q. (By Ms. Tofighbakhsh) But if Microsoft doesn't
242:24 approve of that decision, it can decide not to issue a
242:25 waiver; is that right?
243:01 A. That's correct.

| 243:02 - 243:03 | **Wetter, Michael 2025-09-08** | 00:00:05 | **DL3.106** |

243:02 Q. And then OpenAI can't convert until the
243:03 termination of the JDCA?

| 243:06 - 243:09 | **Wetter, Michael 2025-09-08** | 00:00:19 | **DL3.146** |

243:06 A. I don't know what would come next if we were to
243:07 not approve and not sign a waiver. We would probably

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

243:08    work with OpenAI on a scenario that worked for us.  Like

243:09    I don't foresee us objecting to their -- to their plans.

---

| 245:01 - 245:02 | **Wetter, Michael 2025-09-08** | 00:00:05 | **DL3.107** |
|---|---|---|---|

245:01  Q.  (By Ms. Tofighbakhsh)  If OpenAI converts, it

245:02    could potentially IPO in the future; is that right?

---

| 245:04 - 245:08 | **Wetter, Michael 2025-09-08** | 00:00:16 | **DL3.108** |
|---|---|---|---|

245:04  A.  It's for OpenAI's non-profit board to determine

245:05    if there's an IPO prospect for the company.  And if

245:06    that's the right approach going forward.

245:07  Q.  (By Ms. Tofighbakhsh)  But its possible to IPO

245:08    if it's a corporation?

---

| 245:10 - 245:12 | **Wetter, Michael 2025-09-08** | 00:00:10 | **DL3.109** |
|---|---|---|---|

245:10  A.  I believe that it is possible for them to IPO

245:11    as a public benefit corporation for the for-profit

245:12    entity.

---

| 255:06 - 255:14 | **Wetter, Michael 2025-09-08** | 00:00:16 | **DL3.111** |
|---|---|---|---|

🔗 279.1.1

255:06  Q.  (By Ms. Tofighbakhsh)  Exhibit 20, this is

255:07    another Microsoft memo to the board of directors,

255:08    correct?

255:09  A.  Yes, it is.

255:10  Q.  It's dated September 9, 2024?

255:11  A.  It is.

255:12  Q.  By Satya Nadella, Kevin Scott, Amy Hood, and

255:13    Brad Smith?

255:14  A.  Yes.

---

| 265:18 - 266:14 | **Wetter, Michael 2025-09-08** | 00:01:13 | **DL3.112** |
|---|---|---|---|

🔗 279.10.1

265:18  Q.  This is the distribution waterfall as of 2024,

265:19    correct?

265:20  A.  Yes.  It looks like -- yeah, as of June 30th,

265:21    2024.

265:22  Q.  Uh-huh.  And if you go down to the footnote

265:23    that's No. 2 underneath the chart?

265:24  A.  Yes.

265:25  Q.  Just the last clause says:  Values are subject

🔗 279.10.3

266:01    to a 20 percent increase annually after each full year

266:02    beginning 1/1/25, right?

266:03  A.  That's right.

266:04  Q.  So from now until 2025, Microsoft's TRA

266:05    increased 20 percent each year; is that right?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

266:06  A.  After 2025, it would start to increase
20 percent per year, as with all TRA stakeholders.

✗ Clear

266:08  Q.  So the amount of profit that would have to be
paid out to meet the cap increases every year from now
until 2030; is that right?
266:11  A.  I don't know if there is a specific end date
contemplated.  But per the most recent investment
agreements, it called for a 20 percent increase annually
after January 1st, 2025.

| 267:23 - 268:04 | **Wetter, Michael 2025-09-08** | 00:00:12 | **DL3.113** |

267:23  Q.  (By Ms. Tofighbakhsh)  I will talk to you a
little bit then about your conversation with Dee
Templeton.
268:01  A.  Okay.
268:02  Q.  You said at the beginning you spoke to Dee
about her role as a board observer?
268:04  A.  That's right.

