# Sam Teller OpenAi, MSFT Affirmative Designations

Designation List Report

United States District Court
Northern District of California

Δ DEFENDANT Δ

| | |
|---|---|
| Case No. | **4:24-CV-04722-YGR** |
| Case Title | **Musk et al. v. Altman et al.** |
| Exhibit No. | **DX-1705** |
| Date Entered | |

Mark Busby, Clerk

By:_____, Deputy Clerk

**Teller, Sam**                                **2025-09-22**

| | |
|---|---|
| OAI Affirmatives | 00:20:28 |
| MSFT Affirmatives | 00:01:04 |
| **TOTAL RUN TIME** | **00:21:31** |

Documents linked to video:

D643

D664

D720

D755

D830



**ID: ST4**

**DX-1705 - Page 1**

**ST4 - Sam Teller OpenAi, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:05 - 5:07 | **Teller, Sam 2025-09-22** | 00:00:03 | **ST4.1** |

THE REPORTER:  Please state your name for the record.

THE WITNESS:  Sam Teller.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:22 - 9:04 | **Teller, Sam 2025-09-22** | 00:00:21 | **ST4.2** |

Q.  Have you ever been employed by Mr. Musk?

A.  I have.

Q.  Any of his companies, you ever worked for any of his companies?

A.  Actually, I should correct my previous statement.  I have been employed by two of his companies -- Tesla and SpaceX -- but I have not actually been a direct employee of Mr. Musk personally.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:06 - 10:11 | **Teller, Sam 2025-09-22** | 00:00:12 | **ST4.3** |

Q.  You said that you worked at Tesla from 2014 to 2019.  What years did you work at SpaceX for?

A.  The same years.

Q.  So you worked at both companies for the same interval of time; is that right?

A.  Correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:15 - 15:06 | **Teller, Sam 2025-09-22** | 00:00:45 | **ST4.4** |

Focusing now back on the time that you were working for Mr. Musk, did you work out of a physical office?

A.  I worked out of many different offices and factories over the period of time that I worked for him.

Q.  And did you essentially follow Mr. Musk day-to-day; wherever he was, you would be?

A.  For the most part.

Q.  Okay.  When Mr. Musk would travel, you typically traveled with him?  That was part of your role?

A.  Most of the time.

Q.  So it's fair to say you interacted with Mr. Musk, at least typically, on a daily basis during the time that you worked as the director of the office of the CEO?

A.  Correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:10 - 16:13 | **Teller, Sam 2025-09-22** | 00:00:10 | **ST4.5** |

**DX-1705 - Page 2**

## ST4 - Sam Teller OpenAi, MSFT Affirmative Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 16:10    Q.  Did you text with Mr. Musk? | | **ST4.5** |
| | 16:11    A.  I did. | | |
| | 16:12    Q.  How frequently? | | |
| | 16:13    A.  I'd say every day. | | |
| 17:03 - 17:07 | **Teller, Sam 2025-09-22** | 00:00:12 | **ST4.6** |
| | 17:03    Q.  What percentage of the time when Mr. Musk | | |
| | 17:04        traveled, while you were working for him, did you travel | | |
| | 17:05        with him? | | |
| | 17:06    A.  My estimate would be about 90 percent of the | | |
| | 17:07        time. | | |
| 50:11 - 50:18 | **Teller, Sam 2025-09-22** | 00:00:36 | **ST4.7** |
| | 50:11    Q.  What was your general understanding in | | |
| | 50:12        the preformation period of what OpenAI's mission would | | |
| | 50:13        be? | | |
| | 50:14    A.  My understanding was that OpenAI was to be | | |
| | 50:15        created in order to try to rapidly develop artificial | | |
| | 50:16        intelligence that was for the benefit of humanity at | | |
| | 50:17        large, and that this was being done in sum or large part | | |
| | 50:18        to create a counterbalance to DeepMind. | | |
| 60:11 - 60:13 | **Teller, Sam 2025-09-22** | 00:00:08 | **ST4.8** |
| | 60:11    Q.  Sitting here today, are you -- can you | | |
| | 60:12        recall any occasion on which Mr. Musk told you that | | |
| | 60:13        Mr. Altman made promises to him about OpenAI? | | |
| 60:15 - 60:18 | **Teller, Sam 2025-09-22** | 00:00:07 | **ST4.9** |
| | 60:15    A.  I don't remember any such occasion. | | |
| | 60:16    Q.  Okay.  Did Mr. Musk ever tell you that | | |
| | 60:17        Mr. Brockman had made promises to Mr. Altman about | | |
| | 60:18        OpenAI? | | |
| 60:20 - 60:20 | **Teller, Sam 2025-09-22** | 00:00:02 | **ST4.10** |
| | 60:20    A.  Same thing.  I don't remember. | | |
| 61:14 - 61:15 | **Teller, Sam 2025-09-22** | 00:00:05 | **ST4.11** |
| | 61:14    Q.  Did Mr. Musk ever tell you that anyone had made | | |
| | 61:15        promises to him that related to OpenAI in any way? | | |
| 61:17 - 61:18 | **Teller, Sam 2025-09-22** | 00:00:09 | **ST4.12** |
| | 61:17    A.  I don't have any recollection of any such | | |
| | 61:18        statement from Mr. Musk. | | |
| 62:01 - 62:02 | **Teller, Sam 2025-09-22** | 00:00:05 | **ST4.13** |
| | 62:01    Q.  Did Mr. Musk ever tell you that he had any kind | | |

