# Tasha McCauley OpenAI, MSFT Affirmative Designations

## Designation List Report



United States District Court
Northern District of California

| | |
|---|---|
| Case No. | **4:24-CV-04722-YGR** |
| Case Title | **Musk et al. v. Altman et al.** |
| Exhibit No. | **DX-1706** |
| Date Entered | |

Mark Busby, Clerk
By:_____, Deputy Clerk

△ DEFENDANT △

**Mccauley, Tasha**                                    **2025-09-30**

| | |
|---|---|
| OAI Affirmatives | 00:07:09 |
| MSFT Affirmatives | 00:00:40 |
| **TOTAL RUN TIME** | **00:07:49** |

Documents linked to video:
D957



**ID: MOA6**

**DX-1706 - Page 1**

**MOA6 - Tasha McCauley OpenAI, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:03 - 10:04 | **Mccauley, Tasha 2025-09-30** | 00:00:04 | **MOA6.1** |

10:03    Please state your full name for the record.

10:04    THE WITNESS:  My name is Tasha McCauley.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 175:16 - 175:18 | **Mccauley, Tasha 2025-09-30** | 00:00:15 | **MOA6.2** |

175:16  Q.  During the period you were a director, were you

aware of any obligations that OpenAI owed to Mr. Musk?

175:18  A.  No.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 176:01 - 176:07 | **Mccauley, Tasha 2025-09-30** | 00:00:14 | **MOA6.3** |

176:01    During the time that you were an OpenAI

director --

176:03  A.  Yes.

176:04  Q.  -- did you -- were you ever told that OpenAI or

Sam Altman owed any obligations to Musk --

176:06  A.  I was --

176:07  Q.  -- in respect to OpenAI?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 176:09 - 176:14 | **Mccauley, Tasha 2025-09-30** | 00:00:15 | **MOA6.4** |

176:09    THE WITNESS:  I -- I was not told that.

176:10  Q.  (By Mr. Savitt)  And during --

176:11  A.  Not to the best of my recollection.

176:12  Q.  And during the time you were an OpenAI

director, did anyone tell you that OpenAI or Sam had

made any promises to Mr. Musk regarding OpenAI?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 176:16 - 176:16 | **Mccauley, Tasha 2025-09-30** | 00:00:01 | **MOA6.5** |

176:16    THE WITNESS:  I don't think so.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 179:02 - 179:15 | **Mccauley, Tasha 2025-09-30** | 00:00:41 | **MOA6.6** |

179:02  Q.  When you joined the OpenAI board, the OpenAI,

Inc., board in 2018, is it fair that one of the

challenges the organization was facing was getting

enough funding to purchase the compute that it needed to

push the project ahead?

179:07  A.  As I spoke about earlier, I think -- I think a

big consideration was, going into the future, whether

the company would be able to secure an appropriate

amount of funding to, you know, handle the kind of

capital requirements that would be necessary to build

what they were planning to build.

179:13  Q.  And the capital requirements were required for

compute and also for talent?

179:15  A.  That's right, the compute and talent.

**DX-1706 - Page 2**

**MOA6 - Tasha McCauley OpenAI, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 180:23 - 181:05 | **Mccauley, Tasha 2025-09-30** | 00:00:20 | **MOA6.7** |

Q. And you were -- did you approve of the term sheet that outlined formation of the not-for-profit -- of the for-profit subsidiary?
A. Yes.
Q. And I take it that you did that, confident that you were complying with your fiduciary duties in approving it.
A. I did.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 184:02 - 184:19 | **Mccauley, Tasha 2025-09-30** | 00:00:51 | **MOA6.8** |

Q. In connection with the creation of the --
A. Yes.
Q. -- for-profit arm, do you recall that the not-for-profit contributed certain intellectual property to the for-profit?
A. Yes.
Q. You voted to approve that as well as a director of the not-for-profit.
A. I did.
Q. Tell me why you did that.
A. As I said before, I felt that -- I felt I was in agreement that the best path for the company to be able to fulfill its mission, to build what it was trying to build and to build it for the benefit of humanity, would require, you know, a strong ability to raise tens of billions, hundreds of billions of dollars over the course of time, and -- and I think the board agreed that the best path to doing that was the LP restructuring.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 184:24 - 185:01 | **Mccauley, Tasha 2025-09-30** | 00:00:07 | **MOA6.9** |

