# Murati, Emira_2025-11-02_vFINAL

Designation List Report



Δ DEFENDANT Δ

United States District Court
Northern District of California

Case No. 4:24-cv-04722-YGR
Case Title Musk v. Altman, et al.
Exhibit No. **MDX-1707**
Date Entered _____

Edwin Cuenco, Clerk
By: _____, Deputy Clerk

**Murati, Ermira**                          **2025-11-02**

| | |
|---|---|
| OpenAI Affirmatives | 00:00:44 |
| MSFT Affirmatives | 00:02:21 |
| **TOTAL RUN TIME** | **00:03:05** |



**ID: Murati_vFINAL**

MDX-1707-1

**Murati_vFINAL - Murati, Emira_2025-11-02_vFINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 42:04 - 42:09 | **Murati, Ermira 2025-11-02** | 00:00:12 | **Murati_vFINAL.1** |

42:04  Q.  Did you ever discuss Mr. Musk's involvement at
       OpenAI with Mr. Nadella?
42:06  A.  No.
42:07  Q.  Did you ever discuss Mr. Musk's involvement at
       OpenAI with anybody from Microsoft?
42:09  A.  No.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 152:14 - 152:16 | **Murati, Ermira 2025-11-02** | 00:00:10 | **Murati_vFINAL.2** |

152:14  Q.  (By Ms. Eddy)  As far as you know, did OpenAI
        or Altman make any promises to Musk about how OpenAI
        would be run after Musk left the board?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 152:18 - 152:18 | **Murati, Ermira 2025-11-02** | 00:00:02 | **Murati_vFINAL.3** |

152:18      THE WITNESS:  Not that I know of.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 157:06 - 157:21 | **Murati, Ermira 2025-11-02** | 00:00:44 | **Murati_vFINAL.4** |

157:06  Q.  Did there -- did the restructuring, the
        creation of the for-profit, in 2018 and 2019 help
        advance OpenAI's mission?
157:09  A.  Yes.
157:10  Q.  How?
157:11  A.  In being able to secure funding to obtain
        compute, to do our research, in incentivizing some of
        the brightest people in the world to work at OpenAI.
157:14  Q.  Were you any less committed to the mission
        after the creation of the for-profit than you were
        before?
157:17  A.  No.
157:18  Q.  Did you perceive that anyone else at OpenAI was
        any less committed to the mission after the creation of
        the for-profit?
157:21  A.  I did not.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 158:13 - 158:18 | **Murati, Ermira 2025-11-02** | 00:00:13 | **Murati_vFINAL.5** |

158:13  Q.  I think you said earlier you -- you were
        involved in negotiating OpenAI's 2019 JDCA with
        Microsoft; is that right?
158:16  A.  Yes.
158:17  Q.  Would you agree those negotiations were
        conducted at arm's length?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 158:20 - 159:10 | **Murati, Ermira 2025-11-02** | 00:00:49 | **Murati_vFINAL.6** |

158:20      THE WITNESS:  I'm not sure what that means.

MDX-1707-2

**Murati_vFINAL - Murati, Emira_2025-11-02_vFINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | Q. (By Ms. Eddy)  Meaning that each side was -- neither side was controlled by the other. | | |
| | A. I see.  Yes. | | |
| | Q. Okay. And did you believe that that agreement served OpenAI's mission, the 2019 JDCA? | | |
| | A. Yes. | | |
| | Q. And did -- did OpenAI's deal with Microsoft in 2021 also advance OpenAI's mission? | | |
| | A. Yes. | | |
| | Q. And you were involved in negotiating that deal as well; correct? | | |
| | A. Yes. | | |
| | Q. And would you agree that those negotiations were conducted at arm's length, as I've defined it? | | |
| 159:12 - 159:12 | **Murati, Ermira 2025-11-02** | 00:00:01 | **Murati_vFINAL.7** |
| | THE WITNESS:  Yes. | | |
| 160:07 - 160:12 | **Murati, Ermira 2025-11-02** | 00:00:19 | **Murati_vFINAL.8** |
| | Q. (By Ms. Eddy)  And in your view, was the 2023 deal with Microsoft in furtherance of OpenAI's mission as well? | | |
| | A. Yes. | | |
| | Q. Do you think any of the Microsoft deals gave Microsoft undue control of OpenAI? | | |
| 160:14 - 160:14 | **Murati, Ermira 2025-11-02** | 00:00:01 | **Murati_vFINAL.9** |
| | THE WITNESS:  No. | | |
| 226:24 - 227:06 | **Murati, Ermira 2025-11-02** | 00:00:21 | **Murati_vFINAL.10** |
| | During your time at OpenAI, were you aware of any restrictions associated with Mr. Musk's financial contributions to OpenAI? | | |
| | A. I was not aware, no. | | |
| | Q. So given that, is it correct that you did not tell anyone at Microsoft that there were restrictions associated with Mr. Musk's contributions to OpenAI? | | |
| | THE WITNESS:  Correct. | | |
| 227:08 - 227:12 | **Murati, Ermira 2025-11-02** | 00:00:13 | **Murati_vFINAL.11** |
| | Q. (By Ms. Patel)  To your knowledge, did anyone else, anyone other than you, tell Microsoft that there were restrictions relating to Mr. Musk's contributions | | |

**Murati_vFINAL - Murati, Emira_2025-11-02_vFINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 227:11    to OpenAI? | | |
| | 227:12  A.  To my knowledge, no. | | |

| | | |
|---|---|---|
| OpenAI Affirmatives | 00:00:44 | |
| MSFT Affirmatives | 00:02:21 | |
| **TOTAL RUN TIME** | **00:03:05** | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

MDX-1707-4