# Musk Depo Clip [Trial Tr. 669:14-21]

## Designation List Report

United States District Court
Northern District of California

△ DEFENDANT △

Case No.    **4:24-CV-04722-YGR**
Case Title    **Musk et al. v. Altman et al.**
Exhibit No.    **DX-1708**
Date Entered _____

Mark Busby, Clerk
By:_____, Deputy Clerk

 **Musk, Elon**                          **2025-09-26**

| | |
|---|---|
| Deposition Video Played at Trial Tr. 669:14-21 | 00:04:11 |
| **TOTAL RUN TIME** | **00:04:11** |



**ID: EM**

**DX-1708 - Page 1**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 149:04 - 151:10 | **Musk, Elon 2025-09-26** | 00:02:52 | **EM.1** |

Q. Did you raise any objection to the proposed transaction at the time that you saw the summary term sheet?

A. I don't recall.

Q. Did you tell Altman that you thought it was a violation of some duty that he owed to you when he sent you the term sheet?

A. I don't recall.

Q. Did you tell anyone that you thought that the transaction contemplated by the term sheet represented a violation of any duty or obligation owed to you?

A. I believe I expressed discomfort to a lot of people. I felt like OpenAI was moving away from its core mission. As I said earlier, my -- this -- this was a -- I would say, another stepping stone in the journey of losing trust in Altman.

Q. So my question was whether you expressed to anyone the view that the transaction contemplated by this agreement worked a violation of any obligation owed to you. Is there anyone that you can identify for me to whom you expressed that after you received the summary term sheet?

A. Not that I recall.

Q. You can't think of anyone; right?

A. I can't recall what happened seven years ago.

Q. Right. And you can't identify for me any writing in which you expressed the view that the transaction contemplated by the summary term sheet constituted a violation of any agreement or duty owed to you; correct?

A. I don't recall.

Q. You see on page 3 of the term sheet -- it's the page ending in 1645. That the term sheet discusses significant revenue generation through

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

150:18    commercializing OpenAI's technology.  I'm in
150:19    the -- I don't know, it's probably the third
150:20    paragraph of page 3.
150:21 A.  I'm not sure I actually read this term
150:22    sheet.
150:23 Q.  You don't dispute that it was sent to
150:24    you?
150:25 A.  It was clearly sent to me.
151:01 Q.  Thank you.
151:02    So you see that -- you do see, though,
151:03    that it discusses significant revenue generation
151:04    through commercializing of OpenAI's technology,
151:05    don't you, sir?
151:06 A.  That's what it says here, yes.
151:07 Q.  Do you think that OpenAI breached the
151:08    duty that was owed to you by allowing the
151:09    for-profit entities to reap financial benefits
151:10    from commercial activities?

| 151:14 - 151:20 | **Musk, Elon 2025-09-26** | 00:00:15 | **EM.2** |

151:14 A.  I am uncertain.
151:15    BY ATTORNEY SAVITT:
151:16 Q.  You don't know one way or the other?
151:17 A.  I'm uncertain.
151:18 Q.  Did you think that the proposed
151:19    transaction reflected here was a breach of
151:20    OpenAI's commitments to you?

| 151:23 - 152:01 | **Musk, Elon 2025-09-26** | 00:00:11 | **EM.3** |

151:23 A.  I don't think I read this term sheet.
151:24    BY ATTORNEY SAVITT:
151:25 Q.  So you didn't raise any objection to
152:01    the term sheet once it was sent to you?

| 152:04 - 152:18 | **Musk, Elon 2025-09-26** | 00:00:45 | **EM.4** |

152:04 A.  I don't recall doing so.
152:05    BY ATTORNEY SAVITT:
152:06 Q.  So -- and maybe you've answered all
152:07    these questions because you say you're not sure
152:08    you looked at this.  But take a look, if you
152:09    would, at the last box here, "Employee Comp"?
152:10 A.  Yeah.
152:11 Q.  It's written here that:  "Employees

**DX-1708 - Page 3**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 152:12    will be granted profit interests in an employee | | |
| | 152:13    holding vehicle." | | |
| | 152:14    Do you see that? | | |
| | 152:15  A.  Yeah. | | |
| | 152:16  Q.  Is your view of your agreement with | | |
| | 152:17    OpenAI that OpenAI couldn't provide personnel | | |
| | 152:18    with compensation in the form of equity? | | |
| 152:21 - 153:01 | **Musk, Elon 2025-09-26** | 00:00:09 | **EM.5** |
| | 152:21  A.  I don't -- I'm uncertain. | | |
| | 152:22    BY ATTORNEY SAVITT: | | |
| | 152:23  Q.  Because I'm just trying to understand | | |
| | 152:24    what you thought -- | | |
| | 152:25  A.  I don't think I actually read this term | | |
| | 153:01    sheet so ... | | |

| | | |
|---|---|---|
| Deposition Video Played at Trial Tr. 669:14-21 | 00:04:11 | |
| **TOTAL RUN TIME** | **00:04:11** | |

**DX-1708 - Page 4**