United States District Court
Northern District of California

Case No. **4:24-CV-04722-YGR**

Case Title **Musk et al. v. Altman et al.**

**1709**

Exhibit No. _____
Date Entered _____

Mark Busby, Clerk

By: _____ , Deputy Clerk

π PLAINTIFF π

**Excerpt of Transcript for Lex Fridman Podcast #419**

**Lex Fridman**

(01:37:59) Whoever builds AGI first gets a lot of power. Do you trust yourself with that much power?

**Sam Altman**

(01:38:14) Look, I'll just be very honest with this answer. I was going to say, and I still believe this, that it is important that I nor any other one person have total control over OpenAI or over AGI. And I think you want a robust governance system. I can point out a whole bunch of things about all of our board drama from last year about how I didn't fight it initially, and was just like, "Yeah. That's the will of the board, even though I think it's a really bad decision." And then later, I clearly did fight it, and I can explain the nuance and why I think it was okay for me to fight it later. But as many people have observed, although the board had the legal ability to fire me, in practice, it didn't quite work. And that is its own kind of governance failure.