**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ELON MUSK, ET AL.,

          Plaintiffs,

   v.

SAMUEL ALTMAN, ET AL.,

          Defendants.

Case No.  24-cv-4722-YGR

**ORDER FOR JOINT BRIEFING SCHEDULE RE: REMAINING CLAIMS**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands that plaintiffs have opted not to file an amended complaint with respect to the remaining causes of action.  As this Court has mentioned, it has concerns regarding the viability of these causes of action given the fierce competition in the AI field.  Further, the briefing on the remaining causes of action is inadequate.

Accordingly, the parties are ordered to meet and confer on a briefing schedule for the remaining claims and submit the same within fourteen (14) days.

**IT IS SO ORDERED.**

Dated:    June 10, 2026

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California