JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

WILLIAM SAVITT (*pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (*pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (*pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (*pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (*pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Attorneys for the OpenAI Defendants*

(Additional counsel listed on the next page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>SAMUEL ALTMAN, et al.,<br><br>              Defendants. | Case No. 4:24-cv-04722-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' REMAINING CLAIMS** |

MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700

JAY JURATA (*pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300

*Attorneys for Defendant Microsoft
Corporation*

Plaintiffs Elon Musk and X.AI Corp. ("Plaintiffs"), Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas LLC (the "OpenAI Defendants"), and Defendant Microsoft Corporation ("Microsoft," and collectively with Plaintiffs and the OpenAI Defendants, the "Parties"), hereby stipulate as follows:

WHEREAS, on June 10, 2026, the Court entered its Order for Joint Briefing Schedule Re: Remaining Claims (Dkt. 602), directing the Parties to meet and confer regarding a briefing schedule for Plaintiffs' remaining claims and to submit the proposed schedule within fourteen days;

WHEREAS, the Parties have met and conferred and agreed upon the following schedule;

NOW, THEREFORE, subject to the Court's approval, the Parties stipulate and agree that:

1. The OpenAI Defendants and Microsoft shall each file a supplemental opening brief addressing Plaintiffs' remaining claims by August 10, 2026.

2. Plaintiffs shall file supplemental opposition briefs, or a combined brief, responding to each supplemental opening brief by September 24, 2026.

3. The OpenAI Defendants and Microsoft shall each file a supplemental reply brief by October 26, 2026.

1

Dated:  June 24, 2026                    WACHTELL, LIPTON, ROSEN & KATZ


                                         By:     */s/ William Savitt*
                                                 William Savitt (*pro hac vice*)


                                         MORRISON & FOERSTER LLP


                                         By:     */s/ Jordan Eth*
                                                 Jordan Eth (CA SBN 121617)

                                                 *Attorneys for the OpenAI Defendants*


Dated:  June 24, 2026                    DECHERT LLP


                                         By:     */s/ Russell P. Cohen*
                                                 Russell P. Cohen (CA SBN 213105)

                                                 *Attorneys for Defendant Microsoft Corporation*


Dated:  June 24, 2026                    MOLOLAMKEN LLP


                                         By:     */s/ Robert K. Kry*
                                                 Robert K. Kry (*pro hac vice*)

                                                 *Attorneys for Plaintiffs Elon Musk and X.AI Corp.*

**SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.


Dated:  June 24, 2026                                    */s/ Jordan Eth*
                                                         Jordan Eth

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the foregoing stipulation and ORDERS that:

1.  The OpenAI Defendants and Microsoft shall each file a supplemental opening brief concerning Plaintiffs' remaining claims by August 10, 2026.

2.  Plaintiffs shall file supplemental opposition briefs, or a combined brief, responding to each supplemental opening brief by September 24, 2026.

3.  The OpenAI Defendants and Microsoft shall each file a supplemental reply brief by October 26, 2026.

Dated: _____        _____

                                                               The Hon. Yvonne Gonzalez Rogers