MARC TOBEROFF (CA SBN 188547)
MToberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

STEVEN F. MOLO (*pro hac vice*)
ROBERT K. KRY (*pro hac vice*)
JENNIFER M. SCHUBERT (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160

*Attorneys for Plaintiffs Elon Musk
and X.AI Corp.*

(Additional counsel listed on the next page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELON MUSK, et al., | Case No. 4:24-cv-04722-YGR |
| Plaintiffs, | **JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING ANSWER** |
| v. | |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

JORDAN ETH (CA SBN 121617)
JEth@mofo.com
WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
DAVID J. WIENER (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM SAVITT (*pro hac vice*)
WDSavitt@wlrk.com
BRADLEY R. WILSON (*pro hac vice*)
BRWilson@wlrk.com
SARAH K. EDDY (*pro hac vice*)
SKEddy@wlrk.com
STEVEN WINTER (*pro hac vice*)
SWinter@wlrk.com
NATHANIEL CULLERTON (*pro hac vice*)
NDCullerton@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for the OpenAI Defendants*

RUSSELL P. COHEN (SBN 213105)
Russ.cohen@dechert.com
HOWARD M. ULLMAN (SBN 206760)
Howard.ullman@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

NISHA PATEL (SBN 281628)
Nisha.patelgupta@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

ANDREW J. LEVANDER (*pro hac vice*)
Andrew.levander@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

JAY JURATA (*pro hac vice*)
Jay.jurata@dechert.com
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Defendant Microsoft
Corporation*

Plaintiffs Elon Musk and X.AI Corp. ("Plaintiffs"); Defendants Samuel Altman, Gregory Brockman, OpenAI, Inc., OpenAI L.P., OpenAI, L.L.C., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund Management, LLC, OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund SPV GP I, L.L.C., OpenAI Startup Fund SPV GP II, L.L.C., OpenAI Startup Fund SPV GP III, L.L.C., OpenAI Startup Fund SPV GP IV, L.L.C., OpenAI Startup Fund SPV I, L.P., OpenAI Startup Fund SPV II, L.P., OpenAI Startup Fund SPV III, L.P., OpenAI Startup Fund SPV IV, L.P., Aestas Management Company, LLC, and Aestas, LLC (collectively, the "OpenAI Defendants"); and Defendant Microsoft Corporation (together with the OpenAI Defendants, "Defendants," and collectively with Plaintiff and the OpenAI Defendants, the "Parties"), hereby stipulate as follows:

WHEREAS, on June 10, 2026, the Court entered its Order for Joint Briefing Schedule Re: Remaining Claims (Dkt. 602), directing the Parties to meet and confer regarding a briefing schedule for Plaintiffs' remaining claims and to submit the proposed schedule within fourteen days;

WHEREAS, Plaintiffs' remaining claims are: Count VIII (Sherman Act § 1), Count IX (Sherman Act § 2), Count X (Cartwright Act § 16720), Count XI (Unfair Practices Act), Count XII (Clayton Act § 3), Count XIII (Cartwright Act § 16727), Count XIV (Clayton Act § 7), Count XVI (UCL § 17200), and Count XVII (Lanham Act);

WHEREAS, on June 24, 2026, the Parties filed a Joint Stipulation and Proposed Order Regarding Briefing Schedule for Plaintiffs' Remaining Claims (Dkt. 603) under which the OpenAI Defendants and Microsoft shall each file a supplemental opening brief addressing Plaintiffs' remaining claims by August 10, 2026; Plaintiffs shall file supplemental opposition briefs, or a combined brief, responding to each supplemental opening brief by September 24, 2026; and the OpenAI Defendants and Microsoft shall each file a supplemental reply brief by October 26, 2026;

WHEREAS, the foregoing briefing stipulation remains pending for entry before the Court;

WHEREAS, on August 12, 2025, the Court denied Plaintiffs' motion to dismiss the counterclaims asserted by OpenAI, Inc., OpenAI OpCo, LLC, and OpenAI Global, LLC (Dkt. 228); and

WHEREAS, Plaintiffs have not yet served their answer to the counterclaims, which had been stayed for resolution in Phase II;

NOW, THEREFORE, the Parties stipulate that Plaintiffs shall file their answer to the counterclaims on or before August 10, 2026.

JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING ANSWER
CASE NO.: 4:24-CV-04722-YGR

Dated:  June 30, 2026                          MOLOLAMKEN LLP


                                               By:      /s/ Robert K. Kry
                                                        Robert K. Kry (*pro hac vice*)

                                                        *Attorneys for Plaintiffs Elon Musk
                                                        and X.AI Corp.*

Dated:  June 30, 2026                          MORRISON & FOERSTER LLP


                                               By:      /s/ William Frentzen
                                                        William Frentzen (SBN 343918)

                                                        *Attorneys for the OpenAI Defendants*


Dated:  June 30, 2026                          DECHERT LLP


                                               By:      /s/ Russell P. Cohen
                                                        Russell P. Cohen (SBN 213105)

                                                        *Attorneys for Defendant Microsoft
                                                        Corporation*

## **SIGNATURE ATTESTATION**

I hereby attest that the signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 30, 2026                          /s/ Robert K. Kry
                                               Robert K. Kry (*pro hac vice*)

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the foregoing Stipulation.  It is accordingly hereby ordered that Plaintiffs shall file their answer to the counterclaims on or before August 10, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  July 2, 2026      _____

Hon. Yvonne Gonzalez Rogers
Chief United States District Judge