| 268:12 - 268:15 | **Wetter, Michael 2025-09-08** | 00:00:10 | **DL3.115** |

268:12  Q.  She was a board observer beginning in December
2023 up until July 2024?
268:14  A.  Yeah, those -- those dates sound approximately
right.  Yeah.

| 268:22 - 269:17 | **Wetter, Michael 2025-09-08** | 00:01:47 | **DL3.117** |

268:22  Q.  What did she tell you?
268:23  A.  Yeah.  So she told me that she was appointed as
Microsoft's nonvoting board observer in December.  This
was during the time that OpenAI's board was working
through rebuilding their board of the non-profit.  And
her job was essentially -- or her purpose there was to
understand and help assure us that they had made
improvements to the governance at OpenAI's board.
269:05  Q.  Improvements to the governance meaning what?
269:06  A.  Maybe "improvements" is the wrong word.  That
we understood -- again, this is just understanding.  We
have no role, to be super clear, but this is just
understanding how they were going to set up their board
after making changes.
269:11  Q.  And why would Microsoft need Dee Templeton to
be there, to have that understanding?
269:13  A.  In -- in order for us to internally feel like

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

269:14 their board structure and governance was -- just
269:15 understand how they put it together so we could have
269:16 assurances internally around the governance of the board
269:17 going forward.

| | | | |
|---|---|---|---|
| 272:06 - 273:05 | **Wetter, Michael 2025-09-08** | 00:01:13 | **DL3.119** |

272:06 Q. Okay. So this sets up the deployment safety
272:07 board; is that right?
272:08 A. That's correct.
272:09 Q. Okay. And the DSB is supposed to review
272:10 products meeting certain parameters for safety and
272:11 responsibility, correct?
272:12 A. I'm just going to read really quick to
272:13 refamiliarize myself with it.
272:14 Yes, regarding safety issues.
272:15 Q. Just flip over to 55147, which is the next page
272:16 over, all the way at the end of the section.
272:17 Sorry. Your page is 48.

🔗 207.49.1

272:18 A. Yep.
272:19 Q. All the way at the bottom, the very last
272:20 provision, it says: Commercialization, right?
272:21 A. Yes.
272:22 Q. And it says: A critical purpose of this
272:23 agreement is for -- is to provide for the deployment of
272:24 licensed IP and licensed products of Microsoft or its
272:25 affiliates. Correct?
273:01 A. That is what it says.
273:02 Q. Uh-huh. And it says: The DSB will apply the
273:03 safety criteria in recognition of this purpose and will
273:04 not unreasonably reject a deployment context.
273:05 A. Yes.

| | | | |
|---|---|---|---|
| 273:21 - 273:23 | **Wetter, Michael 2025-09-08** | 00:00:07 | **DL3.120** |

❌ Clear

273:21 Q. The question is, is that it's stating a
273:22 critical purpose of the agreement is to commercialize
273:23 products; is that right?

| | | | |
|---|---|---|---|
| 274:01 - 274:07 | **Wetter, Michael 2025-09-08** | 00:00:25 | **DL3.121** |

274:01 A. This exhibit -- my understanding of this
274:02 exhibit is to ensure safe deployment of AI technologies
274:03 in the context of whether it's -- and specifically there
274:04 is a term in here for commercialization as well.
274:05 Q. (By Ms. Tofighbakhsh) And the DSB --

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

274:06  A.  Yeah.

274:07  Q.  -- is a gate to the deployment of AI products?

| 274:10 - 274:11 | **Wetter, Michael 2025-09-08** | 00:00:24 | **DL3.122** |

274:10  A.  It is -- it could be a gate for

274:11      commercialization.

| 274:16 - 274:18 | **Wetter, Michael 2025-09-08** | 00:00:04 | **DL3.124** |

274:16  Q.  Does it have the power to reject

274:17      commercialization?

274:18  A.  I believe so.

| 275:04 - 275:14 | **Wetter, Michael 2025-09-08** | 00:00:29 | **DL3.125** |

275:04  Q.  And it says:  If the DSB rejects any potential

275:05      development, it will provide specific written guidance

275:06      sufficient for the requesting party to understand the

275:07      basis for the DSB's decision.