**DX-1705 - Page 3**

## ST4 - Sam Teller OpenAi, MSFT Affirmative Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 62:02  of agreement, arrangement or understanding with OpenAI? | | |
| 62:04 - 62:05 | **Teller, Sam 2025-09-22** | 00:00:06 | **ST4.14** |
| | 62:04  A.  I don't have a memory of any conversation like | | |
| | 62:05      that. | | |
| 74:17 - 74:22 | **Teller, Sam 2025-09-22** | 00:00:24 | **ST4.15** |
| | 74:17  Q.  As far as you know, did Mr. Musk impose any | | |
| | 74:18      conditions on the use of his donations to OpenAI? | | |
| | 74:19  A.  I don't know. | | |
| | 74:20  Q.  Did Mr. Musk ever tell you there were any | | |
| | 74:21      conditions on his donations to OpenAI? | | |
| | 74:22  A.  I don't remember. | | |
| 75:02 - 75:14 | **Teller, Sam 2025-09-22** | 00:00:36 | **ST4.16** |
| | 75:02  Q.  I'm just trying to understand what you meant by | | |
| | 75:03      "I don't remember."  So sitting here today, you have no | | |
| | 75:04      recollection of Mr. Musk ever telling you that his | | |
| | 75:05      donations to OpenAI had conditions attached to them.  Do | | |
| | 75:06      I have that right? | | |
| | 75:07  A.  Sitting here today, I have no memory of Elon | | |
| | 75:08      telling me his donations to OpenAI had conditions | | |
| | 75:09      attached to them; that's correct. | | |
| | 75:10  Q.  Did Mr. Birchall ever tell you that Mr. Musk's | | |
| | 75:11      donations to OpenAI had conditions attached to them? | | |
| | 75:12  A.  I don't remember. | | |
| | 75:13  Q.  You don't remember him doing that? | | |
| | 75:14  A.  Correct. | | |
| 75:17 - 75:20 | **Teller, Sam 2025-09-22** | 00:00:15 | **ST4.17** |
| | 75:17      Did anyone working with Mr. Musk or for | | |
| | 75:18      Mr. Musk ever tell you that Mr. Musk's donations to | | |
| | 75:19      OpenAI had conditions attached to them? | | |
| | 75:20  A.  I don't remember that. | | |
| 79:10 - 79:12 | **Teller, Sam 2025-09-22** | 00:00:05 | **ST4.18** |
| | 79:10      By the way, is it fair to say that you were | | |
| | 79:11      Mr. Musk's chief of staff in this period of time? | | |
| | 79:12  A.  Yes. | | |
| 79:17 - 79:19 | **Teller, Sam 2025-09-22** | 00:00:08 | **ST4.19** |
| | 79:17  Q.  Did your responsibilities as Mr. Musk's chief | | |
| | 79:18      of staff involve helping him with OpenAI? | | |
| | 79:19  A.  Yes. | | |

**DX-1705 - Page 4**

**ST4 - Sam Teller OpenAi, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 96:18 - 96:20 | **Teller, Sam 2025-09-22** | 00:00:06 | **ST4.20** |

Q. Did there ever come a time when OpenAI considered raising funds from sources that could possibly receive a return on investment?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 96:22 - 97:15 | **Teller, Sam 2025-09-22** | 00:01:46 | **ST4.21** |

A. Yes, there was a time when OpenAI considered that.

Q. When was that?

A. I don't remember the exact dates, but it was -- I believe it was sometime, you know, it was in the year or so preceding Elon's departure.