Q. Was that -- was that in view the contribution -- contribution of the IP was necessary to best advance the mission as it seemed at the time; fair?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 185:03 - 185:06 | **Mccauley, Tasha 2025-09-30** | 00:00:10 | **MOA6.10** |

THE WITNESS: Yes, it seems to be that way.
Q. (By Mr. Savitt) In connection with the 2019 reorganization, the board created a valuation and contribution committee, didn't it?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 185:08 - 185:14 | **Mccauley, Tasha 2025-09-30** | 00:00:13 | **MOA6.11** |

THE WITNESS: Yes.

**DX-1706 - Page 3**

**MOA6 - Tasha McCauley OpenAI, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. (By Mr. Savitt) And, Ms. McCauley, you were on that committee, weren't you?

A. I was, yep.

Q. And you determined in your work in that committee that the not-for-profit received fair value for the IP that it contributed; is that right?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 185:16 - 185:23 | **Mccauley, Tasha 2025-09-30** | 00:00:19 | **MOA6.12** |

THE WITNESS: That's -- that's correct.

Q. (By Mr. Savitt) Later in 2019, Microsoft made an investment in OpenAI. Do you remember that?

A. Yes.

Q. Do you recall that it was a $1 billion investment?

A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 186:03 - 187:01 | **Mccauley, Tasha 2025-09-30** | 00:00:55 | **MOA6.13** |

Q. And the parties, Microsoft and OpenAI, entered into a joint development and collaboration agreement. Do you recall that?

A. Um-hum. I do.

Q. The board approved the -- I'll call it -- JDCA, if that's okay?

A. Yes.

Q. Did you support the board's decision to approve the JDCA?

A. I did.

Q. Tell me -- and you're confident that your decision to support it was consistent with your fiduciary duties; correct, Ms. McCauley?

A. I was.

Q. Why did you support the Microsoft investment in 2019?

A. For reasons similar to what I explained before. We understood that this was the best path forward for OpenAI having the best chance of being able to build what it was intending to build in the manner it was intending to build it.

Q. You didn't believe that there was anything contrary to the mission in the 2019 Microsoft deal?

A. I did not.

**DX-1706 - Page 4**

**MOA6 - Tasha McCauley OpenAI, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 189:05 - 189:12 | Mccauley, Tasha 2025-09-30 | 00:00:17 | **MOA6.14** |

Q. In 2021, Microsoft made a further investment in OpenAI.

Do you recall that?

A. I do.

Q. And does it sound right that it was a further $2 billion investment?

A. That sounds right.

Q. And there was a committee that --

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 189:14 - 189:21 | Mccauley, Tasha 2025-09-30 | 00:00:23 | **MOA6.15** |

Q. (By Mr. Savitt) -- superintended that transaction?

A. Yes.

Q. Were you on that committee?

A. Apologies. I was on a very large -- I was on a significant number of committees, and I'm just trying to recall. You know, I was on a -- I think it was on the deal transaction; but, yeah, it was that one, I believe.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 190:06 - 191:04 | Mccauley, Tasha 2025-09-30 | 00:01:06 | **MOA6.16** |

And as part of this -- in your work in advance of the 2021 Microsoft transaction, you reviewed its terms.

A. Yes, absolutely.

Q. And you and the rest of the committee approved the transaction; is that right?

A. We did.

Q. And here, again, just without wanting to belabor the record, if you could explain briefly why.

A. I -- I think for similar reasons, and I -- we felt that -- that further investments from Microsoft was going to enable the organization to continue with its objective of building artificial general intelligence in a safe way, you know, in a way that benefited humanity; and that seemed like an appropriate next step for the company to take to be able to do that.