275:08  A.  Correct.

275:09  Q.  So that means that the DSB has to write down

275:10      why it rejects a product?

275:11  A.  Yeah.  Yeah, it gives feedback as to why it is

275:12      requesting.  That's right.

275:13  Q.  Has the DSB ever blocked a product from

275:14      deploying?

| 275:16 - 275:17 | **Wetter, Michael 2025-09-08** | 00:00:07 | **DL3.126** |

275:16  A.  I'm -- I'm not aware of it rejecting product

275:17      deployment.

| 292:08 - 292:14 | **Wetter, Michael 2025-09-08** | 00:00:28 | **DL3.127** |

292:08  Q.  So the amount of money that has to be paid out

292:09      before the non-profit starts receiving 100 percent of

292:10      the profits is higher?

292:11  A.  Yes.  The non-profit participates in the TRA as

292:12      well, and then -- but yes, it would increase the amount

292:13      before they participate in the uncapped residual amount

292:14      that they -- that the non-profit would receive.

| 299:17 - 299:19 | **Wetter, Michael 2025-09-25** | 00:00:07 | **DL3.128** |

299:17  Q.  You were previously deposed on September 8th of

299:18      this year; is that right?

299:19  A.  Yes, that's right.

| 327:02 - 327:03 | **Wetter, Michael 2025-09-25** | 00:00:06 | **DL3.141** |

327:02  Q.  (By Ms. Schubert)  Under the 2025 deal, if

**DL3 - Microsoft 30(b)(6) - Wetter, Michael VOL 1 & 2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 327:03　　OpenAI develops AGI, does Microsoft get a license to it? | | |
| 327:06 - 327:09 | **Wetter, Michael 2025-09-25** | 00:00:20 | **DL3.142** |
| | 327:06　A.　We have -- yes.  We do have a license to the | | |
| | 327:07　　　IP, the model that they develop.  Inclusive of that | | |
| | 327:08　　　model is AGI.  There are limits to our IP license once | | |
| | 327:09　　　they achieve AGI, including the underlying research IP. | | |
| 328:22 - 329:01 | **Wetter, Michael 2025-09-25** | 00:00:19 | **DL3.143** |
| | 328:22　Q.　Why is the IP so important to Microsoft? | | |
| | 328:23　A.　The underlying deal that we've been executing | | |
| | 328:24　　　against with OpenAI for a number of years, that has been | | |
| | 328:25　　　a core tenet of our relationship, the IP rights that we | | |
| | 329:01　　　have. | | |

| | |
|---|---|
| Plaintiff Affirmative | 00:28:18 |
| MSFT Counters to Musk Aff | 00:04:54 |
| **TOTAL RUN TIME** | **00:33:12** |

Documents linked to video:

207

222

245

257

279

**ERRATA SHEET**

*MUSK V. ALTMAN, ET AL*

*No. 4:24-cv-04722-YGR*

Witness Name:        Michael Wetter
Deposition Date:     September 8, 2025

I, Michael Wetter, wish to make the following changes to the record:

| Page | Line(s) | Now Reads | Should Read | Reason |
|------|---------|-----------|-------------|--------|
| 14 | 19 | J.S. Morgan | J.P. Morgan | Typographical error |
| 20 | 14, 16 | Mark | Marc | Typographical error |
| 175 | 4 | opening AI | OpenAI | Typographical error |
| 188 | 12 | $2 million | $2 billion | Typographical error |
| 221 | 23-24 | higher firepower | hire/fire power | Typographical error |
| 226 | 8 | to – for the | -- 2 for the | Typographical error |
| 232 | 23 | by | buy | Typographical error |
| 242 | 16 | Microsoft's plan | OpenAI's plan | Clarification |
| 249 | 17, 19 | evaluation | valuation | Typographical error |
| 275 | 12 | requesting | rejecting | Typographical error |

I, Michael Wetter, reserve the right to further supplement these errata should discrepancies between the video and transcript be later identified.

Date: _____10/10/2025_____        Signed: _____Michael Wetter (CORPDEV) (Oct 10, 2025 22:56:02 PDT)_____