Q. And do you recall what investment structures OpenAI considered when it was looking at that option?

A. I recall a number of structures being considered. One was a -- I believe a kind of hybrid non-profit for profit. I don't know if it was a different proposal or if it was the same, but maybe there was an idea of it becoming just a for-profit company, but, like, with a capped return. I recall an idea for an initial coin offering, or an ICO, which would have raised money using some crypto blockchain technology. I remember considering other increased funding through, like, while maintaining non-profit status.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 100:05 - 100:10 | **Teller, Sam 2025-09-22** | 00:00:19 | **ST4.22** |

Q. Mr. Teller, did Mr. Musk ever say to you that establishing OpenAI as a non-profit might have been a mistake?

A. It's possible that he expressed that sentiment at some point along the line, but I don't recall a specific conversation.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 101:02 - 101:07 | **Teller, Sam 2025-09-22** | 00:00:25 | **ST4.23** |

What do you recall Mr. Musk saying about his concerns around OpenAI being able to achieve AGI?

A. The gist of it was similar to what was expressed in some prior documents I think we reviewed today, that OpenAI was not making rapid enough progress and that Google meanwhile was accelerating.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 105:09 - 105:18 | **Teller, Sam 2025-09-22** | 00:00:48 | **ST4.24** |

**DX-1705 - Page 5**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | Q. Did you ever form the view yourself that setting OpenAI as a non for profit was a mistake? | | **ST4.24** |
| | A. No, I think it made sense given the goals and the setup at the time. | | |
| | Q. Did there ever come a time in your mind when you thought that revisiting that structure was appropriate? | | |
| | A. I thought that the discussions that the team was having around setting up OpenAI for future success were appropriate. | | |
| 145:04 - 145:14 | **Teller, Sam 2025-09-22** | 00:00:17 | **ST4.25** |
| | (Whereupon, TESLA_000002038 was marked as Teller Exhibit 17, for identification, as of this date.) | | |
| 🔗 D643.1 | BY MR. WILSON: | | |
| 🔗 D643.1.10 | Q. So we were just looking at an e-mail chain about setting a conference call on August 12th, 2017, | | |
| 🔗 D643.1.11 | and here we have -- the new exhibit is an e-mail from Ms. Zilis to you to Ms. Gallagher, from August 12th, | | |
| 🔗 D643.1.12 | 2017, "Subject:  Decision and Notes." Do you see that? | | |
| | A. I do.  I'm just going to read it. | | |
| 145:15 - 145:23 | **Teller, Sam 2025-09-22** | 00:00:17 | **ST4.26** |
| | Q. So Ms. Zilis writes at the top: | | |
| 🔗 D643.1.13 | "Hey guys!  Productive meeting.  Ran 5:30 to 7:30ish I think (?) so contentful discussion." | | |
| | Do you see that? | | |
| | A. Yes. | | |
| | Q. And Ms. Zilis sends you notes from that call; correct? | | |
| | A. Yes. | | |
| 148:04 - 148:07 | **Teller, Sam 2025-09-22** | 00:00:07 | **ST4.27** |
| 🔗 D643.1.14 | "OpenAI switch to for-profit in next couple of weeks.  (Woah, fast)." | | |
| | Do you see that? | | |
| | A. I do. | | |
| 149:12 - 150:01 | **Teller, Sam 2025-09-22** | 00:01:05 | **ST4.28** |
| | Q. Did you ever discuss with Mr. Musk, | | |

**DX-1705 - Page 6**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

after the date of this e-mail, the possibility that
OpenAI would become a for-profit enterprise?
A.  I imagine the answer is yes, but I don't
remember any specific conversations.
Q.  Can you remember anything about those
conversations?
A.  I'm really racking my brain, but I can't
remember any specific conversations with him about it or
about this subject.
Q.  Did you discuss, after the date of this e-mail,
OpenAI potentially switching to a for-profit enterprise
with Ms. Zilis?
A.  It's likely, but I can't remember having those
conversations.