Q. Fair to conclude that your determination to approve the 2021 Microsoft deal was consistent with your fiduciary duties to OpenAI, Inc.?

A. Yeah, I believe so.

Q. Do you recall that Microsoft received certain

**DX-1706 - Page 5**

**MOA6 - Tasha McCauley OpenAI, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 191:02     IP rights in that transaction, including a license to<br>191:03     GPT-3?<br>191:04   A.   Yes. | | |
| 191:06 - 191:14 | **Mccauley, Tasha 2025-09-30** | 00:00:16 | **MOA6.17** |
| | 191:06   Q.   (By Mr. Savitt)  And you were aware of that<br>191:07     term when you approved the transaction?<br>191:08   A.   Yes.<br>191:09   Q.   Then two years later, there was another<br>191:10     Microsoft investment; right?<br>191:11   A.   Um-hum.<br>191:12   Q.   And that was larger; that was for 10 --<br>191:13     $10 billion?<br>191:14   A.   That's right. | | |
| 194:17 - 195:01<br><br>🔗 D957.1<br><br>🔗 D957.1.1<br><br><br><br>✖ Clear | **Mccauley, Tasha 2025-09-30**<br><br>194:17     We just looked at Exhibit 10, which is an<br>194:18     e-mail --<br>194:19   A.   Yes.<br>194:20   Q.   -- from October 6th, 2022, discussing the<br>194:21     Microsoft 2023 term sheet.<br>194:22   A.   Um-hum.<br>194:23   Q.   And my question is whether you recalled when<br>194:24     the Microsoft $10 billion investment was ultimately<br>194:25     approved by the board.<br>195:01   A.   Yes. | 00:00:18 | **MOA6.18** |
| 195:25 - 196:10 | **Mccauley, Tasha 2025-09-30** | 00:00:23 | **MOA6.19** |
| | 195:25   Q.   And do you recall approving the Argos 2 2023<br>196:01     investment by unanimous consent in January 2023?<br>196:02   A.   I do, yes.<br>196:03   Q.   And the rest of the directors also supported<br>196:04     the written consent, was unanimous, as it had to be;<br>196:05     right?<br>196:06   A.   Yes.  Um-hum.<br>196:07   Q.   And you ultimately determined that -- that the<br>196:08     2023 Microsoft transaction was in the best interest of<br>196:09     the organization.<br>196:10   A.   I did. | | |
| 278:11 - 278:19 | **Mccauley, Tasha 2025-09-30** | 00:00:21 | **MOA6.20** |
| | 278:11   Q.   I think you testified earlier that during your<br>278:12     time on the OpenAI board, you were aware that Mr. Musk | | |

**DX-1706 - Page 6**

**MOA6 - Tasha McCauley OpenAI, MSFT Affirmative Designations**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 278:13   had financially contributed to OpenAI; is that right? | | |
| | 278:14  A.  That is. | | |
| | 278:15  Q.  Okay. | | |
| | 278:16   Did you ever tell anyone at Microsoft that | | |
| | 278:17   there were any restrictions associated with Mr. Musk's | | |
| | 278:18   financial contributions to OpenAI? | | |
| | 278:19  A.  I did not. | | |
| 280:15 - 280:21 | **Mccauley, Tasha 2025-09-30** | 00:00:19 | **MOA6.21** |
| | 280:15   Did you ever tell anyone at Microsoft that | | |
| | 280:16   OpenAI owed any obligations to Mr. Musk? | | |
| | 280:17  A.  I -- I did not. | | |
| | 280:18  Q.  Are you aware of any communications involving | | |
| | 280:19   anyone at Microsoft about any obligations OpenAI owed to | | |
| | 280:20   Mr. Musk? | | |
| | 280:21  A.  I'm not aware. | | |

| | |
|---|---|
| OAI Affirmatives | 00:07:09 |
| MSFT Affirmatives | 00:00:40 |
| **TOTAL RUN TIME** | **00:07:49** |

Documents linked to video:
D957

**DX-1706 - Page 7**