&#10006; Clear

| 152:13 - 153:01 | **Teller, Sam 2025-09-22** | 00:00:48 | **ST4.29** |

Q.  Did Mr. Musk ever tell you that it was
his belief that OpenAI could not convert to a
for-profit?
A.  I don't have a memory of him telling me that.
Q.  Did Mr. Musk ever tell you that he thought
converting OpenAI to a for-profit would be inconsistent
with the mission?
A.  I don't remember having a conversation with him
about that.
Q.  Did Mr. Musk ever tell you that changing the
structure of OpenAI so that it was a hybrid
for-profit/not-for-profit would be inconsistent with
OpenAI's mission?
A.  I don't remember him saying that.

| 154:07 - 154:10 | **Teller, Sam 2025-09-22** | 00:00:07 | **ST4.30** |

Q.  Did he ever tell you that there were any
impediments from his perspective to converting OpenAI to
a for-profit?
A.  I don't remember.

| 163:21 - 163:22 | **Teller, Sam 2025-09-22** | 00:00:02 | **ST4.31** |

&#128279; D664.1

MR. WILSON:  Okay.  Let's look at
tab 107.

| 165:08 - 165:15 | **Teller, Sam 2025-09-22** | 00:00:22 | **ST4.32** |

&#128279; D664.1.1

Q.  So this is an e-mail that Ms. Zilis sent to you

## ST4 - Sam Teller OpenAi, MSFT Affirmative Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

165:09       on August 30th, 2017, correct?

165:10   A.   Yes.

🔗 D664.1.2   165:11   Q.   Subject is "OpenAI starting sketch"?

165:12   A.   Yes.

165:13   Q.   What is this document?

165:14   A.   It appears to be a proposal for setting up a

165:15       new structure for OpenAI.

**166:23 - 168:15**    **Teller, Sam 2025-09-22**       **00:01:51**       **ST4.33**

🔗 D664.1.3   166:23   Q.   Let's focus on the operating structure.

166:24       There are two options listed there.  Do you see that?

166:25   A.   I do.

🔗 D664.1.4   167:01   Q.   Option 1 is "Roll everything into a B Corp

167:02       (would include all of OpenAI)."  Do you see that?

167:03   A.   I do.

🔗 D664.1.5   167:04   Q.   What is a B Corp?

167:05   A.   I believe it's a public benefit corporation.

167:06   Q.   Okay.  That's a kind of for-profit corporation,

167:07       right?

167:08   A.   That's my understanding.

167:09   Q.   Okay.  And as you understood it, was option one

167:10       a full conversion of OpenAI into a public benefit

167:11       corporation?

167:12   A.   I don't want to speak in the past sense,

167:13       because I don't remember reading this at the time, but

167:14       sitting here today, yes, that's what I read.

🔗 D664.1.6   167:15   Q.   Okay.  And then option 2 is "OpenAI C Corp and

167:16       OpenAI non-profit."  Do you see that?

167:17   A.   Yes.

167:18   Q.   Is that the hybrid approach that you were

167:19       testifying about earlier?

167:20   A.   That seems to be.

🔗 D664.1.7   167:21   Q.   Okay.  Did you understand Mr. Musk to have a

167:22       preference between option 1 and option 2 at this point

167:23       in time?

167:24   A.   I don't remember.

167:25   Q.   He was equally open to both at -- at that time

168:01       as far as you understood?

168:02   A.   I can't say.  I just don't remember.

168:03   Q.   Do you recall discussing that question with

168:04       him, his preference?

**DX-1705 - Page 8**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

168:05  A.  I don't.

168:06  Q.  Okay.  There's no mention here of keeping

168:07      OpenAI as a non-profit, do you see that?  Do you see

168:08      that there's no mention of OpenAI staying as a

168:09      non-profit?

168:10  A.  Option 2 includes OpenAI as a non-profit.

168:11  Q.  As a pure non-profit.  That's a fair

168:12      clarification.

168:13  A.  I don't see anything in this document which

168:14      proposes OpenAI remaining purely as a non-profit,

168:15      correct.

| **174:23 - 175:09** | **Teller, Sam 2025-09-22** | 00:00:34 | **ST4.34** |
|---|---|---|---|

174:23  Q.  Okay.  Throughout the time of these

174:24      negotiations were happening, did Mr. Musk say to anyone

174:25      in your presence that OpenAI's for-profit conversion

175:01      wouldn't happen without his consent?

175:02  A.  I don't remember him saying that.

175:03  Q.  Okay.  Throughout the time that these

175:04      negotiations were happening, did Mr. Musk ever tell you

175:05      that his consent was needed to create a hybrid

175:06      not-for-profit/for-profit version of OpenAI?

175:07  A.  I don't remember.

175:08  Q.  You don't remember him saying that, correct?

175:09  A.  I don't remember him saying that.

| **187:12 - 187:19** | **Teller, Sam 2025-09-22** | 00:00:33 | **ST4.35** |
|---|---|---|---|

187:12  Q.  Do you remember any discussions after the dated

187:13      e-mails we were just looking at about Tesla potentially

187:14      acquiring OpenAI?

187:15  A.  I would not feel confident placing a date, but

187:16      you asking me this question does refresh my recollection

187:17      that Tesla acquiring OpenAI or them merging in some form

187:18      was one of the options considered at some point along

187:19      the way about the future of OpenAI.

| **193:16 - 193:23** | **Teller, Sam 2025-09-22** | 00:00:31 | **ST4.36** |
|---|---|---|---|

193:16  Q.  Sitting here today, do you have any

193:17      understanding as to what the idea was in terms of how

193:18      Tesla could solve OpenAI's funding issue?

193:19  A.  I believe that because Tesla was a public

193:20      company with the ability to -- yeah, that had just more

193:21      cash available, that it would -- relative to the

**ST4 - Sam Teller OpenAi, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

193:22    non-profit structure would have more funding
193:23    indefinitely to support OpenAI's growth.

| 202:24 - 203:01 | **Teller, Sam 2025-09-22** | 00:00:07 | **ST4.37** |
|---|---|---|---|

🔗 D720.1      202:24  Q.  This is a text exchange that you had on
🔗 D720.1.1    202:25      November 1st, 2017, with Mr. Altman; is that correct?
               203:01  A.  It is.

| 204:13 - 205:21 | **Teller, Sam 2025-09-22** | 00:02:12 | **ST4.38** |
|---|---|---|---|

🔗 D720.2      204:13  Q.  Does this refresh your recollection in
               204:14      any way about the circumstances in which Mr. Musk may
               204:15      have considered inviting Mr. Altman to join the Tesla
               204:16      board?
               204:17  A.  Yes.
               204:18  Q.  And so what is your recollection of what
🔗 D720.2.1    204:19      Mr. Musk had in mind for potentially having Mr. Altman
               204:20      come onto the board?
               204:21  A.  In this context it seems like the proposed --
               204:22      the proposal would be that Sam would join the board in
               204:23      conjunction with OpenAI becoming part of Tesla apart
               204:24      from an independent non-profit research lab.
               204:25  Q.  You said that the proposal would be that Sam
               205:01      would join the board in conjunction with OpenAI,
               205:02      becoming part of Tesla apart from an independent
               205:03      non-profit research lab. I'm trying to understand what
               205:04      that means. Would there be a division between OpenAI
               205:05      somehow in that scenario?
               205:06  A.  I -- I mean, I may be speaking somewhat
               205:07      clumsily, but my -- or if I can try to restate it, like
               205:08      my understanding from this is that the -- that
               205:09      the primary -- whether or not OpenAI would be acquired
               205:10      or merged or whatever, that the effort -- collective
               205:11      efforts to develop AI that were currently -- that were
               205:12      at the time happening at OpenAI would largely happen
               205:13      within Tesla and, in conjunction with that, Sam would
               205:14      join the board. And separately that there would be some
               205:15      entity, which in this text message I call OpenAI, that
               205:16      would exist separately, as I say, and people could be
               205:17      allowed to remain there for some peer research.
               205:18  Q.  Got it. So there would be some entity left
               205:19      behind for research purposes, but the actual development
               205:20      work would happen within Tesla, is that your

**DX-1705 - Page 10**

**ST4 - Sam Teller OpenAi, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 205:21 understanding? | | |
| 205:23 - 205:24 | **Teller, Sam 2025-09-22** | 00:00:04 | **ST4.39** |
| Clear | 205:23 A. At a high level, that's my read of what I | | |
| | 205:24 wrote. | | |
| 224:12 - 224:12 | **Teller, Sam 2025-09-22** | 00:00:02 | **ST4.40** |
| D755.1 | 224:12 MR. WILSON: Okay. Let's look at 189. | | |
| 224:18 - 225:13 | **Teller, Sam 2025-09-22** | 00:00:55 | **ST4.41** |
| D755.1 | 224:18 Q. So this is another text exchange between you | | |
| D755.1.1 | | | |
| | 224:19 and Ms. Zilis. This one is from February 4th, 2018. | | |
| | 224:20 Do you see that? | | |
| | 224:21 A. Mm-hmm, correct. | | |
| D755.3 | 224:22 Q. Okay. Focusing your attention on the page | | |
| D755.3.1 | 224:23 that's Bates 2527, 12:38 a.m., Ms. Zilis writes: | | |
| D755.3.2 | 224:24 "I think if you win Altman, you force | | |
| | 224:25 their hand." | | |
| D755.3.3 | 225:01 "But I do think if Altman stays, it's | | |
| D755.3.4 | 225:02 very real. And I wouldn't be upset if OpenAI | | |
| | 225:03 ran independently with the three of them." | | |
| D755.3.5 | 225:04 You write "Agree." And then you write: | | |
| D755.3.6 | 225:05 "I don't want OpenAI continuing without | | |
| D755.3.7 | 225:06 Elon. Would rather disable it by recruiting | | |
| | 225:07 the leaders." | | |
| | 225:08 Do you see that? | | |
| | 225:09 A. I do. | | |
| | 225:10 Q. Why did you not love the idea of OpenAI | | |
| | 225:11 continuing without Mr. Musk? | | |
| | 225:12 A. I don't remember exactly what I was thinking in | | |
| | 225:13 that moment. | | |
| 225:20 - 225:22 | **Teller, Sam 2025-09-22** | 00:00:11 | **ST4.42** |
| | 225:20 Q. Why might you have wanted to disable OpenAI? | | |
| | 225:21 A. It's hard for me to speculate. I think maybe I | | |
| | 225:22 was feeling a competitive spirit. | | |
| 227:03 - 227:06 | **Teller, Sam 2025-09-22** | 00:00:09 | **ST4.43** |
| | 227:03 Q. And what you wrote here is that the way | | |
| | 227:04 you were suggesting disabling OpenAI was by recruiting | | |
| | 227:05 leaders, right? | | |
| Clear | 227:06 A. That's what it says here. | | |
| 245:12 - 245:19 | **Teller, Sam 2025-09-22** | 00:00:20 | **ST4.44** |

**DX-1705 - Page 11**

**ST4 - Sam Teller OpenAi, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 D830.1 | 245:12 Q. I'd like you to focus your attention on the | | **ST4.44** |
| 🔗 D830.1.1 | 245:13 first e-mail in that chain from Ms. Zilis at 11:15 p.m. | | |
| | 245:14 on August 31st. | | |
| | 245:15 A. Mm-hmm. | | |
| | 245:16 Q. Which is the same day as the term sheet was | | |
| | 245:17 sent to you by Mr. Altman, correct? If you look back at | | |
| | 245:18 the prior exhibit. | | |
| | 245:19 A. Okay, yep. | | |
| 246:02 - 246:16 | **Teller, Sam 2025-09-22** | 00:00:36 | **ST4.45** |
| | 246:02 Q. So Ms. Zilis wrote: | | |
| 🔗 D830.1.2 | 246:03 Realize there's a lot going on, "but I | | |
| | 246:04 think it's critical to ensure Elon is able to | | |
| | 246:05 come to the right decision for himself on | | |
| | 246:06 OpenAI now. Once they close the $500 million | | |
| | 246:07 raise in this structure, it is going to be a | | |
| | 246:08 big deal and relatively irreversible. This is | | |
| 🔗 D830.1.3 | 246:09 meant as a comprehensive doc to throw all | | |
| | 246:10 critical things in one place so we can decide | | |
| | 246:11 how to help him." | | |
| | 246:12 Do you see this? | | |
| | 246:13 A. Yes. | | |
| 🔗 D830.2.1 | 246:14 Q. And what follows is a fairly lengthy summary of | | |
| | 246:15 the term sheet, correct? | | |
| ✖ Clear | 246:16 A. Yes, among other things, yes. | | |
| 248:19 - 249:09 | **Teller, Sam 2025-09-22** | 00:00:49 | **ST4.46** |
| | 248:19 Q. Did you think this was a significant decision | | |
| | 248:20 that Mr. Musk had to make? | | |
| | 248:21 A. I believe I did. | | |
| | 248:22 Q. And is it therefore the kind of thing that you | | |
| | 248:23 would have wanted to inform yourself on before giving | | |
| | 248:24 him advice? | | |
| | 248:25 A. Yes, definitely. But as my e-mail says, we | | |
| | 249:01 were contemplating a discussion with Elon the following | | |
| | 249:02 week and there was more time between the sending of the | | |
| | 249:03 e-mail and the actual discussion with Elon. | | |
| | 249:04 Q. Did you ever have a conversation about the term | | |
| | 249:05 sheet? | | |
| | 249:06 A. I actually don't remember. | | |
| | 249:07 Q. Do you believe that you would have reviewed the | | |
| | 249:08 term sheet or Ms. Zilis's summary with more care after | | |

**DX-1705 - Page 12**

## ST4 - Sam Teller OpenAi, MSFT Affirmative Designations

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 249:09    this e-mail and before you met with Elon? | | |
| 249:11 - 249:14 | **Teller, Sam 2025-09-22** | 00:00:05 | **ST4.47** |

249:11  A.  Probably, yeah.

249:12  Q.  That would be consistent with your practice as

249:13      the chief of staff?

249:14  A.  Yeah.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 249:24 - 250:08 | **Teller, Sam 2025-09-22** | 00:00:32 | **ST4.48** |

249:24  Q.  And do you know if Mr. Musk invested at that

249:25      time?

250:01  A.  I don't know.

250:02      I --

250:03  Q.  Sorry?

250:04  A.  I was saying I don't believe that he did.

250:05  Q.  Okay.  And why do you say that?

250:06  A.  My understanding as a matter of principle, Elon

250:07      doesn't invest in things that he doesn't run himself.

250:08      He's not an investor.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 276:23 - 277:01 | **Teller, Sam 2025-09-22** | 00:00:11 | **ST4.49** |

276:23  Q.  During your time working for

276:24      Mr. Musk, have you ever communicated with anyone at

276:25      Microsoft about any agreement between OpenAI and

277:01      Mr. Musk?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 277:04 - 277:09 | **Teller, Sam 2025-09-22** | 00:00:20 | **ST4.50** |

277:04  A.  I don't remember communicating with anyone from

277:05      Microsoft during that time.

277:06  Q.  Okay.  How about after you stopped working for

277:07      Mr. Musk in 2019?  Did you ever communicate with anyone

277:08      at Microsoft about any agreement between OpenAI and

277:09      Mr. Musk?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 277:12 - 277:16 | **Teller, Sam 2025-09-22** | 00:00:17 | **ST4.51** |

277:12  A.  I have no memory of doing so.

277:13  Q.  Okay.  Have you ever communicated with anyone

277:14      at Microsoft about any obligations OpenAI owed to

277:15      Mr. Musk?

277:16  A.  I don't believe so.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 278:14 - 278:17 | **Teller, Sam 2025-09-22** | 00:00:16 | **ST4.52** |

278:14  Q.  Are you aware of any communications with anyone

278:15      at Microsoft about conditions associated with Mr. Musk's

278:16      donations to OpenAI?

**DX-1705 - Page 13**

**ST4 - Sam Teller OpenAi, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 278:17   A.   No, I am not aware of any. | | |

| | | |
|---|---|
| OAI Affirmatives | 00:20:28 |
| MSFT Affirmatives | 00:01:04 |
| **TOTAL RUN TIME** | **00:21:31** |

Documents linked to video:

D643

D664

D720

D755

D830

**DX-1705 - Page 14**